UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-24190-Moreno

WILLIAM O. FULLER and
MARTIN PINILLA, II,
    Plaintiffs,

    v.

JOE CAROLLO and
JOHN DOES 1-10,
    Defendants.
_____/

**DEFENDANT JOE CAROLLO'S RESPONSE TO PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Defendant Joe Carollo ("Carollo") submits his Response to Plaintiff's Notice of Withdrawal of Motion for Preliminary Injunction without prejudice, in favor of proceeding to a jury trial on an expedited schedule with the request for a permanent injunction to be considered in conjunction with the jury trial. Defendant Carollo does not object to the requested relief. In support thereof, Carollo states as follows:

1. On November 21, 2018, Plaintiffs filed a Motion for a Temporary Restraining Order in an attempt to prevent Carollo from hosting a City of Miami-sponsored event titled "Little Havana Fridays," despite Carollo's District 3 Office applying for and receiving the proper event permits to host the event within the City of Miami. Carollo acted in his capacity as a City Commissioner in sponsoring and seeking permits for the official City-sanctioned event.

2. On November 27, 2018, this Court denied Plaintiff's Motion for a Temporary Restraining Order. However, the Court scheduled an evidentiary hearing date on Plaintiff's Motion for Preliminary Injunction for January 8, 2019. The Court further ordered that a Witness and Exhibit List must be submitted by December 7, 2018, and that all depositions in the case be taken no later than December 14, 2018.

3. On December 7, 2018, Plaintiffs filed their Notice of Withdrawal of Motion for Preliminary Injunction without prejudice in favor of proceeding to a jury trial with the request for a permanent injunction to be considered in conjunction with the jury trial.

4. Defendant Carollo does not object to Plaintiffs' position that the Court should hold a jury trial before entering final relief in this matter, as it makes sense from an efficiency standpoint and is consistent with Eleventh Circuit authority. *See* Plaintiff's Notice of Withdrawal of Motion for Preliminary Injunction [D.E. 36] at ¶ 11. Defendant Carollo intends to seek dismissal of the plaintiffs' complaint for several reasons to be presented in his Motion to Dismiss that is being prepared for filing.

5. No prejudice would occur to either party in permitting the Withdrawal of Plaintiffs' Motion for Preliminary Injunction, as the parties have conferred on this matter and Carollo does not object to Plaintiffs' withdrawal of the preliminary injunction at this time.

Respectfully submitted,

By: *s/Thomas E. Scott*
**THOMAS E. SCOTT**
Florida Bar No. 149100
Counsel for Joe Carollo
**COLE, SCOTT & KISSANE**
Cole, Scott & Kissane Building
9150 South Dadeland Blvd., Suite 1400
Miami, Florida  33156
P: 305-350-5381
F: 305-373-2294
Thomas.scott@csklegal.com

and

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 SE 2 Street, Suite 3550
Miami, FL 33131-154
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

## CERTIFICATE OF SERVICE

I certify that on December 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By: *s/Thomas Scott*
    Thomas E. Scott