UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-24190-CIV-MORENO

WILLIAM O. FULLER and MARTIN PINILLA, II,

       Plaintiffs,

vs.

JOE CAROLLO and JOHN DOES 1-10,

       Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendant Joe Carollo's Motion to Dismiss **(D.E. 53)**, Defendant the City of Miami's Motion to Dismiss **(D.E. 54)**, and Maria Lugo's Motion to Dismiss **(D.E. 64)**. The Magistrate Judge filed a Report and Recommendation **(D.E. 99)** on **April 30, 2019**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant Joe Carollo's Motion to Dismiss is GRANTED and Plaintiff shall have leave to amend the complaint consistent with the Report and Recommendation. Defendant Carollo's Motion to Dismiss is DENIED as to qualified immunity for the reasons detailed in the Report and Recommendation. It is

**ADJUDGED** that Defendant the City of Miami's Motion to Dismiss is GRANTED and Plaintiff shall have leave to amend the complaint consistent with the Report and Recommendation. It is

**ADJUDGED** that Defendant Maria Lugo's Motion to Dismiss is GRANTED in part as set forth in the Report and Recommendation. It is also

**ADJUDGED** that the motions for extension of time to file objections and responses (D.E. 103, 109) are DENIED as moot. It is also

**ADJUDGED** that Plaintiff shall file an amended complaint by no later than **June 26, 2019**. It is also

**ADJUDGED** that the Joint Motion to Stay Discovery **(D.E. 71)** is DENIED as moot in view of this order.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of June 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record