UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:18-24190-CIV-SMITH

---

WILLIAM O. FULLER AND
MARTIN PINILLA, II,
PLAINTIFFS,

v.

COMMISSIONER JOE CAROLLO,
DEFENDANT.

---

DEFENDANT COMMISSIONER CAROLLO'S FIRST LIST OF WITNESSES

---

| | |
|---|---|
| THOMAS E. SCOTT | BENEDICT P. KUEHNE |
| FLORIDA BAR NO. 149100 | FLORIDA BAR NO. 233293 |
| COLE, SCOTT & KISSANE | MICHAEL T. DAVIS |
| 9150 S. DADELAND BLVD., STE 1400 | FLORIDA BAR NO. 63374 |
| MIAMI, FL 33156 | KUEHNE DAVIS LAW, P.A. |
| TEL: 305-350-5381 | 100 S.E. 2 ST., SUITE 3105 |
| FAX: 305-373-2294 | MIAMI, FL 33131-2154 |
| THOMAS.SCOTT@CSKLEGAL.COM | TEL: 305.789.5989 |
| *COUNSEL FOR COMMISSIONER CAROLLO* | FAX: 305.789.5987 |
| | EFILING@KUEHNELAW.COM |
| | *COUNSEL FOR COMMISSIONER CAROLLO* |

## DEFENDANT COMMISSIONER CAROLLO'S FIRST LIST OF WITNESSES

In compliance with the Order Setting Civil Trial Date (DE170), Commissioner Carollo provides this First List of Witnesses.

1. **Argudin, Alejandra, CEO, Miami Parking Authority**
   Courthouse Garage
   40 NW 3rd St.
   Miami, FL 33128
   Tel: (305) 373-6789

2. **Bernat, James (Retired), Former Acting Director, City of Miami Department of Code Compliance (Retired Executive Officer, City of Miami Police Department)**
   C/O City of Miami Code Compliance Department
   Miami Riverside Center (MRC)
   444 SW 2nd Ave., 7th Floor
   Miami, FL 33130
   codeenforcement@miamigov.com

3. **Barcena, Anthony**
   City of Miami Commission
   City Hall
   3500 Pan American Drive
   Miami, FL 33133

4. **Benitez, Reynaldo "Ray"**
   Formerly Division of Unsafe Structures
   Miami Riverside Center (MRC)
   444 SW 2nd Ave.
   Miami, FL 33130

5. **Betancourt, Vicente**
   City of Miami Special Events Coordinator
   Miami Riverside Center (MRC)
   444 SW 2nd Ave.
   Miami, FL 33130

6. **Carollo, Commissioner Joe**
    C/O Benedict P. Kuehne
    Kuehne Davis Law, P.A.
    100 SE 2 Street, Suite 3105
    Miami, FL 33131
    Tel: 305.789.5989
    Ben.kuehne@kuehnelaw.com

7. **City Manager, City of Miami**

8. **Custodian of Records, Miami-Dade Supervisor of Elections**
    2700 NW 87 Avenue
    Miami, FL 33172
    Tel: 305-499-8683

9. **Custodian of Records, Miami Parking Authority**
    Courthouse Garage
    40 NW 3rd St.
    Miami, FL 33128
    Tel: (305) 373-6789

10. **Diaz, Barbara**
    1520 SW 7 Street
    Miami, FL 33135

11. **Diaz, Carlos**
    Fire Inspector, City of Miami
    MRC Building
    444 SW 2 Avenue
    Miami, FL 33130-1910

12. **Diaz, Rene, Chief of Unsafe Structures, City of Miami Building Department**
    Miami Riverside Center (MRC)
    444 SW 2nd Ave., Fourth Floor
    Miami, FL 33130
    building@miamigov.com

13. **Diez, Orlando**

        Director of Code Compliance Construction Manager
        Office of Capital Improvements, City of Miami
        MRC
        444 SW 2nd Ave
        Miami, FL 33130

**14. Escandon, Humberto, Senior Manager of Operations, Miami Parking Authority**
        Courthouse Garage
        40 NW 3rd St.
        Miami, FL 33128
        Tel: (305) 373-6789

**15. Garcia, Agustin**
        2125 SW 23 Terrace
        Miami, FL 33145

**16. Gomez, Luis**
        Miami Riverside Center (MRC)
        444 SW 2nd Ave., 7th Floor
        Miami, FL 33130
        codeenforcement@miamigov.com

**17. Gonzalez, Emilio T., Ph.D.**
        former City Manager, City of Miami

**18. Hannon, Todd B., City of Miami Clerk**
        Office of the City Clerk
        3500 Pan American Drive
        Miami, FL 33133
        Tel: 305.250.5360
        clerks@miamigov.com

**19. Herrera, Carlos**
        Former City Planner
        City of Miami Planning Department
        Miami Riverside Center (MRC)
        444 SW 2nd Ave.
        Miami, FL 33130

**20. LNU, Ernesto**
>La Colada Café
>1518 SW 8 Street
>Miami, FL 33135

**21. LNU, FNU**
>Owner, Former Dance Studio
>Second Floor
>S.W. 8th Street and 2d Avenue
>Miami, FL 33135

**22. LNU, FNU**
>Security Officer
>Domino Park Plaza
>801 SW 15 Avenue
>Miami, FL 33135

**23. Lopez, Natalie**
>Contact information to be provided

**24. Lugo, Mary**
>Union Representative, AFSME Local 1907
>City of Miami
>Miami, FL

**25. Marrero, Asael, Director, City of Miami Building Department**
>Miami Riverside Center (MRC)
>444 SW 2nd Ave., Fourth Floor
>Miami, FL 33130
>building@miamigov.com

