# EXHIBIT 1



March 12, 2021

<u>Via e-mail only: JCarollo@miamigov.com</u>

Hon. Mr. Joe Carollo
City Commissioner, District 3
City of Miami
3500 Pan American Drive
Miami, FL, 33133

| RE: | Assured: | City of Miami |
|---|---|---|
| | Occurrence Date: | November 19, 2017 |
| | Policy Number: | PK1011817 |
| | Policy Period: | October 26, 2017 to October 26, 2018 |
| | Underwriters' Claim Number: | 1019287 |
| | Plaintiffs: | William Fuller, Martin Pinilla, II |

Dear Hon. Commissioner Carollo;

We have received notice of a lawsuit styled *William O. Fuller, and Martin Pinilla, II, v. Joe Carollo, and John Does 1-10*, case number 1:18-cv-24190, filed in U.S. District Court for the Southern District of Florida. For the reasons set forth herein, Certain Underwriters at Lloyd's (Underwriters) reserve all rights regarding whether the Underwriters' policy provides coverage for this lawsuit. We recognize that the allegations set forth in the lawsuit are without substantiation at this time, and nothing contained in this letter is intended to suggest that they have any legal or factual merit. We must, however, discuss the allegations as they impact the coverage determination.

Plaintiffs, William O. Fuller and Martin Pinilla II, filed a single-count civil rights lawsuit against you personally, in your individual capacity. (Verified Complaint and Demand for Jury Trial, at pg. 3.) Plaintiffs seek no relief from the City of Miami. In Count I, plaintiffs allege violations of 42 U.S.C. Section 1983, and a seek to recover their attorney fees pursuant to 42 U.S.C.A. Section 1988(b). Plaintiffs request an award of money damages to compensate for their business disruption, emotional distress, reputational harm, and including punitive damages in excess of $2,500,000.00, injunctive relief, and attorney fees.

Plaintiffs allege you wrongfully directed selective code enforcement actions targeting their business interests in violation of the City of Miami Charter and in retaliation for their public support of your political opponent Alfie Leon. Plaintiffs allege the City Charter prohibits Commissioners directing the work of certain subordinates. Plaintiffs allege the code enforcement actions you wrongfully directed against them were motivated by your personal political interests and, therefore, infringed upon of their rights of free speech, free association, and free assembly as guaranteed by the First Amendment to the United States' Constitution. Plaintiffs also allege defamation arising from your remarks about them on local radio programs: the Raul Martinez show and the Radio Actualidad show. Plaintiffs further allege you wrongfully sponsored legislative action against them

BRIT GLOBAL SPECIALTY USA
161 N. CLARK STREET
SUITE 3200
CHICAGO, IL 60601

T: 312 577 9450
F: 312 577 9451

WWW.BRITINSURANCE.COM



again motivated by your personal political interests to retaliate against them for supporting your political opponent.

Certain Underwriters at Lloyd's issued a Public Entity Package policy to the named assured, City of Miami, via policy PK1011817. General Liability coverage is provided in Coverage Section II with limits of $5,000,000. A per occurrence self-insured retention in the amount of $500,000 is applicable to the General Liability coverage. No coverage is provided for Public Officials Misc. Liability and Errors and Omissions. Effective dates of the policy are October 26, 2017 to October 26, 2018 and the date of loss of November 18, 2017 falls within the effective dates of the policy. The policy issued by Certain Underwriters at Lloyds is an excess indemnity policy only with no duty to defend provision.

The Public Officials Miscellaneous Liability policy form states in relevant part:

***

**B.** **GENERAL POLICY DEFINITIONS**
…
**5.** **INSURED** means each and any of the following:

(a) The **NAMED INSURED** as stated on the Declarations Page;
(b) Any former, present or future officials, members of boards or commissions, trustees, directors, officers, partners or employees of the **NAMED INSURED** while acting within the scope of their duties as such;

…
**6.** **LAW ENFORCEMENT ACTIVITIES** means the activities of any **INSURED**, or any individual working for any other public safety organization, while acting as a law enforcement official, officer, auxiliary officer, employee, or volunteer of a law enforcement agency or department of the **NAMED INSURED,** whilst enforcing the law or protecting people and property. **LAW ENFORCEMENT ACTIVITIES** do not include **EMPLOYMENT PRACTICE VIOLATIONS**.

…
**10.** **PERSONAL INJURY** means any Injury (other than **BODILY INJURY** or **PROPERTY DAMAGE**) arising out of the following:

(a) Wrongful Entry, Wrongful Eviction, Malicious Prosecution, Humiliation;
(b) Piracy, Infringement or Misappropriation of any Intellectual Property Rights (including: Copyrights, Patents, Trademarks, Service marks, and Advertising, Broadcasting, and Publishing Ideas);
(c) Libel, Slander, Defamation of Character, Invasion of Rights of Privacy;
(d) Disparagement of Property; Erroneous Service of Civil Papers; False Arrest; False Imprisonment; and Detention.

