# EXHIBIT 3

SWORN STATEMENT OF STEVE MIRO

AUGUST 3, 2018
2:30 P.M. TO 3:32 P.M

BARLINGTON GROUP
1637 SOUTHWEST 8TH STREET
SUITE 200
MIAMI, FLORIDA 33135

REPORTED BY:
YENLY CALVO, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



```
 1              APPEARANCES OF COUNSEL

 2


 3  ALEXANDER S. ORLOFSKY, ESQUIRE
    ORLOFSKY LAW FIRM, P.L
 4  767 ARTHUR GODFREY ROAD
    MIAMI, FLORIDA, 33140
 5  (305) 538-234
    alex@orlofskylwfirm.com
 6

 7  ALSO PRESENT:

 8  WILLIAM O. FULLER

 9  MICHEAL MICHETTI

10  OSCAR MUSIBAY

11  ANDREW MAXFIELD

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Miro, Steve   08-03-2018        Page 3 of 70

```
1                    INDEX OF EXAMINATION

2   WITNESS:  STEVE MIRO
                                              PAGE
3   DIRECT EXAMINATION
         By William Fuller &
4        Alexander S. Orlofsky, Esquire             5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

Miro, Steve   08-03-2018        Page 4 of 70

```
 1                    INDEX OF EXHIBITS

 2

 3   NO EXHIBITS MARKED

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
1              SWORN STATEMENT OF STEVE MIRO

2                    AUGUST 3, 2018

3   Thereupon:

4                    STEVE MIRO,

5   was called as a witness, and after having been first

6   duly sworn, testified as follows:

7              THE WITNESS:  I do.

8                    DIRECT EXAMINATION

9   BY MR FULLER AND MR. ORLOFSKY, ESQUIRE:

10             THE COURT REPORTER:  If everyone could please

11        announce themselves on the record.

12             MR: FULLER:  Bill Fuller.

13             MR. ORLOFSKY:  Alexander Orlofsky.

14             MR. MICHETTI:  Michael Michetti.

15             MR. MAXFIELD:  Andrew Maxfield.

16             MR. MUSIBAY:  Oscar Musibay.

17             THE COURT REPORTER:  Thank you.

18        Q    (Mr. Orlofsky)  And good afternoon Mr. Miro,

19   as I explained earlier, you're here today to give a

20   sworn statement.  This statement is being recorded and

21   you have chosen to not -- to be here without an

22   attorney, is that correct?

23        A    Yes.

24        Q    As you can see she's also recording everything

25   we say, so it's very important that when you answer a
```



1    question you give a verbal response.  Even though it is

2    recorded, I want the record to reflect the yes or no and

3    not a -- a nod.  And we're not in a deposition here so

4    anyone can ask questions.  So let me start with the

5    beginning; why don't you give us a little bit of

6    background as to why you're here today?

7         A    I got called in and I don't have nothing to

8    hide.

9         Q    Oh.  So briefly before we got started you

10   mentioned you had filed two state ethics complaints.

11        A    Right.

12        Q    Would you mind describing them to me?

13        A    Not right now, they are being investigated by

14   the -- by the State.

15        Q    What is the basis of the two complaints that

16   you filed?

17        A    One is regarding my case and the other one is

18   the targeting of businesses.

19        Q    Tell me what you know about the targeting of

20   businesses by Commissioner Carollo?

21        A    Can you go a little more?

22        Q    Do you have any firsthand knowledge of

23   Commissioner Carollo targeting any specific businesses?

24        A    Yes.

25        Q    Tell me what you know.



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1       A    I mean, it's -- it goes into a lot you know.

 2       Q    Start at the beginning.

 3       A    When he took office?

 4       Q    Yes.

 5       A    When he took office, you know, he went after

 6  Mr. Fuller, obviously.  You know, he -- he does have a

 7  spreadsheet; I don't know who did it for him, it wasn't

 8  me that's for sure, of all the businesses he has in the

 9  district.  He's gone with --

10       Q    (By Mr. Fuller)  Business or properties?

11       A    Properties.

12       Q    (By Mr. Fuller)  Okay, properties.

13       A    Properties; all your properties.

14       Q    (By Mr. Fuller)  But everybody's property or

15  like specific list?

16       A    Yours.

17       Q    (By Mr. Fuller)  Okay.

18       A    What -- Whatever --

19       Q    (By Mr. Fuller)  Does it have a name?

20       A    -- company known --

21       Q    (By Mr. Fuller)  Does it have a name?

22       A    There are no names and I know that -- that he

23  has it.  I know that -

24       Q    (By Mr. Fuller)  But do they ever get like a

25  certain -- Like where they referred to as like something
```



```
 1  or there's a list?

 2       A    They're -- they're -- they're, I guess, they

 3  are through the property appraisal website.

 4       Q    (By Mr. Fuller)  Okay.

 5       A    So he does have that list.  I don't -- So --

 6       Q    (By Mr. Fuller)  And how was it -- So the --

 7  How did -- Would he use the list?  How was it --  How

 8  was it -

 9       A    Well, when he went with -- excursions with the

10  mayor, the city manager, the deputy city manager, code

11  enforcement --

12       Q    (By Mr. Fuller)  Mhmm.

13       A    -- director, he showed them all the

14  properties, you know.

15       Q    (By Mr. Fuller)  Mhmm.

16       A    We walked up and down 8th Street all the way

17  to 6th Avenue; believe it or not.  We turned back around

18  you know, and walked back the other way showing the

19  business that have violations and obviously, they were

20  your businesses.

21       Q    (By Mr. Fuller)  Mhmm.

22       A    Martin was in -- walked with us not -- not

23  that long, maybe about 45 minutes.  I was mainly talking

24  to him --

25       Q    (By Mr. Fuller)  Correct.
```



```
 1        A     -- I don't know if he ever spoke to you about

 2   it.

 3        Q     (By Mr. Fuller)  Yeah, he did.

 4        A     I tried to get him a meeting but obviously, I

 5   told him, "Man, I could only try."

 6        Q     (By Mr. Fuller)  Right.

 7        A     "It might not happen but I'll try, obviously,"

 8   and--

 9        Q     (By Mr. Fuller)  Mhmm.

10        A     -- it didn't occur.

11        Q     (By Mr. Orlofsky)  When did you first have one

12   of these walkthrough up and down 8th street?

13        A     I'm going to say after the entire court ordeal

14   with him was over, so I'd say maybe end of January,

15   February.

16        Q     (By Mr. Orlofsky) So the end of January.

17        A     Now, I wasn't with him for the deputy city

18   manager one nor the city manager one; I was with him for

19   the code enforcement and the mayor.

20        Q     (By Mr. Fuller)  Right, I saw you guys on the

21   -- on the code enforcement one.

22        A     Yeah.

23        Q     (By Mr. Orlofsky) And before you had this

24   walkthrough did you have any conversations specifically

25   with Commissioner Carollo about --
```



```
 1      A    Before him?

 2      Q    (By Mr. Orlofsky) Before the walkthrough.

 3      A    No, no; I didn't even know what it happening.

 4  He was calling me, "Hey, meet me here at the pub -- by

 5  the pub," and I got down and that's when everyone came

 6  together.

 7      Q    (By Mr. Orlofsky) Do you know if after that

 8  walk-through the City of Miami had memorialized that --

 9  that walkthrough?  Like do you know of any documentation

10  that would have been created by the city?

11      A    It might be e-mails but I -- I don't know.

12      Q    (By Mr. Fuller)  Why would he target us?  Why

13  would he target us?  Like -- Like myself, my partners,

14  my business; like what -- what was the impulse behind

15  that?

16      A    Well, he could probably get a radio because he

17  said it on the radio on Marta Flores Station.

18           `THE COURT REPORTER:  I'm sorry, can you

19      repeat that?

20           `THE WITNESS:  Marta Flores, and on TV.  Now,

21      I don't -- I don't watch Spanish news so I don't

22      know where.  But I know he's put it out there a

23      couple of times on the record and he's put it also

24      off the record on the City Dias that there is

25      businesses being influenced by Venezuelan dirty
```



1    money.  And that's what he thinks that -- where

2    your money comes from.  And he says the one -- the

3    one that sells chocolate and guayaba here is part

4    of the Venezuelan communist government.  So he's

5    really fixated on that; I mean, it's not just you

6    alone, he has a friend of mine that he's targeting

7    also.

8        Q    (By Mr. Fuller)  But is that -- Was that

9    always his impetus?  Was that always even the idea

10   behind like -

11       A    Well, it -- it's that combination obviously,

12   you went against him in the commissionaires by donations

13   to -- giving him building and what have you.  And --

14       Q    (By Mr. Fuller)  But didn't a lot of people do

15   that as well?

16       A    Yeah, yeah they did.

17       Q    (By Mr. Fuller)  But do you think he was

18   targeting other people as well?

19       A    I don't know if --

20       Q    (By Mr. Fuller)  For political -- For

21   political reasons?

22       A    He has or mainly them -- they're lobbyists so

23   they don't have to go to him specific for the vote or to

24   count to three.  But you're obviously in the heart of

25   the district that he quote-unquote, cares so much about.



1      Q    (By Mr. Fuller)   What -- What do you know

2   about the lady behind Ball and Chain that -- that we saw

3   you guys meet with; the blonde neighbor you and Mary

4   Lugo that day you did the walk-along?

5      A    Oh, yeah.  While doing that walk-along she was

6   like, "Oh, I want to show you to some neighbors."  Well,

7   those neighbors we started knocking on the doors and

8   they were saying how bad the music was, that they hear

9   it or what have you.  But initially, I -- I did a

10  records request on that and they never made any

11  complaints.  My falling out with Joe started when you

12  filed the ethics complaint because I'm not going to lie

13  about it.  And he tried to coarse me into staying which

14  I've told the ethics already that, you know, we got --

15  You know, this is all pie in the sky; it's bullshit.

16  And I said, "Well, some of it is, I mean, at least for

17  me because you know I'm under the directive of you."

18  And I told him, "Look, I've retained an attorney for

19  this and we can't really be talking about it."  And then

20  he's like, "Oh, you did?" You know, he got a little

21  upset there and -- and then he said, "Well, you know, we

22  got anonymous complaints for this."  And I'm like, "Joe,

23  I'm going to say the truth." You know?  And he's like,

24  "What's the truth?"  And I'm like, "Whatever they ask

25  me.  I don't know what they're going to ask me but I'm



```
1   going to say the truth."

2       Q    (By Mr. Fuller)  Correct.

3       A    That's it, and that's when it started

4   deteriorating.

5       Q    (By Mr. Fuller)  And did he ever express

6   anything to you about the ethics complaint other than

7   that; did he ever bring it up again?

8       A    Only once; maybe once but he did it with me.

9       Q    (By Mr. Fuller)  We're you guys -- Can you

10  explain the night that you guys went out the lot, the

11  valet lot; how that happened?  Like what time that was

12  at, how -- how the events -- those events took place?

13      A    That was like at night, yeah.

14      Q    (By Mr. Fuller)  And how did that happen?  Who

15  -- Who was in the car that day?

16      A    It was me and my wife, Mary Lugo and -- and

17  Joe.

18      Q    (By Mr. Fuller)  And -- And can you just

19  explain like how that night went down from your side?

20      A    Well, I had dinner with my wife and Joe called

21  me, "Hey, meet me at the pub," it's like -- it's like

22  nine o'clock or so.  I was with my wife, you know, so we

23  go and then he's like -- We had a coffee while we spoke

24  and then Mary Lugo showed up, we got in his car; he was

25  driving and, you know, we started driving around just
```



```
 1   this area various times and my wife kept saying, "You
 2   know, I got to go," she worked the next morning.  And
 3   that's what transpired.
 4        Q    (By Mr. Fuller)  Well, what happened
 5   specifically on that lot?  Like --
 6        A    No, he had it with that lot that it was in a -
 7   - it wasn't paved, there wasn't a sewer, there wasn't
 8   proper lighting so it's not a parking lot.  He's had
 9   various conversations and I know he pretty much
10   interrogated Norieaga for that.
11        Q    (By Mr. Fuller)  What did he --
12        A    You might want to talk to Norieaga.
13        Q    (By Mr. Fuller)  What did he --
14        A    I mean, I was in that meeting also with
15   Noreaga but --
16        Q    (By Mr. Fuller)  So he -- So was that
17   meeting--
18        A    He started asking questions --
19        Q    (By Mr. Fuller)  Was that before --
20        A    -- what's the process to get parking lot
21   approval --
22        Q    (By Mr. Fuller)  Was that before or after that
23   -- that parking lot?
24        A    That was --
25        Q    (By Mr. Fuller)  -- that night.
```



```
 1      A    -- after.

 2      Q    (By Mr. Fuller)  After that night?

 3      A    Yeah, after that night and you know, Norieaga

 4  started saying, "This is a process through the city,"

 5  and -- and so forth.

 6      Q    (By Mr. Fuller)  Mhmm.  And so what happened

 7  that night after he -- So he went over there; what was

 8  the objective to go there?  What was the objective that

 9  night to show up on that lot?

10      A    I don't know, to take pictures and videos?

11      Q    (By Mr. Fuller)  Mhmm, and did he?

12      A    Like -- Yeah.

13      Q    (By Mr. Fuller)  He took pictures and videos?

14      A    I don't know if he did but I know that -- that

15  there is.

16      Q    (By Mr. Fuller)  And what is Mary Lugo to the

17  equation?  How -- What does -- What does -- What's the

18  scope and scale of the Mary Lugo relationship?

19      A    Well, she's -- She works for the union, so she

20  does have -- Joe believes hardcore in access to

21  everything.  So she gets access to everything in the

22  city because she's a union employee.  Well, she works

23  for the union; so she's the --

24      Q    (By Mr. Fuller)  You mean access for like

25  public files --
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
1        A    For anything, yeah.

2        Q    (By Mr. Fuller)  So she -- she has access --

3             THE COURT REPORTER:  One at a time.

4             MR. FULLER:  I'm sorry.

5             THE COURT REPORTER:  That's okay.

6        Q    (By Mr. Fuller)  She has access to everything?

7        A    She gets everything quick, yes and she gives

8   it to him.  And at times she gets one of those booklets

9   within hours, you know, and again hands it to him.

10       Q    (By Mr. Fuller)  And how does she have access

11  -- How does a union employee have access to that?  What

12  -- It's just because she --

13       A    Because she goes to the city, you know to City

14  Hall.

15       Q    (By Mr. Fuller)  She has the right --

16       A    I mean, not City Hall, the MRC Building.

17       Q    (By Mr. Fuller)  She has the right to request

18  that stuff or --

19       A    Well --

20       Q    (By Mr. Fuller)  -- she just has

21  relationships?

22       A    I have no idea how she gets it but she does

23  get it.

24       Q    (By Mr. Fuller)  All right.

25       A    Either, through friendship, you know.  She
```



877.291.3376
www.UCRinc.com

```
 1   does work for the employers in their -- in their
 2   bargaining unit.
 3        Q    (By Mr. Fuller)  Do you know anything about
 4   Mary Lugo's involvement with my Christmas party at the
 5   Tower Hotel?
 6        A    That I -- I didn't even know about it.  They
 7   kept talking and I never put two and two together until
 8   obviously, recently -- Not recently but until I got it.
 9   I'm like, "This is what they were," I had no knowledge
10   of that whatsoever.
11        Q    (By Mr. Fuller)  Are you -- Are you aware of
12   anything that was ever discussed with the idea of Mary
13   Lugo being compensated for a like -- a type of like
14   position or some type of like --
15        A    Well, now is on the Bayfront Park Board.
16        Q    (By Mr. Fuller)  Was there ever like you
17   scratch my back, I scratch your back?  Was there ever
18   like an understanding of how she was like -- You know,
19   if she did -- If you do my -- my special work I'm going
20   to -- I'm going to reward you with - with this --
21        A    Well, just what he said, that he was going to,
22   which he hasn't; I don't know why he was going all out
23   on her that she -- he was going to put their contract --
24   The first thing he was going to do -- Well, obviously,
25   there's a lot of the first thing he was going to do that
```



877.291.3376
www.UCRinc.com

Miro, Steve   08-03-2018      Page 18 of 70

```
 1   he was going to put their contract on the commission
 2   agenda so that he could renegotiate their contract.
 3        Q    (By Mr. Fuller)  Mhmm.  Is there -- Is Joe
 4   Carollo -- Is he a good business guy?
 5        A    No.
 6        Q    (By Mr. Fuller)  Does he have money like you
 7   think he's like a guy that has wealth?
 8        A    Well, yes, now he does.
 9        Q    (By Mr. Fuller)  How is that?
10        A    He's Coconut Grove house is no longer in the
11   Homestead Exemption.  So he does have about $2 million
12   there in assets.
13        Q    (By Mr. Fuller)  Mhmm.  And do you -- Does he
14   have any like holdings or business interests or
15   relationships like in Little Havana or Calle Ocho that
16   you're aware of?
17        A    Trick -- That's a tricky question and I'll
18   tell you why; because he wanted to eliminate the Bienes
19   Culturales.  So he had his attorney, Ben Kirney
20   (phonetic) open up another corporation of the Que Pasa
21   Little Havana I believe.  You got to check Sunbiz for
22   that, that's what I believe it's called.  And he --
23   Well, he came on the news --
24        Q    Yeah.
25        A    -- on Univision --
```



```
 1        Q    (By Mr. Fuller)  I never heard of it.
 2        A    -- and so forth.  So he made a board of all
 3   women, that's when he won, to take advantage of Bienes
 4   Culturales.  And the initial thing was, you know, he was
 5   going to -- through his office budget he was going to
 6   donate money to that and then get, obviously, once Alex
 7   was going to be like the County Commissioner there was
 8   going to be a -- an influx of cash in there through the
 9   County Commissioner budget into that fund which is going
10   to be enough for profit.  I don't know what they've done
11   with that, a board or -- or what have you but I don't
12   even know if it exists or not but I know it's still.
13        Q    (By Mr. Fuller)  But why would he want to
14   create that?  What would be the reason?
15        A    To take -- take over Bienes Culturales.
16        Q    (By Mr. Fuller)  Why?
17        A    From you.
18        Q    (By Mr. Fuller)  Just because it's mine?
19        A    Just because it's you.
20        Q    (By Mr. Fuller)  Yeah.  But is there anything
21   like -- Does he have like aspirations to own real
22   estate, to run a mojito business, to -- to, you know,
23   sell Cuban coffee, like does he -- is he -- does he have
24   any business interest --
25        A    No.
```



1    Q    (By Mr. Fuller)  Does he have any campaign

2  funders that have significant interest on Calle Ocho;

3  anybody that you think would be meaningful enough to

4  influence or persuade his decision making?

5    A    Well, the Valves (phonetic); the Valves

6  family.

7    Q    (By Mr. Fuller)  Why do you think the Valves?

8    A    I -- I don't know.  He's funder's mainly, you

9  know, the -- his funders really, Manolo Reposo

10  (phonetic) you know, donates a lot --

11    Q    Manolo Reposo Who's that?

12    A    He's a business partner of Felipe, he was a

13  former commissioner, they're very good friends.

14    Q    (By Mr. Fuller)  And what -- Is there anything

15  other than like political or friendship that you could

16  think about that would be -- that they would have an

17  interest in --

18    A    No, I just know that he kept always mentioning

19  though what is it, the 100-pound gorilla statement, he's

20  going to bring them on boards so they could, you know,

21  come and concur Little Havana.

22    Q    (By Mr. Fuller) Who's the 100-pound gorilla?

23    A    Them.

24    Q    (By Mr. Fuller)  The Valves family?

25    A    The Valves family.



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1      Q    (By Mr. Fuller)  So you -- You think that he

2   is -- Do you think that -- So when you say he -- I want

3   to explore this more.  So he referred to the Valves as

4   the 100-pound gorilla.  Do you think that he's overall

5   interest is acting on their behalf for their benefit?

6   Like do think that if you were to destroy like Ball and

7   Chain, for example, it could be a -- Like, do you think

8   that Ball and Chain is somehow competition to the

9   Valves?

10     A    My opinion, no.  I don't think -- I don't

11  see --

12     Q    (By Mr. Fuller) But do you think that Carollo

13  might think that?

14     A    I can't put myself in that guy's mind.

15     Q    (By Mr. Fuller) But what were the -- Let's go

16  back to the 100-pound gorilla thing; what does that

17  actually mean?  Like did you think that --

18     A    I never understood it, you know.

19     Q    (By Mr. Fuller) Well, did he -- Explain how he

20  would have used it in context, like --

21     A    He said, "Oh, these people think they have

22  money?  I'm going to bring the 100 pound gorilla here."

23     Q    (By Mr. Fuller) To the street?

24     A    Yeah.  "And they have influence and they think

25  they can do what they want."  Again, it's -- it's been



877.291.3376
www.UCRinc.com

```
 1    put multiple times on the record.

