UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-cv-24190-SMITH/LOUIS

WILLIAM O. FULLER, and MARTIN PINILLA, II,

    Plaintiffs,

vs.

JOE CAROLLO,

    Defendant.

_____/

## NOTICE OF LIMITED APPEARANCE FOR NON-PARTY CITY OF MIAMI ATTORNEYS

Jesse Stolow, Esq., of Buchanan Ingersoll & Rooney PC, enters this Notice of Limited Appearance as counsel of record on behalf of non-party City of Miami attorneys or other employees who may be called to testify as witnesses by Plaintiffs with respect to their official actions at the evidentiary hearing on Defendant's Motion for Disqualification of Plaintiffs' Counsel, Motion for Sanctions, Motion for Stay, and Motion for Protective Order, which is scheduled for November 8, 2022 before Magistrate Judge Lauren Fleischer Louis. All motions, papers and other pleadings related to this issue should be sent to the following:

    Primary Email Addresses:    jesse.stolow@bipc.com

    Secondary Email Addresses: patricia.delgado@bipc.com

Dated: November 7, 2022   Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Jesse Stolow
Jesse Stolow (Florida Bar No. 1035214)
2 South Biscayne Boulevard, Suite 1500
Miami, FL 33131
Primary Email:   Jesse.stolow@bipc.com
Secondary Email: patricia.delgado@bipc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing instrument has been served via ECF upon all Counsel of Record on this 7th day of November, 2022.

/s/ *Jesse Stolow*
Jesse Stolow (FBN. 1035214)