# ANTHONY V. ALFIERI

1346 Alegriano Avenue
Coral Gables, Florida 33146
Tel. 305-661-9789
Mobile: 305-778-2193
E-Mail: avalfieri@gmail.com

University of Miami School of Law
P.O. Box 248087, 1311 Miller Drive
Coral Gables, Florida 33146
Tel. 305-284-2735; Fax 305-284-1588
E-Mail: aalfieri@law.miami.edu

## EDUCATION

**COLUMBIA UNIVERSITY SCHOOL OF LAW**
J.D., 1984

| | |
|---|---|
| **HONORS** | Jane Marks Murphy Prize, 1984 |
| | Harlan Fiske Stone Scholar, 1983–1984 |
| **FELLOWSHIPS** | Charles Evans Hughes Fellowship, 1983 |
| | Law Students Civil Rights Research Council Fellowship, 1983 |
| | Public Interest Student Funded Fellowship, 1982 |
| **ACTIVITIES** | Teaching Assistant, Child Advocacy Clinic, 1983–1984 |
| | NAACP LDF Clinical Seminar in Race and Poverty Law, 1983–1984 |
| | Child Advocacy Clinic, 1982–1983 |

**BROWN UNIVERSITY**
A.B., Law and Society, Center for Law and Liberal Education, 1981

| | |
|---|---|
| **HONORS** | Magna Cum Laude |
| | Concentration and Senior Thesis Honors |
| **ACTIVITIES** | Teaching Assistant, Philosophy Department, 1979–1980 |
| | Peer Counselor, Curricular Resource Center, 1979–1981 |

## ACADEMIC APPOINTMENTS

**UNIVERSITY OF MIAMI SCHOOL OF LAW**

**DEAN'S DISTINGUISHED SCHOLAR, 2010–2023**
**PROFESSOR OF LAW, 1996**
**ASSOCIATE PROFESSOR OF LAW, 1992–1995**
**VISITING ASSOCIATE PROFESSOR OF LAW, 1991–1992**
**FOUNDER & DIRECTOR, CENTER FOR ETHICS & PUBLIC SERVICE, 1996**
**CLINICS, 2004–2019**: Children & Youth Law; Community Economic Development & Design; Health & Elder Law; Environmental Justice.
**PROGRAMS, 1996–2023**: *Black Church Program*; *Legal Prof. Program*; *Community Equity Lab (Economic Dev., Housing, & Health Disparities)*; Prof'l Responsibility & Ethics Program; Street Law.
**COURSES**: *Civil Procedure*; Social Enterprise; *Prof'l Responsibility*; Public Interest Law & Ethics; *Law Firm Management*; *Legal Malpractice*.
**COLLEGE OF ARTS & SCIENCES**: Law, Public Policy, & Ethics, 2001–2003

**SCHOOL OF MEDICINE**

**PROFESSOR OF PUBLIC HEALTH SCIENCES, 2021–2023**
DEP'T OF PUBLIC HEALTH SCIENCES, DIV. OF HEALTH SERVICES RESEARCH

**ABESS CENTER FOR ECOSYSTEM SCIENCE & POLICY**

**AFFILIATED FACULTY, 2016–2023**

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| **UNIVERSITY OF CALIFORNIA**<br>**BERKELEY LAW SCHOOL** | **VISITING SCHOLAR, Spring 2019**<br>Center for the Study of Law and Society |
| **BROWN UNIVERSITY** | **VISITING PROFESSOR & SCHOLAR, 2014–2017**<br>Department of Africana Studies |
| **DARTMOUTH COLLEGE** | **VISITING SCHOLAR, Summer 2012–2017**<br>Ethics Institute |
| **UCLA SCHOOL OF LAW** | **VISITING PROFESSOR, Spring 2015**<br>Social Enterprise |
| **UNIVERSITY OF ALABAMA**<br>**SCHOOL OF LAW** | **JOHN SPARKMAN VISITING CHAIR, Fall 2009**<br>Public Interest Law and Ethics |

## CLINICAL ACADEMIC APPOINTMENTS

| | |
|---|---|
| **MARQUETTE UNIVERSITY**<br>**LAW SCHOOL** | **ASSISTANT PROFESSOR OF LAW, Aug. 1990–Aug. 1991**<br>**DIRECTOR, CLINICAL STUDIES** |
| **NEW YORK LAW SCHOOL** | **CLINICAL ASSOCIATE PROFESSOR OF LAW, Dec. 1987–July 1990**<br>**MANAGING ATTORNEY, FEDERAL LITIGATION CLINIC** |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **THE LEGAL AID SOCIETY** | **STAFF ATTORNEY, Sept. 1984–Dec. 1987**<br>Civil Division, South Bronx Trial Office, New York<br>Public Benefits & Homeless |
| **NAACP L.D.F.** | **LAW CLERK, May 1983–May 1984**<br>National Office, New York<br>Capital Punishment & Voting Rights |
| **MFY LEGAL SERVICES** | **LAW CLERK, May 1982–Mar. 1983**<br>35 Avenue A Office, New York<br>Community Economic Development & Family Law |
| **COAL. CONSUMER JUSTICE** | **COMMUNITY ORGANIZER, Sept. 1980–Feb. 1981**<br>Providence, Rhode Island<br>Community Economic Development |
| **R.I. LEGAL SERVICES** | **COMMUNITY ORGANIZER, Apr. 1980–Sept. 1980**<br>Providence, Rhode Island<br>Housing Law |

## ACADEMIC AWARDS

**2022 FRED C. ZACHARIAS MEMORIAL PRIZE FOR SCHOLARSHIP IN PROFESSIONAL RESPONSIBILITY,** AALS SECTION ON PROFESSIONAL RESPONSIBILITY

