UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER and
MARTIN PINILLA, II,

    Plaintiffs,
v.

JOE CAROLLO,

    Defendant.
_____/

## ORDER ON MOTIONS IN LIMINE

This matter is before the Court on Plaintiffs' Motion in Limine [DE 329], Defendant's Response [DE 352], Defendant's Amended Omnibus Motion in Limine [DE 336], and Plaintiffs' Response [DE 350]. Upon consideration, it is

**ORDERED** that:

1. Plaintiffs' Motion in Limine [DE 329] is **GRANTED:**

    a. Plaintiffs' Motion to Exclude Evidence, Testimony, and Argument that Plaintiffs Tried to Bribe Defendant is **GRANTED.**

    b. Plaintiffs' Motion to Exclude Evidence, Testimony, and Argument Regarding this Lawsuit Being a Fraud on the Court is **GRANTED.**

    c. Plaintiffs' Motion to Exclude Evidence, Testimony, and Argument Regarding the Conclusory Allegation that Injuries Resulted from Intervening Causes and Non-Parties is **GRANTED.**

2. Defendant's Amended Omnibus Motion in Limine [DE 336] is **DENIED:**

    a. Defendant's Motion to Exclude Any Memorandums, Statements, of Other Testimony by or from Emilio Gonzalez is **DENIED.**

    b.    Defendant's Motion to Exclude Any Emails or Other Correspondence, Such as the Emails by Jorge Colina is **DENIED.**

    c.    Defendant's Motion to Exclude Evidence Regarding Actions Taken by the City, Absent a Finding They Were Done at the Direction of the Commissioner, and Are Directly Connected to an Allegation of Plaintiffs' Complaint is **DENIED.**

    d.    Defendant's Motion to Exclude Any Documentary Evidence Not Produced by Plaintiffs in Conjunction with their First Amended Rule 26 Disclosures is **DENIED.**

    e.    Defendant's Motion to Exclude Any Testimony or Evidence Regarding Plaintiffs' Alleged Medical Damages is **DENIED.**

    f.    Defendant's Motion to Exclude Any Testimony or Evidence Regarding Alleged Damages Not Suffered by Plaintiffs individually, but Rather by Their Respective Companies is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of March, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record