# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and

MARTIN PINILLA, II,

        Plaintiffs,

   v.

JOE CAROLLO,

        Defendant.

_____/

## JOINT STATEMENT OF THE CASE PURSUANT TO THE COURT'S ORDER PROVIDING INSTRUCTIONS FOR TRIAL [DE 342]

Plaintiffs William Fuller and Martin Pinilla, and Defendant, Joe Carollo, pursuant to the Court's *Order Providing Instructions for Trial* [DE 342], dated March 10, 2023, hereby submit their statement of the case:

Plaintiffs, William Fuller and Martin Pinilla, have sued Defendant, City of Miami Commissioner Joe Carollo, for First Amendment retaliation under 42 U.S.C. Section 1983.

Mr. Fuller and Mr. Pinilla allege Commissioner Carollo retaliated against them because they exercised their constitutionally protected rights, including by supporting Defendant's election opponent Alfie Leon in holding two political "get out the vote" rallies on a property they owned across from the early voting center and by filing a Complaint against Commissioner Carollo with the Miami-Dade County Commission on Ethics. Plaintiffs allege Commissioner Carollo retaliated against them by, among other things, abusing his authority as a City of Miami commissioner and seeking to have the City shut down businesses owned by or associated with Plaintiffs. Plaintiffs claim that as a result of Commissioner Carollo's actions, each of them has suffered damages.

Commissioner Carollo denies the allegations for the following reasons: 1. The actions were not retaliatory and were legal and proper official actions intended to protect the health, safety, and welfare of City residents. 2. The City's activities were all done in the ordinary course of official business without consideration of any exercise of First Amendment speech by Mr. Fuller or Mr. Pinilla. 3. The City acted on sufficient cause to take action relating to noncompliance of Plaintiffs' companies' properties with the Florida Building Code, City Codes, and ordinances.  4. Each of the Plaintiffs, individually, suffered no damages as a result of any official act of Commissioner Carollo.

Dated: March 30, 2023

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Wynwood, Florida 33127
Telephone: (305) 297-1878

By: */s/ Jeff Gutchess*
Jeffrey W. Gutchess Esq. (FBN702641)
jeff@axslawgroup.com
eservice@axslawgroup.com
*Counsel for Plaintiffs William Fuller and Martin Pinilla*

KRINZMAN HUSS LUBETSKY
FELDMAN & HOTTE
Co-Counsel for Defendant, Joe Carollo
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

By:  */s/ Mason A. Pertnoy*
    Mason A. Pertnoy, Esq.
    Florida Bar No. 18334

And

SHUTTS & BOWEN
Co-Counsel for Defendant, Joe Carollo
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: /s/ Marc D. Sarnoff
       Marc D. Sarnoff, Esq.
       Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
Co-Counsel for Commissioner Joe Carollo
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: /s/ Benedict P. Kuehne
       Benedict P. Kuehne
       Florida Bar No. 233293

And

COLE, SCOTT & KISSANE
Co-counsel for Commissioner Joe Carollo
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Email: Thomas.Scott@csklegal.com
Amber.Dawson@csklegal.com

By: /s/ Thomas E. Scott
       Thomas E. Scott
       Florida Bar No. 149100

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via

CM/ECF on counsel of record of in this action on this 30th day of March, 2023.

*/s/ Jeff Gutchess*
Jeffrey W. Gutchess Esq.