## **BRANDON L. FERNANDEZ**

I, BRANDON L. FERNANDEZ, declare under penalty of perjury that the foregoing is true and correct, and states as follows:

1. I, BRANDON L. FERNANDEZ, am over the age of eighteen (18). I am competent to testify to and have personal knowledge of the facts contained herein.

2. I am an attorney licensed with the Florida Bar and eligible to practice law in the State of Florida.

3. I serve as an Assistant City Attorney in the Office of the City Attorney for the City of Miami.

4. I am familiar with the Plaintiffs in the pending matter, because I am defense counsel for the City of Miami in the matter of *Mad Room LLC, et al. v. City of Miami*, Case No. 21-CV-23485, pending before the Honorable Judge Roy K. Altman and Magistrate Judge Lissette Reid.

5. I am familiar with Zack Bush, because he is a principal in the corporations suing the City of Miami in the matter of *Mad Room LLC, et al. v. City of Miami*, Case No. 21-CV-23485, pending before the Honorable Judge Roy K. Altman and Magistrate Judge Lissette Reid.

6. In the *Mad Room* matter, I accompanied a client to a deposition, where I witnessed Zack Bush make a statement to my client regarding my client's children prior to being sworn under oath. The client and I both treated this statement as a threat.

7. On Friday, April 21, 2023, I sat in the audience behind the table of Defense Counsel and observed the proceedings before the Honorable Judge Rodney Smith.

8. As I sat in the audience, I also observed Zack Bush sitting in benches behind the table of Plaintiffs' counsel.

9. Zack Bush was wearing an orange or orange/white plaid shirt with a dark colored sport coat.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct on April 24th, 2023.

_____
Brandon L. Fernandez