UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## DECLARATION OF KURTIS HUNTSINGER IN SUPPORT OF DEFENDANT, JOE CAROLLO'S MOTION FOR MISTRIAL

1. I, Kurtis Huntsinger, am over the age of eighteen (18), and hereby make this declaration based upon my personal knowledge of the facts and matters stated herein.

2. I am serving as a litigation assistant for the Defendant in the above-captioned matter.

3. During the course of my work as a litigation assistant in this case, I have become intimately familiar with the facts, exhibits, parties, and individuals related to, and referenced in, the case.

4. Additionally, as the primary exhibit technician for the Defendant, I have reviewed various exhibits identified by both parties including, *inter alia*, videos of various individuals.

5. One such video, Defense Exhibit 333, depicts an individual who was identified to me as Zack Bush.

6. I have reviewed the video depicting Zack Bush on numerous occasions.

7. I have also seen Zack Bush at trial on numerous days, if not every day, of trial thus far.

CASE NO.: 18-24190-CIV-SMITH

8. I am confident in my ability to identify Zack Bush.

9. On Friday, April 21, 2023, I specifically recall seeing Zack Bush in the Courtroom wearing an orange shirt and dark-colored blazer.

10. I also recall seeing Zack Bush in the Courtroom on Thursday, April 20, 2023, and on Monday, April 24, 2023.

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2023.

KURTIS HUNTSINGER