# EXHIBIT A

| | |
|---|---|
| **From:** | Mason A. Pertnoy <map@khllaw.com> |
| **Sent:** | Sunday, April 23, 2023 5:32 PM |
| **To:** | Alejandra Pacheco; Joanna Niworowski; Courtney Caprio; Jeff Gutchess; Rossana Arteaga-Gomez; Amanda Suarez; Joshua Shore; Thomas E. Scott; Amber C. Dawson; Lina Cohen; Benedict P. Kuehne; Maria Schneider; Leah Gardner; Marc D. Sarnoff |
| **Subject:** | RE: Fuller v. Carollo \| Exhibits for Tomorrow's Witnesses and Admitted Exhibits |

Good afternoon,

In light of testimony elicited during the trial thus far, below is a list of potential rebuttal witnesses we currently intend to call as brief rebuttal witnesses. All rights reserved and subject to amendment based on additional testimony.

1. Francis Suarez – Rebuttal to Art Acevedo's testimony and Miro Testimony.
2. Jeffrey Watson – Rebuttal to Art Acevedo and Ken Russell's testimony.
3. Manuel Morales – Rebuttal to Art Acevedo's testimony.
4. Keon Hardemon – Rebuttal to Ken Russell and Emilio Gonzalez's testimony.
5. Tommy Carroll – Rebuttal to Art Acevedo's testimony.
6. Frank Laso –  Rebuttal to Alain Garcia's testimony.
7. Pat Roberts – Rebuttal to testimony of Michael Kunert.
8. Eddy Leal – Rebuttal to Art Acevedo's testimony.
9. Sean  Moy- Rebuttal to Miro and Gonzalez testimony.
10. Christine Kiefer – Rebuttal to Alain Garcia's testimony regarding parking.
11. Nzeribe Ihekwaba – Rebuttal to Emilio Gonzalez's testimony.
12. Lorna Ortega – Little Havana Resident. Rebuttal to noise complaint testimony.
13. Cristina Perez – Little Havana Resident and Business owner. Rebuttal to noise complaint testimony.
14. Barbara Diaz – Little Havana Resident. Rebuttal to noise complaint testimony.
15. Cassandra Salazar – Former Little Havana Resident. Rebuttal to noise complaint testimony.
16. Ernesto Borges – Little Havana business owner. Rebuttal to valet parking testimony, noise complaints, Union Beer wrestling ring.
17. Marina Rivera – Little Havana property and business owner. Rebuttal to wresting ring, Viernes Culturales and valet parking testimony.

Thank you.

**Mason A. Pertnoy, Esq., Partner**



Alfred I. duPont Building
169 E. Flagler Street | Suite 500 | Miami, Florida 33131
O: 305.854.9700 | E: map@khllaw.com

---

**From:** Mason A. Pertnoy
**Sent:** Sunday, April 23, 2023 12:18 PM

**To:** Alejandra Pacheco <alejandra@axslawgroup.com>; Joanna Niworowski <joanna@axslawgroup.com>; Courtney Caprio <courtney@axslawgroup.com>; Jeff Gutchess <jeff@axslawgroup.com>; Rossana Arteaga-Gomez <rossana@axslawgroup.com>; Amanda Suarez <amanda@axslawgroup.com>; Joshua Shore <josh@axslawgroup.com>; Thomas E. Scott <Thomas.Scott@csklegal.com>; Amber C. Dawson <Amber.Dawson@csklegal.com>; Lina Cohen <lina@axslawgroup.com>; Benedict P. Kuehne <ben.kuehne@kuehnelaw.com>; Maria Schneider <mschneider@khllaw.com>; Leah Gardner <lg@khllaw.com>; Marc D. Sarnoff <MSarnoff@shutts.com>
**Subject:** RE: Fuller v. Carollo | Exhibits for Tomorrow's Witnesses and Admitted Exhibits

Following up per email below.  Please advise.

**Mason A. Pertnoy, Esq., Partner**



Alfred I. duPont Building
169 E. Flagler Street | Suite 500 | Miami, Florida 33131
O: 305.854.9700 | E: map@khllaw.com

---

**From:** Mason A. Pertnoy
**Sent:** Saturday, April 22, 2023 12:34 PM
**To:** Alejandra Pacheco <alejandra@axslawgroup.com>; Joanna Niworowski <joanna@axslawgroup.com>; Courtney Caprio <courtney@axslawgroup.com>; Jeff Gutchess <jeff@axslawgroup.com>; Rossana Arteaga-Gomez <rossana@axslawgroup.com>; Amanda Suarez <amanda@axslawgroup.com>; Joshua Shore <josh@axslawgroup.com>; Thomas E. Scott <Thomas.Scott@csklegal.com>; Amber C. Dawson <Amber.Dawson@csklegal.com>; Lina Cohen <lina@axslawgroup.com>; Benedict P. Kuehne <ben.kuehne@kuehnelaw.com>; Maria Schneider <mschneider@khllaw.com>; Leah Gardner <lg@khllaw.com>; Marc D. Sarnoff <MSarnoff@shutts.com>
**Subject:** RE: Fuller v. Carollo | Exhibits for Tomorrow's Witnesses and Admitted Exhibits

Good afternoon,

Please confirm for Monday you are expecting to call:
Dr. Paul George
Daniel Figueredo
Rosa Romero
Daniel Rodriguez
Cecilia Rodriguez
Orlando Diez

Also, please provide exhibits you intend to use identified by witness.

Thanks.

**Mason A. Pertnoy, Esq., Partner**



Alfred I. duPont Building
169 E. Flagler Street | Suite 500 | Miami, Florida 33131
O: 305.854.9700 | E: map@khllaw.com

**From:** Alejandra Pacheco <alejandra@axslawgroup.com>
**Sent:** Thursday, April 20, 2023 7:11 PM
**To:** Joanna Niworowski <joanna@axslawgroup.com>; Mason A. Pertnoy <map@khllaw.com>; Courtney Caprio <courtney@axslawgroup.com>; Jeff Gutchess <jeff@axslawgroup.com>; Rossana Arteaga-Gomez <rossana@axslawgroup.com>; Amanda Suarez <amanda@axslawgroup.com>; Joshua Shore <josh@axslawgroup.com>; Thomas E. Scott <Thomas.Scott@csklegal.com>; Amber C. Dawson <Amber.Dawson@csklegal.com>; Lina Cohen <lina@axslawgroup.com>; Benedict P. Kuehne <ben.kuehne@kuehnelaw.com>; Maria Schneider <mschneider@khllaw.com>; Leah Gardner <lg@khllaw.com>; Marc D. Sarnoff <MSarnoff@shutts.com>
**Subject:** Fuller v. Carollo | Exhibits for Tomorrow's Witnesses and Admitted Exhibits

Good afternoon,

We plan to call M. Kunert, P. George, and O. Diez tomorrow.

Find attached a list of the admitted exhibits, with today's exhibits highlighted as well as a list of the exhibits we intend to use tomorrow.

Please provide the exhibit numbers for Articles IX and X that were used during Garcia's cross-examination.

Thank you.

Best regards,

Alejandra Pacheco
Paralegal



o: 305.297.1878
2121 NW 2nd Avenue, Suite 201
Wynwood, FL 33127
http://www.axslawgroup.com