UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

### DEFENDANT JOE CAROLLO'S NOTICE OF STRIKING DE 397 AND SEALING THE SUBMISSION

Defendant, Joe Carollo, by and through his undersigned counsel, and pursuant to Local Rule 5.4, files his Notice of Striking DE 397 and sealing the submission, as follows:

Pursuant to S.D. Fla. L.R. 5.4(b)(1), based on proceedings in this case in Court today, there is a "factual and legal basis for departing from the policy that Court filings are public." The document to be sealed (the "proposed sealed material") is DE 397, filed earlier today.

Pursuant to today's discussion, striking and sealing DE 397 is consistent with the interests of justice. Courts may seal documents for good cause by balancing the asserted right of access against the other party's interest in keeping the information confidential. *United States v. Nickens*, 809 Fed. Appx. 584, 592 (11th Cir. 2020) (citing *Chicago Tribune Co. v. Bridgestone Tire, Inc.*, 263 F.3d 1304, 1309 (11th Cir. 2001)). "In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the

CASE NO: 18-24190-CIV-SMITH

information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

For the reasons discussed in the Court proceedings today, there is good cause to grant the request to strike DE 397 and place it under seal.

Undersigned counsel for Defendant notified Plaintiffs' counsel via email of this submission.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2023, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF.

Respectfully submitted,

KRINZMAN HUSS LUBETSKY
   FELDMAN & HOTTE
Co-Counsel for Defendant, Joe Carollo
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

By:  */s/ Mason A. Pertnoy*
      Mason A. Pertnoy, Esq.
      Florida Bar No. 18334

And

SHUTTS & BOWEN
Co-Counsel for Defendant, Joe Carollo
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

CASE NO: 18-24190-CIV-SMITH

By: /s/ *Marc D. Sarnoff*
    Marc D. Sarnoff, Esq.
    Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
Co-Counsel for Commissioner Joe Carollo
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: /s/ *Benedict P. Kuehne*
    Benedict P. Kuehne
    Florida Bar No. 233293

And

COLE, SCOTT & KISSANE
Co-counsel for Commissioner Joe Carollo
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Email: Thomas.Scott@csklegal.com
Amber.Dawson@csklegal.com

By: /s/ Thomas E. Scott
    Thomas E. Scott
    Florida Bar No. 149100

CASE NO: 18-24190-CIV-SMITH

- 4 -

**SERVICE LIST**

| **Jeffrey W. Gutchess, Esq.**<br>**Brandon P. Rose, Esq.**<br>AXS Law Group PLLC<br>2121 N.W. 2nd Avenue<br>Miami, FL 33127<br>Email: Jeff@axslawgroup.com;<br>Brandon@axslawgroup.com<br>*Counsel for Plaintiffs* | **Robert Zarco, Esq.**<br>**Alejandro Brito, Esq.**<br>Zarco Einhorn Salkowski & Brito, P.A.<br>One South Biscayne Tower<br>2 South Biscayne Boulevard, 34th Floor<br>Miami, FL 33131<br>Email: rzarco@zarcolaw.com; abrito@zarcolaw.com;<br>apiriou@zarcolaw.com<br>*Counsel for Viernes Culturales/Cultural Fridays, Inc.* |