**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-24190-CIV-SMITH**

WILLIAM O. FULLER, *et al.*,

    Plaintiff,

v.

JOE CAROLLO,

    Defendants.

_____/

**ORDER SEALING DOCKET ENTRY 397**

This matter comes before the Court on Defendant's Notice of Striking DE 397 and Sealing Submission [DE 402]. Upon consideration, it is

**ORDERED** that:

1.    The Clerk is **directed to SEAL** docket entry 397.

2.    Docket Entry 397 shall NOT be stricken.

3.    Plaintiffs shall file a response to docket entry 397 under seal.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of April, 2023.

                                                  **RODNEY SMITH**
                                                  **UNITED STATES DISTRICT JUDGE**