**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 18-24190-CIV-SMITH**

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

      Plaintiffs,

v.

JOE CAROLLO,

      Defendant.

_____/

**DEFENDANT JOE CAROLLO'S REQUEST TO FILE UNDER SEAL AFFIDAVIT OF**
**MIAMI PARKING AUTHORITY RECORDS CUSTODIAN AND VIDEOS**

Defendant, Joe Carollo, by and through his undersigned counsel, and pursuant to Local Rule 5.4, files his Request to File Under Seal Affidavit of Miami Parking Authority Records Custodian and Videos, as follows:

Pursuant to S.D. Fla. L.R. 5.4(b)(1), based on the in-court proceedings in this case on April 25, 2023, and the Court's Order Sealing Docket Entry 397 [DE 404], there is a "factual and legal basis for departing from the policy that Court filings are public." The materials to be sealed (the "proposed sealed material") are an Affidavit of Miami Parking Authority Records Custodian and three videos downloaded to a flash drive by the Miami Parking Authority. The Affidavit is dated April 25, 2023, and it is titled, "Affidavit in Support of Video Footage from the Miami Parking Authority".

Pursuant to the proceedings and discussion in Court, and the Court's Order Sealing Docket Entry 397 [DE 404], permitting the Affidavit in Support of Video Footage from the Miami Parking Authority Records Custodian and Video Footage from the Miami Parking Authority to be filed under seal is consistent with the interests of justice. Courts may seal documents for good cause by

balancing the asserted right of access against the other party's interest in keeping the information confidential. *United States v. Nickens*, 809 Fed. Appx. 584, 592 (11th Cir. 2020) (citing *Chicago Tribune Co. v. Bridgestone Tire, Inc.*, 263 F.3d 1304, 1309 (11th Cir. 2001)). "In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

For the reasons discussed in the Court proceedings, there is good cause to grant the request to file the Affidavit of Miami Parking Authority Records Custodian and Videos under seal. Additionally, the Affidavit of Miami Parking Authority Records Custodian and the three videos that have been downloaded to a flash drive by the Miami Parking Authority will be filed conventionally.

The duration of the requested sealing of the referenced item is throughout the pendency of this case and in accordance with the Court's Orders.

## **LOCAL RULE 7.1 CERTIFICATION**

Undersigned counsel for the movant, Mason A. Pertnoy, Esq., certifies that on April 28, 2023 at 12:39 p.m. he conferred via email with counsel for Plaintiffs, Jeffrey W. Gutchess, Esq. and advised that Defendant is seeking to file the Affidavit of Miami Parking Authority Records Custodian and three Videos that have been downloaded to a flash drive by the Miami Parking Authority under seal, and on April 28, 2023 at 12:43 p.m. Mr. Gutchess responded that he does

not oppose Defendant seeking to file same under seal.

WHEREFORE, Defendant Joe Carollo respectfully requests that this Court enter an Order granting the Request to File Under Seal Affidavit of Miami Parking Authority Records Custodian and Videos, and granting such other and further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April, 2023, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF.

Respectfully submitted,

KRINZMAN HUSS LUBETSKY
    FELDMAN & HOTTE
Co-Counsel for Defendant, Joe Carollo
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

By:  _/s/ Mason A. Pertnoy_____
        Mason A. Pertnoy, Esq.
        Florida Bar No. 18334

And

SHUTTS & BOWEN
Co-Counsel for Defendant, Joe Carollo
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By:  _/s/ Marc D. Sarnoff_____
        Marc D. Sarnoff, Esq.
        Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
Co-Counsel for Commissioner Joe Carollo
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By:  /s/ *Benedict P. Kuehne*
     Benedict P. Kuehne
     Florida Bar No. 233293

And

COLE, SCOTT & KISSANE
Co-counsel for Commissioner Joe Carollo
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Email: Thomas.Scott@csklegal.com
Amber.Dawson@csklegal.com

By:  /s/ Amber C. Dawson
     Amber C. Dawson
     Florida Bar No. 1008084

**SERVICE LIST**

| | |
|---|---|
| **Jeffrey W. Gutchess, Esq.**<br>**Brandon P. Rose, Esq.**<br>AXS Law Group PLLC<br>2121 N.W. 2nd Avenue<br>Miami, FL 33127<br>Email: Jeff@axslawgroup.com;<br>Brandon@axslawgroup.com<br>*Counsel for Plaintiffs* | **Robert Zarco, Esq.**<br>**Alejandro Brito, Esq.**<br>Zarco Einhorn Salkowski & Brito, P.A.<br>One South Biscayne Tower<br>2 South Biscayne Boulevard, 34th Floor<br>Miami, FL 33131<br>Email: rzarco@zarcolaw.com; abrito@zarcolaw.com;<br>apiriou@zarcolaw.com<br>*Counsel for Viernes Culturales/Cultural Fridays, Inc.* |