UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

**DEFENDANT JOE CAROLLO'S REQUEST TO FILE UNDER SEAL PLAINTIFFS' COUNSEL'S TRANSMITTAL EMAIL TO THE COURT DATED APRIL 24, 2023 AND THE PARTIES' PROPOSED CURATIVE INSTRUCTIONS SUBMITTED TO THE COURT ON APRIL 24, 2023**

    Defendant, Joe Carollo, by and through his undersigned counsel, and pursuant to Local Rule 5.4, files his Request to File Under Seal Plaintiffs' counsel's transmittal email to the Court dated April 24, 2023 and the Parties' Proposed Curative Instructions Submitted to the Court on April 24, 2023, as follows:

    Pursuant to S.D. Fla. L.R. 5.4(b)(1), based on the in-court proceedings in this case on April 25, 2023, and the Court's Order Sealing Docket Entry 397 [DE 404], there is a "factual and legal basis for departing from the policy that Court filings are public." The material to be sealed (the "proposed sealed material") is Plaintiffs' counsel's transmittal email to the Court dated April 24, 2023 and the Parties' Proposed Curative Instructions Submitted to the Court on April 24, 2023.

    Pursuant to the proceedings and discussion in Court, permitting Plaintiffs' counsel's transmittal email to the Court dated April 24, 2023 and the Parties' Proposed Curative Instructions Submitted to the Court on April 24, 2023 to be filed under seal is consistent with the interests of justice and for a complete record of the proceedings. Courts may seal documents for good cause

by balancing the asserted right of access against the other party's interest in keeping the information confidential. *United States v. Nickens*, 809 Fed. Appx. 584, 592 (11th Cir. 2020) (citing *Chicago Tribune Co. v. Bridgestone Tire, Inc.*, 263 F.3d 1304, 1309 (11th Cir. 2001)). "In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

For the reasons discussed in the Court proceedings, there is good cause to grant the request to file under seal Plaintiffs' counsel's transmittal email to the Court dated April 24, 2023 and the Parties' Proposed Curative Instructions Submitted to the Court on April 24, 2023.

The duration of the requested sealing of the referenced item is throughout the pendency of this case and in accordance with the Court's Orders.

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel for the movant, Mason A. Pertnoy, Esq., certifies that in the afternoon on May 2, 2023, he conferred with counsel for Plaintiffs, Courtney Caprio, Esq. and advised that Defendant is seeking to file under seal Plaintiffs' counsel's transmittal email to the Court dated April 24, 2023 and the Parties' Proposed Curative Instructions Submitted to the Court on April 24, 2023, and she responded that Plaintiffs do not oppose same.

WHEREFORE, Defendant Joe Carollo respectfully requests that this Court enter an Order granting the Request to File Under Seal Plaintiffs' counsel's transmittal email to the Court dated

CASE NO. 18-24190-CIV-SMITH

April 24, 2023 and the Parties' Proposed Curative Instructions Submitted to the Court on April 24, 2023, and granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2023, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF.

>Respectfully submitted,
>
>KRINZMAN HUSS LUBETSKY
>  FELDMAN & HOTTE
>Co-Counsel for Defendant, Joe Carollo
>Alfred I. duPont Building
>169 E. Flagler Street, Suite 500
>Miami, Florida 33131
>Telephone: (305) 854-9700
>Primary email:  map@khllaw.com
>Primary email:  mschneider@khllaw.com
>Secondary:  eservicemia@khllaw.com
>
>By: */s/ Mason A. Pertnoy*
>    Mason A. Pertnoy, Esq.
>    Florida Bar No. 18334
>
>And
>
>SHUTTS & BOWEN
>Co-Counsel for Defendant, Joe Carollo
>200 S. Biscayne Boulevard, Suite 4100
>Miami, FL 33131
>Telephone: (305) 415-9072
>Email: msarnoff@shutts.com
>
>By: */s/ Marc D. Sarnoff*
>    Marc D. Sarnoff, Esq.
>    Florida Bar No. 607924
>
>And
>
>KUEHNE DAVIS LAW, P.A.
>Co-Counsel for Commissioner Joe Carollo
>100 S.E. 2nd Street, Suite 3105
>Miami, FL 33131-2154

Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: /s/ *Benedict P. Kuehne*
　　Benedict P. Kuehne
　　Florida Bar No. 233293

And

COLE, SCOTT & KISSANE
Co-counsel for Commissioner Joe Carollo
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Email: Thomas.Scott@csklegal.com
Amber.Dawson@csklegal.com

By: /s/ Amber C. Dawson
　　Amber C. Dawson
　　Florida Bar No. 1008084

**SERVICE LIST**

| **Jeffrey W. Gutchess, Esq.**<br>**Brandon P. Rose, Esq.**<br>AXS Law Group PLLC<br>2121 N.W. 2nd Avenue<br>Miami, FL 33127<br>Email: Jeff@axslawgroup.com;<br>Brandon@axslawgroup.com<br>*Counsel for Plaintiffs* | **Robert Zarco, Esq.**<br>**Alejandro Brito, Esq.**<br>Zarco Einhorn Salkowski & Brito, P.A.<br>One South Biscayne Tower<br>2 South Biscayne Boulevard, 34th Floor<br>Miami, FL 33131<br>Email: rzarco@zarcolaw.com; abrito@zarcolaw.com;<br>apiriou@zarcolaw.com<br>*Counsel for Viernes Culturales/Cultural Fridays, Inc.* |