UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

        Plaintiffs,

v.

JOE CAROLLO,

        Defendant.

_____/

ORDER BARRING CELLPHONES FROM FEDERAL COURT

IT IS **ORDERED** that the following attorneys are hereby indefinitely barred from bringing

cellphones, cameras, or any other recording device into any courthouse in the Southern District of

Florida:

1.      Jesse Stolow

2.      Amber Dawson

3.      Mason Pertnoy

4.      Marc Sarnoff

5.      Benedict P. Kuehne

6.      Thomas Scott

IT IS FURTHER **ORDERED** that Jesse Stolow and Amber Dawson shall ensure that all

known copies of the photographs taken in violation of Local Rule 77.1 and Administrative Orders

2018-79 and 2019-87-A, whether electronic or paper, in their possession or the possession of

- 2 -

others, are destroyed and each shall file a certification with the Court indicating that they have

complied with this Order.

DONE AND ORDERED in Fort Lauderdale, Florida, this 17th day of May, 2023.

_____

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
Sabrina.Livingston2@usdoj.gov
Jason.Seaman@usdoj.gov
Michael.Witkowski@usdoj.gov