UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## ORDER REGARDING VIOLATIONS OF LOCAL RULE AND ADMINISTRATIVE ORDERS

Pursuant to the Court's in-court statements on May 17, 2023, it is

**ORDERED** that, by **June 16, 2023 at noon**, the following attorneys shall each file a sealed notice indicating how they wish to proceed regarding the violations of Local Rule 77.1 and Administrative Orders 2018-79 and 2019-87-A:

1. Jesse Stolow
2. Amber Dawson
3. Mason Pertnoy
4. Marc Sarnoff
5. Benedict P. Kuehne
6. Thomas Scott

The Notice may include (i) a proposal to the Court as to appropriate sanctions that the attorney is willing to accept, (ii) a request for a contempt hearing, and/or (iii) acceptance of the Court's

- 2 -

proposed sanctions announced in open Court, which include a two-year voluntary suspension from the Southern District of Florida bar and completion of ten hours of ethics continuing legal education. Under the Court's proposal, an attorney may petition to be readmitted to the Southern District of Florida bar after one year, if the attorney is in good standing and has completed the ten-hours of ethics continuing legal education,

DONE AND ORDERED in Fort Lauderdale, Florida, this 18th day of May, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record