## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

      Plaintiffs,

v.

JOE CAROLLO,

      Defendant.

_____/

### <u>NOTICE OF APPEARANCE</u>
### <u>AS COUNSEL FOR ATTORNEY JESSE STOLOW</u>

DAVID B. ROTHMAN of Rothman & Associates, P.A., hereby files his appearance as counsel for Attorney Jesse Stolow.  Undersigned counsel will be representing Mr. Stolow in connection with the Court's Order Barring Cellphones from Federal Court (DE 430) and Order Regarding Violations of Local Rule And Administrative Orders (DE 433).

      Respectfully submitted,

      ***ROTHMAN & ASSOCIATES, P.A.***
      200 S. BISCAYNE BOULEVARD, SUITE 2770
      MIAMI, FLORIDA 33131; (305) 358-9000

      By:    /s/ *David B. Rothman*
              **DAVID B. ROTHMAN**
              FLORIDA BAR NO.:  240273
              dbr@rothmanlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, via transmissions of Notices of Electronic Filing generated by CM/ECF.

By:     /s/ *David B. Rothman*
       **DAVID B. ROTHMAN**