UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

**NOTICE OF FILING CERTIFICATION OF COMPLIANCE WITH COURT'S ORDER BARRING CELLPHONES FROM FEDERAL COURT [D.E. 430]**

I, Amber Dawson, pursuant to the Court's Order Barring Cellphones from Federal Court [D.E. 430] (the "Order"), hereby certify that I have complied with the Court's Order in good faith, as follows:

1. I deleted the first, out-of-court photograph identified in open court on May 16, 2023, (the "First Photograph") from my personal cellular phone and have ensured it was deleted from my Recently Deleted Photographs, as well as any text messages containing the First Photograph.

2. I notified, in writing, all individuals who, to my knowledge, had possession of the First Photograph or any other photographs discussed by the Court on May 16, 2023, that if such photographs are still in their possession, they must be immediately destroyed. I also provided said individuals with a copy of the Order. However, I cannot certify, in good faith, that each of the individuals whom I notified did in fact destroy the subject photographs.

Case No.: 1:18-cv-24190-SMITH

- 2 -

3. I permanently deleted the native form of any electronic correspondence attaching Defendant's Response in Opposition to Plaintiffs' Motion for Sanctions filed under seal that contained the First Photograph and the other subject photographs.

        Respectfully Submitted,

        Cole, Scott & Kissane, P.A.
        Co-counsel for Commissioner Joe Carollo
        9150 S. Dadeland Blvd., Suite 1400
        Miami, FL 33156
        Telephone: (305) 350-5300
        Email: Amber.Dawson@csklegal.com

By:    /s/ Amber Dawson
       Amber Dawson, Esq.
       Florida Bar No. 1008084

Case No.: 1:18-cv-24190-SMITH

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22<u>nd</u> day of May, 2023, I electronically filed the foregoing Certification with the Clerk of the Court using CM/ECF.

                                                  By:  <u>/s/ Amber Dawson</u>
                                                          Amber Dawson, Esq.
                                                          Florida Bar No. 1008084