UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.: 18-24190-CIV-SMITH**

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.

_____/

**ORDER REQUIRING JOINT JURY INSTRUCTIONS**

    It is **ORDERED** that, by **May 24, 2023 at 5:00 p.m.**, the parties shall meet and confer and file <u>joint</u> jury instructions and a <u>joint</u> verdict form. The parties shall also email a WORD version of the proposed jury instructions and verdict form to the Court's email: Smith@flsd.uscourts.gov. The Court notes that, in trial, Defendant has not asserted any legally recognized affirmative defenses. Pre-existing code violations are not an affirmative defense. If Defendant includes any affirmative defenses in the jury instructions and verdict form, he shall provide the Court with case law clearly establishing that his asserted affirmative defenses are legally recognized as such.

    DONE AND ORDERED in Fort Lauderdale, Florida, this 22nd day of May, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record