UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:18-cv-24190-Smith

WILLIAM O. FULLER and
MARTIN PINILLA, II,
    Plaintiffs,

v

COMMISSIONER JOE CAROLLO,
    Defendant.
_____/

### NOTICE OF RESPONSE OF THOMAS E. SCOTT TO ORDER DATED MAY 18, 2023

COMES NOW, Thomas E. Scott of the law firm of Cole, Scott & Kissane, P.A. and hereby responds to the Order dated May 18, 2023 [D.E. 433], and states the following:

1. I have practiced law for 50 years and have never been sanctioned, or had any type of order entered against me nor have I had any type of bar sanction of any sort. In fact, this is the first time any Court has ever directed any action against me.

2. Attached find my curriculum vitae which reflects my career, including being a former Circuit Court Judge of Florida, United States District Judge for the Southern District of Florida, and United States Attorney for the Southern District of Florida, as well as a practicing attorney, and named partner in the firm of Cole, Scott & Kissane, P.A. I enjoy an unblemished record. See attached CV as Exhibit "A".

3. I am an attorney of record for Defendant Joseph Carollo but have not actively participated in this case for months. Nor have I participated in any way and have no intention of participating in the trial of this cause which commenced on April 10. I have not attended any court sessions, met with counsel or the client or participated in any way in this trial.

-1-

4. My sole role was attendance at the calendar call at the request of co-counsel, to raise with the Court the issue of trial venue. Other than that, I have not met nor spoken with any lawyer who is part of the trial team about the trial. I am not a member of the trial team.

5. In fact, at the commencement of trial, I was with my wife who was undergoing emergency heart surgery at the University of Miami, and since that time I have been attending to her recuperation and recovery.

6. I had no knowledge or role in the taking of any photographs or the filing of the Response at issue [D.E. 425]. I was not aware that my name had even been placed on the Response. This was filed without my knowledge, and without my review. Based on information and belief, inclusion of my name and electronic signature on the Response was by oversight as it had been used on some previous filings. See attached Exhibit "B".

7. I was not even aware of the photographs, the Response or the issues raised therein until it was brought to my attention by a member of the trial team following the Court's hearing on sanctions on May 17, 2023.

8. All of the facts contained in this notice of response are verified by Exhibit B.

9. For these reasons, and due to my lack of knowledge or participation in any of the matters which led up to the Court Orders, I request that Your Honor vacate the two Orders entered against me. I have been identified in the public realm as an attorney facing sanctions for something I had nothing to do with and further association will continue to tarnish the impeccable reputation I have built up over 50 years.

Wherefore, for the foregoing reasons, I respectfully request that the Court vacate its two Orders directed against me on banning of cellular phone [D.E. 430] and Order regarding violation of Local Rules and Administrative Orders [D.E. 433].

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
/s/ *Thomas Scott*
Thomas E. Scott (Bar No. 149100)
COLE, SCOTT & KISSANE P.A.
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33156
Telephone:  305-350-5385
Facsimile:  305-373-2294
Email:  Thomas.Scott@csklegal.com
Secondary: Renee.Jordan@csklegal.com

## CERTIFICATE OF SERVICE

I certify on May 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ *Thomas Scott*
Thomas E. Scott