# THOMAS E. SCOTT, ESQUIRE

---

| | | |
|---|---|---|
| **JUDICIAL POSITIONS** | United States District Judge, Southern District of Florida (Miami Division) | **1985-1990** |
| | Circuit Judge, Eleventh Judicial Circuit, State of Florida (Dade County) | **1980-1984** |
| | Chairman, Grievance Committee United States District Court Southern District of Florida | **1994-1997** |
| **GOVERNMENT POSITIONS** | United States Attorney, Southern District of Florida | **8/29/97-5/30/00** |
| | Honorable James W. Kehoe, Circuit Judge Eleventh Judicial Circuit, State of Florida (Dade County) Law Clerk/Bailiff | **1970-1971** |
| **MILITARY SERVICE** | United States Army First Lieutenant Military Intelligence | |
| **PRIVATE PRACTICE** | Cole, Scott & Kissane, P.A., Partner, Miami, FL | **2001- Present** |
| | Shook, Hardy & Bacon L.L.P, Partner, Miami, FL | **2000-2001** |
| | Davis, Scott, Weber & Edwards, Managing Partner, Miami, FL | **1992-1997** |
| | Steel, Hector & Davis, Partner, Miami, FL | **1990-1992** |
| | Kimbrell, Hamann, Jennings, Womack, Carlson & Kniskern, P.A. Member of the firm, Miami, FL | **1984-1985** **1977-1980** |
| | Huebner, Shaw & Bannel, Ft. Lauderdale, FL | **1976-1977** |
| | Bradford, Williams, McKay, Kimbrell, Hamann & Jennings, P.A. Associate and them member of the firm, Miami, FL | **1972-1976** |
| **EDUCATION** | University of Virginia, Charlottesville, VA LL.M., Judicial Process | **1989** |
| | University of Miami, Coral Gables, FL J.D. B.A., Economics | **1972** **1969** |

| | |
|---|---|
| **PROFESSIONAL ASSOCIATIONS** | Florida Bar Association |
| | American Bar Association |
| | Who's Who in American Law |
| | America's Top 100 Civil Defense Litigators |
| **TEACHING POSITIONS** | Instructor, Professional Responsibility, St. Thomas University School of Law |
| | Instructor, Product Liability, St. Thomas University School of Law |
| | Adjunct Professor, Litigation Skills Program, University of Miami School of Law |
| | Instructor, NITA Program, University of Florida Law School |
| | Instructor, Trial Advocacy Program, Nova University Law School |
| **AWARDS AND ACTIVITIES** | Chairman, Magistrate Selection and Retention Committee United States District Court Southern District of Florida, Miami Division |
| | Covid Committee, Southern District of Florida 2020-2021 |
| | Federal Judicial Nominating Committee, Southern of District of Florida |
| | Member and Fellow, Product Liability Advisory Council Foundation |
| | Co-Chairman, American Bar Association Committee on Discovery Under the Litigation Section |
| | Chairman, Standing Committee on Professionalism, Florida Bar Association |
| | Past Chairman, Security Committee, United States District Court Southern District of Florida |
| | Outstanding Jurist Award, Young Lawyers' Section Dade County Bar Association |
| | AV Rating, Martindale-Hubbell (Lawyer and Judicial versions) |
| **PUBLICATIONS** | "Pretrial Detention Under the Bail Reform Act of 1984: An Empirical Analysis," American Criminal Law Review (Georgetown Law Center) (Fall 1990) |
| | "A Compact for Bench and Bar." 6 Trial Advocate Quarterly 9 (January 1987) Judges' Handbook on Florida Law (Chapter on FELA and Jones Act) |
| | Florida Defense Counsel (Fall 1981) (article on products liability and crash worthiness doctrine). |