UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-24190-CIV-SMITH

WILLIAM O. FULLER
and MARTIN PINILLA II,

    Plaintiffs,
vs.

JOE CAROLLO,

    Defendant.
_____/

## MOTION FOR STATUS CONFERENCE REQUESTED BY COUNSEL FOR THE DEFENDANT'S TRIAL COUNSEL

Michael B. Chavies, as counsel for Mason A. Pertnoy, Robert Klein, as counsel for Marc D. Sarnoff, joined by trial counsel for Defendant Commissioner Carollo, Benedict P. Kuehne, Mason A. Pertnoy, and Marc D. Sarnoff (collectively herein referred to as "Defense Counsel"), respectfully request a brief Status Conference with the Court prior to the resumption of trial on May 30, 2023, to address issues arising from the Court's Order Regarding Violations of Local Rule and Administrative Orders [DE 433].

Defense Counsel recognize the gravity of the issues raised by the Court on May 16, 2023, and May 17, 2023, and in its Order Regarding Violations of Local Rule and Administrative Orders [DE 433]. Indeed, given the significance of these issues and the potential penalties discussed by the Court, the members of Defendant's trial counsel team and the Defendant have engaged independent counsel to provide advice concerning these proceedings. Independent counsel for the trial team have identified several time sensitive issues arising from the Court's orders that may impact the underlying trial and proceedings going forward. For instance, the Court's orders have engendered potential conflict issues for which counsel for the trial team seek the Court's guidance

and assistance.  In addition, counsel for the trial team would like to address the question of limited access to documents that the Court has ordered to be destroyed.

Accordingly, independent counsel for the Defendant's trial team, Defendant's trial counsel, and the Defendant respectfully request a brief Status Conference with the Court to address these significant issues before the trial resumes.

Dated: May 26, 2023.

        Respectfully submitted,

        AKERMAN LLP
        Counsel for Mason A. Pertnoy
        Three Brickell City Centre, 98 SE 7 Street
        Miami FL 33131
        Telephone: 305-679-5451
        Email: Michael.chavies@akerman.com

        By: */s/ Michael B. Chavies*
             Michael B. Chavies, Esq.
             Florida Bar No. 191254

        And

        KLEIN, PARK & LOWE, PL
        Counsel for Marc D. Sarnoff
        9130 S Dadeland Blvd Ste 2000
        Miami, FL 33156
        Telephone: 305-670-3700
        Email: kleinr@kleinpark.com
        Email: mrsdish58@gmail.com

        By: */s/ Robert M. Klein*
             Robert M. Klein, Esq.
             Florida Bar No. 230022

        And

        KRINZMAN HUSS LUBETSKY
          FELDMAN & HOTTE
        Co-Counsel for Commissioner Joe Carollo
        Alfred I. duPont Building

        169 E. Flagler Street, Suite 500
        Miami, Florida 33131
        Telephone: (305) 854-9700
        Primary email: map@khllaw.com
        Primary email: mschneider@khllaw.com
        Secondary: eservicemia@khllaw.com

        By: */s/ Mason A. Pertnoy*
            Mason A. Pertnoy, Esq.
            Florida Bar No. 18334

And

SHUTTS & BOWEN
Co-Counsel for Commissioner Joe Carollo
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: */s/ Marc D. Sarnoff*
    Marc D. Sarnoff, Esq.
    Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
Co-Counsel for Commissioner Joe Carollo
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: */s/ Benedict P. Kuehne*
    Benedict P. Kuehne, Esq.
    Florida Bar No. 233293

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26 day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.