UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24190-CIV-SMITH

WILLIAM O. FULLER and
MARTIN PINILLA II,

       Plaintiffs,

vs.

JOE CAROLLO,

       Defendant.
_____/

## ORDER GRANTING IN PART MOTION FOR STATUS CONFERENCE

This matter is before the Court on the Motion for Status Conference Requested by Counsel for the Defendant's Trial Counsel [DE 450]. Upon consideration, it is

**ORDERED that** the Motion for Status Conference Requested by Counsel for the Defendant's Trial Counsel [DE 450] is **GRANTED in part.** The Court will hold a status conference on **June 8, 2023 at 1:30 p.m.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of May, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record