UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   18-24190-CV-SMITH

William O. Fuller and
Martin Pinilla, II,

    Plaintiffs,

vs.

JOE CAROLLO,

    Defendant.
_____/

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

We have reached a verdict.

DATE: 6/1/23

TIME: 9:59 am

_____
FOREPERSON SIGNATURE

_____
FOREPERSON PRINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-24190-CV-SMITH

William O. Fuller and
Martin Pinilla, II,

    Plaintiffs,

vs.

JOE CAROLLO,

    Defendant.
_____/

THE COURT'S RESPONSE TO
JURORS QUESTION

(1) You should rely on the evidence.

(2) You should rely on the evidence and the instructions given in court.

(3) Refer to page 10 as to nominal damages

Date: 5/31/2023

Time: 3:01 pm

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-24190-CV-SMITH

William O. Fuller and
Martin Pinilla, II,

    Plaintiffs,

vs.

JOE CAROLLO,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

- Was there an amount requested by plaintiffs when filing their suit?

- What information do we consider or use to determine Joe Carollo's financial resources, as it pertains to punitive damages?

- Can we be provided with the definition of nominal damages?

DATE: 5/31/23

TIME: 2:27 pm

FOREPERSON SIGNATURE

FOREPERSON PRINT