UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

        Plaintiffs,

v.

JOE CAROLLO,

        Defendant.

_____/

**VERDICT FORM**

We, the jury, find by a preponderance of the evidence:

1. Did Joe Carollo intentionally commit acts that violated Bill Fuller's right to free speech or assembly?

    Yes __✓__      No _____

*If your answer is "No," your verdict is in favor of Defendant, Joe Carollo, on Bill Fuller's claim, skip Questions 2-7, and answer Question 8. If your answer is "Yes," go to the next question.*

2. Were Joe Carollo's actions done "under color" of state law?

    Yes __✓__      No _____

*If your answer is "No," your verdict is in favor of Defendant, Joe Carollo, on Bill Fuller's claim, skip Questions 3-7, and answer Question 8. If your answer is "Yes," go to the next question.*

3. Did Joe Carollo's conduct cause Bill Fuller's injuries?

Yes ✓    No ___

*If your answer is "No," your verdict is in favor of Defendant, Joe Carollo, on Bill Fuller's claim, skip Questions 4-7, and answer Question 8. If your answer is "Yes," go to the next question.*

4. Would Joe Carollo have taken the same actions toward Bill Fuller even if Bill Fuller had not exercised his First Amendment rights?

Yes ___    No ✓

*If your answer is "Yes," your verdict is in favor of Defendant, Joe Carollo, on Bill Fuller's claim, skip Questions 5-7, and answer Question 8. If your answer is "Yes," go to the next question.*

5. Should Bill Fuller be awarded compensatory damages against Joe Carollo?

Yes ✓    No ___

If your answer is "Yes," in what amount?    $ __8.6 Million__

*If your answer is "No," answer Question 6. If your answer is "Yes" and you entered an amount, skip Question 6 and answer Question 7.*

6. What amount of nominal damages should Bill Fuller be awarded against Joe Carollo? The amount should be at least $1.00.

$ _____

2

7. Should punitive damages be assessed against Joe Carollo and in favor of Bill Fuller?

Yes ✓     No ____

If your answer is "Yes," in what amount?     $ 25.7 Million

8. Did Joe Carollo intentionally commit acts that violated Martin Pinillas' right to free speech or assembly?

Yes ✓     No ____

*If your answer is "No," your verdict is in favor of Defendant, Joe Carollo, on Martin Pinilla's claim, skip the remaining questions, and have your foreperson sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

9. Were Joe Carollo's actions done "under color" of state law?

Yes ✓     No ____

*If your answer is "No," your verdict is in favor of Defendant, Joe Carollo, on Martin Pinilla's claim, skip the remaining questions, and have your foreperson sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

10. Did Joe Carollo's conduct cause Martin Pinilla's injuries?

Yes ✓     No ____

*If your answer is "No," your verdict is in favor of Defendant, Joe Carollo, on Martin Pinilla's claim, skip the remaining questions, and have your foreperson sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

11. Would Joe Carollo have taken the same actions toward Martin Pinilla even if Martin Pinilla had not exercised his First Amendment rights?

   Yes _____   No ✓

*If your answer is "Yes," your verdict is in favor of Defendant, Joe Carollo, on Martin Pinilla's claim, and have your foreperson sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

12. Should Martin Pinilla be awarded compensatory damages against Joe Carollo?

   Yes ✓   No _____

   If your answer is "Yes," in what amount?   $ 7.3 Million

*If your answer is "No," answer Question 13. If your answer is "Yes" and you entered an amount, skip Question 13 and answer Question 14.*

13. What amount of nominal damages should Martin Pinilla be awarded against Joe Carollo? The amount should be at least $1.00.

   $ _____

14. Should punitive damages be assessed against Joe Carollo?

   Yes ✓   No _____

   If your answer is "Yes," in what amount?   $ 21.9 Million

So Say We All.

_____   _____
Foreperson's Printed Name                  Foreperson's Signature

Date: 6/1/23

4