UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24190-CIV-SMITH

WILLIAM O. FULLER and
MARTIN PINILLA II,

        Plaintiffs,

vs.

JOE CAROLLO,

        Defendant.

_____/

**ORDER SETTING STATUS CONFERENCE**

It is **ORDERED that** a status conference to discuss how to proceed regarding Plaintiffs' request for injunctive relief is set for **June 6, 2023 at 10:30 a.m.** The status conference shall be held telephonically. Counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing. Then, enter Access Code Number 9406706 followed by the pound (#) sign, enter the conference, and state your name and the name of the party you represent.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 1st day of June, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record