UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24190-CIV-SMITH

WILLIAM O. FULLER and
MARTIN PINILLA II,

      Plaintiffs,

vs.

JOE CAROLLO,

      Defendant.
_____/

## FINAL JUDGMENT

Pursuant to the Jury Verdict entered on June 1, 2023, it is hereby

**ORDERED** that judgment is entered in favor of Plaintiff William O. Fuller, and against Defendant, Joe Carollo, in the amount of $34,300,000.00, with interest at the statutory rate from the date of this judgment, and judgment is entered in favor of Plaintiff Martin Pinilla II, and against Defendant, Joe Carollo, in the amount of $29,200,000.00, with interest at the statutory rate from the date of this judgment. For all of the foregoing execution shall issue.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of June, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record