UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## ORDER STRIKING TRIAL BRIEFS

This matter is before the Court *sua sponte*. A review of the record indicates that Defendant has filed several trial briefs after Defendant rested his case. Upon consideration, it is

**ORDERED** that the following documents are **STRICKEN:**

1. Defendant's Notice of Filing Bench Memo — Hearsay Statements [DE 463];

2. Defendant's Notice of Filing Bench Memo — 1983 Claims [DE 464];

3. Defendant's Notice of Filing Bench Memo — Damages [DE 465]; and

4. Defendant's Notice of Filing Bench Memo — Rule 15(b) Lack of Consent [DE 466].

DONE AND ORDERED in Fort Lauderdale, Florida, this 6th day of June, 2023.

                                        RODNEY SMITH
                                      UNITED STATES DISTRICT JUDGE

cc:    All counsel of record