UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24190-CIV-SMITH

WILLIAM O. FULLER, *et al.*,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.

_____/

## ORDER OF REFERENCE

It is ORDERED that Plaintiffs' Motion for Issuance of Continuing Writ of Garnishment Against Salary or Wages of Joe Carollo [DE 487] and all related motions are **REFERRED** to Magistrate Judge Louis for a ruling on all non-dispositive matters and for a Report and Recommendation on any dispositive matters.

DONE and ORDERED in Fort Lauderdale, Florida, this 9th day of June, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record