### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### Case No.: 18-24190-CIV-SMITH

WILLIAM O FULLER, and
MARTIN PINILLA, II,

     Plaintiffs,

v

JOE CAROLLO,

     Defendant

_____/

STATE OF FLORIDA        )
                         ) ss:
COUNTY OF MIAMI DADE   )

#### AFFIDAVIT OF JESSE STOLOW

     Before me, on this day personally appeared JESSE STOLOW, who upon being duly sworn,

deposes and says:

     1.     I, Jesse Stolow, do hereby swear and affirm that the statements in this affidavit are

true and correct.

     2.     Regarding the "photographs" referenced in the Court's Orders entered on May 17,

2023 [DE 430] and May 23, 2023 [DE 443], the Court's Orders apply to a single photograph I took

(hereinafter referenced as the "Photograph")  The Photograph was taken using the camera on my

personal smartphone and attached to a single text sent to one individual, attorney Justin Henning

     3     On June 13, 2023, pursuant to the Court's direction, I deleted the original

photograph from my personal smartphone and have ensured it was permanently deleted from my

Recently Deleted Photographs folder  I permanently deleted the text message containing a digital

copy of the Photograph from my personal smartphone.  I also permanently deleted the photograph and the text from the cloud backup storage I maintain for my smartphone account.

     4.       No copies of the digital photograph, electronic or paper, remain in my possession or under my control.

FURTHER AFFIANT SAYETH NOT.

_____

JESSE STOLOW

     The foregoing instrument was acknowledged before me this 14 day of June, 2023, by JESSE STOLOW ☑ who is personally known to me or ☐ who has produced  as identification and who did take an oath.

BRADY MATTHEW ROSENBAUM
MY COMMISSION #HH313580
EXPIRES: SEP 19, 2026
Bonded through 1st State Insurance

_____

Notary Public, State of Florida

Notary Public's Name:

My Commission Expires: