UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

 Plaintiffs,

v.

JOE CAROLLO,

 Defendant.
_____/

### ORDER VACATING ORDERS [DE 430, DE 433]

 This matter came before the Court on June 13, 2023 for a hearing. For the reasons stated on the record, it is

 **ORDERED that** the Court hereby VACATES the Order dated May 17, 2023 [DE 430] and the Order dated May 18, 2023 [DE 433].

 DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of June, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Sabrina.Livingston2@usdoj.gov
Jason.Seaman@usdoj.gov
Michael.Witkowski@usdoj.gov