UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.

_____/

**DEFENDANT JOE CAROLLO'S REQUEST TO FILE UNDER SEAL TRIAL TRANSCRIPTS DATED APRIL 10, 2023 THROUGH JUNE 1, 2023**

Defendant, Joe Carollo, by and through his undersigned counsel, and pursuant to Local Rule 5.4, files his Request to File Under Seal the Trial Transcripts dated April 10, 2023 through June 1, 2023, as follows:

Pursuant to S.D. Fla. L.R. 5.4(b)(1), based on the in-court proceedings including but not limited to on April 25, 2023, and the Court's Orders sealing numerous docket entries including but not limited to the following Orders: DE 404, DE 407, DE 421, DE 437, DE 438, and DE 458, there is a "factual and legal basis for departing from the policy that Court filings are public." The materials to be sealed (the "proposed sealed material") are the trial transcripts comprised of the following: April 10, 2023, April 11, 2023, April 18, 2023, April 19, 2023, April 20, 2023, April 21, 2023, April 24, 2023, April 25, 2023, April 26, 2023, May 1, 2023, May 2, 2023, May 3, 2023, May 5, 2023, May 8, 2023, May 9, 2023, May 10, 2023, May 11, 2023, May 12, 2023, May 15, 2023, May 16, 2023, May 17, 2023, May 30, 2023, May 31, 2023, and June 1, 2023.

Pursuant to the proceedings and discussion in Court, permitting the trial transcripts to be filed under seal is consistent with the interests of justice and for a complete record of the proceedings, which is needed for the Court's consideration of post-trial motions. Courts may seal

CASE NO. 18-24190-CIV-SMITH

documents for good cause by balancing the asserted right of access against the other party's interest in keeping the information confidential. *United States v. Nickens*, 809 Fed. Appx. 584, 592 (11th Cir. 2020) (citing *Chicago Tribune Co. v. Bridgestone Tire, Inc.*, 263 F.3d 1304, 1309 (11th Cir. 2001)). "In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

For the reasons discussed in the Court proceedings, and the Court's Orders sealing docket entries, and in an abundance of caution, there is good cause to grant the request to file under seal the trial transcripts.

The duration of the requested sealing of the referenced item is throughout the pendency of this case and in accordance with the Court's Orders.

## **LOCAL RULE 7.1 CERTIFICATION**

Undersigned counsel for the movant, Mason A. Pertnoy, Esq., certifies that on June 26, 2023, he conferred via email with counsel for Plaintiffs, Jeffrey W. Gutchess, Esq. and advised that Defendant is seeking to file under seal the trial transcripts, and Plaintiffs do not agree to the request to file under seal.

WHEREFORE, Defendant Joe Carollo respectfully requests that this Court enter an Order granting the Request to File Under Seal the Trial Transcripts dated April 10, 2023 through June 1, 2023, and granting such other and further relief as this Court deems just and proper.

CASE NO. 18-24190-CIV-SMITH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2023, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF.

Respectfully submitted,

KRINZMAN HUSS LUBETSKY
   FELDMAN & HOTTE
Co-Counsel for Defendant, Joe Carollo
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

By: */s/ Mason A. Pertnoy*
      Mason A. Pertnoy, Esq.
      Florida Bar No. 18334

And
SHUTTS & BOWEN
Co-Counsel for Defendant, Joe Carollo
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: */s/ Marc D. Sarnoff*
      Marc D. Sarnoff, Esq.
      Florida Bar No. 607924

And
KUEHNE DAVIS LAW, P.A.
Co-Counsel for Commissioner Joe Carollo
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: */s/ Benedict P. Kuehne*
      Benedict P. Kuehne
      Florida Bar No. 233293