UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## AFFIDAVIT OF MASON A. PERTNOY

STATE OF FLORIDA      )

COUNTY OF MIAMI-DADE    )

BEFORE ME, the undersigned authority, personally appeared MASON A. PERTNOY, who, after being duly sworn, deposes and states:

1. I am over eighteen years of age. I make the statements herein based upon my personal knowledge.

2. On June 20, 2023, and June 21, 2023, I had telephone conversations with the Court Reporter for the above-captioned trial.

3. The purpose of my telephone calls with the Court Reporter was to inquire as to some questions regarding the May 30, 2023 and May 31, 2023 daily transcripts from the trial in this action.

4. Specifically, I wanted to know whether the *in camera* conversation that occurred on May 30, 2023 between counsel for Defendant, Commissioner Carollo, and The Honorable

Rodney Smith regarding Defendant's closing argument and presentation was part of the daily transcript provided to Plaintiffs' counsel that same evening.

5. In fact, the daily transcript, containing the *in camera* conversation regarding Defendant's closing argument, was provided to Plaintiffs' counsel on the evening of May 30, 2023, prior to closing arguments the next day.

6. Additionally, the live feed of the proceedings (which Plaintiffs had access to) was also active during the *in camera* conversation regarding Defendant's closing argument.

7. Prior to the parties' closing arguments on May 31, 2023 the Court was aware of the fact that the daily transcript provided to the Plaintiffs' counsel on the evening of May 30, 2023 contained the *in camera* conversation regarding Defendant's closing argument.

8. At no time prior to my conversation on June 20, 2023 with the Court Reporter was defense counsel advised that the daily transcript provided to the Plaintiffs' counsel on the evening of May 30, 2023 contained the *in camera* conversation regarding Defendant's closing argument.

FURTHER AFFIANT SAYETH NAUGHT.

MASON A. PERTNOY

STATE OF FLORIDA        )
                        ) SS:
COUNTY OF MIAMI-DADE    )

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this _June 28_, 2023 by Mason A. Pertnoy, who is personally known to me.

NOTARY PUBLIC, STATE OF FLORIDA
Print Name:
Serial Number, if any: MY COMMISSION
My commission expires: EXPIRES 6-22-2026

MARK E. SCHNEIDER
NOTARY PUBLIC
STATE OF FLORIDA
COMMISSION NUMBER HH 232237

Page 2 of 2