# Exhibit A



**KUEHNE DAVIS LAW, P.A.**

100 SE 2nd Street Suite 3105
Miami FL 33131-2100
Ph. (305) 789-5989
Fax. (305) 789-5987
BenKuehne@KuehneLaw.com

Okay to Pay: $7,305.00
APPROVE FOR PAYMENT:

_____ for
City Attorney
CLAIMS #401FL20185001752

# Invoice

Joe Carollo, City Commissioner
C/o Christopher Green Assistant City Attorney
City Of Miami
444 SW 2nd Avenue, Suite 952
Miami, Florida 33130
CAGreen@MiamiGov.com
KJones@MiamiGov.com
KDWilliams@MiamiGov.com

Date: 01/25/2023
Invoice No: 40
Due Date: 02/24/2023

Matter: 5132
Joe Carollo 5, City Commissioner

Memo: Joe Carollo, City Commissioner
William Fuller v. Joe Carollo, U.S.D.C. Case No. 18-Cv-24190-Smith (S.D.Fla.)
Kuehne Davis Law, P.A. File No. 5132
October 2022 Invoice

## Professional Fees

| Date | Staff | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/03/2022 | TES | | $225.00 | 0.70 | $157.50 |
| 10/03/2022 | TES | | $225.00 | 0.20 | $45.00 |
| 10/06/2022 | BPK | | $225.00 | 0.20 | $45.00 |
| 10/11/2022 | BPK | | $225.00 | 1.00 | $225.00 |
| 10/12/2022 | BPK | | $225.00 | 2.00 | $450.00 |
| 10/13/2022 | BPK | | $225.00 | 0.50 | $112.50 |
| 10/14/2022 | BPK | | $225.00 | 1.50 | $337.50 |
| 10/18/2022 | TES | | $225.00 | 0.40 | $90.00 |
| 10/21/2022 | BPK | | $225.00 | 1.00 | $225.00 |
| 10/24/2022 | TES | | $225.00 | 1.60 | $360.00 |
| 10/25/2022 | TES | | $225.00 | 1.70 | $382.50 |
| 10/25/2022 | BPK | | $225.00 | 4.50 | $1,012.50 |
| 10/26/2022 | TES | | $225.00 | 1.00 | $225.00 |
| 10/26/2022 | BPK | | $225.00 | 4.00 | $900.00 |
| 10/28/2022 | TES | | $225.00 | 1.40 | $315.00 |
| 10/29/2022 | BPK | | $225.00 | 2.50 | $562.50 |

| Date | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/30/2022 | BPK | ▮▮▮▮▮ | | $225.00 | 3.00 | $675.00 |
| 10/31/2022 | TES | ▮▮▮▮▮▮▮▮▮▮ | | $225.00 | 2.80 | $630.00 |
| | | | | | 30.00 | $6,750.00 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 09/30/2022 | Electronically Stored Information Management, Litigation Support, Invoice 1450077, September 30, 2022 | $525.00 |
| 10/31/2022 | Electronically Stored Information Management Everlaw TAR Platform, October 2022 | $30.00 |
| | | $555.00 |

**Approved for payment: $7,305.00**
**Kerri L. McNulty**
**Senior Assistant City Attorney**
**January 31, 2023**

| | |
|---|---|
| Invoice Amount: | $7,305.00 |
| Other Outstanding Balances: | - |
| Total Amount: | $7,305.00 |
| Amount Received: | - |
| Balance Due: | $7,305.00 |
| Trust Balance: | - |