# Exhibit B



One Biscayne Tower
Two South Biscayne Blvd., Suite 1500
Miami, FL 33131-1822

T 305 347 4080
F 305 347 4089
www.bipc.com

THE CITY OF MIAMI
ATTN: JOHN A. GRECO
DEPUTY CITY ATTORNEY
444 SW 2ND AVENUE
MIAMI, FLORIDA 33130

January 12, 2023
Invoice No. 12210220

JAGRECO@MIAMIGOV.COM
CAGREEN@MIAMIGOV.COM

## INVOICE SUMMARY

**For Professional Services Rendered:**

RE:   FULLER V. CAROLLO LIMITED APPEARANCE
      Our Reference: 0101844-000008

Legal Contact: *R. Rodriguez*

---

|                    |             |
|-------------------:|------------:|
| Fees:              | $20,102.50  |
| Disbursements:     | $0.00       |

| Total Due Current Invoice: | $20,102.50 |
|---|---|

**Approved for payment: $20,102.50
Kerri L. McNulty
Senior Assistant City Attorney
January 19, 2023**

INCORPORATED IN PENNSYLVANIA :: TAX ID. 25-1381032



One Biscayne Tower
Two South Biscayne Blvd., Suite 1500
Miami, FL  33131-1822

T 305 347 4080
F 305 347 4089
www.bipc.com

THE CITY OF MIAMI
ATTN: JOHN A. GRECO
DEPUTY CITY ATTORNEY
444 SW 2ND AVENUE
MIAMI, FLORIDA 33130

January 12, 2023
Invoice No. 12210220

JAGRECO@MIAMIGOV.COM
CAGREEN@MIAMIGOV.COM

All redactions herein are pursuant to the following exemption:
"Reflects the mental impression, conclusion, litigation strategy, or legal theory of an attorney in a pending civil litigation – 119.071(d)(1) F.S

**For Professional Services Rendered:**

RE:   FULLER V. CAROLLO LIMITED APPEARANCE
      Our Reference: 0101844-000008

Legal Contact: *R. Rodriguez*

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/02/22 | M. L. Soto | | 2.00 | 1,150.00 |
| 11/02/22 | M. L. Soto | | 0.30 | 172.50 |
| 11/02/22 | M. L. Soto | | 0.30 | 172.50 |
| 11/02/22 | M. L. Soto | | 0.20 | 115.00 |
| 11/02/22 | R. Rodriguez | | 0.30 | 187.50 |
| 11/02/22 | D. Lazaro | | 1.40 | 490.00 |
| 11/03/22 | M. L. Soto | | 0.30 | 172.50 |
| 11/03/22 | M. L. Soto | | 0.20 | 115.00 |
| 11/03/22 | M. L. Soto | | 0.20 | 115.00 |
| 11/03/22 | M. L. Soto | | 0.10 | 57.50 |
| 11/03/22 | R. Rodriguez | | 0.20 | 125.00 |
| 11/03/22 | D. Lazaro | | 0.90 | 315.00 |

THE CITY OF MIAMI  
RE: FULLER V. CAROLLO LIMITED APPEARANCE  
0101844-000008

Page 2  
January 12, 2023  
Invoice No. 12210220

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/03/22 | J. T. King | | 0.20 | 35.00 |
| 11/04/22 | M. L. Soto | | 1.80 | 1,035.00 |
| 11/04/22 | M. L. Soto | | 0.10 | 57.50 |
| 11/06/22 | M. L. Soto | | 0.80 | 460.00 |
| 11/06/22 | M. L. Soto | | 0.10 | 57.50 |
| 11/07/22 | M. L. Soto | | 8.50 | 4,887.50 |
| 11/07/22 | M. L. Soto | | 1.20 | 690.00 |
| 11/07/22 | M. L. Soto | | 0.40 | 230.00 |
| 11/07/22 | M. L. Soto | | 0.20 | 115.00 |
| 11/07/22 | M. L. Soto | | 0.10 | 57.50 |
| 11/07/22 | M. L. Soto | | 0.10 | 57.50 |
| 11/07/22 | D. Lazaro | | 0.50 | 175.00 |
| 11/08/22 | M. L. Soto | | 7.00 | 4,025.00 |
| 11/08/22 | M. L. Soto | | 0.90 | 517.50 |
| 11/08/22 | M. L. Soto | | 0.20 | 115.00 |
| 11/08/22 | M. L. Soto | | 0.10 | 57.50 |
| 11/08/22 | J. Stolow | | 7.00 | 2,100.00 |
| 11/09/22 | M. L. Soto | | 0.30 | 172.50 |
| 11/09/22 | M. L. Soto | | 0.10 | 57.50 |

THE CITY OF MIAMI  
RE: FULLER V. CAROLLO LIMITED APPEARANCE  
0101844-000008

Page 3  
January 12, 2023  
Invoice No. 12210220

| Date | Timekeeper | Narrative | Hours | Amount |
|------|------------|-----------|-------|--------|
| 11/09/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/10/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/10/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/10/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/10/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/10/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/11/22 | M. L. Soto | ███ | 0.20 | 115.00 |
| 11/11/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/15/22 | M. L. Soto | ███ | 0.20 | 115.00 |
| 11/16/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/16/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/22/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/23/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/23/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/25/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/28/22 | M. L. Soto | ███ | 0.10 | 57.50 |
| 11/28/22 | M. L. Soto | ███ | 0.10 | 57.50 |

THE CITY OF MIAMI  
RE: FULLER V. CAROLLO LIMITED APPEARANCE  
0101844-000008

Page 4  
January 12, 2023  
Invoice No. 12210220

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/30/22 | M. L. Soto | ■■■ | 0.60 | 345.00 |
| 11/30/22 | M. L. Soto | ■■■ | 0.50 | 287.50 |
| 11/30/22 | M. L. Soto | ■■■ | 0.40 | 230.00 |
| 11/30/22 | M. L. Soto | ■■■ | 0.10 | 57.50 |

*Total Hours* 39.50  
**Total Fees** **$20,102.50**

| Amount Due This Invoice: | $20,102.50 |
|---|---|

## TIMEKEEPER SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. T. King | Paralegal | 0.20 | 175.00 | 35.00 |
| D. Lazaro | Associate | 2.80 | 350.00 | 980.00 |
| J. Stolow | Associate | 7.00 | 300.00 | 2,100.00 |
| R. Rodriguez | Partner | 0.50 | 625.00 | 312.50 |
| M. L. Soto | Partner | 29.00 | 575.00 | 16,675.00 |
| | Total | 39.50 | | 20,102.50 |