UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No.: 1:18-cv-24190-SMITH**

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

       Plaintiffs,

  v.

JOE CAROLLO,

       Defendant.

_____/

## ADMITTED EXHIBITS INDEX

| Presiding Judge: | Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|---|
| Hon. Rodney Smith | Jeffrey W. Gutchess | Mason A. Pertnoy |
| **Trial Date:** | **Court Stenographer:** | **Courtroom Deputy:** |
| April 10th, 2023 | Ellen Rassie | Patricia Mitchell |

| Ex. | Date Offered | Marked | Admitted | Detailed Description of Exhibit |
|---|---|---|---|---|
| Pl. Ex 1 | 05/08/2023 | Pl. Ex 1 | 05/08/2023 | Map of D3 |
| Pl. Ex 3 | 04/19/2023 | Pl. Ex 3 | 04/19/2023 | FULLER000001-FULLER000019 Lease Agreement between Calle Ocho Market Place, LLC and Destileria Caneca, LLC. 12/01/2016 |
| Pl. Ex 5 | 04/24/2023 | Pl. Ex 5 | 04/24/2023 | FULLER000023-FULLER000030 Florida Commercial Lease Agreement between Futurama, LLC and Brush and Bristle Corp. 04/04/2017 |
| Pl. Ex 6 | 04/20/2023 | Pl. Ex 6 | 04/20/2023 | Steven Miro Text to Fuller 06/09/2017 |
| Pl. Ex 7 | 04/21/2023 | Pl. Ex 7 | 04/21/2023 | Video of Rally 11/18/2017 |

| Pl. Ex 8 | 05/01/2023 | Pl. Ex 8 | 05/01/2023 | Text from Fuller to Carollo 11/27/2017 |
|---|---|---|---|---|
| Pl. Ex 9 | 04/20/2023 | Pl. Ex 9 | 04/20/2023 | Email from Miro to Carollo Re Ben Bush Carollo Ex 08 12/16/2017 |
| Pl. Ex 10 | 04/20/2023 | Pl. Ex 10 | 04/20/2023 | Email between Y. Salvatierra (Code Compliance Inspector) and S. Miro re "please give me a call" 12/26/2017 |
| Pl. Ex 15 | 05/17/2023 | Pl. Ex 15 | 05/17/2023 | Email from Karla Reyes to R. Dooley Re Call from Comm. Carollo's Office - Container 01/29/2018 |
| Pl. Ex 16 | 04/20/2023 | Pl. Ex 16 | 04/20/2023 | Email from V. Mendez to J. Carollo and S. Miro fwd email from Daniel Sierra and S. Morua Re: complaint about Sanguich 02/17/2018 |
| Pl. Ex 18 | 04/20/2023 | Pl. Ex 18 | 04/20/2023 | Email from S. Miro to Gilberto Gomez fwd email from V. Mendez to J. Carollo, S. Miro and others re Building steel structures def and minimum requirements for building structure 02/18/2018 |
| Pl. Ex 19 | 04/21/2023 | Pl. Ex 19 | 04/21/2023 | Letter from S. Miro to J. Carollo re Gay 8 Festival 02/18/2018 |
| Pl. Ex 23 | 04/21/2023 | Pl. Ex 23 | 04/21/2023 | Email from S. Miro to F. Valerio re Approved lots 03/03/2018 |
| Pl. Ex 25 | 05/02/2023 | Pl. Ex 25 | 05/02/2023 | Email from Mendez to Carollo (Re Viernes C Research) 03/06/2018 |
| Pl. Ex 35 | 04/18/2023 | Pl. Ex 35 | 04/18/2023 | 2022.08.12 Diez, Orlando - Ex 5 Email re follow up on Carollo Complaint 3/13/2018 |
| Pl. Ex 37 | 04/21/2023 | Pl. Ex 37 | 04/21/2023 | 2023.01.18 Russell, Ken - Ex 2 Email form Miro, Steven to Carollo re: Emilio Gonzalez's email re communication with city debts 03/16/2018 |
| Pl. Ex 39 | 04/20/2023 | Pl. Ex 39 | 04/20/2023 | Email from v. Mendez Requesting to copy Carollo's Office in all the emails re planning and zoning approvals for all permits warrants 04/24/2018 |
| Pl Ex. 40 | 04/19/2023 | Pl Ex. 40 | 04/19/2023 | 2022.07.19 Blom, Richard - Ex 4 Emails re zoning for Calle Ocho marketplace 04/25/2018 |
| Pl Ex. 45 | 05/05/2023 | Pl Ex. 45 | 05/05/2023 | 2022.07.19 Blom, Richard - Ex 14 Email re: mailing list 05/01/2018 |
| Pl Ex. 52 | 04/25/2023 | Pl Ex. 52 | 04/25/2023 | 2022.07.19 Blom, Richard - Ex 11 Emails re: open violations 05/21/2018 |

| Pl. Ex. 58 | 05/02/2023 | Pl. Ex. 58 | 05/02/2023 | 2022.09.16 Napoli, Joseph - Ex 31 Text Message sent re: district 3 and consequences   Bates Labeled Mad Room 247836 07/20/2018 First page only |
|---|---|---|---|---|
| Pl. Ex 63 | 04/18/2023 | Pl. Ex 63 | 04/18/2023 | 2022.07.19 Blom, Richard - Ex 21 Emails b/w Joe Vicky and staff re occupancy load 08/29/2018 |
| Pl. Ex 64 | 05/09/2023 | Pl. Ex 64 | 05/09/2023 | 2022.07.19 Blom, Richard - Ex 22 Public records request by J. Carollo for info about businesses 08/31/2018 |
| Pl. Ex. 70 | 05/02/2023 | Pl. Ex. 70 | 05/02/2023 | 2022.08.12 Diez, Orlando - Ex 8 Email re: radio show 9/18/2018 |
| Pl. Ex. 71 | 05/02/2023 | Pl. Ex. 71 | 05/02/2023 | 2022.08.12 Diez, Orlando - Ex 9 Email re: radio and job discussion with HR 9/18/2018 |
| Pl. Ex 81 | 05/10/2023 | Pl. Ex 81 | 05/10/2023 | 2023.01.18 Russell, Ken - Ex 6 Email from Jackson, James to Marn Lanao re: Viernes Culturales 11/16/2018 |
| Pl. Ex 83 | 05/10/2023 | Pl. Ex 83 | 05/10/2023 | 2023 02 01 Ortiz-Petit, Ignacio - Ex F Email Gonzalez to Napoli - Viernes Culturales appeal MADROOM0140262 - 140268 11/19/2018 |
| Pl. Ex 96 | 04/11/2023 | Pl. Ex 96 | 04/11/2023 | Memo Re Conversation with Commissioner Carollo Re Code Compliance by Emilio Gonzalez 01/14/2019 |
| Pl. Ex 108 | 04/18/2023 | Pl. Ex 108 | 04/18/2023 | 2022.07.19 Blom, Richard - Ex 25 Carollo asking for info for 521 SW 8 st 02/11/2019 |
| Pl. Ex 112 | 04/18/2023 | Pl. Ex 112 | 04/18/2023 | 2022.08.29 Colina, Jorge - Ex - 3 Email requests for parking requirements and reports for 521 SW 8 st 02/12/2019 |
| Pl. Ex 115 | 04/18/2023 | Pl. Ex 115 | 04/18/2023 | 2022.07.19 Blom, Richard - Ex 27 Emails requesting city officials presence for 2/14 meeting 02/13/2019 |
| Pl. Ex 118 | 04/11/2023 | Pl. Ex 118 | 04/11/2023 | Email dated February 13, 2019, Bates Labeled MIA-SFED 36912 Emails re: officials being at meeting 02/13/2019 (2022.09.16 Napoli, Joseph - Ex 16) |

