| Date: | Wed, 29 Aug 2018 4:19:51 AM -0400 |
|---|---|
| Subject: | Fwd: Public Records Request |
| From: | Min, Barnaby <bmin@miamigov.com> |
| To: | PublicRecords <PublicRecords@miamigov.com>; |
| Attachments: | image001.gif; ATT00001.htm; 1728 SW 8 ST and 1513 SW 8 ST  Occupant Load Certificates.pdf; ATT00002.htm |

Barnaby L. Min
Deputy City Attorney
City of Miami

Get Outlook for Android

**From:** Mendez, Victoria
**Sent:** Wednesday, August 29, 2018 3:36:39 AM
**To:** Min, Barnaby
**Subject:** Fwd: Public Records Request

**Victoria Méndez, City Attorney**

Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**
Begin forwarded message:

> **From:** "Plasencia, Adrian" <APlasencia@miamigov.com>
> **Date:** August 28, 2018 at 4:18:36 PM EDT
> **To:** "Carollo, Joe (Commissioner)" <JCarollo@miamigov.com>
> **Cc:** "Gonzalez, Emilio T." <ETGonzalez@miamigov.com>, "Napoli, Joe" <JNapoli@miamigov.com>,
> "Blom, Richard" <RBlom@miamigov.com>, "Barcena, Anthony" <ABarcena@miamigov.com>,
> "Suarez, Jose" <JosSuarez@miamigov.com>, "Mendez, Victoria" <VMendez@miamigov.com>,
> "Garcia, Eloy" <elgarcia@miamigov.com>, "Zahralban, Joseph (Joe)" <JZahralban@miamigov.com>
> **Subject: RE: Public Records Request**

PLAINTIFF'S
EXHIBIT

**63**

Good afternoon Commissioner Carollo,

I have listed below the occupant loads for two of the three requested addresses, as well as provided copies of the occupant load certificates attached.  At this time we do not have an occupant load in our files for the structure located at 1465 SW 8 ST and there is not an occupant load certificate posted at the structure.  A plans reviewer and fire inspector visited the structure earlier today and informed ownership of the documentation they must expeditiously provide to acquire an occupant load certificate. Once the occupant load for the aforementioned address is determined I will immediately provide you with the information.

**EXHIBIT**

tables

2|

MIA-SFED23485-00332424

- 1728 SW 8 St.
  - ○ Occupant Load - 201
- 1513 SW 8 St.
  - ○ Occupant Load - Inside 225
  - ○ Occupant Load - Outside 253

Please let me know if you would like any additional information or if I can be of any further assistance.

Regards,

**Adrian Plasencia, MPA**
Assistant Fire Chief/Fire Marshal
City of Miami Fire Rescue

Office: 305 416-1678 / Fax: 305 416-1665 / e-mail: Aplasencia@miamigov.com

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers

**From:** Zahralban, Joseph (Joe)
**Sent:** Tuesday, August 28, 2018 12:00 PM
**To:** Carollo, Joe (Commissioner) <JCarollo@miamigov.com >
**Cc:** Plasencia, Adrian <APlasencia@miamigov.com >; Gonzalez, Emilio T. < ETGonzalez@miamigov.com >; Napoli, Joe <JNapoli@miamigov.com >; Blom, Richard < RBlom@miamigov.com >; Barcena, Anthony <ABarcena@miamigov.com >; Suarez, Jose < JosSuarez@miamigov.com >; Mendez, Victoria <VMendez@miamigov.com >; Garcia, Eloy < elgarcia@miamigov.com >
**Subject:** Re: Public Records Request

Commissioner,

We will provide the information expeditiously.

Joseph Zahralban, Fire Chief

City of Miami

Department of Fire-Rescue

On Aug 28, 2018, at 11:15 AM, Carollo, Joe (Commissioner) <JCarollo@miamigov.com > wrote:

MIA-SFED23485-00332426

Assistant Chief Plasencia,

Could you please assist with the following?

Pursuant to Article I, section 24 of the Florida Constitution, and chapter 119, F.S., I am requesting the maximum occupancy to the date for the following locations:

- 1728 SW 8 St.

- 1513 SW 8 St.

- 1465 SW 8 St.

Should my request be denied, or any part of this request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by s. 119.07(1)(d), F.S.

If you have any questions in the interim, you may contact me at 305.250.5380 or any of my executive staff members.

Respectfully,

Joe Carollo

Commissioner | District 3

3500 Pan American Drive | Miami, FL.
T: 305.250.5380 | F: 305.250.5386
E: jcarollo@miamigov.com

MIA-SFED23485-00332427

MIA-SFED23485-00332428

# OCCUPANT LOAD



The occupant load of this business establishment has been set by the Fire Marshal of the City of Miami by the authority of Section 1:20.1.5.10.3 of the Florida Fire Prevention Code.

**\*\* *MAXIMUM EXTERIOR LOAD* = 253 \*\***

| Ball & Chain | Occupancy Load 1513 SW 8 Street, Miami FL 33135 |
|---|---|
| Business Name | Address |
| Date Issued: 8/19/16 | |
| Date | Fire Marshall |



OCCUPANT LOAD

The occupant load of this business establishment has been set by the Fire Marshal of the City of Miami by the authority of Section 1-20.1.5.10.3 of the Florida Fire Prevention Code.

** MAXIMUM INTERIOR LOAD = 225 **

Ball & Chain
Business Name

Date Issued: 8/19/16
Date

Occupancy Load

151 SW 8 Street, Miami FL 33135
Address

Fire Marshal

# OCCUPANT LOAD



The occupant load of this business establishment has been set by the Fire Marshal of the City of Miami by the authority of Section 3-1.4.2 of the Florida Fire Prevention Code.

-201-

Occupancy Load

WET BAR      1724/1728 SW 8 St

Business Name        Address

February 18, 2011

Date                               Fire Marshal

MIA-SFED23485-00332430

Message

| | |
|---|---|
| **From**: | Brown, Richara E. [rebrown@miamigov.com] |
| **Sent**: | 8/31/2018 1:15:45 PM |
| **To**: | Suarez, Jose [JosSuarez@miamigov.com] |
| **CC**: | PublicRecords [PublicRecords@miamigov.com]; Paschal, Erica [EPaschal@miamigov.com]; Coley, Jacqueline [jcoley@miamigov.com]; Charles, Loramise [LoCharles@miamigov.com]; McCray, Edith [EMcCray@miamigov.com]; Napoli, Joe [JNapoli@miamigov.com]; Gonzalez, Emilio T. [ETGonzalez@miamigov.com]; Mendez, Victoria [VMendez@miamigov.com]; Blom, Richard [RBlom@miamigov.com]; Barcena, Anthony [ABarcena@miamigov.com]; Camero, Jose [jcamero@miamigov.com]; Carollo, Joe (Commissioner) [JCarollo@miamigov.com]; Pons, Maurice [MPons@miamigov.com] |
| **Subject**: | RE: Public Records Request |
| **Attachments**: | Copy of Businesses by Zip Code 33135 (District 3).revised.xls |



Good afternoon Jose:

Thank you for your response.  The information requested was included in the original document, however, it was filtered to narrow down the data.  I've removed the filter so that you may review the business names and corresponding addresses.  Please let me know if you require additional information.

Sincerely,

**Richara Brown-Clarke**
ASSISTANT TO THE DIRECTOR
FINANCE DEPARTMENT
T: 305-416-1343
REBROWN@MIAMIGOV.COM

**From:** Suarez, Jose
**Sent:** Friday, August 31, 2018 12:00 PM
**To:** Brown, Richara E. <rebrown@miamigov.com>; Gonzalez, Emilio T. <ETGonzalez@miamigov.com>; Mendez, Victoria <VMendez@miamigov.com>; Blom, Richard <RBlom@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Pons, Maurice <MPons@miamigov.com>
**Cc:** PublicRecords <PublicRecords@miamigov.com>; Paschal, Erica <EPaschal@miamigov.com>; Coley, Jacqueline <jcoley@miamigov.com>; Charles, Loramise <LoCharles@miamigov.com>
**Subject:** RE: Public Records Request

Good morning,

As a point of clarification to the public records request below, the Commissioner is requesting business name and address associated with each BTR.

Respectfully,

José Suárez
Special Assistant | District 3
**Office of Commissioner Carollo | 3500 Pan American Drive** | Miami, FL
**T** 305.250.5380 | **M** 305.985.2636 | **F** 305.250.5386
**E** jossuarez@miamigov.com



PLAINTIFF'S EXHIBIT
64

EXHIBIT
22

MADROOM0073481



Confidentiality Notice: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify sender, by electronic email or telephone, of any unintended recipients and delete the original message without making any copies.

**From:** Brown, Richara E.
**Sent:** Wednesday, August 29, 2018 3:47 PM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>; Mendez, Victoria <VMendez@miamigov.com>; Blom, Richard <RBlom@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Suarez, Jose <JosSuarez@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Pons, Maurice <MPons@miamigov.com>
**Cc:** PublicRecords <PublicRecords@miamigov.com>; Paschal, Erica <EPaschal@miamigov.com>; Coley, Jacqueline <jcoley@miamigov.com>; Charles, Loramise <LoCharles@miamigov.com>
**Subject:** Public Records Request
**Importance:** High



Good afternoon:

Please review the email listed below, and the corresponding attachment.

Thank you,

**Richara Brown-Clarke**
ASSISTANT TO THE DIRECTOR
FINANCE DEPARTMENT
T: 305-416-1343
REBROWN@MIAMIGOV.COM

**From:** Coley, Jacqueline
**Sent:** Wednesday, August 29, 2018 3:12 PM
**To:** Paschal, Erica <EPaschal@miamigov.com>
**Cc:** Brown, Richara E. <rebrown@miamigov.com>; Charles, Loramise <LoCharles@miamigov.com>
**Subject:** FW: Public Records Request
**Importance:** High

Good afternoon. The below public records request has been completed. Unfortunately, we are unable to provide a list specifically for SW 8th Street, between 14th and 17th Avenue. However, the attached report is inclusive of all Business Tax Receipt accounts that are active and closed with a zip code of 33135. This is the zip code identified to this particular location in District 3.

Also, please advise as to the method of delivery for the hard copy documents. Thank you.

MADROOM0073482

**Jacqueline Coley, Customer Service Supervisor**



City of Miami Finance (Treasury) Department
Telephone: 305-416-1956
Facsimile: 305-416-1997
jcoley@miamigov.com

**From:** Carollo, Joe (Commissioner)
**Sent:** Monday, August 27, 2018 2:03 PM
**To:** Camero, Jose <jcamero@miamigov.com>
**Cc:** Pons, Maurice <MPons@miamigov.com>; Gonzalez, Emilio T. <ETGonzalez@miamigov.com>; Mendez, Victoria <VMendez@miamigov.com>; Blom, Richard <RBlom@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Suarez, Jose <JosSuarez@miamigov.com>
**Subject:** Public Records Request

Mr. Camero

Pursuant to Article I, section 24 of the Florida Constitution, and chapter 119, F.S., I am requesting any and all Business Tax Receipts (BTR) and Certificates of Use (CU), active or expired, as well as all applications and any and all correspondence, etc. pertaining to each BTR and/or CU from January 2014 to the date this request is answered for locations along S.W. 8 St from 17 Ave. to 14 Ave.

Should you deny my request, or any part of this request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by s. 119.07(1)(d), F.S.

If you have any questions in the interim, you may contact me at 305.250.5380 or any of my executive staff members.

Respectfully,

Joe Carollo
Commissioner | District 3
3500 Pan American Drive | Miami, FL.
T 305.250.5380 | F 305.250.5386
E jcarollo@miamigov.com



MADROOM0073484

Document Produced As Native

MADROOM0073485

Message

**From:** Diez, Orlando [odiez@miamigov.com]
**Sent:** 9/18/2018 9:53:53 AM
**To:** joltengroupcode@aol.com
**Subject:** Orlando Diez name on radio station

On September 18, 2018 at approximate 9:10 AM I received a phone call from Bob Ruiz, that he heard in the radio station 1020 with Roberto Rodriguez-Tejera and the commissioner Joe Carollo talking about Fuller and his business violations. My name was mentioned and the commissioner Carollo requested that I was invited

 

*Orlando J. Diez,* CGC, BN, HI, CEII
*Construction Manager -Vertical -*
*OFFICE OF CAPITAL IMPROVEMENTS*
*Miami Riverside Center*
*444 S.W. 2nd Avenue, 8th Floor, Miami, Fla. 33130*
*(305)416-1283 FAX (305)416-2153*

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

PLAINTIFF'S
EXHIBIT

70

Message

**From:** Diez, Orlando [odiez@miamigov.com]
**Sent:** 9/18/2018 11:38:50 AM
**To:** joltengroupcode@aol.com
**Subject:** Orlando J. Diez Carollo on Radio Station and reords with AD

At 11:00 Am on September 18, 2018, I went to see Assistant Director Hector Badia about commissioner Carollo accusing me on a radio station 1040am of doing nothing on fuller business violation. He said I did not keep my responsibilities as a Director. I mentioned to Assistant Director Hector Badia that I am afraid for my job at OCI.



*Orlando J. Diez*, CGC, BN, HI, CEII
*Construction Manager -Vertical -*
*OFFICE OF CAPITAL IMPROVEMENTS*
*Miami Riverside Center*
*444 S.W. 2nd Avenue, 8th Floor, Miami, Fla. 33130*
*(305)416-1283 FAX (305)416-2153*



This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

PLAINTIFF'S
EXHIBIT

**71**

EXHIBIT
0006
Ken Russell
01.18.2023

| | |
|---|---|
| Date: | Fri, 16 Nov 2018 3:03:17 PM -0500 |
| Subject: | RE: Viernes Culturales |
| From: | Jackson, James <jamesjackson@miamigov.com > |
| To: | Maru Lanao <maru@barlingtongroup.com >; |
| CC: | Wakefield, Rebecca <RWakefield@miamigov.com >; |
| Attachments: | image002.jpg; image003.png |

Good Afternoon Maru,

Thank you for writing to Commissioner Ken Russell and bringing this grievance to our attention. I've moved your email over to the Commissioner's review folder, for his immediate briefing.

**James P. Jackson Jr.**
**Special Aide**
**Office of Commissioner Ken Russell**

City Hall, District 2
3500 Pan American Drive
Miami, Florida 33133
**Telephone**: (305) 250-5333
**jamesjackson@miamigov.com**



*PLEASE NOTE: All communications (including email addresses) sent and received through the City of Miami's email system are considered public record. The Florida Public Records Act (FPRA) requires the City to make all public records available for inspection and to provide copies upon request. Please govern yourself accordingly.*

**From:** Maru Lanao [mailto:maru@barlingtongroup.com]
**Sent:** Thursday, November 15, 2018 6:44 PM
**To:** Gort, Wifredo (Commissioner) <wgort@miamigov.com >; Russell, Ken (Commissioner) <krussell@miamigov.com >; Carollo, Joe (Commissioner) <JCarollo@miamigov.com >; Reyes, Manolo (Commissioner) <MReyes@miamigov.com >; Hardemon, Keon (Commissioner) <khardemon@miamigov.com >; Gonzalez, Emilio T. <ETGonzalez@miamigov.com >; Suarez, Francis (Mayor) <fsuarez@miamigov.com >; Hannon, Todd <thannon@miamigov.com >; Mendez, Victoria <VMendez@miamigov.com >
**Cc:** Bill Fuller <bill@barlingtongroup.com >; suzy@azucaricecream.com; ginny@gmcvb.com; Vivian.Greer-Digon@miamidade.gov; ninoskapc@aol.com; miamitogo@aol.com; tapiamarvin@yahoo.com; jccigar@aol.com; Denise PR <denise@gtmpr.com >
**Subject:** Viernes Culturales



November 14, 2018

Dear Mayor Suarez, City Manager, City Attorney and Commissioners of the City of Miami:

PLAINTIFF'S
EXHIBIT
**81**

**Maru Lanao**
**Communications Liaison**
**Office of Bill Fuller**
**786.514.0301**
maru@barlingtongroup.com

MIA-SFED23485-00197084

Date:     Thu, 15 Nov 2018 6:44:25 PM -0500

Sent:     Thu, 15 Nov 2018 6:44:09 PM -0500

Subject:  Viernes Culturales

From:     Maru Lanao <maru@barlingtongroup.com >

To:       Gort, Wifredo (Commissioner) <wgort@miamigov.com >; Russell, Ken (Commissioner) <krussell@miamigov.com >; Carollo, Joe (Commissioner) <JCarollo@miamigov.com >; Reyes, Manolo (Commissioner) <MReyes@miamigov.com>; Hardemon, Keon (Commissioner) <khardemon@miamigov.com >; Gonzalez, Emilio T. <ETGonzalez@miamigov.com >; Suarez, Francis (Mayor) <fsuarez@miamigov.com >; Hannon, Todd <thannon@miamigov.com >; Mendez, Victoria <VMendez@miamigov.com >;

CC:       Bill Fuller <bill@barlingtongroup.com >; suzy@azucaricecream.com; ginny@gmcvb.com; Vivian.Greer- Digon@miamidade.gov; ninoskapc@aol.com; miamitogo@aol.com; tapiamarvin@yahoo.com; jccigar@aol.com; Denise PR <denise@gtmpr.com >;



**Board of Directors**

William Fuller
Barlington Group
*Chairman*

Suzanne Batlle
Azucar Ice Cream
*Vice Chair*

Ninoska Perez-Castellon
Univision Radio
*Secretary*

Ginny Gutierrez
Greater Miami Convention & Visitor Bureau

Carol Anne Taylor
Little Havana to Go

Dr. Malou Harrison
Miami-Dade College
InterAmerican Campus

Vivian Greer-Digon
Women's Park

Marvin Tapia

Joe Cardona
Gay 8

November 14, 2018

Dear Mayor Suarez, City Manager, City Attorney and Commissioners of the City of Miami:

I am writing to you on behalf of the Board of Viernes Culturales to express our surprise, dismay and disappointment over the impending forced termination of our festival by the City of Miami, the Parks Department and the commission. The Viernes Culturales festival has been held on the last Friday of each month since its inception on on May 26, 2000.

Over its 18 year history , the festival has continued to grow and currently attracts over 5000 people to Little Havana and further serves as a destination for the over 4 million tourists that visit Little Havana annually. As a result of the increase in foot traffic to the neighborhood, the local businesses have been able to flourish while providing our guests with experiences in our local culture, arts and heritage.

The festival incorporates all of the art galleries, businesses and restaurants along 8th street from 17th Avenue down to 14th Avenue. An integral part of the monthly festival are the activities that take place in Domino Plaza during the event. Specifically, the Plaza houses over 20 vendors selling art and handmade crafts and recently has reintroduced a stage at the back of the park to showcase singers, musicians and other talent from the Little Havana community .

At no time during the history of the festival has the organization been required to pull an events permit. To the contrary, the City has always been exceptionally supportive of the event, never requiring a permit and in fact supporting the festival through the provision of stages and increased police oversight. In fact some of the founding members of the organization have been commissioners and city administrators. Even now, we have both City and County commissioners participating on the Board.

It has recently come to our attention that the City has granted an events permit for Domino Plaza for the second Friday and last Friday of every month for the next six months - the same time as Viernes Culturales- thereby effectively evicting Viernes from its established location and ultimately forcing the termination of the festival.

Given the exceptional amount of support from the local community as well as the historical support from the City, we want to believe that the permit was granted in error and the city would correct this oversight by maintaining Viernes Culturales on the last Friday of every month. We see no harm in granting the other event any other day – other than the last Friday of the month given our stablished history.

We look forward to having the opportunity to open a dialogue with all of you to resolve this situation.

Sincerely,

Suzanne Batlle
Vice Chair Viernes Culturales

cc:     William Fuller
        Suzanne Batlle
        Ninoska Perez – Castellon
        Ginny Gutierrez
        Carol Anne Taylor

**Maru Lanao**
**Communications Liaison**
**Office of Bill Fuller**
**786.514.0301**
maru@barlingtongroup.com

MIA-SFED23485-00028762

---

Message

| | |
|---|---|
| **From:** | Gonzalez, Emilio T. [ETGonzalez@miamigov.com] |
| **Sent:** | 11/19/2018 8:41:48 PM |
| **To:** | Napoli, Joe [JNapoli@miamigov.com]; Ortiz-Petit, Ignacio [IOrtiz-Petit@miamigov.com]; Ramirez, Eugene [ERamirez@miamigov.com] |
| **Subject:** | Fwd: Appeal of Special Events Permit for Viernes Culturales |
| **Attachments:** | F143A3ACE6D945AA80A3AE636A650D31.png; ATT00001.htm; 2018-11-19 L-E Gonzalez re appeal of permit-3.pdf; ATT00002.htm |

Let's discuss

Sent from my iPhone

Begin forwarded message:

**From:** Alex Orlofsky <alex@orlofskylawfirm.com>
**Date:** November 19, 2018 at 6:21:13 PM EST
**To:** etgonzalez@miamigov.com
**Subject: Appeal of Special Events Permit for Viernes Culturales**



Dear Mr. Gonzalez,

I hope you are doing well.  Please see the attached request for an appeal of the denial of the special event permit for Viernes Culturales for November 30, 2018.

Should you have any questions, please call me.

Very truly yours,

ALEXANDER S. ORLOFSKY, ESQ.

PLAINTIFF'S
EXHIBIT

**83**



MADROOM0140263

THE ORLOFSKY LAW FIRM P.L.
767 ARTHUR GODFREY ROAD . MIAMI BEACH . FLORIDA . 33140 . USA
T: 305.538.2344 F: 305.907.5248 Email: alex@orlofskylawfirm.com

This message and all attachments are a private communication sent by a member of The Orlofsky Law Firm P.L. and may be confidential or protected by privilege or may contain work product protected material. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message and then delete it from your system. Unless otherwise indicated in the body of this email, nothing in this communication is intended to operate as an electronic signature under applicable law. Thank you.

MADROOM0140264

November 19, 2018

**VIA EMAIL ONLY: ETGONZALEZ@MIAMIGOV.COM**
MR. EMILO T. GONZALEZ
CITY MANAGER
CITY OF MIAMI
444 SW 2ND AVE.
10TH FLOOR
MIAMI, FL, 33130

RE:   **APPEAL OF DENIAL OF SPECIAL EVENTS PERMIT FOR**
       **NOVEMBER 30, 2018' VIERNES CULTURALES**

Dear Ms. Gonzalez,

Please be advised that the undersigned represents Viernes Culturales, Inc.   Please consider this correspondence a request for an appeal pursuant to §54-6.3(k) of the City of Miami Code of Ordinances of the City of Miami's denial of Viernes Culturales special events permit for November 30, 2018.

As you are likely aware, for the past eighteen years, Viernes Culturales has been an ongoing event in Little Havana. This extraordinary event is run by an approved 501(c)(3) organization with a track record of bringing in excess of 5000 people to Calle Ocho.  The history of this event shows how important it is for the people of the City of Miami.   The idea for Cultural Fridays originated from City of Miami's Planning Department with the support of the City of Miami Commission, in collaboration with the Latin Chamber of Commerce and the Little Havana Development Authority, merchants, residents, design professionals and community leaders.

The City, itself in the 1994-96 Little Havana Neighborhood Planning Program recommended that a series of cultural activities and events including art exhibits, dance, music, poetry, theater, film, and neighborhood historic tours should be promoted all year round in order to preserve and enhance the rich culture of Little Havana. The first Cultural Friday was held on May 26, 2000 and approximately 2,000 people attended. Since then, internationally known artists have participated and supported Viernes Culturales/Cultural Fridays.   Considering that this event is supported by grants received from the James L. Knight Foundation, the Miami-Dade County Department of Cultural Affairs, the Cultural Affairs Council, the Miami-Dade County Mayor and Board of County Commissioners, Viernes clearly supports a public purpose and provides a public benefit.

Pursuant to §54-6.3(c)(6), the City only has the discretion to deny a permit if a fully executed permit has been received for the same dates and location.  Based on the information I have received the conflicting permit application was not complete at the time Viernes Culturales applied on November 10, 2018 for the permit for November 30, 2018 and Viernes should have had its permit issued.

ORLOFSKY
LAW FIRM, P.L.

767 ARTHUR GODFREY ROAD, MIAMI BEACH, FLORIDA  33140
T. 305.538.2044   F. 305.907.5248   INFO@ORLOFSKYLAWFIRM.COM

Mr. Emilo Gonzalez
Page 2 of 2
November 19, 2018

I respectfully request that you overrule the email attached and request that the City grant Viernes its permit for November 30, 2018.

Should you wish to discuss this matter further, please call me.

Very truly yours,

ALEXANDER S. ORLOFSKY
alex@orlofskylawfirm.com

# Fwd: Viernes Culturales

From: **Orta** | AOrta@miamigov.com   To: **culturalfridays@gmail.com** | culturalfridays@gmail.com      Tuesday, Nov 13, 10:34 AM

Good Morning

Please be advise that at this time you application for Viernes Culturales for Domino Plaza can't be process since the park has been reserve for those days.   Also the cut off day for Art Basel days were 11/9/2018.  Please accept our apologies.

Sincerely yours

DEADLINE FOR ART BASEL NOVEMBER 9TH 2018

*Aylin Orta*
*Administrative Clerk*
City of Miami
Office of Communications
Divisiont of Film and Entertainment,
2nd Floor
Office: (305)416-1322
aorta@miamigov.com



ANY EVENT NEEDS TO ABIDE BY THE NOISE ORDINANCE CHAPTER 36; SECTIONS 36.1, 36.4, 36.5

*"Serving, Enhancing and Transforming our Community"*

**Follow us on Facebook and Twitter**

MADROOM0140267



**Please take a moment to let us know how we are doing at the City of Miami Office of Film and Entertainment by clicking the link that applies below:**

Film Office

Special Events

MADROOM0140268

MEMORANDUM TO SELF
DATE: January 14, 2019
RE:     Conversation with Commissioner Joe Carollo regarding code compliance

Toward the conclusion of the Thursday, January 10th, meeting of the City of Miami Commission, I was approached in the corridor off the dais by Commissioner Joe Carollo who wished to discuss an item he placed on the commission agenda regarding code enforcement / compliance: D3.1 DISCUSSION ITEM DISCUSSION REGARDING CODE ENFORCEMENT.

Commissioner Carollo began telling me that the code enforcement department is a "mess" and that Code Compliance Field Supervisor Mr. Lazaro Orta is "in the pocket" of Mr. William Fuller. Commissioner Carollo further stated his mission was to "clean up Little Havana" and would leave once that mission was completed but would otherwise stay until it was.

Commissioner Carollo then went on to state that Mr. Fuller "was getting away with murder" to include running an "illegal bar" above a Mexican restaurant on Calle Ocho.  The commissioner said that "enough is enough" and that he didn't want to have to deal with this anymore.

Commissioner Carollo also stated that "nobody knows anything about code…"  I stated to the commissioner that I relied on Assistant City Manager Fernando Casamayor and Director of Code Compliance James Bernat to handle the operations of the code compliance department. Commissioner Carollo replied that Messrs. Casamayor and Bernat "don't know anything" about code and that he was "getting tired" of the whole matter.

Commissioner Carollo then ended the conversation by asking that I ask for a deferral of his item to give us time to discuss code compliance during a meeting this week.

I have a scheduled meeting with Commissioner Carollo tomorrow, Tuesday, January 15, at 3:30 PM in his office.



EXHIBIT A
tabbies®
B
2/24/21

PLAINTIFF'S
EXHIBIT
96

From: Blom, Richard
Sent: Monday, February 11, 2019 5:55 PM
To:   Gonzalez, Emilio T.
Cc:   Napoli, Joe; Casamayor, Fernando; Carollo, Joe (Commissioner); Suarez, Jose;
Barcena, Anthony
Subject:   Request for information


Per Commissioner Carollo please provide my office with any work performed by the City of
Miami Public works department, Capital Improvements Department, or any other city
department or by any contractor or sub contractor on the city of Miami?s behalf in the
elimination of a driveway and in placing of a concrete curb between the sidewalk and the
off street parking located between 1360 and 1380 on SW 8 St.


Get Outlook for iOS <https://aka.ms/o0ukef>
From: Blom, Richard
Sent: Monday, February 11, 2019 5:44 PM
To:   Gonzalez, Emilio T.
Cc:   Napoli, Joe; Casamayor, Fernando; Carollo, Joe (Commissioner); Suarez, Jose;
Barcena, Anthony
Subject:   Request for information


Per Commissioner Carollo please provide my office with any and all notices of violations
and/or all tickets/ citations from code enforcement to any business at 521 SW 8 St. From
January 1, 2017 to the present.


Get Outlook for iOS <https://aka.ms/o0ukef>
From: Blom, Richard
Sent: Monday, February 11, 2019 5:39 PM
To:   Gonzalez, Emilio T.
Cc:   Napoli, Joe; Casamayor, Fernando; Carollo, Joe (Commissioner); Barcena, Anthony;
Suarez, Jose
Subject:   Request for information


Per Commissioner Carollo?s please provide my office with all parking requirements for
businesses operating from 521 SW 8 St.

All floor plans/ blueprints on file with the Building and/ or Fire Department for 521 SW 8
St. to include both the first and second floors and parking in the rear of the address.

Any and all reports made by code enforcement and/or police on or about November 17, 2018
reference an attempt to inspect 521 SW 8 St. where they were asked to leave the premises.


Get Outlook for iOS <https://aka.ms/o0ukef>
From: Blom, Richard
Sent: Monday, February 11, 2019 5:16 PM
To:   Gonzalez, Emilio T.
Cc:   Napoli, Joe; Casamayor, Fernando; Carollo, Joe (Commissioner); Suarez, Jose;
Barcena, Anthony
Subject:   Request for information


Per Commissioner Carollo?s request please provide my office with any and all reports,

Page 1 of 2



PLAINTIFF'S
EXHIBIT
108

EXHIBIT
25

communications or after action reports on behalf of ABT and/ or Agent Roberto Maqueira having to do with a visit to 521 SW 8 St. Otherwise known as Los Altos Mexicanos conducted on or about Saturday, December 15, 2018.

Also provide the latest C/U and BTR on file for Los Altos Mexicano and any other business that operates at 521 SW 8 St.

Get Outlook for iOS <https://aka.ms/o0ukef>
From: Blom, Richard
Sent: Monday, February 11, 2019 5:02 PM
To:    Gonzalez, Emilio T.
Cc:    Napoli, Joe; Casamayor, Fernando; Carollo, Joe (Commissioner); Suarez, Jose;
Barcena, Anthony
Subject:    Request for information

Per Commissioner Carollo?s request please provide my office with any and all permits and final inspection/ close outs if any or demolition, plumbing, electrical or any other kind of permits whatsoever for 521 SW 8 st from January 1, 2017 to present.

Get Outlook for iOS <https://aka.ms/o0ukef>

MIA-SFED23485-00225806

| | |
|---|---|
| **Date:** | Tue, 12 Feb 2019 7:49:32 AM -0500 |
| **Sent:** | Tue, 12 Feb 2019 7:49:30 AM -0500 |
| **Subject:** | Fwd: Request for information |
| **From:** | Papier, Ronald (Deputy Chief) <5475@miami-police.org> |
| **To:** | Verdin, Michelle <27984@miami-police.org>; |
| **CC:** | Colina, Jorge (Chief of Police) <1126@miami-police.org>; Martinez, Natalie (Executive Officer) <28566@miami-police.org>; Diez, Sergio (Executive Officer) <1484@miami-police.org>; |

Michelle,

Please see the last line of this request and see if there were any reports written around November 17, 2018 for the listed location.

Thank you

Ronald L. Papier

Deputy Chief of Police

City of Miami Police Department

400 NW 2nd Ave, Miami, FL 33128

Office (305) 603-6400

---

**From:** Casamayor, Fernando <fcasamayor@miamigov.com >
**Sent:** Monday, February 11, 2019 8:48 PM
**To:** Colina, Jorge (Chief of Police); Papier, Ronald (Deputy Chief)
**Subject:** Fwd: Request for information

FYI, in particular the request for any police reports.

Fernando Casamayor

Assistant City Manager

City of Miami

Get Outlook for Android

---

**From:** Napoli, Joe
**Sent:** Monday, February 11, 2019 5:45:47 PM
**To:** Camero, Jose; Valencia, Adele
**Cc:** Gonzalez, Emilio T.; Camero, Jose; Casamayor, Fernando; Ihekwaba, Nzeribe; Mendez, Victoria
**Subject:** FW: Request for information

Jose – in addition to what you are already collecting, please do so for items 1 and 2 below.

Adele – in addition to what you are already collecting, please collect for item 3 as well.



EXHIBIT
0003
Jorge Colina
08.29.22



PLAINTIFF'S
EXHIBIT

112

MIA-SFED23485-00037154

Thanks, Joe

---

**From:** Blom, Richard
**Sent:** Monday, February 11, 2019 5:39 PM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>
**Cc:** Napoli, Joe <JNapoli@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Suarez, Jose <JosSuarez@miamigov.com>
**Subject:** Request for information

Per Commissioner Carollo's please provide my office with all parking requirements for businesses operating from 521 SW 8 St.

All floor plans/ blueprints on file with the Building and/ or Fire Department for 521 SW 8 St. to include both the first and second floors and parking in the rear of the address.

Any and all reports made by code enforcement and/or police on or about November 17, 2018 reference an attempt to inspect 521 SW 8 St. where they were asked to leave the premises.

Get Outlook for iOS

**Date:**    Wed, 13 Feb 2019 5:39:43 PM -0500

**Sent:**    Wed, 13 Feb 2019 5:39:42 PM -0500

**Subject:**  Fwd: Time Certain item 2/14

**From:**    Colina, Jorge (Chief of Police) <1126@miami-police.org>

**To:**      Morales, Manuel (Assistant Chief) <4886@miami-police.org>;

Sent from my Sprint Samsung Galaxy S9.

-------- Original message --------

From: "Napoli, Joe" <JNapoli@miamigov.com >

Date: 2/13/19 4:41 PM (GMT- 05:00)

To: "Colina, Jorge (Chief of Police)" <1126@miami- police.org>, "Papier, Ronald (Deputy Chief)" <5475@miami-police.org>, "Zahralban, Joseph (Joe)" <JZahralban@miamigov.com >, "Garcia, Eloy" <elgarcia@miamigov.com >

Subject: Fwd: Time Certain item 2/14

Please see below.  This will be in reference to 521 SW 8th Street.

**From:** Blom, Richard <rblom@miamigov.com >

**Sent:** Wednesday, February 13, 2019 4:20 PM

**To:** Gonzalez, Emilio T.

**Cc:** Carollo, Joe (Commissioner); Barcena, Anthony; Suarez, Jose; Napoli, Joe

**Subject:** Time Certain item 2/14

 Per Commissioner Carollo please have the Fire Chief, Fire Marshall, Code Enforcement Director, Zoning Director, Building Director, code enforcement supervisor Francisco Marcos, Code compliance officer Scarlet Mourua, Police Officer A Coss #43029 and Police Lieutenant R. Laurenceau # 3898 Present at the City Commission meeting for my 11 am time certain item.

Get Outlook for iOS



PLAINTIFF'S EXHIBIT
115

EXHIBIT
27

MIA-SFED23485-00037526

**Date:**   Wed, 13 Feb 2019 4:41:17 PM -0500

**Sent:**   Wed, 13 Feb 2019 4:41:15 PM -0500

**Subject:**   Fwd: Time Certain item 2/14

**From:**   Napoli, Joe <JNapoli@miamigov.com>

**To:**   Colina, Jorge (Chief of Police) <1126@miami-police.org>; Papier, Ronald (Deputy Chief) <5475@miami-police.org>; Zahralban, Joseph (Joe) <JZahralban@miamigov.com >; Garcia, Eloy <elgarcia@miamigov.com >;

Please see below.  This will be in reference to 521 SW 8th Street.

---

**From:** Blom, Richard <rblom@miamigov.com >
**Sent:** Wednesday,  February 13, 2019 4:20 PM
**To:** Gonzalez, Emilio T.
**Cc:** Carollo, Joe (Commissioner); Barcena, Anthony; Suarez, Jose; Napoli, Joe
**Subject:** Time Certain item 2/14

 Per Commissioner Carollo please have the Fire Chief, Fire Marshall, Code Enforcment Director, Zoning Director, Building Director, code enforcement supervisor Francisco Marcos, Code compliance officer Scarlet Mourua, Police Officer A Coss #43029 and Police Lieutenant R. Laurenceau # 3898 Present at the City Commission meeting for my 11 am time certain item.
Get Outlook for iOS





MIA-SFED23485-00036912

Miami City Commission Meeting
February 14, 2019

1

2

3

4

5

6

7

8

9

10              TRANSCRIPT OF VIDEO-RECORDED
        MIAMI CITY COMMISSION MEETING
11
                  February 14, 2019
12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:
     ERIKA SEGUIRANT, RPR



PLAINTIFF'S
EXHIBIT

**121**



EXHIBIT
0007
Ken Russell
01.18.2023

Miami City Commission Meeting
February 14, 2019                                    2

1           CHAIR RUSSELL:  The members of the City

2    Commission are Joe Carollo, Manolo Reyes, Keon

3    Hardemon, Wilfredo Gort de los Llanos, vice chair, and

4    me, Ken Russell, Chairman.  Also on the dais are

5    Emilio Gonzalez, City Manager, Victoria Mendez -- I'm

6    sorry.  Also on the dais are Emilio Gonzalez, City

7    Manager, Victoria Mendez, the City Attorney, and Todd

8    Hannon, City Clerk.  The meeting will be opened with a

9    prayer by Commissioner Hardemon.

10          COMMISSIONER HARDEMON:  All rise,

11   please.  Holy father, we come to you today asking for

12   your guidance, wisdom, and support, as we begin this

13   meeting.  Help us to engage in meaningful discussions

14   and nurture the bonds of our community.  Fill us with

15   your grace as we make decisions that affect the

16   residents of the City of Miami.  And continue to

17   remind us that all we do here today is for the glory

18   of you and for the service of our community.  We ask

19   these things in your name.  Amen.

20          CHAIR RUSSELL:  Please remain standing

21   for the Pledge of Allegiance.

22          (The Pledge of Allegiance was recited.)

23          CHAIR RUSSELL:  Thank you.  We'll now

24   make the presentations and proclamations.

25          You may have noticed this morning as you

1    drove in that our flag is at half staff.  Today is

2    February 14; and it is one year since the Parkland

3    Tragedy, the Marjory Stoneman Douglas High School,

4    where 14 students and 3 adults were killed one year

5    ago this morning.  Valentine's Day is meant to be

6    about love, and it still can be.  And there's no

7    greater love than that of a parent for their child.

8                So it's very hard to even think of and

9    imagine your child going to school and not coming

10   home.  So to take this moment now and look back on

11   this year, when even after everything that's been done

12   and all of the awareness and bravery of students and

13   legislation that's passed, another 1200 kids have

14   still died since that incident until today is

15   heartbreaking.  It's unacceptable.

16               But the movement that has happened is

17   incredible.  It's noteworthy, and it is progress.

18   This body passed legislation within a month after the

19   tragedy.  Several resolutions, almost a dozen, in

20   changes to our own procedure, changes to our own

21   commitment and budget for security.  I went up to

22   Tallahassee to help and make sure and see that

23   those -- those goals that we wanted to get passed were

24   taken on by the legislature.

25               This body was against high capaCity

Miami City Commission Meeting
February 14, 2019                                    4

1    assault rifles.  This body is against bump stocks.

2    This body and our school board are against teachers

3    being armed in schools.  So we didn't get everything

4    we wanted, but we did get positive forward movement,

5    and there has been legislation passed.

6              And here we are one year later.  And I

7    would just like to take a moment before we start our

8    proclamations to think about those families and the

9    children and loved ones that they lost just for a

10   moment.  Thank you.  Thank you very much.

11             Mr. Mayor, do you have a proclamation?

12             MAYOR SUAREZ:  I have a few.  Thank you,

13   Mr. Chair.

14             I first want to start by recognizing the

15   Jewish Community Service 211 switchboard.  In times of

16   need, one phone call can make a profound impact on a

17   resident's life.  The Jewish Community Service is a

18   predominant South Florida organization that provides

19   outstanding social services, does just that through

20   its switchboard 211 help line.

21             Jewish Community Service's switchboard

22   help line provides free telephone crisis counseling,

23   crisis intervention, and information and referrals

24   that assist families and youth cope with pressing

25   issues and concerns such as volunteer opportunities,

1  job searching, and life-threatening occasions.

2         Studies demonstrate that without 211

3  services, callers make an average of eight phone calls

4  prior to obtaining the services needed.  The service

5  provides specialized 24-hour assistance all seven days

6  of the week in English, Spanish, and Creole.  I'm

7  confident they will continue assisting our residents

8  in a speedy and professional manner.  So today, we

9  proclaim Jewish Community Service switchboard day in

10 the City of Miami.

11        MALE SPEAKER:  Thank you, Mr. Mayor.  A

12 few years ago, I was a member of the board of

13 directors.  And I saw in action the amount of people

14 that would call.  And it's amazing, just talking to

15 individuals and letting them know things are going to

16 be okay, and you just talk to them, how much it helped

17 a lot of individuals.  And I want to thank you.  All

18 of you, for continuing the job you've been doing for

19 good.

20        MALE SPEAKER:  Thank you.  I just want

21 to take a moment to thank the mayor, the commission

22 members and the City for recognizing the good work

23 that JCS and 211 help line services does for this

24 community.

25        About two -- a little over two years

Miami City Commission Meeting
February 14, 2019                                    6

1    ago, JCS was given the opportunity to take over switch

2    board, which was experiencing financial difficulties

3    at the time.  And I will tell you that the community

4    stepped up in so many ways.  We have a number of

5    founders of 211 and representatives from the South

6    Florida Behavioral Health Network and from United Way.

7    Alba (Inaudible) and Amanda Gorski from United Way are

8    here.

9              And I also want to take a moment to

10   acknowledge the children's trust that has provided

11   such important funding so 211 can do the work that it

12   does to help those in our community who are so much in

13   need.  I want to thank my staff.  Four members of my

14   staff are here with us this morning.  Hopefully, we

15   can take a picture in a minute and invite everybody

16   up.  Come on up.  You know, and please, also, Amanda,

17   Alba.

18             And I want to close.  And I appreciate

19   your remarks earlier in the and the recognition of

20   today being the one-year anniversary of the tragedy in

21   Parkland.  In the last number of months, JCS in

22   cooperation with an organization called Sandy Hook

23   Promise that developed an application called SSARS,

24   the Say Something Anonymous Reporting System, that has

25   been implemented in over 50 school districts

Miami City Commission Meeting
February 14, 2019                                    7

1    nationally and is now in the process of being

2    implemented here in Miami Dade Public Schools.

3                What this application does is give

4    children, young adults in our schools, the opportunity

5    to anonymously report any type of an incident or a

6    student or anyone who has experienced bullying or who

7    may be talking about doing something horrible within a

8    school.  And so JCS is proud to partner with that.

9    Those calls and those texts come into our help line

10   services, and we are there to help children to deal

11   with potential disasters.

12               So, again, we're proud to play this role

13   in our community, and we're thankful for all the

14   support we've received from so many founders.  And,

15   again, thank you, Commissioner Gort, and the other

16   members of the commission and the mayor for giving us

17   this honor today.  Thank you.

18               (Applause)

19               MAYOR SUAREZ:  Thank you, Mr. Chair.

20               I have the distinct honor and privilege

21   of recognizing Dr. Liliana Rivera, Lillian Rivera.

22   There you are.

23               Recently retired from an extensive and

24   fulfilling career, specifically she served as the

25   first female Hispanic and registered nurse to lead a

1    county health department in Florida and received

2    tenure as deputy state health officer with the Florida

3    Department of Health in Tallahassee.

4              As you may already know, her leadership

5    and dedication have positively impacted the lives of a

6    many.  Her bold personality also lead the Florida

7    Department of Health to earn the Governor's Sterling

8    Award for three years, the Sustained Excellence Award

9    twice, and the 2016 RWJF Culture of Health prize.

10   Dr. Rivera is a woman of many talents who is always

11   utilizing her poise, background, and wisdom to improve

12   our community.

13             For example, her passion for

14   health-related matters and will to assist community

15   members have allowed her to serve as president of the

16   Florida Sterling Council, member of the Florida Public

17   Health Association, and founding board member of

18   several committees and advisory groups, including the

19   University of Miami's Clinical and Translational

20   Science Institutes Community advisory board.

21             I am confident that, although retired,

22   she will continue to serve us all.

23             Thank you, Doctor.

24             DR. RIVERA:  Yes, well, to the

25   Commissioners and the mayor, thank you so much.  And

 1   Emilio, thank you.  I know you were a big part of

 2   this.  Emilio and I have worked many, many years

 3   together on many projects, confronting very difficult

 4   public health issues with the City and also the

 5   county.  But we have been very successful.  This year,

 6   the health department celebrates 130 years.  So we

 7   have been around for a very, very long time.

 8              Actually, Dr. James Jackson had my -- my

 9   job.  I was there for 15 years.  And I stood on his

10   shoulders, all the work that he did, and obviously the

11   many health officers that came before me.  But now we

12   have doctor (Inaudible) who has taken the position,

13   and I know that she would work very closely with you

14   all to confront the many public health issues that

15   we've seen.

16              And we have seen many, like Zika, right.

17   We still have HIV aids.  We have dealt very, very well

18   with our -- with our parks to make them healthier, to

19   make sure that our community has a good quality of

20   life.  And the health department, I know, is strong,

21   and it will continue to serve the City well.  So thank

22   you so much, mayor.  Thank you.

23              (Applause)

24              MAYOR SUAREZ:  All right.  This one

25   is -- this is going to be a lot of fun, to see these

Miami City Commission Meeting
February 14, 2019                              10

1   young gentlemen in the back there.  Today we are

2   recognizing two important fraternities, Alpha Phi

3   Alpha and Beta Beta Lambda.  I'm not going to tell you

4   which one of the two --

5               MALE SPEAKER:  Okay.  He messed it up

6   already.

7               MAYOR SUAREZ:  Did I already mess it up?

8               MALE SPEAKER:  He's messing up already.

9   We're recognizing one fraternity, Alpha Phi Alpha,

10  Incorporated.  But we're --

11              MAYOR SUAREZ:  Which is the Beta Beta

12  chapter.

13              MALE SPEAKER:  No, no, no, no.

14              MAYOR SUAREZ:  Mess it up.

15              MALE SPEAKER:  Stick with me.  Stick

16  with me.  We're recognizing Alpha Phi Alpha

17  Fraternity, Incorporated.

18              MAYOR SUAREZ:  Right.

19              MALE SPEAKER:  Which is the oldest black

20  fraternity --

21              MAYOR SUAREZ:  Yes.

22              MALE SPEAKER:  -- in the nation.

23              MAYOR SUAREZ:  I got that right.

24              MALE SPEAKER:  Okay.  You got that.

25  Moreover, we're recognizing the brothers of the Beta

1    Beta Lambda chapter of Alpha Phi Alpha Fraternity,

2    Incorporated.

3              MAYOR SUAREZ:  Got it.

4              MALE SPEAKER:  So this is an

5    award-winning chapter --

6              MAYOR SUAREZ:  Okay.

7              MALE SPEAKER:  -- in the fraternity.

8    We're trying to, you know, educate him on this.

9              MAYOR SUAREZ:  I've got Chief Jackson

10   back there saying we good.

11             MALE SPEAKER:  We're going to work with

12   him.  We're going to work with him, right.

13             MAYOR SUAREZ:  All right.  Thank you.

14             MALE SPEAKER:  Take your time.

15             MAYOR SUAREZ:  I got a little nervous.

16             MALE SPEAKER:  And if you mess up, I

17   will correct you.

18             MAYOR SUAREZ:  No, no, no, no, no.

19   Listen, I'm going to --

20             MALE SPEAKER:  This is not personal.

21             MAYOR SUAREZ:  Listen, listen --

22             MALE SPEAKER:  It's just business.

23             MAYOR SUAREZ:  I'm going to do it like

24   this.  I'm just going to pass the baton to you so I

25   don't even make a mistake.  I know you've got this

Miami City Commission Meeting
February 14, 2019                              12

 1   because you have a little bit of personal experience

 2   here, right?

 3                   MALE SPEAKER:  That is correct.

 4                   MAYOR SUAREZ:  All right.

 5                   MALE SPEAKER:  All right.  So I'm going

 6   to do what we're supposed to do.  We're supposed to

 7   read from the proclamations.  I tried to give him the

 8   opportunity to do that, but, you know, the mayor wants

 9   to speak from the cuff.  So this is a proclamation.

10                   The first that I will read to you -- I

11   get in trouble sometimes because, you know, I was made

12   at the Beta Nu chapter.  And sometimes we do Beta Nu,

13   and then we do Alpha.  So I'll do Alpha, and then I'll

14   do Beta Beta Lambda.  Is that fair, Brother President?

15   Is that -- okay.  I'll do that.  So this is the

16   proclamation.

17                   Whereas Alpha Phi Alpha, the first --

18   and Brothers, I didn't write this.  Okay.  You

19   understand.  Sometimes people write things in ways

20   that we would not write them; is that correct?  It's

21   okay.  All right.

22                   Alpha Phi Alpha -- I'm going to read it

23   for them.  It's part of the moment.  Alpha Phi

24   Alpha -- I'm going to add Fraternity, Incorporated --

25   the first intercollegiate Greek letter fraternity for

1   African American men, was founded at Cornell

2   University by seven college men who recognized the

3   need for a strong brotherhood among African Americans

4   in the country.  And whereas in 19 -- wait, wait.

5   Yeah, I'm blaming this on you.  You know why?  Because

6   the last time you did a proclamation, it was for the

7   Kappas, right.

8                  And so in reading this proclamation, as

9   I'm reading it, it says 1911, which, of course, has

10  nothing to do with Alpha Phi Alpha but has everything

11  to do with the Kappas.  So I'm going to -- I can't --

12  I can't do this.  This is incorrect.  What's most

13  important from that is that --

14                 MAYOR SUAREZ:  We'll get it right.

15  We'll get it right.

16                 MALE SPEAKER:  What's most important is

17  this man he recognized today as Alpha Phi Alpha day in

18  the City of Miami.  So I'll say that.  Now, let's hope

19  this one is better.  Okay.  So this is the City of

20  Miami proclamation.

21                 This is whereas the Beta Beta Lambda

22  chapter of Alpha Phi Alpha Fraternity, Incorporated,

23  was established November 19, 1937, by African American

24  men who aspired to generate a positive change in our

25  community and whereas the brotherhood provides

1   numerous programs such as Knights of Gold Mentoring

2   Program, Alpha Day Youth Sports Program, the Alpha Big

3   Brothers and Big Sisters Partnership that strive to

4   assist, educate, and mentor our residents; and whereas

5   the leadership and dedication of the members of the

6   Beta Beta Lambda chapter have earned the brotherhood,

7   the prestigious Alpha Phi Alpha fraternity's national

8   alumni chapter of the year in 1975, 1985, 1986, and

9   2006.

10             Was there one after that?  No.  Okay.

11  And whereas the leadership and dedication of the

12  leaders of the Beta Beta Lambda chapter have -- I

13  already read that.

14             In an effort to support and highlight

15  the importance of education, Beta Beta Lambda has

16  provided the scholarship opportunities to many members

17  of our community and whereas the Beta Beta Lambda

18  chapter of Alpha Phi Alpha Fraternity, Incorporated,

19  has positively impacted the lives of the City of Miami

20  residents.

21             So now, therefore, the mayor and us, as

22  the Commissioners, we pay tribute and celebrate the

23  major accomplishments of the Beta Beta Lambda chapter

24  of Alpha Phi Alpha Fraternity, Incorporated.  And by

25  the virtue, president of this official document

 1  proclaiming today to be the Beta Beta Lambda of Alpha

 2  Phi Alpha Fraternity, Incorporated, in the City of

 3  Miami.

 4            So please, brothers, can you come to the

 5  floor.

 6            MAYOR SUAREZ:  I'm blaming range.

 7            MALE SPEAKER:  Come this way.  And I'll

 8  allow Brother President or whoever his designee is to

 9  say a few words on behalf of the chapter.  That's some

10  big -- some big guys, former principals of mine and

11  everything.

12            MR. FERNANDEZ:  All right.  Good

13  morning.  My name is Jason Fernandez.  I currently

14  serve as the president of the Beta Beta Lambda chapter

15  of Alpha Phi Alpha Fraternity, Incorporated.  Thank

16  you very much, City of Miami, for this honor.

17            We're just here to help the community in

18  any which way we can.  And, you know, we don't do it

19  for the accolades.  We do it for the service.  And

20  thank you very much, once again, for this great honor.

21            MAYOR SUAREZ:  Perfect.  The next set of

22  protocol items is for recognizing the Cor al Way PST

23  crew for their outstanding performance of their

24  duties.  We have Sergeant Donati, Officer Gomez,

25  Officer Crusado, Officer Blana, Officer Diaz,

Miami City Commission Meeting
February 14, 2019                                    16

1    Officer Viasmill, Officer Lemis, who's worked

2    diligently to improve the quality of life for our

3    residents.

4            Through the month of November, they

5    managed to decrease crime, completing 1313 summons,

6    170 arrest reports, 165 FIVOs, 86 traffic arrests,

7    72 misdemeanor arrests, 40 backup calls, 18 computer

8    hits, 12 felony arrests, 5 field reports, and

9    2 citations.  These numbers exemplify our City's

10   efforts in maintaining a safe environment for our

11   residents.  Congratulations, and I'm honored to

12   present this with the Commissioner.

13           COMMISSIONER REYES:  Yes, Chief Colina,

14   Chief Colina, will you please come in?  Where is

15   Aguilar?  Oh, right here.  Let me tell you this.

16   Probably, you can see here some faces that have been

17   recognized before.  And I remember one of my mentors,

18   (Inaudible) that used to say, if you keep on doing

19   what you're doing, you keep on getting what you're

20   getting.  You keep on doing this.  Great job.  And we

21   are going to keep on recognizing.  I am very proud to

22   have you in my district.

23           And let me tell you this:  There's not a

24   better group than you guys.  Thank you very much.  And

25   all the residents are very happy.  And this is a

Miami City Commission Meeting
February 14, 2019                                    17

```
 1   testament of the type of department that you are
 2   running, Chief.  Congratulations, and thank you again.
 3            MAYOR SUAREZ:  And I just want to take a
 4   minute to remember our good friend, Mario, who is, you
 5   know, in the hospital right now.  And our hearts and
 6   prayers are with him and his family.
 7            So on Valentine's Day -- on Valentine's
 8   Day, we have a little bit of a special recognition
 9   today.  I'm honored to stand here with the City of
10   Miami Commission to recognize an important milestone
11   in the life of one of our dear colleagues,
12   Commissioner Reyes.
13            Commissioner Reyes and his wife,
14   Chacha -- and I've been told I have to specifically
15   say Chacha; if not, I get in trouble -- will be
16   celebrating their 50th anniversary tomorrow,
17   50th anniversary tomorrow.
18            (Applause)
19            Their story truly encompasses the saying
20   love at first sight.  Commissioner Reyes was born in
21   Del Oriente, Cuba, and Chacha was born in Bejucal,
22   Cuba, which are in the opposite ends of the island.
23   After immigrating to the US, life placed them across
24   the street from each other as neighbors where they
25   fell in love with each other.
```

Miami City Commission Meeting
February 14, 2019                              18

```
 1                    Life has continued to bless them, as
 2      they are the proud parents of two well-rounded and
 3      accomplished children, Meily and Manny, and
 4      grandparents of two beautiful grandchildren, Max and
 5      Matthew, and have another grandchild on the way.
 6      Commissioner Reyes is a great, husband, father, and
 7      grandfather.  And I can attest to his loving character
 8      and strong family values.
 9                    Congratulations, Chacha and
10      Commissioner Reyes, on 50 strong and loving years of
11      marriage.  Congratulations.  God bless you.
12                    COMMISSIONER REYES:  Thank you very
13      much.  And let me tell you, I'm going to ask the City
14      Commission to please place a statue in (Inaudible) to
15      my wife, Chacha, a big statute for putting up with me
16      for so many years and following all my adventures.
17      And let me tell you, it hasn't been easy.  But I
18      always had her support.  More than that, I'm real
19      proud of my children, Meily and Manny, and my daughter
20      (Inaudible) and my grandchildren.
21                    Thank you very much.  I wasn't expecting
22      this.  Although, when they asked me, bring Chacha, I
23      said, what the hell are they doing?  There is
24      something going on here.  But thank you very much,
25      Mr. Mayor.  Thank you, fellow Commissioners.  Thank
```

Miami City Commission Meeting
February 14, 2019                          19

1    you very much.  Thank you, Chacha, for putting up with

2    me for so many years.

3                    MAYOR SUAREZ:  And finally, I am honored

4    to receive a certificate of recognition fortifying

5    that the City of Miami is a member of the AARP network

6    of age-friendly communities.  Our City joined AARP's

7    network of age-friendly cities and communities

8    initiative to foster a livable environment for our

9    seniors.

10                   It has always been one of my priorities

11   to ensure that the quality of life continues to

12   improve for our residents, which, of course, include

13   protecting, hearing, and serving our beloved

14   (Inaudible).  Our senior citizens have diligently

15   worked to ensure that our City continues to advance.

16                   It is our duty to ensure that they

17   obtain the necessary tools to live comfortably within

18   our City.  Thank you, AARP, for the certificate and

19   for recognizing the City of Miami.  Thank you so much.

20                   MS. GINN:  Thank you, Mayor Suarez and

21   Commissioners.  I'm Donna Ginn, and I'm the state

22   president for AARP in Florida.  And I want to really

23   thank you for becoming a part of the network.  We are

24   also affiliated with the World Health Organization,

25   and that is how we got to this point.

Miami City Commission Meeting
February 14, 2019                              20

```
 1              And we have 83,000 people in Miami, the

 2   City of Miami, who are over 60.  So we are moving

 3   along.  Yes, and in Florida, we have 318 -- I'm

 4   sorry -- in the US, we have 318 communities in three

 5   states who are moving into this realm of building

 6   cities that are livable and caring for people who are

 7   aging and want to age in their homes.  So let me read

 8   the certificate.

 9              It says, The AARP network of

10   age-friendly states and communities, an institutional

11   affiliate of the World Health Organization's global

12   network of age-friendly cities and communities.  This

13   is to certify that the City of Miami, Florida, has

14   committed to becoming more age friendly under the

15   criteria established by AARP and the World Health

16   Organization and has been accepted as a member of the

17   AARP age-friendly communities.

18              This certification is valid until August

19   the 22, 2020.  So you have work to do.  And it's

20   signed by our chief advocacy and engagement officer,

21   Nancy LeaMond.  And I really commend you and thank you

22   so much, Commissioners and Mayor Suarez.

23              CHAIR RUSSELL:  Thank you very much.  We

24   had on our agenda to be recognizing our net

25   administrators today.  We'll be doing that at the next
```

Miami City Commission Meeting
February 14, 2019                            21

```
 1   meeting.  They're off taking care of our community, so
 2   we'll make sure and -- when we've got enough of them
 3   here to recognize, we'll do that later this month.  So
 4   that's it for our proclamations and presentations.
 5   We'll go ahead and begin the regular meeting.
 6              The City Attorney will state the
 7   procedures to be followed during this meeting.  Thank
 8   you.
 9              MS. MENDEZ:  Thank you, Chairman.  Any
10   person who is a lobbyist, including all paid persons
11   or firms retained by a principal to advocate for a
12   particular decision by the City Commission must
13   register with the City clerk and comply with the
14   related City requirements for lobbyists before
15   appearing before the City Commission.  A person may
16   not lobby a City official, board member, or staff
17   member until registering.
18              A copy of the code section about
19   lobbyists is available in the City clerk's office or
20   online at www.munico .com.  Any person making a
21   presentation, a formal request, or formal petition to
22   the City Commission concerning real property must make
23   the disclosures required by the City code in writing.
24   A copy of this code section is available in the City
25   clerk's office or online at www.munico.com.  The
```

Miami City Commission Meeting
February 14, 2019                                    22

1    material for each item on the agenda is available

2    during business hours and at the City clerk's office

3    and online 24 hours a day at www.miamigov.com.

4              Any person may be heard by the City

5    Commission through the chair for not more than two

6    minutes on any proposition before the City Commission

7    unless modified by the chair.  If the proposition is

8    being continued or rescheduled, the opportunity to be

9    heard may be at such a later date before the City

10   Commission takes action on such proposition.  The

11   chairman will advise the public when the public may

12   have the opportunity to address the City Commission

13   during the public comment period or at any other

14   designated time.

15             When addressing the City Commission, the

16   member of the public must first state his or her name,

17   his or her address, and what item will be spoken

18   about.  A copy of the agenda item titles will be

19   available at the City clerk's office and at the podium

20   for your ease of reference.  Anyone wishing to appeal

21   any decision made by the City Commission for any

22   matter considered at this meeting may need a verbatim

23   record of the item.  A video of this meeting may be

24   requested at the office of communications or viewed

25   online at www.miamigov.com.

Miami City Commission Meeting
February 14, 2019                                    23

```
1                So cell phones or other noise-making

2     devices are permitted in chambers.  Please silence

3     those devices now.  No clapping, applauding, heckling,

4     or verbal outbursts in support or opposition to a

5     speaking or his or her remarks shall be permitted.

6     Any person making offensive remarks or who becomes

7     unruly in commission chambers will be barred from

8     further attending commission meetings and may be

9     subject to arrest.

10               No signs or placards shall be allowed in

11    commission chambers.  Any person with a disability

12    requiring assistance, auxiliary aids, and services for

13    this meeting may notify the City clerk.  The lunch

14    recess will begin at the conclusion of the

15    deliberation of the agenda item being considered at

16    noon.

17               The meeting will end either at the

18    conclusion of the deliberation of the agenda item

19    being considered at 10 p.m. or at the conclusion of

20    the regularly scheduled agenda, whichever occurs

21    first.

22               Please note, Commissioners have

23    generally been briefed by City staff and the City

24    Attorney on items on the agenda today.  At this time,

25    the administration will announce which items, if any,
```

 1   are either being withdrawn, deferred or substituted.

 2   Thank you.

 3                   CHAIR RUSSELL:  Thank you very much,

 4   Madam City Attorney.  Mr. Manager.

 5                   MR. GONZALEZ:  Good morning,

 6   Mr. Chairman, Mr. Vice Chairman, Commissioners, Madam

 7   City Attorney, and Mr. City Clerk.  At this time the

 8   administration would like to defer and/or withdraw the

 9   following items:  It's -- FR1 is to be deferred.

10   That's FR1.  DI1, to be withdrawn, DI1.  And we have

11   a -- a time certain for D31 for 11 a.m.  That's all I

12   have, sir.

13                   CHAIR RUSSELL:  D31.  Thank you,

14   Mr. Manager.  Do any City Commissioners have any items

15   they'd like to move or remove from the agenda?  Any

16   other items, Commissioners?  For --

17                   MR. GONZALEZ:  Chair --

18                   CHAIR RUSSELL:  Yes, my apologies.

19   Mr. City Attorney, FR1, is that being continued to the

20   March 14 meeting -- Mr. Manager?

21                   MR. GONZALEZ:  Sir, I don't have a date

22   certain for that.  I'm willing to put it in, whatever

23   the commission wishes to do.  I'd be happy to.  Or

24   just leave it to be deferred, and then we can come up

25   with another date.

1            CHAIR RUSSELL:  We can defer it and then

2    bring it back at any time.  It's quite a significant

3    change for the ordinance.  It will need some work.  So

4    I'd say let's go for indefinite, and then we can bring

5    it back if it's ready, even within a month.

6            MR. GONZALEZ:  Yes, sir.

7            CHAIR RUSSELL:  So that will be an

8    indefinite deferral on FR1.  Thank you.

9            For myself, SR 1, the affordable housing

10   covenants, this is a very important ordinance for us

11   that I want us to get right.  There's still a few

12   issues that I have a couple concerns on.  And I think

13   even on a daily basis, we're coming up with scenarios

14   we hadn't thought of that need to be enforced someone

15   brought to my attention even this morning.

16            So I'd like to defer that item for one

17   month to bring back SR 1 at the first March meeting,

18   please.

19            MALE SPEAKER:  That would be March 14,

20   sir.

21            CHAIR RUSSELL:  Thank you.

22            COMMISSIONER HARDEMON:  Madam

23   attorney -- I have a question for you, for the

24   chairman.

25            CHAIR RUSSELL:  Yes.

Miami City Commission Meeting
February 14, 2019                    26

1            COMMISSIONER HARDEMON:  There's an item

2       on the agenda.  It is PH 1.  PH 1 deals with the land

3       sale in the Overtown communities, about 25,000 square

4       feet.  And it's going to be used for affordable

5       housing.  I'm in a predicament where I would like for

6       the -- the restrictions that are afforded to us

7       through SR 1 to apply to PH 1.  Today, we're obviously

8       not passing SR 1.  Is there a way that I could make

9       the amendments to FR -- PH 1, which is the land sale,

10      to provide language that includes that they will be

11      held to the requirements of the law that we're going

12      to create in SR 1 if and when it is created?

13            MS. MENDEZ:  We could negotiate that

14      into the deed and into the contract before.

15            COMMISSIONER HARDEMON:  It's a part of

16      that.  It's either that or no deal, you know.

17            MS. MENDEZ:  Right.  We can do that.

18            MAYOR SUAREZ:  Mr. Chairman, if I may

19      ask.

20            CHAIR RUSSELL:  Mr. Mayor.

21            MAYOR SUAREZ:  Yeah, this is authority

22      to purchase a property.  And that purchase and sale

23      transaction takes time.  My suspicion, it will take

24      more than the 30 days that we need to finish SR2.  So

25      SR2 should be in effect.  And I'll sign it -- I'm

```
 1   sorry.  SR 1 should be in effect by the time we close

 2   and we take ownership, so it should apply as law.

 3   I'll sign it on the same day.

 4                CHAIR RUSSELL:  Madam City Attorney,

 5   SR 1, however, whenever it gets passed, will affect

 6   all of our covenants, no matter when they were signed;

 7   isn't that correct?

 8                MS. MENDEZ:  Correct.

 9                CHAIR RUSSELL:  So nothing will --

10   nothing will fall through the cracks, even if we pass

11   it today.

12                COMMISSIONER HARDEMON:  Okay.  I still

13   want to put the language in there.

14                MS. MENDEZ:  Right.  But the -- so

15   remember that whenever we do anything pursuant to 29B

16   for affordable housing, we already have certain

17   reverters and covenants and all that.  But we will

18   make sure that we put all those restrictions as listed

19   in SR 1 in our contract as well and in our deed.

20                CHAIR RUSSELL:  So PH 1 can move forward

21   today, it sounds like?  PH 1 can move forward today.

22   Thank you very much.

23                Are there any other items anyone would

24   like to add to today's agenda?  Are there any pocket

25   items anyone would like to bring forward today?
```

Miami City Commission Meeting
February 14, 2019                    28

```
 1    Microphone, please.
 2              COMMISSIONER REYES:  Yes, I have only
 3    one pocket item.  And it's going to be -- it's going
 4    to be brought up.
 5              CHAIR RUSSELL:  Thank you.  In the
 6    future, Commissioners, it would be great if we could
 7    submit pocket items on the morning of the day of the
 8    commission meeting in writing, just so we can schedule
 9    the day out.
10              COMMISSIONER REYES:  Okay.
11              CHAIR RUSSELL:  And -- and look at what
12    we're dealing with.
13              COMMISSIONER REYES:  Nothing wrong with
14    it.
15              CHAIR RUSSELL:  What's that?
16              COMMISSIONER REYES:  I agree with you.
17              CHAIR RUSSELL:  Thank you.  And all
18    right.  So we'll -- we'll bring that one up as we go,
19    all right, in the discussion item of the --
20              COMMISSIONER HARDEMON:  Mr. Chair --
21    Mr. Chair, if I may --
22              CHAIR RUSSELL:  Yes, Mr. --
23              COMMISSIONER HARDEMON:  -- on that item.
24              COMMISSIONER REYES:  You asked for
25    clarification.  The administration (Inaudible) was
```

1    aware of that.  But you want fellow members to know

2    that there is a --

3                    CHAIR RUSSELL:  Yes.  As we move

4    forward, if we're going to take up pocket items,

5    I'd -- rather than they come at the moment, we don't

6    have time to look at them, study them, go through

7    them.  I'd really like to see us make a habit of

8    trying to bring them first thing in the morning so our

9    staffs -- each of our staffs can study them --

10                    COMMISSIONER REYES:  No problem.

11                    CHAIR RUSSELL:  -- the administration

12    can study it.

13                    COMMISSIONER REYES:  No problem.

14                    CHAIR RUSSELL:  -- if we're going to

15    take up anything.

16                    COMMISSIONER REYES:  No problem.

17                    CHAIR RUSSELL:  Mr. Mayor.

18                    COMMISSIONER REYES:  No problem.

19                    MAYOR SUAREZ:  Yeah, and I would just

20    urge the commission to look at the ordinance on pocket

21    items.  It's a very specific ordinance.  If the

22    commission wants to change the ordinance and make it

23    more flexible for pocket items, then the commission

24    obviously has the ability to do that.  But the

25    ordinance is very clear.  And correct me if I'm wrong,

1    Madam City Attorney.  It says that pocket items are

2    only to be brought for emergency purposes with no

3    financial impact.

4              And I think the reason why they do is

5    because we want to give the public, also, an

6    opportunity because if a pocket item is brought by

7    anyone, including the mayor, the public doesn't have

8    an opportunity to decide whether or not they want to

9    come and speak on an item.

10             CHAIR RUSSELL:  Right.

11             MAYOR SUAREZ:  So I would just ask --

12             CHAIR RUSSELL:  Or even watch.

13             MAYOR SUAREZ:  The --

14             CHAIR RUSSELL:  Commissioner Reyes.

15             COMMISSIONER REYES:  Point of

16   information, this doesn't have any financial impact.

17   It's just something that I want to clarify and I need

18   information on it.  And because -- I hope that --

19   Mr. Mayor, you are not implying that because it wasn't

20   done that Commissioner Russell was saying that we are

21   not -- I won't be able to address this pocket item.

22             MAYOR SUAREZ:  What I am saying simply

23   is that there's an ordinance on pocket items that's

24   very, very clear.

25             COMMISSIONER REYES:  In other words,

1   were you saying that I shouldn't do anything today,

2   right?

3                MAYOR SUAREZ:  The right way to do it to

4   comply with the law --

5                COMMISSIONER REYES:  Okay.

6                MAYOR SUAREZ:  -- is to just put it on

7   as a normal agenda item.

8                COMMISSIONER REYES:  Is this -- is this

9   because -- excuse me for being a little bit

10  suspicious.  Is this because you know that this pocket

11  item deals with Melreese golf course and the

12  negotiations for it?

13               MAYOR SUAREZ:  No.

14               COMMISSIONER REYES:  Because I had

15  never -- I had never seen you jump at any other

16  proposal for pocket item like that.

17               MAYOR SUAREZ:  I'm not jumping at the

18  pocket item.  I'm just simply saying there's an

19  ordinance --

20               COMMISSIONER REYES:  Yes, you are.

21               MAYOR SUAREZ:  -- on pocket items.

22               COMMISSIONER CAROLLO:  Well, I'm really

23  confused because since I have been back to this

24  commission, a little over a year, every meeting,

25  different members of the commission have brought up

Miami City Commission Meeting
February 14, 2019                        32

```
 1   pocket items.  Everyone has respected each other in
 2   not bringing the five-day rule.  The mayor cannot
 3   bring a five-day rule.
 4              MALE SPEAKER:  That's correct.
 5              COMMISSIONER CAROLLO:  Only as a
 6   Commissioner.  But what makes us more perplexed and
 7   why I tend to agree with Commissioner Reyes in what he
 8   stated, I'm surprised that you're bringing this up
 9   today when just last week, you brought up a pocket
10   item that had nothing to do --
11              COMMISSIONER REYES:  That's right.
12              COMMISSIONER CAROLLO:  -- with finances.
13   And you brought it up only.  And I didn't bring
14   anything up because of the issue involved.  I wanted
15   to see unity and not divisiveness.  But you brought it
16   up only because you knew that I had, one, already
17   placed on the record -- it was in the regular agenda,
18   the item that I had.  It was very clear.
19              And then you brought up a pocket item to
20   try to get ahead of mine.  I thought at the time about
21   putting the five-day rule.  But I didn't because I was
22   going to give you the same respect that we've given
23   each other.  But furthermore, because of the issue
24   involved, I didn't want to show any divisiveness.
25              But I'm -- I'm very surprised that all
```

 1    of a sudden on a day like today, and particularly when

 2    not just Commissioner Reyes has his item, you know

 3    that I have some items --

 4                    MAYOR SUAREZ:  I don't know that you

 5    have any items.

 6                    COMMISSIONER CAROLLO:  -- that are up

 7    for discussion.  And you're assuming that -- or are at

 8    least concerned with that my -- there might be some

 9    pocket items involved with it afterwards, dependent

10    how the discussion goes.  And now you're bringing this

11    up.  You know, Mayor, if you wanted that, you should

12    have put something in writing ahead of time.

13                    Frankly, this commission has given you a

14    courtesy to sit up here now as you're going to speak

15    more than you should because we are the executive

16    body.  We are the --

17                    MAYOR SUAREZ:  You're not the executive

18    body, sir.

19                    COMMISSIONER CAROLLO:  Excuse me.  You

20    are the executive body.  We are the body that promotes

21    the law.

22                    (Multiple Speakers)

23                    COMMISSIONER CAROLLO:  And you don't

24    have a vote in this commission whatsoever.  So you're

25    entitled to your opinions and to send any requests.

Miami City Commission Meeting
February 14, 2019                                    34

1   But just the fact that you're bringing this up in this

2   forum, it's kind of amusing that it even violates the

3   five-day rule that you're talking about.

4                   CHAIR RUSSELL:  Commissioner Gort,

5   please.

6                   COMMISSIONER GORT:  Commissioner, I

7   don't think you were here when the chairman came up

8   with the new way that he would like to see the pocket

9   items proposed.  That's why this came out.  Now that

10  Commissioner Reyes stated what his pocket item is, I

11  agree with him.  I'd like to hear it.  So what he was

12  clarifying -- because the chairman requested that we

13  make some changes to bring it upfront first to give

14  time for the administration and the staff to look at

15  it.

16                  And so that's why all this came up.  I

17  don't think that there was anything not to hear any

18  pocket item today.  Pocket items are going to be

19  heard, like it's been done always.

20                  COMMISSIONER CAROLLO:  If they're a

21  pocket item, Commissioner, that have to deal with

22  finances, I understand that.  The administration

23  should have some time to look at it because it's the

24  City's finances.  But from time to time, depending on

25  what discussion we get up -- we get into here as a

Miami City Commission Meeting
February 14, 2019                            35

```
 1    body, the opportunity might arise that we see that we
 2    should vote on a pocket item at the time.  And this is
 3    my concern, that that policy that we have followed
 4    would be taken away.  And --
 5              COMMISSIONER GORT:  I don't believe that
 6    it's going to be taken away because my experience
 7    is -- and I realize that you've been here a long time,
 8    just like I have -- most of the emergency pocket items
 9    came out of the administration.  I mean, I would say
10    99 percent of the pocket items have come because it's
11    an emergency and they needed to get --
12              CHAIR RUSSELL:  So, gentlemen, as
13    chairman, I would like to try to maximize
14    transparency, maximize the public's trust in us and
15    their involvement and their ability to engage and
16    understand what we're dealing with and also give the
17    administration and each of us the ability to study and
18    understand what's before us and what we're -- being
19    discussed.  We don't ever want to get caught by
20    surprise by something that we're not prepared.  We can
21    do a little research if we know what's coming.
22              So I do want to minimize pocket items as
23    much as possible and push things to the next agenda
24    when we can and when we need to.  If something needs
25    to come up that's of an emergency nature, for sure
```

Miami City Commission Meeting
February 14, 2019                    36

1   each of us is going to agree unanimously, let's talk.

2   And we do want to give deference to each Commissioner

3   if they just have something they want to talk about as

4   a discussion item.

5                   COMMISSIONER CAROLLO:  I think, Chair,

6   you used the right words.  You want to minimize that

7   but not stop fully.  And I think that's acceptable.

8                   CHAIR RUSSELL:  And if I understand

9   correctly, Commissioner Reyes, the item is to seek

10  a -- a status update of some sort or -- I just want to

11  clarify.  Because if -- if it's getting into the

12  substance of the lease deal or something else, that, I

13  would rather put on agenda and be able to give them

14  the time to --

15                  COMMISSIONER REYES:  Listen -- listen --

16                  CHAIR RUSSELL:  Just -- just --

17                  COMMISSIONER REYES:  I know better than

18  that.

19                  CHAIR RUSSELL:  Just a moment,

20  Commissioner Reyes.  If it's a status update,

21  certainly, I'd love to -- for you to ask or direct --

22                  COMMISSIONER REYES:  Absolutely.

23                  CHAIR RUSSELL:  -- administration, and

24  they can then prepare and --

25                  COMMISSIONER REYES:  I know better than

 1   that.  I wouldn't -- wouldn't do anything otherwise.
 2   The only thing is that I want to make sure that --
 3   that the -- the negotiations with the park, with
 4   the -- between the -- these people that want to build
 5   that massive development and stadium (Inaudible) that
 6   the negotiation has started or -- and what is the
 7   status of and why we haven't started.  I know why it
 8   took so long.  But for the past month, we have -- the
 9   green light was given.
10                  CHAIR RUSSELL:  Understood.
11                  COMMISSIONER REYES:  Okay.  And that was
12   the only thing that I want to try to get a commitment
13   that -- and I'm going to be very blunt here because
14   that's the only way that I know how to speak.  I want
15   a commitment that this is going to be brought to the
16   commission before the November election, before the
17   November election because it is very -- I mean, as you
18   know, a definite vote against that is -- my vote is
19   going to be -- I mean, I am up for reelection.  And
20   being up for reelection, it will be -- those people
21   are in favor, it could be, I would say, a very nice
22   tactic to say, you know, let's wait and see if we can
23   get this guy out or the vote -- or the people that
24   could feel that that -- that they want to vote against
25   and waiting still after the election.  I want to be

Miami City Commission Meeting
February 14, 2019                        38

```
 1   here.  I want to make sure that before the November

 2   election, we're going to bring that contract or that

 3   negotiation for a vote.

 4              CHAIR RUSSELL:  Thank you,

 5   Commissioner Reyes.  And if --

 6              MAYOR SUAREZ:  Mr. Chair, if I may

 7   respond.  A few of the --

 8              CHAIR RUSSELL:  Yes, Mr. Mayor.  Of

 9   course.

10              MAYOR SUAREZ:  Thank you.  So first of

11   all, I apologize if you both thought that there was

12   any particular reason why I brought this discussion

13   forward.  I was simply articulating what our law is,

14   what our ordinances state.  And our ordinances are

15   very clear.  They state that there should be an

16   emergency and that there should be no fiscal impact.

17              I think there's no fiscal impact.  If

18   the commission determines that there's an emergency

19   reason why we need to discuss this today as opposed to

20   in the next commission meeting, the commission has the

21   right to do that.  The commission also has the right

22   to change the law and modify it and say that it

23   doesn't have to be for emergency reasons.

24              I think the reason why that pocket item

25   ordinance exists is for transparency so that the
```

```
 1    residents have an opportunity -- so that the residents

 2    have an opportunity to come and speak on whatever item

 3    the commission wants to speak on as well.  As to the

 4    pocket item that I brought last commission meeting,

 5    which was adopted unanimously, I presume that there

 6    was a finding of an emergency because it was very time

 7    sensitive.

 8                    It was time sensitive because the

 9    president of the United States had recently recognized

10    the new democratic government of Venezuela, and I

11    thought it was an emergency and it was very time

12    sensitive for us to bring that pocket item, which was

13    no fiscal impact and unanimously approved by this

14    commission.  And I have every right to stand here and

15    say that and be on this dais as the mayor of the City

16    of Miami.  Thank you.

17                    COMMISSIONER REYES:  Mr. Mayor --

18                    CHAIR RUSSELL:  Thank you, Mr. Mayor.

19    And -- Mr. --

20                    COMMISSIONER REYES:  Because I was

21    addressed and --

22                    CHAIR RUSSELL:  Of course,

23    Commissioner Reyes.

24                    COMMISSIONER REYES:  You see, I was not

25    accusing of anything.  The only thing that it was
```

1   very, very, very suspicious to me that I have seen

2   it -- I mean, since I've been here for the year that

3   I've been here, I have seen hundreds of pocket items,

4   that they are brought just out of, I mean, very

5   impromptu.

6               This is -- I want to -- I have a pocket

7   item.  And I have never seen, any, any, any pushback

8   on any pocket item.  Since everybody knows and the

9   City manager knows it because I told him what I was

10  going to be asking.  It -- it was suspicious to me

11  that we have this push back on my pocket item.

12              MAYOR SUAREZ:  It's not a push back on

13  your pocket item.

14              COMMISSIONER REYES:  It is -- it is -- I

15  don't think it's right.  Because -- and I don't have

16  anything of following procedure, on following the law.

17  From now on, any -- any pocket item that I'm going to

18  present is going to be -- is going to be according to

19  the procedure because if somebody asks about procedure

20  here, it is me.

21              CHAIR RUSSELL:  Right.

22              COMMISSIONER REYES:  That's one of the

23  reasons why --

24              CHAIR RUSSELL:  Thank you very much.

25              COMMISSIONER REYES:  -- why I'm not

Miami City Commission Meeting
February 14, 2019                              41

 1   against that.
 2                CHAIR RUSSELL:  Gentlemen --
 3   gentlemen --
 4                COMMISSIONER REYES:  But it is fishy, in
 5   my --
 6                (Multiple Speakers)
 7                CHAIR RUSSELL:  Gentlemen, please,
 8   please, please, I'm going to ask for --
 9                MAYOR SUAREZ:  Mr. Chairman --
10   Mr. Chairman --
11                CHAIR RUSSELL:  Here's my goal for this
12   moment:  To get home for Valentine's Day to see my
13   wife.
14                MAYOR SUAREZ:  That's a good goal.
15                CHAIR RUSSELL:  I had a dream of being
16   out by lunch.  I've long let that dream go by, but I
17   will not miss Valentine's dinner.
18                Here's -- I fully understand,
19   Commissioner Reyes, where you're coming -- with this
20   discussion item, and I believe you handled it well in
21   that you've given direction to the manager to bring
22   back a status update, which he can do at the next
23   agenda when he's gathered the information.  Plus,
24   you've had a request to see this lease sewn up by
25   November.

Miami City Commission Meeting
February 14, 2019                        42

```
 1              COMMISSIONER REYES:  (Inaudible)
 2              CHAIR RUSSELL:  Before November so this
 3    commission can take it up before November.  And that's
 4    something they can also go through in their update
 5    when they bring it back on the possibility of that and
 6    their timeline and their projected plans.  And I look
 7    forward to hearing that as well.  So I -- I --
 8              COMMISSIONER REYES:  (Inaudible)
 9              CHAIR RUSSELL:  That is the discussion
10    item, I hope.  I think we've completed it.
11              MALE SPEAKER:  I'm fine with that.  I
12    think that's a good process.
13              CHAIR RUSSELL:  And Commissioner
14    Carollo, you would like to say something.
15              COMMISSIONER CAROLLO:  Just one more
16    minute of this because the mayor tried to change what
17    really happened with that pocket item.  And I -- I
18    have to clarify this again, Mayor.  I'm sorry.  You
19    have presented at practically every meeting -- every
20    other meeting, at best, pocket items --
21              MAYOR SUAREZ:  No, I haven't.
22              COMMISSIONER CAROLLO:  Never, never had
23    a problem.  Now, all of a sudden, you've gotten
24    religion.  What happened at the last meeting, I had a
25    duly put item placed on the agenda that you did not
```

1    want to see me be the one that sponsored alone, so you

2    came with --

3                    MAYOR SUAREZ:  (Inaudible)

4                    COMMISSIONER CAROLLO:  -- a pocket item

5    to try to take that away from me.  I did not become

6    petty and challenge you on it.  I could have placed

7    the five-day rule on you.  I didn't do that.  And what

8    you presented was what I had way before on the agenda,

9    and that ain't a pocket item.  So --

10                   MAYOR SUAREZ:  It was a different item,

11   though.

12                   COMMISSIONER CAROLLO:  No, it was not a

13   different item.

14                   MAYOR SUAREZ:  Yes, it was.

15                   COMMISSIONER CAROLLO:  It was the same

16   item.

17                   MAYOR SUAREZ:  It was not the same item.

18                   COMMISSIONER CAROLLO:  The only thing

19   that you mentioned that wasn't there that it didn't

20   mention by name, (Inaudible).  And with the --

21                   MAYOR SUAREZ:  I think that's

22   significant.

23                   COMMISSIONER CAROLLO:  -- we had

24   included that was presented that morning.  It was

25   included in mine also.  But you didn't care about that

Miami City Commission Meeting
February 14, 2019                              44

```
1   because you know well that if you wanted to add his
2   name, all you had to do was say, I'd like to be a
3   sponsor, and I'd like his name to be added, which it
4   had already been added.  You didn't do that.  You did
5   it in a way for you to try to take credit or
6   something.
7               MAYOR SUAREZ:  That's not accurate.
8               COMMISSIONER CAROLLO:  And I did not
9   become petty.  I did not place the five-day rule on
10  you.  So I want to make the record clear.  This is why
11  it's extremely suspicious why all of a sudden you're
12  bringing this up today in the fashion that you're
13  doing.  Not even a memo sent to any of us before.  You
14  love to go visit Commissioners when you have something
15  in your agenda.  Did any of us get talked to about
16  this item?
17              MAYOR SUAREZ:  What item are you talking
18  about?  I don't know what item you're talking about.
19  I simply said --
20              COMMISSIONER CAROLLO:  About this right
21  here.
22              CHAIR RUSSELL:  Gentlemen, I would like
23  to move on, please.
24              COMMISSIONER REYES:  Yes, but also, to
25  finalize Mr. Chairman, I want this to be -- this
```

Miami City Commission Meeting
February 14, 2019                          45

1   discussion -- I mean, this will be the pocket item,

2   fine.  I'm not going to talk about this any more now.

3   But I want this to be a direct -- and make it clear.

4   Because later on, I don't want to receive a memo that

5   that was a direct -- I direct it to the manager, at

6   the next meeting, bring a report on how the

7   negotiations are going.  And make sure that this --

8   this issue comes to -- for a vote before the November

9   election.

10          MALE SPEAKER:  Well, I'd like to, if I

11  can, with the maker of the motion, is to add something

12  more to it.

13          CHAIR RUSSELL:  I don't believe there's

14  a motion.  Commissioner Reyes is just giving direction

15  to the manager to bring back an item to the --

16          (Multiple Speakers)

17          COMMISSIONER REYES:  Commissioner

18  Carollo wants to make a motion, make a motion.

19          COMMISSIONER CAROLLO:  I -- I'd like to

20  make this in the form of a motion so that this

21  commission as a whole is placed on record.  What

22  Commissioner Reyes stated is what I'd like to make

23  part of a motion with the addition that no outside

24  consultants, law firms, negotiating team can be hired

25  until this commission is advised of it.  And we decide

Miami City Commission Meeting
February 14, 2019                          46

```
 1    if we want to go that route or not.  I don't want to

 2    see under the manager's prerogative of the $25,000

 3    that all of a sudden, someone got hired for $25,000

 4    for whatever the reason is.

 5                   CHAIR RUSSELL:  So there has been a

 6    motion.

 7                   COMMISSIONER REYES:  I'll second it.

 8                   CHAIR RUSSELL:  There is a second.  I'll

 9    start with the discussion, just to sort of nip this in

10    the bud because I believe this is where a pocket

11    discussion item goes beyond where public has the

12    ability to be prepared for this.  Nobody is here to be

13    able to comment on this item that they should have the

14    right to do.  Now that we are making a motion and

15    taking an action, the public has a right to speak.

16                   And the motion is quite stacked.  It

17    gives easy direction for the management to come back

18    with a status update and a timeline.  That was already

19    done.  But if there is a motion, that's asking the

20    body to lock them into the November deadline for a

21    lease, which I'm not even prepared to understand what

22    their timeline is to get there.  So I'm not prepared

23    for that.

24                   And then beyond that, the addition of

25    limitations on who they can hire and when and how
```

1    much, that should all be on an agenda.  If that's

2    something that we want to --

3                 COMMISSIONER REYES:  Well --

4                 CHAIR RUSSELL:  -- hold the

5    administration to, it's something we should be able to

6    study, they should be able to study, and the public

7    should be able to study.  So that's the only --

8                 COMMISSIONER REYES:  The --

9                 CHAIR RUSSELL:  -- issue I have with

10   that.

11                COMMISSIONER REYES:  Well --

12                CHAIR RUSSELL:  That's why -- that's why

13   pocket items in general, I do in the future intend to

14   start tightening up on, not because of this one

15   specifically.

16                COMMISSIONER REYES:  This discussion

17   have arised because of the way that my pocket item was

18   tried to be a torpedo, to say the other word.  And --

19   and -- and that's why all this discussion arised too.

20                MALE SPEAKER:  Mr. Chairman --

21                CHAIR RUSSELL:  I was fully comfortable

22   allowing your pocket item.  I think your direction was

23   very clear of the management.  I think they -- there's

24   no way they can get out of placing an item on the next

25   agenda.

```
 1                COMMISSIONER REYES:  Commissioner

 2     Carollo -- Commissioner Carollo, could you consider

 3     this bringing so we go through the process of

 4     bringing --

 5                COMMISSIONER CAROLLO:  I have no problem

 6     placing it on the next agenda.

 7                COMMISSIONER REYES:  Let's place it --

 8     let's place it -- let's go to the --

 9                COMMISSIONER CAROLLO:  But let me say

10     this.  I think Commissioner Russell has this one a

11     little wrong.  And let me explain why, Commissioner.

12     It is up to this commission to do that.  That is our

13     right.  And it falls on us more than anyone else,

14     including the administration.

15                In fact, all that I am saying is that we

16     want our rights to be respected because if the

17     administration would want to do that, they would have

18     to be the ones to then place it on the agenda, as

19     you're saying.  So I'm not doing anything different

20     than putting in motion what our rights are and what we

21     expect.

22                In other words, it is not a God-given to

23     them that they could do whatever they please.  The

24     manager is not elect ed by the public.  We are.  We're

25     the ones that are responsible.  And all that I'm
```

Miami City Commission Meeting
February 14, 2019                        49

```
 1    saying is that I want to make clear what our rights
 2    are and what our position is.  I'm not taking any
 3    rights because -- and maybe I misunderstood you.  And
 4    if I did, I apologize.  It almost sounded like it is
 5    their right --
 6              CHAIR RUSSELL:  That's --
 7              COMMISSIONER CAROLLO:  -- and only their
 8    right.  And we're --
 9              CHAIR RUSSELL:  I -- I --
10              COMMISSIONER CAROLLO:  -- taking
11    something from them.
12              CHAIR RUSSELL:  I absolutely do agree
13    with you.  And that is not what I was intending.
14              COMMISSIONER CAROLLO:  Okay.
15              CHAIR RUSSELL:  It's simply for
16    transparency and for agendas and for time.  Part of
17    the motion, I would have agreed with.  If it was just
18    giving direction to bring something back.  Then
19    everybody has the ability to like weigh in.  The
20    parties who may be interested in -- but Commissioner
21    Gort had asked to speak a few moments ago, so I'd like
22    to honor that.
23              COMMISSIONER GORT:  Let me give you a
24    suggestion.  We already told the manager what we want
25    from him.  He's got to come back at the same time.
```

1   When he comes back with a report, we -- we should have

2   an agenda, a resolution specifying all the -- what the

3   Commissioner is asking right now.

4                   COMMISSIONER REYES:  I do agree with

5   you.  And let's make a -- in order -- I mean, in sake

6   of transparency, Commissioner Carollo, why don't we

7   prepare this for next -- next --

8                   COMMISSIONER GORT:  No, no, we're not --

9   we're instructing the administration to come back with

10  a report and with the motion or resolution specifying

11  what was discussed here.  Okay.

12                  CHAIR RUSSELL:  Report and a timeline.

13                  COMMISSIONER CAROLLO:  A report and a

14  resolution and the next agenda; is that what you're

15  saying, Commissioner Gort?

16                  MAYOR SUAREZ:  Mr. Chair, I totally

17  agree with that.  That's the right procedure.  That's

18  the right way to do it.

19                  COMMISSIONER CAROLLO:  Well, then, if

20  we're going to go that route, then what's good for one

21  better be good for everybody.

22                  MAYOR SUAREZ:  Of course.

23                  COMMISSIONER CAROLLO:  Because I am

24  going to then exercise the five-day rule if this is

25  what is going to be coming from here on.

```
 1                    MAYOR SUAREZ:  Sir, I'm the Commissioner

 2       that created the five-day rule.

 3                    COMMISSIONER CAROLLO:  Well --

 4                    MAYOR SUAREZ:  -- so --

 5                    COMMISSIONER CAROLLO:  The five-day

 6       rules are -- was around a long time before you ever

 7       were a Commissioner.

 8                    MAYOR SUAREZ:  The five-day rule was

 9       modified while I was a Commissioner to make it any

10       Commissioner can invoke the five-day rule.

11                    COMMISSIONER CAROLLO:  It might have

12       been modified --

13                    MAYOR SUAREZ:  Yes.

14                    COMMISSIONER CAROLLO:  -- but it was

15       around for a long, long time.

16                    MAYOR SUAREZ:  But it was not in the way

17       that it is now where any one Commissioner can invoke

18       the five-day rule.  So you have absolutely the -- the

19       ability to do that, of course.

20                    COMMISSIONER REYES:  And Mr. Chairman,

21       just one last question, since I am not that well

22       versed on having read all the rules and all that

23       because it's this big.

24                    Madam City Attorney, it is my right to

25       bring any topic or any issue that I consider that is
```

1   important on the commission meeting, just like --

2   like -- like this discussion item?

3              MS. MENDEZ:  Yes, you can place any item

4   on the -- on an agenda.  You're just talking about a

5   regular process?

6              COMMISSIONER REYES:  I'm talking about

7   with -- without having -- well, without going through

8   that procedure that is discussed or if I -- and I

9   may -- we have a discussion, and I want -- or if I

10  consider that a certain topic should be discussed, can

11  I ask for time to discuss that topic right here on the

12  dais?

13             MS. MENDEZ:  So if it's a pocket

14  discussion, yes, you can.  The only thing that, I

15  think, we're all talking about is that if any of your

16  fellow Commissioners doesn't want to talk about that

17  topic right then and there, they could exercise the

18  five-day rule.  And that's just --

19             COMMISSIONER REYES:  Yes, I know.  I do

20  understand that.

21             MS. MENDEZ:  Only one Commissioner can

22  say I don't want to talk about that.  And then --

23             COMMISSIONER REYES:  If no Commissioner

24  exercised the five-day rule, can I still go ahead and

25  establish that discussion?

```
 1                MS. MENDEZ:  You can have a discussion,
 2   yes.  The only thing that I believe that the mayor was
 3   alluding to our section of the code 233 that says that
 4   we're not supposed to be bringing up things that have
 5   fiscal impacts, that are not emergencies.
 6                COMMISSIONER REYES:  I made it clear
 7   that I wouldn't -- I didn't have -- this doesn't have
 8   any fiscal impact.
 9                MS. MENDEZ:  Right.  But it has to --
10                COMMISSIONER REYES:  Okay.
11                MS. MENDEZ:  -- technically be --
12                COMMISSIONER REYES:  Okay, ma'am.
13                MS. MENDEZ:  -- an emergency.
14                COMMISSIONER REYES:  Okay.  Thank you
15   very much.
16                MAYOR SUAREZ:  It has to be an
17   emergency.
18                CHAIR RUSSELL:  Okay.  So the direction
19   is clear to the administration to bring back a status
20   update and timeline for the negotiations of the
21   Melreese deal, correct?
22                MR. GONZALEZ:  Acknowledged, sir.
23                CHAIR RUSSELL:  Thank you very much.
24                MAYOR SUAREZ:  I agree with that.
25                COMMISSIONER CAROLLO:  For the next
```

Miami City Commission Meeting
February 14, 2019                    54

1   meeting, we're going to have a resolution, as I

2   presented before, and as Commissioner Gort suggested,

3   that it be placed on the agenda.

4              CHAIR RUSSELL:  What is the resolution?

5              COMMISSIONER CAROLLO:  The resolution

6   will be that the City administration cannot go hire on

7   its own any consulting firm, any law firm, any

8   appraising -- appraisal firm or any other entity for

9   any reason or purpose whatsoever on the Melreese

10  property unless it's brought to this commission for

11  discussion and a vote.

12             CHAIR RUSSELL:  All right.  The

13  resolution to be placed on the next agenda is clear.

14  You don't need a motion for that.

15             MALE SPEAKER:  Pardon the interruption.

16  No motion?

17             CHAIR RUSSELL:  Yes.

18             COMMISSIONER CAROLLO:  Last but not

19  least, just a quick statement.  Since I've been here,

20  this commission has been respectful of one another.

21  And no one -- even though we might have had difference

22  of opinions, no one has ever exercised the five-day

23  rule on anyone else.  And I'm saying that because the

24  first time it's exercised by anyone, then all bets are

25  going to be off.  And this is how it's going to be

Miami City Commission Meeting
February 14, 2019                          55

```
 1   played from here on.  And I just want to put it on the
 2   record.
 3              CHAIR RUSSELL:  Thank you, Commissioner.
 4   Mr. -- we've completed the order of the day.  Are
 5   there any mayoral vetoes?
 6              MALE SPEAKER:  Chair, my apologies.  For
 7   the order of the day, you need a motion to --
 8              CHAIR RUSSELL:  Thank you.  Is there a
 9   motion on the order of the day as earlier discussed?
10              (Multiple speakers)
11              CHAIR RUSSELL:  It's been moved and
12   seconded.  All in favor, say aye.
13              (Aye)
14              CHAIR RUSSELL:  Any opposed?  Motion
15   passes.  Thank you.  Are there any mayoral vetoes?
16              MALE SPEAKER:  There are no mayoral
17   vetoes.
18              CHAIR RUSSELL:  Mr. Mayor, would you
19   like to address the body?
20              MAYOR SUAREZ:  Thank you, Mr. Chair.
21   And I appreciate your Valentine's generosity in
22   wanting to clear up many of the items on the agenda
23   that I was going to discuss.  So I appreciate that.
24              But I do want to reiterate something
25   that you said in the opening remarks, which is that
```

Miami City Commission Meeting
February 14, 2019                          56

1    today marks the one-year anniversary of one of the

2    nation's worst mass shootings in the history of the

3    United States.  It took place at Marjory Stoneman

4    Douglas High School.  17 people, mostly students, lost

5    their lives in that massacre.  Today I want to take

6    time to honor them, to remember each one of them, and

7    for us to remember just how fragile life can be.

8              The victims are Alyssa Alhadeff, 14

9    years old, she loved soccer; Scott Beigel, 35, a

10   geography teacher who tried to usher students back

11   into their classrooms; Martin Duque, 14, friends

12   described him as funny and very outgoing; Nicholas

13   Dworet, 17, a senior who had just been accepted to the

14   University of Indianapolis, recruited for the swimming

15   team; Aaron Feis, 37, an assistant football coach.  He

16   bravely threw himself in front of students to protect

17   them; Jamie Guttenberg, 14, she was described as

18   always being kind and very friendly; Chris Hixon, 49,

19   he was the school's athletic director; Luke Hoyer, 15,

20   described as an amazing individual, always happy; Cara

21   Loughran, 14, was a dancer at the Drake School of

22   Irish dance in South Florida; Gina Montalto, 14, a

23   member of the winter guard on the school's marching

24   band; Joaquin Oliver, 17, born in Venezuela, moved to

25   the US when he was three years old, loved basketball

```
 1   and football; Alaina Petty, 14, described as vibrant

 2   and determined and volunteered after Hurricane Irma

 3   hit south Florida; Meadow Pollack, 18, had been

 4   accepted to Lynn University in Boca Raton; Helena

 5   Ramsay, 17, was a kindhearted, smart, and a thoughtful

 6   person.  She had relentless motivation toward her

 7   academic studies; Alex Schachter, 14, participated in

 8   the marching band and orchestra playing baritone and

 9   trombone; Carmen Schentrup, 16, was a National Merit

10   Scholar semifinalist; Peter Wang, 15, was a member of

11   the junior ROTC program; he was shot while holding the

12   door open to let fellow classmates get to safety.

13   Please join me in a moment of silence to remember

14   these precious lives.

15             Thank you, Mr. Chair.

16             CHAIR RUSSELL:  Thank you, Mr. Mayor.

17   Are there any items on the agenda that you'd like to

18   address, Mr. Mayor?

19             MAYOR SUAREZ:  No, that's all for now.

20   Thank you.

21             CHAIR RUSSELL:  Thank you very much.

22   Can I get a motion to approve the minutes of --

23             Commissioner REYES:  Move it.

24             CHAIR RUSSELL:  -- planning and zoning,

25   October 25, 2018, please.  It's been moved by
```

Miami City Commission Meeting
February 14, 2019                            58

1    Commissioner Reyes, seconded by Commissioner Gort.

2    All in favor, say aye.

3                    (Aye)

4                    CHAIR RUSSELL:  Any opposed?  Motion

5    passes.

6                    Is there anything from the consent

7    agenda anyone would like to move to speak on

8    specifically?  Seeing none, can I get a motion to

9    approve the consent agenda?

10                   COMMISSIONER REYES:  Move it.

11                   CHAIR RUSSELL:  It's been moved.  Is

12   there a second?

13                   MALE SPEAKER:  Chair, did you want to --

14                   CHAIR RUSSELL:  I will do public

15   comment.  Thank you.  Is that what you're going to

16   ask?

17                   MALE SPEAKER:  Yes, sir.

18                   CHAIR RUSSELL:  Yes, sir.  There's a

19   motion seconded by the chair on the consent agenda.  I

20   was remiss.  I would like to open up public comment,

21   please.  If you are here to speak on any of the items

22   on our agenda, which includes the consent agenda, the

23   public hearing agenda, the resolutions, and the

24   ordinances, please step forward to any lectern at this

25   point and feel free to address this body.  You'll have

Miami City Commission Meeting
February 14, 2019                      59

```
1   two minutes.  You can state your name.  You may state

2   your address if you'd like.  And to address us, just

3   let us know which item you're here to speak on.  And

4   the floor is yours for two minutes.

5           MS. HOLMES:  Good morning, each and

6   every one.  I'd like to wish you all a very remindful,

7   happy Valentine's Day.  I call it a suka day.  You

8   know, put a little sugar in everything, including your

9   arsenic.  And with that, I'm here -- I kiss my kids

10  every day before I send them out in the street in

11  Overtown.

12          But with that, PH 1, I just -- and some

13  reference to the discussion item, which is on the

14  agenda as well, I just really want you to think about

15  reasonable accommodation.  I hear a lot of speaking on

16  behalf of the public, on behalf of items that affect

17  working mothers and persons with disability that

18  aren't here, but I'm here regardless.

19          But the content of information, I don't

20  know if five days is reasonable.  But in that public

21  hearing, public participation, civic engagement, there

22  is a word that talks about fairness and measures, and

23  it says reasonable and accommodating.  I'm a little

24  bit overthinking or maybe just a little bit logic --

25  not so much into personalties about what you and I do,
```

1    but about what we do in a process that allows someone,

2    much like myself, to have the full understanding and

3    comprehension.

4              When we bring comprehensive items, thus,

5    items of planning and zoning, items regarding

6    property, when people get it, what they will build --

7    my comprehensive, my level of intellect, my level in

8    public and taxes is what will be the height, how many

9    people will live there, what'll be their income.

10   That's financial impact, to me.

11             So as a taxpayer, I just don't see what

12   it means about nothing has a financial impact.  If

13   it's to giving away of a property and it's okay if

14   it's something like that, I'm going to close --

15   Commissioner Russell, and I want to thank you all for

16   having an open discussion.  But let me tell you how I

17   see it from my perspective because I'm not sitting

18   with -- with (Inaudible) or authority.  I like to be

19   able -- and thank you but one out of a million people

20   here is a fine example.

21             I just want to say please continue to

22   have discussion, but stop giving away property in

23   Overtown, talking about it's affordable when some of

24   us just ain't going to be able to even to do what they

25   consider affordable.  Give me the information that I

Miami City Commission Meeting
February 14, 2019                                    61

1    need, and take the information that I give in a

2    comprehensive process.  And I -- I applaud you on

3    that.

4              If you would allow me, Coral Bay -- and

5    a video went out about that about that discussion.  A

6    lot of people were from Liberty City attended that.

7    It went all over Facebook, Instagram.  It was pleasing

8    to see people at a meeting sharing.  But those who

9    share was like (Inaudible).  Those who are serving

10   people that are supposed to move in that area, the

11   most challenging area.  I want to thank you for

12   allowing that.

13             Maybe considering just how little bit

14   that was informational, educational, and inclusive

15   would allow you to be real about what you saying about

16   making sure that the taxpayers are engaged and have

17   equal opportunity for citizen participation as

18   required by Florida statute law.  Thank you.

19             CHAIR RUSSELL:  Understood.  Thank you,

20   Ms. Holmes.

21             Mr. Rattner.

22             MR. RATTNER:  Is there a (Inaudible)?

23             CHAIR RUSSELL:  You don't need one for

24   public comment.

25             MR. RATTNER:  Okay.

 1                CHAIR RUSSELL:  There are speakers

 2    throughout the building, including the bathroom.

 3                MR. RATTNER:  Okay.  Just as a courtesy,

 4    as we listened to you, everybody listens to us as

 5    well.  Three items, if I may speak about.  One is

 6    SR 1.  My name is Sherman Rattner.  I'm president of

 7    1809 Brickell Tenants Association.  And I'd like to

 8    speak about SR 1 concerning the enforcement of

 9    incentive programs.

10                CHAIR RUSSELL:  Thank you.

11                MR. RATTNER:  And also the forever bonds

12    and one other item related to these items.  First,

13    these -- there's been a lot of measures that have made

14    progress in this area, but they -- collectively, they

15    don't seem to go far enough.  7 percent incentive

16    programs, at that rate, it would take centuries to

17    deal with the affordable housing crisis.

18                I would suggest adding to the

19    enforcement program a public database so everybody can

20    look up and see what programs have been given to each

21    property.  I think that would be an important addition

22    to it.  And regarding the forever bonds, we talk a lot

23    about the $400 million, a hundred million dollars for

24    affordable housing.  But that money is spread over

25    years.  I believe the affordable housing money is

Miami City Commission Meeting
February 14, 2019                          63

```
 1   perhaps over 10, 15, 20 years before that will be
 2   spent, which comes out to 5, $6 million a year.  This
 3   is so inconsequential given the scale of the problem
 4   that I think it would be appropriate to start
 5   considering what other funding programs you might want
 6   to add to affordable housing.
 7                And the third thing here is that in the
 8   last couple of meetings that I've been coming here, it
 9   seems to have been so testy.  And instead of solving
10   problems, there seems to be personality conflicts.
11   And this being Valentine's Day -- and I hope you will
12   get home for dinnertime for your wife; save your
13   marriage, at least -- that I would hope that somehow,
14   people can find more productive ways of dealing with
15   these very complex and important issues because we're
16   all depending on you.  Thank you very much.
17                CHAIR RUSSELL:  Thank you, Mr. Rattner.
18   We have deferred item SR 1.  If you have any
19   recommendations, feel free to please send them to the
20   administration so we can consider that when the
21   legislation comes back.  And your comments are noted
22   about the bond.
23                Is there any further public comment?
24                MR. LOZMAN:  (Inaudible) 345 point --
25   normally, when I've been to other public meetings,
```

```
 1   commission meetings, City meetings, municipal

 2   meetings, when there's not a majority of elected

 3   officials on the dais, the meeting stops.  So right

 4   now, you have three members up there.  When you just

 5   have yourself and no one else is up there, the meeting

 6   should stop until you have two -- two more members --

 7                CHAIR RUSSELL:  Thank you.  We are not

 8   able to take an action while there is not a quorum.

 9                MR. LOZMAN:  No, the meeting should

10   stop.  That's the way it works.

11                MALE SPEAKER:  Excuse me.  Excuse me.

12                MR. LOZMAN:  That's your opinion.

13                MALE SPEAKER:  Excuse me.  Let me

14   clarify something, which is --

15                CHAIR RUSSELL:  Commissioner Gort.

16                COMMISSIONER GORT:  Every once in a

17   while, we have to go to the restroom.  That's why we

18   have microphones in the restroom, and we'll listen to

19   everything that's taking place here.

20                MR. LOZMAN:  But that's not the way it

21   works.

22                COMMISSIONER GORT:  But --

23                MR. LOZMAN:  With all due respect --

24                COMMISSIONER GORT:  No, I understand

25   what --
```

Miami City Commission Meeting
February 14, 2019                              65

```
 1                   MR. LOZMAN:  That's not the way the

 2     procedure works.  Okay.  But there's a few things

 3     that --

 4                   COMMISSIONER GORT:  I understand.  But I

 5     think we're doing very good.

 6                   MR. LOZMAN:  There's a few things that

 7     don't make sense here relative to how procedures work

 8     relative to the Florida Sunshine Law.  Now, the First

 9     Amendment Foundation publishes the government in the

10     Sunshine Manual.  I don't know if you guys had a

11     chance to read that.

12                   MALE SPEAKER:  I read it quite often.

13                   COMMISSIONER GORT:  We have.  We have to

14     take the courses every five -- few years.

15                   MR. LOZMAN:  I was the First Amendment

16     Foundation's man of the year in 2017 for the efforts

17     I've done since 2003 to uphold Florida Sunshine Law,

18     Florida's public records laws, and what have you.  I'm

19     looking at your agenda today.

20                   And in your agenda, it states that any

21     person who seeks to address the City Commission on any

22     proposition before the City Commission is invited to

23     do so and shall, as soon as possible, inform the City

24     clerk of his or her desire to speak, giving the City

25     clerk his or her name.  At the time the item is heard,
```

Miami City Commission Meeting
February 14, 2019                              66

1   that person should approach the microphone.  Today --

2   or last time when I talked to the City clerk, he says

3   you have two minutes at this time to talk on all the

4   items on the agenda.

5                CHAIR RUSSELL:  Yes.

6                MR. LOZMAN:  Okay.  That is violative of

7   Florida Statute 286.0114.  You have to be -- you have

8   to have a reasonable opportunity to -- to speak on

9   each individual proposition.

10               COMMISSIONER HARDEMON:  Is that what it

11  says?  Does it say each and every?  Is that what the

12  proclamation says?

13               MR. LOZMAN:  Yes.

14               COMMISSIONER HARDEMON:  No.  The

15  statute.  No, read the statute.  Read the statute that

16  you described.

17               MR. LOZMAN:  Sure.  I think I'm betting

18  off getting my phone and reading the statute that way,

19  if you want to take a minute.  I'll go get my phone --

20               CHAIR RUSSELL:  If you have the

21  statute -- because Commissioner Hardemon enacted this

22  practice, and it hasn't -- it has been tested over

23  these few years as being sufficient and reasonable.

24               MR. LOZMAN:  No, we can --

25               CHAIR RUSSELL:  In fact --

```
 1                    MR. LOZMAN:  -- go get 286.0114.

 2                    COMMISSIONER HARDEMON:  You can get it,

 3       but we're going to move on with our meeting.

 4                    CHAIR RUSSELL:  Yeah, we'll -- I'll be

 5       glad to hear this because this is not on an item we

 6       have today but on the general procedure of the body.

 7                    COMMISSIONER HARDEMON:  But Mr. Clerk --

 8       Mr. Clerk and Mr. Chairman, if that's what it says in

 9       our document that's being read, we just need to amend

10       that.

11                    MS. MENDEZ:  Right, we need to fix it.

12                    COMMISSIONER HARDEMON:  That's all.

13                    MS. MENDEZ:  It's in the template on the

14       back of the agenda.  Apparently that's been an

15       oversight that we need to fix, and we'll speak to our

16       agenda coordinator and fix it.  Mr. Lozman,

17       congratulations on your awards.  I know that you have

18       done a lot for making sure that the public is heard.

19       But I will guarantee you that this commission more so

20       than any commission allows the public to speak at

21       several times.

22                    Florida statute only allows for you to

23       speak once.  This commission lets people speak at the

24       lower boards, at first reading, at second reading,

25       at -- so you do not have to worry about this
```

Miami City Commission Meeting
February 14, 2019                            68

```
 1   commission.  But thank you very much.
 2              CHAIR RUSSELL:  Mr. Lozman, there was a
 3   period where -- and the reason it's in our -- our
 4   process notes, to speak on each item -- where we did
 5   each and every item and the public can come to be
 6   heard.  One person could come and speak on every
 7   single item for their full two minutes.  And we were
 8   here several times until 2:00 to 3:00 a.m. in the
 9   morning to get through our agenda.
10              And that might be considered a little
11   unreasonable because if everyone in this audience came
12   to speak for two minutes on every single item, we
13   would never be able to get done with the business of
14   the City.
15              So this idea that everyone is able to
16   come at 9 a.m. and 2 p.m. instead of having to wait
17   throughout the day for their item to come up and never
18   knowing when it may come up and take eight hours out
19   of their day to get to their item could actually be
20   considered a more reasonable method to make sure they
21   know they can come before work or at their lunch
22   break, be heard by the commission, and go about their
23   day.  But I do understand.  I do understand.  Because
24   it's been done differently here, and it's been done
25   differently elsewhere.
```

```
 1              For us, it's always finding that balance
 2   of efficiency, reasonable ability to be heard, and
 3   transparency.
 4              MALE SPEAKER:  Mr. Chairman --
 5              MR. LOZMAN:  You have to give a
 6   reasonable opportunity to be heard on each
 7   proposition.  Two minutes is not a reasonable
 8   opportunity to be heard on all the propositions on the
 9   agenda.  But why is your agenda saying you can come
10   up, inform the clerk --
11              CHAIR RUSSELL:  We just explained it.
12   It's a leftover template from a previous methodology
13   that was used before the chairman -- the previous
14   chairman changed it.
15              (Multiple Speakers)
16              MR. LOZMAN:  -- have your City clerk put
17   the new language --
18              CHAIR RUSSELL:  You're absolutely right.
19              MR. LOZMAN:  -- what your procedure is
20   on there.  I do not believe your new procedure,
21   Ms. Mendez, would survive a legal challenge.  Okay.
22   You have to give a reasonable opportunity to be heard
23   on each proposition.  You go to the Palm Beach County
24   commission meeting, you can talk on each item.
25              CHAIR RUSSELL:  That's -- Mr. Lozman,
```

 1   you --

 2              MR. LOZMAN:  So I'm just saying that

 3   you --

 4              CHAIR RUSSELL:  You have spoken well

 5   beyond the two minutes --

 6              MR. LOZMAN:  You are violating --

 7              CHAIR RUSSELL:  But let me say this --

 8              MR. LOZMAN:  You are violating --

 9              COMMISSIONER HARDEMON:  Not true.

10              MR. LOZMAN:  Yes, you are.  You are

11   violating --

12              CHAIR RUSSELL:  Mr. Lozman --

13              COMMISSIONER HARDEMON:  It's not true.

14              MR. LOZMAN:  -- the right of the public

15   to participate in a meeting by limiting --

16              COMMISSIONER HARDEMON:  It's not true.

17              MR. LOZMAN:  -- to this two minutes.

18              COMMISSIONER HARDEMON:  It's not true.

19              CHAIR RUSSELL:  Please.  This is

20   important.

21              COMMISSIONER HARDEMON:  But you test it.

22   Test it.  I invite you.

23              MR. LOZMAN:  You want me to file a

24   lawsuit to challenge your rules?

25              COMMISSIONER HARDEMON:  Yeah, test it.

```
 1                    MR. LOZMAN:  That's what it's going to

 2      take?

 3                    CHAIR RUSSELL:  Here's what I would

 4      like, Mr. Lozman.

 5                    MR. LOZMAN:  I don't have a problem

 6      doing that.

 7                    COMMISSIONER HARDEMON:  I know you

 8      don't.  That's what I'm saying.  But I'm just telling

 9      you --

10                    (Multiple Speakers).

11                    CHAIR RUSSELL:  Please, please,

12      everybody.  Everybody, through the Chair, we'll have

13      some order so that the clerk, for their sake, can get

14      the minutes correct for everyone to read --

15                    MR. LOZMAN:  Sure.

16                    CHAIR RUSSELL:  -- in perpetuity.  If I

17      may, the true test of this -- because I've seen you

18      here since I became chairman, just two meetings ago.

19      And before the first meeting that I chaired, you told

20      me that I was out of order with the statute.

21                    MR. LOZMAN:  That's correct.

22                    CHAIR RUSSELL:  That I was violating

23      them all, and you'd never even seen how I run a

24      meeting yet.  Give it a chance.  If anyone comes here

25      to speak on four items, five items, see if I give them
```

1    a little more than two minutes.  And then tell me if

2    I've not given them a reasonable amount to be heard.

3              MALE SPEAKER:  Mr. Chairman --

4              MR. LOZMAN:  Then you need to inform

5    your clerk what the procedure is --

6              MALE SPEAKER:  Mr. Chairman --

7              MR. LOZMAN:  -- because he did not --

8              CHAIR RUSSELL:  This body can allow

9    anyone to speak beyond that.  That is not -- that is

10   not a policy of the administration.  It is just the

11   practice of this body.  And if anyone has additional

12   things they -- if anyone wants to ask more questions

13   of you, we've gone way beyond the two minutes here.

14   Are we violating our own law, ordinance, policy?  No.

15   It's the will of the body to actually give you that

16   time and hear you out and debate a little bit because

17   it's important.  Commissioner Gort.

18             COMMISSIONER GORT:  Mr. Chairman, I'd

19   also like to add -- don't go away -- although you come

20   here and you speak for two minutes, any items that

21   come up, you ask to -- able to speak if the chairman

22   allows you to speak.  In other words, you -- they have

23   the public hearing at first where all the public make

24   their presentation.  But at the same time, if you have

25   one item that you have interest in, being discussed

 1  that you want to speak, you're allowed to speak.  The

 2  chairman allows you to speak.

 3            CHAIR RUSSELL:  I have done that.

 4            COMMISSIONER GORT:  Okay.

 5            CHAIR RUSSELL:  Despite the two minutes

 6  that -- as we're in transition of chairmanship, some

 7  policies may change.  I'm feeling it out to see how I

 8  believe is the right balance between efficiency,

 9  transparency, and obviously public input, which is

10  very important.  You're absolutely right.  We may not

11  agree on exactly the methodology and the timing of the

12  day and everything.  But we will not carry out a

13  process that is unreasonable and definitely not one

14  that's illegal.

15            MR. LOZMAN:  Certainly, you have the

16  discretion to conduct the meeting as you feel fit.

17  You have the discretion to tell individual

18  Commissioners you have five minutes to talk to an

19  item, and we're moving on.  I'm just saying relative

20  to the statute, I don't believe you have the

21  discretion that the City manager thinks you have when

22  it -- as far as not giving a specific set time for

23  each individual agenda item.  It shouldn't come down

24  to --

25            CHAIR RUSSELL:  Thank you very much.

 1                    MR. LOZMAN:  It's more formal than that.

 2                    COMMISSIONER CAROLLO:  Can I get another

 3       five seconds from him?  I'm just curious --

 4                    MR. LOZMAN:  Sure.

 5                    COMMISSIONER CAROLLO:  -- are you a

 6       resident of the City --

 7                    MR. LOZMAN:  I'm a property owner in the

 8       City of Miami.

 9                    COMMISSIONER CAROLLO:  But you don't

10       live in the City of Miami?

11                    MR. LOZMAN:  Because I'm a public

12       figure, Commissioner Carollo, having destroyed a lot

13       of corrupt politicians' careers in North Bay Village

14       and also having done some -- I've had -- you know, my

15       background.

16                    COMMISSIONER CAROLLO:  I don't, sir.

17                    MR. LOZMAN:  I've won two --

18                    COMMISSIONER CAROLLO:  I don't know who

19       you are.  That's why I was asking.

20                    MR. LOZMAN:  I've been on the front page

21       of Miami Herald half a dozen times for winning two

22       cases at the United States Supreme Court.  I'm the

23       only person in modern history that's won two different

24       cases at the US Supreme Court.

25                    COMMISSIONER CAROLLO:  What were the

Miami City Commission Meeting
February 14, 2019                    75

1    cases?

2                   MR. LOZMAN:  One involved a maritime

3    issue, and one involved retaliatory arrest on first

4    amendment grounds that was decided by the Supreme

5    Court last June.  You can look it up.

6                   COMMISSIONER CAROLLO:  That's --

7                   COMMISSIONER HARDEMON:  Before you --

8    before you walk away, just to have your attention

9    because we gave you ours.  First, what you just said,

10   congratulations on that.  As a lawyer, it's incredible

11   to make it to the Supreme Court and then also to win.

12   So I really do wholeheartedly congratulate you on

13   that.

14                   And we can talk offline because I know

15   we're going to move on with our meeting, but I just

16   want you to understand that this board wouldn't do

17   anything to be violative of the reasonable opportunity

18   to be heard.  And so the reason I kind of chimed in is

19   because I was the initial person that came to talk

20   about how we were going to do the public comment

21   period.  And so I will assure you that it is well

22   within the guidelines of the Florida statutes.

23                   And we can -- I can show it to you.  And

24   you can still disagree, but I did it so that people

25   have an opportunity to truly be heard, and then we can

Miami City Commission Meeting
February 14, 2019                              76

1   get the business of this body done.  And this board,

2   as was stated earlier, gives extra opportunities for

3   people to speak on items when we feel like there needs

4   to be additional time.  So we appreciate your concern

5   for holding up the law.  I really do because I don't

6   want anyone to violate the law, or I don't want to be

7   a part of violating the law.  I want things to be

8   fair.  I want things to be equal.  And I want people

9   to have an opportunity -- to truly have an opportunity

10  to really speak to us as they -- as they -- as

11  necessary through the Florida statutes.

12              CHAIR RUSSELL:  Thank you.

13              MR. LOZMAN:  Thank you.

14              CHAIR RUSSELL:  And Mr. Lozman, I think

15  you'll recognize just by your approaching the bench

16  this -- the dais this morning, that full time was

17  given to anything you wanted to say.  You weren't cut

18  off at any point.  And this is a pretty open body.

19  While you may feel our policies are strict, it's up to

20  the body how we handle public comment.  And this body

21  wants to hear the public.  It's always been that way.

22  Thank you very much.

23              We are going to move on now to the

24  consent agenda if there are no other public comments.

25  Anyone else here for public comment on any item on the

Miami City Commission Meeting
February 14, 2019                           77

 1    agenda?

 2              COMMISSIONER CAROLLO:  If you could hold

 3    on for a second, even though I'm not the public.

 4              CHAIR RUSSELL:  Is this a pocket

 5    discussion item?

 6              COMMISSIONER CAROLLO:  I don't think so.

 7              CHAIR RUSSELL:  I'm just kidding,

 8    Commissioner.

 9              COMMISSIONER CAROLLO:  I don't believe

10    so.  Do I get my two minutes or do I get five?

11              CHAIR RUSSELL:  I'm just kidding.

12              COMMISSIONER CAROLLO:  Or do I got to

13    overrule you?  No, it's a short consent agenda.  It's

14    fine.

15              MR. HANNON:  So, Chair, just for the

16    record, the public hearing was closed.  We're moving

17    on to the consent agenda?

18              CHAIR RUSSELL:  Yes, thank you,

19    Mr. Clerk.

20              Is there a motion on the consent agenda?

21              MALE SPEAKER:  Motion.

22              CHAIR RUSSELL:  There's a motion and a

23    second.  Is there any comment from the dais on the

24    consent agenda?  Seeing done.  All in favor, say aye.

25              (Aye)

 1              CHAIR RUSSELL:  Any opposed?  Motion

 2    passes.  That's CA 1, 2, and 3.  PH 1, please.

 3              COMMISSIONER HARDEMON:  So I would like

 4    to make an amendment or I would like to modify PH 1 to

 5    include language that it -- language that there is

 6    notice that when the affordable housing covenant of

 7    SR 1 that's on today's agenda is passed, that all the

 8    parameters of SR 1 will apply to PH 1.

 9              COMMISSIONER REYES:  I second that.

10              COMMISSIONER HARDEMON:  So that's my

11    motion with the --

12              CHAIR RUSSELL:  So there's been a motion

13    on PH 1 and a second by Commissioner Reyes with

14    amendments.

15              COMMISSIONER CAROLLO:  Yes, but I've got

16    a question.  Since you're amending and changing some

17    of the language, does that make it a pocket item, then

18    since it has a financial impact, we can't hear it

19    today or --

20              CHAIR RUSSELL:  It is a friendly

21    amendment to his own motion.

22              COMMISSIONER HARDEMON:  I don't believe

23    so.

24              COMMISSIONER CAROLLO:  I figured you'd

25    say that.

 1          CHAIR RUSSELL:  So if I just understand

 2   correctly, though, if we're adopting the tenets of

 3   SR 1 into PH 1 but when SR 1 gets heard, there are

 4   amendments to that and changes.  Does that change

 5   retroactively what we passed today on PH 1?

 6          MS. MENDEZ:  What we will do is since we

 7   have to have a contract for sale, we will place all

 8   the tenets of SR 1 --

 9          CHAIR RUSSELL:  Got it.

10          MS. MENDEZ:  -- as presently now in the

11   contract for the sale.  And we will put any reverters

12   and deed provisions and all that into the deed.  So

13   everything that -- as a guideline, Commissioner

14   Hardemon is telling us everything that's in SR 1, I

15   want it to apply, so we will place it in the contract.

16   We don't need to wait for SR 1 to pass or not.  If the

17   people that we are dealing with, Yolo, I believe, do

18   not accept that, then there's no deal.  So . . .

19          CHAIR RUSSELL:  Thank you very much.

20   That's clear.  Are there any further comments on the

21   motion and second with amendments?

22          COMMISSIONER CAROLLO:  Just that you

23   could see here what some of us were trying to explain

24   on pocket items before.  This is why we should be

25   gentle like we have been with one another.

 1                  CHAIR RUSSELL:  Understood.  Thank you.

 2                  COMMISSIONER CAROLLO:   Thank you.

 3                  CHAIR RUSSELL:  You only live once,

 4    Yolo.  All right.  Is there any further discussion on

 5    the dais on PH 1, please?  Hearing none.  All in

 6    favor, say aye.

 7                  (Aye)

 8                  CHAIR RUSSELL:  Any opposed?  This is a

 9    four-fifths.  It passes, PH 1.

10                  RE 1, please.  Is there anyone from the

11    administration or is there a motion on RE 1?

12                  MALE SPEAKER:  Move it.

13                  CHAIR RUSSELL:  It's been moved.  This

14    is FEMA and USAR.

15                  COMMISSIONER GORT:  Second.

16                  CHAIR RUSSELL:  It's been seconded by

17    Commissioner Gort.  Is there any discussion on the

18    dais for RE 1?

19                  MALE SPEAKER:  RE 1?

20                  CHAIR RUSSELL:  Increasing special

21    revenue project for FEMA.  All in favor of the item,

22    say aye.

23                  (Aye)

24                  CHAIR RUSSELL:  Any opposed?  Motion

25    passes.

1            RE 2, API for Presidio Politico

2     Historico Cubano, Incorporated.

3            COMMISSIONER HARDEMON:  If I could -- if

4     I could make a motion, can I -- may I move RE 2, 3, 4,

5     and 5?

6            CHAIR RUSSELL:  I would like to take

7     these individually, if I could, please.

8            MS. MENDEZ:  RE 2, you were -- passed

9     out a substitution.  Commissioner Carollo, would you

10    like me to read the -- the change?  The -- the funds

11    will be used in this way whereas Presidio Politicio

12    Historico Cubano, Inc., a Florida not-for-profit

13    corporation, is seeking support for the operation and

14    maintenance of Presidio Politicio Historico building

15    and to provide assistance to former political

16    prisoners of the Cuban communist regime.  So we added

17    the -- what the funds will be used for.  Thank you.

18           CHAIR RUSSELL:  Thank you very much.

19           Commissioner REYES:  (Inaudible)

20           CHAIR RUSSELL:  RE 2 has been moved by

21    Commissioner Reyes.  Is there a second?

22           COMMISSIONER CAROLLO:  Second.

23           CHAIR RUSSELL:  Seconded by Commissioner

24    Carollo.  Discussion on the dais.  I have a question

25    as to the -- the poverty aspect to this.  Is there

Miami City Commission Meeting
February 14, 2019                              82

 1   another fund that we could use to pay for this so that

 2   your anti-poverty funds remain maximized for other

 3   issues?  And I believe -- everyone here believes this

 4   is a noble cause, a good statute, and needs to be

 5   placed.  But I'd asked Chris Rose if there is another

 6   budget location from which we could help because I

 7   think we're all in support of this, just want to make

 8   sure it comes from the right source.

 9                 MS. MENDEZ:  I -- I believe that the --

10   the change is because it is not for a statute.  It is

11   for their programming.  Commissioner Carollo --

12                 CHAIR RUSSELL:  That's not the change

13   I -- I'm sorry.  If that's the case, that changes

14   because I --

15                 COMMISSIONER REYES:  And there is a lot

16   of poverty there, sir.

17                 COMMISSIONER CAROLLO:  Let me --

18                 CHAIR RUSSELL:  If I could, though, just

19   to understand the change because it still says for a

20   not for profit corporation seeking support for the

21   operation and maintenance of the Presidio Politico

22   Historico building and to provide assistance to former

23   political prisoners.  Understood.  Commissioner

24   Carollo.

25                 COMMISSIONER CAROLLO:  When I spoke to

1   them, we had spoken on two $10,000 contributions.

2   One, that I was going to help them raise in time, and

3   the other was the one that has been read today.

4   Apparently, they felt or thought that this is the one

5   that we were going to be presenting, and I was going

6   to help them with private funds for the other one.

7   That's not the case.  This would not have been put on

8   the agenda in the way that it was.

9               CHAIR RUSSELL:  Understood.

10              COMMISSIONER CAROLLO:  That's why you

11  have what you have today.  Now, this organization -- I

12  don't know how well you know it or not, Commissioner,

13  but this is the main organization of former

14  political --

15              CHAIR RUSSELL:  Prisoners.

16              COMMISSIONER CAROLLO:  -- prisoners, men

17  and women in Cuban prisons.  It's a very large

18  organization.  They have their own property on

19  13th Avenue.  They are the main organization that is

20  taking the task of helping former political prisoners

21  from the Cuban communist prisons.  And this is in line

22  with what has been approved from these funds for years

23  and years by former mayors, present mayors,

24  Commissioners, former Commissioners.  And, you know,

25  it -- the work that they do helps relieve the poverty

Miami City Commission Meeting
February 14, 2019                                84

1    in my district and in other districts in the City,

2    frankly.  So I -- I have no problem in assigning them

3    $10,000.  In the past, you've seen a lot of dollars go

4    to -- even to the main museum in old museum park,

5    other museums, many other institutions that, you know,

6    we would all be asking ourselves, well, does it make

7    sense or not.  But they were because that's how it

8    was.  So I hope I clarified that.

9                CHAIR RUSSELL:  You do.  And through the

10   clarification, I do support it.  Procedurally, from a

11   question, this was brought as a substitution.  And

12   this goes back to whether this should be a

13   substitution or an amendment on the floor.

14               Madam City Attorney, either way, it

15   achieves the same thing.  But note this.  So this

16   substitution was brought for me on the dais while

17   we're already doing the business of the day.  It's

18   very hard for me to have noticed.  There is no

19   reference anymore to statute.  I haven't had the time

20   to look at it.  However, if it were brought as an

21   amendment, it would be fully explained, just as

22   Commissioner Carollo did.  So why do we do it as a

23   substitution?

24               MS. MENDEZ:  So the substitution is just

25   when we give the documentation ahead of time.  This is

Miami City Commission Meeting
February 14, 2019                          85

1    an amendment.  The way that he is going to the

2    clerk --

3                 CHAIR RUSSELL:  This is an amendment.

4                 MS. MENDEZ:  Right.

5                 CHAIR RUSSELL:  Okay.

6                 MS. MENDEZ:  It's an amendment to the

7    legislation.

8                 CHAIR RUSSELL:  Thank you.

9                 MS. MENDEZ:  I just had the time quickly

10   to --

11                CHAIR RUSSELL:  Understood.

12                MS. MENDEZ:  When I don't have the time

13   to draft it quickly, it's an amendment, and I do it

14   after the fact.  So this is just going to go and --

15                CHAIR RUSSELL:  Thank you.  So the

16   motion and second is as amended.

17                COMMISSIONER REYES:  As amended.

18                CHAIR RUSSELL:  Okay.  Thank you.

19                COMMISSIONER REYES:  And I want to add

20   to what Commissioner Carollo was saying.  This

21   organization helps political prisoners.  And many

22   people don't realize that we're still receiving former

23   political prisoners that they were let out of jail,

24   and they couldn't come, and some, that they had been

25   recently let out of jail.  People don't realize in

1    Cuba, there are many, many -- I mean, thousands of

2    political prisoners.

3                    CHAIR RUSSELL:  No, it's very -- it is a

4    very noble cause.  I fully support the -- the amended

5    resolution.  When I -- when I understood it to be a

6    statute, I was going to seek from the entire body and

7    the City to help with it because I would like to see

8    that as well, but I want to make sure you --

9                    (Multiple Speakers)

10                   CHAIR RUSSELL:  So is there any further

11   discussion on the dais for this item as amended?

12   There is a motion and a second.  Hearing none, all in

13   favor, say aye.

14                   (Aye)

15                   CHAIR RUSSELL:  Any opposed?  Motion

16   passes.

17                   RE 3, this is the same --

18                   COMMISSIONER CAROLLO:  The same concept,

19   but this is for a different organization.  And by the

20   way, these both are in Little Havana.

21                   CHAIR RUSSELL:  Understood.  Is there a

22   motion on RE 3.

23                   COMMISSIONER CAROLLO:  There's a motion

24   on RE 3.

25                   CHAIR RUSSELL:  Is there a second?

Miami City Commission Meeting
February 14, 2019                    87

```
 1              COMMISSIONER REYES:  I move it.
 2              CHAIR RUSSELL:  Moved by
 3   Commissioner Reyes, seconded by Commissioner Carollo.
 4   Any further discussion on the dais?  Hearing none.
 5   All in favor, say aye.
 6              (Aye)
 7              CHAIR RUSSELL:  Any opposed?  Motion
 8   passes.  Thank you very much.  RE 4, 5, and 6, please.
 9   Is there a motion for the purchase and sale agreement
10   of 21st Street, validating the Miami favor bond issues
11   and amending an operating agreement for labor
12   agreements?
13              COMMISSIONER CAROLLO:  I'd like to do
14   them separately, if I can.
15              CHAIR RUSSELL:  Fair enough.  RE 4,
16   please, purchase and sale agreement, 21st Street.
17              COMMISSIONER CAROLLO:  Can you explain
18   the -- that.
19              MALE SPEAKER:  Commissioners, Daniel
20   Rotenberg, Department of Real Estate Asset Management.
21   This is resolution for a purchase and sale contract,
22   1320 Southwest 21st Street.  It's a lot, corner lot,
23   of 7,692 square feet.  We have the two appraisals.
24   The value came underneath.  The average appraisal was
25   497, 500.  However, since this is a corner lot and
```

 1  it's very hard to come by, and it is located off of

 2  Southwest 21st Street, right off of Cuban Memorial

 3  Boulevard Park, this is an ideal area for a park, we

 4  felt it was warranted for the difference of the

 5  hundred thousand dollars on average to go ahead and

 6  bring it in front of the commission and have a

 7  four-fifths vote.

 8              COMMISSIONER HARDEMON:  So moved.

 9              CHAIR RUSSELL:  It's been moved by

10  Commissioner Hardemon.

11              COMMISSIONER REYES:  Second.

12              CHAIR RUSSELL:  Seconded by

13  Commissioner Reyes.  Is there any further discussion

14  on the dais?  Hearing none.  All in favor, say aye.

15              (Aye)

16              CHAIR RUSSELL:  Any opposed?  Motion

17  passes.  Thank you.

18              COMMISSIONER CAROLLO:  This one, by the

19  way, is a pocket.  You asked the last thing,

20  Commissioner.

21              CHAIR RUSSELL:  That's great.

22              RE 5, validating the Miami forever bond.

23              MR. ROSE:  Good morning, Commissioners.

24  Chris Rose, Office of Management and Budget.  And

25  happy Valentine's Day to each of you.  RE 5 legal

1    requirement of general obligation bonds whereby we are

2    asking approval of the City Commission to enter the

3    state court system to validate what we have in the

4    infrastructure portion of the Miami forever bond.  We

5    will be coming back in two meetings on March 14 with

6    the housing and economic development portion of the

7    bond for validation as well.  I'd be happy to take any

8    questions.

9                    CHAIR RUSSELL:  Thank you.  Is there a

10   motion on RE 5?

11                   COMMISSIONER REYES:  Move it.

12                   CHAIR RUSSELL:  It's been moved by

13   Commissioner Reyes, seconded by Commissioner Gort.

14   Any questions from the body?

15                   MALE SPEAKER:  It's my understanding

16   this is to be amended?

17                   COMMISSIONER CAROLLO:  This is only

18   for --

19                   MR. ROSE:  There was a substitution that

20   was previously distributed.  And I believe there's --

21                   CHAIR RUSSELL:  Just a moment.

22   Commissioner Carollo is speaking.

23                   MR. ROSE:  Oh, I'm sorry.

24                   COMMISSIONER CAROLLO:  This is only for

25   the Courts to certify this, correct?

1            MR. ROSE:  Yes, sir.  It's a -- it's a

2    preventative measure to ensure that future bond

3    holders are protected and that the City is protected.

4            COMMISSIONER CAROLLO:  Okay.  And this

5    is part of what by law you have to do in order to move

6    forward?

7            MR. ROSE:  Yes, sir.  According to

8    chapters 163 and 166 of the Florida state statutes.

9            CHAIR RUSSELL:  Thank you.

10            City Attorney.

11            MALE SPEAKER:  Yes, that's correct.  It

12   does need to be -- it's a legal requirement in order

13   to proceed with the bonds.  And to answer, I believe,

14   the City clerk's question, there was a substitution

15   that was distributed.  So it will need to be adopted

16   as amended.

17            CHAIR RUSSELL:  Thank you very much.

18   Did we get a motion and a second on this one?

19            MALE SPEAKER:  Yes.

20            MALE SPEAKER:  Yes, sir.

21            CHAIR RUSSELL:  Yes.  Thank you.  As

22   amended, both mover and seconded.

23            THE CLERK:  Commissioner Reyes was the

24   mover; Commissioner Gort was the seconder.

25            CHAIR RUSSELL:  I'm sorry.

 1    Commissioner Reyes, you were the mover.  We just need
 2    to know that you are accepting the substitution as an
 3    amendment.
 4              COMMISSIONER REYES:  Yes.
 5              CHAIR RUSSELL:  Thank you.  And seconder
 6    as well.  Any further questions or comments on this
 7    item?
 8              COMMISSIONER CAROLLO:  One final
 9    comment.  Even though I don't agree with -- as I
10    stated before, this is why I voted originally against
11    this motion and how it was being divvied up, how it
12    was being spent.  We do have an obligation that
13    whatever is put forward, we follow state law on it.
14    So this is the reason that I will be voting yes on
15    that, not that I'm in favor of it the way that it was
16    broken up.  I just wanted to put it on the record.
17              MR. ROSE:  Thank you, Commissioner.
18              CHAIR RUSSELL:  Thank you very much.
19              Any further discussion or questions?
20    Hearing none.  All in favor, say aye.
21              COMMISSIONER CAROLLO:  Aye.
22              CHAIR RUSSELL:  Aye.  Any opposed?
23    Motion passes.  That's RE 5.
24              RE 6, please.
25              MR. ROSE:  Good morning, Commissioners,

```
1    Chris Rose, Office of Management and Budget, RE 6 is a

2    budget amendment to the current year budget whereby --

3    it's what I've been telling you about for several

4    months where we are moving money from the

5    nondepartmental account to the departments in

6    accordance with what has been negotiated in our labor

7    agreements and settlements.

8              And we are reaching backwards into prior

9    year fund balance to pay for damages and any prior

10   expenses also in those contracts and settlements.  I'd

11   be happy to take any questions.

12             COMMISSIONER CAROLLO:  Move.

13             CHAIR RUSSELL:  It's been moved.  Is

14   there a second?

15             COMMISSIONER REYES:  Second.

16             CHAIR RUSSELL:  Seconded by

17   Commissioner Reyes.  Any further discussion from the

18   dais?  Hearing none.  All in favor, say aye.

19             COMMISSIONER CAROLLO:  Aye.

20             CHAIR RUSSELL:  Any opposed?

21             COMMISSIONER HARDEMON:  Comments.

22   First, I have a question for you.  As I read through

23   the whereas clauses -- let me find the exact one to be

24   clear.  Section 4, the -- section 4, so from the

25   actual resolution under now therefore, section 4, if
```

1   you go to the -- it appears to be the last sentence of

2   section 4.

3           It reads the City manager is also

4   authorized to transfer any excess unrestricted monies

5   from general funds to the general fund provided that

6   those are appropriated monies which are no longer

7   needed to implement the purpose of the appropriation,

8   which are legally available at the time of such

9   transfer and whose expenditure is not limited to use

10  for any other specific purpose.

11          The question I have about that that I

12  want to make very clear is, first, does that mean that

13  if there are funds that, for instance, were being used

14  to renovate park space in one of our districts and

15  there was some leftover that we would usually take and

16  we would apply to other projects within the district,

17  say it was $95,000 or $5,500 or whatever the amount

18  may be.  Does that mean that it's not restricted

19  dollars that you're sweeping those into fold into this

20  document, to this measure?

21          MR. ROSE:  Through the chair?

22          CHAIR RUSSELL:  Yes.

23          MR. ROSE:  Thank you, sir.  If I may, it

24  sounds like you're talking about capital projects.

25  This relates only to the operating budget.  And so it

Miami City Commission Meeting
February 14, 2019                                    94

```
 1   is moving monies within what the commission has
 2   already approved.  This language was in the adopted
 3   budget as well, so it's not -- this is not added
 4   language on top of anything else.  But -- but this, I
 5   don't believe, would give us the authority to move
 6   money on capital projects, just move within the
 7   operating budget as already approved.
 8              CHAIR RUSSELL:  It allows you to send it
 9   to the general fund but not allocate to a project.
10              MR. ROSE:  Correct.  That would take
11   another step in -- before the commission.
12              COMMISSIONER HARDEMON:  All right.  I
13   just want to make it -- I want you to tell me whether
14   or not in any of our districts we're losing any
15   funding that we would normally have to be able to
16   sweep to other things that come up.  Because sometimes
17   we have unrestricted dollars that we apply to
18   something, and then there's a small savings, and we
19   like to apply those savings to other things within the
20   district.
21              MR. ROSE:  Okay.  Today, there is --
22   that situation does not exist today and is not
23   impacted by RE 6.  There is a future legislation
24   before the City Commission today, FL 1, that does
25   address some of those things.  And we are -- both the
```

1  office of capital improvements and the office of

2  management budget are working on a process by which

3  we're looking at every project and seeing what's

4  available, both completed, canceled, anything along

5  those lines; and we are reallocating it faster than we

6  ever have before.  Anything that is appropriated would

7  have to come back to this commission, though.

8            COMMISSIONER HARDEMON:  Thank you.

9            CHAIR RUSSELL:  Certainly, the

10  settlement as a whole reduced the amount of money we

11  can spend as a body on the general fund.  But I think

12  we're glad that we did it rather than potentially lose

13  much, much more in the case.  So thank you very much.

14            Are there any further questions on RE 6?

15  Hearing none.  All in favor, say aye.

16            (Aye)

17            CHAIR RUSSELL:  Any opposed?  Motion

18  passes.

19            MR. ROSE:  Thank you, Commissioners.

20            CHAIR RUSSELL:  Right in time for

21  11 o'clock, which we have a time certain discussion

22  item.  Commissioner Carollo, are you prepared for this

23  item now or --

24            COMMISSIONER CAROLLO:  Yes.  Yes, we

25  could go with it now.

Miami City Commission Meeting
February 14, 2019                              96

 1                 CHAIR RUSSELL:  Thank you.  The floor is

 2     yours.  How much time do you need for this item?  I'm

 3     just going to try to schedule out because the only

 4     thing we have left on the agenda is the boards and

 5     committees, one other discussion item, and I believe,

 6     if I'm not mistaken, that is.

 7                 MS. MENDEZ:  And an attorney-client

 8     session.

 9                 CHAIR RUSSELL:  Yes, yes.

10                 COMMISSIONER CAROLLO:  Chairman, I am

11     going to need no less, and maybe more than, one hour

12     on this item.  And at the same time, that's still not

13     going to be enough, so I'm going to have to put the

14     next meeting for additional parts.  This is not a

15     pleasant time for me to have to bring this up to this

16     body; but as you can see from the record, I have been

17     putting it off, putting it off.  And it only has

18     gotten worse from that time.  So I have no choice but

19     to deal with it now.  And like I said, I know I'm not

20     going to finish in the hour, hour plus.  But at least

21     I'd like to get as much as I can during this time.

22                 CHAIR RUSSELL:  Understood.

23     Commissioner -- Commissioner Carollo, I certainly want

24     to give you the time to bring this forward.  It's more

25     for a procedural respect for the body to understand

1    what we're about to get into and maybe measure out the

2    day's other items as well.  The scope of this, I

3    assume, is to shine a light on deficiencies within a

4    department.

5                    COMMISSIONER CAROLLO:  That and more.  I

6    want this body to look at this and possibly take some

7    actions if it so sees fit.  Now, if you'd like, we can

8    try to move and take care of a few more items and give

9    me more time, I'd be willing to if need be, bring this

10   up as the first item after lunch.  This way, if you

11   want, we could finish the agenda.

12                   And if we do the (Inaudible) meeting, we

13   could do it.  You know, I don't mind doing that so

14   that we're not in the middle and it interferes with

15   some of the other stuff.

16                   CHAIR RUSSELL:  If that's okay with you,

17   I think that would be helpful.  Because then we're

18   open ended on the back side --

19                   COMMISSIONER CAROLLO:  Yeah.

20                   CHAIR RUSSELL:  -- without other items

21   pending.

22                   COMMISSIONER CAROLLO:  I'm not rushed,

23   the commission as a whole is not rushed, or maybe

24   other people that are coming for some other particular

25   items are not.

Miami City Commission Meeting
February 14, 2019                          98

```
 1              CHAIR RUSSELL:  Yep.
 2              COMMISSIONER CAROLLO:  So if we could
 3    say that we will bring this back as the first item
 4    after lunch.
 5              CHAIR RUSSELL:  It will pretty much be
 6    the only item left by that time, yes.
 7              COMMISSIONER CAROLLO:  Okay.  Well --
 8              CHAIR RUSSELL:  Other than your other
 9    discussion item.
10              COMMISSIONER CAROLLO:  Right.  Thank
11    you.  So I don't mind.  Those are the only two items
12    that we're bringing back to back.
13              CHAIR RUSSELL:  Gladly.  And as I said,
14    it's always the will of the body how far or how deep
15    we want to go into something.  From my side as the
16    chair, I just do want to make a distinction between
17    shining a light on things and asking questions and
18    giving direction to staff and a full on investigation,
19    which we do under section 14 of the charter have the
20    ability to do as a body, which we have subpoena power.
21    We have the ability.
22              I only want to caution that we're
23    careful in anything that comes up specifically to
24    addresses and people that could be considered -- that
25    could put the City in any position of liability.  If
```

1    something has yet to be discovered and it comes out

2    that they may or may not be guilty of such a thing,

3    that they then have a recourse on the City.  So the

4    specifics -- the less specific, the better.

5                    But that may be not where you're going.

6    And that's completely up to you once you have the

7    floor.  And then, of course, this body.  But I -- I --

8    I understand what your intention is on this item, and

9    I want to give you the room to say your piece.  So

10   thank you very much.  We'll --

11                   COMMISSIONER CAROLLO:  Mr. --

12   Mr. Manager, I had requested of you, if you would have

13   been so kind as to have brought some employees for the

14   11 a.m.  Would there be any problem if as many of them

15   as you can, have them here, then, after lunch when we

16   reconvene again?

17                   MR. GONZALEZ:  So I received your e-mail

18   last night.  And I have decided that I am not going to

19   ask those employees to join us.  We have sufficient

20   people here to answer any of your questions, and I

21   don't want any of our employees to happen to feel at

22   any moment intimidated, under a microscope.  I will

23   gladly -- if you could provide us questions for an

24   individual employee, I would gladly pass them on.

25                   COMMISSIONER CAROLLO:  Does that mean

Miami City Commission Meeting
February 14, 2019                              100

1    that --

2               MR. GONZALEZ:  But the administration

3    has decided that we will not --

4               COMMISSIONER CAROLLO:  Okay.  Does that

5    mean that you're also not going to allow directors --

6    which I think the most -- most of the people that I

7    had were at that capaCity.

8               MR. GONZALEZ:  Sir, the directors are

9    here.  The chief is here.  The fire chief is here.

10   Our assistant City manager, our deputy City manager,

11   our new code compliance -- we're all -- all the

12   directors are here.  But I wanted to keep it at our

13   level, respectfully.  I didn't want to bring these

14   people in and feel like, perhaps, they were being

15   unduly singled out.

16              COMMISSIONER CAROLLO:  No.  And, you

17   know, that's not the case at all.

18              MR. GONZALEZ:  No, sir, but I --

19              COMMISSIONER CAROLLO:  We need --

20              MR. GONZALEZ:  I wanted to err on the

21   side of caution.

22              COMMISSIONER CAROLLO:  -- information.

23   Well, how about -- I'm not going to get into what you

24   said now, Mr. Manager.  The stuff that I will bring up

25   will speak for itself.  But besides the fire chief,

1    does that apply to fire marshal also?

2                    MR. GONZALEZ:  I believe the fire chief

3    and the police chief are here to speak on behalf of

4    the department, sir.

5                    COMMISSIONER CAROLLO:  I didn't say

6    that.  Does that apply to the fire marshal also?

7                    MR. GONZALEZ:  Yes, sir.  The fire chief

8    is here and will represent his department.

9                    COMMISSIONER CAROLLO:  Okay.  So the

10   fire chief will represent whoever the fire marshal is,

11   which I don't even know?

12                   MR. GONZALEZ:  Yes, sir.

13                   CHAIR RUSSELL:  Thank you very much.  So

14   here's our -- here's our hope.  Let's go through the

15   boards and committees now.  Madam City Attorney, how

16   much time do you need for the attorney-client session?

17                   MS. MENDEZ:  I believe 30 minutes will

18   do it.

19                   CHAIR RUSSELL:  Okay.

20                   MS. MENDEZ:  We just need direction from

21   you.  That was the purpose of it.

22                   CHAIR RUSSELL:  Understood.  And then

23   we'll see where we stand.  We may actually have time

24   to get into this before lunch.  And if not, we'll

25   table it for after lunch.  So boards and committees,

1    please.

2                    FEMALE SPEAKER:  Good morning, Chair and

3    Commissioners.  BC 1, Arts and Entertainment Council,

4    Vice Chair Gort will be reappointing Ian Welsh.

5                    CHAIR RUSSELL:  All in favor say aye.

6                    FEMALE SPEAKER:  Need a motion.

7                    CHAIR RUSSELL:  Is there -- I'm sorry.

8    Is there a motion?

9                    COMMISSIONER CAROLLO:  There's a motion.

10                   MALE SPEAKER:  Second.

11                   CHAIR RUSSELL:  Moved and seconded.  All

12   in favor, say aye.

13                   (Aye)

14                   CHAIR RUSSELL:  Any opposed?  Motion

15   passes.

16                   FEMALE SPEAKER:  BC 2, Audit Advisory

17   Committee, Vice Chair Gort will be reappointing Nasio

18   Bello, who requires a 5, 5 term waiver.

19                   CHAIR RUSSELL:  Is there a motion?

20                   MALE SPEAKER:  Moved.

21                   CHAIR RUSSELL:  Moved.  Seconded.  All

22   in favor, say aye.

23                   (Aye)

24                   CHAIR RUSSELL:  Any opposed?  Motion

25   passes.

1                    FEMALE SPEAKER:  BC 6, Community

2       Relations Board, Vice Chair Gort will be reappointing

3       Jorge Vasquez.

4                    CHAIR RUSSELL:  Is there a motion,

5       second?  All in favor, say aye.

6                    (Aye)

7                    CHAIR RUSSELL:  Any opposed?  Motion

8       passes.

9                    FEMALE SPEAKER:  BC 7, Commission on the

10      Status of Women, Vice Chair Gort will be reappointing

11      Cynthia Arciena.

12                   CHAIR RUSSELL:  It's been moved by

13      Commissioner Gort, seconded.  All in favor, say aye.

14                   (Aye)

15                   CHAIR RUSSELL:  Any opposed?  Motion

16      passes.

17                   FEMALE SPEAKER:  BC 16, Planning,

18      Zoning, and Appeals Board, Commissioner Carollo will

19      be appointing Miguel Solomon.

20                   COMMISSIONER CAROLLO:  Moved.

21                   MALE SPEAKER:  Second.

22                   CHAIR RUSSELL:  Been moved and seconded.

23      All in favor, say aye.

24                   COMMISSIONER CAROLLO:  Aye.

25                   CHAIR RUSSELL:  Any opposed?  Motion

Miami City Commission Meeting
February 14, 2019                    104

```
 1   passes.

 2                 FEMALE SPEAKER:  BC 23, Virginia Key

 3   Beach Park Trust, Vice Chair Gort will reappoint Maude

 4   Newbol, who requires a 5, 5 term waiver.

 5                 COMMISSIONER CAROLLO:  Moved.

 6                 MALE SPEAKER:  Second.

 7                 CHAIR RUSSELL:  It's been moved and

 8   seconded.  Term waiver is -- for term limit waiver.

 9                 FEMALE SPEAKER:  That is correct.

10                 CHAIR RUSSELL:  Understood.  Thank you.

11   All in favor, say aye.

12                 (Aye)

13                 CHAIR RUSSELL:  Any opposed?  Unanimous.

14   Motion passes.

15                 FEMALE SPEAKER:  24, Waterfront Advisory

16   Board, Vice Chair Gort will be reappointing David

17   Moore, who requires a four-fifth attendance waiver.

18                 COMMISSIONER GORT:  Moved.

19                 CHAIR RUSSELL:  It's been moved by

20   Commissioner Gort, seconded by Commissioner Reyes.

21   All in favor, say aye.  All in favor, say aye.

22                 (Aye)

23                 CHAIR RUSSELL:  Any opposed?  Motion

24   passes.

25                 FEMALE SPEAKER:  That --
```

Miami City Commission Meeting
February 14, 2019                              105

```
 1            COMMISSIONER HARDEMON:  May I
 2   (Inaudible), Mr. Chairman?
 3            CHAIR RUSSELL:  Of course.  Thank you
 4   very much.  These were all regular agenda items, on
 5   which anyone could speak from the very beginning.
 6   Would you like to make a comment on any of these board
 7   appointments?
 8            COMMISSIONER CAROLLO:  Or would you like
 9   to be a pony to something?
10            MR. LOZMAN:  Fane Lozman.  This is my
11   last comment today, and then I'm going to depart.  The
12   way you're conducting the public comment portion of
13   the meeting, again, respectfully, is not in keeping
14   with the spirit of the Sunshine Law and is supposed to
15   be liberally construed.  Okay.
16            For example, like what you just did, you
17   had all these names that you read off.  They weren't
18   on the agenda.  So if somebody was supposed to comment
19   for the two minutes at the beginning of the meeting
20   about somebody, maybe they didn't want to give a term
21   limit extension to.  At the end of the day, even
22   though it's a pain and you may have to spend more time
23   sitting in those chairs, you have to make sure that
24   the public can participate.
25            And the way you're doing it, trying to
```

1    jam that into two minutes before the meeting is --

2    it's not with the spirit of the Sunshine Law.  It's

3    not what Florida Supreme Court said as far as

4    liberally construing the Sunshine Law.  And if you

5    look at the majority of -- I've never been to a

6    municipality or a county -- or essentially in Palm

7    Beach County where they do not at the -- when the item

8    is called, that's when the public participation

9    happens.

10            Because say somebody comes in here and

11   wants to talk about ten items at the beginning of the

12   meeting.  Are you going to give them 20 minutes to

13   talk about all ten?  Probably not.

14            CHAIR RUSSELL:  But you don't know that.

15            MR. LOZMAN:  But it's not -- it's not

16   reasonable to do it.  So the way it's doing, really, I

17   think it's going to have to be challenged so that --

18   so that a precedent can be set --

19            COMMISSIONER HARDEMON:  But that's what

20   we said.

21            MR. LOZMAN:  -- how you conduct public

22   comment.

23            COMMISSIONER HARDEMON:  We told you to

24   challenge it because the bottom line is this :  If you

25   have 50 people with you, this board has every right

Miami City Commission Meeting
February 14, 2019                    107

 1   through the Florida statute to allow only one person

 2   to speak to represent the interests of all 50 or five

 3   people from the group.

 4                  MR. LOZMAN:  Of a group.

 5                  COMMISSIONER HARDEMON:  What I'm

 6   describing to you --

 7                  MR. LOZMAN:  That's not the case here

 8   right now.

 9                  COMMISSIONER HARDEMON:  What I'm

10   describing to you right now is that we have to give

11   everyone a reasonable opportunity to be heard.  That's

12   what we must do.  And knowing the law, reasonable

13   opportunity to be heard is something that's very

14   subjective.  And we're allowed the discretion to be --

15   create the guidelines to have people to speak and to

16   also carry on the business.

17                  So the public does not have -- they

18   don't need to debate with the Commissioners.  Like

19   what we're doing right now, this is totally

20   inappropriate, but we're doing it because we want to

21   educate about this whole matter.

22                  But the bottom line is that if you want

23   to debate the issues and you want 15 minutes to speak,

24   then you should get elected and become a Commissioner.

25   And even then, 15 minutes is a very long time for a

Miami City Commission Meeting
February 14, 2019                              108

1    Commissioner to speak.  And I think there will be some

2    objection --

3                    CHAIR RUSSELL:  He's sending a hint to

4    you, Commissioner Carollo.

5                    COMMISSIONER HARDEMON:  No, so --

6                    MR. LOZMAN:  With all due respect,

7    Commissioner Hardemon, I've talked to Pat Gleason, the

8    assistant attorney general in the State of Florida --

9                    COMMISSIONER HARDEMON:  That's good.

10                   MR. LOZMAN:  -- Barbara Peterson,

11   executive director --

12                   COMMISSIONER HARDEMON:  That's good.

13                   MR. LOZMAN:  -- Sunshine Law.  You are

14   wrong.

15                   COMMISSIONER HARDEMON:  That may --

16   listen --

17                   MR. LOZMAN:  You are --

18                   COMMISSIONER HARDEMON:  Prove it.

19                   (Multiple Speakers)

20                   CHAIR RUSSELL:  Please.  This is not a

21   debate.  This is not a debate.

22                   COMMISSIONER HARDEMON:  Prove it.

23                   MR. LOZMAN:  Right.  We will challenge

24   it in court.

25                   COMMISSIONER HARDEMON:  Please.

Miami City Commission Meeting
February 14, 2019                              109

1                    MR. LOZMAN:  And then we would get --

2                    COMMISSIONER HARDEMON:  You would do

3      good for everyone in the State of Florida by

4      challenging it because you just give more law that can

5      be described more concretely.  But do it.

6                    MR. LOZMAN:  But the distinction is --

7                    COMMISSIONER HARDEMON:  As of right

8      now --

9                    (Multiple Speakers)

10                    MR. LOZMAN:  You have to have a

11     reasonable -- you have to have a reasonable notice on

12     each proposition.  Your rules and the discretion that

13     your chairman wants to exercise during the --

14                    CHAIR RUSSELL:  Please step up to the

15     mic a little.  It's a little bit hard to hear you.

16     Thank you.

17                    MR. LOZMAN:  I said -- I said your rules

18     at the beginning of the meeting is circumventing the

19     spirit of public participation.

20                    COMMISSIONER HARDEMON:  So before --

21                    MR. LOZMAN:  And your arbitrary --

22                    COMMISSIONER HARDEMON:  Before it was --

23     before we were violating the rule.

24                    (Multiple Speakers)

25                    COMMISSIONER HARDEMON:  Before we were

Miami City Commission Meeting
February 14, 2019                              110

```
 1   violating the rule.  You had a specific statute.  Now

 2   it's the spirit.

 3               MR. LOZMAN:  It's -- no, I'm talking

 4   about the spirit of the Sunshine Law in general.

 5               COMMISSIONER HARDEMON:  No, I understand

 6   what the Sunshine Law is.

 7               MR. LOZMAN:  Right.  Each proposition,

 8   you have to give a reasonable opportunity to, each

 9   one, not one proposition.

10               COMMISSIONER HARDEMON:  No, no.  The

11   reasonable opportunity to be heard is for the people.

12   The reasonable opportunity to be heard, the person

13   deserves a reasonable opportunity to be heard.

14               MR. LOZMAN:  I'm not talking about --

15               CHAIR RUSSELL:  Thank you.

16               MR. LOZMAN:  -- a group of people.

17   You're right.  If you have 50 people from one group,

18   you can pick one.  But if you have 50 individuals, you

19   can reduce the amount of time they can talk, but you

20   cannot --

21               COMMISSIONER HARDEMON:  Well, that's a

22   notable point.

23               MR. LOZMAN:  -- deny the opportunity

24   to --

25               COMMISSIONER HARDEMON:  That is a
```

Miami City Commission Meeting
February 14, 2019                                111

1   notable point.  But --

2             CHAIR RUSSELL:  Thank you very much.

3             (Multiple Speakers)

4             CHAIR RUSSELL:  Now, please -- please do

5   not walk away from the lectern.  We're still speaking.

6             COMMISSIONER CAROLLO:  Can I ask him --

7             CHAIR RUSSELL:  I mean, you can leave;

8   but I imagine you've come up to have a discourse, so

9   I'd like to --

10             MR. LOZMAN:  (Inaudible) I thought

11   that -- I thought the topic was terminated.  I

12   apologize.

13             CHAIR RUSSELL:  We hadn't.  And, in

14   fact, I just want to make two or three points here.

15   One, what you stated has -- is noted and is

16   interesting.

17             Mr. Clerk, when we do boards and

18   committees, when are the names published?

19             THE CLERK:  The item is published on the

20   agenda, but the names are usually indicated at the

21   commission meeting.

22             CHAIR RUSSELL:  And are they available

23   in the morning before the meeting or only once each

24   Commissioner's item comes up and is stated verbally?

25             THE CLERK:  If we have the names, then

Miami City Commission Meeting
February 14, 2019                        112

 1    they're available.

 2              CHAIR RUSSELL:  Normally by habit of

 3    this commission, do you receive the names with enough

 4    time to have them available to the public in the

 5    morning?

 6              THE CLERK:  Not on the agenda, but they

 7    would be available to the public.

 8              CHAIR RUSSELL:  Right.  They wouldn't be

 9    on the written agenda, but you could have them there

10    and -- and that's fairly noted.  Obviously, you may

11    have an issue with a person that's being appointed who

12    may have a history that you know of that you'd like to

13    bring to our attention.  Or there's a five-fifths

14    waiver that you disagree on.  That was noted there as

15    a five-fifths waiver on here.  So that's noted, and

16    we'll look into that procedure.

17              Beyond that, I don't believe that -- I

18    do believe that you may be fishing for another Supreme

19    Court case.  But I don't believe you're going to find

20    it here because you definitely cannot say that anyone

21    in this room today was denied their ability to address

22    this Commission to the fullest of their intent, can

23    you?

24              MR. LOZMAN:  I think I could.

25              CHAIR RUSSELL:  Really?  Who did we cut

Miami City Commission Meeting
February 14, 2019                          113

 1  off?  Everybody went over time.  Everybody spoke when

 2  they wanted to.

 3            COMMISSIONER HARDEMON:  His time to

 4  speak right now is unreasonable.  This is --

 5            CHAIR RUSSELL:  I agree with that.  I

 6  agree with that.  But I think we're just --

 7            MR. LOZMAN:  This is not a place or time

 8  to debate your policy.  I know --

 9            CHAIR RUSSELL:  But you chose that.

10            MR. LOZMAN:  I came up here to make a

11  comment that when I tried to ask the gentleman here,

12  the City clerk --

13            CHAIR RUSSELL:  Yes.

14            MR. LOZMAN:  -- about an item that had

15  come up a little bit earlier in the agenda, he said,

16  oh, that's when your two minutes --

17            CHAIR RUSSELL:  Yes.

18            MR. LOZMAN:  -- at the beginning of the

19  meeting.  What I'm saying is that the discretion that

20  you are exercising during the conduct of the meeting

21  after your two-minute time frame is not in the spirit

22  of liberally construing the Sunshine Law, No. 1, and

23  two, I think it's violative of Florida

24  Statute 286.01142.  But that's really not our call.

25  That's for a Court of law to determine.

Miami City Commission Meeting
February 14, 2019                              114

```
 1                   And the Supreme Court has nothing to do
 2      with this.  This has to do with an interpretation of
 3      Florida's --
 4                   CHAIR RUSSELL:  Correct.  Sir --
 5                   MR. LOZMAN:  -- and why it was put
 6      into --
 7                   COMMISSIONER REYES:  Excuse me, sir,
 8      from what -- from what I gather, it is that you are
 9      going to take us to court.  Just go right ahead.  I
10      mean, what you are saying, you're implying that this
11      should be discussed in a court of law.  That means
12      that -- I mean, I -- that gives me the idea or the
13      impression that you already have your mind set, and
14      you're going to take this to court.
15                   MR. LOZMAN:  Well, you're --
16                   COMMISSIONER REYES:  Yes or no?
17                   MR. LOZMAN:  You have the leadership
18      skills -- both of you Commissioners have a lot of
19      leadership skills, and you could say, you know
20      something, let's step back.  Let's review the statute.
21      Let's talk to our City Attorney again.  Let's see how
22      they do it at -- in other municipalities and other
23      counties and say, you know something, I'm right.
24      You -- you are --
25                   COMMISSIONER REYES:  That --
```

Miami City Commission Meeting
February 14, 2019                              115

1                    MR. LOZMAN:  -- violating.

2                    CHAIR RUSSELL:  Commissioner Reyes.

3                    MR. LOZMAN:  You are violating -- so you

4        could solve the problem yourself.  You could --

5                    CHAIR RUSSELL:  You have brought two

6        recommendations, and both of them have been given to

7        our management to actually change the policy that we

8        have.  So thank you.  You've actually brought items to

9        our attention.  We will now look at our process of how

10       we put names on board agenda appointments.  And also,

11       previously, you also had a suggestion that we will

12       take up.  So I think you've been successful here.  I

13       don't think anyone has been violated, but thank you.

14                   COMMISSIONER REYES:  Another question.

15       You said reasonable time.  Could you define

16       reasonable?  Three minutes?  Five minutes?  Two hours?

17       Three hours and a half?  I mean, that is very

18       subjective.

19                   MR. LOZMAN:  Reasonable, given the size

20       of this City, would be two minutes on each

21       proposition.  If somebody wanted to talk about

22       20 propositions, unfortunately, you'd have to give

23       them two minutes on all 20 propositions.

24                   CHAIR RUSSELL:  That's not true.

25                   MR. LOZMAN:  That's the problem that

 1  people don't want --

 2                CHAIR RUSSELL:  That's not defined, and

 3  it's not true.  But I believe we've been reasonable

 4  here, so I am going to cut you off now.  And thank you

 5  very much for --

 6                COMMISSIONER REYES:  Can he stay up for

 7  a second?

 8                CHAIR RUSSELL:  Commissioner Carollo

 9  would like to engage in further debate.

10                COMMISSIONER CAROLLO:  So please don't

11  go.

12                COMMISSIONER REYES:  (Inaudible)

13                COMMISSIONER CAROLLO:  Please don't go.

14  Look, I don't know you.  I don't know who you are, so

15  I have a very open mind.  And frankly, this is one

16  area of the law that I don't have any expertise in.

17  So I've heard what my colleague has stated, and I'm

18  sure he's studied the law in that aspect well.  But

19  I'm going to defer to our City Attorney on this.  I --

20  we all need to defer to her.  But I will take up your

21  recommendation.  I'm going to look into it a little

22  further.

23                I will say to you that when I was mayor,

24  we did it in the way that you're suggesting.  Does it

25  mean that that's the only way that it could be done or

 1   not?  I don't know.  That's the way that it's been

 2   done for numerous years since I came back a little

 3   over a year ago.  And brings up the question that I

 4   wanted to ask you.  If this is being done now for

 5   numerous years in this fashion, did you bring this up

 6   to the City's attention before, or is this the first

 7   time?

 8             MR. LOZMAN:  The first time I've

 9   addressed this.

10             COMMISSIONER CAROLLO:  Why would you

11   have waited so long?  Because it's been going on for

12   years, that the City has been doing it this way.

13             MR. LOZMAN:  (Inaudible) property owner

14   in the City of Miami recently.

15             COMMISSIONER CAROLLO:  Okay.  So it was

16   because you became a property owner recently, even

17   though you don't have to be a property owner to come

18   and speak and challenge the City on issues such as

19   this?

20             MR. LOZMAN:  Right.  But I have not

21   attended any City of Miami meetings until a month

22   ago --

23             COMMISSIONER CAROLLO:  Okay.

24             MR. LOZMAN:  -- or two months ago.  So

25   this is only my second meeting.  And when I saw it --

 1    the First Amendment Foundation has what they call

 2    members of their Sunshine Brigade.  These are members

 3    of the First Amendment Foundation that uphold the

 4    Sunshine Law.  And when you see the Sunshine Law being

 5    violated, you speak up about it.  And over the last,

 6    you know, 15, 16 years, I've done that when I've seen

 7    the Sunshine Law that's not being -- it's being

 8    misinterpreted.  It's being blatantly violated,

 9    whatever.

10              I just happened to be at a meeting, my

11    first meeting in the City of Miami, and I saw what was

12    going on.  I said I'm going to speak up.  That's

13    not -- I think you're doing it wrong.  I think when

14    you were mayor, you were doing it correctly.  I think

15    this new way they're doing it is wrong.  It's that

16    simple.

17              COMMISSIONER CAROLLO:  Well --

18              CHAIR RUSSELL:  Thank you very much.

19              COMMISSIONER CAROLLO:  Thank you.

20              CHAIR RUSSELL:  We are now going to

21    break for our attorney-client session.

22              COMMISSIONER REYES:  Before we do that.

23              CHAIR RUSSELL:  Oh, I'm sorry.  You had

24    another appointment.

25              COMMISSIONER REYES:  That's right.  I

Miami City Commission Meeting
February 14, 2019                        119

1   had an appointment that wasn't mentioned.

2           FEMALE SPEAKER:  Yes, it's for Bayfront

3   Park Management Trust.  I believe you want to

4   reappoint Steve Kneibler?

5           COMMISSIONER REYES:  Yes.

6           MALE SPEAKER:  Move it.

7           MALE SPEAKER:  Discussion.

8           CHAIR RUSSELL:  It's been moved.  Is

9   there a second?

10          COMMISSIONER CAROLLO:  You sure you want

11  to appoint --

12          COMMISSIONER REYES:  Yes, I --

13          CHAIR RUSSELL:  Seconded by

14  Commissioner -- seconded by Commissioner Gort.  And

15  discussion, Commissioner Carollo.

16          COMMISSIONER CAROLLO:  No discussion.  I

17  was just --

18          CHAIR RUSSELL:  Okay.  All right.  No

19  forfeits; no waivers?

20          FEMALE SPEAKER:  No waivers, no

21  forfeits.

22          CHAIR RUSSELL:  Thank you very much.

23          All in favor, say aye.

24          (Aye)

25          CHAIR RUSSELL:  Any opposed?  Motion

Miami City Commission Meeting
February 14, 2019                                    120

1  passes.  I'd like us to now break for our

2  attorney-client session, please.

3              MS. MENDEZ:  I just need to read the

4  little statement as you go up.

5              CHAIR RUSSELL:  Yep.  And then just for

6  clarity, from that, we will then go to lunch.  And we

7  will come back at 2 o'clock.

8              MS. MENDEZ:  You and I need to come

9  downstairs really quickly.

10             CHAIR RUSSELL:  I -- yes, you and I will

11 come back.  But just for the Commissioners and for the

12 public, we'll be back at 2 o'clock to take up the

13 final two discussion items.

14             MS. MENDEZ:  On January 24, 2019, under

15 the provisions of Section 286.0118, Florida statutes

16 have requested that the City Commission meet in

17 private to discuss pending litigation in the case of

18 Airbnb, Inc., et al., versus City of Miami, Case No.

19 2017008999CA01, pending in the circuit court of the

20 11th Judicial Circuit in and for Miami Dade County, to

21 which the City is presently a party.

22             The subject of the meeting will be

23 confined to settlement negotiations or strategy

24 sessions related to litigation expenditures.  The City

25 Commission approved my request, and now, at

```
 1   approximately 11:20 a.m., commences a private

 2   attorney-client session under the parameters of

 3   Section 286.0118, Florida statutes.

 4              This private meeting will conclude

 5   approximately one hour or less later.  The session

 6   will be attended by the members of the City

 7   Commission, which include Chairman Ken Russell, Vice

 8   Chairman Wilfredo Gort, and Commissioners Joe Carollo,

 9   Manolo Reyes, and Keon Hardemon.  City Manager Emilio

10   Gonzales, myself, the City Attorney, Victoria Mendez,

11   Deputy City Attorneys John Greco and Barnaby Min,

12   division chief for general litigation, Christopher

13   Green, and Assistant City Attorney Rachel Dooley.

14              A certified court reporter will be

15   present to ensure the session is fully transcribed and

16   the transcript will be made public upon the conclusion

17   of the above-cited ongoing litigation.  At the

18   conclusion of the attorney-client session, the regular

19   commission meeting will be reopened and the chairman

20   will announce a termination of the attorney-client

21   session.  Thank you.

22              FEMALE SPEAKER:  Commission stands in

23   recess.

24              CHAIR RUSSELL:  Thank you.

25              (A break was taken.)
```

```
 1                    CHAIR RUSSELL:  Back in session, we have

 2      two items left for the day.  D31 is a discussion item

 3      on code enforcement.  And the remaining discussion

 4      item, the City manager.

 5                    Commissioner Carollo, the floor is

 6      yours.

 7                    COMMISSIONER CAROLLO:  Good afternoon.

 8      Mr. Manager, thank you.  I was going to start with the

 9      City Attorney, but she's running a little behind, I

10      understand.  So I'll start with you.  Do you

11      remember --

12                    MR. GONZALEZ:  Excuse me.  Excuse me.

13      Commissioner, I can barely hear you.

14                    COMMISSIONER CAROLLO:  Okay.  Well, let

15      me try to get closer and see if I can speak up a

16      little louder.  Do you remember on or about February 3

17      of last year where we went throughout parts of my

18      district, and I was pointing to you a variety of

19      violations to the code or potential violations to the

20      code?  Do you remember that evening approximately that

21      time?

22                    MR. GONZALEZ:  Yes, sir, I do.

23                    COMMISSIONER CAROLLO:  Okay.

24                    MR. GONZALEZ:  And I know we also went

25      during the day as well later on.
```

Miami City Commission Meeting
February 14, 2019                              123

```
 1              COMMISSIONER CAROLLO:  Yeah, there
 2   was -- but that was much later.  That was much later
 3   than that.  In fact, there's a third time that I think
 4   we met up in February.  I have the date here.  But
 5   let's start with that first one.  That was at night.
 6              Do you remember that we went to a
 7   location that there was a 20-foot container that had
 8   been spruced up so that they could sell sandwiches out
 9   of it?  Okay.
10              MR. GONZALEZ:  Yes, sir, I do.
11              COMMISSIONER CAROLLO:  Okay.  Do you
12   remember that I pointed to you to see if you could
13   find axles anywhere in that container?
14              MR. GONZALEZ:  Yes, sir.
15              COMMISSIONER CAROLLO:  And did you find
16   any axles in the container.
17              MR. GONZALEZ:  Not that I recall, no.
18              COMMISSIONER CAROLLO:  Okay.  And do you
19   recall that the reason that you didn't find any axles
20   in the container was because there's no way to have
21   put -- in the back, there was a sliding gate that
22   would have hit the axle and could have moved.  And in
23   the front, there was wood planks that were higher so
24   you couldn't put one.
25              MR. GONZALEZ:  Yes, sir, I recall that.
```

```
 1              COMMISSIONER CAROLLO:  Okay.  Do you

 2   also remember that we looked at that sliding gate, and

 3   it was clear that it had been moved numerous feet from

 4   the front where he was to the back to make room for

 5   the container?

 6              MR. GONZALEZ:  Yes, sir.  You pointed

 7   that out to me.

 8              COMMISSIONER CAROLLO:  And -- but you

 9   saw the trackings before and --

10              MR. GONZALEZ:  Yes.

11              COMMISSIONER CAROLLO:  -- and everything

12   in the asphalt.  And you remember that the gate was

13   electrical, so it needed electriCity from somewhere?

14              MR. GONZALEZ:  Yes, sir.

15              COMMISSIONER CAROLLO:  And the sandwich

16   place had electriCity coming to it, if you remember

17   that or not.

18              MR. GONZALEZ:  I do.

19              COMMISSIONER CAROLLO:  Okay.  And I

20   believe I told you the other time that the electriCity

21   was coming from the building next to it.  I believe it

22   was 1641 Southwest 8th Street.

23              MR. GONZALEZ:  I don't know what the

24   address was, but yes, I remember you mentioning that.

25              COMMISSIONER CAROLLO:  To the building
```

Miami City Commission Meeting
February 14, 2019                        125

1    next to it, which was illegal because in a container

2    unto itself like that, you just can't throw

3    electricity throughout the ground without getting

4    permits and doing it the appropriate way to any

5    standing structure.  But let me go back to the axles.

6    When I asked you if you could see any axles and you

7    rightly said no -- and, again, you remember that, that

8    you looked --

9               MR. GONZALEZ:  Yes.

10              COMMISSIONER CAROLLO:  -- there was no

11   axles.  And I then showed you -- Anthony, can you put

12   a picture of the axle?  I don't remember if we had two

13   or one.  But we have one here anyway.

14              That's the container fixed up.  And this

15   picture here is good because, as you have testified,

16   in the front, you have all that wooden plank so you

17   can't put any axles there.  And in the back, you saw

18   the gate.

19              Can you go back to the other one for a

20   second, please.  You see the gate (Inaudible) that

21   couldn't open up if there were any axles there.  If

22   you'd go back to the axle now.  Now, this is the axle

23   that I was sent that I showed you.  And I explained to

24   you that we were told that this axle was connected to

25   this particular spruced up container.

Miami City Commission Meeting
February 14, 2019                              126

```
 1              And since you had not seen any axles
 2   there, your statements to me at the time was, this
 3   picture has been Photoshopped.  Is that more or less
 4   the statement you recall you made when you saw the
 5   picture and you saw there were no axles there?
 6              MR. GONZALEZ:  Yes, sir.  I think
 7   everything you've said so far is correct.
 8              COMMISSIONER CAROLLO:  Okay.  And I
 9   appreciate that, you know, your memory is correct in
10   this.  In fact, what happened with this picture was
11   that the former recently departed zoning director had
12   given some kind of opinion to the people that were
13   doing this business here that if they would place
14   axles on this container, it would then be legal for
15   them to be there because that would make it a moving
16   vehicle, and like a -- one of those food trucks and
17   that they could be parked there legally.
18              Even if you had a food truck, the
19   opinion was wrong because you just can't do it like
20   that.  But the worst part was that the individuals
21   here had sent information to the City that, here's the
22   axles.  Now we're legal, and we can be there, when, in
23   fact, there was no axle.  It was Photoshopped.
24              And I submit to anyone that's listening
25   that the reason you've never seen a 20-foot container
```

Miami City Commission Meeting
February 14, 2019                    127

```
1    with wheels, axles out on the road, because they just
2    don't exist.  First of all, the weight of these
3    containers are a lot.  And especially if they're
4    loaded, they're tremendous.  So you've got to put very
5    large axles on there, much larger than the Photoshop
6    of some old axle that they put there.
7                Secondly of all, they would take two
8    lanes of traffic to be able to move them because the
9    20-foot containers that are 8-foot wide or so take one
10   lane.  And with the axles hanging out, they're going
11   to be taking two lanes of traffic.
12               This is why there's no federal or state
13   agency that has ever to my knowledge -- and I
14   certainly look for it -- given any license for these
15   containers to be out with axles like that because they
16   would require more than one lane and the weight of
17   them would require tremendous amount of axles and
18   probably, like 18-wheelers more than two wheels in the
19   back.
20               But the reason I'm pointing this out is
21   so we can begin seeing the lies and how individuals
22   working for the City have gone out of their way to
23   give selective protection with some in the City.
24               The -- if I could move on to another
25   date, Mr. Manager.  And that's -- and I'm trying to go
```

```
1   by sequence, if I can.  Let me go to -- this is also
2   in February, a little after that.  And it's
3   February 10, a week after this.  This is a Saturday.
4   I did this, I mean, as close to the book as you can.
5   I -- Mr. Mayor, I'd appreciate if you could let the
6   manager concentrate on this and not speak to him while
7   I'm talking so he can listen because I'm -- he's going
8   to have to --
9                 (Multiple Speakers)
10                MAYOR SUAREZ:  He's paying attention to
11  you.
12                COMMISSIONER CAROLLO:  Well, it might be
13  hard if you're speaking to him on the side.
14                MAYOR SUAREZ:  Don't worry about it.
15                COMMISSIONER CAROLLO:  Thank you.
16                On February 10, sometime in the
17  afternoon, I called you and told you that as I was
18  riding on 8th Street between 17th and 16th Avenue,
19  that traffic was extremely slow, if not, at a
20  standstill, almost, that there were people walking
21  through the streets with open containers of alcohol,
22  basically beer, and that there was a wrestling ring
23  behind a beer joint, that also on the other side, you
24  had some other places of business, like a doughnut
25  shop and some other businesses.
```

Miami City Commission Meeting
February 14, 2019                    129

```
 1              You told me that you were going to be
 2   calling and sending code and police over.  In fact,
 3   you, yourself, came pretty quick after that.  Do you
 4   remember the incident?
 5              MR. GONZALEZ:  Yes, sir, I do.
 6              COMMISSIONER CAROLLO:  Okay.  And
 7   Mr. Manager, to the best of your recollection, when
 8   you came, what did you observe?
 9              MR. GONZALEZ:  An alleyway full of
10   people and a wrestling ring in the back with some cars
11   parked, perhaps.
12              COMMISSIONER CAROLLO:  Okay.  Do you
13   remember people with plastic drinking cups in hand?
14              MR. GONZALEZ:  Yes, sir.  Because I
15   believe the establishment next door was hosting a
16   party, a bar.
17              COMMISSIONER CAROLLO:  Okay.  And, in
18   fact, did you confirm that there was no permits at all
19   that they had for that event?
20              MR. GONZALEZ:  When I asked our code
21   enforcement personnel and police officer to come and
22   restore order, that information was then passed on to
23   my staff for further analysis.  To my knowledge, there
24   was not a permit that had been let for a wrestling
25   match.
```

```
 1              COMMISSIONER CAROLLO:  And as of this

 2    date, I think we pretty much know that there was no

 3    permits issued for any wrestling ring or anything

 4    else.  Therefore, you instructed our code and/or

 5    police to shut it down.

 6              MR. GONZALEZ:  That is correct.

 7              COMMISSIONER CAROLLO:  Okay.  Did you

 8    happen to speak to the owners of that place?

 9              MR. GONZALEZ:  At the time, I believe

10    they were outside.  If I did, I'm not sure what I may

11    have told them other than the fact that the crowd was

12    unruly and that at that moment I didn't think that

13    they were permitted for a -- for a wrestling ring.

14    But I don't even recall the individual, but I know a

15    couple of the proprietors came out.

16              COMMISSIONER CAROLLO:  And I believe

17    that that's what you told me afterwards and as

18    recently as maybe a couple of months ago.  So that

19    goes along with what I recollect that happened.  At

20    the same time on that afternoon, did you see the -- in

21    the back where the wrestling ring was, that it was

22    dirt in the back?

23              MR. GONZALEZ:  Yes, I did, sir.

24              COMMISSIONER CAROLLO:  Okay.

25              MR. GONZALEZ:  And I think -- I think
```

 1    you and I were both there long enough before they

 2    actually started taking it apart while we were still

 3    there.

 4              COMMISSIONER CAROLLO:  That might have

 5    been.  I was out, I think, when that happened.  But

 6    then I came back when I heard you had come.  And we

 7    started seeing that happen.  Do you recollect, also,

 8    that the week before also when we went out at night, I

 9    had pointed that place to you because it was not a

10    proper parking lot?

11              MR. GONZALEZ:  I don't recall, sir.  But

12    you may have.  I'm sure you did.

13              COMMISSIONER CAROLLO:  That's fine.

14    That's all right.  Let me go to one other place,

15    Mr. Manager.  And I'll jump to the next part.  We met

16    one other time in the daytime.  I believe it was

17    morning.  I think it was when Eugene was around.

18    And --

19              MR. GONZALEZ:  Yes, sir, I recall that

20    day.

21              COMMISSIONER CAROLLO:  He was with you

22    and, I think, Sergeant (Inaudible).  I believe I had

23    someone from my staff with me.  And I brought you,

24    again -- because that first night on February 3, you

25    had been there, one of these places.  Even though it

1   was night, but you might remember that there was a

2   homeless sleeping, one of these empty kiosks that

3   were, in effect, containers cut either in one third or

4   in one half.

5           MR. GONZALEZ:  Yes, sir.  I remember --

6           COMMISSIONER CAROLLO:  Okay.

7           MR. GONZALEZ:  -- going with you in the

8   evening and also in the day.

9           COMMISSIONER CAROLLO:  Okay.  And the

10  day I explained to you and the reason that I asked you

11  to come was to have you not only observe this during

12  the daytime but at the same time to inquire of you why

13  the zoning director had signed on your behalf a permit

14  for a farmer's market that he could not issue because

15  of several reasons that I'll go into now that were

16  illegal.  Do you remember something to that effect?

17          MR. GONZALEZ:  Yes, sir.  And I also

18  believe you may have given me copies of some -- some

19  memoranda --

20          COMMISSIONER CAROLLO:  Well --

21          MR. GONZALEZ:  -- to that effect.

22          COMMISSIONER CAROLLO:  This is what I

23  have in my hands now.  And this was an e-mail that was

24  sent by Victoria Mendez on Friday, May the 4th, 2018,

25  to Rachel Dooley and cced to Devon Sajas and Marta

1    Gomez.  And he stated -- and truly, this is 101

2    zoning.  On May 4, 2018, at 5:10 p.m., is when she

3    received it.  Rachel Dooley wrote -- this is, I think,

4    in answering the City manager's subject, farmer's

5    market requirement.  And she said on May 4, 2018,

6    Rachel Dooley, 62.622c, permitting process,

7    notwithstanding any contradictory language in the

8    zoning ordinance, property owners who wish to host a

9    farmer's market must submit an application for a

10   temporary farmer's market permit to be approved by the

11   City manager or designee at least 30 days prior to the

12   date of the farmer's market.

13              Pursuant to division two, an applicant

14   must submit a site plan detailing the location of all

15   tables, booth stands, outside parking, landscaping,

16   and restroom facilities.  Spillover parking into any

17   residential area is strictly prohibited.  Any

18   temporary farmer's market permit may be extended for

19   an additional six-month period for an additional fee

20   as entailed below.

21              And it's marked on here or highlighted,

22   no temporary farmer's market permit shall be issued to

23   a property that has any outstanding code enforcement

24   violations or City liens.  The zoning director

25   answered at the time, same date, May 4, 2018,

1    referenced farmer's market requirement.  He answers,

2    that's clear.

3              However, a month plus, two months later,

4    approximately two months later, it wasn't clear to

5    him, obviously, because he did, in fact, sign as your

6    designee a permit for a farmer's market there that not

7    only was illegal based on our laws that you cannot

8    issue a temporary farmer's market permit, or for that

9    matter any other permit, when a property has

10   outstanding code enforcement violations or City liens.

11             In fact, this property had, which he

12   knew, code violations.  But beyond that, there's also

13   a requirement that the area -- not the size of the

14   lot, as the City Attorney interpreted, for a farmer's

15   market, the clear area that you have, has to be 5,000

16   square feet minimum.  As the City Attorney's office

17   measured, it was under 5,000.  There was another issue

18   that was never looked at because if it would have

19   been, I believe the answer would have been that it was

20   also illegal for a third reason.

21             The parking that they were going to be

22   taking away there, that we would look into

23   requirements for the business establishments that were

24   there, that would have been a requirement for them.

25   But nevertheless, it was illegal based on the code

 1    violations.  And the code director acknowledged that

 2    on May the 4th that that was clear, but he still went

 3    ahead two months later and signed off on this as your

 4    designee.

 5              The same code enforcement director that

 6    stated that if they would just put axles in a

 7    container, that would make it legal to put anywhere

 8    you want because that would make it into a food truck.

 9    And as you already have testified, the axles that were

10    put in the picture that were sent to us, the City,

11    were Photoshopped.  They were never there.

12    Furthermore, you might remember a principals that

13    owned the container in my office where you were there,

14    some of your assistants were there, City Attorney,

15    some of my staff, where I asked about the axles.  And

16    he made a statement that they had -- were on order

17    from Australia, and they would be sent soon.  Do you

18    remember that one too or not?

19              MR. GONZALEZ:  I remember the meeting in

20    your office, yes.

21              COMMISSIONER CAROLLO:  Do you remember

22    that statement on Australia?

23              MR. GONZALEZ:  Yes, they were --

24              COMMISSIONER CAROLLO:  Okay.

25              MR. GONZALEZ:  -- they were bringing in

Miami City Commission Meeting
February 14, 2019                    136

```
 1   from the outside.
 2              COMMISSIONER CAROLLO:  So what I'm
 3   establishing here, Mr. Manager, at least with one
 4   individual granted as a former employee, the series of
 5   lies, the series of going out of their way to help
 6   individuals, what I would call selected protection,
 7   and he never had a price to pay, never had a price to
 8   pay.  I never saw any reprimands, I never saw
 9   anything, which is a concern.
10              And I thank you for being honest in the
11   statements that you have made on some of our meetings
12   when I took you out there.  I know we walked in other
13   places and so on that I showed you.  But for the
14   meantime, I want to limit this -- to this with the
15   only other exception, which was the famous telephone
16   pole that had electricity going inside a Mexican
17   restaurant in an alleyway that could not be enclosed,
18   could not be covered with a roof.  It was.  And it had
19   34 seats with tables outside.  Do you remember that I
20   pointed that out to you?  Not necessarily the amount
21   of tables or anything, but --
22              MR. GONZALEZ:  Yes, sir.  Yes, sir, I
23   know the location.
24              COMMISSIONER CAROLLO:  Okay.  And the
25   first time I pointed that out to you, I think, was
```

Miami City Commission Meeting
February 14, 2019                      137

1    February 3 when we went out at night that time.  I

2    also showed you different places that illegal parking

3    was happening in residential areas that were affecting

4    the quality of life in the neighborhood.

5                  Now, let me go into some other areas.

6    On March 3, 2018, my office contacted -- not myself,

7    code enforcement.  It was a Saturday.  Because we saw

8    next to Pizza Hut a place that -- I believe now -- is

9    a very small, tiny sushi restaurant, maybe takeout.  I

10   don't even know if they have any chairs.  And we were

11   seeing people working there.  All the windows were

12   covered.  We don't know if it was illegal construction

13   or not.

14                  To this day, I don't know who owns that

15   place, the business or the property.  The code sent an

16   individual from Coconut Grove over because that's the

17   only person available on a Saturday.  And he checked

18   the place out.  They did have permits, and he told

19   them to place it on the glass so you could see them

20   like you're supposed to.  But we were happy they had

21   permits.

22                  I asked the officer at the time if he

23   had any extra time, that I would like to point out to

24   him some other possible locations that had code

25   violations.  He said yes, he did.  I said, would you

1   like to follow me.  And he invited me to go in his

2   vehicle.  I believe it was a truck.  And I showed him

3   five places.

4            I had asked back on October 22 for any

5   and all reports, documentation made, photos taken, and

6   citations issued by Code Enforcement Officer Dennis

7   Uriarte on March 3, 2018, pertaining to the six

8   locations he visited on Southwest 8th Street in Little

9   Havana.  Additionally, provide all reports and

10  documentation made, photos taken, and citations issued

11  as a result of any follow-up to Mr. Uriarte's visit

12  from March 3, 2018, including the status of any

13  actions taken.

14           My response from (Inaudible) was that --

15  after we were told verbally there wasn't anything, the

16  following response was, I believe this should fulfill

17  the request.  And what we got were pictures that he

18  took of the different locations and a small paragraph

19  describing what he observed or so what he thought that

20  was stated to him.

21           In one of those locations in particular,

22  he stated to me -- he wanted me to go inside with him.

23  I said no, I will stay in your car.  He came out, and

24  he said that he had issued the place a notice of

25  violation because there was illegal work being

1    performed.  He took pictures, which we're going to see

2    at some point in this presentation.  And he said that

3    they refused to let him go up to the second floor,

4    that they claimed they didn't have the keys where he

5    felt that the illegal work was being performed.

6                On March -- and by the way, so I won't

7    forget -- and I did -- on February 10, where the

8    illegal wrestling ring was that you've acknowledged

9    and testified to, I also asked -- and read it on the

10   record -- any and all reports and documents from

11   police and code enforcement, including any photos

12   taken or violations issued by police and/or code

13   enforcement on the afternoon of February 10, 2018,

14   behind 1547 Southwest 8th Street, otherwise known as

15   Union Beer, for any illegal event with wrestling ring

16   and matches located behind said address that caused

17   crowds to gather in the street, that slow stopped

18   traffic south of 8th Street with scores of individuals

19   consuming alcohol from containers.

20                I was told they have no responsive

21   records for this request.  Here's the place that you

22   testified to that we shut down.  There was at least

23   one code enforcement officer that was there.  I don't

24   know if there was a second, but I think there was only

25   one.  Do you remember, Mr. Manager?

Miami City Commission Meeting
February 14, 2019                    140

 1              MR. GONZALEZ:  I remember at least one

 2      and maybe a couple of police officers --

 3              COMMISSIONER CAROLLO:  Yeah.

 4              MR. GONZALEZ:  -- if I was.  It's been a

 5      while.

 6              COMMISSIONER CAROLLO:  But there

 7      certainly weren't 15 to 20 code enforcement officers.

 8              MR. GONZALEZ:  No, sir.

 9              COMMISSIONER CAROLLO:  Because I believe

10      we only have a handful working on Saturday.

11              MR. GONZALEZ:  Sir, we only have, I

12      believe, 58 working in the entire City.  So --

13              COMMISSIONER CAROLLO:  Yeah.

14              MR. GONZALEZ:  So --

15              COMMISSIONER CAROLLO:  And Saturday,

16      we're very low.  But I'm told that there's not a

17      single record in writing, photograph, anything, that

18      this incident ever happened.  That's -- you know,

19      maybe the chief can explain if this is normal, that if

20      officers are called in something of this nature, that

21      there's not going to be anything in writing that they

22      could get.  I don't know.  But I just want to place

23      this on the record so that everyone could understand

24      why I'm feeling the way that I am.

25              March 14, 2018, on that morning, I met

Miami City Commission Meeting
February 14, 2019                                    141

1    up with the new code enforcement director at the time,

2    Officer Burnet, James Burnet.  I didn't know that he

3    was going to have a whole group.  I think he had one

4    supervisor from code enforcement and two officers.  He

5    had a female officer that I find out with was his

6    assistant that worked with him.  I brought some people

7    that I felt were knowledgeable in that field to help

8    me.

9                It's what I teasingly would say was the

10   Bataan March because he's never walked this much

11   because he's never walked this much, I don't think,

12   even when he was a (Inaudible), if he ever was one.

13   We went for several miles that day, walking up and

14   down 8th Street.  I know for a fact that there were

15   places that got cited.  In fact, one place that an

16   outside patio was shut down.  Others that were sent

17   notice of violations or what have you.  And there were

18   scores of pictures and notes taken.

19                In fact, in the same parking lot where

20   the wrestling ring was that we brought Mr. Burnet, the

21   same one that we described, I find out months later --

22   because I didn't walk back there.  I stayed on the

23   sidewalk when he and the whole crowd were taking

24   pictures.  I find out months later that he was

25   politely, Get the f-u-c-k out of here.  The response

1   to me when I asked for photos, information that we

2   know for a fact exists, there are no responsive

3   records to this request.  This is from your main

4   individual and code enforcement (Inaudible).  This is

5   what I was sent, Mr. Manager.

6              Numerous properties that we have

7   reported from all the way to Northwest 7th Street and

8   17th Avenue, in that area -- in fact, three properties

9   there, and all three happened to be connected with

10  bars, very busy bars on weekends.  Do you have those

11  from Northwest 7th Street?  Anthony, if you can, can

12  you show them while I'm talking.  But here's what I

13  get from one that's on 1700 Northwest 7th Street.

14  This one is an unimproved lot -- no, no, that's not

15  it.  That's not it at all.  Maybe you don't have them,

16  but it's fine.  It's Northwest 7th Street, so none of

17  those would be it.

18              Okay.  You see parking lots, Northwest

19  7th Street, 600.  You might get some there.  Okay.

20  This is one of them -- nope, this is not 7th Street.

21  This is another one.  This is on Northwest 1st Street.

22  But save that.  Here we go.  These are some of the

23  ones that are near the Marlin's stadium.  And then you

24  have the one that's totally unimproved.  These are

25  some of the others that you see vehicles here.  This

Miami City Commission Meeting
February 14, 2019                    143

1    is what I get -- and I got this only Friday.

2              I got it in a three page of different

3    properties, black and white.  Doesn't say where it's

4    coming from, who wrote it, what, just black and white.

5    On the northwest 1700, it says on or about September

6    17, 18, a complaint was received, referenced illegal

7    parking.  The vehicles were removed, and no additional

8    action was needed.  Mr. Manager, every weekend, it's a

9    free-for-all there every weekend.  601 -- well,

10   600 Northwest 17th Avenue, nothing was even given to

11   me.

12             601 Northwest 17th Avenue, it says on or

13   about September 17, 2:18, a complaint was received,

14   referenced several violations.  At the time of the

15   inspection, an inspector opened a case for parking on

16   unimproved surfaces, outside storage failure to

17   maintain the swale, no CU, no BTR, failure to maintain

18   the lot, and failure to maintain the exterior fence.

19   On October 21, 2018, a follow-up inspection revealed

20   the violations outstanding and the property owner was

21   scheduled to appear before the board on December 12.

22             On December 4, 2018, the property was in

23   full compliance, and the case was closed.  While I

24   compliment the officers in going and doing what

25   they're supposed to -- if there's illegal parking or

1   there's more than illegal parking, they've got to mark

2   it down -- I cannot for the life of me understand how

3   they could close a case when, again, every weekend,

4   it's the same free-for-all.

5                    The -- let me go to some other.  On --

6   by the way, the -- with the wrestling ring that we

7   talked about, that you went the first time,

8   February 3, you went again with me February 10 --

9   Napoli invested (sic) it with me; the mayor was

10  pointing this out when he went one time with me.  In

11  fact, he has gone to the doughnut place where it's

12  behind, and you can see the entrance to it.  I brought

13  in -- March 14 the code enforcement director.

14  Everybody took pictures.  The pictures that don't

15  appear and no reports that appear, I was told.

16  There's nothing there.

17                   Finally, when I put this in the agenda

18  this time that I wanted a time certain because I

19  wasn't going to wait anymore, I'm given in the same

20  page that on and about January 30, 11 months later, is

21  when finally someone writes something on this

22  location, 11 months later after I've been pointing out

23  the illegal parking, the free-for-all -- not only

24  that, but there's illegal construction back there

25  also.  On or about January 30, 19 -- 2019, a complaint

Miami City Commission Meeting
February 14, 2019                    145

 1   was received referencing illegal parking.  An

 2   inspector visited the property and found cars being

 3   parked in the rear.  A case was open at the property

 4   for non-conforming parking lot.

 5               Well, I'm going to read to you the next

 6   one so you can see why I'm not all excited because I

 7   know what's going to happen with this.  In fact,

 8   Anthony, do you have pictures that show -- right there

 9   right now today, you send officers to that location,

10   and they've never stopped for one day, day or night,

11   parking illegally at that location.  This is -- no,

12   that's a different address.  1551, if you have

13   anything on 1551.  Not that one either.  Okay.  Those

14   are not it.  That was just taken now.

15               But let me jump to the last one that I

16   want to bring out in this, 1530 Southwest 7th Street.

17   On 1530 Southwest 7th Street, on and about

18   September 15, 2018, a complaint was received

19   referencing an illegal business.  It was illegal

20   parking, but this is what I got.  At the time of the

21   inspection, the inspector spoke with a person onsite

22   who advised that they were not conducting any type of

23   business.

24               The property was being used to park

25   vehicles of employees at Ball & Chain.  A case was

1    opened for the property for no CU and illegally

2    operating a business.  After several follow-up

3    inspections, the inspector found that cars were no

4    longer being parked at the property, and the entrance

5    has been chained closed.  On November 29, the case was

6    closed after verification of no additional violations

7    dealing with parking.

8              Mr. Manager, since day one,

9    September 15, before and up to now you can send

10   whoever you want out there and see it.  They never

11   have stopped parking in the property in the front

12   that's multifamily.  They cannot park, but

13   particularly in a lot that is not conforming to be

14   enabled to park.  And the house in the front is -- you

15   could see it right through the windows, not just what

16   I was told -- is being used for storage and is full

17   from one end to the other, apparently, from what you

18   see in the windows.  You could see it from the road.

19             How in the world can they claim that

20   they found that no longer are cars being parked at the

21   property and the entrance has been chained and closed,

22   therefore, no additional violation dealing with

23   parking and the case is closed?  I mean, I've never

24   seen the likes of it.  And these are the soft parts.

25             Can you put the --

1          MALE SPEAKER:  Is that 1530 Southwest

2   8th Street?

3          COMMISSIONER CAROLLO:  Southwest

4   7th Street.

5          MALE SPEAKER:  7th Street.

6          COMMISSIONER CAROLLO:  7th Street, yes.

7   Which is all multifamily.  Let's just step back a bit

8   that I'm talking about.  Right here, that you're

9   seeing, you see how that lot looks?  Now, the back of

10  it -- all the front from the house to this fence is

11  the residential part.  The back from the fences to

12  that building, the small part, that's commercial.

13  That lot is also unimproved where you won't be able to

14  park in it.  But you can't go through residential

15  multifamily property even if it's the same owners to

16  get into a commercial area.

17          Can -- and you see in the residential

18  here, the house that I'm talking about, all the cars

19  parking.  This is like this every day.  But I'm being

20  told that that was taken care of.  Everything is hunky

21  dory.  And, in fact, don't call the -- on anything

22  here because it's going to be taken care of.

23          Tower Hotel, can we go to the pictures?

24  Okay.  These two pictures that we're seeing are the

25  front of the Tower Hotel that's located on 1450

```
 1    Southwest 7th Street.  The picture on your left was
 2    taken by the chief of unsafe structures in Miami at
 3    the time on May 31, 2012.  You see it stamped.  Now,
 4    Joe Carollo wasn't a Commissioner back then.  I didn't
 5    get sworn in until December the 2, 2017.  I wasn't
 6    around.
 7              On May 31, 2012, which I'm going to show
 8    you more pictures in a moment, the chief of unsafe
 9    structures was out and about.  He saw people working
10    in that building.  He decided to check it out and
11    found that there were no permits for them working
12    there.  He went inside, and what he basically found
13    was a building that was gutted that I'm going to show
14    you in a minute.
15              He cited them.  He cited them, and he
16    shut them down.  You see that picture to your right
17    that's June 25, 2012, 25 days later.  You see the
18    difference?  They didn't care.  They kept
19    constructing.  Look how they took out the air
20    conditioners and made windows in the bottom.  In the
21    top, they took out the type of windows that they had
22    so they could make different types of windows.  I
23    mean, it's there in black and white.
24              If you could, go on to how the place
25    looked inside.  This is how the place looked inside.
```

  1    If you can see, all these pictures are stamped May 31,
  2    2012.  I wasn't a Commissioner back then.  You see the
  3    roof, everything there.  Look at the inside.
  4    Electrical all over the place, more electrical, more
  5    walls.  You could see how everything is gutted inside.
  6    Keep going until -- you see the hallways, the rooms.
  7    The stairs going up, how everything is gutted.
  8                 And to your left, you see the stop work
  9    order that was issued on -- June 2012 on
 10    1450 Southwest 7th Street.  To your right -- you would
 11    think after all these years, they would learn
 12    something.  Again, on January 22 this year, more
 13    violations for people doing work with permits.
 14                 Now, you said you had no problem with me
 15    speaking to directors, Mr. Manager?  The fire chief,
 16    is he here?  I believe the manager said you would
 17    speak for the department.  The fire marshal is not
 18    here, but I'm sure, Chief, if you weren't a fire
 19    marshal yourself at one point in your career, you
 20    should be knowledgeable on that, on what a fire
 21    marshal needs to do.
 22                 What I have here is a certificate of use
 23    that was issued on this property that you've seen the
 24    condition that it's in on May 30.  The -- from the
 25    pictures that you saw, May 31, the day after the City

Miami City Commission Meeting
February 14, 2019                    150

1    issued the certificate of use is when our chief of

2    unsafe structures took the pictures that you've seen,

3    one day after.  When you issue a certificate of use,

4    you're saying that everything is fine to be open,

5    correct, Chief?

6              MR. ZAHRALBAN:  Joseph Zahralban --

7    Joseph Zahralban, fire chief of --

8              COMMISSIONER CAROLLO:  Sir.

9              MR. ZAHRALBAN:  Joseph Zahralban, fire

10   chief, department of fire rescue.

11             COMMISSIONER CAROLLO:  Yeah.

12             MR. ZAHRALBAN:  Commissioner, the

13   certificate of use as we use it is actually a trigger

14   for us to go and inspect.  We receive a list of

15   buildings that are generated from certificate of uses

16   that are issued through the City, and then we would go

17   and inspect these properties.

18             COMMISSIONER CAROLLO:  Okay.  I have

19   here fire prevention, May 24, 2012, signed off by fire

20   marshal that is no longer with you, I am told, that

21   said, okay.  You think there's something that doesn't

22   jibe?  You sign off on a certificate of use, and you

23   see a building in that condition?

24             MR. ZAHRALBAN:  Commissioner, to be

25   perfectly honest, I'm not familiar with the case that

Miami City Commission Meeting
February 14, 2019                    151

 1   you're describing.
 2              COMMISSIONER CAROLLO:  Well --
 3              MR. ZAHRALBAN:  I'd have to look at the
 4   material in order to intelligently comment on it.
 5              COMMISSIONER CAROLLO:  Yes, but Chief,
 6   you're seeing a building that's gutted.  To put a
 7   building in that shape takes a while.  I'm telling
 8   you -- and I can show it to you if you want to see it.
 9   You come up here, I'll give it to you -- that someone
10   from your department signed off on this just days
11   before the certificate of use was issued that said
12   that everything was okay.
13              Forget about whether you know the full
14   knowledge or the history or not of this building.  I
15   don't know the whole history of it.  All that I know
16   is that a certificate of use is issued, is signed off
17   by a fire marshal besides other City employees, and
18   this is the condition that this place is in.
19              Anthony, can you put back at least some
20   of the other pictures so they could see them?
21              So would you agree with me that this
22   place was in no shape for what you've seen to be given
23   a certificate of use in that condition?
24              MR. ZAHRALBAN:  Again, Commissioner, I
25   would like time to investigate the actual case.  But

Miami City Commission Meeting
February 14, 2019                    152

1   on the surface, on face value of what you're saying,

2   based upon the pictures that I'm seeing in front of

3   me, would I believe that something like this would be

4   approved, the answer is absolutely not.

5              COMMISSIONER CAROLLO:  Okay.  Well,

6   that's, you know, what I want to get from you, a black

7   and white, whether you believe or not.  And you stated

8   no.  And, again, you don't have all the history of the

9   place.  I don't either, frankly.

10             MR. ZAHRALBAN:  Yes, sir.

11             COMMISSIONER CAROLLO:  The funny thing

12  is that code enforcement signed off on it too.  And

13  while your former fire marshal -- and I don't know how

14  many of them you have, Chief.  Is there several of

15  them that are fire marshals or --

16             MR. ZAHRALBAN:  There's only one fire

17  marshal at any particular given time, but we do -- you

18  know, they do either promote or retire.

19             COMMISSIONER CAROLLO:  Okay.  Right.

20             MR. ZAHRALBAN:  So there are successions

21  of fire marshals.

22             COMMISSIONER CAROLLO:  Well, again, the

23  fire marshal that has signed off on this, I am told is

24  not around anymore.  But the code enforcement officer

25  that did sign off on this is around, and he is a

1    supervisor.  And he is the supervisor that walked with

2    the new director, Burnet and I and others, on March 14

3    where no records were found when I asked for them out

4    of all the pictures, all the notes that were taken and

5    violations that we know -- or notice of violations and

6    citations that were issued, including at least one

7    place that we know their outside patio was shut down.

8              The -- you answered straight, Chief, and

9    I appreciate that.  If -- Mr. Manager, if I could get

10   the code enforcement director now -- thank you, Chief.

11   I appreciate your statements.

12              MS. VALENCIA:  Good afternoon.

13              COMMISSIONER CAROLLO:  Ma'am.

14              MS. VALENCIA:  My name is Adele

15   Valencia.  This is my ninth day on the job.  I was --

16   I've grown up in the City of Miami.  I learned how to

17   fish with my dad in the Dean Marquis Marina, and this

18   is an exciting first commission meeting.

19              COMMISSIONER CAROLLO:  What did you used

20   to --

21              MS. VALENCIA:  My --

22              COMMISSIONER CAROLLO:  What did you used

23   to fish?

24              MS. VALENCIA:  We used Pinfish.

25              COMMISSIONER CAROLLO:  King fish?

Miami City Commission Meeting
February 14, 2019                       154

1            MS. VALENCIA:  We used to -- used to

2   catch -- we used to get the bait from the Easy Quick.

3            COMMISSIONER CAROLLO:  But you used to

4   fish what?

5            MS. VALENCIA:  Anything we could catch

6   out in the bay.

7            COMMISSIONER HARDEMON:  Is fishing in

8   Dean Marquis, is that legal?

9            MS. VALENCIA:  Sometimes there were

10  crabs.  I was six.  So --

11           COMMISSIONER HARDEMON:  When you are

12  learning how to fish, who cares, right?

13           COMMISSIONER CAROLLO:  That's something

14  good that she said, that's a plus for her, because --

15           MAYOR SUAREZ:  A code violation.

16           COMMISSIONER CAROLLO:  -- that's close

17  to my heart.  When I was 15, we had just moved from

18  Chicago to Miami, and my dad loved fishing.  He would

19  take me out there.  And back then, you didn't have to

20  go far, and you would catch everything.  We would come

21  back -- my dad was a good fisherman.  And we would

22  come back with dozens of king fish, mackerels, you

23  name it.  And so --

24           COMMISSIONER HARDEMON:  See, I learned

25  how to fish in my mother's fish tank.  She had a big

Miami City Commission Meeting
February 14, 2019                    155

```
 1   fish tank.  And I would take the little green scooper
 2   and scoop a couple of them out of there.
 3               COMMISSIONER CAROLLO:  We only had a
 4   little 15, 16-footer.  Back -- then when it got real
 5   bad, all the fish were, you know, driven away.  We had
 6   to go 5 miles out.  And I would say, dad, you know,
 7   it's too much.  And one day, I saw a huge hammerhead
 8   the size of the boat, and I think he understood then
 9   we needed to get closer.  But anyway --
10               MS. VALENCIA:  If I may, sir, I'm here
11   to work with all of you.  I know that each of you are
12   public servants who have great insight into the
13   communities that you represent.  Having grown up in
14   Miami, I appreciate how complex and diverse our City
15   is.  We have five cities in one.  And I look to you as
16   partners to help better inform how code compliance,
17   not code enforcement, can serve our residents to
18   improve quality of life equally.  We have 58 men and
19   women to serve the entire half million population and
20   56 square miles of City.  So I'm happy to answer any
21   questions that I have -- that you may have.  But
22   I'm --
23               COMMISSIONER CAROLLO:  Thank you.
24               MS. VALENCIA:  -- limited in my
25   knowledge.
```

Miami City Commission Meeting
February 14, 2019                    156

1              COMMISSIONER CAROLLO:  Code compliance

2      is a good word to use with the average resident that

3      doesn't know, can make a mistake, or maybe it wasn't a

4      mistake one time but is not a constant violator.

5              MS. VALENCIA:  Repeat offender.

6              COMMISSIONER CAROLLO:  Repeat offender.

7      That's the word.  And that's where you have to make

8      sure that there's some bite to code enforcement.  What

9      you have seen here that I've described, that one of

10     the code enforcement officers signed off on a CU for

11     something of this sort, what kind of impression does

12     that give you?  I mean, you see how the building was,

13     three stories.  And when you sign off on a certificate

14     of use, that means it's hunky dory, door is open.

15             MS. VALENCIA:  Right, I'm the mother

16     of --

17             COMMISSIONER CAROLLO:  Do you see

18     something wrong with that picture?

19             MS. VALENCIA:  I'm the mother of two

20     tiny children, a toddler and a five-month-old.

21             COMMISSIONER CAROLLO:  Yeah.

22             MS. VALENCIA:  So my concern is for life

23     safety of our residents.  I don't know where that is.

24     I've never been to the property.  And, again, I can't

25     take responsibility for the last decade --

```
 1              COMMISSIONER CAROLLO:  No, I'm not

 2   asking you to.

 3              MS. VALENCIA:  -- of code compliance.

 4              COMMISSIONER CAROLLO:  Either can I.

 5              MS. VALENCIA:  But certainly, that does

 6   not seem like something that would be friendly for the

 7   public to walk into.

 8              COMMISSIONER CAROLLO:  Okay.  So you

 9   certainly would not have signed off on a CU in a place

10   like that.

11              MS. VALENCIA:  I'm not authorized to

12   sign off on CUs, but I don't think that any --

13              COMMISSIONER CAROLLO:  Well, an

14   inspection.

15              MS. VALENCIA:  No.

16              COMMISSIONER CAROLLO:  Okay.  Well,

17   you've got a copy of this.  I've shown it to from the

18   manager end, down.  I'll show it to you here.  If

19   someone could make a copy once I'm done, and I'll get

20   it to you.  So -- no, no, this is the City of Miami.

21              FEMALE SPEAKER:  (Inaudible) Durham.

22              COMMISSIONER CAROLLO:  Well, Durham is

23   for another part they sign up, but Durham doesn't

24   actually go there.  The fire and code does go there.

25   The -- this place, I wanted to bring up because I
```

Miami City Commission Meeting
February 14, 2019                    158

1   wanted people to get the feel of what is going on to

2   the extreme of what is going on here.

3                 Now, supposedly, if you get caught like

4   they did not once but twice -- after they got caught

5   the first time, they kept working until they went back

6   again and really stopped them.  They were sent to the

7   unsafe structures panel board.  I don't know how they

8   could have gotten a CU again.  I don't know the whole

9   story there.  I go by 7th Street sometime back.  I'm

10  seeing air conditioners on top of the roof.  I go by

11  there now.  The air conditioners are gone.  You know,

12  I really don't know what's going on in that place.

13  It's kind of like the Hotel California, you know.

14                 MS. VALENCIA:  You can check out any

15  time of night, but you can never leave.

16                 COMMISSIONER CAROLLO:  I don't know.

17  But the -- let me move on.

18                 MS. VALENCIA:  May I be excused, sir, or

19  would you like me to stay here?

20                 COMMISSIONER CAROLLO:  Well, if I could

21  ask you one more question since you are the new

22  director.

23                 MS. VALENCIA:  Gladly.

24                 COMMISSIONER CAROLLO:  Could -- and

25  since this is an ongoing issue, not just in my

 1  district but I suspect City-wide, could you tell me

 2  what you feel are the requirements to have a legal

 3  parking lot.

 4                  MS. VALENCIA:  I'd have to defer to my

 5  colleagues who are more knowledgeable.  I can commit

 6  to you that I'm happy to research the matter and

 7  understand it.  All I have is my integrity on the

 8  line.  And part of the reason I've been hired, as I

 9  understand it, is to improve processes to help our

10  hardworking code enforcement -- code compliance

11  inspectors work better.

12                  COMMISSIONER CAROLLO:  Well, I'm not --

13  I'm not doubting, ma'am --

14                  MS. VALENCIA:  Thank you, sir.

15                  COMMISSIONER CAROLLO:  -- your integrity

16  at all.  And please, I want to establish that.  We met

17  the other day.

18                  MS. VALENCIA:  Yesterday.

19                  COMMISSIONER CAROLLO:  It's the second

20  time -- yeah, yesterday.  And this is the second time

21  that we have spoken, so I'm not doubting your

22  integrity.  I just want to --

23                  MS. VALENCIA:  Appreciate it.  I mean --

24                  COMMISSIONER CAROLLO:  -- find out about

25  your knowledge since you are the director --

Miami City Commission Meeting
February 14, 2019                    160

```
 1                  MS. VALENCIA:  Yes, sir.

 2                  COMMISSIONER CAROLLO:  -- of code

 3      enforcement.  And that's why I'm asking you if you

 4      know or at least give me your idea what you think --

 5                  MS. VALENCIA:  I don't want to speculate

 6      because I trade in facts.  But I'm happy to enlist my

 7      assistant City manager.

 8                  COMMISSIONER CAROLLO:  No, no, the --

 9                  MS. VALENCIA:  No?

10                  COMMISSIONER CAROLLO:  This is for you.

11      Is your answer is that you don't know what is required

12      to have a legal parking lot in the City of Miami?

13                  MS. VALENCIA:  I'd have to pull out the

14      legal documents.  If you give me a moment, I'll come

15      back and do that.

16                  COMMISSIONER CAROLLO:  Okay.  But you

17      don't know it right now?

18                  MS. VALENCIA:  Off the top of my head,

19      no, sir.

20                  COMMISSIONER CAROLLO:  Okay.  Thank you

21      for being honest.

22                  MS. VALENCIA:  Thank you.

23                  COMMISSIONER CAROLLO:  I appreciate it.

24                  MS. VALENCIA:  I always will be.

25                  COMMISSIONER CAROLLO:  Sure.  Thank you,
```

Miami City Commission Meeting
February 14, 2019                    161

```
 1   ma'am.
 2              MS. VALENCIA:  Is that all?
 3              COMMISSIONER CAROLLO:  For -- for now.
 4   I might need to call you back up one more time.
 5              MS. VALENCIA:  I'll be here all day.
 6              COMMISSIONER CAROLLO:  Thank you.  I
 7   appreciate it.
 8              MS. VALENCIA:  Thank you.
 9              COMMISSIONER CAROLLO:  All right.  Let's
10   move on to the next.  And I'll try to -- I know it's
11   Valentine's Day.  But as you all know, I've been very
12   patient for many, many months.  Can we go to 521.  And
13   as you're putting -- can you put the pictures,
14   Anthony, of what we have there now?  The -- I'm
15   talking about the pictures of the bar, lounge?
16              MALE SPEAKER:  You got it.
17              COMMISSIONER CAROLLO:  Certainly, it's
18   not a restaurant on top.  Okay.  This is from
19   Miami.com.  I believe that's the Miami Herald.  And it
20   says, This new cocktail lounge in Little Havana is
21   kind of hidden.  Here's how to find it.  And it
22   doesn't say restaurant, cafeteria.  It says cocktail
23   lounge.  And as you see here, this is a picture from
24   the inside of the place.  If any of my colleagues
25   disagree that this looks like something other than a
```

Miami City Commission Meeting
February 14, 2019                    162

1    cocktail lounge, I, you know, certainly would like to

2    get some input and guidance.

3              COMMISSIONER HARDEMON:  I've never been

4    to anywhere besides a cocktail lounge, so I don't

5    know.  I can't -- I can't help you.  If they don't

6    sell burritos, I've never been there.

7              COMMISSIONER CAROLLO:  Well, the -- hold

8    on.  Can you go back to this one.  The seating here,

9    by the way, the front where you've got the big

10   couches, you've got four areas like that.  One couch

11   seats three; the other, two; and the two side chairs,

12   one each.  So 7 times 4 is 28.  In the back where you

13   see the, you know, curtains, as best as I could see,

14   there's five of them.  Some of the advertising claims

15   there's only eight places altogether, but I see five,

16   plus the other four.  You've got a couch that sits

17   three and two each.  So 5 times 5 is 25, and 28 is 53,

18   correct?

19             MALE SPEAKER:  Yes.

20             COMMISSIONER CAROLLO:  All right.  Here,

21   as you see, you definitely don't see food being served

22   here.  You don't see food there.  Go on.  The little

23   tables with everybody having a good time here.  And in

24   the higher table, you don't see any food.  It's all

25   booths.  Go ahead.  You see people having a good time

1    with drinks.  This is the front at night.  This is

2    what our sidewalk looks like.  Anyone that tries to

3    walk through there would have a difficult time, let

4    alone anybody in a wheelchair.  And all to go to the

5    side to go upstairs.  Go ahead.

6             If you see that everybody is waiting in

7    line to go to the side door to go up the stairs and go

8    up to the lounge.  In the bottom, you have a

9    restaurant that's been there for quite a few years.

10   This is what the inside looks like.  You see all of

11   the lamps, electricity, a lot of lamps and electrical

12   work that went into this.  You see how crowded this

13   is, Chief?  You've seen how crowded this is over here?

14             MR. ZAHRALBAN:  Yes, sir, I do.

15             COMMISSIONER CAROLLO:  Okay.  If you

16   could hang with us for a minute so he could go to more

17   to show you.  Go to the next one.  You see how crowded

18   this is.  Go to the next one.  This is a view from the

19   downstairs -- from the back stairs, rather, stairs

20   looking down into what used to be a parking lot and

21   should be a parking lot for people to park cars, but

22   it's not anymore.  There's tables back there.  Go

23   ahead.

24             In here are the hours.  This is called

25   Los Altos.  They're closed on Sunday, Monday, Tuesday,

Miami City Commission Meeting
February 14, 2019                    164

1    and Wednesdays.  They're only opened three days a

2    week, the action days.  Okay.  If you could, leave it

3    in the one with the nice crowd there.  If you could

4    leave it there while I speak, here.

5                And I'm going to need your help in this,

6    Chief, because this -- this is a life safety issue,

7    first and foremost.  And secondly, it's a quality of

8    life issue for the neighborhood.

9                On -- let me get the report that I was

10   given.  Okay.  Let's see if I can get the assistant

11   manager.  Can I get Casamayor to come up?  Fernando.

12               MR. CASAMAYOR:  Sir, good afternoon.

13               COMMISSIONER CAROLLO:  Let me just --

14   you want to see this (Inaudible) if you could verify

15   it, if this is what you gave me last Friday, I believe

16   it was -- or no, not last Friday.  Yeah, last Friday,

17   I think.

18               MR. CASAMAYOR:  Yes, sir, I believe this

19   is what was sent to you.

20               COMMISSIONER CAROLLO:  Okay.  Those

21   three pages.  Okay.  That's the three page s, black

22   and white.  It just goes down in different locations,

23   different names, and what has happened.  Thank you.

24   If you could go down to the 521 -- or you could keep

25   this up here, if you want, so you could see it.  I

Miami City Commission Meeting
February 14, 2019                              165

```
 1   apologize.  I'm sorry.  Thank you.  Thank you for your

 2   patience.  And here, I'll give you one.  Or, you know

 3   what, you can go up there now.  That's fine.

 4              It says here on or about November 17,

 5   2018, entrance supervisor, Marcus, en route to another

 6   inspection, observed a crowd waiting to enter the

 7   above-referenced property.  At the time he entered the

 8   establishment and began to inquire on the certificate

 9   of use and business tax receipt, shortly after, he was

10   asked to leave the premises by the manager on duty.

11   This is what you were told, correct?

12              MR. CASAMAYOR:  That is correct, sir.

13              COMMISSIONER CAROLLO:  Were you also

14   told that he was told by that manager to get the

15   f-u-c-k out of here?

16              MR. CASAMAYOR:  Sir, I have heard the

17   allegation that they were told that.  We asked

18   Inspector Marcus point blank what exactly was told to

19   him because I was not there.  And if you give me a

20   moment, I can tell you exactly what he mentioned.

21              COMMISSIONER CAROLLO:  Because --

22              MR. CASAMAYOR:  He stated the individual

23   that told them to leave stated, quote, I do not wish

24   for you to be on my property.  Please leave my

25   property.
```

     1              COMMISSIONER CAROLLO:  Okay.  So what

     2    you had confirmed to me at another occasion is rumors,

     3    Mr. Marcus has given you a different --

     4              MR. CASAMAYOR:  It is what I had heard

     5    at the time, sir.

     6              COMMISSIONER CAROLLO:  Okay.  Was there

     7    a police officer with Mr. Marcus when he went there?

     8    I understand that there was --

     9              MR. CASAMAYOR:  Yes, I believe there was

    10    a police officer.

    11              COMMISSIONER CAROLLO:  -- an

    12    Officer Kaus.

    13              MR. CASAMAYOR:  Yes, sir.

    14              COMMISSIONER CAROLLO:  Was there anybody

    15    else?  I mean, was this a task force that went out

    16    there, or were they on their own?

    17              MALE SPEAKER:  Yes, sir, not a task

    18    force.  They were just driving around at night.  They

    19    are inspectors.  We have inspectors at night.  We have

    20    two to four, depending on the day.

    21              COMMISSIONER CAROLLO:  Yeah, I just

    22    didn't know that you just had --

    23              MALE SPEAKER:  They --

    24              COMMISSIONER CAROLLO:  -- an inspector

    25    with a police officer.

1            MALE SPEAKER:  They noticed the large

2    crowd.

3            COMMISSIONER CAROLLO:  Yeah.

4            MALE SPEAKER:  And the police officer

5    was with the inspector at night for their safety, for

6    the inspector's safety.

7            COMMISSIONER CAROLLO:  Well, that's

8    good.  I'm glad to hear that.  I just didn't know

9    that.  I thought they only went -- police went with

10   the task force.  Okay.  So nevertheless, whether they

11   were told to get out with the f-u-c-k wording was told

12   and confirmed by you before or not, they were told to

13   leave.

14           MALE SPEAKER:  They were asked to leave,

15   yes, sir.

16           COMMISSIONER CAROLLO:  Okay.  We did not

17   return there.  Well, let me back up.  And this is the

18   question that I'm going to have for the police chief

19   if he's still around here.

20            Chief, is it normal operation if an

21   officer that has a right to go into an establishment

22   that's selling liquor with a code enforcement

23   officer -- we have every right to go there.  Is it

24   normal that if that officer has refused to enter, that

25   he just goes away and accepts that?  Does he write a

1   report?  Does he put anything in writing?  Or does he

2   just tuck it under his pillow, you know, and leaves it

3   there.

4                   POLICE CHIEF:  Well, let's speak

5   specifically about this officer because I don't want

6   to speculate about what another officer might do.

7                   COMMISSIONER CAROLLO:  I don't know him.

8                   POLICE CHIEF:  Well, no, you brought it

9   up, so we'll talk about it.

10                  COMMISSIONER CAROLLO:  That's right.

11                  POLICE CHIEF:  Right.  This officer went

12  there with code enforcement.  This was an impromptu

13  check --

14                  COMMISSIONER CAROLLO:  That's right.

15                  POLICE CHIEF:  -- not one that was

16  pre-planned.  So I appreciate the initiative to see

17  that there was a crowd, and they found that on and

18  they went in.  The inspector was told after the

19  gentleman was complying with all the requests -- we'd

20  like to see this; we'd like to see that; we'd like to

21  see this -- when they requested to go upstairs is when

22  the manager there then was less cooperative, told the

23  inspector, I no longer want you here.

24                  The inspector went outside.  The officer

25  followed.  When the officer asked the inspector, What

Miami City Commission Meeting
February 14, 2019                    169

1    would you like to do?  And the inspector said, We will

2    go back.  We will check to see what they have on file,

3    and then we will schedule an inspection with the task

4    force.  And we will come back with ABT, inspectors

5    armed with the knowledge of what they're allowed to

6    have and not have, and then take the appropriate

7    action.

8                COMMISSIONER CAROLLO:  And are there any

9    notes or reports that are usually made when something

10   like this happens so that you'll remember that you're

11   going to come back with that task force?

12               POLICE CHIEF:  There's an after-action

13   report that would be prepared on the law enforcement

14   side so when the task force responds to a location,

15   they'll be an after-action report that will be

16   generated that will state what action, if any, was

17   taken.

18               COMMISSIONER CAROLLO:  So let me see if

19   I understand what you're telling me.  And, again, I

20   don't know Officer Kaus.  I don't know this

21   Inspector Marcus.  I don't believe I've ever met him.

22   You're telling me that they would have done an

23   after-action report so that the task force would know,

24   then, where to go, what to come, what to do?

25               POLICE CHIEF:  No.  I'm telling you that

1    when the task force responds, there will be an

2    after-action report --

3                COMMISSIONER CAROLLO:  Right.

4                POLICE CHIEF:  -- generated on what

5    action was taken.

6                COMMISSIONER CAROLLO:  But I'm talking

7    about these two officers, your police officer.  You

8    can't answer for code, obviously.  They don't do any

9    kind of report on something like that, then, or

10   anything, where they went --

11               POLICE CHIEF:  I'm not going to

12   speculate.  I don't know if they generated a report on

13   that day, if they wrote down on their notes, let's

14   come back next week or next month.

15               COMMISSIONER CAROLLO:  But --

16               POLICE CHIEF:  -- I'm not going to

17   speculate.

18               COMMISSIONER CAROLLO:  Wouldn't you

19   expect that if an officer is going at a place like

20   this that they put something in writing of what they

21   did, Chief?  I mean, I can't believe that they're told

22   they can't go into a place, and there's nothing in

23   writing?

24               POLICE CHIEF:  Well, I don't know that

25   there is something in writing.  I don't know that.

Miami City Commission Meeting
February 14, 2019                    171

```
 1              COMMISSIONER CAROLLO:  I've been told --
 2    I've been told that there's nothing in writing again,
 3    like some of the other stuff that I mentioned.
 4              POLICE CHIEF:  Well, but I -- and I
 5    don't know who tells you what and what their
 6    motivation is and why, you know, the --
 7              COMMISSIONER CAROLLO:  The -- the --
 8              POLICE CHIEF:  -- the -- excuse me --
 9    the assistant City manager came up and said that they
10    were told to get the f-u-c-k out.  That didn't occur.
11    And that's what happens when we deal in rumor and
12    innuendo and conjecture.  That's not appropriate.  We
13    should deal in fact here.  These gentlemen, the code
14    inspector, was asked to leave.
15              And the police officer there, who's
16    essentially there for his protection in case something
17    gets violent, asks him, what would you like to do?
18    We're going to go get prepared, and we will come back,
19    which I think is the appropriate action.  Because if
20    there's only two people there, I don't think that's
21    the time to start playing Quien es mas Macho.  Go
22    back.  Get prepared, which is what they did.
23              COMMISSIONER CAROLLO:  See -- see --
24              POLICE CHIEF:  And then they come with
25    the task force.
```

Miami City Commission Meeting
February 14, 2019                    172

1            COMMISSIONER CAROLLO:  This is not Quien

2    es mas Macho.  And you've been around this force long

3    enough to know that this is not what we're talking

4    about here.

5            POLICE CHIEF:  You wanted them to take a

6    specific action.  They thought independently of what

7    was best at the time with the information that they

8    had.

9            COMMISSIONER CAROLLO:  I'm trying -- I'm

10   trying --

11           POLICE CHIEF:  -- and you were not

12   pleased with their action.

13           COMMISSIONER CAROLLO:  No, no.

14           POLICE CHIEF:  And now you want to act

15   like on the Carollo court, and we're a defendant here.

16           COMMISSIONER CAROLLO:  See --

17           POLICE CHIEF:  And that doesn't fly with

18   me.

19           CHAIR RUSSELL:  Please, gentlemen, one

20   at a time.

21           COMMISSIONER CAROLLO:  Wait a minute.

22   Wait a minute.

23           CHAIR RUSSELL:  One at a time, if we

24   could, please.

25           POLICE CHIEF:  I'd like to finish my

 1    response.  That's not how we operate here.  Okay.  If

 2    you're not happy with the action of a police officer,

 3    you have every right to report that to me, and I will

 4    investigate it fully.

 5                COMMISSIONER CAROLLO:  Chief --

 6                POLICE CHIEF:  I'm sorry that you're not

 7    pleased with his reaction that day.  But I can tell

 8    you that the task force went back and took the

 9    appropriate action.

10                COMMISSIONER CAROLLO:  Chief, I'm trying

11    to get information based upon what I was told.  Have I

12    said I'm not happy?  I'm trying --

13                POLICE CHIEF:  A specific question,

14    then.

15                COMMISSIONER CAROLLO:  I am trying to

16    get information from you, Chief.

17                POLICE CHIEF:  And I'm here to help you.

18                COMMISSIONER CAROLLO:  And I don't know

19    who you're trying to defend, but you're certainly not

20    trying to defend this officer because I'm not accusing

21    this officer of anything, Chief.

22                POLICE CHIEF:  I'm not saying that you

23    did.

24                COMMISSIONER CAROLLO:  I was told --

25                POLICE CHIEF:  I'm giving you the

Miami City Commission Meeting
February 14, 2019                    174

 1    response.
 2                COMMISSIONER CAROLLO:  I was told
 3    directly by someone in this administration, the
 4    assistant in charge of code, that they were told to
 5    get the f-u-c-k out of here.  Whether they were told
 6    that or not --
 7                POLICE CHIEF:  Is inconsequential.
 8                COMMISSIONER CAROLLO:  -- to whatever
 9    happened there.  The bottom line is, the bylaw, no one
10    that operates any kind of liquor establishment in this
11    town has a right to deny the code enforcement officer
12    that's accompanied by a police officer the right to go
13    in.  And because I'm asking questions trying to find
14    out what was written, what report, you're coming here,
15    super defensive, Chief.
16                POLICE CHIEF:  I'm not defensive.
17                COMMISSIONER CAROLLO:  Yes, you are.
18                POLICE CHIEF:  But I don't appreciate --
19                COMMISSIONER CAROLLO:  You're coming
20    here, attacking me.
21                POLICE CHIEF:  -- that you're going
22    around in circles here --
23                CHAIR RUSSELL:  Please, one at a time.
24                POLICE CHIEF:  -- when you can just ask
25    a specific question, and I'll give you --

```
 1                COMMISSIONER CAROLLO:  I am --

 2                POLICE CHIEF:  -- a specific answer.

 3                COMMISSIONER CAROLLO:  All right.

 4   Gentlemen --

 5                POLICE CHIEF:  Listen, you're not going

 6   to bully me like you do the other people.

 7                COMMISSIONER CAROLLO:  Listen --

 8                POLICE CHIEF:  I'm not intimidated here.

 9                COMMISSIONER CAROLLO:  See, and I'm

10   not --

11                POLICE CHIEF:  And this is absolutely --

12                COMMISSIONER CAROLLO:  -- intimidated by

13   you.

14                POLICE CHIEF:  -- ridiculous that we

15   have spent --

16                COMMISSIONER CAROLLO:  No.

17                POLICE CHIEF:  -- as much time on this

18   already.

19                COMMISSIONER CAROLLO:  What's

20   ridiculous, Chief, is your attitude coming here.

21                POLICE CHIEF:  No.

22                COMMISSIONER CAROLLO:  It's obvious that

23   the people --

24                CHAIR RUSSELL:  All right.  Order.

25   Gentlemen --
```

```
1                COMMISSIONER CAROLLO:  -- that employ

2    you --

3                CHAIR RUSSELL:  Let's bring it back to

4    order, please.

5                POLICE CHIEF:  I've responded.

6                COMMISSIONER CAROLLO:  I am in shock.

7                CHAIR RUSSELL:  One moment, please,

8    please.  Let's take --

9                POLICE CHIEF:  You are not pleased with

10   the way that they --

11               CHAIR RUSSELL:  -- a deep breath,

12   gentlemen.

13               POLICE CHIEF:  -- responded that day.

14               CHAIR RUSSELL:  Please, we need order.

15               POLICE CHIEF:  You stated that.

16               COMMISSIONER CAROLLO:  Chief, I am in

17   shock of your attitude here when --

18               CHAIR RUSSELL:  Commissioner, one

19   moment --

20               COMMISSIONER CAROLLO:  -- all that I'm

21   doing is asking --

22               CHAIR RUSSELL:  -- please.

23               COMMISSIONER CAROLLO:  -- questions.

24               CHAIR RUSSELL:  I've asked for order.

25   One moment, please.  We've been at this for a little
```

 1   bit over an hour.

 2                 COMMISSIONER CAROLLO:  Let me --

 3                 CHAIR RUSSELL:  Please.  I don't want a

 4   back and forth debate or argument or accusation,

 5   defensiveness.  That's not how this body functions.

 6   One at a time.  We'll speak through the chair if

 7   necessary to keep control and keep things civil.

 8                 COMMISSIONER CAROLLO:  If I could --

 9                 CHAIR RUSSELL:  Here's where I see

10   things going because what this body really needs is to

11   understand the direction of the discussion item so

12   that we can --

13                 COMMISSIONER CAROLLO:  I --

14                 CHAIR RUSSELL:  -- a point of either

15   decision, whether this is to bring light to

16   inefficiencies within our system or bad actors in the

17   community or bad actors in the system.  What I wanted

18   to be very careful of is that we don't take a

19   discussion item and become an investigation.  We do

20   have a mechanism for that.  We have the ability to

21   audit.

22                 We also as a body have the ability to

23   launch an investigation.  We have subpoena power where

24   we can actually bring people in and question them in a

25   manner that's starting to be what's happening here.

Miami City Commission Meeting
February 14, 2019                    178

```
 1   The problem with the way we're doing it here is a lot
 2   of the people that are being questioned are not
 3   present to defend themselves.  A lot of the addresses
 4   being shown, the owners are not present to defend
 5   themselves.  So what we're getting is a one-sided
 6   story, which may be true, but we're not able to really
 7   get to the truth.  And so we're making a lot of --
 8   it's a lot of motion without potential -- if you want
 9   to do it in the absolute proper way, we could launch
10   an investigation.
11               COMMISSIONER CAROLLO:  Commissioner --
12               POLICE CHIEF:  Mr. Chair, if I may --
13               CHAIR RUSSELL:  And I just want to bring
14   it to a direction rather than another hour of more --
15               COMMISSIONER CAROLLO:  No.
16               CHAIR RUSSELL:  -- photos of bad actors.
17               COMMISSIONER CAROLLO:  I --
18               CHAIR RUSSELL:  I mean, we're not even
19   sure of these addresses and --
20               COMMISSIONER CAROLLO:  I'm going to
21   finish with this item, Commissioner, for now.
22               And Chief, thank you very much for
23   coming up here.
24               POLICE CHIEF:  You're welcome, sir.
25               COMMISSIONER CAROLLO:  Thank you very
```

 1   much for accusing me of what I am not when at no

 2   time -- and you know it because you understand English

 3   as well as I do -- have I made any accusation against

 4   any police officer or anyone else.  I'm trying to get

 5   facts so I could go to the next point of what I have

 6   here.  But I won't ask you for anything else, Chief,

 7   because I know where you're coming from.  This is

 8   about protection and protecting your police officers.

 9              So accuse me of anything you want.  But

10   you know what, I'm not going to ever be what some

11   others are in this City.  And what I've shown here,

12   Commissioner, is not innuendo.  I've been showing

13   facts point by point of what is happening and what I'm

14   being told and what is happening.  So let me go, you

15   know, back to --

16              POLICE CHIEF:  Sir, if I may respond,

17   please.

18              COMMISSIONER CAROLLO:  -- what I have

19   here.

20              CHAIR RUSSELL:  Yes, Chief.

21              POLICE CHIEF:  Commissioner, I am not

22   accusing you of anything, sir.  I am simply saying --

23              COMMISSIONER CAROLLO:  Well, you did.

24   You came to insult me.

25              POLICE CHIEF:  No, sir.

Miami City Commission Meeting
February 14, 2019                    180

```
 1                  (Multiple Speakers)
 2                  CHAIR RUSSELL:  One at a time, please.
 3       Please allow the chief to --
 4                  COMMISSIONER CAROLLO:  Maybe the
 5       manager -- the mayor happy, the ones that --
 6                  CHAIR RUSSELL:  Please, Commissioner --
 7       please Commissioner, one at a time.  Please let the
 8       chief respond.
 9                  POLICE CHIEF:  I am not accusing you of
10       anything.  What I am saying is I responded to your
11       question about what they did there, when they left.
12       You were not pleased with the action --
13                  COMMISSIONER CAROLLO:  No, sir.
14                  POLICE CHIEF:  -- that they took --
15                  COMMISSIONER CAROLLO:  I'm asking -- I'm
16       asking questions.
17                  POLICE CHIEF:  -- because you're clearly
18       criticizing the action that they took.
19                  COMMISSIONER CAROLLO:  I --
20                  POLICE CHIEF:  And they shouldn't have
21       left.
22                  CHAIR RUSSELL:  Please, please, just let
23       him finish.
24                  POLICE CHIEF:  That is what you said.
25       And what I am simply telling you is I don't know what
```

1   they documented that day.  I do know that they went

2   back with the task force later, that there is an

3   after-action report that is generated by the police

4   department.  I don't know what code writes down or

5   what they don't write or what their rules are.  I

6   honestly don't know that.  I can tell you, this is

7   what occurred.  I don't want to speculate or deal in

8   anything other than what we know for certain.

9                    What I know for certain is they

10  responded there that day on their own accord,

11  self-initiated.  They were told to leave.  That is

12  true.  I can -- I verified that myself.  And they

13  left.  What they wrote down, I don't know.  I know

14  that they went back later with a task force, including

15  ABT, and took action.  And that action was documented.

16  I know that as well.  Beyond that, there's nothing

17  further to discuss.

18                    COMMISSIONER CAROLLO:  Chief, the only

19  thing that I know of that I was told there was nothing

20  put in writing.  And what I also know is that that's

21  hard to swallow and to believe.  And --

22                    POLICE CHIEF:  And Commissioner, by the

23  way, just for the record, I'm not here protecting

24  anybody.  By the way, I couldn't pick Bill Fuller out

25  of a two-person line-up.  I don't even know who that

Miami City Commission Meeting
February 14, 2019                              182

```
 1   gentleman is.  I don't care.  I can tell you this --
 2   and this will go for every Commissioner here -- I
 3   catch anybody doing anything illegal, I don't care who
 4   you are, who you know, you'll go to jail.  And I think
 5   I've shown that in my year as chief with the amount of
 6   policemen that we've arrested and fired.
 7              It doesn't matter to me.  I've been
 8   charged with a task that I take very serious, and I'm
 9   going to restore integrity to the police department.
10   And I don't care who it is.  If you're doing something
11   and I catch you, you're in trouble.  And if you're
12   doing the right thing, I'm going to pat you on the
13   back and thank you very much for the help.  That's the
14   way that I operate.
15              COMMISSIONER CAROLLO:  Anything more,
16   Chief?
17              POLICE CHIEF:  I'm sorry?
18              COMMISSIONER CAROLLO:  Anything more
19   that you'd like to say?
20              POLICE CHIEF:  No, I think I'm done.
21   Thank you.
22              COMMISSIONER CAROLLO:  Thank you very
23   much, Chief.
24              POLICE CHIEF:  You're welcome.
25              COMMISSIONER CAROLLO:  After they went
```

1   there on November 17, they were told to leave.  Now I
2   am told that they were never told to leave in the
3   fashion they were.  They were just told to leave.  And
4   no reports written by anybody, no notes, no anything
5   that I asked.  The task force that the chief alluded
6   to returned on or about -- let's see -- December 15, I
7   believe it was, on or about that day, more or less.  I
8   think the report was written on November 18.
9                  Now, what did the task force write?  And
10  I'm getting this from several sources.  One is the
11  police after-action report.  The other is code
12  enforcement report.  It says, Fire department
13  violation.  No occupant load for patio area.  Missing
14  clickers.  Code violation:  Notice of violation for
15  not having a CU.  And it says for illegal lounge.
16  Notice of violation for illegal outside patio.
17  Seating, zoning warrant needed.  No BTR for souvenir
18  shop.  Notice of violation.  Alcohol served without
19  food, $500 ticket.  Unable to provide documentation
20  for sales, $500 ticket.  This is what I was given.
21                  Mr. Mayor, you keep looking at me, like
22  moving your hand, like saying so what.  You know,
23  what -- you want to add anything to it?
24                  CHAIR RUSSELL:  Please, let's -- through
25  the chair, please.

Miami City Commission Meeting
February 14, 2019                    184

```
 1              MAYOR SUAREZ:  Sure.  I think what
 2   you're saying --
 3              CHAIR RUSSELL:  Let's continue,
 4   Commissioner Carollo, to make your case.  I don't want
 5   to get in a back and forth debate.
 6              COMMISSIONER CAROLLO:  No, no, no, no,
 7   no.
 8              CHAIR RUSSELL:  Please.  We are not in a
 9   colloquy here.  I would like to keep through the
10   chair.
11              COMMISSIONER CAROLLO:  Okay.  The -- the
12   bottom line here is that a whole month later, for a
13   place that would not let in a code enforcement
14   officer, a police officer, is the time that we took --
15   and gee, they only went back when, I guess, I found
16   out what had happened and what I was, I guess,
17   erroneously told, then, that they were told in not a
18   polite way, you can't come in.  But having gone
19   through these violations, what I was given in these
20   blank pages after I had one of these reports that, I
21   guess, people forgot that I got, was given a different
22   one here.
23              The one that I got here was that on or
24   about November 17, 2018, Supervisor Marcus en route to
25   another inspection, observed a crowd waiting to enter
```

1    the above-referenced property.  At the time he entered

2    the establishment and began to inquire in the

3    certificate of use and business tax receipt, shortly

4    after, he was asked to leave the premises by the

5    manager on duty.  A follow-up inspection, the one that

6    I just read from, was conducted by code, fire, and

7    ABT.

8                On or about December 18, a case was

9    opened at the property for failure to have a CU for a

10   gift shop, failure to have a BTR for the gift shop,

11   and failure to have a warrant.  ABT found no issues

12   with the operation and alcohol license.  And fire

13   found several violations, one for not using counters

14   for minor patrons, missing occupant load for the

15   outside seating area, which is illegal.  So I don't

16   know why you would have an occupant load.  Fire

17   extinguishers not serviced and kitchen hood not

18   serviced.

19               All fire violations have complied.  The

20   outside seating warrant is being processed but has not

21   been finalized.  The property is scheduled to appear

22   before the board on March 13, 2019.  Building permits

23   dating back to 1995 reflect a restaurant at the

24   location, and additional permits are under review by

25   the building department.

Miami City Commission Meeting
February 14, 2019                    186

```
 1                CHAIR RUSSELL:  Commissioner --
 2                Commissioner CAROLLO:  This -- well, no,
 3      but this is important --
 4                CHAIR RUSSELL:  I understand.
 5                COMMISSIONER CAROLLO:  Because this that
 6      I'm given doesn't talk about at all that they were
 7      given notice of violation for alcohol served without
 8      food, $500 ticket.  They were not -- didn't mention
 9      that they were unable to provide documentation for
10      sales, another $500, nor that they were given a notice
11      for violation for not having a CU for illegal lounge.
12                Now, I'm going to that because the
13      license that they had at the time, Commissioner, for
14      the alcohol, I don't know what the -- they might have
15      now or what they're applying for.  The license that
16      they had is a license that is limited on how you could
17      use that license.  You have to have certain
18      requirements.  And the -- here it is.  This is the
19      license that's an SFX license that is otherwise known
20      as restaurant-only license.  It requires at least
21      2500 square feet.  I'm assuming they have it.  Be
22      equipped to serve meals to 150 patrons at one time.
23                I understand this means that you've got
24      to have the tables so they could eat the meals.
25      Otherwise, it's hard to eat standing up.  And have at
```

Miami City Commission Meeting
February 14, 2019                    187

1    least 51 percent of revenues derived from food,

2    nonalcoholic beverage sales.  This is why, I'm

3    assuming our police officers did their jobs and gave

4    them notice of violation for not having a CU for

5    illegal lounge and the two $500 tickets for alcohol

6    served without food and unable to provide

7    documentation for sales.

8                 So going back, Anthony, could you put

9    the second set of pictures that we have here?

10                CHAIR RUSSELL:  Commissioner, how much

11   more of the evidentiary side of this --

12                COMMISSIONER CAROLLO:  Just -- just a

13   few more, you know.

14                CHAIR RUSSELL:  Because I would like to

15   bring it to a close to just fully --

16                COMMISSIONER CAROLLO:  Well, we, you

17   know --

18                CHAIR RUSSELL:  -- understand what you

19   would like to do.

20                COMMISSIONER CAROLLO:  I will.  But let

21   me finish with this site.  Okay.  I won't go into any

22   other site, okay, until I'm finished with this, if you

23   would.

24                CHAIR RUSSELL:  Of course.

25                COMMISSIONER CAROLLO:  Because I

1    think -- you see the piles that are here.  These were

2    taken on March 3, 2018.  Now, that's the day that I

3    mentioned that the code enforcement officer went over

4    there.  I stayed in the car.  I pointed out numerous

5    locations to him on Southwest 8th Street, three that

6    this individual had nothing to do with.

7              And the officer went in.  He asked me to

8    go inside.  I said no, I will wait for you in the car.

9    When he came out, he told me that he had issued them a

10   notice of violation for doing work without permitting,

11   notice of violation for doing work without permitting.

12   In this picture here that he took, you see on top

13   plumbing.  The way those tubes stand up, that plumbing

14   has to have come from -- certainly appears to have

15   come from bathrooms that it was taken out.  You've got

16   additional plumbing.  You see electrical wires

17   connected to the piping.  You see lighting that's

18   thrown out there.

19              Keep going to the pictures.  You see the

20   lighting out here.  The tubing, electrical tubing that

21   I'm talking about, all kinds of construction debris

22   that has been taken out in a demolition.  There's

23   more.  Now, this is the same site that the officer

24   confirmed to me that there was illegal construction

25   going on without permitting that he had issued them a

Miami City Commission Meeting
February 14, 2019                    189

```
 1    notice of violation.
 2                And when I asked for the information, I
 3    was told that nothing existed for us.  Finally they
 4    said, oh, we have these pictures and these small
 5    notes.  And nothing else was sent to me, no notice of
 6    violation, nothing else.  Now, I ask you, if any code
 7    enforcement officer sees this kind of debris out
 8    there, and they told me that it was illegal
 9    construction, how could nothing more have happened
10    there?  Nothing happened.  Absolutely nothing happened
11    with that.
12                Let me go forward.  And we seen the
13    pictures of the lounge and what it looks like inside.
14    I think you'll agree that it's not a restaurant.
15    Well, I was given -- and I took an interest in this
16    once I heard what had happened.  And like you heard
17    from the testimony, I had nothing to do in sending any
18    code or police over there.  They ran into this as they
19    were going down 8th Street.
20                The fire department has, as of
21    December 14, 2017, an occupant load of 132 seating
22    upstairs.  The fire department has, as December 14,
23    2014, 68 seating downstairs where the restaurant is.
24    Upstairs is a lounge, so total of 200 seating that
25    they have.  The building department, which I don't
```

1    know if the director is here or not.  When I asked for

2    old permits that had been issued here from January 1,

3    '17, to the present, you told me, Director, I think

4    yesterday, it was --

5                    MALE SPEAKER:  Correct, sir.

6                    COMMISSIONER CAROLLO:  That there were

7    two permits issued.

8                    MALE SPEAKER:  Correct.

9                    COMMISSIONER CAROLLO:  One was for a

10   total of $5,000 of work to be done in the downstairs.

11                   MALE SPEAKER:  That is correct.  It was

12   a demolition.

13                   COMMISSIONER CAROLLO:  Demolition that

14   was to remodel.  But nothing to do with plumbing?

15                   MALE SPEAKER:  No, sir.

16                   COMMISSIONER CAROLLO:  Nothing to do

17   with electrical, taking any electricity out or any

18   wires?

19                   MALE SPEAKER:  Nothing on the plans that

20   we saw, nothing to do with that.

21                   COMMISSIONER CAROLLO:  That's what I'm

22   talking about.  That's all we can go on, the plans

23   they gave you.

24                   MALE SPEAKER:  Yes.

25                   COMMISSIONER CAROLLO:  So that was --

Miami City Commission Meeting
February 14, 2019                    191

1    and the contractor signed it, I think, November 8,

2    '17.  And that was closed on when, if you remember,

3    Director?

4                MALE SPEAKER:  It was closed either --

5    my memory might be --

6                COMMISSIONER CAROLLO:  If I give you

7    this here, can you --

8                MALE SPEAKER:  Yes.  I would say March

9    or May of 2018.

10               COMMISSIONER CAROLLO:  Okay.  So it was

11   closed in 2018 based on this.  The only other permit

12   that you found was an electrical meter that was being

13   put in.  And that was for $10,000.

14               MALE SPEAKER:  Right.

15               COMMISSIONER CAROLLO:  And that was on

16   March 5, a Monday, that they went to get the permits?

17               MALE SPEAKER:  Correct.  And it --

18               COMMISSIONER CAROLLO:  Now, for the

19   record, when I went with the inspector, the inspector

20   that took these pictures of illegal construction that

21   he told me that's what he found -- and the pictures

22   sure give witness to that, the inspector that told me

23   that he had given them a notice of violation, that was

24   on March 3.  March 5, these -- the owners of this

25   place here go and get a permit for a meter outside; is

 1    that correct?

 2                    MALE SPEAKER:  There's an electrical

 3    service repair meeting --

 4                    COMMISSIONER CAROLLO:  Yeah, okay.

 5                    MALE SPEAKER:  -- and some panels that

 6    they redid.

 7                    COMMISSIONER CAROLLO:  I'm sure one

 8    thing had nothing to do with another that an inspector

 9    went by there, and that's why they were there to get a

10    meter on Monday.  And particularly, since they never

11    received any notice of any violation because I'm told

12    it doesn't exist.  The one thing that I do know that

13    happened, that one of the supervisors in code

14    enforcement contacted not the present code enforcement

15    director at the time but the previous one.

16                    And they were told to do certain things

17    at that time relating to what I was being accused of,

18    of violating the charter or I don't know what.  But

19    for the record, these are the only two?

20                    MALE SPEAKER:  Those are the only two

21    permits --

22                    COMMISSIONER CAROLLO:  Okay.

23                    MALE SPEAKER:  -- that we have on

24    file --

25                    COMMISSIONER CAROLLO:  All right.

```
 1                 MALE SPEAKER:  -- for that facility.
 2                 COMMISSIONER CAROLLO:  So therefore, the
 3       pile of debris that the code enforcement officer took
 4       pictures of on March 3, none of that plumbing, none of
 5       the electrical could be coming from the permits they
 6       pulled?
 7                 MALE SPEAKER:  No plumbing, sir.
 8                 COMMISSIONER CAROLLO:  Yeah.  Anthony --
 9                 Thank you, sir.  I appreciate it.
10                 Anthony, could you put the map -- the
11       blueprint, rather --
12                 MAYOR SUAREZ:  Mr. Chair, if I may,
13       while he's preparing the next --
14                 CHAIR RUSSELL:  Yes, Mr. Mayor.
15                 MAYOR SUAREZ:  I just want to make a few
16       comments.  One is I've toured 8th Street twice with
17       you, going no further west than 17th Avenue and no
18       further east than, I believe, slightly east of 95.
19       I've told you repeatedly, at least on two occasions
20       that I can remember, one at a Scotty's and another
21       time in your office that if you have any code
22       enforcement cases that you feel are not being properly
23       or thoroughly investigated, to feel free to e-mail my
24       office.
25                 To date, I have received no e-mails from
```

1    your office regarding any code enforcement matters

2    that you think are not being properly investigated.

3    I'm going to make a public records request of your

4    e-mails because I want to know how many constituents

5    are complaining about these businesses.

6              Because I can tell you if you make a

7    public records request of Commissioner Reyes' e-mails

8    or my e-mails as Commissioner and you put Home Depot

9    public records request, you're going to get a couple

10   of trees' worth of complaints from residents who are

11   constantly complaining about noise and all the things

12   that they claim are happening with those Home Depots

13   that we are constantly and have been working

14   constantly to try to make their quality of life

15   better.

16             Finally, I'm not protecting anyone.

17   This administration is not protecting anyone.  The

18   only protection that anyone has in the City of Miami

19   is to follow the law.  I think the chief articulated

20   that very clearly.  I'm sure the manager would agree

21   with me, and sure every senior member of this

22   administration would agree with me.

23             Again, I'll reiterate to you in public

24   what I told you in private.  If you have any issue

25   with any specific case or any specific property that

1   you think is not being professionally or thoroughly

2   investigated, send me an e-mail.  And as long as it

3   complies with the charter and my responsibilities

4   under the charter, I'll make sure that it's

5   investigated professionally and that you receive a

6   professional response.  If you don't like that

7   response, then we can discuss why you don't like it or

8   what you think about it is incorrect or improper.  And

9   you'll get a professional response to your -- to your

10  issues that you have with the -- with the code

11  enforcement decision.

12             COMMISSIONER CAROLLO:  Thank you,

13  Mr. Mayor.

14             MAYOR SUAREZ:  You're welcome.

15             COMMISSIONER CAROLLO:  And I'd like to

16  respond to what you said when I'm finished with

17  everything here.  I think it would be more

18  appropriate.  But I will respond.

19             I had asked of the building department

20  for blueprints so I could see what was the mystery on

21  that second floor.  The building department told me --

22  and the director, I think, would confirm it -- that

23  they only had A1, A2, A3, which only talked about the

24  downstairs.  They had nothing A104, which was the

25  upstairs.

```
 1              I asked the assistant manager if he
 2   could go to fire since we had asked it already before
 3   because in order to get an occupant load, like I said
 4   to him, there has to be on file a blueprint of the
 5   upstairs.
 6              Can you show the blueprint upstairs?  If
 7   you look to your -- I guess this one here, there you
 8   go.  This is the blueprint that the fire department
 9   has on file.  The building department doesn't have it.
10   You would think they would, especially with the
11   permits that were being asked.  It shows all chairs --
12   that the whole place is covered by tables of four
13   seats each with one of two.  And to one side, it's got
14   bathrooms.  I don't see those bathrooms in the
15   pictures that we've seen.
16              But if you could look at this here, this
17   is a totally different picture than the lounge that
18   I've shown.  That lounge, as I said before, has
19   53 seats that you can eat upon in a dinner, not 132.
20   Therefore, it's in violation of the license that this
21   establishment had at the time that our officers want
22   because they not only not had the appropriate seating.
23   It was a lounge, a bar, not a restaurant, as you see
24   in the pictures and now you see in this fake, if I
25   could call it that, plans.
```

Miami City Commission Meeting
February 14, 2019                        197

```
 1                These might have been old plans.  But
 2   these weren't the plans that are there now by far.
 3   And if something would have been done in March when I
 4   reported illegal construction -- and there was, and it
 5   was confirmed like you see here -- we wouldn't be
 6   going through all this, and officers wouldn't have had
 7   to have gone over there with code enforcement
 8   whatsoever.  But it was all swept under the rug at the
 9   time.
10                Now, if I may ask the fire chief in this
11   because this is a life safety issue, Chief.  You're
12   seeing here the plans that you have, but these plans,
13   I think, go to -- I think they were stamped September
14   of '17 or so.  They -- this is an occupant load issued
15   by your department December 14.  You do see --
16                Can you go back, Anthony?  And you're
17   seeing this.  Can you put the lounge again, the chairs
18   in that lounge?  Okay.  You see the difference here.
19   This is not what's in the plans that the fire
20   department has, is it, Chief?
21                MR. ZAHRALBAN:  Joseph Zahrahlban, Fire
22   Chief.  You are correct, Commissioner, that this does
23   not seem to be reflective of what has been shown in
24   the plan.  Now, again, without speaking to a specific
25   structure, let me first speak to occupancy load in
```

Miami City Commission Meeting
February 14, 2019                           198

 1  general.

 2              COMMISSIONER CAROLLO:  Yeah.

 3              MR. ZAHRALBAN:  Occupancy load,

 4  obviously, is important to us.  And it is derived from

 5  the intended use along with the -- the certificate of

 6  use.  And we have a formula through the fire and life

 7  safety code, section 101, whereby we determine, based

 8  upon intended use, what would be the maximum occupancy

 9  that we -- that could be occupied in this facility

10  safely.

11              COMMISSIONER CAROLLO:  Those are state

12  guidelines, right, Chief?

13              MR. ZAHRALBAN:  I'm sorry?

14              COMMISSIONER CAROLLO:  They're state

15  guidelines.

16              MR. ZAHRALBAN:  Yes, sir.  Well, it's

17  actually national guidelines through the National Fire

18  Protection Association.

19              COMMISSIONER CAROLLO:  Okay.  But -- but

20  at least, they're state.  So . . .

21              MR. ZAHRALBAN:  So in this particular

22  case, the application that was on file, as you pointed

23  out, was relative to tables and chairs.  132 was the

24  occupancy load that was derived based upon that plan

25  that was submitted.  Now, what's important to us is

1    occupancy load not being exceeded, means of egress not

2    be obstructed, alarm systems active, functioning,

3    sprinkler systems if required active and functioning.

4              Now, in the particular case that you --

5    that you demonstrate here, it would be important to

6    point out that had they come back and submitted a new

7    plan and applied for a -- an additional review of the

8    occupancy load, it would likely be much higher than it

9    is with all the tables and chairs in there.  As it

10   sits right now, whether the -- not saying that -- not

11   saying that the change in floor plan is okay without

12   resubmitting.  But as it stands right now, they are

13   being held to the more restrictive code of 132.

14             COMMISSIONER CAROLLO:  Yeah.  But as we

15   see in the pictures, Chief, it appears from those

16   pictures that they're superseding the 132 load for the

17   chairs that's there.

18             MR. ZAHRALBAN:  For the chairs or for

19   the occupancy?

20             COMMISSIONER CAROLLO:  For the occupancy

21   load.

22             MR. ZAHRALBAN:  Well, the occupancy load

23   is as stated, 132.

24             COMMISSIONER CAROLLO:  Right, as stated.

25   But you saw the pictures that it seems pretty crowded.

1    And you see the lines that's there.  So it appears

2    that that's more than 132.  But what you stated, I

3    believe is accurate, what you stated, because I try to

4    educate myself a little bit in this.  If you don't

5    have any chairs or tables, it's two times two, four

6    feet, standing up.  So each four feet, you could put

7    one person.  You take away from the chairs and from

8    the tables and chairs -- you only count the people

9    that are sitting down there or in the bar.  You take

10   away the bar space.  You take away bathroom space and

11   so on.  That's how you come --

12                    MR. ZAHRALBAN:  Net value.

13                    COMMISSIONER CAROLLO:  Yeah, your net

14   value.  The problem here was that, apparently, the

15   license -- you know, the -- it's got a name, a porter

16   license.  It's a very expensive license, whether you

17   buy it or whether you lease it.  And they applied for

18   a specific license that's very inexpensive, the old

19   SRX, now the SFX, which requires certain areas.  And

20   they require 150 seats.  And this is why I believe --

21   I can't think of any other reason whatsoever -- you

22   got plans the way that you did.

23                    Now, this whole area here, based upon

24   the piles of trash, debris, of plumbing, electrical

25   and others, you could tell that this whole thing has

Miami City Commission Meeting
February 14, 2019                          201

```
 1    been remodeled, done -- look at all those new lights
 2    everywhere here and so on -- without permits because,
 3    as the building director stated, there were only two
 4    permits issued, one for $5,000 downstairs of
 5    remodeling work, no electrical, no plumbing, and one
 6    for the new meter, 600 watts.
 7              Now you put a new meter, 600 watts,
 8    you're talking that you're needing more electricity
 9    that's where you're putting it.  Obviously with all
10    the people that you're seeing there in those pictures,
11    you needed more electricity to keep people cool.
12              Anthony, can you go back and show the
13    upstairs and the roof more?  You've seen the inside,
14    that -- it's obvious that there's all kinds of work
15    that's happened on that second floor without any
16    permits whatsoever.  And the proof is in the
17    demolition that the code enforcement officer March 3
18    took the pictures of.  But no follow-up was done.  If
19    you go up on the roof --
20              CHAIR RUSSELL:  Just a moment.  Vice
21    Chair Gort, did you want to say something?
22              COMMISSIONER GORT:  I want him to finish
23    because I have some of the same frustration and want
24    to know what the problems where -- I've been working
25    on this for the last three years.  We had to change a
```

 1    lot of the BTR, the way it was issued.  We had to

 2    change a lot of the CUs, the way they were issued

 3    because there was a lot of ignorance.

 4              And we had bars -- I have a bar that my

 5    wife tells me all the time, You're a Commissioner.

 6    You can't do anything, every time I'm going home.  So

 7    I want him to finish, and then I want to explain

 8    what's the process that we had -- the problems that we

 9    had with, yes.

10              COMMISSIONER CAROLLO:  Okay.  Well,

11    we're almost finishing this one, and then I do want to

12    answer the mayor.

13              If you could, go up into the roof, the

14    ACs.  Thank you.  What year was this picture, the one

15    you have up here?

16              MALE SPEAKER:  March 2018.

17              COMMISSIONER CAROLLO:  March 28?

18              MALE SPEAKER:  March, the year 2018.

19              COMMISSIONER CAROLLO:  March 2018.  If

20    you could see on the left, right on the tail end of

21    that tree is a canopy.  You see AC units, correct.

22    And from here, they look new.  We made a closer up,

23    and they look new.  Can you go to the year before.

24    What year is this, '16?

25              MALE SPEAKER:  This is 2016.

Miami City Commission Meeting
February 14, 2019                           203

1            COMMISSIONER CAROLLO:  You don't see

2    those units there, do you.

3            MALE SPEAKER:  I think I see them.  It's

4    just from a lower angle.

5            COMMISSIONER CAROLLO:  No, no, no.  It's

6    the same angle.  You see the big units.  You don't see

7    those big units up front.  They're not there.  From

8    the top --

9            Can you show from the top?

10           Okay.  The -- where the car is in the

11   front, the tree canopy, that's 8th Street.  You don't

12   see those big units on the side -- on the side of the

13   tree canopy like you see in the pictures.  So this is

14   why on March the 5th, Monday, after the code

15   enforcement inspector went and took those pictures of

16   all the illegal construction and demolition going on,

17   they went and got a new meter -- permit to have a new

18   meter installed.  I don't know if it was installed

19   already or not.

20           But they got the permits because they

21   needed more juice in that place for air condition

22   units that obviously you needed to make it into a

23   lounge and bar and put all those people up in the

24   second floor.

25           Now, Mr. Manager, I -- I've been trying

1    to get information.  I don't care who likes me, don't

2    like me, supported me, don't support me.  What I care

3    is for people to follow our code and building laws,

4    not to be pounding their chest and bragging how they

5    owned Little Havana; they own Miami.  And when I also

6    have individuals that have come to me and given me

7    information of meetings that they were present in and

8    what they were told, that's a great concern to me.

9            And I'm going to tell you what one

10   individual told me while they were meeting.  They were

11   told we own Little Havana.  If you need anything in

12   code or building, for a little bit of money, these

13   people that were here in the office that you just met

14   can take care of it.  And we had two code enforcement

15   officers that I was told -- they were identified to me

16   in pictures of whom they were.

17           Now, I think I've given enough here

18   today.  There's a lot more.  There's a lot more that I

19   have.  I could go on for hours.  That anybody that's

20   fair minded that doesn't have an axe to grind or a

21   stake in this can see that there's something wrong

22   here, that this smells of selective protection.  Now,

23   I'm going to answer the mayor.  But I want to say, you

24   know -- I'd like to hear from my colleagues.  I'd like

25   Commissioner Gort, who's affected, too, in his

 1   district, to talk.

 2              And I'm going to bring forward what I'm

 3   going to ask because, at the end of the day, on the

 4   powers and duties of the City manager, the No. 1, 1,

 5   duty that he says that he has under A, see that the

 6   laws and ordinances are in force.  And frankly,

 7   Mr. Manager, I'm not seeing that they're in force.

 8   And I described here many areas.  Next to the Tower

 9   Theater, I showed you one other place that -- it was a

10   driveway.  And you saw it from the back.  You saw it

11   from the front.  You saw how they illegally covered it

12   up and took it away and built there.  And this is

13   another place that's got nothing to do with the -- the

14   chap -- the police chief so politely mentioned.  And

15   there are many other places like that.

16              I find it very difficult when I am

17   contacted by -- and I'm going to give you the address

18   since the mayor talks about, you know, putting a

19   public records request on my texts and so on.  Well,

20   the -- let me get --

21              CHAIR RUSSELL:  Commissioner, we do need

22   to bring this to a close.

23              COMMISSIONER CAROLLO:  Oh, we -- we --

24   we are.

25              CHAIR RUSSELL:  Do you have an action?

Miami City Commission Meeting
February 14, 2019                    206

1   Is there an item we can do?

2              COMMISSIONER CAROLLO:  There is.  But

3   let me give you this last one so we can see how things

4   are done.  On -- here we go.  This is on Southwest

5   7th Street, I believe, is the -- 1322 Southwest

6   7th Street.  This is a small building.  If I remember,

7   it was two stories.  It's right next to all these

8   other properties that I'm talking about within

9   throwing a ball from there.  I got a call to -- I

10  believe it came to the office.

11             I returned the call.  It was an elderly

12  lady.  She said she owned the property.  She didn't

13  live in the City of Miami anymore.  I think there were

14  six units, she told me, that were there.  And she was

15  renting them out to people for $650, which is unheard

16  of in that area for a one bedroom.  The building was

17  very nice.  On the side, she has a long, concrete

18  driveway that goes to the back.  The back, she had

19  gravel, which it's not confining to parking.

20             It's illegal to park.  You've got to

21  have asphalt.  You've got to have drainage.  You've

22  got to have lighting.  You've got to have shrubbery,

23  and then you've got to have the lanes painted.  Are

24  you taking notes, Madam Code Enforcement Director?

25  She said, listen, I just got cited.  She was all

```
 1   nervous.  She says, I checked.  It's going to cost me

 2   15 to $20,000 to do this.  I'll do it, I'm probably

 3   going to have to raise the rents of my tenants.  I

 4   hate to do it, but it's the only way.  She says, but,

 5   Commissioner because what I don't want to happen is

 6   that once I do this, I don't want then to be hit for

 7   another violation and another violation because what

 8   I'm afraid is, she says, that there are people who

 9   want to buy my property and they're using code against

10   me because I've had some people coming, asking me to

11   sell, and I told them no.

12                   I don't know what happened.  Like a lot

13   of these places, I don't know what's happened with

14   that process.  But then when I see someone like

15   that -- and I'm seeing people getting away with that

16   for 11 months, they don't get cited or -- and then

17   what is happening is that -- it's all to claim, that

18   hey, we did something, but then we looked the other

19   way, and they still go on with what they're doing

20   illegally.  This is wrong.  This is wrong.  And I

21   could give so many more examples than this one here.

22                   CHAIR RUSSELL:  Please don't.

23   Commissioner, what would you like to do?

24                   COMMISSIONER CAROLLO:  Well --

25                   CHAIR RUSSELL:  We've been very patient.
```

Miami City Commission Meeting
February 14, 2019                        208

1    And we are open to hearing this because we understand

2    your issue.  And now we understand it better.

3                    COMMISSIONER CAROLLO:  Madam --

4                    CHAIR RUSSELL:  But we need to have some

5    direction.

6                    COMMISSIONER CAROLLO:  Madam City

7    Attorney, can -- there was something that was finally

8    drafted, I think.  Was it handed out, I hope, by --

9                    CHAIR RUSSELL:  I haven't received

10   anything.

11                   MAYOR SUAREZ:  We haven't seen anything

12   either.

13                   COMMISSIONER CAROLLO:  Okay.  Well,

14   we'll do it short, to the point.  See, the police

15   chief was all upset.  His assistant, the assistant to

16   the police chief, is the brother to the former code

17   enforcement director that lied about this

18   Commissioner, about me, an assistant manager, another

19   employee of the City, a code enforcement director

20   that, based upon information that I was given, was

21   extremely friendly with the individual the chief

22   mentioned and was at his office quite often.

23                   So I could see why the chief is coming

24   out with, you know, the chest up, pulled out, because

25   there's another agenda there.  Because I certainly --

1    and anybody that would have seen this or heard it, I

2    wasn't going after any police officer.  On the

3    contrary, I think the police department did their job,

4    thank God.  They cited, and they were part of citing

5    this place.  So I have no axe to grind there, so I

6    have no idea, except for what I stated, why the police

7    chief came at me this way.  You didn't see the fire

8    chief do that.  You didn't see the building director,

9    the code enforcement director, the assistant managers

10   in any way.  And I think I've tried to be as polite

11   but as concise as I can, but I need to get

12   information.

13             What I'm being told, that things don't

14   exist, it doesn't make sense, or in some cases, stuff

15   that I do know that exists, and I'm being told that

16   they don't, I think I have a right to inquire on.  So

17   this is what I would propose.  Because right now, I

18   don't see anything that -- and frankly, I wouldn't

19   trust anything that this City would do to try to clear

20   any of this up because I think there's some great

21   conflict of interest from some areas and problems from

22   others.

23             And when -- and this is what I'd like

24   for this commission to consider.  I know,

25   Commissioner, we have subpoena power and everything

Miami City Commission Meeting
February 14, 2019                    210

 1   else.  But I -- I really don't think that we want to

 2   go there.  And there's a lot of other issues with that

 3   that I won't get into it now that would be better that

 4   we don't get into that in this or really in anything

 5   else in the future.  I mean, this -- we don't want to

 6   get like congress.

 7                But this is a resolution of the Miami

 8   City Commission requesting the governor of the State

 9   of Florida and/or the director of the Florida

10   Department of Law Enforcement to assign a prosecutor

11   from the state-wide Grand Jury to investigate any

12   possible acts of wrongdoing and/or corruption in the

13   building code compliance and zoning departments in the

14   City of Miami, Florida, further directing the City

15   clerk to transmit copy of this resolution.  All

16   minutes from this meeting of February 14, 2019, and

17   all exhibits provided by elected officials to the

18   official.  Stated herein.

19                CHAIR RUSSELL:  Commissioner --

20                COMMISSIONER CAROLLO:  This is taken out

21   of --

22                CHAIR RUSSELL:  Please.

23                COMMISSIONER CAROLLO:  -- our hands, the

24   hands of the -- our own police that cannot, frankly,

25   follow through with this with conflicts, as I

Miami City Commission Meeting
February 14, 2019                          211

```
 1   mentioned.

 2                CHAIR RUSSELL:  Commissioner there --

 3   there is no motion on this item at the moment, so I

 4   would like to speak to it.  I certainly could five-day

 5   rule this issue.  This is a lot to bring in at the

 6   last minute as a resolution that this City -- that

 7   this body invite the state attorney to -- or the

 8   governor to investigate our City.

 9                But rather than four-fifths it, I would

10   rather just see it get voted down because I am not

11   going to invite the governor to point fingers

12   internally at our own staff who are imperfect in every

13   department.  Our City is imperfect.  Our residents are

14   imperfect.  We can all do better.  We have new

15   directors.  We can give direction.  We have a

16   relatively new manager and mayor.  You have shined a

17   light on an issue that does exist.  Nobody is saying

18   that there's a lack of enforcement of our code.  We

19   see it in all our districts --

20                COMMISSIONER CAROLLO:  This is beyond a

21   lack of --

22                CHAIR RUSSELL:  Please let me -- just --

23   I understand because you're also say ing that it's not

24   just enforcement.  It's selected enforcement.  There's

25   favoritism.  There's potentially --
```

```
 1                COMMISSIONER CAROLLO:  Protection.

 2                CHAIR RUSSELL:  -- other things.  I

 3     understand.

 4                COMMISSIONER CAROLLO:  Corruption.

 5                CHAIR RUSSELL:  I understand.  This is

 6     an accusation of corruption.  I would like to see how

 7     our City will handle this under its new directorship

 8     of code enforcement.  I want to give us a chance to

 9     improve because there's another issue at hand here.

10     We have thousands of amazing employees in the City of

11     Miami.

12                And despite the fact that there are

13     folks who do as they should not, for us to make any

14     sweeping generalization of our staff is incredibly

15     demoralizing.  It paints a very dark cloud over this

16     City.  And I want to think that on the whole, we are

17     better than that, and we can do better than that.  We

18     do need to weed out any problems that we have, but to

19     be going after each other is not the way.  We need to

20     work together as a body.  We need to work together as

21     a City and improve and improve because the problems

22     you state are real, but I do not want to invite the

23     governor of Florida to come in and start shaking the

24     this City up because we need to take care of our

25     house.
```

```
 1              COMMISSIONER CAROLLO:  This is not the
 2   governor of Florida.  This is requesting the governor
 3   and/or the director of the Florida Department of Law
 4   Enforcement.
 5              CHAIR RUSSELL:  I understand.
 6              COMMISSIONER CAROLLO:  More the Florida
 7   Department of Law Enforcement to assign a prosecutor
 8   from the state-wide Grand Jury that the investigators
 9   or Florida Department of Law Enforcement, the people
10   we go to for homicides to investigate -- to
11   investigate any possible acts of wrongdoing and
12   corruption in these departments.  Now, I will tell
13   you -- and I'll be the first one to say this to you,
14   Commissioner -- that I think the vast majority of our
15   employees are extremely honorable, hardworking,
16   dedicated.
17              But we have a problem.  Even in your own
18   district -- and this has got nothing to do with this
19   stuff -- in Commissioner Hardemon's district, in
20   Wynwood.  I know of a couple of young guys, nice gay
21   young men that are married.  They're friends of mine.
22   And they told me how they were opening up a business
23   in your district, Commissioner, in Wynwood.  And it
24   took them forever.
25              And the only way they were able to open
```

Miami City Commission Meeting
February 14, 2019                              214

1    up that business was to hire an expediter who they not

2    only had to pay the expediter, but they had to pay

3    money to the expediter so he could bribe some of their

4    inspectors and get that done quickly.  Otherwise, they

5    weren't going to open.  And they told me that this was

6    the common word out there in people who come in in all

7    these new places.

8                    In your district, back when I was living

9    in the West Brickell area, right across from the

10   tracks, a new place had opened up.  The owner and

11   friend to the owner were telling me the same thing,

12   what was going on in a new business they had opened.

13                   CHAIR RUSSELL:  It's true.

14                   COMMISSIONER CAROLLO:  So -- and I

15   didn't even go there here.

16                   CHAIR RUSSELL:  So --

17                   MALE SPEAKER:  Mr. Chairman, you know,

18   I've been very patient waiting, and I've asked for the

19   floor for a whole bunch of times.

20                   CHAIR RUSSELL:  And I've offered it.

21                   (Multiple Speakers)

22                   CHAIR RUSSELL:  You have the floor --

23                   COMMISSIONER GORT:  Thank you.

24                   CHAIR RUSSELL:  -- Vice Chairman.

25                   COMMISSIONER GORT:  As I was stating,

Miami City Commission Meeting
February 14, 2019                                    215

 1    Commissioner Carollo, I have the same frustration you

 2    have.  And we've been going through this for the last

 3    three years, working with the administration.  And the

 4    problem that we have, we need to have our departments

 5    talking to each other.  We had code enforcement go

 6    into a place that has really been really bothersome

 7    within my district.  The police went in, took away

 8    the -- the BTR, tried to close the place.  But a

 9    lawyer trying to look at the liability for the City of

10    Miami recommended not to do it, that we had to have a

11    due process.  And we've been working, trying to create

12    the due process for a long time.

13              We got cafeteria licenses that people

14    don't know what they can do.  Code enforcement can go

15    in, or the policeman goes in there, says, no, I have a

16    license.  If they don't know what the license allows

17    them to do, the police, from my understanding is,

18    cannot act because they're not aware of it.  And

19    that's -- comes from our attorney's office.  They like

20    to protect the liability of the City of Miami, which I

21    can understand.

22              If you get stopped for DUI, you get

23    arrested; and you get taken away.  We have violations

24    that are staying there for years.  We have violations

25    that cost millions of dollars.  This is what -- we

Miami City Commission Meeting
February 14, 2019                    216

1   have to work on it.

2                CHAIR RUSSELL:  Enforcement --

3                COMMISSIONER GORT:  Code enforcement do

4   not have and policemen -- I'll have the -- I'll ask

5   the attorneys, can we go in and close this place

6   tonight?

7                MS. MENDEZ:  If they're life safety

8   violations, if they don't have the proper permitting,

9   if they're not supposed to be open, yes, you could

10  close it down.  The problem is that tomorrow, it will

11  open up.  And we at some point -- and that's why I've

12  always asked for police and code to constantly visit

13  locations so that I can have enough proof in order to

14  be able to close a place down.  I am not a miracle

15  worker.  I can only go to court.  And I can only go to

16  court with evidence of wrongdoings.  And I can only go

17  to court if somebody goes out for me.

18                COMMISSIONER GORT:  Right, I understand.

19  That's why I say you always come out with a due

20  process so the City will not be liable for -- and sued

21  for the actions taken by us.

22                COMMISSIONER CAROLLO:  Madam --

23                COMMISSIONER GORT:  Now, this is

24  something we've been working on for quite a bit.  And

25  I think anyone that knows of any employees that are

Miami City Commission Meeting
February 14, 2019                           217

```
 1   doing something wrong, they should go to the right
 2   authority.  I mean, I keep hearing people -- I had one
 3   person call me up saying she's paying to get
 4   affordable housing.  I tell her you let me know who
 5   you're paying because I'll call the state attorney's
 6   office right now.
 7             MR. GONZALEZ:  Mr. Chairman.
 8             COMMISSIONER GORT:  Nobody would come up
 9   with --
10             CHAIR RUSSELL:  Mr. Manager.
11             MR. GONZALEZ:  Yes, sir.  I wanted to
12   address the vice chairman.  With the arrival of our
13   new code director and with the recent arrival of our
14   new zoning administrator, we're in the process now to
15   address just those issues because you have checklists.
16   You know, the coding people will look for something.
17   The fire department will look for something.
18             And now we want to work across all
19   departments so that as people go out, you don't find
20   out that maybe code cited somebody for an issue, and
21   then another time, the fire marshal will show up or
22   somebody will call the police.  And we need to be
23   clear because to your point and to the attorney's
24   point, we live in a very litigious society.
25             And anything you do -- there are people
```

Miami City Commission Meeting
February 14, 2019                              218

```
 1    waiting for us to do something wrong so they can sue
 2    the City.  And we have to be very, very cautious about
 3    it.  We have to be very professional about it.  And
 4    lucky for the City, we have two young, energetic new
 5    department directors who have been tasked with coming
 6    with these processes, these checklists, these
 7    educational tools for our employees as we move
 8    forward.
 9              CHAIR RUSSELL:  All right.  Let's bring
10    this to a close.  And --
11              COMMISSIONER REYES:  Mr. --
12              CHAIR RUSSELL:  Of course.  Mr. Reyes,
13    you've been quite quiet.
14              COMMISSIONER REYES:  Yes, yes, because
15    I've been listening and digesting everything that has
16    been said here.  To start with, I -- I have a lot of
17    problems with (Inaudible).  And I think everybody in
18    this City has been through that, bars that they claim
19    that they are restaurants and they are not
20    restaurants.  They even have certain type of services,
21    which are not proper services provided.  They don't
22    serve the amount of food that they are supposed to do.
23              I have rooming houses all over my -- my
24    neighbor -- my neighborhood.  And being we have --
25    hundreds of times, just across the street from my
```

1   house, I've been dealing with this for a long time.

2   And selected enforcement, I have seen it.  As a matter

3   of fact, I had a lady that she was cited.  And -- and

4   this is not code.  It's part of code, but it has to do

5   with the tree ordinance.  She was -- she was fined

6   $14,000, a ridiculous amount because she chopped a

7   tree down.  And then we get a business like a

8   (Inaudible) who cut down 30-some trees, and they are

9   fined $6,000.  We have all that.  We have all of that.

10              And in my opinion -- in my opinion,

11  after listening, after hearing all the allegations,

12  all the proofs, and everything that has gone on here,

13  I think that a huge doubt has been raised over our

14  City, over our departments.  It has been raised.

15  About two days ago, yesterday, we made the news again

16  in which they declare -- they said -- they included

17  the county.  They said City of Miami, the 5th, the 5th

18  City that it has --

19              MALE SPEAKER:  Corruption.

20              COMMISSIONER REYES:  -- corruption, you

21  see.  I don't think that we can walk out of here after

22  all of this that we have heard, you see, without

23  asking for an investigation.  I don't know how we

24  going to do it.  Madam City Attorney, is there any

25  charter -- any prohibition to bring somebody else

Miami City Commission Meeting
February 14, 2019                    220

```
 1   if -- into the City to investigate this, or is there
 2   any other authority that you think?
 3              But I sincerely, sincerely believe that
 4   we cannot walk out of here after all the allegations
 5   that have been made, after all what we have seen,
 6   without doing something to dissipate that cloud that
 7   is hanging over because I know that once we walk out
 8   of there and I walk out -- and let me tell you this:
 9   Without any of this that happened here, you see, one
10   part -- I mean, a big part of our population -- and
11   I'm talking about fellow residents -- they -- they
12   have the idea that we are corrupt.  All politicians
13   are corrupt.  The City is corrupt.
14              And now we have all this exposed.  We've
15   got to do something about it.  I don't know what we're
16   going to do.  There's a resolution.  Maybe we're going
17   to -- we don't want to get the governor involved, but
18   we have to get somebody involved and --
19              MALE SPEAKER:  An investigation.
20              COMMISSIONER CAROLLO:  -- open an
21   investigation.  And maybe -- maybe -- it doesn't have
22   to be a criminal investigation.  Maybe what we have,
23   it is what Commissioner Gort said, that it is a matter
24   of incompetency.  If it is -- could be incompetency,
25   it will be that the departments, they are not working
```

 1   together.  And I know they are not.  Okay.  I know

 2   they are not.  But we have to solve this problem once

 3   and for all.

 4             CHAIR RUSSELL:  Agreed.

 5             MR. GONZALEZ:  Sir, and -- and by the

 6   way, we're doing that now in doing a self-analysis of

 7   all of our departments.

 8             COMMISSIONER REYES:  With all due

 9   respect, sir -- with all due respect, I've been a year

10   here.  And I've been asking -- I haven't seen

11   anything.  I mean, you're doing that right now.  But

12   right now, right now, today, everybody that heard

13   this, everybody that saw this, and we have the -- the

14   (Inaudible) and we have -- I mean, serious allegations

15   were made here.  Serious allegations were made here.

16   And we cannot keep that down.

17             MR. GONZALEZ:  Sir, if I may, with all

18   due respect, those are allegations.  And I -- I

19   appreciate Commissioner Carollo's snapshots of these

20   targeted businesses.  I actually used to do this line

21   of work as an intelligence officer with overhead

22   photography.  But we're more than willing to look at

23   our own processes.  We're more than willing to do what

24   we need to do.

25             If -- if you want to look at a certain

```
 1   building, a certain home, we have 58 officers for the
 2   entire City of Miami.  We will gladly join you,
 3   Commissioner, if you have people that you believe are
 4   doing criminal things.  I will go with you to the
 5   state attorney.  We will launch an investigation.
 6   We'll do whatever it takes.  But I guess my point is,
 7   is that you can't really say that there's a cloud when
 8   we're only talking about a handful of properties of --
 9               CHAIR RUSSELL:  Sir, sir --
10               COMMISSIONER REYES:  There --
11               CHAIR RUSSELL:  Commissioner Gort.
12   Commissioner -- just a minute, Commissioner Reyes.
13               COMMISSIONER REYES:  Hold on a second.
14               CHAIR RUSSELL:  No.  Commissioner Gort
15   was waiting to speak.  Commissioner Reyes, please.
16               COMMISSIONER REYES:  You see, what I'm
17   saying -- don't you think that I am creating the idea
18   of the cloud because anybody that is out there, you
19   can ask with all the -- I mean, everything that
20   this -- what we have been shown and what has been
21   said, you see, I didn't invent that cloud.
22               MR. GONZALEZ:  Sir --
23               COMMISSIONER REYES:  The cloud is in the
24   paper now.
25               MR. GONZALEZ:  I don't dispute anything
```

Miami City Commission Meeting
February 14, 2019                            223

 1   you said.

 2                  COMMISSIONER REYES:  Okay.

 3                  MR. GONZALEZ:  What I'm saying is --

 4                  CHAIR RUSSELL:  Just a moment,

 5   gentlemen.  Mr. Mayor.

 6                  MAYOR SUAREZ:  Thank you, Mr. Chair.  I

 7   just want to clarify because for the record because I

 8   was interviewed about that specific study that was

 9   commissioned.  And the study did -- or the article or

10   the question that was asked of me was Miami.  And when

11   I actually read the study, the first thing I told my

12   communications -- my communications director was can

13   you please get me a copy of this study because

14   oftentimes it will refer to Miami.  And it's a loose

15   reference.

16                  COMMISSIONER REYES:  I know.

17                  MAYOR SUAREZ:  No, but I really want to

18   clarify because this is very important.  So when I

19   looked at the study itself, it's a six-page study.  It

20   was done in Illinois, in Chicago.  And the reference

21   to Miami is really, if you read the study, it's the

22   southern -- the prosecutorial southern district of

23   Florida, which there are three districts in the State

24   of Florida, north, central, and southern.  And

25   southern encompasses the counties of Broward, Dade,

Miami City Commission Meeting
February 14, 2019                          224

```
 1   Highlands, Indian River, Okeechobee, Palm Beach --
 2               MALE SPEAKER:  Palm Beach.
 3               MAYOR SUAREZ:  -- St. Lucie -- I think
 4   that's all of them -- and Martin.  And so they're
 5   referring to it as Miami.  But the fact of the matter,
 6   it wasn't not only not just Miami, it was --
 7               MALE SPEAKER:  But what I'm saying is --
 8               CHAIR RUSSELL:  All Palm Beach.
 9               MALE SPEAKER:  -- they're referring to
10   Miami.
11               MAYOR SUAREZ:  No.  And by the way, the
12   study was commissioned from 1976 to today.  I'm -- I
13   was born in '77.  So this is a 40-year snapshot of a
14   massive region in the State of Florida.  So I just
15   want to -- I want to clarify the record because I
16   don't want anyone out there saying that the City of
17   Miami is the fifth most corrupt --
18               MALE SPEAKER:  No, no, no.
19               MAYOR SUAREZ:  -- because I don't think
20   that's accurate.
21               (Multiple Speakers)
22               CHAIR RUSSELL:  Commissioner Gort,
23   please.
24               COMMISSIONER REYES:  They say Miami all
25   the time.
```

Miami City Commission Meeting
February 14, 2019                                225

1            CHAIR RUSSELL:  Commissioner Gort,

2    please.

3            MAYOR SUAREZ:  Inaccurately.

4            COMMISSIONER GORT:  We get blamed --

5    people, we get blamed for everything, but everybody

6    wants to be in Miami.  All over the world, everybody

7    wants to be here.  Let me tell you one of the problems

8    that I see.  I have complaints that we have given to

9    code enforcement.  Code enforcement has gone.  They

10   have put a lien.  My understanding is attorneys worked

11   very diligently to get rid of some of those liens and

12   to do something about it.  But sometimes those liens

13   are there for years, and there's nothing we can do.

14           So one of the neighbors tells you, the

15   guys are noncompliant.  This guy is not living up to

16   the code.  And nothing is being done.  Yes, something

17   is being done.  This property, they have liens for a

18   million dollars.  This property, they have liens for a

19   half a million dollars.  So we need to work on the

20   process so we can expedite getting rid of the thing.

21           One of the things that's happened with

22   code enforcement for the new person coming in is this

23   is being used by neighbors to attack all the

24   neighbors.  The 311 calls, oh, hey, listen, the guy

25   next door, he won't tell him where it is, but the guy

Miami City Commission Meeting
February 14, 2019                                    226

```
 1   next door has got this and is doing this and that.
 2   That's why when I talked about being in that office
 3   and making it the pilot program, the way it used to
 4   be -- Mayor, you were here at that time.  You were
 5   mayor at that time.
 6               The net office was in charge of code,
 7   net, and police.  And they knew what was going on in
 8   our neighborhood.  Then that officer would be aware of
 9   everything that was taking place in that neighborhood.
10   They're the ones who come and say, hey, there's
11   construction, illegal construction taking place.
12   They're the ones that got to come and tell us that.
13   And then we've got to work very close with the -- all
14   the departments and with the law department because
15   she's protecting our liability.
16               Sometimes -- I know we think it's
17   unreasonable, but we see -- I read them every month,
18   the reports, all the suits that we get in the City of
19   Miami.  I mean, a hole in the side walk is $15,000
20   minimum.
21               CHAIR RUSSELL:  I'd like to offer a
22   suggestion.
23               COMMISSIONER REYES:  Mr. -- Commissioner
24   Russell, Chairman, Madam City Attorney, can we form a
25   task force -- a task force that we can bring experts
```

Miami City Commission Meeting
February 14, 2019                    227

1   in order to identify where our shortcomings are and

2   try to solve those problem?  And if in the process

3   they find that there is -- that they are being --

4   irregularities and all of that, that we can bring

5   experts on it.  I would propose that we form a task

6   force of, I would say, residents and experts.

7               MS. MENDEZ:  So it could be in the form

8   of a committee, which this -- obviously, this

9   commission has the authority to do under the charter

10  and the City code.

11              COMMISSIONER CAROLLO:  Thank you,

12  Mr. Chair.

13              CHAIR RUSSELL:  Mayor -- just a moment,

14  Commissioner.

15              COMMISSIONER CAROLLO:  He's been

16  speaking time and time again, Chair.

17              MAYOR SUAREZ:  Yeah, and far less than

18  you have, sir.

19              CHAIR RUSSELL:  I'll -- I -- mayor and

20  then Commissioner.

21              MAYOR SUAREZ:  Thank you.  So I --

22  probably when I was Commissioner for eight years, I

23  was arguably the most aggressive Commissioner related

24  to code enforcement collections.  In fact, before our

25  City Attorney was City Attorney, we created a program

Miami City Commission Meeting
February 14, 2019                                228

```
 1    that has collected, I think, close to $8 million for

 2    the City of Miami in enforcing -- it's 10 now?  Sorry.

 3    My apologies.  $10 million since we started in 2012

 4    that has come back to the City of Miami.

 5                   So I would love -- I would welcome a

 6    task force.  In fact, I'd love to serve on the task

 7    force because as an attorney and a real estate

 8    attorney, I can tell you that there are -- there are

 9    tools that we are not fully using.  And I think one of

10    the reasons why I'm very excited about our new code

11    enforcement director, who happens to be an attorney

12    and a very able attorney, is because I think she

13    understands all of the tools that can be used to

14    effectively create a quality of life experience for

15    our residents and to protect the quality of life for

16    our residents.

17                   So I welcome a task force.  I'd love to

18    participate in it and be a member of it.  And I have

19    some ideas as well as I've communicated and shared

20    with her on how we can be more effective.

21                   CHAIR RUSSELL:  Thank you, Mayor.

22    Commissioner Carollo.

23                   COMMISSIONER CAROLLO:  Thank you.  To

24    address some of the issues that were brought up by my

25    colleagues and the manager, one, if this City depends
```

1   on and trusts the Florida Department of Law

2   Enforcement to investigate death homicides and they

3   investigate our homicides in the City --

4                MAYOR SUAREZ:  They don't investigate

5   our homicides in the City.

6                COMMISSIONER CAROLLO:  Well, we --

7                MAYOR SUAREZ:  We investigate our

8   homicides in the City.

9                COMMISSIONER CAROLLO:  Well, the

10  county --

11               MAYOR SUAREZ:  They investigate police

12  shootings.

13               COMMISSIONER CAROLLO:  Well, police

14  shootings --

15               MAYOR SUAREZ:  Different.

16               COMMISSIONER CAROLLO:  But homicides --

17               MAYOR SUAREZ:  Not homicides.

18               COMMISSIONER CAROLLO:  -- they

19  investigate, also, for the county.

20               MAYOR SUAREZ:  Maybe for the county.

21               COMMISSIONER CAROLLO:  I thought it was

22  the City, that they did it too.

23               MAYOR SUAREZ:  We investigate our

24  homicides.

25               COMMISSIONER CAROLLO:  If I'm not

 1   correct in that, I believe that they do it, too, for

 2   us.  But it might be for the county.  But they

 3   certainly do many other areas for us.  If we trust

 4   them in that, why are we so afraid to trust them into

 5   look and see if there's any possibility that there is

 6   wrongdoing.  Why are we so scared of that?

 7            But beyond that, I am amazed that after

 8   what I have presented here, that the manager will say

 9   that these are allegations -- I presented facts, solid

10   proof that you can't deny in a lot of the stuff that I

11   presented here.  The fact that you would say that

12   these are just allegations, some of the other

13   statements that I've heard, shows me why this needs to

14   go outside of this City now.

15            Furthermore, Commissioner Gort, you were

16   asking the City Attorney why can't we shut this down.

17   Well, I will tell you that back when we had other

18   managers here, I was mayor -- you were part of that

19   commission -- we had the strongest task forces that

20   went out.  And we closed bar after bar and bar, all

21   these illegal cafeterias.  And --

22            COMMISSIONER GORT:  I remember that.

23            COMMISSIONER CAROLLO:  -- I remember one

24   attorney that kept threatening to sue, that we

25   couldn't do that.  And, in fact, I think he sued one

 1    time and didn't get anywhere.  And that was your dad

 2    at the time.  But we closed all these bars down.  In

 3    fact, when --

 4                MAYOR SUAREZ:  You were not mayor at

 5    that time that that happened, sir.

 6                COMMISSIONER CAROLLO:  I was mayor --

 7                MAYOR SUAREZ:  No, you were not.

 8                COMMISSIONER CAROLLO:  I was mayor when

 9    we were closing them down, sir.

10                MAYOR SUAREZ:  You were not mayor when

11    that happened.

12                COMMISSIONER CAROLLO:  Well, you were

13    too young to remember.

14                MAYOR SUAREZ:  I was not too young to

15    remember.  You were not mayor.

16                COMMISSIONER CAROLLO:  You were maybe

17    over at that Dodge place at the time.

18                CHAIR RUSSELL:  Gentlemen.

19                MAYOR SUAREZ:  I'm not sure what you

20    mean by that.

21                COMMISSIONER CAROLLO:  But the bottom

22    line was that it was so effective that Mayor Diaz,

23    when he came onboard, he kept it going.  And it was

24    effective.  Commissioner Gort knows.  He was here back

25    then.  Many, many others know that.  For you to say

1    that I was not mayor is absurd.

2              MAYOR SUAREZ:  What I was saying was

3    that you were --

4              COMMISSIONER CAROLLO:  Listen, I --

5              MAYOR SUAREZ:  -- you were not mayor --

6    you were not mayor, sir, when my father represented a

7    business owner who has due process rights like

8    everybody else.  And I know maybe in your world due

9    process rights are not something that you take very

10   seriously.

11             COMMISSIONER CAROLLO:  No, everybody --

12             MAYOR SUAREZ:  But he represented

13   business owners --

14             COMMISSIONER CAROLLO:  Everybody has --

15             MAYOR SUAREZ:  -- when a different mayor

16   was mayor.  That is a fact.

17             COMMISSIONER CAROLLO:  Everybody has

18   them.

19             MAYOR SUAREZ:  Just like we investigate

20   our homicides.  That is a fact.  Do you know how many

21   homicides we have year to date right now?  Do you know

22   how many we have?  Do you know how many we had last

23   year, year to date right now?  We have three --

24             COMMISSIONER CAROLLO:  More -- more --

25   more than we should.

1          MAYOR SUAREZ:  -- this year year to

2   date.

3          COMMISSIONER CAROLLO:  One is too many.

4          MAYOR SUAREZ:  Right.  The answer is you

5   don't know.  I know.

6          COMMISSIONER CAROLLO:  One is too many.

7          MAYOR SUAREZ:  I know because I'm the

8   mayor of Miami, and I know --

9          COMMISSIONER CAROLLO:  Okay.

10          MAYOR SUAREZ:  And I know how many

11   homicides we have this year and last year at this time

12   and the year before that and the year before that and

13   the year before that --

14          COMMISSIONER CAROLLO:  Okay.

15          MAYOR SUAREZ:  -- and the year before

16   that and the year before that.

17          COMMISSIONER CAROLLO:  Let's get back to

18   what we're talking about, not sidetracking like you'd

19   like to.

20          MAYOR SUAREZ:  Homicides is not a

21   sidetrack, sir.

22          COMMISSIONER CAROLLO:  Well --

23          CHAIR RUSSELL:  Chief would like to --

24          MAYOR SUAREZ:  We're talking about

25   homicides.  That's not a side track.

 1              CHAIR RUSSELL:  The chief of police
 2      would like to address the --
 3              COMMISSIONER CAROLLO:  I'm not even
 4      finished yet, okay, chair.  You gave me the floor.
 5              CHAIR RUSSELL:  Yep.
 6              COMMISSIONER CAROLLO:  You keep going
 7      back to others.
 8              CHAIR RUSSELL:  You've had it for over
 9      an hour and a half.
10              COMMISSIONER CAROLLO:  Well, yeah, but
11      now is the time that we're trying to get some action.
12              CHAIR RUSSELL:  Correct.
13              COMMISSIONER CAROLLO:  And this is what
14      I'm trying to address.  Now, Commissioner Gort, before
15      I was interrupted, had asked why can we act (sic) on
16      this.  Well, first of all, you have evidence -- if you
17      don't call what I presented evidence, I don't know
18      what you will -- that that whole lounge has been put
19      together with no permits, no permits.  If you think
20      that there were permits, then please show me where
21      they were, where they're at, how that place could have
22      been put up like that with no permits.
23              COMMISSIONER GORT:  I agree with you.
24      That's why I asked her, can we close it tonight.
25              COMMISSIONER CAROLLO:  Secondly,

1   (Inaudible) on the back, that I didn't even mention

2   before -- and I do have from the new code

3   enforcement -- excuse me -- zoning director, the memo

4   from -- it was Friday (sic) the 13th, yesterday, that

5   says that the parking space that they took in the back

6   where there are hidden containers with a big fence

7   that are not supposed to be there, that that place is

8   required 18 parking spaces.

9                  They can maybe have 16 if they could put

10  two parking spaces in the front.  But since they use

11  valet parking there, the 18 is what's required for

12  them to have in the back what apparently they used to

13  have, the 18.  That's been taken away now.  So if they

14  don't have the parking, they can't be open.

15                 COMMISSIONER GORT:  Let's close it.

16                 COMMISSIONER CAROLLO:  The fact that all

17  this work was done without no permitting, that we have

18  CUs that have been issued and occupancy loads with

19  different plans that have been submitted than what

20  actually is there -- and to me, the most amazing thing

21  that I didn't even mention, the CU application that

22  was given towards the end of '17 is supposed to be

23  signed by whoever is operating that place.  And

24  there's several owners.  Not one of the owners signed

25  it.  It was blank in the front, in the back.  But it

1    was still approved, which is amazing.

2              MAYOR SUAREZ:  Mr. Chair, if I may.

3              CHAIR RUSSELL:  Commissioner -- Mayor

4    and then Commissioner Hardemon.

5              MAYOR SUAREZ:  I'm just going to say one

6    last thing, and then I'm going to leave for today.  So

7    I agree that one homicide is too many.  That's

8    probably the only thing I agreed with that you've said

9    today.

10             COMMISSIONER CAROLLO:  Well, I'm glad we

11   agree on that one.

12             MAYOR SUAREZ:  At least one thing.  But

13   we've had three homicides year to date.  Last year, at

14   the same time, we had ten homicides year to date.

15   Last year, we set a 51-year-record low in homicides.

16   Our clearance record, which is the rate at which we

17   investigate our own homicides -- I'm surprised you

18   don't know that -- is up significantly, which is the

19   rate at which we solve of our homicides.  And we are

20   down 70 percent this year, seven, zero, from a

21   51-year-record of last year.  Thank you.

22             COMMISSIONER CAROLLO:  That's wonderful,

23   Mayor.  That's really wonderful.

24             MAYOR SUAREZ:  You're welcome.

25             COMMISSIONER CAROLLO:  But we're talking

```
 1   about code here.
 2              CHAIR RUSSELL:  Yes.  So Commissioner
 3   Hardemon.
 4              COMMISSIONER CAROLLO:  Before you go,
 5   Mayor, I would --
 6              CHAIR RUSSELL:  Please.  Commissioner
 7   Hardemon has the floor, and he would like to give it
 8   back to Commissioner Carollo.
 9              COMMISSIONER HARDEMON:  Yeah, he has
10   something pressing he wants to say.
11              CHAIR RUSSELL:  Yes, go ahead.  Go
12   ahead, Commissioner Carollo.
13              COMMISSIONER HARDEMON:  If you had --
14              MAYOR SUAREZ:  Wait a second.  No, no,
15   no, let me finish.  If we're going to -- if we're
16   going to call the governor and the state to
17   investigate code enforcement officers, then we're
18   going to call the governor and the state to
19   investigate elected officials --
20              COMMISSIONER CAROLLO:  Yes.
21              MAYOR SUAREZ:  -- and whether or not
22   they are selectively enforcing or weaponizing code
23   enforcement --
24              COMMISSIONER CAROLLO:  Oh, I --
25              MAYOR SUAREZ:  -- against particular
```

Miami City Commission Meeting
February 14, 2019                    238

```
 1    property owners.  So --

 2               COMMISSIONER CAROLLO:  I would -- I

 3    would welcome that, Mayor.  You know why?  Because

 4    this is where you go, and you're conspiring with those

 5    people to try to set me up with a bunch of crap.

 6    And --

 7               MAYOR SUAREZ:  I'm conspiring with the

 8    governor?

 9               COMMISSIONER CAROLLO:  -- let me tell

10    you more, Mr. Mayor.  No, please.

11               MAYOR SUAREZ:  Please.

12               COMMISSIONER CAROLLO:  Please, you

13    brought this up.  Let me finish.  You know what the

14    problem is, where you're protecting them?  Please

15    don't go now.  Listen to it.  You know where I'm

16    going, and this is why you're walking away.  Yes, you

17    are.

18               One place that I didn't bring up the

19    Side Bar, another illegal bar that was opened in the

20    City that ran for several years to the point that the

21    building department with code enforcement officers

22    invited would have their Christmas parties in a bar

23    that didn't have the proper liquor license.  It was

24    full of code violations.

25               That place today is closed.  Apparently
```

1   the, State came in because the City kept protecting

2   it.   How do I know it was so illegal?   Because one of

3   the mayor's attorneys in his new law firm was the one

4   that gave me all the information early on to show me

5   how they had an illegal license, that they were

6   working that place illegally.

7                    And guess what?   Once the mayor started

8   working for the law firm, he called me up all

9   embarrassed to make sure that I would never say

10  anything that he gave me the information because you

11  know what?   He said he was now representing them,

12  trying to get a license with the State, a real

13  license.   That -- he stated to me the last time I

14  spoke to him, recently, that they were having problems

15  with the State getting the license.

16                   And he admitted to me, by the way,

17  they're also representing the same gentleman in the

18  Tower Hotel that I showed up here and the company that

19  they're bringing to run the hotel, that they're

20  representing them in permits, that they're

21  representing them in zoning matters.   And you know

22  what?   I wouldn't even be surprised if they're being

23  represented in this place here, too, or any other

24  places that they have.

25                   So there's a clear, clear legal conflict

```
 1    of interest from Mr. Francis Suarez.  And this is why
 2    he's taking the attitude that he's taking with me.
 3    And those that owe their jobs the most to him through
 4    his manager, they're the ones that have taken the
 5    actions and made the statements that they've made
 6    against me to try to lay out this image that I'm going
 7    after people that I selected.  No, I'm going Citywide
 8    because this individual particularly, he's had
 9    problems, a history of problems, in property after
10    property and after property long before I came back as
11    a Commissioner.  And did I go after him back then in
12    all these years?  No, I did not.
13              My problem is when I see quality of life
14    violations, when I'm seeing violations that can
15    jeopardize peoples' lives, and at the same time, when
16    I see that they're laughing.  They're wise guys.  They
17    know that they can get away with it, and they are.
18              CHAIR RUSSELL:  Thank you, Commissioner.
19    I would like to --
20              MAYOR SUAREZ:  Mr. Chair, if I may.
21              CHAIR RUSSELL:  -- bring this to a --
22    Commissioner Hardemon, yes, of course.
23              COMMISSIONER HARDEMON:  I appreciate the
24    facts that Commissioner Carollo put on the record.
25    Sometimes the truth hurts.  If, in fact, there are
```

Miami City Commission Meeting
February 14, 2019                          241

```
 1    members of code enforcement or our permitting
 2    departments, for lack of better words, that are
 3    getting compensated illegally for approvals to move
 4    work ahead, we know that that is an issue.  That is a
 5    problem.  That is a major problem.  And everything
 6    that the City of Miami can do to investigate and to
 7    assure that it ceases to occur needs to happen.
 8              I do have faith that if our police
 9    department learns of these sorts of issues that they
10    will take it seriously because I've seen our chief
11    prosecute his own.  The problem with someone who does
12    work on their property, if it's commercial,
13    residential, whatever it may be, without permits or
14    illegally, is that it -- it makes the playing field
15    uneven because there's -- there are people out there
16    who live within our community who agree to abide by
17    the rules that we have set for this community.
18              And they're the ones that, when they
19    want to open up a business, they have so many more
20    hurdles to jump because they know I need to get this
21    license; I need to get this permit; I need to get this
22    approval.  I need all of these things in order to make
23    it right because I want to start a business, to care
24    for my family or expand upon my home to make it more
25    livable for me, whatever it may be.
```

Miami City Commission Meeting
February 14, 2019                        242

```
 1                   But they try to follow the rules that
 2    we've set.  And with you have someone that skirts the
 3    rules, cheats, especially doing it knowingly, and they
 4    do it not only knowingly themselves but with the aid
 5    of government or government employees, it is
 6    unsatisfactory.  It is beyond the law.  And I will
 7    agree with Commissioner Carollo in the sense that
 8    it -- the way he described it, it is really a slap in
 9    the face to those of us who want things to be handled
10    in accordance with the law.
11                   And so no matter how favorable a bar is
12    considered in the community or whatever restaurant or
13    concept that is made, if they don't have the proper
14    permits to be there, if they did not secure them,
15    then -- then their business should cease to exist.
16    And I've said in the past, not saying that we don't
17    want to see certain businesses open up in the future,
18    but I remember when in my neighborhood there was a --
19    there was a -- there was a small sort of teenybopper
20    lounge place.  And there was a major incident that
21    happened at this place.
22                   And then when it did happen, we found
23    that they didn't have the proper permits to open to be
24    there.  And the news media did a superb job trying to
25    hound me down to get me to really talk negatively
```

Miami City Commission Meeting
February 14, 2019                    243

```
 1    about the business and shutting it down, et cetera.
 2    But what I found is that we want businesses to come
 3    into our neighborhoods.  We just want them in
 4    compliance with the law.  So if this business is -- if
 5    this business is bringing in dollars, if this business
 6    is active, this business is open, it needs to be in
 7    compliance with the law, whatever the law is.  Because
 8    what would happen is say a fire occurs, say a shooting
 9    occurs, a stabbing, something that happens that is
10    newsworthy, atrocious, but was preventable because it
11    wasn't supposed to be open in the first place.  And so
12    those are the types of things that we need to be able
13    to avoid.
14              Now, if at this point -- and I've -- and
15    I'm not the -- I am not the code professional.  I'm
16    not the building, zoning, land use professional.  I
17    always ask questions because I want to learn about
18    these different things.  I've taken code as -- and the
19    reason why we've changed the name from code
20    enforcement to code compliance is that the goal is to
21    get people in compliance.  So I would imagine that
22    there's a way that we can get even this place into
23    compliance.
24              But I also would think that you would
25    have to have an owner or an operator who would want to
```

1    subject themselves to that process.  And the bottom

2    line, though, is if he is not compliant today, if

3    those spaces are not compliant, then they need to find

4    themselves compliant in the future.  And I would say

5    that in other areas that are within my district, and

6    Wynwood area particularly, there's an influx of new

7    spaces, restaurants, bars, et cetera.

8                    And I've heard from City officials that

9    when they start to go in and realize these places

10   don't have the proper permits, that they were pushed

11   back, you know, by certain individuals that have

12   authority, they were -- they were muffled, if you

13   will.  And so, you know, we can't -- cannot --

14   especially if we know these things to be exact facts,

15   truths, we cannot sit around and allow it to happen

16   because at the end of the day, we want businesses to

17   have -- all have a fair shot of opening in our

18   communities.

19                   We want people who live in the community

20   to not be held hostage to an illegal use of property

21   that is near them.  I mean, all of those things, I

22   empathize with them.  That's why I agree with you,

23   Commissioner Carollo, that if these things are

24   occurring, that they need to stop.  And if our

25   government is assisting them, then that certainly

1   needs to be investigated.

2              I don't know if I'm at this point where

3   I'm saying bring someone from the outside to come in

4   and do it.  I don't know if I'm there yet.  And

5   listening here because I really want to learn more

6   about this because I have not been necessarily

7   dissatisfied yet with -- if our police chief knows

8   that there's something illegal going on, that he won't

9   act because I have seen him act.

10             Now -- so I heard the colloquy between

11  you and the police chief regarding what happened with

12  the code enforcement officer.  But I also heard him,

13  the police chief, describe a police officer that

14  basically was trying to see what can we do.

15             Now, certainly, if the police

16  department -- and there may be an investigation now we

17  don't know about.  But if the police department knows

18  about people who are getting paid to move things along

19  that is not within the law, then -- then there needs

20  to be something done about that.

21             COMMISSIONER CAROLLO:  Commissioner, the

22  only people that our police department through this

23  chief that was hired -- because the mayor told the

24  manager to hire him, no matter what the manager wants

25  to say, because every one of us knew way before who

Miami City Commission Meeting
February 14, 2019                        246

1    the police chief was going to be.  The only people

2    that he would see if he could find anything out on is

3    someone like me or anybody else up here that causes

4    any problems to see how things would be easier.  I

5    just made a statement here that -- besides all the

6    proof that I've shown here -- and it's proof, not

7    allegations, that our mayor that has never said a word

8    to this body before, the law firm that he's working

9    for after, not before, he joined them, gee, these

10   people happen to hire the law firm.  And they're

11   representing some of these people in different areas

12   in trying to get a real license, in trying to get

13   permitting, in zoning matters.  This is what I was

14   told by one --

15            CHAIR RUSSELL:  Right.

16            COMMISSIONER CAROLLO:  -- attorney.  And

17   I want to --

18            CHAIR RUSSELL:  Let's bring this -- no,

19   we're not -- we're stopping.  We are stopping.

20   Gentlemen, please.  The accusations are enough.  I

21   have failed today as a chair to hide from the world

22   what the City of Miami is.  But sometimes it's best

23   just to let it all out.

24            And we have certainly done that today.

25   Everyone has had a reasonable chance to be heard and

```
 1  speak their mind.  There's been emotions.  There's
 2  been facts.  There's been very good suggestions.  So
 3  I'd like to bring this together in a way that brings
 4  us forward.  And let's just go buy some flowers.
 5              So Director Valencia, would you be open
 6  to leading a task force and bringing something back at
 7  this next commission meeting on how this task force
 8  could be formed and then, say, 60 days after that,
 9  bring back recommendations of a full analysis, which
10  may end up in a Grand Jury investigation?  Which may
11  end up -- but I want to believe that we have new
12  leadership here that we should trust to lead this.
13  And whatever size this task force that is appropriate,
14  that it be brought back to commission and, by
15  resolution, we create it, give it 60 days, 90 days,
16  whatever is necessary, with recommendations.  And then
17  we take it as deep and serious as we need to go.  This
18  is just --
19              COMMISSIONER CAROLLO:  Mr. Chairman,
20  how --
21              CHAIR RUSSELL:  -- my recommendation.
22              COMMISSIONER CAROLLO:  How --
23  Chairman --
24              CHAIR RUSSELL:  It's up to the body.
25              COMMISSIONER REYES:  Mr. Chairman --
```

 1            CHAIR RUSSELL:  It's up to the body.
 2   It's your recommendation.
 3            COMMISSIONER REYES:  That's right.  If
 4   it is going to be -- I also want to include that that
 5   task force, which members from the task force should
 6   be chosen by us.
 7            CHAIR RUSSELL:  Appointees by the body.
 8            COMMISSIONER REYES:  Appointed by the
 9   body.
10            CHAIR RUSSELL:  That's why I asked for
11   it to come back to this body to form the task force,
12   so --
13            COMMISSIONER REYES:  Appointee, that
14   means that they are totally, totally independent.
15            CHAIR RUSSELL:  Commissioner Gort then
16   Commissioner Carollo.
17            COMMISSIONER GORT:  Some of the pictures
18   that have been brought by the Commissioner, I think it
19   shows violations.  I'd like to see those violations
20   being closed.
21            COMMISSIONER REYES:  That's right.
22   That's right.
23            CHAIR RUSSELL:  Thank you.
24            Commissioner Carollo.
25            COMMISSIONER GORT:  I mean, he's shown

1   enough of it, and if they're acting and they don't

2   have the licenses and they're doing it illegal

3   construction, they should be closed.

4              COMMISSIONER CAROLLO:  Commissioner,

5   this administration ain't going to do anything.  What

6   they're going to do is this, for the reasons that I've

7   stated.  Now, a task force of the type we're talking

8   about, it sounds great.  I don't see it going anywhere

9   with what's happening here.

10             COMMISSIONER REYES:  Give it a chance.

11             COMMISSIONER CAROLLO:  This lady is a

12  fine woman, I am sure.  I am sure we'll get to know

13  each other.  And by what I'm going to say next in a

14  way is reflected in you personally, ma'am.  Please

15  understand that.  But as I've shown here, she was

16  hired not knowing anything on code enforcement.  Just

17  because she's an attorney doesn't make her qualified

18  for this position.  And this is in essence what we

19  were told.

20             Look, what our charter says is quite

21  different than what the hirings were here.  Our

22  charter says that --

23             CHAIR RUSSELL:  And now we're attacking

24  the qualifications of our directors.

25             COMMISSIONER CAROLLO:  Well --

Miami City Commission Meeting
February 14, 2019                    250

```
 1              CHAIR RUSSELL:  I really want to bring
 2    this --
 3              COMMISSIONER CAROLLO:  Absolutely.
 4              CHAIR RUSSELL:  -- to an end.
 5              COMMISSIONER CAROLLO:  I mean, how can
 6    you put her in charge of code when I asked her one of
 7    the most simplest questions --
 8              MS. VALENCIA:  With all due respect,
 9    sir, I am an attorney, and I -- with all due respect,
10    Commissioner Carollo, because I did not memorize the
11    definition of illegal parking and could not --
12              COMMISSIONER CAROLLO:  Ma'am, you don't
13    need to memorize that.  It's so -- I mean, it's so
14    simple in the code.  It's quite -- look, that's the
15    kind of stuff that's 101 in code.  And I'm -- I'm
16    sorry.  This is not personal with you.  It's a fact.
17              MS. VALENCIA:  Okay.
18              COMMISSIONER CAROLLO:  I remember the --
19    her predecessor, Burnet, wonderful man.  He was hired
20    with all kinds of stuff and experience that they claim
21    he had.  He had none either.  He depended on others
22    there, that are not part of the solution because
23    they're part of the problems, to tell him what is code
24    and what is not and everything else.  And just because
25    you're an attorney, with all due respect, doesn't mean
```

 1   you're qualified for everything, and certainly not --

 2             CHAIR RUSSELL:  We need --

 3             COMMISSIONER CAROLLO:  -- code

 4   enforcement.

 5             CHAIR RUSSELL:  -- to stop this.

 6   This -- this is a director of the City of Miami hired

 7   by the manager.  You do have the ability to talk about

 8   the manager's qualifications and what you believe we

 9   should do with the manager.  But as far as directors,

10   we as Commissioners do not have the say-so to qualify

11   the directors and choose or decide --

12             COMMISSIONER CAROLLO:  Well --

13             CHAIR RUSSELL:  -- who they should be.

14             COMMISSIONER CAROLLO:  -- they'll be --

15             CHAIR RUSSELL:  I am very -- I am very

16   glad we have you with us here --

17             MAYOR SUAREZ:  Mr. Chair, if I may.

18             CHAIR RUSSELL:  -- Director Valencia.

19   And I believe if you choose to stay with us that you

20   are here at a time of Shakespearean sea change that

21   you can bring with a fresh pair of eyes.  So the

22   suggestion I have is clear.  I'll defer to the mayor

23   for comment, but I'd like to see if the body is open

24   to this direction to allow the director to bring

25   forward a task force, give 60 days, and then we'll all

Miami City Commission Meeting
February 14, 2019                    252

```
 1   take action as whatever we want.

 2              Mr. Mayor.

 3              MAYOR SUAREZ:  Thank you, Chairman.  I

 4   just want --

 5              CHAIR RUSSELL:  And then Commissioner

 6   Hardemon.

 7              MAYOR SUAREZ:  I just want to comment

 8   for the record that I think our code enforcement

 9   director is the most qualified director that I've ever

10   known in my time as an elected official here in nine

11   years, and, in fact, is probably overqualified to be

12   the code enforcement director.

13              CHAIR RUSSELL:  Thank you, Mr. Mayor.

14   Commissioner Hardemon.

15              MAYOR SUAREZ:  Very lucky to have her.

16              COMMISSIONER HARDEMON:  The resolution

17   that Commissioner Carollo provided to us, part of the

18   reason that I'm uneasy about it is because it's so

19   general.  It really almost comes off as a fishing

20   expedition because it is to investigate any possible

21   acts of wrongdoing and/or corruption in the building

22   code and compliance --

23              COMMISSIONER CAROLLO:  Bringing more

24   directive, Commissioner.  Making more directive.

25              COMMISSIONER HARDEMON:  So my point is
```

1    that -- you know, is I was satisfied in the level of

2    detail that you brought regarding that particular

3    issue that was regarding this space that you've showed

4    us.  It appeared to me that, regarding that issue, you

5    had lots of facts to put on the table.  But what I

6    would never want to see is someone who is law

7    enforcement that has an opportunity to investigate

8    much further than that for (Inaudible).

9              That's part of the objection I have with

10   our ethics commission.  They usually use their powers

11   to do that.  And so their arm, their length, their

12   reach is just too far.  But, you know, if -- but then

13   the next thing besides the fact that we know that this

14   place was built illegally, it was renovated illegally,

15   that they're operating their business that appears to

16   be illegally, we haven't seen much on the record

17   regarding necessarily the corruption part.

18             And so these -- that's the part that I'm

19   kind of struggling with.  Because what you're saying

20   makes perfect sense.  The things that you've put on

21   the record make perfect sense regarding the business.

22   But the part regarding the wrongdoing or the

23   corruption, there was really no one that I could test.

24   There was really no -- there was nothing that I could

25   see that we could show that, unlike the pictures,

Miami City Commission Meeting
February 14, 2019                    254

```
 1    proved that there was something that was done that was
 2    wrong.
 3              And that's my -- that's my uneasiness.
 4    So how broad it is, I would love to narrow it, but
 5    then also on the corruption part because I would never
 6    want to subject anyone to a police inquiry when they
 7    don't deserve it.  I just think that that -- you know,
 8    by way of my training, it is unfair, it is
 9    unnecessary, and it is embarrassing.
10              CHAIR RUSSELL:  Thank you.  Mr. Manager.
11              COMMISSIONER REYES:  Mr. Chairman --
12    Mr. Chairman.
13              CHAIR RUSSELL:  Mr. Manager.
14              MR. GONZALEZ:  Sir, if I may, just for
15    the record, if you would allow me 30 seconds, and I'll
16    let you know what remedies have been done on that
17    particular 521 Southwest 8th Street, just to let you
18    know where we are right now as of right this minute.
19              CHAIR RUSSELL:  I don't know that's
20    necessary unless the Commissioner really wants it
21    right now.
22              MR. GONZALEZ:  Well, he mentioned -- he
23    mentioned remedies, and I would at least like to put
24    something out there.
25              MR. NAPOLI:  On the three violations,
```

Miami City Commission Meeting
February 14, 2019                          255

1    Commissioner -- Joe Napoli, Deputy City Manager -- no
2    certificate of use for the lounge, which was cited on
3    12/18 that Commissioner Carollo, you had mentioned.
4    That is being investigated.  The PTR for the -- and
5    I'm going to go on what the remedy is, Commissioner.
6    No BTR for the gift shop.  There was a notice of
7    violation.  The BTR was applied and paid for and
8    issued.  And then third one, failure to obtain a
9    warrant for outside dining, as you mentioned,
10   Commissioner.  It is -- they are going through the
11   warrant process.  The important point is we are doing
12   due process, Commissioner.
13              And all three of these violations are
14   going before the code and enforcement board on March
15   13.  So if there's further action, right now, that's
16   the due process we are taking.  Shutting them down, we
17   are not intending to shut them down unless we can at
18   this time.
19              (Multiple Speakers)
20              COMMISSIONER HARDEMON:  I have a
21   question for you, then, through the chair, please.
22   If --
23              CHAIR RUSSELL:  Yes.
24              COMMISSIONER HARDEMON:  If I'm -- if I
25   open up a business illegally and I'm assuming that's

Miami City Commission Meeting
February 14, 2019                          256

1    because I do not have a certificate of use, so the

2    use -- the particular use that I'm using that space

3    for, I do not have permission to use.  Is it your

4    testimony that I'm allowed to continue that use until

5    I have satisfied the code enforcement board's inquiry?

6              MR. NAPOLI:  That's the due process

7    we're using in this case.

8              COMMISSIONER HARDEMON:  So because I'm

9    trying to -- and if he needs help, please help him

10   because I don't want anyone to be caught in the

11   wrong -- because what I'm trying to make clear is that

12   if I'm using a space for something that I'm not

13   properly allowed to use it for and we know that to be

14   sure -- we have the facts; we have the evidence; we

15   have this -- you're going to allow me to continue

16   using that space in that way until you've satisfied

17   the code enforcement board?

18             Because I understand you're being

19   accused of it.  I get that part.  Because then the

20   thought that I would have if that's true, then it

21   takes some sort of injunction from our law department

22   to stop that use there could be some potential harm

23   there, you recognize.

24             MR. CASAMAYOR:  Sir, Assistant City

25   Manager, Fernando Casamayor.  If it is a life safety

1   issue, they are not allowed to continue operating at

2   that moment.  It is up to the fire department and the

3   police department at that point to make a decision to

4   shut them down.

5              COMMISSIONER REYES:  Is that the only

6   way?

7              MR. CASAMAYOR:  No, no.

8              COMMISSIONER REYES:  Life safety?

9              MR. CASAMAYOR:  I'm not finished, sir.

10  May I?  Thank you.  If it is a use that is not allowed

11  and never will be allowed, for instance, a pawnshop

12  next to a school or some other -- a bar right next to

13  a school, those can be shut down right away.  They

14  will never come into compliance for the use that they

15  have.  In this particular instance, what we have is a

16  restaurant with a liquor license that has two floors.

17             And the question is, are they utilizing

18  both floors as restaurant?  Are they separate?  Is it

19  a separate CU upstairs versus downstairs and that is

20  something that requires our zoning director and some

21  of our professionals to determine.  At this point,

22  this is where we are.  And I would like to side on the

23  err of -- I'd like to side on the err of caution,

24  unless, of course, my City Attorney, who has to defend

25  us, tells us that we can shut this place down right

1    now based on all the information that we have.

2           COMMISSIONER CAROLLO:  Let me give you a

3    little bit that I'm flabbergasted that right-hand

4    Assistant Manager Napoli gets up here, and he tells

5    you the violations.  But the ones that the police

6    department cited them for, the main ones of notice of

7    violation for not having a CU for illegal lounge, he

8    didn't mention that, did he.  The one that they were

9    cited with for serving alcohol without food, no

10   mention of that.  Unable to provide documentation of

11   sales, no mention of that.

12          And, of course, what I showed proof

13   here, that that whole lounge was done up without

14   permits, I showed the -- the mountain of debris of

15   plumbing, electrical and more that the code

16   enforcement officer that went there March 3 took

17   pictures of.  But apparently somebody got to him where

18   he could not process the notice of violation.  That's

19   why it never went through.

20          The fact that I have here a letter from

21   the new zoning director that says they require a

22   minimum of 18 parking spaces, and they took them all

23   away.  How can that place be operating when the law

24   says they are required to have X-amount of spaces for

25   parking, and they took it away?  You have requirement

Miami City Commission Meeting
February 14, 2019                    259

1    of parking spaces that are not there.  You know,

2    Mayor, I really would appreciate it if you would quit

3    going to different members of the commission, talking

4    inside their ear.  You know, well, I know you don't

5    care what I say.  You only care about people that can

6    come as clients to your law firm.

7              MAYOR SUAREZ:  Sure, sure.

8              COMMISSIONER CAROLLO:  But the -- the

9    bottom line is that you have illegal parking that you

10   just can't take that away.  Where are these people

11   going to park?  Into residential areas.  You see the

12   hundreds of people that are coming there on Thursday

13   and weekends to go upstairs.  And this is affecting

14   the quality of life in that neighborhood not only in

15   the very narrow stairs that we showed.  There's a

16   problem going up to that illegal lounge, as the police

17   stated, upstairs.  Who's watching?  Where's the fire

18   marshal?  They even have cited them for no clickers.

19   How many people do you got there?  You've got a life

20   safety issue --

21             CHAIR RUSSELL:  All right.

22             COMMISSIONER CAROLLO:  -- on people if

23   there's a fire up there, not to mention the fact that

24   what we have seen -- I haven't seen anything other --

25   is that in order for them to have gotten this CU, you

Miami City Commission Meeting
February 14, 2019                    260

```
 1    saw the plans that are given there.  They're --
 2    they're not the plans that are there today.  They've
 3    gotten a CU under a false plan, under false pretenses
 4    for the place.
 5              And, I mean, I could go on and on.  But,
 6    you know, the most they'll do is give them a little
 7    $500 fine and --
 8              CHAIR RUSSELL:  Here's what we're going
 9    to do --
10              COMMISSIONER CAROLLO:  -- and they're
11    not going to do anything --
12              CHAIR RUSSELL:  We are not here to
13    investigate --
14              COMMISSIONER CAROLLO:  -- whatsoever.
15              CHAIR RUSSELL:  -- specific addresses
16    today.  Here's what we are going to do.  I would like
17    to see -- because we have two basic ideas on the table
18    right now.  One is inviting a Grand Jury
19    investigation.  One is to create a task force in the
20    City.  Just a straw pull before we put a motion
21    forward to either -- how are we feeling on that?  Who
22    here wants a Grand Jury investigation invited into the
23    City?
24              COMMISSIONER CAROLLO:  I placed the
25    motion on there.  And if you want to make it more
```

Miami City Commission Meeting
February 14, 2019                    261

1    limited to the scope of it of what we're going to ask,

2    I have no problem.

3               CHAIR RUSSELL:  Who here would like a

4    task force created?

5               COMMISSIONER HARDEMON:  The first

6    thing --

7               COMMISSIONER CAROLLO:  You could do

8    both.

9               CHAIR RUSSELL:  One, two -- well --

10              COMMISSIONER CAROLLO:  You could do

11   both.

12              COMMISSIONER HARDEMON:  The first thing

13   that I would like to do is if there is an argument

14   that we can make for life safety issues in a space

15   where there's not a CU, that there should be a CU and

16   if there's a -- there is a CU that was obtained under

17   false pretenses -- because the bottom line is --

18              CHAIR RUSSELL:  Enforce.

19              COMMISSIONER HARDEMON:  You've to

20   enforce it.

21              CHAIR RUSSELL:  Absolutely.

22              COMMISSIONER HARDEMON:  So if that is

23   true, then I would like to direct our City Attorney

24   to -- to investigate that and come back and file a

25   motion or an injunction to keep them from moving

Miami City Commission Meeting
February 14, 2019                              262

 1    forward with that business so that the -- the March

 2    meeting before code enforcement board, whatever it may

 3    be, continues.

 4             But there is not a continuing violation

 5    because there is an issue.  Because what could

 6    happen -- what could happen, you could have a --

 7             MALE SPEAKER:  Fire.

 8             COMMISSIONER HARDEMON:  You could have a

 9    fire.  You could have a collapsing roof.

10             CHAIR RUSSELL:  Yes.

11             COMMISSIONER HARDEMON:  You could have

12    work that was done, albeit, professionally, it was

13    done illegally, so there was -- if you skirt the law

14    one way, maybe skirt it another way.  So there are a

15    number of things that could happen.  And -- and the

16    fact of the matter is, yes.  It is a life safety --

17    could it be a life safety issue, yes.  Is it a quality

18    of life issue for the residents around there?

19    Possibly.

20             If we don't know if that space is going

21    to be allowed to be the way it's going to be.  And the

22    bottom line is that we -- I mean, we have to hold

23    these businesses accountable.  And if we're not

24    holding them accountable and they're using our rules

25    against us, then we have to use our rules against

Miami City Commission Meeting
February 14, 2019                       263

```
 1   them.  So it's perfectly within our rules.
 2              So I would move that our City Attorney
 3   investigates whether or not there is a life safety
 4   argument for the CU for the above space and the below
 5   space that is -- that was not obtained through false
 6   pretenses.  And if there is a life safety argument
 7   that can be made where we could support an injunctive
 8   relief of ceasing this business to exist, or two
 9   businesses if there may be those, then we seek that
10   and, therefore, you come back --
11              CHAIR RUSSELL:  Is there a specific
12   address that you're talking about because --
13              COMMISSIONER REYES:  Yes, yes, the one
14   item that was shown.
15              CHAIR RUSSELL:  We saw many, many
16   pictures.  So --
17              MAYOR SUAREZ:  May I -- may I -- may I
18   ask something to --
19              COMMISSIONER HARDEMON:  Okay.  Yes, you
20   may, but let me --
21              CHAIR RUSSELL:  We have a motion.
22              COMMISSIONER HARDEMON:  -- finish.  I
23   want to get the address correct.  Mr. Carollo, can you
24   put the address on the record?
25              MS. MENDEZ:  We don't need the address
```

1  on the record.  I will just -- I will request it.  I

2  know -- I know which one it is.

3             COMMISSIONER REYES:  That's -- that's

4  what I wanted to -- not for this particular place, for

5  all places, every single -- every single.

6             COMMISSIONER HARDEMON:  I think the only

7  reason -- the only reason I don't want to go beyond

8  this place is because I've learned evidence on this

9  place.

10             COMMISSIONER REYES:  Okay.  (Inaudible)

11  but --

12             COMMISSIONER HARDEMON:  If we could get

13  relief on this place immediately --

14             COMMISSIONER REYES:  But -- but -- but

15  in the future, we have -- we have to -- we have to

16  legislate so any -- any -- any business that

17  represents a life-threatening issue should be

18  completely closed and (Inaudible).  Now, going back to

19  the task force or if we --

20             CHAIR RUSSELL:  We have a motion on the

21  floor.  So let me finish with this, please, and

22  then --

23             COMMISSIONER REYES:  Okay.  I second it.

24             COMMISSIONER CAROLLO:  In that motion,

25  Commissioner Hardemon, one of the things that the City

 1  Attorney is going to require -- and she can't do

 2  that -- she needs for the fire department and others

 3  to go inside that --

 4            COMMISSIONER REYES:  That's right.

 5            COMMISSIONER CAROLLO:  -- and see what's

 6  there, take pictures.  We need to go back to see,

 7  also, what plans were in file before.  Gee, I'm told

 8  they don't have any plans from before.

 9            CHAIR RUSSELL:  Well, we have a motion

10  and a second.  I certainly hope you're right.  The --

11  the affected business is not even here to defend

12  itself.  So if we are wrong, we have done a disservice

13  today.  But if we are right and there are life safety

14  issues, there's a motion.  There is a second.  Is

15  there any further discussion on the dais?  I'll --

16            COMMISSIONER CAROLLO:  Commissioner --

17            CHAIR RUSSELL:  I'll open it up to

18  comment from the public, please.

19            POLICE CHIEF:  By the way, Chair, if I

20  may --

21            CHAIR RUSSELL:  Yes, Chief.

22            POLICE CHIEF:  -- just quickly.  And I

23  was going to mention it before, and I thought we had

24  moved on.  I'll mention it now.  Just everyone be very

25  careful.  If you make a statement like, I was told

1  that this occurred or I know someone, you know, got

2  help in expediting or jumping in front of our anything

3  like that, that would be, in fact, corruption.  That

4  would be illegal.

5              Please, if you have -- and this is for

6  everyone.  If you have information and you don't want

7  to bring it to the police department, that's okay.  If

8  you -- but then it needs to go to FDLE, or it needs to

9  go to the FBI.  But it should not be discussed here in

10  this public forum if someone is saying that they have

11  information of illegal activity.  This is the only

12  warning that I would like to give because I keep

13  hearing things.  And it may be speculation, which is

14  different.

15             But if there is an allegation, or if

16  someone is claiming to have knowledge of, please,

17  let's remember that that needs to go to a proper

18  authority.  And if someone doesn't trust our internal

19  affairs, that's -- I'm okay with that.  I really am.

20  If there's a conflict, that's okay.  It needs to go

21  somewhere else.  But it should not be discussed in

22  this public forum.

23             COMMISSIONER CAROLLO:  That was the

24  motion that we need to go to FDLE to investigate at

25  the state level with a Grand Jury.

 1              CHAIR RUSSELL:  Comment from the public,

 2    please.  Two minutes.

 3              MR. BICHELLE:  Wow, and I thought code

 4    enforcement was interesting.  Frank Bichelle, formerly

 5    code enforcement board.  I'm just going to comment on

 6    the task force.  The only reason why I'm commenting on

 7    the task force is because I was part of that task

 8    force.  We did a lot of good work.  And actually, I've

 9    been telling some of the Commissioners for quite some

10    time that this is an idea that should have been done a

11    long time ago because we were very effective back

12    then.

13              The quality of life improved

14    tremendously.  In fact, in one raid, we arrested one

15    of the -- the terrorists that was involved in the 9/11

16    act in New York, which made, you know, obviously, the

17    national news.  The task force was started under Mayor

18    Carollo, and then it was expanded exponentially by

19    Mayor Diaz.  And I know because I was there.

20              This is a great idea.  I don't know

21    that -- and I can't tell you what to do, but my

22    opinion is 60 days is way too long, especially from

23    seeing all the things that I've --

24              CHAIR RUSSELL:  The item up for

25    discussion is actually not the task force but rather

1   the motion and the second on the floor with regard to

2   the specific business and the investigation and

3   potential --

4                MR. BICHELLE:  I'm sorry.  I thought you

5   said the task force.

6                CHAIR RUSSELL:  No.  The motion on the

7   floor --

8                MR. BICHELLE:  My apologies.

9                CHAIR RUSSELL:  -- has to do with if you

10  have to comment on the motion on the floor.  We may be

11  taking that one up right next.  Thank you very much.

12  Is there anyone from the public that would like to

13  speak on this?

14               MALE SPEAKER:  Wait, wait, wait.  The

15  lady -- the lady.

16               CHAIR RUSSELL:  One moment.  One moment,

17  please.  Grace Soleras.

18               MS. SOLERAS:  Grace Soleras.  What is

19  the specific motion that it being made?

20               CHAIR RUSSELL:  Commissioner Hardemon.

21               COMMISSIONER HARDEMON:  So the motion is

22  to direct the City Attorney to determine whether or

23  not she believes that there are any life safety issues

24  within the first and the second floor -- basically the

25  floors where there is or there is not a legal CU and

```
 1    if that CU was obtained, for instance, under false

 2    pretenses.  So --

 3                   MS. SOLERAS:  So it has nothing to do

 4    with the investigation by the Grand Jury.

 5                   COMMISSIONER HARDEMON:  No.

 6                   CHAIR RUSSELL:  No.

 7                   MS. SOLERAS:  No.

 8                   COMMISSIONER HARDEMON:  No, no.  It's

 9    basically just to determine whether or not there is a

10    life safety issue.  So if there is an ongoing business

11    that is there, that the business can cease to exist

12    until the -- the code enforcement board makes its

13    determination.  And they --

14                   COMMISSIONER REYES:  All businesses,

15    right?  All businesses?

16                   MS. SOLERAS:  But if there's already a

17    motion regarding the --

18                   COMMISSIONER REYES:  All businesses.

19                   MS. SOLERAS:  -- Grand Jury

20    investigation, I would like a friendly amendment to be

21    made to include every single elected official in the

22    City of Miami, not just the code enforcement people,

23    but everyone.

24                   CHAIR RUSSELL:  Thank you.  Again,

25    that's another -- that's another subject on the motion
```

Miami City Commission Meeting
February 14, 2019                    270

```
 1   on the floor.  We have a member of the public who

 2   would like to address who is going to take a deep

 3   breath and then take two minutes to address the body.

 4             MR. FULLER:  Do I have just two minutes?

 5             CHAIR RUSSELL:  Yes.

 6             MR. FULLER:  Okay.  Because I've been

 7   subjected to two hours of lies.  Okay.  And let me

 8   remind --

 9             COMMISSIONER CAROLLO:  Can we get a name

10   and address, please.

11             CHAIR RUSSELL:  Yes, of course.  Name,

12   please.

13             MR. FULLER:  Why don't you provide that

14   for me, sir.  You know what my name is.

15             CHAIR RUSSELL:  Please address through

16   the chair.

17             MR. FULLER:  Bill Fuller, 521 Southwest

18   8th Street.  In 1960, my uncle was executed in Cuba in

19   a sham trial that lasted 24 hours in front of his

20   mother, okay, when evidence was falsely provided.  You

21   gentlemen up here have been talking for the last half

22   an hour of shutting down my business, which represents

23   taxes, opportunity, employment in your district.  How

24   dare you, sir.  You know you've been targeting --

25             CHAIR RUSSELL:  Through the chair,
```

Miami City Commission Meeting
February 14, 2019                                    271

1   please.

2                   MR. FULLER:  You know that you have been

3   targeting my business.  Everybody in the City knows

4   you've been targeting my business.  You and this

5   gentleman, Frank Bichelle, were caught hiding in the

6   bushes behind Ball & Chain inciting my neighbors.

7   Sir, you have lied about being with a priest in the

8   middle of the night.  You are not well.  And

9   gentlemen, I know each and every one of you.  Please

10  do not make this decision to shut down this business.

11  Allow the due process to work itself out.  The

12  evidence he provided today was a lie.

13                  It is impossible in the City of Miami to

14  pull an electric service permit in one day.  That is

15  improbable.  That requires heavy lifting permits,

16  architecture fees and all of that.  He's somehow

17  suggesting that when he targeted me -- because I have

18  evidence -- and please let me remind everybody here

19  there is a federal case ongoing and the lies and the

20  unethics and everything -- and the crimes that this

21  man has committed will come out for everyone.  Please

22  do not go down this way because this is the way that

23  Cuba fell.  This is the way my uncle lost his life is

24  by people like this.  Please do not do it.

25                  Commissioner Gort, you have been a

1   champion of our district for years.  Please do not

2   allow this to happen.  My companies, my employees, and

3   my (Inaudible) culturales, the work that we have

4   blood, sweat, and tears, built that neighborhood.  How

5   dare you, sir, think that you have had any

6   contribution to that neighborhood.  You are -- you are

7   a shame.  You are a disgusting human being, and you

8   are not a representative of the Cuban people.  You are

9   not, sir.

10              CHAIR RUSSELL:  Two minutes.

11              COMMISSIONER CAROLLO:  And you are the

12  biggest fraud in the City of Miami.

13              MR. FULLER:  Sir, you are the fraud that

14  beats his wife.  Okay.  That is you, a wife beater.

15  Okay.

16              COMMISSIONER CAROLLO:  You're a fraud.

17              MR. FULLER:  Okay.  A wife beater.

18              CHAIR RUSSELL:  Please.

19              MR. FULLER:  You are a wife beater.

20              COMMISSIONER CAROLLO:  Give your actual

21  home address.  Where do you live --

22              CHAIR RUSSELL:  That's not required.

23              MR. FULLER:  That's irrelevant.

24              COMMISSIONER CAROLLO:  No, it is --

25              CHAIR RUSSELL:  Two minutes.

Miami City Commission Meeting
February 14, 2019                           273

```
 1              COMMISSIONER CAROLLO:  You know why?
 2   Because you committed voter fraud.
 3              MR. FULLER:  Oh, voter fraud?
 4              COMMISSIONER CAROLLO:  Yes, you did.
 5              CHAIR RUSSELL:  All right.  I've turned
 6   off the mic.
 7              COMMISSIONER CAROLLO:  And you've
 8   committed voter fraud.
 9              CHAIR RUSSELL:  Order, please.
10              MALE SPEAKER:  Mr. Fuller --
11              MS. MENDEZ:  Mr. Fuller --
12              COMMISSIONER CAROLLO:  -- just like you
13   committed fraud in the court.
14              MS. MENDEZ:  -- you have an attorney.
15   Go, go, please.  Please, you have an attorney.  All of
16   this is videotaped.  Just please, enough.
17              COMMISSIONER HARDEMON:  Mr. Fuller --
18   Mr. Fuller, you may or you may not answer this
19   question, right.  The accusation is that you lack a
20   CU, a proper CU for the space that's above you or that
21   is above the restaurant, the second floor space.  What
22   we've been talking about is everyone having a fair
23   shot at opening businesses and having established
24   business within the City of Miami.
25              The type of business that you own, if
```

1    it's legal, you know, I could care less.  I mean,

2    if -- whatever you're doing, if it's legal, if you

3    have proper permits for it, I could care less, right,

4    because what we care about is that everyone who visits

5    your facility is safe, right.  I will never want

6    anything to happen to anyone that visited your space,

7    never, right, because especially if -- if -- what

8    Commissioner Carollo is saying is right, especially

9    if, because then he's told us time and time again.

10              It's very difficult, right, when you

11   stand as a member of a jury, if you will, the way you

12   put it.  Because you have two sides to a story.  And

13   we have to decide, based off of the facts that are

14   presented to us, how we're moving forward.  And so

15   that's why the motion that I made was not necessarily

16   that what you have done is something wrong, but more

17   so I need our -- our City Attorney to investigate

18   whether or not she has good reason to believe that

19   what you're -- what is happening is a life safe ty

20   issue if, in fact, there is not a proper CU.

21              So I really want to ask you that

22   question, but I also don't want to put you in that

23   position, right.  So that's why the motion that I made

24   was regarding studying the fact to see if, there is,

25   in fact a CU.  And if there is not or if there is

1    dispute between that, that's fine.  That's why you're

2    going to the code enforcement board.  But if there is

3    a life safety issue, then -- if there's determined to

4    be so, then an injunction will have to come until that

5    trial occurs.

6                 COMMISSIONER CAROLLO:  Commissioner --

7    Commissioner --

8                 MR. FULLER:  Sir, I --

9                 CHAIR RUSSELL:  Please allow him to

10   respond to Commissioner Hardemon, and then --

11                MR. FULLER:  Sir, I have never had the

12   opportunity to speak with you.  I look forward to that

13   day to do that.  I can tell you that over the last

14   year, I have been unnecessarily burdened by injunctive

15   relief by the City on several properties that I've had

16   in an unprecedented manner, okay, one that the federal

17   jury will determine that has never been shown before,

18   the use of the force of the City Attorney's office

19   against me.  And I will be happy to show you that at

20   your pleasure, that information that I have at the --

21   of Mr. Carollo.

22                MS. MENDEZ:  All right.  Listen.  That's

23   it.  You represented --

24                MR. FULLER:  No, ma'am --

25                MS. MENDEZ:  No.  You're represented by

Miami City Commission Meeting
February 14, 2019                    276

```
 1    an attorney.  You shouldn't be here --
 2                    MR. FULLER:  No, I'm not.  I am here --
 3                    MS. MENDEZ:  -- talking.
 4                    MR. FULLER:  I am under -- I am under
 5    (Inaudible) Mexicano, LLC.
 6                    MS. MENDEZ:  Get out.
 7                    MR. FULLER:  I am not represented by an
 8    attorney.
 9                    MS. MENDEZ:  You should not -- you --
10                    MR. FULLER:  Ma'am, you are --
11                    MS. MENDEZ:  Yes, you are.  You're
12    represented by three attorneys --
13                    MR. FULLER:  Ma'am, you censor me.  You
14    censor every time --
15                    CHAIR RUSSELL:  Both sides.
16                    MS. MENDEZ:  -- in three different
17    cases.
18                    MR. FULLER:  -- I bring the facts, you
19    censor me.
20                    CHAIR RUSSELL:  Please.
21                    MS. MENDEZ:  And the City Attorney's
22    office has --
23                    CHAIR RUSSELL:  Please.
24                    MS. MENDEZ:  -- many times had
25    injunctive relief on several properties.
```

 1              MR. FULLER:  I (Inaudible) censor me.

 2    This is like Cuba in --

 3              CHAIR RUSSELL:  I stopped the mic.

 4              MS. MENDEZ:  No, you --

 5              CHAIR RUSSELL:  Just stop.

 6              COMMISSIONER CAROLLO:  Madam City

 7    Attorney -- Madam City Attorney, I want to make this

 8    simple for everybody so that everybody could be happy

 9    so that all the lies that Mr. Fuller says I'm making,

10    he could be happy and he could get rid of me like

11    this, just like this.

12              MR. FULLER:  Sir, don't (Inaudible).

13              CHAIR RUSSELL:  Please.

14              COMMISSIONER CAROLLO:  Commissioners,

15    this is what I'm going to offer all of you.  Okay.

16    The mayor wants me so much to go in his law firm so

17    they could pay for his home.  Mr. Fuller wants me so

18    much to go so he could keep business as usual and

19    doesn't have anyone that's going to give a damn.  Hey,

20    I'm only asking one thing.  I'll go.  I'm going to go

21    if -- after Mr. Fuller goes under oath and says that

22    he got all the proper permits for that second floor,

23    what he needed to do and that everything that he has

24    is in proper order.  If he proves that that's correct,

25    that I've lied in what I've shown, I'll resign

Miami City Commission Meeting
February 14, 2019                    278

1   immediately.

2                   MR. FULLER:  Sir -- (Inaudible.

3                   COMMISSIONER CAROLLO:  I'll resign

4   immediately.  Show -- please go -- go under oath,

5   raise your right hand.  Can somebody swear him in,

6   please.  The clerk.  Under oath, sir, under the

7   penalty of perjury --

8                   CHAIR RUSSELL:  This is not --

9                   Commissioner CAROLLO:  -- swear -- no,

10  no, no, no, no.

11                  CHAIR RUSSELL:  This is --

12                  MR. FULLER:  (Inaudible) dark cloud

13  (Inaudible).

14                  COMMISSIONER CAROLLO:  No, you won't do

15  it because you know you will then perjure yourself,

16  and you will go to jail.  But you know what, you've

17  perjured yourself already.  You perjured yourself in

18  federal court.  You committed fraud upon the Court,

19  sir.

20                  CHAIR RUSSELL:  I'm about to bring this

21  meeting to an adjournment.

22                  COMMISSIONER CAROLLO:  See, I --

23                  MALE SPEAKER:  Mr. Chairman --

24                  COMMISSIONER CAROLLO:  I --

25                  CHAIR RUSSELL:  And we do not have

1    resolution on many hours of work here.

2                  COMMISSIONER CAROLLO:  I am willing to

3    resign, but --

4                  CHAIR RUSSELL:  This is getting

5    ridiculous.

6                  COMMISSIONER CAROLLO:  No, it's not

7    getting ridiculous.

8                  CHAIR RUSSELL:  This is not our job in

9    this moment.

10                  COMMISSIONER CAROLLO:  He's come here,

11   accused me of lying.  I said, hey --

12                  CHAIR RUSSELL:  And you have responded.

13                  COMMISSIONER CAROLLO:  -- I -- I will.

14                  MR. FULLER:  (Inaudible)

15                  CHAIR RUSSELL:  Stop, please.  You've

16   had -- Mr. Fuller, you've had your time.  Please.

17   Mr. Fuller, you've had your time.  Now, this body is

18   going to discuss the motion on the floor.  We are

19   going to take a vote.  We are going to decide whether

20   or not we are going to make a task force, and then we

21   are going to be done for the day and have a happy

22   Valentine's Day.

23                  COMMISSIONER CAROLLO:  No, we have one

24   more item.

25                  CHAIR RUSSELL:  Yes, we do.  I almost

Miami City Commission Meeting
February 14, 2019                    280

 1   forgot.

 2                COMMISSIONER CAROLLO:  Possibly a few

 3   more things.

 4                CHAIR RUSSELL:  I almost forgot.  And

 5   then we'll have a happy Valentine's Day.

 6                COMMISSIONER CAROLLO:  You're not

 7   intimidating me, nor any of your thugs that follow

 8   me --

 9                CHAIR RUSSELL:  Mr. Fuller, please have

10   a seat.

11                COMMISSIONER CAROLLO:  -- scream at me.

12                MR. FULLER:  (Inaudible).

13                CHAIR RUSSELL:  Thank you very much,

14   Mr. Fuller.

15                All right.  We have a motion on the

16   floor.

17                COMMISSIONER HARDEMON:  Yeah, so in the

18   discussion regarding the motion, you know, I don't --

19   I don't know Mr. Fuller.  And this is not an

20   opportunity to convict him of anything.  I did not ask

21   him -- and of course, I thought of it -- to say under

22   oath whether or not he actually has a proper CU.

23                COMMISSIONER CAROLLO:  But if he was

24   saying the truth, he would have.  I would have.

25                COMMISSIONER HARDEMON:  Well --

1          CHAIR RUSSELL:  Commissioner.

2          COMMISSIONER HARDEMON:  -- he discussed

3    it.  He discussed it.  I also realize that if this

4    were a criminal courtroom, he doesn't have to answer

5    any questions.  It's up to his choice.  And his

6    nonanswer is -- should not be held against him.  So I

7    believe that.  I sincerely do believe that because

8    that's just how it should be.  But at the same time, I

9    don't know anything about any other injunction that

10   he's faced from the City of Miami.  Maybe they were

11   warranted.  Maybe they were not.  The only thing that

12   I'm here talking about is this one issue that's before

13   us right now.

14          I've seen people fight one against the

15   other, and I've seen people say some things that are

16   true, some -- not today, but I've seen people say some

17   things that are true, some things that are not true,

18   some things that are hurtful, and some things that

19   are -- are vengeful.  But today, you know, I've also

20   seen a Commissioner basically say, listen, I'll put

21   my -- my seat on this.  I've seen a Commissioner

22   emphatically believes and has researched thoroughly

23   the things that he's accusing.

24          And I can understand his frustration if

25   the Commissioner would be that frustrated by the lack

1    of action, I imagine what Mrs. Smith at 90 years old

2    feels when she lives across the street from something

3    that is occurring that should not -- is not being

4    addressed in a proper fashion.

5              So I know the feeling, Commissioner

6    Gort, when you say you're the Commissioner; why can't

7    you do anything about it, right.  Those are -- those

8    are -- those are questions that are very, very

9    difficult to answer when you're in a position of

10   authority.

11             And so that is why if there is anything

12   that is a life safety concern regarding those -- those

13   places that are looking to go before code enforcement

14   board very soon, which could be continued at some

15   date.  You know, it could not occur on the date that

16   it's scheduled for.  It could be continued for another

17   date and then is prolonged even further.  If these

18   things are occurring, then I feel at this juncture

19   where we are today that our City Attorney's office is

20   the one that should tell us how we should proceed if

21   there are -- well, we know how we want to proceed, but

22   if there are any life safety issues that would allow

23   us to proceed that way.

24             And so I think that that's the best

25   thing.  And the reason I have confidence in our City

1    Attorney's office is because she's a Florida barred

2    attorney, and so she has a standard that she must live

3    up to.  She has ethics that she must abide by that go

4    beyond what we have as elected officials and as

5    anybody who just holds any other professional license.

6    But I will tell you that even though she was a little

7    upset today, her advising Mr. Fuller to walk away was

8    in his best interest, not hers, right.

9                    It was a matter of respecting the fact

10   that he has an attorney that should speak on this --

11   on his -- for his -- on his -- for his beliefs of what

12   he wants to say and that she's protecting him from

13   putting things on the record that could be used

14   against him.  And that's a noble thing to do.

15                   And so if I have a City Attorney that's

16   willing to do that, then I believe I have a City

17   Attorney who is willing to look honestly into the

18   matters to determine whether or not we have any life

19   or possible life safety issues.  And she's only at

20   the -- she's really only at the -- the mercy, really,

21   of our firefighters, of our police -- so basically of

22   our professionals in the City of Miami.

23                   And we expect each and every one of them

24   to -- to act professionally, to give honest candid

25   opinions about what's happening in this area, and --

Miami City Commission Meeting
February 14, 2019                    284

1   and we have the enforcement mechanisms to deal with

2   that.  And I expect our City manager to ensure that

3   those sorts of things are done in earnest so that we

4   know how we move forward in this particular situation.

5   And I'll leave it at that.

6               CHAIR RUSSELL:  Thank you.  I -- I will

7   be voting no on the item simply because this has been

8   a bit one-sided.  We've seen a lot of pictures.  And I

9   do believe that the administration has all the

10  ammunition it needs now that they've seen this and

11  it's been brought to their attention to do everything

12  necessary without direction from us.  I do not believe

13  that this body should be used in the sense to either

14  attack individual businesses, and I certainly do not

15  believe this body should be attacking directly our own

16  directors.

17              I'm a little ashamed of us tonight.  I

18  believe we owe an apology to our -- to our new

19  director of code enforcement.  This has been a very

20  enlightening discussion, but I think it went south.

21  And I take responsibility for that as the chair.  But

22  there is a motion.  There is a second.  If there's no

23  further discussion, let's take a vote on the item.

24  Any further discussion?

25              COMMISSIONER REYES:  Yes, I want to make

 1   clear that, Commissioner Keon, I am very concerned

 2   about some businesses -- businesses and even homes

 3   that they have life-threatening issues, you see, that

 4   represent dangers.  And particularly, business we go

 5   and we cite them.  We cite them.  And the next day,

 6   they're open, you see.  The next day, they're open.

 7                And what I would like to do in this

 8   motion is to include all those businesses --

 9   businesses that they are cited, I mean, with -- with

10   issues that that could -- that are life-threatening

11   issues or that they are not safe, that they should not

12   open until they fix what they have been cited for

13   because we have -- we've been played, Commissioner.

14   We've been played.  I'm not being specific, any

15   businesses in specific.

16                I have that problem in my -- in my

17   neighborhood, that they come, and they cite it.  The

18   next day, they're open again.  They're cited again,

19   you see.  And that game has to stop if we want to keep

20   this -- some type of order in our City.  I mean, I

21   don't want it specifically to be any -- this business.

22   I want all businesses, I want to include all

23   businesses that they are cited for being unsafe.

24                COMMISSIONER HARDEMON:  Look, if there

25   are other businesses that face life-safety issues

Miami City Commission Meeting
February 14, 2019                    286

 1   where an injunctive relief was needed to keep them

 2   from operating then I have no problem with that.

 3                  COMMISSIONER REYES:  Yes.

 4                  COMMISSIONER HARDEMON:  I just want

 5   to -- I want to make you aware, though, that that

 6   expends the amount of manpower, work hours, et cetera,

 7   in order for the City Attorney to accomplish what

 8   we've discussed today.  But that's your friendly

 9   amendment.  You know, I don't have any issue with

10   accepting it.

11                  COMMISSIONER CAROLLO:  Commissioner, you

12   know the one thing that I -- I do have to bring up

13   that the people that are suffering the most with all

14   of this are the regular residents that own their home

15   in Little Havana.  And you know why?  So that they can

16   get back at me and try to turn voters and people

17   against me.  You got at least one inspector that's out

18   writing hundreds and hundreds of citations.

19                  All you've got to do is you could call

20   anonymously 311 and say that inside your home, you did

21   this, that, and the other.  And this guy will make

22   sure that someone goes there, even if there's no proof

23   like we're saying here, just because somebody calls,

24   they're given citations and notice to appear and

25   driving people batty.  And the most interesting thing

1    is that a lot of these that are being shown to me, the

2    time that they got a response, they're getting the

3    notice after the time expires.  So who are they going

4    to blame?  The district Commissioners.

5              One guy -- we talk about going after

6    somebody.  The poor guy, his only crime was that he

7    kept a Carollo sign too long.  Yeah, that's a code

8    violation, but he didn't get a code violation for the

9    sign.  A tree that had been knocked out by the

10   hurricane fully into his yard tore up the whole

11   sidewalk.  The sidewalk is still like that.  The City

12   hasn't repaired anything.

13             But, boy, one of his buddies in code

14   enforcement, the one that can't see anything that he

15   does wrong, was there, citing this guy and saying that

16   he cut that tree down without a permit.  Well, the

17   tree was dead.  It fell into his yard from the

18   hurricane.  What's the poor man going to do?  He's got

19   to cut it down.  So it cost him money to cut it down,

20   and they wanted to harass him and kill him in more

21   citations from the City.

22             And this is what I'm finding throughout

23   my district.  So when the manager sends all these

24   reports out of how good we're doing in code because we

25   have ex-amount of hundred of citations that have been

```
 1    written, they're not being written against characters
 2    like this.  They're being written against poor
 3    residents that can't defend themselves.  They don't
 4    have the money.  Elderly people that panic the minute
 5    they see this -- they think their homes are going to
 6    be taken away with all the stuff that's being put
 7    on -- on the citation violations that are being sent
 8    to them.  And for the most part, for nothing, for
 9    petty stuff.  These are the people that, yeah, we have
10    to be lenient with, and we have to help.
11              CHAIR RUSSELL:  It is important,
12    Commissioner.
13              COMMISSIONER CAROLLO:  But individuals
14    that have a history long before that I've gotten here
15    of doing the same thing time and time and time again,
16    and even employees of this City have stated to me how
17    they have been threatened that they're going to lose
18    their job because they were doing their job, no one
19    here -- and you heard the fire chief couldn't explain
20    it.  The code enforcement officer said, I would never
21    have done that.
22              The Tower Hotel, 2012.  I wasn't around
23    here.  I came here at the end of '17.  How in the
24    world in a place that was in that shape with pictures
25    that I didn't take that were taken by a City employee
```

 1   in a key position, how in the world can fire and code

 2   have given and signed off for a certificate of use

 3   when the place was totally dismantled inside?  And

 4   that kept going on.

 5            CHAIR RUSSELL:  Let's take this vote,

 6   gentlemen.

 7            COMMISSIONER CAROLLO:  And they've got

 8   the nerve to come here and --

 9            CHAIR RUSSELL:  We're getting off topic.

10            COMMISSIONER CAROLLO:  -- say that I'm a

11   liar?

12            CHAIR RUSSELL:  I know it's related.

13            COMMISSIONER CAROLLO:  But they don't

14   have the guts to put -- to put their hands up under

15   oath and say that in that location that we were

16   discussing that they have done everything by the law

17   and they've gotten all the permits.  And if that's

18   proven that he's gotten all the permits, everything is

19   hunky dory, man, I'd resign like this because I would

20   be wrong.

21            CHAIR RUSSELL:  All right.  I would like

22   to bring this to a vote.  Roll call, please.

23            THE CLERK:  Roll call.

24            CHAIR RUSSELL:  Do you remember who the

25   mover and seconder are?

Miami City Commission Meeting
February 14, 2019                     290

```
 1              COMMISSIONER GORT:  What are we voting

 2    on?

 3              THE CLERK:  Yes.  The mover was

 4    Commissioner Hardemon, seconded by Commissioner Reyes.

 5              COMMISSIONER HARDEMON:  He wants

 6    clarification as to what the vote is about.

 7              THE CLERK:  I would prefer to defer to

 8    Madam City Attorney as to the exact nature of the

 9    resolution that's being passed.  Madam City Attorney,

10    Commissioner Gort was just asking for a brief

11    description of the motion that they're voting on.

12              MS. MENDEZ:  A resolution directing the

13    City Attorney to file an injunction in circuit court

14    after there is investigation into the -- no?  Well,

15    then, if that's not what it is --

16              COMMISSIONER HARDEMON:  Should I --

17    should --

18              COMMISSIONER GORT:  Yes.

19              COMMISSIONER HARDEMON:  Do you want

20    to -- or would you like me?  Okay.  What I've

21    requested -- and then there was a friendly amendment

22    to the motion -- was for the City Attorney's office to

23    research whether or not there are life safety issues

24    regarding the properties that were described on the

25    record, the upstairs, downstairs where there's an
```

Miami City Commission Meeting
February 14, 2019                    291

1   allegation that there is not a CU or a CU exists, but

2   it is obtained under false pretenses.

3              And if there are life safety issues,

4   that there be injunction filed for -- that would cease

5   the operations of that -- of said businesses in those

6   locations.  Then the friendly amendment was that if

7   there are other businesses that have been cited for --

8   for the same sort of violations, that -- to research

9   those instances.  And if there are life safety issues

10  there, that we file for injunctive relief in those as

11  well.

12             COMMISSIONER REYES:  Until those --

13  those violations are fixed.

14             COMMISSIONER HARDEMON:  Right.  And

15  that's what happens at the code enforcement board.

16             CHAIR RUSSELL:  Are you the seconder,

17  Commissioner Reyes?

18             COMMISSIONER REYES:  Yes.

19             CHAIR RUSSELL:  Okay.  So --

20             MS. MENDEZ:  So, just so you know, it

21  was the inverse.  You said file an injunction if

22  the -- but same thing.

23             COMMISSIONER HARDEMON:  I want to make

24  it very clear because you said the inverse.  Basically

25  what we're saying, what I'm saying to you is that --

1    I'm not saying file an injunctive relief -- file for

2    injunctive relief immediately.  I'm not saying that.

3    I want you to research whether or not there is life

4    safety issues that are there.

5                    And if you believe that there are life

6    safety issues that are there, then we request that you

7    file for injunctive relief because you can potentially

8    have the loss of life or major safety issues in a

9    space where we do not have a valid CU.  I do not know

10   if the CU is valid.  I do not know if it was filed or

11   if it was obtained under false pretenses.  There is

12   just an allegation from someone who sits as a member

13   of this body, and I would expect them to operate with

14   extreme candor and not provide false information to

15   this body.

16                   And -- and it was bolstered further, his

17   veracity, by saying that he would resign from this

18   position if he's wrong, not if he's factual, but if

19   he's wrong.  And so, to me, when a man bolsters in

20   that fashion -- and I'm not determining whether or not

21   he's right or he's wrong, but whether or not he gets a

22   shot at determining if he's right or he's wrong, then

23   I'm going to listen to that.

24                   COMMISSIONER CAROLLO:  Well, what I

25   stated, Commissioner, for the record --

Miami City Commission Meeting
February 14, 2019                    293

```
 1              COMMISSIONER HARDEMON:  And the
 2   amendment -- the amendment is to apply that -- that --
 3   those -- the motion that I've stated to all entities
 4   within the City that have had the same sort of
 5   violation that are about to go basically before the
 6   code enforcement.
 7              COMMISSIONER CAROLLO:  What I stated,
 8   Commissioner, for the record, again, was that if this
 9   man would have gone under oath to state that he got
10   all his permits upstairs in the lounge --
11              COMMISSIONER HARDEMON:  (Inaudible)
12              COMMISSIONER CAROLLO:  -- and that
13   everything else that he had done was legal --
14              COMMISSIONER HARDEMON:  Right.
15              COMMISSIONER CAROLLO:  -- I would
16   resign.
17              COMMISSIONER HARDEMON:  Understood.
18              COMMISSIONER CAROLLO:  I feel very
19   comfortable, what was shown here was very clear.  Now,
20   you mentioned something about the CU.  Look, it's not
21   me.  I had nothing to do with this.  It was the police
22   department, the one that the chief got upset about or
23   something.  It was his police that came here and code
24   wrote a notice of violation for not having a CU for
25   illegal lounge.
```

```
 1              COMMISSIONER HARDEMON:  Understood.
 2              COMMISSIONER CAROLLO:  Along with the
 3    other stuff that I mentioned.  Now, the only question
 4    that I have for you in this resolution -- and I'm fine
 5    with what you have so far -- is how do you go about in
 6    two of the observations that I mentioned that are
 7    critical.  One is the parking situation, that by law,
 8    they have to have that parking open.  And that can't
 9    be closed.  Otherwise, they shouldn't be operating
10    without the proper parking required by the City.
11              Two, how are we going to deal with it if
12    this motion if you are -- the lack of permitting in
13    the second floor because no one -- I mean, this is the
14    mystery, the second floor, except for the pictures
15    that I showed, how it looks.  No one from the City
16    that I know of -- unless they're claiming otherwise,
17    has been up there to inspect that to see, actually,
18    what is there.
19              You know, I do have something -- but let
20    me take that back -- that I think is surprising.  I
21    think it was from fire and something that they were up
22    there at 9 -- September, October 2018.  But I would be
23    surprised if they were up there at that time.  But --
24              COMMISSIONER HARDEMON:  I've never --
25    and if someone knows better than I -- because I'm
```

1  going to say right now, I'm ignorant of this fact.

2  But I've never been anywhere where the fire marshal or

3  the police -- well, fire marshal, particularly, goes

4  to a business and doesn't have permission to be on

5  those premises.  So I'm saying it to say I could not

6  imagine that if the City is going to enforce its

7  rules, even if it was occupancy load, that someone

8  from the fire department would not have the ability to

9  visit a space.

10              COMMISSIONER CAROLLO:  Well --

11              COMMISSIONER HARDEMON:  So -- so, you

12  know --

13              COMMISSIONER CAROLLO:  Okay.

14              COMMISSIONER HARDEMON:  -- I'm not

15  trying to say this in a vacuum.  Can someone please

16  inform us of this?

17              CHAIR RUSSELL:  Chief.  Sorry.  I can

18  turn that back on.

19              MR. ZAHRALBAN:  Commissioner, we --

20  there's a couple issues that I need to discuss.  And I

21  apologize.  I don't want to drag this on any longer.

22  But there has been significant discussion relative to

23  life safety issues and the injunctive relief and

24  everything associated with it.  The one thing that I

25  need to make clear is it is within the authority of

Miami City Commission Meeting
February 14, 2019                                    296

1  the fire department.  It is within the authority of

2  the fire chief to shut down an occupancy if we

3  determine that life safety issues exist that cannot be

4  immediately corrected, and they are to a point that we

5  are uncomfortable with the environment.

6            COMMISSIONER HARDEMON:  Okay.

7            MR. ZAHRALBAN:  So we currently have the

8  ability to do that.

9            CHAIR RUSSELL:  You don't need direction

10  from this body to do that?

11            MR. ZAHRALBAN:  No, sir.  And even more

12  so, this body cannot prevent us from doing that.

13            CHAIR RUSSELL:  Right.

14            MR. ZAHRALBAN:  Okay.  So if I as the

15  fire chief or my fire marshal or anyone in my chain of

16  command is uncomfortable with the life safety

17  situation of an occupancy, we will shut that occupancy

18  down.  Now, we will in good faith work with the -- the

19  owner of the occupancy.

20            And, you know, if, let's say, their fire

21  alarm system is not working, malfunctioning, or not up

22  to code, we will potentially offer fire watch until

23  that is remedied.  So we do look at possible

24  alternative options in order to keep that business

25  open.  But if a true life safety issue exists, I don't

1    want anybody leaving today thinking that the fire

2    department either does or does not have the authority

3    to shut the business down.

4                    Now, that's a fine line.  What I cannot

5    allow is that we leverage that life safety authority

6    in other areas where there are -- the other areas are

7    more gray.  Do they have a CU?  Do they -- is the

8    intended use appropriate?  Those areas are more

9    administrative in nature that we need our City as a

10   whole to address.

11                   But we don't need the City to tell us

12   it's okay to shut a place down when a true life safety

13   issue exists.  And as a fire chief, I stay up at night

14   sometimes thinking about things like the Oakland,

15   California, fire, where 36 people died because it was

16   an unpermitted occupancy that did not have safety

17   measures in place and should not have been in

18   existence.  And for whatever reason, it was

19   overlooked, and 36 people lost their lives.

20                   That's what's important to us, not

21   everything else.  Although, we are 100 percent

22   committed to creating processes where we are all

23   speaking together and getting all of these businesses

24   to where they need to be, 100 percent committed.  But,

25   again, that is not the life safety issue.  The life

1  safety issue, today, tonight, tomorrow morning, if a

2  life safety issue exists that cannot be immediately

3  corrected, I as the fire chief and my fire marshal

4  will shut it down.

5          CHAIR RUSSELL:  Thank you, Chief.

6          COMMISSIONER HARDEMON:  Mr. Chairman.

7          CHAIR RUSSELL:  Of course.

8          COMMISSIONER HARDEMON:  So I don't want

9  to get into the details of particularly this location,

10  necessarily, right now.  But what I do -- what I would

11  like to know is, are you aware that if the fire

12  department, fire marshal or anyone from your direct

13  authority has visited this space to determine whether

14  or not there is a life safety issue?

15          MR. ZAHRALBAN:  We have visited the

16  space more than a couple of times.

17          COMMISSIONER HARDEMON:  Upstairs and

18  downstairs?

19          MR. ZAHRALBAN:  And I -- I believe

20  upstairs and downstairs.

21          COMMISSIONER HARDEMON:  But you're not

22  sure?

23          MR. ZAHRALBAN:  But I'm not positive.

24  And I do know that even -- even if we visited the

25  space and the CU or the occupancy was not necessarily

Miami City Commission Meeting
February 14, 2019                    299

1    its intended use --

2              COMMISSIONER HARDEMON:  No, I get that

3    part.

4              MR. ZAHRALBAN:  -- we would still

5    inspect life safety across the board and wouldn't

6    necessarily shut them down.  If there was a life

7    safety issue, we would immediately move to -- to close

8    that --

9              COMMISSIONER HARDEMON:  But at the end

10   of the day, what I'm concerned about is the life

11   safety issue.  Everything else, I believe, has to be

12   handled in accordance with the due process that is

13   guaranteed to any person, right, that is under the

14   authority of the City of Miami.  But if there is a

15   life safety issue -- and I'm sure that there is --

16   there are a number of different examples of life

17   safety issues -- I would imagine that this space -- I

18   would imagine.  I'm not always correct.

19             But in my thought, that this space would

20   be adequately built or designed or put together in a

21   way that does not cause life safety issues.  But --

22   but I can't be sure of that without anyone who can

23   professionally go in there and determine that.  So I

24   think it is imperative that if you have that authority

25   to go tonight, you do it because it's important

1    because I think it's going to help everyone understand

2    what's happening here.

3                And it doesn't take away from our City

4    Attorney and her determination.  I'm sure they

5    complement each other, what you're describing right

6    now, because you're looking from one perspective.  And

7    I don't know if there's any other perspective that is

8    necessary in her making that determination, but that's

9    not necessarily what I get paid to do.

10               And so I just want to give you an

11   opportunity, her an opportunity to do what we fear

12   most here.  And I get it.  I get why we don't want

13   businesses occurring -- I mean, businesses running

14   without licenses.  But if there -- if the law allows

15   them to move forward until they have a trial, if you

16   will, then -- or hearing, then that's what happens.

17   Unless -- if you told me unless the only remedy -- the

18   only issue is if there's a life safety issue.  If that

19   is the only reason, then -- and we can do that today,

20   then it's -- it's what needs to happen.

21               MR. ZAHRALBAN:  Yes, sir, understood.

22   And my deputy fire chief, my No. 2, who has served for

23   a period of time as our fire marshal, just informed

24   me, that, yes, he did confirm that we were upstairs as

25   part of the inspection process.  But we are not

 1  opposed to going back and looking again.

 2              COMMISSIONER CAROLLO:  Commissioner --

 3              CHAIR RUSSELL:  Thank you.

 4  Commissioner Carollo.

 5              COMMISSIONER CAROLLO:  Let me ask a

 6  question here.  How in the world can the fire

 7  department determine certain possible life-saving

 8  problems in any establishment, this one or any others,

 9  if they didn't go through the permitting process for

10  the City?  The fire department doesn't have electrical

11  experts, I don't believe.  You know, that's not their

12  forte.  So if a place has done all kinds of stuff

13  without -- on the electrical side alone without any

14  City permitting, fire department is not qualified to

15  determine if, hey, the wiring was done the right way

16  or whatever and stuff.  And this is the problem with

17  this particular place.

18              COMMISSIONER HARDEMON:  And

19  Commissioner, you may be right.  You may be right in

20  that because once you put drywall up --

21              COMMISSIONER CAROLLO:  Yeah.

22              COMMISSIONER HARDEMON:  -- it's very

23  difficult to determine what is behind it, right.

24              COMMISSIONER CAROLLO:  Yeah, exactly.

25              COMMISSIONER HARDEMON:  But --

           1              COMMISSIONER CAROLLO:  And you see the

           2    lights that are there.

           3              COMMISSIONER HARDEMON:  But if we don't

           4    have the authority to do as you described, what you've

           5    highlighted is an issue with our authority.

           6              COMMISSIONER CAROLLO:  No, no.  I'm just

           7    bringing up, you know --

           8              COMMISSIONER HARDEMON:  Fact.

           9              COMMISSIONER CAROLLO:  -- the fact.  I'm

          10    not saying anything more.  I'm just bringing up that

          11    fact.

          12              COMMISSIONER HARDEMON:  They may come

          13    back with there is no life safety issue, and that's

          14    fine, right.  At least it lets us know that part.  And

          15    then from there, it's a matter of addressing all the

          16    other concerns that you brought up regarding their

          17    property.  I'm not taking this lightly.  I take both

          18    sides very seriously about what's occurring here.

          19    There has to be a resolution to this.  And whatever it

          20    is, I want it to be proper.

          21              Look, I'm -- I don't have much of the

          22    experience that many of my counterparts have on this

          23    dais with other countries, with takings, with things

          24    of that nature.  My experience has been very

          25    different.  And the people that I -- that look like

 1   me, our experiences have been different.  And that

 2   doesn't make one greater than the other.  But they are

 3   equally atrocious.  And all I'm saying to you is that

 4   when it comes to business -- I mean, I would love to

 5   see businesses open in my neighborhood.

 6                COMMISSIONER CAROLLO:  Sure.

 7                COMMISSIONER HARDEMON:  West of

 8   7th Avenue --

 9                (Applause)

10                COMMISSIONER HARDEMON:  Please.

11                CHAIR RUSSELL:  Please.

12                COMMISSIONER HARDEMON:  West of

13   7th Avenue, I don't have a place today that I can

14   stop, and I can have a drink, that the people who live

15   in my neighborhood can sit down, order a meal, and

16   have an alcoholic beverage to -- to rest their nerves.

17   We don't have that.  You can go from 7th Avenue, from

18   40 -- from 41st Street, all the way north to almost

19   79th Street and not have that experience from

20   7th Avenue all the way to maybe even 27th Avenue.

21                You know, and that's -- that is a real

22   issue for a big part of my neighborhood.  But at the

23   same time, in our government, with our office, we've

24   aided a business that had a legal -- that was really

25   operating illegally and brought them into compliance.

 1    And now they're going to be the first place that

 2    offers that sort of service to our neighborhood

 3    because we want people to come visit.  We want people

 4    to move in.  We want these things to happen.

 5                 But we want it to be done the right way.

 6    And so what I'm saying to you is that, yes, I love the

 7    fact that there is an investment in that neighborhood,

 8    and I would love to see investment in my neighborhood.

 9    But I also want it to be according to the law.  I

10    don't want people to violate the law.  I don't want

11    people to -- to -- to corrupt public officials in

12    order to have that law.  I don't want -- I don't want

13    any of these things.

14                 But I also want to give people the fair

15    opportunity to determine whether or not -- because

16    somebody knows, even if -- you know, if the business

17    owner is -- has done things wrongly, he knows.  He

18    knows.  And if eventually, it -- it should come to

19    light.  But what I don't want to do is -- is do it in

20    a fashion where now we're being accused of doing

21    something outside of the law.  Let's not muddy our

22    waters like that.

23                 COMMISSIONER CAROLLO:  I -- look, I -- I

24    hear everything you said, Commissioner.  And I

25    understand that.  But I -- I want you to understand

Miami City Commission Meeting
February 14, 2019                              305

1   that this has been going on with the same group of

2   people for many years before I got here.  And it still

3   is going on.  It's nonstop.  This is part of doing

4   business with them the cheap way, the quick way, not

5   following laws.  And now, they know that more than

6   ever, you know, they've got nothing to worry about.

7              CHAIR RUSSELL:  All right.  Roll call

8   vote, please.

9              THE CLERK:  Roll call,

10  Commissioner Carollo.

11             COMMISSIONER CAROLLO:  Yes.

12             THE CLERK:  Vice Chair Gort.

13             COMMISSIONER GORT:  Yes.

14             THE CLERK:  Commissioner Reyes.

15             COMMISSIONER REYES:  Yes.

16             THE CLERK:  Commissioner Hardemon.

17             COMMISSIONER HARDEMON:  For.

18             THE CLERK:  Chair Russell.

19             CHAIR RUSSELL:  No.

20             THE CLERK:  The ordinance passes four,

21  one.

22             CHAIR RUSSELL:  Thank you very much.

23             THE CLERK:  The motion passes four, one.

24             MS. MENDEZ:  Resolution.

25             THE CLERK:  Resolution.

1             MAYOR SUAREZ:  Mr. --

2             (Multiple Speakers)

3             COMMISSIONER CAROLLO:  On the other

4    resolution that I place, would you care to narrow that

5    down to as narrow as you would like to go?

6             COMMISSIONER HARDEMON:  I would like --

7    I want -- if, in fact -- let me see how I can put

8    this.  This motion that you have, that we talked about

9    narrowing goes -- it casts a wider net than just the

10   business owner.  It goes into, really, what's really

11   been described as coconspirators in making this occur.

12            But I want to know -- I want -- I really

13   want to go through the -- the process with regard to

14   code enforcement and learn more before we go this far.

15   That's -- that's where I am.  You know, and I'll tell

16   you, if there -- if someone -- because I'll tell you

17   how easy it is -- I'll tell you how easy it is to be

18   accused of a crime.

19            COMMISSIONER CAROLLO:  Oh, it's real

20   easy.  That's what they've been trying to do with me

21   every day.

22            COMMISSIONER HARDEMON:  He -- he --

23   right.  He did it.  That's how easy it is.

24            COMMISSIONER CAROLLO:  Sure.

25            COMMISSIONER HARDEMON:  And when you

Miami City Commission Meeting
February 14, 2019                    307

```
 1    accuse someone of something, the ramifications from

 2    that go far beyond what people readily conceive.

 3    There are people that I've represented, there are

 4    people that I love, there are people that I know that

 5    have been accused of things.  And it cost them their

 6    livelihood.  It cost them their home.  It cost them

 7    their marriage.  It cost them their reputation.  It

 8    cost them so much.

 9              And so, you know, a resolution from this

10    board regarding an issue like that makes me take a

11    step back.  I don't believe that this -- if there are

12    facts that are there that were put on the record by

13    our chief that exists that can be directed to

14    authorities without the permission of this board, I'm

15    sure that can occur; and that is -- that it what it

16    is.  But I will tell you that I am not a prosecutor.

17    And I probably will never be, probably.

18              However -- I don't want to be a judge.

19    But I know that any time you walk down that line, it

20    is a very -- a thing you should take very seriously.

21    And I do that.  And I respect that.  I really do

22    respect that.  Because you know -- you've been around

23    for a very long time.  You know me.  You know my

24    family.  You know good, bad, and ugly, right.

25              And when I first became -- when I
```

1    attempted to become a Commissioner, they didn't talk

2    about Keon Hardemon.  They used other names that were

3    much older than me and described how they were

4    wrongdoers, and they were merely accused of things

5    that they were never found guilty of.

6              And where I'm from, where I'm from, if

7    you get touched by a federal authority, for instance,

8    that gives you no discovery, that gives you no

9    deposition, that you gives you no time for preparation

10   for trial and you beat that federal prosecutor in

11   court, you're more than an innocent man, right.  And

12   so I don't ever want to put people in that position

13   haphazardly.  And so if there's -- if there's facts

14   that -- and I was -- and even more so, even when --

15   and I'll give you a little bit more about me.

16             When the police department has press

17   conferences, et cetera, when they've nabbed a bad guy

18   or they've -- they've kicked in some doors and pulled

19   guys out and you've arrested this person and arrested

20   that person, I don't come to those because that's not

21   the -- that's not the face that I want of mine in the

22   community because that's not my job.  That's his job.

23             And so I don't want to boast any

24   celebrity of myself through other people's pain and

25   other people's suffering, even if they're probably

1   guilty.  So that's not what I'm here for.  I don't

2   want to be necessarily a part of that.  But if there

3   is something that is wrong that is occurring, then

4   it's our -- it's our duty to ensure through the police

5   department, through our investigators, through all the

6   avenues that we have that something happens about it.

7   But I take it very seriously.  And that's -- that's my

8   reservation with this motion, with this motion that

9   you put before us.

10          CHAIR RUSSELL:  To bring forward a task

11  force, do you need a direction of the body?  Do you

12  need a vote?  We're asking for something to come back

13  at the next meeting that we can vote on.  Is that

14  sufficient?

15          MS. MENDEZ:  It would have to be a

16  resolution at the next meeting to establish --

17          COMMISSIONER REYES:  Establish.  And

18  then the powers -- I want to have the power to

19  investigate.  And the members could be -- I mean, must

20  be appointed by this body.  And we will have the

21  opportunity to nominate or appoint a person that is

22  knowledgeable in investigation, knowledgeable in -- in

23  code enforcement, knowledgeable in many -- architects

24  and all of that.

25          And one thing that I want to find out,

Miami City Commission Meeting
February 14, 2019                           310

1    it is if there is a disconnect between the departments

2    and why sometimes our code enforcement doesn't work.

3    We have to determine the reason for it.  So that way,

4    we'll become more efficient, and we will do away with

5    anything that is improper.

6                   MS. MENDEZ:  And if this resolution -- I

7    mean, if this directive is going to pass to bring it

8    back, is there a potential for this to come back on

9    the March 1 -- the first meeting in March agenda

10   because of the --

11                  CHAIR RUSSELL:  It could easily come

12   back on the 28th.  It's not very difficult, I don't

13   think.

14                  MS. MENDEZ:  Right.  Well, we have to --

15   if you want to -- if we're creating a committee with

16   its powers, authorities, how to appoint, all that, we

17   have to put -- we have to put all that in a reso.  I

18   mean, we could draft it.  That's fine.  But I --

19                  CHAIR RUSSELL:  If you can have it ready

20   for the next meeting, that would be great.  I don't

21   think it's terribly complicated.  In addition to the

22   five appointed commission members, I would recommend

23   two more being the -- the code compliance director as

24   well as the mayor.  That's a seven-person task force,

25   a 60-day effort.

Miami City Commission Meeting
February 14, 2019                    311

```
 1            COMMISSIONER HARDEMON:  And
 2  Commissioner Carollo, whatever my appointment is, you
 3  can have it.  You can -- you can select my
 4  appointment.
 5            COMMISSIONER CAROLLO:  Well, I
 6  appreciate it, but I think we should only have six
 7  individuals to the task force.  Each of us will name
 8  one.  The mayor will name Mr. Fuller, so that, you
 9  know, will be fine.  And it should be six, each --
10  like I said, elected official gets to name one.
11  The -- all respect to my colleague.  I made my point
12  with the code enforcement director.  Very nice lady.
13  But if we want attorneys, then let's get attorneys
14  that have an expertise in this area.
15            COMMISSIONER REYES:  And another thing
16  that I want -- I want to thank you,
17  Commissioner Carollo, because this -- the problem with
18  code enforcement is not a monopoly of your district,
19  only.  All of us -- all of us have this problem.  And
20  by you bringing it out, I think that we can take the
21  right steps into correcting this problem.
22            COMMISSIONER CAROLLO:  As I stated
23  before, some of the complaints that I've gotten are
24  from some of your districts.  And I stated here, the
25  type of complaints.  But --
```

```
 1              CHAIR RUSSELL:  But Commissioner Gort.
 2              COMMISSIONER CAROLLO:  You know, my
 3   biggest responsibility, even though I have a
 4   responsibility Citywide, is to my district.  And I'm
 5   not going to start getting involved in anybody's
 6   district --
 7              CHAIR RUSSELL:  Commissioner Gort.
 8              COMMISSIONER CAROLLO:  -- when I've got
 9   a handful in mine.
10              COMMISSIONER GORT:  Let me tell you what
11   I'd like to see.  I would like to see the -- the law
12   department try to come up with an idea.  They're
13   working very hard to try to expedite.  People have
14   been fined or people have been given citation.  But
15   they continue to do the wrong thing, even though they
16   have citation.  We've got to find a way to stop those
17   things because that's the biggest complaint we get.
18              We get a complaint from someone over
19   establishment that is doing the wrong thing.  And just
20   because of due process, they continue to do it.  And
21   somehow, we've got to find ways how to stop those
22   things.
23              COMMISSIONER CAROLLO:  Commissioner --
24              COMMISSIONER GORT:  I know we've worked
25   on it.  We changed the CUs.  We changed the BTR.  We
```

1  made a lot of changes to make it more --

2              COMMISSIONER CAROLLO:  I think you're

3  right, and I will support you in that.

4              (Multiple Speakers)

5              MALE SPEAKER:  Mr. Chair --

6              COMMISSIONER CAROLLO:  It was the City

7  ordinance that put teeth --

8              COMMISSIONER GORT:  That's right --

9              COMMISSIONER CAROLLO:  -- in -- into

10  (Inaudible).  If someone gets caught after a third

11  time, you know, do not pass go, do not collect 200.

12              MALE SPEAKER:  Commissioner --

13              CHAIR RUSSELL:  Commissioner Reyes.

14              COMMISSIONER CAROLLO:  There has to be

15  seriousness to --

16              COMMISSIONER REYES:  I want to make a

17  motion to form -- by next meeting to bring the -- I

18  mean, a task force -- try to form a task force and --

19  and -- and the City Attorney tried to present a

20  resolution for the forming of a task force with the

21  different authorities that was expressed here that

22  would have some teeth and will recommend some --

23  whatever recommendations they make, then we will adopt

24  it.

25              CHAIR RUSSELL:  Seconded by the chair.

Miami City Commission Meeting
February 14, 2019                        314

```
 1   We did have some differences of opinion.  We'll work
 2   that out when we have to vote on it at the --
 3                COMMISSIONER REYES:  Yes, sir.
 4                CHAIR RUSSELL:  Do you need a sponsor
 5   for the item?  No.  There's direction.  You're saying
 6   yes.
 7                MS. MENDEZ:  We thought it was the City
 8   Commission for the task force --
 9                CHAIR RUSSELL:  Perfect, perfect.
10                MS. MENDEZ:  -- for now.  Okay.  And
11   then the second one that Commissioners Gort and
12   Carollo talked about, we'll start working on as well.
13                COMMISSIONER CAROLLO:  Thank you.
14                CHAIR RUSSELL:  Thank you.
15                There is a motion and a second.  Any --
16   I'd like to open the floor for public comment.  Anyone
17   like to comment on the concept of the task force?
18   Seeing no one, I'll close the public comment.  Any
19   further comment from the dais?  All in favor of the
20   item, say aye.
21                (Aye)
22                CHAIR RUSSELL:  Any opposed?  Motion
23   passes.
24                Commissioner Carollo.
25                COMMISSIONER CAROLLO:  Boy, don't hit
```

Miami City Commission Meeting
February 14, 2019                              315

```
 1   that that hard.  Something fell down here.  I don't
 2   know.
 3                 CHAIR RUSSELL:  It's a big gavel.
 4                 COMMISSIONER CAROLLO:  Yeah.
 5                 CHAIR RUSSELL:  Can we table our -- can
 6   we table our final discussion item for a
 7   non-Valentine's Day.
 8                 COMMISSIONER CAROLLO:  Well, I've got a
 9   quick resolution that was passed early this morning on
10   it.  And then the rest of it, I'll table it for the
11   next meeting or defer it to the next meeting.  But
12   this resolution is important.  And particularly, that
13   we need people that are savvy in Tallahassee and have
14   been working with us already.
15                 COMMISSIONER HARDEMON:  If you would
16   allow me to interrupt you for one second --
17                 COMMISSIONER CAROLLO:  Sure.
18                 COMMISSIONER HARDEMON:  -- through the
19   chair, please.  I -- this was a copy of that
20   resolution.
21                 COMMISSIONER CAROLLO:  Yeah.
22                 COMMISSIONER HARDEMON:  There's a copy
23   of your resolution that was passed out.  And -- well,
24   yeah, so there's a copy of the resolution that was
25   passed out --
```

 1              COMMISSIONER CAROLLO:  This morning.

 2              COMMISSIONER HARDEMON:  -- in

 3   preparation for the motion that you are attempting to

 4   make.

 5              COMMISSIONER CAROLLO:  Right.

 6              COMMISSIONER HARDEMON:  Now, in -- in

 7   regard to the motion that you had, I had a

 8   conversation with our manager, so I didn't speak to

 9   you about it, so you have no -- no way of knowing --

10              (Multiple Speakers)

11              COMMISSIONER CAROLLO:  You couldn't

12   speak to me about it.

13              COMMISSIONER HARDEMON:  -- that would be

14   a violation of the Sunshine Law.

15              COMMISSIONER CAROLLO:  Yeah, you

16   couldn't speak to me about it.

17              COMMISSIONER HARDEMON:  Right.  So --

18   and so I had a conversation with our City manager.  I

19   do not know if the City manager had an opportunity to

20   really talk to you about it.

21              COMMISSIONER CAROLLO:  No.

22              COMMISSIONER HARDEMON:  And so I would

23   suggest -- and maybe if -- you know, I would suggest

24   that you have a conversation with the manager or his

25   designee or whoever it is and determine whether or not

Miami City Commission Meeting
February 14, 2019                                317

1  you will need to have this motion moved forward.

2              So if you could, Mr. Chair, if we could

3  have a five-minute break to allow you to talk to him?

4              COMMISSIONER CAROLLO:  Let me just say

5  this on the record for a second before we do that.  I

6  believe very strongly -- this is how I was before when

7  I was around.  And the last few years is when I hear a

8  change.  This falls right on this commission.  It is

9  the responsibility of this commission and the right of

10 this commission to be the ones that name whom our

11 lobbyists are going to be in Tallahassee.

12             And I was appalled when I tried to call

13 up our lobbyist to find out about certain laws so we

14 can move them forward in Tallahassee, and they told me

15 they didn't work for us anymore.  At no time did the

16 manager get ahold of me.  I asked my officer, any

17 memos that were sent or anything that these people

18 were dismissed?  And furthermore, I do not like the

19 idea of choosing whether it is a lobbyist or other

20 groups like this without putting it out for what we

21 usually call a request for proposal.

22             In this case, they're probably an RFLI.

23 We need to do that.  You know, we keep talking about

24 transparency.  Well, what transparency is there that

25 individuals are taken out, Commissioners don't even

1    know about it, and nothing is put out so that

2    everybody can have a shot at it?  And then, for this

3    commission to decide which of the ones that we think

4    are best qualified?

5                    CHAIR RUSSELL:  And this is part --

6    speaking of transparency, this is why I have an issue

7    with some pocket items.  Right now, the world of the

8    public have no idea what we are talking about because

9    we are the only ones who have just received this

10   today.  And this has to do with our lobbying teams and

11   whose responsibility it is to choose them.  I would

12   just like clarification from the administration or the

13   City Attorney's office under our code and charter

14   whose responsibility it is to -- to select and hire

15   our lobbying team.

16                   MS. MENDEZ:  The -- the manager has the

17   authority to hire, based on our code, has the

18   authority to hire the team.  And that's what he did.

19   However --

20                   COMMISSIONER HARDEMON:  Is it because --

21   is it a spending cap?

22                   MS. MENDEZ:  The amount, yeah.

23                   COMMISSIONER HARDEMON:  Right.

24                   MS. MENDEZ:  Based on the amount.

25                   COMMISSIONER HARDEMON:  So make that

Miami City Commission Meeting
February 14, 2019                    319

 1   statement, please, because that's the part that --
 2                CHAIR RUSSELL:  If it's above the cap,
 3   it would have to come to us.
 4                COMMISSIONER HARDEMON:  Exactly.  So
 5   what happens is -- and I want to make this very clear,
 6   that there are -- there are expenditures that the City
 7   manager is allowed to make within his purview without
 8   asking for permission from this board.
 9                CHAIR RUSSELL:  Correct.
10                COMMISSIONER HARDEMON:  And the
11   managers -- not only this manager, but all managers
12   before have exercised that authority.  And so as I
13   understand, regarding these sorts of issues, there are
14   a number of different firms that were eligible -- that
15   are eligible, of course.  And the spending amount was
16   below -- well below the cap for each of those firms.
17   And so part of the discussion that I had with the City
18   manager is regarding just that and whether or not
19   other people can be added that meet the guidelines,
20   the law, the legal permission that he has to use and
21   exercise.  And so, you know, that was part of what my
22   discussion with --
23                COMMISSIONER CAROLLO:  And I need that.
24   And Madam City Attorney, I agree with you.  This is
25   not a question of whether the manager has the

  1    procurement right because the way it was broken up is,

  2    you know, no more than 25,000.  That's not at issue.

  3    The issue -- and I don't think you answered that --

  4    does this commission have a right, like I see most

  5    cities, like it was before, to be the ones that decide

  6    who we want to --

  7               COMMISSIONER HARDEMON:  Absolutely.

  8               CHAIR RUSSELL:  Yes.

  9               COMMISSIONER CAROLLO:  -- to be --

 10               MS. MENDEZ:  Right.

 11               COMMISSIONER CAROLLO:  -- our lobbyists.

 12               (Multiple Speakers)

 13               CHAIR RUSSELL:  Mr. Manager.

 14               COMMISSIONER REYES:  It is very

 15    important.

 16               MS. MENDEZ:  Of course.

 17               COMMISSIONER REYES:  It is important for

 18    us to pick the right person.  It's very important.

 19               MR. GONZALEZ:  If I may.  Thank you,

 20    sir.  The law firm -- or the lobbyist that you're

 21    talking about, Commissioner Carollo, they were not

 22    fired.  Their contract expired, and we did not

 23    continue that contract.

 24               COMMISSIONER CAROLLO:  Emilio, in

 25    essence --

Miami City Commission Meeting
February 14, 2019                              321

```
 1                MR. GONZALEZ:  No.  If I may --
 2                COMMISSIONER CAROLLO:  That is a firing.
 3                MR. GONZALEZ:  If I may, sir.  I have
 4    spoken with them.  We have some changing dynamics at
 5    the state level.  We have changing dynamics at the
 6    federal level.  Nobody is guaranteed or entitled to
 7    represent the City by right.
 8                COMMISSIONER CAROLLO:  That's right.  I
 9    agree.
10                MR. GONZALEZ:  So I made a decision that
11    I would move in a -- by the way, we used to have three
12    lobbying firms -- now we only have two -- and hire a
13    firm that has decades of expertise, that has an
14    ability to, I believe, deliver for us in what are
15    going to be turbulent times across the state.  And I
16    did it within our -- my ability to -- or the amount of
17    money that we could spend.
18                Now, to Commissioner Hardemon's point,
19    what I don't want to do because I think it would be
20    detrimental to the City of Miami and everything that
21    we need from our state, is to fire a firm right now.
22    But if it is -- if it is your wish, I will be happy to
23    accommodate this firm, Becker & Poliakoff.  I will
24    hire them as a third firm.  And then we'll give them
25    something to do.  Next year, what I will gladly do is
```

Miami City Commission Meeting
February 14, 2019                                  322

1    put out an RFQ.  We could have seven or eight firms.

2    And then it could be represented to this body, and

3    this body could pick one, two, or three firms to

4    represent the City of Miami.  But I genuinely believe

5    that to tell the people that we have engaged now to

6    stop what you're doing will be detrimental to the City

7    of Miami.

8                    CHAIR RUSSELL:  I agree with you.

9                    COMMISSIONER REYES:  I have to agree

10   with you.

11                   CHAIR RUSSELL:  Please, please, please.

12   Gentlemen, through the chair.

13                   COMMISSIONER REYES:  Through the chair.

14                   CHAIR RUSSELL:  Please.

15                   COMMISSIONER REYES:  Through the chair.

16                   CHAIR RUSSELL:  Mr. Manager --

17                   MR. GONZALEZ:  Yes, sir.

18                   CHAIR RUSSELL:  So you're open to

19   bringing on a third.  You don't need additional

20   funding approval from us to do so because you can give

21   them a separate assign --

22                   MR. GONZALEZ:  I can probably find

23   money --

24                   CHAIR RUSSELL:  -- within the -- within

25   the --

Miami City Commission Meeting
February 14, 2019                              323

```
 1                 MR. GONZALEZ:  -- account somewhere,
 2     yes, sir.
 3                 CHAIR RUSSELL:  Is that a sufficient
 4     compromise?
 5                 COMMISSIONER CAROLLO:  Well, it's --
 6     what it is is a request for RFLI, request for letters
 7     of interest, that we need to put out.
 8                 MR. GONZALEZ:  And sir, we'd be happy to
 9     do that.  But I would rather not do it now when we've
10     already started session.
11                 CHAIR RUSSELL:  We're in the middle of
12     session.
13                 COMMISSIONER CAROLLO:  Okay.  How long
14     ago did you hire this firm?
15                 MR. GONZALEZ:  I want to say maybe --
16     maybe December or so, January, no, maybe December.
17                 COMMISSIONER CAROLLO:  I'm willing to go
18     with a compromise, then, as long as the minute that
19     this session is over, the very minute that it's over,
20     the next day, we put a request for letters of
21     interest.  And we are the ones who are elected by the
22     public.  You want to be elected, you've got to run.
23     We are the ones -- and you look at this throughout
24     commissions, councils around wherever you want to
25     look.  That's how it's done.
```

Miami City Commission Meeting
February 14, 2019                              324

```
 1                  It's the elected body that hires their
 2      lobbyist.  But I don't want to do it either based upon
 3      I like this guy or that guy or -- I want to do it to
 4      an open process that everybody can put in what their
 5      qualifications is, what they could do for us, show us
 6      what they've accomplished.
 7                  MR. GONZALEZ:  Sir -- sir, I'm not
 8      questioning your legitimacy.  What I'm saying is I
 9      have followed standing practice from previous City
10      managers.
11                  COMMISSIONER CAROLLO:  And I'm not --
12                  MR. GONZALEZ:  This is how they
13      conducted business, and I've followed suit.
14                  COMMISSIONER CAROLLO:  And I'm not
15      denying that.  I stated that before, that since I've
16      been gone, in the last few years, that has been
17      happening.  But what I also stated was that at no
18      time -- my God, did you come to any of us that I know
19      of, certainly not my office, speak to us about it,
20      send us any information on it?  And that's the problem
21      that I'm having.  Okay.  So that's a compromise.
22                  Because, look, Becker Poliakoff -- let
23      me be clear.  While I know some people there, you
24      probably know more people there than I do.  They,
25      certainly, if anybody has any questions were not
```

1    friendly towards me.  They had other people that they

2    liked much more than me.  So this is not a question

3    that I'm trying to get somebody in there that's

4    friendly towards me.

5              MR. GONZALEZ:  Sir, it's a very

6    professional firm.

7              COMMISSIONER CAROLLO:  It is.  It is.

8              MR. GONZALEZ:  To your point, I know

9    people there from the chairman on down.  I have spoken

10   to them.  There may be an opportunity for this

11   conversation to bring them back.  But, again, I had to

12   make a business decision based on a firm that I

13   thought could deliver the most for the residents of

14   Miami.

15             COMMISSIONER CAROLLO:  But it was --

16             MR. GONZALEZ:  And I accept your

17   compromise, sir.  As I mentioned, I'm happy to do --

18             COMMISSIONER CAROLLO:  But --

19             MR. GONZALEZ:  An RFI.

20             COMMISSIONER CAROLLO:  That's fine.  But

21   I want to put on the record that it's a business

22   decision that should have been up to this commission,

23   not just up to you.  And I want to establish that

24   because I'm seeing too many business decisions, too

25   many other decisions, that are being made by you

1  without the knowledge of this commission or that they

2  should go through us first or at least each of us

3  should be consulted.

4            MR. GONZALEZ:  If this --

5            COMMISSIONER CAROLLO:  Or at least

6  advised.

7            MR. GONZALEZ:  Sir, if it's the will of

8  this commission, we will gladly change our procedures

9  to accommodate more firms.  We'll do an RFI at that

10  point.  But, again, my point here is that I don't

11  believe -- first of all, thank you for your

12  compromise.  And I don't believe that firing anybody

13  at this point will be protective.

14            CHAIR RUSSELL:  Commissioner Reyes.

15            COMMISSIONER REYES:  Through the chair,

16  through the chair, this is not -- this is not about

17  Poliakoff or whoever, this is about that of the

18  four -- as a matter of fact, we are the elected

19  official.  We know the people that have more influence

20  in Tallahassee and other places than you.  Okay.  At

21  least give us the courtesy of saying, listen, I want

22  to change this lobbying firm because this is what I

23  feel like or what I think it is better.

24            But we never have -- I never received

25  the courtesy of any decision that is made here.  I --

1    I learn about them after the fact.  Not that I can

2    direct you to hire somebody, if it is $25,000 that you

3    don't have to come through the commission, but at

4    least, at least use us, you see, as a sounding board,

5    whatever or as advisor.  But you never do that.  I

6    mean, you never do that.  I mean, what I have seen

7    every, every single -- every single project that has

8    been brought to us, starting with the park, the --

9    everything, it is -- yes, the park.

10                   CHAIR RUSSELL:  Thank you.

11                   COMMISSIONER REYES:  It has been --

12                   CHAIR RUSSELL:  We're getting into

13   something --

14                   (Multiple Speakers).

15                   CHAIR RUSSELL:  -- like to table.  Is

16   there -- is there a date you'd like to bring DI2,

17   Commissioner Carollo?

18                   COMMISSIONER CAROLLO:  Next Commissioner

19   meeting.

20                   CHAIR RUSSELL:  So is there a motion

21   to --

22                   COMMISSIONER CAROLLO:  Well, before you

23   do that, let me -- so the compromise that we discussed

24   here --

25                   CHAIR RUSSELL:  Yep.

```
 1                  MR. GONZALEZ:  Yes, sir.

 2                  COMMISSIONER CAROLLO:  -- with the

 3     manager --

 4                  MR. GONZALEZ:  Yes, sir.

 5                  COMMISSIONER CAROLLO:  -- let me -- I

 6     just might have a slight change in this resolution.

 7     It will say a resolution of the Miami City Commission

 8     approving the continuation of professional service of

 9     Becker Poliakoff and Southern Strategy Group, along

10     with --

11                  MR. GONZALEZ:  Yes, sir.

12                  COMMISSIONER CAROLLO:  -- is Ruben --

13     what's the official name of the --

14                  MR. GONZALEZ:  The Ruben Group.

15                  COMMISSIONER CAROLLO:  -- along with The

16     Ruben Group as the City of Miami's only lobbying

17     firms.

18                  MR. GONZALEZ:  Yes, sir.  We've

19     included --

20                  MAYOR SUAREZ:  I think there's another

21     one --

22                  COMMISSIONER CAROLLO:  The three of

23     them.

24                  MAYOR SUAREZ:  -- which is Southern

25     Strategy.
```

```
 1              (Multiple Speakers)
 2              COMMISSIONER CAROLLO:  I said them.
 3    I'll read it again.  A resolution of the Miami City
 4    Commission approving the continuation of the
 5    professional service of Becker Poliakoff and Southern
 6    Strategy Group, along with The Ruben Group as the City
 7    of Miami's only lobbying firms until such a time as a
 8    request for letters of interest, RFLI, or a similar
 9    proposal is finalized and brought before the City
10    Commission for (Inaudible) further instructing the
11    City administration to draft such RFLI or similar
12    proposal in a form acceptable to the City Attorney for
13    the City Commission to have the opportunity to review
14    common and approved prior to its issuance.  And it
15    should be no later than the first week of the ending
16    of the session, whenever that would be.
17              MAYOR SUAREZ:  And I would just add to
18    that, including any special sessions because there may
19    be special sessions after session.
20              COMMISSIONER CAROLLO:  Well --
21              MAYOR SUAREZ:  Just to be clear.
22              COMMISSIONER CAROLLO:  That's fine.  You
23    can include the -- ending of session or any special
24    sessions.
25              CHAIR RUSSELL:  Commissioner Gort.
```

Miami City Commission Meeting
February 14, 2019                          330

1              MR. GONZALEZ:  That's very reasonable.

2    Thank you.

3              COMMISSIONER GORT:  In selecting the

4    lobbyist, we've got to make sure -- the legislation is

5    changing federal and state-wide.  So we've got to make

6    sure we have the right person.

7              COMMISSIONER CAROLLO:  Yep.

8              CHAIR RUSSELL:  All right.  Is that a

9    motion with an amendment?

10             COMMISSIONER GORT:  Move it.

11             COMMISSIONER REYES:  Second.

12             CHAIR RUSSELL:  It's been moved by

13   Commissioner Gort, seconded by Commissioner Reyes with

14   amendment.  Any discussion from the public on this

15   item?  Seeing none.  I'll close public comment.  Any

16   further comments from the dais?  All in favor, say

17   aye.

18             (Aye)

19             CHAIR RUSSELL:  Any opposed?  Motion

20   passes.

21             COMMISSIONER CAROLLO:  One last question

22   to the manager.

23             CHAIR RUSSELL:  I'm sorry.  We need to

24   move this item, the last one.  Can I get a deferral of

25   DI2 to the next City Commission meeting?

Miami City Commission Meeting
February 14, 2019                          331

1            COMMISSIONER CAROLLO:  There's a motion

2   of deferral.

3            COMMISSIONER REYES:  Second.

4            CHAIR RUSSELL:  Motion and a second.

5   Any further comments?  All in favor, say aye.

6            (Aye)

7            CHAIR RUSSELL:  Any opposed?  Motion

8   passes.  We are adjourned.  Thank you.  Happy

9   Valentine's Day.

10           (End of recording.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                     C E R T I F I C A T E

 2

 3

 4              I, ERIKA SEGUIRANT, Registered

 5   Professional Reporter/Transcriptionist, do hereby

 6   certify that I was authorized to transcribe the

 7   foregoing recorded proceeding, and that the transcript

 8   is a true and accurate transcription of my shorthand

 9   notes, to the best of my ability, taken while

10   listening to the provided recording.

11              I further certify that I am not of

12   counsel or attorney for either or any of the parties

13   to said proceedings, nor in any way interested in the

14   events of this cause, and that I am not related to any

15   of the parties thereto.

16

17   Dated this 18th day of October, 2022.

18

19

20   _____

                 ERIKA SEGUIRANT, RPR

21

22

23

24

25
```

## $

**$10** 228:3
**$10,000** 83:1
84:3 191:13
**$14,000** 219:6
**$15,000**
226:19
**$20,000** 207:2
**$25,000** 46:2,
3 327:2
**$400** 62:23
**$5,000** 190:10
201:4
**$5,500** 93:17
**$500** 183:19,
20 186:8,10
187:5 260:7
**$6** 63:2
**$6,000** 219:9
**$650** 206:15
**$8** 228:1
**$95,000** 93:17

## 1

**1** 25:9,17
26:2,7,8,9,12
27:1,5,19,20,
21 59:12
62:6,8 63:18
78:2,4,7,8,13
79:3,5,8,14,
16 80:5,9,10,
11,18,19
94:24 102:3
113:22 190:2
205:4 310:9
**10** 23:19 63:1
128:3,16
139:7,13
144:8 228:2
**100** 297:21,24
**101** 133:1
198:7 250:15

**11** 24:11
95:21 99:14
144:20,22
207:16
**11:20** 121:1
**11th** 120:20
**12** 16:8
143:21
**12/18** 255:3
**1200** 3:13
**13** 185:22
255:15
**130** 9:6
**1313** 16:5
**132** 189:21
196:19 198:23
199:13,16,23
200:2
**1320** 87:22
**1322** 206:5
**13th** 83:19
235:4
**14** 3:2,4
24:20 25:19
56:8,11,17,
21,22 57:1,7
89:5 98:19
140:25 144:13
153:2 189:21,
22 197:15
210:16
**1450** 147:25
149:10
**15** 9:9 56:19
57:10 63:1
107:23,25
118:6 140:7
145:18 146:9
154:17 155:4
183:6 207:2
**150** 186:22
200:20
**1530** 145:16,
17 147:1
**1547** 139:14
**1551** 145:12,
13

**16** 57:9
103:17 118:6
202:24 235:9
**16-footer**
155:4
**163** 90:8
**1641** 124:22
**165** 16:6
**166** 90:8
**16th** 128:18
**17** 56:4,13,24
57:5 143:6,13
165:4 183:1
184:24 190:3
191:2 197:14
235:22 288:23
**170** 16:6
**1700** 142:13
143:5
**17th** 128:18
142:8 143:10,
12 193:17
**18** 16:7 57:3
143:6 183:8
185:8 235:8,
11,13 258:22
**18-wheelers**
127:18
**1809** 62:7
**19** 13:4,23
144:25
**1911** 13:9
**1937** 13:23
**1960** 270:18
**1975** 14:8
**1976** 224:12
**1985** 14:8
**1986** 14:8
**1995** 185:23
**1st** 142:21

## 2

**2** 16:9 68:16
78:2 81:1,4,
8,20 102:16
120:7,12

148:5 300:22
**20** 63:1
106:12
115:22,23
140:7
**20-foot** 123:7
126:25 127:9
**200** 189:24
313:11
**2003** 65:17
**2006** 14:9
**2012** 148:3,7,
17 149:2,9
150:19 228:3
288:22
**2014** 189:23
**2016** 8:9
202:25
**2017** 65:16
148:5 189:21
**2017008999CA01**
120:19
**2018** 57:25
132:24 133:2,
5,25 137:6
138:7,12
139:13 140:25
143:19,22
145:18 165:5
184:24 188:2
191:9,11
202:16,18,19
294:22
**2019** 120:14
144:25 185:22
210:16
**2020** 20:19
**21** 143:19
**211** 4:15,20
5:2,23 6:5,11
**21st** 87:10,
16,22 88:2
**22** 20:19
138:4 149:12
**23** 104:2
**233** 53:3

**24** 22:3
104:15 120:14
150:19 270:19
**24-hour** 5:5
**25** 57:25
148:17 162:17
**25,000** 26:3
320:2
**2500** 186:21
**27th** 303:20
**28** 162:12,17
202:17
**286.0114** 66:7
67:1
**286.01142**
113:24
**286.0118**
120:15 121:3
**28th** 310:12
**29** 146:5
**29B** 27:15
**2:00** 68:8
**2:18** 143:13

---

**3**

**3** 3:4 78:2
81:4 86:17,
22,24 122:16
131:24 137:1,
6 138:7,12
144:8 188:2
191:24 193:4
201:17 258:16
**30** 26:24
101:17 133:11
144:20,25
149:24 254:15
**30-some** 219:8
**31** 148:3,7
149:1,25
**311** 225:24
286:20
**318** 20:3,4
**34** 136:19
**345** 63:24

---

**35** 56:9
**36** 297:15,19
**37** 56:15
**3:00** 68:8

---

**4**

**4** 81:4 87:8,
15 92:24,25
93:2 133:2,5,
25 143:22
162:12
**40** 16:7
303:18
**40-year**
224:13
**41st** 303:18
**49** 56:18
**497** 87:25
**4th** 132:24
135:2

---

**5**

**5** 16:8 63:2
81:5 87:8
88:22,25
89:10 91:23
102:18 104:4
155:6 162:17
191:16,24
**5,000** 134:15,
17
**50** 6:25 18:10
106:25 107:2
110:17,18
**500** 87:25
**50th** 17:16,17
**51** 187:1
**51-year-record**
236:15,21
**521** 161:12
164:24 254:17
270:17
**53** 162:17
196:19

---

**56** 155:20
**58** 140:12
155:18 222:1
**5:10** 133:2
**5th** 203:14
219:17

---

**6**

**6** 87:8 91:24
92:1 94:23
95:14 103:1
**60** 20:2
247:8,15
251:25 267:22
**60-day** 310:25
**600** 142:19
143:10 201:6,
7
**601** 143:9,12
**62.622c** 133:6
**68** 189:23

---

**7**

**7** 62:15 103:9
162:12
**7,692** 87:23
**70** 236:20
**72** 16:7
**77** 224:13
**79th** 303:19
**7th** 142:7,11,
13,16,19,20
145:16,17
147:4,5,6
148:1 149:10
158:9 206:5,6
303:8,13,17,
20

---

**8**

**8** 191:1
**8-foot** 127:9
**83,000** 20:1

---

**86** 16:6
**8th** 124:22
128:18 138:8
139:14,18
141:14 147:2
188:5 189:19
193:16 203:11
254:17 270:18

---

**9**

**9** 68:16
294:22
**9/11** 267:15
**90** 247:15
282:1
**95** 193:18
**99** 35:10

---

**A**

**a.m.** 24:11
68:8,16 99:14
121:1
**A1** 195:23
**A104** 195:24
**A2** 195:23
**A3** 195:23
**Aaron** 56:15
**AARP** 19:5,18,
22 20:9,15,17
**AARP's** 19:6
**abide** 241:16
283:3
**ability** 29:24
35:15,17
46:12 49:19
51:19 69:2
98:20,21
112:21
177:20,22
251:7 295:8
296:8 321:14,
16
**above-cited**
121:17

**above-**
**referenced**
165:7 185:1
**absolute**
178:9
**absolutely**
36:22 49:12
51:18 69:18
73:10 152:4
175:11 189:10
250:3 261:21
320:7
**absurd** 232:1
**ABT** 169:4
181:15 185:7,
11
**AC** 202:21
**academic** 57:7
**accept** 79:18
325:16
**acceptable**
36:7 329:12
**accepted**
20:16 56:13
57:4
**accepting**
91:2 286:10
**accepts**
167:25
**accolades**
15:19
**accommodate**
321:23 326:9
**accommodating**
59:23
**accommodation**
59:15
**accompanied**
174:12
**accomplish**
286:7
**accomplished**
18:3 324:6
**accomplishment**
**s** 14:23
**accord** 181:10

**accordance**
92:6 242:10
299:12
**account** 92:5
323:1
**accountable**
262:23,24
**accurate** 44:7
200:3 224:20
**accusation**
177:4 179:3
212:6 273:19
**accusations**
246:20
**accuse** 179:9
307:1
**accused**
192:17 256:19
279:11 304:20
306:18 307:5
308:4
**accusing**
39:25 173:20
179:1,22
180:9 281:23
**achieves**
84:15
**acknowledge**
6:10
**acknowledged**
53:22 135:1
139:8
**ACS** 202:14
**act** 172:14
215:18 234:15
245:9 267:16
283:24
**acting** 249:1
**action** 5:13
22:10 46:15
64:8 143:8
164:2 169:7,
16 170:5
171:19 172:6,
12 173:2,9
180:12,18
181:15 205:25
234:11 252:1

255:15 282:1
**actions** 97:7
138:13 216:21
240:5
**active** 199:2,
3 243:6
**activity**
266:11
**actors**
177:16,17
178:16
**acts** 210:12
213:11 252:21
**actual** 92:25
151:25 272:20
**add** 12:24
27:24 44:1
45:11 63:6
72:19 85:19
183:23 329:17
**added** 44:3,4
81:16 94:3
319:19
**adding** 62:18
**addition**
45:23 46:24
62:21 310:21
**additional**
72:11 76:4
96:14 133:19
143:7 146:6,
22 185:24
188:16 199:7
322:19
**Additionally**
138:9
**address**
22:12,17
30:21 55:19
57:18 58:25
59:2 65:21
94:25 112:21
124:24 139:16
145:12 205:17
217:12,15
228:24 234:2,
14 263:12,23,
24,25 270:2,

3,10,15
272:21 297:10
**addressed**
39:21 117:9
282:4
**addresses**
98:24 178:3,
19 260:15
**addressing**
22:15 302:15
**Adele** 153:14
**adequately**
299:20
**adjourned**
331:8
**adjournment**
278:21
**administration**
23:25 24:8
28:25 29:11
34:14,22
35:9,17 36:23
47:5 48:14,17
50:9 53:19
54:6 63:20
72:10 80:11
100:2 174:3
194:17,22
215:3 249:5
284:9 318:12
329:11
**administrative**
297:9
**administrator**
217:14
**administrators**
20:25
**admitted**
239:16
**adopt** 313:23
**adopted** 39:5
90:15 94:2
**adopting** 79:2
**adults** 3:4
7:4
**advance** 19:15
**adventures**

18:16

**advertising**
162:14

**advise**  22:11

**advised**  45:25
145:22 326:6

**advising**
283:7

**advisor**  327:5

**advisory**
8:18,20
102:16 104:15

**advocacy**
20:20

**advocate**
21:11

**affairs**
266:19

**affect**  2:15
27:5 59:16

**affected**
204:25 265:11

**affecting**
137:3 259:13

**affiliate**
20:11

**affiliated**
19:24

**affordable**
25:9 26:4
27:16 60:23,
25 62:17,24,
25 63:6 78:6
217:4

**afforded**  26:6

**afraid**  207:8
230:4

**African**  13:1,
3,23

**after-action**
169:12,15,23
170:2 181:3
183:11

**afternoon**
122:7 128:17
130:20 139:13
153:12 164:12

**age**  20:7,14

**age-friendly**
19:6,7 20:10,
12,17

**agency**  127:13

**agenda**  20:24
22:1,18
23:15,18,20,
24 24:15 26:2
27:24 31:7
32:17 35:23
36:13 41:23
42:25 43:8
44:15 47:1,25
48:6,18 50:2,
14 52:4 54:3,
13 55:22
57:17 58:7,9,
19,22,23
59:14 65:19,
20 66:4
67:14,16 68:9
69:9 73:23
76:24 77:1,
13,17,20,24
78:7 83:8
96:4 97:11
105:4,18
111:20 112:6,
9 113:15
115:10 144:17
208:25 310:9

**agendas**  49:16

**aggressive**
227:23

**aging**  20:7

**agree**  28:16
32:7 34:11
36:1 49:12
50:4,17 53:24
73:11 91:9
113:5,6
151:21 189:14
194:20,22
234:23 236:7,
11 241:16
242:7 244:22
319:24 321:9
322:8,9

**agreed**  49:17
221:4 236:8

**agreement**
87:9,11,16

**agreements**
87:12 92:7

**Aguilar**  16:15

**ahead**  21:5
32:20 33:12
52:24 84:25
88:5 114:9
135:3 162:25
163:5,23
237:11,12
241:4

**ahold**  317:16

**aid**  242:4

**aided**  303:24

**aids**  9:17
23:12

**air**  148:19
158:10,11
203:21

**Airbnb**  120:18

**Alaina**  57:1

**alarm**  199:2
296:21

**Alba**  6:7,17

**albeit**  262:12

**alcohol**
128:21 139:19
183:18 185:12
186:7,14
187:5 258:9

**alcoholic**
303:16

**Alex**  57:7

**Alhadeff**  56:8

**allegation**
165:17 266:15
291:1 292:12

**allegations**
219:11 220:4
221:14,15,18
230:9,12
246:7

**Allegiance**
2:21,22

**alleyway**
129:9 136:17

**allocate**  94:9

**allowed**  8:15
23:10 73:1
107:14 169:5
256:4,13
257:1,10,11
262:21 319:7

**allowing**
47:22 61:12

**alluded**  183:5

**alluding**  53:3

**Alpha**  10:2,3,
9,16 11:1
12:13,17,22,
23,24 13:10,
17,22 14:2,7,
18,24 15:1,2,
15

**alternative**
296:24

**altogether**
162:15

**Altos**  163:25

**alumni**  14:8

**Alyssa**  56:8

**Amanda**  6:7,16

**amazed**  230:7

**amazing**  5:14
56:20 212:10
235:20 236:1

**Amen**  2:19

**amend**  67:9

**amended**
85:16,17
86:4,11 89:16
90:16,22

**amending**
78:16 87:11

**amendment**
65:9,15 75:4
78:4,21
84:13,21
85:1,3,6,13

91:3 92:2
118:1,3
269:20 286:9
290:21 291:6
293:2 330:9,
14
**amendments**
26:9 78:14
79:4,21
**American**
13:1,23
**Americans**
13:3
**ammunition**
284:10
**amount** 5:13
72:2 93:17
95:10 110:19
127:17 136:20
182:5 218:22
219:6 286:6
318:22,24
319:15 321:16
**amusing** 34:2
**analysis**
129:23 247:9
**and/or** 24:8
130:4 139:12
210:9,12
213:3 252:21
**angle** 203:4,6
**anniversary**
6:20 17:16,17
56:1
**announce**
23:25 121:20
**Anonymous**
6:24
**anonymously**
7:5 286:20
**answering**
133:4
**answers** 134:1
**Anthony**
125:11 142:11
145:8 151:19
161:14 187:8
193:8,10

197:16 201:12
**anti-poverty**
82:2
**anybody's**
312:5
**anymore** 84:19
144:19 152:24
163:22 206:13
317:15
**API** 81:1
**apologies**
24:18 55:6
228:3 268:8
**apologize**
38:11 49:4
111:12 165:1
295:21
**apology**
284:18
**appalled**
317:12
**apparently**
67:14 83:4
146:17 200:14
235:12 238:25
258:17
**appeal** 22:20
**Appeals**
103:18
**appeared**
253:4
**appearing**
21:15
**appears** 93:1
188:14 199:15
200:1 253:15
**applaud** 61:2
**applauding**
23:3
**Applause** 7:18
9:23 17:18
303:9
**applicant**
133:13
**application**
6:23 7:3
133:9 198:22

235:21
**applied** 199:7
200:17 255:7
**apply** 26:7
27:2 78:8
79:15 93:16
94:17,19
101:1,6 293:2
**applying**
186:15
**appoint**
119:11 309:21
310:16
**appointed**
112:11 248:8
309:20 310:22
**Appointee**
248:13
**Appointees**
248:7
**appointing**
103:19
**appointment**
118:24 119:1
311:2,4
**appointments**
105:7 115:10
**appraisal**
54:8 87:24
**appraisals**
87:23
**appraising**
54:8
**approach** 66:1
**approaching**
76:15
**appropriated**
93:6 95:6
**appropriation**
93:7
**approval** 89:2
241:22 322:20
**approvals**
241:3
**approve** 57:22
58:9

**approved**
39:13 83:22
94:2,7 120:25
133:10 152:4
236:1 329:14
**approving**
328:8 329:4
**approximately**
121:1,5
122:20 134:4
**arbitrary**
109:21
**architects**
309:23
**architecture**
271:16
**Arciena**
103:11
**area** 61:10,11
62:14 88:3
116:16 133:17
134:13,15
142:8 147:16
183:13 185:15
200:23 206:16
214:9 244:6
283:25 311:14
**areas** 137:3,5
162:10 200:19
205:8 209:21
230:3 244:5
246:11 259:11
297:6,8
**arguably**
227:23
**argument**
177:4 261:13
263:4,6
**arise** 35:1
**arised** 47:17,
19
**arm** 253:11
**armed** 4:3
169:5
**arrest** 16:6
23:9 75:3
**arrested**
182:6 215:23

267:14 308:19
**arrests** 16:6,
7,8
**arrival**
217:12,13
**arsenic** 59:9
**article** 223:9
**articulated**
194:19
**articulating**
38:13
**Arts** 102:3
**ashamed**
284:17
**asks** 40:19
171:17
**aspect** 81:25
116:18
**asphalt**
124:12 206:21
**aspired** 13:24
**assault** 4:1
**Asset** 87:20
**assign** 210:10
213:7 322:21
**assigning**
84:2
**assist** 4:24
8:14 14:4
**assistance**
5:5 23:12
81:15 82:22
**assistant**
56:15 100:10
108:8 121:13
141:6 160:7
164:10 171:9
174:4 196:1
208:15,18
209:9 256:24
258:4
**assistants**
135:14
**assisting** 5:7
244:25
**Association**
8:17 62:7

198:18
**assume** 97:3
**assuming** 33:7
186:21 187:3
255:25
**assure** 75:21
241:7
**athletic**
56:19
**atrocious**
243:10 303:3
**attack** 225:23
284:14
**attacking**
174:20 249:23
284:15
**attempted**
308:1
**attempting**
316:3
**attendance**
104:17
**attended** 61:6
117:21 121:6
**attending**
23:8
**attention**
25:15 75:8
112:13 115:9
117:6 128:10
284:11
**attest** 18:7
**attitude**
175:20 176:17
240:2
**attorney** 2:7
21:6 23:24
24:4,7,19
25:23 27:4
30:1 51:24
84:14 90:10
101:15 108:8
114:21 116:19
121:10,13
122:9 134:14
135:14 208:7
211:7 219:24
222:5 226:24

227:25 228:7,
8,11,12
230:16,24
246:16 249:17
250:9,25
257:24 261:23
263:2 265:1
268:22
273:14,15
274:17 276:1,
8 277:7
283:2,10,15,
17 286:7
290:8,9,13
300:4 313:19
319:24 329:12
**attorney's**
134:16 215:19
217:5,23
275:18 276:21
282:19 283:1
290:22 318:13
**attorney-
client** 96:7
101:16 118:21
120:2 121:2,
18,20
**attorneys**
121:11 216:5
225:10 239:3
276:12 311:13
**audience**
68:11
**audit** 102:16
177:21
**August** 20:18
**Australia**
135:17,22
**authorities**
307:14 310:16
313:21
**authority**
26:21 60:18
94:5 217:2
220:2 227:9
244:12 266:18
282:10 295:25
296:1 297:2,5

298:13
299:14,24
302:4,5 308:7
318:17,18
319:12
**authorized**
93:4 157:11
**auxiliary**
23:12
**Avenue** 83:19
128:18 142:8
143:10,12
193:17 303:8,
13,17,20
**avenues** 309:6
**average** 5:3
87:24 88:5
156:2
**avoid** 243:13
**Award** 8:8
**award-winning**
11:5
**awards** 67:17
**aware** 29:1
215:18 226:8
286:5 298:11
**awareness**
3:12
**axe** 204:20
209:5
**axle** 123:22
125:12,22,24
126:23 127:6
**axles** 123:13,
16,19 125:5,
6,11,17,21
126:1,5,14,22
127:1,5,10,
15,17 135:6,
9,15
**aye** 55:12,13
58:2,3 77:24,
25 80:6,7,22,
23 86:13,14
87:5,6 88:14,
15 91:20,21,
22 92:18,19
95:15,16

102:5,12,13,
22,23 103:5,
6,13,14,23,24
104:11,12,21,
22 119:23,24
314:20,21
330:17,18
331:5,6

---

**B**

**back** 3:10
10:1 11:10
25:2,5,17
31:23 40:11,
12 41:22 42:5
45:15 46:17
49:18,25
50:1,9 53:19
56:10 63:21
67:14 84:12
89:5 95:7
97:18 98:3,12
114:20 117:2
120:7,11,12
122:1 123:21
124:4 125:5,
17,19,22
127:19 129:10
130:21,22
131:6 138:4
141:22 144:24
147:7,9,11
148:4 149:2
151:19
154:19,21,22
155:4 158:5,9
160:15 161:4
162:8,12
163:19,22
167:17 169:2,
4,11 170:14
171:18,22
173:8 176:3
177:4 179:15
181:2,14
182:13 184:5,
15 185:23
187:8 197:16

199:6 201:12
205:10 206:18
214:8 228:4
230:17 231:24
233:17 234:7
235:1,5,12,25
237:8 240:10,
11 244:11
247:6,9,14
248:11 261:24
263:10 264:18
265:6 267:11
286:16 294:20
295:18 301:1
302:13 307:11
309:12 310:8,
12 325:11
**background**
8:11 74:15
**backup** 16:7
**backwards**
92:8
**bad** 155:5
177:16,17
178:16 307:24
308:17
**bait** 154:2
**balance** 69:1
73:8 92:9
**ball** 145:25
206:9 271:6
**band** 56:24
57:8
**bar** 129:16
161:15 196:23
200:9,10
202:4 203:23
230:20
238:19,22
242:11 257:12
**Barbara**
108:10
**barely** 122:13
**baritone** 57:8
**Barnaby**
121:11
**barred** 23:7
283:1

**bars** 142:10
202:4 218:18
231:2 244:7
**based** 134:7,
25 152:2
173:11 191:11
198:7,24
200:23 208:20
258:1 274:13
318:17,24
324:2 325:12
**basic** 260:17
**basically**
128:22 148:12
245:14 268:24
269:9 281:20
283:21 291:24
293:5
**basis** 25:13
**basketball**
56:25
**Bataan** 141:10
**bathroom** 62:2
200:10
**bathrooms**
188:15 196:14
**baton** 11:24
**batty** 286:25
**bay** 61:4
74:13 154:6
**Bayfront**
119:2
**BC** 102:3,16
103:1,9,17
104:2
**Beach** 69:23
104:3 106:7
224:1,2,8
**beat** 308:10
**beater**
272:14,17,19
**beats** 272:14
**beautiful**
18:4
**Becker** 321:23
324:22 328:9
329:5

**bedroom**
206:16
**beer** 128:22,
23 139:15
**began** 165:8
185:2
**begin** 2:12
21:5 23:14
127:21
**beginning**
105:5,19
106:11 109:18
113:18
**behalf** 15:9
59:16 101:3
132:13
**Behavioral**
6:6
**Beigel** 56:9
**Bejucal** 17:21
**beliefs**
283:11
**believes** 82:3
268:23 281:22
**Bello** 102:18
**beloved** 19:13
**bench** 76:15
**Beta** 10:3,11,
25 11:1
12:12,14
13:21 14:6,
12,15,17,23
15:1,14
**bets** 54:24
**betting** 66:17
**beverage**
187:2 303:16
**Bichelle**
267:3,4
268:4,8 271:5
**big** 9:1 14:2,
3 15:10 18:15
51:23 154:25
162:9 203:6,
7,12 220:10
235:6 303:22
315:3

**biggest**
272:12 312:3,
17
**Bill** 181:24
270:17
**bit** 12:1 17:8
31:9 59:24
61:13 72:16
109:15 113:15
147:7 177:1
200:4 204:12
216:24 258:3
284:8 308:15
**bite** 156:8
**black** 10:19
143:3,4
148:23 152:6
164:21
**blame** 287:4
**blamed** 225:4,
5
**blaming** 13:5
15:6
**Blana** 15:25
**blank** 165:18
184:20 235:25
**blatantly**
118:8
**bless** 18:1,11
**blood** 272:4
**blueprint**
193:11 196:4,
6,8
**blueprints**
195:20
**blunt** 37:13
**board** 4:2
5:12 6:2
8:17,20 21:16
75:16 76:1
103:2,18
104:16 105:6
106:25 115:10
143:21 158:7
185:22 255:14
256:17 262:2
267:5 269:12
275:2 282:14

**board's** 256:5
**boards** 67:24
96:4 101:15,
25 111:17
**boast** 308:23
**boat** 155:8
**Boca** 57:4
**body** 3:18,25
4:1,2 33:16,
18,20 35:1
46:20 55:19
58:25 67:6
72:8,11,15
76:1,18,20
86:6 89:14
95:11 96:16,
25 97:6
98:14,20 99:7
177:5,10,22
211:7 212:20
246:8 247:24
248:1,7,9,11
251:23 270:3
279:17
284:13,15
292:13,15
296:10,12
309:11,20
322:2,3 324:1
**bold** 8:6
**bolstered**
292:16
**bolsters**
292:19
**bond** 63:22
87:10 88:22
89:4,7 90:2
**bonds** 2:14
62:11,22 89:1
90:13
**book** 128:4
**booth** 133:15
**booths** 162:25
**born** 17:20,21
56:24 224:13

**bothersome**
215:6
**bottom** 106:24
107:22 148:20
163:8 174:9
184:12 231:21
244:1 259:9
261:17 262:22
**Boulevard**
88:3
**boy** 287:13
314:25
**bragging**
204:4
**bravely** 56:16
**bravery** 3:12
**break** 68:22
118:21 120:1
121:25 317:3
**breath** 176:11
270:3
**bribe** 214:3
**Brickell** 62:7
214:9
**briefed** 23:23
**Brigade** 118:2
**bring** 18:22
25:2,4,17
27:25 28:18
29:8 32:3,13
34:13 38:2
39:12 41:21
42:5 45:6,15
49:18 51:25
53:19 60:4
88:6 96:15,24
97:9 98:3
100:13,24
112:13 117:5
145:16 157:25
176:3 177:15,
24 178:13
187:15 205:2,
22 211:5
218:9 219:25
226:25 227:4
238:18 240:21
245:3 246:18

247:3,9 250:1
251:21,24
266:7 276:18
278:20 286:12
289:22 309:10
310:7 313:17
325:11 327:16
**bringing**
32:2,8 33:10
34:1 44:12
48:3,4 53:4
98:12 135:25
239:19 243:5
247:6 252:23
302:7,10
311:20 322:19
**brings** 117:3
247:3
**broad** 254:4
**broken** 91:16
320:1
**brother** 12:14
15:8 208:16
**brotherhood**
13:3,25 14:6
**brothers**
10:25 12:18
14:3 15:4
**brought** 25:15
28:4 30:2,6
31:25 32:9,
13,15,19
37:15 38:12
39:4 40:4
54:10 84:11,
16,20 99:13
115:5,8
131:23 141:6,
20 144:12
168:8 228:24
238:13 247:14
248:18 253:2
284:11 302:16
303:25 327:8
329:9
**Broward**
223:25

BTR 143:17
183:17 185:10
202:1 215:8
255:6,7
312:25
bud 46:10
buddies
287:13
budget 3:21
82:6 88:24
92:1,2 93:25
94:3,7 95:2
build 37:4
60:6
building 20:5
62:2 81:14
82:22 124:21,
25 147:12
148:10,13
150:23 151:6,
7,14 156:12
185:22,25
189:25
195:19,21
196:9 201:3
204:3,12
206:6,16
209:8 210:13
222:1 238:21
243:16 252:21
buildings
150:15
built 205:12
253:14 272:4
299:20
bully 175:6
bullying 7:6
bump 4:1
bunch 214:19
238:5
burdened
275:14
Burnet 141:2,
20 153:2
250:19
burritos
162:6

bushes 271:6
business
11:22 22:2
68:13 76:1
84:17 107:16
126:13 128:24
134:23 137:15
145:19,23
146:2 165:9
185:3 213:22
214:1,12
219:7 232:7,
13 241:19,23
242:15 243:1,
4,5,6 253:15,
21 255:25
262:1 263:8
264:16 265:11
268:2 269:10,
11 270:22
271:3,4,10
273:24,25
277:18 285:4,
21 295:4
296:24 297:3
303:4,24
304:16 305:4
306:10 324:13
325:12,21,24
businesses
128:25 194:5
221:20 242:17
243:2 244:16
262:23 263:9
269:14,15,18
273:23 284:14
285:2,8,9,15,
22,23,25
291:5,7
297:23 300:13
303:5
busy 142:10
buy 200:17
207:9 247:4
bylaw 174:9

---

**C**

CA 78:2
cafeteria
161:22 215:13
cafeterias
230:21
California
158:13 297:15
call 4:16
5:14 59:7
113:24 118:1
136:6 147:21
161:4 196:25
206:9,11
217:3,5,22
234:17
237:16,18
286:19
289:22,23
305:7,9
317:12,21
called 6:22,
23 106:8
128:17 140:20
163:24 239:8
callers 5:3
calling 129:2
calls 5:3 7:9
16:7 225:24
286:23
canceled 95:4
candid 283:24
candor 292:14
canopy 202:21
203:11,13
cap 318:21
319:2,16
capacity 3:25
100:7
capital 93:24
94:6 95:1
car 138:23
188:4,8
203:10

Cara 56:20
care 21:1
43:25 97:8
147:20,22
148:18 182:1,
3,10 204:1,2,
14 212:24
241:23 259:5
274:1,3,4
306:4
career 7:24
149:19
careers 74:13
careful 98:23
177:18 265:25
cares 154:12
caring 20:6
Carmen 57:9
Carollo 2:2
31:22 32:5,12
33:6,19,23
34:20 36:5
42:14,15,22
43:4,12,15,
18,23 44:8,20
45:18,19
48:2,5,9
49:7,10,14
50:6,13,19,23
51:3,5,11,14
53:25 54:5,18
74:2,5,9,12,
16,18,25 75:6
77:2,6,9,12
78:15,24
79:22 80:2
81:9,22,24
82:11,17,24,
25 83:10,16
84:22 85:20
86:18,23
87:3,13,17
88:18 89:17,
22,24 90:4
91:8,21
92:12,19
95:22,24
96:10,23
97:5,19,22

98:2,7,10
99:11,25
100:4,16,19,
22 101:5,9
102:9 103:18,
20,24 104:5
105:8 108:4
111:6 116:8,
10,13 117:10,
15,23 118:17,
19 119:10,15,
16 121:8
122:5,7,14,23
123:1,11,15,
18 124:1,8,
11,15,19,25
125:10 126:8
128:12,15
129:6,12,17
130:1,7,16,24
131:4,13,21
132:6,9,20,22
135:21,24
136:2,24
140:3,6,9,13,
15 147:3,6
148:4 150:8,
11,18 151:2,5
152:5,11,19,
22 153:13,19,
22,25 154:3,
13,16 155:3,
23 156:1,6,
17,21 157:1,
4,8,13,16,22
158:16,20,24
159:12,15,19,
24 160:2,8,
10,16,20,23,
25 161:3,6,9,
17 162:7,20
163:15
164:13,20
165:13,21
166:1,6,11,
14,21,24
167:3,7,16
168:7,10,14
169:8,18

170:3,6,15,18
171:1,7,23
172:1,9,13,
15,16,21
173:5,10,15,
18,24 174:2,
8,17,19
175:1,3,7,9,
12,16,19,22
176:1,6,16,
20,23 177:2,
8,13 178:11,
15,17,20,25
179:18,23
180:4,13,15,
19 181:18
182:15,18,22,
25 184:4,6,11
186:2,5
187:12,16,20,
25 190:6,9,
13,16,21,25
191:6,10,15,
18 192:4,7,
22,25 193:2,8
195:12,15
198:2,11,14,
19 199:14,20,
24 200:13
202:10,17,19
203:1,5
205:23 206:2
207:24 208:3,
6,13 210:20,
23 211:20
212:1,4
213:1,6
214:14 215:1
216:22 220:20
227:11,15
228:22,23
229:6,9,13,
16,18,21,25
230:23 231:6,
8,12,16,21
232:4,11,14,
17,24 233:3,
6,9,14,17,22
234:3,6,10,

13,25 235:16
236:10,22,25
237:4,8,12,
20,24 238:2,
9,12 240:24
242:7 244:23
245:21 246:16
247:19,22
248:16,24
249:4,11,25
250:3,5,10,
12,18 251:3,
12,14 252:17,
23 255:3
258:2 259:8,
22 260:10,14,
24 261:7,10
263:23 264:24
265:5,16
266:23 267:18
270:9 272:11,
16,20,24
273:1,4,7,12
274:8 275:6,
21 277:6,14
278:3,9,14,
22,24 279:2,
6,10,13,23
280:2,6,11,23
286:11 287:7
288:13 289:7,
10,13 292:24
293:7,12,15,
18 294:2
295:10,13
301:2,4,5,21,
24 302:1,6,9
303:6 304:23
305:10,11
306:3,19,24
311:2,5,17,22
312:2,8,23
313:2,6,9,14
314:12,13,24,
25 315:4,8,
17,21 316:1,
5,11,15,21
317:4 319:23
320:9,11,21,

24 321:2,8
323:5,13,17
324:11,14
325:7,15,18,
20 326:5
327:17,18,22
328:2,5,12,
15,22 329:2,
20,22 330:7,
21 331:1

**Carollo's**
221:19
**carry** 73:12
107:16
**cars** 129:10
145:2 146:3,
20 147:18
163:21
**Casamayor**
164:11,12,18
165:12,16,22
166:4,9,13
256:24,25
257:7,9
**case** 82:13
83:7 95:13
100:17 107:7
112:19
120:17,18
143:15,23
144:3 145:3,
25 146:5,23
150:25 151:25
171:16 184:4
185:8 194:25
198:22 199:4
256:7 271:19
317:22
**cases** 74:22,
24 75:1
193:22 209:14
276:17
**casts** 306:9
**catch** 154:2,
5,20 182:3,11
**caught** 35:19
158:3,4
256:10 271:5

313:10
caused 139:16
caution 98:22
100:21 257:23
cautious
218:2
cced 132:25
cease 242:15
269:11 291:4
ceases 241:7
ceasing 263:8
celebrate
14:22
celebrates
9:6
celebrating
17:16
celebrity
308:24
cell 23:1
censor
276:13,14,19
277:1
central
223:24
centuries
62:16
certificate
19:4,18 20:8
149:22 150:1,
3,13,15,22
151:11,16,23
156:13 165:8
185:3 198:5
255:2 256:1
289:2
certification
20:18
certified
121:14
certify 20:13
89:25
cetera 243:1
244:7 286:6
308:17
Chacha 17:14,
15,21 18:9,

15,22 19:1
chain 145:25
271:6 296:15
chained
146:5,21
chair 2:1,3,
20,23 4:13
7:19 20:23
22:5,7 24:3,
13,17,18
25:1,7,21,25
26:20 27:4,9,
20 28:5,11,
15,17,20,21,
22 29:3,11,
14,17 30:10,
12,14 34:4
35:12 36:5,8,
16,19,23
37:10 38:4,6,
8 39:18,22
40:21,24
41:2,7,11,15
42:2,9,13
44:22 45:13
46:5,8 47:4,
9,12,21 49:6,
9,12,15
50:12,16
53:18,23
54:4,12,17
55:3,6,8,11,
14,18,20
57:15,16,21,
24 58:4,11,
13,14,18,19
61:19,23
62:1,10 63:17
64:7,15 66:5,
20,25 67:4
68:2 69:11,
18,25 70:4,7,
12,19 71:3,
11,12,16,22
72:8 73:3,5,
25 76:12,14
77:4,7,11,15,
18,22 78:1,
12,20 79:1,9,

19 80:1,3,8,
13,16,20,24
81:6,18,20,23
82:12,18
83:9,15 84:9
85:3,5,8,11,
15,18 86:3,
10,15,21,25
87:2,7,15
88:9,12,16,21
89:9,12,21
90:9,17,21,25
91:5,18,22
92:13,16,20
93:21,22 94:8
95:9,17,20
96:1,9,22
97:16,20
98:1,5,8,13,
16 101:13,19,
22 102:2,4,5,
7,11,14,17,
19,21,24
103:2,4,7,10,
12,15,22,25
104:3,7,10,
13,16,19,23
105:3 106:14
108:3,20
109:14 110:15
111:2,4,7,13,
22 112:2,8,25
113:5,9,13,17
114:4 115:2,
5,24 116:2,8
118:18,20,23
119:8,13,18,
22,25 120:5,
10 121:24
122:1 172:19,
23 174:23
175:24 176:3,
7,11,14,18,
22,24 177:3,
6,9,14
178:12,13,16,
18 179:20
180:2,6,22
183:24,25

184:3,8,10
186:1,4
187:10,14,18,
24 193:12,14
201:20,21
205:21,25
207:22,25
208:4,9
210:19,22
211:2,22
212:2,5 213:5
214:13,16,20,
22,24 216:2
217:10 218:9,
12 221:4
222:9,11,14
223:4,6
224:8,22
225:1 226:21
227:12,13,16,
19 228:21
231:18 233:23
234:1,4,5,8,
12 236:2,3
237:2,6,11
240:18,20,21
246:15,18,21
247:21,24
248:1,7,10,
15,23 249:23
250:1,4
251:2,5,13,
15,17,18
252:5,13
254:10,13,19
255:21,23
259:21 260:8,
12,15 261:3,
9,18,21
262:10
263:11,15,21
264:20 265:9,
17,19,21
267:1,24
268:6,9,16,20
269:6,24
270:5,11,15,
16,25 272:10,
18,22,25

273:5,9 275:9
276:15,20,23
277:3,5,13
278:8,11,20,
25 279:4,8,
12,15,25
280:4,9,13
281:1 284:6,
21 288:11
289:5,9,12,
21,24 291:16,
19 295:17
296:9,13
298:5,7 301:3
303:11 305:7,
12,18,19,22
309:10
310:11,19
312:1,7
313:5,13,25
314:4,9,14,22
315:3,5,19
317:2 318:5
319:2,9
320:8,13
322:8,11,12,
13,14,15,16,
18,24 323:3,
11 326:14,15,
16 327:10,12,
15,20,25
329:25 330:8,
12,19,23
331:4,7
**chaired** 71:19
**chairman** 2:4
21:9 22:11
24:6 25:24
26:18 34:7,12
35:13 41:9,10
44:25 47:20
51:20 67:8
69:4,13,14
71:18 72:3,6,
18,21 73:2
96:10 105:2
109:13 121:7,
8,19 214:17,
24 217:7,12

226:24
247:19,23,25
252:3 254:11,
12 278:23
298:6 325:9
**chairmanship**
73:6
**chairs** 105:23
137:10 162:11
196:11 197:17
198:23 199:9,
17,18 200:5,
7,8
**challenge**
43:6 69:21
70:24 106:24
108:23 117:18
**challenged**
106:17
**challenging**
61:11 109:4
**chambers**
23:2,7,11
**champion**
272:1
**chance** 65:11
71:24 212:8
246:25 249:10
**change** 13:24
25:3 29:22
38:22 42:16
73:7 79:4
81:10 82:10,
12,19 115:7
199:11 201:25
202:2 251:20
317:8 326:8,
22 328:6
**changed** 69:14
243:19 312:25
**changing**
78:16 321:4,5
330:5
**chap** 205:14
**chapter** 10:12
11:1,5 12:12
13:22 14:6,8,
12,18,23

15:9,14
**chapters** 90:8
**character**
18:7
**characters**
288:1
**charge** 174:4
226:6 250:6
**charged** 182:8
**charter** 98:19
192:18 195:3,
4 219:25
227:9 249:20,
22 318:13
**cheap** 305:4
**cheats** 242:3
**check** 148:10
158:14 168:13
169:2
**checked**
137:17 207:1
**checklists**
217:15 218:6
**chest** 204:4
208:24
**Chicago**
154:18 223:20
**chief** 11:9
16:13,14 17:2
20:20 100:9,
25 101:2,3,7,
10 121:12
140:19 148:2,
8 149:15,18
150:1,5,7,10
151:5 152:14
153:8,10
163:13 164:6
167:18,20
168:4,8,11,15
169:12,25
170:4,11,16,
21,24 171:4,
8,24 172:5,
11,14,17,25
173:5,6,10,
13,16,17,21,
22,25 174:7,

15,16,18,21,
24 175:2,5,8,
11,14,17,20,
21 176:5,9,
13,15,16
178:12,22,24
179:6,16,20,
21,25 180:3,
8,9,14,17,20,
24 181:18,22
182:5,16,17,
20,23,24
183:5 194:19
197:10,11,20,
22 198:12
199:15 205:14
208:15,16,21,
23 209:7,8
233:23 234:1
241:10 245:7,
11,13,23
246:1 265:19,
21,22 288:19
293:22 295:17
296:2,15
297:13 298:3,
5 300:22
307:13
**child** 3:7,9
**children** 4:9
7:4,10 18:3,
19 156:20
**children's**
6:10
**chimed** 75:18
**choice** 96:18
281:5
**choose**
251:11,19
318:11
**choosing**
317:19
**chopped** 219:6
**chose** 113:9
**chosen** 248:6
**Chris** 56:18
82:5 88:24
92:1

Christmas
  238:22
Christopher
  121:12
circles
  174:22
circuit
  120:19,20
  290:13
circumventing
  109:18
citation
  288:7 312:14,
  16
citations
  16:9 138:6,10
  153:6 286:18,
  24 287:21,25
cite  285:5,17
cited  141:15
  148:15 206:25
  207:16 209:4
  217:20 219:3
  255:2 258:6,9
  259:18 285:9,
  12,18,23
  291:7
cities  19:7
  20:6,12
  155:15 320:5
citing  209:4
  287:15
citizen  61:17
citizens
  19:14
City  2:1,5,6,
  7,8,16 5:10,
  22 9:4,21
  13:18,19
  14:19 15:2,16
  17:9 18:13
  19:5,6,15,18,
  19 20:2,13
  21:6,12,13,
  14,15,16,19,
  22,23,24
  22:2,4,6,9,
  12,15,19,21

23:13,23
24:4,7,14,19
27:4 30:1
39:15 40:9
51:24 54:6
61:6 64:1
65:21,22,23,
24 66:2 68:14
69:16 73:21
74:6,8,10
84:1,14 86:7
89:2 90:3,10,
14 93:3 94:24
98:25 99:3
100:10 101:15
113:12 114:21
115:20 116:19
117:12,14,18,
21 118:11
120:16,18,21,
24 121:6,9,
10,11,13
122:4,9
126:21
127:22,23
133:4,11,24
134:10,14,16
135:10,14
140:12 149:25
150:16 151:17
153:16
155:14,20
157:20 160:7,
12 171:9
179:11 194:18
205:4 206:13
208:6,19
209:19 210:8,
14 211:6,8,13
212:7,10,16,
21,24 215:9,
20 216:20
218:2,4,18
219:14,17,18,
24 220:1,13
222:2 224:16
226:18,24
227:10,25
228:2,4,25

229:3,5,8,22
230:14,16
238:20 239:1
241:6 244:8
246:22 251:6
255:1 256:24
257:24
260:20,23
261:23 263:2
264:25 268:22
269:22 271:3,
13 272:12
273:24 274:17
275:15,18
276:21 277:6,
7 281:10
282:19,25
283:15,16,22
284:2 285:20
286:7 287:11,
21 288:16,25
290:8,9,13,22
293:4 294:10,
15 295:6
297:9,11
299:14 300:3
301:10,14
313:6,19
314:7 316:18,
19 318:13
319:6,17,24
321:7,20
322:4,6 324:9
328:7,16
329:3,6,9,11,
12,13 330:25
City's  16:9
34:24 117:6
City-wide
159:1
Citywide
240:7 312:4
civic  59:21
civil  177:7
claim  146:19
194:12 207:17
218:18 250:20
claimed  139:4

claiming
  266:16 294:16
claims  162:14
clapping  23:3
clarification
  28:25 84:10
  290:6 318:12
clarified
  84:8
clarify  30:17
  36:11 42:18
  64:14 223:7,
  18 224:15
clarifying
  34:12
clarity  120:6
classmates
  57:12
classrooms
  56:11
clauses  92:23
clear  29:25
  30:24 32:18
  38:15 44:10
  45:3 47:23
  49:1 53:6,19
  54:13 55:22
  79:20 92:24
  93:12 124:3
  134:2,4,15
  135:2 209:19
  217:23 239:25
  251:22 256:11
  285:1 291:24
  293:19 295:25
  319:5 324:23
  329:21
clearance
  236:16
clerk  2:8
  21:13 23:13
  24:7 65:24,25
  66:2 67:7,8
  69:10,16
  71:13 72:5
  77:19 85:2
  90:23 111:17,
  19,25 112:6

113:12 210:15
278:6 289:23
290:3,7
305:9,12,14,
16,18,20,23,
25
**clerk's**
21:19,25
22:2,19 90:14
**clickers**
183:14 259:18
**clients** 259:6
**Clinical** 8:19
**close** 6:18
27:1 60:14
128:4 144:3
154:16 187:15
205:22 215:8
216:5,10,14
218:10 226:13
228:1 234:24
235:15 299:7
314:18 330:15
**closed** 77:16
143:23 146:5,
6,21,23
163:25 191:2,
4,11 230:20
231:2 238:25
248:20 249:3
264:18 294:9
**closely** 9:13
**closer** 122:15
155:9 202:22
**closing** 231:9
**cloud** 212:15
220:6 222:7,
18,21,23
278:12
**coach** 56:15
**cocktail**
161:20,22
162:1,4
**coconspirators**
306:11
**Coconut**
137:16

**code** 21:18,
23,24 53:3
100:11 122:3,
19,20 129:2,
20 130:4
133:23
134:10,12,25
135:1,5
137:7,15,24
138:6 139:11,
12,23 140:7
141:1,4 142:4
144:13
152:12,24
153:10 154:15
155:16,17
156:1,8,10
157:3,24
159:10 160:2
167:22 168:12
170:8 171:13
174:4,11
181:4 183:11,
14 184:13
185:6 188:3
189:6,18
192:13,14
193:3,21
194:1 195:10
197:7 198:7
199:13 201:17
203:14 204:3,
12,14 206:24
207:9 208:16,
19 209:9
210:13 211:18
212:8 215:5,
14 216:3,12
217:13,20
219:4 225:9,
16,22 226:6
227:10,24
228:10 235:2
237:1,17,22
238:21,24
241:1 243:15,
18,19,20
245:12 249:16
250:6,14,15,

23 251:3
252:8,12,22
255:14 256:5,
17 258:15
262:2 267:3,5
269:12,22
275:2 282:13
284:19 287:7,
8,13,24
288:20 289:1
291:15 293:6,
23 296:22
306:14 309:23
310:2,23
311:12,18
318:13,17
**coding** 217:16
**Colina** 16:13,
14
**collapsing**
262:9
**colleague**
116:17 311:11
**colleagues**
17:11 159:5
161:24 204:24
228:25
**collect**
313:11
**collected**
228:1
**collections**
227:24
**collectively**
62:14
**college** 13:2
**colloquy**
184:9 245:10
**comfortable**
47:21 293:19
**comfortably**
19:17
**command**
296:16
**commences**
121:1
**commend** 20:21

**comment** 22:13
46:13 58:15,
20 61:24
63:23 75:20
76:20,25
77:23 91:9
105:6,11,12,
18 106:22
113:11 151:4
251:23 252:7
265:18 267:1,
5 268:10
314:16,17,18,
19 330:15
**commenting**
267:6
**comments**
63:21 76:24
79:20 91:6
92:21 193:16
330:16 331:5
**commercial**
147:12,16
241:12
**commission**
2:2 5:21 7:16
17:10 18:14
21:12,15,22
22:5,6,10,12,
15,21 23:7,8,
11 24:23 28:8
29:20,22,23
31:24,25
33:13,24
37:16 38:18,
20,21 39:3,4,
14 42:3
45:21,25
48:12 52:1
54:10,20 64:1
65:21,22
67:19,20,23
68:1,22 69:24
88:6 89:2
94:1,11,24
95:7 97:23
103:9 111:21
112:3,22
120:16,25

121:7,19,22
153:18 209:24
210:8 227:9
230:19 247:7,
14 253:10
259:3 310:22
314:8 317:8,
9,10 318:3
320:4 325:22
326:1,8 327:3
328:7 329:4,
10,13 330:25
**commissioned**
223:9 224:12
**Commissioner**
2:9,10 7:15
16:12,13
17:12,13,20
18:6,10,12
25:22 26:1,15
27:12 28:2,
10,13,16,20,
23,24 29:10,
13,16,18
30:14,15,20,
25 31:5,8,14,
20,22 32:5,6,
7,11,12 33:2,
6,19,23 34:4,
6,10,20,21
35:5 36:2,5,
9,15,17,20,
22,25 37:11
38:5 39:17,
20,23,24
40:14,22,25
41:4,19 42:1,
8,13,15,22
43:4,12,15,
18,23 44:8,
20,24 45:14,
17,19,22 46:7
47:3,8,11,16
48:1,2,5,7,9,
10,11 49:7,
10,14,20,23
50:3,4,6,8,
13,15,19,23
51:1,3,5,7,9,

10,11,14,17,
20 52:6,19,
21,23 53:6,
10,12,14,25
54:2,5,18
55:3 57:23
58:1,10 60:15
64:15,16,22,
24 65:4,13
66:10,14,21
67:2,7,12
70:9,13,16,
18,21,25 71:7
72:17,18 73:4
74:2,5,9,12,
16,18,25
75:6,7 77:2,
6,8,9,12
78:3,9,10,13,
15,22,24
79:13,22
80:2,15,17
81:3,9,19,21,
22,23 82:11,
15,17,23,25
83:10,12,16
84:22 85:17,
19,20 86:18,
23 87:1,3,13,
17 88:8,10,
11,13,18,20
89:11,13,17,
22,24 90:4,
23,24 91:1,4,
8,17,21
92:12,15,17,
19,21 94:12
95:8,22,24
96:10,23
97:5,19,22
98:2,7,10
99:11,25
100:4,16,19,
22 101:5,9
102:9 103:13,
18,20,24
104:5,18,20
105:1,8
106:19,23

107:5,9,24
108:1,4,5,7,
9,12,15,18,
22,25 109:2,
7,20,22,25
110:5,10,21,
25 111:6
113:3 114:7,
16,25 115:2,
14 116:6,8,
10,12,13
117:10,15,23
118:17,19,22,
25 119:5,10,
12,14,15,16
122:5,7,13,
14,23 123:1,
11,15,18
124:1,8,11,
15,19,25
125:10 126:8
128:12,15
129:6,12,17
130:1,7,16,24
131:4,13,21
132:6,9,20,22
135:21,24
136:2,24
140:3,6,9,13,
15 147:3,6
148:4 149:2
150:8,11,12,
18,24 151:2,
5,24 152:5,
11,19,22
153:13,19,22,
25 154:3,7,
11,13,16,24
155:3,23
156:1,6,17,21
157:1,4,8,13,
16,22 158:16,
20,24 159:12,
15,19,24
160:2,8,10,
16,20,23,25
161:3,6,9,17
162:3,7,20
163:15

164:13,20
165:13,21
166:1,6,11,
14,21,24
167:3,7,16
168:7,10,14
169:8,18
170:3,6,15,18
171:1,7,23
172:1,9,13,
16,21 173:5,
10,15,18,24
174:2,8,17,19
175:1,3,7,9,
12,16,19,22
176:1,6,16,
18,20,23
177:2,8,13
178:11,15,17,
20,21,25
179:12,18,21,
23 180:4,6,7,
13,15,19
181:18,22
182:2,15,18,
22,25 184:4,
6,11 186:1,2,
5,13 187:10,
12,16,20,25
190:6,9,13,
16,21,25
191:6,10,15,
18 192:4,7,
22,25 193:2,8
194:7,8
195:12,15
197:22 198:2,
11,14,19
199:14,20,24
200:13 201:22
202:5,10,17,
19 203:1,5
204:25
205:21,23
206:2 207:5,
23,24 208:3,
6,13,18
209:25
210:19,20,23

211:2,20
212:1,4
213:1,6,14,
19,23 214:14,
23,25 215:1
216:3,18,22,
23 217:8
218:11,14
219:20
220:20,23
221:8,19
222:3,10,11,
12,13,14,15,
16,23 223:2,
16 224:22,24
225:1,4
226:23
227:11,14,15,
20,22,23
228:22,23
229:6,9,13,
16,18,21,25
230:15,22,23
231:6,8,12,
16,21,24
232:4,11,14,
17,24 233:3,
6,9,14,17,22
234:3,6,10,
13,14,23,25
235:15,16
236:3,4,10,
22,25 237:2,
4,6,8,9,12,
13,20,24
238:2,9,12
240:11,18,22,
23,24 242:7
244:23 245:21
246:16
247:19,22,25
248:3,8,13,
15,16,17,18,
21,24,25
249:4,10,11,
25 250:3,5,
10,12,18
251:3,12,14
252:5,14,16,

17,23,24,25
254:11,20
255:1,3,5,10,
12,20,24
256:8 257:5,8
258:2 259:8,
22 260:10,14,
24 261:5,7,
10,12,19,22
262:8,11
263:13,19,22
264:3,6,10,
12,14,23,24,
25 265:4,5,16
266:23
268:20,21
269:5,8,14,18
270:9 271:25
272:11,16,20,
24 273:1,4,7,
12,17 274:8
275:6,7,10
277:6,14
278:3,9,14,
22,24 279:2,
6,10,13,23
280:2,6,11,
17,23,25
281:1,2,20,
21,25 282:5,6
284:25 285:1,
13,24 286:3,
4,11 288:12,
13 289:7,10,
13 290:1,4,5,
10,16,18,19
291:12,14,17,
18,23 292:24,
25 293:1,7,8,
11,12,14,15,
17,18 294:1,
2,24 295:10,
11,13,14,19
296:6 298:6,
8,17,21
299:2,9
301:2,4,5,18,
19,21,22,24,
25 302:1,3,6,

8,9,12 303:6,
7,10,12
304:23,24
305:10,11,13,
14,15,16,17
306:3,6,19,
22,24,25
308:1 309:17
311:1,2,5,15,
17,22 312:1,
2,7,8,10,23,
24 313:2,6,8,
9,12,13,14,16
314:3,13,24,
25 315:4,8,
15,17,18,21,
22 316:1,2,5,
6,11,13,15,
17,21,22
317:4 318:20,
23,25 319:4,
10,23 320:7,
9,11,14,17,
21,24 321:2,
8,18 322:9,
13,15 323:5,
13,17 324:11,
14 325:7,15,
18,20 326:5,
14,15 327:11,
17,18,22
328:2,5,12,
15,22 329:2,
20,22,25
330:3,7,10,
11,13,21
331:1,3
**Commissioner's**
111:24
**Commissioners**
8:25 14:22
18:25 19:21
20:22 23:22
24:6,14,16
28:6 44:14
52:16 73:18
83:24 87:19
88:23 91:25
95:19 102:3

107:18 114:18
120:11 121:8
251:10 267:9
277:14 287:4
314:11 317:25
**commissions**
323:24
**commit**   159:5
**commitment**
3:21 37:12,15
**committed**
20:14 271:21
273:2,8,13
278:18
297:22,24
**committee**
102:17 227:8
310:15
**committees**
8:18 96:5
101:15,25
111:18
**common**   214:6
329:14
**communicated**
228:19
**communications**
22:24 223:12
**communist**
81:16 83:21
**communities**
19:6,7 20:4,
10,12,17 26:3
155:13 244:18
**community**
2:14,18 4:15,
17,21 5:9,24
6:3,12 7:13
8:12,14,20
9:19 13:25
14:17 15:17
21:1 103:1
177:17
241:16,17
242:12 244:19
308:22
**companies**
272:2

company
239:18
compensated
241:3
complaining
194:5,11
complaint
143:6,13
144:25 145:18
312:17,18
complaints
194:10 225:8
311:23,25
complement
300:5
completed
42:10 55:4
95:4
completely
99:6 264:18
completing
16:5
complex   63:15
155:14
compliance
100:11 143:23
155:16 156:1
157:3 159:10
210:13 243:4,
7,20,21,23
252:22 257:14
303:25 310:23
compliant
244:2,3,4
complicated
310:21
complied
185:19
complies
195:3
compliment
143:24
comply   21:13
31:4
complying
168:19
comprehension

60:3
comprehensive
60:4,7 61:2
compromise
323:4,18
324:21 325:17
326:12 327:23
computer   16:7
conceive
307:2
concentrate
128:6
concept   86:18
242:13 314:17
concern   35:3
76:4 136:9
156:22 204:8
282:12
concerned
33:8 285:1
299:10
concerns   4:25
25:12 302:16
concise
209:11
conclude
121:4
conclusion
23:14,18,19
121:16,18
concrete
206:17
concretely
109:5
condition
149:24 150:23
151:18,23
203:21
conditioners
148:20
158:10,11
conduct   73:16
106:21 113:20
conducted
185:6 324:13
conducting
105:12 145:22

conferences
308:17
confidence
282:25
confident   5:7
8:21
confined
120:23
confining
206:19
confirm
129:18 195:22
300:24
confirmed
166:2 167:12
188:24 197:5
conflict
209:21 239:25
266:20
conflicts
63:10 210:25
conforming
146:13
confront   9:14
confronting
9:3
confused
31:23
congratulate
75:12
congratulations
16:11 17:2
18:9,11 67:17
75:10
congress
210:6
conjecture
171:12
connected
125:24 142:9
188:17
consent   58:6,
9,19,22 76:24
77:13,17,20,
24
considered
22:22 23:15,

19 68:10,20
98:24 242:12
conspiring
238:4,7
constant
156:4
constantly
194:11,13,14
216:12
constituents
194:4
constructing
148:19
construction
137:12 144:24
188:21,24
189:9 191:20
197:4 203:16
226:11 249:3
construed
105:15
construing
106:4 113:22
consultants
45:24
consulted
326:3
consulting
54:7
consuming
139:19
contacted
137:6 192:14
205:17
container
123:7,13,16,
20 124:5
125:1,14,25
126:14,25
135:7,13
containers
127:3,9,15
128:21 132:3
139:19 235:6
content   59:19
continuation
328:8 329:4

continue  2:16
5:7 8:22 9:21
60:21 184:3
256:4,15
257:1 312:15,
20 320:23
continued
18:1 22:8
24:19 282:14,
16
continues
19:11,15
262:3
continuing
5:18 262:4
contract
26:14 27:19
38:2 79:7,11,
15 87:21
320:22,23
contractor
191:1
contracts
92:10
contradictory
133:7
contrary
209:3
contribution
272:6
contributions
83:1
control  177:7
conversation
316:8,18,24
325:11
convict
280:20
cool  201:11
cooperation
6:22
cooperative
168:22
coordinator
67:16
cope  4:24

copies  132:18
copy  21:18,24
22:18 157:17,
19 210:15
223:13
315:19,22,24
Cor  15:22
Coral  61:4
Cornell  13:1
corner  87:22,
25
corporation
81:13 82:20
correct  11:17
12:3,20 27:7,
8 29:25 32:4
53:21 71:14,
21 89:25
90:11 94:10
104:9 114:4
126:7,9 130:6
150:5 162:18
165:11,12
190:5,8,11
191:17 192:1
197:22 202:21
230:1 234:12
263:23 277:24
299:18 319:9
corrected
296:4 298:3
correcting
311:21
correctly
36:9 79:2
118:14
corrupt  74:13
220:12,13
224:17 304:11
corruption
210:12 212:4,
6 213:12
219:19,20
252:21
253:17,23
254:5 266:3
cost  207:1
215:25 287:19

307:5,6,7,8
couch  162:10,
16
couches
162:10
Council  8:16
102:3
councils
323:24
counseling
4:22
count  200:8
counterparts
302:22
counters
185:13
counties
114:23 223:25
countries
302:23
country  13:4
county  8:1
9:5 69:23
106:6,7
120:20 219:17
229:10,19,20
230:2
couple  25:12
63:8 130:15,
18 140:2
155:2 194:9
213:20 295:20
298:16
courses  65:14
court  74:22,
24 75:5,11
89:3 106:3
108:24 112:19
113:25 114:1,
9,11,14
120:19 121:14
172:15
216:15,16,17
273:13 278:18
290:13 308:11
courtesy
33:14 62:3
326:21,25

courtroom
281:4
Courts  89:25
covenant  78:6
covenants
25:10 27:6,17
covered
136:18 137:12
196:12 205:11
crabs  154:10
cracks  27:10
crap  238:5
create  26:12
107:15 215:11
228:14 247:15
260:19
created  26:12
51:2 227:25
261:4
creating
222:17 297:22
310:15
credit  44:5
Creole  5:6
crew  15:23
crime  16:5
287:6 306:18
crimes  271:20
criminal
220:22 222:4
281:4
crisis  4:22,
23 62:17
criteria
20:15
critical
294:7
criticizing
180:18
crowd  130:11
141:23 164:3
165:6 167:2
168:17 184:25
crowded
163:12,13,17
199:25

crowds 139:17
Crusado 15:25
CU 143:17
 146:1 156:10
 157:9 158:8
 183:15 185:9
 186:11 187:4
 235:21 257:19
 258:7 259:25
 260:3 261:15,
 16 263:4
 268:25 269:1
 273:20
 274:20,25
 280:22 291:1
 292:9,10
 293:20,24
 297:7 298:25
Cuba 17:21,22
 86:1 270:18
 271:23 277:2
Cuban 81:16
 83:17,21 88:2
 272:8
Cubano 81:2,
 12
cuff 12:9
culturales
 272:3
Culture 8:9
cups 129:13
curious 74:3
current 92:2
curtains
 162:13
CUS 157:12
 202:2 235:18
 312:25
cut 76:17
 112:25 116:4
 132:3 219:8
 287:16,19
Cynthia
 103:11

D

D31 24:11,13
 122:2
dad 153:17
 154:18,21
 155:6 231:1
Dade 7:2
 120:20 223:25
daily 25:13
dais 2:4,6
 39:15 52:12
 64:3 76:16
 77:23 80:5,18
 81:24 84:16
 86:11 87:4
 88:14 92:18
 265:15 302:23
 314:19 330:16
damages 92:9
damn 277:19
dance 56:22
dancer 56:21
dangers 285:4
Daniel 87:19
dare 270:24
 272:5
dark 212:15
 278:12
database
 62:19
date 22:9
 24:21,25
 123:4 127:25
 130:2 133:12,
 25 193:25
 232:21,23
 233:2 236:13,
 14 282:15,17
 327:16
dating 185:23
daughter
 18:19
David 104:16
day 3:5 5:9
 13:17 14:2

17:7,8 22:3
27:3 28:7,9
33:1 41:12
55:4,7,9
59:7,10 63:11
68:17,19,23
73:12 84:17
88:25 105:21
122:2,25
131:20 132:8,
10 137:14
141:13 145:10
146:8 147:19
149:25 150:3
153:15 155:7
159:17 161:5,
11 166:20
170:13 173:7
176:13 181:1,
10 183:7
188:2 205:3
244:16 271:14
275:13
279:21,22
280:5 285:5,
6,18 299:10
306:21 315:7
323:20 331:9
day's 97:2
days 5:5
 26:24 59:20
 133:11 148:17
 151:10 164:1,
 2 219:15
 247:8,15
 251:25 267:22
daytime
 131:16 132:12
de 2:3
dead 287:17
deadline
 46:20
deal 7:10
 26:16 34:21
 36:12 53:21
 62:17 79:18
 96:19 171:11,
 13 181:7
 284:1 294:11

dealing 28:12
 35:16 63:14
 79:17 146:7,
 22 219:1
deals 26:2
 31:11
dealt 9:17
Dean 153:17
 154:8
dear 17:11
death 229:2
debate 72:16
 107:18,23
 108:21 113:8
 116:9 177:4
 184:5
debris 188:21
 189:7 193:3
 200:24 258:14
decade 156:25
decades
 321:13
December
 143:21,22
 148:5 183:6
 185:8 189:21,
 22 197:15
 323:16
decide 30:8
 45:25 251:11
 274:13 279:19
 318:3 320:5
decided 75:4
 99:18 100:3
 148:10
decision
 21:12 22:21
 177:15 195:11
 257:3 271:10
 321:10
 325:12,22
 326:25
decisions
 2:15 325:24,
 25
declare
 219:16

decrease   16:5
dedicated
   213:16
dedication
   8:5  14:5,11
deed   26:14
   27:19  79:12
deep   98:14
   176:11  247:17
   270:2
defend
   173:19,20
   178:3,4
   257:24  265:11
   288:3
defendant
   172:15
defensive
   174:15,16
defensiveness
   177:5
defer   24:8
   25:1,16
   116:19,20
   159:4  251:22
   290:7  315:11
deference
   36:2
deferral   25:8
   330:24  331:2
deferred
   24:1,9,24
   63:18
deficiencies
   97:3
define   115:15
defined   116:2
definite
   37:18
definition
   250:11
Del   17:21
deliberation
   23:15,18
deliver
   321:14  325:13

democratic
   39:10
demolition
   188:22
   190:12,13
   201:17  203:16
demonstrate
   5:2  199:5
demoralizing
   212:15
denied   112:21
Dennis   138:6
deny   110:23
   174:11  230:10
denying
   324:15
depart   105:11
departed
   126:11
department
   8:1,3,7  9:6,
   20  17:1  87:20
   97:4  101:4,8
   149:17  150:10
   151:10  181:4
   182:9  183:12
   185:25
   189:20,22,25
   195:19,21
   196:8,9
   197:15,20
   209:3  210:10
   211:13  213:3,
   7,9  217:17
   218:5  226:14
   229:1  238:21
   241:9  245:16,
   17,22  256:21
   257:2,3  258:6
   265:2  266:7
   293:22  295:8
   296:1  297:2
   298:12  301:7,
   10,14  308:16
   309:5  312:12
departments
   92:5  210:13
   213:12  215:4

217:19  219:14
220:25  221:7
226:14  241:2
310:1
depended
   250:21
dependent
   33:9
depending
   34:24  63:16
   166:20
depends
   228:25
deposition
   308:9
Depot   194:8
Depots   194:12
deputy   8:2
   100:10  121:11
   255:1  300:22
derived   187:1
   198:4,24
describe
   245:13
describing
   107:6,10
   138:19  151:1
   300:5
description
   290:11
deserve   254:7
deserves
   110:13
designated
   22:14
designed
   299:20
designee   15:8
   133:11  134:6
   135:4  316:25
desire   65:24
destroyed
   74:12
detail   253:2
detailing
   133:14

details   298:9
determination
   269:13  300:4,
   8
determine
   113:25  198:7
   257:21  268:22
   269:9  275:17
   283:18  296:3
   298:13  299:23
   301:7,15,23
   304:15  310:3
   316:25
determined
   57:2  275:3
determines
   38:18
determining
   292:20,22
detrimental
   321:20  322:6
developed
   6:23
development
   37:5  89:6
devices   23:2,
   3
Devon   132:25
DI1   24:10
DI2   327:16
   330:25
Diaz   15:25
   231:22  267:19
died   3:14
   297:15
difference
   54:21  88:4
   148:18  197:18
differences
   314:1
differently
   68:24,25
difficult   9:3
   163:3  205:16
   274:10  282:9
   301:23  310:12

difficulties
  6:2
digesting
  218:15
diligently
  16:2 19:14
  225:11
dining   255:9
dinner   41:17
  196:19
dinnertime
  63:12
direct   36:21
  45:3,5 261:23
  268:22 298:12
  327:2
directed
  307:13
directing
  210:14 290:12
direction
  41:21 45:14
  46:17 47:22
  49:18 53:18
  98:18 101:20
  177:11 178:14
  208:5 211:15
  251:24 284:12
  296:9 309:11
  314:5
directive
  252:24 310:7
directly
  174:3 284:15
director
  56:19 108:11
  126:11 132:13
  133:24 135:1,
  5 141:1
  144:13 153:2,
  10 158:22
  159:25 190:1,
  3 191:3
  192:15 195:22
  201:3 206:24
  208:17,19
  209:8,9 210:9
  213:3 217:13

223:12 228:11
235:3 247:5
251:6,18,24
252:9,12
257:20 258:21
284:19 310:23
311:12
directors
  5:13 100:5,8,
  12 149:15
  211:15 218:5
  249:24 251:9,
  11 284:16
directorship
  212:7
dirt   130:22
disability
  23:11 59:17
disagree
  75:24 112:14
  161:25
disasters
  7:11
disclosures
  21:23
disconnect
  310:1
discourse
  111:8
discovered
  99:1
discovery
  308:8
discretion
  73:16,17,21
  107:14 109:12
  113:19
discuss   38:19
  52:11 55:23
  120:17 181:17
  195:7 279:18
  295:20
discussed
  35:19 50:11
  52:8,10 55:9
  72:25 114:11
  266:9,21
  281:2,3 286:8

327:23
discussing
  289:16
discussion
  28:19 33:7,10
  34:25 36:4
  38:12 41:20
  42:9 45:1
  46:9,11
  47:16,19
  52:2,9,14,25
  53:1 54:11
  59:13 60:16,
  22 61:5 77:5
  80:4,17 81:24
  86:11 87:4
  88:13 91:19
  92:17 95:21
  96:5 98:9
  119:7,15,16
  120:13 122:2,
  3 177:11,19
  265:15 267:25
  280:18
  284:20,23,24
  295:22 315:6
  319:17,22
  330:14
discussions
  2:13
disgusting
  272:7
dismantled
  289:3
dismissed
  317:18
dispute
  222:25 275:1
dissatisfied
  245:7
disservice
  265:12
dissipate
  220:6
distinct   7:20
distinction
  98:16 109:6

distributed
  89:20 90:15
district
  16:22 84:1
  93:16 94:20
  122:18 159:1
  205:1 213:18,
  19,23 214:8
  215:7 223:22
  244:5 270:23
  272:1 287:4,
  23 311:18
  312:4,6
districts
  6:25 84:1
  93:14 94:14
  211:19 223:23
  311:24
diverse
  155:14
division
  121:12 133:13
divisiveness
  32:15,24
divvied   91:11
doctor   8:23
  9:12
document
  14:25 67:9
  93:20
documentation
  84:25 138:5,
  10 183:19
  186:9 187:7
  258:10
documented
  181:1,15
documents
  139:10 160:14
Dodge   231:17
dollars   62:23
  84:3 88:5
  93:19 94:17
  215:25
  225:18,19
  243:5
Donati   15:24

Donna 19:21
Dooley 121:13
  132:25 133:3,
  6
door 57:12
  129:15 156:14
  163:7 225:25
  226:1
doors 308:18
dory 147:21
  156:14 289:19
doubt 219:13
doubting
  159:13,21
doughnut
  128:24 144:11
Douglas 3:3
  56:4
downstairs
  120:9 163:19
  189:23 190:10
  195:24 201:4
  257:19 290:25
  298:18,20
dozen 3:19
  74:21
dozens 154:22
draft 85:13
  310:18 329:11
drafted 208:8
drag 295:21
drainage
  206:21
Drake 56:21
dream 41:15,
  16
drink 303:14
drinking
  129:13
drinks 163:1
driven 155:5
driveway
  205:10 206:18
driving
  166:18 286:25
drove 3:1

drywall
  301:20
due 64:23
  108:6 215:11,
  12 216:19
  221:8,9,18
  232:7,8
  250:8,9,25
  255:12,16
  256:6 271:11
  299:12 312:20
DUI 215:22
duly 42:25
Duque 56:11
Durham
  157:21,22,23
duties 15:24
  205:4
duty 19:16
  165:10 185:5
  205:5 309:4
Dworet 56:13
dynamics
  321:4,5

_____

E

e-mail 99:17
  132:23 193:23
  195:2
e-mails
  193:25 194:4,
  7,8
ear 259:4
earlier 6:19
  55:9 76:2
  113:15
early 239:4
  315:9
earn 8:7
earned 14:6
earnest 284:3
ease 22:20
easier 246:4
easily 310:11
east 193:18

easy 18:17
  46:17 154:2
  306:17,20,23
eat 186:24,25
  196:19
economic 89:6
ed 48:24
educate 11:8
  14:4 107:21
  200:4
education
  14:15
educational
  61:14 218:7
effect 26:25
  27:1 132:3,
  16,21
effective
  228:20
  231:22,24
  267:11
effectively
  228:14
efficiency
  69:2 73:8
efficient
  310:4
effort 14:14
  310:25
efforts 16:10
  65:16
egress 199:1
elderly
  206:11 288:4
elect 48:24
elected 64:2
  107:24 210:17
  237:19 252:10
  269:21 283:4
  311:10
  323:21,22
  324:1 326:18
election
  37:16,17,25
  38:2 45:9
electric
  271:14

electrical
  124:13 149:4
  163:11
  188:16,20
  190:17 191:12
  192:2 193:5
  200:24 201:5
  258:15
  301:10,13
electricity
  124:13,16,20
  125:3 136:16
  163:11 190:17
  201:8,11
eligible
  319:14,15
embarrassed
  239:9
embarrassing
  254:9
emergencies
  53:5
emergency
  30:2 35:8,11,
  25 38:16,18,
  23 39:6,11
  53:13,17
Emilio 2:5,6
  9:1,2 121:9
  320:24
emotions
  247:1
empathize
  244:22
emphatically
  281:22
employ 176:1
employee
  99:24 136:4
  208:19 288:25
employees
  99:13,19,21
  145:25 151:17
  212:10 213:15
  216:25 218:7
  242:5 272:2
  288:16

employment
270:23
empty   132:2
en   165:5
184:24
enabled
146:14
enacted   66:21
enclosed
136:17
encompasses
17:19 223:25
end   23:17
105:21 146:17
157:18 202:20
205:3 235:22
244:16
247:10,11
250:4 288:23
299:9 331:10
ended   97:18
ending
329:15,23
ends   17:22
energetic
218:4
enforce
261:18,20
295:6
enforced
25:14
enforcement
62:8,19 122:3
129:21 133:23
134:10 135:5
137:7 138:6
139:11,13,23
140:7 141:1,4
142:4 144:13
152:12,24
153:10 155:17
156:8,10
159:10 160:3
167:22 168:12
169:13 174:11
183:12 184:13
188:3 189:7
192:14 193:3,

22 194:1
195:11 197:7
201:17 203:15
204:14 206:24
208:17,19
209:9 210:10
211:18,24
212:8 213:4,
7,9 215:5,14
216:2,3 219:2
225:9,22
227:24 228:11
229:2 235:3
237:17,23
238:21 241:1
243:20 245:12
249:16 251:4
252:8,12
253:7 255:14
256:5,17
258:16 262:2
267:4,5
269:12,22
275:2 282:13
284:1,19
287:14 288:20
291:15 293:6
306:14 309:23
310:2 311:12,
18
enforcing
228:2 237:22
engage   2:13
35:15 116:9
engaged   61:16
322:5
engagement
20:20 59:21
English   5:6
179:2
enlightening
284:20
enlist   160:6
ensure   19:11,
15,16 90:2
121:15 284:2
309:4
entailed

133:20
enter   89:2
165:6 167:24
184:25
entered   165:7
185:1
Entertainment
102:3
entire   86:6
140:12 155:19
222:2
entities
293:3
entitled
33:25 321:6
entity   54:8
entrance
144:12 146:4,
21 165:5
environment
16:10 19:8
296:5
equal   61:17
76:8
equally
155:18 303:3
equipped
186:22
err   100:20
257:23
erroneously
184:17
es   171:21
172:2
essence
249:18 320:25
essentially
106:6 171:16
establish
52:25 159:16
309:16,17
325:23
established
13:23 20:15
273:23
establishing
136:3

establishment
129:15 165:8
167:21 174:10
185:2 196:21
301:8 312:19
establishments
134:23
estate   87:20
228:7
et al   120:18
ethics   253:10
283:3
Eugene   131:17
evening
122:20 132:8
event   129:19
139:15
eventually
304:18
evidence
216:16
234:16,17
256:14 264:8
270:20
271:12,18
evidentiary
187:11
ex-amount
287:25
exact   92:23
244:14 290:8
examples
207:21 299:16
exceeded
199:1
Excellence
8:8
exception
136:15
excess   93:4
excited   145:6
228:10
exciting
153:18
excuse   31:9
33:19 64:11,
13 114:7

122:12 171:8
235:3
**excused**
158:18
**executed**
270:18
**executive**
33:15,17,20
108:11
**exemplify**
16:9
**exercise**
50:24 52:17
109:13 319:21
**exercised**
52:24 54:22,
24 319:12
**exercising**
113:20
**exhibits**
210:17
**exist** 94:22
127:2 192:12
209:14 211:17
242:15 263:8
269:11 296:3
**existed** 189:3
**existence**
297:18
**exists** 38:25
142:2 209:15
291:1 296:25
297:13 298:2
307:13
**expand** 241:24
**expanded**
267:18
**expect** 48:21
170:19 283:23
284:2 292:13
**expecting**
18:21
**expedite**
225:20 312:13
**expediter**
214:1,2,3

**expediting**
266:2
**expedition**
252:20
**expenditure**
93:9
**expenditures**
120:24 319:6
**expends** 286:6
**expenses**
92:10
**expensive**
200:16
**experience**
12:1 35:6
228:14 250:20
302:22,24
303:19
**experienced**
7:6
**experiences**
303:1
**experiencing**
6:2
**expertise**
116:16 311:14
321:13
**experts**
226:25 227:5,
6 301:11
**expired**
320:22
**expires** 287:3
**explain** 48:11
79:23 87:17
140:19 202:7
288:19
**explained**
69:11 84:21
125:23 132:10
**exponentially**
267:18
**exposed**
220:14
**expressed**
313:21

**extended**
133:18
**extension**
105:21
**extensive**
7:23
**exterior**
143:18
**extinguishers**
185:17
**extra** 76:2
137:23
**extreme** 158:2
292:14
**extremely**
44:11 128:19
208:21 213:15
**eyes** 251:21

_____

**F**
_____

**f-u-c-k**
141:25 165:15
167:11 171:10
174:5
**face** 152:1
242:9 285:25
308:21
**Facebook** 61:7
**faced** 281:10
**faces** 16:16
**facilities**
133:16
**facility**
193:1 198:9
274:5
**fact** 34:1
48:15 66:25
85:14 111:14
123:3 126:10,
23 129:2,18
130:11 134:5,
11 141:14,15,
19 142:2,8
144:11 145:7
147:21 171:13
212:12 219:3

224:5 227:24
228:6 230:11,
25 231:3
232:16,20
235:16 240:25
250:16 252:11
253:13 258:20
259:23 262:16
266:3 267:14
274:20,24,25
283:9 295:1
302:8,9,11
304:7 306:7
326:18 327:1
**facts** 160:6
179:5,13
230:9 240:24
244:14 247:2
253:5 256:14
274:13 276:18
307:12 308:13
**factual**
292:18
**failed** 246:21
**failure**
143:16,17,18
185:9,10,11
255:8
**fair** 12:14
76:8 87:15
204:20 244:17
273:22 304:14
**fairly** 112:10
**fairness**
59:22
**faith** 241:8
296:18
**fake** 196:24
**fall** 27:10
**falls** 48:13
317:8
**false** 260:3
261:17 263:5
269:1 291:2
292:11,14
**falsely**
270:20

familiar 150:25

families 4:8, 24

family 17:6 18:8 241:24 307:24

famous 136:15

Fane 105:10

farmer's 132:14 133:4, 9,10,12,18,22 134:1,6,8,14

fashion 44:12 117:5 183:3 282:4 292:20 304:20

faster 95:5

father 2:11 18:6 232:6

favor 37:21 55:12 58:2 77:24 80:6,21 86:13 87:5,10 88:14 91:15, 20 92:18 95:15 102:5, 12,22 103:5, 13,23 104:11, 21 119:23 314:19 330:16 331:5

favorable 242:11

favoritism 211:25

FBI 266:9

FDLE 266:8,24

fear 300:11

February 3:2 122:16 123:4 128:2,3,16 131:24 137:1 139:7,13 144:8 210:16

federal 127:12 271:19 275:16 278:18

308:7,10 321:6 330:5

fee 133:19

feel 37:24 58:25 63:19 73:16 76:3,19 99:21 100:14 158:1 159:2 193:22,23 282:18 293:18 326:23

feeling 73:7 140:24 260:21 282:5

feels 282:2

fees 271:16

feet 26:4 87:23 124:3 134:16 186:21 200:6

Feis 56:15

fell 17:25 271:23 287:17 315:1

fellow 18:25 29:1 52:16 57:12 220:11

felony 16:8

felt 83:4 88:4 139:5 141:7

FEMA 80:14,21

female 7:25 102:2,6,16 103:1,9,17 104:2,9,15,25 119:2,20 121:22 141:5 157:21

fence 143:18 147:10 235:6

fences 147:11

Fernandez 15:12,13

Fernando 164:11 256:25

field 16:8

141:7 241:14

fight 281:14

figure 74:12

figured 78:24

file 70:23 169:2 192:24 196:4,9 198:22 261:24 265:7 290:13 291:10,21 292:1,7

filed 291:4 292:10

Fill 2:14

final 91:8 120:13 315:6

finalize 44:25

finalized 185:21 329:9

finally 19:3 144:17,21 189:3 194:16 208:7

finances 32:12 34:22, 24

financial 6:2 30:3,16 60:10,12 78:18

find 63:14 92:23 112:19 123:13,15,19 141:5,21,24 159:24 161:21 174:13 205:16 217:19 227:3 244:3 246:2 309:25 312:16,21 317:13 322:22

finding 39:6 69:1 287:22

fine 42:11 45:2 60:20 77:14 131:13 142:16 150:4

165:3 249:12 260:7 275:1 294:4 297:4 302:14 310:18 311:9 325:20 329:22

fined 219:5,9 312:14

fingers 211:11

finish 26:24 96:20 97:11 172:25 178:21 180:23 187:21 201:22 202:7 237:15 238:13 263:22 264:21

finished 187:22 195:16 234:4 257:9

finishing 202:11

fire 100:9,25 101:1,2,6,7, 10 149:15,17, 18,20 150:7, 9,10,19 151:17 152:13,15,16, 21,23 157:24 183:12 185:6, 12,16,19 189:20,22 196:2,8 197:10,19,21 198:6,17 209:7 217:17, 21 243:8 257:2 259:17, 23 262:7,9 265:2 288:19 289:1 294:21 295:2,3,8 296:1,2,15, 20,22 297:1, 13,15 298:3, 11,12 300:22, 23 301:6,10, 14 321:21

fired 182:6
320:22
firefighters
283:21
firing 321:2
326:12
firm 54:7,8
239:3,8
246:8,10
259:6 277:16
320:20
321:13,21,23,
24 323:14
325:6,12
326:22
firms 21:11
45:24 319:14,
16 321:12
322:1,3 326:9
328:17 329:7
fiscal 38:16,
17 39:13
53:5,8
fish 153:17,
23,25 154:4,
12,22,25
155:1,5
fisherman
154:21
fishing
112:18 154:7,
18 252:19
fishy 41:4
fit 73:16
97:7
five-day
32:2,3,21
34:3 43:7
44:9 50:24
51:2,5,8,10,
18 52:18,24
54:22 211:4
five-fifths
112:13,15
five-minute
317:3
five-month-old
156:20

FIVOS 16:6
fix 67:11,15,
16 285:12
fixed 125:14
291:13
FL 94:24
flabbergasted
258:3
flag 3:1
flexible
29:23
floor 15:5
59:4 84:13
96:1 99:7
122:5 139:3
195:21 199:11
201:15 203:24
214:19,22
234:4 237:7
264:21 268:1,
7,10,24 270:1
273:21 277:22
279:18 280:16
294:13,14
314:16
floors
257:16,18
268:25
Florida 4:18
6:6 8:1,2,6,
16 19:22
20:3,13 56:22
57:3 61:18
65:8,17 66:7
67:22 75:22
76:11 81:12
90:8 106:3
107:1 108:8
109:3 113:23
120:15 121:3
210:9,14
212:23 213:2,
3,6,9 223:23,
24 224:14
229:1 283:1
Florida's
65:18 114:3

flowers 247:4
fly 172:17
fold 93:19
folks 212:13
follow 91:13
138:1 194:19
204:3 210:25
242:1 280:7
follow-up
138:11 143:19
146:2 185:5
201:18
food 126:16,
18 135:8
162:21,22,24
183:19 186:8
187:1,6
218:22 258:9
football
56:15 57:1
force 166:15,
18 167:10
169:4,11,14,
23 170:1
171:25 172:2
173:8 181:2,
14 183:5,9
205:6,7
226:25 227:6
228:6,7,17
247:6,7,13
248:5,11
249:7 251:25
260:19 261:4
264:19 267:6,
7,8,17,25
268:5 275:18
279:20 309:11
310:24 311:7
313:18,20
314:8,17
forces 230:19
foremost
164:7
forever
62:11,22
88:22 89:4
213:24

forfeits
119:19,21
forget 139:7
151:13
forgot 184:21
280:1,4
form 45:20
226:24 227:5,
7 248:11
313:17,18
329:12
formal 21:21
74:1
formed 247:8
forming
313:20
formula 198:6
forte 301:12
fortifying
19:4
forum 34:2
266:10,22
forward 4:4
27:20,21,25
29:4 38:13
42:7 58:24
90:6 91:13
96:24 189:12
205:2 218:8
247:4 251:25
260:21 262:1
274:14 275:12
284:4 300:15
309:10 317:1,
14
foster 19:8
found 145:2
146:3,20
148:11,12
153:3 168:17
184:15
185:11,13
191:12,21
242:22 243:2
308:5
Foundation
65:9 118:1,3

Foundation's
65:16
founded 13:1
founders 6:5
7:14
founding 8:17
four-fifth
104:17
four-fifths
80:9 88:7
211:9
FR 26:9
FR1 24:9,10,
19 25:8
fragile 56:7
frame 113:21
Francis 240:1
Frank 267:4
271:5
frankly 33:13
84:2 116:15
152:9 205:6
209:18 210:24
fraternities
10:2
fraternity
10:9,17,20
11:1,7 12:24,
25 13:22
14:18,24
15:2,15
fraternity's
14:7
fraud 272:12,
13,16 273:2,
3,8,13 278:18
free 4:22
58:25 63:19
193:23
free-for-all
143:9 144:4,
23
fresh 251:21
Friday 132:24
143:1 164:15,
16 235:4

friend 17:4
214:11
friendly
20:14 56:18
78:20 157:6
208:21 269:20
286:8 290:21
291:6 325:1,4
friends 56:11
213:21
front 56:16
74:20 88:6
123:23 124:4
125:16
146:11,14
147:10,25
152:2 162:9
163:1 203:7,
11 205:11
235:10,25
266:2 270:19
frustrated
281:25
frustration
201:23 215:1
281:24
fulfill
138:16
fulfilling
7:24
full 60:2
68:7 76:16
98:18 129:9
143:23 146:16
151:13 238:24
247:9
Fuller 181:24
270:4,6,13,17
271:2 272:13,
17,19,23
273:3,10,11,
17,18 275:8,
11,24 276:2,
4,7,10,13,18
277:1,9,12,
17,21 278:2,
12 279:14,16,
17 280:9,12,

14,19 283:7
311:8
fullest
112:22
fully 36:7
41:18 47:21
84:21 86:4
121:15 173:4
187:15 228:9
287:10
fun 9:25
functioning
199:2,3
functions
177:5
fund 82:1
92:9 93:5
94:9 95:11
funding 6:11
63:5 94:15
322:20
funds 81:10,
17 82:2 83:6,
22 93:5,13
funny 56:12
152:11
future 28:6
47:13 90:2
94:23 210:5
242:17 244:4
264:15

___

**G**

game 285:19
gate 123:21
124:2,12
125:18,20
gather 114:8
139:17
gathered
41:23
gave 75:9
164:15 187:3
190:23 234:4
239:4,10
gavel 315:3

gay 213:20
gee 184:15
246:9 265:7
general 47:13
67:6 89:1
93:5 94:9
95:11 108:8
110:4 121:12
198:1 252:19
generalization
212:14
generally
23:23
generate
13:24
generated
150:15 169:16
170:4,12
181:3
generosity
55:21
gentle 79:25
gentleman
113:11 168:19
182:1 239:17
271:5
gentlemen
10:1 35:12
41:2,3,7
44:22 171:13
172:19 175:4,
25 176:12
223:5 231:18
246:20 270:21
271:9 289:6
322:12
genuinely
322:4
geography
56:10
gift 185:10
255:6
Gina 56:22
Ginn 19:20,21
give 7:3 12:7
30:5 32:22
34:13 35:16
36:2,13 49:23

60:25 61:1
69:5,22
71:24,25
72:15 84:25
94:5 96:4
97:8 99:9
105:20 106:12
107:10 109:4
110:8 115:22
127:23 151:9
156:12 160:4,
14 165:2,19
174:25 191:6,
22 205:17
206:3 207:21
211:15 212:8
237:7 247:15
249:10 251:25
258:2 260:6
266:12 272:20
277:19 283:24
300:10 304:14
308:15 321:24
322:20 326:21
**giving** 7:16
45:14 49:18
60:13,22
65:24 73:22
98:18 173:25
**glad** 67:5
95:12 167:8
236:10 251:16
**gladly** 98:13
99:23,24
158:23 222:2
321:25 326:8
**glass** 137:19
**Gleason** 108:7
**global** 20:11
**glory** 2:17
**goal** 41:11,14
243:20
**goals** 3:23
**God** 18:11
209:4 324:18
**God-given**
48:22

**Gold** 14:1
**golf** 31:11
**Gomez** 15:24
133:1
**Gonzales**
121:10
**Gonzalez** 2:5,
6 24:5,17,21
25:6 53:22
99:17 100:2,
8,18,20
101:2,7,12
122:12,22,24
123:10,14,17,
25 124:6,10,
14,18,23
125:9 126:6
129:5,9,14,20
130:6,9,23,25
131:11,19
132:5,7,17,21
135:19,23,25
136:22 140:1,
4,8,11,14
217:7,11
221:5,17
222:22,25
223:3 254:14,
22 320:19
321:1,3,10
322:17,22
323:1,8,15
324:7,12
325:5,8,16,19
326:4,7
328:1,4,11,
14,18 330:1
**good** 5:19,22
9:19 11:10
15:12 17:4
24:5 41:14
42:12 50:20,
21 59:5 65:5
82:4 88:23
91:25 102:2
108:9,12
109:3 122:7
125:15 153:12
154:14,21

156:2 162:23,
25 164:12
167:8 247:2
267:8 274:18
287:24 296:18
307:24
**Gorski** 6:7
**Gort** 2:3 7:15
34:4,6 35:5
49:21,23
50:8,15 54:2
58:1 64:15,
16,22,24
65:4,13
72:17,18 73:4
80:15,17
89:13 90:24
102:4,17
103:2,10,13
104:3,16,18,
20 119:14
121:8 201:21,
22 204:25
214:23,25
216:3,18,23
217:8 220:23
222:11,14
224:22 225:1,
4 230:15,22
231:24
234:14,23
235:15
248:15,17,25
271:25 282:6
290:1,10,18
305:12,13
312:1,7,10,24
313:8 314:11
329:25 330:3,
10,13
**government**
39:10 65:9
242:5 244:25
303:23
**governor**
210:8 211:8,
11 212:23
213:2 220:17
237:16,18

238:8
**Governor's**
8:7
**grace** 2:15
268:17,18
**Grand** 210:11
213:8 247:10
260:18,22
266:25 269:4,
19
**grandchild**
18:5
**grandchildren**
18:4,20
**grandfather**
18:7
**grandparents**
18:4
**granted** 136:4
**gravel** 206:19
**gray** 297:7
**great** 15:20
16:20 18:6
28:6 88:21
155:12 204:8
209:20 249:8
267:20 310:20
**greater** 3:7
303:2
**Greco** 121:11
**Greek** 12:25
**green** 37:9
121:13 155:1
**grind** 204:20
209:5
**ground** 125:3
**grounds** 75:4
**group** 16:24
107:3,4
110:16,17
141:3 305:1
328:9,14,16
329:6
**groups** 8:18
317:20
**Grove** 137:16

grown   153:16
  155:13
guarantee
  67:19
guaranteed
  299:13 321:6
guard   56:23
guess   184:15,
  16,21 196:7
  222:6 239:7
guidance   2:12
  162:2
guideline
  79:13
guidelines
  75:22 107:15
  198:12,15,17
  319:19
guilty   99:2
  308:5 309:1
guts   289:14
gutted   148:13
  149:5,7 151:6
Guttenberg
  56:17
guy   37:23
  225:15,24,25
  286:21 287:5,
  6,15 308:17
  324:3
guys   15:10
  16:24 65:10
  213:20 225:15
  240:16 308:19

H

habit   29:7
  112:2
half   3:1
  74:21 115:17
  132:4 155:19
  225:19 234:9
  270:21
hallways
  149:6

hammerhead
  155:7
hand   129:13
  183:22 212:9
  278:5
handed   208:8
handful
  140:10 222:8
  312:9
handle   76:20
  212:7
handled   41:20
  242:9 299:12
hands   132:23
  210:23,24
  289:14
hang   163:16
hanging
  127:10 220:7
Hannon   2:8
  77:15
haphazardly
  308:13
happen   99:21
  130:8 131:7
  145:7 207:5
  241:7 242:22
  243:8 244:15
  246:10 262:6,
  15 272:2
  274:6 300:20
  304:4
happened   3:16
  42:17,24
  118:10 126:10
  130:19 131:5
  140:18 142:9
  164:23 174:9
  184:16 189:9,
  10,16 192:13
  201:15
  207:12,13
  220:9 225:21
  231:5,11
  242:21 245:11
happening
  137:3 177:25
  179:13,14

194:12 207:17
  249:9 274:19
  283:25 300:2
  324:17
happy   16:25
  24:23 56:20
  59:7 88:25
  89:7 92:11
  137:20 155:20
  159:6 160:6
  173:2,12
  180:5 275:19
  277:8,10
  279:21 280:5
  321:22 323:8
  325:17 331:8
harass   287:20
hard   3:8
  84:18 88:1
  109:15 128:13
  181:21 186:25
  312:13 315:1
Hardemon   2:3,
  9,10 25:22
  26:1,15 27:12
  28:20,23
  66:10,14,21
  67:2,7,12
  70:9,13,16,
  18,21,25 71:7
  75:7 78:3,10,
  22 79:14 81:3
  88:8,10 92:21
  94:12 95:8
  105:1 106:19,
  23 107:5,9
  108:5,7,9,12,
  15,18,22,25
  109:2,7,20,
  22,25 110:5,
  10,21,25
  113:3 121:9
  154:7,11,24
  162:3 236:4
  237:3,7,9,13
  240:22,23
  252:6,14,16,
  25 255:20,24
  256:8 261:5,

12,19,22
  262:8,11
  263:19,22
  264:6,12,25
  268:20,21
  269:5,8
  273:17 275:10
  280:17,25
  281:2 285:24
  286:4 290:4,
  5,16,19
  291:14,23
  293:1,11,14,
  17 294:1,24
  295:11,14
  296:6 298:6,
  8,17,21
  299:2,9
  301:18,22,25
  302:3,8,12
  303:7,10,12
  305:16,17
  306:6,22,25
  308:2 311:1
  315:15,18,22
  316:2,6,13,
  17,22 318:20,
  23,25 319:4,
  10 320:7
Hardemon's
  213:19 321:18
hardworking
  159:10 213:15
harm   256:22
hate   207:4
Havana   86:20
  138:9 161:20
  204:5,11
  286:15
head   160:18
health   6:6
  8:1,2,3,7,9,
  17 9:4,6,11,
  14,20 19:24
  20:11,15
health-related
  8:14
healthier

9:18

**hear** 34:11,17
59:15 67:5
72:16 76:21
78:18 109:15
122:13 167:8
204:24 304:24
317:7

**heard** 22:4,9
34:19 65:25
67:18 68:6,22
69:2,6,8,22
72:2 75:18,25
79:3 107:11,
13 110:11,12,
13 116:17
131:6 165:16
166:4 189:16
209:1 219:22
221:12 230:13
244:8 245:10,
12 246:25
288:19

**hearing** 19:13
42:7 58:23
59:21 72:23
77:16 80:5
86:12 87:4
88:14 91:20
92:18 95:15
208:1 217:2
219:11 266:13
300:16

**heart** 154:17

**heartbreaking**
3:15

**hearts** 17:5

**heavy** 271:15

**heckling** 23:3

**height** 60:8

**held** 26:11
199:13 244:20
281:6

**Helena** 57:4

**hell** 18:23

**helped** 5:16

**helpful** 97:17

**helping** 83:20

**helps** 83:25
85:21

**Herald** 74:21
161:19

**hey** 207:18
225:24 226:10
277:19 279:11
301:15

**hidden** 161:21
235:6

**hide** 246:21

**hiding** 271:5

**high** 3:3,25
56:4

**higher** 123:23
162:24 199:8

**Highlands**
224:1

**highlight**
14:14

**highlighted**
133:21 302:5

**hint** 108:3

**hire** 46:25
54:6 214:1
245:24 246:10
318:14,17,18
321:12,24
323:14 327:2

**hired** 45:24
46:3 159:8
245:23 249:16
250:19 251:6

**hires** 324:1

**hirings**
249:21

**Hispanic** 7:25

**Historico**
81:2,12,14
82:22

**history** 56:2
74:23 112:12
151:14,15
152:8 240:9
288:14

**hit** 57:3
123:22 207:6
314:25

**hits** 16:8

**HIV** 9:17

**Hixon** 56:18

**hold** 47:4
77:2 162:7
222:13 262:22

**holders** 90:3

**holding** 57:11
76:5 262:24

**holds** 283:5

**hole** 226:19

**Holmes** 59:5
61:20

**Holy** 2:11

**home** 3:10
41:12 63:12
194:8,12
202:6 222:1
241:24 272:21
277:17
286:14,20
307:6

**homeless**
132:2

**homes** 20:7
285:2 288:5

**homicide**
236:7

**homicides**
213:10 229:2,
3,5,8,16,17,
24 232:20,21
233:11,20,25
236:13,14,15,
17,19

**honest** 136:10
150:25 160:21
283:24

**honestly**
181:6 283:17

**honor** 7:17,20
15:16,20
49:22 56:6

**honorable**
213:15

**honored** 16:11
17:9 19:3

**hood** 185:17

**Hook** 6:22

**hope** 13:18
30:18 42:10
63:11,13 84:8
101:14 208:8
265:10

**horrible** 7:7

**hospital** 17:5

**host** 133:8

**hostage**
244:20

**hosting**
129:15

**hotel** 147:23,
25 158:13
239:18,19
288:22

**hound** 242:25

**hour** 96:11,20
121:5 177:1
178:14 234:9
270:22

**hours** 22:2,3
68:18 115:16,
17 163:24
204:19 270:7,
19 279:1
286:6

**house** 146:14
147:10,18
212:25 219:1

**houses** 218:23

**housing** 25:9
26:5 27:16
62:17,24,25
63:6 78:6
89:6 217:4

**Hoyer** 56:19

**huge** 155:7
219:13

**human** 272:7

hundred 62:23
88:5 287:25
hundreds 40:3
218:25 259:12
286:18
hunky 147:20
156:14 289:19
hurdles
241:20
hurricane
57:2 287:10,
18
hurtful
281:18
hurts 240:25
husband 18:6
Hut 137:8

**I**

Ian 102:4
idea 68:15
114:12 160:4
209:6 220:12
222:17
267:10,20
312:12 317:19
318:8
ideal 88:3
ideas 228:19
260:17
identified
204:15
identify
227:1
ignorance
202:3
ignorant
295:1
illegal 73:14
125:1 132:16
134:7,20,25
137:2,12
138:25 139:5,
8,15 143:6,25
144:1,23,24
145:1,19

182:3 183:15,
16 185:15
186:11 187:5
188:24 189:8
191:20 197:4
203:16 206:20
226:11 230:21
238:19 239:2,
5 244:20
245:8 249:2
250:11 258:7
259:9,16
266:4,11
293:25
illegally
145:11 146:1
205:11 207:20
239:6 241:3,
14 253:14,16
255:25 262:13
303:25
Illinois
223:20
image 240:6
imagine 3:9
111:8 243:21
282:1 295:6
299:17,18
immediately
264:13 278:1,
4 292:2 296:4
298:2 299:7
immigrating
17:23
impact 4:16
30:3,16
38:16,17
39:13 53:8
60:10,12
78:18
impacted 8:5
14:19 94:23
impacts 53:5
imperative
299:24
imperfect
211:12,13,14

implement
93:7
implemented
6:25 7:2
implying
30:19 114:10
importance
14:15
important
6:11 10:2
13:13,16
17:10 25:10
52:1 62:21
63:15 70:20
72:17 73:10
186:3 198:4,
25 199:5
223:18 255:11
288:11 297:20
299:25 315:12
320:15,17,18
impossible
271:13
impression
114:13 156:11
improbable
271:15
impromptu
40:5 168:12
improper
195:8 310:5
improve 8:11
16:2 19:12
155:18 159:9
212:9,21
improved
267:13
improvements
95:1
Inaccurately
225:3
inappropriate
107:20
inaudible 6:7
9:12 16:18
18:14,20
19:14 28:25
37:5 42:1,8

43:3,20 60:18
61:9,22 63:24
81:19 97:12
105:2 111:10
116:12 117:13
125:20 131:22
138:14 141:12
142:4 157:21
164:14 218:17
219:8 221:14
235:1 253:8
264:10,18
272:3 276:5
277:1,12
278:2,12,13
279:14 280:12
293:11 313:10
329:10
incentive
62:9,15
incident 3:14
7:5 129:4
140:18 242:20
inciting
271:6
include 19:12
78:5 121:7
248:4 269:21
285:8,22
329:23
included
43:24,25
219:16 328:19
includes
26:10 58:22
including
8:18 21:10
30:7 48:14
59:8 62:2
138:12 139:11
153:6 181:14
329:18
inclusive
61:14
income 60:9
incompetency
220:24

inconsequential   63:3 174:7

Incorporated
  10:10,17 11:2
  12:24 13:22
  14:18,24
  15:2,15 81:2

incorrect
  13:12 195:8

Increasing
  80:20

incredible
  3:17 75:10

incredibly
  212:14

indefinite
  25:4,8

independent
  248:14

independently
  172:6

Indian   224:1

Indianapolis
  56:14

individual
  56:20 66:9
  73:17,23
  99:24 130:14
  136:4 137:16
  142:4 165:22
  188:6 204:10
  208:21 240:8
  284:14

individually
  81:7

individuals
  5:15,17
  110:18 126:20
  127:21 136:6
  139:18 204:6
  244:11 288:13
  311:7 317:25

inefficiencies
  177:16

inexpensive
  200:18

influence
  326:19

influx   244:6

inform   65:23
  69:10 72:4
  155:16 295:16

information
  4:23 30:16,18
  41:23 59:19
  60:25 61:1
  100:22 126:21
  129:22 142:1
  172:7 173:11,
  16 189:2
  204:1,7
  208:20 209:12
  239:4,10
  258:1 266:6,
  11 275:20
  292:14 324:20

informational
  61:14

informed
  300:23

infrastructure
  89:4

ing   211:23

initial   75:19

initiative
  19:8 168:16

injunction
  256:21 261:25
  275:4 281:9
  290:13 291:4,
  21

injunctive
  263:7 275:14
  276:25 286:1
  291:10 292:1,
  2,7 295:23

innocent
  308:11

innuendo
  171:12 179:12

input   73:9
  162:2

inquire
  132:12 165:8
  185:2 209:16

inquiry   254:6
  256:5

inside   136:16
  138:22
  148:12,25
  149:3,5
  161:24 163:10
  188:8 189:13
  201:13 259:4
  265:3 286:20
  289:3

insight
  155:12

inspect
  150:14,17
  294:17 299:5

inspection
  143:15,19
  145:21 157:14
  165:6 169:3
  184:25 185:5
  300:25

inspections
  146:3

inspector
  143:15 145:2,
  21 146:3
  165:18 166:24
  167:5 168:18,
  23,24,25
  169:1,21
  171:14
  191:19,22
  192:8 203:15
  286:17

inspector's
  167:6

inspectors
  159:11 166:19
  169:4 214:4

Instagram
  61:7

installed
  203:18

instance
  93:13 257:11,
  15 269:1
  308:7

instances
  291:9

Institutes
  8:20

institutional
  20:10

institutions
  84:5

instructed
  130:4

instructing
  50:9 329:10

insult   179:24

integrity
  159:7,15,22
  182:9

intellect
  60:7

intelligence
  221:21

intelligently
  151:4

intend   47:13

intended
  198:5,8 297:8
  299:1

intending
  49:13 255:17

intent   112:22

intention
  99:8

intercollegiate   12:25

interest
  72:25 189:15
  209:21 240:1
  283:8 323:7,
  21 329:8

interested
  49:20

interesting
  111:16 267:4
  286:25

interests
  107:2

interferes
  97:14

internal
266:18
internally
211:12
interpretation
114:2
interpreted
134:14
interrupt
315:16
interrupted
234:15
interruption
54:15
intervention
4:23
interviewed
223:8
intimidated
99:22 175:8,
12
intimidating
280:7
invent 222:21
inverse
291:21,24
invested
144:9
investigate
151:25 173:4
210:11 211:8
213:10,11
220:1 229:2,
3,4,7,11,19,
23 232:19
236:17
237:17,19
241:6 252:20
253:7 260:13
261:24 266:24
274:17 309:19
investigated
193:23 194:2
195:2,5 245:1
255:4
investigates
263:3

investigation
98:18 177:19,
23 178:10
219:23
220:19,21,22
222:5 245:16
247:10
260:19,22
268:2 269:4,
20 290:14
309:22
investigators
213:8 309:5
investment
304:7,8
invite 6:15
70:22 211:7,
11 212:22
invited 65:22
138:1 238:22
260:22
inviting
260:18
invoke 51:10,
17
involved
32:14,24 33:9
75:2,3
220:17,18
267:15 312:5
involvement
35:15
Irish 56:22
Irma 57:2
irregularities
227:4
irrelevant
272:23
island 17:22
issuance
329:14
issue 32:14,
23 45:8 47:9
51:25 75:3
112:11 132:14
134:8,17
150:3 158:25
164:6,8

194:24 197:11
208:2 211:5,
17 212:9
217:20 241:4
253:3,4 257:1
259:20 262:5,
17,18 264:17
269:10 274:20
275:3 281:12
286:9 296:25
297:13,25
298:1,2,14
299:7,11,15
300:18 302:5,
13 303:22
307:10 318:6
320:2,3
issued 130:3
133:22 138:6,
10,24 139:12
149:9,23
150:1,16
151:11,16
153:6 188:9,
25 190:2,7
197:14 201:4
202:1,2
235:18 255:8
issues 4:25
9:4,14 25:12
63:15 82:3
87:10 107:23
117:18 185:11
195:10 210:2
217:15 228:24
241:9 261:14
265:14 268:23
282:22 283:19
285:3,10,11,
25 290:23
291:3,9
292:4,6,8
295:20,23
296:3 299:17,
21 319:13
item 22:1,17,
18,23 23:15,
18 25:16 26:1
28:3,19,23

30:6,9,21
31:7,11,16,18
32:10,18,19
33:2 34:10,
18,21 35:2
36:4,9 38:24
39:2,4,12
40:7,8,11,13,
17 41:20
42:10,17,25
43:4,9,10,13,
16,17 44:16,
17,18 45:1,15
46:11,13
47:17,22,24
52:2,3 59:3,
13 62:12
63:18 65:25
67:5 68:4,5,
7,12,17,19
69:24 72:25
73:19,23
76:25 77:5
78:17 80:21
86:11 91:7
95:22,23
96:2,5,12
97:10 98:3,6,
9 99:8 106:7
111:19,24
113:14 122:2,
4 177:11,19
178:21 206:1
211:3 263:14
267:24 279:24
284:7,23
314:5,20
315:6 330:15,
24
items 15:22
23:24,25
24:9,14,16
27:23,25 28:7
29:4,21,23
30:1,23 31:21
32:1 33:3,5,9
34:9,18 35:8,
10,22 40:3
42:20 47:13

55:22 57:17
58:21 59:16
60:4,5 62:5,
12 66:4 71:25
72:20 76:3
79:24 97:2,8,
20,25 98:11
105:4 106:11
115:8 120:13
122:2 318:7

---

**J**

**Jackson** 9:8
11:9
**jail** 85:23,25
182:4 278:16
**jam** 106:1
**James** 9:8
141:2
**Jamie** 56:17
**January**
120:14
144:20,25
149:12 190:2
323:16
**Jason** 15:13
**JCS** 5:23 6:1,
21 7:8
**jeopardize**
240:15
**Jewish** 4:15,
17,21 5:9
**jibe** 150:22
**Joaquin** 56:24
**job** 5:1,18
9:9 16:20
153:15 209:3
242:24 279:8
288:18 308:22
**jobs** 187:3
240:3
**Joe** 2:2 121:8
148:4 255:1
**John** 121:11
**join** 57:13
99:19 222:2

**joined** 19:6
246:9
**joint** 128:23
**Jorge** 103:3
**Joseph** 150:6,
7,9 197:21
**judge** 307:18
**Judicial**
120:20
**juice** 203:21
**jump** 31:15
131:15 145:15
241:20
**jumping** 31:17
266:2
**juncture**
282:18
**June** 75:5
148:17 149:9
**junior** 57:11
**jury** 210:11
213:8 247:10
260:18,22
266:25 269:4,
19 274:11
275:17

---

**K**

**Kappas** 13:7,
11
**Kaus** 166:12
169:20
**keeping**
105:13
**Ken** 2:4 121:7
**Keon** 2:2
121:9 285:1
308:2
**key** 104:2
289:1
**keys** 139:4
**kicked** 308:18
**kidding** 77:7,
11
**kids** 3:13
59:9

**kill** 287:20
**killed** 3:4
**kind** 34:2
56:18 75:18
99:13 126:12
156:11 158:13
161:21 170:9
174:10 189:7
250:15 253:19
**kindhearted**
57:5
**kinds** 188:21
201:14 250:20
301:12
**king** 153:25
154:22
**kiosks** 132:2
**kiss** 59:9
**kitchen**
185:17
**Kneibler**
119:4
**knew** 32:16
134:12 226:7
245:25
**Knights** 14:1
**knocked** 287:9
**knowing** 68:18
107:12 249:16
316:9
**knowingly**
242:3,4
**knowledge**
127:13 129:23
151:14 155:25
159:25 169:5
266:16 326:1
**knowledgeable**
141:7 149:20
159:5 309:22,
23

---

**L**

**labor** 87:11
92:6

**lack** 211:18,
21 241:2
273:19 281:25
294:12
**lady** 206:12
219:3 249:11
268:15 311:12
**Lambda** 10:3
11:1 12:14
13:21 14:6,
12,15,17,23
15:1,14
**lamps** 163:11
**land** 26:2,9
243:16
**landscaping**
133:15
**lane** 127:10,
16
**lanes** 127:8,
11 206:23
**language**
26:10 27:13
69:17 78:5,17
94:2,4 133:7
**large** 83:17
127:5 167:1
**larger** 127:5
**lasted** 270:19
**laughing**
240:16
**launch** 177:23
178:9 222:5
**law** 26:11
27:2 31:4
33:21 38:13,
22 40:16
45:24 54:7
61:18 65:8,17
72:14 76:5,6,
7 90:5 91:13
105:14 106:2,
4 107:12
108:13 109:4
110:4,6
113:22,25
114:11
116:16,18

118:4,7
169:13 194:19
210:10 213:3,
7,9 226:14
229:1 239:3,8
242:6,10
243:4,7
245:19 246:8,
10 253:6
256:21 258:23
259:6 262:13
277:16 289:16
294:7 300:14
304:9,10,12,
21 312:11
316:14 319:20
320:20
**laws** 65:18
134:7 204:3
205:6 305:5
317:13
**lawsuit** 70:24
**lawyer** 75:10
215:9
**lay** 240:6
**lead** 7:25 8:6
247:12
**leaders** 14:12
**leadership**
8:4 14:5,11
114:17,19
247:12
**leading** 247:6
**Leamond** 20:21
**learn** 149:11
243:17 245:5
306:14 327:1
**learned**
153:16 154:24
264:8
**learning**
154:12
**learns** 241:9
**lease** 36:12
41:24 46:21
200:17
**leave** 24:24
111:7 158:15

164:2,4
165:10,23,24
167:13,14
171:14 181:11
183:1,2,3
185:4 236:6
284:5
**leaves** 168:2
**leaving** 297:1
**lectern** 58:24
111:5
**left** 96:4
98:6 122:2
148:1 149:8
180:11,21
181:13 202:20
**leftover**
69:12 93:15
**legal** 69:21
88:25 90:12
126:14,22
135:7 154:8
159:2 160:12,
14 239:25
268:25 274:1,
2 293:13
303:24 319:20
**legally** 93:8
126:17
**legislate**
264:16
**legislation**
3:13,18 4:5
63:21 85:7
94:23 330:4
**legislature**
3:24
**legitimacy**
324:8
**Lemis** 16:1
**length** 253:11
**lenient**
288:10
**lets** 67:23
302:14
**letter** 12:25
258:20

**letters**
323:6,20
329:8
**letting** 5:15
**level** 60:7
100:13 253:1
266:25 321:5,
6
**leverage**
297:5
**liability**
98:25 215:9,
20 226:15
**liable** 216:20
**liar** 289:11
**liberally**
105:15 106:4
113:22
**Liberty** 61:6
**license**
127:14 185:12
186:13,15,16,
17,19,20
196:20
200:15,16,18
215:16 238:23
239:5,12,13,
15 241:21
246:12 257:16
283:5
**licenses**
215:13 249:2
300:14
**lie** 271:12
**lied** 208:17
271:7 277:25
**lien** 225:10
**liens** 133:24
134:10
225:11,12,17,
18
**lies** 127:21
136:5 270:7
271:19 277:9
**life** 4:17
9:20 16:2
17:11,23 18:1
19:11 56:7

137:4 144:2
155:18 156:22
164:6,8
194:14 197:11
198:6 216:7
228:14,15
240:13 256:25
257:8 259:14,
19 261:14
262:16,17,18
263:3,6
265:13 267:13
268:23 269:10
271:23 274:19
275:3 282:12,
22 283:18,19
290:23 291:3,
9 292:3,5,8
295:23 296:3,
16,25 297:5,
12,25 298:2,
14 299:5,6,
10,15,16,21
300:18 302:13
**life-safety**
285:25
**life-saving**
301:7
**life-
threatening**
5:1 264:17
285:3,10
**lifting**
271:15
**light** 37:9
97:3 98:17
177:15 211:17
304:19
**lighting**
188:17,20
206:22
**lightly**
302:17
**lights** 201:1
302:2
**likes** 146:24
204:1

**Liliana** 7:21
**Lillian** 7:21
**limit** 104:8
105:21 136:14
**limitations**
46:25
**limited** 93:9
155:24 186:16
261:1
**limiting**
70:15
**line-up**
181:25
**lines** 95:5
200:1
**liquor** 167:22
174:10 238:23
257:16
**list** 150:14
**listed** 27:18
**listen** 11:19,
21 36:15
64:18 108:16
128:7 175:5,7
206:25 225:24
232:4 238:15
275:22 281:20
292:23 326:21
**listened** 62:4
**listening**
126:24 218:15
219:11 245:5
**listens** 62:4
**litigation**
120:17,24
121:12,17
**litigious**
217:24
**livable** 19:8
20:6 241:25
**live** 19:17
60:9 74:10
80:3 206:13
217:24 241:16
244:19 272:21
283:2 303:14

**livelihood**
307:6
**lives** 8:5
14:19 56:5
57:14 240:15
282:2 297:19
**living** 214:8
225:15
**Llanos** 2:3
**LLC** 276:5
**load** 183:13
185:14,16
189:21 196:3
197:14,25
198:3,24
199:1,8,16,
21,22 295:7
**loaded** 127:4
**loads** 235:18
**lobby** 21:16
**lobbying**
318:10,15
321:12 326:22
328:16 329:7
**lobbyist**
21:10 317:13,
19 320:20
324:2 330:4
**lobbyists**
21:14,19
317:11 320:11
**located** 88:1
139:16 147:25
**location** 82:6
123:7 133:14
136:23 144:22
145:9,11
169:14 185:24
289:15 298:9
**locations**
137:24 138:8,
18,21 164:22
188:5 216:13
291:6
**lock** 46:20
**logic** 59:24
**long** 9:7 35:7
37:8 41:16

51:6,15
107:25 117:11
131:1 172:2
195:2 206:17
215:12 219:1
240:10
267:11,22
287:7 288:14
307:23
323:13,18
**longer** 93:6
146:4,20
150:20 168:23
295:21
**looked** 124:2
125:8 134:18
148:25 207:18
223:19
**loose** 223:14
**los** 2:3
163:25
**lose** 95:12
288:17
**losing** 94:14
**loss** 292:8
**lost** 4:9 56:4
271:23 297:19
**lot** 5:17 9:25
59:15 61:6
62:13,22
67:18 74:12
82:15 84:3
87:22,25
114:18 127:3
131:10 134:14
141:19 142:14
143:18 145:4
146:13 147:9,
13 159:3
160:12
163:11,20,21
178:1,3,7,8
202:1,2,3
204:18 207:12
210:2 211:5
218:16 230:10
267:8 284:8
287:1 313:1

**lots** 142:18
253:5
**louder** 122:16
**Loughran**
56:21
**lounge**
161:15,20,23
162:1,4 163:8
183:15 186:11
187:5 189:13,
24 196:17,18,
23 197:17,18
203:23 234:18
242:20 255:2
258:7,13
259:16
293:10,25
**love** 3:6,7
17:20,25
36:21 44:14
228:5,6,17
254:4 303:4
304:6,8 307:4
**loved** 4:9
56:9,25
154:18
**loving** 18:7,
10
**low** 140:16
236:15
**lower** 67:24
203:4
**Lozman** 63:24
64:9,12,20,23
65:1,6,15
66:6,13,17,24
67:1,16 68:2
69:5,16,19,25
70:2,6,8,10,
12,14,17,23
71:1,4,5,15,
21 72:4,7
73:15 74:1,4,
7,11,17,20
75:2 76:13,14
105:10
106:15,21
107:4,7

108:6,10,13,
17,23 109:1,
6,10,17,21
110:3,7,14,
16,23 111:10
112:24 113:7,
10,14,18
114:5,15,17
115:1,3,19,25
117:8,13,20,
24
**Lucie** 224:3
**lucky** 218:4
252:15
**Luke** 56:19
**lunch** 23:13
41:16 68:21
97:10 98:4
99:15 101:24,
25 120:6
**lying** 279:11
**Lynn** 57:4

---

**M**

**Macho** 171:21
172:2
**mackerels**
154:22
**Madam** 24:4,6
25:22 27:4
30:1 51:24
84:14 101:15
206:24 208:3,
6 216:22
219:24 226:24
277:6,7
290:8,9
319:24
**made** 12:11
22:21 53:6
62:13 121:16
126:4 135:16
136:11 138:5,
10 148:20
169:9 179:3
202:22 219:15
220:5 221:15

240:5 242:13
246:5 263:7
267:16 268:19
269:21
274:15,23
311:11 313:1
321:10 325:25
326:25
**main** 83:13,19
84:4 142:3
258:6
**maintain**
143:17,18
**maintaining**
16:10
**maintenance**
81:14 82:21
**major** 14:23
241:5 242:20
292:8
**majority** 64:2
106:5 213:14
**make** 2:15,24
3:22 4:16 5:3
9:18,19 11:25
21:2,22 26:8
27:18 29:7,22
34:13 37:2
38:1 44:10
45:3,7,18,20,
22 49:1 50:5
51:9 65:7
68:20 72:23
75:11 78:4,17
81:4 82:7
84:6 86:8
93:12 94:13
98:16 105:6,
23 111:14
113:10 124:4
126:15 135:7,
8 148:22
156:3,7
157:19 184:4
193:15 194:3,
6,14 195:4
203:22 209:14
212:13 239:9
241:22,24

249:17 253:21
256:11 257:3
260:25 261:14
265:25 271:10
277:7 279:20
284:25 286:5,
21 291:23
295:25 303:2
313:1,16,23
316:4 318:25
319:5,7
325:12 330:4,
5
**maker** 45:11
**makes** 32:6
241:14 253:20
269:12 307:10
**making** 21:20
23:6 46:14
61:16 67:18
178:7 226:3
252:24 277:9
300:8 306:11
**MALE** 5:11,20
10:5,8,13,15,
19,22,24
11:4,7,11,14,
16,20,22
12:3,5 13:16
15:7 25:19
32:4 42:11
45:10 47:20
54:15 55:6,16
58:13,17
64:11,13
65:12 69:4
72:3,6 77:21
80:12,19
87:19 89:15
90:11,19,20
102:10,20
103:21 104:6
119:6,7
147:1,5
161:16 162:19
166:17,23
167:1,4,14
190:5,8,11,
15,19,24

191:4,8,14,17
192:2,5,20,23
193:1,7
202:16,18,25
203:3 214:17
219:19 220:19
224:2,7,9,18
262:7 268:14
273:10 278:23
313:5,12
**malfunctioning**
296:21
**man** 13:17
65:16 250:19
271:21 287:18
289:19 292:19
293:9 308:11
**managed** 16:5
**management**
46:17 47:23
87:20 88:24
92:1 95:2
115:7 119:3
**manager** 2:5,7
24:4,14,20
40:9 41:21
45:5,15 48:24
49:24 73:21
93:3 99:12
100:10,24
121:9 122:4,8
127:25 128:6
129:7 131:15
133:11 136:3
139:25 142:5
143:8 146:8
149:15,16
153:9 157:18
160:7 164:11
165:10,14
168:22 171:9
180:5 185:5
194:20 196:1
203:25 205:4,
7 208:18
211:16 217:10
228:25 230:8
240:4 245:24
251:7,9

254:10,13
255:1 256:25
258:4 284:2
287:23 316:8,
18,19,24
317:16 318:16
319:7,11,18,
25 320:13
322:16 328:3
330:22
**manager's**
46:2 133:4
251:8
**managers**
209:9 230:18
319:11 324:10
**manner**  5:8
177:25 275:16
**Manny**  18:3,19
**Manolo**  2:2
121:9
**manpower**
286:6
**Manual**  65:10
**map**  193:10
**March**  24:20
25:17,19 89:5
137:6 138:7,
12 139:6
140:25 141:10
144:13 153:2
185:22 188:2
191:8,16,24
193:4 197:3
201:17
202:16,17,18,
19 203:14
255:14 258:16
262:1 310:9
**marching**
56:23 57:8
**Marcus**  165:5,
18 166:3,7
169:21 184:24
**Marina**  153:17
**Mario**  17:4
**maritime**  75:2

**Marjory**  3:3
56:3
**mark**  144:1
**marked**  133:21
**market**  132:14
133:5,9,10,
12,18,22
134:1,6,8,15
**marks**  56:1
**Marlin's**
142:23
**Marquis**
153:17 154:8
**marriage**
18:11 63:13
307:7
**married**
213:21
**marshal**
101:1,6,10
149:17,19,21
150:20 151:17
152:13,17,23
217:21 259:18
295:2,3
296:15 298:3,
12 300:23
**marshals**
152:15,21
**Marta**  132:25
**Martin**  56:11
224:4
**mas**  171:21
172:2
**mass**  56:2
**massacre**  56:5
**massive**  37:5
224:14
**match**  129:25
**matches**
139:16
**material**  22:1
151:4
**matter**  22:22
27:6 107:21
134:9 159:6
182:7 219:2

220:23 224:5
242:11 245:24
262:16 283:9
302:15 326:18
**matters**  8:14
194:1 239:21
246:13 283:18
**Matthew**  18:5
**Maude**  104:3
**Max**  18:4
**maximize**
35:13,14
**maximized**
82:2
**maximum**  198:8
**mayor**  4:11,12
5:11,21 7:16,
19 8:25 9:22,
24 10:7,11,
14,18,21,23
11:3,6,9,13,
15,18,21,23
12:4,8 13:14
14:21 15:6,21
17:3 18:25
19:3,20 20:22
26:18,20,21
29:17,19
30:7,11,13,
19,22 31:3,6,
13,17,21 32:2
33:4,11,17
38:6,8,10
39:15,17,18
40:12 41:9,14
42:16,18,21
43:3,10,14,
17,21 44:7,17
50:16,22
51:1,4,8,13,
16 53:2,16,24
55:18,20
57:16,18,19
116:23 118:14
128:5,10,14
144:9 154:15
180:5 183:21
184:1 193:12,
14,15 195:13,

14 202:12
204:23 205:18
208:11 211:16
223:5,6,17
224:3,11,19
225:3 226:4,5
227:13,17,19,
21 228:21
229:4,7,11,
15,17,20,23
230:18 231:4,
6,7,8,10,14,
15,19,22
232:1,2,5,6,
12,15,16,19
233:1,4,7,8,
10,15,20,24
236:2,3,5,12,
23,24 237:5,
14,21,25
238:3,7,10,11
239:7 240:20
245:23 246:7
251:17,22
252:2,3,7,13,
15 259:2,7
263:17
267:17,19
277:16 306:1
310:24 311:8
328:20,24
329:17,21
**mayor's**  239:3
**mayoral**  55:5,
15,16
**mayors**  83:23
**Meadow**  57:3
**meal**  303:15
**meals**  186:22,
24
**meaningful**
2:13
**means**  60:12
114:11 156:14
186:23 199:1
248:14
**meant**  3:5

meantime
136:14
measure 90:2
93:20 97:1
measured
134:17
measures
59:22 62:13
297:17
mechanism
177:20
mechanisms
284:1
media 242:24
meet 120:16
319:19
meeting 2:8,
13 21:1,5,7
22:22,23
23:13,17
24:20 25:17
28:8 31:24
38:20 39:4
42:19,20,24
45:6 52:1
54:1 61:8
64:3,5,9 67:3
69:24 70:15
71:19,24
73:16 75:15
96:14 97:12
105:13,19
106:1,12
109:18
111:21,23
113:19,20
117:25
118:10,11
120:22 121:4,
19 135:19
153:18 192:3
204:10 210:16
247:7 262:2
278:21
309:13,16
310:9,20
313:17 315:11
327:19 330:25

meetings 23:8
63:8,25 64:1,
2 71:18 89:5
117:21 136:11
204:7
Meily 18:3,19
Melreese
31:11 53:21
54:9
member 5:12
8:16,17 19:5
20:16 21:16,
17 22:16
56:23 57:10
194:21 228:18
270:1 274:11
292:12
members 2:1
5:22 6:13
7:16 8:15
14:5,16 29:1
31:25 64:4,6
118:2 121:6
241:1 248:5
259:3 309:19
310:22
memo 44:13
45:4 235:3
memoranda
132:19
Memorial 88:2
memorize
250:10,13
memory 126:9
191:5
memos 317:17
men 13:1,2,24
83:16 155:18
213:21
Mendez 2:5,7
21:9 26:13,17
27:8,14 52:3,
13,21 53:1,9,
11,13 67:11,
13 69:21
79:6,10 81:8
82:9 84:24
85:4,6,9,12

96:7 101:17,
20 120:3,8,14
121:10 132:24
216:7 227:7
263:25
273:11,14
275:22,25
276:3,6,9,11,
16,21,24
277:4 290:12
291:20 305:24
309:15 310:6,
14 314:7,10
318:16,22,24
320:10,16
mention 43:20
186:8 235:1,
21 258:8,10,
11 259:23
265:23,24
mentioned
43:19 119:1
165:20 171:3
188:3 205:14
208:22 211:1
254:22,23
255:3,9
293:20 294:3,
6 325:17
mentioning
124:24
mentor 14:4
Mentoring
14:1
mentors 16:17
mercy 283:20
Merit 57:9
mess 10:7,14
11:16
messed 10:5
messing 10:8
met 123:4
131:15 140:25
159:16 169:21
204:13
meter 191:12,
25 192:10
201:6,7

203:17,18
method 68:20
methodology
69:12 73:11
Mexican
136:16
Mexicano
276:5
Miami 2:16
5:10 7:2
13:18,20
14:19 15:3,16
17:10 19:5,19
20:1,2,13
39:16 74:8,
10,21 87:10
88:22 89:4
117:14,21
118:11
120:18,20
148:2 153:16
154:18 155:14
157:20 160:12
161:19 194:18
204:5 206:13
210:7,14
212:11
215:10,20
219:17 222:2
223:10,14,21
224:5,6,10,
17,24 225:6
226:19 228:2,
4 233:8 241:6
246:22 251:6
269:22 271:13
272:12 273:24
281:10 283:22
299:14 321:20
322:4,7
325:14 328:7
329:3
Miami's 8:19
328:16 329:7
Miami.com.
161:19
mic 109:15
273:6 277:3

microphone
  28:1 66:1
microphones
  64:18
microscope
  99:22
middle  97:14
  271:8 323:11
Miguel  103:19
miles  141:13
  155:6,20
milestone
  17:10
million  60:19
  62:23 63:2
  155:19
  225:18,19
  228:1,3
millions
  215:25
Min  121:11
mind  97:13
  98:11 114:13
  116:15 247:1
minded  204:20
mine  15:10
  32:20 43:25
  213:21 308:21
  312:9
minimize
  35:22 36:6
minimum
  134:16 226:20
  258:22
minor  185:14
minute  6:15
  17:4 42:16
  66:19 148:14
  163:16
  172:21,22
  211:6 222:12
  254:18 288:4
  323:18,19
minutes  22:6
  57:22 59:1,4
  66:3 68:7,12
  69:7 70:5,17
  71:14 72:1,

13,20 73:5,18
  77:10 101:17
  105:19 106:1,
  12 107:23,25
  113:16
  115:16,20,23
  210:16 267:2
  270:3,4
  272:10,25
miracle
  216:14
misdemeanor
  16:7
misinterpreted
  118:8
missing
  183:13 185:14
mistake  11:25
  156:3,4
mistaken  96:6
misunderstood
  49:3
modern  74:23
modified  22:7
  51:9,12
modify  38:22
  78:4
moment  3:10
  4:7,10 5:21
  6:9 12:23
  29:5 36:19
  41:12 57:13
  89:21 99:22
  130:12 148:8
  160:14 165:20
  176:7,19,25
  201:20 211:3
  223:4 227:13
  257:2 268:16
  279:9
moments  49:21
Monday  163:25
  191:16 192:10
  203:14
money  62:24,
  25 92:4 94:6
  95:10 204:12
  214:3 287:19

288:4 321:17
  322:23
monies  93:4,6
  94:1
monopoly
  311:18
Montalto
  56:22
month  3:18
  16:4 21:3
  25:5,17 37:8
  117:21 134:3
  170:14 184:12
  226:17
months  6:21
  92:4 117:24
  130:18 134:3,
  4 135:3
  141:21,24
  144:20,22
  161:12 207:16
Moore  104:17
morning  2:25
  3:5 6:14
  15:13 24:5
  25:15 28:7
  29:8 43:24
  59:5 68:9
  76:16 88:23
  91:25 102:2
  111:23 112:5
  131:17 140:25
  298:1 315:9
  316:1
mother
  156:15,19
  270:20
mother's
  154:25
mothers  59:17
motion  45:11,
  14,18,20,23
  46:6,14,16,19
  48:20 49:17
  50:10 54:14,
  16 55:7,9,14
  57:22 58:4,8,
  19 77:20,21,

22 78:1,11,
  12,21 79:21
  80:11,24 81:4
  85:16 86:12,
  15,22,23
  87:7,9 88:16
  89:10 90:18
  91:11,23
  95:17 102:6,
  8,9,14,19,24
  103:4,7,15,25
  104:14,23
  119:25 178:8
  211:3 260:20,
  25 261:25
  263:21
  264:20,24
  265:9,14
  266:24 268:1,
  6,10,19,21
  269:17,25
  274:15,23
  279:18
  280:15,18
  284:22 285:8
  290:11,22
  293:3 294:12
  305:23 306:8
  309:8 313:17
  314:15,22
  316:3,7 317:1
  327:20 330:9,
  19 331:1,4,7
motivation
  57:6 171:6
mountain
  258:14
move  24:15
  27:20,21 29:3
  44:23 57:23
  58:7,10 61:10
  67:3 75:15
  76:23 80:12
  81:4 87:1
  89:11 90:5
  92:12 94:5,6
  97:8 119:6
  127:8,24
  158:17 161:10

Miami Commission Meeting

February 14, 2019
41

218:7 241:3
245:18 263:2
284:4 299:7
300:15 304:4
317:14 321:11
330:10,24
**moved** 55:11
56:24 57:25
58:11 80:13
81:20 87:2
88:8,9 89:12
92:13 102:11,
20,21 103:12,
20,22 104:5,
7,18,19 119:8
123:22 124:3
154:17 265:24
317:1 330:12
**movement** 3:16
4:4
**mover** 90:22,
24 91:1
289:25 290:3
**moving** 20:2,5
73:19 77:16
92:4 94:1
126:15 183:22
261:25 274:14
**muddy** 304:21
**muffled**
244:12
**multifamily**
146:12 147:7,
15
**multiple**
33:22 41:6
45:16 55:10
69:15 71:10
86:9 108:19
109:9,24
111:3 128:9
180:1 214:21
224:21 255:19
306:2 313:4
316:10 320:12
327:14 329:1
**municipal**
64:1

**municipalities**
114:22
**municipality**
106:6
**museum** 84:4
**museums** 84:5
**mystery**
195:20 294:14

---

## N

**nabbed** 308:17
**names** 105:17
111:18,20,25
112:3 115:10
164:23 308:2
**Nancy** 20:21
**Napoli** 144:9
254:25 255:1
256:6 258:4
**narrow** 254:4
259:15 306:4,
5
**narrowing**
306:9
**Nasio** 102:17
**nation** 10:22
**nation's** 56:2
**national** 14:7
57:9 198:17
267:17
**nationally**
7:1
**nature** 35:25
140:20 290:8
297:9 302:24
**necessarily**
136:20 245:6
253:17 274:15
298:10,25
299:6 300:9
309:2
**needed** 5:4
35:11 93:7
124:13 143:8
155:9 183:17
201:11

203:21,22
277:23 286:1
**needing** 201:8
**negatively**
242:25
**negotiate**
26:13
**negotiated**
92:6
**negotiating**
45:24
**negotiation**
37:6 38:3
**negotiations**
31:12 37:3
45:7 53:20
120:23
**neighbor**
218:24
**neighborhood**
137:4 164:8
218:24 226:8,
9 242:18
259:14 272:4,
6 285:17
303:5,15,22
304:2,7,8
**neighborhoods**
243:3
**neighbors**
17:24 225:14,
23,24 271:6
**nerve** 289:8
**nerves** 303:16
**nervous** 11:15
207:1
**net** 20:24
200:12,13
226:6,7 306:9
**network** 6:6
19:5,7,23
20:9,12
**Newbol** 104:4
**news** 219:15
242:24 267:17
**newsworthy**
243:10

**nice** 37:21
164:3 206:17
213:20 311:12
**Nicholas**
56:12
**night** 99:18
123:5 131:8,
24 132:1
137:1 145:10
158:15 163:1
166:18,19
167:5 271:8
297:13
**ninth** 153:15
**nip** 46:9
**noble** 82:4
86:4 283:14
**noise** 194:11
**noise-making**
23:1
**nominate**
309:21
**non-conforming**
145:4
**non-valentine'
s** 315:7
**nonalcoholic**
187:2
**nonanswer**
281:6
**noncompliant**
225:15
**nondepartmenta
l** 92:5
**nonstop** 305:3
**noon** 23:16
**normal** 31:7
140:19
167:20,24
**north** 74:13
223:24 303:18
**northwest**
142:7,11,13,
16,18,21
143:5,10,12
**not-for-profit**
81:12

notable
110:22 111:1
note   23:22
84:15
noted   63:21
111:15
112:10,14,15
notes   68:4
141:18 153:4
169:9 170:13
183:4 189:5
206:24
noteworthy
3:17
notice   78:6
109:11 138:24
141:17 153:5
183:14,16,18
186:7,10
187:4 188:10,
11 189:1,5
191:23 192:11
255:6 258:6,
18 286:24
287:3 293:24
noticed   2:25
84:18 167:1
notify   23:13
notwithstandin
g   133:7
November
13:23 16:4
37:16,17 38:1
41:25 42:2,3
45:8 46:20
146:5 165:4
183:1,8
184:24 191:1
Nu   12:12
number   6:4,21
262:15 299:16
319:14
numbers   16:9
numerous   14:1
117:2,5 124:3
142:6 188:4
nurse   7:25

nurture   2:14

O

Oakland
297:14
oath   277:21
278:4,6
280:22 289:15
293:9
objection
108:2 253:9
obligation
89:1 91:12
observations
294:6
observe   129:8
132:11
observed
138:19 165:6
184:25
obstructed
199:2
obtain   19:17
255:8
obtained
261:16 263:5
269:1 291:2
292:11
obtaining   5:4
obvious
175:22 201:14
occasion
166:2
occasions   5:1
193:19
occupancy
197:25 198:3,
8,24 199:1,8,
19,20,22
235:18 295:7
296:2,17,19
297:16 298:25
occupant
183:13
185:14,16
189:21 196:3

197:14
occupied
198:9
occur   171:10
241:7 282:15
306:11 307:15
occurred
181:7 266:1
occurring
244:24 282:3,
18 300:13
302:18 309:3
occurs   23:20
243:8,9 275:5
October   57:25
138:4 143:19
294:22
offender
156:5,6
offensive
23:6
offer   226:21
277:15 296:22
offered
214:20
offers   304:2
office   21:19,
25 22:2,19,24
88:24 92:1
95:1 134:16
135:13,20
137:6 193:21,
24 194:1
204:13 206:10
208:22 215:19
217:6 226:2,6
275:18 276:22
282:19 283:1
290:22 303:23
318:13 324:19
officer   8:2
15:24,25 16:1
20:20 129:21
137:22 138:6
139:23 141:2,
5 152:24
166:7,10,12,
25 167:4,21,

23,24 168:5,
6,11,24,25
169:20 170:7,
19 171:15
173:2,20,21
174:11,12
179:4 184:14
188:3,7,23
189:7 193:3
201:17 209:2
221:21 226:8
245:12,13
258:16 288:20
317:16
officers   9:11
140:2,7,20
141:4 143:24
145:9 156:10
170:7 179:8
187:3 196:21
197:6 204:15
222:1 237:17
238:21
official
14:25 21:16
210:18 252:10
269:21 311:10
326:19 328:13
officials
64:3 210:17
237:19 244:8
283:4 304:11
offline   75:14
oftentimes
223:14
Okeechobee
224:1
older   308:3
oldest   10:19
Oliver   56:24
onboard
231:23
one-sided
178:5 284:8
one-year   6:20
56:1
ongoing
121:17 158:25

269:10 271:19

**online** 21:20, 25 22:3,25

**onsite** 145:21

**open** 57:12 58:20 60:16 76:18 97:18 116:15 125:21 128:21 145:3 150:4 156:14 208:1 213:25 214:5 216:9, 11 220:20 235:14 241:19 242:17,23 243:6,11 247:5 251:23 255:25 265:17 285:6,12,18 294:8 296:25 303:5 314:16 322:18 324:4

**opened** 2:8 143:15 146:1 164:1 185:9 214:10,12 238:19

**opening** 55:25 213:22 244:17 273:23

**operate** 173:1 182:14 292:13

**operates** 174:10

**operating** 87:11 93:25 94:7 146:2 235:23 253:15 257:1 258:23 286:2 294:9 303:25

**operation** 81:13 82:21 167:20 185:12

**operations** 291:5

**operator** 243:25

**opinion** 64:12 126:12,19 219:10 267:22 314:1

**opinions** 33:25 54:22 283:25

**opportunities** 4:25 14:16 76:2

**opportunity** 6:1 7:4 12:8 22:8,12 30:6, 8 35:1 39:1,2 61:17 66:8 69:6,8,22 75:17,25 76:9 107:11,13 110:8,11,12, 13,23 253:7 270:23 275:12 280:20 300:11 304:15 309:21 316:19 325:10 329:13

**opposed** 38:19 55:14 58:4 78:1 80:8,24 86:15 87:7 88:16 91:22 92:20 95:17 102:14,24 103:7,15,25 104:13,23 119:25 301:1 314:22 330:19 331:7

**opposite** 17:22

**opposition** 23:4

**options** 296:24

**orchestra** 57:8

**order** 50:5 55:4,7,9 71:13,20

90:5,12 129:22 135:16 149:9 151:4 175:24 176:4, 14,24 196:3 216:13 227:1 241:22 259:25 273:9 277:24 285:20 286:7 296:24 303:15 304:12

**ordinance** 25:3,10 29:20,21,22, 25 30:23 31:19 38:25 72:14 133:8 219:5 305:20 313:7

**ordinances** 38:14 58:24 205:6

**organization** 4:18 6:22 19:24 20:16 83:11,13,18, 19 85:21 86:19

**Organization's** 20:11

**Oriente** 17:21

**originally** 91:10

**outbursts** 23:4

**outgoing** 56:12

**outstanding** 4:19 15:23 133:23 134:10 143:20

**overhead** 221:21

**overlooked** 297:19

**overqualified** 252:11

**overrule** 77:13

**oversight** 67:15

**overthinking** 59:24

**Overtown** 26:3 59:11 60:23

**owe** 240:3 284:18

**owned** 135:13 204:5 206:12

**owner** 74:7 117:13,16,17 143:20 214:10,11 232:7 243:25 296:19 304:17 306:10

**owners** 130:8 133:8 147:15 178:4 191:24 232:13 235:24 238:1

**ownership** 27:2

**owns** 137:14

---

**P**

**p.m.** 23:19 68:16 133:2

**pages** 164:21 184:20

**paid** 21:10 245:18 255:7 300:9

**pain** 105:22 308:24

**painted** 206:23

**paints** 212:15

**pair** 251:21

**Palm** 69:23 106:6 224:1, 2,8

panel 158:7
panels 192:5
panic 288:4
paper 222:24
paragraph
138:18
parameters
78:8 121:2
Pardon 54:15
parent 3:7
parents 18:2
park 37:3
84:4 88:3
93:14 104:3
119:3 145:24
146:12,14
147:14 163:21
206:20 259:11
327:8,9
parked 126:17
129:11 145:3
146:4,20
parking
131:10
133:15,16
134:21 137:2
141:19 142:18
143:7,15,25
144:1,23
145:1,4,11,20
146:7,11,23
147:19 159:3
160:12
163:20,21
206:19 235:5,
8,10,11,14
250:11
258:22,25
259:1,9
294:7,8,10
Parkland 3:2
6:21
parks 9:18
part 9:1
12:23 19:23
26:15 45:23
49:16 76:7
90:5 126:20

131:15
147:11,12
157:23 159:8
209:4 219:4
220:10 230:18
250:22,23
252:17 253:9,
17,18,22
254:5 256:19
267:7 288:8
299:3 300:25
302:14 303:22
305:3 309:2
318:5 319:1,
17,21
participate
70:15 105:24
228:18
participated
57:7
participation
59:21 61:17
106:8 109:19
parties 49:20
238:22
partner 7:8
partners
155:16
Partnership
14:3
parts 96:14
122:17 146:24
party 120:21
129:16
pass 11:24
27:10 79:16
99:24 310:7
313:11
passed 3:13,
18,23 4:5
27:5 78:7
79:5 81:8
129:22 290:9
315:9,23,25
passes 55:15
58:5 78:2
80:9,25 86:16
87:8 88:17

91:23 95:18
102:15,25
103:8,16
104:1,14,24
120:1 305:20,
23 314:23
330:20 331:8
passing 26:8
passion 8:13
past 37:8
84:3 242:16
pat 108:7
182:12
patience
165:2
patient
161:12 207:25
214:18
patio 141:16
153:7 183:13,
16
patrons
185:14 186:22
pawnshop
257:11
pay 14:22
82:1 92:9
136:7,8 214:2
277:17
paying 128:10
217:3,5
penalty 278:7
pending 97:21
120:17,19
people 5:13
12:19 20:1,6
37:4,20,23
56:4 60:6,9,
19 61:6,8,10
63:14 67:23
75:24 76:3,8
79:17 85:22,
25 97:24
98:24 99:20
100:6,14
106:25 107:3,
15 110:11,16,
17 116:1

126:12 128:20
129:10,13
137:11 141:6
148:9 149:13
158:1 162:25
163:21 171:20
175:6,23
177:24 178:2
184:21 200:8
201:10,11
203:23 204:3,
13 206:15
207:8,10,15
213:9 214:6
215:13 217:2,
16,19,25
222:3 225:5
238:5 240:7
241:15 243:21
244:19
245:18,22
246:1,10,11
259:5,10,12,
19,22 269:22
271:24 272:8
281:14,15,16
286:13,16,25
288:4,9
297:15,19
302:25 303:14
304:3,10,11,
14 305:2
307:2,3,4
308:12
312:13,14
315:13 317:17
319:19 322:5
324:23,24
325:1,9
326:19
people's
308:24,25
peoples'
240:15
percent 35:10
62:15 187:1
236:20
297:21,24

**perfect**  15:21
253:20,21
314:9
**perfectly**
150:25 263:1
**performance**
15:23
**performed**
139:1,5
**period**  22:13
68:3 75:21
133:19 300:23
**perjure**
278:15
**perjured**
278:17
**perjury**  278:7
**permission**
256:3 295:4
307:14 319:8,
20
**permit**  129:24
132:13
133:10,18,22
134:6,8,9
191:11,25
203:17 241:21
271:14 287:16
**permits**  125:4
129:18 130:3
137:18,21
148:11 149:13
185:22,24
190:2,7
191:16 192:21
193:5 196:11
201:2,4,16
203:20
234:19,20,22
239:20 241:13
242:14,23
244:10 258:14
271:15 274:3
277:22
289:17,18
293:10
**permitted**
23:2,5 130:13

**permitting**
133:6 188:10,
11,25 216:8
235:17 241:1
246:13 294:12
301:9,14
**perpetuity**
71:16
**perplexed**
32:6
**person**  21:10,
15,20 22:4
23:6,11 57:6
65:21 66:1
68:6 74:23
75:19 107:1
110:12 112:11
137:17 145:21
200:7 217:3
225:22 299:13
308:19,20
309:21 320:18
330:6
**personal**
11:20 12:1
250:16
**personality**
8:6 63:10
**personally**
249:14
**personalties**
59:25
**personnel**
129:21
**persons**  21:10
59:17
**perspective**
60:17 300:6,7
**pertaining**
138:7
**Peter**  57:10
**Peterson**
108:10
**petition**
21:21
**petty**  43:6
44:9 57:1
288:9

**PH**  26:2,7,9
27:20,21
59:12 78:2,4,
8,13 79:3,5
80:5,9
**Phi**  10:2,9,16
11:1 12:17,
22,23 13:10,
17,22 14:7,
18,24 15:2,15
**phone**  4:16
5:3 66:18,19
**phones**  23:1
**photograph**
140:17
**photography**
221:22
**photos**  138:5,
10 139:11
142:1 178:16
**Photoshop**
127:5
**Photoshopped**
126:3,23
135:11
**pick**  110:18
181:24 320:18
322:3
**picture**  6:15
125:12,15
126:3,5,10
135:10 148:1,
16 156:18
161:23 188:12
196:17 202:14
**pictures**
138:17 139:1
141:18,24
144:14 145:8
147:23,24
148:8 149:1,
25 150:2
151:20 152:2
153:4 161:13,
15 187:9
188:19 189:4,
13 191:20,21
193:4 196:15,

24 199:15,16,
25 201:10,18
203:13,15
204:16 248:17
253:25 258:17
263:16 265:6
284:8 288:24
294:14
**piece**  99:9
**pile**  193:3
**piles**  188:1
200:24
**pillow**  168:2
**pilot**  226:3
**Pinfish**
153:24
**piping**  188:17
**Pizza**  137:8
**placards**
23:10
**place**  18:14
44:9 48:7,8,
18 52:3 56:3
64:19 79:7,15
113:7 124:16
126:13 130:8
131:9,14
137:8,15,18,
19 138:24
139:21 140:22
141:15 144:11
148:24,25
149:4 151:18,
22 152:9
153:7 157:9,
25 158:12
161:24
170:19,22
184:13 191:25
196:12 203:21
205:9,13
209:5 214:10
215:6,8
216:5,14
226:9,11
231:17 234:21
235:7,23
238:18,25

239:6,23
242:20,21
243:11,22
253:14 257:25
258:23 260:4
264:4,8,9,13
288:24 289:3
297:12,17
301:12,17
303:13 304:1
306:4
**places** 128:24
131:25 136:13
137:2 138:3
141:15 162:15
205:15 207:13
214:7 239:24
244:9 264:5
282:13 326:20
**placing** 47:24
48:6
**plan** 133:14
197:24 198:24
199:7,11
260:3
**plank** 125:16
**planks** 123:23
**planning**
57:24 60:5
103:17
**plans** 42:6
190:19,22
196:25 197:1,
2,12,19
200:22 235:19
260:1,2
265:7,8
**plastic**
129:13
**play** 7:12
**played** 55:1
285:13,14
**playing** 57:8
171:21 241:14
**pleasant**
96:15
**pleased**
172:12 173:7

176:9 180:12
**pleasing** 61:7
**pleasure**
275:20
**Pledge** 2:21,
22
**plumbing**
188:13,16
190:14 193:4,
7 200:24
201:5 258:15
**pocket** 27:24
28:3,7 29:4,
20,23 30:1,6,
21,23 31:10,
16,18,21
32:1,9,19
33:9 34:8,10,
18,21 35:2,8,
10,22 38:24
39:4,12 40:3,
6,8,11,13,17
42:17,20
43:4,9 45:1
46:10 47:13,
17,22 52:13
77:4 78:17
79:24 88:19
318:7
**podium** 22:19
**point** 19:25
30:15 58:25
63:24 76:18
110:22 111:1
137:23 139:2
149:19 165:18
177:14 179:5,
13 199:6
208:14 211:11
216:11
217:23,24
222:6 238:20
243:14 245:2
252:25 255:11
257:3,21
296:4 311:11
321:18 325:8
326:10,13

**pointed**
123:12 124:6
131:9 136:20,
25 188:4
198:22
**pointing**
122:18 127:20
144:10,22
**points** 111:14
**poise** 8:11
**pole** 136:16
**Poliakoff**
321:23 324:22
326:17 328:9
329:5
**police** 101:3
129:2,21
130:5 139:11,
12 140:2
166:7,10,25
167:4,9,18
168:4,8,11,15
169:12,25
170:4,7,11,
16,24 171:4,
8,15,24
172:5,11,14,
17,25 173:2,
6,13,17,22,25
174:7,12,16,
18,21,24
175:2,5,8,11,
14,17,21
176:5,9,13,15
178:12,24
179:4,8,16,
21,25 180:9,
14,17,20,24
181:3,22
182:9,17,20,
24 183:11
184:14 187:3
189:18 205:14
208:14,16
209:2,3,6
210:24 215:7,
17 216:12
217:22 226:7
229:11,13

234:1 241:8
245:7,11,13,
15,17,22
246:1 254:6
257:3 258:5
259:16
265:19,22
266:7 283:21
293:21,23
295:3 308:16
309:4
**policeman**
215:15
**policemen**
182:6 216:4
**policies** 73:7
76:19
**policy** 35:3
72:10,14
113:8 115:7
**polite** 184:18
209:10
**politely**
141:25 205:14
**political**
81:15 82:23
83:14,20
85:21,23 86:2
**politicians**
220:12
**politicians'**
74:13
**Politicio**
81:11,14
82:21
**Politico** 81:1
**Pollack** 57:3
**pony** 105:9
**poor** 287:6,18
288:2
**population**
155:19 220:10
**porter** 200:15
**portion** 89:4,
6 105:12
**position** 9:12
49:2 98:25

249:18 274:23
282:9 289:1
292:18 308:12
**positive** 4:4
13:24 298:23
**positively**
8:5 14:19
**possibility**
42:5 230:5
**possibly** 97:6
262:19 280:2
**potential**
7:11 122:19
178:8 256:22
268:3 310:8
**potentially**
95:12 211:25
292:7 296:22
**pounding**
204:4
**poverty** 81:25
82:16 83:25
**power** 98:20
177:23 209:25
309:18
**powers** 205:4
253:10 309:18
310:16
**practically**
42:19
**practice**
66:22 72:11
324:9
**prayer** 2:9
**prayers** 17:6
**pre-planned**
168:16
**precedent**
106:18
**precious**
57:14
**predecessor**
250:19
**predicament**
26:5
**predominant**
4:18

**prefer** 290:7
**premises**
165:10 185:4
295:5
**preparation**
308:9 316:3
**prepare** 36:24
50:7
**prepared**
35:20 46:12,
21,22 95:22
169:13
171:18,22
**preparing**
193:13
**prerogative**
46:2
**present** 16:12
40:18 83:23
121:15 178:3,
4 190:3
192:14 204:7
313:19
**presentation**
21:21 72:24
139:2
**presentations**
2:24 21:4
**presented**
42:19 43:8,24
54:2 230:8,9,
11 234:17
274:14
**presenting**
83:5
**presently**
79:10 120:21
**president**
8:15 12:14
14:25 15:8,14
19:22 39:9
62:6
**Presidio**
81:1,11,14
82:21
**press** 308:16
**pressing** 4:24
237:10

**prestigious**
14:7
**presume** 39:5
**pretenses**
260:3 261:17
263:6 269:2
291:2 292:11
**pretty** 76:18
98:5 129:3
130:2 199:25
**prevent**
296:1
**preventable**
243:10
**preventative**
90:2
**prevention**
150:19
**previous**
69:12,13
192:15 324:9
**previously**
89:20 115:11
**price** 136:7
**priest** 271:7
**principal**
21:11
**principals**
15:10 135:12
**prior** 5:4
92:8,9 133:11
329:14
**priorities**
19:10
**prisoners**
81:16 82:23
83:15,16,20
85:21,23 86:2
**prisons**
83:17,21
**private** 83:6
120:17 121:1,
4 194:24
**privilege**
7:20
**prize** 8:9

**problem**
29:10,13,16,
18 42:23 48:5
63:3 71:5
84:2 99:14
115:4,25
149:14 178:1
200:14 213:17
215:4 216:10
221:2 227:2
238:14 240:13
241:5,11
259:16 261:2
285:16 286:2
301:16
311:17,19,21
324:20
**problems**
63:10 201:24
202:8 209:21
212:18,21
218:17 225:7
239:14 240:9
246:4 250:23
301:8
**procedural**
96:25
**Procedurally**
84:10
**procedure**
3:20 40:16,19
50:17 52:8
65:2 67:6
69:19,20 72:5
112:16
**procedures**
21:7 65:7
326:8
**proceed** 90:13
282:20,21,23
**process** 7:1
42:12 48:3
52:5 60:1
61:2 68:4
73:13 95:2
115:9 133:6
202:8 207:14
215:11,12
216:20 217:14

225:20 227:2
232:7,9 244:1
255:11,12,16
256:6 258:18
271:11 299:12
300:25 301:9
306:13 312:20
324:4

**processed**
185:20

**processes**
159:9 218:6
221:23 297:22

**proclaim** 5:9

**proclaiming**
15:1

**proclamation**
4:11 12:9,16
13:6,8,20
66:12

**proclamations**
2:24 4:8 12:7
21:4

**procurement**
320:1

**productive**
63:14

**professional**
5:8 195:6,9
218:3 243:15,
16 283:5
325:6 328:8
329:5

**professionally**
195:1,5
262:12 283:24
299:23

**professionals**
257:21 283:22

**profit** 82:20

**profound** 4:16

**program** 14:2
57:11 62:19
226:3 227:25

**programming**
82:11

**programs** 14:1
62:9,16,20

63:5

**progress** 3:17
62:14

**prohibited**
133:17

**prohibition**
219:25

**project** 80:21
94:9 95:3
327:7

**projected**
42:6

**projects** 9:3
93:16,24 94:6

**prolonged**
282:17

**Promise** 6:23

**promote**
152:18

**promotes**
33:20

**proof** 201:16
216:13 230:10
246:6 258:12
286:22

**proofs** 219:12

**proper** 131:10
178:9 216:8
218:21 238:23
242:13,23
244:10 266:17
273:20 274:3,
20 277:22,24
280:22 282:4
294:10 302:20

**properly**
193:22 194:2
256:13

**properties**
142:6,8 143:3
150:17 206:8
222:8 275:15
276:25 290:24

**property**
21:22 26:22
54:10 60:6,
13,22 62:21
74:7 83:18

117:13,16,17
133:8,23
134:9,11
137:15
143:20,22
145:2,3,24
146:1,4,11,21
147:15 149:23
156:24 165:7,
24,25 185:1,
9,21 194:25
206:12 207:9
225:17,18
238:1 240:9,
10 241:12
244:20 302:17

**proposal**
31:16 317:21
329:9,12

**propose**
209:17 227:5

**proposed** 34:9

**proposition**
22:6,7,10
65:22 66:9
69:7,23
109:12 110:7,
9 115:21

**propositions**
69:8 115:22,
23

**proprietors**
130:15

**prosecute**
241:11

**prosecutor**
210:10 213:7
307:16 308:10

**prosecutorial**
223:22

**protect** 56:16
215:20 228:15

**protected**
90:3

**protecting**
19:13 179:8
181:23
194:16,17

226:15 238:14
239:1 283:12

**protection**
127:23 136:6
171:16 179:8
194:18 198:18
204:22 212:1

**protective**
326:13

**protocol**
15:22

**proud** 7:8,12
16:21 18:2,19

**Prove** 108:18,
22

**proved** 254:1

**proven** 289:18

**proves** 277:24

**provide** 26:10
81:15 82:22
99:23 138:9
183:19 186:9
187:6 258:10
270:13 292:14

**provided** 6:10
14:16 93:5
210:17 218:21
252:17 270:20
271:12

**provisions**
79:12 120:15

**PST** 15:22

**PTR** 255:4

**public** 7:2
8:16 9:4,14
22:11,13,16
30:5,7 46:11,
15 47:6 48:24
58:14,20,23
59:16,20,21
60:8 61:24
62:19 63:23,
25 65:18
67:18,20 68:5
70:14 72:23
73:9 74:11
75:20 76:20,
21,24,25

77:3,16
105:12,24
106:8,21
107:17 109:19
112:4,7
120:12 121:16
155:12 157:7
194:3,7,9,23
205:19 265:18
266:10,22
267:1 268:12
270:1 304:11
314:16,18
318:8 323:22
330:14,15
**public's**
35:14
**published**
111:18,19
**publishes**
65:9
**pull** 160:13
260:20 271:14
**pulled** 193:6
208:24 308:18
**purchase**
26:22 87:9,
16,21
**purpose** 54:9
93:7,10
101:21
**purposes** 30:2
**pursuant**
27:15 133:13
**purview** 319:7
**push** 35:23
40:11,12
**pushback** 40:7
**pushed** 244:10
**put** 24:22
27:13,18 31:6
33:12 36:13
42:25 55:1
59:8 69:16
79:11 83:7
91:13,16
96:13 98:25
114:5 115:10

123:21,24
125:11,17
127:4,6
135:6,7,10
144:17 146:25
151:6,19
161:13 168:1
170:20 181:20
187:8 191:13
193:10 194:8
197:17 200:6
201:7 203:23
225:10
234:18,22
235:9 240:24
250:6 253:5,
20 254:23
260:20 263:24
274:12,22
281:20 288:6
289:14 299:20
301:20 306:7
307:12 308:12
309:9 310:17
313:7 318:1
322:1 323:7,
20 324:4
325:21
**putting** 18:15
19:1 32:21
48:20 96:17
161:13 201:9
205:18 283:13
317:20

---

**Q**

**qualifications**
249:24 251:8
324:5
**qualified**
249:17 251:1
252:9 301:14
318:4
**qualify**
251:10
**quality** 9:19
16:2 19:11
137:4 155:18

164:7 194:14
228:14,15
240:13 259:14
262:17 267:13
**question**
25:23 51:21
78:16 81:24
84:11 90:14
92:22 93:11
115:14 117:3
158:21 167:18
173:13 174:25
177:24 180:11
223:10 255:21
257:17 273:19
274:22 294:3
301:6 319:25
325:2 330:21
**questioned**
178:2
**questioning**
324:8
**questions**
72:12 89:8,14
91:6,19 92:11
95:14 98:17
99:20,23
155:21 174:13
176:23 180:16
243:17 250:7
281:5 282:8
324:25
**quick** 54:19
129:3 154:2
305:4 315:9
**quickly** 85:9,
13 120:9
214:4 265:22
**Quien** 171:21
172:1
**quiet** 218:13
**quit** 259:2
**quorum** 64:8
**quote** 165:23

---

**R**

**Rachel** 121:13
132:25 133:3,
6
**raid** 267:14
**raise** 83:2
207:3 278:5
**raised**
219:13,14
**ramifications**
307:1
**Ramsay** 57:5
**ran** 189:18
238:20
**range** 15:6
**rate** 62:16
236:16,19
**Raton** 57:4
**Rattner**
61:21,22,25
62:3,6,11
63:17
**reach** 253:12
**reaching** 92:8
**reaction**
173:7
**read** 12:7,10,
22 14:13 20:7
51:22 65:11,
12 66:15 67:9
71:14 81:10
83:3 92:22
105:17 120:3
139:9 145:5
185:6 223:11,
21 226:17
329:3
**readily** 307:2
**reading** 13:8,
9 66:18 67:24
**reads** 93:3
**ready** 25:5
310:19
**real** 18:18
21:22 61:15

87:20 155:4
212:22 228:7
239:12 246:12
303:21 306:19
**realize** 35:7
85:22,25
244:9 281:3
**reallocating**
95:5
**realm** 20:5
**reappoint**
104:3 119:4
**reappointing**
102:4,17
103:2,10
104:16
**rear** 145:3
**reason** 30:4
38:12,19,24
46:4 54:9
68:3 75:18
91:14 123:19
126:25 127:20
132:10 134:20
159:8 200:21
243:19 252:18
264:7 267:6
274:18 282:25
297:18 300:19
310:3
**reasonable**
59:15,20,23
66:8,23 68:20
69:2,6,7,22
72:2 75:17
106:16
107:11,12
109:11 110:8,
11,12,13
115:15,16,19
116:3 246:25
330:1
**reasons** 38:23
40:23 132:15
228:10 249:6
**recall**
123:17,19,25
126:4 130:14

131:11,19
**receipt** 165:9
185:3
**receive** 19:4
45:4 112:3
150:14 195:5
**received** 7:14
8:1 99:17
133:3 143:6,
13 145:1,18
192:11 193:25
208:9 318:9
326:24
**receiving**
85:22
**recent** 217:13
**recently** 7:23
39:9 85:25
117:14,16
126:11 130:18
239:14
**recess** 23:14
121:23
**recited** 2:22
**recognition**
6:19 17:8
19:4
**recognize**
17:10 21:3
76:15 256:23
**recognized**
13:2,17 16:17
39:9
**recognizing**
4:14 5:22
7:21 10:2,9,
16,25 15:22
16:21 19:19
20:24
**recollect**
130:19 131:7
**recollection**
129:7
**recommend**
310:22 313:22
**recommendation**
116:21 247:21
248:2

**recommendation**
**s** 63:19 115:6
247:9,16
313:23
**recommended**
215:10
**reconvene**
99:16
**record** 22:23
32:17 44:10
45:21 55:2
77:16 91:16
96:16 139:10
140:17,23
181:23 191:19
192:19 223:7
224:15 236:16
240:24 252:8
253:16,21
254:15 263:24
264:1 283:13
290:25 292:25
293:8 307:12
317:5 325:21
**recording**
331:10
**records** 65:18
139:21 142:3
153:3 194:3,
7,9 205:19
**recourse** 99:3
**recruited**
56:14
**redid** 192:6
**reduce** 110:19
**reduced** 95:10
**reelection**
37:19,20
**refer** 223:14
**reference**
22:20 59:13
84:19 223:15,
20
**referenced**
134:1 143:6,
14
**referencing**
145:1,19

**referrals**
4:23
**referring**
224:5,9
**reflect**
185:23
**reflected**
249:14
**reflective**
197:23
**refused** 139:3
167:24
**regard** 268:1
306:13 316:7
**regime** 81:16
**region** 224:14
**register**
21:13
**registered**
7:25
**registering**
21:17
**regular** 21:5
32:17 52:5
105:4 121:18
286:14
**regularly**
23:20
**reiterate**
55:24 194:23
**related** 21:14
62:12 120:24
227:23 289:12
**relates** 93:25
**relating**
192:17
**Relations**
103:2
**relative**
65:7,8 73:19
198:23 295:22
**relentless**
57:6
**relief** 263:8
264:13 275:15
276:25 286:1
291:10 292:1,

2,7 295:23
relieve  83:25
religion
  42:24
remain  2:20
  82:2
remaining
  122:3
remarks  6:19
  23:5,6 55:25
remedied
  296:23
remedies
  254:16,23
remedy  255:5
  300:17
remember
  16:17 17:4
  27:15 56:6,7
  57:13 122:11,
  16,20 123:6,
  12 124:2,12,
  16,24 125:7,
  12 129:4,13
  132:1,5,16
  135:12,18,19,
  21 136:19
  139:25 140:1
  169:10 191:2
  193:20 206:6
  230:22,23
  231:13,15
  242:18 250:18
  266:17 289:24
remind  2:17
  270:8 271:18
remindful
  59:6
remiss  58:20
remodel
  190:14
remodeled
  201:1
remodeling
  201:5
remove  24:15
removed  143:7

renovate
  93:14
renovated
  253:14
renting
  206:15
rents  207:3
reopened
  121:19
repair  192:3
repaired
  287:12
Repeat  156:5,
  6
repeatedly
  193:19
report  7:5
  45:6 50:1,10,
  12,13 164:9
  168:1 169:13,
  15,23 170:2,
  9,12 173:3
  174:14 181:3
  183:8,11,12
reported
  142:7 197:4
reporter
  121:14
Reporting
  6:24
reports  16:6,
  8 138:5,9
  139:10 144:15
  169:9 183:4
  184:20 226:18
  287:24
represent
  101:8,10
  107:2 155:13
  285:4 321:7
  322:4
representative
  272:8
representative
s  6:5
represented
  232:6,12
  239:23

275:23,25
276:7,12
307:3 322:2
representing
  239:11,17,20,
  21 246:11
represents
  264:17 270:22
reprimands
  136:8
reputation
  307:7
request  21:21
  41:24 120:25
  138:17 139:21
  142:3 194:3,
  7,9 205:19
  264:1 292:6
  317:21 323:6,
  20 329:8
requested
  22:24 34:12
  99:12 120:16
  168:21 290:21
requesting
  210:8 213:2
requests
  33:25 168:19
require
  127:16,17
  200:20 258:21
  265:1
required
  21:23 61:18
  160:11 199:3
  235:8,11
  258:24 272:22
  294:10
requirement
  89:1 90:12
  133:5 134:1,
  13,24 258:25
requirements
  21:14 26:11
  134:23 159:2
  186:18
requires
  102:18 104:4,

17 186:20
200:19 257:20
271:15
requiring
  23:12
rescheduled
  22:8
rescue  150:10
research
  35:21 159:6
  290:23 291:8
  292:3
researched
  281:22
reservation
  309:8
resident  74:6
  156:2
resident's
  4:17
residential
  133:17 137:3
  147:11,14,17
  241:13 259:11
residents
  2:16 5:7
  14:4,20 16:3,
  11,25 19:12
  39:1 155:17
  156:23 194:10
  211:13 220:11
  227:6 228:15,
  16 262:18
  286:14 288:3
  325:13
resign  277:25
  278:3 279:3
  289:19 292:17
  293:16
reso  310:17
resolution
  50:2,10,14
  54:1,4,5,13
  86:5 87:21
  92:25 210:7,
  15 211:6
  220:16 247:15
  252:16 279:1

290:9,12
294:4 302:19
305:24,25
306:4 307:9
309:16 310:6
313:20 315:9,
12,20,23,24
328:6,7 329:3
**resolutions**
3:19 58:23
**respect** 32:22
64:23 96:25
108:6 221:9,
18 250:8,9,25
307:21,22
311:11
**respected**
32:1 48:16
**respectful**
54:20
**respectfully**
100:13 105:13
**respecting**
283:9
**respond** 38:7
179:16 180:8
195:16,18
275:10
**responded**
176:5,13
180:10 181:10
279:12
**responds**
169:14 170:1
**response**
138:14,16
141:25 173:1
174:1 195:6,
7,9 287:2
**responsibiliti
es** 195:3
**responsibility**
156:25 284:21
312:3,4 317:9
318:11,14
**responsible**
48:25

**responsive**
139:20 142:2
**rest** 303:16
315:10
**restaurant**
136:17 137:9
161:18,22
163:9 185:23
189:14,23
196:23 242:12
257:16,18
273:21
**restaurant-
only** 186:20
**restaurants**
218:19,20
244:7
**restore**
129:22 182:9
**restricted**
93:18
**restrictions**
26:6 27:18
**restrictive**
199:13
**restroom**
64:17,18
133:16
**resubmitting**
199:12
**result** 138:11
**retained**
21:11
**retaliatory**
75:3
**retire** 152:18
**retired** 7:23
8:21
**retroactively**
79:5
**return** 167:17
**returned**
183:6 206:11
**revealed**
143:19
**revenue** 80:21

**revenues**
187:1
**reverters**
27:17 79:11
**review** 114:20
185:24 199:7
329:13
**Reyes** 2:2
16:13 17:12,
13,20 18:6,
10,12 28:2,
10,13,16,24
29:10,13,16,
18 30:14,15,
25 31:5,8,14,
20 32:7,11
33:2 34:10
36:9,15,17,
20,22,25
37:11 38:5
39:17,20,23,
24 40:14,22,
25 41:4,19
42:1,8 44:24
45:14,17,22
46:7 47:3,8,
11,16 48:1,7
50:4 51:20
52:6,19,23
53:6,10,12,14
57:23 58:1,10
78:9,13
81:19,21
82:15 85:17,
19 87:1,3
88:11,13
89:11,13
90:23 91:1,4
92:15,17
104:20 114:7,
16,25 115:2,
14 116:6,12
118:22,25
119:5,12
121:9 218:11,
12,14 219:20
221:8 222:10,
12,13,15,16,
23 223:2,16

224:24 226:23
247:25 248:3,
8,13,21
249:10 254:11
257:5,8
263:13 264:3,
10,14,23
265:4 269:14,
18 284:25
286:3 290:4
291:12,17,18
305:14,15
309:17 311:15
313:13,16
314:3 320:14,
17 322:9,13,
15 326:14,15
327:11
330:11,13
331:3
**Reyes'** 194:7
**RFI** 325:19
326:9
**RFLI** 317:22
323:6 329:8,
11
**RFQ** 322:1
**rid** 225:11,20
277:10
**ridiculous**
175:14,20
219:6 279:5,7
**riding** 128:18
**rifles** 4:1
**right-hand**
258:3
**rightly** 125:7
**rights** 48:16,
20 49:1,3
232:7,9
**ring** 128:22
129:10 130:3,
13,21 139:8,
15 141:20
144:6
**rise** 2:10
**River** 224:1

**Rivera** 7:21
  8:10,24
**road** 127:1
  146:18
**role** 7:12
**Roll** 289:22,
  23 305:7,9
**roof** 136:18
  149:3 158:10
  201:13,19
  202:13 262:9
**room** 99:9
  112:21 124:4
**rooming**
  218:23
**rooms** 149:6
**Rose** 82:5
  88:23,24
  89:19,23
  90:1,7 91:17,
  25 92:1
  93:21,23
  94:10,21
  95:19
**ROTC** 57:11
**Rotenberg**
  87:20
**route** 46:1
  50:20 165:5
  184:24
**Ruben** 328:12,
  14,16 329:6
**rug** 197:8
**rule** 32:2,3,
  21 34:3 43:7
  44:9 50:24
  51:2,8,10,18
  52:18,24
  54:23 109:23
  110:1 211:5
**rules** 51:6,22
  70:24 109:12,
  17 181:5
  241:17 242:1,
  3 262:24,25
  263:1 295:7
**rumor** 171:11

**rumors** 166:2
**run** 71:23
  239:19 323:22
**running** 17:2
  122:9 300:13
**rushed** 97:22,
  23
**Russell** 2:1,
  4,20,23 20:23
  24:3,13,18
  25:1,7,21,25
  26:20 27:4,9,
  20 28:5,11,
  15,17,22
  29:3,11,14,17
  30:10,12,14,
  20 34:4 35:12
  36:8,16,19,23
  37:10 38:4,8
  39:18,22
  40:21,24
  41:2,7,11,15
  42:2,9,13
  44:22 45:13
  46:5,8 47:4,
  9,12,21 48:10
  49:6,9,12,15
  50:12 53:18,
  23 54:4,12,17
  55:3,8,11,14,
  18 57:16,21,
  24 58:4,11,
  14,18 60:15
  61:19,23
  62:1,10 63:17
  64:7,15 66:5,
  20,25 67:4
  68:2 69:11,
  18,25 70:4,7,
  12,19 71:3,
  11,16,22 72:8
  73:3,5,25
  76:12,14
  77:4,7,11,18,
  22 78:1,12,20
  79:1,9,19
  80:1,3,8,13,
  16,20,24
  81:6,18,20,23

  82:12,18
  83:9,15 84:9
  85:3,5,8,11,
  15,18 86:3,
  10,15,21,25
  87:2,7,15
  88:9,12,16,21
  89:9,12,21
  90:9,17,21,25
  91:5,18,22
  92:13,16,20
  93:22 94:8
  95:9,17,20
  96:1,9,22
  97:16,20
  98:1,5,8,13
  101:13,19,22
  102:5,7,11,
  14,19,21,24
  103:4,7,12,
  15,22,25
  104:7,10,13,
  19,23 105:3
  106:14 108:3,
  20 109:14
  110:15 111:2,
  4,7,13,22
  112:2,8,25
  113:5,9,13,17
  114:4 115:2,
  5,24 116:2,8
  118:18,20,23
  119:8,13,18,
  22,25 120:5,
  10 121:7,24
  122:1 172:19,
  23 174:23
  175:24 176:3,
  7,11,14,18,
  22,24 177:3,
  9,14 178:13,
  16,18 179:20
  180:2,6,22
  183:24 184:3,
  8 186:1,4
  187:10,14,18,
  24 193:14
  201:20
  205:21,25

  207:22,25
  208:4,9
  210:19,22
  211:2,22
  212:2,5 213:5
  214:13,16,20,
  22,24 216:2
  217:10 218:9,
  12 221:4
  222:9,11,14
  223:4 224:8,
  22 225:1
  226:21,24
  227:13,19
  228:21 231:18
  233:23 234:1,
  5,8,12 236:3
  237:2,6,11
  240:18,21
  246:15,18
  247:21,24
  248:1,7,10,
  15,23 249:23
  250:1,4
  251:2,5,13,
  15,18 252:5,
  13 254:10,13,
  19 255:23
  259:21 260:8,
  12,15 261:3,
  9,18,21
  262:10
  263:11,15,21
  264:20 265:9,
  17,21 267:1,
  24 268:6,9,
  16,20 269:6,
  24 270:5,11,
  15,25 272:10,
  18,22,25
  273:5,9 275:9
  276:15,20,23
  277:3,5,13
  278:8,11,20,
  25 279:4,8,
  12,15,25
  280:4,9,13
  281:1 284:6
  288:11 289:5,

9,12,21,24
291:16,19
295:17 296:9,
13 298:5,7
301:3 303:11
305:7,18,19,
22 309:10
310:11,19
312:1,7
313:13,25
314:4,9,14,22
315:3,5 318:5
319:2,9
320:8,13
322:8,11,14,
16,18,24
323:3,11
326:14
327:10,12,15,
20,25 329:25
330:8,12,19,
23 331:4,7

**RWJF** 8:9

---

**S**

**safe** 16:10
274:5,19
285:11
**safely** 198:10
**safety** 57:12
156:23 164:6
167:5,6
197:11 198:7
216:7 256:25
257:8 259:20
261:14
262:16,17
263:3,6
265:13 268:23
269:10 275:3
282:12,22
283:19 290:23
291:3,9
292:4,6,8
295:23 296:3,
16,25 297:5,
12,16,25
298:1,2,14

299:5,7,11,
15,17,21
300:18 302:13
**Sajas** 132:25
**sake** 50:5
71:13
**sale** 26:3,9,
22 79:7,11
87:9,16,21
**sales** 183:20
186:10 187:2,
7 258:11
**sandwich**
124:15
**sandwiches**
123:8
**Sandy** 6:22
**satisfied**
253:1 256:5,
16
**Saturday**
128:3 137:7,
17 140:10,15
**save** 63:12
142:22
**savings**
94:18,19
**savvy** 315:13
**say-so** 251:10
**scale** 63:3
**scared** 230:6
**scenarios**
25:13
**Schachter**
57:7
**schedule** 28:8
96:3 169:3
**scheduled**
23:20 143:21
185:21 282:16
**Schentrup**
57:9
**Scholar** 57:10
**scholarship**
14:16
**school** 3:3,9
4:2 6:25 7:8

56:4,21
257:12,13
**school's**
56:19,23
**schools** 4:3
7:2,4
**Science** 8:20
**scoop** 155:2
**scooper** 155:1
**scope** 97:2
261:1
**scores** 139:18
141:18
**Scott** 56:9
**Scotty's**
193:20
**scream** 280:11
**sea** 251:20
**searching** 5:1
**seat** 280:10
281:21
**seating** 162:8
183:7
185:15,20
189:21,23,24
196:22
**seats** 136:19
162:11
196:13,19
200:20
**seconded**
55:12 58:1,19
80:16 81:23
87:3 88:12
89:13 90:22
92:16 102:11,
21 103:13,22
104:8,20
119:13,14
290:4 313:25
330:13
**seconder**
90:24 91:5
289:25 291:16
**seconds** 74:3
254:15

**section**
21:18,24 53:3
92:24,25 93:2
98:19 120:15
121:3 198:7
**secure** 242:14
**security** 3:21
**seek** 36:9
86:6 263:9
**seeking** 81:13
82:20
**seeks** 65:21
**sees** 97:7
189:7
**select** 311:3
318:14
**selected**
136:6 211:24
219:2 240:7
**selecting**
330:3
**selective**
127:23 204:22
**selectively**
237:22
**self-analysis**
221:6
**self-initiated**
181:11
**sell** 123:8
162:6 207:11
**selling**
167:22
**semifinalist**
57:10
**send** 33:25
59:10 63:19
94:8 145:9
146:9 195:2
324:20
**sending** 108:3
129:2 189:17
**sends** 287:23
**senior** 19:14
56:13 194:21
**seniors** 19:9

sense 65:7
84:7 209:14
242:7 253:20,
21 284:13
sensitive
39:7,8,12
sentence 93:1
separate
257:18,19
322:21
separately
87:14
September
143:5,13
145:18 146:9
197:13 294:22
sequence
128:1
Sergeant
15:24 131:22
series 136:4,
5
seriousness
313:15
servants
155:12
serve 8:15,22
9:21 15:14
155:17,19
186:22 218:22
228:6
served 7:24
162:21 183:18
186:7 187:6
300:22
service 2:18
4:15,17 5:4,9
15:19 192:3
271:14 304:2
328:8 329:5
Service's
4:21
serviced
185:17,18
services 4:19
5:3,4,23 7:10
23:12 218:20,
21

serving 19:13
61:9 258:9
session 96:8
101:16 118:21
120:2 121:2,
5,15,18,21
122:1 323:10,
12,19 329:16,
19,23
sessions
120:24
329:18,19,24
set 15:21
73:22 106:18
114:13 187:9
236:15 238:5
241:17 242:2
settlement
95:10 120:23
settlements
92:7,10
seven-person
310:24
sewn 41:24
SFX 186:19
200:19
Shakespearean
251:20
shaking
212:23
sham 270:19
shame 272:7
shape 151:7,
22 288:24
share 61:9
shared 228:19
sharing 61:8
Sherman 62:6
shine 97:3
shined 211:16
shining 98:17
shock 176:6,
17
shooting
243:8
shootings
56:2 229:12,

14
shop 128:25
183:18 185:10
255:6
short 77:13
208:14
shortcomings
227:1
shortly 165:9
185:3
shot 57:11
244:17 273:23
292:22 318:2
shoulders
9:10
show 32:24
75:23 142:12
145:8 148:7,
13 151:8
157:18 163:17
196:6 201:12
203:9 217:21
234:20 239:4
253:25 275:19
278:4 324:5
showed
125:11,23
136:13 137:2
138:2 205:9
239:18 253:3
258:12,14
259:15 294:15
showing
179:12
shown 157:17
178:4 179:11
182:5 196:18
197:23 222:20
246:6 248:25
249:15 263:14
275:17 277:25
287:1 293:19
shows 196:11
230:13 248:19
shrubbery
206:22
shut 130:5
139:22 141:16

148:16 153:7
230:16 255:17
257:4,13,25
271:10 296:2,
17 297:3,12
298:4 299:6
shutting
243:1 255:16
270:22
sic 144:9
234:15 235:4
side 97:18
98:15 100:21
128:13,23
162:11 163:5,
7 169:14
187:11 196:13
203:12 206:17
226:19 233:25
238:19
257:22,23
301:13
sides 274:12
276:15 302:18
sidetrack
233:21
sidetracking
233:18
sidewalk
141:23 163:2
287:11
sight 17:20
sign 26:25
27:3 134:5
150:22 152:25
156:13
157:12,23
287:7,9
signed 20:20
27:6 132:13
135:3 150:19
151:10,16
152:12,23
156:10 157:9
191:1 235:23,
24 289:2
significant
25:2 43:22

295:22

**significantly**
236:18

**signs** 23:10

**silence** 23:2
57:13

**similar**
329:8,11

**simple** 118:16
250:14 277:8

**simplest**
250:7

**simply** 30:22
31:18 38:13
44:19 49:15
179:22 180:25
284:7

**sincerely**
220:3 281:7

**single** 68:7,
12 140:17
264:5 269:21
327:7

**singled**
100:15

**sir** 24:12,21
25:6,20 33:18
51:1 53:22
58:17,18
74:16 82:16
90:1,7,20
93:23 100:8,
18 101:4,7,12
114:4,7
122:22
123:10,14,25
124:6,14
126:6 129:5,
14 130:23
131:11,19
132:5,17
136:22 140:8,
11 150:8
152:10 155:10
158:18 159:14
160:1,19
163:14
164:12,18

165:12,16
166:5,13,17
167:15 178:24
179:16,22,25
180:13 190:5,
15 193:7,9
198:16 217:11
221:5,9,17
222:9,22
227:18 231:5,
9 232:6
233:21 250:9
254:14 256:24
257:9 270:14,
24 271:7
272:5,9,13
275:8,11
277:12 278:2,
6,19 296:11
300:21 314:3
320:20 321:3
322:17 323:2,
8 324:7
325:5,17
326:7 328:1,
4,11,18

**Sisters** 14:3

**sit** 33:14
244:15 303:15

**site** 133:14
187:21,22
188:23

**sits** 162:16
199:10 292:12

**sitting** 60:17
105:23 200:9

**situation**
94:22 284:4
294:7 296:17

**six-month**
133:19

**six-page**
223:19

**size** 115:19
134:13 155:8
247:13

**skills**
114:18,19

**skirt** 262:13,
14

**skirts** 242:2

**slap** 242:8

**sleeping**
132:2

**sliding**
123:21 124:2

**slight** 328:6

**slightly**
193:18

**slow** 128:19
139:17

**small** 94:18
137:9 138:18
147:12 189:4
206:6 242:19

**smart** 57:5

**smells** 204:22

**Smith** 282:1

**snapshot**
224:13

**snapshots**
221:19

**soccer** 56:9

**social** 4:19

**society**
217:24

**soft** 146:24

**Soleras**
268:17,18
269:3,7,16,19

**solid** 230:9

**Solomon**
103:19

**solution**
250:22

**solve** 115:4
221:2 227:2
236:19

**solving** 63:9

**sort** 36:10
46:9 156:11
242:19 256:21
291:8 293:4
304:2

**sorts** 241:9
284:3 319:13

**sounded** 49:4

**sounding**
327:4

**sounds** 27:21
93:24 249:8

**source** 82:8

**sources**
183:10

**south** 4:18
6:5 56:22
57:3 139:18
284:20

**southern**
223:22,24,25
328:9,24
329:5

**Southwest**
87:22 88:2
124:22 138:8
139:14
145:16,17
147:1,3 148:1
149:10 188:5
206:4,5
254:17 270:17

**souvenir**
183:17

**space** 93:14
200:10 235:5
253:3 256:2,
12,16 261:14
262:20 263:4,
5 273:20,21
274:6 292:9
295:9 298:13,
16,25 299:17,
19

**spaces** 235:8,
10 244:3,7
258:22,24
259:1

**Spanish** 5:6

**speak** 12:9
30:9 33:14
37:14 39:2,3
46:15 49:21

58:7,21 59:3
62:5,8 65:24
66:8 67:15,
20,23 68:4,6,
12 71:25
72:9,20,21,22
73:1,2 76:3,
10 100:25
101:3 105:5
107:2,15,23
108:1 113:4
117:18 118:5,
12 122:15
128:6 130:8
149:17 164:4
168:4 177:6
197:25 211:4
222:15 247:1
268:13 275:12
283:10 316:8,
12,16 324:19
**SPEAKER** 5:11,
20 10:5,8,13,
15,19,22,24
11:4,7,11,14,
16,20,22
12:3,5 13:16
15:7 25:19
32:4 42:11
45:10 47:20
54:15 55:6,16
58:13,17
64:11,13
65:12 69:4
72:3,6 77:21
80:12,19
87:19 89:15
90:11,19,20
102:2,6,10,
16,20 103:1,
9,17,21
104:2,6,9,15,
25 119:2,6,7,
20 121:22
147:1,5
157:21 161:16
162:19
166:17,23
167:1,4,14

190:5,8,11,
15,19,24
191:4,8,14,17
192:2,5,20,23
193:1,7
202:16,18,25
203:3 214:17
219:19 220:19
224:2,7,9,18
262:7 268:14
273:10 278:23
313:5,12
**speakers**
33:22 41:6
45:16 55:10
62:1 69:15
71:10 86:9
108:19 109:9,
24 111:3
128:9 180:1
214:21 224:21
255:19 306:2
313:4 316:10
320:12 327:14
329:1
**speaking** 23:5
59:15 89:22
111:5 128:13
149:15 197:24
227:16 297:23
318:6
**special** 17:8
80:20 329:18,
19,23
**specialized**
5:5
**specific**
29:21 73:22
93:10 99:4
110:1 172:6
173:13 174:25
175:2 194:25
197:24 200:18
223:8 260:15
263:11 268:2,
19 285:14,15
**specifically**
7:24 17:14
47:15 58:8

98:23 168:5
285:21
**specifics**
99:4
**speculate**
160:5 168:6
170:12,17
181:7
**speculation**
266:13
**speedy** 5:8
**spend** 95:11
105:22 321:17
**spending**
318:21 319:15
**spent** 63:2
91:12 175:15
**Spillover**
133:16
**spirit** 105:14
106:2 109:19
110:2,4
113:21
**spoke** 82:25
113:1 145:21
239:14
**spoken** 22:17
70:4 83:1
159:21 321:4
325:9
**sponsor** 44:3
314:4
**sponsored**
43:1
**Sports** 14:2
**spread** 62:24
**sprinkler**
199:3
**spruced** 123:8
125:25
**square** 26:3
87:23 134:16
155:20 186:21
**SR** 25:9,17
26:7,8,12
27:1,5,19
62:6,8 63:18

78:7,8 79:3,
8,14,16
**SR2** 26:24,25
**SRX** 200:19
**SSARS** 6:23
**St** 224:3
**stabbing**
243:9
**stacked** 46:16
**stadium** 37:5
142:23
**staff** 3:1
6:13,14 21:16
23:23 34:14
98:18 129:23
131:23 135:15
211:12 212:14
**staffs** 29:9
**stairs** 149:7
163:7,19
259:15
**stake** 204:21
**stamped** 148:3
149:1 197:13
**stand** 17:9
39:14 101:23
188:13 274:11
**standard**
283:2
**standing** 2:20
125:5 186:25
200:6 324:9
**stands** 121:22
133:15 199:12
**standstill**
128:20
**start** 4:7,14
46:9 47:14
63:4 122:8,10
123:5 171:21
212:23 218:16
241:23 244:9
312:5 314:12
**started** 37:6,
7 131:2,7
228:3 239:7
267:17 323:10

starting
177:25 327:8
state 8:2
19:21 21:6
22:16 38:14,
15 59:1 89:3
90:8 91:13
108:8 109:3
127:12 169:16
198:11,14,20
210:8 211:7
212:22 217:5
222:5 223:23
224:14
237:16,18
239:1,12,15
266:25 293:9
321:5,15,21
state-wide
210:11 213:8
330:5
stated 32:8
34:10 45:22
76:2 91:10
111:15,24
116:17 133:1
135:6 138:20,
22 152:7
165:22,23
176:15
199:23,24
200:2,3 201:3
209:6 210:18
239:13 249:7
259:17 288:16
292:25 293:3,
7 311:22,24
324:15,17
statement
54:19 120:4
126:4 135:16,
22 246:5
265:25 319:1
statements
126:2 136:11
153:11 230:13
240:5
states 20:5,
10 39:9 56:3

65:20 74:22
stating
214:25
statue 18:14
status 36:10,
20 37:7 41:22
46:18 53:19
103:10 138:12
statute 18:15
61:18 66:7,
15,18,21
67:22 71:20
73:20 82:4,10
84:19 86:6
107:1 110:1
113:24 114:20
statutes
75:22 76:11
90:8 120:15
121:3
stay 116:6
138:23 158:19
251:19 297:13
stayed 141:22
188:4
staying
215:24
step 58:24
94:11 109:14
114:20 147:7
307:11
stepped 6:4
steps 311:21
Sterling 8:7,
16
Steve 119:4
Stick 10:15
stocks 4:1
Stoneman 3:3
56:3
stood 9:9
stop 36:7
60:22 64:6,10
149:8 244:24
251:5 256:22
277:5 279:15
285:19 303:14

312:16,21
322:6
stopped
139:17 145:10
146:11 158:6
215:22 277:3
stopping
246:19
stops 64:3
storage
143:16 146:16
stories
156:13 206:7
story 17:19
158:9 178:6
274:12
straight
153:8
strategy
120:23 328:9,
25 329:6
straw 260:20
street 17:24
59:10 87:10,
16,22 88:2
124:22 128:18
138:8 139:14,
17,18 141:14
142:7,11,13,
16,19,20,21
145:16,17
147:2,4,5,6
148:1 149:10
158:9 188:5
189:19 193:16
203:11 206:5,
6 218:25
254:17 270:18
282:2 303:18,
19
streets
128:21
strict 76:19
strictly
133:17
strive 14:3
strong 9:20
13:3 18:8,10

strongest
230:19
strongly
317:6
structure
125:5 197:25
structures
148:2,9 150:2
158:7
struggling
253:19
student 7:6
students 3:4,
12 56:4,10,16
studied
116:18
studies 5:2
57:7
study 29:6,9,
12 35:17
47:6,7 223:8,
9,11,13,19,21
224:12
studying
274:24
stuff 97:15
100:24 171:3
209:14 213:19
230:10
250:15,20
288:6,9 294:3
301:12,16
Suarez 4:12
7:19 9:24
10:7,11,14,
18,21,23
11:3,6,9,13,
15,18,21,23
12:4 13:14
15:6,21 17:3
19:3,20 20:22
26:18,21
29:19 30:11,
13,22 31:3,6,
13,17,21
33:4,17 38:6,
10 40:12
41:9,14 42:21

43:3,10,14,
17,21 44:7,17
50:16,22
51:1,4,8,13,
16 53:16,24
55:20 57:19
128:10,14
154:15 184:1
193:12,15
195:14 208:11
223:6,17
224:3,11,19
225:3 227:17,
21 229:4,7,
11,15,17,20,
23 231:4,7,
10,14,19
232:2,5,12,
15,19 233:1,
4,7,10,15,20,
24 236:2,5,
12,24 237:14,
21,25 238:7,
11 240:1,20
251:17 252:3,
7,15 259:7
263:17 306:1
328:20,24
329:17,21
**subject** 23:9
120:22 133:4
244:1 254:6
269:25
**subjected**
270:7
**subjective**
107:14 115:18
**submit** 28:7
126:24 133:9,
14
**submitted**
198:25 199:6
235:19
**subpoena**
98:20 177:23
209:25
**substance**
36:12

**substituted**
24:1
**substitution**
81:9 84:11,
13,16,23,24
89:19 90:14
91:2
**successful**
9:5 115:12
**successions**
152:20
**sudden** 33:1
42:23 44:11
46:3
**sue** 218:1
230:24
**sued** 216:20
230:25
**suffering**
286:13 308:25
**sufficient**
66:23 99:19
309:14 323:3
**sugar** 59:8
**suggest** 62:18
316:23
**suggested**
54:2
**suggesting**
116:24 271:17
**suggestion**
49:24 115:11
226:22 251:22
**suggestions**
247:2
**suit** 324:13
**suits** 226:18
**suka** 59:7
**summons** 16:5
**Sunday** 163:25
**Sunshine**
65:8,10,17
105:14 106:2,
4 108:13
110:4,6
113:22 118:2,
4,7 316:14

**super** 174:15
**superb** 242:24
**superseding**
199:16
**supervisor**
141:4 153:1
165:5 184:24
**supervisors**
192:13
**support** 2:12
7:14 14:14
18:18 23:4
81:13 82:7,20
84:10 86:4
204:2 263:7
313:3
**supported**
204:2
**supposed** 12:6
53:4 61:10
105:14,18
137:20 143:25
216:9 218:22
235:7,22
243:11
**supposedly**
158:3
**Supreme**
74:22,24
75:4,11 106:3
112:18 114:1
**surface** 152:1
**surfaces**
143:16
**surprise**
35:20
**surprised**
32:8,25
236:17 239:22
294:23
**surprising**
294:20
**survive** 69:21
**sushi** 137:9
**suspect** 159:1
**suspicion**
26:23

**suspicious**
31:10 40:1,10
44:11
**Sustained** 8:8
**swale** 143:17
**swallow**
181:21
**swear** 278:5,9
**sweat** 272:4
**sweep** 94:16
**sweeping**
93:19 212:14
**swept** 197:8
**swimming**
56:14
**switch** 6:1
**switchboard**
4:15,20,21
5:9
**sworn** 148:5
**system** 6:24
89:3 177:16,
17 296:21
**systems**
199:2,3

---

**T**

**table** 101:25
162:24 253:5
260:17 315:5,
6,10 327:15
**tables** 133:15
136:19,21
162:23 163:22
186:24 196:12
198:23 199:9
200:5,8
**tactic** 37:22
**tail** 202:20
**takeout** 137:9
**takes** 22:10
26:23 151:7
222:6 256:21
**taking** 21:1
46:15 49:2,10
64:19 83:20

127:11 131:2
134:22 141:23
190:17 206:24
226:9,11
240:2 255:16
268:11 302:17
**takings**
302:23
**talents** 8:10
**talk** 5:16
36:1,3 45:2
52:16,22
62:22 66:3
69:24 73:18
75:14,19
106:11,13
110:19 114:21
115:21 168:9
186:6 205:1
242:25 251:7
287:5 308:1
316:20 317:3
**talked** 44:15
66:2 108:7
144:7 195:23
226:2 306:8
314:12
**talking** 5:14
7:7 34:3
44:17,18
52:4,6,15
60:23 93:24
110:3,14
128:7 142:12
147:8,18
161:15 170:6
172:3 188:21
190:22 201:8
206:8 215:5
220:11 222:8
233:18,24
236:25 249:7
259:3 263:12
270:21 273:22
276:3 281:12
317:23 318:8
320:21
**talks** 59:22
205:18

**Tallahassee**
3:22 8:3
315:13
317:11,14
326:20
**tank** 154:25
155:1
**targeted**
221:20 271:17
**targeting**
270:24 271:3,
4
**task** 83:20
166:15,17
167:10 169:3,
11,14,23
170:1 171:25
173:8 181:2,
14 182:8
183:5,9
226:25 227:5
228:6,17
230:19 247:6,
7,13 248:5,11
249:7 251:25
260:19 261:4
264:19 267:6,
7,17,25 268:5
279:20 309:10
310:24 311:7
313:18,20
314:8,17
**tasked** 218:5
**tax** 165:9
185:3
**taxes** 60:8
270:23
**taxpayer**
60:11
**taxpayers**
61:16
**teacher** 56:10
**teachers** 4:2
**team** 45:24
56:15 318:15,
18
**teams** 318:10

**tears** 272:4
**teasingly**
141:9
**technically**
53:11
**teenybopper**
242:19
**teeth** 313:7,
22
**telephone**
4:22 136:15
**telling** 71:8
79:14 92:3
151:7 169:19,
22,25 180:25
214:11 267:9
**tells** 171:5
202:5 225:14
257:25 258:4
**template**
67:13 69:12
**temporary**
133:10,18,22
134:8
**ten** 106:11,13
236:14
**tenants** 62:7
207:3
**tend** 32:7
**tenets** 79:2,8
**tenure** 8:2
**term** 102:18
104:4,8
105:20
**terminated**
111:11
**termination**
121:20
**terribly**
310:21
**terrorists**
267:15
**test** 70:21,
22,25 71:17
253:23
**testament**
17:1

**tested** 66:22
**testified**
125:15 135:9
139:9,22
**testimony**
189:17 256:4
**testy** 63:9
**texts** 7:9
205:19
**thankful** 7:13
**Theater** 205:9
**thing** 29:8
37:2,12 39:25
43:18 52:14
53:2 63:7
84:15 88:19
96:4 99:2
152:11 181:19
182:12 192:8,
12 200:25
214:11 223:11
225:20 235:20
236:6,8,12
253:13 261:6,
12 277:20
281:11 282:25
283:14
286:12,25
288:15 291:22
295:24 307:20
309:25 311:15
312:15,19
**things** 2:19
5:15 12:19
35:23 53:4
65:2,6 72:12
76:7,8 94:16,
19,25 98:17
177:7,10
192:16 194:11
206:3 209:13
212:2 222:4
225:21 241:22
242:9 243:12,
18 244:14,21,
23 245:18
246:4 253:20
262:15 264:25
266:13 267:23

280:3 281:15,
17,18,23
282:18 283:13
284:3 297:14
302:23 304:4,
13,17 307:5
308:4 312:17,
22
**thinking**
297:1,14
**thinks** 73:21
**thought** 25:14
32:20 38:11
39:11 83:4
111:10,11
138:19 167:9
172:6 229:21
256:20 265:23
267:3 268:4
280:21 299:19
314:7 325:13
**thoughtful**
57:5
**thousand** 88:5
**thousands**
86:1 212:10
**threatened**
288:17
**threatening**
230:24
**threw** 56:16
**throw** 125:2
**throwing**
206:9
**thrown** 188:18
**thugs** 280:7
**Thursday**
259:12
**ticket**
183:19,20
186:8
**tickets** 187:5
**tightening**
47:14
**time** 6:3 9:7
11:14 13:6
22:14 23:24

24:7,11 25:2
26:23 27:1
29:6 32:20
33:12 34:14,
23,24 35:2,7
36:14 39:6,8,
11 49:16,25
51:6,15 52:11
54:24 56:6
65:25 66:2,3
72:16,24
73:22 76:4,16
83:2 84:19,25
85:9,12 93:8
95:20,21
96:2,12,15,
18,21,24 97:9
98:6 101:16,
23 105:22
107:25 110:19
112:4 113:1,
3,7,21 115:15
117:7,8
122:21 123:3
124:20 126:2
130:9,20
131:16 132:12
133:25 136:25
137:1,22,23
141:1 143:14
144:7,10,18
145:20 148:3
151:25 152:17
156:4 158:5,
15 159:20
161:4 162:23,
25 163:3
165:7 166:5
171:21 172:7,
20,23 174:23
175:17 177:6
179:2 180:2,7
184:14 185:1
186:13,22
192:15,17
193:21 196:21
197:9 202:5,6
215:12 217:21
219:1 224:25

226:4,5
227:16 231:1,
2,5,17 233:11
234:11 236:14
239:13 240:15
251:20 252:10
255:18
267:10,11
274:9 276:14
279:16,17
281:8 287:2,3
288:15 294:23
300:23 303:23
307:19,23
308:9 313:11
317:15 324:18
329:7
**timeline** 42:6
46:18,22
50:12 53:20
**times** 4:15
67:21 68:8
74:21 162:12,
17 200:5
214:19 218:25
276:24 298:16
321:15
**timing** 73:11
**tiny** 137:9
156:20
**titles** 22:18
**today** 2:11,17
3:1,14 5:8
6:20 7:17
10:1 13:17
15:1 17:9
20:25 23:24
26:7 27:11,
21,25 31:1
32:9 33:1
34:18 38:19
44:12 56:1,5
65:19 66:1
67:6 78:19
79:5 83:3,11
94:21,22,24
105:11 112:21
145:9 204:18
221:12 224:12

236:6,9
238:25 244:2
246:21,24
260:2,16
265:13 271:12
281:16,19
282:19 283:7
286:8 297:1
298:1 300:19
303:13 318:10
**today's** 27:24
78:7
**Todd** 2:7
**toddler**
156:20
**told** 17:14
40:9 49:24
71:19 106:23
124:20 125:24
128:17 129:1
130:11,17
137:18 138:15
139:20 140:16
144:15 146:16
147:20 150:20
152:23
165:11,14,17,
18,23 167:11,
12 168:18,22
170:21 171:1,
2,10 173:11,
24 174:2,4,5
179:14
181:11,19
183:1,2,3
184:17 188:9
189:3,8 190:3
191:21,22
192:11,16
193:19 194:24
195:21 204:8,
10,11,15
206:14 207:11
209:13,15
213:22 214:5
223:11 245:23
246:14 249:19
265:7,25
274:9 300:17

317:14
**tomorrow**
17:16,17
216:10 298:1
**tonight** 216:6
234:24 284:17
298:1 299:25
**tools** 19:17
218:7 228:9,
13
**top** 94:4
148:21 158:10
160:18 161:18
188:12 203:8,
9
**topic** 51:25
52:10,11,17
111:11 289:9
**tore** 287:10
**torpedo** 47:18
**total** 189:24
190:10
**totally** 50:16
107:19 142:24
196:17 248:14
289:3
**touched** 308:7
**toured** 193:16
**Tower** 147:23,
25 205:8
239:18 288:22
**town** 174:11
**track** 233:25
**trackings**
124:9
**tracks** 214:10
**trade** 160:6
**traffic** 16:6
127:8,11
128:19 139:18
**tragedy** 3:3,
19 6:20
**training**
254:8
**transaction**
26:23

**transcribed**
121:15
**transcript**
121:16
**transfer**
93:4,9
**transition**
73:6
**Translational**
8:19
**transmit**
210:15
**transparency**
35:14 38:25
49:16 50:6
69:3 73:9
317:24 318:6
**trash** 200:24
**tree** 202:21
203:11,13
219:5,7
287:9,16,17
**trees** 219:8
**trees'** 194:10
**tremendous**
127:4,17
**tremendously**
267:14
**trial** 270:19
275:5 300:15
308:10
**tribute** 14:22
**trigger**
150:13
**trombone** 57:9
**trouble** 12:11
17:15 182:11
**truck** 126:18
135:8 138:2
**trucks** 126:16
**true** 70:9,13,
16,18 71:17
115:24 116:3
178:6 181:12
214:13 256:20
261:23
281:16,17

296:25 297:12
**trust** 6:10
35:14 104:3
119:3 209:19
230:3,4
247:12 266:18
**trusts** 229:1
**truth** 178:7
240:25 280:24
**truths** 244:15
**tubes** 188:13
**tubing** 188:20
**tuck** 168:2
**Tuesday**
163:25
**turbulent**
321:15
**turn** 286:16
295:18
**turned** 273:5
**two-minute**
113:21
**two-person**
181:25
**ty** 274:19
**type** 7:5 17:1
145:22 148:21
218:20 249:7
273:25 285:20
311:25
**types** 148:22
243:12

---

**U**

**ugly** 307:24
**unable** 183:19
186:9 187:6
258:10
**unacceptable**
3:15
**Unanimous**
104:13
**unanimously**
36:1 39:5,13
**uncle** 270:18
271:23

**uncomfortable**
296:5,16
**underneath**
87:24
**understand**
12:19 34:22
35:16,18 36:8
41:18 46:21
52:20 64:24
65:4 68:23
75:16 79:1
82:19 96:25
99:8 110:5
122:10 140:23
144:2 159:7,9
166:8 169:19
177:11 179:2
186:4,23
187:18 208:1,
2 211:23
212:3,5 213:5
215:21 216:18
249:15 256:18
281:24 300:1
304:25 319:13
**understanding**
60:2 89:15
215:17 225:10
**understands**
228:13
**understood**
37:10 61:19
80:1 82:23
83:9 85:11
86:5,21 96:22
101:22 104:10
155:8 293:17
294:1 300:21
**unduly** 100:15
**uneasiness**
254:3
**uneasy** 252:18
**unethics**
271:20
**uneven** 241:15
**unfair** 254:8
**unheard**
206:15

unimproved
142:14,24
143:16 147:13
Union 139:15
United 6:6,7
39:9 56:3
74:22
units 202:21
203:2,6,7,12,
22 206:14
unity 32:15
University
8:19 13:2
56:14 57:4
unlike 253:25
unnecessarily
275:14
unnecessary
254:9
unpermitted
297:16
unprecedented
275:16
unreasonable
68:11 73:13
113:4 226:17
unrestricted
93:4 94:17
unruly 23:7
130:12
unsafe 148:2,
8 150:2 158:7
285:23
unsatisfactory
242:6
update 36:10,
20 41:22 42:4
46:18 53:20
upfront 34:13
uphold 65:17
118:3
upset 208:15
283:7 293:22
upstairs
163:5 168:21
189:22,24
195:25 196:5,

6 201:13
257:19
259:13,17
290:25 293:10
298:17,20
300:24
urge 29:20
Uriarte 138:7
Uriarte's
138:11
USAR 80:14
usher 56:10
usual 277:18
utilizing
8:11 257:17

_____

**V**

_____

vacuum 295:15
Valencia
153:12,14,15,
21,24 154:1,
5,9 155:10,24
156:5,15,19,
22 157:3,5,
11,15 158:14,
18,23 159:4,
14,18,23
160:1,5,9,13,
18,22,24
161:2,5,8
247:5 250:8,
17 251:18
Valentine's
3:5 17:7
41:12,17
55:21 59:7
63:11 88:25
161:11 279:22
280:5 331:9
valet 235:11
valid 20:18
292:9,10
validate 89:3
validating
87:10 88:22
validation
89:7

values 18:8
variety
122:18
Vasquez 103:3
vast 213:14
vehicle
126:16 138:2
vehicles
142:25 143:7
145:25
Venezuela
39:10 56:24
vengeful
281:19
veracity
292:17
verbal 23:4
verbally
111:24 138:15
verbatim
22:22
verification
146:6
verified
181:12
verify 164:14
versed 51:22
versus 120:18
257:19
vetoes 55:5,
15,17
Viasmill 16:1
vibrant 57:1
vice 2:3 24:6
102:4,17
103:2,10
104:3,16
121:7 201:20
214:24 217:12
305:12
victims 56:8
Victoria 2:5,
7 121:10
132:24
video 22:23
61:5

view 163:18
viewed 22:24
Village 74:13
violate 76:6
304:10
violated
115:13 118:5,
8
violates 34:2
violating
70:6,8,11
71:22 72:14
76:7 109:23
110:1 115:1,3
192:18
violation
138:25 146:22
154:15
183:13,14,16,
18 186:7,11
187:4 188:10,
11 189:1,6
191:23 192:11
196:20 207:7
255:7 258:7,
18 262:4
287:8 293:5,
24 316:14
violations
122:19 133:24
134:10,12
135:1 137:25
139:12 141:17
143:14,20
146:6 149:13
153:5 184:19
185:13,19
215:23,24
216:8 238:24
240:14 248:19
254:25 255:13
258:5 288:7
291:8,13
violative
66:6 75:17
113:23
violator
156:4

violent
171:17
Virginia
104:2
virtue 14:25
visit 44:14
138:11 216:12
295:9 304:3
visited 138:8
145:2 274:6
298:13,15,24
visits 274:4
volunteer
4:25
volunteered
57:2
vote 33:24
35:2 37:18,
23,24 38:3
45:8 54:11
88:7 279:19
284:23 289:5,
22 290:6
305:8 309:12,
13 314:2
voted 91:10
211:10
voter 273:2,
3,8
voters 286:16
voting 91:14
284:7 290:1,
11

———————

W

———————

wait 13:4
37:22 68:16
79:16 144:19
172:21,22
188:8 237:14
268:14
waited 117:11
waiting 37:25
163:6 165:6
184:25 214:18
218:1 222:15

waiver 102:18
104:4,8,17
112:14,15
waivers
119:19,20
walk 75:8
111:5 141:22
157:7 163:3
219:21 220:4,
7,8 226:19
283:7 307:19
walked 136:12
141:10,11
153:1
walking
128:20 141:13
238:16
walls 149:5
Wang 57:10
wanted 3:23
4:4 32:14
33:11 44:1
76:17 91:16
100:12,20
113:2 115:21
117:4 138:22
144:18 157:25
158:1 172:5
177:17 217:11
264:4 287:20
wanting 55:22
warning
266:12
warrant
183:17
185:11,20
255:9,11
warranted
88:4 281:11
watch 30:12
296:22
watching
259:17
Waterfront
104:15
waters 304:22
watts 201:6,7

ways 6:4
12:19 63:14
312:21
weaponizing
237:22
Wednesdays
164:1
weed 212:18
week 5:6 32:9
128:3 131:8
164:2 170:14
329:15
weekend
143:8,9 144:3
weekends
142:10 259:13
weigh 49:19
weight 127:2,
16
well-rounded
18:2
Welsh 102:4
west 193:17
214:9 303:7,
12
what'll 60:9
whatsoever
33:24 54:9
197:8 200:21
201:16 260:14
wheelchair
163:4
wheels 127:1,
18
whichever
23:20
white 143:3,4
148:23 152:7
164:22
wholeheartedly
75:12
wide 127:9
wider 306:9
wife 17:13
18:15 41:13
63:12 202:5
272:14,17,19

Wilfredo 2:3
121:8
win 75:11
windows
137:11
146:15,18
148:20,21,22
winning 74:21
winter 56:23
wires 188:16
190:18
wiring 301:15
wisdom 2:12
8:11
wise 240:16
wishes 24:23
wishing 22:20
withdraw 24:8
withdrawn
24:1,10
woman 8:10
249:12
women 83:17
103:10 155:19
won 74:17,23
wonderful
236:22,23
250:19
wood 123:23
wooden 125:16
word 47:18
59:22 156:2,7
214:6 246:7
wording
167:11
words 15:9
30:25 36:6
48:22 72:22
241:2
work 5:22
6:11 9:10,13
11:11,12
20:19 25:3
65:7 68:21
83:25 138:25
139:5 149:8,
13 155:11

159:11 163:12
188:10,11
190:10 201:5,
14 212:20
216:1 217:18
221:21 225:19
226:13 235:17
241:4,12
262:12 267:8
271:11 272:3
279:1 286:6
296:18 310:2
314:1 317:15
**worked**   9:2
16:1 19:15
141:6 225:10
312:24
**worker**   216:15
**working**   59:17
95:2 127:22
137:11
140:10,12
148:9,11
158:5 194:13
201:24 215:3,
11 216:24
220:25 239:6,
8 246:8
296:21 312:13
314:12 315:14
**works**   64:10,
21 65:2
**world**   19:24
20:11,15
146:19 225:6
232:8 246:21
288:24 289:1
301:6 318:7
**worry**   67:25
128:14 305:6
**worse**   96:18
**worst**   56:2
126:20
**worth**   194:10
**Wow**   267:3
**wrestling**
128:22
129:10,24

130:3,13,21
139:8,15
141:20 144:6
**write**   12:18,
19,20 167:25
181:5 183:9
**writes**   144:21
181:4
**writing**   21:23
28:8 33:12
140:17,21
168:1 170:20,
23,25 171:2
181:20 286:18
**written**   112:9
174:14 183:4,
8 288:1,2
**wrong**   28:13
29:25 48:11
108:14
118:13,15
126:19 156:18
204:21 207:20
217:1 218:1
254:2 256:11
265:12 274:16
287:15 289:20
292:18,19,21,
22 309:3
312:15,19
**wrongdoers**
308:4
**wrongdoing**
210:12 213:11
230:6 252:21
253:22
**wrongdoings**
216:16
**wrongly**
304:17
**wrote**   133:3
143:4 170:13
181:13 293:24
**www.miamigov.
com.**   22:3,25
**www.munico**
21:20

www.munico.
com.   21:25
**Wynwood**
213:20,23
244:6

---

## X

**X-AMOUNT**
258:24

---

## Y

**yard**   287:10,
17
**year**   3:2,4,11
4:6 9:5 14:8
31:24 40:2
63:2 65:16
92:2,9 117:3
122:17 149:12
182:5 202:14,
18,23,24
221:9 232:21,
23 233:1,11,
12,13,15,16
236:13,14,15,
20,21 275:14
321:25
**years**   5:12,25
8:8 9:2,6,9
18:10,16 19:2
56:9,25 62:25
63:1 65:14
66:23 83:22,
23 117:2,5,12
118:6 149:11
163:9 201:25
215:3,24
225:13 227:22
238:20 240:12
252:11 272:1
282:1 305:2
317:7 324:16
**yesterday**
159:18,20
190:4 219:15
235:4

**Yolo**   79:17
80:4
**York**   267:16
**young**   7:4
10:1 213:20,
21 218:4
231:13,14
**youth**   4:24
14:2

---

## Z

**Zahrahlban**
197:21
**Zahralban**
150:6,7,9,12,
24 151:3,24
152:10,16,20
163:14 197:21
198:3,13,16,
21 199:18,22
200:12 295:19
296:7,11,14
298:15,19,23
299:4 300:21
**Zika**   9:16
**zoning**   57:24
60:5 103:18
126:11 132:13
133:2,8,24
183:17 210:13
217:14 235:3
239:21 243:16
246:13 257:20
258:21

1

2

3

4

5

6

7

8

9

10            TRANSCRIPT OF VIDEO-RECORDED
          MIAMI CITY COMMISSION MEETING
11
               February 14, 2019
12

13

14

15

16

17

18

19

20

21

22

23

24
      Transcribed by:
25    ERIKA SEGUIRANT, RPR



EXHIBIT

0007

Ken Russell

01.18.2023



You

21   gentlemen up here have been talking for the last half

22   an hour of shutting down my business, which represents

23   taxes, opportunity, employment in your district.  How

24   dare you, sir.  You know you've been targeting --

25             CHAIR RUSSELL:  Through the chair,

1    please.

2              MR. FULLER:  You know that you have been

3    targeting my business.  Everybody in the City knows

4    you've been targeting my business.  You and this

5    gentleman, Frank Bichelle, were caught hiding in the

6    bushes behind Ball & Chain inciting my neighbors.

7    Sir, you have lied about being with a priest in the

8    middle of the night.  ███████████████  And

9    gentlemen, I know each and every one of you.  Please

10   do not make this decision to shut down this business.

11   Allow the due process to work itself out.  The

12   evidence he provided today was a lie.

13             It is impossible in the City of Miami to

14   pull an electric service permit in one day.  That is

15   improbable.  That requires heavy lifting permits,

16   architecture fees and all of that.  He's somehow

17   suggesting that when he targeted me -- because I have

18   evidence -- and please let me remind everybody here

19   there is a federal case ongoing and the lies and the

20   unethics and everything -- ████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████

25             Commissioner Gort, you have been a

1   champion of our district for years.  Please do not

2   allow this to happen.  My companies, my employees, and

3   my (Inaudible) culturales, the work that we have

4   blood, sweat, and tears, built that neighborhood.  How

5   dare you, sir, think that you have had any

6   contribution to that neighborhood. 

| Date: | Thu, 21 Feb 2019 9:00:43 AM -0500 |
| Subject: | RE: Assistance with carrying out this Commission resolution |
| From: | Gonzalez, Emilio T. <ETGonzalez@miamigov.com > |
| To: | Napoli, Joe <JNapoli@miamigov.com >; |
| CC: | Ortiz-Petit, Ignacio <IOrtiz-Petit@miamigov.com >; |
| Attachments: | image002.jpg; image003.jpg |

Thanks Joe. Agreed.



**Emilio T. Gonzalez, Ph.D.**
CITY MANAGER

**Main:** (305) 250-5400 **Fax:** (305) 250-5410
**E-mail:** etgonzalez@miamigov.com

**From:** Napoli, Joe
**Sent:** Thursday, February 21, 2019 8:45 AM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com >
**Cc:** Ortiz-Petit, Ignacio <IOrtiz-Petit@miamigov.com >
**Subject:** FW: Assistance with carrying out this Commission resolution

Emilio,

Please see below which was the directive given at the Commission meeting which focused on life safety issues. I am
concerned that what the City Attorney is directing our staff to do is beyond what was directed by the Commission and can be
interpreted as targeting businesses. I think we should have our staff hold off unilaterally acting until we fully assess what is
being asked and then develop a coordinated approach.

Joe

**From:** Bazail, Carolina
**Sent:** Thursday, February 21, 2019 8:28 AM
**To:** Napoli, Joe <JNapoli@miamigov.com >
**Cc:** Pascual, Nikolas <NPascual@miamigov.com >; Arcia, Miriam <MArcia@miamigov.com >
**Subject:** RE: Assistance with carrying out this Commission resolution



Good morning Joe,

A direction was given to the City Attorney to research properties with violations that pose life-safety issues. Below are the
comments made by Commisoner Hardemon for this request.

| | NA.3 (Directive Category) |
|---|---|
| Hardemon | if there is evidence of life safety argument for cu for the above and below space that was obtain until false pretenses then direct our city attorney to investigate that and file an injunction; |

| | research whether or not there are life safety issues regarding the properties discussed on the record (upstairs and downstairs) and whether a cu was issued under false pretenses then an injunction would |
|---|---|
| Hardemon | be filed to cease business and friendly amendment and if there are other business that have been cited for the same sort of violations to research those and if there are life safety issues then an injunction |

PLAINTIFF'S
EXHIBIT
**135**

MIA-SFED23485-00225427

> would be filed;

**Task Force:**

For the task force a directive was given to the City Attorney to draft a Resolution creating a Code Enforcement Task Force. Attached is the resolution that is currently scheduled for the February 28th City Commission Meeting. Along with this Directive Commissioner Russell asked that the Administration come back to Commission 60 days later with a full analysis on the outcome of the task force.

| Russell | I would like to bring this together; bring something back at the next commission meeting regarding a task force; by resolution we would create it; |

Thank you,



**Carolina Bazail**
Assistant Agenda Coordinator
City of Miami, Office of Agenda Coordination
444 SW 2nd Avenue, 10th Floor
Miami, FL 33130
(305) 416-2076

---

**From:** Napoli, Joe
**Sent:** Wednesday, February 20, 2019 5:56 PM
**To:** Bazail, Carolina <cbazail@miamigov.com>
**Cc:** Pascual, Nikolas <NPascual@miamigov.com>; Arcia, Miriam <MArcia@miamigov.com>
**Subject:** FW: Assistance with carrying out this Commission resolution

Carolina,

Can you please look at what the actual resolution/directive was for this as well as for the formation of a task force. Was done at the end of the meeting. Thanks, joe

---

**From:** Mendez, Victoria
**Sent:** Wednesday, February 20, 2019 5:41 PM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>; Ihekwaba, Nzeribe <NIhekwaba@miamigov.com>; Pons, Maurice < MPons@miamigov.com>; Gomez, Marta <martagomez@miamigov.com>; Orta, Lazaro <LOrta@miamigov.com>; Ruiz, Joseph A. <jaruiz@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Napoli, Joe <JNapoli@miamigov.com>; Garcia, Francisco <fgarcia@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Gibbs, Domini < DGibbs@miamigov.com>; Green, Christopher <CAgreen@miamigov.com>; Campana, Carlos <CCampana@miamigov.com>; Min, Barnaby <bmin@miamigov.com>; Paschal, Erica <EPaschal@miamigov.com>; Zahralban, Joseph (Joe) < JZahralban@miamigov.com>; Garcia, Eloy <elgarcia@miamigov.com>; Colina, Jorge (Chief of Police) <1126@miami-police.org >; Attorneys <Attorneys@miamigov.com>; Alvarez, Valentin J <VJAlvarez@miamigov.com>; Diez, Sergio (Executive Officer) < 1484@miami-police.org>; Papier, Ronald (Deputy Chief) <5475@miami-police.org>; Valencia, Adele < avalencia@miamigov.com>; Dodd, Alan M. <AMDodd@miamigov.com>; Santana Jr., Juvenal <jsantana@miamigov.com>; Nunez, Mario F. <MFNunez@miamigov.com>; Schwarz, Jeremy <JSchwarz@miamigov.com>; anoriega@miamiparking.com
**Subject:** Re: Assistance with carrying out this Commission resolution

Please add 1513 SW 8 ST (work without a permit-compare to plans for Casa de Tula, prior business on site-potential full unpermitted remodel)

Thanks!

**Victoria Méndez, City Attorney**

MIA-SFED23485-00225428

 Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**
On Feb 20, 2019, at 5:00 PM, Mendez, Victoria <VMendez@miamigov.com> wrote:

A RESOLUTION OF THE MIAMI CITY COMMISSION DIRECTING THE CITY ATTORNEY TO RESEARCH PROPERTIES DESCRIBED AT THE FEBRUARY 14, 2019 CITY COMMISSION MEETING DURING DISCUSSION ITEM "D3.1 – CODE ENFORCEMENT" REGARDING VIOLATIONS RELATED TO NO CERTIFICATE OF USE, CERTIFICATE OF USE OBTAINED UNDER FALSE PRETENSES, AND/OR PROPERTIES WITH VIOLATIONS THAT POSE LIFE-SAFETY ISSUES, AND INITIATE INJUNCTIVE PROCEEDINGS AGAINST SAID PROPERTIES UNTIL THE PROPERTIES ARE BROUGHT INTO COMPLIANCE.

Team
Hello. I need your assistance (please) in carrying out the above mentioned resolution. I need some new site inspections and review of all city records for comparisons to existing site improvements/ site uses/ violations vs. the existing city records, permits, CUs, COs, BTRs, warrants, waivers, occupancies, etc., we have on file for the sites, by all the city disciplines/ departments for the following properties discussed at Commission last week:

1450 SW 7 ST (in particular work done without permits [windows, ACs, plumbing, elevators, electrical] as this was an Unsafe structure)

1551 SW 8 ST (illegal parking lot particularly at night; NOV as parking not allowed; status of code case: CE 2019001689)

1512 SW 8 ST (unsafe wood structure built over an existing alley made to blend with buildings on either side)

1742 NW 7 ST (illegal parking lot particularly at night)

1700 NW 7 ST (illegal parking lot particularly at night)

601 NW 17 AVE (illegal parking lot particularly at night)

1530 SW 7 ST (illegal parking lot particularly at night; illegal storage in residential home)

1780 SW 7 ST (illegal parking lot particularly at night/weekends)

521 SW 8 ST (illegal lounge; work without permits (bathrooms,plumbing, bar, seating, electrical; illegal occupancy; possible sprinkler system needed; possible alcohol license required by exception at city commission)

1380 SW 8 ST (illegal outdoor café-no warrant OR illegal sidewalk cafe no permit- may require immediate removal letter pursuant to chapter 55)

These are the only addresses I recall. I will confirm, but at least we can get started so we can report progress at the next commission meeting. There is a code enforcement discussion and I would like to be ready with any updates.

Thank you.

MIA-SFED23485-00225429

**Victoria Méndez, City Attorney**



Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone:  305-416-1832
Facsimile:  305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**

MIA-SFED23485-00225430

MEMORANDUM TO SELF

February 21, 2019

RE: CONVERSATION WITH VICTORIA MENDEZ

On the afternoon of February 20, I received a phone call from City Attorney Victoria Mendez to discuss city commission action regarding code enforcement taken during the February 14th meeting. Mrs. Mendez let me know that she was tasked with investigating what could be done with certain properties identified at the meeting if "life-safety" issues were found. She twice stated that because Commissioner Joe Carollo was the named plaintiff in a civil lawsuit regarding targeted code enforcement actions again properties owned by Mr. William Fuller, Commissioner Carollo was going to ask for other properties to be looked at to create the appearance that the commissioner was not targeting Mr. Fuller. She also once again told me to "give Carollo something" so I could get him "off my back."



PLAINTIFF'S EXHIBIT MF
21
E. Gonzalez
PENGAD 800-631-6989

PLAINTIFF'S EXHIBIT
137

**From:** Gonzalez, Emilio T.
**Sent:** Thursday, February 21, 2019 3:48 PM
**To:** Colina, Jorge (Chief of Police) <1126@miami-police.org>
**Subject:** RE:

Thank you Chief: I always appreciate your candor and professionalism on this matter of great concern to me, the Mayor and the Administration.
Un abrazo



**Emilio T. Gonzalez, Ph.D.**
CITY MANAGER

**Main:** (305) 250-5400 **Fax:** (305) 250-5410
**E-mail:** etgonzalez@miamigov.com

**From:** Colina, Jorge (Chief of Police)
**Sent:** Thursday, February 21, 2019 2:57 PM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>
**Subject:**



PLAINTIFF'S
EXHIBIT

**146**

Mr. Manager,

Please allow this message to humble express my concern regarding the city attorney's request for assistance in carrying out a resolution passed last week at the February 14, 2019 commission meeting. Through the resolution, the city attorney is requesting that Miami police personnel, and other departments, conduct new site inspections at the direction of a city commissioner.

As you know, the item on the agenda was a discussion item, however, the main focus of the discussion was aimed at one particular business owner in the city. The resolution that the city attorney prepared pertains to "properties describe at the 2/14/2019 city commission meeting" However, the addresses forwarded in her email targets the particular business owner which gives the impression that the city is selectively targeting his

MIA-SFED23485-00269221

businesses for new investigations. The concern is that this request, through the city attorney, may amount to an unsanctioned and unlawful exercise of powers beyond the limits of his legislative power as a city commissioner to intentionally cause harm to a business owner. As such my departments actions under the resolution may be in violation of the code of ethics ordinance.

Furthermore, this is selective enforcement against the business owner's properties using city ordinances. This may be deemed an indirect usurpation of the administration's powers to interfere with the operations and procedures of various departments, including the Miami police department.

The Miami police department coordinates bar checks based on established operational plans; Not at the direction of an elected official.

Lastly, I humbly request the any direction given to the police department come you and or your designee so that we would not violate our charter.

*Jorge Colina*
*Chief of Police*
*Office: (305) 603 -6100*

MIA-SFED23485-00269222

| | |
|---|---|
| Date: | Thu, 21 Feb 2019 9:01:35 AM -0500 |
| Sent: | Thu, 21 Feb 2019 9:01:32 AM -0500 |
| Subject: | RE: Assistance with carrying out this Commission resolution |
| From: | Gonzalez, Emilio T. <ETGonzalez@miamigov.com > |
| To: | Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >; Napoli, Joe <JNapoli@miamigov.com >; Casamayor, Fernando <FCasamayor@miamigov.com >; Bridgeman, Sandra <SBridgeman@miamigov.com >; |
| Attachments: | image002.jpg; image003.jpg |

Thank you. Agreed. Let's discuss.



**Emilio T. Gonzalez, Ph.D.**
CITY MANAGER

**Main:** (305) 250-5400 **Fax:** (305) 250-5410
**E-mail:** etgonzalez@miamigov.com

---

**From:** Ihekwaba, Nzeribe
**Sent:** Thursday, February 21, 2019 8:45 AM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com >; Napoli, Joe <JNapoli@miamigov.com >; Casamayor, Fernando <FCasamayor@miamigov.com >; Bridgeman, Sandra <SBridgeman@miamigov.com >
**Cc:** Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >
**Subject:** RE: Assistance with carrying out this Commission resolution

Attn: All

I have concerns about this directive. We ought to be enforcing the Code citywide and not just targets. And the City Charter has provision on the lines of communicating directions to staff.

Thanks.

**Zerry Ihekwaba, PhD, PE**
*Assistant City Manager,* City of Miami
PH: 305.416.1003
FX: 305.416.1019

Visit us at: www.miamigov.com

 *"Serving, Enhancing and Transforming our Community"*



---

**From:** Mendez, Victoria
**Sent:** Wednesday, February 20, 2019 5:41 PM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com >; Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >; Pons, Maurice < MPons@miamigov.com >; Gomez, Marta <martagomez@miamigov.com >; Orta, Lazaro <LOrta@miamigov.com >; Ruiz, Joseph A. <jaruiz@miamigov.com >; Camero, Jose <jcamero@miamigov.com >; Napoli, Joe <JNapoli@miamigov.com >; Garcia, Francisco <fgarcia@miamigov.com >; Casamayor, Fernando <FCasamayor@miamigov.com >; Gibbs, Domini < DGibbs@miamigov.com >; Green, Christopher <CAgreen@miamigov.com >; Campana, Carlos <CCampana@miamigov.com >; Min, Barnaby <bmin@miamigov.com >; Paschal, Erica <EPaschal@miamigov.com >; Zahralban, Joseph (Joe) < JZahralban@miamigov.com >; Garcia, Eloy <elgarcia@miamigov.com >; Colina, Jorge (Chief of Police) <1126@miami-police.org >; Attorneys <Attorneys@miamigov.com >; Alvarez, Valentin J <VJAlvarez@miamigov.com >; Diez, Sergio (Executive Officer) < 1484@miami-police.org >; Papier, Ronald (Deputy Chief) <5475@miami-police.org >; Valencia, Adele <

MIA-SFED23485-00252133

avalencia@miamigov.com>; Dodd, Alan M. <AMDodd@miamigov.com>; Santana Jr., Juvenal <jsantana@miamigov.com>; Nunez, Mario F. <MFNunez@miamigov.com>; Schwarz, Jeremy <JSchwarz@miamigov.com>; anoriega@miamiparking.com
**Subject:** Re: Assistance with carrying out this Commission resolution

Please add 1513 SW 8 ST (work without a permit-compare to plans for Casa de Tula, prior business on site-potential full unpermitted remodel)

Thanks!

**Victoria Méndez, City Attorney**



Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone:  305-416-1832
Facsimile:  305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**
On Feb 20, 2019, at 5:00 PM, Mendez, Victoria <VMendez@miamigov.com> wrote:

A RESOLUTION OF THE MIAMI CITY COMMISSION DIRECTING THE CITY ATTORNEY TO RESEARCH PROPERTIES DESCRIBED AT THE FEBRUARY 14, 2019 CITY COMMISSION MEETING DURING DISCUSSION ITEM "D3.1 – CODE ENFORCEMENT" REGARDING VIOLATIONS RELATED TO NO CERTIFICATE OF USE, CERTIFICATE OF USE OBTAINED UNDER FALSE PRETENSES, AND/OR PROPERTIES WITH VIOLATIONS THAT POSE LIFE-SAFETY ISSUES, AND INITIATE INJUNCTIVE PROCEEDINGS AGAINST SAID PROPERTIES UNTIL THE PROPERTIES ARE BROUGHT INTO COMPLIANCE.

Team
Hello. I need your assistance (please)  in carrying out the above mentioned resolution.  I need some new site inspections and review of all city   records for comparisons to existing site improvements/ site uses/ violations vs. the existing city records, permits, CUs, COs, BTRs, warrants, waivers, occupancies, etc.,  we have on file for the sites, by all the city disciplines/ departments for the following properties discussed at Commission last week:

1450 SW 7 ST (in particular work done without permits [windows, ACs, plumbing, elevators, electrical] as this was an Unsafe structure)

1551 SW 8 ST (illegal parking lot particularly at night; NOV as parking not allowed; status of code case: CE 2019001689)

1512 SW 8 ST (unsafe wood structure built over an existing alley made to blend with buildings on either side)

1742 NW 7 ST (illegal parking lot particularly at night)

1700 NW 7 ST (illegal parking lot particularly at night)

601 NW 17 AVE (illegal parking lot particularly at night)

1530 SW 7 ST (illegal parking lot particularly at night; illegal storage in residential home)

1780 SW 7 ST (illegal parking lot particularly at night/weekends)

521 SW 8 ST  (illegal lounge; work without permits (bathrooms,plumbing, bar, seating, electrical; illegal occupancy; possible sprinkler system needed; possible alcohol license required by exception at city commission)

1380 SW 8 ST (illegal outdoor café-no warrant OR illegal sidewalk cafe no permit- may require immediate removal letter pursuant to chapter 55)

These are the only addresses I recall. I will confirm, but at least we can get started so we can report progress at the next commission meeting. There is a code enforcement discussion and I would like to be ready with any updates.

Thank you.

**Victoria Méndez, City Attorney**


Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone:  305-416-1832
Facsimile:  305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**

MIA-SFED23485-00252135

**Date:**     Fri, 1 Mar 2019 5:48:55 PM -0500

**Subject:**  RE: Public Records Request

**From:**     Valencia, Adele <avalencia@miamigov.com>

**To:**       Napoli, Joe <JNapoli@miamigov.com>;

Will do, Joe, but Tuesday COB.

Adele

**From:** Napoli, Joe
**Sent:** Friday, March 1, 2019 5:28 PM
**To:** Valencia, Adele <avalencia@miamigov.com>; Orta, Lazaro <LOrta@miamigov.com>; Garcia, Eloy <elgarcia@miamigov.com>
**Cc:** Zahralban, Joseph (Joe) <JZahralban@miamigov.com>; Colina, Jorge (Chief of Police) <1126@miami-police.org>; Orta, Lazaro <LOrta@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Schloss-Sassi, Stephanie <SSchloss-Sassi@miamigov.com>; Alban, Xavier E. <XEAlban@miamigov.com>
**Subject:** FW: Public Records Request

Adele, Eloy, Ron,

Please see below and let me know when you have any information available.  Please advise if you have none as well.

Thanks, Joe

**From:** Carollo, Joe (Commissioner)
**Sent:** Thursday, February 28, 2019 3:46 PM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>
**Cc:** Napoli, Joe <JNapoli@miamigov.com>; Mendez, Victoria <VMendez@miamigov.com>; Blom, Richard < RBlom@miamigov.com>; Suarez, Jose <JosSuarez@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>
**Subject:** Public Records Request

Good afternoon,

Pursuant to Article I, section 24 of the Florida Constitution, and chapter 119, F.S., I am requesting copies of the following public records: Inspections or attempted inspections by any city employee of 1513 SW 8th ST from December 22nd, 2017 to the date this request is answered. This is to include any notice of violations, tickets of violations, reports, notes, or any matter put into writing or any digital format whatsoever.

Should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by s.119.07(1)(d), F.S.

Please fulfill this request by close of business Thursday, March 7, 2019 as per City Commission resolution. If you have any questions in the interim, you may contact me or my staff. Thank you.

Respectfully,

Joe Carollo



MIA-SFED23485-00067772

| Date: | Wed, 6 Mar 2019 9:28:57 AM -0500 |
|---|---|
| Sent: | Wed, 6 Mar 2019 9:28:54 AM -0500 |
| Subject: | RE: Code violations update |
| From: | Napoli, Joe <JNapoli@miamigov.com> |
| To: | Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Gonzalez, Emilio T. <ETGonzalez@miamigov.com>; Blom, Richard <RBlom@miamigov.com>; |
| CC: | Suarez, Jose <JosSuarez@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Quintana, Tanjha <TQuintana@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Mendez, Victoria <VMendez@miamigov.com>; |
| Attachments: | MX-M266N_20190226_120000.pdf |

Richie,

Attached is the letter we discussed last night. Sorry for leaving it off in original message.

Joe

**From:** Napoli, Joe
**Sent:** Monday, March 4, 2019 6:31 PM
**To:** Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Gonzalez, Emilio T. <ETGonzalez@miamigov.com>; Blom, Richard <RBlom@miamigov.com>
**Cc:** Suarez, Jose <JosSuarez@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Quintana, Tanjha <TQuintana@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>
**Subject:** RE: Code violations update

Richie,
Attached is an update on all the properties that the City Attorney directed our staff to inspect (also attached). Of the 11 properties, directed by the City Attorney, all were inspected except for 521 SW 8th Street and 1513 SW 8th Str. in which entry was denied on Feb 26th when inspectors were presented with the attached letter by the owner's attorneys. The City Attorneys office has a meeting scheduled for tomorrow to discuss this. 521 SW 8th Str however **was** inspected by the Fire Department on the evening of February 14th following the Commission meeting for fire and life safety (attached).

Our staff is diligently working to provide all of the data and records requested in your most recent public records request.

We will continue to provide you any updates.

Thanks, Joe

**From:** Carollo, Joe (Commissioner)
**Sent:** Wednesday, February 27, 2019 11:48 AM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>
**Cc:** Napoli, Joe <JNapoli@miamigov.com>; Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Suarez, Jose < JosSuarez@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Quintana, Tanjha <TQuintana@miamigov.com >
**Subject:** Code violations update

Mr. Manager,

Commissioner Carollo has asked that I request from you an update on the status the of all code violations that he brought up during the last commission meeting.

Thank you

Richard Blom

Get Outlook for iOS



PLAINTIFF'S
EXHIBIT
**165**

PLAINTIFF'S
EXHIBIT MF
23
E. Gonzalez



**AXS Law Group, PLLC**
O: 305.297.1878
http://www.axslawgroup.com



Dear City Directors and Employees,

The properties located at 1513 SW 8th Street, where the Ball & Chain restaurant is located, and at 521 SW 8th Street, where Taquerias El Mexicano is located, have been the subject of repeated ad relentless inspections by various Departments of the City of Miami. 1513 SW 8th Street has been inspected more than 20 times in the past year.   521 SW 8th Street has been inspected more than 5 times in the past 10 days alone.

These inspections do not reflect the normal operations of the City of Miami but rather a campaign of harassment by Commissioner Carollo that is being carried out by City personnel. The relentless abuse from each of your departments is now part of the basis of a Federal Lawsuit filed against the City of Miami and Commissioner Carollo as well as others. You are reminded that this lawsuit is both pending and ongoing.

We understand that there was a resolution passed at the last City Council meeting directing the City Attorney to look at life safety issues across the entire City.  The City Attorney has interpreted this once again to target the properties of Mr. William Fuller.  Thus, the resolution that was passed is being  used as a tool to directly target Fuller, as evidenced by the raid of inspections this morning.  We believe the City Attorney has gone outside of the boundaries to once again direct City personnel to target Mr. Fuller at Commissioner Carollo's behest.

As you know, Florida law provides that property owners need not voluntarily consent to any City inspection let alone one that is part of a campaign of harassment. Rather, Florida law empowers property owners to require that the City first obtain authorization for the inspection from a Florida judge after the City explains to the judge "the purpose for which the inspection is to be made." Fla. Stat. 933.21. The judge will then "examine on oath the applicant and any other witness and shall satisfy himself or herself of the existence of grounds for granting such application." Fla. Stat. 933.21. Said witness will be guilty of "a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083" if said witness or anyone directing said witness pursues such inspection maliciously or for purposes other than statutorily authorized. Fla. Stat. 933.28.  A misdemeanor of the second degree can carry term of imprisonment up to 60 days.

If the City chooses to make such an application, Fla. Stat. 933.21 the City must state that "consent to inspect has been sought and refused."  In such case, please present this letter to the presiding judge to explain why consent has been refused.  Please further inform the judge that the owners of the properties located at 1513 and 521 SW 8th Street have requested notice of any such application and an opportunity to be heard prior to the granting of any such application.

Please be advised that the owners of these properties will be pleased to schedule an appointment to meet with any City department or division to discuss and address any concerns the City has.  Should any of your departments wish to make an appointment with Mr. Fuller, please call 305-525-7662 and set up an appointment where he will have counsel present.

Please be governed accordingly,

MIA-SFED23485-00028754



**AXS Law Group, PLLC**
O: 305.297.1878
http://www.axslawgroup.com

AXS LAW GROUP, PLLC

By: _____
Jeffrey W. Gutchess

2121 NW 2nd Avenue, Suite 201 • Wynwood, FL 33127

MIA-SFED23485-00028755