

PLAINTIFF'S
EXHIBIT
364



PLAINTIFF'S
EXHIBIT

365



PLAINTIFF'S
EXHIBIT

368





🚫**P**

**VALET
PARKING
ONLY**
**6 PM–7 AM**
**TOW AWAY
ZONE**






## Development Studies

7 April 2016

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director

PLAINTIFF'S
EXHIBIT
373



COOPER CARRY

# ARTISTIC DIRECTOR

## ANDY GARCIA

Andy García is a multiple award winning actor, director and producer… which include Oscar, Golden Globe and Emmy nominations along with several Grammys and Latin Grammys.

Born in Havana, he was raised since the early 60's in Miami Beach and worked extensively in his family business throughout his adolescence, which was located on S.W. 8th St and 10h Ave. in the heart of Little Havana.

Amongst his many honors are, a Star on the Hollywood Walk of Fame, a Star of the Year Award from the National Association of Theater Owners, a PRISM Award, a Harvard University Foundation Award and Hispanic Heritage Award for the Arts.  He has an Honorary Doctorate of Fine Arts Degree from St. John's University. Garcia also received the Indie Producer's highest honor for "Outstanding Contribution to Film," and the ALMA Awards honored him with the "Anthony Quinn Award for Excellence in Motion Pictures."  In June 2006, the Karlovy Vary Film Festival honored Garcia with the Crystal Globe award for artistic contribution.  Garcia received the Moet-Hennessey Privilege Award at the Imagen Awards in Beverly Hills.  The Covenant House honored him with the prestigious Dove Award which recognizes role models who have found the time to give back to their communities and to at-risk youth. In June 2007, Garcia was honored as "Entertainer of the Year" at the Vision Awards, and served as an honorary co-chair and host opening night at the Los Angeles Film Festival. Andy was recognized as an "Outstanding American by Choice" an  award that is presented by the U.S. Department of Citizenship and Immigration Services. He also gave the keynote address at the 2009 Naturalization Ceremony held at Disneyworld in Orlando, Florida.

On the music side, Garcia produced and performed on Volumes I and II of "Cachao –- Master Sessions*"* (Crescent Moon/Sony), the first a 1994 Grammy Award winner, and the latter a 1995 Grammy Award nominee.  The CD "Cachao – Cuba Linda" (EMI Latin), produced by Garcia's CineSon record label, was nominated for a 2001 Grammy and a 2000 Latin Grammy Award.  Garcia won both Grammy and Latin Grammy awards for his latest collaboration with Israel Lopez "Cachao," "¡Ahora Sí!" (Univision), their fourth record on the CineSon label, released in 2004.

# DEVELOPMENT TEAM

## BARLINGTON GROUP

Barlington group was founded by Bill Fuller and Martin Pinilla II, in Miami, Florida in June 2004, as an urban development company committed to revitalizing neighborhoods within Miami's urban core. Since inception, Barlington Group has acquired, developed, and managed commercial projects with a value exceeding $100 million. Projects have focused on asset repositioning, ranging from multi-family retail, office, hotel and mixed-use buildings. Barlington is at the center of the Little Havana renaissance, with over 30 properties under ownership, and continuously active in several non-profit organizations that service the neighborhood.

## THE EASTON GROUP

The Easton Group is comprised of four companies built over four decades: Easton & Associates, Easton & Associates Management Company, Easton Development Company and Easton Real Estate Advisors.

We are experts in commercial real estate investment, brokerage, property management, development, sales and marketing. With a clear vision, an expert eye on market conditions and proven strategies for delivering the right opportunities at the right time, we are indispensable to our clients.

A family-run business with a reputation for integrity and adding value to real estate, The Easton Group has a long history of market leadership in South Florida with particular expertise in Miami Dade and Broward counties. Markets of experience outside of Florida include Texas, New Jersey, North Carolina, Ohio and Alabama. Today, our portfolio includes more than three million square feet of industrial, office and retail space.

## URGO HOTELS

Urgo Hotels is an award-winning company recognized among the top 100 hotel companies by Hotel Business Magazine.  Since 1968, Urgo Hotels and its predecessor companies- Urgo Butts and Don J. Urgo, Esquire- has established itself as a leader in the hospitality industry specializing in development, ownership, management and providing expert asset management services across a wide variety of hotel brands and geographic regions. Urgo Hotels and its affiliates presently have ownership interest in and/or operate 31 hotels within the United States, Canada and the Caribbean. Family owned and operated Urgo Hotels strives to continue with its success while never straying from its core values of honesty, integrity, strong business acumen and diligence.

# DESIGN TEAM

## TRELLES CABARROCOS ARCHITECTS

Trelles Cabarrocas Architects is an Architecture and Urban Design practice founded in 1987 and based in Miami, Florida. The firm principles are Jorge Trelles, Mari Tere Cabarrocas Trelles and Luis Trelles. They have nearly 100 years of combined experience providing Architecture and Engineering services for Building, Interior Design and Site Master Planning projects in Florida and the Caribbean region. Residential, mixed-use, commercial, ports and maritime industrial, educational, religious and hospitality projects have been completed for an array of clients. TCA specializes in urban and waterfront development projects. The work has been published internationally. Mari Tere, Jorge and Luis were born in born in Havana, Cuba. They bring to the team a cultural and humanistic understanding, and years of experience in the study and making of Cuban architecture.

## COOPER CARRY

Cooper Carry is a national firm offering Architecture, Interior Design, Landscape Architecture, Planning and Sustainability Consulting services. Our specialty practice groups include specialists in Hospitality Design, Corporate, Government, Higher Education, Mixed-Use, Office, Residential, Retail, Science + Technology and Transit projects. Our multidisciplinary approach lets us integrate specialized knowledge to create Connective Architecture: "**Connecting People to Places** " where they work, relax, live and learn. Founded in 1960, Cooper Carry has offices in Atlanta, GA, New York, and Washington, DC, with projects around the world.

# HOTEL

# *el Tropico*

# ARCHITECTURAL
# LOOK BOOK

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY










## HOTEL EL TROPICO ~ ARCHITECTURAL LOOK BOOK

EL TROPICO is a civic landmark and a gateway to the heart of Little Havana. The building is characterised by its striking silhouette in the Miami city sky and the grand archway. The promenade, Domino Park, and the Tower Theatre all create the perfect Little Havana setting. The building's arcades and courtyards set commerce into a life of music.



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director


COOPER CARRY

Copyright 2016











The Hotel features generous galerias and public spaces inspired by those of the Paseo del Prado in Havana and the great archway of the Douglas Entrance in Coral Gables. Souvenir shops, boutiques, cafés, bars, and restaurants greet the tourist along the shady ways. Intimate lobbies lead to rooftop terraces, swimming pools, gardens and lounges which overlook Domino Park and the Tower Theatre, the sunsets over the neighborhood and sunrises over Downtown Miami to the east.

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



Cooper Carry

  

   

The architecture is filled with light and colored with the rich hues of the tropics. Artwork is exhibited in galleries, public courtyards and collonades that lead to the private rooms, terraces and balconies in a lively and festive composition of rich urban experiences. Fine coffee, tea, and pastries scent the PRADO GARDEN arcade café. Rhythmic rums, shimmering stars and city, and Cuban musical artistry are the sights and sounds of EL TROPICO skyline lounge.

Copyright 2016

 TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director

 COOPER CARRY



The tropical rooms are distinguished by the fine designs of patterned floors, lofty ceilings and tropical modern furniture and fixtures. The garden's presence is experienced on the pool terrace. It surrounds and beautifies the urban reality, and delights the architecture. A majestic archway and courtyard verandah welcomes the guests into the cool shade with breezes from the surrounding parks, gardens and fountains.

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director


Cooper Carry










The lobby is open to all the light and views, mixed with activities of people at morning coffees, and melodic evening events. Unique and exquisite shops provide for the convenience and wishes of guests and the local community. El Tropico's hospitality directs your choice of room selection of private gardens, terraces, balconies and porches with Atlantic city view sunrise. El Tropico is a first class hospitality and wecome center in the new entertainment district of Miami... Little Havana.

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director





Calle Ocho

Domino Park

Hotel Arrival

Shared Driveway

Tower Theater

Ext'g Bldg

McDonalds

Speed Ramp

Drive thru

Surface Lot

Car Access

Retail

BOH

BOH

Service Dock

Service Access

BOH

Covered Arcade

Hotel Lobby

BOH

Retail

Parking Lobby

Drop -off

Retail

BOH

SW 9th St

SW 14th Ave

SW 5th Ave

## Planning Notes

• 150-155 Key Hotel
• ( 170 Bays)

• 200-205 Parking Spaces

# Street Plan





TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director


COOPER CARRY

Copyright 2016



Calle Ocho



Domino Park

Existing Bldg.

