

Greetings from LITTLE HAVANA

LITTLE HAVANA
• 2017 •
BUSINESS IMPROVEMENT DISTRICT

A plan to preserve the past and cultivate the future.

THIS SIDE FOR THE ADDRESS ONLY.

Welcome to CALLE 8 MIAMI

Florida

PLAINTIFF'S EXHIBIT

574

# LITTLE HAVANA

## A Cultural Destination

In the heart of Miami lies Little Havana, a neighborhood pulsing with energy; a melting pot of Cuban-Americans and international transplants who have shaped an entire community. A stroll down vibrant Calle Ocho highlights cafecito counters, cafes, cigar factories, jazz bars, art galleries, food markets, barber shops, Cuban nostalgia shops, and the celebrated rooster statues. Sounds of salsa beats echo in restaurants amid heated games of dominos at Domino Park. The exotic flavors of the neighborhood have established Little Havana as a cultural destination worthy of attention.

In January 2017, the National Trust for Historic Preservation officially recognized Little Havana as a national treasure.



*I believe the BID, with feet on the ground, will make decisions that will benefit the community."*
*- Mayor Tomas Regalado, City of Miami*

1

# LITTLE HAVANA

A Shared Vision

For more than a year, a group of passionate stakeholders worked in partnership with the City of Miami to initiate a BID formation for the commercial core of Little Havana. Receiving economic and policy support from the Mayor, Commissioners, and City officials, the stakeholders formed a steering committee to guide the thoughtful community engagement effort. The committee convened dozens of meetings attended by more than 60 Little Havana property owners to determine the most important issues to be resolved in the commercial BID corridor.

### BUSINESS IMPROVEMENT DISTRICT (BID)

Economic development organizations that deliver public services to specific neighborhoods to supplement the bundle of public services provided by the government. They are formed with the active participation of property owners within a defined geographic area.

## MISSION

To solidify Little Havana's nationally recognized standing as a cultural treasure known for its passion, art, music, and outspoken political engagement. Beyond support for Little Havana's cultural vitality, the Little Havana BID will produce visibly clean and safer streets while enhancing the landscape and streetscape, strengthening artistic programming, and speaking with a unified voice for the commercial neighborhood to the benefit of all.

• The BID WILL undertake changes and improvements in the commercial corridor that embrace and cherish Little Havana's historic and authentic sense of place and worth.

• The BID WILL benefit business owners, tenants, and future tenants.

• The BID WILL respect the area's residents and value their preferences.

## VISION

A storied history has shaped the property and business owners who call Little Havana home; many of whom are second generation Cuban Americans who recall afternoons devouring boniato or watching cartoons at the Tower Theater on Saturday mornings. It is the pride and passion of hometown roots that has shaped today's commercial renaissance. Now, the commitment of dedicated developers, property owners, businesses, community members, and elected officials have the opportunity to invest in Little Havana to realize a vibrant tomorrow.

With so many fast-paced changes happening throughout Miami communities, now is the time to work together, respecting the past to curate the future of Little Havana. That cohesive vision starts with the establishment of a BID.

Economist magazine describes BIDs as potentially "the best hope for getting parts of America's cash-strapped cities working again."

> In 2016, New York City's 73 business improvement districts spent more than $134 million to help their respective communities.
> *New York City's Department of Small Business Services*

At a time when municipal governments, like the City of Miami, are tackling complex problems with limited finances, BIDs give power to property owners to identify a district's needs and actively address those needs with a pool of financial resources. More than 1,200 BIDs now exist in North America – serving cities small, medium, and large. Locally, Coral Gables (1997), Coconut Grove (2008), Wynwood (2014), and Lincoln Road (2015) have formed and implemented successful BIDs. A BID will give Little Havana the power to compete with these bustling commercial areas for local, regional, and out-of-town visitors.

While the Little Havana BID will provide a clear vision of the commercial corridor, it will also address issues that are key to the success of the area, including security, sanitation, marketing/signage, and beautification. The BID, centered along Calle Ocho, with some contiguous folios, peripheral folios on side streets, and some specific folios on 7th Street, will advocate on behalf of the neighborhood to help Little Havana reach its full potential. A potential that research has shown will positively affect property owners, tenants, residents, and community members.



3





*"As Calle Ocho property owners, the BID is our greatest opportunity to expand the borders of this historic district and improve the experience on all of Calle Ocho and its surrounding areas for our valued visitors."*
*- Bill Fuller, Barlington Group*

## A LOCAL SUCCESS STORY

The Wynwood BID, created in 2014, has transformed a former warehouse district into a bustling mixed-use neighborhood with a vibrant arts and cultural tourism component. Land prices in Wynwood have more than quintupled and lease rates more than doubled. Additionally, maximum lease rates rose to $100 psf and average building prices jumped to $1,000 psf in 2016.*

### 2016 Wynwood BID Highlights

- 8,215 additional police hours
- 5,116 additional hours of sanitation
- 70 street lights updated by City of Miami and FPL
- 27,000 copies of the Wynwood Visitors Guide distributed
- Managed Zika eradication on a state and local level

*Commercial Industrial Association of South Florida*



"Little Havana's vision is to keep it as authentic and culturally genuine as possible. The future lies in its stakeholders allowing only Mom and Pops to co-exist and keeping it as a cultural Mecca."
— Suzy Battle, Azucar Ice Cream Company

# LITTLE HAVANA

A Single Voice

THE BID WILL WORK TOGETHER TO ENACT POSITIVE CHANGE

## ADVOCATING FOR LITTLE HAVANA

The BID will advocate for Little Havana in a unified voice to establish a positive and productive relationship with the City of Miami, Miami-Dade County, and State of Florida relating to:

- Baseline of City Services
- Pedestrian-scale Street Lighting
- Crosswalks
- Sidewalks
- Public Transportation
- Infrastructure
- Zoning/Land Use Regulation

> In a New York City study, commercial property values in the city's BIDs are 15% higher than other commercial areas, largely due to service improvements provided by BIDs.
>
> *New York University's Furman Center for Real Estate & Urban Policy*

## PROTECTING BUSINESSES

Street improvements are forthcoming so the BID will use its voice and authority to protect the viability of businesses during street improvements.  Even the most successful commercial districts are fragile eco-systems that can be threatened by good intentions. No longer can entire streets be closed down for improvements which promise a brighter future. That future does nothing for a business which is permanently closed down by the disruption of street closures. Construction must be undertaken in increments of one block, or less, at a time — and these periods should be time-limited.  Construction contracts must include financial recompense clauses for violations.  The BID will seek expert urban planning advice to preserve and enhance Little Havana's economic vitality.







*"I feel as if I have traveled somewhere very special without actually traveling. The influence of Cuban and Latin American culture is evident, exciting and lively."*
*- Dr. Joanne Bashford, Miami Dade College InterAmerican Campus President*

Little Havana is in the midst of a resurgence. Each month, thousands of local visitors make the area their destination; each year, millions of tourists consider the neighborhood a "must see" when visiting Miami; and every day, residents shop for basic necessities and dine at local establishments.

While the interest in Little Havana is increasing, City services are remaining the same, posing a challenge to the community's burgeoning potential. The BID will resolve issues by effectively communicating as a single voice on behalf of Little Havana. The BID will also undertake enhancements and improvements that the City cannot dedicate time, money, and effort to, including:

## SECURITY

Calle Ocho is a highly trafficked corridor with an increasing need for policing on foot, bicycle and Segways patrols. Currently officers only patrol in vehicles. The Little Havana BID will provide community-based security so that the district will be a safer place to live, work, and play, which will encourage business growth and increase the number and duration of visitors in the area. The BID will also explore hiring "ambassadors" to greet tour buses, provide maps, and answer questions.

The implementation of a BID was associated with a 12% reduction in robberies and a 7% reduction in violent crimes in a study of 30 Los Angeles area BIDs from 1994 to 2005.
*From "The Effect of Business Improvement Districts on the Incidence of Violent Crimes," by John MacDonald, Daniela Golinelli, Robert J. Stokes, Ricky Blumenthal*

## SANITATION

To curb the amount of street debris on sidewalks, parking areas, and in streets, the BID will supplement sanitation services in the district by increasing the NET's street clean-up crews and by funding extra crews during the busiest times and days. There is also a perceived need for more frequent trash collection on Calle Ocho and the BID will partner with the City of Miami to address this need. Additionally, regular sidewalk cleaning and street sweeping, especially in central tourist areas, needs to be dramatically increased.

## LIGHTING

Cohesive lighting shapes a neighborhood by creating a sense of place, along with a feeling of security. Much of the future of commerce on Calle Ocho will be dependent on careful planning of lighting. The BID will coordinate with City, County, and State officials to seek solutions for the inconsistent combination of highway and pedestrian-centered lamps along Calle Ocho and Southwest 7th Street, with the goal of creating a safer, more welcoming pedestrian environment.



**LET THERE BE LIGHT**
More than a quarter of all pedestrian fatalities occur between 6 and 9 p.m.
*National Highway Traffic Safety Administration*



## PARKING AND TRANSPORTATION

As more visitors descend upon Calle Ocho, parking will become increasingly important. The BID will work with the City to explore parking solutions. Considerations include:

• Retail shops and restaurants believe they need parking directly in front, which puts space limitations on sidewalks, traffic and bike lanes.
• The BID needs to partner with the Miami Parking Authority to find or create safe parking solutions which could include municipal garages on adjacent cross streets.
• Bike lanes on Eighth Street are not currently possible, but it could be explored on Seventh or Ninth Avenues.
• More frequent trolley service is needed due to high ridership. A Little Havana circulator should be considered.
• Sidewalk cafes will not be possible without wider sidewalks.

## MARKETING

Creating buzz around Little Havana will only increase visitors to the area. By utilizing social media and other marketing channels, the BID will highlight businesses and events to generate greater exposure to the district. Additionally, the BID will look into creating a visitor's guide to enhance the Little Havana experience.

## WAYFINDING SIGNAGE

To increase visibility, the BID will look into developing, installing, and maintaining signage to clearly define the BID boundaries, as well as visitor points of interest like Domino Park, Tower Theater, and Ball and Chain.

## PLANNING AND ZONING

The BID will create a Board committee to review existing zoning and land use regulations affecting properties within the BID boundaries.

## EVENTS

In conjunction with commercial business in the district, the BID will use funds to host, develop, and nurture new events to bring visitors to the district, greatly enhancing shopping and dining potential. The needs of business will be treated with care during events and all BID-funded events will be evaluated by merchants, galleries, and restaurants on a regular basis to determine their impact on businesses..

## ARTS

The BID will work with the Viernes Culturales Board to maximize exposure of artists, musicians, art galleries, businesses and Miami Dade College.  Supplemental funding will also be considered.

## GRANT ACTIVITIES

In coordination with the City of Miami development office, the BID will seek grant funds for placemaking activities and related materials.



*"You know when you are on Calle Ocho. It enters your soul through the scents of cigars and cafe cubano! You feel the street transmitting its energy from a unique mix of local residents and tourists from all over the world"*
*- Martin Pinilla, Barlington Group*

# LITTLE HAVANA

A Neighborhood on the Verge

## LITTLE HAVANA WELCOMES NEARLY 4 MILLION VISITORS EACH YEAR



"La pequeña Habana es la alma
y el corazon de Miami."
- Carlos Fausto Miranda,
Fausto Commercial Realty

## LITTLE HAVANA BID FORMATION STEERING COMMITTEE

As property owners and stakeholders, the following people served as members of the Little Havana BID formation steering committee, participating in numerous meetings between February 2016 and April 2017.

Bill Fuller                                    Arturo Ortega

Marcos Lapciuc                           Martin Pinilla

Carlos Fausto Miranda              Henry Torres

## A UNIQUE PARTNERSHIP WITH MIAMI DADE COLLEGE

Subsequent to a successful petition campaign to establish the Little Havana BID, the InterAmerican Campus of Miami Dade College (MDC) will detail a Memorandum of Cooperation, as previously discussed by Bill Fuller of the Barlington Group and Dr. Joanne Bashford, InterAmerican Campus President. The college and the commercial business district will work together to shape a future that will be stronger than either could forge on their own.

The InterAmerican Campus of MDC proudly describes itself as an academic engine in the heart of Little Havana. The 18,000-student campus began in 1972 with 60 students. In the early 1980s, an influx of students from Latin America and the Caribbean led to the addition of day-classes and full-time faculty. The InterAmerican Campus became the largest bilingual learning environment in higher education in the U.S. before expanding to offer a full range of academic programs retaining some dual-language programming.

Together, the InterAmerican Campus and the BID will work side-by-side. The InterAmerican Campus President will have a strong role as an ex-officio (non-voting) member of the BID Board of Directors and will add the voice of the College to the unified voice.

The BID will explore the possibilities of incorporating business students as interns into programs in Little Havana. Also, the BID will look into the establishment of a special joint program with the Greater Miami Convention & Visitors Bureau and the translation studies area at the college to inform, train, and hire part-time tourism ambassadors to greet the millions of visitors who come to Little Havana on a regular basis. The InterAmerican Campus will consider the provision of large meeting spaces for regular BID Board meetings on campus, as well as ongoing space for use as a BID office. The Tower Theater, operated by MDC, and the BID may also interface to achieve mutual program goals.

Special emphasis will be given to re-energizing and activating the western blocks of the BID along Calle Ocho adjacent to the InterAmerican Campus. Further, there will be opportunities to make the western end of the BID along Eighth Street friendlier for InterAmerican students with social gathering places, cafes, businesses, and restaurants that are appealing to college students. The BID will also explore increased cooperation with Viernes Culturales to allow it to expand to the blocks adjacent to the campus, bringing lively art and music to the area.

## BID BOUNDARIES

The Little Havana BID boundaries are delineated on the accompanying map. The BID borders are outlined in red.  All folios that will be assessed by the BID will be receiving benefits. These folios are listed in the Preliminary Assessment Roll which is on file in the City Clerk's Office at the City of Miami.

The central corridor of the BID boundaries will begin just west of SW 27th Avenue and continue along SW 8th Street to SW 7th Court and will include all commercial folios and vacant lots located there.

The following properties will not be assessed in the BID even if they are located within the red BID boundaries on the accompanying map: folios owned by the State, County, City or Federal government; places of worship; residential dwellings, apartments and condos; and schools.

IIn addition to Calle Ocho, specified commercial folios will be assessed which are located on side streets connecting SW 8th Street and either SW 7th Street or SW 9th Street will be included in the boundaries, along with specified commercial folios on SW 9th or SW 7th Streets which are contiguous and/or abutting with a property owned by the same owner on SW 8th Street and which is located inside the red boundary.

Certain self-selected commercial folios along SW 7th Street will be assessed by the BID and will receive benefits as stipulated in the Preliminary Assessment Roll.

Commercial folios located inside the map's red boundaries along SW 12th Avenue between SW 7th Street and SW 3rd Street will be assessed as specified and included in the Preliminary Assessment Roll.

Folios which are currently classified as residences located along 7th Street – west of SW 12th Avenue and SW 7th Court within the red boundaries of the BID – will not be assessed (and will not receive benefits from the BID) unless and until they are developed and converted into commercial folios. If these folios are converted into commercial folios, the BID will assess them at the prevailing rate.

Please consult the Preliminary Assessment Roll to determine specific folio inclusion in the BID.

## BID GUIDELINES

• The Little Havana BID will be established by a resolution of the City Commission of Miami on May 11th, 2017, and will be brought into existence by a three-and-a-half month, petition process among all affected property owners included within the BID boundaries. The final day of the petition process will be August 28th, 2017.

• The Little Havana BID will be a dependent organization established as a Board of the City of Miami, and will be subject to the Sunshine Laws of the State of Florida, as well as the same procurement

## BID GUIDELINES (cont'd)

procedures that govern the activities of Miami's Coconut Grove BID and the Wynwood BID. The Little Havana BID may also apply to the IRS to become a 501 (c) organization.

• The annual Little Havana BID budget will be submitted for approval in a timely manner each year to the City Commission of the City of Miami.

• The Little Havana BID will conduct an annual audit and will provide it to the City of Miami in a timely fashion.

• The Little Havana BID will coordinate with the City of Miami development office to submit and secure grant requests to the private sector for additional support of placemaking activities in the commercial Little Havana neighborhood.

• The Little Havana BID will have a sunset provision of ten years. At that time, for the BID to continue, there must be another vote or petition process among affected property owners. This vote or petition must result in a minimum of 50% plus one in order to continue the BID.

• If at any point in the first ten years, there is a desire by the Board to change the BID boundaries so as to increase or decrease the number of folios included in the Little Havana BID, there must be a vote or petition process among all affected property owners (not just new proposed additions or deletions). If the vote or petition process is successful at a level of 50% plus one, the BID will be expanded or contracted. However, if the new vote or petition does not succeed, the only result will be that the newly expanded or contracted BID will not come into existence. In the event of a non-successful vote or petition to expand or contract the Little Havana BID, the original BID will not be dissolved; it will remain in place and in effect for the duration of its ten-year term.

• If a residential folio is within the initial BID boundaries it will not be assessed unless and until it is converted to a commercial folio or a mixed-use property in the future. If it remains residential, it will not be assessed.

• In the time prior to the initial petition process or vote to approve its existence, and in every year of the ten-year term thereafter, the BID will undertake a Baseline Review of City Services Provided with the City Manager of the City of Miami. In this way, the BID will monitor City provided services and ensure that the services are not being reduced as a result of the supplemental services being provided by the BID.

• The Little Havana BID will sign a Memorandum of Understanding with the City Clerk's Office of the City of Miami so that the proper notices, advertisements, affidavits and services can be provided which guarantee the integrity of the BID petition process.

• If the BID Board, pursuant to an open and announced meeting of affected property owners, wishes to discontinue BID activities, it need only "zero-budget" the BID by a majority vote.

15



## HOW WE WILL DECIDE: PETITION PROCESS ELIGIBILITY

To be successful and certified as a BID Establishment victory by the City Clerk, a total of 50% plus one majority of affected property owners must choose the BID as their preferred choice in the petition process. A principal or owner-designated representative of the entity which is being assessed must swear that they are a legal representative of the folio ownership to a notary in order to cast a petition preference. All affected folios which are eligible to vote are on file as the Preliminary Assessment Roll in the City Clerk's Office at Miami City Hall. If for any reason an affected folio owner does not cast a preference, that non-expression will be counted as a negative preference.

If a folio is exempt from assessment for any of the stipulated reasons, it will not be permitted to cast a preference in the petition process.

## PETITION AND AFFIDAVIT

Approval of the Little Havana BID will be subject to the approval of a majority (50% plus one) of the affected property owners, which shall be determined through a petition and in support ("Petition").

The process for submitting a Petition shall begin May 2017. A Petition must either be hand delivered or mailed to the Office of the City Clerk at the address listed below and be received by the Office of the City Clerk no later than 5:00 p.m. on June 29, 2017.

Office of the City Clerk
3500 Pan American Drive
Miami, FL 33133

Affected property owners are entitled to file one (1) Petition per folio owned. "Owner" shall mean a person who appears on legal title to real property by deed duly recorded in the Miami-Dade County recorded in the Miami-Dade County records or their designated personal representative, agent or guardian. A non-submitted petition shall be considered a "no" vote.

A full list of those properties subject to the special assessment and eligible to file a Petition will be on file at the City of Miami, City Clerk's Office. Those properties that are not benefited will not be assessed and are therefore not eligible to file a Petition.

## BID FORMATION CALENDAR

May 11, 2017

(1) City of Miami Commission meeting

(a) Resolution establishing special assessment district for Little Havana BID subject to approval of affected property owners.

May 12, 2017

(1) Begin affidavit collection.

(2) Office of the City Clerk to receive the preliminary assessment roll from the Little Havana BID.

August 28, 2017

(1) Deadline to file affidavits (3.5 month process).

August 31, 2017

(1) Certification of the affidavit process by the Office of the City Clerk.

September 14, 2017

(1) City of Miami Commission Meeting:

(a) Resolution to (1) accept the affidavit results and (2) fix a time and place at which the owners of the property to be assessed or any other persons interested therein may appear before the City Commission to be heard on the matter (30-day notice to be provided to the owners of property to be assessed.

October 26, 2017

(1) City of Miami Commission Meeting:

(a) City Commission to (1) meet and hear testimony from affected property owners regarding the advisability of the special assessment and (2) make a decision on whether to levy the special assessment;

(b) City Commission shall thereafter meet as an equalizing board; and

(c) Resolution to approve special assessment.

October 27, 2017

(1) Little Havana BID begins to operate.

(2) Little Havana BID to provide financial assessment roll to the Office of the City Clerk.



"It's real; the heart and soul of Miami."
- Marcos Lapciuc, Precision Trading Corp

# LITTLE HAVANA

A Worthy Investment

THE NATIONAL TRUST FOR HISTORIC PRESERVATION
NAMED LITTLE HAVANA A NATIONAL TREASURE

# BID ASSESSMENT METHODOLOGY

The Little Havana BID will not assess: self-standing residential homes, apartments, or condos. Further, the following entities will not be assessed unless they choose to pay assessments and receive BID benefits: folios owned by City, State, or County; religious buildings strictly used for worship. Public schools, charter schools, and private schools will not be assessed. No upper floors will be assessed in any folio. If a folio is not assessed, it will not be eligible for BID benefits.

(a) If an entity leases a County, State, or City owned folio and wishes to benefit from the BID, it can sign a document guaranteeing that it will pay the assessment.

Assessment methodology will include these categories:

(1) All folios in the BID from just west of 27th Avenue to just east of 8th Avenue, folio properties will be assessed at a rate of .15 (fifteen cents) per square foot of ground floor folio.

(2) Along Seventh Street from 27th to 8th Avenue, with those self-selected folios that currently have no residents and which are zoned for commercial use, such folios as identified in the in the Preliminary Assessment Roll database, will be assessed at a rate of $.15 (fifteen cents) per square foot of ground floor folio. The same rate — $.15 (fifteen cents) per square foot of folio — will be charged for identified abutting and contiguous folios which adjoin 8th Street folios, as well as for designated side street folios. All commercial folios located on 12th Avenue, from 7th to 3rd Streets, as well as contiguous and abutting folios to those aforementioned will be assessed fifteen cents per square foot of ground floor folio. Folios which are located within the Urban Center T5 Miami 21 Zoning designation will not be assessed until such time when they are being developed as commercial properties and are no longer being used as residences.



"Little Havana is a rich and vibrant part of Miami-Dade County. Whatever we can do to foster its continued growth is a step in the right direction."
— David Richardson, Florida House of Representatives



## BID ASSESSMENT METHODOLOGY (cont'd)

To ensure an educated petition process, the assessment methodology, amount of assessment, and BID objectives will be provided to each affected folio owner.

In any given year, and in ensuing years, the Board of Directors of The Little Havana BID will have the authority to increase or decrease the assessment for the ensuing fiscal year by up to 5%, depending on the projected objectives and costs for the upcoming year. At the point when the Board is deliberating this decision, affected property owners will have an opportunity to address the issue. Assessment increases or decreases are cumulative from year to year. The Board of Directors must make this decision in a time-sensitive manner if utilizing the County Trim Notice for assessment collection.

During the first year of operations, the Little Havana BID will collect the assessment by sending out invoices and tracking incoming checks upon arrival.  Checks will be made payable to the "City of Miami". The City of Miami will direct deposit the full amount of the check into the account of the Little Havana BID. In the event of unpaid assessments in the first year or in any year thereafter, the BID will cooperate with the City Manager to establish liens on the delinquent properties.

Beginning with the second year of assessment collections, the BID will decide whether to continue to circulate the assessment invoices from the BID, or whether they would prefer that the assessments be collected on the County Trim Notice. If they decide in favor of the Trim Notice, there must first be a signed Intergovernmental Agreement executed between the County and the City.  Subsequently, in a timely fashion, the BID will submit the correct assessment amount to the appropriate Miami-Dade County office. On the Trim Notice, the assessment will be noted as a non-ad valorem assessment to be conveyed to the Little Havana BID. After the assessment is paid to the County, the County will convey the funds to the City who will direct deposit the same amount into the account of the Little Havana BID.

## BID BUDGET

*(October 1, 2017 to September 30, 2018)*

| | |
|---|---|
| Executive Director | $100,000 |
| General and Administrative | $75,000 |
|     Office | |
|     Insurance | |
|     Equipment | |
|     Supplies | |
|     Accounting | |
|     Audit | |
| Supplemental Security | $95,723 |
| Supplemental Sanitation | $25,000 |
| Branding | $50,000 |
|     Marketing and Website | |
| Little Havana Map | $15,000 |
| Tourist Ambassadors | $15,000 |
| Landscaping | $20,000 |
| Special Event and Cultural Fund | $20,000 |
| Street Art | $15,000 |
|     Development | |
|     Installation | |
| Street Amenities | $20,000 |
|     Street Furniture | |
|     Bike Racks | |
| Repayment, Start-Up Loans | $10,000 |

| Total Expenditures | $460,723 |
|---|---|



# LITTLE HAVANA

A Bright Future





## BID GOVERNANCE

(1) The Little Havana BID will become a Board of the City of Miami, and will be governed by Sunshine Law requirements, public notice of meetings, and annual review by the City Commission to determine that there is no evidence of fraud or financial mismanagement. The BID will issue monthly financial statements, and will submit a certified audit to the City each year.

(2) To establish a BID for a first-term period of ten years; to improve and strengthen the area known as Little Havana through promotion, management, marketing, and other similar services, including but not limited to coordination, funding, implementation, and maintenance of infrastructure improvements and other projects. The Little Havana BID Board shall be the body charged with managing the Little Havana Business Improvement District.

(3) The BID Board shall have seven voting members. Two members will be property owners who own folios along Calle Ocho in the area between just west of 27th Avenue and 17th Avenue.

## BID GOVERNANCE (cont'd)

Two members will be property owners who own a folio or folios along Calle Ocho between 17th and 8th Avenues. Two members will be commercial property owners who own a folio or folios between 27th and 8th along 7th Street, or on a side street connecting 8th and 7th Streets, or on 12th Avenue within the BID boundaries, or own a folio which abuts or is contiguous with an affected folio on 8th Street. One member will be an "at-large" commercial property owner from greater Little Havana, with the property owned located either inside or outside the boundaries of the BID.

(4) With the exception of the "at-large" member, all voting BID Board members must be "affected commercial property owners" in the District. The phrase "affected commercial property owners" shall mean that the property owner owns one or more commercial folios within the defined boundaries of the BID and that an annual assessment is paid in a timely fashion.

(5) Beyond the initial Board establishment election, the Board may make changes in the form of newly enumerated or subsequently revised by-laws for any allowed aspects of BID governance.

(6) The nomination, election, and seating of the initial Little Havana BID Board members will take place in the following manner. Prior to identification of a slate, all eligible property owners may submit their names for consideration. In the 1st year, the BID Formation Facilitator will select a three-member Nominating Committee and will advise the Nominating Committee as needed or requested. The Nominating Committee will select a slate of potential Board members. Under no circumstances can there be — either directly or indirectly — more than one owner from the same or overlapping ownership group(s) on the slate or the Board. In year two and beyond, the Chair of the Board will select the Nominating Committee — which cannot include the Chair.

(7) When duly constituted, the slate will be submitted for an up or down vote to the affected commercial property owners. There will be one vote per folio. In this election, the only votes that count are the ones that are cast. A non-vote is not a "no" vote in the slate Board election.

(8) If the slate is not voted into office by a majority of those casting votes, a new nomination committee will be selected and the process will proceed through a new vote.

(9) At the first meeting of the Little Havana Board of Directors, the members will determine individual lengths of terms for the initial BID Board. By straw selection, three of the seven members will serve one-year terms. Four members will serve initial terms of two-years each. From years "two" and beyond, all terms will be for two years, and will be structurally staggered.

(10) Among the members of the Board who serve an initial one-year term, the maximum time that may be served, if re-elected, is a total of seven years — either consecutively or intermittently.

## BID GOVERNANCE (cont'd)

Among members of the Board who serve an initial two-year term, the maximum time they may serve, if elected, is a total of six years — either consecutively or intermittently.

(11) Members shall continue to serve until their successors have been elected and seated.

(12) Appointments to fill Board vacancies shall be made by the Chair and confirmed by the Board for the unexpired term only.

(13) Quorum shall consist of five of the seven voting members of the Board present. On motions made in the meeting, a vote by phone shall be permitted. You cannot establish quorum by phone.

(14) The BID Board shall have the power to establish committees.

(15) The BID Board shall maintain officer's and director's liability insurance coverage in an amount and form satisfactory to the City's director of risk management. Nothing in this section shall be construed in any way to limit or waive sovereign immunity.

(16) If the InterAmerican Campus of Miami Dade College and the Little Havana sign a Memorandum of Cooperation subsequent to the establishment of the BID, the Campus President of the InterAmerican Campus will be offered a non-voting ex-officio seat on the Board of Directors.

(17) Qualifications of members:

> (a) With the exception of the "at-large" director, all members of the BID Board shall be "affected commercial property owners" in the defined BID area.
> (b) All members of the BID Board shall be individuals of outstanding reputation for integrity, responsibility, and business acumen.
> (c) Convicted felons may not serve on the BID Board.
> (d) Before assuming the duties of the office, each member shall take and subscribe to the oath of office required of officials of the City.

(18) Meetings:

> (a) The parliamentary authority of the BID Board shall be Robert's Rules of Order for Small Boards and Associations.
> (b) The BID Board shall hold regular meetings no less often than once each quarter.
> (c) Special meetings may be held with proper notice.
> (d) All meetings of the BID Board shall be duly noticed and open to the public.
> (e) Each member of the BID Board shall serve without remuneration.

## BID GOVERNANCE (cont'd)

(19) Removal of Members:

Notwithstanding anything in the Code to the contrary, by resolution specifying facts sufficient to advise a BID Board member as to the basis for his or her removal and after reasonable notice to the BID Board member and an opportunity for the Board member to be heard, the BID Board, by 51 percent vote of the Board, may remove a Board member, so long as the reason for removal is one or more of the following:

(a) If the member ceases to meet the qualifications and/or integrity criteria set forth herein or any additional qualifications set forth in BID by-laws; or

(b) If the member is not current with timely payment of BID assessment(s) due, or

(c) For purposes of this section, being absent from substantial portions of three regular BID Board meetings or committee meetings — or a combination thereof — during a calendar year shall constitute good cause for removal, or

(d) For one or more violations of the Sunshine Law, as reviewed by the Board and/or the Miami-Dade County Commission on Ethics.

(20) The BID Board shall have the power to:

(a) Subject to City Commission approval, which approval shall not be unreasonably with-held, appoint an executive director and fix the terms of engagement and compensation of the executive director.

(b) Prepare an action plan, goals, and an annual budget to be presented to the City Commission for review, for which Commission approval shall not be unreasonably withheld.

(c) Plan, propose, and implement programs and services for the purpose of stabilizing and improving the BID area through promotion, management, marketing and other similar services such as streetscape improvements.

(d) Plan and propose to the City and the City Commission, as well as the County and the State, within the BID area, public improvements including but not limited to renovation, repair, remodeling, reconstruction or other changes in existing or proposed buildings, streets, sidewalks, and streetscapes which, in the opinion of the BID Board will aid in the improved economic growth and stability of the area.

(e) Recommend to the City Commission the acquisition by purchase or otherwise, of any land and any other property, real or personal, or any rights or interest therein, which the BID Board may determine is reasonably necessary for any project or purpose of this article.

(f) Cooperate with any governmental agency or public body for the purposes authorized herein.

(g) Solicit and accept grants; and if it feels that assistance is needed, the BID Board shall contact the City office of grants administration for assistance in any or all of the following areas of expertise: project planning, proposal writing, application assembly, and monitoring financial and budgetary compliance with grantor agency guidelines. Notification for informational purposes shall be made to the office of grants administration at the time

26

# BID GOVERNANCE (cont'd)

any application is submitted.  The BID Board shall be responsible for implementing and managing all of its grants.

(h) Upon request of the BID Board, the City Manager may delegate to the executive director of the BID, the authority to execute contracts consistent with the provisions of Chapter 18, article III, subject to BID Board approval.