**26. McKnight, Anna, Records Custodian, City of Miami Department of Code Compliance**
>Miami Riverside Center (MRC)
>444 SW 2nd Ave., 7th Floor
>Miami, FL 33130
>codeenforcement@miamigov.com

27. **Moy, Sean**
>Union Representative, AFSME Local 1907
>City of Miami
>Miami, FL

28. **Ortega, Lorna**
>Contact information to be provided

29. **Perez, Gustavo**
>C/O Richard Byron Peddie PC
>5051 Euclid Ave
>Boulder, CO 80303-2831
>Tel: 305.444.5447
>Fax: 720-222-4766
>lawstudios@comcast.net

30. **Perez, Maria Cristina**
>C/O Richard Byron Peddie PC
>5051 Euclid Ave
>Boulder, CO 80303-2831
>Tel: 305.444.5447
>Fax: 720-222-4766
>lawstudios@comcast.net

31. **Perez Jr., Maria Cristina**
>C/O Richard Byron Peddie PC
>5051 Euclid Ave
>Boulder, CO 80303-2831
>Tel: 305.444.5447
>Fax: 720-222-4766
>lawstudios@comcast.net

32. **Plasencia, Adrian, Assistant Fire Chief, City of Miami Department of Fire-Rescue**
>Miami Riverside Center (MRC)
>444 SW 2nd Avenue, 10th Floor
>Miami, FL 33130
>fire@miamigov.com

### 33. Pons, Maurice, Building Official, City of Miami Building Department
> Miami Riverside Center (MRC)
> 444 SW 2nd Ave., Fourth Floor
> Miami, FL 33130
> building@miamigov.com

### 34. Porfiri, John, Building/Zoning Quality Control Manager, C3315ity of Miami Building Department
> Miami Riverside Center (MRC)
> 444 SW 2nd Ave., Fourth Floor
> Miami, FL 33130
> building@miamigov.com

### 35. Ramos, Roberto
> Cubaocho Museum & Performing Arts Center
> 1465 SW 8th Street #106
> Miami, FL 33135

### 36. Salazar, Casandra
> 1520 SW 7 Street
> Miami, FL 33152

### 37. Sierra, Daniel, Field Supervisor, City of Miami Department of Code Compliance
> Miami Riverside Center (MRC)
> 444 SW 2nd Ave., 7th Floor
> Miami, FL 33130
> codeenforcement@miamigov.com

### 38. Suarez, Jose
> City of Miami Commission
> City Hall
> 3500 Pan American Drive
> Miami, FL 33133

### 39. Parjus, Albert
> 15500 SW 82 Ct.

Miami, FL 33157

40. **Pichel, Frank**
   City of Miami, MRC
   444 SW 2nd Ave
   Miami, FL 33130-1910

41. **Quintana, Tahjha**
   City of Miami
   City Hall
   3500 Pan American Drive
   Miami, FL 33133

42. **Rivera, Marina**
   C/O El Pub Restaurant
   1548 SW 8 Street
   Miami, FL 33135

43. **Salvatierra, Yacmany**
   Code Compliance Department
   City of Miami, MRC
   444 SW 2nd Ave
   Miami, FL 33130-1910

44. **Sarnoff, Marc**
   Shutts & Bowen
   200 S Biscayne Blvd., Ste 4100
   Miami, FL 33131-2362
   Tel: 305-415-9072
   msarnoff@shutts.com

45. **Sierra, Daniel**
   City of Miami Code Compliance
   City of Miami, MRC
   444 SW 2nd Ave
   Miami, FL 33130-1910

46. **Uriarte, Dennis**
   City of Miami Code Compliance

        City of Miami, MRC
        444 SW 2nd Avenue
        Miami, FL 33130-1919

**47. Valencia, Adele, Director, City of Miami Department of Code Compliance**
        C/O City of Miami Code Compliance Department
        Miami Riverside Center (MRC)
        444 SW 2nd Ave., 7th Floor
        Miami, FL 33130
        codeenforcement@miamigov.com

**48. Weiss, Alitza**
        2127 Brickell Avenue, Suite 1106
        Miami, FL 33129

**49. All Code Enforcement Inspectors**, City of Miami, who have cited properties owned by plaintiffs for Code violations.

**50. Witnesses listed by Plaintiffs**

**51. Additional witnesses** who are currently unknown but who may become known through discovery and other case-related activities.

        Respectfully submitted,

<u>S/ Thomas E. Scott</u>
**THOMAS E. SCOTT**
Florida Bar No. 149100
**COLE, SCOTT & KISSANE**
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Tel: 305.350.5381
Fax: 305.373.2294
Thomas.scott@csklegal.com

<u>S/ Benedict P. Kuehne</u>
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 S.E. 2 St., Suite 3105
Miami, FL 33131-2154
Tel: 305.789.5989
Fax: 305.789.5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

## **CERTIFICATE OF SERVICE**

I certify on May 10, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By:  *S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**