Injury includes: Mental Anguish, Shock, Sickness, Disease, Disability or Death, which do not arise from **BODILY INJURY** or **PROPERTY DAMAGE**.

In addition, as respects **LAW ENFORCEMENT ACTIVITIES** only, **PERSONAL INJURY** also includes any Injury (other than **BODILY INJURY** or **PROPERTY DAMAGE**) arising out of Discrimination or Violation of Civil Rights.

…
**21.** **WRONGFUL ACT** means:

(a) Any actual or alleged error or mis-statement, omission, act or neglect or breach of duty due to misfeasance, malfeasance, and non-feasance, and any
(b) **EMPLOYMENT PRACTICE VIOLATION**, Discrimination, and Violation of Civil Rights by the **INSURED**, including mental anguish which arises out of any **EMPLOYMENT PRACTICE VIOLATION**, Discrimination, and Violation of Civil Rights by the **INSURED;**



All **CLAIMS** based on or arising out of the same **WRONGFUL ACT** or a series of related **WRONGFUL ACTS** by one or more **INSUREDS** shall be deemed one **WRONGFUL ACT**.  Only one policy issued by The Insurer, one **SELF INSURED RETENTION**, and one **SPECIFIC EXCESS LIMIT OF INSURANCE** is applicable to any one **WRONGFUL ACT**.

…

**C.**     **GENERAL POLICY EXCLUSIONS**

All Coverage sections in this policy also contain their own exclusions, in addition to the following exclusions that apply to all Coverage sections, unless otherwise expressly indicated.

**A.**     Loss or damage caused by, or resulting from fraudulent or dishonest acts committed by the **INSURED**, whether working alone or with others, except as covered in **SECTION VII CRIME**; however, the **INSURED** shall be reimbursed for reasonable expenses of lawyers and investigators if the **INSURED** is not found liable for such acts;

…

### SECTION II COMPREHENSIVE GENERAL LIABILITY - INSURING AGREEMENTS

**A.**     **COMPREHENSIVE GENERAL LIABILITY:** The Insurers agree, subject to the policy limitations, terms and conditions, to indemnify the **INSURED** for all sums which the **INSURED** is legally obligated to pay by reason of the liability imposed upon the **INSURED** by law or assumed by the **INSURED** under contract or agreement, for damage direct or consequential, and expenses, all as more fully defined by the term **ULTIMATE NET LOSS**, on account of **PERSONAL INJURY** or **BODILY INJURY**, suffered or alleged to have been suffered by any person(s) or organization(s), and/or **PROPERTY DAMAGE** or the loss of use thereof, arising out of any **OCCURRENCE** from any cause including **HOST LIQUOR LIABILITY** and/or **LIQUOR LIABILITY**, and **INCIDENTAL MEDICAL MALPRACTICE** (except **INCIDENTAL MEDICAL MALPRACTICE** arising out of **LAW ENFORCEMENT ACTIVITIES**) occurring during the **PERIOD OF INSURANCE**.

…

### SECTION II COMPREHENSIVE GENERAL LIABILITY - EXCLUSIONS

**IN ADDITION TO THE GENERAL EXCLUSIONS OF THIS POLICY, THIS SECTION DOES NOT INSURE AGAINST:**

**A.**     Any claim for damages, whether direct or consequential, or for any cause of action which is covered under any other Section of this policy, whether or not a limit is stated in **PART I A. SCHEDULE OF SPECIFIC EXCESS LIMITS OF INSURANCE**;

**B.**     **BODILY INJURY**, **PROPERTY DAMAGE**, or **PERSONAL INJURY** which the **INSURED** intended or expected; unless resulting from:

   (1)   An act, actual or alleged, to be assault and battery for the purpose of preventing injury to persons or damage to property; or
   (2)   Corporal punishment (unless providing coverage for corporal punishment is prohibited by law); or

…

**H.**     Any claim arising from **WRONGFUL ACTS**;

…

### SECTION III LAW ENFORCEMENT LIABILITY

### SECTION III LAW ENFORCEMENT LIABILITY - INSURING AGREEMENTS

**A.**     **LAW ENFORCEMENT LIABILITY:** The Insurers agree, subject to the policy limitations, terms and conditions, to indemnify the **INSURED** for all sums which the **INSURED** is legally obligated to pay by reason of the liability imposed upon the **INSURED** by law for damage, direct or consequential, and expenses, all as more fully defined by the term **ULTIMATE NET LOSS**, on account of **PERSONAL INJURY** or **BODILY INJURY** or **PROPERTY DAMAGE** or the loss of use thereof suffered or alleged to have been suffered by any person(s) or organization(s) resulting out of **LAW ENFORCEMENT**



        **ACTIVITIES**, including **INCIDENTAL MEDICAL MALPRACTICE** arising out of **LAW ENFORCEMENT ACTIVITIES**, happening during the **PERIOD OF INSURANCE**.