 2        Q    (By Mr. Fuller) Of course, yeah.  I mean, it's

 3    amazing what he says on the air.  What about other

 4    relationships like Brickle Motors and stuff like that?

 5        A    Mario Murgado (phonetic)?  I don't -- You

 6    know, Mario I think he -- He has mentioned it but I

 7    don't think Mario, he just cared about his dealership.

 8        Q    (By Mr. Fuller) Got it.

 9        A    Mario I don't think he wants to open up a

10    mojito shop or, you know, any of that, that's --

11        Q    (By Mr. Fuller) But -- But did -- But was he a

12    campaign -- Did he --

13        A    Yes.

14        Q    (By Mr. Fuller) -- support the campaign --

15        A    Yeah, he did.

16        Q    (By Mr. Fuller) -- in a big way?

17        A    Yeah.

18        Q    (By Mr. Fuller) Yeah.  But nothing ever came

19    up with regards to, you know, -- You never heard

20    anything about --

21        A    He's had conversations with him but, you know,

22    I don't think Mario is really interested in -- in -- in

23    going outside what he knows, you know, it's just --

24        Q    (By Mr. Fuller) No, I'm not -- I'm not

25    suggesting that -- that the coffee -- like Mario Murgado
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1   wants to open a Cuban bar; that's not what I'm saying.

2   But Mario Murgado wants to sell cars and he is on Calle

3   Ocho, and we -- I have had personal issues Mario Murgado

4   about the vision of Calle Ocho.  And therefore, I have

5   often times thought, maybe it's incorrect, that Mario

6   might have had influence in him in creating problems

7   because I want more Cuban culture and Mario wants to

8   sell more cars.  So, I know Mario is -- I consider Mario

9   a 100 pound gorilla equal to the Valves in those

10  statements. And so I -- I'm just exploring all possible

11  angles.  So you -- Do you think that there is any

12  involvement in --

13       A    Well, he has mentioned him as a part of it but

14  I don't -- I don't see Mario even playing it.

15       Q    (By Mr. Fuller) Right.  What happened the day

16  of the walkthrough; like what was the intent?  Like I

17  mean, we videoed the whole thing, we photographed the

18  whole thing, like it's -- it looked very specifically

19  that you guys happened to like other properties more

20  than other properties.

21       A    Yeah.

22       Q    (By Mr. Fuller) Who was there, how were they

23  called, why were there?   Like what --

24       A    Again, everybody knows -- I didn't even know I

25  was going there to do that walk-through.  Luckily, I had



1  my sneakers on that day but I didn't know I was going to

2  be put in that predicament myself also.  I mean, I was

3  just mainly targeting Martin, you know because Joe

4  didn't want anything to do with Martin.  He started

5  talking to me and I started talking to Martin the entire

6  time -- Not the entire time, the majority of the time.

7      Q    (By Mr. Fuller) Right.

8      A    The code enforcement officer was taking notes.

9  I mean, I didn't take any notes because I'm not a code

10  enforcement officer, so I was just along for the ride,

11  you know.  I mean, when your boss says be here, you be

12  here -- you be there.

13      Q    (By Mr. Fuller) What's up with the state

14  attorney investigation?

15      A    No idea.

16      Q    (By Mr. Fuller) What happened?  You met with

17  them, you gave them a statement?

18      A    Right.

19      Q    (By Mr. Fuller) Have they ever called you

20  back?

21      A    We've been in contact but obviously, after the

22  campaign ended, no more contact.  We've spoken a couple

23  of times but --

24      Q    (By Mr. Fuller) Did they --

25      A    -- it's a pending investigation, I don't want



Miro, Steve   08-03-2018        Page 25 of 70

```
 1   to get into that.
 2       Q    (By Mr. Fuller) Did they pick up -- Do you
 3   think they're going to pick up the case?
 4       A    I hope so.  I mean, I gave them more
 5   ammunition on what they needed, hopefully, they so
 6   something.
 7           MR. FULLER:  You have some questions?
 8           MR. ORLOFSKY:  I do.
 9       Q    (By Mr. Orlofsky) After the walkthrough did
10   Commissioner Carollo ever tell you to do anything
11   regarding Mr. Fuller's properties?
12       A    What do you mean anything?
13       Q    (By Mr. Orlofsky) Did he ever tell you to
14   follow up with code enforcement afterward; follow up
15   with the parking department --
16       A    I sent -- I sent out an e-mail once, yes.
17       Q    (By Mr. Orlofsky) And what -- To the best of
18   your knowledge what did the e-mail request?
19       A    It -- It was nothing harsh it was just saying
20   which properties are -- are under whatever valet
21   company, I believe.  And I got an e-mail right away, I
22   think it's two or three lots or what have you, and I
23   just gave them to Carollo.  I mean, I never did any
24   really follow through with code enforcement whatsoever.
25       Q    (By Mr. Fuller) Did you ever think like in all
```



1    interactions that you were having and all this stuff,

2    like did you ever say to yourself, "Man, I'm actually

3    being utilized to target these people?"  Like, "I'm

4    actually, like this might not be good or any of that?"

5    Like did that ever cross your mind?

6          A    Of course.

7          Q    (By Mr. Fuller) And so did you ever confront

8    that with him?  Did you ever say to him --

9          A    I confronted Joe all the time, that's why --

10         Q    (By Mr. Fuller) And what did he say?  What was

11   his -- What was his M.O?

12         A    He -- He was just -- You know, every time I --

13   I spoke to him harshly like because, during the campaign

14   that -- that's what I was, yeah, you know, he was just

15   taking it back.  I guess he thought now that he was

16   commissioner he was, you know something else, you know.

17   But I guess he didn't like majority of my tone.  But he

18   never gave me an answer, you know.  He just said, "Look,

19   Steven, this is what I'm doing."

20         Q    (By Mr. Fuller) Well, just specifically, to

21   like, "Hey, why are you targeting these guys?" or like,

22   "Why are you doing this?"  Like --  Would you -- Would

23   you ever be like, "We shouldn't do that?"

24         A    Well, you know, I -- I've always tried to

25   divert to stuff in the -- in the district, you know.



877.291.3376
www.UCRinc.com

```
 1   Let's do the enhancements we said we were going to do,
 2   the housing authority; I always tried to bring that back
 3   and try to put it on the agenda.  I was only able to put
 4   it once on the agenda, after that it was, you know,
 5   nothing else, it was, no more working for the people, we
 6   were just you know.  One day it was you, the next day it
 7   was the mayor, the next day it was city manager; we were
 8   just, you know, it was the flavor of the week.  We were
 9   going back and then there was just to go in circles from
10   me coming back to you, coming back to -- Now we're going
11   after the mayor.
12       Q    (By Mr. Fuller) What is his -- What is his
13   reason behind this neighborhood and why he wants to shut
14   down the businesses?  Like what -- What -- Like my
15   business and the -- like what is, at the end of the day,
16   what is his gain, what is his benefit from it?
17       A    I don't see no benefit, you know.
18       Q    (By Mr. Fuller) But is that something --
19       A    That --
20       Q    (By Mr. Fuller) -- is that just like a --
21       A    -- That gives him a fiscal impact in the
22   city --
23       Q    (By Mr. Michetti) Is it an ego thing?  I mean,
24   I -- I -- I've seen his videos.
25       A    It might be an ego thing if you're right.
```



```
 1        Q    (By Mr. Fuller) But what is the ego --

 2        A    Okay.  Look --

 3        Q    (By Mr. Fuller) How does that boost or enhance

 4   his ego?

 5        A    You know, I know -- Look, my -- my godfather

 6   is a magistrate.  I mean, he helped you the last time

 7   which was August 5th day I was -- I was terminated 4th

 8   of June. The 5th it was code enforcement hearing that

 9   Joe showed up to that hearing.  My godfather was the

10   magistrate in that hearing.

11        Q    (By Mr. Fuller) No way.

12        A    Yes.

13        Q    (By Mr. Fuller) Wow.

14        A    And he gave you guys a 30-day extension.

15        Q    (By Mr. Fuller) Right, we heard that in the

16   audio tape.

17        A    He saw -- He saw Carollo walk in and you know,

18   he saw Carollo sitting next to the two people and he

19   didn't think much of it, you know.  After he rendered

20   his decision, Joe Carollo, he's like, "Commissioner

21   Carollo," out of respect he brought him up, "is there

22   anything you want to say or?"  And he's like, "Yeah,

23   absolutely, I came here to take about that case."  But

24   the case was already closed.

25        Q    (By Mr. Fuller) Right.
```



877.291.3376
www.UCRinc.com

```
 1        A     And he wanted to reopen the case and --
 2        Q     (By Mr. Fuller) Right.
 3        A     -- my godfather, obviously, ethic -- ethically
 4   he can't do that.  He did it to it and now with Joe
 5   Carollo got rid of all magistrates.
 6        Q     (By Mr. Fuller) Correct.
 7        A     --in the city.
 8        Q     (By Mr. Fuller) Unbelievable.  Was that
 9   something -- He -- He's maintained that that's something
10   he was working on for a long time previously.  Is that
11   true or not?
12        A     Never heard of that.
13        Q     (By Mr. Fuller) Do you -- Were you aware that
14   after he got his tail between his legs, an opinion
15   that's what happened, that he started a campaign
16   overnight to get that legislation written?
17        A     Yeah, I mean, that's the first I heard of it,
18   you know.  And then the other magistrates --
19        Q     (By Mr. Fuller) Because the next morning by
20   10:30 --
21        A     It's such a minimal impact on the budget and
22   what they do is so well.  I mean, I think, you know, and
23   when I saw my godfather on Sunday and he told me he gets
24   paid three grand a year, you know.
25        Q     (By Mr. Fuller) Right.
```



```
 1      A    For that's -- You know, it's not a money
 2 maker.
 3      Q    (By Mr. Fuller) Did you -- What about the
 4 marketplace?  Like was there anything specifically that
 5 ever came up with the marketplace or working at the shop
 6 with the containers and all that stuff?
 7      A    Yeah, there -- there's -- He's been going
 8 after that for a while.
 9      Q    (By Mr. Fuller) But what was his -- What was
10 his?
11      A    I have -- I have no idea.  I wasn't --
12      Q    (By Mr. Fuller) Was there anybody else that he
13 speaks to that like -- is like closer -- was closer to
14 his inner circle -- was there -- Is somebody that he
15 strategizes with and -- and speak --
16      A    Yeah, Portilla gives him -- is like the fuel
17 to his fire.
18      Q    (By Mr. Fuller) He -- He's in the office a
19 lot?
20      A    I don't know if he's in the office after the
21 whole ordeal that occurred but in the beginning --
22      Q    (By Mr. Fuller) Oh, okay.  But I'm -- But I'm
23 saying like in consultation or what not --
24      A    You know, yeah, they -- they used to have
25 outside meetings a lot here in the pub.  CJ is another -
```



1    - which is junior.

2          Q     (By Mr. Fuller) What about Sornof (phonetic)?

3          A     Sornof is yeah, one of his money guys and also

4    has his ear.

5          Q     (By Mr. Fuller) Who else is a money guy?

6          A     That's -- I mean, besides Sornof, the Valves--

7          Q     (By Mr. Fuller) So you're -- You keep

8    mentioning the Valves; were the Valves close to Carollo?

9          A     No, not -- not really Manolo is the one that -

10   - that has the direct access to him.

11         Q     (By Mr. Fuller) Because I have a relationship

12   with the Valves and I -- I think they've -- Honestly I

13   believe that they're --

14         A     They're more of in their own business.

15         Q     (By Mr. Fuller) They've always been very

16   straight up people.

17         A     Yeah, they know --

18         Q     (By Mr. Fuller) I think that they give to a

19   lot of people.  But I honestly, I've even talked about

20   partnering with them on certain things; I just don't see

21   the Valves.

22         A     I -- I don't either but I do have to mention

23   them because that's who Joe has close to ties to, you

24   know.

25         Q     (By Mr. Fuller) Got it.



1      A   Like the -- the day that I was terminated, the

2   next day, I was over there, not in the third floor where

3   they were at but I have a buddy that has an office in

4   the second floor.  And I was in his office all day

5   there, you know, trying to put together some -- some

6   stuff and Carollo was there.  It just so happens, that

7   he was in the same building on the third floor with the

8   Valves all day. You know, that was really trying to

9   raise money for him, for his -- for his pack, for his

10  ECO.

11      Q   (By Mr. Fuller) What his pack?

12      A   Miami First.

13      Q   (By Mr. Fuller) An what is that?

14      A   The pack; his ECO.

15      Q   (By Mr. Fuller) What does he use that for?

16      A   Well, so far which is an ethics violations

17  also, he's paid his attorney Ben Kirney, out of that.

18      Q   (By Mr. Fuller) His attorney gets paid out of

19  his pack?

20      A   Yes and -- I mean, he could use the ECO for

21  almost, you know, anything but he can't pay attorneys

22  from that.  But that's pretty much the expenses that

23  have occurred, you know, expenditures, that's just been

24  Ben Kirney.

25      Q   (By Mr. Fuller) What -- If -- If there is



1   **evidence that you think -- Do you have any information**

2   **that you think could remove him from office?**

3       A    I think, you know that ethics complaint you

4   filed should be a removal of office offense.  I mean,

5   again, I filed two ethics complaints which are being

6   investigated --

7       **Q    (By Mr. Fuller) But an ethics complaint does**

8   **not remove somebody from office.**

9       A    Well, the state one can, it goes by Florida

10  Statute and -- and the -- and the Attorney General

11  oversees the -- the ethics department there.  They could

12  render a decision against him --

13      **Q    (By Mr. Fuller) And they -- Have they**

14  **officially picked up those cases?**

15      A    They're -- They're reviewing that right now.

16      **Q    (By Mr. Fuller) Got it.**

17      A    -- my case.  I did it at the end of June, you

18  know.  They're very thorough and methodical and they

19  take a while.  I mean, it's nothing overnight, nothing

20  like the Miami-Dade ethics, because they got 60 days to

21  open and shut a case.

22      **Q    (By Mr. Fuller) But aside from all the stuff**

23  **that we know that he was targeting on our businesses, is**

24  **there anything else that he's ever done that you think**

25  **raises to illegality or --**



```
 1        A    Only what I -- You know, my statements I gave
 2   to the State Attorney office, I mean, you're using city
 3   funds to campaign.  I mean, that's -- that's something
 4   criminal.
 5        Q    (By Mr. Fuller) Mhmm.  What about the
 6   relationship with Sornof and some of his other money
 7   people?  What -- Is there anything there that -- Is
 8   there --
 9        A    There -- There --
10        Q    (By Mr. Fuller) I've often heard of --
11        A    I mean --
12        Q    (By Mr. Fuller) -- situations where it's like
13   well, if you've got to -- if you want to work with
14   Carollo you've got to work with Sornof.  Is that true?
15        A    There is that, yes.
16        Q    (By Mr. Fuller) How does that --
17        A    But now you've got to show that -- that trans
18   -- that money transaction.
19        Q    (By Mr. Fuller) And how does that work?
20        A    I mean, that's through almost what is it;
21   forensic investigation or something.  You know, to
22   show --
23        Q    (By Mr. Fuller) How does -- How does -- How in
24   your mind, like how does this work?  Like how -- The
25   concept is; is that --
```



1      A     I mean, you've got to show Carollo getting

2   money from Sornof or from CJ or -- or Tanya because now

3   she's a lobbyist as well.

4      Q     (By Mr. Fuller) Mhmm.

5      A     She --

6      Q     (By Mr. Fuller) If you -- If you want

7   something from Carollo is it -- is it common knowledge

8   that you go to one of these guys --

9      A     Absolutely, common knowledge.

10     Q     (By Mr. Fuller) --and you get?

11     A     Any lobbyist would tell you that.

12     Q     (By Mr. Fuller) So do they ever say, "Oh,

13  well, if you start paying me a certain amount a month I

14  can get what you want," is that -- is that the --

15     A     That's mainly probably what the lobbyist is

16  there for.

17     Q     (By Mr. Fuller) The lobbyist, yeah.  Is that

18  an -- Is that like some type of assertion that they

19  would make or to a potential client?

20     A     Might be, I'm never there for that -- for that

21  sit down with, you know, lobbyist and you know, the

22  potential client.