**2011–2012 PUBLIC INTEREST INNOVATIVE SERVICE AWARD,** UNIVERSITY OF MIAMI SCHOOL OF LAW

**2009 RICHARD HAUSLER PROFESSOR OF THE YEAR AWARD,** UNIVERSITY OF MIAMI SCHOOL OF LAW

**2007 WILLIAM PINCUS AWARD,** AALS SECTION ON CLINICAL LEGAL EDUCATION

**2007 FATHER ROBERT DRINAN AWARD,** AALS SECTION ON PRO BONO & PUBLIC SERVICE OPPORTUNITIES

**2004–2005 GARY BELLOW SCHOLAR,** AALS SECTION ON CLINICAL EDUCATION

**2002 ELECTED MEMBER, OMICRON DELTA KAPPA HONOR SOCIETY,** UNIVERSITY OF MIAMI

**2002 ELECTED MEMBER, ALPHA EPSILON LAMBDA GRADUATE HONOR SOCIETY,** UNIVERSITY OF MIAMI

**2000 RICHARD HAUSLER PROFESSOR OF THE YEAR AWARD,** UNIVERSITY OF MIAMI SCHOOL OF LAW

**2000 AMICUS CURIAE YEARBOOK CLASS DEDICATION,** UNIVERSITY OF MIAMI SCHOOL OF LAW

**1995 WILLIAM PINCUS AWARD,** CLINICAL LAW REVIEW, AALS SECTION ON CLINICAL EDUCATION

## PROFESSIONAL AWARDS

**2017 COMMUNITY SERVICE AWARD,** COCONUT GROVE MINISTERIAL ALLIANCE OF BLACK CHURCHES

**2016 AWARD FOR SOCIAL JUSTICE,** COCONUT GROVE DRUG–FREE PREVENTION PARTNERSHIP

**2014 MIAMI PEOPLE,** MIAMI NEW TIMES, Nov. 27–Dec. 3, 2014.

**2014 COMMUNITY RECOGNITION AWARD,** G.W. CARVER HIGH SCHOOL ALUMNI ASSOCIATION

**2011 APPRECIATION AWARD,** COCONUT GROVE MINISTERIAL ALLIANCE OF BLACK CHURCHES

**2001 *ARETE* AWARD,** MIAMI-DADE COUNTY COMMISSION ON ETHICS AND PUBLIC TRUST

**2000 SEVENTH ANNUAL PROFESSIONALISM AWARD,** THE FLORIDA BAR

**1999 FACULTY PROFESSIONALISM AWARD,** FLORIDA SUPREME COURT COMMISSION ON PROFESSIONALISM

**1998 E. SMYTHE GAMBRELL PROFESSIONALISM AWARD,** ABA STANDING COMMITTEE ON PROFESSIONALISM

## ACADEMIC PUBLICATIONS

### ARTICLES & ESSAYS (63)

*Civil Rights Law's Black Ghetto* (work in progress)

*"Better Homes for Better Negroes": Intraracial Class Conflict and Respectability Politics in Civil Rights Law* (work in progress)

*Race Ethics,* 36 **GEO. J. LEGAL ETHICS** (forthcoming 2023)

*Lessons in Social Movement Lawyering*, 47 **LAW & SOCIAL INQUIRY** (forthcoming 2023)

*Racial Trauma in Civil Rights Representation*, 120 **MICH. L. REV.** 1701-53 (2022) (w/Onwuachi-Willig)

*(Re)Framing Race in Civil Rights Lawyering*, 130 **YALE L.J.** 2052-2108 (2021) (w/Onwuachi-Willig)

*The Poverty of Clinical Canonic Texts*, 25 **CLINICAL L. REV.** 53-79 (2019)

*Black, Poor, and Gone: Civil Rights Law's Inner-City Crisis*, 54 **HARV. C.R.-C.L. L. REV.** 629-702 (2019)

*Things Fall Apart: Hard Choices in Public Interest Law*, 31 **GEO. J. LEGAL ETHICS** 335-56 (2018)

*Inner-City Anti-Poverty Campaigns*, 64 **UCLA L. REV.** 1374-1462 (2017)

*Rebellious Pedagogy and Practice*, 23 **CLINICAL L. REV.** 5-36 (2016)

*Resistance Songs: Mobilizing the Law and Politics of Community*, 93 **TEXAS L. REV.** 1459-98 (2015)

*Objecting to Race*, 27 **GEO. J. LEGAL ETHICS** 1129-61 (2014)

*Paternalistic Interventions in Civil Rights and Poverty Law: A Case Study of Environmental Justice*, 112 **MICH. L. REV.** 1157-77 (2014)

*Next Generation Civil Rights Lawyers: Race and Representation in the Age of Identity Performance*, 122 **YALE L.J.** 1484-2013 (2013) (w/Onwuachi-Willig)

*Community Education and Access to Justice in a Time of Scarcity: Notes from the West Grove Trolley Garage Case*, 2013 **WISCONSIN L. REV.** 121-43

*"He is the Darkey with the Glasses On": Race Trials Revisited,* 91 **N.C. L. REV.** 1497-1512 (2013)

*Law Firm Malpractice Disclosure: Illustrations and Guidelines,* 42 **HOFSTRA L. REV.** 17-54 (2013)

*Service Delivery, Resource Allocation and Access to Justice: Greiner and Pattanayak and the Research Imperative*, 122 **YALE L.J. ONLINE** 45-67 (2012) (w/Selbin, Charn, & Wizner)

## ACADEMIC PUBLICATIONS

### ARTICLES & ESSAYS (63)

*Educating Lawyers for Community,* 2012 WISCONSIN L. REV. 115-58

*Fidelity to Community: A Defense of Community Lawyering*, 90 TEXAS L. REV. 635-56 (2012)

*Big Law and Risk Management: Case Studies of Litigation, Deals, and Diversity*,
   24 GEO. J. LEGAL ETHICS 991-1040 (2011), *reprinted in* SSRN eJournal LAW & PROSOCIALITY (2011)

*Integrating into a Burning House: Race- and Identity-Conscious Visions in* Brown's *Inner City*,
   84 S. CAL. L. REV. 541-603 (2011)

*Post-Racialism in the Inner-City: Structure and Culture in Lawyering*, 98 GEO. L.J. 921-66 (2010)

*Discovering Identity in Civil Procedure*, 83 S. CAL. L. REV. 453-72 (2010)

*Against Practice*, 107 MICH. L. REV. 1073-92 (2009)

*Jim Crow Ethics and the Defense of the Jena Six*, 94 IOWA L. REV. 1651-1701 (2009)

*Prosecuting the Jena Six*, 93 CORNELL L. REV. 1285-1310 (2008)

*(Un)Covering Identity in Civil Rights and Poverty Law*, 121 HARV. L. REV. 805-44 (2008)

*Faith in Community: Representing "Colored Town,"* 95 CAL. L. REV. 1829-78 (2007)

*Clinical Genesis in Miami: Introduction*, 75 UMKC L. REV. 1137-38 (2007)

*The Fall of Legal Ethics and the Rise of Risk Management*, 94 GEO. L.J. 1909-55 (2006)

*Gideon in White/Gideon in Black: Race and Identity in Lawyering,* 114 YALE L.J. 1459-88 (2005)

*Teaching Ethics/Doing Justice*, 73 FORDHAM L. REV. 851-63 (2005)

*Mercy Lawyers*, 82 NORTH CAROLINA L. REV. 1297-1318 (2004)

*Color/Identity/Justice: Chicano Trials,* 53 DUKE L. J. 1569-1617 (2004)

*Limited Scope Legal Representation under Model Rule 6.5: Ethical Issues,* ABA CENTER FOR
   PROFESSIONAL RESPONSIBILITY COURSE BOOK 553-57 (June, 2004)

*John Hart Ely: Fathers and Sons,* 58 U. MIAMI L. REV. 953-54 (2004)

*Retrying Race*, 101 MICH. L. REV. 1141-1200 (2003)

## ACADEMIC PUBLICATIONS

### ARTICLES & ESSAYS (63)

*Community Prosecutors*, 90 **CAL. L. REV.** 1465-1512 (2002)

*Ethics, Race, and Reform*, 54 **STAN. L. REV.** 1389-1407 (2002)

*Teaching the Law of Race*, 89 **CAL. L. REV.** 1605-24 (2001)

*Activities of Law School Centers on Professionalism*, 52 **SOUTH CAROLINA L. REV.** 486-88 (2001)

*Race Prosecutors, Race Defenders*, 89 **GEO. L. J.** 2227-77 (2001)

*Prosecuting Violence/Reconstructing Community*, 52 **STAN. L. REV.** 809-871 (2000)