| Pl. Ex 121 | 04/18/2023 | Pl. Ex 121 | 04/18/2023 | 2023.01.18 Russell, Ken - Ex 7 Transcript of a February 14, 2019 Miami City Commission Meeting 02/14/2019 |
|---|---|---|---|---|
| Pl. Ex 121-A | 05/10/2023 | Pl. Ex 121-A | 05/10/2023 | Transcript of February 14, 2019 Commission Meeting Excerpts |
| Pl. Ex 123 | 04/11/2023 | Pl. Ex 123 | 04/11/2023 | 02/14/2019 Meeting video Carollo - Colina |
| Pl. Ex 135 | 04/11/2023 | Pl. Ex 135 | 04/11/2023 | 02/21/2019 Gonzalez to Napoli Emails re: RE: Assistance with carrying out this Commission resolution Bates MIA-SFED23485-225427 |
| Pl. Ex 137 | 04/11/2023 | Pl. Ex 137 | 04/11/2023 | 2022.06.30 Gonzalez, Emilio - Ex 21 Memorandum re: Mendez and Carollo 02/21/2019 |
| Pl. Ex 146 | 04/11/2023 | Pl. Ex 146 | 04/11/2023 | 02/21/2019 Email from Gonzalez responding to Colina re: concerns MIA-SFED23485-00269221 - 22 2023 02 01 Ortiz-Petit, Ignacio - Ex L (Redacted version) |
| Pl. Ex 150 | 04/11/2023 | Pl. Ex 150 | 04/11/2023 | 2019 02 21 Email chain re concerns about directive (2022.06.30 Gonzalez, Emilio - Ex 3) |
| Pl. Ex 161 | 05/01/2023 | Pl. Ex 161 | 05/01/2023 | 2022.06.28 Valencia, Adele - Ex 20 Email with PRR for 1513 SW 8 st 03/01/2019 |
| Pl Ex. 165 | 04/19/2023 | Pl Ex. 165 | 04/19/2023 | Email from J.Napoli to Carollo re Code Violation update 03/04/2019 |
| Pl. Ex 171 | 04/18/2023 | Pl. Ex 171 | 04/18/2023 | 2022.07.19 Blom, Richard - Ex 28 Updates on inspected properties from comm meeting 03/05/2019 |
| Pl. Ex 173 | 05/02/2023 | Pl. Ex 173 | 05/02/2023 | 2019 03 06 Email thread Chief of Licensing, Tom Barry Larry and Damon and Kunert 03/06/2019 Only 3/6/2019 4:06 p.m. email from Joe Carollo to Damon Larry with attachments |

| Pl. Ex 174 | 05/01/2023 | Pl. Ex 174 | 05/01/2023 | 2022.07.19 Blom, Richard - Ex 30 Emails and report from operation dry hour 03/07/2019 |
|---|---|---|---|---|
| Pl. Ex 181 | 05/02/2023 | Pl. Ex 181 | 05/02/2023 | 2022.07.19 Blom, Richard - Ex 20 Emails amongst ABT agents. Michael Kunert works for ABT 03/11/2019 Only 3/6/2019 4:06 p.m. email from Joe Carollo to Damon Larry |
| Pl. Ex 182 | 05/02/2023 | Pl. Ex 182 | 05/02/2023 | 2019 03 12 Email chain Tom Barry to M. Kunert forwarding Carollo's email 03/12/2019 Only 3/11/2019 7:57 p.m. email from Joe Carollo to Tom Barry with attachment |
| Pl. Ex 184 | 05/10/2023 | Pl. Ex 184 | 05/10/2023 | 2022.06.30 Gonzalez, Emilio - Ex 27 Bates MIA-SFED23485-225517 Emails re: audit/investigation 03/13/2019 |
| Pl. Ex 189 | 04/18/2023 | Pl. Ex 189 | 04/18/2023 | 2022.07.19 Blom, Richard - Ex 32 Email from Blom to Jose Suarez listing all the things they want re: fuller properties 04/15/2019 |
| Pl. Ex 197 | 04/24/2023 | Pl. Ex 197 | 04/24/2023 | DE 125 2019 06 28 (Plaintiffs) Second Amended Complaint with exhibits. 06/28/2019 Only as to photos on page 16 and 20 |
| Pl. Ex 200 | 04/18/2023 | Pl. Ex 200 | 04/18/2023 | R. Blom Resignation letter to Carollo 07/01/2019 |
| Pl. Ex 202 | 05/02/2023 | Pl. Ex 202 | 05/02/2023 | 2022.09.16 Napoli, Joseph - Ex 32 Email Letters re: Blom resignatio Bates Labeled MIA-SFED 223649 08/04/2019 |
| Pl. Ex 204 | 05/01/2023 | Pl. Ex 204 | 05/01/2023 | Carollo at El Santo (picture) 09/20/2019 |
| Pl. Ex 205 | 05/11/2023 | Pl. Ex 205 | 05/11/2023 | 2022.06.28 Valencia, Adele - Ex 4 Email re updates on code violations 10/07/2019 |

| Pl. Ex 208 | 04/20/2023 | Pl. Ex 208 | 04/20/2023 | Email from Steve Miro to Joe Carollo re List of Properties Carollo Ex 9 12/17/2019 |
|---|---|---|---|---|
| Pl. Ex 239 | 05/17/2023 | Pl. Ex 239 | 05/17/2023 | 2022.06.28 Valencia, Adele - Ex 48 Email re Taquerias'Compliance 12/29/2020 |
| Pl. Ex 246 | 04/18/2023 | Pl. Ex 246 | 04/18/2023 | 2022.06.07 Cagnin, Eduardo - Ex 13 Email from Chin-Quee, Conrad to Mogro, Daniel G. re dry hour ops plan emails (MIA-SFED23485-00161493) 04/28/2021 |
| Pl. Ex 255 | 04/18/2023 | Pl. Ex 255 | 04/18/2023 | 2021 09 24 Memo from Police Chief Art Acevedo 09/24/2021 |
| Pl. Ex 258 | 04/18/2023 | Pl. Ex 258 | 04/18/2023 | 2022.08.29 Colina, Jorge - Ex - 18 Email re memo from Art Acevedo to Art Noriega 10/05/2021 |
| Pl. Ex 262 | 05/08/2023 | Pl. Ex 262 | 05/08/2023 | FULLER000092-FULLER000161 Lease Agreement between Tower Hotel, LLC and Selina Operation Little Havana, LLC. 04/01/2022 |
| Pl. Ex 265 | 04/19/2023 | Pl. Ex 265 | 04/19/2023 | FULLER000020-FULLER000020 Text Message between Matt and William Fuller. 11/19/2022 (Redacted version) |
| Pl. Ex 275 | 04/11/2023 | Pl. Ex 275 | 04/11/2023 | Department of Code Compliance Manual (2022.08.12 Diez, Orlando - Ex 1) |
| Pl. Ex 283 | 05/01/2023 | Pl. Ex 283 | 05/01/2023 | Carollo at Starbucks - Picture |
| Pl. Ex 285 | 04/25/2023 | Pl. Ex 285 | 04/25/2023 | Add of Viernes Culturales |
| Pl. Ex 293 | 04/19/2023 | Pl. Ex 293 | 04/19/2023 | MADROOM0123593 Video of Miami New Times Alain Garcia and Carollo (Trabajas para un millonario / toma la accion que tengas que tomar) |