67 Cars x 3 levels = 200 Cars

Future Valet area

5% ramp slope

Parking Lobby

SW 14th Ave

SW 9th St

SW 15th Ave

## Typical Parking Plan



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY

Copyright 2016



Calle Ocho

Possible Fitness area/ Mtg Rooms

Terrace

Pergola

Pool

Elev Lobby

SW 9th St

SW15th Ave

SW 14th Ave

33 Rooms x 4 levels = 132 Keys ( Typical Floor)

19 Rooms x 2 levels = 38 Keys ( Upper)

**Total = 150-160 Keys**

## Typical Guestroom Plan

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY



Calle Ocho

SW 14th Ave

SW 9th St

Roof

Elev Lobby

SW15th Ave

33 Rooms x 4 levels = 132 Keys ( Typical Floor)

19 Rooms x 2 levels = 38 Keys ( Upper)

**Total = 150-160 Keys**

## Upper Guestroom  Plan

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY



Calle Ocho

Event / Mtg

BOH / Support

Elev Lobby

Roof

SW 9th St

SW 15th Ave

SW 14th Ave

# Amenity / Event Floor Option



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director


COOPER CARRY

Copyright 2016



View from South West



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director


COOPER CARRY

Copyright 2016



View from South East



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY

Copyright 2016



View from North East



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



Copyright 2016



View from North West



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



Copyright 2016

## AREA STUDY

| Level | Hotel | Hotel Keys | Retail | Parking | Parking Spaces |
|---|---|---|---|---|---|
| 7 | 7,800 | 0 | | | |
| 6 | 8,100 | 19 | | | |
| 5 | 8,100 | 19 | | | |
| 4 | 15,500 | 33 | | | |
| 3 | 15,500 | 33 | | | |
| 2 | 15,500 | 33 | | | |
| 1 | 15,500 | 33 | | | |
| Parking 3 | | | | 25,800 | 69 |
| Parking 2 | | | | 25,800 | 69 |
| Parking 1 | | | | 29,000 | 64 |
| Ground | 13,500 | | 5,000 | | |
| **TOTALS** | **99,500** | **170** | **5,000** | **80,600** | **202** |
| | | 585.3 | | | 399.0 |
| | | Area per Bay | | | Area per car |



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY

Copyright 2016



Ground Level Plan
Domino Park Plaza, Archway, Hotel Lobby Courtyard, Commercial Arcades.
Back of House with Loading & Services. Access to Adjoining Parcel. Vehicular Gate on 8th Street

Mezzanine Level Plan

# Ground Floor & Mezzanine Plans



Copyright 2016

TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director


COOPER CARRY

# Calle Ocho Elevation



## Roof Tops & Terraces / Building Section

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY





Gateway View from Domino Park

Copyright 2016

TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director

COOPER CARRY



View of Porte Cochere at Calle Ocho

Copyright 2016



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY



View from SW 9th Street & 15th Avenue



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director



COOPER CARRY

Copyright 2016



View of Future Expansion from Calle Ocho



TRELLES CABARROCAS ARCHITECTS
Andy Garcia Design Director


COOPER CARRY

Copyright 2016





Copyright 2016



PLAINTIFF'S
EXHIBIT

392









# City of Miami

ARTHUR NORIEGA, V
City Manager

September 21, 2021

Altos Mexicano LLC
521 SW 8 ST
Miami, FL 33130

RE: Certificate of Use Revocation #1712-002617

To Whom It May Concern:

Please be advised that, effective immediately, Certificate of Use No. 1712-002617 is hereby revoked pursuant to Sections 2-211(b)(5) and (7) of the Code of the City of Miami, Florida, as amended ("City Code"). During a recent inspection of this property by the Building Department related to the after-the-fact legalization plans submitted under building permit BD19-005503-001, it was discovered that the secondary means of egress from the 2nd floor of the property, which are the rear stairs, are in violation of the Florida Building Code, Section 1027.5 for failing to provide a minimum of ten (10) feet of separation from the adjacent western property line. Further, no records could be found evidencing that those stairs were constructed legally with a permit and no temporary certificate of occupancy has been obtained under the after-the-fact legalization permit to allow for occupancy of the space.

This violation of the Florida Building Code, which directly affects life-safety, particularly of guests or patrons to the 2nd floor of the property, is a violation of Section 10-3(a) of the City Code which provides that the provisions of the Florida Building Code are enforceable by the City of Miami ("City").

Because this violation of the City Code represents a life-safety hazard for violating the portion of the Florida Building Code designed to minimize risk of loss of life due to fire, the abovementioned certificate of use is revoked.

Pursuant to Sections 2-211(c) and (d) of the City Code, you may appeal this revocation to the Planning, Zoning and Appeals Board by filing an appeal with the Office of Hearing Boards within fifteen (15) days of the date of this letter. The filing of an appeal, and payment of appropriate fee, may be submitted online by visiting the following website: https://www.miamigov.com/Services/Building-Permitting/Planning-Zoning/Appeal-an-Interpretation-or-a-Determination-or-a-CU-Denial-or-Revocation.

Sincerely,

Daniel S. Goldberg, Esq.
Zoning Administrator

**PLAINTIFF'S EXHIBIT**

**400**

# City of Miami



ASAEL ACE MARRERO, RA, RID, AIA, ICC
**Building Director**

ARTHUR NORIEGA, V
City Manager

October 22, 2020

Mad Room, LLC,
William O. Fuller, Registered Agent
1637 SW 8 Street, Suite 200
Miami, Florida 33135
VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED
(7015 0640 0002 7813 3632)

Little Havana Arts Building, LLC.
William O. Fuller, Registered Agent
1637 SW 8 Street, Suite 200
Miami, Florida 33135
VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED
(7015 0640 0002 7813 3649)

**RE:    Suspension of Certificate of Occupancy**
       1513 SW 8 Street, Miami, Florida 33135
       Certificate # BD19005508CO / Permit Number BD19-005508-001-B001

Dear Sir;

As part of the City of Miami's review of permitting by private providers, the permits issued and the Certificate of Occupancy issued on September 11, 2020 have been fully reviewed. Based upon the findings of the audit of the private provider, I am hereby suspending the Certificate of Occupancy No. BD19005508CO pursuant to Florida Building Code Section 111.4. The City's audit revealed the Certificate of Occupancy was provided based on incomplete, misleading, and/or erroneous information as it relates to the requirements for fire safety and the Americans with Disabilities Act. A copy of the audit is attached to this letter of suspension for further detail.

The suspension shall take effect immediately and as such the building may not be occupied. Please govern yourself accordingly and follow the requirements as set forth in the Florida Building Code, the Code of the City of Miami, Florida, as amended, and the Code of Miami-Dade County, Florida, as amended.

Sincerely,

Building Official
Maurice Pons

Enclosure

**PLAINTIFF'S EXHIBIT**

**402**

Message

---

**From**: Miro, Steven [SMiro@miamigov.com]
**Sent**: 3/19/2018 11:22:52 AM
**To**: carollojoe@hotmail.com
**Subject**: Fwd: Invitation to next Viernes Culturales Board Meeting
**Attachments**: Invitation to Comm Carollo.docx


Get Outlook for Android

---

**From:** Carollo, Joe (Commissioner)
**Sent:** Monday, March 19, 2018 10:50:30 AM
**To:** Miro, Steven
**Subject:** Fwd: Invitation to next Viernes Culturales Board Meeting


Get Outlook for Android

---

**From:** Viernes Culturales <culturalfridays@gmail.com>
**Sent:** Monday, March 19, 2018 10:01:50 AM
**To:** Carollo, Joe (Commissioner)
**Cc:** Carole Ann Taylor; Ginny Gutierrez - GMCVB; Marvin Tapia; Ninoska Perez-Castellon Art; Suzanne Batlle; Vivian Greer-Digon; Bill Fuller
**Subject:** Invitation to next Viernes Culturales Board Meeting


Pati Vargas - Viernes Culturales
**Little Havana's Monthly Arts & Culture Festival**
**Futurama Art Galleries,**

1637 SW 8th St. # 116  Miami, FL 33135
305.643.5500  www.viernesculturales.org

**\*\*\*\*\*\***



PLAINTIFF'S
EXHIBIT

**408**



March 19, 2018

**VIA EMAIL AND MAIL**
Commissioner Joe Carollo
Miami City Hall
3500 Pan American Drive
Miami, FL 33133
jcarollo@miamigov.com

**Re: Invitation to Next Viernes Culturales Board Meeting**

Dear Commissioner Carollo:

I would like to invite you to a board meeting for Viernes Culturales that will take place at Futurama located at 1637 SW 8th Street, Miami, FL 33135 on Thursday, March 29, 2018 at 4:45 pm, we can also meet at your office if you wish. The purpose of the meeting is to introduce you to our Board of Directors and open a dialogue with you on our upcoming plans and future goals.