(21) The executive director shall serve at the pleasure of the BID Board. No member of the BID Board shall be eligible to serve as executive director. The executive director shall: attend all Board meetings, subject to oversight by the Board shall exercise general supervision over and be responsible for the preparation of plans and the performance of BID functions, and further shall render periodic reports on the activities and financial condition of the BID. The executive director shall have no civil service rights or privileges.

(22) Subject to the directives of the BID Board and budget limitations, the executive director may engage such staff members as are necessary — such staff members shall have no civil service rights or privileges.

(23) The Board shall establish a fiscal year which coincides with that of the City. Within sixty days following the effective date of the ordinance from which this division derives, the BID Board shall submit to the City Commission, in a form acceptable to the City Manager, a BID Board budget for review by the City Commission.

(24) The seated BID Board is the sole arbiter of the BID budget which will be submitted to the City Commission for review and approval in each year. In the first year of the Board, the Board will have the authority to present a budget to the Commission which is guided and informed by — but which need not strictly adhere to — property owner preferences brought forward in BID formation committees prior to the BID petition process. At designated points in the year, Board meetings will allow for affected property owner input and comment on annual budget decisions by the Board.

(25) At the beginning of the fiscal year, commencing with 2017-18, the BID Board shall submit to the City Manager, a BID Board budget pertaining to management, operation, and maintenance expenditures and delineating the financial responsibilities of the City for certain categories including, but not limited to: insurance, security, utilities, and maintenance to be approved by the City Commission.

(26) In conjunction with the submission of the budget, the BID Board shall submit a written plan detailing the proposed operations, activities, improvements, and maintenance plans for the forthcoming fiscal year.

(27) Nothing contained herein shall be construed to prohibit the BID Board from submitting a

## BID GOVERNANCE (cont'd)

supplemental budget and/or a revised plan to the City Commission for approval. As needed, the BID will revise budgets and plans, then submit these revisions to the City Commission for review and approval.  BID expenditures shall comply with City procedures for acquisition of goods and services.

(28) In consultation and cooperation with the City Finance Department and, as required, the City Attorney, and the City Manager, the BID has the right to pursue bonding for projects.

(29) The operations of the BID Board shall be principally financed from the following sources and such other sources as may be secured in the future:

  (a) Proceeds of a special assessment as authorized by resolution and State Statute.
  (b) Contributions, gifts, and/or donations to the BID Board for the performance of its functions.
  (c) Such parking waiver fees as are authorized and collected.
  (d) Such parking surcharge fees as are authorized and collected.
  (e) Such sidewalk café fees as are authorized and collected.
  (f) Such other fees as are authorized and collected.
  (g) Grant funds secured by the BID.

(30) The BID Board shall submit to the Mayor and City Commission an annual report and an annual audit. The audit shall be performed by an external auditor who is a certified public accountant.

(31) The BID Board shall publicly notice meetings of the Board and the Board's committees at the City. The BID shall keep and submit to the City a record of all motions passed at the Board and committee meetings.

(32) The BID will be governed by the Sunshine Law and will schedule appropriate training for each member of the Board, committee members, and staff in this regard.

(33) The Office of the City Attorney shall provide legal services to the BID Board by attending meetings and providing legal counsel.





LITTLE HAVANA

• 2017 •

BUSINESS IMPROVEMENT DISTRICT

A plan to preserve the past and cultivate the future.

THIS SIDE FOR THE ADDRESS ONLY.

Message

---

| | |
|---|---|
| **From**: | Haines, Trelana [thaines@miamigov.com] |
| **Sent**: | 10/10/2020 12:03:58 AM |
| **To**: | Valencia, Adele [avalencia@miamigov.com] |
| **CC**: | Casamayor, Fernando [FCasamayor@miamigov.com]; Noriega, Art [anoriega@miamigov.com]; Orta, Lazaro [LOrta@miamigov.com] |
| **Subject**: | Re: Noise complaint |

Adele
With situation that just occurred at 9:38pm till 9:51pm tonight with the joint inspection conducted by police, fire, and myself, how would you like me to proceed?

Sent from my iPhone

On Oct 9, 2020, at 11:36 PM, Valencia, Adele <avalencia@miamigov.com> wrote:

 Dear Supervisor Haines,

Commissioner Carollo just called again to say that the music from Ball and Chain is "blasting" and can be heard from the street away from the establishment.

Best,

**Adele Valencia, Director**
City of Miami
Department  of Code Compliance
444 SW 2nd Avenue, 7th Floor
Miami, FL 33130
Direct Line:  (305) 416-2089
Departmental Line: (305) 416-2087
AValencia@miamigov.com
Website: https://www.miamigov.com/Government/Departments-Organizations/Code-Compliance

<unknown.jpg>

**AFTER HOURS CODE COMPLIANCE HOTLINE: (786) 457-0995**
Monday-Thursday 5:00 – 10:00 pm
Friday & Saturday: 24 Hours

**Pl. Ex 577**

MADROOM0068377

**POLITICAL SIGNAGE**



# CITY OF MIAMI – CODE

**Miami City Code Sec. 54-9. Placing, signs, advertisement, or displays on any portion of public right-of-way, street or sidewalk surface.**

(a)     Except as provided in this section, it shall be unlawful for any person to post, stick, stamp, stencil, write, paint, erect or place a sign upon any sidewalk, crosswalk, curb, or any portion of the public right-of-way, including but not limited to, any trash receptacles, lamp post, electric light, telegraph, telephone or utility line pole, hydrant, parking meter, bus bench or shelter, news rack, shade tree or tree box, any wall, fence or barricade, or upon the piers, columns, trusses, girders, railings, gates or other parts of any public bridge, overpass or viaduct, or any public structure or building except signs, advertisements, or displays authorized or required by the city, or by the laws or resolutions of the United States, the state, or the city. This subsection shall be enforced pursuant to the provisions of section 1-13.



# CITY OF MIAMI – MIAMI 21 CODE

**Miami 21 – Article 10.3.1 c.   Class A (political election Signs)**

No sign permit shall be required for political election Signs displayed on private property. Such political election Signs shall be permitted no earlier than three (3) months prior to the date of the election and removed within fifteen (15) days after the election. All such election Signs shall be subject to the following regulations:

1.     In T5-L ,O T6-L, O, CI, CI-HD, D1, D2 and D3 transect Zones, Signs shall not exceed fifteen (15) square feet in aggregate of Sign surface Area; or

2.     In T3, T4, T5-R and T6-R Transect Zones, Signs shall not exceed four (4) square feet in aggregate of Sign surface Area.

**Pl. Ex 578**



Pl. Ex 579











Pl. Ex 590

5:07 📷 📧 ✉ 📧 📷                                   🔋 ⏰ 📶 5G UC ▪️▫️ 42%🔋

<  C  **CofM Maurice Pons**  ⌄                    ⋮

please send me a
text
                                                    12:16 PM

I am at the doctor
call you when done
                                                    12:17 PM

NP.  Just had a
lengthy meeting with
the manager and
almost the entire
City Attorney office
plus Adele talking
about **Bill** Fuller.
The Manager wants
us to revise and
update our policies
to be more stringent
when it comes
to work without
permit, clearly define
what are unsafe
conditions, and shut
dow

🖼️   📷   ＋                              ☺   〰️

|||            ◯            ‹

**Pl. Ex 600**

**Short Message Report**

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 7 | Date Range: 5/27/2020 |

**Outline of Conversations**

 **Asael Marrero <7862822236> Pons- CofM Maurice <3054692180> <17862822236> Pons- CofM Maurice <13054692180>** • 7 messages on 5/27/2020 • <17862822236> • Asael Marrero <7862822236> • Pons- CofM Maurice <13054692180> • Pons- CofM Maurice <3054692180>

Pl. Ex 601

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 | **Asael Marrero <7862822236> Pons- CofM Maurice <3054692180> <17862822236> Pons- CofM Maurice <13054692180>**

AM | Asael Marrero <7862822236>                                                      5/27/2020, 12:05 PM
   | Please send me Rachel Dooley cell number.

PM | Pons- CofM Maurice <13054692180>                                                5/27/2020, 12:08 PM

PM | Pons- CofM Maurice <3054692180>                                                 5/27/2020, 12:16 PM
   | please send me a text

PM | Pons- CofM Maurice <3054692180>                                                 5/27/2020, 12:17 PM
   | I am at the doctor call you when done

AM | Asael Marrero <7862822236>                                                      5/27/2020, 12:19 PM
   | NP.  Just had a lengthy meeting with the manager and almost the entire City Attorney office plus Adele talking about Bill Fuller.  The Manager wants us to revise and update our policies to be more stringent when it comes to work without permit, clearly define what are unsafe conditions, and shut down all structures that don't comply.

AM | Asael Marrero <7862822236>                                                      5/27/2020, 12:20 PM
   | I just had a conversation with Rene and asked him to stop by the office tomorrow.   Please let me know if you can do as well?

AM | Asael Marrero <7862822236>                                                      5/27/2020, 12:21 PM
   | I would like for us to spend the day tomorrow brainstorming about these issues.  We need to circle back with Rachel if we need to update any of our ordinances as well as I have a follow up meeting with the manager next week to provide an update on these issues.

---



Plaintiff's Exhibit    **1**
Witness: Asael Marrero
Date:   8/18/22
Court Reporter: Rick Levy, RPR, FPR

Date:       Thu, 28 May 2020 3:35:36 PM -0400

From:      Diaz, Rene <ReDiaz@miamigov.com>

To:         Marrero, Asael <AMarrero@miamigov.com>;

Attachments: Copy of Fuller Properties.xlsx

 

**Rene I Diaz**
Chief of Unsafe Structures
Unsafe Structures Section
**City of Miami Building Department**
444 SW 2nd Av. 4th floor
Miami, Fl. 33130
phone: 305-416-1112
email: rediaz@miamigov.com

This communication, together with any attachments, may contain legally privileged and confidential information. It is intended only for the use of the above person or persons. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and immediately destroy all copies of this communication and any attachments.

**Pl. Ex 602**

MIA-SFED23485-00017646

| OWNER NAME | PROPERTY ADDRESS | FOLIO | CASE NUMBER | CASE TYPE | STATUS | HEARING | COMMENTS |
|---|---|---|---|---|---|---|---|
| Little Havana Bungalows LLC | 28 NW 10 AV | 01-4102-005-2410 | | NO UNSAFE VIOLATIONS | | | |
| William O Fuller | 36 NW 10 AV | 01-4102-005-2400 | BB2011022170 | Unsafe | OPEN | yes | SCHEDULED TO BE DEMOLISHED |
| William Fuller | 1020 NW 1 ST | 01-4102-005-2420 | | NO UNSAFE VIOLATIONS | | | |
| Futurama LLC c/o William Fuller | 1637 SW 8 ST | 01-4102-012-0110 | BB2018008883 | 40 Year | OPEN | no | PENDING PAYMENT OF VIOLATION CHARGES |
| | 1641 SW 8 ST | 01-4102-012-0100 | | | | | |
| Futurama Too LLC | 1643 SW 8 ST | 01-4102-012-0090 | | NO UNSAFE VIOLATIONS | | | |
| Tower Hotel LLC | 1444 SW 7 ST | 01-4102-006-6260 | BB2018000467 | Unsafe | OPEN | no | BEING REMODELED UNDER PERMIT BD18-015891-001-B001 |
| | 1447 SW 7 ST | 01-4102-006-5780 | | NO UNSAFE VIOLATIONS | | | |
| | 1450 SW 7 ST | 01-4102-006-6270 | | NO UNSAFE VIOLATIONS | | | |
| | 1460 SW 7 ST | 01-4102-006-6280 | | NO UNSAFE VIOLATIONS | | | |
| | 717 SW 15 AV | 01-4102-006-6310 | | NO UNSAFE VIOLATIONS | | | |
| Yo Amo Calle Ocho LLC | 1549 SW 8 ST | 01-4102-006-6160 | | NO UNSAFE VIOLATIONS | | | |
| | 1551 SW 8 ST | 01-4102-006-6160 | | NO UNSAFE VIOLATIONS | | | |
| | 1558 SW 7 ST | 01-4102-006-6130 | BB2016006647 | 40 Year | OPEN | no | PENDING PAYMENT OF VIOLATION CHARGES |
| Little Havana Arts Bldg, LLC | 1501 SW 8 ST | 01-4102-006-6210 | | NO UNSAFE VIOLATIONS | | | |
| Little Havana Arts Too, LLC | 1521 SW 8 ST | 01-3135-016-0710 | BB2020001753 | Unsafe | OPEN | no | 40/50 YEAR RECERTIFICATION - INTERIOR DEMOLITION W/O PERMITS WORK HAS BEEN STOPPED SICE 2016 LOCATION REMAINS VACANT |
| | 1530 SW 7 ST | 01-4102-006-6070 | | NO UNSAFE VIOLATIONS | | | |
| Calle Ocho Newcomers LLC | 1388 SW 8 St | 01-4111-014-0160 | | NO UNSAFE VIOLATIONS | | | |
| Calle Ocho Marketplace LLC | 1378 SW 8 ST | 01-4111-014-0170 | | NO UNSAFE VIOLATIONS | | | |
| | 1380 SW 8 ST | 01-4111-014-0170 | | NO UNSAFE VIOLATIONS | | | |
| | 827 SW 14 AV | 01-4111-014-0150 | BB2018006046 | Unsafe | OPEN | yes | PROPERTY REMAINS SECURED |
| Conch Hill Market LLC | 976 SW 8 ST | 01-4111-001-0010 | BB2018009022 | 40 Year | OPEN | no | MISSING 40/50 YEAR RECERTIFICATION |
| | 980 SW 8 ST | 01-4111-001-0020 | BB2013003408 | 40 Year | OPEN | no | MISSING 40/50 YEAR RECERTIFICATION |
| | 982 SW 8 ST | 01-4111-001-0030 | BB2015007776 | 40 Year | OPEN | no | MISSING 40/50 YEAR RECERTIFICATION |
| Conch Hill Market Too LLC | 968 SW 8 ST | 01-4138-011-0060 | | NO UNSAFE VIOLATIONS | | | |
| | 824 SW 9 CT | 01-4138-011-0090 | | NO UNSAFE VIOLATIONS | | | |
| The Dancing Insurance Man Yeah Baby LLC | 1356 SW 8 ST | 01-4111-014-0010 | BB2019008424 | 40 Year | OPEN | no | PENDING PAYMENT OF VIOLATION CHARGES |
| | 826 SW 13 CT | 01-4111-014-0040 | | NO UNSAFE VIOLATIONS | | | |
| Dancing Insurance Man Yeah Baby LLC | 1360 SW 8 ST | 01-4111-014-0020 | | NO UNSAFE VIOLATIONS | | | |
| | 818 SW 13 CT | 01-4111-014-0030 | | NO UNSAFE VIOLATIONS | | | |
| Calle Ocho Special LLC | 966 SW 8 ST | 01-4138-011-0050 | | NO UNSAFE VIOLATIONS | | | |
| La Gran Via Calle Ocho LLC | 950 SW 8 ST | 01-4138-011-0040 | | NO UNSAFE VIOLATIONS | | | |
| La Gran Fiesta LLC | 521 SW 8 ST | 01-0204-080-1180 | | NO UNSAFE VIOLATIONS | | | |
| Beatstik LLC | 439 NW 4 AV | 01-0107-040-1090 | BB2016017191 | WWP | OPEN | no | PERMITS BEING PROCESSED BD19-016990-001 AND PERMIT FOR DECKS SLABS OBTAINED BD20-000511-001-B001 |
| | | | BB2016005999 | 40 Year | OPEN | no | RECERTIFICATION REPORT SUBMITTED PENDING REPAIRS |
| La Bohemia LLC | 1180 NW 8 ST | 01-3135-034-0270 | BB2020004949 | WWP | OPEN | no | VIOLATION OPEN FOR WORKING WITHOUT A PERMIT NOT IN COMPLIANCE |
| | 735 NW 12 AV | 01-3135-034-0010 | | NO UNSAFE VIOLATIONS | | | |
| | 701 NW 12 AV | 01-3135-034-0020 | | VACANT LOT | | | |

**Native Placeholder**

MIA-SFED23485-00017647

Plaintiff's Exhibit **2**

Witness: Asael Marrero
Date:   8/18/22
Court Reporter: Rick Levy, RPR, FPR

Date:        Thu, 4 Jun 2020 11:28:11 AM -0400
From:        Diaz, Rene <ReDiaz@miamigov.com>
To:          Marrero, Asael <AMarrero@miamigov.com>;
Attachments: Copy of Fuller Properties.xlsx

 

**Rene I Diaz**
Chief of Unsafe Structures
Unsafe Structures Section
**City of Miami Building Department**
444 SW 2nd Av. 4th floor
Miami, Fl. 33130
phone: 305-416-1112
email: rediaz@miamigov.com

This communication, together with any attachments, may contain legally privileged and confidential information. It is intended only for the use of the above person or persons. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and immediately destroy all copies of this communication and any attachments.

**Pl. Ex 603**

| OWNER NAME | PROPERTY ADDRESS | FOLIO | CASE NUMBER | CASE TYPE | STATUS | HEARING | COMMENTS |
|---|---|---|---|---|---|---|---|
| Little Havana Bungalows LLC | 28 NW 10 AV | 01-4102-005-2410 | | NO UNSAFE VIOLATIONS | | | |
| William O Fuller | 36 NW 10 AV | 01-4102-005-2400 | BB2011022170 | Unsafe | OPEN | yes | SCHEDULED TO BE DEMOLISHED |
| William Fuller | 1020 NW 1 ST | 01-4102-005-2420 | | NO UNSAFE VIOLATIONS | | | |
| Futurama LLC c/o William Fuller | 1637 SW 8 ST | 01-4102-012-0110 | BB2018008883 | 40 Year | OPEN | no | PENDING PAYMENT OF VIOLATION CHARGES |
| | 1641 SW 8 ST | 01-4102-012-0100 | | | | | |
| Futurama Too LLC | 1643 SW 8 ST | 01-4102-012-0090 | | NO UNSAFE VIOLATIONS | | | |
| Tower Hotel LLC | 1444 SW 7 ST | 01-4102-006-6260 | BB2018000467 | Unsafe | OPEN | no | BEING REMODELED UNDER PERMIT BD18-015891-001-B001 |
| | 1447 SW 7 ST | 01-4102-006-5780 | | NO UNSAFE VIOLATIONS | | | |
| | 1450 SW 7 ST | 01-4102-006-6270 | | NO UNSAFE VIOLATIONS | | | |
| | 1460 SW 7 ST | 01-4102-006-6280 | | NO UNSAFE VIOLATIONS | | | |
| | 717 SW 15 AV | 01-4102-006-6310 | | NO UNSAFE VIOLATIONS | | | |
| Yo Amo Calle Ocho LLC | 1549 SW 8 ST | 01-4102-006-6160 | | NO UNSAFE VIOLATIONS | | | |
| | 1551 SW 8 ST | 01-4102-006-6160 | | NO UNSAFE VIOLATIONS | | | |
| | 1558 SW 7 ST | 01-4102-006-6130 | BB2016006647 | 40 Year | OPEN | no | PENDING PAYMENT OF VIOLATION CHARGES |
| Little Havana Arts Bldg, LLC | 1501 SW 8 ST | 01-4102-006-6210 | | NO UNSAFE VIOLATIONS | | | |
| Little Havana Arts Too, LLC | 1521 SW 8 ST | 01-3135-016-0710 | BB2020001753 | Unsafe | OPEN | no | 40/50 YEAR RECERTIFICATION - INTERIOR DEMOLITION W/O PERMITS WORK HAS BEEN STOPPED SICE 2016 LOCATION REMAINS VACANT |
| | 1530 SW 7 ST | 01-4102-006-6070 | | NO UNSAFE VIOLATIONS | | | |
| Calle Ocho Newcomers LLC | 1388 SW 8 St | 01-4111-014-0160 | | NO UNSAFE VIOLATIONS | | | |
| Calle Ocho Marketplace LLC | 1378 SW 8 ST | 01-4111-014-0170 | | NO UNSAFE VIOLATIONS | | | |
| | 1380 SW 8 ST | 01-4111-014-0170 | | NO UNSAFE VIOLATIONS | | | |
| | 827 SW 14 AV | 01-4111-014-0150 | BB2018006046 | Unsafe | OPEN | yes | PROPERTY REMAINS SECURED |
| Conch Hill Market LLC | 976 SW 8 ST | 01-4111-001-0010 | BB2018009022 | 40 Year | OPEN | no | MISSING 40/50 YEAR RECERTIFICATION |
| | 980 SW 8 ST | 01-4111-001-0020 | BB2013003408 | 40 Year | OPEN | no | MISSING 40/50 YEAR RECERTIFICATION |
| | 982 SW 8 ST | 01-4111-001-0030 | BB2015007776 | 40 Year | OPEN | no | MISSING 40/50 YEAR RECERTIFICATION |
| Conch Hill Market Too LLC | 968 SW 8 ST | 01-4138-011-0060 | | NO UNSAFE VIOLATIONS | | | |
| | 824 SW 9 CT | 01-4138-011-0090 | | NO UNSAFE VIOLATIONS | | | |
| The Dancing Insurance Man Yeah Baby LLC | 1356 SW 8 ST | 01-4111-014-0010 | BB2019008424 | 40 Year | OPEN | no | PENDING PAYMENT OF VIOLATION CHARGES |
| | 826 SW 13 CT | 01-4111-014-0040 | | NO UNSAFE VIOLATIONS | | | |
| Dancing Insurance Man Yeah Baby LLC | 1360 SW 8 ST | 01-4111-014-0020 | | NO UNSAFE VIOLATIONS | | | |
| | 818 SW 13 CT | 01-4111-014-0030 | | NO UNSAFE VIOLATIONS | | | |
| Calle Ocho Special LLC | 966 SW 8 ST | 01-4138-011-0050 | | NO UNSAFE VIOLATIONS | | | |
| La Gran Via Calle Ocho LLC | 950 SW 8 ST | 01-4138-011-0040 | | NO UNSAFE VIOLATIONS | | | |
| La Gran Fiesta LLC | 521 SW 8 ST | 01-0204-080-1180 | | NO UNSAFE VIOLATIONS | | | |
| Beatstik LLC | 439 NW 4 AV | 01-0107-040-1090 | BB2016017191 | WWP | OPEN | no | PERMITS BEING PROCESSED BD19-016990-001 AND PERMIT FOR DECKS SLABS OBTAINED BD20-000511-001-B001 |
| | | | BB2016005999 | 40 Year | OPEN | no | RECERTIFICATION REPORT SUBMITTED PENDING REPAIRS |
| La Bohemia LLC | 1180 NW 8 ST | 01-3135-034-0270 | BB2020004949 | WWP | OPEN | no | VIOLATION OPEN FOR WORKING WITHOUT A PERMIT NOT IN COMPLIANCE |
| | 735 NW 12 AV | 01-3135-034-0010 | | NO UNSAFE VIOLATIONS | | | |
| | 701 NW 12 AV | 01-3135-034-0020 | | VACANT LOT | | | |

**Native Placeholder**

MIA-SFED23485-00017649

Plaintiff's Exhibit    **3**
Witness: Asael Marrero
Date:    8/18/22
Court Reporter: Rick Levy, RPR, FPR

| | |
|---|---|
| Date: | Wed, 19 Aug 2020 10:39:51 PM -0400 |
| Sent: | Wed, 19 Aug 2020 10:39:49 PM -0400 |
| Subject: | Properties spreadsheet |
| From: | Diaz, Rene <ReDiaz@miamigov.com > |
| To: | Marrero, Asael <AMarrero@miamigov.com >; |
| CC: | Pons, Maurice <MPons@miamigov.com >; |
| Attachments: | image001.png; image002.png; properties spreadsheet updated 8-19-20.xlsx |

Ace,

Attached is the updated spreadsheet. Highlighted in yellow are the properties with updated information since our last report. Let me know if you have any questions or would like to make any changes.

Thank you.



**Rene I Diaz**
Chief of Unsafe Structures
Unsafe Structures Section
**City of Miami Building Department**
444 SW 2nd Av. 4th floor
Miami, Fl. 33130
phone: 305-416-1112
email: rediaz@miamigov.com

This communication, together with any attachments, may contain legally privileged and confidential information. It is intended only for the use of the above person or persons. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and immediately destroy all copies of this communication and any attachments.

**Pl. Ex 604**

| OWNER NAME | PROPERTY ADDRESS | FOLIO | CASE NUMBER | CASE TYPE | STATUS | HEARING |
|---|---|---|---|---|---|---|
| Little Havana Bungalows LLC | 28 NW 10 AV | 01-4102-005-2410 | BB2014013105 | Unsafe | Demolished by Unsafe Structures | Yes |
| William O Fuller | 36 NW 10 AV | 01-4102-005-2400 | BB2011022170 | Unsafe | OPEN / Architect preparing drawings | Yes |
| William Fuller | 1020 NW 1 ST | 01-4102-005-2420 | | | NO UNSAFE VIOLATIONS | |
| Futurama LLC c/o William Fuller | 1637 SW 8 ST | 01-4102-012-0110 | BB2018008883 | 40 Year | Closed 40/50 recertification obtained | No |
| | 1641 SW 8 ST | 01-4102-012-0100 | | | NO UNSAFE VIOLATIONS | |
| Futurama Too LLC | 1643 SW 8 ST | 01-4102-012-0090 | | | NO UNSAFE VIOLATIONS | |
| Tower Hotel LLC | 1444 SW 7 ST | 01-4102-006-6260 | BB2018000467 | Unsafe | Under full remodeling BD18-015891-001-B001 | No |
| | 1447 SW 7 ST | 01-4102-006-5780 | | | NO UNSAFE VIOLATIONS | |
| | 1450 SW 7 ST | 01-4102-006-6270 | BB2012010189 | | Under full remodeling BD18-015894-001-B001 | |
| | 1460 SW 7 ST | 01-4102-006-6280 | BB2020012220 | Unsafe | Remodeling permit in review BD18-017183-001 / New pool permit in review BD19-019681-001 | No |
| | 717 SW 15 AV | 01-4102-006-6310 | | | NO UNSAFE VIOLATIONS | |
| Yo Amo Calle Ocho LLC | 1549 SW 8 ST | 01-4102-006-6160 | | | NO UNSAFE VIOLATIONS | |
| | 1551 SW 8 ST | 01-4102-006-6160 | | | NO UNSAFE VIOLATIONS | |
| | 1558 SW 7 ST | 01-4102-006-6130 | BB2016006647 | 40 Year | OPEN | No |
| Little Havana Arts Bldg, LLC | 1501 SW 8 ST | 01-4102-006-6210 | BB2019006397 | Unsafe | Under remodeling/legalization permit BD19-005508-001-B001 | No |
| Little Havana Arts Too, LLC | 1521 SW 8 ST | 01-3135-016-0710 | BB2020001753 | Unsafe | OPEN | No |
| | 1530 SW 7 ST | 01-4102-006-6070 | | | NO UNSAFE VIOLATIONS | |
| Calle Ocho Newcomers LLC | 1388 SW 8 St | 01-4111-014-0000 | | | NO UNSAFE VIOLATIONS | |
| Calle Ocho Marketplace LLC | 1378 SW 8 ST | 01-4111-014-0170 | | | NO UNSAFE VIOLATIONS | |
| | 1380 SW 8 ST | 01-4111-014-0170 | | | NO UNSAFE VIOLATIONS | |
| | 827 SW 14 AV | 01-4111-014-0150 | BB2018006046 | Unsafe | OPEN | yes |
| Conch Hill Market LLC | 976 SW 8 ST | 01-4111-001-0010 | BB2018009022 | 40 Year | OPEN | No |
| | 980 SW 8 ST | 01-4111-001-0020 | BB2013003408 | 40 Year | OPEN | No |
| | 982 SW 8 ST | 01-4111-001-0030 | BB2015007776 | 40 Year | OPEN | No |
| Conch Hill Market Too LLC | 968 SW 8 ST | 01-4138-011-0060 | | | NO UNSAFE VIOLATIONS | |
| | 824 SW 9 CT | 01-4138-011-0090 | | | NO UNSAFE VIOLATIONS | |
| The Dancing Insurance Man Yeah Baby LLC | 1356 SW 8 ST | 01-4111-014-0010 | BB2019008424 | 40 Year | CLOSED- Complied with 40/50 BD20-002647-001-RC001 | No |
| | 826 SW 13 CT | 01-4111-014-0040 | | | NO UNSAFE VIOLATIONS | |
| Dancing Insurance Man Yeah Baby LLC | 1360 SW 8 ST | 01-4111-014-0020 | | | NO UNSAFE VIOLATIONS | |
| | 818 SW 13 CT | 01-4111-014-0040 | | | NO UNSAFE VIOLATIONS | |
| Calle Ocho Special LLC | 966 SW 8 ST | 01-4138-011-0050 | | | NO UNSAFE VIOLATIONS | |
| La Gran Via Calle Ocho LLC | 950 SW 8 ST | 01-4138-011-0040 | | | NO UNSAFE VIOLATIONS | |
| La Gran Fiesta LLC | 521 SW 8 ST | 01-0204-080-1180 | | | NO UNSAFE VIOLATIONS/Obtained remodeling-legalization restaurant 50 or more BD19-005503-001-B001 | |
| Beatstik LLC | 439 NW 4 AV | 01-0107-040-1090 | BB2016017191 | WWP | OPEN remodeling permit in review BD19-016990-001 | No |
| | | | BB2016005999 | 40 Year | OPEN 40/50 submitted and repair permits under process to obtain passing recertification BD20-000511-0... | No |

**Native Placeholder**

MIA-SFED23485-00277180

Date:        Fri, 25 Sep 2020 5:13:03 PM -0400

Sent:        Fri, 25 Sep 2020 5:13:02 PM -0400

Subject:     Updated Document

From:        Marrero, Asael <AMarrero@miamigov.com >

To:          Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >;

Attachments: image001.png; image002.jpg; Permit and Violation History Report 2020-09.25.xlsx

As requested.