…

**SECTION III LAW ENFORCEMENT LIABILITY - EXCLUSIONS**

**IN ADDITION TO THE GENERAL EXCLUSIONS OF THIS POLICY, THIS SECTION DOES NOT INSURE AGAINST:**

**A.**    Any claim for damages, whether direct or consequential, or for any cause of action which is covered under any other Section of this policy, whether or not a limit is stated in **PART I A. SCHEDULE OF SPECIFIC EXCESS LIMITS OF INSURANCE**;

**B.**    Any **CLAIM** or **SUIT** for **BODILY INJURY**, **PROPERTY DAMAGE**, or **PERSONAL INJURY**, including any award of attorneys fees and costs, resulting from:

    (1)    any knowing and intentional violation of any subsection of Title 42 of the U.S. Code, including but not limited to 42 U.S.C § 1981 thru 42 U.S.C. §1989 and 42 U.S.C. §1997; or

    (2)    any knowing and intentional deprivation of any rights protected under the United States Constitution or the Constitution of any State, Territory, or Protectorate of the United States; or

    (3)    any act which is not reasonably related to the execution and/or enforcement of the law; or

    (4)    any act committed with the knowledge and intent to cause **BODILY INJURY**, **PROPERTY DAMAGE**, or **PERSONAL INJURY**, or which could reasonably be expected to cause **BODILY INJURY**, **PROPERTY DAMAGE**, or **PERSONAL INJURY** unless the act of the **INSURED** was reasonably necessary to lawfully prevent injury to persons or damage to property.

However, Exclusion B. shall not apply to any vicarious liability on the part of the **NAMED INSURED** arising solely out of an act by any other **INSURED** resulting from **LAW ENFORCEMENT ACTIVITIES** and excluded herein, but this provision applies only to the liability of the **NAMED INSURED** to pay any settlement, verdict or judgment; providing that the sole liability imposed on the **NAMED INSURED** does not arise from any contractual duty to indemnify an **INSURED**.

…

**H.**    Any claim arising from **WRONGFUL ACTS** except as provided under this Section for Discrimination or Violation of Civil Rights arising out of **LAW ENFORCEMENT ACTIVITIES**;

\*\*\*

As Commissioner of District 3, you are an "Insured" as per the definition cited above, but only "while acting within the scope of [your] duties as such." The plaintiffs' specific allegations are that you acted in your own personal, political interests and misused your political office in violation of the City of Miami Charter and in violation of Plaintiffs' First Amendment rights. Should it be determined through the course this litigation that your alleged actions were outside the scope of your duties as Commissioner for the City of Miami, then your alleged actions would not meet the requirements of the definition of "Assured" as cited above. Therefore, you would not be entitled to reimbursement as an assured under this policy.

Plaintiff seeks an award of punitive damages. If punitive damages are awarded, Underwriters will not pay for or contribute to any award for those damages, to the extent that they are not insurable as a matter of public policy.

We respectfully request that we be kept closely advised of all developments in this matter. Underwriters do not waive and reserve all rights under the policy in the event additional facts and/or information about this Complaint that may affect coverage are disclosed or discovered at a later date. Any actions undertaken by Underwriters or their representatives are and remain subject to the terms of this letter and should not be interpreted as creating a waiver or estoppel of any of



Underwriters' rights under the terms and conditions of the policy or at law. Similarly, the Assured does not waive or surrender any of their rights under the policy.

The explanation of coverage outlined herein is not meant to be exhaustive. The policy of insurance includes additional provisions that may have a bearing on the question of coverage. By limiting policy references to those cited herein, Underwriters do not waive any other policy provisions. The insurance policy is incorporated herein by reference in its entirety, as if set forth in full.

We invite you to submit any documents or information you believe may have a bearing on the coverage issues or our decision concerning this claim. If you receive any information that you believe will affect our coverage position, please send that information to us immediately for consideration. Lastly, if an Amended Complaint is filed in this matter, please forward a copy to my attention for a review of coverage in light of any amended allegations.

Regards,

William Mooney, JD
Sr. Claims Adjuster
Brit Global Specialty USA
161 N. Clark St. (Ste. 3200)
Chicago, IL 60601
T: 312 577 9460
www.britinsurance.com

cc:

Serena Lee – Brit via email - Serena.Lee@britinsurance.com
David Smyth – USIS via email - David.Smyth@usis-tpa.com