23     Q     (By Mr. Fuller) Are you aware that --

24     A     I know that, you know, CJ's presence in the

25  City of Miami has enhanced with Formula One with now the



```
 1   Super Bowl committee in Bayfront Park, Parrot Jungle and
 2   I can't remember the other one that he just got also.
 3   But, you know, he's enhanced his presence in the city.
 4        Q    (By Mr. Fuller) Do the -- do the lobby --
 5        A    Oh, and the Max brothers also.
 6        Q    (By Mr. Fuller) When you hire a lobbyist do
 7   they meet with Carollo, with the commissioner and their
 8   clients?
 9        A    Yes.  yeah but he's barely never had any
10   interactions in their office, he always has it outside
11   the office.  He had the one with the mass -- And the
12   reason I know I wasn't in the office anymore, I was
13   having a cigar out here in Calle Ocho, he was walking
14   around with mass and CJ the day they had the meeting.
15   Out here that they had the meeting in a pub and they
16   were walking around Domino Park and they went by your
17   place, by the -- place right there; I don't know how
18   what the hell he showed Mass there at you know.
19   Whatever he's trying to influence, you know, something
20   to that effect there.
21        Q    (By Mr. Orlofsky) While you were with
22   Commissioner Carollo, while you were still employed by
23   the City of Miami, did he ever tell you directly help
24   Formula One, help the Super Bowl?  You never got
25   specific directions for anything for anything to the  --
```



```
 1      A    No.

 2      Q    (By Mr. Orlofsky) And did you ever have

 3   contact directly with any of the -- the four issues;

 4   Formula One and the Super Bowl committee?

 5      A    Formula One, I mean, we had meeting with -

 6   from Bayfront Park because he was the chairman there.

 7   Formula One, it was -- it was CJ, you know, the majority

 8   that Joe tried to be a hard ass with him trying to get,

 9   you know, trying to get $2 million right up front from

10   the -- to do their presentation at Bayfront Park.  But

11   that could also be a squeeze.

12      Q    (By Mr. Orlofsky) And you never had any

13   control of the bank accounts of Miami First?

14      A    No, he's -- he's the chairman of the ECO.

15      Q    (By Mr. Fuller) Does he -- is this guy that

16   you would describe as somebody who has a lot of friends?

17      A    No.

18      Q    (By Mr. Fuller) Like real friends?

19      A    No.

20      Q    (By Mr. Fuller) Are there any other people

21   that you're aware of that he would speak to regularly or

22   not speak to?

23      A    Well, Joe's M.O which he thinks -- He almost -

24   - What he tries to do is almost what he did in Doral.

25   You know, he went to the State Attorney's Office before
```



```
 1   his firing and so that's how he did that whistleblower
 2   suit. I know it has nothing to do with this but I'm --
 3   where I'm getting at with this is, when he took office
 4   he went -- I -- I know of it because I drove him to FDLE
 5   and he had a packet.  I don't know what he had in the
 6   packet but I know it was directed at you or he turned it
 7   into FDLE.
 8       Q    (By Mr. Fuller) What is the FDLE?
 9            MR. ORLOFSKY:  Florida Department of Law
10       Enforcement.
11       A    And then he's had several interactions with
12   the FBI during his time in office.
13       Q    (By Mr. Fuller) With regards to?
14       A    That I don't know, I just know one meeting
15   that occurred at someone's house and the other one I
16   know he just went to Miramar because he told me he was
17   going to Miramar.  And that's where there were the
18   headquarters is at.
19       Q    (By Mr. Fuller) And -- And going --
20       A    So he tried -- You know, so this is going to
21   be his -- his play.  He's going to -- You know, if
22   something does implicate him, he's going to go back to
23   FDLE but this why they went after me because I went to
24   FDLE and I went to the FBI regarding this.  That --
25   That's his play, that's --
```



1      Q    (By Mr. Fuller) How do you know --

2      A    -- how he tries to protect himself.

3      Q    (By Mr. Fuller) How do you know specifically

4    the package he took to FDLE was related to me?

5      A    Because it said your name on it.

6      Q    (By Mr. Fuller) So like a like -- like a

7    manila folder?

8      A    It was manila folder, yeah.

9      Q    (By Mr. Fuller) And where would he have

10   gathered information from?

11     A    Well, some information I know that he had --

12   Now, I don't know what else was in that package but I

13   know it was like regarding your voter history, your

14   dad's voter history, your mother's voter history, your

15   sister's voter history and -- and that was just election

16   stuff on you.

17     Q    (By Mr. Fuller) Why would that be -- Why would

18   the FDLE care about voter history?

19     A    I don't know.

20     Q    (By Mr. Fuller) What -- Who -- Who would

21   compile information like that?  Who -- Who would be

22   able --

23     A    Well, he -- he's horrible at doing any type of

24   investigation, he just prints out documents like he

25   always does, and just turns them in; hasi a lo loco.



1        Q    (By Mr. Fuller) So you think that's something
2   he has at his house?

3        A    That it is probably nothing, you know; yeah.
4   And, you know, his house is a mess, he has papers all
5   over the place and -- But he never has like a thorough,
6   you know, package that he gives, and he says, "Okay,
7   Bill Fuller, you know 47 years of age what have you."
8   He never has a concrete package.  You know, he just gets
9   paper from all over the place, puts them together,
10  compiles it and -- and that's his investigation.

11       Q    (By Mr. Fuller)  What would happen --  I know
12  on a couple of occasions we wrote e-mails trying to meet
13  like on behalf of the Bienes Culturales.  What was the
14  procedure in the office for e-mails that were coming in
15  where there were no responses?  What was -- What was the
16  procedure?

17       A    They -- It was just ignore it.

18       Q    (By Mr. Fuller) Yeah, but I'm saying was there
19  protocol where it would be like -- Was -- Did anybody
20  ever say, "Hey --

21       A    No.

22       Q    (By Mr. Fuller) -- Bienes  Culturales is
23  writing an e-mail --

24       A    Well, I -- You know, at the time --

25       Q    (By Mr. Fuller) Like who was filled in e-mails



```
 1   or phone calls in the office?

 2       A    Well, it was various people at the office.

 3       Q    (By Mr. Fuller) But was it ever said, "Hey,

 4   these people are writing an e-mail and you haven't

 5   responded to them on the second, third and fourth

 6   notice?"

 7       A    You know, they always print out all the e-

 8   mails that he gets, he, you know, deciphers them as he

 9   pleases and, you know.

10       Q    (By Mr. Fuller) So it was ultimately his

11   decision to --

12       A    Yeah, that's right.

13       Q    (By Mr. Fuller) -- to -- to not respond, or to

14   never do anything.

15       Q    (By Mr. Orlofsky) Do you know if he's ever

16   visited the FDLE or the FBI regarding anyone else?

17       A    No.

18       Q    (By Mr. Orlofsky) And before he visited the

19   FDLE, did you -- did he ever ask you to put together a

20   packet?

21       A    No.

22       Q    (By Mr. Orlofsky) So he already had the packet

23   prepared --

24       A    Yes.

25       Q    -- you just drove him to FDLE.
```



```
1        Q    (By Mr. Fuller) Did you ever hear him discuss
2   my religious -- my religion or religious beliefs?
3        A    No.
4        Q    (By Mr. Fuller) Did you ever hear him ask
5   people whether or not I was Cuban or not Cuban?
6        A    Yeah.
7        Q    (By Mr. Fuller) Why would he do that?
8        A    No idea.
9        Q    (By Mr. Fuller) Why would he ask that?
10       A    No idea.
11       Q    (By Mr. Fuller) Does he know the answer of
12  whether I'm Cuban or not Cuban?
13       A    I don't know if he knows the answer, I -- I
14  know he's always asked.  You know, someone brought him a
15  picture, I don't know what relation he is to you, the
16  firefighter that retired, and he tried to inquire
17  through the fire department who he was.
18       Q    (By Mr. Fuller) Who that person was?
19       A    Yeah.
20       Q    (By Mr. Michetti)  When you -- You said you
21  went to the FDLE, did you go to the FDLE building or?
22       A    Building.
23       Q    (By Mr. Michetti) Where was that building at?
24       A    107th.
25       Q    (By Mr. Michetti) Okay.  And what was your
```



```
1   official title when you were with -- before you were
2   terminated on the 4th?
3        A    A district liaison.
4        Q    (By Mr. Fuller) But you were chief of staff
5   for some time, right?
6        A    Yeah, I was acting chief of staff.
7        Q    (By Mr. Fuller) For how long was that?
8        A    Till this court case was over.  I had never
9   wanted it, I turned it down.
10       Q    (By Mr. Michetti) And does Joe -- Does he work
11  off of multiple cell phones or does he just --
12       A    Just that one cell phone.
13       Q    (By Mr. Michetti) Is that a county or is that
14  -- is that provided for?
15       A    It is the city phone now because he does get
16  stipend payment which is $300.00 a month.  So he accepts
17  that still by default it becomes a -- a public record.
18       Q    (By Mr. Michetti) No other phone besides the
19  one that --
20       A    No.
21       Q    (By Mr. Fuller) Are you aware if anybody has
22  ever asked for a public record request on that cell
23  phone?
24       A    I think my attorneys are going after it.
25       Q    (By Mr. Fuller) Do you know --
```



```
 1      A    And I'll say it again because they're
 2   obviously weren't of his case.
 3      Q    (By Mr. Fuller) But do you -- Oh yeah, that's
 4   right.  I've already heard that.  Did you -- Is there
 5   any -- Do you have anything -- reason to believe that
 6   there's something on his cell phone that is meaningful?
 7      A    There should be.
 8      Q    (By Mr. Orolosfsky) Did he typically text you
 9   or he would call you?
10      A    He did a lot of phone calls.  So again, I've,
11   you know, I've always said whatever date coincides with
12   anything, there's always multiple phone calls with Joe
13   on that.
14      Q    (By Mr. Fuller) Does he have a private
15   investigator firm that works for him?
16      A    No.
17      Q    (By Mr. Fuller) You never heard of that?
18      A    He -- He -- No, he's tried to go after -- to
19   retain some investigators.  But it just so happens
20   almost -- Now, I don't know if he's got one but a couple
21   of them know me so they're not going to do any work for
22   him.  But I know he's actively seeking.
23      Q    (By Mr. Fuller) Yeah, I mean, I can tell you
24   guys that I have gotten two phone calls in the last
25   month of people actively telling me that he's reached
```



```
 1   out to private investigators on his behalf.

 2       A    Yeah.

 3       Q    (By Mr. Fuller) People that I haven't spoken

 4   to in over -- in one case, over eight years.

 5       A    Yeah.  But what they tell me is, you know, out

 6   of respect for me they say it's a conflict, I can't do

 7   work because he's trying to go after me too.

 8       Q    (By Mr. Fuller) But certainly, I mean there's

 9   certainly someone that will take -- will do that.

10       A    Oh, absolutely yeah.

11       Q    (By Mr. Fuller) Have you guys heard anything

12   or no?

13           MR. MICHETTI:  No, we -- And very similar

14       Joe's got a stigma around him that a lot of people

15       do not want to pallet.  So I know -- I know that

16       that's a concern or would be a concern with --

17           THE WITNESS:  And payment's also a big thing

18       when it comes to Joe.

19           MR. MICHETTI:  Like how you'd be -- You know -

20       - That whole corruption thing --

21           THE WITNESS:  He's very --

22           MR. MICHETTI:  -- is a bad -- is a big

23       problem --

24           THE WITNESS:  -- frugal even though it's --

25       it'll probably come out of the ECO, I don't think
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1    he'll pay out of his own pocket.  He's very frugal

2    with money and, you know, I don't think, you know,

3    someone that gives a good and ask for a good

4    retainer.

5        **Q    (By Mr. Fuller)  Has anybody -- But do you**

6    **think there's any business --**

7        A    If he's desperate enough yeah he will but --

8        **Q    (By Mr. Fuller) Do you think there's anybody**

9    **that is given him any type of financial benefit,**

10   **whatsoever for anything?**

11       A    All speculation?  I --

12       **Q    (By Mr. Fuller) No but even -- Speculation.**

13       A    I don't know, I mean, unless I have something

14   concrete I can't tell you yes or no.

15       **Q    (By Mr. Fuller) Do you think he's ever voted**

16   **for either like a city commissioner that's been**

17   **influenced one way or another?**

18       A    I can't answer that Bill, you know.

19       **Q    (By Mr. Fuller) No.  But that you would be**

20   **aware of not -- I'm not just talking about your**

21   **opinion --**

22       A    Aware of, I -- No.

23       **Q    (By Mr. Fuller) Are you aware of anybody that**

24   **was seeking a certain type of privilege or a certain**

25   **vote or anything like that?**



1    A    No, I -- No, he - he always tries to go for

2  anything of housing, he tries to say you know, donate to

3  the housing trust fund but there's no housing trust.  So

4  there's -- And that's not even -- That doesn't even

5  belong to him, so, you know, I say no right now; I don't

6  have anything further.

7    **Q    (By Mr. Orlofsky) Well, what's your**

8  **relationship with Commissioner Carollo during the**

9  **campaign?**

10    A    I was his right hand man.

11    **Q    (By Mr. Orlofsky) Now, did you do anything, I**

12  **mean, have any contact with the City of Miami regarding**

13  **a political rally that happened at Little Havanna for**

14  **Alfie?**

15    A    What political -- The -- The parking lot?

16    **Q    (By Mr. Orlofsky) The parking lot.**

17    A    Well, yeah, Joe called me and told me that

18  something was going on so I showed up there but I didn't

19  have any contact with --

20    **Q    (By Mr. Fuller) But how did -- On that day how**

21  **did code enforcement get to that site?**

22    A    It wasn't through me.

23    **Q    (By Mr. Fuller) How do you think it happened?**

24    A    My personal opinion?  Through Mary Lugo.

25    **Q    (By Mr. Fuller) So Joe would have called Mary**



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1   Lugo --
 2       A    Well, she was there that day.
 3       Q    -- that day.
 4       A    She was just there that day.
 5       Q    (By Mr. Fuller) Oh, she was there that day?  I
 6   never realized she was there that day.
 7       Q    (By Mr. Michetti)  Is there -- Is there a
 8   logging procedure that -- that goes through when how
 9   those housing complaints come in and how they get
10   handled in the field or is there -- isn't there some
11   type of log or you know, was it a call-in, was it walk
12   in, did somebody give an e-mail?
13       A    There should be something, yeah.  There should
14   be --
15       Q    (By Mr. Michetti) There should be some trail
16   of how that call -- how that came in.
17       A    Yeah, absolutely.  Yeah, that I could see that
18   closed-eye report because he knows how to initiate.
19       Q    (By Mr. Fuller) Did you ever hear of a
20   situation where he bad-mouthed us to like other
21   commissioners or to other people --
22       A    Yeah, Manolo Reposo because that's his ally.
23       Q    (By Mr. Fuller) You saw him talking about us?
24       A    Yeah.
25       Q    (By Mr. Fuller) Negatively.
```



```
 1        A    Yeah.
 2        Q    (By Mr. Fuller) And how did Manolo --
 3        A    Manolo was always on the same page with him on
 4   that.
 5        Q    (By Mr. Fuller) And how --And what --
 6        A    Because again, it's only one side goes to
 7   Manolo.
 8        Q    (By Mr. Fuller) Right.
 9        A    I don't know -- I don't know if you guys have
10   a shot to him or not.
11        Q    (By Mr. Fuller) Right.
12        A    But it's -- it's just --
13        Q    (By Mr. Fuller) So basically, Manolo is like
14   going with what he hears because it's a one-way
15   street --
16        A    Yeah.
17        Q    (By Mr. Fuller) -- actually.  He was very
18   receptive, let's call it.
19        A    Yes.
20        Q    (By Mr. Orlofsky) Now, besides the political
21   rally which we just talked about which is under the
22   14th, are you aware of any other political rallies that
23   commissioner Carollo tried to, I'm going use the word
24   squash?  Did -- Did he target any other Alfie events
25   besides that one?
```



```
 1        A    Not to my knowledge.

 2        Q    (By Mr. Fuller) as there any impropriety that

 3   happened in the campaign itself that you're aware of?

 4   Like picking up voters or paying voters or anything like

 5   that?  Did you ever hear of a situation where there was

 6   anything to coarse a voter or entice a voter or

 7   otherwise to consider --

 8        A    No, I mean, besides the eye candy that we had

 9   the Venezuelan girls picking him up.

10        Q    (By Mr. Fuller) Oh.

11        A    No, none of that.  I mean, I drove people to

12   the polls also.  But Alfie had the same thing.  I don't

13   think there was any, you know, I don't think there was

14   any --

15        Q    (By Mr. Fuller) Do you know anything about --

16        A    -- hidden play there.

17        Q    (By Mr. Fuller) Do you know anything about him

18   terminating the free parking behind Domino Park?  Do you

19   know about how that happened?

20        A    No.  But that was -- that was mainly Art's

21   doing.

22        Q    (By Mr. Fuller) But there was never a

23   conversation with Carollo and Art about that?

24        A    No, Carollo was as shocked as anybody when

25   they put up those signs there.
```

```
 1        Q    (By Mr. Orlofsky) Did Carollo ever direct you
 2   call code enforcement regarding any of Bill's
 3   properties?
 4        A    Yes.
 5        Q    (By Mr. Orlofsky) Do you remember which
 6   properties he asked you to call about?
 7        A    No, I don't recall right now.
 8        Q    (By Mr. Orlofsky) Do you remember generally
 9   what -- what he asked you to do?
10        A    Yeah, just find out if there are permits, I --
11   I mean, I know on a weekend, one weekend in specific, he
12   called me but I was -- I wasn't in town about some
13   construction going on back here.  The code enforcement
14   officer there wasn't -- none working in this area.
15   Somehow he got it, the code enforcement officer from
16   Coconut Grove which is in the Nicaraguan guy came here.
17   And Joe pointed out some illegalities of construction
18   going on, and then he got in the car with --
19        Q    (By Mr. Fuller) That's Lubrillante (phonetic)
20   that's the guy with the name Lubrillante.
21        A    And then he drove him through all of the
22   properties.  The reason I know is because Joe bragged
23   about it, I was never here for that part.
24        Q    (By Mr. Fuller)  What did he say?
25        A    That this guy was going to do -- This guy is
```



```
1   going to do the work, he's going to -- He's going to
2   follow through and Joe was really upset when they told
3   him you know, "That's not your area, go back to, you
4   know, your zone and --"
5        Q    (By Mr. Fuller) Follow up through and do what
6   though?
7        A    You know, fine him, I don't know, shut him
8   down. Not the code enforcement officer, I don't know
9   what the procedure are after, you know, getting a
10  citation.
11       Q    (By Mr. Orlofsky)  Do you know the timeframe
12  for the weekend you were away?  Was it in December; was
13  it before Christmas, after Christmas?
14       A    Just a weekend trip that I took to Orlando.
15       Q    (By Mr. Fuller)  Did --
16       A    To be --
17       Q    (By Mr. Orlofsky)  Do you remember if it was
18  it last year or this year?
19       A    No, this year.
20       Q    (By Mr. Orlofsky) This year.
21       A    This year.
22       Q    (By Mr. Fuller)  Did he -- Is he somebody that
23  was ever seeking media attention?
24       A    He loves the media.
25       Q    (By Mr. Fuller) Positive news, negative news;
```



1    **all of it?**

2         A    It doesn't matter.  Well, obviously, positive

3    towards him, absolutely; he's the savior.  You know, if

4    sees a cockroach they'll do a press release on it.

5         **Q    (By Mr. Fuller)  How did that events**

6    **materialize with regards to rats in Little Havana; was**

7    **there rats in the building?**

8         A    Nothing -- You know, like the news, they don't

9    follow through with anything.  So nothing -- The

10   buildings are still there, rat infested.