*Prosecuting Race*, 48 **DUKE L. J.** 1157-1264 (1999)

*(Er)Race-ing an Ethic of Justice*, 51 **STAN. L. REV.** 935-54 (1999)

*Black and White*, 85 **CAL. L. REV.** 1647-86 (1997), *reprinted in* 10 **LA RAZA L. J.** 561-600 (1998)

*Lawyering for Poor Communities in the Twenty-First Century*, 25 **FORDHAM URB. L.J.** 729-70 (1998)

*Race Trials*, 76 **TEXAS L. REV.** 1293-1369 (1998)

*Lynching Ethics: Toward A Theory of Racialized Defenses*, 95 **MICH. L. REV.** 1063-1104 (1997)

*Mitigation, Mercy, and Delay: The Moral Politics of Death Penalty Abolitionists*, 31 **HARV. C.R.-C.L. L. REV.** 325-52 (1996)

*Race-ing Legal Ethics*, 96 **COLUM. L. REV.** 800-07 (1996)

*Ethical Commitments*, 38 **WM. & MARY L. REV.** 199-205 (1996)

*Denaturalizing the Lawyer-Statesman*, 93 **MICH. L. REV.** 1204-30 (1995)

*Defending Racial Violence*, 95 **COLUM. L. REV.** 1301-42 (1995)

*Practicing Community*, 107 **HARV. L. REV.** 1747-64 (1994)

*The Ethics of Violence: Necessity, Excess, & Opposition*, 94 **COLUM. L. REV.** 1721-50 (1994)

*Impoverished Practices*, 81 **GEO. L. J.** 2567-2663 (1993)

*Stances*, 77 **CORNELL L. REV.** 1233-57 (1992)

## ACADEMIC PUBLICATIONS

### ARTICLES & ESSAYS (63)

*Disabled Clients, Disabling Lawyers*, 43 **HASTINGS L. J.** 769-851 (1992)

*Reconstructive Poverty Law Practice: Learning Lessons of Client Narrative*, 100 **YALE L. J.** 2107-47 (1991)

*Speaking Out of Turn: The Story of Josephine V.*, 4 **GEO. J. LEGAL ETHICS** 619-53 (1991)

*The Politics of Clinical Knowledge*, 35 **N.Y.L. SCH. L. REV.** 7-27 (1990)

*The Antinomies of Poverty Law and a Theory of Dialogic Empowerment*, 16 **N.Y.U. REV. L. & SOC. CHANGE** 659-712 (1987-88)

### CHAPTERS IN BOOKS (9)

*Race, Legal Representation, and Lawyer Ethics*, in **THE OXFORD HANDBOOK OF RACE AND LAW IN THE UNITED STATES** (Devon Carbado, Emily Houh, & Khiara Bridges eds., forthcoming 2022)

*Fidelity to Community: A Defense of Community Lawyering*, in **CRITICAL RACE THEORY: THE CUTTING EDGE** 743-49 (Richard Delgado & Jean Stefancic eds., 3d ed. 2013)

*(Er)Race-ing an Ethic of Justice*, in **LAWYERS' ETHICS AND THE PURSUIT OF SOCIAL JUSTICE: A CRITICAL READER** 265-73 (Susan D. Carle ed., 2005)

*Race Prosecutors, Race Defenders*, in **RACE, CULTURE, PSYCHOLOGY AND LAW** 63-78 (Kim Barrett ed., 2004)

*Defending Racial Violence*, in **BOLD BEGINNINGS, BRIGHT TOMORROWS** 1-47 (Lynn Thompson, ed. 2002)

*Reconstructive Poverty Law Practice: Learning Lessons of Client Narrative & Race Prosecutors, Race Defenders*, in **JURISPRUDENCE, CLASSICAL AND CONTEMPORARY: FROM NATURAL LAW TO POSTMODERNISM** 521-32, 919-24 (Robert Hayman, Jr. et al., 2d ed. 2002)

*Reconstructive Poverty Law Practice: Learning Lessons of Client Narrative*, in **CRITICAL RACE THEORY: THE CUTTING EDGE** 600-06 (Richard Delgado & Jean Stefancic eds., 2d ed. 2000)

*Reconstructive Poverty Law Practice: Learning Lessons of Client Narrative*, in **CLINICAL ANTHOLOGY: READINGS FOR LIVE-CLIENT CLINICS** 290-99 (1997)

*Welfare Stories*, in **LAW STORIES** 31-49 (Gary Bellow & Martha Minow, eds. 1996)

### BOOKS IN PROGRESS

*Race Ethics*

NOV. 2022

## NEWSPAPER EDITORIALS & MAGAZINE ARTICLES (21)

*Coconut Grove Village West: Black, Poor, and Gone,* PRESERVATION TODAY MAG. 46 (2019)
*Black, Poor, and Gone,* MIAMI LAW MAGAZINE 25-26 (Spr. 2019)
*Needs of Neighborhood Residents Must Be Priority,* MIAMI HERALD, Dec. 18, 2014
*West Grove: Old Smokey Remains a Hazard,* MIAMI HERALD, July 20, 2013 (w/Lipshultz & Lipshultz)
*Find somewhere else to park those trolleys,* MIAMI HERALD, Feb. 5, 2013 (w/Lipshultz & Lipshultz)
*Penn State – Lessons for the Board,* MIAMI HERALD, July 22, 2012 (w/Maderal & Martinez)
*Neighborhood Initiatives – How Students Can Help,* MIAMI HERALD, July 8, 2008
*South Florida Philanthropy: A Charitable Divide?,* MIAMI DAILY BUSINESS REV., Apr. 21, 2008
*Racists Remain Undeterred,* MIAMI HERALD, Feb. 23, 2008
*Blow the Whistle on Abusers of Public Funds,* MIAMI HERALD, Sept. 7, 2006
*Teaching the Spirit of Justice,* 20 ST. DAVID'S MAG. 12-13 (Summer 2006)
*Enron Trial: Lessons on Ethics for Lawyers,* MIAMI HERALD, Feb. 10, 2006
*Our Silence in the Face of Squalor,* MIAMI HERALD, Oct. 13, 2005
*Time for a Woman in this Job?,* MIAMI HERALD, June 8, 2005
*Knowing When to Call It Quits,* MIAMI HERALD, Apr. 28, 2005
*A Chance to Right Old Wrongs,* MIAMI HERALD, Feb. 10, 2005
*Some Resist Call to Arms,* MIAMI HERALD, Dec. 2, 2004
*Muzzled Mother Asks a Potent Question,* MIAMI HERALD, Oct. 5, 2004
*Rooting a New Iraq in Justice,* MIAMI HERALD, Aug. 27, 2004
*Regier Appointment: An Opportunity to Debate Faith's Role in Public Policy,* MIAMI HERALD, Sept. 15, 2002
*Try Talking to Children About World's Conflicts,* MIAMI HERALD, June 9, 2002

## ACADEMIC CITATIONS & SCHOLARLY IMPACT

Hein Online: Cited by Articles **1,986** (Nov. 2022).

Google Scholar Citations: **3,047** (Nov. 2022).

Social Science Research Network: Scholarly Papers **58**; Total Downloads **3,873**; Top **10%** (Nov. 2022).