| Pl. Ex 295 | 04/20/2023 | Pl. Ex 295 | 04/20/2023 | MADROOM0437980 - Video Sanguich - Gay fest (Miro on the Video) 2/18/2018 |
|---|---|---|---|---|
| Pl. Ex 297 | 05/03/2023 | Pl. Ex 297 | 05/03/2023 | MADROOM0627417 - Video 10/18/2018 - Carollo out side of Ball & Chain 10/18/2018 |
| Pl. Ex 299 | 04/25/2023 | Pl. Ex 299 | 04/25/2023 | MIA-SFED23485-00267126 - Video Inspection in Taquerias 8/21/2018 |
| Pl. Ex 300 | 04/25/2023 | Pl. Ex 300 | 04/25/2023 | MIA-SFED23485-00267129 - Video Inspection in Ball & Chain 11/21/2021 |
| Pl. Ex 303 | 04/11/2023 | Pl. Ex 303 | 04/11/2023 | Miami, FL Code of Ordinances - Charter |
| Pl. Ex 304 | 04/20/2023 | Pl. Ex 304 | 04/20/2023 | List of Properties by Steve Miro |
| Pl. Ex 305 | 05/01/2023 | Pl. Ex 305 | 05/01/2023 | Translation of Radio Show Carollo Ex. 06_Confidential - translation |
| Pl. Ex 307 | 05/01/2023 | Pl. Ex 307 | 05/01/2023 | Carollo, Comm. Joseph Ex. 14_Confidential Video Carollo in El Taquito 05/04/2018 |
| Pl. Ex 308 | 05/01/2023 | Pl. Ex 308 | 05/01/2023 | 2018 09 06 Code Enforcement Board Meeting Video 9/6/2018 |
| Pl. Ex 311 | 05/08/2023 | Pl. Ex 311 | 05/08/2023 | Barlington Group's Website |
| Pl. Ex 312 | 04/21/2023 | Pl. Ex 312 | 04/21/2023 | Pictures from Alfie Leon - Political campaign |
| Pl. Ex 314 | 04/21/2023 | Pl. Ex 314 | 04/21/2023 | Flyer about Alfie Leon's Rally |
| Pl. Ex 315 | 05/08/2023 | Pl. Ex 315 | 05/08/2023 | Facebook event for Alfie Leon |
| Pl. Ex 316 | 04/19/2023 | Pl. Ex 316 | 04/19/2023 | Certificate translation of Viedo of Alain Garcia and Joe Carollo talking and Memos. |
| Pl. Ex 335 | 04/25/2023 | Pl. Ex 335 | 04/25/2023 | Picture of Los Altos - Taquerias El Mexicanos IMG_0068.JPG" |
| Pl. Ex 338 | 04/25/2023 | Pl. Ex 338 | 04/25/2023 | Viernes Culturales - Colombia at Calle 8 Video IMG_0640.MOV" |
| Pl Ex.339 | 05/10/2023 | Pl Ex.339 | 05/10/2023 | Francis Suarez with Viernes Culturales' Staff Picture IMG_1187.HEIC" |
| Pl. Ex 343 | 04/25/2023 | Pl. Ex 343 | 04/25/2023 | Carollo outside of Ball & Chain Picture IMG_1710.JPG" |

| | | | | |
|---|---|---|---|---|
| Pl. Ex 344 | 04/19/2023 | Pl. Ex 344 | 04/19/2023 | Carollo outside of Ball & Chain - waving<br>Picture IMG_1711.PNG" |
| Pl. Ex 348 | 04/25/2023 | Pl. Ex 348 | 04/25/2023 | Concert of Willie Chirino at Ball & Chain<br>Video<br>IMG_3837.MOV" |
| Pl. Ex. 352 | 04/25/2023 | Pl. Ex. 252 | 04/25/2023 | Dancers at Ball & Chain<br>Video<br>IMG_4049.MOV |
| Pl. Ex 353 | 04/25/2023 | Pl. Ex 353 | 04/25/2023 | Ball &chain - Cuban Flag<br>Picture<br>IMG_4960.HEIC" |
| Pl. Ex 356 | 05/05/2023 | Pl. Ex 356 | 05/05/2023 | Man with Alfie Leon's Campaign poster<br>Picture<br>IMG_5065.JPG |
| Pl Ex.357 | 05/09/2023 | Pl Ex.357 | 05/09/2023 | Man with Alfie Leon's Campaign poster and<br>W. Fuller<br>Picture<br>IMG_5073 |
| Pl. Ex 358 | 05/08/2023 | Pl. Ex 358 | 05/08/2023 | W. Fuller and M. Pinilla with Visionary<br>Award<br>Picture<br>05/16/2019<br>IMG_5709.JPG" |
| Pl. Ex 359 | 04/25/2023 | Pl. Ex 359 | 04/25/2023 | M. Pinilla, W, Fuller and P. George at El<br>Museo de Little Havana<br>Picture<br>IMG_6238.JPG" |
| Pl Ex.360 | 05/10/2023 | Pl Ex.360 | 05/10/2023 | W. Fuller's Family at Viernes Culturales<br>Picture<br>IMG_6809.HEIC" |
| Pl Ex.361 | 05/10/2023 | Pl Ex.361 | 05/10/2023 | Dancers at Viernes Culturales<br>Video<br>IMG_6825.MOV" |
| Pl. Ex 364 | 05/08/2023 | Pl. Ex 364 | 05/08/2023 | Carollo on walk along with Mary Lugo and<br>other City Officials<br>Picture<br>IMG_7058.jpg" |
| Pl. Ex 365 | 05/05/2023 | Pl. Ex 365 | 05/05/2023 | W. Fuller's Family at Viernes Culturales<br>Picture<br>IMG_8370.JPG |
| Pl Ex.368 | 05/10/2023 | Pl Ex.368 | 05/10/2023 | Juanes and Fonseca at Ball & Chain<br>Picture<br>IMG_9175.jpg" |
| Pl Ex.370 | 04/19/2023 | Pl Ex.370 | 04/19/2023 | Valet parking signs in front of B&C<br>05/29/2019 |
| Pl Ex.373 | 05/09/2023 | Pl Ex.373 | 05/09/2023 | Power Point about Little Havana Hotel |
| Pl. Ex 392 | 04/21/2023 | Pl. Ex 392 | 04/21/2023 | Carollo's Tweet Re attending to Code<br>Enforcement Special Masters Meeting<br>06/05/2018 |
| Pl. Ex 393 | 04/25/2023 | Pl. Ex 393 | 04/25/2023 | Pictures of the kiosks |

| Pl. Ex 394 | 05/01/2023 | Pl. Ex 394 | 05/01/2023 | Video of Alfie Leon Campaign Without volume |
| Pl. Ex 400 | 05/10/2023 | Pl. Ex 400 | 05/10/2023 | CU Revocation Taquerias 9.21 09/21/2021 |
| Pl. Ex 402 | 05/10/2023 | Pl. Ex 402 | 05/10/2023 | Suspension of Certificate of Occupancy (10-22-2020) Ball Chain 10/22/2020 |
| Pl. Ex 408 | 04/21/2023 | Pl. Ex 408 | 04/21/2023 | 031 2018.03.19_MADROOM0163132 Email from Pati Vargas, Director of Viernes Culturales to J. Carollo Re Invitation to Viernes Culturales 3/19/2018 |
| Pl. Ex 412 | 05/08/2023 | Pl. Ex 412 | 05/08/2023 | List of permits for Plaintiffs properties |
| Pl. Ex 413 | 05/08/2023 | Pl. Ex 413 | 05/08/2023 | Translation of _Flyer about Alfie Leon's Rally and US Legal Certificate of Accuracy Flyer about Alfie Leon's Rally |
| Pl. Ex 414 | 05/02/2023 | Pl. Ex 414 | 05/02/2023 | 037 2018.04.06_MADROOM0169076 Email from Pati Vargas, Director of Viernes Culturales to J. Carollo Re Invitation to Viernes Culturales 4/6/2018 |
| Pl. Ex 425 | 05/03/2023 | Pl. Ex 425 | 05/03/2023 | Ethics Complaint 3/14/2018 |
| Pl. Ex 431 | 05/02/2023 | Pl. Ex 431 | 05/02/2023 | Email from Fuller to Carollo Re invitation to Viernes Culturales Board Meeting |
| Pl. Ex 432 | 05/02/2023 | Pl. Ex 432 | 05/02/2023 | Christmas Party's Video |
| Pl. Ex 433 | 04/11/2023 | Pl. Ex 433 | 04/11/2023 | February, 14, 2019 Video (Clips of Commissioner Carollo's request for Resolution and Mayor's response) |
| Pl. Ex 433 | 04/18/2023 | Pl. Ex 433 | 04/18/2023 | February, 14, 2019 Video (Clips of Colina) |
| Pl. Ex 433 | 04/19/2023 | Pl. Ex 433 | 04/19/2023 | February, 14, 2019 Video (Commissioner Hardemon's Clip) |
| Pl. Ex 434 | 04/25/2023 | Pl. Ex 434 | 04/25/2023 | Pictures - Composite Exhibits |
| Pl. Ex 437 | 05/01/2023 | Pl. Ex 437 | 05/01/2023 | Notice of Violation Morris Lane House |
| Pl. Ex 439 | 04/25/2023 | Pl. Ex 439 | 04/25/2023 | Miami Motel Stories |
| Pl. Ex 442 | 05/08/2023 | Pl. Ex 442 | 05/08/2023 | Map of Library |