As I am sure you are aware, Viernes Culturales/Cultural Fridays, Inc. is a nonprofit organization which coordinates the popular Viernes Culturales/Cultural Fridays art, music and culture festival. Our events are held on the last Friday of every month in the heart of Little Havana, on Calle Ocho between 13th and 17th Avenues, from 7-11 pm.

The idea for Cultural Fridays originated from The City of Miami Planning Department with the support of the City of Miami Commission, in collaboration with The Latin Chamber of Commerce, Little Havana Development Authority, merchants, residents, design professionals and community leaders. A City of Miami Planning Department 1984 Latin Quarter Study and 1994-96 Little Havana Neighborhood Planning Program recommended that a series of cultural activities and events including art exhibits, dance, music, poetry, theater, film, and neighborhood historic tours should be promoted all year round in order to preserve and enhance the rich culture of Little Havana. The first Cultural Friday was held on May 26, 2000 and approximately 2,000 people attended. Since then, internationally known artists have participated and supported Viernes Culturales/Cultural Fridays.

Cultural Fridays is targeted to all those who enjoy arts and culture. Our audience is multicultural and represents the ethnic diversity of our South Florida community. Anyone who enjoys live music, dancing under the stars, art galleries, domino games, cigar rollers, local arts and crafts and delighting in the wonder that is Little Havana is more than welcome to be a part of Cultural Fridays!

Over the years, Viernes Culturales has provided a forum for residents of Little Havana to foster a sense of community in the area where they live; to communicate more effectively the needs of our neighborhood to city officials such as yourself; and to encourage residents to work together to keep our neighborhood an attractive and safe place to live.

1637 SW 8th Street, Miami, FL 33135



I hope you will come to meet the dedicated and talented members of our board and to engage with all of us to come up with a plan on how to work together to ensure that Viernes Culturales continues to remain an integral part of the Little Havana experience.

If you have any questions regarding this meeting, please call me at 305-643-5500. Thank you for your time, and I hope to see you at the meeting.

Sincerely,

Pati Vargas
Director, Viernes Culturales

MADROOM0163134

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD19-018468-001 | 439 NW 4 AV | REMODELING / REPAIRS | Sep/12/2019 | Final - Master permit is final | BD19-018468-001-B001 | Final - All Inspections are finalized. |



## Master Process Plans - Master Permit with Final or Revoked status

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-025443-001 | 1380 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Oct/27/2021 | Final - Master permit is final | BD21-025443-001-RC001 | Final - All Inspections are finalized. |
| BD18-018072-001 | 1380 SW 8 ST | DEMOLITION | Nov/26/2018 | Final - Master permit is final | BD18-018072-001-B001 | Final - All Inspections are finalized. |
| BD18-002904-001 | 1380 SW 8 ST | SPECIAL EVENTS | Feb/27/2018 | Revoked - Master permit revoked | BD18-002904-001-SE001 | Revoked - Revoked |
| BD17-000436-001 | 1380 SW 8 ST | REMODELING / REPAIRS | Jan/12/2017 | Final - Master permit is final | BD17-000436-001-B001 | Final - All Inspections are finalized. |
| BD15-015585-001 | 1380 SW 8 ST | MECHANICAL | Nov/05/2015 | Final - Master permit is final | BD15-015585-001-MA001 | Final - All Inspections are finalized. |
| BD13-024124-001 | 1380 SW 8 ST | BUILDING ROOFING | Sep/20/2013 | Final - Master | BD13-024124-001-BR001 | Final - All Inspections are finalized. |

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| | | | | permit is final | | |
| BD13-019748-001 | 1380 SW 8 ST | ELECTRICAL | Jun/19/2013 | Final - Master permit is final | BD13-019748-001-E001 | Final - All Inspections are finalized. |

*Callmethod special*

## Master Process Plans - Master Permit with Final or Revoked status

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD19-016802-001 | 966 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Aug/20/2019 | Final - Master permit is final | BD19-016802-001-RC001 | Final - All Inspections are finalized. |
| BD16-006116-001 | 966 SW 8 ST | ELECTRICAL | May/03/2016 | Final - Master permit is final | BD16-006116-001-E001 | Final - All Inspections are finalized. |
| BD16-003546-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003546-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003544-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003544-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003543-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003543-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003541-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master | BD16-003541-001-ZS001 | Final - All Inspections are finalized. |

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| | | | | permit is final | | |
| BD16-003538-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003538-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003536-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003536-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003534-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003534-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003533-001 | 966 SW 8 ST | NEW CONSTRUCTION | Mar/17/2016 | Final - Master permit is final | BD16-003533-001-B001 | Final - All Inspections are finalized. |
| BD16-003532-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003532-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003531-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master | BD16-003531-001-ZS001 | Final - All Inspections |

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| | | | | permit is final | | are finalized. |
| BD16-003530-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003530-001-ZS001 | Final - All Inspections are finalized. |
| BD16-003528-001 | 966 SW 8 ST | SIGN | Mar/17/2016 | Final - Master permit is final | BD16-003528-001-ZS001 | Final - All Inspections are finalized. |
| BD16-002611-001 | 966 SW 8 ST | PLUMBING | Mar/01/2016 | Final - Master permit is final | BD16-002611-001-P001 | Final - All Inspections are finalized. |
| BD15-013677-001 | 966 SW 8 ST | REMODELING / REPAIRS | Sep/29/2015 | Final - Master permit is final | BD15-013677-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans – Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-002294-001 | 982 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Feb/03/2021 | Final - Master permit is final | BD21-002294-001-RC001 | Final - All Inspections are finalized. |
| BD12-006124-001 | 982 SW 8 ST | SIGN | Aug/20/2012 | Final - Master permit is final | BD12-006124-001-ZS001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-002291-001 | 976 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Feb/03/2021 | Final - Master permit is final | BD21-002291-001-RC001 | Final - All Inspections are finalized. |
| BD15-009575-001 | 976 SW 8 ST | BUILDING ROOFING | Jul/10/2015 | Final - Master permit is final | BD15-009575-001-BR001 | Final - All Inspections are finalized. |
| BD12-004262-001 | 976 SW 8 ST | MECHANICAL | Jul/05/2012 | Final - Master permit is final | BD12-004262-001-MA001 | Final - All Inspections are finalized. |
| BD12-004195-001 | 976 SW 8 ST | ELECTRICAL | Jul/03/2012 | Final - Master permit is final | BD12-004195-001-E001 | Final - All Inspections are finalized. |
| BD12-002765-001 | 976 SW 8 ST | REMODELING / REPAIRS | May/30/2012 | Final - Master permit is final | BD12-002765-001-B001 | Final - All Inspections are finalized. |
| BD12-002465-001 | 976 SW 8 ST | ELECTRICAL | May/22/2012 | Final - Master | BD12-002465-001-E001 | Final - All Inspections are finalized. |

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| | | | | permit is final | | |

## Master Process Plans - Master Permit with Final or Revoked status

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-002322-001 | 980 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Feb/03/2021 | Final - Master permit is final | BD21-002322-001-RC001 | Final - All Inspections are finalized. |
| BD18-003048-001 | 980 SW 8 ST | BUILDING ROOFING | Mar/01/2018 | Final - Master permit is final | BD18-003048-001-BR001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD14-011939-001 | 968 SW 8 ST | ELECTRICAL | Oct/20/2014 | Final - Master permit is final | BD14-011939-001-E001 | Final - All Inspections are finalized. |
| BD14-010163-001 | 968 SW 8 ST | SIGN | Sep/09/2014 | Final - Master permit is final | BD14-010163-001-ZS001 | Final - All Inspections are finalized. |
| BD14-008495-001 | 968 SW 8 ST | REMODELING / REPAIRS | Jul/29/2014 | Final - Master permit is final | BD14-008495-001-B001 | Final - All Inspections are finalized. |
| BD14-008493-001 | 968 SW 8 ST | DEMOLITION | Jul/29/2014 | Final - Master permit is final | BD14-008493-001-B001 | Final - All Inspections are finalized. |
| BD13-015367-001 | 968 SW 8 ST | REMODELING / REPAIRS | Apr/11/2013 | Final - Master permit is final | BD13-015367-001-B001 | Final - All Inspections are finalized. |