Plaintiff's Exhibit   **8**
Witness: Asael Marrero
Date:   8/18/22
Court Reporter: Rick Levy, RPR, FPR

Thank you,



**Asael Ace Marrero, RA, RID, AIA, ICC**
Director
Building Department
444 SW 2nd Avenue, 4th Floor
Miami, Florida 33130
(305) 416-1195 Office
(305) 416-2168 Fax
AMarrero@miamigov.com
www.miamigov.com/Building/

**Pl. Ex 607**

MIA-SFED23485-00295806

**Native Placeholder**

MIA-SFED23485-00295807

| OWNER NAME | ADDRESS | FOLIO | BB CASE NUMBER | CASE TYPE | HEARING | PERMIT NUMBERS | WORK ITEMS | PERMIT / INPECTION STATUS | CU | BTR |
|---|---|---|---|---|---|---|---|---|---|---|
| Calle Ocho Special LLC (Taco Bell Location) | 966 SW 8 ST | 01-4138-011-0050 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Brickell Station Partners, LLC | 83 SW 8 ST | 01-0205-030-2020 | PENDING | N/A | N/A | BD15-007986-001-E001 | SERVICE REPAIR | Permit Expired.  Expiration Date: Dec/08/2015 | | |
| Brickell Station Partners, LLC | 87 SW 8 ST | 01-0205-030-2020 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Brickell Station Partners, LLC | 95 SW 8 ST | 01-0205-030-2020 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Brickell Station Partners, LLC | 97 SW 8 ST | 01-0205-030-2020 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Brickell Station Partners, LLC | 729 SW 1 AV | 01-0205-030-2020 | PENDING | N/A | N/A | BD14-011404-001-B001 | DOORS / JOISTS / CANOPY / AWNING | Active Permit.  Expiration Date: Dec/09/2020.  Permit has been extended 5 times.  Pending Final F/Z/B Inspections | | |
| Beatstik LLC | 439 NW 4 AV | 01-0107-040-1090 | BB2016017191 | WWP | No | | | OPEN remodeling permit in review BD19-016990-001 (Closed) / BD16-007064-001 (Open). | | |
| ------------------------ | -------- | | BB2016005999 | 40 Year | No | | | OPEN 40/50 submitted (Process No. BD16-01048-001 ) and repair permits under process to obtain recertification. | |
| ------------------------ | -------- | -------- | -------- | -------- | ----- | BD16-007064-001-E001 | SERVICE REPAIR / TOTAL RE-WIRING APARTMENT | Active Permit.  Expiration Date: Dec/09/2020.  Permit has been extended 5 times.  Pending Final E/US Inspections | |
| ------------------------ | -------- | -------- | -------- | ------ | ---- | BD20-000511-001-B001 | DECKS / SLABS / W/PROOFING/ LIGHTWEIGHT CONCRETE/ PATCH/ STUCCO | Active Permit.  Expiration Date: Dec/09/2020.  Pending Final B/US Inspections | |
| The Dancing Insurance Man Yeah Baby LLC | 1356 SW 8 ST | 01-4111-014-0010 | N/A | N/A | N/A | BD20-002305-001-ZS001 | SIGN | Active Permit.  Expiration Date: Mar/14/2021.  Pending E AND Final E Inspections | |
| ------------------------ | -------- | -------- | -------- | ----- | | PENDING | FOOD SERVICE / ALCOHOL SERVICE / ENTERTAINMENT/DELI / STOREFRONT | Active process number under review BD20-013751-001 . | |
| The Dancing Insurance Man Yeah Baby LLC | 826 SW 13 CT | 01-4111-014-0040 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Village Shoppes of Little Havana | 533 SW 12 AV | 01-4102-005-4650 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Futurama, LLC | 1020 NW 1 ST | 01-4102-005-2420 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |

| OWNER NAME | ADDRESS | FOLIO | BB CASE NUMBER | CASE TYPE | HEARING | PERMIT NUMBERS | WORK ITEMS | PERMIT / INPECTION STATUS | CU | BTR |
|---|---|---|---|---|---|---|---|---|---|---|
| Futurama, LLC | 1637 SW 8 ST | 01-4102-012-0110 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Futurama, LLC | 701 NW 12 AV | 01-3135-034-0020 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Yo Amo Calle Ocho LLC | 1549 SW 8 ST | 01-4102-006-6160 | N/A | N/A | N/A | PENDING | LANDSCAPING | Active process number under review BD20-014629-001. | | |
| Yo Amo Calle Ocho LLC | 1551 SW 8 ST | 01-4102-006-6160 | N/A | N/A | N/A | PENDING | LANDSCAPING | Active process number under review BD20-014687-001. | | |
| Yo Amo Calle Ocho LLC | 1558 SW 7 ST | 01-4102-006-6130 | BB2016006647 | 40 Year | No | N/A | N/A | OPEN 40/50. | | |
| ------------------------- | | -------- | -------- | --------- | ----- | BD16-001061-001-B001 | DEMOLITION - INTERIOR | Active Permit.  Expiration Date: Dec/09/2020.  Permit has been extended 4 times.  Pending E/P AND Final B Inspections | | |
| La Gran Fiesta LLC | 521 SW 8 ST | 01-0204-080-1180 | BB2019006401 | Unsafe | No | N/A | N/A | Buildings or Structures that are Unsafe, Unsanitary or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise | | |
| ------------------------- | | -------- | BB2019006401 | WWP | No | N/A | N/A | Failure of Owner/Tenant to Obtain Required Permi | | |
| ------------------------- | | -------- | -------- | --------- | ----- | BD19-005503-001-B001 | RESTAURANT (50 OR MORE OCCUPANTS) / DOORS / RAILINGS / STAIRS | Active Permit.  Expiration Date: Feb/3/2021.  All Inspections pending. | | |
| El Shopping, LLC | 1217 SW 4 ST | 01-4102-006-4000 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| El Shopping, LLC | 1220 SW 3 ST | 01-4102-006-4010 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| El Shopping, LLC | 1229 SW 4 ST | 01-4102-006-3990 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| El Shopping, LLC | 1247 SW 4 ST | 01-4102-006-3970 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| El Shopping, LLC | 300 SW 12 AV | 01-4102-006-3850 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| El Shopping, LLC | 1244 SW 3 ST | 01-4102-006-3860 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Calle Ocho Newcomers LLC | 1388 SW 8 ST | 01-4111-014-0160 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Little Havana Arts Bldg, LLC | 1501 SW 8 ST | 01-4102-006-6210 | N/A | N/A | N/A | PENDING | SERVICE - NEW METER / NEW SERVICE | Active process number under review BD20-017401-001. | | |
| Little Havana Arts Bldg, LLC | 1521 SW 8 ST | 01-3135-016-0710 | BB2016023422 | WWP | No | N/A | N/A | Failure of Owner/Tenant to Obtain Required Permi | | |

| OWNER NAME | ADDRESS | FOLIO | BB CASE NUMBER | CASE TYPE | HEARING | PERMIT NUMBERS | WORK ITEMS | PERMIT / INPECTION STATUS | CU | BTR |
|---|---|---|---|---|---|---|---|---|---|---|
| ------------------------------ ------------------------------ | | -------- | BB2018008877 | 40 Year | No | N/A | N/A | Failure to obtain the required 40-50-Year Recertification Process | | |
| ------------------------------ | | -------- | -------- | -------- | ----- | BD16-011127-001-B001 | DECKS / SLABS / W/PROOFING/ LIGHTWEIGHT CONCRETE/ PATCH/ STUCCO | Expired Permit.  Expiration Date: Sep/25/2017.  Permit has been extended 2 times.  Pending Final Inspection | | |
| ------------------------------ | | -------- | -------- | -------- | ----- | BD16-012670-001-B001 | DEMOLITION - INTERIOR | Expired Permit.  Expiration Date: Nov/4/2019.  Permit has been extended 2 times.  Pending E AN Final B Inspection | | |
| Little Havana Arts Bldg, LLC | 1530 SW 7 ST | 01-4102-006-6070 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| The Pents and the Frows, LLC | 3670 Grand AV | 01-4121-007-4160 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| The Pents and the Frows, LLC | 36 NW 10 AV | 01-4102-005-2400 | BB2011022170 | WWP | No | N/A | N/A | Failure of Owner/Tenant to Obtain Required Permi | | |
| The Pents and the Frows, LLC | 1641 SW 8 ST | 01-4102-012-0100 | N/A | N/A | N/A | N/A | N/A | Work performed without a permit and/or permit not finalized.  Issued by Code Compliance CE2017020058. | | |
| ------------------------------ | | -------- | -------- | -------- | ----- | BD18-001382-001-E001 | SERVICE - SERVICE REPAIR | Active Permit.  Expiration Date: Nov/02/2020.  Permit has been extended 3 times.  Pending Final US Inspections | | |
| Tower Hotel LLC | 1444 SW 7 ST | 01-4102-006-6260 | BB2018000467 | Unsafe | No | N/A | N/A | Buildings or structures that are unsafe, unsanitary or deficient, constitute a fire or windstorm hazard o are otherwise | | |
| ------------------------------ | | -------- | BB2018000467 | WWP | No | N/A | N/A | Working without a permit, building, roofing, mechanical, electrical, or plumbing. | | |
| ------------------------------ | | -------- | -------- | -------- | ----- | BD18-015891-001-B001 | COMMERCIAL / OFFICE - OFFICE / BANK / FINANCIAL INSTITUTION | Active Permit.  Expiration Date: Mar/14/2021.  Pending B/E/P/M AND B/E/M/Z/US Final Inspections | | |
| ------------------------------ | | -------- | -------- | -------- | ----- | BD18-013406-001-B001 | DEMOLITION - INTERIOR | Active Permit.  Expiration Date: Dec/09/2020.  Pending E AND B/US Final Inspections | | |
| Tower Hotel LLC | 1447 SW 7 ST | 01-4102-006-5780 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| Tower Hotel LLC | 1450 SW 7 ST | 01-4102-006-6270 | BB2012010189 | WWP | No | N/A | N/A | Working without a permit, building, roofing, mechanical, electrical, or plumbing. | | |
| ------------------------------ | | -------- | -------- | -------- | ----- | BD13-020903-001-B001 | EXTERIOR DOORS / WINDOWS - WINDOWS / DOORS / SKYLIGHT | Active Permit.  Expiration Date: Dec/09/2020.  Permit has been extended 13 times.  Pending B/US Final Inspections | | |
| ------------------------------ | | -------- | -------- | -------- | ----- | BD14-004470-001-B001 | CONCRETE REPAIRS AND RESTORATION / DOORS / WINDOWS | Active Permit.  Expiration Date: Dec/09/2020.  Permit has been extended 13 times.  Pending B AND B/PW/US Final Insp. | | |

| OWNER NAME | ADDRESS | FOLIO | BB CASE NUMBER | CASE TYPE | HEARING | PERMIT NUMBERS | WORK ITEMS | PERMIT / INPECTION STATUS | CU | BTR |
|---|---|---|---|---|---|---|---|---|---|---|
| -------------------------- | | -------- | -------- | -------- | ----- | BD18-015894-001-B001 | LODGING - 26 OR MORE LODGING UNITS  / STRUCTURAL SUPPORT | Active Permit.  Expiration Date: Mar/14/2021. Pending E AND B/US Final Inspections | | |
| -------------------------- | | -------- | -------- | -------- | ----- | BD20-006695-001-ME001 | NEW PERMANENT ELEVATOR - PASSENGER HYDRAULIC | Active Permit.  Expiration Date: Dec/09/2020. Pending E/ME/US Final Inspections. | | |
| Tower Hotel LLC | 1460 SW 7 ST | 01-4102-006-6280 | BB2020012220 | Unsafe | No | N/A | N/A | Buildings or Structures that are Unsafe, Unsanitary or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise | | |
| -------------------------- | | -------- | BB2020012220 | WWP | No | N/A | N/A | Working without a permit, building, roofing, mechanical, electrical, or plumbing. | | |
| -------------------------- | | -------- | -------- | -------- | ----- | BD18-013492-001-B001 | DEMOLITION - INTERIOR | Active Permit.  Expiration Date: Dec/09/2020. Pending E AND B Final Inspections. | | |
| -------------------------- | | -------- | -------- | -------- | ----- | PENDING | BAR / TAVERN (50 OR MORE OCCUPANTS) | Active process number under review BD18-017183-001. | | |
| -------------------------- | | -------- | -------- | -------- | ----- | PENDING | POOL / SPA / FOUNTAIN - POOL / SPA / FOUNTAIN | Active process number under review BD19-019681-001. | | |
| Tower Hotel LLC | 717 SW 15 AV | 01-4102-006-6310 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| | | | | | | | | | | |
| La Bohemia, LLC | 1180 SW ST | 01-4111-001-0331 | N/A | N/A | N/A | N/A | N/A | No active process number / permit. | | |
| La Bohemia, LLC | 735 NW 12 AV | 01-3135-034-0010 | N/A | N/A | N/A | BD16-007554-001-E001 | SERVICE - SERVICE REPAIR | Expired Permit.  Expiration Date: Nov/28/2016. Pending Final E Inspection | | |
| | | | | | | | | | | |

Date:          Thu, 8 Oct 2020 9:58:32 AM -0400

Subject:       RE: 1513 sw 8 street

From:          Marrero, Asael <AMarrero@miamigov.com>

To:            Pons, Maurice <MPons@miamigov.com>;

Attachments:   image001.png; image002.jpg

Plaintiff's Exhibit    10
Witness: Asael Marrero
Date:    8/18/22
Court Reporter: Rick Levy, RPR, FPR

This is the memo we discussed with the Manager would be ready to tomorrow.  Can you at least have a draft for tomorrow afternoon?


Thanks,

**Asael Ace Marrero, RA, RID, AIA, ICC**
Director
Building Department


**From:** Pons, Maurice <MPons@miamigov.com>
**Sent:** Thursday, October 8, 2020 9:55 AM
**To:** Gonzalez, Soraya <SGonzalez@miamigov.com>
**Cc:** Fagan, Debra <DFagan@miamigov.com>; Marrero, Asael <AMarrero@miamigov.com>
**Subject:** 1513 sw 8 street

Good morning

I need a permit history on the above reference property.


Thank you,



**Maurice Pons**
Deputy Director / Building Official
Building Department
444 SW 2nd Avenue, 4th Floor
Miami, Florida 33130
(305) 416-1170 Office
(305) 469-2180 Cell
(305) 416-2168 Fax
mpons@miamigov.com
www.miamigov.com/Building/

**Pl. Ex 608**

| Date: | Thu, 8 Oct 2020 5:42:26 PM -0400 |
| Sent: | Thu, 8 Oct 2020 5:42:22 PM -0400 |
| Subject: | FW: BD19-005508-001 |
| From: | Medina, Anna <Amedina@miamigov.com > |
| To: | Marrero, Asael <AMarrero@miamigov.com >; |
| CC: | Pons, Maurice <MPons@miamigov.com >; Gutierrez, Amaya <AmGutierrez@miamigov.com >; |
| Attachments: | image001.png; image002.png; image003.jpg; image006.jpg; 1344656.pdf; Ball&Chain.xlsx |

Plaintiff's Exhibit 17
Witness: Asael Marrero
Date: 8/18/22
Court Reporter: Rick Levy, RPR, FPR

Ace,

Here is the timeline of permits (in iBuild) issued to Ball & Chain.  I'm also attaching a document from Fire (see Adrian's email below for more info).

Thank you,



Anna M. Medina
Assistant to the Director
City of Miami – Building Department
444 SW. 2 Avenue, 4th Floor
Miami, FL 33130
Phone: (305) 416-1101
Fax:    (305) 400-5337
Email: amedina@miamigov.com

---

**From:** Pons, Maurice <MPons@miamigov.com>
**Sent:** Thursday, October 8, 2020 11:40 AM
**To:** Gutierrez, Amaya <AmGutierrez@miamigov.com >; Medina, Anna <Amedina@miamigov.com >
**Subject:** FW: BD19-005508-001

See me

Thank you,



**PI. Ex 609**

MIA-SFED23485-00282978

**Maurice Pons**
Deputy Director / Building Official
Building Department
444 SW 2nd Avenue, 4th Floor
Miami, Florida 33130
(305) 416-1170 Office
(305) 469-2180 Cell
(305) 416-2168 Fax
mpons@miamigov.com
www.miamigov.com/Building/

**From:** Plasencia, Adrian <APlasencia@miamigov.com>
**Sent:** Thursday, October 8, 2020 9:53 AM
**To:** Pons, Maurice <MPons@miamigov.com>
**Subject:** BD19-005508-001

Good morning,

As discussed, we reviewed the plans associated with BD19-005508-001 to ascertain whether a sprinkler system and/or fire alarm system is required. Per the Florida Fire Prevention Code, being that this is an existing occupancy and the occupant load of the assembly occupancy does not exceed 300, a fire alarm or sprinkler system is not required. Additionally, images from a plan (City of Miami Class II Special Permit Final Decision) associated with the structure from 2008, which were provided by Ms. Dooley from the City Attorney's Office on October 5, 2020, to the departments of Fire, Building, Zoning, and Code Compliance were utilized to determine the extent of rehabilitation work conducted. The total area of the rehabilitation work areas included in the modification did not appear to exceed 50 percent of the area of the building and therefore do not initiate the requirement for sprinklers. This was also reviewed in conjunction with the Building Official, where both Fire and the Building Department are in agreement with the above.

**Adrian Plasencia, MPA**
Fire Marshal/Assistant Fire Chief
City of Miami Fire Rescue



Office: 305 416-1678 / Fax: 305 416-1665 / e-mail: Aplasencia@miamigov.com

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

MIA-SFED23485-00282979

# CITY OF MIAMI
# CLASS II SPECIAL PERMIT
# FINAL DECISION

**File No. 08-0198**

**To:**       La Casa de Tula, Inc.
              1513 SW 8th Street
              Miami, FL. 33135

**From:**     Ana Gelabert, Director
              Planning Department

PLEASE TAKE NOTICE THAT A FINAL DECISION HAS BEEN REACHED ON THE FOLLOWING MATTER:

**Title:**     Art Gallery/Studio and Bar Lounge on "Cultural Specialty District"

**Address:**   1513 SW 8th Street, Little Havana

**Intended Decision:**
☑ Approval
☐ Approval with conditions
☐ Denial

## FINDINGS AND CONDITIONS

The subject proposal has been reviewed for Class II Special Permit pursuant to **Ordinance 11917 of Chapter 4, City Code**, as amended, the City Code of the City of Miami, Florida, which pertains to "Entertainment Specialty Districts", in order to be granted a permit for such an establishment within a duly designated district, the applicant shall obtain a Class II Special District as specified in Zoning Ordinance.

Pursuant to **Section 1301.2** of the above-cited Zoning Ordinance, the Planning Department has made referrals to the following Departments and Boards.

- Zoning Department.
- Little Havana NET Office, Neighborhood Enhancement Team.

Their comments and recommendations have been duly considered and are reflected in this intended decision. In reviewing this application, pursuant to **Section 1305** of the Zoning Ordinance, the following findings have been made:

1

MIA-SFED23485-00282980

**FINDINGS**

- It is found that the proposed Art Gallery/Bar Lounge with Live Entertainment (La Casa de Tula) is located on an existing structure within the designated "Art and Theater Cultural Specialty District" with liquor distance exception.

- It is found that the applicant complies with the guidelines and criteria required for this type of permit specified on Sec. 4-11(5) from "a" to "h".

- It is found that with regard to the criteria set forth in Sec. 1305 of the City of Miami Zoning Ordinance, the application has been reviewed and found sufficient.

Based on the above findings and the considered advice of the officers and agencies consulted on this matter and pursuant to **Section 1306** of the Zoning Ordinance, the subject Class II Special Permit is hereby approved and shall be subject to the plans submitted by the applicant and on file with the Planning Department.

## NOTICE

**The final decision of the Director may be appealed to the Zoning Board by any aggrieved party, within fifteen (15) days of the date of issuance by filing a written appeal and appropriate fee with the Office of Hearing Boards, located at 444 SW 2nd Ave., 7th Floor, Miami, FL. 33130. Telephone number (305) 416-2030.**

Signature _____  Date 08/04/08

Ana Gelabert, Director
Planning Department

2

MIA-SFED23485-00282981



FIRST FLOOR
CBS-COMERCIAL BUILDING

CITY OF MIAMI PLANNING & DEVELOPMENT DEPT.
CURRENT PLANNING DIVISION
DATE
FOR
BY

June 5th, 2008

Ana Gelabert-Sanchez
Director of Planning & Zoning
City of Miami
444 SW 2nd Avenue
Miami, Florida 33130

Re:     La Casa de Tula, Inc.
        Arts Gallery Complex & Bar Lounge
        1501-13 SW 8th St. Miami. Fl 33135.

Dear Gelabert-Sanchez:

This letter serves as Las Casa de Tula's Supplemental Letter of Intent for a Class II Special Permit in order to operate a Cultural, Arts & Theater nightclub in the heart of Little Havana on Calle Ocho at the property located at 1501-13 SW 8th St., Miami, Florida 33135.

Pursuant to the Specialty Overlay District for the Parkwest area and the Art, Cultural & Theater District we hereby provide the following information required for the Special Permit:

**La Casa de Tula - "The House of Tula"**

A landmark building is the setting for "La Casa de Tula" lounge located in the Art & Theater District on Calle Ocho in Little Havana. Our house was conceived and designed to function as a multipurpose center, as an art studio, gallery and a space for actors and musicians to showcase their talent.

At La Casa de Tula we are proud to celebrate, like nobody else in the area, the rich tradition and roots of the Cuban music, the visual arts, Cuban folklore and artistic activities and theatrical performances that exemplify the best of our culture.

Everyday there is something spectacular going on at La Casa de Tula. From noon to 3:00 pm we have guided tours of Calle Ocho that includes important point of interest of the Cuban community and its rich history in Miami. We start at Domino Park, where old Cuban folks play their afternoon game of dominoes and chess. We then explore a nearby small cigar factory, where you can buy cigars that are manufactured in the traditional way, by hand-rolling them.
We move on and visit the memorial to Cuban poets, and heroes of the revolution that freed the island from colonial Spanish rule and continue the tour with a guided neighborhood sightseeing.

MIA-SFED23485-00282983

The daily fun in our lounge doesn't stop because the evening is a few hours away. On the contrary, at La Casa de Tula we are just getting ready for a night of fun and excitement that is ahead and about to start.

On Monday night we have "Cabaret & Carnival Night", all in English language and focused on the tourists visiting Miami. Tuesday is Bolero and Piano Bar Night; Wednesday Night is "La Tula Descarga" or Tulas's Latin Jazz and Jamming Nights. Thursday is for "Rock en Español"- Spanish Rock; Friday Night is our grand night- Noches de Carnaval produced entirely in Spanish language; Saturday Night is pure music with a mix of contemporary Latin sounds and our own DJ and Sundays is our family and comedy day when La Casa de Tula becomes a studio theater for a day. Our very own theater company, made up of local actors, write and produce the comedies, sketches and plays.

a) **Operational Plan:** We intent to operate from 10:00 AM to 3:00 AM and employ approximately 30 persons over two working shifts.

b) **Parking:** Not applicable due to adaptive re-use of an existing building.

C) **Crowd Control:** The proposed establishment will not have a capacity of more than 300 people at one time.

d) **Security Plan:** We intent to utilize approximately 4 security officer on Saturday night and 2 security personnel at the club all time.

e) **Traffic Circulation:** N/A

f) **Sanitation:** A large dumpster is located behind the property

g) See Attached

h) Although the proposed establishment will be within 200 feet of a residential use, all noise will be contained within the interior of the building.

If you need additional information, please do not hesitate to contact me at 786-553-6958.

Sincerely,

Michel Hernández
Manager/La Casa de Tula, INC

PLANNING DEPARTMENT

# CLASS II SPECIAL PERMIT REFERRAL

| CLASS II NUMBER | REFERRED BY | REFERRAL DATE | N.E.T. AREA | REFERRED TO |
|---|---|---|---|---|
| 2008-0198 | Rafael Rodriguez | 07/18/2008 | Little Havana | Pablo Canton |

| | |
|---|---|
| Property Name | La Casa De Tula |
| Address | 1501-13 SW 8 St. |
| City State Zip | Miami, FL 33135 |

| | |
|---|---|
| Owner Name | |
| Applicant | Michel Hernandez |
| Telephone | 786-553-6958 |

**BRIEF DESCRIPTION OF PROPOSAL**

To allow an alcoholic beverage establishment, by waiving the distance limitations with in the SW 8 St. cultural specialty district.

**ENCLOSURES**

| Class II Referral Sheet | Plans | Survey |
|---|---|---|
| | | |

**COMMENTS**                                    REQUESTED BY: 07/25/2008

OK &th Canton                            7/21/08

**\*\*PLEASE NOTE:  If comments are not received within the requested time, the Planning Department will issue Class II Special Permit accordingly.**

## CITY OF MIAMI • PLANNING DEPARTMENT
444 SW 2ND AVENUE, 3RD FLOOR • MIAMI, FLORIDA, 33130          PHONE  (305) 416-1400

MIA-SFED23485-00282985

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## ZONING REFERRAL

2008-0198

### COMPLETED BY APPLICANT

OWNER
Michel Hernandez
OWNER PHONE NUMBER

APPLICANT
La Casa de Tula, Inc
APPLICANT PHONE NUMBER
786-553-6958
/ FAX NUMBER

APPLICANT ADDRESS
1501-13 SW 8th STREET. Miami · Florida   33135
/ ZIP CODE

BUILDING PLAN APPLICATION NUMBER

### COMPLETED BY ZONING PLANS EXAMINER

| La casa de Tula | 1501-13 SW 8 ST | 33135 |
|---|---|---|
| PROJECT NAME | PROJECT ADDRESS | / ZIP CODE |

Art studio / gallery / bar Lounge
PROPOSED USE                                                       GROSS BUILDING AREA

| Little Havana | SD-14 | 35 |
|---|---|---|
| NET AREA | ZONING DESIGNATION | ATLAS SHEET |

TO ALLOW AN ALCHOLIC BEVERAGE ESTABLISHMENT, BY WAIVING THE DISTANCE LIMITATIONS
WITH IN THE SW 8 ST CULTURAL SPECIALTY DISTRICT.

NATURE OF APPLICATION

AS PER CHAPTER 4 SEC-4-11 OF THE CITY CODE
APPLICABLE SECTION OF ZONING ORDINANCE

### CERTIFICATION

Pursuant to the fee schedule, a fee of $ 150.00 shall be required prior to the review and issuance of this Class II Special Permit. Permit fees are non-refundable.

Michel Hernandez                                                  July 1st/08
APPLICANT                                                         DATE

The subject proposal has been reviewed by Zoning Department. It is found to be in compliance with all applicable zoning regulations and requires a Class II Special Permit pursuant to the above cited section(s) of Ordinance 11000, as amended, the Zoning Ordinance of the City of Miami, Florida.

                                                                 7/1/08
ZONING PLANS EXAMINER                                            DATE

_____                                 _____
CLASS II COORDINATOR                                            DATE

A building permit for the work proposed herein and/or a certificate of occupancy and/or certificate of use for the use proposed herein, must be obtained within one (1) year from the issuance of this special permit, at which point the subject special permit shall expire, unless extended.

MIA-SFED23485-00282986

# CLASS II SPECIAL PERMIT REFERRAL

| CLASS II NUMBER | REFERRED BY | REFERRAL DATE | N.E.T. AREA | REFERRED TO |
|---|---|---|---|---|
| 2008-0198 | Rafael Rodriguez | 07/18/2008 | Little Havana | Pablo Canton |

| | |
|---|---|
| Property Name | La Casa De Tula |
| Address | 1501-13 SW 8 St. |
| City State Zip | Miami, FL 33135 |

| | |
|---|---|
| Owner Name | |
| Applicant | Michel Hernandez |
| Telephone | 786-553-6958 |

**BRIEF DESCRIPTION OF PROPOSAL**

To allow an alcoholic beverage establishment, by waiving the distance limitations with in the SW 8 St. cultural specialty district.

**ENCLOSURES**

| Class II Referral Sheet | Plans | Survey |
|---|---|---|
| | | |

**COMMENTS**                                    **REQUESTED BY:** 07/25/2008

**\*\*PLEASE NOTE:  If comments are not received within the requested time, the Planning Department will issue Class II Special Permit accordingly.**

## CITY OF MIAMI • PLANNING DEPARTMENT
444 SW 2ND AVENUE, 3RD FLOOR • MIAMI, FLORIDA, 33130          PHONE  (305) 416-1400

MIA-SFED23485-00282987

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## ZONING REFERRAL

2008-0198

| COMPLETED BY APPLICANT |
|---|

OWNER *Michel Hernandez*

OWNER PHONE NUMBER

APPLICANT *La Casa de Tula, Inc*

APPLICANT PHONE NUMBER   786 - 553 - 6958

/ FAX NUMBER

APPLICANT ADDRESS   *1501-13 Sw 8th Street. Miami · Florida   33135*

/ ZIP CODE

BUILDING PLAN APPLICATION NUMBER

| COMPLETED BY ZONING PLANS EXAMINER |
|---|

La casa de Tula                          1501-13 SW 8ST                          33135
PROJECT NAME                          PROJECT ADDRESS                          / ZIP CODE

Art studio / gallery / bar Lounge
PROPOSED USE                                                              GROSS BUILDING AREA

Little Havana                          SD-14                          35
NET AREA                          ZONING DESIGNATION                          ATLAS SHEET

TO ALLOW AN ALCHOLIC BEVERAGE ESTABLISHMENT, BY WAIVING THE DISTANCE LIMITATIONS
WITH IN THE SW 8 ST CULTURAL SPECIALTY DISTRICT.

NATURE OF APPLICATION

AS PER CHAPTER 4 SEC-4-11 OF THE CITY CODE
APPLICABLE SECTION OF ZONING ORDINANCE

| CERTIFICATION |
|---|

Pursuant to the fee schedule, a fee of $ _150.00_ shall be required prior to the review and issuance of this Class II Special Permit. Permit fees are non-refundable.

*Michel Hernandez*                                                              July 1st/08
APPLICANT                                                              DATE

The subject proposal has been reviewed by Zoning Department. It is found to be in compliance with all applicable zoning regulations and requires a Class II Special Permit pursuant to the above cited section(s) of Ordinance 11000, as amended, the Zoning Ordinance of the City of Miami, Florida.

                                                              7/1/08
ZONING PLANS EXAMINER                                                              DATE

CLASS II COORDINATOR                                                              DATE

A building permit for the work proposed herein and/or a certificate of occupancy and/or certificate of use for the use proposed herein, must be obtained within one (1) year from the issuance of this special permit, at which point the subject special permit shall expire, unless extended.

MIA-SFED23485-00282988

June 5th, 2008

La Casa de Tula, INC
1501-13 SW 8th Street
Miami. Florida 33135

Ana Gelabert-Sanchez
Director of Planning & Zoning
City of Miami
444 SW 2nd Avenue
Miami, Florida 33130

Re:    La Casa de Tula, Inc.
          Arts Gallery Complex & Bar Lounge

Dear Gelabert-Sanchez:

This letter serves as Las Casa de Tula's Supplemental Letter of Intent for a Class II Special Permit in order to operate a Cultural, Arts & Theater nightclub in the heart of Little Havana on Calle Ocho at the property located at 1501-13 SW 8th St., Miami, Florida 33135.

Pursuant to the Specialty Overlay District for the Parkwest area and the Art, Cultural & Theater District we hereby provide the following information required for the Special Permit:

**La Casa de Tula – "The House of Tula"**

A landmark building is the setting for "La Casa de Tula" lounge located in the Art & Theater District on Calle Ocho in Little Havana. Our house was conceived and designed to function as a multipurpose center, as an art studio, gallery and a space for actors and musicians to showcase their talent.

At La Casa de Tula we are proud to celebrate, like nobody else in the area, the rich tradition and roots of the Cuban music, the visual arts, Cuban folklore and artistic activities and theatrical performances that exemplify the best of our culture.

Everyday there is something spectacular going on at La Casa de Tula. From noon to 3:00 pm we have guided tours of Calle Ocho that includes important point of interest of the Cuban community and its rich history in Miami. We start at Domino Park, where old Cuban folks play their afternoon game of dominoes and chess. We then explore a nearby small cigar factory, where you can buy cigars that are manufactured in the traditional way, by hand-rolling them.

MIA-SFED23485-00282989



MIA-SFED23485-00282990



FIRST FLOOR
CBS COMERCIAL BUILDING

MIA-SFED23485-00282991



FIRST FLOOR
CBS-COMERCIAL BUILDING

MIA-SFED23485-00282992

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## LIST OF ABUTTING PROPERTY OWNERS & ASSOCIATIONS

At the time of initial application the applicant shall notify in writing all abutting property owners including those across a street or alley by certified mail with return receipt requested, and shall submit with the application said receipt(s), except in the case of signs where no notice is required.

In addition, at the time of initial application, the applicant shall notify in writing the official representative of all known neighborhood and/or homeowner associations potentially affected by the application, by certified mail with return receipt requested, and shall submit with the application said receipt(s), except in the case of signs where no notice is required.

In the case of adjacent condominiums, only one (1) notice to the condominium association will be sent.