11        **Q    (By Mr. Fuller)  No but I'm saying how did**

12   **that even come to be; was that his doing or was that**

13   **somebody else's doing?  Like how did that -- How did he**

14   **become aware of that situation?**

15        A    I don't remember, I don't recall but I know

16   that he's the one that got all the press there; that I

17   do know.

18        **Q    (By Mr. Fuller)  What would he say about**

19   **people calling him Crazy Joe; did he ever discuss that**

20   **with you?**

21        A    No, he never did.

22        **Q    (By Mr. Fuller) Never had a con -- Never --**

23        A    Never arose.

24        **Q    (By Mr. Fuller) Did ever -- Did anybody ever**

25   **bring up the situation with him and his like domestic**



1   **abuse filing back in -- Was that ever discussed?**

2        A    No, I mean, who would bring it up?  I mean,

3   again, I was -- His inner circle at the time was just me

4   and then all of a sudden Portilla came in the picture,

5   Tanya.  So it was -- it was like four cats; that's it.

6   You know, he doesn't have an entourage --

7        **Q    (By Mr. Fuller)  So basically, his inner**

8   **circle --**

9        A    Now his entourage is you know, his entire

10  office.  Wherever he goes he's with -- his entire office

11  is with him, you know.

12       **Q    (By Mr. Fuller)  Mhmm.  Any other situations**

13  **regarding like any of the targets like Union Beer, St.**

14  **Widge, Side Bar?  Any -- Anything ever like of those**

15  **situations that you're aware of?**

16       A    What about them?

17       **Q    (By Mr. Fuller) I'm just saying in general;**

18  **like any information that -- where those -- any of those**

19  **businesses were mentioned or like --**

20       A    Target, yeah, absolutely.

21       **Q    (By Mr. Fuller) Like for example the -- How**

22  **did the -- How did the day of the Gay Festival play out?**

23  **Like did they --**

24       A    I don't know, I -- I left, I wasn't --

25       **Q    (By Mr. Fuller) No but I'm saying like how did**



1    that even happen that you showed up to the street?

2        A    Well, he told me to come, you know, and he was

3    going to count me for my time; I was count for my time.

4        Q    (By Mr. Fuller) He told you to go out to do

5    what; what was the purpose of it?

6        A    To shut them down.

7        Q    (By Mr. Fuller) How?  How were you --

8        A    I don't -- I don't --

9        Q    (By Mr. Fuller) How would he expect you to

10   shut them down?

11       A    Well, call --- You know, I was always on the

12   phone with him regularly.  If you do a records request

13   you'll see that I was on the phone with him majority of

14   the time that day.  Fire, code --

15       Q    (By Mr. Fuller) Did he --

16       A    -- police.

17       Q    (By Mr. Fuller) Did he try to call --

18       A    For not having the proper permits.

19       Q    (By Mr. Fuller) Did he try to call any of

20   those departments to shut them -- to have them shut

21   down --

22       A    Yeah, he was talking to Vicky, he was taking

23   to the Emilio during that time.

24       Q    (By Mr. Fuller) And did --

25       A    But I was talking to them also.



```
 1        Q    (By Mr. Fuller) Then how come they weren't
 2   able to get him down -- to shut them down?
 3        A    I don't know but you know, I was very tired; I
 4   was there almost all day.
 5        Q    (By Mr. Fuller) Was he pissed.
 6        A    Yeah, he was; yeah.
 7        Q    (By Mr. Orlofsky)  Did he give you he give you
 8   comp time for the earlier -- the weekend visit that we
 9   talked about where you were with -- where you were
10   eating dinner with your wife and you did your drive-
11   along --
12        A    That also yes because I did go to Punta Cana
13   and I didn't use vacation time for that; he comped me.
14        Q    (By Mr. Orlofsky) So he gave you comp time.
15        Q    (By Mr. Fuller)  What does that mean; comp
16   time?
17             MR. ORLOFSKY:  It's time --
18        A    It's in lieu of vacation -- using vacation.
19   He just, you know, used that.  Totally like another
20   vacation day.
21             MR. ORLOFSKY:  It's like extra time.
22             MR. FULLER:  Oh right.
23             MR. MICHETTI:  Extra sitting --
24             THE WITNESS:  That doesn't go against --
25             MR. MICHETTI:  So they pay you overtime.
```



**UNIVERSAL COURT REPORTING**

877.291.3376
www.UCRinc.com

```
 1            MR. FULLER:  Oh, right.

 2            MR. MICHETTI:  Instead of working on your day

 3       off so --

 4            MR. FULLER: You get an extra -- You get more

 5       time if because you've already worked --

 6            MR. MICHETTI:  Right.  You worked on a

 7       Saturday, it's outside your normal day, will give

 8       that to you later on in the year for a comp date.

 9       Q    (By Mr. Fuller)  I mean, listen, what are

10  you --

11            MR. FULLER:  Let -- Do you mind if we go off

12       the record for a little bit?

13            THE COURT REPORTER:  One second.

14            (Off the record.)

15            (Deposition resumed.)

16       Q    (By Mr. Fuller)  Okay. We're just -- We just

17  took a little break and you're -- basically you were

18  just saying that this is something you've told the

19  ethics department.  Can you explain everything you know

20  about the building behind Ball and Chain and the

21  neighbors and what Mary Lugo -- how Mary Lugo was

22  involved?

23       A    Yeah, well, Mary Lugo went there and she, you

24  know, knocked on all the doors, she got like a group of

25  them -- Not -- Not a big group; maybe four or five of
```



```
1    them.  Went in to talk, she called Carollo to show up
2    there.  Carollo has visited them several times, he's
3    also sent myself, Mara (phonetic) and Gisela over there
4    also. I just stayed in the car, they spoke to the
5    neighbors trying to, you know, ascertain more
6    information as to the noise and -- and what have you on
7    that place.  But --
8         Q    (By Mr. Fuller)  And --
9         A    -- there was never any complaints beforehand,
10   you're absolutely right.
11        Q    (By Mr. Fuller) And how -- And how would it be
12   - - How would it have been that one lady started calling
13   him?  How do you think that that materialized?
14        A    Joe gave her his cell phone -- his cell phone
15   number to call her for anything.  So that's what she was
16   doing; she was calling directly to reach out.  If she
17   did make any phone calls, you know, who knows?
18        Q    (By Mr. Fuller) But then all -- we started
19   getting code complaints, so it would have gone through
20   Joe and then Joe would have sent it on to --
21        A    Right.
22        Q    (By Mr. Fuller) - to whoever to come out and--
23        A    Correct.
24        Q    (By Mr. Fuller) -- file a violation.
25        Q    (By Mr. Orlofsky)  Did Joe contact the city
```



```
 1    manager first when he had to -- when he obviously first

 2    sent you the code or would he call code directly?

 3         A    He was calling code directly.

 4         Q    (By Mr. Orlofsky)  Now, besides the incident

 5    we just spoke about behind Ball and Chain, are you aware

 6    of Mary Lugo going anywhere else on behalf of -- of the

 7    Commissioner Carollo?

 8         A    I don't know her -- her whereabouts; she

 9    worked for the union so she does what she wants as she

10    pleases.

11         Q    (By Mr. Orlofsky)  Did you ever -- Explain to

12    me how -- Would Joe call Mary Lugo directly or did you

13    contact her on behalf of Joe?

14         A    Well, sometimes I'll call her but I'll just

15    say, "Look, call Joe because he's looking for you."  But

16    they - - they just talked amongst themselves.

17         Q    (By Mr. Fuller)  Was there ever a moment that

18    you felt that Joe felt that he got us, that -- Like he

19    was able to secure a fine on us or get something where

20    he like -- like displayed like emotions or like got

21    elated where he was excited to be like, "I got these

22    guys," or like, "Fuck them?"

23         A    You know, I'm surprised he the ink didn't stop

24    that he ran out of ink when other code enforcement

25    officers they were just taking noted vividly during our
```



```
 1    -- our walk throughout.  I mean, these guys, the pages

 2    just like we're -- we're doing today, you know.  Of, you

 3    know, violations or potential violations, right?

 4    Alleged violations, you would say.

 5        Q    (By Mr. Michetti) Is there any other business

 6    that you know that -- Assume a scenario took place where

 7    there was a complaint or there were residents that were

 8    gathered together just to talk about a potential

 9    complaint and then --

10        A    No, this is it, the Ball and Chain one.  I

11    don't know if he's done it also to the building by where

12    Side Bar is, there's a building parallel.  I know -- he

13    said he was going to reach out to them but I don't know

14    when that was going to happen.

15        Q    (By Mr. Fuller) Does he think Side Bar is

16    mine?

17        A    Yes.

18        Q    (By Mr. Fuller) He knows that?

19        A    I think so, yeah.

20        Q    (By Mr. Orlofsky) Now, besides Bill's

21    properties are you aware of anyone else in the street

22    that is targeted?

23        A    This street?

24        Q    Yes.

25        A    Well, my friend Moto, he's -- he -- He says
```



```
 1   that his father is a lieutenant cornel in Cuba, so --
 2        Q    (By Mr. Fuller)  Who's Moto?
 3        A    The guy that owns Old Havana.
 4        Q    (By Mr. Fuller) Oh, wow.
 5        A    Yeah, I think the restaurant.  And how he
 6   targets them is, you know, saying that there's drugs
 7   back there and they're selling -- that there's drug
 8   dealing back there.  I don't know if that's why now
 9   there's a surveillance camera there or not but --
10        Q    (By Mr. Fuller) And what about his
11   relationship with Alpu (phonetic) --
12        A    What about it?
13        Q    (By Mr. Fuller) What -- What do you know about
14   it?
15        A    It's a good relationship.
16        Q    (By Mr. Fuller) Is there any reason to believe
17   that the Alpu restaurant owners benefited from this --
18   from the shut down of St. Widge?
19        A    I don't know if there was any financial --
20        Q    (By Mr. Fuller) But did he ever say to you --
21        A    -- benefits with it.
22        Q    (By Mr. Fuller) Did he ever say that -- that
23   St. Widge presented a com -- Or did you ever hear that
24   St. Widge presented competition to --
25        A    No.
```



```
 1        Q     (By Mr. Fuller) -- to them?

 2        A     Never.

 3        Q     (By Mr. Fuller) He never felt that way?

 4   Because he did tell me that the reason that he was

 5   shutting down St. Widge and moving -- from the

 6   neighborhood was because it affected the other

 7   businesses on the street.

 8        A     No, none of that.  I don't know but I -- I

 9   mean, he's doing almost -- From what I hear he's doing

10   the same thing what he was going to do in that plaza at

11   Domino Park, he's going to remove the benches and he's

12   his going to put up a little kiosk and those kiosks are

13   going to compete pretty much with the businesses around

14   here.

15        Q     (By Mr. Fuller) Does -- Have you ever heard

16   him make racist marks -- racist remarks?

17        A     Oh, tons of times.

18        Q     (By Mr. Fuller) In what way?

19        A     I mean, I can't give you examples right now, I

20   don't recall them but --

21        Q     (By Mr. Fuller) But I'm saying like were they

22   to like Hispanics, were they to African Americans, were

23   they to Chinese, like?

24        A     Oh yeah, to --

25        Q     (By Mr. Fuller) Like what type of remarks?
```



```
 1        A    To Chinese, to Blacks --
 2        Q    (By Mr. Fuller) To -- What he say -- Would he
 3   say this -- Would he say this to -- to them, would he
 4   say this behind their back?
 5        A    No, no, behind their back, you know, behind
 6   closed doors with us, you know.
 7        Q    (By Mr. Fuller) But like what -- What type of
 8   language was he using?
 9        A    Curse words you know.
10        Q    (By Mr. Fuller) Like what?
11        A    Like negro, nigger.
12        Q    (By Mr. Fuller) But it was --
13        A    But it wasn't with the black everyone, it was
14   with --
15        Q    (By Mr. Fuller) Oh, white --
16        A    He calls them, them you know, Chino, Japanese,
17   Korean; whatever he is today.
18        Q    (By Mr. Fuller) Mhmm.  Would he like -- So --
19   So an African American would meet with him and then, you
20   know, he would come behind closed doors and -- and use--
21        A    You know, he --
22        Q    (By Mr. Fuller) -- the N word?
23        A    -- Joe -- Joe talked shit about almost about
24   everyone, you know.  Even though it was his friend,
25   he'll talk shit about him behind their back.
```



1      Q    (By Mr. Fuller) What about sexist remarks;

2  would he ever make a sexist remark?

3      A    Yeah.

4      Q    (By Mr. Fuller) Against women?

5      A    Not in their face but behind, yes.

6      Q    (By Mr. Fuller) Like what?

7      A    You know, like if she's pretty he'll say,

8  "Yeah, she looks good," but more to it, you know.

9      Q    (By Mr. Fuller) Well, like what?

10     A    Can't -- I can't give you an example now

11 because this doesn't come up.

12     Q    (By Mr. Fuller) What about anti-Semitic

13 remarks; did he ever say anything against Jewish people

14 or anything like that?  You never heard if that?

15          MR. MICHETTI:  Sorry.

16          THE COURT REPORTER:  I'm fine, I'm fine.

17     Q    (By Mr. Fuller)  But racist remarks like did

18 he -- Were they racist remarks against any of the

19 commissioners other than -- other than --

20     A    Ken Russell?

21     Q    (By Mr. Fuller) Yeah.

22     A    No.

23     Q    (By Mr. Orlofsky) Now, besides the two walk-

24 alongs that we've discussed are you aware of any other

25 times that Joe directed code were in your city employees

1    to selectively enforce the ordinances on Bill's

2    properties?

3        A    Can you repeat it again?

4        Q    (By Mr. Orlofsky) Besides the two walk-alongs

5    that we talked about, the one that he picked you --

6        A    There's been more than two of those; there's

7    been four.

8        Q    (By Mr. Orlofsky) There's been four.  Now,

9    were there any before Joe took office?

10       A    Before, no.

11       Q    (By Mr. Orlofsky) How frequently were the --

12       A    At least, not to my knowledge.

13       Q    (By Mr. Orlofsky) Were there -- How frequently

14   were four walk-throughs?  We know of one which I believe

15   was in March.

16       A    He did -- City Manager, assistants, whatever

17   deputy manager, Napoli -- Napoli, the mayor.  The mayor

18   was the drive-through, it was -- it was quick but we did

19   stop by Side Bar for a good amount of time.  We stopped

20   by the container place and, you know, there's a lot of

21   other places that I can't remember it now.  But it was

22   like a 30-minute hiatus that we had with the mayor

23   because he had another meeting; it wasn't just a drive-

24   through. The city manager, Napoli, the mayor and then

25   code enforcement.



1      Q    (By Mr. Fuller)  Did you ever hear him make

2  remarks against like gay people or any other type of

3  group?

4      A    Yeah, he -- he doesn't like gay people.

5      Q    (By Mr. Fuller) Did -- Would he ever say

6  anything like specifically like use any words?

7      A    Yeah, behind closed doors.

8      Q    (By Mr. Fuller) But like what though?  Like

9  what would he say?

10     A    Maricon.

11     Q    (By Mr. Fuller) Yeah.

12     A    Or Maletrin is his favorite word; I don't know

13  what the hell that means.  I don't know.

14     Q    (By Mr. Fuller) And is that -- Like he would

15  say it if he thought somebody was --

16     A    Yeah.

17     Q    (By Mr. Fuller) -- was homosexual?

18     Q    (By Mr. Orlofsky)  And were you present or do

19  you know if he actually told anyone else besides you

20  that he wanted to target Bill because he thought that he

21  was Venezuelan?

22     A    No, not that he's Venezuelan he's got

23  Venezuelan money.  And that the lady he had down here is

24  La Primera Dama.  I don't know what the hell he says but

25  Primera Dama of I don't know what --



1        Q    (By Mr. Fuller) Do you know he did an

2   investigation to my financial dealings?

3        A    I don't know that.

4        Q    (By Mr. Fuller)Did -- You never -- You guys

5   never met with like a private investigator --

6        A    No.

7        Q    -- or like reach out to anybody to like --

8        A    At least I -- I wasn't with him with that

9        Q    (By Mr. Michetti)  And have you  seen in any

10  other occasions where city officials use private

11  investigator to -- to target a citizen that was in his

12  district or area for --

13       A    Never.

14       Q    (By Mr. Michetti)-- for any other reason?

15       A    No.

16       Q    (By Mr. Fuller)  Had your uncle -- You said it

17  was your uncle --

18       A    Godfather.

19       Q    (By Mr. Fuller) Had he ever -- Godfather, had

20  he ever seen a commissioner walk into a special

21  magistrate board?

22       A    I never asked him that, I don't remember -- I

23  don't have the answer to that.