University of Miami School of Law Readership Report: Total Downloads **19,651** (Oct. 2022).

More than **2,082** citations in books, cases, law and social science journals, and the media (Mar. 2022).

## ACADEMIC & PROFESSIONAL ACTIVITIES

BOARD OF DIRECTORS, GRACE, Inc. (Grove Rights and Community Equity), 2019 to date

CO-CHAIR, Coconut Grove Village West Hous. & Cmty. Dev. Task Force, 2018–2019

BOARD OF DIRECTORS, St. Paul Cmty. Dev. Corp., 2016 to date

BOARD OF DIRECTORS, Coconut Grove Ministerial Alliance of Black Churches, 2010 to date

BOARD OF TRUSTEES, St. Thomas Episcopal Parish School, 2001–2017
    **Vice Chair Policy & Governance**, Executive Committee, 2009–2014
    **Vice Chair**, Executive Committee, 2007–2008
    **Secretary**, Executive Committee, 2005–2007
    **Co-Chair**, Strategic Planning Committee, 2007
    **Co-Chair**, Annual Fund, 2005–2006
    **Chair & Member**, Trusteeship Committee, 2001–2014
    **Member**, Diversity Committee, 2015–2017
    **Member**, Capital Campaign Committee & Head of School Search Committee

TASK FORCE, Collective Empowerment Group of Black Churches Strategic Plan, 2020

TASK FORCE, Brown University Alumni Interviewing Program, 2015

EXECUTIVE COMMITTEE, AALS Section on Professional Responsibility, 1997–1999, 2012–2015

EXECUTIVE BOARD, Little Haiti FC (soccer club), 2014–2015

APPOINTED MEMBER, AALS Standing Committee on Curriculum Issues, 2011–2013

ELECTED FELLOW, American Bar Foundation, 2011 to date

APPOINTED MEMBER, Ethics, Integrity & Accountability Task Force, Miami-Dade County Comm'n Ethics & Public Trust, 2007–2010

APPOINTED MEMBER, Attorney-Client Privilege Task Force, Florida Bar, 2006–2008

EXECUTIVE COMMITTEE, AALS Section on Clinical Education, 2006–2008

CONTRIBUTING OP-ED COLUMNIST, *Miami Herald*, 2002 & 2004

CONSULTANT, Discipline Counsel, Florida Bar, 2003–2004

AREA CHAIR, Brown University Alumni Schools Committees (BASC), 2001–2013

APPOINTED MEMBER, Diversity Committee, Law and Society Association, 2001–2004

## ACADEMIC & PROFESSIONAL ACTIVITIES

**ELECTED MEMBER**, American Law Institute, 1998 to date

**ADVISOR**, Miami-Dade County Alliance for Ethical Government, 1998–2001

**APPOINTED MEMBER**, Standing Committee on Professionalism, Florida Bar, 1997–2002

**BOARD OF DIRECTORS**, Legal Services of Greater Miami, 1994–1999

**BOARD OF ADVISORS & EDITORS**, Clinical Law Review: Journal Lawyering & Legal Educ., 1992–1996

**CO-CHAIR**, AALS Clinical Section Committee on Clinical Scholarship, 1990–1994

**BOARD OF DIRECTORS**, Yorkville Common Pantry and Soup Kitchen, 1988–1990

**PRO BONO PANEL**, U.S. Ct. App. (2d Cir.) & U.S. Dist. Ct. (E.D.N.Y. & S.D.N.Y.), 1988–1990

**OF COUNSEL**, The Legal Aid Society, Civil Division, New York, 1987–1990

## PROFESSIONAL CONSULTING

Professional responsibility consultant and expert witness in attorney and judicial conduct matters, including ethics and professionalism, complex litigation (conflicts of interest, disqualification, fee disputes, and fraud), law office risk management and loss prevention, law firm organization and structure, legal malpractice and breach of fiduciary duty, and bar discipline and regulation.

## PROFESSIONAL FUNDRAISING

Since 1996, directed fundraising on behalf of the Center for Ethics & Public Service (e.g., annual giving fund, capital campaign, corporate relations, foundation grants, major gifts, & stewardship). Raised over **$2,500,000** in gifts and grants. Administered budgets in excess of **$1,000,000** in annual expenditures.

## DOCUMENTARY FILMS & ORAL HISTORIES

**CULTURAL AND SOCIAL HISTORY**
West Coconut Grove: Past, Present & Future, 2010
Churches in the West Grove History: Past, Present & Future, 2011

**CIVIL RIGHTS AND PUBLIC EDUCATION**
G.W. Carver: A Community School, 2012
Someday We'll All Be Free: The Desegregation of Miami, 2013

**ENVIRONMENTAL JUSTICE**
Old Smokey: A Community History, 2014

## ACADEMIC & PROFESSIONAL ACTIVITIES: ATTORNEY OF RECORD

### FEDERAL CASES: PUBLISHED DECISIONS

*Hill v. Sullivan*, 125 F.R.D. 86 (S.D.N.Y. 1989)

*Baran v. Bowen*, 710 F. Supp. 53 (S.D.N.Y. 1989)

*Tirado v. Bowen*, 705 F. Supp. 179 (S.D.N.Y. 1989)

*Martinez v. Bowen*, 687 F. Supp. 71 (S.D.N.Y. 1988)

*Brandon v. Bowen*, 666 F. Supp. 604 (S.D.N.Y. 1987)

*Rodriguez v. Heckler*, 621 F. Supp. 194 (S.D.N.Y. 1985)

### STATE CASES: PUBLISHED DECISIONS

*Thrower v. Perales*, 138 Misc. 2d 172, 172, 523 N.Y.S.2d 933 (Sup. Ct. 1987)

*Williams v. Axelrod*, 133 Misc. 2d 817, 817, 508 N.Y.S.2d 371 (Sup. Ct. 1986)

### FEDERAL CASE ACADEMIC CITATIONS: U.S. COURTS OF APPEALS & FEDERAL DISTRICT COURTS

*Ne. Ohio Coal. for the Homeless v. Husted*, 837 F.3d 612, 641 n.10, 647 n.39 (6th Cir. 2016) (Keith, J.)

*Bryan v. Mullin*, 335 F.3d 1207, 1244 (10th Cir. 2003) (Henry, J.)

*G.M.M. ex rel. Hernandez-Adams v. Kimpson*, 116 F. Supp. 3d 126, 148 (E.D.N.Y. 2015) (Weinstein, J.)