| Pl. Ex 443 | 04/24/2023 | Pl. Ex 443 | 04/24/2023 | Sanguich Grand Opening – Video |
|---|---|---|---|---|
| Pl. Ex 444 | 04/18/2023 | Pl. Ex 444 | 04/18/2023 | Picture of Mural |
| Pl. Ex 448 | 04/20/2023 | Pl. Ex 448 | 04/20/2023 | 2018 03 12 CCSG Letter from Complete Consulting Services Group to Omar Rojas, S.H. Valet Services Corp. |
| Pl. Ex 449 | 05/09/2023 | Pl. Ex 449 | 05/09/2023 | Ball & Chain - Pictures |
| Pl. Ex 453 | 05/08/2023 | Pl. Ex 453 | 05/08/2023 | Composite Ex -Microfilm Tower Hotel 2 (only page 10) pp. 1-2, 10-17 |
| Pl. Ex 456 | 05/08/2023 | Pl. Ex 456 | 05/08/2023 | Tower Hotel - 1450 SW 7 ST Previous Business Usage |
| Pl. Ex 457 | 05/12/2023 | Pl. Ex 457 | 05/12/2023 | Composite Ex -Microfilm Tower Hotel 1 |
| Pl. Ex 461 | 04/24/2023 | Pl. Ex 461 | 04/24/2023 | Letter from Devin Cejas (Zoning Administrator) re Sanguich 11/16/2017 |
| Pl. Ex 462 | 05/05/2023 | Pl. Ex 462 | 05/05/2023 | Christmas Party at Tower Hotel |
| Pl. Ex 464 | 05/05/2023 | Pl. Ex 464 | 05/05/2023 | Carollo's Code Violation - Citation No. 2017 - B208657 |
| Pl. Ex 465 | 05/08/2023 | Pl. Ex 465 | 05/08/2023 | Email from Martin Pinilla to Adele Valencia re Code Complaint 3230 Morris Lane 11/5/2020 |
|  |  |  |  |  |
| Pl. Ex 468 | 05/08/2023 | Pl. Ex 468 | 05/08/2023 | Rally - Notice of Violation to 1393 LLC 11/18/2017 |
| Pl. Ex 520 | 05/10/2023 | Pl. Ex 520 | 05/10/2023 | 2021 12 16 Raid in B&C - A. Del Bosque video |
| Pl. Ex 522 | 05/10/2023 | Pl. Ex 522 | 05/10/2023 | B. Fuller and City Employees at B&C |

| Pl. Ex 523 | 05/10/2023 | Pl. Ex 523 | 05/10/2023 | 2021 12 17 Police Presence at B&C |
|---|---|---|---|---|
| Pl. Ex 524 | 05/10/2023 | Pl. Ex 524 | 05/10/2023 | Raid at Taquerias - Video 1 |
| Pl. Ex 525 | 05/10/2023 | Pl. Ex 525 | 05/10/2023 | Raid at Taquerias - Video 2 |
| Pl. Ex 526 | 05/10/2023 | Pl. Ex 526 | 05/10/2023 | Raid at Taquerias - Video 3 |
| Pl. Ex 528 | 05/10/2023 | Pl. Ex 528 | 05/10/2023 | Police Shutdown Taquerias - Fuller - Rodriguez |
| Pl. Ex 529 | 05/10/2023 | Pl. Ex 529 | 05/10/2023 | Police Shutdown Taquerias - Video 2 |
| Pl. Ex 530 | 05/10/2023 | Pl. Ex 530 | 05/10/2023 | Police Shutdown Taquerias - Fuller & Franqui Video 3 |
| Pl. Ex 531 | 05/10/2023 | Pl. Ex 531 | 05/10/2023 | Police Shutdown Taquerias - Video 1 |
| Pl. Ex 539 | 05/02/2023 | Pl. Ex 539 | 05/02/2023 | Carollo playing The Godfather - Video of 10/14/2021 proceedings |
| Pl. Ex 540 | 05/10/2023 | Pl. Ex 540 | 05/10/2023 | Taquerias - Pictures |
| Pl. Ex 541 | 05/08/2023 | Pl. Ex 541 | 05/08/2023 | Composite - Pictures 4 |
| Pl. Ex 542 | 05/08/2023 | Pl. Ex 542 | 05/08/2023 | Tower Hotel Permit - Remodeling – Repairs Screenshots of Ibuild for 1450 SW 7 St |
| Pl. Ex 543 | 05/17/2023 | Pl. Ex 543 | 05/17/2023 | Email from R. Dooley to V. Mendez Sanguich de Miami BTR/ Documents 01/29/2018 |
| Pl. Ex 544 | 05/01/2023 | Pl. Ex 544 | 05/01/2023 | November 7, 2017 Election Results (1,818) |
| Pl. Ex 545 | 05/01/2023 | Pl. Ex 545 | 05/01/2023 | Section 106.1435, Florida Statutes Usage and removal of Political campaign advertisements |

| Pl. Ex 546 | 05/01/2023 | Pl. Ex 546 | 05/01/2023 | November 21, 2017 --Summary Results - Election Night Reporting (2,409 _Leon's 2,157) |
| Pl. Ex 548 | 05/08/2023 | Pl. Ex 548 | 05/08/2023 | Certificate canceling Order of the Unsafe Structures Panel Tower Hotel 7/27/2018 |
| Pl. Ex 549 | 05/30/2023 | Pl. Ex 549 | 05/30/2023 | Video of Art Noriega Measuring Distance from Taquerias |
| Pl. Ex 551 | 05/05/2023 | Pl. Ex 551 | 05/05/2023 | Ethics Complaint - Public Report and Final Order |
| Pl. Ex 553 | 05/08/2023 | Pl. Ex 553 | 05/08/2023 | Text between B. Fuller and M. Pinilla |
| Pl. Ex 566 | 05/05/2023 | Pl. Ex 566 | 05/05/2023 | DE 71 2019 03 08  Defendants' Joint Motion to Stay Discovery (w_Ex) |
| Pl. Ex 574 | 05/09/2023 | Pl. Ex 574 | 05/09/2023 | Little Havana Business Improvement District |
| Pl. Ex 577 | 05/05/2023 | Pl. Ex 577 | 05/05/2023 | 2020.10.10 2403_CITY00001564_MADROOM0068377 Email from Adel Valencia |
| Pl. Ex 578 | 05/05/2023 | Pl. Ex 578 | 05/05/2023 | City of Miami Code Political Signage N_CityOfMiamiCode_Political Signage_2015 |
| Pl. Ex 579 | 05/09/2023 | Pl. Ex 579 | 05/09/2023 | Bungalow in Little Havana - Pictures |
| Pl. Ex 582 | 05/10/2023 | Pl. Ex 582 | 05/10/2023 | 2018 09 27 09_MADROOM0615106 – Raid at Ball & Chain |
| Pl. Ex 583 | 05/10/2023 | Pl. Ex 583 | 05/10/2023 | 2018 09 28 10_MADROOM0615107– Raid at Ball & Chain |
| Pl. Ex 584 | 05/30/2023 | Pl. Ex 584 | 05/30/2023 | 2021 04 03 12_MADROOM0629569 Taquerias Raid  - Video |
| Pl. Ex 590 | 05/08/2023 | Pl. Ex 590 | 05/08/2023 | 2006 - Bill & Martin Picture |
| Pl. Ex 595 | 05/17/2023 | Pl. Ex 595 | 05/17/2023 | Video – House Demolition |