*Dancing Insurance nor year baby*

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD19-009729-001 | 1360 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | May/21/2019 | Final - Master permit is final | BD19-009729-001-RC001 | Final - All Inspections are finalized. |
| BD15-005575-001 | 1360 SW 8 ST | SIGN | Apr/30/2015 | Final - Master permit is final | BD15-005575-001-ZS001 | Final - All Inspections are finalized. |
| BD14-002789-001 | 1360 SW 8 ST | BUILDING ROOFING | Mar/12/2014 | Final - Master permit is final | BD14-002789-001-BR001 | Final - All Inspections are finalized. |
| BD14-000664-001 | 1360 SW 8 ST | REMODELING / REPAIRS | Jan/22/2014 | Final - Master permit is final | BD14-000664-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-027147-001 | 1217 SW 4 ST | 40 YEAR AND OLDER RECERTIFICATION | Nov/16/2021 | Final - Master permit is final | BD21-027147-001-RC001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD18-017900-001 | 1637 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Nov/19/2018 | Final - Master permit is final | BD18-017900-001-RC001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD18-017899-001 | 1641 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Nov/19/2018 | Final - Master permit is final | BD18-017899-001-RC001 | Final - All Inspections are finalized. |
| BD18-001382-001 | 1641 SW 8 ST | ELECTRICAL | Jan/31/2018 | Final - Master permit is final | BD18-001382-001-E001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD20-017930-001 | 1180 NW 8 ST | REMODELING / REPAIRS | Sep/04/2020 | Final - Master permit is final | BD20-017930-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD19-014838-001 | 715 NW 12 AV | ELECTRICAL | Jul/26/2019 | Final - Master permit is final | BD19-014838-001-E001 | Final - All Inspections are finalized. |
| BD19-014832-001 | 715 NW 12 AV | ELECTRICAL | Jul/26/2019 | Final - Master permit is final | BD19-014832-001-E001 | Final - All Inspections are finalized. |
| BD16-001104-001 | 715 NW 12 AV | REMODELING / REPAIRS | Jan/28/2016 | Final - Master permit is final | BD16-001104-001-B001 | Final - All Inspections are finalized. |

*La gran fiesta*

## Master Process Plans - Master Permit with Final or Revoked status

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-024393-001 | 521 SW 8 ST | REMODELING / REPAIRS | Oct/18/2021 | Final - Master permit is final | BD21-024393-001-B001 | Final - All Inspections are finalized. |
| BD21-007177-001 | 521 SW 8 ST | ELEVATOR | Apr/06/2021 | Final - Master permit is final | BD21-007177-001-ME001 | Final - All Inspections are finalized. |
| BD18-003183-001 | 521 SW 8 ST | ELECTRICAL | Mar/05/2018 | Final - Master permit is final | BD18-003183-001-E001 | Final - All Inspections are finalized. |
| BD17-014543-001 | 521 SW 8 ST | DEMOLITION | Oct/05/2017 | Final - Master permit is final | BD17-014543-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD16-010190-001 | 1501 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Jul/21/2016 | Final - Master permit is final | BD16-010190-001-RC001 | Final - All Inspections are finalized. |

**Master Process Plans – Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-019458-001 | 1513 SW 8 ST | SIGN | Aug/25/2021 | Final - Master permit is final | BD21-019458-001-ZS001 | Final - All Inspections are finalized. |
| BD20-026070-001 | 1513 SW 8 ST | FIRE | Dec/18/2020 | Final - Master permit is final | BD20-026070-001-F001 | Final - All Inspections are finalized. |
| BD20-016052-001 | 1513 SW 8 ST | ELEVATOR | Aug/12/2020 | Final - Master permit is final | BD20-016052-001-ME001 | Final - All Inspections are finalized. |
| BD18-003182-001 | 1513 SW 8 ST | ELECTRICAL | Mar/05/2018 | Final - Master permit is final | BD18-003182-001-E001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD19-003555-001 | 1530 SW 7 ST | REMODELING / REPAIRS | Feb/27/2019 | Final - Master permit is final | BD19-003555-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-011753-001 | 1450 SW 7 ST | 40 YEAR AND OLDER RECERTIFICATION | May/26/2021 | Final - Master permit is final | BD21-011753-001-RC001 | Final - All Inspections are finalized. |
| BD20-016474-001 | 1450 SW 7 ST | BUILDING ROOFING | Aug/18/2020 | Final - Master permit is final | BD20-016474-001-BR001 | Final - All Inspections are finalized. |
| BD20-006695-001 | 1450 SW 7 ST | ELEVATOR | Apr/02/2020 | Final - Master permit is final | BD20-006695-001-ME001 | Final - All Inspections are finalized. |
| BD18-015894-001 | 1450 SW 7 ST | REMODELING / REPAIRS | Oct/11/2018 | Final - Master permit is final | BD18-015894-001-B001 | Final - All Inspections are finalized. |
| BD14-004470-001 | 1450 SW 7 ST | REMODELING / REPAIRS | Apr/23/2014 | Final - Master permit is final | BD14-004470-001-B001 | Final - All Inspections are finalized. |
| BD13-020903-001 | 1450 SW 7 ST | REMODELING / REPAIRS | Jul/11/2013 | Final - Master | BD13-020903-001-B001 | Final - All Inspections are finalized. |

3/28/23, 12:39 PM                                                    Global Inquiry Search

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| | | | | permit is final | | |
| BD12-004330-001 | 1450 SW 7 ST | PLUMBING | Jul/06/2012 | Final - Master permit is final | BD12-004330-001-P001 | Final - All Inspections are finalized. |
| BD12-003194-001 | 1450 SW 7 ST | DEMOLITION | Jun/08/2012 | Final - Master permit is final | BD12-003194-001-B001 | Final - All Inspections are finalized. |

*TOWER HOTEL*

**Master Process Plans – Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-006616-001 | 1444 SW 7 ST | 40 YEAR AND OLDER RECERTIFICATION | Mar/30/2021 | Final - Master permit is final | BD21-006616-001-RC001 | Final - All Inspections are finalized. |
| BD18-015891-001 | 1444 SW 7 ST | REMODELING / REPAIRS | Oct/11/2018 | Final - Master permit is final | BD18-015891-001-B001 | Final - All Inspections are finalized. |
| BD18-013406-001 | 1444 SW 7 ST | DEMOLITION | Aug/24/2018 | Final - Master permit is final | BD18-013406-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD19-000644-001 | 533 SW 12 AV | 40 YEAR AND OLDER RECERTIFICATION | Jan/14/2019 | Final - Master permit is final | BD19-000644-001-RC001 | Final - All Inspections are finalized. |
| BD19-000643-001 | 533 SW 12 AV | 40 YEAR AND OLDER RECERTIFICATION | Jan/14/2019 | Final - Master permit is final | BD19-000643-001-RC001 | Final - All Inspections are finalized. |
| BD19-000641-001 | 533 SW 12 AV | 40 YEAR AND OLDER RECERTIFICATION | Jan/14/2019 | Final - Master permit is final | BD19-000641-001-RC001 | Final - All Inspections are finalized. |
| BD19-000640-001 | 533 SW 12 AV | 40 YEAR AND OLDER RECERTIFICATION | Jan/14/2019 | Final - Master permit is final | BD19-000640-001-RC001 | Final - All Inspections are finalized. |
| BD13-025462-001 | 533 SW 12 AV | REMODELING / REPAIRS | Oct/23/2013 | Final - Master permit is final | BD13-025462-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-021718-001 | 503 SW 12 AV | 40 YEAR AND OLDER RECERTIFICATION | Sep/20/2021 | Final - Master permit is final | BD21-021718-001-RC001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-006655-001 | 1549 SW 8 ST | REMODELING / REPAIRS | Mar/30/2021 | Final - Master permit is final | BD21-006655-001-B001 | Final - All Inspections are finalized. |
| BD16-010192-001 | 1549 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Jul/21/2016 | Final - Master permit is final | BD16-010192-001-RC001 | Final - All Inspections are finalized. |



3/28/23, 1:04 PM

**Master Process Plans – Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-006623-001 | 1551 SW 8 ST | REMODELING / REPAIRS | Mar/30/2021 | Final - Master permit is final | BD21-006623-001-B001 | Final - All Inspections are finalized. |
| BD20-009888-001 | 1551 SW 8 ST | ADDITION AND REMODELING | May/26/2020 | Final - Master permit is final | BD20-009888-001-B001 | Final - All Inspections are finalized. |
| BD18-016533-001 | 1551 SW 8 ST | SIGN | Oct/23/2018 | Final - Master permit is final | BD18-016533-001-ZS001 | Final - All Inspections are finalized. |
| BD16-010193-001 | 1551 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Jul/21/2016 | Final - Master permit is final | BD16-010193-001-RC001 | Final - All Inspections are finalized. |
| BD16-009214-001 | 1551 SW 8 ST | REMODELING / REPAIRS | Jun/29/2016 | Final - Master permit is final | BD16-009214-001-B001 | Final - All Inspections are finalized. |

**Master Process Plans - Master Permit with Final or Revoked status**

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD21-017945-001 | 3670 GRAND AV | 40 YEAR AND OLDER RECERTIFICATION | Aug/10/2021 | Final - Master permit is final | BD21-017945-001-RC001 | Final - All Inspections are finalized. |
| BD15-003381-001 | 3670 GRAND AV | SIGN | Mar/18/2015 | Final - Master permit is final | BD15-003381-001-ZS001 | Final - All Inspections are finalized. |