**ORDINANCE 11000, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, SECTION 1501.**

| NAME & ADDRESS | NAME & ADDRESS | NAME & ADDRESS |
|---|---|---|
| J.C.D.CORP<br>1900 SECOFFEE ST<br>MIAMI FL 33133 | | |
| CITY OF MIAMI –DEPT OF P& D<br>444 SW 2 AV  3-FL<br>MIAMI, FL 33130 | | |
| EAST LITTLE HAVANA COMM.DEV<br>1465 SW 8 ST #1<br>MIAMI, FL 33135 | | |
| Commissioner, Joe M Sanchez<br>3500 Pan American Drive Miami<br>FL 33133-5595 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MIA-SFED23485-00282993

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

### NOTIFICATION TO:

| | |
|---|---|
| **ABUTTING OWNER NAME** | *Little Havana Arts Bldg LLC* |
| **ABUTTING PROPERTY ADDRESS** | *1501 SW 8th St. Miami, Fl 33135* |

| | |
|---|---|
| **APPLICANT** | La Casa de Tula |
| **APPLICANT ADDRESS** | 1501-13 SW 8 ST |
| **CITY, STATE CODE** | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| | |
|---|---|
| **SUBJECT PROPERTY** | 1501-13 SW 8 ST |
| **ZONING DESIGNATION** | SD-14 |
| **NATURE OF APPLICATION** | to allow an alcoholic beverage est. by |

Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**.   For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

MIA-SFED23485-00282994

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**

| | |
|---|---|
| **ABUTTING OWNER NAME** | *East Little Havana Comm Dev* |
| **ABUTTING PROPERTY ADDRESS** | *1465 SW 8 ST. Miami. Fl 33135* |

| | |
|---|---|
| **APPLICANT** | La Casa de Tula |
| **APPLICANT ADDRESS** | 1501-13 SW 8 ST |
| **CITY, STATE CODE** | MIAMI,FL,33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| | |
|---|---|
| **SUBJECT PROPERTY** | 1501-13 SW 8 ST |
| **ZONING DESIGNATION** | SD-14 |
| **NATURE OF APPLICATION** | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 | |
| Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**.   For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

NOTIFICATION TO:
*(FYI Purpose)*

| | |
|---|---|
| **ABUTTING OWNER NAME** | *Office of Commissions Joe M. Sanchez* |
| **ABUTTING PROPERTY ADDRESS** | *3500 Pan American Drive. Miami Fl 33133* |

| | |
|---|---|
| **APPLICANT** | La Casa de Tula |
| **APPLICANT ADDRESS** | 1501-13 SW 8 ST |
| **CITY, STATE CODE** | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| | |
|---|---|
| **SUBJECT PROPERTY** | 1501-13 SW 8 ST |
| **ZONING DESIGNATION** | SD-14 |
| **NATURE OF APPLICATION** | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2ⁿᵈ Avenue, 3ʳᵈ Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2ⁿᵈ Avenue, 7ᵗʰ Floor, Miami, FL. 33130**.  For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and registered **Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

MIA-SFED23485-00282996

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**

| ABUTTING OWNER NAME | City of Miami - Dept of PoD |
| ABUTTING PROPERTY ADDRESS | 1508 SW 8th STREET. Miami, Fl 33135 |

| APPLICANT | La Casa de Tula |
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |

Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

## NOTIFICATION TO:

| | |
|---|---|
| **ABUTTING OWNER NAME** | *JCD Corp* |
| **ABUTTING PROPERTY ADDRESS** | *1521-25 SW 8 ST, Miami, Fl 33135* |

| | |
|---|---|
| **APPLICANT** | La Casa de Tula |
| **APPLICANT ADDRESS** | 1501-13 SW 8 ST |
| **CITY, STATE CODE** | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| | |
|---|---|
| **SUBJECT PROPERTY** | 1501-13 SW 8 ST |
| **ZONING DESIGNATION** | SD-14 |
| **NATURE OF APPLICATION** | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

MIA-SFED23485-00282998

Document Name: Session1

```
PIRC   SECURITY              ACTION  L  SCR    MOD    +/-  -    PAGE   1
                   BUILDING AND ZONING RECEIPT PROCESSING              (21)
  RECEIPT NO   08105535      DATE  07/15/2008  WAIVED  N
  PERMIT  NO                 NAME  MICHEL HERNANDEZ
   ADDRESS    1501-13 SW 8 ST
   PHONE   786   5536958   COMMENTS  CL II 2008-0198  MAINTAINED BY: RR2
                            FEES
A/C/D TYPE CLASS  SUB       DESCRIPTION          UNIT TYPE     UNITS
   R    140   003   CLASS II PLANNING  PERMIT
   SUBSID  000000000   CLASS II PLANNING  PERMIT

   SUBSID

   SUBSID

   SUBSID

   SUBSID

   SUBSID
                                                 TOTAL

   RECORD ADDED...PLEASE CONTINUE
```

City of Miami
...The City of Miami...
Main Cashiering Area  006
0819795-1 07/15/2008 58
Tue, Jul 15, 2008 11:43 AM

Receipt Ref Nbr: R0819795-1/0039

BZ_RCPT - BZ RECEIPT
Tran Ref Nbr: T0819795-1/0040
Name: MICHEL HERNANDEZ
Rcpt #: 08105535
Amount:                   1 @ $150.00
Item Subtotal:                $150.00
Item Total:                   $150.00

1   ITEM(S) TOTAL:            $150.00

Visa (Auth# 104942)          $150.00
Total Received:              $150.00

Please visit us at www.miamigov.com

*************CUSTOMER COPY************

Date: 7/15/2008 Time: 11:36:14 AM

MIA-SFED23485-00282999

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MIAMI FL 33133

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.32 |

Postmark Here
2008
07/01/2008

Sent To JCD Corp
Street, Apt. No.; or PO Box No. 1900 SW Coffee St
City, State, ZIP+4 Mam. FL 33133

7007 2560 0003 0803 9846

PS Form 3800, August 2006          See Reverse for Instructions

MIA-SFED23485-00283000

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MIAMI FL 33130

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0109 |
| Certified Fee | | $2.70 | 16 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | |

Postmark Here

~1 2008
07/01/2008

7007 2560 0003 0043 9408

Sent To  *City of Miami. Asset Management*

Street, Apt. No.; or PO Box No.  *444 SW 2nd Ave #25*

City, State, ZIP+4  *Miami. FL 33130*

PS Form 3800, August 2006                  See Reverse for Instructions

MIA-SFED23485-00283001

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MIAMI FL 33133

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.32 |

0109
16
Postmark Here
2008
07/01/2008

Sent To *Office of Commissioners Dee A Snehz*
Street, Apt. No.; or PO Box No. *3500 Pan American Dr.*
City, State, ZIP+4 *Miami Fl 33133*

PS Form 3800, August 2006          See Reverse for Instructions

7007 2560 0003 0083 6919

MIA-SFED23485-00283002

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

MIAMI FL 33145

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0109 |
| Certified Fee | | $2.70 | 16 2008 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 07/01/2008 |

7007 2560 0003 0003 9460

Sent To _East Little Havana Cmna Devlpmt_
Street, Apt. No.; or PO Box No. _1699 Coral Way Suite 302_
City, State, ZIP+4 _Miami, FL 33145_

PS Form 3800, August 2006                    See Reverse for Instructions

MIA-SFED23485-00283003

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MIAMI FL 33135

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

0109
16
Postmark
H 2008
07/01/2008

Sent To  *Little Havana C.D. SLO?PC*

Street, Apt. No.; or PO Box No.  *2600 SW 8th ST. Miami Fl*

City, State, ZIP+4  *33135*

7007 2560 0003 0083 9653

PS Form 3800, August 2006          See Reverse for Instructions

MIA-SFED23485-00283004



## My Home

**miamidade.gov**

ACTIVE TOOL: SELECT

**Show Me:**

Property Information

**Search By:**

Select Item

Text only

Property Appraiser Tax Estimator

### Summary Details:

| | |
|---|---|
| Folio No.: | 01-4102-006-6210 |
| Property: | 1501 SW 8 ST |
| Mailing Address: | LITTLE HAVANA ARTS BLDG LLC<br><br>2600 SW 8 ST MIAMI FL 33135- |

### Property Information:

| | |
|---|---|
| Primary Zone: | 6106 RESIDENTIAL-LIBERAL RETAIL |
| CLUC: | 0013 OFFICE BUILDING |
| Beds/Baths: | 0/0 |
| Floors: | 2 |
| Living Units: | 0 |
| Adj Sq Footage: | 8,798 |
| Lot Size: | 12,500 SQ FT |
| Year Built: | 1926 |
| Legal Description: | LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 19 & 20 LESS ST BLK 103 LOT SIZE 100.000 X 125 COC 26115-4771 12 2007 1 |

### Sale Information:

| | |
|---|---|
| Sale O/R: | 26115-4771 |
| Sale Date: | 12/2007 |
| Sale Amount: | $1,400,000 |

### Assessment Information:

| Year: | 2007 | 2006 |
|---|---|---|
| Land Value: | $600,000 | $600,000 |
| Building Value: | $25,000 | $25,000 |
| Market Value: | $625,000 | $625,000 |
| Assessed Value: | $625,000 | $625,000 |
| Total Exemptions: | $625,000 | $625,000 |
| Taxable Value: | $0 | $0 |

### Additional Information:

Click here to see more information for this property:
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Land Use
Urban Development Boundary



Digital Orthophotography - 2007

0 ——— 113 ft

My Home | Property Information | Property Taxes
| My Neighborhood | Property Appraiser

Home | Using Our Site | About | Phone Directory | Privacy | Disclaimer

If you experience technical difficulties with the Property Information application,
or wish to send us your comments, questions or suggestions
please email us at Webmaster.

Web Site
© 2002 Miami-Dade County.
All rights reserved.

MIA-SFED23485-00283005



MIA-SFED23485-00283006

# Boundary Survey

### Graphic Scale 1" = 20'

Location Sketch N.T.S.



Passed By:
**AFA & COMPANY, INC.**
**PROFESSIONAL LAND SURVEYORS AND MAPPERS**
*FLORIDA CERTIFICATE OF AUTHORIZATION No. LB 7498*
*13050 SW 133RD COURT*
*MIAMI, FLORIDA 33186*
*Ph (305) 234-0588*
*Fx (305) 234-0423*





**CERTIFIED ONLY TO:**
Little Havana Arts Building, LLC
CT Capital, Ltd. d/b/a CT Capital, LP,
a Florida Limited Partnership, ISAOA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**LEGAL DESCRIPTION:**
Lots 19 and 20 less the South 10.00' thereof,
Block 103 of: "LAWRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
Thereof as Recorded in Plat Book 2, Page 96 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**
Comm Panel          120650
Panel #              0187
Firm Zone:           "X"
Date of Firm:        03-02-1994
Base Flood Elev.     N/A
F.Floor Elev.        N/A
Garage Elev.         N/A
Suffix:              "J"
Elev. Reference to NVGD 1929

**PROPERTY ADDRESS:**
1501 Southwest 8th Street
Miami, Florida 33135

Surveyor's Notes:

| JOB # | 03-516 |
| DATE | 7-16-2008 |
| FB | 2-46 |

Surveyors Notes:

# SOUTHWEST 8th STREET

**Professional**
**Surveyors & Mappers LB 7498**
13050 S.W. 133rd Court
Miami Florida, 33156
Ph. # (305) 234-0588
Fax # (305) 234-0423

MIA-SFED23485-00283007





MIA-SFED23485-00283008



# Boundary Survey
## Graphic Scale 1" = 20'



Location Sketch N.T.S.





**CERTIFIED ONLY TO:**
Little Havana Arts Building, L.L.C
CT Capital, Ltd. d/b/a CT Capital, LP,
a Florida Limited Partnership, ISAOA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**LEGAL DESCRIPTION:**
Lots 19 and 20 less the South 10.09' thereof,
Block 103 of: "LAWRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
thereof as Recorded in Plat Book 2, Page 46 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**
| | |
|---|---|
| Comm. Panel | 120650 |
| Panel # | 0187 |
| Firm Zone: | "X" |
| Date of Print: | 03-02-1994 |
| Base Flood Elev. | N/A |
| E.Floor Elev. | N/A |
| Garage Elev. | N/A |
| Suffix: | "P" |
| Elev. Reference to NVGD 1929 | |

| JOB # | 08-516 |
|---|---|
| DATE | 7-16-2008 |
| FB | 2-46 |

**PROPERTY ADDRESS:**
1501 Southwest 8th Street
Miami, Florida 33135

AFA &
Company, Inc.

Professional
Surveyors & Mappers LB 7498
13050 S.W. 133rd Court
Miami Florida, 33186
Ph. # (305) 234-0588
Fax # (305) 234-0423

SOUTHWEST 8th STREET

MIA-SFED23485-00283009

Permits issued to Ball Chain

| Process Number | Work Items | Permit Type | Permit Number | Permit issued | Permit Status | Private Provider - FSS 553 |
|---|---|---|---|---|---|---|
| BD20-016052-001 | NEW LIFT DEVICES - WHEELCHAIR LIFT / ADA LIFT | Mechanical Elevators (Master) | BD20-016052-001-ME001 | 8/25/2020 | Active | No |
| BD19-005508-001 | •FOOD SERVICE / ALCOHOL SERVICE / ENTERTAINMENT/DELI - BAR / TAVERN (50 OR MORE OCCUPANTS) •FOOD SERVICE / ALCOHOL SERVICE / ENTERTAINMENT/DELI - RESTAURANT (50 OR MORE OCCUPANTS) •SECURITY / WIND PROTECTION - SHUTTERS (NO ELECTRICAL) •WINDOWS / GLAZING - STOREFRONT (Additional Plan) | Building (Master) Electrical Mechanical Air Plumbing | BD19-005508-001-B001 BD19-005508-001-E001 BD19-005508-001-MA001 BD19-005508-001-P001 | 3/11/2020 5/6/2020 5/20/2020 5/21/2020 | Final | Yes - ORTUS ENGINEERING: INSPECTIONS AND REVIEWS |
| BD19-005508-002 | OTHER MECHANICAL - COMMERCIAL KITCHEN HOOD | Electrical Mechanical Air (Master) | BD19-005508-002-E001 BD19-005508-002-MA001 | 5/6/2020 4/17/2020 | Final | Yes - ORTUS ENGINEERING: INSPECTIONS AND REVIEWS |
| BD19-005508-003 | PRE-ENGINEERED FIRE SUPPRESSION SYSTEM - HOOD FIRE SUPPRESSION SYSTEM - MECHANICAL | Electrical Fire Mechanical Air (Master) | BD19-005508-003-E001 BD19-005508-003-F001 BD19-005508-003-MA001 | 5/6/2020 4/22/2020 4/17/2020 | Final | Yes - ORTUS ENGINEERING: INSPECTIONS AND REVIEWS |
| BD19-005508-004 | LOW VOLTAGE - LOW VOLTAGE DATA-COMM | Electrical (Master) | BD19-005508-004-E001 | 6/25/2020 | Final | Yes - ORTUS ENGINEERING: INSPECTIONS AND REVIEWS |
| BD19-005508-005 | WINDOWS / GLAZING - STOREFRONT | Building (Master) | BD19-005508-005-B001 | 9/8/2020 | Final | Yes - ORTUS ENGINEERING: INSPECTIONS AND REVIEWS |
| BD18-003182-001 | SERVICE - SERVICE REPAIR | Electrical (Master) | BD18-003182-001-E001 | 3/5/2020 | Final | No |
| (*) - Fire | Please see Attachment from Fire Department regarding Fire Sprinkler/Fire Alarm system | | | | | |

Date:            Mon, 19 Oct 2020 11:21:10 AM -0400

Sent:            Mon, 19 Oct 2020 11:21:09 AM -0400

Subject:         Progress of Carollo investigation

From:            Porfiri, John <jporfiri@miamigov.com>

To:              Pons, Maurice <MPons@miamigov.com>; Marrero, Asael <AMarrero@miamigov.com>;

Attachments:     PROGRESS REPORT.docx

Gentlemen, see the attachment.



**John R.F. Porfiri, R.A.** | *Quality Control Manager*
Tel. 305-416-1158 | Cel. 786-972-0482 | jporfiri@miamigov.com

**City of Miami**
BUILDING DEPARTMENT

Plaintiff's Exhibit    **19**
Witness: Asael Marrero
Date:    8/18/22
Court Reporter:  Rick Levy, RPR, FPR

**Pl. Ex 610**

MIA-SFED23485-00020689

# PROGRESS REPORT

Updated 10-19-2020 @9:30 pm

| 1513 SW 8 ST | | B | R | S | M | E | P | EL | FP | ER | US |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BD20-016052-001 | Elevator | | | | | | | X | | | |
| BD19-005508-001 | Remodel/Repairs | X | | X | X | X | X | | ? | X | ? |
| | | | | | | | | | | | |
| **1444 SW 7 ST** | | B | R | S | M | E | P | EL | FP | ER | US |
| BD18-015891-001 | Remodel/Repairs | X | | X | X | ? | X | | ? | X | ? |
| BD18-013406-001 | Demolition | X | | | | ? | ? | | | | ? |
| | | | | | | | | | | | |
| **1450 SW 7 ST** | | B | R | S | M | E | P | EL | FP | ER | US |
| BD20-016474-001 | Building Roofing | | (1) | | | | | | | | ? |
| BD20-006695-001 | Elevator | | | | | | | X | | | ? |
| BD18-015894-001 | Remodel/Repairs | X | | X | X | X | X | | ? | X | ? |
| | | | | | | | | | | | |
| **1460 SW 7 ST** | | | | | | | | | | | |
| BD19-019681-001 | New Construction | X | | X | (2) | ? | X | | ? | ? | ? |
| BD18-017183-001 | Addition/Remodel | X | | X | X | ? | X | | ? | ? | ? |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NOTES:

(1)  PP affidavits received; pending review by City.

(2)  No Mechanical review for pool permits.

MIA-SFED23485-00020690

Plaintiff's Exhibit    **24**

Witness: Asael Marrero
Date:    8/18/22
Court Reporter:  Rick Levy, RPR, FPR

Date:           Thu, 22 Oct 2020 12:01:14 AM -0400

Sent:           Thu, 22 Oct 2020 12:01:12 AM -0400

Subject:        Revised FINAL reports for 1513 SW 8 ST

From:           Porfiri, John <jporfiri@miamigov.com>

To:             Marrero, Asael <AMarrero@miamigov.com>;

Attachments:    image001.png; 1513 SW 8 ST- FINAL 2020-10-22.pdf

Look it over carefully.



**John R.F. Porfiri, R.A.** | *Quality Control Manager*
Tel. 305-416-1158 | Cel. 786-972-0482 | jporfiri@miamigov.com

**Pl. Ex 611**

MIA-SFED23485-00273725

# 1513 SW 8 ST

## BD19-005508-001
Remodeling/Repairs

Findings:

1. Remodeling of existing restaurant, including the legalization of previously non-permitted toilet facilities.

2. Plans do not adequately, and with clarity, demonstrate compliance with ADA requirements.

MIA-SFED23485-00273726

**City of Miami**
BUILDING DEPARTMENT

Quality Assurance Program

## Private Provider Plan Review AUDIT

F.S. §553.791(18)    Rev. 10-13-2020

**Plan Number:** BD19-005508-001    **Project Address:** 1513 SW 8 ST    **Date:** 10/13/2020

**AOR/EOR:** Manuel Rey, RA    **License No:** AR0008617

**Private Provider:** Elvis A. Torres, PE    **License No:** PE#80050    **Firm:** Ortus Engineering

**Audit review performed by:** Rafael Ballesteros, RA    **Discipline Reviewed:** BUILDING

| Item | Sheet Number | Code Reference | Comment |
|------|-------------|----------------|---------|
| 01 | General | N/A | This review referenced latest approved revision (2); "As-Built" set. |
| 02 | General | Code of CoM, Sec. 10-72 | LEGALIZATIONS: This project is "after the fact". For legalizations, provide an As-Built certificate from registered engineer or architect. The affidavit submitted shall be in the form described in Sec. 10-72. |
| 03 | All | Code of CoM, Sec. 10-72 | LEGALIZATIONS: The "existing" conditions shown on the plans cannot be readily verified through the official microfilm records of previously approved permits. |
| 04 | A0.01, (Occupant Load) | FAC Rule 61G1-16.001 | SEALS, ARCHITECT: All documents which are prepared by a registered architect-- and are submitted for public record-- must be signed & sealed, and dated. |
| 05 | A0.01, (Occupant Load) | FBC-EB Chapter 5 | CLASSIFICATION OF WORK: Identify the Alteration Level for this project. Level 3 alterations apply where the work area exceeds 50 percent of the building area. |
| 06 | A0.01, (Occupant Load) | FBC-B1010.1.2 | DOOR SWING: Egress doors shall be of the pivot or side-hinged swinging type. Egress doors opening into outdoor area on north side are folding type doors. |
| 07 | A0.01, (Occupant Load) | FBC-B1005 | MEANS OF EGRESS SIZING: Provide number of occupants, minimum egress width required & minimum egress width provided |

MIA-SFED23485-00273727

|   |   |   | at both main points of egress from the building (south end) and courtyard (NE end). Life Safety tag #B indicating 80% of patrons will exit front doors is incorrect. |
|---|---|---|---|
| 08 | A0.01, (Occupant Load) | FBC-B1006.2.1 | EGRESS, COMMON PATH: Indicate maximum common paths from interior of building, assembly use courtyard & from storage mezzanine. |
| 09 | A0.01, (Occupant Load) | FBC-B1208.1 | MINIMUM DIMENSIONS: Kitchens shall have a clear passageway of 3'-0" between counter fronts and appliance, counter fronts & walls. |
| 10 | A0.01, (Occupant Load) | FBC-B706.4 | FIRE RESISTANCE: Indicate fire walls, fire barriers & their resistance at demising walls, existing or new. |
| 11 | A0.01, (Occupant Load) | FBC-B1003.4 FBC-B1003.6 | EGRESS: Provide clear width at NE exit corridor to street. Capacity & minimum clear width cannot be reduced along the path of egress travel. |
| 12 | A0.01, (Occupant Load) | FBC-B1004 | OCCUPANT LOAD:  Provide occupant load at storage & deck. What means are provided to keep this space from being accessed by the public. Provide all other pertinent life-safety information for this floor level. |
| 13 | A1.04 | FBC-B107.2.1 FBC-B1506 | ROOF SYSTEM:  Clarify if scope of work involves re-roofing or if roof is existing to remain. Provide all related drainage calculations, notation, details regarding roof slope, materials, scuppers, drains, flashing, etc. if roof work is applicable to this permit. |
| 14 | A1.05 | FBC-B1209.2 FBC-B1209.3 | ATTIC SPACES & MECHANICAL APPLIANCES:  Indicate ceiling access panels; indicate how other mechanical equipment is accessed. |
| 15 | A2.04 | FBC-A604.8.1.1 | TOILET COMPARTMENTS: Provide 60" minimum turning diameter in toilet stall. |

MIA-SFED23485-00273728

| | | | |
|---|---|---|---|
| 16 | A2.04 | FBC-A604.8.1.2<br>FBC-A604.8.1.6 | TOILET COMPARTMENTS: Doors shall not swing into minimum required compartment areas. Door must swing out from Women's accessible stall. |
| 17 | A2.04 | FBC-A604.5<br>FBC-A604.8.1.5 | TOILET COMPARTMENTS: Accessible stalls must have grab bars installed per the section cited |
| 18 | A2.04 | FBC-A604.8.2.2 | ACCESSIBLE ROUTES:  Compartment doors shall comply with section 404, maneuvering clearances. |
| | | | |

MIA-SFED23485-00273729

# City of Miami
**BUILDING DEPARTMENT**

Quality Assurance Program

## Private Provider Plan Review AUDIT

F.S. §553.791(18)   Rev. 10-13-2020

**Plan Number:** BD19-005508-001   **Project Address:** 1513 SW 8 ST   **Date:** 10/22/2020

**AOR/EOR:** Amarilis Rodriguez   **License No:** PE#60236

**Private Provider:** Elvis Torres, PE   **License No:** PE#80050   **Firm:** Ortus Engineering

**Audit review performed by:** Armando Garcia   **Discipline Reviewed:** ELECTRICAL

| Item | Sheet Number | Code Reference | Comment |
|------|-------------|----------------|---------|
| 01 | E-102 | FBC E Conservation C4052.2.1/C405.2.2.2 | To provide time switch control with an accessible override switch, and accessible switches for 50% light reduction control (identify zones and manual control location) for public corridors, lobbies, building entrances and restrooms and any other areas that are not controlled by occupancy sensors |
| 02 | E-102 | FBC Energy C405.2.1/C405.2.1. | To provide occupancy sensors with manual on or automatic-on for no more than 50% of luminaires in classroom/ lecture/ training rooms, conference /meeting/multipurpose rooms, copy/print rooms, employee lunch and break rooms, lounges, private offices, restrooms, storage rooms, janitorial closets, locker rooms and other spaces less than 300 square feet. Shall also have manual control to turn lights off. |
| 03 | E201/E-601 and E-001/E-202 | | Two sheets with different labels and the same information were approved. |
| 04 | E-102/E-201 | NEC 600.5, FBC EC C405.2.4 | To provide sign circuit terminating in a box at front of occupancy and controlled by an astronomical timer or a photo sensor. |
| 05 | E-102 | All fans units must be installed using a FAN Box. Provide note. NEC 422.18. | All boxes supporting fan boxes shall be fan box rated. |

MIA-SFED23485-00273730

| 06 | E-102 | NEC 410-21 | Comply with **box ahead of fixture** –NEC 410-21. - Provide detail. Fixtures shall be rated for feed thru, if not comply with NEC 410-21. |
|----|-------|------------|---|
| 07 | E-601 | NEC 110.9.10.16.24 | FOR THIS NEW SERVICE – Commercial,– NEC 110.9,10,16 & 24): Per this Code requirement, the Electrical service equipment must now be:<br><br>1. Provide the FPL letter with fault current value at the point of connection. This letter produced by utility company must be scanned into the set of documents (plans) for permanent retention.<br>2. Provide short circuit calculation.<br>3. Provide the IC rating of the equipment.<br><br>Add note stating that the service equipment must be labeled with the short circuit value and dated using a phenolic label or equivalent in order to sustain the surrounding environment. |

MIA-SFED23485-00273731



Quality Assurance Program

# Private Provider Plan Review AUDIT

City of Miami
BUILDING DEPARTMENT

*F.S. §553.791(18)   Rev. 10-13-2020*

**Plan Number:** BD19-005508-001    **Project Address:** 1513 SW 8 ST              **Date:** 10/13/2020

**AOR/EOR:**  Amarilis Rodriguez            **License No:**  PE#60236

**Private Provider:** Elvis Torres, PE        **License No:**  PE#80050        **Firm**: Ortus Engineering

**Audit review performed by:**  Roberto Martinez, PE    **Discipline Reviewed:**  MECHANICAL

| Item | Sheet Number | Code Reference | Comment |
|------|-------------|----------------|---------|
| 01 | M101 | FBCM-2017-Section 506.3.13.3 | Grease duct termination shall be located not less than 10 feet horizontally from the hood make-up air fan. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MIA-SFED23485-00273732



**City of Miami**
BUILDING DEPARTMENT

Quality Assurance Program

# Private Provider Plan Review AUDIT

F.S. §553.791(18)   Rev. 10-13-2020

**Plan Number:** BD19-005508-001   **Project Address:** 1513 SW 8 ST   **Date:** 10/13/2020

**AOR/EOR:** Amarilis Rodriguez, PE   **License No:** PE#60236

**Private Provider:** Elvis Torres, PE   **License No:** PE#80050   **Firm:** Ortus Engineering

**Audit review performed by:** Karel Valdes, PE   **Discipline Reviewed:** PLUMBING

| Item | Sheet Number | Code Reference | Comment |
|------|--------------|----------------|---------|
| 01 | P101 | FBC P 802.1.2 | Indirect waste piping that exceeds 30 inches (762 mm) in developed length measured horizontally, or 54 inches (1372 mm) in total developed length, shall be trapped. |
| 02 | P901 | City of Miami Guidelines | Plan Pages P-101 and P-901 note of new sump pump installation do not match |
| 03 | P902 | FBC P 604.5 | The size of the water supply for the urinal shall be ¾ inches minimum. |
| 04 | M101 | FBC P 314.2.1 | The AC condensate shall not discharge into an area that could create a nuisance, This case a scupper is used, In commercial primary storm drainage system shall be discharged into a an approved disposal and not just to a scupper, the scupper could be used for the secondary as emergency but it will not be dripping water all the time as the AC conditioning does, A dry well shall be used at this case 12 inches out from the structure |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MIA-SFED23485-00273733

**City of Miami**
BUILDING DEPARTMENT

Quality Assurance Program

# Private Provider Plan Review AUDIT

F.S. §553.791(18)    Rev. 10-13-2020

**Plan Number:** BD19-005508-001    **Project Address:** 1513 SW 8 ST    **Date:** 10/13/2020

**AOR/EOR:** Leandro Fernandez, PE    **License No:** PE#71579

**Private Provider:** Elvis Torres, PE    **License No:** PE#80050    **Firm:** Ortus Engineering

**Audit review performed by:** Aymee Somohano, PE    **Discipline Reviewed:** STRUCTURAL

| Item | Sheet Number | Code Reference | Comment |
|------|-------------|----------------|---------|
| 01 | S-1/S2 | FBC 2017 Chapter 107.3.5 | Wood stage structure, Provide connections details of all structural elements of the wood stage. (Post, joist, Stringer ) |
| 02 | S-1/S2 | FBC 2017 Chapter 107.3.5 | Wood Stage. Provide specifications of the concrete slab supporting the 4x4 wood post. |
| 03 | S-1/S2 | FBC 2017, Section 1803 | Provide on plan properly worded Soil's Statement. **EXAMPLE OF SOIL STATEMENT:** Soil at this site is Sand and Rock adequate to support the design load of 2000 PSF. After excavation a signed, sealed, and dated letter will be submitted by the RA or PE of Record attesting that the site has been observed and the foundation conditions are similar to those upon which the design is based upon. |
| 04 | S-1/S2 | FBC2017 Section 1626 | Structural envelope shall meet impact test criteria or be protected with an external protection device that meets the impact test criteria. All structural elements of system used must be specified on plan and must match exactly with report. Provide Florida approval for Shutters. |
| 05 | S1/S2/S4/S5 | FBC 2017 /ASCE 2010 Chapter 4 | Indicate on plan Minimum Design Live Loads for space according with their use. (storage, stage, deck etc.) |

MIA-SFED23485-00273734

| 06 | | FBC 2017 Chapter 107.2.1/FBC 2017 Existing Buildings | Provide on plan a detailed scope of work for this permit. Scope of Work to be done must include that required by the FBC-Existing Buildings for the classified level of Alteration. Refer to chapters 6, 7 and 8 (as appropriate) for requirements. |
|---|---|---|---|
| 07 | | FBC 2017 Existing Buildings | Submit As-Built certificate letter signed, sealed, and dated by PE (Include written name, and Lic. number) certifying that all structural elements corresponding to the legalization area are **as shown on the permit drawings**, structurally sound, safe and that they comply with the FBC. Specify year of construction. Miami-Dade County Code of Ordinances, Part III, Chapter 8, Article I, Section 8-11 (g). As-built certificate shall contain a narrative description of the methodology utilized to make the determination set forth in the As-built Certificate. Need to legalize those areas, remodeled, altered or repaired without permits and must be identified on plan, drawings must be consistent with As built letter. NOA's /Florida Approval use for storefronts/Shutters /windows and doors shall be included in the certificated letter |
| 08 | | FBC 2017 Existing Buildings | Structural calculations submitted are incomplete. Please Provide a complete structural calculation for all new and existing structural elements remodeled, altered or repaired without permit. |
| | | | |
| | | | |

MIA-SFED23485-00273735

| Date: | Thu, 22 Oct 2020 11:50:39 AM -0400 |
|---|---|
| Sent: | Thu, 22 Oct 2020 11:50:38 AM -0400 |
| Subject: | 1513 SW 8 Street |
| From: | Plasencia, Adrian <APlasencia@miamigov.com> |
| To: | Marrero, Asael <AMarrero@miamigov.com>; |

Plaintiff's Exhibit   25
Witness: Asael Marrero
Date:   8/18/22
Court Reporter: Rick Levy, RPR, FPR

Good afternoon Ace,

After reviewing the plans associated with the structure located at 1513 SW 8 Street and learning of the additional rehabilitation work conducted, we have the following concerns that must be addressed.

- Due to extensive modifications per NFPA 101:43.5.2, the occupancy is required to have an approved, supervised automatic sprinkler system in accordance with NFPA 101:9.7.1. Additionally, means of egress including the exit discharge paths must be provided with illumination, emergency lighting, and marking of means of egress in accordance with NFPA 101:12.2.8, NFPA 101:12.2.9, and NFPA 101:12.2.10.

- Means of egress from the foyer area leading to the outside is noncompliant and must comply with the Florida Fire Prevention Code, NFPA 101:7.2.1.