24       Q    (By Mr. Fuller)  Is there anything else?

25            MR. Orlofsky:  That's all I got right now.



```
 1              THE COURT REPORTER:  Off the record?

 2              MR. FULLER:  Yeah.

 3              THE COURT REPORTER:  Okay.

 4              (Sworn statement concluded at 3:32 p.m.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                 CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA

 3    COUNTY OF DADE

 4

 5        I, YENLY CALVO, Court Reporter and Notary Public

 6    for the State of Florida, do hereby certify that I was

 7    authorized to and did digitally report and transcribe

 8    the foregoing proceedings, and that the transcript is a

 9    true and complete record of my notes.

10

11        I further certify that I am not a relative,

      employee, attorney or counsel of any of the parties,
12
      nor am I a relative or employee of any of the parties'
13
      attorneys or counsel connected with the action, nor am
14
      I financially interested in the action.
15

16    Witness my hand this the 21ST day of August, 2018.

17

18

19

20    _____
      YENLY CALVO, COURT REPORTER
21    NOTARY PUBLIC, STATE OF FLORIDA

22

23

24

25
```



```
1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF DADE

4

5         I, YENLY CALVO, the undersigned authority, certify

6    that STEVE MIRO, personally appeared before me and was

7    duly sworn on the 3rd day of August, 2018.

8

     Witness my hand this 21st day of August, 2018.
9

10

11

12   _____
     YENLY CALVO, COURT REPORTER
13   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  FF 168078
14   Commission Exp:  10/12/18

15

16

17

18

19

20

21

22

23

24

25
```



877.291.3376
www.UCRinc.com

**$**

**$2** 18:11 37:9

**$300.00** 43:16

**`**

**`THE** 10:18,20

**1**

**10/12/18** 70:14

**10:30** 29:20

**100** 21:22 23:9

**100-pound** 20:19,22 21:4,16

**107th** 42:24

**14th** 49:22

**1637** 1:13

**168078** 70:13

**2**

**2:30** 1:11

**200** 1:13

**2018** 1:11 5:2 69:16 70:7,8

**21st** 69:16 70:8

**3**

**3** 1:11 5:2

**3:32** 1:11 68:4

**305** 2:5

**30-day** 28:14

**30-minute** 65:22

**33135** 1:14

**33140** 2:4

**3rd** 70:7

**4**

**45** 8:23

**47** 40:7

**4th** 28:7 43:2

**5**

**5** 3:4

**538-234** 2:5

**5th** 28:7,8

**6**

**60** 33:20

**6th** 8:17

**7**

**767** 2:4

**8**

**8th** 1:13 8:16 9:12

**A**

**able** 27:3 39:22 56:2 59:19

**about** 6:19 8:23 9:1,25 11:25 12:2,13,19 13:6 17:3,6 18:11 20:16 22:3,7,20 23:4 28:23 30:3 31:2,19 34:5 39:18 46:20 48:23 49:21 50:15,17,19,23 51:6,12,23 53:18 54:16 56:9 57:20 59:5 60:8 61:10,12,13 63:23,25 64:1,12 65:5

**absolutely** 28:23 35:9 45:10 48:17 53:3 54:20 58:10

**abuse** 54:1

**accepts** 43:16

**access** 15:20,21,24

16:2,6,10,11 31:10

**accounts** 37:13

**acting** 21:5 43:6

**action** 69:13,14

**actively** 44:22,25

**actually** 21:17 26:2,4 49:17 66:19

**advantage** 19:3

**affected** 62:6

**African** 62:22 63:19

**after** 5:5 7:5 9:13 10:7 14:22 15:1,2,3,7 24:21 25:9 27:4,11 28:19 29:14 30:8,20 38:23 43:24 44:18 45:7 52:9,13

**afternoon** 5:18

**afterward** 25:14

**again** 13:7 16:9 21:25 23:24 33:5 44:1,10 49:6 54:3 65:3

**against** 11:12 33:12 56:24 64:4,13,18 66:2

**age** 40:7

**agenda** 18:2 27:3,4

**air** 22:3

**Alex** 19:6

**alex@orlofskylwfir m.com** 2:5

**Alexander** 2:3 3:4 5:13

**Alfie** 47:14 49:24

50:12

**all** 7:8,13 8:13,16 12:15 16:24 17:22 19:2 23:10 25:25 26:1,9 29:5 30:6 32:4,8 33:22 40:4,9 41:7 46:11 51:21 53:1,16 54:4 56:4 57:24 58:18 67:25

**Alleged** 60:4

**ally** 48:22

**almost** 32:21 34:20 37:23,24 44:20 56:4 62:9 63:23

**alone** 11:6

**along** 24:10 56:11

**alongs** 64:24

**Alpu** 61:11,17

**already** 12:14 28:24 41:22 44:4 57:5

**also** 2:7 5:24 10:23 11:7 14:14 24:2 31:3 32:17 36:2,5 37:11 45:17 50:12 55:25 56:12 58:3,4 60:11

**always** 11:9 20:18 26:24 27:2 31:15 36:10 39:25 41:7 42:14 44:11,12 47:1 49:3 55:11

**am** 69:10,12,13

**amazing** 22:3

**American** 63:19

**Americans** 62:22

**ammunition** 25:5

**amongst** 59:16

**amount** 35:13 65:19



**Andrew** 2:11 5:15

**angles** 23:11

**announce** 5:11

**anonymous** 12:22

**another** 18:20
30:25 46:17 56:19
65:23

**answer** 5:25 26:18
42:11,13 46:18
67:23

**anti-Semitic** 64:12

**any** 6:22,23 9:24
10:9 12:10 18:14
19:24 20:1 22:10
23:11 24:9 25:23
26:4 33:1 35:11
36:9 37:3,12,20
39:23 44:5,21
46:6,9 47:12,19
49:22,24
50:2,13,14 51:2
54:12,13,14,18
55:19 58:9,17
60:5 61:16,19
64:18,24 65:9
66:2,6 67:9,14
69:11,12

**anybody** 20:3 30:12
40:19 43:21
46:5,8,23 50:24
53:24 67:7

**anymore** 36:12

**anyone** 6:4 41:16
60:21 66:19

**anything** 13:6 16:1
17:3,12 19:20
20:14 22:20 24:4
25:10,12 28:22
30:4 32:21 33:24
34:7 36:25 41:14
44:5,12 45:11
46:10,25
47:2,6,11

50:4,6,15,17 53:9
54:14 58:15
64:13,14 66:6
67:24

**anywhere** 59:6

**APPEARANCES**
2:1

**appeared** 70:6

**appraisal** 8:3

**approval** 14:21

**area** 14:1 51:14
52:3 67:12

**arose** 53:23

**around** 8:17 13:25
36:14,16 45:14
62:13

**Art** 50:23

**ARTHUR** 2:4

**Art's** 50:20

**ascertain** 58:5

**aside** 33:22

**ask** 6:4 12:24,25
41:19 42:4,9 46:3

**asked** 42:14 43:22
51:6,9 67:22

**asking** 14:18

**aspirations** 19:21

**ass** 37:8

**assertion** 35:18

**assets** 18:12

**assistants** 65:16

**Assume** 60:6

**attention** 52:23

**attorney** 5:22 12:18
18:19 24:14
32:17,18 33:10
34:2 69:11

**attorneys** 32:21

43:24 69:13

**Attorney's** 37:25

**audio** 28:16

**August** 1:11 5:2
28:7 69:16 70:7,8

**authority** 27:2 70:5

**authorized** 69:7

**Avenue** 8:17

**aware** 17:11 18:16
29:13 35:23 37:21
43:21 46:20,22,23
49:22 50:3 53:14
54:15 59:5 60:21
64:24

**away** 25:21 52:12

─────────

B
**back** 8:17,18 17:17
21:16 24:20 26:15
27:2,9,10 38:22
51:13 52:3 54:1
61:7,8 63:4,5,25

**background** 6:6

**bad** 12:8 45:22

**bad-mouthed** 48:20

**Ball** 12:2 21:6,8
57:20 59:5 60:10

**bank** 37:13

**bar** 23:1 54:14
60:12,15 65:19

**barely** 36:9

**bargaining** 17:2

**BARLINGTON**
1:12

**basically** 49:13 54:7
57:17

**basis** 6:15

**Bayfront** 17:15
36:1 37:6,10

**because** 10:16
12:12,17 15:22
16:12,13 18:18
19:18,19 23:7
24:3,9 26:13
29:19 31:11,23
33:20 35:2 37:6
38:4,16,23 39:5
43:15 44:1 45:7
48:18,22 49:6,14
51:22 56:12 57:5
59:15 62:4,6
64:11 65:23 66:20

**become** 53:14

**becomes** 43:17

**Beer** 54:13

**before** 6:9 9:23
10:1,2 14:19,22
37:25 41:18 43:1
52:13 65:9,10
70:6

**beforehand** 58:9

**beginning** 6:5 7:2
30:21

**behalf** 21:5 40:13
45:1 59:6,13

**behind** 10:14 11:10
12:2 27:13 50:18
57:20 59:5
63:4,5,20,25 64:5
66:7

**beliefs** 42:2

**believe** 8:17
18:21,22 25:21
31:13 44:5 61:16
65:14

**believes** 15:20

**belong** 47:5

**Ben** 18:19 32:17,24

**benches** 62:11

**benefit** 21:5



27:16,17 46:9

**benefited** 61:17

**benefits** 61:21

**besides** 31:6 43:18
49:20,25 50:8
59:4 60:20 64:23
65:4 66:19

**best** 25:17

**between** 29:14

**Bienes** 18:18
19:3,15 40:13,22

**big** 22:16 45:17,22
57:25

**Bill** 5:12 40:7 46:18
66:20

**Bill's** 51:2 60:20
65:1

**bit** 6:5 57:12

**black** 63:13

**Blacks** 63:1

**blonde** 12:3

**board** 17:15
19:2,11 67:21

**boards** 20:20

**booklets** 16:8

**boost** 28:3

**boss** 24:11

**Bowl** 36:1,24 37:4

**bragged** 51:22

**break** 57:17

**Brickle** 22:4

**briefly** 6:9

**bring** 13:7 20:20
21:22 27:2 53:25
54:2

**brothers** 36:5

**brought** 28:21

42:14

**buddy** 32:3

**budget** 19:5,9 29:21

**building** 11:13
16:16 32:7
42:21,22,23 53:7
57:20 60:11,12

**buildings** 53:10

**bullshit** 12:15

**business** 7:10 8:19
10:14 18:4,14
19:22,24 20:12
27:15 31:14 46:6
60:5

**businesses**
6:18,20,23 7:8
8:20 10:25 27:14
33:23 54:19
62:7,13

---
C
---

**call** 44:9 48:16
49:18 51:2,6
55:11,17,19 58:15
59:2,12,14,15

**Calle** 18:15 20:2
23:2,4 36:13

**called** 5:5 6:7 13:20
18:22 23:23 24:19
47:17,25 51:12
58:1

**call-in** 48:11

**calling** 10:4 53:19
58:12,16 59:3

**calls** 41:1
44:10,12,24 58:17
63:16

**CALVO** 1:24
69:5,20 70:5,12

**came** 10:5 18:23
22:18 28:23 30:5

48:16 51:16 54:4

**camera** 61:9

**campaign** 20:1
22:12,14 24:22
26:13 29:15 34:3
47:9 50:3

**can** 5:24 6:4,21
10:18 13:9,18
21:25 33:9 35:14
44:23 57:19 65:3

**Cana** 56:12

**candy** 50:8

**can't** 12:19 21:14
29:4 32:21 36:2
45:6 46:14,18
62:19 64:10 65:21

**car** 13:15,24 51:18
58:4

**care** 39:18

**cared** 22:7

**cares** 11:25

**Carollo** 6:20,23
9:25 18:4 21:12
25:10,23
28:17,18,20,21
29:5 31:8 32:6
34:14 35:1,7
36:7,22 47:8
49:23 50:23,24
51:1 58:1,2 59:7

**cars** 23:2,8

**case** 6:17 25:3
28:23,24 29:1
33:17,21 43:8
44:2 45:4

**cases** 33:14

**cash** 19:8

**cats** 54:5

**cell** 43:11,12,22
44:6 58:14

**certain** 7:25 31:20
35:13 46:24

**certainly** 45:8,9

**CERTIFICATE**
69:1 70:1

**certify** 69:6,10 70:5

**Chain** 12:2 21:7,8
57:20 59:5 60:10

**chairman** 37:6,14

**check** 18:21

**chief** 43:4,6

**Chinese** 62:23 63:1

**Chino** 63:16

**chocolate** 11:3

**chosen** 5:21

**Christmas** 17:4
52:13

**cigar** 36:13

**circle** 30:14 54:3,8

**circles** 27:9

**citation** 52:10

**citizen** 67:11

**city** 8:10 9:17,18
10:8,10,24
15:4,22 16:13,16
27:7,22 29:7 34:2
35:25 36:3,23
43:15 46:16 47:12
58:25 64:25
65:16,24 67:10

**CJ** 30:25 35:2 36:14
37:7

**CJ's** 35:24

**client** 35:19,22

**clients** 36:8

**close** 31:8,23

**closed** 28:24
63:6,20 66:7



closed-eye 48:18

closer 30:13

coarse 12:13 50:6

cockroach 53:4

Coconut 18:10
51:16

code 8:10 9:19,21
24:8,9 25:14,24
28:8 47:21
51:2,13,15 52:8
55:14 58:19
59:2,3,24 64:25
65:25

coffee 13:23 19:23
22:25

coincides 44:11

com 61:23

combination 11:11

come 20:21 45:25
48:9 53:12 55:2
56:1 58:22 63:20
64:11

comes 11:2 45:18

coming 27:10 40:14

commission 18:1
70:13,14

commissionaires
11:12

commissioner
6:20,23 9:25
19:7,9 20:13
25:10 26:16 28:20
36:7,22 46:16
47:8 49:23 59:7
67:20

commissioners
48:21 64:19

committee 36:1
37:4

common 35:7,9

communist 11:4

comp 56:8,14,15
57:8

company 7:20
25:21

comped 56:13

compensated 17:13

compete 62:13

competition 21:8
61:24

compile 39:21

compiles 40:10

complaint 12:12
13:6 33:3,7 60:7,9

complaints 6:10,15
12:11,22 33:5
48:9 58:9,19

complete 69:9

con 53:22

concept 34:25

concern 45:16

concluded 68:4

concrete 40:8 46:14

concur 20:21

conflict 45:6

confront 26:7

confronted 26:9

connected 69:13

consider 23:8 50:7

construction
51:13,17

consultation 30:23

contact 24:21,22
37:3 47:12,19
58:25 59:13

container 65:20

containers 30:6

context 21:20

contract 17:23
18:1,2

control 37:13

conversation 50:23

conversations 9:24
14:9 22:21

cornel 61:1

corporation 18:20

correct 5:22 8:25
13:2 29:6 58:23

corruption 45:20

could 5:10 9:5
10:16 18:2
20:15,20 21:7
32:20 33:2,11
37:11 48:17

counsel 2:1
69:11,13

count 11:24 55:3

county 19:7,9 43:13
69:3 70:3

couple 10:23 24:22
40:12 44:20

course 22:2 26:6

court 1:24 5:10,17
9:13 10:18 16:3,5
43:8 57:13 64:16
68:1,3 69:5,20
70:12

Crazy 53:19

create 19:14

created 10:10

creating 23:6

criminal 34:4

cross 26:5

Cuba 61:1

Cuban 19:23 23:1,7

42:5,12

Culturales 18:19
19:4,15 40:13,22

culture 23:7

Curse 63:9

---

**D**

DADE 69:3 70:3

dad's 39:14

Dama 66:24,25

date 44:11 57:8

day 12:4 13:15
23:15 24:1
27:6,7,15 28:7
32:1,2,4,8 36:14
47:20 48:2,3,4,5,6
54:22 55:14
56:4,20 57:2,7
69:16 70:7,8

days 33:20

dealership 22:7

dealing 61:8

dealings 67:2

December 52:12

deciphers 41:8

decision 20:4 28:20
33:12 41:11

default 43:17

department 25:15
33:11 38:9 42:17
57:19

departments 55:20

deposition 6:3
57:15

deputy 8:10 9:17
65:17

describe 37:16

describing 6:12



Miro, Steve   08-03-2018   Page 5 of 20

desperate 46:7

destroy 21:6

deteriorating 13:4

Dias 10:24

didn't 9:10 10:3
  11:14 17:6 23:24
  24:1,4,9 26:17
  28:19 47:18 56:13
  59:23

digitally 69:7

dinner 13:20 56:10

direct 3:3 5:8 31:10
  51:1

directed 38:6 64:25

directions 36:25

directive 12:17

directly 36:23 37:3
  58:16 59:2,3,12

director 8:13

dirty 10:25

discuss 42:1 53:19

discussed 17:12
  54:1 64:24

displayed 59:20

district 7:9 11:25
  26:25 43:3 67:12

divert 26:25

documentation
  10:9

documents 39:24

doesn't 47:4 53:2
  54:6 56:24 64:11
  66:4

domestic 53:25

Domino 36:16
  50:18 62:11

donate 19:6 47:2

donates 20:10

donations 11:12

done 19:10 33:24
  60:11

don't 6:5,7 7:7 8:5
  9:1 10:11,21
  11:19,23 12:25
  15:10,14 17:22
  19:10,11 20:8
  21:10 22:5,7,9,22
  23:14 24:25 27:17
  30:20 31:20,22
  36:17 38:5,14
  39:12,19 42:13,15
  44:20 45:25
  46:2,13 47:5 49:9
  50:12,13 51:7
  52:7,8 53:8,15
  54:24 55:8 56:3
  59:8 60:11,13
  61:8,19 62:8,20
  66:12,13,24,25
  67:3,22,23

doors 12:7 57:24
  63:6,20 66:7

Doral 37:24

down 8:16 9:12
  10:5 13:19 27:14
  35:21 43:9 52:8
  55:6,10,21 56:2
  61:18 62:5 66:23

drive 56:10 65:23

drive-through
  65:18

driving 13:25

drove 38:4 41:25
  50:11 51:21

drug 61:7

drugs 61:6

duly 5:6 70:7

during 26:13 38:12
  47:8 55:23 59:25

<hr>

E

ear 31:4

earlier 5:19 56:8

eating 56:10

ECO 32:10,14,20
  37:14 45:25

effect 36:20

ego 27:23,25 28:1,4

eight 45:4

either 16:25 31:22
  46:16

elated 59:21

election 39:15

eliminate 18:18

else 26:16 27:5
  30:12 31:5 33:24
  39:12 41:16 59:6
  60:21 66:19 67:24

else's 53:13

e-mail 25:16,18,21
  40:23 41:4 48:12

e-mails 10:11
  40:12,14,25

Emilio 55:23

emotions 59:20

employed 36:22

employee 15:22
  16:11 69:11,12

employees 64:25

employers 17:1

end 9:14,16 27:15
  33:17

ended 24:22

enforce 65:1

enforcement 8:11
  9:19,21 24:8,10
  25:14,24 28:8

38:10 47:21
  51:2,13,15 52:8
  59:24 65:25

enhance 28:3

enhanced 35:25
  36:3

enhancements 27:1

enough 19:10 20:3
  46:7

entice 50:6

entire 9:13 24:5,6
  54:9,10

entourage 54:6,9

equal 23:9

equation 15:17

Esquire 2:3 3:4 5:9

estate 19:22

ethic 29:3

ethically 29:3

ethics 6:10 12:12,14
  13:6 32:16
  33:3,5,7,11,20
  57:19

events 13:12 49:24
  53:5

every 26:12

everybody 23:24

everybody's 7:14

everyone 5:10 10:5
  63:13,24

everything 5:24
  15:21 16:6,7
  57:19

evidence 33:1

EXAMINATION
  3:1,3 5:8

example 21:7 54:21
  64:10



examples 62:19

excited 59:21

excursions 8:9

Exemption 18:11

EXHIBITS 4:1,3

exists 19:12

Exp 70:14

expect 55:9

expenditures 32:23

expenses 32:22

explain 13:10,19
 21:19 57:19 59:11

explained 5:19

explore 21:3

exploring 23:10

express 13:5

extension 28:14

extra 56:21,23 57:4

eye 50:8

       F

face 64:5

falling 12:11

family 20:6,24,25

far 32:16

father 61:1

favorite 66:12

FBI 38:12,24 41:16

FDLE
 38:4,7,8,23,24
 39:4,18
 41:16,19,25 42:21

February 9:15

Felipe 20:12

felt 59:18 62:3

Festival 54:22

FF 70:13

field 48:10

file 58:24

filed 6:10,16 12:12
 33:4,5

files 15:25

filing 54:1

filled 40:25

financial 46:9 61:19
 67:2

financially 69:14

find 51:10

fine 52:7 59:19
 64:16

fire 30:17 42:17
 55:14

firefighter 42:16

firing 38:1

firm 2:3 44:15

first 5:5 9:11
 17:24,25 29:17
 32:12 37:13 59:1

firsthand 6:22

fiscal 27:21

five 57:25

fixated 11:5

flavor 27:8

floor 32:2,4,7

Flores 10:17,20

Florida 1:14,25 2:4
 33:9 38:9
 69:2,6,21 70:2,13

folder 39:7,8

follow 25:14,24
 52:2,5 53:9

follows 5:6

foregoing 69:8

forensic 34:21

former 20:13

Formula 35:25
 36:24 37:4,5,7

forth 15:5 19:2

four 37:3 54:5
 57:25 65:7,8,14

fourth 41:5

free 50:18

frequently 65:11,13

friend 11:6 60:25
 63:24

friends 20:13
 37:16,18

friendship 16:25
 20:15

from 11:2 13:19
 19:17 27:9,16
 32:22 33:2,8,22
 35:2,7 37:6,9
 39:10 40:9 51:15
 61:17,18 62:5,9

front 37:9

frugal 45:24 46:1

Fuck 59:22

fuel 30:16

Fuller 2:8 3:3
 5:9,12
 7:6,10,12,14,17,1
 9,21,24
 8:4,6,12,15,21,25
 9:3,6,9,20 10:12
 11:8,14,17,20
 12:1
 13:2,5,9,14,18
 14:4,11,13,16,19,
 22,25
 15:2,6,11,13,16,2
 4
 16:2,4,6,10,15,17,
 20,24 17:3,11,16