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Race Ethics,* Clinical L. Rev. Writers' Workshop, Oct. 8, 2022

PANEL, *Race Ethics,* Int'l Legal Ethics Conf., Aug. 14, 2022

PANEL, *Racial Trauma in Civil Rights Representation*, Law & Soc'y Ass'n Ann. Mtg., July 15, 2022

PANEL, *Segregationist History in Coral* **Gables**, WLRN/Sundial: NPR Radio News, May 19, 2022

PANEL, *Racial Trauma in Civil Rights Representation*, AALS Clin. Legal Educ. Conf., May 11, 2022

PANEL, *Housing, Gentrification, & Community Benefits Agreements*, Miami-Dade Bar, Apr. 22, 2022

LECTURE, *Racial Trauma in Civil Rights Representation*, U. Michigan Law Review, Feb. 18, 2022

PANEL, *Public Health Immersion*, University of Miami MD/MPH Program, Nov. 17, 2021

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Nov. 10, 2021

PANEL, *Virtual Pretrial and Trial Practice Ethics*, Miami-Dade Trial Lawyers Ass'n, Aug. 11, 2021

PANEL, *Community Engagement as a Lawyering Skill*, AALS Clin. Legal Educ. Conf., Apr. 28, 2021

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Mar. 11, 2021

LECTURE, *Environmental Justice*, University of Miami Ecosystem Science and Policy, Feb. 3, 2021

LECTURE, *Health Disparities*, University of Miami MD/MPH Program, Nov. 13, 2020

PANEL, *(Re)Framing Race in Civil Rights Lawyering*, Clin. L. Rev. Writers' Workshop, Oct. 3, 2020

LECTURE, *Community Equity Lab*, Midwest Clinical Conf., University of Michigan, Oct. 19, 2019

LECTURE, *Black, Poor, and Gone*, University of Miami MD/MPH Program, July 19, 2019

PANELS, *Legal Malpractice & Prof'l Liability Roundtable Series*, UM School of Law, Apr. 26, 2019

PANEL, *Harvard Civil Rights-Civil Liberties Law Review*, Harvard Law School, Apr. 18, 2019

LECTURE, *Black, Poor, and Gone*, UC Berkeley Center for the Study of Law & Society, Mar. 22, 2019

## ACADEMIC & PROFESSIONAL PRESENTATIONS

LECTURE, *Black, Poor, and Gone*, UC Berkeley Law School, East Bay Community L. Center, Mar. 20, 2019

PANEL, *Ethical Issues in Litigation*, Spellman-Hoeveler Chapter Am. Inns of Court, Mar. 1, 2019

LECTURE, *Environmental Health & Justice*, University of Miami MD/MPH Program, June 29, 2018

LECTURE, *Environmental Justice*, Brown University, Urban Environmental Lab, Apr. 12, 2018

LECTURE, *Environmental Justice*, Brown University, Dep't Environmental Studies, Apr. 11, 2018

PANEL, *Hard Issues in Public Interest Law*, Geo. J. Legal Ethics Symp., Mar. 2, 2018

TESTIMONY, *Day Avenue 8 & Fair Housing*, City of Miami Comm'n Hr'g, Nov. 16, 2017

LECTURE, *Environmental Justice*, Brown University, Dep't Environmental Studies, Oct. 2, 2017

PANELS, *Conflicts & Insurance Defense,* Second Ann. Prof'l Liability Symp., June 9, 2017

LECTURE, *Leading Change*, University of Miami MD/MPH Program, May 30, 2017

TESTIMONY, *Day Avenue 8 & Fair Housing*, City of Miami Comm'n Hr'g, May 25, 2017

LECTURE, *Inner-City Anti-Poverty Campaigns*, Howard University School of Law, Mar. 6, 2017

PANEL, *Movement Lawyering*, UCLA School of Law, Feb. 10, 2017

LECTURE, *Environmental Justice*, Health Care Access Course, University of Miami, Jan. 21, 2017

PANEL, *Ethics of Third Party Litig. Funding*, University of Miami School of Law, Nov. 11, 2016

PANEL, *Law & Social Movements*, Georgetown University Law School, Oct. 28, 2016

PANEL, *The Open Curriculum,* Brown University, September 23, 2016

PANEL, *Comparative Legal Profession Histories*, Int'l Legal Ethics Conf. VII, July 16, 2016

PANEL, *Public Interest Lawyering*, Int'l Legal Ethics Conf. VII, July 15, 2016

PANEL, *Best Ethical Practices,* Florida Lawyers' Professional Liability Sem., June 10, 2016

TESTIMONY, *West Grove Trolley Garage*, City of Miami Comm'n Hearing, June 9, 2016

PANEL, *Ethics and Professionalism in Appellate Practice*, Dade County Bar Ass'n, May 12, 2016

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Racial and Faith-Based Communities*, AALS Clinical Legal Education Conf., May 2, 2016

PANEL, *Rebellious Pedagogy and Practice*, AALS Clinical Legal Education Conf., May 1, 2016

TESTIMONY, *Title VIII Civil Rights Act of 1968*, City of South Miami Comm'n Hearing, Dec. 15, 2015

LECTURE, *Old Smokey: A Community History*, UM Experience, University of Miami, Nov. 6, 2015

TESTIMONY, *Day Avenue 8*, Planning, Zoning & Appeals Bd. Hr'g, City of Miami, Oct. 21, 2015

PANEL, *Alumni Career Pathways in Public Interest Law*, Brown University, Oct. 7, 2015

LECTURE, *Race and Environmental Justice*, Brown University, Dep't Africana Studies, Oct. 6, 2015

PANEL, *Environmental and Climate Justice*, University of Miami School of Law, Sept. 15, 2015

LECTURE, *Environmental Justice*, Miami-Dade Comm'n on Ethics & Public Trust, Sept. 11, 2015

LECTURE, *Mobilizing the Law and Politics of Community*, UCLA School of Law, Apr. 24, 2015

PANEL, *Community Lawyering in Clinical Education*, UCLA School of Law, Apr. 1, 2015

LECTURE, *Objecting to Race*, Brown University, Department of Africana Studies, Oct. 7, 2014

TESTIMONY, *City of Coral Gables, Fla. v. Astor Trolley,* Coral Gables Comm'n Hr'g, July 22, 2014

PANEL, *Paternalistic Interventions in Civil Rights & Poverty Law*, Int'l Legal Ethics Conf., July 12, 2014

PANEL, *Objecting to Race*, Georgetown Journal of Legal Ethics Symposium, Mar. 18, 2014

ROUNDTABLE, *Race, Crime, and Stand Your Ground*, Am. Society for Legal History, Nov. 9, 2013

PANEL, *Clinical Scholarship*, Columbia Law School, Apr. 20, 2013

LECTURE, *Community Education and Access to Justice*, Notre Dame Law School, Apr. 19, 2013

LECTURE, *Deception & Delay in Law Firm Malpractice Disclosure*, Hofstra Law School, Apr. 5, 2013

PANEL, *Political Impact: The Clinic and Social Justice*, UCLA School of Law, Oct. 26, 2012

LECTURE, *Beaner Hopping: Black on Brown Violence and the Law*, UNC School of Law, Oct. 5, 2012

PANEL, *Scholarship and Social Change*, AALS Clinical Legal Education Conference, May 2, 2012

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Media and the Law*, St. Thomas University School of Law, Law Rev. Symposium, Mar. 30, 2012

PANEL, *Careers in the Common Good*, Brown University, Feb. 23, 2012

LECTURE & PANEL, *Community Prosecution*, Wake Forest University School of Law, Nov. 4, 2011

LECTURE, *Big Law, Risk Governance, and Diversity*, William Mitchell College of Law, Mar. 23, 2011

PANEL, *Courage to Dissent*, University of Virginia School of Law, Mar. 16, 2011

LECTURE, *Race and Identity Conscious Visions in Brown's Inner City*, UCLA Law School, Feb. 25, 2011