| Pl. Ex 600 | 05/15/2023 | Pl. Ex 600 | 05/15/2023 | 2020 05 27 MIA-SFED23485-00355995 |
|---|---|---|---|---|
| Pl. Ex 601 | 05/15/2023 | Pl. Ex 601 | 05/15/2023 | 601) 2020 05 27 Text MIA-SFED23485-00402492 |
| Pl. Ex 602 | 05/15/2023 | Pl. Ex 602 | 05/15/2023 | 602) Email from Rene Diaz re Copy of Fuller Properties 5/28/2020<br>EX 0001 Asael Marrero 081822 |
| Pl. Ex 603 | 05/15/2023 | Pl. Ex 603 | 05/15/2023 | 603) Email from Rene Diaz re Copy of Fuller Properties 6/04/2020<br>EX 0002 Asael Marrero 081822 |
| Pl. Ex 604 | 05/15/2023 | Pl. Ex 604 | 05/15/2023 | 604) Email from Rene Diaz re Properties spreadsheet<br>08/19/2020<br>EX 0003 Asael Marrero 081822 |
| Pl. Ex 607 | 05/15/2023 | Pl. Ex 607 | 05/15/2023 | 607) Email from Rene Diaz re Updated Documents<br>09/25/2020<br>EX 0008 Asael Marrero 081822 |
| Pl. Ex 608 | 05/15/2023 | Pl. Ex 608 | 05/15/2023 | 608) email from Asael Marrero to m. Pons re 1513 sw 8th st<br>10/08/2020<br>EX 0010 Asael Marrero 081822 |
| Pl. Ex 609 | 05/15/2023 | Pl. Ex 609 | 05/15/2023 | 609) Email from Ana Medina to Asael Marrero re BD19 – timeline of permits issued to Ball & chain<br>10/08/2020<br>EX 0017 Asael Marrero 081822 |
| Pl. Ex 610 | 05/15/2023 | Pl. Ex 610 | 05/15/2023 | 610)<br>Email frm J. Porfiri to M. Pons re Progress of Carollo Invvestigation<br>10/19/2020<br>EX 0019 Asael Marrero 081822 |
| Pl. Ex 611 | 05/15/2023 | Pl. Ex 611 | 05/15/2023 | 611)<br>Email from J. Porfiri to A. Marrero re Revised Final Report of Ball & Chain<br>10/22/2020<br>EX 0024 Asael Marrero 081822 |
| Pl. Ex 612 | 05/15/2023 | Pl. Ex 612 | 05/15/2023 | 612)<br>Email from A. Plasencia to Asael Marrero re 1513 sw 8th st – concerns that must be addressed re Balla & Chain<br>10/22/2020<br>EX 0025 Asael Marrero 081822 |
| Pl. Ex 613 | 05/15/2023 | Pl. Ex 613 | 05/15/2023 | 613)<br>Email from Asael Marrero re 1513 se 8th st Suspension of Certificate of Occupancy / Certificate of Use Revocation |

| | | | | |
|---|---|---|---|---|
| | | | | 10/22/2020<br>EX 0026 Asael Marrero 081822 |
| Pl. Ex 614 | 05/15/2023 | Pl. Ex 614 | 05/15/2023 | 614)<br>Email frm M. Pons to Asael Marrero re Ball &Chain Plans<br>11/30/2020<br>EX 0028 Asael Marrero 081822 |
| Pl. Ex 616 | 05/15/2023 | Pl. Ex 616 | 05/15/2023 | 616)<br>Email from Asael Marrero to R. dooley re MadRoom LLC d/b/a/ Ball &chain<br>11/13/2020<br>EX 0031 Asael Marrero 081822 |
| Pl. Ex 620 | 05/15/2023 | Pl. Ex 620 | 05/15/2023 | 620) 2020 10 22 City Commission - Public Agenda-2400 |
| Pl. Ex 627 | 05/15/2023 | Pl. Ex 627 | 05/15/2023 | 627) 2018 02 18 Email from Daniel Sierra re Sanguich 009_MADROOM0151623 |
| Pl. Ex 631 | 05/17/2023 | Pl. Ex 631 | 05/17/2023 | Composite re Taquerias - Inspections by Yacmany Salvatierra |
| Pl. Ex 635 | 05/17/2023 | Pl. Ex 635 | 05/17/2023 | Email from R. Dooley<br>Re Los Altos 521 Sw 8th Street<br>05/14/2021 |
| Pl. Ex 636 | 05/17/2023 | Pl. Ex 636 | 05/17/2023 | Email from R. Dooley<br>Re Taquerias El Mexicano Parking Requirements<br>02/10/2021 |
| Pl. Ex 637 | 05/17/2023 | Pl. Ex 637 | 05/17/2023 | Email from V. Mendez<br>Re Taquerias El Mexicano Parking Requirements<br>12/28/2020 |
| Pl. Ex 643 | 05/30/2023 | Pl. Ex 643 | 05/30/2023 | 2021 01 14 Commision Meeting Carollo Clip |
| Pl. Ex 660 | 05/17/2023 | Pl. Ex 660 | 05/17/2023 | Email from V. Mendez to R. Dooley<br>Re Code Violations Update<br>03/07/2019 |
| Pl. Ex 661 | 05/17/2023 | Pl. Ex 661 | 05/17/2023 | Email from R. Dooley<br>Re Meeting to Discuss 513 SW 8 ST & 521 SW 8 ST. Admin Warrant<br>03/01/2019 |
| Pl. Ex 662 | 05/17/2023 | Pl. Ex 662 | 05/17/2023 | Email from Domini Gibbs to R. Dooley<br>Re Meeting to Discuss 513 SW 8 ST & 521 SW 8 ST. Admin Warrant<br>03/01/2019 |

| Pl. Ex 663 | 05/17/2023 | Pl. Ex 663 | 05/17/2023 | Email from R. Dooley to V. Mendez Re Inspection Meeting 03/05/2019 |
|---|---|---|---|---|
| Pl. Ex 666 | 05/16/2023 | Pl. Ex 666 | 05/16/2023 | Email from D. Goldberg re Urgent Request - the city attorney needs list of all code sections in the Fuller complaint. 10/15/2018 |
| Pl. Ex 674 | 05/17/2023 | Pl. Ex 674 | 05/17/2023 | Folder shared by R. Dooley Re 521 SW 8 street body cam footage 04/14/2021 |
| Pl. Ex 675 | 05/16/2023 | Pl. Ex 675 | 05/16/2023 | Email from Victoria Mendez re Speakeasy Access to R. Dooley 05/11/2021 |
| Pl. Ex 677 | 05/16/2023 | Pl. Ex 677 | 05/16/2023 | Email Invitation re Ball & Chain from Goldberg to V. Mendez 05/18/2021 |
| Pl. Ex 681 | 05/16/2023 | Pl. Ex 681 | 05/16/2023 | 2016 05 24 Text to Mary Lugo |
| Pl. Ex 683 | 05/17/2023 | Pl. Ex 683 | 05/17/2023 | Email Re More violations from Heart Nightclub on 11th Street 2/19/2018 |
| Pl. Ex 684 | 05/16/2023 | Pl. Ex 684 | 05/16/2023 | Email from Victoria Mendez re Memo from Adele Valencia – Legal Service Request 02/21/2019 |
| Pl. Ex 693 | 05/17/2023 | Pl. Ex 693 | 05/17/2023 | Email from V. Mendez re Planning and Zoning approvals for all permits warrants, etc. 04/14/2018 |
| Pl. Ex 701 | 05/17/2023 | Pl. Ex 701 | 05/17/2023 | Email from R. Dooley to Barnaby Min re 18-427 Viernes Cultutrales |
| Pl. Ex 704 | 05/17/2023 | Pl. Ex 704 | 05/17/2023 | Email from R. Dooley RE: Taqueira El Mexicano - Business Video / Pending Emergency Motion 08/24/2021 |
| Pl. Ex 720 | 05/30/2023 | Pl. Ex 720 | 05/30/2023 | 22 Oct 2020 email chain, Mendez to Noriega |
| Pl. Ex 721 | 05/30/2023 | Pl. Ex 721 | 05/30/2023 | Ordinance 13941 |
| Pl. Ex 722 | 05/30/2023 | Pl. Ex 722 | 05/30/2023 | Text Message Art Noriega with Manny Morales |