*Brickell Station*

## Master Process Plans – Master Permit with Final or Revoked status

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD16-015296-001 | 83 SW 8 ST | 40 YEAR AND OLDER RECERTIFICATION | Oct/28/2016 | Final - Master permit is final | BD16-015296-001-RC001 | Final - All Inspections are finalized. |
| BD13-016274-001 | 83 SW 8 ST | REMODELING / REPAIRS | Apr/30/2013 | Revoked - Master permit revoked | BD13-016274-001-B001 | Revoked - Revoked |
| BD12-008434-001 | 83 SW 8 ST | REMODELING / REPAIRS | Oct/12/2012 | Final - Master permit is final | BD12-008434-001-B001 | Final - All Inspections are finalized. |

*Breuched statnony*

## Master Process Plans - Master Permit with Final or Revoked status

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD22-003093-001 | 97 SW 8 ST | ELECTRICAL | Feb/10/2022 | Final - Master permit is final | BD22-003093-001-E001 | Final - All Inspections are finalized. |
| BD22-003080-001 | 97 SW 8 ST | MECHANICAL | Feb/10/2022 | Final - Master permit is final | BD22-003080-001-MA001 | Final - All Inspections are finalized. |
| BD13-019105-001 | 97 SW 8 ST | SIGN | Jun/12/2013 | Final - Master permit is final | BD13-019105-001-ZS001 | Final - All Inspections are finalized. |

## Master Process Plans - Master Permit with Final or Revoked status

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD22-004694-001 | 729 SW 1 AV | MECHANICAL | Feb/28/2022 | Final - Master permit is final | BD22-004694-001-MA001 | Final - All Inspections are finalized. |
| BD19-002176-001 | 729 SW 1 AV | REMODELING / REPAIRS | Feb/06/2019 | Final - Master permit is final | BD19-002176-001-B001 | Final - All Inspections are finalized. |
| BD16-006202-001 | 729 SW 1 AV | PLUMBING | May/04/2016 | Final - Master permit is final | BD16-006202-001-P001 | Final - All Inspections are finalized. |
| BD14-011404-001 | 729 SW 1 AV | NEW CONSTRUCTION | Oct/08/2014 | Final - Master permit is final | BD14-011404-001-B001 | Final - All Inspections are finalized. |
| BD13-016052-001 | 729 SW 1 AV | FIRE | Apr/25/2013 | Final - Master permit is final | BD13-016052-001-F001 | Final - All Inspections are finalized. |
| BD13-011988-001 | 729 SW 1 AV | ADDITION AND REMODELING | Jan/18/2013 | Final - Master | BD13-011988-001-B001 | Final - All Inspections are finalized. |

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| | | | | permit is final | | |
| BD12-007460-001 | 729 SW 1 AV | REMODELING / REPAIRS | Sep/20/2012 | Final - Master permit is final | BD12-007460-001-B001 | Final - All Inspections are finalized. |
| BD12-000379-001 | 729 SW 1 AV | ELECTRICAL | Mar/27/2012 | Final - Master permit is final | BD12-000379-001-E001 | Final - All Inspections are finalized. |

# LA PEQUEÑA HABANA



# ALFIE LEON

**Come and Enjoy a Community and Family Atmosphere
This Saturday and Vote Early!**

Rice with chicken, Music and Celebration

**Saturday, November 18, 10 a.m.-2 p.m.**

140 SW 14th Avenue, Miami, FL 33145
(Near Hispanic Branch Library / Biblioteca Hispana)

**Vote early starting Friday,
September 17 in District 3!**

Vote at Hispanic Library Shenandoah Library

| **Friday,** **november 17** | **Saturday,** **november 18** | **Sunday,** **november 19** |
|---|---|---|
| 7 a.m. - 7 p.m. | 8 a.m. - 4 p.m. | 8 a.m. - 4 p.m. |

**Vote Early at these two Libraries
Friday through Sunday:**

**Hispanic Branch Library**
1398 SW 1st Street, Miami, FL 33135

**Shenandoah Branch Library**
2111 SW 19 th Street, Miami, FL 33145

**Tuesday, November 21, 7 a.m.-7 p.m.**
Vote in your precinct in District 3

PLAINTIFF'S EXHIBIT

**413**

Independent Expediture Paid for JennyLee Molina, 1549 SW 8th Street, Miami, FL 33135.
Independent of any Candidate or Comitee.



# CERTIFICATE OF ACCURACY

I, <u>Martin Conta</u>, declare that I have provided Translation Services executed on this <u>30th</u> day of <u>March, 2023</u>.

Furthermore, I declare that I am a professional translator from <u>Spanish</u> into <u>English</u>, and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document from <u>Spanish</u> into <u>English</u> to the best of my knowledge and ability and believe this translation to be a true, accurate and complete translation of the original file provided to me with the following name:

 Flyer about Alfie Leon's Rally

Sincerely,

Martin Conta | Translat Inc

Translator

3/30/2023

Date

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com

Message

| | |
|---|---|
| **From**: | Viernes Culturales [culturalfridays@gmail.com] |
| **Sent**: | 4/6/2018 9:31:39 AM |
| **To**: | jcarollo@miamigov.com |
| **CC**: | Carole Ann Taylor [MIAMITOGO@aol.com]; Ginny Gutierrez - GMCVB [Ginny@gmcvb.com]; Marvin Tapia [tapiamarvin@yahoo.com]; Suzanne Battle [suzy@azucaricecream.com]; Vivian Greer-Digon [Vivian.Greer-Digon@miamidade.gov]; Ninoska Perez [artbyninoska@gmail.com]; Bill Fuller [bill@barlingtongroup.com] |
| **Subject**: | Second Request: Fwd: Invitation to next Viernes Culturales Board Meeting |
| **Attachments**: | Invitation to Comm Carollo.docx |

Good morning Commissioner Carollo, I hope this email finds you well.  Attached is an invitation the Board of Viernes Culturales extended last month to you and would like to extend to you once again.  Our next Board meeting is Thursday, April 19 at 4:45 pm at our offices.  If you would rather the Board can meet you at your offices. Thank you very much for your time.

Pati Vargas - Viernes Culturales
**Little Havana's Monthly Arts & Culture Festival**
**Futurama Art Galleries,**1637 SW 8th St. # 116  Miami, FL 33135
305.643.5500  www.viernesculturales.org

\*\*\*\*\*\*



---------- Forwarded message ----------
From: **Viernes Culturales** <culturalfridays@gmail.com>
Date: Mon, Mar 19, 2018 at 10:01 AM
Subject: Invitation to next Viernes Culturales Board Meeting
To: jcarollo@miamigov.com
Cc: Carole Ann Taylor <MIAMITOGO@aol.com>, Ginny Gutierrez - GMCVB <Ginny@gmcvb.com>, Marvin Tapia <tapiamarvin@yahoo.com>, Ninoska Perez-Castellon Art <ninoskapc@aol.com>, Suzanne Battle <suzy@azucaricecream.com>, Vivian Greer-Digon <Vivian.Greer-Digon@miamidade.gov>, Bill Fuller <bill@barlingtongroup.com>

PLAINTIFF'S EXHIBIT

414

Pati Vargas - Viernes Culturales

**Little Havana's Monthly Arts & Culture Festival**
**Futurama Art Galleries,**

1637 SW 8th St. # 116  Miami, FL 33135
305.643.5500  www.viernesculturales.org

\*\*\*\*\*\*

MADROOM0169077



March 19, 2018

**VIA EMAIL AND MAIL**
Commissioner Joe Carollo
Miami City Hall
3500 Pan American Drive
Miami, FL 33133
jcarollo@miamigov.com

**Re: Invitation to Next Viernes Culturales Board Meeting**

Dear Commissioner Carollo:

I would like to invite you to a board meeting for Viernes Culturales that will take place at Futurama located at 1637 SW 8th Street, Miami, FL 33135 on Thursday, March 29, 2018 at 4:45 pm, we can also meet at your office if you wish. The purpose of the meeting is to introduce you to our Board of Directors and open a dialogue with you on our upcoming plans and future goals.

As I am sure you are aware, Viernes Culturales/Cultural Fridays, Inc. is a nonprofit organization which coordinates the popular Viernes Culturales/Cultural Fridays art, music and culture festival. Our events are held on the last Friday of every month in the heart of Little Havana, on Calle Ocho between 13th and 17th Avenues, from 7-11 pm.

The idea for Cultural Fridays originated from The City of Miami Planning Department with the support of the City of Miami Commission, in collaboration with The Latin Chamber of Commerce, Little Havana Development Authority, merchants, residents, design professionals and community leaders. A City of Miami Planning Department 1984 Latin Quarter Study and 1994-96 Little Havana Neighborhood Planning Program recommended that a series of cultural activities and events including art exhibits, dance, music, poetry, theater, film, and neighborhood historic tours should be promoted all year round in order to preserve and enhance the rich culture of Little Havana. The first Cultural Friday was held on May 26, 2000 and approximately 2,000 people attended. Since then, internationally known artists have participated and supported Viernes Culturales/Cultural Fridays.