- Clarification regarding main entrance door operation and locking arrangement is required to assure compliance with the Florida Fire Prevention Code, NFPA 101:7.2.1.

- Means of egress on NW corner is noncompliant per NFPA 101:7.5.2, as access to the exit is through a refrigeration/storage area and must lead to a public way per NFPA 101:7.7.

- Means of egress leading to food delivery/equipment staging area needs to meet requirements of NFPA 101:7.7, and assure safe access to a public way.

- Additional information is required regarding second floor outside platform, as this was not included in life safety plan. This also includes stair, handrail, and guard rail details along with common path of travel, travel distance, and other life safety requirements for the area per the Florida Fire Prevention Code.

- Second floor deck requires life safety plan and secondary means of egress.

- Additional information is required regarding stair, handrail, and guard rail details pertaining to stairs in storage rooms on the second floor.

- Additional information regarding storage in storage rooms is required to determine need for fire resistance rating of fire barriers per NFPA 101:12.3.2.1.2.

Regards,

**Adrian Plasencia, MPA**
Fire Marshal/Assistant Fire Chief
City of Miami Fire Rescue

**PI. Ex 612**

Office: 305 416-1678 / Fax: 305 416-1665 / e-mail: Aplasencia@miamigov.com

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

MIA-SFED23485-00019387

Plaintiff's Exhibit   **26**

Witness: Asael Marrero
Date:   8/18/22
Court Reporter:  Rick Levy, RPR, FPR

| | |
|---|---|
| Date: | Thu, 22 Oct 2020 1:25:17 PM -0400 |
| Sent: | Thu, 22 Oct 2020 1:25:10 PM -0400 |
| Subject: | 1513 SW 8 St Suspension of Certificate of Occupancy / Certificate of Use Revocation |
| From: | Marrero, Asael <AMarrero@miamigov.com> |
| To: | Noriega, Art <anoriega@miamigov.com>; Ihekwaba, Nzeribe <NIhekwaba@miamigov.com>; Pons, Maurice <MPons@miamigov.com>; Ruiz, Joseph A. <jaruiz@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Plasencia, Adrian <APlasencia@miamigov.com>; Mendez, Victoria <VMendez@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>; |
| Attachments: | MX-M465N_20201022_131702.pdf; MX-M465N_20201022_131941.pdf |

FYI.

Original copies are being sent via Certified Mail.  Copies will be hand delivered by two City Inspectors as well this afternoon.

Thank you,



**Asael Ace Marrero, RA, RID, AIA, ICC**
Director
Building Department
444 SW 2nd Avenue, 4th Floor
Miami, Florida 33130
(305) 416-1102 Office
(786) 282-2236 Cell
AMarrero@Miamigov.com
www.Miamigov.com/Building/

**Pl. Ex 613**

MIA-SFED23485-00061525

# City of Miami



ASAEL ACE MARRERO, RA, RID, AIA, ICC
Building Director

ARTHUR NORIEGA, V
City Manager

October 22, 2020

Mad Room, LLC,
William O. Fuller, Registered Agent
1637 SW 8 Street, Suite 200
Miami, Florida 33135
VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED
(7015 0640 0002 7813 3632)

Little Havana Arts Building, LLC.
William O. Fuller, Registered Agent
1637 SW 8 Street, Suite 200
Miami, Florida 33135
VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED
(7015 0640 0002 7813 3649)

**RE:    Suspension of Certificate of Occupancy**
1513 SW 8 Street, Miami, Florida 33135
Certificate # BD19005508CO / Permit Number BD19-005508-001-B001

Dear Sir;

As part of the City of Miami's review of permitting by private providers, the permits issued and the Certificate of Occupancy issued on September 11, 2020 have been fully reviewed. Based upon the findings of the audit of the private provider, I am hereby suspending the Certificate of Occupancy No. BD19005508CO pursuant to Florida Building Code Section 111.4. The City's audit revealed the Certificate of Occupancy was provided based on incomplete, misleading, and/or erroneous information as it relates to the requirements for fire safety and the Americans with Disabilities Act. A copy of the audit is attached to this letter of suspension for further detail.

The suspension shall take effect immediately and as such the building may not be occupied. Please govern yourself accordingly and follow the requirements as set forth in the Florida Building Code, the Code of the City of Miami, Florida, as amended, and the Code of Miami-Dade County, Florida, as amended.

Sincerely,

Building Official
Maurice Pons

Enclosure

MIA-SFED23485-00061526

cc:
Arthur V Noriega, City Manager, City of Miami
Asael Ace Marrero, Director, Building Department, City of Miami
Joseph A. Ruiz, Director, Zoning Department, City of Miami
Adele Valencia, Director, Code Compliance Department, City of Miami
Adrian Plasencia, Assistant Fire Chief, Fire Department, City of Miami
Victoria Mendez, City Attorney, City of Miami
Jordan Shaw, Esq, 110 SE 6 Street, Suite 2150, Ft Lauderdale, FL 33301
Valerie Haber, Esq., 333 SE 2 Avenue, Suite 3200, Miami, FL 33131
Alexander Orlofsky, Esq., 767 Arthur Godfrey Road, Miami Beach, FL 33140
Jeff Gutchess, Esq. 2121 NW 2 Avenue, Suite 201, Miami, FL 33127

MIA-SFED23485-00061527



## City of Miami
**BUILDING DEPARTMENT**

# Building Certificate

Certificate #: **BD19005508CO**

Certificate: **CO**

Permit #: **BD19-005508-001-B001**

Permit Holder: **GARBAGEMAN (G7 HOLDINGS, INC)**

Expiration Date: **N/A**

Purpose: **REMODELING/REPAIRS**

Folio #: **01-4102-006-6210**

Property Address: **1513 SW 8 ST**

Owner: **LITTLE HAVANA ARTS BLDG**

Owner Address: **1513 SW 8 ST MIAMI, FL 33135**

Edition of Code: **2017**

Legal Description: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 19 & 20 LESS ST BLK 103 LOT SIZE 100.000 X 125 COC 26115-4771 12 2007 1**

Comment:

| Zoning Use(s) | Occupant Load | Occupancy |
|---|---|---|
| **BAR / TAVERN (50 OR MORE OCCUPANTS)** | 70 | **A-2** |
| **RESTAURANT (50 OR MORE OCCUPANTS)** | | **A-2** |

This certificate is issued to the above-named permit holder for the building and premises at the above described location, and certifies that the work has been completed.

Maurice L. Pons
Building Official

Sep/11/2020

Date

Generated on Oct/22/2020 10:54 AM

MIA-SFED23485-00061528

**Marrero, Asael**

| | |
|---|---|
| **From:** | Plasencia, Adrian |
| **Sent:** | Thursday, October 22, 2020 11:51 AM |
| **To:** | Marrero, Asael |
| **Subject:** | 1513 SW 8 Street |

Good afternoon Ace,

After reviewing the plans associated with the structure located at 1513 SW 8 Street and learning of the additional rehabilitation work conducted, we have the following concerns that must be addressed.

- Due to extensive modifications per NFPA 101:43.5.2, the occupancy is required to have an approved, supervised automatic sprinkler system in accordance with NFPA 101:9.7.1. Additionally, means of egress including the exit discharge paths must be provided with illumination, emergency lighting, and marking of means of egress in accordance with NFPA 101:12.2.8, NFPA 101:12.2.9, and NFPA 101:12.2.10.

- Means of egress from the foyer area leading to the outside is noncompliant and must comply with the Florida Fire Prevention Code, NFPA 101:7.2.1.

- Clarification regarding main entrance door operation and locking arrangement is required to assure compliance with the Florida Fire Prevention Code, NFPA 101:7.2.1.

- Means of egress on NW corner is noncompliant per NFPA 101:7.5.2, as access to the exit is through a refrigeration/storage area and must lead to a public way per NFPA 101:7.7.

- Means of egress leading to food delivery/equipment staging area needs to meet requirements of NFPA 101:7.7, and assure safe access to a public way.

- Additional information is required regarding second floor outside platform, as this was not included in life safety plan. This also includes stair, handrail, and guard rail details along with common path of travel, travel distance, and other life safety requirements for the area per the Florida Fire Prevention Code.

- Second floor deck requires life safety plan and secondary means of egress.

1

MIA-SFED23485-00061529

- Additional information is required regarding stair, handrail, and guard rail details pertaining to stairs in storage rooms on the second floor.

- Additional information regarding storage in storage rooms is required to determine need for fire resistance rating of fire barriers per NFPA 101:12.3.2.1.2.

Regards,

**Adrian Plasencia, MPA**
Fire Marshal/Assistant Fire Chief
City of Miami Fire Rescue



Office: 305 416-1678 / Fax: 305 416-1665 / e-mail: Aplasencia@miamigov.com

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

MIA-SFED23485-00061530

# 1513 SW 8 ST

## BD19-005508-001
Remodeling/Repairs

Findings:

1. Remodeling of existing restaurant, including the legalization of previously non-permitted toilet facilities.

2. Plans do not adequately, and with clarity, demonstrate compliance with ADA requirements.

MIA-SFED23485-00061531



**City of Miami**
BUILDING DEPARTMENT

Quality Assurance Program
## Private Provider Plan Review AUDIT

F.S. §553.791(18)     Rev. 10-13-2020

**Plan Number:** BD19-005508-001   **Project Address:** 1513 SW 8 ST      **Date:** 10/13/2020

**AOR/EOR:** Manuel Rey, RA        **License No:** AR0008617

**Private Provider:** Elvis A. Torres, PE   **License No:** PE#80050   **Firm:** Ortus Engineering

**Audit review performed by:** Rafael Ballesteros, RA   **Discipline Reviewed:** BUILDING

| Item | Sheet Number | Code Reference | Comment |
|------|--------------|----------------|---------|
| 01 | General | N/A | This review referenced latest approved revision (2); "As-Built" set. |
| 02 | General | Code of CoM, Sec. 10-72 | LEGALIZATIONS: This project is "after the fact". For legalizations, provide an As-Built certificate from registered engineer or architect. The affidavit submitted shall be in the form described in Sec. 10-72. |
| 03 | All | Code of CoM, Sec. 10-72 | LEGALIZATIONS: The "existing" conditions shown on the plans cannot be readily verified through the official microfilm records of previously approved permits. |
| 04 | A0.01, (Occupant Load) | FAC Rule 61G1-16.001 | SEALS, ARCHITECT: All documents which are prepared by a registered architect-- and are submitted for public record-- must be signed & sealed, and dated. |
| 05 | A0.01, (Occupant Load) | FBC-EB Chapter 5 | CLASSIFICATION OF WORK: Identify the Alteration Level for this project. Level 3 alterations apply where the work area exceeds 50 percent of the building area. |
| 06 | A0.01, (Occupant Load) | FBC-B1010.1.2 | DOOR SWING: Egress doors shall be of the pivot or side-hinged swinging type. Egress doors opening into outdoor area on north side are folding type doors. |
| 07 | A0.01, (Occupant Load) | FBC-B1005 | MEANS OF EGRESS SIZING: Provide number of occupants, minimum egress width required & minimum egress width provided |

MIA-SFED23485-00061532

| | | | at both main points of egress from the building (south end) and courtyard (NE end). Life Safety tag #B indicating 80% of patrons will exit front doors is incorrect. |
|---|---|---|---|
| 08 | A0.01, (Occupant Load) | FBC-B1006.2.1 | EGRESS, COMMON PATH: Indicate maximum common paths from interior of building, assembly use courtyard & from storage mezzanine. |
| 09 | A0.01, (Occupant Load) | FBC-B1208.1 | MINIMUM DIMENSIONS: Kitchens shall have a clear passageway of 3'-0" between counter fronts and appliance, counter fronts & walls. |
| 10 | A0.01, (Occupant Load) | FBC-B706.4 | FIRE RESISTANCE: Indicate fire walls, fire barriers & their resistance at demising walls, existing or new. |
| 11 | A0.01, (Occupant Load) | FBC-B1003.4 FBC-B1003.6 | EGRESS: Provide clear width at NE exit corridor to street. Capacity & minimum clear width cannot be reduced along the path of egress travel. |
| 12 | A0.01, (Occupant Load) | FBC-B1004 | OCCUPANT LOAD:  Provide occupant load at storage & deck. What means are provided to keep this space from being accessed by the public. Provide all other pertinent life-safety information for this floor level. |
| 13 | A1.04 | FBC-B107.2.1 FBC-B1506 | ROOF SYSTEM:  Clarify if scope of work involves re-roofing or if roof is existing to remain. Provide all related drainage calculations, notation, details regarding roof slope, materials, scuppers, drains, flashing, etc. if roof work is applicable to this permit. |
| 14 | A1.05 | FBC-B1209.2 FBC-B1209.3 | ATTIC SPACES & MECHANICAL APPLIANCES:  Indicate ceiling access panels; indicate how other mechanical equipment is accessed. |
| 15 | A2.04 | FBC-A604.8.1.1 | TOILET COMPARTMENTS: Provide 60" minimum turning diameter in toilet stall. |

MIA-SFED23485-00061533

| 16 | A2.04 | FBC-A604.8.1.2 FBC-A604.8.1.6 | TOILET COMPARTMENTS: Doors shall not swing into minimum required compartment areas. Door must swing out from Women's accessible stall. |
| 17 | A2.04 | FBC-A604.5 FBC-A604.8.1.5 | TOILET COMPARTMENTS: Accessible stalls must have grab bars installed per the section cited |
| 18 | A2.04 | FBC-A604.8.2.2 | ACCESSIBLE ROUTES:  Compartment doors shall comply with section 404, maneuvering clearances. |
|  |  |  |  |

MIA-SFED23485-00061534



**City of Miami**
BUILDING DEPARTMENT

Quality Assurance Program

# Private Provider Plan Review AUDIT

F.S. §553.791(18)    Rev. 10-13-2020

**Plan Number:** BD19-005508-001    **Project Address:** 1513 SW 8 ST    **Date:** 10/22/2020

**AOR/EOR:** Amarilis Rodriguez    **License No:** PE#60236

**Private Provider:** Elvis Torres, PE    **License No:** PE#80050    **Firm:** Ortus Engineering

**Audit review performed by:** Armando Garcia    **Discipline Reviewed:** ELECTRICAL

| Item | Sheet Number | Code Reference | Comment |
|------|-------------|----------------|---------|
| 01 | E-102 | FBC E Conservation C4052.2.1/C405.2.2.2 | To provide time switch control with an accessible override switch, and accessible switches for 50% light reduction control (identify zones and manual control location) for public corridors, lobbies, building entrances and restrooms and any other areas that are not controlled by occupancy sensors |
| 02 | E-102 | FBC Energy C405.2.1/C405.2.1. | To provide occupancy sensors with manual on or automatic-on for no more than 50% of luminaires in classroom/ lecture/ training rooms, conference /meeting/multipurpose rooms, copy/print rooms, employee lunch and break rooms, lounges, private offices, restrooms, storage rooms, janitorial closets, locker rooms and other spaces less than 300 square feet. Shall also have manual control to turn lights off. |
| 03 | E201/E-601 and E-001/E-202 | | Two sheets with different labels and the same information were approved. |
| 04 | E-102/E-201 | NEC 600.5, FBC EC C405.2.4 | To provide sign circuit terminating in a box at front of occupancy and controlled by an astronomical timer or a photo sensor. |
| 05 | E-102 | All fans units must be installed using a FAN Box. Provide note. NEC 422.18. | All boxes supporting fan boxes shall be fan box rated. |

MIA-SFED23485-00061535

| 06 | E-102 | NEC 410-21 | Comply with **box ahead of fixture** –NEC 410-21. - Provide detail. Fixtures shall be rated for feed thru, if not comply with NEC 410-21. |
|----|-------|------------|---------------------------------------------------------------------------------------------------------------------------------------------|
| 07 | E-601 | NEC 110.9.10.16.24 | FOR THIS NEW SERVICE – Commercial,– NEC 110.9,10,16 & 24): Per this Code requirement, the Electrical service equipment must now be:<br><br>1. Provide the FPL letter with fault current value at the point of connection. This letter produced by utility company must be scanned into the set of documents (plans) for permanent retention.<br>2. Provide short circuit calculation.<br>3. Provide the IC rating of the equipment.<br><br>Add note stating that the service equipment must be labeled with the short circuit value and dated using a phenolic label or equivalent in order to sustain the surrounding environment. |

MIA-SFED23485-00061536



City of Miami
**BUILDING DEPARTMENT**

Quality Assurance Program

# Private Provider Plan Review AUDIT

*F.S. §553.791(18)    Rev. 10-13-2020*

**Plan Number:** BD19-005508-001    **Project Address:** 1513 SW 8 ST          **Date:** 10/13/2020

**AOR/EOR:** Amarilis Rodriguez          **License No:** PE#60236

**Private Provider:** Elvis Torres, PE      **License No:** PE#80050      **Firm**: Ortus Engineering

**Audit review performed by:** Roberto Martinez, PE    **Discipline Reviewed:** MECHANICAL

| Item | Sheet Number | Code Reference | Comment |
|------|--------------|----------------|---------|
| 01 | M101 | FBCM-2017-Section 506.3.13.3 | Grease duct termination shall be located not less than 10 feet horizontally from the hood make-up air fan. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MIA-SFED23485-00061537



**City of Miami**
BUILDING DEPARTMENT

Quality Assurance Program
## Private Provider Plan Review AUDIT

*F.S. §553.791(18)   Rev. 10-13-2020*

**Plan Number:** BD19-005508-001    **Project Address:** 1513 SW 8 ST        **Date:** 10/13/2020

**AOR/EOR:** Amarilis Rodriguez, PE        **License No:** PE#60236

**Private Provider:** Elvis Torres, PE        **License No:** PE#80050        **Firm:** Ortus Engineering

**Audit review performed by:** Karel Valdes, PE        **Discipline Reviewed:** PLUMBING

| Item | Sheet Number | Code Reference | Comment |
|------|--------------|----------------|---------|
| 01 | P101 | FBC P 802.1.2 | Indirect waste piping that exceeds 30 inches (762 mm) in developed length measured horizontally, or 54 inches (1372 mm) in total developed length, shall be trapped. |
| 02 | P901 | City of Miami Guidelines | Plan Pages P-101 and P-901 note of new sump pump installation do not match |
| 03 | P902 | FBC P 604.5 | The size of the water supply for the urinal shall be ¾ inches minimum. |
| 04 | M101 | FBC P 314.2.1 | The AC condensate shall not discharge into an area that could create a nuisance, This case a scupper is used, In commercial primary storm drainage system shall be discharged into a an approved disposal and not just to a scupper, the scupper could be used for the secondary as emergency but it will not be dripping water all the time as the AC conditioning does, A dry well shall be used at this case 12 inches out from the structure |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MIA-SFED23485-00061538



**City of Miami**
BUILDING DEPARTMENT

Quality Assurance Program
# Private Provider Plan Review AUDIT

F.S. §553.791(18)    Rev. 10-13-2020

**Plan Number:** BD19-005508-001    **Project Address:** 1513 SW 8 ST    **Date:** 10/13/2020

**AOR/EOR:** Leandro Fernandez, PE    **License No:** PE#71579

**Private Provider:** Elvis Torres, PE    **License No:** PE#80050    **Firm:** Ortus Engineering

**Audit review performed by:** Aymee Somohano, PE    **Discipline Reviewed:** STRUCTURAL

| Item | Sheet Number | Code Reference | Comment |
|------|-------------|----------------|---------|
| 01 | S-1/S2 | FBC 2017 Chapter 107.3.5 | Wood stage structure, Provide connections details of all structural elements of the wood stage. (Post, joist, Stringer ) |
| 02 | S-1/S2 | FBC 2017 Chapter 107.3.5 | Wood Stage. Provide specifications of the concrete slab supporting the 4x4 wood post. |
| 03 | S-1/S2 | FBC 2017, Section 1803 | Provide on plan properly worded Soil's Statement. **EXAMPLE OF SOIL STATEMENT:** Soil at this site is Sand and Rock adequate to support the design load of 2000 PSF. After excavation a signed, sealed, and dated letter will be submitted by the RA or PE of Record attesting that the site has been observed and the foundation conditions are similar to those upon which the design is based upon. |
| 04 | S-1/S2 | FBC2017 Section 1626 | Structural envelope shall meet impact test criteria or be protected with an external protection device that meets the impact test criteria. All structural elements of system used must be specified on plan and must match exactly with report. Provide Florida approval for Shutters. |
| 05 | S1/S2/S4/S5 | FBC 2017 /ASCE 2010 Chapter 4 | Indicate on plan Minimum Design Live Loads for space according with their use. (storage, stage, deck etc.) |

MIA-SFED23485-00061539

| 06 | | FBC 2017 Chapter 107.2.1/FBC 2017 Existing Buildings | Provide on plan a detailed scope of work for this permit. Scope of Work to be done must include that required by the FBC-Existing Buildings for the classified level of Alteration.  Refer to chapters 6, 7 and 8 (as appropriate) for requirements. |
| 07 | | FBC 2017 Existing Buildings | Submit As-Built certificate letter signed, sealed, and dated by PE (Include written name, and Lic. number) certifying that all structural elements corresponding to the legalization area are **as shown on the permit drawings**, structurally sound, safe and that they comply with the FBC. Specify year of construction. Miami-Dade County Code of Ordinances, Part III, Chapter 8, Article I, Section 8-11 (g). As-built certificate shall contain a narrative description of the methodology utilized to make the determination set forth in the As-built Certificate. Need to legalize those areas, remodeled, altered or repaired without permits and must be identified on plan, drawings must be consistent with As built letter. NOA's /Florida Approval use for storefronts/Shutters /windows and doors shall be included in the certificated letter |
| 08 | | FBC 2017 Existing Buildings | Structural calculations submitted are incomplete. Please Provide a complete structural calculation for all new and existing structural elements remodeled, altered or repaired without permit. |
| | | | |
| | | | |

STRUCTURAL Review / BD19-005508-001 / 1513 SW 8 ST

Page **2** of **2**

MIA-SFED23485-00061540



MIA-SFED23485-00061541

# City of Miami



ARTHUR NORIEGA, V
City Manager

October 22, 2020

The Mad Room, LLC d/b/a Ball and Chain
c/o William O. Fuller, Registered Agent
1637 SW 8 Street, Suite 200
Miami, Florida 33135
VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED
(7015 0640 0002 7813 3625)

**Re:** **Certificate of Use Revocation**
The Mad Room, LLC d/b/a Ball and Chain
1513 SW 8 Street, Miami, FL 33135

To Whom It May Concern:

Please be advised that, effective immediately, Certificate of Use Nos. 2010-000808 and 1405-001154 are hereby revoked pursuant to Section 2-211(b) of the Code of the City of Miami, Florida, as amended" ("Code"). Building Certificate of Occupancy, issued on September 11, 2020, has been suspended resulting in the revocation.

Please be advised that pursuant to Section 2-211(c) of the Code, you may appeal this revocation to the Planning, Zoning and Appeals Board by filing an appeal with the Office of Hearing Boards within fifteen (15) days of the date of this letter. The filing of an appeal, and payment of appropriate fee, may be submitted online by visiting the following website: https://www.miamigov.com/Services/Building-Permitting/Planning-Zoning/Appeal-a-Zoning-Administrator-Interpretation-or-a-Planning-Director-Determination-or-a-Certificate-of-Use.

Sincerely,

Joseph A. Ruiz, Esq.
Director // Zoning Administrator

Cc:     Arthur V Noriega, City Manager, City of Miami
        Asael Marrero, Director, Building Department, City of Miami
        Maurice Pons, Deputy Director, Building Department, City of Miami
        Adele Valencia, Director, Code Compliance Department, City of Miami
        Adrian Plasencia, Assistant Fire Chief, Fire Department, City of Miami
        Victoria Mendez, City Attorney, City of Miami
        Jordan Shaw, Esq, 110 SE 6 Street, Suite 2150, Ft Lauderdale, FL 33301
        Valerie Haber, Esq., 333 SE 2 Avenue, Suite 3200, Miami, FL 33131
        Alexander Orlofsky, Esq., 767 Arthur Godfrey Road, Miami Beach, FL 33140
        Jeff Gutchess, Esq. 2121 NW 2 Avenue, Suite 201, Miami, FL 33127

MIA-SFED23485-00061542



MIA-SFED23485-00061543

Plaintiff's Exhibit **28**
Witness: Asael Marrero
Date: 8/18/22
Court Reporter: Rick Levy, RPR, FPR

Date:           Mon, 30 Nov 2020 9:12:23 AM -0500

Sent:           Mon, 30 Nov 2020 9:12:43 AM -0500

Subject:        FW: Ball & Chain - Areas

From:           Pons, Maurice <MPons@miamigov.com>

To:             Marrero, Asael <AMarrero@miamigov.com>;

Attachments:    A1.02_BALL  CHAIN 3.0 - Alteration Areas.pdf; A1.03_BALL  CHAIN 3.0 - Alteration Areas.pdf; xA1.02_BALL  CHAIN 3.0 - Alt Areas.pdf; xA1.02_BALL  CHAIN 3.0 - Alteration Areas A.pdf; xA1.03_BALL  CHAIN 3.0 - Alt Areas B.pdf

Thank you,



**Maurice Pons**
Deputy Director / Building Official
Building Department
444 SW 2nd Avenue, 4th Floor
Miami, Florida 33130
(305) 416-1170 Office
(305) 469-2180 Cell
(305) 416-2168 Fax
mpons@miamigov.com
www.miamigov.com/Building/

**From:** Ballesteros, Rafael <RBallesteros-c@miamigov.com>
**Sent:** Monday, November 30, 2020 9:03 AM
**To:** Pons, Maurice <MPons@miamigov.com>
**Subject:** Ball & Chain - Areas

**Pl. Ex 614**

MIA-SFED23485-00023298



EXISTING PARTIAL SOUTHSIDE FIRST FLOOR PLAN

A1.02

MIA-SFED23485-00023299



MIA-SFED23485-00023300



MIA-SFED23485-00023301



MIA-SFED23485-00023302



AS-BUILT NOTE:
•THESE DRAWINGS SHOW THE CURRENT AS-BUILT CONDITIONS OF 1513 SW 8TH STREET #200, MIAMI, FL 33135
•THESE DRAWINGS REPRESENT ALL COMMENTS AS GENERATED BY THE CITY OF MIAMI UNDER BD19-005500-001
•AT THIS TIME THE VENUE IS NOT IN FULL COMPLIANCE WITH THE CURRENT ADA CODE 2017.

EXISTING CONDITION NOTE:
FLOOR PLAN REPRESENTS EXISTING CONDITIONS

RENOVATION WALL INDEX

EXISTING PARTIAL NORTHSIDE FIRST FLOOR PLAN

SALADINO DESIGN STUDIOS

MANUEL REY

BALL & CHAIN BAR/ TAVERN *RESTAURANT
1513 S.W. 8TH ST. #200
MIAMI, FL 33135

LITTLE HAVANNA ARTS BLDG, LLC

ARPE ENGINEERING

A1.03

MIA-SFED23485-00023303

Plaintiff's Exhibit   **31**
Witness: Asael Marrero
Date:   8/18/22
Court Reporter: Rick Levy, RPR, FPR

| Date: | Fri, 13 Nov 2020 9:18:00 AM -0500 |
|---|---|
| Sent: | Fri, 13 Nov 2020 9:20:20 AM -0500 |
| Subject: | RE: Mad Room, LLC d/b/a The Ball & Chain |
| From: | Marrero, Asael <AMarrero@miamigov.com > |
| To: | Dooley, Rachel S. <RSDooley@miamigov.com>; Calleros Gauger, Jeremy <JCallerosGauger@miamigov.com >; Brown, Kemarr <KBrown@miamigov.com >; Ruiz, Joseph A. <jaruiz@miamigov.com >; Frost, Tamara <TFrost@miamigov.com >; Pons, Maurice <MPons@miamigov.com >; |
| Attachments: | image002.png; image003.png |

We are available at your earliest convenience.  I am fully booked for today, but we only need 5 minutes.


Thanks,


**Asael Ace Marrero, RA, RID, AIA, ICC**
Director
Building Department


**Assistant:  Anna M. Medina 305-416-1101**
amedina@miamigov.com


**From:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Sent:** Thursday, November 12, 2020 5:47 PM
**To:** Marrero, Asael <AMarrero@miamigov.com >; Calleros Gauger, Jeremy <JCallerosGauger@miamigov.com >; Brown, Kemarr <KBrown@miamigov.com >; Ruiz, Joseph A. <jaruiz@miamigov.com >; Frost, Tamara <TFrost@miamigov.com >; Pons, Maurice <MPons@miamigov.com >
**Subject:** FW: Mad Room, LLC d/b/a The Ball & Chain
**Importance:** High


So who has time to discuss this tomorrow, Friday the 13th!????  Just an internal meeting.  No more than 15 to 20 mintues.
**Regards,**

**Rachel S. Glorioso Dooley,  Senior Assistant City Attorney**



City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely.  All calls are being forwarded  and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

Disclaimer: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information.  If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges.  Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521.  If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**Pl. Ex 616**

**From:** Mendez, Victoria <VMendez@miamigov.com>
**Sent:** Thursday, November 12, 2020 5:34 PM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Subject:** FW: Mad Room, LLC d/b/a The Ball & Chain

Can you talk to Ace and the team?  Thx

---

**From:** Jordan Shaw <JShaw@zpllp.com>
**Sent:** Thursday, November 12, 2020 10:48 AM
**To:** Mendez, Victoria <VMendez@miamigov.com>; rdooley@miamigov.com
**Cc:** Kim Slaven <kslaven@zpllp.com>; Melissa Perez <mperez@zpllp.com>; Maria Edmondson <MEdmondson@zpllp.com>;
Zachary D. Ludens <zludens@zpllp.com>
**Subject:** Mad Room, LLC d/b/a The Ball & Chain

> **CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender
> and know the content is safe.

Vicky and Rachel:

I hope that this email finds you well.  We are following up after our meeting last Wednesday, where the City
informed us that Ortus had cancelled its meeting with the City.  As we stated on that call, Ball & Chain is
prepared to work directly with the City moving forward so that Ball & Chain can make any necessary changes
and get back open.  Here we are a week later, and there seems to be no progress.  So, the purpose of this email
is to request a meeting between the appropriate City departments, Ortus, my client's architect, and my client.

The City's position is that Ortus and the architecture firm made a mistake and that the City's audit revealed this
mistake.  On the call last week, it became clear in discussions with Ace that the City is not taking the position
that Ball & Chain submitted any false documents.  Therefore, it should be clear to the City that Ball & Chain is
getting caught in the middle of what is really a dispute between the City and Ortus.  Ball & Chain is trying to
minimize the harm to itself and the harm to its 120 employees as a result of what is truly a dispute between the
City and Ortus at this point.  My client seeks this meeting to try to develop the plans necessary to comply with
the items listed in the audit, which led to the revocation and suspension of the C.O. and C.U.

For this reason, we respectfully request that you assist us in setting a meeting between the Department heads,
Ortus, and Ball & Chain.  It is imperative that we try to have a meeting—preferably early next week—so that
Ball & Chain can get the plans going into motion so that the C.O. and C.U. can be restored.  As became clear on
the call last week, it is obvious that the Ball & Chain employees are the ones suffering as a result of the audit.

I know that you have expressed a hesitance to allow my client representatives at the table to this point, but
given that my client is willing to work directly with the City instead of going through a private provider, my
client must insist that it have a seat at the table.  Again, any other business working directly with the City would
have a seat at the table.  Ortus has indicated to my client that Ortus would attend and allow Ball & Chain's
attendance.  As we previously stated, while the technical portions are being discussed, I will agree for the
lawyers not to participate in the call, only listen in.  I am also happy to have Mr. Fuller present with me so that I
can assure you that he will be nothing but professional, if that will assuage your concerns.  As I told you on the
call last week, my client still is not in a litigation position, so I am hopeful that this meeting can happen.  We also
suggested having Ms. Haber on the call, as she is not in an adversarial role here.  I am open to reasonable
suggestions/limitations if it makes the meeting happen so that Ball & Chain can get plans in place and begin to
bring itself into compliance.

Thank you.