18:3,6,9,13
19:1,13,16,18,20
20:1,7,14,22,24
21:1,12,15,19,23
22:2,8,11,14,16,1
8,24 23:15,22
24:7,13,16,19,24
25:2,7,25
26:7,10,20
27:12,18,20
28:1,3,11,13,15,2
5
29:2,6,8,13,19,25
30:3,9,12,18,22
31:2,5,7,11,15,18,
25
32:11,13,15,18,25
33:7,13,16,22
34:5,10,12,16,19,
23
35:4,6,10,12,17,2
3 36:4,6
37:15,18,20
38:8,13,19
39:1,3,6,9,17,20
40:1,7,11,18,22,2
5 41:3,10,13
42:1,4,7,9,11,18
43:4,7,21,25
44:3,14,17,23
45:3,8,11
46:5,8,12,15,19,2
3 47:20,23,25
48:5,19,23,25
49:2,5,8,11,13,17
50:2,10,15,17,22
51:19,24
52:5,15,22,25
53:5,11,18,22,24
54:7,12,17,21,25
55:4,7,9,15,17,19,
24 56:1,5,15,22
57:1,4,9,11,16
58:8,11,18,22,24
59:17 60:15,18
61:2,4,10,13,16,2
0,22



62:1,3,15,18,21,2
5
63:2,7,10,12,15,1
8,22
64:1,4,6,9,12,17,2
1
66:1,5,8,11,14,17
67:1,16,19,24
68:2

**Fuller)Did** 67:4

**Fuller's** 25:11

**fund** 19:9 47:3

**funders** 20:2,9

**funder's** 20:8

**funds** 34:3

**further** 47:6 69:10

***

### G

**gain** 27:16

**gathered** 39:10
60:8

**gave** 24:17 25:4,23
26:18 28:14 34:1
56:14 58:14

**gay** 54:22 66:2,4

**general** 33:10 54:17

**generally** 51:8

**get** 7:24 9:4 10:16
14:20 16:23 19:6
25:1 29:16
35:10,14 37:8,9
43:15 47:21 48:9
56:2 57:4 59:19

**gets** 15:21 16:7,8,22
29:23 32:18 40:8
41:8

**getting** 35:1 38:3
52:9 58:19

**girls** 50:9

**Gisela** 58:3

**give** 5:19 6:1,5
31:18 48:12 56:7
57:7 62:19 64:10

**given** 46:9

**gives** 16:7 27:21
30:16 40:6 46:3

**giving** 11:13

**go** 6:21 11:23 13:23
14:2 15:8 21:15
27:9 35:8 38:22
42:21 44:18 45:7
47:1 52:3 55:4
56:12,24 57:11

**godfather** 28:5,9
29:3,23 67:18,19

**GODFREY** 2:4

**goes** 7:1 16:13 33:9
48:8 49:6 54:10

**going** 9:13
12:12,23,25 13:1
17:19,20,21,22,23
,24,25 18:1
19:5,7,8,9 20:20
21:22 22:23 23:25
24:1 25:3
27:1,9,10 30:7
38:17,19,20,21,22
43:24 44:21 47:18
49:14,23
51:13,18,25 52:1
55:3 59:6
60:13,14
62:10,11,12,13

**gone** 7:9 58:19

**good** 5:18 18:4
20:13 26:4 46:3
61:15 64:8 65:19

**gorilla** 20:19,22
21:4,16,22 23:9

**gotten** 44:24

**government** 11:4

**grand** 29:24

**group** 1:12
57:24,25 66:3

**Grove** 18:10 51:16

**guayaba** 11:3

**guess** 8:2 26:15,17

**guy** 18:4,7 31:5
37:15 51:16,20,25
61:3

**guys** 9:20 12:3
13:9,10 23:19
26:21 28:14 31:3
35:8 44:24 45:11
49:9 59:22 60:1
67:4

**guy's** 21:14

***

### H

**had** 6:10 9:23 10:8
13:20,23 14:6,8
17:9 18:19 22:21
23:3,6,25
36:9,11,14,15
37:5,12 38:5,11
39:11 41:22 43:8
50:8,12 53:22
59:1 65:22,23
66:23 67:16,19

**Hall** 16:14,16

**hand** 47:10 69:16
70:8

**handled** 48:10

**hands** 16:9

**happen** 9:7 13:14
40:11 55:1 60:14

**happened** 13:11
14:4 15:6
23:15,19 24:16
29:15 47:13,23
50:3,19

**happening** 10:3

**happens** 32:6 44:19

**hard** 37:8

**hardcore** 15:20

**harsh** 25:19

**harshly** 26:13

**has** 7:8,23 11:6,22
16:2,6,15,17,20
18:7 22:6 23:13
31:4,10,23 32:3
35:25 36:10 37:16
38:2 40:2,4,5,8
43:21 46:5 58:2

**hasi** 39:25

**hasn't** 17:22

**Havana** 18:15,21
20:21 53:6 61:3

**Havanna** 47:13

**have** 5:21 6:7,22
7:6,19,21 8:5,19
9:11,24 10:10
11:13,23 12:9
15:20 16:10,11,22
18:6,11,14
19:11,21,23
20:1,2,16
21:20,21,24
23:3,4,6 24:19
25:7,22 30:11,24
31:11,22 32:3,23
33:1,13 37:2 39:9
40:7 44:5,14,24
45:11 46:13
47:6,12,19,25
49:9 54:6 55:20
58:6,12,19,20
62:15 67:9,23

**haven't** 41:4 45:3

**having** 5:5 26:1
36:13 55:18

**he** 7:3,5,6,8,22
8:5,7,9,13 9:1,3
10:4,12,13,16
11:1,2,6,17,22,25
12:13,20,21



13:5,7,8,24
14:6,9,11,13,16,1
8 15:7,11,13,14
17:21,22,23,24,25
18:1,2,4,6,8,11,13
,18,19,22,23
19:2,3,4,5,13,21,2
3 20:1,12,18
21:1,2,3,19,21
22:3,6,7,9,11,12,1
5,23 23:2,13 24:4
25:13
26:10,12,14,15,16
,17,18 27:13
28:6,14,17,18,19,
21
29:1,4,9,10,14,15,
23 30:12,14,18
32:7,15,20,21
33:23
36:2,10,11,13,18,
23
37:6,15,21,23,24,
25
38:1,3,4,5,6,16,20
39:2,4,9,11,23,24
40:2,4,5,6,8
41:8,18,19,22
42:7,9,11,13,15,1
6,17
43:10,11,15,16
44:8,9,10,14,18
46:7 47:1,2
48:18,20
49:14,17,24
51:6,9,11,15,18,2
1,24 52:22,24
53:13,18,19,21
54:6,10
55:2,4,9,15,17,19,
22
56:5,6,7,13,14,19
59:1,2,3,18,20,21,
23,24
60:12,13,15,18,25
61:5,20,22
62:3,4,10

63:2,3,8,16,17,18,
20,21 64:2,13,18
65:5,16,23
66:4,5,9,14,15,19,
20,23,24
67:1,19,20

**headquarters** 38:18

**hear** 12:8 42:1,4
48:19 50:5 61:23
62:9 66:1

**heard** 19:1 22:19
28:15 29:12,17
34:10 44:4,17
45:11 62:15 64:14

**hearing** 28:8,9,10

**hears** 49:14

**heart** 11:24

**hell** 36:18 66:13,24

**he'll** 46:1 63:25
64:7

**help** 36:23,24

**helped** 28:6

**here** 5:19,21 6:3,6
10:4 11:3 21:22
24:11,12 28:23
30:25 36:13,15
51:13,16,23 62:14
66:23

**hereby** 69:6

**he's** 7:9 10:22,23
11:4,6 12:20,23
13:23 14:8
18:7,10
20:8,12,19 21:4
22:21 28:20,22
29:9 30:7,18,20
32:17 33:24
36:3,9,19 37:14
38:11,21,22 39:23
41:15 42:14

44:18,20,22,25
45:7,21 46:1,7,15
52:1 53:3,16
54:10 58:2 59:15
60:11,25 62:9,11
66:22

**Hey** 10:4 13:21
26:21 40:20 41:3

**hiatus** 65:22

**hidden** 50:16

**hide** 6:8

**him** 7:7 8:24
9:4,5,14,17,18
10:1 11:12,13,23
12:18 16:8,9
22:21 23:6,13
26:8,13 27:21
28:21 30:16 31:10
32:9 33:2,12 37:8
38:4,22 41:25
42:1,4,14
44:15,22 45:14
46:9 47:5 48:23
49:3,10 50:9,17
51:21 52:3,7
53:3,19,25 54:11
55:12,13 56:2
58:13 62:16
63:19,25 66:1
67:8,22

**himself** 39:2

**hire** 36:6

**his** 11:9 13:24
18:19 19:5 20:4,9
22:7 26:11
27:12,16,24
28:4,20 29:14
30:9,10,14,17
31:3,4
32:4,9,11,14,17,1
8,19 34:6 36:3
38:1,12,21,25
40:2,4,10 41:10
44:2,6 45:1 46:1

47:10 48:22
53:12,25
54:3,7,9,10 58:14
61:1,10 62:12
63:24 66:12 67:11

**Hispanics** 62:22

**history**
39:13,14,15,18

**holdings** 18:14

**Homestead** 18:11

**homosexual** 66:17

**honestly** 31:12,19

**hope** 25:4

**hopefully** 25:5

**horrible** 39:23

**Hotel** 17:5

**hours** 16:9

**house** 18:10 38:15
40:2,4

**housing** 27:2 47:2,3
48:9

-------

I

**I'd** 9:14

**idea** 11:9 16:22
17:12 24:15 30:11
42:8,10

**ignore** 40:17

**I'll** 9:7 18:17 44:1
59:14

**illegalities** 51:17

**illegality** 33:25

**I'm** 9:13 10:18
12:12,17,22,23,24
,25 16:4
17:9,19,20 21:22
22:24 23:1,10
24:9 26:2,3,19
30:22 35:20
38:2,3 40:18



42:12 46:20 49:23
53:11 54:17,25
59:23 62:21 64:16

**impact** 27:21 29:21

**impetus** 11:9

**implicate** 38:22

**important** 5:25

**impropriety** 50:2

**impulse** 10:14

**incident** 59:4

**incorrect** 23:5

**INDEX** 3:1 4:1

**infested** 53:10

**influence** 20:4
21:24 23:6 36:19

**influenced** 10:25
46:17

**influx** 19:8

**information** 33:1
39:10,11,21 54:18
58:6

**initial** 19:4

**initially** 12:9

**initiate** 48:18

**ink** 59:23,24

**inner** 30:14 54:3,7

**inquire** 42:16

**Instead** 57:2

**intent** 23:16

**interactions** 26:1
36:10 38:11

**interest** 19:24
20:2,17 21:5

**interested** 22:22
69:14

**interests** 18:14

**interrogated** 14:10

**into** 7:1 12:13 19:9
25:1 38:7 67:20

**investigated** 6:13
33:6

**investigation**
24:14,25 34:21
39:24 40:10 67:2

**investigator** 44:15
67:5,11

**investigators** 44:19
45:1

**involved** 57:22

**involvement** 17:4
23:12

**isn't** 48:10

**issues** 23:3 37:3

**it'll** 45:25

**it's** 5:25 7:1 11:5,11
12:15 13:21 14:8
16:12 18:22
19:12,18,19 21:25
22:2,23 23:5,18
24:25 25:22 29:21
30:1 33:19 34:12
45:6,24
49:6,12,14
56:17,18,21 57:7
61:15

**itself** 50:3

**I've** 12:14,18 26:24
27:24 31:19 34:10
44:4,10,11

──────────
J
──────────

**January** 9:14,16

**Japanese** 63:16

**Jewish** 64:13

**Joe** 12:11,22
13:17,20 15:20
18:3 24:3 26:9
28:9,20 29:4

31:23 37:8 43:10
44:12 45:18
47:17,25 51:17,22
52:2 53:19
58:14,20,25
59:12,13,15,18
63:23 64:25 65:9

**Joe's** 37:23 45:14

**June** 28:8 33:17

**Jungle** 36:1

**junior** 31:1

**just** 11:5 13:18,25
16:12,20 17:21
19:18,19 20:18
22:7,23 23:10
24:3,10 25:19,23
26:12,14,18,20
27:6,8,9,20 31:20
32:6,23 36:2
38:14,16
39:15,24,25
40:8,17 41:25
43:11,12 44:19
46:20 48:4
49:12,21 51:10
52:14 54:3,17
56:19 57:16,18
58:4
59:5,14,16,25
60:2,8 65:23

──────────
K
──────────

**keep** 31:7

**Ken** 64:20

**kept** 14:1 17:7
20:18

**kiosk** 62:12

**kiosks** 62:12

**Kirney** 18:19
32:17,24

**knocked** 57:24

**knocking** 12:7

**know** 6:19,25
7:1,5,6,7,22,23
8:14,18 9:1
10:3,7,9,11,22
11:19
12:1,14,15,17,20,
21,23,25 13:22,25
14:2,9 15:3,10,14
16:9,13,25
17:3,6,18,22
19:4,10,12,22
20:8,9,10,18,20
21:18
22:6,10,19,21,23
23:8,24 24:1,3,11
26:12,14,16,18,24
,25 27:4,6,8,17
28:5,17,19
29:18,22,24
30:1,20,24
31:17,24
32:5,8,21,23
33:3,18,23
34:1,21 35:21,24
36:3,12,17,18,19
37:7,9,25
38:2,4,5,6,14,16,2
0,21
39:1,3,11,12,13,1
9
40:3,4,6,7,8,11,24
41:7,8,9,15
42:11,13,14,15
43:25
44:11,20,21,22
45:5,15,19
46:2,13,18 47:2,5
48:11 49:9
50:13,15,17,19
51:11,22
52:3,4,7,8,9,11
53:3,8,15,17
54:6,9,11,24
55:2,11 56:3,19
57:19,24 58:5,17
59:8,23
60:2,3,6,11,12,13



61:6,8,13,19 62:8
63:5,6,9,16,20,21,
24 64:7,8
65:14,20
66:12,13,19,24,25
67:1,3

**knowledge** 6:22
17:9 25:18 35:7,9
50:1 65:12

**known** 7:20

**knows** 22:23 23:24
42:13 48:18 58:17
60:18

**Korean** 63:17

———————

**L**

**La** 66:24

**lady** 12:2 58:12
66:23

**language** 63:8

**last** 28:6 44:24
52:18

**later** 57:8

**Law** 2:3 38:9

**least** 12:16 65:12
67:8

**left** 54:24

**legislation** 29:16

**legs** 29:14

**let's** 21:15 27:1
49:18

**liaison** 43:3

**lie** 12:12

**lieu** 56:18

**lieutenant** 61:1

**lighting** 14:8

**list** 7:15 8:1,5,7

**listen** 57:9

**little** 6:5,21 12:20

18:15,21 20:21
47:13 53:6
57:12,17 62:12

**lo** 39:25

**lobby** 36:4

**lobbyist**
35:3,11,15,17,21
36:6

**lobbyists** 11:22

**loco** 39:25

**log** 48:11

**logging** 48:8

**long** 8:23 29:10
43:7

**longer** 18:10

**Look** 12:18 26:18
28:2,5 59:15

**looked** 23:18

**looking** 59:15

**looks** 64:8

**lot** 7:1 11:14
13:10,11
14:5,6,8,20,23
15:9 17:25 20:10
30:19,25 31:19
37:16 44:10 45:14
47:15,16 65:20

**lots** 25:22

**loves** 52:24

**Lubrillante**
51:19,20

**Luckily** 23:25

**Lugo** 12:4 13:16,24
15:16,18 17:13
47:24 48:1
57:21,23 59:6,12

**Lugo's** 17:4

———————

**M**

**M.O** 26:11 37:23

**made** 12:10 19:2

**magistrate** 28:6,10
67:21

**magistrates** 29:5,18

**mails** 41:8

**mainly** 8:23 11:22
20:8 24:3 35:15
50:20

**maintained** 29:9

**majority** 24:6 26:17
37:7 55:13

**make** 35:19 58:17
62:16 64:2 66:1

**maker** 30:2

**making** 20:4

**Maletrin** 66:12

**man** 9:5 26:2 47:10

**manager** 8:10 9:18
27:7 59:1
65:16,17,24

**manila** 39:7,8

**Manolo** 20:9,11
31:9 48:22
49:2,3,7,13

**Mara** 58:3

**March** 65:15

**Maricon** 66:10

**Mario**
22:5,6,7,9,22,25
23:2,3,5,7,8,14

**MARKED** 4:3

**marketplace** 30:4,5

**marks** 62:16

**Marta** 10:17,20

**Martin** 8:22
24:3,4,5

**Mary** 12:3 13:16,24

15:16,18 17:4,12
47:24,25 57:21,23
59:6,12

**mass** 36:11,14,18

**materialize** 53:6

**materialized** 58:13

**matter** 53:2

**Max** 36:5

**Maxfield** 2:11 5:15

**maybe** 8:23 9:14
13:8 23:5 57:25

**mayor** 8:10 9:19
27:7,11
65:17,22,24

**me** 6:4,12,19,25 7:8
10:4 12:13,17,25
13:8,16,21 24:5
26:18 27:10 29:23
35:13 38:16,23
39:4 44:21,25
45:5,6,7 47:17,22
51:12 54:3 55:2,3
56:13 59:12 62:4
70:6

**mean** 7:1 11:5
12:16 14:14 15:24
16:16 21:17 22:2
23:17 24:2,9,11
25:4,12,23 27:23
28:6 29:17,22
31:6 32:20
33:4,19
34:2,3,11,20 35:1
37:5 44:23 45:8
46:13 47:12
50:8,11 51:11
54:2 56:15 57:9
60:1 62:9,19