LECTURE, *Big Law, Risk Governance, and Diversity*, Loyola Law School-Los Angeles, Feb. 24, 2011

PANEL, *Post-Racial Whiteness*, Third National People of Color Legal Scholarship Conf., Sept. 11, 2010

PANEL, *Ethics in Practice*, International Legal Ethics Conference, Stanford Law School, July 17, 2010

LECTURE, *Post-Racialism in the Inner City*, Georgetown University Law School, Mar. 26, 2010

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Mar. 9, 2010

LECTURE, *Risk Management, Law Firm Economics & Lawyer Integrity,* Fordham Law School, Oct. 6, 2009

LECTURE, *Race Trials and Jim Crow Ethics,* Wayne State University Law School, Oct. 10, 2009

PANEL, *Against Practice*, Yale Law School Conference, Apr. 17, 2009

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Apr. 15 & 23, 2009

LECTURE, *Corporations and Conflicts of Interest*, Greenberg Traurig, Apr. 2, 2009

LECTURE, *Bankruptcy Ethics*, Greenberg Traurig, Mar. 11, 2009

LECTURE & WORKSHOP, *Jim Crow Legal Ethics*, University of Iowa College of Law, Mar. 6, 2009

LECTURE, *(Un)Covering Identity in Civil Rights & Poverty Law*, U. of Alabama Law School, Feb. 4, 2009

PANEL, *Colloquy on the ABA Canons of Ethics*, Shook, Hardy & Bacon, Dec. 4, 2008

LECTURE, *Ethics of Outsourcing, Screening, and E-Discovery*, Greenberg Traurig, Nov. 7, 2008

PANEL, *Legal Ethics & Human Dignity*, Cornell University Law School Colloquium, Oct. 3, 2008

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Identity and Role*, Legal Ethics Conference, Fordham Law School, June 3, 2008

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Mar. 24, 2008

LECTURE, *Client Communication, Conflicts, & Consent*, Greenberg Traurig, Feb. 28, 2008

PANEL, *Immigration Ethics Training*, Florida Immigrant Advocacy Center, Feb. 22, 2008

PANEL, *Legal Services Ethics Training*, Legal Services of Greater Miami, Nov. 16, 2007

LECTURE, *Ethical Dilemmas in Multiple Representation*, Greenberg Traurig, Nov. 9, 2007

PANEL, *Prosecutor Ethics Training*, Miami-Dade County State Attorney, Nov. 1, 2007

PANEL, *(Un)Covering Identity in Civil Rights & Poverty Law*, LatCrit XII Conference, Oct. 6, 2007

LECTURE, *(Un)Covering Identity in Civil Rights & Poverty Law*, New England Clinic Conf., Apr. 27, 2007

LECTURE, *(Un)Covering Identity in Civil Rights & Poverty Law*, Suffolk Law School, Apr. 26, 2007

LECTURE, *Ethical Considerations in Attorneys' Fees*, Coral Gables Bar Association, Apr. 18, 2007

LECTURE, *Ethics in Negotiations, Mediations, and Settlements*, Greenberg Traurig, Apr. 17, 2007

LECTURE, *Representing "Colored Town,"* University of California Berkeley Law School, Apr. 5–6, 2007

LECTURE, *Representing "Colored Town,"* University of Denver College of Law, Mar. 1, 2007

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Feb. 23 & Mar. 29, 2007

LECTURE, *Immigration Ethics Training*, Florida Immigrant Advocacy Center, Feb. 1, 2007

PANEL, *Ethics and the Multijurisdictional Practice of Law*, Greenberg Traurig, Nov. 14, 2006

PANEL, *A Foreign Litigant in Uncle Sam's Court*, ABA Section of International Law, Nov. 9, 2006

PANEL, *Legal Services Ethics Training*, Legal Services of Greater Miami, Nov. 3, 2006

PANEL, *Legal Aid Ethics Training*, Legal Aid Society of Dade County Bar Association, Nov. 2, 2006

PANEL, *Prosecutor Ethics Training*, Miami-Dade County State Attorney, Oct. 19, 2006

LECTURE, *"Grabbing and Leaving": The Ethics of Lawyer Mobility*, Fla. Legal Ethics, July 11, 2006

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Ethics in Child Victim Cases*, Kristi House Child Abuse Conf., Apr. 25, 2006

PANEL, *Class Action Ethics*, The Spellman-Hoeveler American Inn of Court, Apr. 20, 2006

LECTURE, *The Fall of Legal Ethics & Rise of Risk Management*, FIU College of Law, Apr. 5, 2006

PANEL, *Legal Ethics in Banking*, Northern Trust Bank, Mar. 24, 2006

LECTURE, *Fall of Legal Ethics & Rise of Risk Management*, U. Georgia Law School, Feb. 24, 2006

LECTURE, *Fall of Legal Ethics & Rise of Risk Management*, Wash. & Lee Law School, Feb. 13, 2006

PANEL, *Tough Ethical Dilemmas After BAPCPA*, American Bankruptcy Institute, Feb. 10, 2006

LECTURE, *Engagement Agreements*, Greenberg Traurig, Feb. 3, 2006

PANEL, *Federal Clerk Ethics Training*, U.S. District Court, S.D. Fla., Feb. 2, 2006

PANEL, *Legal Services Ethics Training*, Legal Services of Greater Miami, Jan. 27, 2006

LECTURE, *Ethics in Billing*, Ruden McClosky, Dec. 9, 2005

PANEL, *Engagement Letters and Conflicts of Interest*, Carlton Fields, Nov. 11, 2005

PANEL, *Florida Trial Court Staff Attorney Ethics*, Sixth Annual Conference, Oct. 20, 2005

LECTURE, *Ethics in Coaching*, University of Miami Varsity Athletics, Oct. 3, 2005

PANEL, *Prosecutor Ethics Training*, Miami-Dade County State Attorney, Sept. 29, 2005

PANEL, *U.S.D.C. (S.D. Fla.) Probation & Pretrial Services Ethics Training*, Sept. 16, 2005

PANEL, *Public Defender Ethics Training*, Broward County Public Defender, July 8, 2005

PANEL, *Navigating the Shoals of Sarbanes-Oxley*, 2005 ELA Legal Forum, May 17, 2005

LECTURE, *Ethics Education, Prof'l Training, & Community Service*, UM Osher Institute, May 4, 2005

LECTURE, *Reporting Lawyer Misconduct*, Coral Gables Bar Association, Apr. 20, 2005

LECTURE, *Revised ABA Model Code of Judicial Conduct*, Greenberg Traurig, Apr. 12, 2005

PANEL, *Liability Exposure of Corporate Directors*, AIG & Carlton Fields Seminar, Mar. 31, 2005

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Lawyer Activism and Social Justice*, University of Texas, Mar. 12, 2005

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Mar. 8 & May 9, 2005

LECTURE, *Race in the Criminal Justice System*, UM Law School Momentum Campaign, Feb. 17, 2005

PANEL, *Does Title IX Protect Whistleblowers?*, University of Miami Spring Ethics Program, Feb. 16, 2005

LECTURE, *Drug & Alcohol Abuse in the 21st Century Law Firm*, Greenberg Traurig, Dec. 16, 2004