| Pl. Ex 725 | 05/30/2023 | Pl. Ex 725 | 05/30/2023 | 29 Dec 2020 Email chain Arto Noriega – Adele Valencia |
|---|---|---|---|---|
| Pl. Ex 726 | 05/30/2023 | Pl. Ex 726 | 05/30/2023 | 14 Dec 2020 Email chain Fernandez-Stiers to A. Noriega |
| Pl. Ex 732 | 05/17/2023 | Pl. Ex 732 | 05/17/2023 | Email from R. Dooley re Public Records Request Mad Room dba Ball and Chain et al. 1501 / 1513 SW 8 ST, Miami, Florida 06/03/2020 |
| Pl. Ex 736 | 05/30/2023 | Pl. Ex 736 | 05/30/2023 | April 22, 2021 Meeting - Video |
| Pl. Ex 738 | 05/30/2023 | Pl. Ex 738 | 05/30/2023 | Podcast - Leadership with Art Noriega "Be a goldfish" - Video |
| DX-03 | 05/16/2023 | DX-03 | 05/16/2023 | Defendants' Motion to Dismiss 11/9/2020. **Pages  40, 44-48 only** |
| DX-05 | 05/12/2023 | DX-05 | 05/12/2023 | Repair or Demolish First Notice 06/05/12 |
| DX-06 | 05/12/2023 | DX-06 | 05/12/2023 | Stop Work Order as to 1450 SW 7th Street, with 6/25/2012 photos 06/25/12 |
| DX-09 | 04/25/2023 | DX-09 | 04/25/2023 | Stop Work Order as to 1450 SW 7th Street with 1/8/2018 photos - 01/08/18 **Pages 9, 32, 48, 50, 51, 54** |
| DX-9 | 05/11/2023 05/12/2023 | DX-09 | 05/11/2023 05/12/2023 | Stop Work Order as to 1450 SW 7 Street with 1/8/2018 and 1/9/2018 photos All pages |
| DX-10 | 05/08/2023 | DX-10 | 05/08/2023 | Order of the Unsafe Structures Panel to Repair or Demolish Unsafe Structure, 1450 SW 7 St, Unsafe Structures Case #BB2012010271 - 02/23/18 |
| DX-11 | 04/18/2023 | DX-11 | 04/18/2023 | Compliance Agreement as to 1450 SW 7th Street, Unsafe Structures - 07/23/18 |
| DX-13 | 04/24/2023 | DX-13 | 04/24/2023 | City of Miami's Petition for Injunctive Relief with exhibits - 03/8/18 **Only exhibits attached to the document.** |
| DX-16 | 04/19/2023 | DX-16 | 04/19/2023 | Notice of Violation as to 1380 SW 8th Street, Calle Ocho Marketplace - 05/22/17 |

| DX-21 | 05/15/2023 | DX-21 | 05/15/2023 | Noise complaints as to Ball & Chain, Plaintiffs' nightclub (pages 32 & 33 only) |
|---|---|---|---|---|
| DX-22 | 05/11/2023 | DX-22 | 05/11/2023 | Transcript of radio program of Raul Martinez and Ronald Acha interview with William Fuller - 09/10/18 |
| DX-24 | 05/16/2023 | DX-24 | 05/16/2023 | Compliance Agreement 1460 SW 7 St, Unsafe Structures Case #BB2018000468 dated 7/23/2018; and Compliance Agreement 1460 SW 7 St, Unsafe Structures Case #BB2020012200 dated 10/12/2021 |
| DX-25 | 04/20/2023 | DX-25 | 04/20/2023 | Offstreet Parking Guides and Standards found in Public Works |
| DX-24 | 05/16/2023 | DX-24 | 05/16/2023 | Compliance Agreement dated July 23, 2018 as to 1460 SW 7th Street, Unsafe Structures |
| DX-28 | 05/09/2023 | DX-28 | 05/09/2023 | Composite Exhibit as to 1378 SW 8th Street (Folio 01-4111-014-0170) - Multi Dates |
| DX-29 | 05/15/2023 | DX-29 | 05/15/2023 | Composite Exhibit as to 300 SW 12th Avenue (Folio No. 01-4102-006-3850) - Multi Dates |
| DX-30 | 05/17/2023 | DX-30 | 05/17/2023 | Composite Exhibit as to 439 NW 4th Avenue (Folio No. 01-0107-040-1090) - Multi Dates |
| DX-32 | 04/11/2023 | DX-32 | 04/11/2023 | Composite Exhibit of City records as to 1460 SW 7th Street |
| DX-33 | 05/15/2023 | DX-33 | 05/15/2023 | Composite Exhibit as to 1444 SW 7th Street (Folio No. 01-4102-006-6260) - Multi Dates |
| DX-34 | 05/15/2023 | DX-34 | 05/15/2023 | Composite Exhibit as to 1558 SW 7th Street, 1568 SW 7th Street (Folio No. 01-4102-006-6130) |
| DX-37 | 04/11/2023 | DX-37 | 04/11/2023 | Composite Exhibit of City records as to 827 SW 14th Avenue |
| DX-39 | 04/19/2023 | DX-39 | 04/19/2023 | Composite Exhibit of City records as to 1501 SW 8th Street (Folio No. 01-4102-006-6210) - Multi Dates |
| DX-41 | 05/15/2023 | DX-41 | 05/15/2023 | Composite Exhibit as to 1549 SW 8th Street (Folio 01-4102-006-6170) - Multi Dates |
| DX-43 | 05/15/2023 | DX-43 | 05/15/2023 | Composite Exhibit as to 1247 SW 4th Street - Folio 01-4102-006-3970 - Multi Dates |

| DX-45 | 05/02/2023 | DX-45 | 05/02/2023 | 1378 SW 8th Street Violation Date, First Inspection - 2/9/2018<br>**Only page 11** |
|---|---|---|---|---|
| DX-63 | 05/08/2023 | DX-63 | 05/08/2023 | 1450 SW 7th Street Repair or Demolish - First Notice; Unsafe Structures - 6/5/2012 |
| DX-64 | 05/08/2023 | DX-64 | 05/08/2023 | 1450 SW 7th Street Stop Work Order - 6/25/2012 |
| DX-65 | 05/08/2023 | DX-65 | 05/08/2023 | 1450 SW 7th Street Repair or Demolish, Final Notice; Unpermitted Work - 8/24/2014 Pages 08, 12 & 24 |
| DX-66 | 04/11/2023 | DX-66 | 04/11/2023 | Composite Exhibit of City records as to 1450 SW 7th Street 1-8-2018 Stop Work Order; Unpermitted Work; Unsafe Structure |
| DX-67 | 05/11/2023 | DX-67 | 05/11/2023 | 1450 SW 7th Street 1-22-2018 Notice of Hearing before Unsafe Structures Panel |
| DX-68 | 05/08/2023 | DX-68 | 05/08/2023 | 1450 SW 7th Street Order of the Unsafe Structures Panel, Unsafe Structures Case #B2012010271 - 2/23/2018 |
| DX-69 | 05/08/2023 | DX-69 | 05/08/2023 | 1450 SW 7th Street Compliance Agreement- 7/23/2018 |
| DX-70 | 05/09/2023 | DX-70 | 05/09/2023 | 1460 SW 7th Street Repair or Demolish, First Notice; Unsafe Structures - 1/9/2018 |
| DX-71 | 05/11/2023 | DX-71 | 05/11/2023 | 1460 SW 7th Street Notice of Hearing Unsafe Struct Panel for Hearing on 2-23-2018 - 1/22/2018 |
| DX-72 | 05/11/2023 | DX-72 | 05/11/2023 | 1460 SW 7th Street Notice of Unsafe Structure Violation - 2/13/2018 |
| DX-73 | 04/18/2028 | DX-73 | 04/18/2028 | Compliance Agreement for 1460 SW 7th Street, Notice of Unsafe Structure Violation - 7/23/2018 |
| DX-74 | 05/09/2023 | DX-74 | 05/09/2023 | 1460 SW 7th Street 7-2-2020 Notice of Violation; Unpermitted Work- 7/2/2020 |
| DX-75 | 05/11/2023 | DX-75 | 05/11/2023 | 1460 SW 7th Street Final Notice - Repair or Demolish; Unpermitted work - 10/5/2020 |
| DX-76 | 05/11/2023 | DX-76 | 05/11/2023 | 1460 SW 7th Street Notice of Hearing before Unsafe Structures Panel - 10/19/2020 |
| DX-77 | 05/11/2023 | DX-77 | 05/11/2023 | 1460 SW 7th Street Order of the Unsafe Structures Panel, Case #BB2020012200 - 11/20/2020 |