Cultural Fridays is targeted to all those who enjoy arts and culture. Our audience is multicultural and represents the ethnic diversity of our South Florida community. Anyone who enjoys live music, dancing under the stars, art galleries, domino games, cigar rollers, local arts and crafts and delighting in the wonder that is Little Havana is more than welcome to be a part of Cultural Fridays!

Over the years, Viernes Culturales has provided a forum for residents of Little Havana to foster a sense of community in the area where they live; to communicate more effectively the needs of our neighborhood to city officials such as yourself; and to encourage residents to work together to keep our neighborhood an attractive and safe place to live.

1637 SW 8th Street, Miami, FL 33135

MADROOM0169078



I hope you will come to meet the dedicated and talented members of our board and to engage with all of us to come up with a plan on how to work together to ensure that Viernes Culturales continues to remain an integral part of the Little Havana experience.

If you have any questions regarding this meeting, please call me at 305-643-5500. Thank you for your time, and I hope to see you at the meeting.

Sincerely,

Pati Vargas
Director, Viernes Culturales

1637 SW 8th Street, Miami, FL 33135

MADROOM0169079

## MIAMI-DADE COMMISSION ON ETHICS & PUBLIC TRUST
19 West Flagler St., Suite 820, Miami, FL 33130
Tel. 305.579.2594 Facsimile 305.579. 0273

### COMPLAINT FORM

*C 18-14.03*
**RECEIVED**
*3-14-18 RK*

1. **COMPLAINANT** (PERSON BRINGING COMPLAINT) *Add pages, if necessary*

   Name: Bill Fuller    c/o the Barlington Group

   Address: 1637 SW 8th Street, Suite 200    City: Miami    Zip Code 33135

   Contact No.'s: *Specify Home, Work &/or Cell*    305-407-1677

   E-mail:

2. **RESPONDENT** (PERSON AGAINST WHOM COMPLAINT IS MADE) *Add pages, if necessary*

   Name: Hon. Joe Carollo (City Commissioner), Steve Miro (Chief of Staff), Alberto Parjus (Assistant City Manager) & Mary Lugo (Union Employee)

   Address: 3500 Pan American Drive    City Miami    Zip Code 33133

   Contact No(s): *Specify Home, Work &/or Cell*    305-250-5380

   Title/Office Held or Sought: City of Miami Commissioner , Chief of Staff, Assistant City Manager & Union Employee

3. **IF KNOWN, CHECK WHICH APPLIES: ALLEGATION REFERS TO**

   ___ **Person in County Government**    X **Person in City Government. Specify City:** City of Miami

   ___ **County Whistleblower Retaliation**    ___ **Elections Campaign Practices** (A fee of $301.00 is required for expedited process. We only accept payment by check, credit card or money order)

   **Note: The Ethics Commission does not have jurisdiction over State or Federal officials, Judges or employees or the Miami- Dade County School Board.**

4. **STATEMENT OF FACTS BASED ON PERSONAL KNOWLEDEGE.**
   In a separate attachment, please describe in detail the facts and actions that form the basis of your complaint, including dates when the action(s) occurred. Also, attach any relevant documents as well as names and contact information of witnesses or other persons who may have knowledge about the actions. If known, indicate the section of the ordinance you believe is being violated. For further instructions and procedures, see Page 2 of this form.

5. **OATH**

   I, the person bringing this complain, do depose on oath or affirmation and say that the facts set forth in the foregoing complaint & attachments are true and correct, to the best of my knowledge and belief.

   _____
   Signature of Complainant

   **STATE OF FLORIDA**
   **COUNTY OF** _____ Miami-Dade

   Sworn to (or affirmed) and subscribed before me this 12th day of March , 20 18 ,

   By Bill O Fuller
   Name of person making statement

   _____
   Signature of Notary Public, State of Florida

   **EILIANY BAYONA**
   Print, Type or Stamp Commissioned Name of Notary Public
   Personally known to me ___ or produced identification ___
   Type of identification produced _____

PLAINTIFF'S EXHIBIT
425

## MIAMI-DADE COMMISSION ON ETHICS & PUBLIC TRUST
19 West Flagler St., Suite 820, Miami, FL 33130
Tel. 305.579.2594 Facsimile 305.579. 0273

## COMPLAINT FORM: INSTRUCTIONS & PROCEDURES

The Miami-Dade County Board of County Commissioners, through Ordinance 97-105, established the Miami-Dade County Commission on Ethics & Public Trust (COE). The COE encourages persons with personal knowledge of suspected violations of ordinances within its jurisdiction to bring forth evidence in a legally sufficient complaint. To be legally sufficient, the Complaint must meet the following criteria:

1) The complaint must allege a violation of an ordinance(s) within the jurisdiction of the COE;
2) The allegation(s) must be based substantially on personal knowledge;
3) The complaint must be signed under oath or affirmation by the complaining individual (complainant).

The COE has jurisdiction to hear complaints related to the following Co. & comparable municipal ordinances:
- Code of Ethics & Conflict of Interest Ordinance- §§ 2-11.1, *et. seq.*
- Lobbyist Registration and Reporting- §2-11.1(s)
- Political Campaign Activities- § 2-11.1.1
- Expedited Election Complaints, to be timely heard by a hearing examiner before an election, subject to a filing fee- § 2-11.1.1(E)
- Citizens' Bill of Rights- County's Home Rule Charter
- Employee Protection Ordinance (Whistleblower Retaliation)- § 2-56.28.17 (These complaints must be simultaneously filed with the Office of the Mayor)

The completed Complaint Form, notarized and substantiated with relevant documents, if available, may be mailed or delivered in person to the Miami-Dade County Commission on Ethics, 19 West Flagler St., Suite 820, Miami, FL 33130. A filing fee is not generally required, except in certain expedited cases; however, fines may be assessed against those who file frivolous complaints, as per County Code § 2-1074(t). Upon receipt of a sworn complaint, a complaint number will be assigned. A determination shall be made regarding jurisdiction, legal sufficiency, probable cause, withdrawal or a stay of the proceedings.

A preliminary investigation may be undertaken in all instances where a complaint has been received, in order to consider and determine jurisdiction, legal sufficiency, probable cause, withdrawal or a stay of the proceedings or any other matters included in the Rules of Procedure. You may be required to speak to COE Staff and/or produce additional documentation in support of your complaint. Once a determination is made by COE Staff, a recommendation on your complaint will be presented to the COE which may take such action as authorized by the Rules. You will NOT be notified of the date that your complaint is considered to determine LEGAL SUFFICIENCY. While the Complaint itself and all Staff and COE actions related to the Complaint are **CONFIDENTIAL**, the Staff may advise the Complainant or Respondent about the status of the complaint proceeding. You will be notified of the date when the COE will consider the complaint you filed to determine probable cause. You will not be permitted to attend the probable cause determination hearing **unless** the COE determines that the violation DIRECTLY affects you, ie., you have personally suffered loss or detriment, directly or indirectly, as a result of the Respondent's alleged violation. Notice of the probable cause hearing shall be sent to all directly affected complainants and respondents. Upon the COE's order, both the Complainant and Respondent will be notified of the final disposition and be provided with a copy of the Advocate's written recommendation.

For additional information on the complaint process, please contact COE Staff at (305) 579-2594, or follow the link to the Ethics Commission at http://miamidade.gov The Ethics hotline number is (786) 314-9560.

**The Ethics Commission is a public entity subject to the Public Record laws, Chapter 119, Florida Statutes.**



COMMISSION ON ETHICS
AND PUBLIC TRUST

March 12, 2018

2018 MAR 13 AM 9: 15

**VIA HAND DELIVERY**
MIAMI-DADE COUNTY COMMISSION
ON ETHICS AND PUBLIC TRUST
BISCAYNE BUILDING
19 WEST FLAGLER STREET
SUITE 820
MIAMI, FLORIDA 33130

RE:  **ETHICS COMPLAINT AGAINST COMMISSIONER JOE
CAROLLO, STEVE MIRO, ALBERTO PARJUS AND MARY
LUGO**

Dear Sir or Madam:

The undersigned represents Complainant, Bill Fuller in the filing of the instant
ethics complaint (the "Complaint"). Please consider this correspondence as Complainant's
statement of facts in support of thereof, and request for an investigation against City of
Miami Commissioner Joe Carollo, City of Miami Employee Steve Miro, former City of
Miami Employee Alberto Parjus and American Federation of State, County and current
Municipal Employees LOCAL 1907 Executive Director, Mary Lugo. For the reasons that
follow, Complainant believes that all of these individuals have either acted, and/or are
acting, outside the scope of their official duties and in violation of the County Ethics
Ordinance and Florida law.