MIA-SFED23485-00274054

**JORDAN A. SHAW, ESQ.** | *Partner at the Firm*

110 Southeast 6th Street. Suite 2150. Ft. Lauderdale, FL 33301

Main: 954-989-6333 | Direct: 954-595-6060 | F: 954-989-7781

Email | Vcard | Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited.* If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer: (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

MIA-SFED23485-00274055

# City of Miami

*City Hall*
*3500 Pan American Drive*
*Miami, FL 33133*
*www.miamigov.com*



## Meeting Agenda

**Thursday, October 22, 2020**

**9:00 AM**

**City Commission Meeting**

**City Hall**

## City Commission

*Francis X. Suarez, Mayor*
*Keon Hardemon, Chair, District Five*
*Ken Russell, Vice Chair, District Two*
*Alex Diaz de la Portilla, Commissioner, District One*
*Joe Carollo, Commissioner, District Three*
*Manolo Reyes, Commissioner, District Four*
*Arthur Noriega, V, City Manager*
*Victoria Méndez, City Attorney*
*Todd B. Hannon, City Clerk*

**Pl. Ex 620**

**ANY PERSON WHO IS A LOBBYIST PURSUANT TO CHAPTER 2, ARTICLE VI OF THE CITY CODE MUST REGISTER WITH THE CITY CLERK AND COMPLY WITH RELATED CITY REQUIREMENTS FOR LOBBYISTS PRIOR TO ENGAGING IN LOBBYING ACTIVITIES BEFORE CITY STAFF, BOARDS, COMMITTEES, AND THE CITY COMMISSION.  A COPY OF THE CITY CODE SECTION IS AVAILABLE AT THE OFFICE OF THE CITY CLERK OR ONLINE AT WWW.MUNICODE.COM.**

**ANY PERSON MAKING A PRESENTATION, FORMAL REQUEST, OR PETITION TO THE CITY COMMISSION CONCERNING REAL PROPERTY MUST MAKE THE DISCLOSURES REQUIRED BY THE CITY CODE IN WRITING.  A COPY OF THIS CITY CODE SECTION IS AVAILABLE AT THE OFFICE OF THE CITY CLERK OR ONLINE AT WWW.MUNICODE.COM.**

**PURSUANT TO SECTION 4(G)(5) OF THE CITY CHARTER, THE MAYOR MAY VETO CERTAIN ITEMS APPROVED BY THE CITY COMMISSION WITHIN TEN CALENDAR DAYS FOLLOWING THE COMMISSION ACTION.  THE CITY COMMISSION MAY, AFTER THE VETO OCCURS, OVERRIDE SUCH VETO BY A FOUR-FIFTHS VOTE OF THE COMMISSIONERS THEN PRESENT.**

**ANY PERSON MAKING OFFENSIVE REMARKS OR WHO BECOMES UNRULY IN THE COMMISSION CHAMBERS WILL BE BARRED FROM FURTHER ATTENDING CITY COMMISSION MEETINGS AND MAY BE SUBJECT TO ARREST.  NO CLAPPING, APPLAUDING, HECKLING, OR VERBAL OUTBURSTS IN SUPPORT OR OPPOSITION TO A SPEAKER OR HIS OR HER REMARKS SHALL BE PERMITTED.  NO SIGNS OR PLACARDS SHALL BE ALLOWED IN THE COMMISSION CHAMBERS.  PERSONS EXITING THE COMMISSION CHAMBER SHALL DO SO QUIETLY.**

**THE MATERIAL FOR EACH ITEM ON THE AGENDA IS AVAILABLE DURING BUSINESS HOURS AT THE OFFICE OF THE CITY CLERK AND ON-LINE, 24 HOURS A DAY, AT WWW. MIAMIGOV.COM.**

**ANY PERSON MAY BE HEARD BY THE CITY COMMISSION, THROUGH THE CHAIR FOR NOT MORE THAN TWO MINUTES, ON ANY PROPOSITION BEFORE THE CITY COMMISSION UNLESS MODIFIED BY THE CHAIR.  IF THE PROPOSITION IS BEING CONTINUED OR RESCHEDULED, THE OPPORTUNITY TO BE HEARD MAY BE AT SUCH LATER DATE, BEFORE THE CITY COMMISSION TAKES ACTION ON SUCH PROPOSITION.  THE CHAIR WILL ADVISE THE PUBLIC WHEN THE PUBLIC MAY HAVE THE OPPORTUNITY TO ADDRESS THE CITY COMMISSION DURING THE PUBLIC COMMENT PERIOD OR AT ANY OTHER DESIGNATED TIME.**

     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

**ANYONE WISHING TO APPEAL ANY DECISION MADE BY THE CITY COMMISSION FOR ANY MATTER CONSIDERED AT THIS MEETING MAY NEED A VERBATIM RECORD OF THE ITEM.  A VIDEO OF THIS MEETING MAY BE REQUESTED AT THE DEPARTMENT OF COMMUNICATIONS OR VIEWED ONLINE AT WWW.MIAMIGOV.COM.  ANY PERSON WITH A DISABILITY REQUIRING ASSISTANCE, AUXILIARY AIDS, AND SERVICES FOR MEETINGS MAY NOTIFY THE OFFICE OF THE CITY CLERK.**

     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

**THE LUNCH RECESS WILL BEGIN AT THE CONCLUSION OF DELIBERATION OF THE AGENDA ITEM BEING CONSIDERED AT NOON. THE MEETING WILL END EITHER AT THE CONCLUSION OF THE DELIBERATION OF THE AGENDA ITEM BEING CONSIDERED AT 10:00 P.M. OR AT THE CONCLUSION OF THE REGULARLY SCHEDULED AGENDA, WHICHEVER OCCURS FIRST.  THIS RULE DOES NOT APPLY WHEN THE CITY COMMISSION IS ENGAGED IN ITS ANNUAL BUDGET HEARINGS (ORDINANCE 12586).**

       **Meeting Agenda**       

**9:00 AM**        **INVOCATION AND PLEDGE OF ALLEGIANCE**


**PART A - NON-PLANNING AND ZONING ITEM(S)**


**AM - APPROVING THE MINUTES OF THE FOLLOWING MEETINGS:**

**MV - MAYORAL VETO(ES)**


(Pursuant to Section 4(g)(5) of the charter of Miami, Florida, Item(s) vetoed by the Mayor shall be placed by the city clerk as the first substantive item(s) for the commission consideration.)

**END OF MAYORAL VETO(ES)**

## CA - CONSENT AGENDA

Unless a member of the City Commission wishes to remove a specific item from this portion of the agenda, Items CA.1 through CA.5 constitute the Consent Agenda. These resolutions are self-explanatory and are not expected to require additional review or discussion. Each item will be recorded as individually numbered resolutions, adopted unanimously by the following motion.

"...that the Consent Agenda comprised of items CA.1 through CA.5 be adopted..."

The Presiding Officer or City Clerk shall state the following: "Before the vote on adopting items included in the Consent Agenda is taken, is there anyone present who is an objector or proponent that wishes to speak on any item in the Consent Agenda. Hearing none, the vote on the adoption of the Consent Agenda will now be taken."

**CA.1**                              **RESOLUTION**

**7847**                              A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH
                                      ATTACHMENT(S), AUTHORIZING THE CITY MANAGER TO
**Department of Human**               NEGOTIATE AND EXECUTE A GRANT AGREEMENT ("AGREEMENT"),
**Services**                          IN A FORM ACCEPTABLE TO THE CITY ATTORNEY, WITH CAMILLUS
                                      HOUSE, INC., A FLORIDA NOT FOR PROFIT CORPORATION
                                      ("CAMILLUS HOUSE"), TO CONTINUE THE CITY OF MIAMI'S ("CITY")
                                      SHELTER PROGRAM INCLUDING THE PROVISION OF SEVENTY-
                                      FIVE (75) BEDS IN CAMILLUS HOUSE WITHIN THE CAMILLUS
                                      HOUSE NORWEGIAN CRUISE LINE CAMPUS EMERGENCY
                                      SHELTER FOR THE NIGHTLY USE OF HOMELESS INDIVIDUALS
                                      WITH TEN (10) BEDS BEING SET ASIDE AS OVERNIGHT BEDS
                                      ALONG WITH OTHER ASSOCIATED AND ACCOMPANYING
                                      HOMELESS SERVICES AND CASE MANAGEMENT FOR A PERIOD
                                      OF ONE (1) YEAR, SUBJECT TO SAID BEDS BEING EXCLUSIVELY
                                      DESIGNATED FOR THE CITY'S HOMELESS INDIVIDUALS WHO ARE
                                      POTTINGER CANDIDATES (COLLECTIVELY, "SHELTER PROGRAM")
                                      AND AT A TOTAL NOT TO EXCEED AMOUNT OF FOUR HUNDRED
                                      SIXTY THOUSAND DOLLARS ($460,000.00) WITH CONDITIONS AS
                                      STATED HEREIN AND IN THE AGREEMENT, PAYABLE IN TWELVE
                                      (12) MONTHLY INSTALLMENTS FOR THE CITY'S FISCAL YEAR 2020-
                                      2021 FROM THE DEPARTMENT OF HUMAN SERVICES' BUDGET.

City Commission                    Meeting Agenda                    October 22, 2020

**CA.2**

**7848**

*Department of Human Services*

**RESOLUTION**

A RESOLUTION OF THE MIAMI CITY COMMISSION AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE A GRANT AGREEMENT, IN A FORM ACCEPTABLE TO THE CITY ATTORNEY ("AGREEMENT'), BETWEEN CAMILLUS HOUSE, INC., A FLORIDA NOT FOR PROFIT CORPORATION ("CAMILLUS HOUSE") AND THE CITY OF MIAMI ("CITY") TO PROVIDE GRANT FUNDING FOR THE CAMILLUS HOUSE DAY SERVICES PROGRAM WHICH IS DESIGNED TO PROVIDE MEANINGFUL AND ENGAGING ACTIVITIES FOR QUALIFYING PARTICIPANTS AND TO PROVIDE SAID PARTICIPANTS WITH, A HOT MEAL, A SHOWER, MAILBOXES, AND IDENTIFICATION SERVICES TO ASSIST WITH RE-ESTABLISHING THEIR CORRESPONDENCE AND IDENTIFICATION, AMONG OTHER THINGS, AS A UNIQUE SERVICE PROVIDED SOLELY BY CAMILLUS HOUSE IN THE CITY (COLLECTIVELY, "PROGRAM") AT A TOTAL COST NOT TO EXCEED ONE HUNDRED THOUSAND DOLLARS ($100,000.00) FOR THE CITY'S FISCAL YEAR 2020-2019, WITH CONDITIONS AS STATED IN THE AGREEMENT, PAYABLE BY THE CITY TO CAMILLUS HOUSE IN TWELVE (12) MONTHLY INSTALLMENTS COMMENCING DURING THE CITY'S 2020-2021 FISCAL YEAR FOR AN INITIAL PERIOD OF ONE (1) YEAR WITH THE OPTION TO RENEW FOR UP TO FIVE (5) ADDITIONAL ONE (1) YEAR PERIODS OF CITY SPONSORSHIP GRANT FUNDING UNDER THE SAME TERMS AND CONDITIONS IN THE AGREEMENT AND SUBJECT TO THE AVAILABILITY OF FUNDING AND BUDGETARY APPROVAL AT TIME OF NEED; FURTHER AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE ANY AND ALL OTHER NECESSARY DOCUMENTS, MODIFICATIONS, RENEWALS, AND AMENDMENTS, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, TO COMPLETE AND FURTHER THE GRANT ALLOCATION AND APPROPRIATION FOR THE PROGRAM.

**CA.3**

**7896**

*Department of Resilience and Public Works*

**RESOLUTION**

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), AUTHORIZING AND DIRECTING THE CITY MANAGER TO ACCEPT EIGHTEEN (18) RIGHT-OF-WAY DEEDS AND ONE (1) QUIT CLAIM RIGHT-OF-WAY DEED OF DEDICATION, ALL AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED (COLLECTIVELY, "DEEDS"), FOR HIGHWAY PURPOSES; APPROVING AND AUTHORIZING THE RECORDATION OF THE DEEDS IN THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA; FURTHER DIRECTING THE CITY CLERK TO RETAIN COPIES OF THE DEEDS.

**CA.4**

**7996**

**_Department of Resilience and Public Works_**

<u>**RESOLUTION**</u>

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENTS, AUTHORIZING THE INSTALLATION OF MONUMENT SIGNS IDENTIFYING THE SHENANDOAH NEIGHBORHOOD, AS SUBSTANTIALLY DEPICTED IN EXHIBIT "A",  ATTACHED AND INCORPORATED, LOCATED WITHIN TRAFFIC CIRCLES AND MEDIANS IN THE PUBLIC RIGHT OF WAY AT CERTAIN ENUMERATED APPROXIMATE LOCATIONS MORE SPECIFICALLY DESCRIBED IN EXHIBIT "B", ATTACHED AND INCORPORATED; AUTHORIZING THE ACCEPTANCE OF THE DONATION OF THE DESIGN, PERMITTING, CONSTRUCTION, AND REPLACEMENT OF SAID SIGNS BY THE MIAMI-SHENANDOAH NEIGHBORHOOD ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION.

**CA.5**

**7844**

**_Office of the City Attorney_**

<u>**RESOLUTION**</u>

A RESOLUTION OF THE MIAMI CITY COMMISSION AUTHORIZING THE CITY MANAGER TO ACCEPT AN OFFER TO SETTLE AND EXECUTE ANY AND ALL SETTLEMENT DOCUMENTS, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, WITHOUT ADMISSION OF LIABILITY, IN SETTLEMENT OF THE CLAIMS AND DEMANDS, INCLUDING ALL CLAIMS FOR ATTORNEYS' FEES, AS MORE SPECIFICALLY DETAILED IN THE SETTLEMENT AGREEMENT, WITH MORRIS & MCDANIEL, INC., EXECUTIVE RISK INDEMNITY, INC., THEIR OFFICERS, AGENTS, AND EMPLOYEES IN THE CASE STYLED THE CITY OF MIAMI V. MORRIS & MCDANIEL, INC. AND EXECUTIVE RISK INDEMNITY, INC., PENDING IN THE CIRCUIT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA, CASE NO. 1998-7760-CA-27.

<u>**END OF CONSENT AGENDA**</u>

**City Commission**        **Meeting Agenda**        **October 22, 2020**

## PH - PUBLIC HEARINGS

**PH.1**        **RESOLUTION**

**7856**

*Department of Housing and Community Development*

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), ALLOCATING PROGRAM INCOME FROM COMMUNITY DEVELOPMENT BLOCK GRANT FUNDS GENERATED FROM FEBRUARY 1, 2020 TO JULY 31, 2020 IN THE AMOUNT OF $83,376.86 FOR ELIGIBLE HOUSING AND ECONOMIC DEVELOPMENT ACTIVITIES, AS MORE PARTICULARLY SPECIFIED IN EXHIBIT "A," ATTACHED AND INCORPORATED; FURTHER AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE ANY AND ALL NECESSARY DOCUMENTS, INCLUDING AMENDMENTS, EXTENSIONS, AND MODIFICATIONS, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, SUBJECT TO ALL FEDERAL, STATE, AND LOCAL LAWS THAT REGULATE THE USE OF SUCH FUNDS, FOR SAID PURPOSE.

**PH.2**        **RESOLUTION**

**7857**

*Department of Housing and Community Development*

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), ALLOCATING PROGRAM INCOME FROM HOME INVESTMENT PARTNERSHIP ("HOME") PROGRAM FUNDS GENERATED FROM FEBRUARY 1, 2020 TO JULY 31, 2020 IN THE TOTAL AMOUNT OF $193,998.06 TO THE CATEGORIES SPECIFIED IN EXHIBIT "A," ATTACHED AND INCORPORATED; AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE ANY AND ALL NECESSARY DOCUMENTS, INCLUDING ANY AND ALL AMENDMENTS, EXTENSIONS, AND MODIFICATIONS, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, SUBJECT TO ALL FEDERAL, STATE, AND LOCAL LAWS THAT REGULATE THE USE OF SUCH FUNDS, FOR SAID PURPOSE.

**City Commission**                   **Meeting Agenda**                   **October 22, 2020**

**PH.3**                              <u>**RESOLUTION**</u>

**7816**                             A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH
                                      ATTACHMENT(S), AMENDING AND SUPPLEMENTING RESOLUTION
*Department of Housing*               NO. R-19-0111 ADOPTED BY THE CITY COMMISSION ON MARCH 14,
*and Community*                       2019, WHICH AUTHORIZED THE CITY MANAGER, THE CITY
*Development*                         ATTORNEY, AND BOND COUNSEL TO TAKE ANY AND ALL STEPS
                                      NECESSARY TO VALIDATE THE APPROVED AND EXPECTED
                                      FUTURE EXPENDITURES NOT TO EXCEED ONE HUNDRED MILLION
                                      DOLLARS ($100,000,000.00) OF THE AGGREGATE PRINCIPAL TOTAL
                                      AMOUNT OF THE AFFORDABLE HOUSING AND ECONOMIC
                                      DEVELOPMENT PORTION OF THE MIAMI FOREVER BONDS IN
                                      ORDER TO REFLECT THE CHANGES TO FOUR (4) OF THE
                                      PROGRAM TYPE STANDARD OPERATING PROCEDURES FOR THE
                                      AFFORDABLE HOMEOWNERSHIP STRATEGY, AFFORDABLE NEW
                                      CONSTRUCTION RENTAL STRATEGY, AFFORDABLE WORKFORCE
                                      NEW RENTAL STRATEGY, AND HOMEOWNERSHIP PRESERVATION
                                      STRATEGY, ALL AS SET FORTH IN COMPOSITE EXHIBIT "A,"
                                      ATTACHED AN INCORPORATED.

                                      History:

                                      09/24/20   City Commission  CONTINUED              Next: 10/22/20

| | |
|---|---|
| **RESULT:** | **CONTINUED [UNANIMOUS]   Next: 10/22/2020 9:00 AM** |
| **MOVER:** | Alex Diaz de la Portilla, Commissioner, District One |
| **SECONDER:** | Manolo Reyes, Commissioner, District Four |
| **AYES:** | Keon Hardemon, Ken Russell, Alex Diaz de la Portilla, Manolo Reyes |
| **ABSENT:** | Joe Carollo |

**PH.4**                              <u>**RESOLUTION**</u>

**7919**                             A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH
                                      ATTACHMENT(S), ACCEPTING THE PLAT TITLED "MIAMI DADE
*Department of*                       COLLEGE MED PARKING", A REPLAT IN THE CITY OF MIAMI OF THE
*Resilience and Public*               PROPERTY DESCRIBED IN ATTACHMENT "1", SUBJECT TO
*Works*                               SATISFACTION OF ALL CONDITIONS REQUIRED BY THE PLAT AND
                                      STREET COMMITTEE AS SET FORTH IN EXHIBIT "A", ATTACHED
                                      AND INCORPORATED, AND THE PROVISIONS CONTAINED IN
                                      SECTION 55-8 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS
                                      AMENDED; ACCEPTING THE DEDICATIONS SHOWN ON THE PLAT;
                                      AND AUTHORIZING AND DIRECTING THE CITY MANAGER AND CITY
                                      CLERK TO EXECUTE THE PLAT AND CAUSE THE RECORDATION
                                      OF THE PLAT IN THE PUBLIC RECORDS OF MIAMI-DADE COUNTY,
                                      FLORIDA.

<u>**END OF PUBLIC HEARINGS**</u>

City Commission | Meeting Agenda | October 22, 2020

## RE - RESOLUTIONS

**RE.1**

**7734**

*Department of Fire-Rescue*

### RESOLUTION

A RESOLUTION OF THE MIAMI CITY COMMISSION ESTABLISHING A NEW SPECIAL REVENUE PROJECT TITLED "FISCAL YEAR 2020 – DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY ('FEMA'), URBAN SEARCH & RESCUE ('USAR') COOPERATIVE AGREEMENT"; APPROPRIATING FUNDS IN AN AMOUNT NOT TO EXCEED $1,222,631.00 CONSISTING OF A GRANT FROM FEMA TO BE USED BY THE DEPARTMENT OF FIRE-RESCUE TO PROVIDE ADMINISTRATIVE AND PROGRAM MANAGEMENT, TRAINING, SUPPORT, EQUIPMENT CACHE PROCUREMENT, MAINTENANCE, AND STORAGE FOR THE SOUTH FLORIDA USAR PROGRAM; AUTHORIZING THE CITY MANAGER TO ACCEPT SAID GRANT AWARD; FURTHER AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE ANY AND ALL NECESSARY DOCUMENTS, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, IN ORDER TO IMPLEMENT THE ACCEPTANCE OF AND COMPLIANCE WITH SAID GRANT.

**RE.2**

**7987**

*Department of Fire-Rescue*

### RESOLUTION

A RESOLUTION OF THE MIAMI CITY COMMISSION ACCEPTING GRANT FUNDS IN THE AMOUNT OF $1,104,350.00, WITH NO MATCHING FUNDS REQUIRED FROM THE CITY OF MIAMI ("CITY"), CONSISTING OF A GRANT AWARDED BY THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, TO THE CITY'S DEPARTMENT OF FIRE-RESCUE TO BE USED FOR THE TRAINING OF PERSONNEL IN SPECIALIZED RAPID INTERVENTION SURVIVAL TECHNIQUES FOR THE PERIOD BEGINNING SEPTEMBER 29, 2020 AND ENDING SEPTEMBER 28, 2021; FURTHER ESTABLISHING A NEW SPECIAL REVENUE PROJECT TITLED "FY-2019 ASSISTANCE TO FIREFIGHTERS GRANT PROGRAM" AND APPROPRIATING FUNDS FOR THE OPERATION OF THE SAME; FURTHER AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE ANY AND ALL NECESSARY DOCUMENTS, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, FOR THE ACCEPTANCE, IMPLEMENTATION OF, AND COMPLIANCE WITH SAID GRANT AWARD.

| City Commission | Meeting Agenda | October 22, 2020 |
|---|---|---|

**RE.3**                    <u>**RESOLUTION**</u>

**7879**

***Department of Police***

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), RETROACTIVELY AUTHORIZING THE CITY MANAGER TO EXECUTE A MEMORANDUM OF UNDERSTANDING, IN SUBSTANTIALLY THE ATTACHED FORM, TO ACCEPT FUNDS FROM THE SCHOOL BOARD OF MIAMI-DADE COUNTY, BY AND ON BEHALF OF THE MIAMI-DADE SCHOOLS POLICE DEPARTMENT, FOR THE PROVISION OF SCHOOL-BASED LAW ENFORCEMENT OFFICERS AT UP TO SIXTEEN (16) PUBLIC SCHOOLS LOCATED WITHIN THE CITY OF MIAMI'S ("CITY") JURISDICTION, IN THE AMOUNT OF $70,337.00 PER SCHOOL, FOR THE DURATION OF THE 2020-2021 SCHOOL YEAR, FOR A TOTAL OF UP TO $1,125,392.00, WITH NO MATCHING FUNDS REQUIRED FROM THE CITY; FURTHER AUTHORIZING THE ALLOCATION OF FUNDS TO THE POLICE GENERAL FUND ACCOUNT NUMBER 00001.190101.514001.0.0; FURTHER AUTHORIZING THE CITY MANAGER TO DESIGNATE THE CHIEF OF POLICE TO EXECUTE ANY AND ALL OTHER NECESSARY DOCUMENTS, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, IN ORDER TO IMPLEMENT THE ACCEPTANCE OF SAID FUNDS.

RE.4           **<u>RESOLUTION</u>**

5757           **MAY BE WITHDRAWN**

A RESOLUTION OF THE MIAMI CITY COMMISSION DIRECTING THE CITY MANAGER, CITY ATTORNEY, AND INDEPENDENT AUDITOR TO TAKE ANY AND ALL ACTIONS NECESSARY REGARDING ANY IMPROPER OCCUPANCY OR USE OF ANY CITY OF MIAMI OWNED PREMISES BY UNAUTHORIZED BUSINESS ENTITIES INCLUDING BUT NOT LIMITED TO THE MELREESE GOLF COURSE LOCATED AT 1802 NORTHWEST 37 AVENUE, MIAMI, FLORIDA.

**SPONSOR(S):    Mayor Francis X. Suarez**

History:

04/25/19   City Commission  DEFERRED                    Next: 05/09/19

| | |
|---|---|
| **RESULT:** | **DEFERRED [UNANIMOUS]      Next: 5/9/2019 9:00 AM** |
| **MOVER:** | Wifredo (Willy) Gort, Commissioner |
| **SECONDER:** | Keon Hardemon, Chair, District Five |
| **AYES:** | Ken Russell, Wifredo (Willy) Gort, Manolo Reyes, Keon Hardemon |
| **ABSENT:** | Joe Carollo |

05/09/19   City Commission  DEFERRED                    Next: 05/23/19

| | |
|---|---|
| **RESULT:** | **DEFERRED [UNANIMOUS]      Next: 5/23/2019 9:00 AM** |
| **MOVER:** | Manolo Reyes, Commissioner, District Four |
| **SECONDER:** | Ken Russell, Vice Chair, District Two |
| **AYES:** | Ken Russell, Joe Carollo, Manolo Reyes, Keon Hardemon |
| **ABSENT:** | Wifredo (Willy) Gort |

05/23/19   City Commission  DEFERRED                    Next: 06/13/19

| | |
|---|---|
| **RESULT:** | **DEFERRED [UNANIMOUS]      Next: 6/13/2019 9:00 AM** |
| **MOVER:** | Joe Carollo, Commissioner, District Three |
| **SECONDER:** | Keon Hardemon, Chair, District Five |
| **AYES:** | Ken Russell, Joe Carollo, Keon Hardemon |
| **ABSENT:** | Wifredo (Willy) Gort, Manolo Reyes |

06/13/19   City Commission  DEFERRED                    Next: 09/12/19

| | |
|---|---|
| **RESULT:** | **DEFERRED [UNANIMOUS]      Next: 9/12/2019 9:00 AM** |
| **MOVER:** | Joe Carollo, Commissioner, District Three |
| **SECONDER:** | Manolo Reyes, Commissioner, District Four |
| **AYES:** | Russell, Gort, Carollo, Reyes, Hardemon |

09/12/19   City Commission  DEFERRED                    Next: 10/24/19

| | |
|---|---|
| **RESULT:** | **DEFERRED [UNANIMOUS]      Next: 10/24/2019 9:00 AM** |
| **MOVER:** | Joe Carollo, Commissioner, District Three |
| **SECONDER:** | Manolo Reyes, Commissioner, District Four |
| **AYES:** | Russell, Gort, Carollo, Reyes, Hardemon |

10/24/19   City Commission   INDEFINITELY DEFERRED                    Next:
04/23/20

| | | |
|---|---|---|
| **RESULT:** | **INDEFINITELY DEFERRED [UNANIMOUS]** | **Next:** |
| | **4/23/2020 9:00 AM** | |
| **MOVER:** | Manolo Reyes, Commissioner, District Four | |
| **SECONDER:** | Ken Russell, Vice Chair, District Two | |
| **AYES:** | Russell, Gort, Carollo, Reyes, Hardemon | |

04/23/20   City Commission   INDEFINITELY DEFERRED                    Next:
10/22/20

| | | |
|---|---|---|
| **RESULT:** | **INDEFINITELY DEFERRED [UNANIMOUS]** | **Next:** |
| | **10/22/2020 9:00 AM** | |
| **MOVER:** | Ken Russell, Vice Chair, District Two | |
| **SECONDER:** | Manolo Reyes, Commissioner, District Four | |
| **AYES:** | Keon Hardemon, Ken Russell, Alex Diaz de la Portilla, Manolo Reyes | |
| **ABSENT:** | Joe Carollo | |

**RE.5**                    **RESOLUTION**

**8005**                    A RESOLUTION OF THE MIAMI CITY COMMISSION AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE A PURCHASE AND SALE AGREEMENT ("AGREEMENT"), IN A FORM ACCEPTABLE TO THE CITY ATTORNEY, BETWEEN THE CITY OF MIAMI ("CITY") AND IVAN TOLEDO AND ISIS FUENTE ("SELLER") FOR THE ACQUISITION OF REAL PROPERTY LOCATED AT 725 SOUTHWEST 63 COURT, MIAMI, FLORIDA ("PROPERTY") FOR A PURCHASE PRICE OF THREE HUNDRED EIGHTY THOUSAND DOLLARS ($380,000.00); FURTHER AUTHORIZING THE CITY MANAGER TO NEGOTIATE AND EXECUTE ANY AND ALL NECESSARY DOCUMENTS, INCLUDING AMENDMENTS AND MODIFICATIONS TO SAID AGREEMENT, ALL IN FORMS ACCEPTABLE TO THE CITY ATTORNEY, AS MAY BE NECESSARY TO EFFECTUATE SAID ACQUISITION; ALLOCATING FUNDS FROM A SOURCE TO BE DETERMINED IN AN AMOUNT NOT TO EXCEED FOUR HUNDRED FIFTEEN THOUSAND DOLLARS ($415,000.00) TO COVER THE COST OF SAID ACQUISITION, INCLUSIVE OF THE COST OF SURVEY, ENVIRONMENTAL REPORTS, TITLE INSURANCE, DEMOLITION, SECURING THE PROPERTY, PROJECT SIGNAGE, AND RELATED CLOSING COSTS ASSOCIATED WITH SAID ACQUISITION, ALL IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE AGREEMENT.

**SPONSOR(S):**    **Commissioner Manolo Reyes**


**RE.6**                    **RESOLUTION**

**8038**                    A RESOLUTION OF THE MIAMI CITY COMMISSION DIRECTING THE CITY MANAGER TO TAKE ANY AND ALL ACTIONS NECESSARY TO PLAN AND DEVELOP ANY NECESSARY IMPLEMENTATION TOOLS, POLICIES, FRAMEWORKS, AND REGULATIONS TO EXPEDITE AND FACILITATE THE CONSTRUCTION OF A CONNECTED BAYWALK FOR PRESENTATION TO THE CITY COMMISSION WITHIN NINETY (90) CALENDAR DAYS OF THE EFFECTIVE DATE OF THIS RESOLUTION FOR CONSIDERATION AND FURTHER ACTION BY THE CITY COMMISSION.

**SPONSOR(S):**    **Commissioner Ken Russell**

**RE.7**              <u>**RESOLUTION**</u>

**8023**             A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH
                     ATTACHMENT(S), DIRECTING THE CITY MANAGER TO DRAFT AND
                     PRESENT FOR CONSIDERATION BY THE CITY COMMISSION AT
                     THE NOVEMBER 19, 2020 CITY COMMISSION MEETING AN
                     ORDINANCE ESTABLISHING THE LITTLE HAVANA PEDESTRIAN
                     PRIORITY ZONE ("LHPPZ"), SETTING ITS BOUNDARIES, AND
                     ESTABLISHING STANDARDS FOR PEDESTRIAN COMFORT AND
                     SAFETY THEREIN.