**meaningful** 20:3
44:6

**means** 66:13

**media** 52:23,24



meet 10:4 12:3
  13:21 36:7 40:12
  63:19
meeting 9:4
  14:14,17 36:14,15
  37:5 38:14 65:23
meetings 30:25
memorialized 10:8
mention 31:22
mentioned 6:10
  22:6 23:13 54:19
mentioning 20:18
  31:8
mess 40:4
met 24:16 67:5
methodical 33:18
Mhmm 8:12,15,21
  9:9 15:6,11
  18:3,13 34:5 35:4
  54:12 63:18
Miami 1:14 2:4
  10:8 32:12 35:25
  36:23 37:13 47:12
Miami-Dade 33:20
Michael 5:14
MICHEAL 2:9
Michetti 2:9 5:14
  27:23 42:20,23,25
  43:10,13,18
  45:13,19,22
  48:7,15 56:23,25
  57:2,6 60:5 64:15
  67:9,14
might 9:7 10:11
  14:12 21:13 23:6
  26:4 27:25 35:20
million 18:11 37:9
mind 6:12 21:14
  26:5 34:24 57:11
mine 11:6 19:18

60:16
minimal 29:21
minutes 8:23
Miramar 38:16,17
Miro 1:10 3:2
  5:1,4,18 70:6
mojito 19:22 22:10
moment 59:17
money 11:1,2 18:6
  19:6 21:22 30:1
  31:3,5 32:9
  34:6,18 35:2 46:2
  66:23
month 35:13 43:16
  44:25
more 6:21 21:3
  23:7,8,19 24:22
  25:4 27:5 31:14
  57:4 58:5 64:8
  65:6
morning 14:2 29:19
mother's 39:14
Moto 60:25 61:2
Motors 22:4
moving 62:5
MRC 16:16
much 11:25 14:9
  28:19 32:22 62:13
multiple 22:1 43:11
  44:12
Murgado 22:5,25
  23:2,3
Musibay 2:10 5:16
music 12:8
my 6:17 10:13,14
  12:11 13:16,20,22
  14:1 17:4,17,19
  21:10 24:1 26:17
  27:14 28:5,9

29:3,23 33:17
  34:1 42:2 43:24
  47:24 50:1 55:3
  60:25 65:12 67:2
  69:9,16 70:8
myself 10:13 21:14
  24:2 58:3

―――――――
N
name 7:19,21 39:5
  51:20
names 7:22
Napoli 65:17,24
needed 25:5
negative 52:25
Negatively 48:25
negro 63:11
neighbor 12:3
neighborhood
  27:13 62:6
neighbors 12:6,7
  57:21 58:5
never 12:10 17:7
  19:1 21:18 22:19
  25:23 26:18 29:12
  35:20 36:9,24
  37:12 40:5,8
  41:14 43:8 44:17
  48:6 50:22 51:23
  53:21,22,23 58:9
  62:2,3 64:14
  67:4,5,13,22
news 10:21 18:23
  52:25 53:8
next 14:2 27:6,7
  28:18 29:19 32:2
Nicaraguan 51:16
nigger 63:11
night 13:10,13,19
  14:25 15:2,3,7,9

nine 13:22
no 4:3 6:2 7:22 10:3
  14:6 16:22 17:9
  18:5,10 19:25
  20:18 21:10 22:24
  24:15,22 27:5,17
  28:11 30:11 31:9
  37:1,14,17,19
  40:15,21 41:17,21
  42:3,8,10
  43:18,20 44:16,18
  45:12,13
  46:12,14,19,22
  47:1,3,5
  50:8,11,20,24
  51:7 52:19
  53:11,21 54:2,25
  60:10 61:25 62:8
  63:5 64:22 65:10
  66:22 67:6,15
  70:13
nod 6:3
noise 58:6
none 50:11 51:14
  62:8
nor 9:18 69:12,13
Noreaga 14:15
Norieaga 14:10,12
  15:3
normal 57:7
not 5:21 6:3,13
  8:17,22 9:7 11:5
  12:12 14:8 16:16
  17:8 19:12 22:24
  23:1 24:6,9 26:4
  29:11 30:1,23
  31:9 32:2 33:8
  37:22 41:13
  42:5,12 44:21
  45:15 46:20 47:4
  49:10 50:1 52:3,8
  55:18 57:25 61:9
  64:5 65:12 66:22



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

69:10

**Notary** 1:25 69:5,21
70:13

**noted** 59:25

**notes** 24:8,9 69:9

**nothing** 6:7 22:18
25:19 27:5 33:19
38:2 40:3 53:8,9

**notice** 41:6

**now** 6:13 9:17
10:20 17:15 18:8
26:15 27:10 29:4
33:15 34:17
35:2,25 39:12
43:15 44:20
47:5,11 49:20
51:7 54:9 59:4
60:20 61:8 62:19
64:10,23 65:8,21
67:25

**number** 58:15

_____

O

**OATH** 70:1

**objective** 15:8

**obviously** 7:6 8:19
9:4,7 11:11,24
17:8,24 19:6
24:21 29:3 44:2
53:2 59:1

**occasions** 40:12
67:10

**occur** 9:10

**occurred** 30:21
32:23 38:15

**Ocho** 18:15 20:2
23:3,4 36:13

**o'clock** 13:22

**off** 10:24 43:11
57:3,11,14 68:1

**offense** 33:4

**office** 7:3,5 19:5
30:18,20 32:3,4
33:2,4,8 34:2
36:10,11,12 37:25
38:3,12 40:14
41:1,2 54:10 65:9

**officer** 24:8,10
51:14,15 52:8

**officers** 59:25

**official** 43:1

**officially** 33:14

**officials** 67:10

**often** 23:5 34:10

**Oh** 6:9 12:5,6,20
21:21 30:22 35:12
36:5 44:3 45:10
48:5 50:10 56:22
57:1 61:4
62:17,24 63:15

**okay** 7:12,17 8:4
16:5 28:2 30:22
40:6 42:25 57:16
68:3

**Old** 61:3

**on** 5:11 9:20,21
10:17,20,23,24
11:5 12:7,10 14:5
15:9 17:15,23
18:1,23,25
20:2,20 21:5
22:1,3 23:2 24:1
25:5 27:3,4
29:10,21,23 31:20
32:7 33:23
39:5,16 40:12,13
41:5 43:2,22
44:6,13 45:1
47:18,20 49:3
51:11,13,18 53:4
55:11,13
57:2,6,8,24
58:6,20
59:6,13,19 62:7

65:1 70:7

**once** 13:8 19:6
25:16 27:4

**one** 6:17 9:11,18,21
11:2,3 16:3,8 27:6
31:3,9 33:9
35:8,25
36:2,11,24
37:4,5,7 38:14,15
43:12,19 44:20
45:4 46:17
49:6,25 51:11
53:16 57:13 58:12
60:10 65:5,14

**one-way** 49:14

**only** 9:5 13:8 27:3
34:1 49:6

**open** 18:20 22:9
23:1 33:21

**opinion** 21:10 29:14
46:21 47:24

**ordeal** 9:13 30:21

**ordinances** 65:1

**Orlando** 52:14

**Orlofsky** 2:3 3:4
5:9,13,18
9:11,16,23 10:2,7
25:8,9,13,17
36:21 37:2,12
38:9 41:15,18,22
47:7,11,16 49:20
51:1,5,8
52:11,17,20
56:7,14,17,21
58:25 59:4,11
60:20 64:23
65:4,8,11,13
66:18 67:25

**Orolosfsky** 44:8

**Oscar** 2:10 5:16

**other** 6:17 8:18
11:18 13:6 20:15

22:3 23:19,20
29:18 34:6 36:2
37:20 38:15 43:18
48:20,21 49:22,24
54:12 59:24 60:5
62:6 64:19,24
65:21 66:2
67:10,14

**otherwise** 50:7

**our** 33:23 59:25
60:1

**out** 10:22 12:11
13:10 17:22 25:16
28:21 32:17,18
36:13,15 39:24
41:7 45:1,5,25
46:1 51:10,17
54:22 55:4
58:16,22 59:24
60:13 67:7

**outside** 22:23 30:25
36:10 57:7

**over** 9:14 15:7
19:15 32:2 40:5,9
43:8 45:4 58:3

**overall** 21:4

**overnight** 29:16
33:19

**oversees** 33:11

**overtime** 56:25

**own** 19:21 31:14
46:1

**owners** 61:17

**owns** 61:3

_____

P

**P.L** 2:3

**p.m** 1:11 68:4

**pack** 32:9,11,14,19

**package** 39:4,12
40:6,8



packet 38:5,6
41:20,22

page 3:2 49:3

pages 60:1

paid 29:24 32:17,18

pallet 45:15

paper 40:9

papers 40:4

parallel 60:12

Park 17:15 36:1,16
37:6,10 50:18
62:11

parking 14:8,20,23
25:15 47:15,16
50:18

Parrot 36:1

part 11:3 23:13
51:23

parties 69:11,12

partner 20:12

partnering 31:20

partners 10:13

party 17:4

Pasa 18:20

paved 14:7

pay 32:21 46:1
56:25

paying 35:13 50:4

payment 43:16

payment's 45:17

pending 24:25

people 11:14,18
21:21 26:3 27:5
28:18 31:16,19
34:7 37:20 41:2,4
42:5 44:25
45:3,14 48:21
50:11 53:19 64:13

66:2,4

permits 51:10
55:18

person 42:18

personal 23:3 47:24

personally 70:6

persuade 20:4

phone 41:1
43:12,15,18,23
44:6,10,12,24
55:12,13 58:14,17

phones 43:11

phonetic 18:20
20:5,10 22:5 31:2
51:19 58:3 61:11

photographed
23:17

pick 25:2,3

picked 33:14 65:5

picking 50:4,9

picture 42:15 54:4

pictures 15:10,13

pie 12:15

pissed 56:5

place 13:12 36:17
40:5,9 58:7 60:6
65:20

places 65:21

play 38:21,25 50:16
54:22

playing 23:14

plaza 62:10

please 5:10

pleases 41:9 59:10

pocket 46:1

pointed 51:17

police 55:16

political 11:20,21
20:15 47:13,15
49:20,22

polls 50:12

Portilla 30:16 54:4

position 17:14

positive 52:25 53:2

possible 23:10

potential 35:19,22
60:3,8

pound 21:22 23:9

predicament 24:2

prepared 41:23

presence 35:24 36:3

present 2:7 66:18

presentation 37:10

presented 61:23,24

press 53:4,16

pretty 14:9 32:22
62:13 64:7

previously 29:10

Primera 66:24,25

print 41:7

prints 39:24

private 44:14 45:1
67:5,10

privilege 46:24

probably 10:16
35:15 40:3 45:25

problem 45:23

problems 23:6

procedure 40:14,16
48:8 52:9

proceedings 69:8

process 14:20 15:4

profit 19:10

proper 14:8 55:18

properties
7:10,11,12,13
8:14 23:19,20
25:11,20
51:3,6,22 60:21
65:2

property 7:14 8:3

protect 39:2

protocol 40:19

provided 43:14

pub 10:4,5 13:21
30:25 36:15

public 1:25 15:25
43:17,22 69:5,21
70:13

Punta 56:12

purpose 55:5

put 10:22,23
17:7,23 18:1
21:14 22:1 24:2
27:3 32:5 41:19
50:25 62:12

puts 40:9

_____

Q

Que 18:20

question 6:1 18:17

questions 6:4 14:18
25:7

quick 16:7 65:18

quote-unquote
11:25

_____

R

racist 62:16
64:17,18

radio 10:16,17

raise 32:9



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

raises 33:25

rallies 49:22

rally 47:13 49:21

ran 59:24

rat 53:10

rats 53:6,7

reach 58:16 60:13
  67:7

reached 44:25

real 19:21 37:18

realized 48:6

really 11:5 12:19
  20:9 22:22 25:24
  31:9 32:8 52:2

reason 19:14 27:13
  36:12 44:5 51:22
  61:16 62:4 67:14

reasons 11:21

recall 51:7 53:15
  62:20

recently 17:8

receptive 49:18

record 5:11 6:2
  10:23,24 22:1
  43:17,22 57:12,14
  68:1 69:9

recorded 5:20 6:2

recording 5:24

records 12:10 55:12

referred 7:25 21:3

reflect 6:2

regarding 6:17
  25:11 38:24 39:13
  41:16 47:12 51:2
  54:13

regards 22:19
  38:13 53:6

regularly 37:21

55:12

related 39:4

relation 42:15

relationship 15:18
  31:11 34:6 47:8
  61:11,15

relationships 16:21
  18:15 22:4

relative 69:10,12

release 53:4

religion 42:2

religious 42:2

remark 64:2

remarks 62:16,25
  64:1,13,17,18
  66:2

remember 36:2
  51:5,8 52:17
  53:15 65:21 67:22

removal 33:4

remove 33:2,8
  62:11

render 33:12

rendered 28:19

renegotiate 18:2

reopen 29:1

repeat 10:19 65:3

report 48:18 69:7

REPORTED 1:24

Reporter 1:24
  5:10,17 10:18
  16:3,5 57:13
  64:16 68:1,3
  69:1,5,20 70:12

Reposo 20:9,11
  48:22

request 12:10 16:17
  25:18 43:22 55:12

residents 60:7

respect 28:21 45:6

respond 41:13

responded 41:5

response 6:1

responses 40:15

restaurant 61:5,17

resumed 57:15

retain 44:19

retained 12:18

retainer 46:4

retired 42:16

reviewing 33:15

reward 17:20

rid 29:5

ride 24:10

right 6:11,13 9:6,20
  16:15,17,24 23:15
  24:7,18 25:21
  27:25 28:15,25
  29:2,25 33:15
  36:17 37:9 41:12
  43:5 44:4 47:5,10
  49:8,11 51:7
  56:22 57:1,6
  58:10,21 60:3
  62:19 67:25

ROAD 2:4

run 19:22

Russell 64:20

_____
      S
_____

said 10:17 12:16,21
  17:21 21:21 26:18
  27:1 39:5 41:3
  42:20 44:11 60:13
  67:16

same 32:7 49:3
  50:12 62:10

Saturday 57:7

savior 53:3

saw 9:20 12:2
  28:17,18 29:23
  48:23

say 5:25 9:13,14
  12:23 13:1 21:2
  26:2,8,10 28:22
  35:12 40:20 44:1
  45:6 47:2,5 51:24
  53:18 59:15 60:4
  61:20,22 63:2,3,4
  64:7,13 66:5,9,15

saying 12:8 14:1
  15:4 23:1 25:19
  30:23 40:18 53:11
  54:17,25 57:18
  61:6 62:21

says 11:2 22:3
  24:11 40:6 60:25
  66:24

scale 15:18

scenario 60:6

scope 15:18

scratch 17:17

second 32:4 41:5
  57:13

secure 59:19

see 5:24 21:11
  23:14 27:17 31:20
  48:17 55:13

seeking 44:22 46:24
  52:23

seen 27:24 67:9,20

sees 53:4

selectively 65:1

sell 19:23 23:2,8

selling 61:7

sells 11:3

sent 25:16 58:3,20



59:2

**several** 38:11 58:2

**sewer** 14:7

**sexist** 64:1,2

**she** 12:5 14:2 15:19,21,22 16:2,6,7,8,10,12,1 3,15,17,20,22,25 17:18,19,23 35:5 48:2,4,5,6 57:23,24 58:1,15,16 59:8,9 64:8

**she's** 5:24 15:19,22,23 35:3 64:7

**shit** 63:23,25

**shocked** 50:24

**shop** 22:10 30:5

**shot** 49:10

**should** 33:4 44:7 48:13,15

**shouldn't** 26:23

**show** 12:6 15:9 34:17,22 35:1 58:1

**showed** 8:13 13:24 28:9 36:18 47:18 55:1

**showing** 8:18

**shut** 27:13 33:21 52:7 55:6,10,20 56:2 61:18

**shutting** 62:5

**side** 13:19 49:6 54:14 60:12,15 65:19

**significant** 20:2

**signs** 50:25

**similar** 45:13

**sister's** 39:15

**sit** 35:21

**site** 47:21

**sitting** 28:18 56:23

**situation** 48:20 50:5 53:14,25

**situations** 34:12 54:12,15

**sky** 12:15

**sneakers** 24:1

**some** 12:6,16 17:14 25:7 32:5 34:6 35:18 39:11 43:5 44:19 48:10,15 51:12,17

**somebody** 30:14 33:8 37:16 48:12 52:22 53:13 66:15

**somehow** 21:8 51:15

**someone** 42:14 45:9 46:3

**someone's** 38:15

**something** 7:25 25:6 26:16 27:18 29:9 34:3,21 35:7 36:19 38:22 40:1 44:6 46:13 47:18 48:13 57:18 59:19

**sometimes** 59:14

**Sornof** 31:2,3,6 34:6,14 35:2

**sorry** 10:18 16:4 64:15

**SOUTHWEST** 1:13

**Spanish** 10:21

**speak** 30:15

37:21,22

**speaks** 30:13

**special** 17:19 67:20

**specific** 6:23 7:15 11:23 36:25 51:11

**specifically** 9:24 14:5 23:18 26:20 30:4 39:3 66:6

**speculation** 46:11,12

**spoke** 9:1 13:23 26:13 58:4 59:5

**spoken** 24:22 45:3

**spreadsheet** 7:7

**squash** 49:24

**squeeze** 37:11

**St** 54:13 61:18,23,24 62:5

**staff** 43:4,6

**start** 6:4 7:2 35:13

**started** 6:9 12:7,11 13:3,25 14:18 15:4 24:4,5 29:15 58:12,18

**state** 1:25 6:10,14 24:13 33:9 34:2 37:25 69:2,6,21 70:2,13

**statement** 1:10 5:1,20 20:19 24:17 68:4

**statements** 23:10 34:1

**Station** 10:17

**Statute** 33:10

**stayed** 58:4

**staying** 12:13

**STEVE** 1:10 3:2 5:1,4 70:6

**Steven** 26:19

**stigma** 45:14

**still** 19:12 36:22 43:17 53:10

**stipend** 43:16

**stop** 59:23 65:19

**stopped** 65:19

**straight** 31:16

**strategizes** 30:15

**street** 1:13 8:16 9:12 21:23 49:15 55:1 60:21,23 62:7

**stuff** 16:18 22:4 26:1,25 30:6 32:6 33:22 39:16

**sudden** 54:4

**suggesting** 22:25

**suit** 38:2

**SUITE** 1:13

**Sunbiz** 18:21

**Sunday** 29:23

**Super** 36:1,24 37:4

**support** 22:14

**sure** 7:8

**surprised** 59:23

**surveillance** 61:9

**sworn** 1:10 5:1,6,20 68:4 70:7

———————
T

**tail** 29:14

**take** 15:10 19:3,15 24:9 28:23 33:19 45:9

**taking** 24:8 26:15 55:22 59:25

**talk** 14:12 58:1 60:8



63:25

**talked** 31:19 49:21 56:9 59:16 63:23 65:5

**talking** 8:23 12:19 17:7 24:5 46:20 48:23 55:22,25

**Tanya** 35:2 54:5

**tape** 28:16

**target** 10:12,13 26:3 49:24 54:20 66:20 67:11

**targeted** 60:22

**targeting** 6:18,19,23 11:6,18 24:3 26:21 33:23

**targets** 54:13 61:6

**tell** 6:19,25 18:18 25:10,13 35:11 36:23 44:23 45:5 46:14 62:4

**telling** 44:25

**terminated** 28:7 32:1 43:2

**terminating** 50:18

**testified** 5:6

**text** 44:8

**than** 13:6 20:15 23:20 64:19 65:6

**Thank** 5:17

**that** 5:22,25 6:15 7:22,23 8:5,19,23 10:7,8,9,10,15,19, 24 11:1,3,5,6,8,9,11, 15,25 12:2,4,5,8,10,14 13:7,10,11,13,14, 15,19 14:5,6,10,14,16,1