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Nov. 16, 2004

PANEL, *Gideon in White/Gideon in Black*, Yale Law School, Nov. 13, 2004

PANEL, *Re-Trying Racial Injustices*, Fordham Univ. School of Law Conference, Nov. 5, 2004

LECTURE, *Federal Clerk Ethics Training*, U.S. District Court, S.D. Fla., Oct. 22, 2004

PANEL, *Limited Scope Legal Representation*, ABA 30th Nat'l Conf. Prof'l Responsibility, June 5, 2004

PANEL, *The Education of Ethical Lawyers*, Columbia Law School Reunion Weekend, May 1, 2004

PANEL, *EU Environmental Law and Ethics*, University of Miami School of Law, Feb. 20, 2004

PANEL, *Independent Director Dilemmas*, University of Miami President's Council, Feb. 20, 2004

PANEL, *Critical Legal Theory & Experiential Learning*, AALS Ann. Program Panel, Jan. 3, 2004

PANEL, *Pleadings*, Association of American Law Schools Conference on Civil Procedure, June 19, 2003

LECTURE, *Playing the Race Card*, Florida Association of Criminal Defense Lawyers, May 8, 2003

LECTURE, *Retrying Race*, Critical Race Theory Workshop, American U. College of Law, Apr. 12, 2003

PANEL, *Duty to Give Up the Client?*, Second Ann. Criminal Justice Ethics Symposium, Apr. 11, 2003

LECTURE, *Scope of Representation Ethics Training*, Greenberg Traurig, Miami, Florida, Apr. 2, 2003

LECTURE, *Retrying Race*, Case Western Reserve Univ. Law School Faculty Workshop, Mar. 31, 2003

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Mar. 28, 2003

LECTURE, *Federal Clerk Ethics Training*, U.S. District Court, S.D. Fla., Mar. 26, 2003

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Feb. 7 & 21, 2003

LECTURE, *Sarbanes-Oxley Ethics Training*, Greenberg Traurig, Miami, Florida, Dec. 12, 2002

LECTURE, *Immigration Ethics Training*, Florida Immigrant Advocacy Center, Nov. 22, 2002

PANEL, *Privatizing Prosecutions*, ABA Criminal Justice Section, Miami, Fla., Nov. 15, 2002

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Nov. 1, 2002

PANEL, *Democracy and the New Technologies*, UM School of Communication, June 30, 2002

LECTURE, *Real Estate Ethics Training*, Greenberg Traurig, Miami, Florida, May 1, 2002

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Apr. 5, 2002

PANEL, *Community Prosecutors*, Law, Culture, & Humanities, U. Penn. Law School, Mar. 8, 2002

LECTURE, *Federal Clerk Ethics Training*, U.S. District Court, S.D. Fla., Mar. 21, 2002

PANEL, *Bankruptcy Ethics Training*, Florida Bankruptcy Bar Association, Mar. 1 & 22, 2002

PANEL, *Facing Today's Ethical Challenges*, Public Relations Society of America, Feb. 21, 2002

PANEL, *Advertising Ethics*, Florida Association for Women Lawyers, Feb. 21, 2002

LECTURE, *Litigation Ethics Training*, Greenberg Traurig, Miami, Florida, Jan. 31, 2002

LECTURE, *Immigration Ethics Training*, Florida Immigrant Advocacy Center, Dec. 7, 2001

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Nov. 30, 2001

PANEL, *Prosecutorial Ethics*, ABA 27th National Conference on Prof'l Responsibility, May 31, 2001

LECTURE, *Immigration Ethics Training*, Florida Immigrant Advocacy Center, May 18, 2001

PANEL, *Medical Ethics, Law, & Social Policy*, University of Miami School of Medicine, May 10, 2001

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Apr. 27, 2001

LECTURE, *Race Prosecutors/Race Defenders*, Wayne State University Law School, Apr. 17, 2001

LECTURE, *Homelessness and Community*, St. David's School Chapel Series, Apr. 3, 2001

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PAPER, *Race Prosecutors/Race Defenders*, University of Florida, College of Law, Mar. 23, 2001

ROUNDTABLE, *Community in Practice*, Law, Culture, & Humanities, University of Texas, Mar. 10, 2001

PANEL, *Tainted Lawyers and Infected Firms*, Florida Bankruptcy Bar Ass'n, Feb. 23, 27 & 28, 2001

PANEL, *The Ethics of Multidisciplinary Practice*, Fla. Association for Women Lawyers, Feb. 22, 2001

PANEL, *Equal Justice Colloquium*, Nova Southeastern University Law Center, Jan. 27, 2001

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Dec. 1, 2000

PAPER, *Race Prosecutors/Race Defenders*, Cornell Law School, Nov. 17, 2000

PANEL, *Improving the Professionalism of Lawyers*, U. South Carolina School of Law, Oct. 21, 2000

PANEL, *Professionalism in Law Schools and the Profession*, 2000 ABA Ann. Meeting, July 8, 2000

PAPER, *Prosecuting Violence/Reconstructing Community*, Law & Soc'y Ass'n Ann. Mtg., May 28, 2000

LECTURE, *Legal Services Ethics Training*, Legal Services of Greater Miami, Apr. 14, 2000

PAPER, *Prosecuting Violence/Reconstructing Community*, Stanford Law School, Apr. 9, 2000

PANEL, *Elian: A Nightline Town Meeting*, ABC News Nightline, Apr. 7, 2000

LECTURE, *Bankruptcy Ethics & Disclosure*, Florida Bankruptcy Bar Association, Apr. 6 & 28, 2000

PAPER, *Prosecuting Violence*, Law, Culture, & Humanities, Georgetown Law Center, Mar. 29, 2000

LECTURE, *Women as Trial Lawyers*, Florida Association for Women Lawyers, Mar. 23, 2000

PAPER, *Prosecuting Violence*, Southern Methodist University School of Law, Feb. 21, 2000

LECTURE, *Ethics Issues in Mergers & Acquisitions*, University of Miami School of Law, Feb. 12, 2000

PAPER, *Prosecuting Violence*, DePaul University College of Law, Nov. 22, 1999

LECTURE, *A Case Study of Civil Disobedience*, St. Thomas Episcopal Parish School, May 24, 1999

LECTURE, *A Case Study of Law & Morality*, St. Thomas Episcopal Parish School, May 17, 1999

HEARING, *Center for Ethics & Public Service History*, Comm'n Ethics & Public Trust, May 12, 1999

## ACADEMIC & PROFESSIONAL PRESENTATIONS

LECTURE, *Ethics and Education*, Justice Teaching Institute, Florida Eleventh Jud. Cir., Apr. 30, 1999

LECTURE, *Legal Services Practitioner Ethics*, Legal Services of Greater Miami, Apr. 30, 1999

PAPER, *Prosecuting Race*, New York Law School Clinical Theory Workshop, Apr. 9, 1999

PAPER, *Prosecuting Race*, Cleveland-Marshall College of Law, Mar. 18, 1999

PAPER, *Prosecuting Race*, Brooklyn Law School, Feb. 26, 1999

PAPER, *Prosecuting Race*, University of Colorado School of Law, Dec. 7, 1998

PANEL, *CLE Seminar on Professionalism and Ethics*, Fla. Ass'n for Women Lawyers, Nov. 22, 1998