| DX-78 | 05/09/2023 | DX-78 | 05/09/2023 | 1460 SW 7th Street 10-12-2021 Compliance Agreement - 10/12/2021 |
|---|---|---|---|---|
| DX-79 | 05/11/2023 | DX-79 | 05/11/2023 | 1444 SW 7th Street Repair or Demolish - First Notice; Unsafe Structures - 1/9/2018 |
| DX-80 | 05/09/2023 | DX-80 | 05/09/2023 | 1444 SW 7th Street Compliance Agreement- 7/23/2018 |
| DX-89 | 05/17/2023 | DX-89 | 05/17/2023 | 2614 SW 8th Street, Compliance Agreement - 9/11/2021 |
| DX-90 | 05/17/2023 | DX-90 | 05/17/2023 | 2614 SW 8th Street, Compliance Agreement - 2/4/2022 |
| DX-98 | 05/15/2023 | DX-98 | 05/15/2023 | 1501 SW 8th Street, First Inspection; Violation Date; Construction work Completed without a permit - 3/27/2019 |
| DX-100 | 04/19/2023 | DX-100 | 04/19/2023 | Composite Exhibit of City records as to 1501 SW 8th Street 3-26-2021 First Inspection; Unsafe Structure; Permits Required - 3/26/2021 |
| DX-101 | 05/11/2023 | DX-101 | 05/11/2023 | 1501 SW 8th Street First Notice - 3/29/2021 |
| DX-111 | 05/17/2023 | DX-111 | 05/17/2023 | 1521 SW 8th Street Compliance Agreement- 1/20/2022 |
| DX-125 | 04/21/2023 | DX-125 | 04/21/2023 | Email from Bill Fuller to Emilio Gonzalez re 1641 SW 8 Street // Sanguich - 2/26/2018 |
| DX-126 | 05/08/2023 | DX-126 | 05/08/2023 | MDCOE Complaint Form - 3/12/2018 |
| DX-142 | 04/26/2023 | DX-142 | 04/26/2023 | Email from Tanjha Quintana to Cristina Perez RE: Ball and Chain "Its too much." 2/28/2019 |
| DX-150 | 05/16/2023 | DX-150 | 05/16/2023 | Miro texts with rally pics |
| DX-153 | 05/05/2023 | DX-153 | 05/05/2023 | Cristina Perez email to Joe Carollo re Against Bar next to our ALF with attachment - 9/2/2020 |
| DX-167 | 05/17/2023 | DX-167 | 05/17/2023 | Emails re Sanguich with attachments |

| DX-186 | 05/08/2023 | DX-186 | 05/08/2023 | Campaign Treasurer's Report - CTR.R2-1 |
|---|---|---|---|---|
| DX-193 | 04/21/2023 | DX-193 | 04/21/2023 | Email from Steven Miro to Joe Carollo re: Article (possible sites for stadium) (Soccer in the suburbs? Beckham group is looking beyond Miami for its stadium site) - 3/21/2018 |
| DX-194 | 04/21/2023 | DX-194 | 04/21/2023 | Email from Steven Miro to Joe Carollo re: Article good one (Beckham tours Overtown as new wrinkle emerges in stadium plan: affordable housing) – 3/2/2018 |
| DX-195 | 04/21/2023 | DX-195 | 04/21/2023 | Email from Steven Miro to Joe Carollo re: Article on Beckham stadium (Beckham's Miami soccer team has been a dream for years. The reality may be days away) – 1/15/2018 |
| DX-220 | 04/21/2023 | DX-220 | 04/21/2023 | Email from Steven Miro to Joe Carollo re: Derek Jeter business plan (Derek Jeter business plan projects big profits and spike in Marlins attendance) – 1/2/2018 |
| DX-230 | 04/21/2023 | DX-230 | 04/21/2023 | Email from Steven Miro to Joe Carollo re: FW: Formula 1 Presentation – 5/9/2018 |
| DX-270 | 04/20/2023 | DX-270 | 04/20/2023 | Image 9665 - Photo of Property/ Parking cars on church lawn |
| DX-271 | 04/20/2023 | DX-271 | 04/20/2023 | Image 9666 - Photo of Property/ Parking cars on church lawn |
| DX-272 | 04/20/2023 | DX-272 | 04/20/2023 | Image 9667 – Photo of Property/ Parking cars on church lawn |
| DX-274 | 04/20/2023 | DX-274 | 04/20/2023 | Image 9669 – Photo of Property/ Parking cars on church lawn |
| DX-275 | 04/20/2023 | DX-275 | 04/20/2023 | Video 9675 - Video of Property / Parking cars on church lawn |
| DX-276 | 04/20/2023 | DX-276 | 04/20/2023 | Image 9677 – Photo of Property/ Parking cars on church lawn |
| DX-278 | 04/20/2023 | DX-278 | 04/20/2023 | Image 9679 – Photo of Property/Parking cars on church lawn |

| DX-295 | 04/21/2023 | DX-295 | 04/21/2023 | Email from Steven Miro to smiro@countywidepi.com re: Fwd: Keeping Current, Jose Marti Park Project: Thank You! with Attachment – 3/16/2018 |
|--------|-----------|--------|-----------|--------------------------------------|
| DX-324 | 05/02/2023 | DX-324 | 05/02/2023 | Picture of Christmas Party-1 |
| DX-325 | 05/02/2023 | DX-325 | 05/02/2023 | Picture of Christmas Party-2 |
| DX-326 | 05/16/2023 | DX-326 | 05/16/2023 | Picture of Christmas Party-3 |
| DX-327 | 05/16/2023 | DX-327 | 05/16/2023 | Picture of Christmas Party-4 |
| DX-330 | 04/11/2023 | DX-330 | 04/11/2023 | 2018.08.07 Letter from City Mgr. Emilio T. Gonzalez Ph.D |
| DX-331 | 04/11/2023 | DX-331 | 04/11/2023 | 2018.08.22 Emilio Gonzalez Twitter post |
| DX-332 | 04/25/2023 | DX-332 | 04/25/2023 | Video 1 - 10/2/2018 |
| DX-333 | 04/25/2023 | DX-333 | 04/25/2023 | Video 2 – Zach Bush, Commissioner Carollo |
| DX-338 | 04/18/2023 | DX-338 | 04/18/2023 | 4899 Submittal-Commissioner Joe Carollo-Presentation Photos – submitted into the Public Record 2/14/2019 |
| DX-360 | 04/25/2023 | DX-360 | 04/25/2023 | Video - Commission Meeting - 2/14/2019 |
| DX-384 | 04/21/2023 | DX-384 | 04/21/2023 | Pitbull Post - 11/28/2018 |
| DX-387 | 04/21/2023 | DX-387 | 04/21/2023 | Text Steven Miro – 2/18/2018 |
| DX-396 | 05/08/2023 | DX-396 | 05/08/2023 | 1450 SW 7 St. Tower Hotel Permit Application |
| DX-398 | 05/09/2023 | DX-398 | 05/09/2023 | 1460 SW 7 St. Permit Application 8/2/2018 |

| DX-408 | 04/20/2023 | DX-408 | 04/20/2023 | Email from Anthony Barcena to Jose Suarez forwarding email from Franklin Laso to Anthony Barcena re Little Havana and East Brickell area Parking Surcharge Compliance - 4/20/2018 |
|--------|------------|--------|------------|---|
| DX-417 | 04/19/2023 | DX-417 | 04/19/2023 | Richard Blom Texts MX-M266N_20230322 - 184948 |
| DX-421 | 04/20/2023 | DX-421 | 04/20/2023 | S.H. Valet Service Corp. Valet Permit Application January – June 2018 (29 pages) |
| DX-427 | 04/20/2023 | DX-427 | 04/20/2023 | Cars parked on Church lawn  Photo 2 - 2/18/2018 |
| DX-452 | 05/16/2023 | DX-452 | 05/16/2023 | Church Parking Lot 1 |
| DX-453 | 05/16/2023 | DX-691 | 05/12/2023 | FL Building Code (2017) Chapter 1 |
| DX-465 | 05/16/2023 | DX-694 | 05/15/2023 | 521 SW 8 St - 11.01.2019 Notice of Violation  5428 Fuller |
| DX-472 | 04/20/2023 | DX-472 | 04/20/2023 | S.H. Valet Parking 9 - Church left side facing - West side - where S.H. Valet was parking |
| DX-474 | 04/20/2023 | DX-474 | 04/20/2023 | S.H. Valet Parking 11 - North side of Church where S.H. valet was parking in residential neighborhood |
| DX-476 | 04/20/2023 | DX-476 | 04/20/2023 | S.H. Valet Parking 13 - Church where S.H. Valet was primarily parking the cars in residential neighborhood |
| DX-478 | 04/20/2023 | DX-478 | 04/20/2023 | S.H. Valet Parking 15 - Next to Church residential neighborhood |
| DX-482 | 05/15/2023 | DX-482 | 05/15/2023 | 300 SW 12 Ave El Shopping LLC-1 |
| DX-483 | 05/15/2023 | DX-483 | 05/15/2023 | 300 SW 12 Ave El Shopping LLC-2 |
| DX-484 | 05/15/2023 | DX-484 | 05/15/2023 | 300 SW 12 Ave El Shopping LLC-3 |