## FACTS

### 1. Commissioner Carollo's Pre-Election Illicit Interference with Complainant

On November 18, 2017, Alfie Leon, Commissioner Carollo's opponent in the
runoff election for the commission seat ("Mr. Leon") for District 3, held a rally on a lot
owned by Complainant. At approximately 1:00 p.m., Steve Miro, Commissioner Carollo's
current Chief of Staff ("Mr. Miro"), arrived at the rally and began taking photos of the
event. Mr. Miro eventually confronted attendees of the rally questioning the nature and
legality of the event. Shortly thereafter at approximately, 2:00 p.m. representatives of the
City of Miami Code Enforcement Department and the police arrived at the rally and shut
it down forcing everyone to leave.

Upon learning of the event shutdown, Complainant began questioning his city
employee contacts and learned that then candidate, Joe Carollo, both personally, and with
the assistance of Mr. Miro, Alberto Parjus ("Mr. Parjus") and Mary Lugo ("Ms. Lugo")
had been calling the City of Miami Special Events Department and Code Enforcement to
demand the shutdown of the rally. This was in fact confirmed on Sunday, November 19,
2017 in a call from Mr. Miro to Complainant, wherein Mr. Miro confirmed that the Carollo
camp was responsible for the shutdown of the rally the day before and wherein he further

ORLOFSKY LAW FIRM P.L.
767 ARTHUR GODFREY ROAD, MIAMI BEACH, FLORIDA 33140
T: 305.508.2344 · F: 305.907.5248 · INFO@ORLOFSKYLAWFIRM.COM

Ethics Complaint                                                                                   2
March 12, 2018

expressed outrage over the possibility that a group had gathered at the lot again to have a spontaneous rally for Mr. Leon. Complainant has documented text messages evidencing Mr. Miro's involvement in this unlawful activity on behalf of all of the aforementioned parties.

2. **Commissioner Carollo's Post-Election Unsanctioned and Unlawful Exercise of Powers Beyond the Limits of His Legislative Power as a City of Miami Commissioner to Intentionally Cause Harm to Complainant.**

   a. **Commissioner Carollo's Attempt to Shut-Down the Barlington Group's Private Christmas Party**

   On December 15, 2017, Complainant's company, the Barlington Group had its holiday party at a private property owned by the Complainant and his partner, located at 1450 SW 7th Street, Miami, FL 33135. On or about 9:00 PM, Code Enforcement Officer Scarlett arrived at the property and entered the party causing a disruption to the guests. When confronted by the Complainant to learn the reason for the visit, Officer Scarlett informed Complainant that Code Enforcement had received a complaint from a "neighbor" regarding a potentially unsanctioned party. Officer Scarlett spent over two hours outside the property but in plain sight of the party guests causing a sense of intimidation to the attendees, which included the extended family members and young children of Complainant and his partner. Officer Scarlett eventually left the premises to confirm that Complainant in fact had a Certificate of Use for the property and threatened Complainant to shut the event down if "he was lying to her." Almost an hour later, Officer Scarlett returned and confirmed that Complainant was telling the truth and that he had the Certificate of Use to occupy the premises and have a holiday party on his private property. By that time, many of the guests had started to leave due to the level of discomfort created by Code Enforcement's presence.



   At approximately 1:00 AM that morning, Complainant received a call from the Property Manager on the premises to inform him that a representative of Code Enforcement had come back out to the property looking to speak with Complainant. The Property Manager provided Complainant with a number to call which he did almost immediately. Upon speaking to said Code Enforcement employee, Complainant was informed that Ms. Lugo made numerous calls and sent several photographs to the employee insisting that Complainant was distributing illegal drugs at the party to attendees and mandated that Code Enforcement immediately shut down the family holiday party. It was because of these actions by Ms. Lugo, that Officer Scarlett was dispatched to the property causing significant distress to all in attendance and great embarrassment to Complainant and his partner.

   b. **Albert Parjus's Attempt to Target the Business Operations of Ball & Chain**

   As per the aforementioned Code Enforcement employee, Complainant has also learned that on at least one occasion, Mr. Parjus, while still in his role as Assistant City Manager, contacted the Code Enforcement employee and specifically requested that Code

Ethics Complaint                                                                                    3
March 12, 2018

Enforcement cite Ball & Chain, a business that Complainant is a partner in, for a code violation. Because there were no complaints at the time and no apparent basis for citing Ball & Chain for a violation, the employee asked Mr. Parjus to provide a reason for the request. In response, Mr. Parjus indicated that he wanted to give Complainant a hard time and suggested that a noise violation for music would be a good generic reason. The employee immediately denied Mr. Parjus's request indicating that any action taken by the City without a basis would constitute selective enforcement by the department and was per se illegal. The employee explained that the request was unethical and that under no circumstances would the employee participate in such a tactic.

### c. Commissioner Carollo's Unsanctioned "Investigation" into Ball & Chain's Valet Operator's Parking Lot Leases

On February 18, 2018 at approximately 1:30 AM, Commissioner Carollo, in a private vehicle being driven by Commissioner Carollo with several unknown associates inside, entered a parking lot located at 1411 SW 11 St., Miami FL 33135. The lot is attached to St. Peter & Paul Orthodox Christian Church but at night is leased by S.H. Valet, the valet operator for Ball & Chain. Mr. Carollo did not identify himself at first and instead sent a female occupant of the vehicle out of the car. The female told the valet attendant that they were on the premises to visit the priest. Sometime later when they did not enter the church, the valet attendant noticed that the female started taking pictures of the parked cars. When the valet attendant asked the woman to stop taking pictures and to immediately leave the property, Commissioner Carollo exited the vehicle and flashed his City of Miami identification telling the valet attendant that he was performing an "official investigation" of the valet operation and lot and that he was doing so in his official capacity as a City of Miami Commissioner.

At this point, the owner of S.H. Valet, Alain Garcia, arrived at the lot and confronted Commissioner Carollo. Alain explained that the valet operation at the lot had been approved by the Miami Parking Authority and that S.H. Valet had a valid lease with the Church to utilize the lot at night. As such, Alain once again questioned what the Commissioner was doing there and in response Commissioner Carollo told Alain, "I am the law." Commissioner Carollo further went on to tell Alain that while he may be a hard worker just doing his job- he was "working for a millionaire" which was not acceptable to the Commissioner. After Alain once again asked him to leave the private property, Commissioner Carollo told Alain he would receive the official results of his "investigation" in the next few days. He then exited the lot with his associates.

### d. Commissioner Carollo's Continued Selective Enforcement of City of Miami Ordinances

Sometime in February 2018, a production company contracted with Ball & Chain to film an event over the course of three days at the space. The production company went through the necessary channels with the Special Events Department at the City of Miami and obtained all necessary permits to film and host the production. On Tuesday, February 27, 2018, Code Enforcement was once again called to Ball & Chain at the request of Mr.



Ethics Complaint                                                                 4
March 12, 2018

Miro. Specifically, Mr. Miro instructed Code Enforcement to inquire as to the nature of the production equipment necessary for the event and the validity of the permits. Upon presenting Code Enforcement with all the requested documentation, the officers left. This unauthorized and unsanctioned interference with the lawful business operations of Complainant demonstrates the continued campaign of selective enforcement being waged against Complainant by the Carollo camp.

> **e.    Commissioner Carollo's Direct Usurpation of the Administrative Powers of the City Manager to Interfere with the Operations and Procedures of the City of Miami Parking Authority**

On March 3, 2018, S.H. Valet received a call from the City of Miami Parking Authority, an administrative department of the City under the direct supervision of the City Manager, that S.H. Valet's permit to park cars for Ball & Chain, despite having been affirmed as valid and in good-standing on March 2, 2018 by the Parking Authority, was being revoked with no prior notice. Humberto Escandon, the parking authority employee who contacted S. H. Valet, indicated that the revocation was being done as a direct result of a complaint received from Commissioner Carollo's office that the lots being utilized by S.H. Valet were "not to code." It is integral to note that these same lots had been in use by S. H. Valet for over three (3) years and had been previously vetted and approved by the Parking Authority. After discussions with the Parking Authority and the department's review of the communications of the previous day, the revocation was never executed, and the valet was permitted to operate with the caveat that Complainant utilize a storage lot until the Parking Authority could further investigate the status of the lots in question.

Later that evening at approximately, 11:43 PM, Commissioner Carollo was spotted outside of Ball & Chain in his personal vehicle following an employee of S.H. Valet that was transporting a patron's car to the storage lot located at 300 SW 12th Avenue. Complainant has been provided with photographic evidence of Commissioner Carollo sitting idle in his vehicle examining the activity in the storage lot. A true and correct copy of the photograph is attached to the instant Complaint.