                     **SPONSOR(S):     Commissioner Joe Carollo**


                     <u>**END OF RESOLUTIONS**</u>

## SR - SECOND READING ORDINANCES

| SR.1 | **ORDINANCE** | **Second Reading** |
|---|---|---|

**7582**

*Department of Building*

AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 10, ARTICLE V OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, TITLED "BUILDINGS/CODE RELIEF PROGRAM"; MORE PARTICULARLY BY AMENDING SECTION 10-70 TO EXTEND THE DEADLINE FOR THE CODE RELIEF PROGRAM; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**Note for the Record: 60-Day Public Comment Period: July 15, 2020 - September 12, 2020  15-Day Public Comment Period: September 24, 2020 - October 8, 2020**

History:

07/23/20   City Commission   NO ACTION TAKEN                    Next: 09/24/20

| RESULT: | NO ACTION TAKEN | Next: 9/24/2020 9:00 AM |
|---|---|---|

09/24/20   City Commission   PASSED ON FIRST READING                    Next: 10/22/20

| RESULT: | **PASSED ON FIRST READING [UNANIMOUS]** | **Next: 10/22/2020 9:00 AM** |
|---|---|---|
| MOVER: | Manolo Reyes, Commissioner, District Four | |
| SECONDER: | Joe Carollo, Commissioner, District Three | |
| AYES: | Keon Hardemon, Alex Diaz de la Portilla, Joe Carollo, Manolo Reyes | |
| ABSENT: | Ken Russell | |

**SR.2**        **<u>ORDINANCE</u>**                                                    **Second Reading**

**7568**        AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 18/ARTICLE III OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED ("CITY CODE"), TITLED "FINANCE/CITY OF MIAMI PROCUREMENT ORDINANCE"; MORE PARTICULARLY BY AMENDING SECTION 18-72 OF THE CITY CODE, TITLED "APPLICATION AND EXCLUSIONS", SECTION 18-73 OF THE CITY CODE, TITLED "DEFINITIONS", SECTION 18-85 OF THE CITY CODE, TITLED "COMPETITIVE SEALED BIDDING", SECTION 18-86 OF THE CITY CODE, TITLED "COMPETITIVE NEGOTIATIONS/COMPETITIVE SEALED PROPOSALS", SECTION 18-118 OF THE CITY CODE, TITLED "PUBLIC-PRIVATE PARTNERSHIPS", AND SECTION 18-119 OF THE CITY CODE, TITLED "UNSOLICITED PROPOSALS", ALL TO MODIFY AND/OR ADD ELECTRONIC SUBMISSION AND RECEIPT OF BIDS AND PROPOSALS FOR FORMAL SOLICITATIONS, REMOVAL OF THE CURRENT NOTICE ADVERTISEMENT REQUIREMENT OF PUBLICATION OF EACH FORMAL SOLICITATION VIA MULTIPLE DIFFERENT NEWSPAPERS, AND UPDATING CURRENT LANGUAGE; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

**SPONSOR(S):    Commissioner Manolo Reyes**

History:

07/23/20   City Commission   NO ACTION TAKEN            Next: 09/10/20

| **RESULT:** | **NO ACTION TAKEN** | **Next: 9/10/2020 9:00 AM** |
|---|---|---|

09/10/20   City Commission   DEFERRED            Next: 09/24/20

| **RESULT:** | **DEFERRED [UNANIMOUS]** | **Next: 9/24/2020 9:00 AM** |
|---|---|---|
| **MOVER:** | Alex Diaz de la Portilla, Commissioner, District One | |
| **SECONDER:** | Manolo Reyes, Commissioner, District Four | |
| **AYES:** | Hardemon, Russell, Diaz de la Portilla, Carollo, Reyes | |

09/24/20   City Commission   PASSED ON FIRST READING            Next: 10/22/20

| **RESULT:** | **PASSED ON FIRST READING [UNANIMOUS]** | **Next: 10/22/2020 9:00 AM** |
|---|---|---|
| **MOVER:** | Manolo Reyes, Commissioner, District Four | |
| **SECONDER:** | Joe Carollo, Commissioner, District Three | |
| **AYES:** | Keon Hardemon, Alex Diaz de la Portilla, Joe Carollo, Manolo Reyes | |
| **ABSENT:** | Ken Russell | |

**City Commission** | **Meeting Agenda** | **October 22, 2020**

**SR.3**           <u>**ORDINANCE**</u>          **Second Reading**

**8024**           AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 10/ARTICLE I OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED ("CITY CODE"), TITLED "BUILDINGS/IN GENERAL," TO ESTABLISH A NEW SECTION 10-9 OF THE CITY CODE, TITLED "FAILURE TO ACQUIRE REQUIRED PERMIT(S); SECURING OF CONSTRUCTION SITES WHEN UNDER EMERGENCY WEATHER WARNING(S) OR WATCH(ES); ENVIRONMENTAL VIOLATIONS; STOP WORK ORDER; PENALTIES," PROVIDING THAT COMPLIANCE WITH THE CITY CODE, IN GENERAL, IS A REQUIREMENT OF ANY CITY OF MIAMI ("CITY") ISSUED BUILDING PERMIT; PROVIDING FOR THE REQUIREMENT OF ALL CONSTRUCTION SITES TO COMPLY WITH PRE-NATURAL DISASTER SITE SECURE MANDATES, STORMWATER POLLUTION DISCHARGE ELIMINATION, AND EROSION CONTROL; PROVIDING FOR ENFORCEMENT PURSUANT TO CHAPTER 2/ARTICLE X AND OTHER EXISTING SECTIONS OF THE CITY CODE; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

         **SPONSOR(S):**    **Mayor Francis X. Suarez, Commissioner Ken Russell, Commissioner Joe Carollo, Commissioner Manolo Reyes**

History:

10/08/20   City Commission   PASSED ON FIRST READING      Next: 10/22/20

| RESULT: | **PASSED ON FIRST READING [UNANIMOUS]** **10/22/2020 9:00 AM** | Next: |
|---|---|---|
| **MOVER:** | Joe Carollo, Commissioner, District Three | |
| **SECONDER:** | Manolo Reyes, Commissioner, District Four | |
| **AYES:** | Ken Russell, Alex Diaz de la Portilla, Joe Carollo, Manolo Reyes | |
| **ABSENT:** | Keon Hardemon | |

**SR.4**      <u>**ORDINANCE**</u>      **Second Reading**

**8025**      AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 2/ARTICLE IV/DIVISION 2 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED ("CITY CODE"), TITLED "ADMINISTRATION/DEPARTMENTS/PLANNING, BUILDING AND ZONING DEPARTMENT," TO PROVIDE FOR INCLUSION OF BUILDING VIOLATIONS AS A REASON FOR REVOCATION OF CERTIFICATES OF USE; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

      **SPONSOR(S):**  **Commissioner Joe Carollo**

History:

10/08/20 City Commission PASSED ON FIRST READING  Next: 10/22/20

| | | |
|---|---|---|
| **RESULT:** | **PASSED ON FIRST READING [UNANIMOUS]** **Next: 10/22/2020 9:00 AM** | |
| **MOVER:** | Joe Carollo, Commissioner, District Three | |
| **SECONDER:** | Alex Diaz de la Portilla, Commissioner, District One | |
| **AYES:** | Ken Russell, Alex Diaz de la Portilla, Joe Carollo, Manolo Reyes | |
| **ABSENT:** | Keon Hardemon | |

      <u>**END OF SECOND READING ORDINANCES**</u>

| City Commission | Meeting Agenda | October 22, 2020 |
|---|---|---|

## FR - FIRST READING ORDINANCES

Note:   Any proposed ordinance listed as an item for first reading in this section may be adopted as an emergency measure upon being so determined by the City Commission.

| **FR.1** | **ORDINANCE** | **First Reading** |
|---|---|---|

**7838**

*Office of the City Attorney*

AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 42/ARTICLE IV OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, TITLED "POLICE/TOWING AND IMMOBILIZATION/BOOTING OF MOTOR VEHICLES", TO UPDATE REGULATIONS AND FEES CHARGED FOR TOWING AND IMMOBILIZATION OF MOTOR VEHICLES, ADDING ADDITIONAL REGULATIONS FOR THE DOCUMENTATION OF TOWS, AND UPDATING PENALTIES; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

| **FR.2** | **ORDINANCE** | **First Reading** |
|---|---|---|

**7655**

*Department of Resilience and Public Works*

AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 54 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, TITLED "STREETS AND SIDEWALKS"; MORE PARTICULARLY, BY CREATING NEW SECTIONS 54-59 THROUGH 54-62 TO CREATE AN ENHANCED RIGHT-OF-WAY IMPROVEMENT TRUST FUND ("TRUST FUND"); FURTHER REQUIRING THOSE ADJACENT PROPERTY OWNERS REQUIRED TO CONSTRUCT OR RECONSTRUCT STREET IMPROVEMENTS IN CONNECTION WITH CERTAIN BUILDING PERMITS IN AREAS WITH ADOPTED STREET MASTER PLANS PAY INTO THE TRUST FUND IN ORDER TO CAPTURE COSTS FOR SUCH IMPROVEMENTS WHICH MAY INCLUDE NONSTANDARD STREETSCAPE IMPROVEMENTS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**Note for the Record: Note for the Record: 60-Day Public Comment Period: July 15, 2020 - September 12, 2020**

History:

07/23/20   City Commission  NO ACTION TAKEN                    Next: 10/22/20

| **RESULT:** | **NO ACTION TAKEN** | **Next: 10/22/2020 9:00 AM** |
|---|---|---|

**FR.3**          **<u>ORDINANCE</u>**          **First Reading**

**7988**          AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 55 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, TITLED "SUBDIVISION REGULATIONS," BY AMENDING SECTION 55-10, TITLED "BUILDING PERMITS; ISSUANCE; RESTRICTIONS; EXCEPTIONS," TO CREATE A NEW EXCEPTION TO PLATTING TO RECOGNIZE FORMER LOTS OF RECORD AND PROPERTIES WITH CERTAIN METES AND BOUNDS LEGAL DESCRIPTIONS FOR PROPERTIES WITHIN THE FORMER BECKER'S SUBDIVISION RECORDED IN BOOK 16, PAGE 43 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, THE PLAT OF WHICH WAS REVOKED BY THE CITY OF MIAMI SUBSEQUENT TO RECORDATION OF THE SAME; PROVIDING A SEVERABILITY CLAUSE; PROVIDING FOR CERTAIN CONDITIONS RELATED TO IMPROVEMENT OF ADJACENT RIGHTS-OF-WAY IN CONNECTION WITH THE ISSUANCE OF BUILDING PERMITS IN CONNECTION WITH THIS EXCEPTION TO PLATTING; AND PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

         **SPONSOR(S):**      **Commissioner Alex Diaz de la Portilla**

**FR.4**          **<u>ORDINANCE</u>**          **First Reading**

**8049**          AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 36 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, TITLED "NOISE;" MORE PARTICULARLY, BY AMENDING SECTION 36-4, TITLED "OPERATION OF RADIOS, PHONOGRAPHS OR OTHER SOUND-MAKING DEVICES; BANDS, ORCHESTRAS AND MUSICIANS—GENERALLY; EXEMPTION", TO PROVIDE FOR THE PROHIBITION OF OUTDOOR MUSIC BETWEEN THE HOURS OF 8:00 P.M. AND 8:00 A.M. THE FOLLOWING DAY IN AREAS THAT SHARE A PROPERTY LINE WITH ANY PROPERTY THAT HAS A RESIDENTIAL USE; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

         **SPONSOR(S):**      **Commissioner Joe Carollo**

<u>**END OF FIRST READING ORDINANCES**</u>

**City Commission**                     **Meeting Agenda**                     **October 22, 2020**

## BU - BUDGET

**BU.1**                    **DISCUSSION ITEM**

**6745**                    MONTHLY REPORT

***Office of Management***     I    SECTION 2-497 OF THE CITY CODE OF ORDINANCES
***and Budget***
                            (RESPONSIBILITIES OF THE DIRECTOR OF MANAGEMENT AND
                            BUDGET)

                            II    SECTION 18-502 (CITY'S ANTI-DEFICIENCY ACT)

                            III   SECTION 18-542 (FINANCIAL INTEGRITY PRINCIPLES)


### END OF BUDGET

City Commission                    Meeting Agenda                    October 22, 2020

## DI - DISCUSSION ITEMS

NOTE: Legislation may result from City Commission consideration of any Commission Discussion item.

This portion of the agenda is separately designated as being available for the purpose of providing and securing City Commission information, direction, and guidance in significant pending and concluded matters, including matters not specifically set forth in this section.

It is anticipated that no input from anyone other than the City personnel is needed or expected while the City Commission is considering any matter in this portion of the Agenda; accordingly, no member of the public may address the City Commission during this time.

**DI.1**                           **DISCUSSION ITEM**

**8037**                           A DISCUSSION ITEM REGARDING AN UPDATE ON THE PROGRESSION OF RESOLUTION NUMBER R-20-0326 FROM THE OCTOBER 8, 2020 CITY COMMISSION MEETING.

                                   **SPONSOR(S):**    **City Commission**


**DI.2**                           **DISCUSSION ITEM**

**8047**                           A DISCUSSION TO PRESENT TO THE CITY COMMISSION AN UPDATE ON THE CITY'S REALIZED EFFICIENCIES AS A RESULT OF
*City Manager's Office*            THE IMPLEMENTATION OF THE ELECTRONIC PLANS REVIEW (EPLAN) PROGRAM.


**DI.3**                           **DISCUSSION ITEM**

**8048**                           A DISCUSSION ITEM REGARDING THE SOUTHWEST STREET TREE MASTER PLAN UPDATE.
*Department of Planning*


## END OF DISCUSSION ITEMS

**City Commission**                          **Meeting Agenda**                          **October 22, 2020**

---

## BC - BOARDS AND COMMITTEES

**BC.1**               **RESOLUTION**

**7361**               A RESOLUTION OF THE MIAMI CITY COMMISSION APPOINTING CERTAIN
                       INDIVIDUALS AS MEMBERS OF THE ART IN PUBLIC PLACES BOARD FOR TERMS
*Office of the*        AS DESIGNATED HEREIN.
*City Clerk*

<u>APPOINTEES:</u>                        <u>NOMINATED BY:</u>

                                          Mayor Francis Suarez

                                          Commissioner Alex Diaz de la Portilla

                                          Commissioner Ken Russell

                                          Commissioner Joe Carollo

                                          Commissioner Manolo Reyes

                                          Commission-At-Large

                                          Commission-At-Large

                                          Commission-At-Large

                                          Commission-At-Large

                                          Commission-At-Large

            (Alternate At-Large)

**City Commission**         **Meeting Agenda**         **October 22, 2020**

History:

04/09/20   City Commission   NO ACTION TAKEN       Next: 05/14/20

| RESULT: | NO ACTION TAKEN | Next: 5/14/2020 9:00 AM |
|---------|-----------------|-------------------------|

05/14/20   City Commission   NO ACTION TAKEN       Next: 06/11/20

| RESULT: | NO ACTION TAKEN | Next: 6/11/2020 9:00 AM |
|---------|-----------------|-------------------------|

06/11/20   City Commission   NO ACTION TAKEN       Next: 07/09/20

| RESULT: | NO ACTION TAKEN | Next: 7/9/2020 9:00 AM |
|---------|-----------------|------------------------|

07/09/20   City Commission   NO ACTION TAKEN       Next: 09/10/20

| RESULT: | NO ACTION TAKEN | Next: 9/10/2020 9:00 AM |
|---------|-----------------|-------------------------|

09/10/20   City Commission   NO ACTION TAKEN       Next: 10/08/20

| RESULT: | NO ACTION TAKEN | Next: 10/8/2020 9:00 AM |
|---------|-----------------|-------------------------|

10/08/20   City Commission   NO ACTION TAKEN       Next: 10/22/20

| RESULT: | NO ACTION TAKEN | Next: 10/22/2020 9:00 AM |
|---------|-----------------|--------------------------|

City Commission        Meeting Agenda        October 22, 2020

**BC.2**

**7966**

*Office of the City Clerk*

**RESOLUTION**

A RESOLUTION OF THE MIAMI CITY COMMISSION APPOINTING CERTAIN INDIVIDUALS AS MEMBERS OF THE PLANNING, ZONING AND APPEALS BOARD FOR TERMS AS DESIGNATED HEREIN.

APPOINTEES:          NOMINATED BY:

Commissioner Alex Diaz de la Portilla

Commissioner Alex Diaz de la Portilla

Commissioner Ken Russell

Commissioner Ken Russell

Commissioner Manolo Reyes

Commissioner Manolo Reyes

History:

10/08/20   City Commission   NO ACTION TAKEN      Next: 10/22/20

| RESULT: | NO ACTION TAKEN | Next: 10/22/2020 9:00 AM |
|---|---|---|

**END OF BOARDS AND COMMITTEES**

City Commission                    Meeting Agenda                    October 22, 2020

## PART B: PZ - PLANNING AND ZONING ITEM(S)

Planning and Zoning matters may be heard at any time. Pursuant to Ordinance No. 13903 and Section 166.041(c), Florida Statutes, for ordinances changing the list of uses and ordinances requesting zoning changes of ten (10) contiguous acres or more, at least one (1) hearing shall be after 5:00 PM unless the City Commission elects to conduct that hearing at another time by a 4/5ths affirmative vote.

| PZ.1 | **ORDINANCE** | **Second Reading** |
|---|---|---|

**6798**        AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED ("MIAMI 21 CODE"); MORE SPECIFICALLY BY AMENDING ARTICLE 1, SECTION 1.2, TITLED "DEFINITIONS OF TERMS"; ARTICLE 3, SECTION 3.14, TITLED "PUBLIC BENEFITS PROGRAM"; AND ARTICLE 3, SECTION 3.14, TITLED "WORKFORCE HOUSING SPECIAL BENEFIT PROGRAM SUPPLEMENTAL REGULATIONS," TO MODIFY THE AREA MEDIAN INCOME FOR WORKFORCE HOUSING IN THE MIAMI 21 CODE; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**SPONSOR(S):     Commissioner Manolo Reyes**

**APPLICANT(S):** Commissioner Manolo Reyes

**PURPOSE:** This item will amend Article 1, Section 1.2, Titled "Definitions Of Terms"; Article 3, Section 3.14, Titled "Public Benefits Program"; and Article 3, Section 3.14, Titled "Workforce Housing Special Benefit Program Supplemental Regulations", to modify the Area Median Income ("Ami") for workforce housing in the Miami 21 Code.

**FINDING(S):**

PLANNING DEPARTMENT: To be discussed

PLANNING, ZONING AND APPEALS BOARD: Recommended approval, on February 5, 2020, by a vote of 7-3.

**Note for the Record: PZAB File ID 6795 Linked to this Legislative File**

| City Commission | Meeting Agenda | October 22, 2020 |
|---|---|---|

History:

12/12/19   City Commission   PASSED ON FIRST READING                     Next: 01/23/20

| RESULT: | **PASSED ON FIRST READING [3 TO 2]   Next: 1/23/2020 9:00 AM** |
|---|---|
| **MOVER:** | Manolo Reyes, Commissioner, District Four |
| **SECONDER:** | Alex Diaz de la Portilla, Commissioner, District One |
| **AYES:** | Alex Diaz de la Portilla, Joe Carollo, Manolo Reyes |
| **NAYS:** | Ken Russell, Keon Hardemon |

01/23/20   City Commission   DEFERRED                     Next: 02/13/20

| RESULT: | **DEFERRED [UNANIMOUS]     Next: 2/13/2020 9:00 AM** |
|---|---|
| **MOVER:** | Joe Carollo, Commissioner, District Three |
| **SECONDER:** | Alex Diaz de la Portilla, Commissioner, District One |
| **AYES:** | Hardemon, Russell, Diaz de la Portilla, Carollo, Reyes |

02/13/20   City Commission   INDEFINITELY DEFERRED

| RESULT: | **INDEFINITELY DEFERRED [UNANIMOUS]** |
|---|---|
| **MOVER:** | Joe Carollo, Commissioner, District Three |
| **SECONDER:** | Manolo Reyes, Commissioner, District Four |
| **AYES:** | Hardemon, Russell, Diaz de la Portilla, Carollo, Reyes |

**PZ.2**

**8001**

*Department of Planning*

**RESOLUTION**

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), APPROVING, WITH CONDITIONS, TWO (2) EXCEPTIONS AND A WARRANT AS FOLLOWS: 1. AN EXCEPTION PURSUANT TO ARTICLE 6, TABLE 13 AND ARTICLE 7, SECTION 7.1.2.6 OF ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED ("MIAMI 21 CODE"), AND CHAPTER 4, SECTION 4-5 AND SECTION 4-7(C) OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, TO PERMIT AN ALCOHOL SERVICE ESTABLISHMENT (MICROBREWERY AND BREWPUB) IN EXCESS OF 5,000 SQUARE FEET IN THE FLAGLER SPECIALTY DISTRICT; 2. AN EXCEPTION  PURSUANT TO ARTICLE 7, SECTION 7.2.3.B.1 AND ARTICLE 7, SECTION 7.1.2.6 OF THE MIAMI 21 CODE TO PERMIT ALTERATIONS WHICH ENLARGE THE NONCONFORMITY OF A NONCONFORMING STRUCTURE TO AN EXTENT OF LESS THAN FIFTY PERCENT (50%) OF THE TOTAL SQUARE FOOTAGE OF THE NONCONFORMING STRUCTURE;  AND 3. A WARRANT PURSUANT TO ARTICLE 6, SECTION 6.3.2.1 AND ARTICLE 7, SECTIONS 7.1.2.4 AND 7.1.3.2 OF THE MIAMI 21 CODE TO ALLOW AN OUTDOOR DINING AREA COMPRISED OF THIRTY-FOUR (34) SEATS WITHIN 1,492 SQUARE FEET ON THE REAL PROPERTY DESIGNATED AS "T6-80-O", URBAN CORE TRANSECT ZONE – OPEN, LOCATED AT APPROXIMATELY 60 NORTHEAST 2 AVENUE (169 EAST FLAGLER STREET), MIAMI, FLORIDA, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**LOCATION**:  Approximately 60 NE 2 Av (169 E Flagler St) [Commissioner Ken Russell - District 2]

**APPLICANT(S)**:  Melissa Tapanes, Esq., on behalf of D. Manatee Holdings, LLC

**PURPOSE**:  This will allow two Exceptions pursuant to Article 7, Section 7.1.2.6 and Chapter 4 of the City Code, and associated Warrant pursuant to Article 7. Section 7.1.2.4 to allow an Alcohol Service Establishment (Microbrewery and Brewpub) in excess of 5,000 square feet with outdoor dining in the "T6-80-O" Urban Core Transect Zone and Flagler Specialty District.

**FINDING(S)**:

PLANNING DEPARTMENT: Recommended approval with conditions

PLANNING, ZONING AND APPEALS BOARD: Recommended approval with conditions, as amended, on September 2, 2020, by a vote of 8-1.

**Note for the Record: PZAB File ID 7719 Linked to this Legislative File; EPlan PZ-19-2806**

City Commission                    Meeting Agenda                    October 22, 2020

| PZ.3 | **RESOLUTION** |
|---|---|

**8002**

*Department of Planning*

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), APPROVING/DENYING A PARTIAL RELEASE/MODIFICATION OF A DECLARATION OF RESTRICTIVE COVENANTS, IN A FORM ACCEPTABLE TO THE CITY ATTORNEY, FOR THE PROPERTIES LOCATED AT APPROXIMATELY 460, 500, AND 520 NORTHEAST 82 TERRACE AND 505, 439, 437, 433, AND 421 NORTHEAST 82 STREET, MIAMI, FLORIDA, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A," ATTACHED AND INCORPORATED; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**LOCATION**:  Approximately 460, 500, and 520 NE 82 Ter and 505, 439, 437, 433, and 421 NE 82 St [Commissioner Keon Hardemon - District 5]

**APPLICANT(S)**:  Alexander I. Tachmes, Esquire, on behalf of 82nd Apartments LP, 505 NE 82nd Street LLC, 520 NE 82nd Terrace LLC, 439 NE 82nd ST LLC, 421 82 ST, LLC

**PURPOSE**:  This will allow a partial release of a declaration of restrictive covenants, in a form acceptable to the City Attorney.

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended denial of the release of the Declaration of Restrictive Covenants as presented by the Applicant, and instead recommends Approval to only release the first listed restriction related to design of the future development on site to match plans the entitled "Wave of Shorecrest 82nd Street Master Plan", with conditions.

PLANNING, ZONING AND APPEALS BOARD: Recommended denial on September 16, 2020, by a vote of 10-1.

**Note for the Record: PZAB File ID 7666 Linked to this Legislative File; EPlan PZ-20-6170**

City Commission                    Meeting Agenda                    October 22, 2020

**PZ.4**              <u>**ORDINANCE**</u>                              **First Reading**

**7782**             AN ORDINANCE OF THE MIAMI CITY COMMISSION, WITH
                     ATTACHMENT(S), AMENDING ORDINANCE NO. 10544, AS
*Department of*      AMENDED, THE FUTURE LAND USE MAP OF THE MIAMI
*Planning*           COMPREHENSIVE NEIGHBORHOOD PLAN, PURSUANT TO SMALL
                     SCALE AMENDMENT PROCEDURES SUBJECT TO SECTION
                     163.3187, FLORIDA STATUTES, BY CHANGING THE FUTURE LAND
                     USE DESIGNATION FROM "SINGLE FAMILY RESIDENTIAL" TO
                     "RESTRICTED COMMERCIAL" OF THE ACREAGE DESCRIBED
                     HEREIN OF REAL PROPERTY LOCATED AT APPROXIMATELY 4214
                     SOUTHWEST 3 STREET, MIAMI, FLORIDA, AS MORE
                     PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND
                     INCORPORATED; MAKING FINDINGS; AND PROVIDING FOR AN
                     EFFECTIVE DATE.

                     **LOCATION**:  Approximately 4214 SW 3 St [Commissioner Manolo Reyes
                     - District 4]

                     **APPLICANT(S):** Simon Ferro, Esq., on behalf of Gilberto Padin

                     **PURPOSE**:  This will amend the designation on the Future Land Use Map
                     for the above property from "Single Family Residential" to "Restricted
                     Commercial".

                     **FINDING(S):**

                     PLANNING DEPARTMENT:  Recommended denial

                     PLANNING, ZONING AND APPEALS BOARD: On July 15, 2020, the
                     motion to recommend approval failed, by a vote of 5-4, for lack of a
                     supermajority vote.

                     **Note for the Record: Companion File ID 7783 ; PZAB File ID 4432
                     Linked to this Legislative File; EPlan PZ-19-2689**

**City Commission**            **Meeting Agenda**            **October 22, 2020**

| | | |
|---|---|---|
| **PZ.5** | **ORDINANCE** | **First Reading** |
| **7783** | | |

**Department of Planning**

AN ORDINANCE OF THE MIAMI CITY COMMISSION , WITH ATTACHMENTS, AMENDING THE ZONING ATLAS OF ORDINANCE NO. 13114, AS AMENDED, BY CHANGING THE ZONING CLASSIFICATION FROM "T3-R", SUB-URBAN TRANSECT ZONE-RESTRICTED, TO "T4-L", GENERAL URBAN TRANSECT ZONE-LIMITED, FOR THE PROPERTY  LOCATED AT APPROXIMATELY 4214 SOUTHWEST 3 STREET, MIAMI, FLORIDA, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED; FURTHER ACCEPTING THE VOLUNTARY COVENANT ATTACHED AND INCORPORATED AS EXHIBIT "B"; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**LOCATION**:  Approximately 4214 SW 3 St [Commissioner Manolo Reyes - District 4]

**APPLICANT(S):** Simon Ferro, Esq., on behalf of Gilberto Padin

**PURPOSE**:  This will change the zoning classification from "T3-R" Sub-Urban Transect Zone-Restricted to "T4-L" General Urban Transect Zone-Limited.

**FINDING(S):**

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: On July 15, 2020, the motion to recommend approval to the City Commission failed, by a vote of 5-4, because a supermajority vote was required to make a recommendation to the City Commission.

**Note for the Record: Companion File ID 7782; PZAB File ID 4433 Linked to this Legislative File; EPlan PZ-19-2831**

| | | |
|---|---|---|
| **PZ.6** | **ORDINANCE** | **First Reading** |

**7887**

*Department of Planning*

AN ORDINANCE OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), AMENDING ORDINANCE NO. 10544, THE MIAMI COMPREHENSIVE NEIGHBORHOOD PLAN OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, PURSUANT TO AN EXPEDITED STATE REVIEW PROCESS ESTABLISHED BY SECTION 163.3184(3), FLORIDA STATUTES, BY CHANGING THE FUTURE LAND USE DESIGNATION OF APPROXIMATELY 87.646 ACRES OF REAL PROPERTIES LOCATED BETWEEN I-195 ON THE NORTH, I-95 ON THE WEST, NORTHWEST 29TH STREET ON THE SOUTH, AND NORTH MIAMI AVENUE ON THE EAST, MIAMI, FLORIDA, FROM "DUPLEX RESIDENTIAL" TO "HIGH DENSITY MULTIFAMILY RESIDENTIAL" AND "RESTRICTED COMMERCIAL"; FROM "LOW DENSITY RESTRICTED COMMERCIAL" TO "RESTRICTED COMMERCIAL"; FROM "MEDIUM DENSITY MULTIFAMILY RESIDENTIAL" TO "HIGH DENSITY MULTIFAMILY RESIDENTIAL," "RESTRICTED COMMERCIAL," AND "GENERAL COMMERCIAL"; FROM "MEDIUM DENSITY RESTRICTED COMMERCIAL" TO "RESTRICTED COMMERCIAL" AND "GENERAL COMMERCIAL"; FROM "RESTRICTED COMMERCIAL" TO "GENERAL COMMERCIAL"; AND FROM "MAJOR INSTITUTIONAL, PUBLIC FACILITIES, TRANSPORTATION AND UTILITIES" TO "GENERAL COMMERCIAL"; MAKING FINDINGS; DIRECTING TRANSMITTALS TO AFFECTED AGENCIES; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**LOCATION**:  The area generally bounded by I-195 on the North, North Miami Avenue on the East, NW 29th Street on the South, and I-95 on the West [Commissioner Keon Hardemon - District 5]

**APPLICANT(S)**:  Arthur Noriega V, City Manager on behalf of the City of Miami

**PURPOSE**:  This will amend approximately 88.362 acres of real properties of the 2020 Future Land Use Map designations of the City's Comprehensive Plan from "Duplex Residential" to "High Density Multifamily Residential" and "Restricted Commercial," from "Low Density Restricted Commercial" to "Restricted Commercial," from "Medium Density Multifamily Residential" to "High Density Multifamily Residential," "Restricted Commercial," and "General Commercial," from "Medium Density Restricted Commercial" to "Restricted Commercial" and "General Commercial," from "Restricted Commercial" to "General Commercial," and from "Major Institutional, Public Facilities, Transportation And Utilities" to "General Commercial".

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Deferred this item from the September 30, 2020 Special PZAB Meeting to the October 16, 2020 Special PZAB Meeting.

**Note for the Record: Companion File ID 7888 and File ID 7889; EPlan PZ-20-8431**

City Commission                                    Meeting Agenda                                    October 22, 2020

**PZ.7**                         **ORDINANCE**                                    **First Reading**

**7888**                         AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING THE
                                 ZONING ATLAS OF ORDINANCE NO. 13114, THE ZONING
**Department of**                ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, BY
**Planning**                     CHANGING THE ZONING CLASSIFICATION OF APPROXIMATELY
                                 91.57 ACRES OF REAL PROPERTIES LOCATED BETWEEN
                                 INTERSTATE 195 ON THE NORTH, INTERSTATE 95 ON THE WEST,
                                 NORTHWEST 29 STREET ON THE SOUTH, AND NORTH MIAMI
                                 AVENUE ON THE EAST, MIAMI, FLORIDA FROM "T3-O", SUBURBAN
                                 TRANSECT ZONE - OPEN, TO "T4-R", URBAN CORE TRANSECT
                                 ZONE – RESTRICTED, AND "T4-L", GENERAL URBAN TRANSECT
                                 ZONE - LIMITED; FROM "T4-R", GENERAL URBAN TRANSECT ZONE -
                                 RESTRICTED, TO "T5-L", URBAN CENTER TRANSECT ZONE –
                                 LIMITED, AND "T5-O", URBAN CENTER TRANSECT ZONE - OPEN;
                                 FROM "T4-L", GENERAL URBAN TRANSECT ZONE - LIMITED, TO "T4-
                                 R", GENERAL URBAN TRANSECT ZONE - RESTRICTED, "T5-L",
                                 URBAN CENTER TRANSECT ZONE – LIMITED, AND "T5-O", URBAN
                                 CENTER TRANSECT ZONE - OPEN; FROM "T4-O", GENERAL URBAN
                                 TRANSECT ZONE - OPEN, TO "T5-L", URBAN CENTER TRANSECT
                                 ZONE – LIMITED; FROM "T5-O", URBAN CENTER TRANSECT ZONE -
                                 OPEN, TO "T6-8-O", URBAN CORE TRANSECT ZONE - OPEN; AND
                                 FROM "CI", CIVIC INSTITUTIONAL TRANSECT ZONE, TO "T5-O",
                                 URBAN CENTER TRANSECT ZONE – OPEN, AND "T6-8-O", URBAN
                                 CORE TRANSECT ZONE - OPEN, ALL AS MORE PARTICULARLY
                                 DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED;
                                 MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND
                                 PROVIDING FOR AN EFFECTIVE DATE.