9,22,23,24,25 15:2,3,7,8,9,14 16:11,18 17:6,10,12,21,23, 25 18:2,7,9,15,22 19:6,9,11,14 20:2,3,11,15,16,1 8 21:1,2,4,6,8,12,13 ,14,16,17 22:4,10,25 23:5,11,19,25 24:1,2 25:1 26:1,4,5,8,14,15,2 3 27:2,4,18,19,20,2 1 28:3,8,9,10,15,23 29:4,8,9,10,12,13, 15,16 30:4,6,8,12,13,14, 21 31:9,10,13,18 32:1,3,6,8,13,15,1 7,22 33:1,2,3,15,23,24 34:7,14,15,16,17, 18,19,25 35:8,11,14,17,18, 20,23,24 36:2,15,20 37:8,11,15,21 38:1,14,15,24 39:11,12,15,17,21 40:3,6,14 41:8 42:7,9,16,18,23 43:7,12,13,14,17, 19,22 44:4,5,6,13,15,17, 24,25 45:3,9,14,15,20 46:3,9,18,19,23,2 5 47:4,13,17,20,21 48:2,3,4,5,6,8,16, 17 49:4,22,25 50:2,3,5,8,11,19,2 0,23 51:23,25

52:14,22 53:5,12,13,14,16, 19 54:1,15,18 55:1,13,14,23 56:8,12,13,15,19, 24 57:8,18 58:7,12,13 59:17,18,24 60:6,7,14,18,22 61:1,3,6,7,17,22,2 3 62:3,4,8,10 64:14,24,25 65:5,21,22 66:13,14,20,22,23 67:3,8,11,22,23 69:6,8,10 70:6

**that's** 7:8 10:5 11:1 13:3 14:3 16:5 18:17,22 19:3 22:10 23:1 26:9,14 29:9,15,17 30:1 31:6,23 32:22,23 34:3,20 35:15 38:1,17,25 40:1,10 41:12 44:3 45:16 46:16 47:4 48:22 51:19,20 52:3 54:5 58:15 61:8 67:25

**their** 17:1,23 18:1,2 21:5 31:14 36:7,10 37:10 63:4,5,25 64:5

**them** 6:12 8:13 11:22 20:20,23 24:17 25:4,23 31:20,23 39:25 40:9 41:5,8 44:21 54:16 55:6,10,20,25 56:2 57:25 58:1,2 59:22 60:13 61:6 62:1,20 63:3,16

**themselves** 5:11 59:16

**then** 12:19,21 13:23,24 19:6 27:9 29:18 38:11 51:18,21 54:4 56:1 58:18,20 60:9 63:19 65:24

**there** 7:22 10:22,24 12:21 14:7 15:7,8,15 17:16,17 18:3,12 19:7,8,20 20:14 23:11,22,23,25 24:12 27:9 28:21 30:4,7,12,14 32:2,5,6,25 33:11,24 34:7,8,9,15 35:16,20 36:17,18,20 37:6,20 38:17 40:15,18 44:4,7 47:18 48:2,4,5,6,7,10,13 ,15 50:2,5,13,16,22,2 5 51:10,14 53:7,10,16 56:4 57:23 58:2,3,9 59:17 60:5,7 61:7,8,9,16,19 65:9,13 67:24

**therefore** 23:4

**there's** 8:1 17:25 30:7 44:6,12 45:8 46:6,8 47:3,4 60:12 61:6,7,9 65:6,8,20

**Thereupon** 5:3

**these** 9:12 21:21 26:3,21 35:8 41:4 59:21 60:1

**they** 6:13 7:24,25



8:2,19 11:16,23
12:8,10,24 17:6,9
20:16,20
21:21,24,25 23:22
24:19,24 25:2,5
29:22 30:24
31:17,18 32:3
33:11,13,18,20
35:12,18
36:7,14,15,16
38:23 40:17 41:7
45:5,6 48:9 50:25
52:2 53:8 54:23
56:1,25 58:4
59:16,25
62:21,22,23 64:18

**they'll** 53:4

**they're** 8:2 11:22
12:25 20:13 25:3
31:13,14 33:15,18
44:1,21 61:7

**they've** 19:10
31:12,15

**thing** 17:24,25 19:4
21:16 23:17,18
27:23,25 45:17,20
50:12 62:10

**things** 31:20

**think** 11:17 18:7
20:3,7,16
21:1,2,4,6,7,10,12
,13,17,21,24
22:6,7,9,22 23:11
25:3,22,25 28:19
29:22 31:12,18
33:1,2,3,24 40:1
43:24 45:25
46:2,6,8,15 47:23
50:13 58:13
60:15,19 61:5

**thinks** 11:1 37:23

**third** 32:2,7 41:5

**this** 5:20 9:23
12:15,19,22 14:1

15:4 17:9,20 21:3
26:1,4,19,22
27:13 34:24 37:15
38:2,3,20,23,24
43:8 51:14,25
52:18,19,20,21
57:18 60:10,23
61:17 63:3,4
64:11 69:16 70:8

**thorough** 33:18
40:5

**those** 12:7 13:12
16:8 23:9 33:14
48:9 50:25
54:14,18 55:20
62:12 65:6

**though** 6:1 20:19
45:24 52:6 63:24
66:8

**thought** 23:5 26:15
66:15,20

**three** 11:24 25:22
29:24

**through** 8:3 15:4
16:25 19:5,8
25:24 34:20 42:17
47:22,24 48:8
51:21 52:2,5 53:9
58:19 65:24

**throughout** 60:1

**ties** 31:23

**Till** 43:8

**time** 13:11 16:3
24:6 26:9,12 28:6
29:10 38:12 40:24
43:5 54:3
55:3,14,23
56:8,13,14,16,17,
21 57:5 65:19

**timeframe** 52:11

**times** 10:23 14:1
16:8 22:1 23:5
24:23 58:2 62:17

64:25

**tired** 56:3

**title** 43:1

**today** 5:19 6:6 60:2
63:17

**together** 10:6 17:7
32:5 40:9 41:19
60:8

**told** 9:5 12:14,18
29:23 38:16 47:17
52:2 55:2,4 57:18
66:19

**tone** 26:17

**tons** 62:17

**took** 7:3,5 13:12
15:13 38:3 39:4
52:14 57:17 60:6
65:9

**Totally** 56:19

**towards** 53:3

**Tower** 17:5

**town** 51:12

**trail** 48:15

**trans** 34:17

**transaction** 34:18

**transcribe** 69:7

**transcript** 69:8

**transpired** 14:3

**Trick** 18:17

**tricky** 18:17

**tried** 9:4 12:13
26:24 27:2 37:8
38:20 42:16 44:18
49:23

**tries** 37:24 39:2
47:1,2

**trip** 52:14

**true** 29:11 34:14

69:9

**trust** 47:3

**truth** 12:23,24 13:1

**try** 9:5,7 27:3
55:17,19

**trying** 32:5,8 36:19
37:8,9 40:12 45:7
58:5

**turned** 8:17 38:6
43:9

**turns** 39:25

**TV** 10:20

**two** 6:10,15 17:7
25:22 28:18 33:7
44:24 64:23
65:4,6

**type** 17:13,14 35:18
39:23 46:9,24
48:11 62:25 63:7
66:2

**typically** 44:8

———————

U

**ultimately** 41:10

**Unbelievable** 29:8

**uncle** 67:16,17

**under** 12:17 25:20
49:21

**undersigned** 70:5

**understanding**
17:18

**understood** 21:18

**union** 15:19,22,23
16:11 54:13 59:9

**unit** 17:2

**Univision** 18:25

**unless** 46:13

**until** 17:7,8

**up** 8:16 9:12



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

13:7,24 15:9
18:20 22:9,19
24:13 25:2,3,14
28:9,21 30:5
31:16 33:14 37:9
47:18 50:4,9,25
52:5 53:25 54:2
55:1 58:1 62:12
64:11

**upset** 12:21 52:2

**us** 6:5 8:22 10:12,13
48:20,23 59:18,19
63:6

**use** 8:7 32:15,20
49:23 56:13 63:20
66:6 67:10

**used** 21:20 30:24
56:19

**using** 34:2 56:18
63:8

**utilized** 26:3

—————————

**V**

**vacation**
56:13,18,20

**valet** 13:11 25:20

**Valves** 20:5,7,24,25
21:3,9 23:9
31:6,8,12,21 32:8

**various** 14:1,9 41:2

**Venezuelan** 10:25
11:4 50:9
66:21,22,23

**verbal** 6:1

**Vicky** 55:22

**videoed** 23:17

**videos** 15:10,13
27:24

**violation** 58:24

**violations** 8:19
32:16 60:3,4

**vision** 23:4

**visit** 56:8

**visited** 41:16,18
58:2

**vividly** 59:25

**vote** 11:23 46:25

**voted** 46:15

**voter**
39:13,14,15,18
50:6

**voters** 50:4

—————————

**W**

**walk** 28:17 48:11
60:1 64:23 67:20

**walk-along** 12:4,5

**walk-alongs** 65:4

**walked** 8:16,18,22

**walking** 36:13,16

**walkthrough**
9:12,24 10:2,9
23:16 25:9

**walk-through** 10:8
23:25

**walk-throughs**
65:14

**want** 6:2 12:6 14:12
19:13 21:2,25
23:7 24:4,25
28:22 34:13
35:6,14 45:15

**wanted** 18:18 29:1
43:9 66:20

**wants** 22:9 23:1,2,7
27:13 59:9

**wasn't** 7:7 9:17
14:7 30:11 36:12
47:22 51:12,14
54:24 63:13 65:23
67:8

**watch** 10:21

**way** 8:16,18 22:16
28:11 46:17
62:3,18

**we** 5:25 6:9 8:16,17
12:2,7,14,19,21
13:22,23,24,25
23:3,17 26:23
27:1,5,7,8 28:15
33:23 37:5 40:12
45:13 49:21 50:8
56:8 57:11,16
58:18 59:5
65:5,14,18,19,22

**wealth** 18:7

**website** 8:3

**week** 27:8

**weekend** 51:11
52:12,14 56:8

**went** 7:5 8:9 11:12
13:10,19 15:7
36:16 37:25
38:4,16,23,24
42:21 57:23 58:1

**were** 8:19 12:8 17:9
21:6,15 23:22,23
26:1 27:1,6,7,8
31:8 32:3
36:16,21,22 38:17
40:14,15 43:1,4
52:12 54:19 55:7
56:9 57:17 59:25
60:7 62:21,22
64:25 65:9,11,14
66:18

**we're** 6:3 27:10
60:2

**Were** 29:13 64:18
65:13

**We're** 13:9 57:16

**weren't** 44:2 56:1

**we've** 24:21,22

64:24

**what** 6:15,19,25
7:18 10:3,14
11:1,13 12:1,9,25
13:11
14:3,4,11,13
15:6,7,8,16,17
16:11 17:9,21
18:22 19:10,11,14
20:14,19
21:15,16,25
22:3,23
23:1,15,16,23
24:16
25:5,12,17,18,22
26:10,11,14,19
27:12,14,15,16
28:1 29:15,22
30:3,9,23 31:2
32:11,13,15,25
34:1,5,7,20
35:14,15 36:18
37:24 38:5,8
39:12,20
40:7,11,13,15
42:15,25 45:5
47:15 49:5,14
51:9,24 52:5,9
53:18 54:16 55:5
56:15 57:9,21
58:6,15 59:9
61:10,12,13
62:9,10,18,25
63:2,7,10
64:1,6,9,12
66:8,9,13,24,25

**whatever** 7:18
12:24 25:20 36:19
44:11 63:17 65:16

**what's** 12:24 14:20
15:17 24:13 47:7

**whatsoever** 17:10
25:24 46:10

**when** 5:25 7:3,5 8:9
9:11 10:5 12:11



13:3 19:3 21:2
24:11 29:23 36:6
38:3 42:20 43:1
45:18 48:8 50:24
52:2 59:1,24
60:14

**where** 7:25 10:22
11:1 32:2 34:12
38:3,17 39:9
40:15,19 42:23
48:20 50:5 54:18
56:9 59:19,21
60:6,11 67:10

**whereabouts** 59:8

**Wherever** 54:10

**whether** 42:5,12

**which** 12:13 17:22
19:9 25:20 28:7
31:1 32:16 33:5
37:23 43:16 49:21
51:5,16 65:14

**while** 12:5 13:23
30:8 33:19
36:21,22

**whistleblower** 38:1

**white** 63:15

**who** 7:7 13:14,15
23:22 31:5,23
37:16 39:20,21
40:25 42:17,18
54:2 58:17

**whoever** 58:22

**whole** 23:17,18
30:21 45:20

**Who's** 20:11,22
61:2

**why** 6:5,6 10:12
17:22 18:18
19:13,16 20:7
23:23 26:9,21,22
27:13 38:23 39:17
42:7,9 61:8

**Widge** 54:14
61:18,23,24 62:5

**wife** 13:16,20,22
14:1 56:10

**will** 45:9 46:7 57:7

**William** 2:8 3:3

**with** 6:4 7:9 8:9,22
9:14,17,18,25
12:3,11
13:8,20,22
14:6,14
17:4,12,20 19:11
22:19,21
24:4,13,16
25:14,15,24 26:8
29:4 30:5,6,15
31:12,20 32:7
34:6,13,14
35:21,25
36:7,11,14,21
37:3,5,8
38:2,3,11,13 43:1
44:11,12 45:16
46:2 47:8,12,19
49:3,14 50:23
51:18,20
53:6,9,20,25
54:10,11 55:12,13
56:9,10 61:11,21
62:13
63:6,13,14,19
65:22 67:5,8
69:13

**within** 16:9

**without** 5:21

**witness** 3:2 5:5,7
10:20 45:17,21,24
56:24 69:16 70:8

**women** 19:3 64:4

**won** 19:3

**word** 49:23 63:22
66:12

**words** 63:9 66:6

**work** 17:1,19
34:13,14,19,24
43:10 44:21 45:7
52:1

**worked** 14:2 57:5,6
59:9

**working** 27:5 29:10
30:5 51:14 57:2

**works** 15:19,22
44:15

**would** 6:12 8:7
10:10,12,13
19:13,14 20:3,16
21:20 26:22
35:11,19 37:16,21
39:9,17,20,21
40:11,19 42:7,9
44:9 45:16 46:19
47:25 53:18 54:2
55:9
58:11,12,19,20
59:2,12 60:4
63:2,3,18,19,20
64:2 66:5,9,14

**wow** 28:13 61:4

**writing** 40:23 41:4

**written** 29:16

**wrote** 40:12

---

**Y**

**yeah** 9:3,22 11:16
12:5 13:13
15:3,12 16:1
18:24 19:20 21:24
22:2,15,17,18
23:21 26:14 28:22
29:17 30:7,16,24
31:3,17 35:17
36:9 39:8 40:3,18
41:12 42:6,19
43:6 44:3,23
45:2,5,10 46:7
47:17
48:13,17,22,24

49:1,16 51:10
54:20 55:22 56:6
57:23 60:19 61:5
62:24 64:3,8,21
66:4,7,11,16 68:2

**year** 29:24
52:18,19,20,21
57:8

**years** 40:7 45:4

**YENLY** 1:24
69:5,20 70:5,12

**yes** 5:23 6:2,24 7:4
16:7 18:8 22:13
25:16 28:12 32:20
34:15 36:9 41:24
46:14 49:19 51:4
56:12 60:17,24
64:5

**you** 5:17,21,24,25
6:1,5,9,10,12,16,1
9,21,22,25 7:1,5,6
8:14,18
9:1,11,20,23,24
10:7,9,18
11:5,12,13,17
12:1,3,4,6,9,11,14
,15,17,20,21,23
13:6,9,10,18,22,2
5 14:1,12 15:3,24
16:9,13,25
17:3,11,16,18,19,
20 18:6,13,18,21
19:4,11,17,19,22
20:3,7,8,10,15,20
21:1,2,4,6,7,12,17
,18
22:5,10,19,21,23
23:11,19
24:3,11,12,16,17,
19
25:2,7,10,12,13,2
2,25
26:1,2,7,8,12,14,1
6,18,21,22,23,24,
25 27:4,6,8,10,17



28:5,6,14,17,19,2
2 29:13,18,22,24
30:1,3,24 31:7,23
32:5,8,21,23
33:1,2,3,17,24
34:1,13,21
35:6,8,10,11,13,1
4,21,23,24
36:3,6,18,19,21,2
2,23,24
37:2,7,9,12,16,25
38:6,20,21
39:1,3,16
40:1,3,4,6,7,8,24
41:4,7,8,9,15,19,2
5
42:1,4,14,15,20,2
1 43:1,4,21,25
44:3,4,5,8,9,11,17
,23 45:5,11,19
46:2,5,8,14,15,18,
19,23
47:2,5,11,23
48:11,19,23
49:9,22
50:5,13,15,17,18
51:1,5,6,8,9
52:3,7,9,11,12,17
53:3,8,20
54:6,9,11
55:1,2,4,7,9,11,12
56:3,7,9,10,14,19,
25
57:4,6,8,10,11,17,
19,23
58:5,6,13,17
59:2,5,11,12,15,1
8,23 60:2,4,6,21
61:6,13,20,23
62:15,19
63:5,6,9,16,19,21,
24
64:7,8,10,14,24
65:3,5,20
66:1,18,19
67:1,4,9,16

**you'd** 45:19

**you'll** 55:13

**your** 7:13 8:20 11:2
13:19 17:17 24:11
25:18 26:5 34:24
36:16 39:5,13,14
42:25 46:20 47:7
52:3,4 56:10
57:2,7 64:25
67:16,17

**you're** 5:19 6:6
11:24 18:16 27:25
31:7 34:2 37:21
50:3 54:15 57:17
58:10

**Yours** 7:16

**yourself** 26:2

**you've** 34:13,14,17
35:1 57:5,18

———————
Z
———————
**zone** 52:4



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com