PAPER, *Prosecuting Race*, Washington & Lee University School of Law, Nov. 2, 1998

LECTURE, *Legal Services Practice Ethics*, Legal Services of Greater Miami, Oct. 16, 1998

PANEL, *The Internal Investigation:* American Corporate Counsel Association, June 25, 1998

PAPER, *Race Trials*, Mid-Atlantic Clinical Workshop, American U. College of Law, Apr. 24, 1998

PAPER, *Race Trials*, Law, Culture, & Human., Georgetown U. Law Center, Mar. 29, 1998

PAPER, *Race Trials*, Boston College Law School, Feb. 27, 1998

PAPER, *Race Trials*, Temple University School of Law, Jan. 29, 1998

PANEL, *Lawyering for Poor Communities*, Fordham University School of Law, Nov. 7, 1997

PAPER, *Black and White*, Clason Lecture, Western New England College of Law, Oct. 23, 1997

PANEL, *Professional Responsibility Teaching Demonstration*, SALT Teaching Conf., Sept. 26, 1997

PANEL, *Race in Criminal Defense Practice*, ABA Center for Professional Responsibility, May 31, 1997

PANEL, *Employment Litigation*, ALI-ABA Course of Study, May 3, 1997

PANEL, *Ethical Conflicts & Professional Responsibility*, ALI-ABA Course, May 1, 1997

PAPER, *Lynching Ethics*, American U. College of Law, Mar. 19, 1997

PANEL, *Ethical Problems Facing Civil Litigators*, ALI-ABA Advanced Course of Study, Feb. 12, 1997

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PAPER, *Lynching Ethics*, University of Miami, Nov. 14, 1996

PANEL, *Hate in America*, Symposium, University of Miami, Oct. 2, 1996

PAPER, *Race-ing Legal Ethics*, AALS Conference on Clinical Legal Education, May 21, 1996

PAPER, *Ethical Commitments*, College of William & Mary, Marshall-Wythe Law School, Mar. 22, 1996

PANEL, *Ethical Considerations in the Exercise and Challenge of Peremptory Jury Strikes*, American Bar Association Litigation Section Annual Meeting, Bal Harbour, Fla., Jan. 13, 1996

PAPER, *Defending Racial Violence*, George Washington University National Law Center, Dec. 8, 1995

PANEL, *Last Resort Law*, Political Lawyering Conf., Harvard Law School, Nov. 18, 1995

PAPER, *Denaturalizing the Lawyer-Statesman*, Law & Society Association Ann. Meeting, June 2, 1995

PAPER, *Homeless Lawyers*, Law & Society Association Annual Meeting, June 2, 1995

PAPER, *The Ethics of Violence*, Law and Society Association Annual Meeting, June 17, 1994

PAPER, *Defending Racial Violence*, Law and Society Association Annual Meeting, June 16, 1994

PAPER, *Practicing Community*, American U. College of Law, Clinical Colloquium, Mar. 14, 1994

PANEL, *Legal Violence*, Law and Society Association Annual Meeting, May 30, 1993

PANEL, *Employment & the Americans with Disabilities Act*, Hofstra Law School Conf., Nov. 6, 1992

PANEL, *Bridging Legal Theory and Practice*, Law & Society Association Ann. Meeting, May 31, 1992

PANEL, *Community and Social Relations*, Law and Society Association Annual Meeting, May 30, 1992

PANEL, *A Theoretics of Practice*, AALS Conference on Clinical Legal Education, May 13, 1992

PANEL, *Client Narratives*, AALS Conference on Clinical Legal Education, May 10, 1992

PANEL, *A Theoretics of Practice*, Hastings L.J. Conf., Hastings College of the Law, Jan. 31, 1992

PAPER & PANEL, *Reconstructive Poverty Law Practice*, Osgoode Hall Law School, Sept. 14, 1991

PAPER, *Reconstructive Poverty Law Practice*, Osgoode Hall Law School Faculty Sem., Sept. 13, 1991

## ACADEMIC & PROFESSIONAL PRESENTATIONS

PANEL, *Clinical Scholarship -- Works in Progress: Feminist Lawyering*, AALS Workshop on Clinical Legal Education, May 3, 1991

PAPER, *Reconstructive Poverty Law Practice: Learning Lessons of Client Narrative*, Midwest Clinical Work Group, IIT Chicago-Kent College of Law, Apr. 26, 1991

PANEL, *Poverty Law for the 1990's*, Midwest Public Interest Law Career Conference, Northwestern University School of Law, Feb. 16, 1991

PANEL, *Critical Lawyering*, Midwest Clinical Work Group, Marquette Univ. Law School, Jan. 31, 1991

PANEL, *Clinical Scholarship -- Works in Progress: Feminism and Clinical Education*, AALS Annual Meeting, Clinical Section Session, Jan. 3, 1991

PANELS, *Critical Theory in Practice & Clinical Scholarship*, Midwest Clinical Conf., Oct. 13, 1990

PAPER, *Critical Theory Perspective on Gender and Legal Ethics*, Georgetown Journal of Legal Ethics Symposium on Gender and Legal Ethics, Georgetown University Law Center, Mar. 31, 1990

PAPER, *The Antinomies of Poverty Law and a Theory of Dialogic Empowerment*, UCLA-Warwick Second International Clinical Conference, UCLA School of Law, Sept. 16, 1989

PAPER, *The Antinomies of Poverty Law and a Theory of Dialogic Empowerment*, Columbia Law School Clinical Theory Workshop, Columbia University School of Law, Apr. 28, 1989

PANEL, *Families, Mothers, Children, and Welfare Policy*, N.Y.U. Review of Law & Social Change Colloquium on Social Welfare Policy and Law, N.Y.U. School of Law, Apr. 16, 1988

PANEL, *Client Advocacy*, Hunter College School of Social Work, Sept. 23, 1987 & Feb. 4, 1988

PANEL, *Advocacy for Special Needs Populations*, Hunter College School of Social Work, Jan. 15, 1987

PANEL, *Welfare & Work Programs*, Hunter College School of Social Work, Jan. 15-16, 1986 & 1987

## BAR ADMISSIONS

**FEDERAL**     United States Court of Appeals for the Second Circuit, 1987
                    United States District Court for the Eastern and Southern Districts, 1985
**STATE**        New York, 1985, Registration No. 2001576
                    Florida, Law School Faculty Affiliate Member, Bar No. 172324

## PERSONAL

Married 35 years to Ellen Barker Grant, an artist and art instructor at Ransom Everglades School.
Two children, Amelia and Adrian, ages 29 and 26.
Soccer Coach, St. Thomas Episcopal Parish Elementary School Boys & Girls, 1998–2004
Soccer Coach, Ransom Everglades Middle School Girls, 2005–2007
Soccer Coach, Carrollton High School Varsity Girls, 2011–2013
Soccer Coach, Coconut Grove FC Boys U18 Club, 2014–2017
Soccer Coach, Ransom Everglades High School Varsity Boys, 2014–2017 (Class 2A State Champion, 2016)
U.S. Soccer Foundation E License (FYSA, 2014)