| DX-485 | 05/15/2023 | DX-485 | 05/15/2023 | 300 SW 12 Ave El Shopping LLC-4 |
|---|---|---|---|---|
| DX-486 | 05/15/2023 | DX-486 | 05/15/2023 | 300 SW 12 Ave El Shopping LLC-5 |
| DX-487 | 05/15/2023 | DX-487 | 05/15/2023 | 300 SW 12 Ave El Shopping LLC-6 |
| DX-573 | 05/15/2023 | DX-573 | 05/15/2023 | 1501/1513 SW 8 St, Ball & Chain, Unsafe Structures Case #BB2021005979 Raul Ramos Photos re fire - 3.26.2021 |
| DX-578 | 05/15/2023 | DX-578 | 05/15/2023 | Photos - 521 SW 8 Street T - 0 1 |
| DX-579 | 05/15/2023 | DX-579 | 05/15/2023 | Photos - 521 SW 8 S Unsafe Structures Case #2020021547 |
| DX-587 | 05/11/2023 | DX-587 | 05/11/2023 | Photos -1501/1513 SW 8 Street, Ball & Chain- 4.10.2019 |
| DX-591 | 05/03/2023 | DX-591 | 05/03/2023 | Video of Commissioner walking tour with City personnel 3/2018 **Admitted without sound.** |
| DX-593 | 04/19/2023 | DX-593 | 04/19/2023 | Email from Fernando Casamayor to Richard Blom re: FW: Information from Elected Officials Office – 4/24/2018 EX 0001 Joseph Napoli - 091622 |
| DX-598 | 05/05/2023 | DX-598 | 05/05/2023 | Email re Ball and Chain "its too much" Mayor and City Manager - 3/1/2019 Ortiz Petit e391292 - ex26 |
| DX-603 | 05/15/2023 | DX-603 | 05/15/2023 | Notices re 1547 SW 8 Street, Unsafe Structures Case #BB2022001843 Unsafe Structures Violation – First Notice 4/12/2022; Notice of Unsafe Structure Violation 9/28/2022; Notice of Hearing Unsafe Structures Panel 11/3/2022 |
| DX-604 | 05/15/2023 | DX-604 | 05/15/2023 | Recorded  Order of The Unsafe Structures Panel, 1547 SW 8 St - 12.9.22 |
| DX-620 | 05/11/2023 | DX-620 | 05/11/2023 | 2017.11.02 426 Bill Fuller to C Herrera |

| DX-621 | 05/11/2023 | DX-621 | 05/11/2023 | 2017.10.16 1029 Bill Fuller to C Herrera |
|--------|------------|--------|------------|-------------------------------------------|
| DX-626 | 05/11/2023 | DX-626 | 05/11/2023 | 2012.06.06 753 Pablo Canton to Bill Fuller |
| DX-627 | 05/11/2023 | DX-627 | 05/11/2023 | 2012.06.06 1225 Pablo Canton to Bill Fuller |
| DX-628 | 05/11/2023 | DX-628 | 05/11/2023 | 2012.06.06 1224 Pablo Canton to Bill Fuller |
| DX-630 | 05/16/2023 | DX-630 | 05/16/2023 | 1380 SW 8 Street - Alcohol Reservation Letter - DDCD - PZ-21-10195 to Matt Malone, Destileria Caneco, LLC from City of Miami Zoning Director, Daniel Goldberg |
| DX-632 | 05/11/2023 | DX-632 | 05/11/2023 | 1380 SW 8 Street Permit Application |
| DX-641 | 04/20/2023 | DX-641 | 04/20/2023 | S.H. Valet Service Corp. Valet Permit Application (41 pages) |
| DX-643 | 04/19/2023 | DX-643 | 04/19/2023 | Letter from City of Miami Dan Goldberg to Matt Malone re 1380 SW Street 5/12/2021 |
| DX-644 | 04/25/2023 | DX-644 | 04/25/2023 | Notice of Violation – 1513 SW 8 Street 03/12/2019 |
| DX-645 | 04/25/2023 | DX-645 | 04/25/2023 | Notice of Violation – 521 SW 8 Street 03/28/2019 |
| DX-646 | 04/25/2023 | DX-646 | 04/25/2023 | Notice of Violation – 1501 SW 8 Street 07/13/2019 |
| DX-647 | 04/20/2023 | DX-647 | 04/20/2023 | Miami, FL Code of Ordinances, Article IX - Valet Parking |
| DX-648 | 04/20/2023 | DX-648 | 04/20/2023 | Miami, FL Code of Ordinances, Article X – Parking Facilities Surcharge |
| DX-649 | 04/25/2023 | DX-649 | 04/25/2023 | Aerial of Ball & Chain |
| DX-650 | 05/05/2023 | DX-650 | 05/05/2023 | Commission Meeting Minutes 10/11/2018 excerpt re service of process |

| DX-651 | 05/02/2023 | DX-651 | 05/02/2023 | Picture of Sanguich.<br>**Only pages 2, 3, 4.** |
|---|---|---|---|---|
| DX-652 | 05/12/2023 | DX-652 | 05/12/2023 | Miami FL Code of Ordinances 10-101 Section 10-101, Unsafe structures and unsafe structures panel |
| DX-654 | 05/11/2023 | DX-654 | 05/11/2023 | 6.3.2017 1501 SW 8 St noise company |
| DX-656 | 05/11/2023 | DX-656 | 05/11/2023 | 6.10.2017 1501 SW 8 St noise company |
| DX-658 | 05/11/2023 | DX-658 | 05/11/2023 | 6.11.2017 1501 SW 8 St noise company |
| DX-660 | 05/11/2023 | DX-660 | 05/11/2023 | 7.2.2017 1501 SW 8 St noise company |
| DX-662 | 05/11/2023 | DX-662 | 05/11/2023 | 2.20.2018 1501 SW 8 St noise company |
| DX-669 | 05/05/2023 | DX-669 | 05/05/2023 | Video of 10/11/2018 Commission Meeting – clips |
| DX-670 | 05/11/2023 | DX-670 | 05/11/2023 | City records re 521 SW 8 St |
| DX-702 | 05/10/2023 | DX-702 | 05/10/2023 | Picture of Dennis Uriarte |
| DX-706 | 05/11/2023 | DX-706 | 05/11/2023 | Operation Dry Hour 8/20/2021 |
| DX-715 | 05/15/2023 | DX-715 | 05/15/2023 | Ball & Chain Cityview 4/10/2019 |
| DX-716 | 05/15/2023 | DX-716 | 05/15/2023 | 521 SW 8 St, Notice and pictures 9/15/2021 |
| DX-718 | 05/15/2023 | DX-718 | 05/15/2023 | 3/26/2021 photos 521 SW 8 St |
| DX-719 | 05/15/2023 | DX-719 | 05/15/2023 | 3/28/2021 Notice of Violation 1513 SW 8 St |

| DX-721 | 05/16/2023 | DX-721 | 05/16/2023 | 8/3/2021 email with Unsafe Structures Orders<br>Dan Goldberg Dep Ex 3 |
|--------|-----------|--------|-----------|-------------------------------------------|
| DX-723 | 05/16/2023 | DX-723 | 05/16/2023 | 11/2/2020 Email with attachments<br>Dan Goldberg Dep Ex 7 |
| DX-724 | 05/16/2023 | DX-724 | 05/16/2023 | 11/21/2020 Email<br>Dan Goldberg Dep Ex 8 |
| DX-726 | 05/16/2023 | DX-726 | 05/16/2023 | Church lot Aerial – demonstrative moved into evidence |

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Wynwood, Florida 33127
Telephone: (305) 297-1878

By: */s/ Jeffrey Gutchess*
Jeffrey W. Gutchess Esq. (FBN 702641)
jeff@axslawgroup.com
eservice@axslawgroup.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on counsel of record of in this action on this 30th day of June 2023.

By: */s/ Jeffrey Gutchess*

Jeffrey W. Gutchess Esq.