It is clear that Commissioner Carollo's illicit activity coupled with direct correspondence from his subordinates to the Parking Authority, have led to the abrupt and dramatic departures from the normal course of procedure by the Parking Authority and has resulted in significant harm and actual monetary damages to Complainant. Specifically, many patrons of the Ball & Chain expressed significant dissatisfaction with the valet service provided on March 3, 2018 and S.H. Valet and Complainant were forced to issue refunds to these patrons.

## APPLICABLE LAW

An examination of the facts outlined herein make it abundantly clear that Commissioner Carollo's continued unchecked, unauthorized and unsanctioned investigation of Complainant and interference with the administrative functions and powers of the City Manager and the various departments of the City of Miami, both through



Ethics Complaint                                                                                    5
March 12, 2018

his personal actions and through the use of the aforementioned city employees, egregiously exceed the limits of his legislative powers as a city commissioner and may likely have violated the following Ethics Ordinances:

## Miami-Dade County Ordinance Section 2-11.1(g)

*Exploitation of official position prohibited.* No person included in the terms defined in subsection (b)(1) through (6) and (b)(13) shall use or attempt to use his or her official position to secure special privileges or exemptions for himself or herself or others except as may be specifically permitted by other ordinances and resolutions previously ordained or adopted or hereafter to be ordained or adopted by the Board of County Commissioners.

**(6) Misuse of public position.**--No public officer, employee of an agency, or local government attorney shall corruptly use or attempt to use his or her official position or any property or resource which may be within his or her trust, or perform his or her official duties, to secure a special privilege, benefit, or exemption for himself, herself, or others.

§ 112.313, Fla. Stat. Ann.

Additionally, the City of Miami Charter provides:

Except for the purpose of inquiry and as may be necessary as provided in section 14, the mayor, the city commission, any committees and members thereof **shall deal with the administrative service solely through the city manager, and neither the mayor nor the city commission, nor any committees nor members thereof shall give orders to any of the subordinates of the city manager, city attorney, city clerk and independent auditor general, either publicly or privately**. Any such dictation, prevention, orders or other interference or violation of this section on the part of the mayor or a member of the city commission or committees shall be deemed to be violation of the Charter, and upon conviction before a court of competent jurisdiction any individual so convicted shall be subject to a fine not exceeding five hundred dollars ($500.00) or imprisonment for a term of not exceeding sixty days or both, and in the discretion of the court shall forfeit his or her office. Any willful violation of the provisions to this section by the mayor or any city commissioner shall be grounds for his or her removal from office by an action brought in the Circuit Court by the state attorney of this county.

Ethics Complaint                                                                        6
March 12, 2018

      As a result of the foregoing, we request that the Ethics Commission immediately open an investigation into these practices. Should you have any questions or would like to discuss this matter, please contact me.

Very truly yours,

ALEXANDER S. ORLOFSKY, ESQ.
alex@orlofskylawfirm.com



**From:** **Bill Fuller** bill@barlingtongroup.com
**Subject:** Invitation - Viernes Culturales Board Meeting October 17th @ 3pm
**Date:** September 26, 2018 at 10:55 AM
**To:** jcarollo@miamigov.com
**Cc:** Viernes Culturales culturalfridays@gmail.com, Maru Lanao maru@barlingtongroup.com, Carole Ann Taylor miamitogo@aol.com, Ginny Gutierrez - GMCVB Ginny@gmcvb.com, Ninoska Perez Castellon artbyninoska@gmail.com, Marvin Tapia tapiamarvin@yahoo.com, Suzanne Batlle suzy@azucaricecream.com, jcigar@aol.com

Dear Commissioner Carollo,

*Viernes Culturales* aims to reinforce its mission of promoting Little Havana as well as being the liaison between the artistic community, residents, businesses, and visitors. As we approach 2018's last quarter, we look forward to implementing crucial changes, enlisting the support of neighbors and business owners, and strengthening important relationships.

Our last meeting, which took place on September 19th , welcomed City of Miami Mayor, Francis Suarez and Esteban Ferreiro, Chief of Staff for Commissioner Manolo Reyes. They will both appoint a member of their team to attend all board meetings henceforth. Also in our last meeting, we welcomed Miami Dade College Interamerican Campus President, Malou C. Harrison, and Miami filmmaker and entrepreneur Joe Cardona as the new members of the board.

Through the years, Viernes Culturales has had a positive impact on the neighborhood and the community. The Board of Directors plays a central role in this important work. Because of your experience and involvement with our community , we invite you to become a part of this growing tradition.  The board strongly values your input.

**Our next meeting will be held on Wednesday, October 17th at 3 pm at 1637 SW 8th Street.**

We look forward to hearing from you,

Bill Fuller

Chairman

*Viernes Culturales*

PLAINTIFF'S EXHIBIT

**431**





PLAINTIFF'S
EXHIBIT

434



















**City of Miami**

May 23, 2019

CR: CE2019009565

JOSEPH X CAROLLO

JOSEPH X CAROLLO

3230 MORRIS LN
MIAMI, FL 33133-3231 33133-3231

3230 MORRIS LN
MIAMI, FL 33133-3231 33133-3231

3230 MORRIS LN

Folio: 0141150110100

## NOTICE OF VIOLATION Potential Property Lien

Subject Property: 3230 MORRIS LN  Folio: 0141150110100

Dear JOSEPH X CAROLLO:

You are notified that an inspection of the above property discloses that you are in violation of the following laws, including:

VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT         City Code SEC 10-3
(FBC 104, 105)ZON ORD SEC 2102
    Correction: Based on the documentation received from the Building Department, Environmental Resources and our physical inspection of the property, the following violations were identified:

1. The wood lattice was attached to the 6ft fence after the permit was finalized.
2. The flat roof was converted into a roof-top deck, with guardrails.
3. Three carports were constructed without a permit.
4. The pavers are not reflected on the permit history report.

All items require an After the Fact permit from the Building Department.

Please visit https://www.miamigov.com/Services/Building-Permitting or call City of Miami

Building Department
444 S.W. 2nd Avenue, 4th floor
Miami, FL 33130
Office: (305) 416-1100
Fax: (305) 416-2168
Email: building@miamigov.com
VIOL REF# 2171-FAILURE TO MAINTAIN EXTERIOR OF COMMERCIAL OR RESIDENTIAL
PROPERTY.        City Code Chapter 10 SEC 10-23 & 10-24
    Correction: The parking structures are in disrepair. The shingles need to be painted and repaired.

You are directed to correct said violation(s) by June 03, 2019 and to notify the Inspector that the violation(s) has been corrected. If the violation(s) has not been corrected with the approval of the inspector within the specified time period, you will be commanded to appear before the Code Enforcement Board. If you are found guilty and fail to correct said violation(s), the Code Enforcement Board can impose fines of up to $500.00 per day for each day the violation(s) remains uncorrected beyond the time period provided.

UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN, AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY. LIENS WHICH REMAIN UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT. In addition, the Certificate of Use and Occupational License of any business occupying this property may be suspended or withheld. Operating a business without all required licenses is illegal under state and city law, and is

punishable by criminal arrest and/or closing the business.

Name of Inspector: Genesis Troutman
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 416-2137
Email: gtroutman@miamigov.com

**PLAINTIFF'S EXHIBIT**

**437**



W FLAGLER ST

SW FLAGLER TERR

SW FIRST ST

NW 14TH AVE

SW 14TH AVE

SW 14TH AVE

3D

PLAINTIFF'S
EXHIBIT

**442**







PLAINTIFF'S
EXHIBIT

444

 

**2650 Biscayne Boulevard**
**Miami, FL 33137**
**305-573-4300 Phone**
**305-573-4100 Fax**
**www.miamisurcharge.com**

March 12, 2018

Mr. Omar Rojas
S.H. Valet Services, Corp
10380 SW Village Center Dr. 148
Port Saint Lucie, FL 34987

RE:  Property # 0884 (Ball and Chain)

Dear Mr. Rojas:

The average parking revenue reported by S.H. Valet Services, Corp. for property # 0884
January 2016 to January 2018 is $500 per month. Based on the information gathered from
field audits conducted by Complete Consulting Services Group (CCSG), the estimated rev
generated by this location is $3,456 per month. In addition, CCSG has used other facto
confirm the demand by surveying other properties which offer similar services in the same
as well the number of your employees working in the location, and the number of parking sp
utilized and available to the operator.

The parking revenue reported by S.H. Valet Services, Corp. to the City of Miami has been gr
underreported. As such, the parking surcharge due to the City of Miami from January 20
January 2018 is $11,281 ($12,960 -$1,679 surcharge paid) NOT including penalty and intere

Sincerely,

Franklin Laso
President

Cc:    Munirah Daniel, Acting Finance Director, City of Miami
       Victoria Mendez, City Attorney

 



**PLAINTIFF'S EXHIBIT**
**448**