                                 **LOCATION**:  The area generally bounded by I-195 on the North, North
                                 Miami Avenue on the East, NW 29th Street on the South, and I-95 on the
                                 West [Commissioner Keon Hardemon - District 5]

                                 **APPLICANT(S)**:  Arthur Noriega V, City Manager on behalf of the City of
                                 Miami

                                 **PURPOSE**:  This will by change the zoning classification of approximately
                                 91.57 acres of real properties from "T3-O" Suburban Transect Zone –
                                 Open to "T4-R" Urban Core Transect Zone – Restricted and "T4-L"
                                 General Urban Transect Zone – Limited, from "T4-R" General Urban
                                 Transect Zone – Restricted to "T5-L" Urban Center Transect Zone –
                                 Limited and "T5-O" Urban Center Transect Zone – Open, from "T4-L"
                                 General Urban Transect Zone - Limited to "T4-R" General Urban Transect
                                 Zone - Restricted, "T5-L" Urban Center Transect Zone – Limited, and "T5-
                                 O" Urban Center Transect Zone - Open, from "T4-O" General Urban
                                 Transect Zone - Open to "T5-L" Urban Center Transect Zone – Limited,
                                 from "T5-O" Urban Center Transect Zone – Open to "T6-8-O" Urban Core
                                 Transect Zone - Open, from "CI" Civic Institutional Transect Zone to "T5-
                                 O" Urban Center Transect Zone – Open and "T6-8-O" Urban Core
                                 Transect Zone - Open, as more particularly described in Exhibit "A".

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Deferred this item from the September 30, 2020 Special PZAB Meeting to the October 16, 2020 Special PZAB Meeting.

**Note for the Record: Companion File ID 7887 and File ID 7889; EPlan PZ-20-8432**

**PZ.8**      **ORDINANCE**                          **First Reading**

**7889**      AN ORDINANCE OF THE MIAMI CITY COMMISSION, WITH
ATTACHMENTS, AMENDING ORDINANCE NO. 13114, THE ZONING
ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED
("MIAMI 21 CODE"), PURSUANT TO ARTICLE 3, SECTION 3.12.3 OF
THE MIAMI 21 CODE, BY REZONING CERTAIN PARCELS OF
APPROXIMATELY 141.58 ACRES FOR THE CREATION OF THE
"WYNWOOD NORTE NEIGHBORHOOD REVITALIZATION DISTRICT
(NRD-2)" BY CHANGING THE ZONING CLASSIFICATION OF THE
ACREAGE DESCRIBED HEREIN OF REAL PROPERTIES LOCATED
BETWEEN INTERSTATE 195 ON THE NORTH, INTERSTATE 95 ON
THE WEST, NORTHWEST 29TH STREET ON THE SOUTH, AND
NORTH MIAMI AVENUE ON THE EAST, MIAMI, FLORIDA, AS MORE
PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND
INCORPORATED; MODIFYING THE TRANSECT ZONE REGULATIONS
THAT ARE APPLICABLE TO THE SUBJECT PARCELS AS MORE
PARTICULARLY DESCRIBED IN EXHIBIT "B", ATTACHED AND
INCORPORATED; MAKING FINDINGS OF FACT; STATING
CONCLUSIONS OF LAW; PROVIDING FOR BINDING EFFECT;
CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN
EFFECTIVE DATE.

**SPONSOR(S):     Commissioner Keon Hardemon**

**LOCATION**:  The area generally bounded by I-195 on the north, North
Miami Avenue on the east, NW 29th Street on the south, and I-95 on the
west, Miami, Florida. [Commissioner Keon Hardemon - District 5]

**APPLICANT(S)**:  Arthur Noriega, V, City Manager, on behalf of the City of
Miami

**PURPOSE**:  This will amend the Zoning Ordinance, rezoning certain
parcels of approximately 141.58 acres for the creation of the "Wynwood
Norte Neighborhood Revitalization District (NRD-2)", modifying Article 3 to
reflect the creation of the NRD-2; and modifying the transect zone
regulations that are applicable to the subject parcels in the NRD-2, as
described in Exhibit "B".

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Deferred this item from
the September 30, 2020 Special PZAB Meeting to the October 16, 2020
Special PZAB Meeting.

**Note for the Record: Companion File ID 7887 and File ID 7888**

**City Commission** | **Meeting Agenda** | **October 22, 2020**

**PZ.9**          <u>**ORDINANCE**</u>          **First Reading**

**7999**          AN ORDINANCE OF THE COMMISSION AMENDING ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, BY AMENDING ARTICLE 1, SECTION 1.2, TITLED "DEFINITIONS OF TERMS", AND AMENDING DIAGRAM 1 IN ARTICLE 3, SECTION 3.11, TITLED "WATERWAYS & WATERBODIES WITH WATERFRONT PROPERTIES", TO REMOVE PROPERTIES ZONED AS "CS", CIVIC SPACE ZONE, LOCATED ON A WATERBODY FROM THE DEFINITION OF WATERFRONT AND TO UPDATE DIAGRAM 1 IN ARTICLE 3, SECTION 3.11 ACCORDINGLY; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**SPONSOR(S):**     **Commissioner Manolo Reyes**

**APPLICANT(S)**:  Commissioner Manolo Reyes

**PURPOSE**:  This will amend Article 1, Section 1.2, titled "Definitions of Terms", and amend Diagram 1 in Article 3, Section 3.11, titled "Waterways & Waterbodies with Waterfront Properties" to remove properties zoned as "CS" – Civic Space zone located on a waterbody from the definition of waterfront and to update Diagram 1 in Article 3, Section 3.11 accordingly.

**FINDING(S)**:

PLANNING DEPARTMENT:  To be discussed

PLANNING, ZONING AND APPEALS BOARD: A motion to recommend approval, as modified, failed by 4-5, on July 15, 2020.

**Note for the Record: PZAB File ID 7228  Linked to the Legislative File**

| | | |
|---|---|---|
| **City Commission** | **Meeting Agenda** | **October 22, 2020** |

**PZ.10**        <u>**ORDINANCE**</u>                                    **First Reading**

**7675**        AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING
ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF
MIAMI, FLORIDA, AS AMENDED ("MIAMI 21 CODE"), BY AMENDING
ARTICLE 1, SECTION 1.2 OF THE MIAMI 21 CODE, TITLED
"DEFINITIONS", AND ARTICLE 3, SECTION 3.6.1 OF THE MIAMI 21
CODE, TITLED "OFF-STREET PARKING STANDARDS", TO PROVIDE
FOR A DEFINITION OF ELECTRIC VEHICLE CAPABLE ("EV
CAPABLE") PARKING SPACES; REQUIRING THAT TWENTY
PERCENT (20%) OF NEW PARKING SPACES CONSTRUCTED MEET
THE EV CAPABLE STANDARDS BY ACCOMMODATING ELECTRIC
VEHICLE CHARGING AND ITS ASSOCIATED INFRASTRUCTURE;
MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND
PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

**SPONSOR(S):**    **Mayor Francis X. Suarez**

**APPLICANT(S)**:  Arthur Noriega V, City Manager, on behalf of City of
Miami

**PURPOSE**:  This will amend Article 1, Section 1.2, titled "Definitions" and
Article 3, Section 3.6.1, entitled "Off-Street Parking Standards" to provide
for a definition of Electric Vehicle Capable ("EV Capable") parking spaces;
requiring that 20% of new parking spaces constructed meet the EV
Capable standards by accommodating electric vehicle charging and its
associated infrastructure.

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Recommended approval
on July 15, 2020, by a vote of 9-0.

**Note for the Record: PZAB File ID 7602 Linked to this Legislative File**

| PZ.11 | **ORDINANCE** | **First Reading** |
|---|---|---|

**7676**

AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED ("MIAMI 21 CODE"), BY AMENDING ARTICLE 1, SECTION 1.2, TITLED "DEFINITIONS"; ARTICLE 3, SECTION 3.5.3, TITLED "GENERAL TO ZONES"; AND ARTICLE 5, TITLED "SPECIFIC TO ZONES", PARTICULARLY, BY AMENDING SECTION 5.4.2, TITLED "BUILDING CONFIGURATION (T4)", SECTION 5.5.2, TITLED "BUILDING CONFIGURATION (T5)", SECTION 5.6.2, TITLED "BUILDING CONFIGURATION (T6)", SECTION 5.8.2, TITLED "BUILDING CONFIGURATION (CI-HD)", SECTION 5.9.2, TITLED "BUILDING CONFIGURATION (D)", AND SECTION 5.10.2, TITLED "BUILDING CONFIGURATION (D3)" TO PROVIDE FOR A DEFINITION OF SOLAR EQUIPMENT; CREATING STANDARDS FOR SITING AND SCREENING SOLAR EQUIPMENT IN THE T4, T5, T6, CI-HD, D1, D2, AND D3 TRANSECT ZONES; PROVIDING FOR AN EXEMPTION FROM HEIGHT LIMITATIONS FOR SOLAR EQUIPMENT; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**SPONSOR(S):**    Mayor Francis X. Suarez

**APPLICANT(S)**:  Arthur Noriega V, City Manager on behalf of City of Miami

**PURPOSE**:  This will amend Article 1, Section 1.2, titled "Definitions", Article 3, Section 3.5.3 titled "General to Zones", and Article 5, titled "Specific to Zones", particularly, by amending section 5.4.2(i), titled "Building Configuration (T4)", Section 5.5.2(i), titled "Building Configuration (T5)", Section 5.6.2(i), titled "Building Configuration (T6)", Section 5.8.2(e), titled "Building Configuration (CI-HD)", and Section 5.9.2(g), titled "Building Configuration (d)", to provide for a definition of Solar Equipment; creating standards for siting and screening solar equipment in the T4, T5, T6, and CI-HD Transect Zones and D1, D2, and D3 Industrial Zones; providing for an exemption from height limitations for solar equipment.

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Recommended approval on July 15, 2020, by a vote of 9-0.

**Note for the Record: PZAB File ID 7603 Linked to this Legislative File**

**PZ.12**　　　　　　**ORDINANCE**　　　　　　　　**First Reading**

**7885**　　AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, BY AMENDING ARTICLE 5, SECTION 5.3.4, TITLED "PARKING STANDARDS (T3)", TO PROVIDE PROPORTIONAL DRIVEWAY WIDTH REGULATIONS FOR LOW DENSITY RESIDENTIAL PROPERTIES; PROVIDING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

**SPONSOR(S):**　　**Commissioner Keon Hardemon**

**APPLICANT(S)**: Arthur Noriega V, City Manager on behalf of the City of Miami

**PURPOSE**: Amending Article 5, Section 5.3.4 titled "Parking Standards (T3)" to provide proportional driveway width regulations for low density residential properties.

**FINDING(S)**:

PLANNING DEPARTMENT: Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Recommended approval on October 7, 2020, by a vote of 7-0.

**Note for the Record: PZAB File ID 7884 Linked to this Legislative File**

**PZ.13**                         <u>**ORDINANCE**</u>                                **First Reading**

**7920**                          AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING
                                 ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF
                                 MIAMI, FLORIDA, AS AMENDED, BY AMENDING ARTICLE 7,
                                 SECTION 7.2, TITLED "NONCONFORMITIES: STRUCTURES; USES;
                                 LOTS; SITE IMPROVEMENTS; AND SIGNS", TO PROVIDE FOR THE
                                 REFURBISHMENT OF SPECIFIC-PURPOSE DESIGNED
                                 STRUCTURES AND THE USES FOR WHICH THEY WERE DESIGNED;
                                 MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND
                                 PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

                                 **SPONSOR(S):**     **Commissioner Keon Hardemon**

                                 **APPLICANT(S)**:  Arthur Noriega V, City Manager on behalf of City of
                                 Miami

                                 **PURPOSE**:  This will amend Article 7, Section 7.2 titled "Nonconformities:
                                 Structures; Uses; Lots; Site Improvements; and Signs" to provide for the
                                 refurbishment of specific purpose designed structures and the uses for
                                 which they were designed.

                                 **FINDING(S)**:

                                 PLANNING DEPARTMENT:  Recommended approval

                                 PLANNING, ZONING AND APPEALS BOARD: Recommended approval
                                 on October 7, 2020, by a vote of 6-1.

                                 **Note for the Record: PZAB File ID 7917 Linked to this Legislative File**

| **Meeting Agenda** |

**PZ.14**

**5694**

*Department of Planning*

**ORDINANCE**                                    **First Reading**

AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED; MORE SPECIFICALLY BY AMENDING ARTICLE 7, SECTION 7.1.2.8, TITLED "AMENDMENT TO MIAMI 21 CODE," TO EXEMPT REZONINGS OF PROPERTIES BY THE CITY OF MIAMI TO "CS," CIVIC SPACE TRANSECT ZONES, OR "T-1," NATURAL TRANSECT ZONES, FROM MINIMUM SIZE AND FRONTAGE REQUIREMENTS; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**APPLICANT(S)**: Arthur Noriega V, City Manager on behalf of the City of Miami

**PURPOSE**: This text amendment to the Miami 21 Zoning Code will allow properties under 40,000 square feet or with less than 200 feet of street Frontage to rezone to Civic Space Zones (CS) or Natural Transect Zones (T1).

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval.

PLANNING, ZONING AND APPEALS BOARD: Recommended approval, by a vote of 9-0, on March 6, 2019.

**Note for the Record: 60-day Public Comment Period: April 3, 2019 - June 2, 2019/PZAB File ID 5513 Linked to this Legislative File**

History:

04/11/19   City Commission   NO ACTION TAKEN

| RESULT: | NO ACTION TAKEN |
|---------|-----------------|

04/25/19   City Commission   NO ACTION TAKEN

| RESULT: | NO ACTION TAKEN |
|---------|-----------------|

06/27/19   City Commission   CONTINUED                    Next: 07/25/19

| RESULT: | CONTINUED [UNANIMOUS]    Next: 7/25/2019 9:00 AM |
|---------|---------|
| MOVER: | Manolo Reyes, Commissioner, District Four |
| SECONDER: | Keon Hardemon, Chair, District Five |
| AYES: | Wifredo (Willy) Gort, Manolo Reyes, Keon Hardemon |
| ABSENT: | Ken Russell, Joe Carollo |

07/25/19   City Commission   CONTINUED                    Next: 09/26/19

| RESULT: | CONTINUED [UNANIMOUS]    Next: 9/26/2019 9:00 AM |
|---------|---------|
| MOVER: | Wifredo (Willy) Gort, Commissioner |
| SECONDER: | Ken Russell, Vice Chair, District Two |
| AYES: | Russell, Gort, Carollo, Reyes, Hardemon |

09/26/19   City Commission   DEFERRED                    Next: 11/21/19

| RESULT: | DEFERRED [UNANIMOUS]    Next: 11/21/2019 2:00 PM |
|---------|---------|
| MOVER: | Wifredo (Willy) Gort, Commissioner |
| SECONDER: | Manolo Reyes, Commissioner, District Four |
| AYES: | Russell, Gort, Carollo, Reyes, Hardemon |

11/21/19   City Commission   INDEFINITELY DEFERRED          Next: 07/23/20

| RESULT: | INDEFINITELY DEFERRED [UNANIMOUS]    Next: 7/23/2020 9:00 AM |
|---------|---------|
| MOVER: | Manolo Reyes, Commissioner, District Four |
| SECONDER: | Wifredo (Willy) Gort, Commissioner |
| AYES: | Ken Russell, Wifredo (Willy) Gort, Joe Carollo, Manolo Reyes |
| ABSENT: | Keon Hardemon |

09/24/20   City Commission   CONTINUED                    Next: 10/22/20

| RESULT: | CONTINUED [UNANIMOUS]    Next: 10/22/2020 9:00 AM |
|---------|---------|
| MOVER: | Ken Russell, Vice Chair, District Two |
| SECONDER: | Keon Hardemon, Chair, District Five |
| AYES: | Keon Hardemon, Ken Russell, Alex Diaz de la Portilla, Manolo Reyes |
| ABSENT: | Joe Carollo |

| PZ.15 | **ORDINANCE** | **First Reading** |
|---|---|---|

**7677**

*Department of Planning*

AN ORDINANCE OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), AMENDING ORDINANCE NO. 10544, AS AMENDED, THE FUTURE LAND USE MAP OF THE MIAMI COMPREHENSIVE NEIGHBORHOOD PLAN, PURSUANT TO SMALL SCALE AMENDMENT PROCEDURES SUBJECT TO SECTION 163.3187, FLORIDA STATUTES, BY CHANGING THE FUTURE LAND USE DESIGNATION FROM "LOW DENSITY RESTRICTED COMMERCIAL" TO "MEDIUM DENSITY RESTRICTED COMMERCIAL" OF THE 0.38 ± ACRES OF REAL PROPERTY LOCATED AT APPROXIMATELY 2824 AND 2828 SOUTHWEST 37 AVENUE, MIAMI, FLORIDA, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**LOCATION**:  Approximately 2824 and 2828 SW 37 Av [Commissioner Ken Russell - District 2]

**APPLICANT(S)**:  Ben Fernandez, Esq., on behalf of 2814/16 SW 37, LLC

**PURPOSE**:  This will amend the designation on the Future Land Use Map for the above properties from "Low Density Restricted Commercial" to "Medium Density Restricted Commercial".

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Recommended approval on July 1, 2020, by a vote of 7-2.

**Note for the Record: Companion File ID 7679; PZAB File ID 7433 Linked to this Legislative File; EPlan PZ-19-2863**

History:

09/24/20   City Commission   CONTINUED                    Next: 10/22/20

| RESULT: | **CONTINUED [UNANIMOUS]   Next: 10/22/2020 9:00 AM** |
|---|---|
| **MOVER:** | Ken Russell, Vice Chair, District Two |
| **SECONDER:** | Keon Hardemon, Chair, District Five |
| **AYES:** | Keon Hardemon, Ken Russell, Alex Diaz de la Portilla, Manolo Reyes |
| **ABSENT:** | Joe Carollo |

**City Commission**                          **Meeting Agenda**                          **October 22, 2020**

**PZ.16**                    <u>**ORDINANCE**</u>                                    **First Reading**

**7679**                     AN ORDINANCE OF THE MIAMI CITY COMMISSION, WITH
                             ATTACHMENTS, AMENDING THE ZONING ATLAS OF ORDINANCE
*Department of*              NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI,
*Planning*                   FLORIDA, AS AMENDED, BY CHANGING THE ZONING
                             CLASSIFICATION FROM T4-L, "GENERAL URBAN TRANSECT ZONE
                             – LIMITED", TO T5-O, "URBAN CENTER TRANSECT ZONE - OPEN",
                             OF THE PROPERTIES LOCATED AT APPROXIMATELY 2824 AND
                             2828 SOUTHWEST 37 AVENUE MIAMI, FLORIDA, AS MORE
                             PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND
                             INCORPORATED;  FURTHER ACCEPTING THE VOLUNTARILY
                             PROFFERED COVENANT IN THE SUBSTANTIALLY THE FORM
                             ATTACHED AND INCORPORATED AS EXHIBIT "B"; MAKING
                             FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND
                             PROVIDING FOR AN EFFECTIVE DATE.

                             **LOCATION**:  Approximately 2824 and 2828 SW 37 Av [Commissioner
                             Ken Russell - District 2]

                             **APPLICANT(S)**:  Ben Fernandez, Esq., on behalf of 2814/16 SW 37

                             **PURPOSE**:  This will change the above property from T4-L "General
                             Urban Transect Zone – Limited" to T5-O "Urban Center Transect Zone-
                             Open".

                             **FINDING(S)**:

                             PLANNING DEPARTMENT:  Recommended approval

                             PLANNING, ZONING AND APPEALS BOARD: Recommended approval
                             on July 1, 2020, by a vote of 7-2.

                             **Note for the Record: Companion File ID 7677; PZAB File ID 7434
                             Linked to this Legislative File; EPlan PZ-19-2864**

                             History:

                             09/24/20   City Commission  CONTINUED              Next: 10/22/20

|  |  |
|---|---|
| **RESULT:** | **CONTINUED [UNANIMOUS]   Next: 10/22/2020 9:00 AM** |
| **MOVER:** | Ken Russell, Vice Chair, District Two |
| **SECONDER:** | Keon Hardemon, Chair, District Five |
| **AYES:** | Keon Hardemon, Ken Russell, Alex Diaz de la Portilla, Manolo Reyes |
| **ABSENT:** | Joe Carollo |

| | | |
|---|---|---|
| **PZ.17** | <u>**ORDINANCE**</u> | **First Reading** |
| **7890** | | |

AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED; MORE SPECIFICALLY, BY AMENDING ARTICLE 1, SECTION 1.2, TITLED "DEFINITIONS OF TERMS", ARTICLE I, SECTION 1.4, TITLED "DEFINITIONS OF LANDSCAPE REQUIREMENTS", ARTICLE 3, SECTION 3.12, TITLED "DESIGN GUIDELINES, NEIGHBORHOOD CONSERVATION DISTRICTS, AND NEIGHBORHOOD REVITALIZATION DISTRICTS", ARTICLE 3, SECTION 3.6.10, TITLED OFF-STREET BICYCLE PARKING REQUIREMENTS", ARTICLE 4, TABLE 4, TITLED "DENSITY, INTENSITY AND PARKING", AND ARTICLE 4, TABLE 7, TITLED "CIVIC SPACE TYPES", TO PROVIDE FOR FUTURE OPPORTUNITIES FOR STREETSCAPE ENHANCEMENTS THROUGHOUT THE CITY OF MIAMI; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**SPONSOR(S):**      **Mayor Francis X. Suarez, Commissioner Keon Hardemon**

**APPLICANT(S)**:  Arthur Noriega V, City Manager on behalf of City of Miami

**PURPOSE**:  This will amend Article 1, Section 1.2 entitled "Definitions of Terms", Section 1.4 entitled "Definitions of Landscape Requirements", Article 3, Section 3.12 entitled "Design Guidelines, Neighborhood Conservation Districts, and Neighborhood Revitalization Districts", and Article 4, Table 4 entitled "Density, Intensity And Parking" and Table 7 entitled "Civic Space Type", to provide for future opportunities for streetscape enhancements throughout the city.

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Recommended approval on September 16, 2020, by a vote of 9-2.

**Note for the Record: PZAB File 7786 Linked to this Legislative File**

**PZ.18**            <u>**ORDINANCE**</u>                              **First Reading**

**8032**            AN ORDINANCE OF THE MIAMI CITY COMMISSION, WITH
ATTACHMENTS, AMENDING APPENDIX J: WYNWOOD NRD-1 -
NEIGHBORHOOD REVITALIZATION DISTRICT - OF ORDINANCE NO.
13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA,
AS AMENDED ("MIAMI 21 CODE"); MORE SPECIFICALLY, BY
AMENDING SECTION 2.1, TITLED "PURPOSE AND INTENT", ARTICLE
3, TITLED "GENERAL TO ZONES", SECTION 4, TABLE 2, TITLED
"TABLE 2. T5 - URBAN CENTER ZONE" AND "TABLE 2. T6 - URBAN
CORE ZONE", ARTICLE 5, TITLED "SPECIFIC TO ZONES", ARTICLE 9,
TITLED "LANDSCAPE REQUIREMENTS", ARTICLE 10, TITLED "SIGN
REGULATIONS",  AND SECTION 8, TITLED "STREET MASTER PLAN",
TO MODIFY STANDARDS FOR PARKING FOR DEVELOPMENTS
LESS THAN 10,000 SQUARE FEET, ALLOW PARKING WITHIN
MEZZANINE LEVELS, AND THE ESTABLISHMENT OF THE
WYNWOOD STREETSCAPE MASTER PLAN WITHIN THE NRD-1
BOUNDARIES; FURTHER AMENDING SECTION 3.3, TITLED "LOTS
AND FRONTAGES", TO ESTABLISH A PROGRAM TO ALLOW LOT
ASSEMBLAGES EXCEEDING MAXIMUM LOT AREA WITH PUBLIC
BENEFIT CONTRIBUTIONS; FURTHER AMENDING SECTION 3.5,
TITLED "WYNWOOD TRANSFER OF DEVELOPMENT RIGHTS
PROGRAM", TO ESTABLISH A PROGRAM TO ALLOW UNUSED
DENSITY THROUGHOUT THE NRD-1 BOUNDARY TO BE
TRANSFERRED FOR THE BENEFIT OF AFFORDABLE/WORKFORCE
HOUSING, CIVIC OPEN SPACE AND LEGACY USES, THE ABILITY TO
PAY INTO THE AFFORDABLE HOUSING TRUST FUND TO OBTAIN
ADDITIONAL DENSITY, ALIGNMENT OF THE
AFFORDABLE/WORKFORCE HOUSING BENEFIT TO THE MIAMI 21
CODE'S STANDARDS, AND A CALIBRATED ATTAINABLE MIXED
INCOME PROGRAM; CONTAINING A SEVERABILITY CLAUSE AND
PROVIDING FOR AN EFFECTIVE DATE.

**SPONSOR(S):     Mayor Francis X. Suarez, Commissioner Keon
Hardemon**

**APPLICANT(S)**:  Arthur Noriega V, City Manager on behalf of City of
Miami

**PURPOSE**:  This will amend Appendix J : Neighborhood Revitalization Districts, specifically by amending Section 2 titled "Purpose and Intent", Section 3 titled "General to Zones", Section 4, Table 2 titled "Table 2. T5 - Urban Center Zone" and "Table 2. T6 - Urban Core Zone", Section 5 titled "Specific to Zones", Section 6 titled "Landscape Requirements", Section 7 titled "Sign Regulations", and Section 8 titled "Street Master Plan", and by amending/adding Section 3.1 titled "Lots and Frontages" and amending Section 3.5 titled "Wynwood Transfer of Development Rights Program" to establish a set of guidelines for right-of-way improvements for private development to follow that will result in strengthening a sense of place, creating a public landscape experience, building the neighborhood's resilience to the impact of climate change, promoting green infrastructure, and improving pedestrian experience with street furniture, trash receptacle, lighting, and other features. To establish a program to allow lot assemblage exceeding maximum lot area with public benefit contributions to facilitate development that is in the character and vision of NRD-1 and to establish the Wynwood Transfer of Development Rights and Density Program that will to continue encourage development needs for Affordable/Workforce Housing, Civic Open Space, and Legacy Uses for the NRD-1.

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval

PLANNING, ZONING AND APPEALS BOARD: Recommended approval on September 16, 2020, by a vote of 10-1.

**Note for the Record: PZAB File 7787 Linked to this Legislative File**

| City Commission | Meeting Agenda | October 22, 2020 |
|---|---|---|

**PZ.19**

**7997**

*Department of Planning*

**RESOLUTION**

A RESOLUTION OF THE MIAMI CITY COMMISSION APPROVING  THE CLOSURE, VACATION, ABANDONMENT, AND DISCONTINUANCE FOR PUBLIC USE OF FIVE (5) STREETS GENERALLY LOCATED WITHIN THE ROADWAY BOUNDARIES OF NORTHEAST 23RD STREET TO THE SOUTH, NORTHEAST 24TH STREET TO THE NORTH, NORTHEAST 4TH AVENUE TO THE WEST, AND BISCAYNE BAY TO THE EAST, NAMELY NORTHEAST 5TH AVENUE, NORTHEAST 6TH AVENUE, NORTHEAST 7TH AVENUE, PORTIONS OF NORTHEAST 23RD TERRACE, AND PORTIONS OF NORTHEAST 24TH STREET, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED, PURSUANT TO SECTION 55-15 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED; MAKING FINDINGS; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN EFFECTIVE DATE.

**LOCATION**:  Approximately NE 23rd St to the South, NE 24th St to the North, NE 4th Av to the West, and Biscayne Bay to the East [Commissioner Ken Russell - District 2]

**APPLICANT(S)**:  Iris Escarra, Esquire, on behalf of 24 Plaza Corp

**PURPOSE**:  This will allow the closure, vacation, abandonment, and discontinuance for public use of various streets generally located within the roadway boundaries of NE 23rd St to the South, NE 24th St to the North, NE 4th Av to the West, and Biscayne Bay to the East.

**FINDING(S)**:

PLANNING DEPARTMENT:  Recommended approval with conditions

Planning, ZONING AND APPEALS BOARD: Recommended approval with conditions on October 7, 2020, by a vote of 7-0.

**Note for the Record: PZAB File ID 7801 Linked to this Legislative File; Eplan PZ-19-2601**

**END OF PLANNING AND ZONING ITEM(S)**

## FL - FUTURE LEGISLATION

Pursuant to Resolution R-16-0303, any amendment to the City of Miami Code, or Text Amendment to the Miami 21 Code, sponsored or co-sponsored by the City Administration shall be published at least sixty (60) days prior to First Reading for public comment in the "Future Legislation" section of the City Commission agenda. **Items placed in the Future Legislation section shall require no action from the City Commission**.

The public may submit their comments to [futurelegislation@miamigov.com](mailto:futurelegislation@miamigov.com)  Comments shall be accepted through the period indicated under each Ordinance.  Once the public comment period has closed, said public comments shall be included as supporting documentation to the legislation.  The public comment period shall re-open for fifteen (15) days for additional public comment after the proposed amendment is published after first reading.

**(Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request or published pursuant to Resolution R-16-0303, do not send electronic mail to this entity. Instead, contact the City Commission or City Administration by phone or in writing.)**

| | |
|---|---|
| **FL.1** | **ORDINANCE** |
| **7849** | AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 54/ARTICLE I/SECTION 54-8 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED ("CITY CODE"), ENTITLED "STREETS AND SIDEWALKS/IN GENERAL/ USING STREET OR SIDEWALK FOR DISPLAY PURPOSES, EXCEPTIONS; PERMIT AND FEE; CONTAINING A SEVERABILITY CLAUSE AND PROVIDING FOR AN EFFECTIVE DATE. |
| *Department of Resilience and Public Works* | |
| | **Note for the Record: 60-Day Public Comment Period: October 14, 2020 - December 12, 2020** |

| City Commission | Meeting Agenda | October 22, 2020 |
|---|---|---|

**FL.2**

**8040**

*Department of Planning*

**ORDINANCE**

AN ORDINANCE OF THE MIAMI CITY COMMISSION TO AMEND ORDINANCE NO. 13114, THE ZONING ORDINANCE OF THE CITY OF MIAMI, AS AMENDED, SPECIFICALLY BY AMENDING ARTICLE 1, SECTION 1.1, ENTITLED "DEFINITIONS OF BUILDING FUNCTION: USES (ARTICLE 4, TABLE 3)" RELATED TO INDUSTRIAL USES; AND ARTICLE 3, SECTION 3.11 ENTITLED "WATERFRONT STANDARDS," ADDING LODGING AS A USE CONSIDERED FOR THE DESIGN STANDARDS; AND ARTICLE 4, TABLE 3, ENTITLED "BUILDING FUNCTION: USES," MODIFYING REGULATIONS FOR DENSITY AND USES FOR THE DISTRICT ZONE; AND ARTICLE 4, TABLE 4, ENTITLED "DENSITY, INTENSITY AND PARKING," RELATED TO THE DISTRICT ZONE, PROVIDING REGULATIONS FOR DENSITY, INTENSITY, AND PARKING TO ADDRESS LODGING USES WITHIN THE D2 AND D3 TRANSECTS WITHIN THE DISTRICT ZONE; AND ARTICLE 6, SECTION 6.1, ENTITLED "INTENT AND EXCLUSIONS," MODIFYING TABLE 13 PROVIDING SUPPLEMENTARY REGULATIONS FOR THE D2 AND D3 TRANSECT ZONES; CONTAINING A SEVERABILITY CLAUSE, AND PROVIDING FOR AN EFFECTIVE DATE.

**Note for the Record: 60-day Public Comment Period: October 14, 2020 - December 12, 2020**

**END OF FUTURE LEGISLATION**