Message
_____

| | |
|---|---|
| **From**: | Sierra, Daniel [dsierra@miamigov.com] |
| **Sent**: | 2/18/2018 11:40:57 AM |
| **To**: | Gomez, Gilberto (Lt.) [2369@miami-police.org]; Miro, Steven [SMiro@miamigov.com]; Betancourt, Vicente [VBetancourt@miamigov.com] |
| **CC**: | Parjus, Alberto N. [AParjus@miamigov.com]; Gomez Jr., Luis [LGomez@miamigov.com] |
| **Subject**: | FW: Sanguich - TEP 1641 SW 8 ST |

*Daniel Sierra*
*Field Supervisor (South District)*
***City of Miami Code Compliance***
*444 S.W. 2nd Avenue - 7th Floor*
*305-416-1964*
*dsierra@miamigov.com*

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

**From:** Gomez Jr., Luis
**Sent:** Sunday, February 18, 2018 11:30 AM
**To:** Sierra, Daniel <dsierra@miamigov.com>
**Subject:** Fwd: Sanguich - TEP 1641 SW 8 ST

Luis Gomez
Code Compliance
City of Miami
305-329-4770

Begin forwarded message:

**From:** "Sierra, Daniel" <dsierra@miamigov.com>
**Date:** February 3, 2018 at 4:33:13 PM EST
**To:** "Salvatierra, Yacmany" <YSalvatierra@miamigov.com>, "Watts-Slaton, Michele" <MWatts@miamigov.com>
**Cc:** "Gomez Jr., Luis" <LGomez@miamigov.com>, "Guevara, Teresa" <TGuevara@miamigov.com>
**Subject: Re: Sanguich - TEP 1641 SW 8 ST**

Thanks Yac.

Sent via the Samsung Galaxy S8, an AT&T 4G LTE smartphone

-------- Original message --------
From: "Salvatierra, Yacmany" <YSalvatierra@miamigov.com>
Date: 2/3/18 4:24 PM (GMT-05:00)
To: "Sierra, Daniel" <dsierra@miamigov.com>, "Watts-Slaton, Michele" <MWatts@miamigov.com>
Cc: "Gomez Jr., Luis" <LGomez@miamigov.com>, "Guevara, Teresa" <TGuevara@miamigov.com>

Pl. Ex 627

Subject: RE: Sanguich - TEP 1641 SW 8 ST

Good afternoon,

As per requested, today I monitored the Sanguich de Miami establishment in two occasions. First attempt was around 10:05 am & second attempt (with Inspector T. Snyder) around 01:00 pm in which business establishment was not operating during both instances, see attached photos.

Regards,

## Yacmany Salvatierra
Code Compliance Inspector — South West District
**City of Miami**
*305-329-4770*
Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Sierra, Daniel
**Sent:** Friday, February 02, 2018 4:54 PM
**To:** Watts-Slaton, Michele <MWatts@miamigov.com>
**Cc:** Gomez Jr., Luis <LGomez@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Subject:** FW: Sanguich - TEP 1641 SW 8 ST

Good afternoon Michele,

I have been advised that this food truck will be operating tomorrow without an approved permit. Please have Inspector Salvatierra investigate and email findings and actions.

Thanks

*Daniel Sierra*
*Field Supervisor (South District)*
**City of Miami Code Compliance**
*444 S.W. 2nd Avenue - 7th Floor*
*305-416-1964*
*dsierra@miamigov.com*

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Gomez Jr., Luis
**Sent:** Friday, January 19, 2018 4:46 PM
**To:** Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Cc:** Diez, Orlando <odiez@miamigov.com>; Angel-Capo, Jessica <JCapo@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>
**Subject:** RE: Sanguich - TEP 1641 SW 8 ST

Thanks Yacmany for the prompt follow up.

Since the establishment has made no further attempts to comply with your original notice of violation, please schedule the case to hearing Monday morning.

MADROOM0151624

Luis Gomez
Field Supervisor – South West District
City of Miami Code Compliance
(305) 329-4770
LGomez@miamigov.com

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Salvatierra, Yacmany
**Sent:** Friday, January 19, 2018 4:38 PM
**To:** Gomez Jr., Luis <LGomez@miamigov.com>
**Cc:** Diez, Orlando <odiez@miamigov.com>; Angel-Capo, Jessica <JCapo@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>
**Subject:** RE: Sanguich - TEP 1641 SW 8 ST

Good Afternoon,

Business establishment was shut down around 3:15 pm, see attached photos.

Thanks,

## Yacmany Salvatierra
Code Compliance Inspector – South West District
**City of Miami**
*305-329-4770*
Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Gomez Jr., Luis
**Sent:** Friday, January 19, 2018 1:30 PM
**To:** Papier, Nerly (Cmdr) <1473@miami-police.org>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Cc:** Diez, Orlando <odiez@miamigov.com>; Angel-Capo, Jessica <JCapo@miamigov.com>
**Subject:** FW: Sanguich - TEP 1641 SW 8 ST

FYI...

Luis Gomez
Field Supervisor – South West District
City of Miami Code Compliance

(305) 329-4770
LGomez@miamigov.com

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Diez, Orlando
**Sent:** Monday, January 08, 2018 9:58 AM
**To:** Gomez Jr., Luis <LGomez@miamigov.com>
**Cc:** Angel-Capo, Jessica <JCapo@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Wagner, Antonio <awagner@miamigov.com>
**Subject:** FW: Sanguich - TEP 1641 SW 8 ST

Luis
Please advise the business, they can't be open. As per the Building Director Jose Camero they have not met the requirements of Building permit. (See attached application page 1, 2 and 3) and open a case for operating without permit.



*Orlando J. Diez,* CGC, BN, HI, CEII
*Director Office of Code Compliance*
*Miami Riverside Center*
*444 S.W. 2nd Avenue, 7th Floor, Miami, Fla. 33130*
*(305)416-2089 FAX (305)416-2006*

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

---

**From:** Camero, Jose
**Sent:** Thursday, January 04, 2018 3:58 PM
**To:** Diez, Orlando <odiez@miamigov.com>
**Subject:** Re: Sanguich - TEP 1641 SW 8 ST

They have not met the requirements of a bldg permit

Jose S Camero, R.A.
Building Director
City of Miami
444 SW 2 Avenue
Miami, Florida
305 416-1102

---

**From:** Diez, Orlando
**Sent:** Thursday, January 4, 2018 3:41:45 PM
**To:** Camero, Jose
**Subject:** FW: Sanguich - TEP 1641 SW 8 ST

MADROOM0151627

Jose,

Please can you clarify if this is ready to open and operate this Saturday?

Thanks.



*Orlando J. Diez,* CGC, BN, HI, CEII
*Director Office of Code Compliance*
*Miami Riverside Center*
*444 S.W. 2nd Avenue, 7th Floor, Miami, Fla. 33130*
*(305)416-2089 FAX (305)416-2006*

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

---

**From:** Gomez Jr., Luis
**Sent:** Thursday, January 04, 2018 3:26 PM
**To:** Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Diez, Orlando <odiez@miamigov.com>; Angel-Capo, Jessica <JCapo@miamigov.com>
**Subject:** FW: Sanguich - TEP 1641 SW 8 ST
**Importance:** High

Thank you Yacmany.

*Luis Gomez*
*Field Supervisor – South West District*
*City of Miami Code Compliance*
*(305) 329-4770*
LGomez@miamigov.com

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Salvatierra, Yacmany
**Sent:** Thursday, January 04, 2018 3:19 PM
**To:** Gomez Jr., Luis <LGomez@miamigov.com>
**Subject:** FW: Sanguich TEP
**Importance:** High

Good Afternoon,

As per request, I assessed the establishment in subject and spoke with business owner Daniel Figueroa about the approved TEP issued and all its conditions (Should open for business on January 6th , NO outside seating, & copy of the

MADROOM0151628

TEP should be on site at all times). Owner stated that today they were preparing all the conditions to open on Saturday and they are not open to the public, will monitor the area tomorrow in order to be in compliance.

Regards,

**Yacmany Salvatierra**
Code Compliance Inspector – South West District
**City of Miami**
*305-329-4770*
Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Prada, Barbara
**Sent:** Thursday, January 04, 2018 2:18 PM
**To:** Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Subject:** Sanguich TEP
**Importance:** High

Good afternoon,

Per your request, you may find attached approved Temporary Event Permit for "Sanguich".  Please, note that that the starting and ending date has been changed and approved by Zoning ( January 6, 2018 through February 2, 2018).

Kindest  regards,



*Barbara Prada*
*Special Projects Assistant*
**NET Administration**
151 NW 27 AVE
Miami, FL  33125
(305) 960-5110 office
bprada@miamigov.com

MADROOM0151629



# City of Miami Department of Code Compliance

Case History Fact Sheet

Property Address: 521 SW 8 ST    Case Number: CE20190005428

CCI Name: Yacmany Salvatierra    CCI Signature: _____

CC Office: South-West    Transect Zone: T6-8-O

Violation Reference Number (s): 2104, 2212

✓ NOV/SUM (Photo of posting with property address visible, notarized affidavit of posting, proof of mailing with green slip or USPS printout)

✓ TKT/TSM/TAH (Photo of posting with property address visible, notarized affidavit of posting, proof of mailing with green slip or USPS printout)

✓ CityView Certified Mail printout

✓ Ownership info (Tax Deed, Miami-Dade County printout)

✓ Sunbiz information with Registered Agent (if applicable)

✓ Evidence (Time-stamped or signed and dated photographs, emails, violation-specific evidence)

## Violation Narrative & Required Corrections

\* Work performed without a finalized permit (Brand new venting type system on the roof, second floor was extensive remodeling with out permits as per legal department). Failure to provide required parking.

**Pl. Ex 631**

CC Supervisor Approval: _____

# City of Miami



THE CITY OF MIAMI, FLORIDA
CODE ENFORCEMENT BOARD
vs.

LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL 33135

Tenant:

April 28, 2021
CR: CE2019005428
Case No: CE2019005428

Address: 521 SW 8 ST
Folio: 0102040801180
Legal: CITY OF MIAMI SOUTH PB B-41 LOT 18
LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-
0597 0397 1

Hearing Date: March 24, 2021

## FINAL ADMINISTRATIVE ENFORCEMENT ORDER

The Code Enforcement Board has found you guilty of violating the following laws:

- 2104    WORK PERFORMED WITHOUT A FINALIZED PERMIT          City Code SEC 10-3 (FBC 104,
105)ZON ORD SEC 2102

You are hereby ordered to correct said violation by March 25, 2021. If you fail to comply by said date, you will
thereafter be fined the sum of $250 per day. It is your responsibility to advise the Inspector immediately after the
violation has been corrected to obtain an Affidavit of Compliance. Failure to obtain an Affidavit of Compliance
will result in the continuing accrual of the daily fine.

This Order shall constitute a lien against the above referenced property and any other real or personal property that
you own once it is recorded in the Public Records of Miami-Dade County. LIENS THAT REMAIN UNPAID
FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT. In addition, the Certificate of Use and
Occupational License of any business occupying this property may be suspended or withheld. Operating a
business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or
closing the business.

Should you have any questions regarding this Enforcement Order, or if you wish to advise the Code Enforcement
Board that the violation has been corrected, please call Yacmany Salvatierra at Cell Phone Number: (786) 696-
0034 or Office Phone Number: (305) 416-2087.

City of Miami Code Enforcement Board

This is to certify that the foregoing is a true and correct copy of the document on file dated April 28, 2021 of the
Code Enforcement Board. Officially filed and rendered on April 28, 2021 in the records of the City of Miami,
Hearing Boards.

Prepared by:_____
Olga Zamora
Deputy Clerk of Hearing Boards

# City of Miami

March 29, 2021

THE CITY OF MIAMI

vs.

LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL 33135

---

CODE ENFORCEMENT BOARD
CITY OF MIAMI, FLORIDA

Case No: CE2019005428
Address: 521 SW 8 ST

Hearing Date: March 24, 2021

Folio: 0102040801180
Legal: CITY OF MIAMI SOUTH PB B-41 LOT 18
LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-
0597 0397 1

CR: CE2019005428

## Affidavit of Non-Compliance

Subject Property: 521 SW 8 ST          Folio: 0102040801180

I, Yacmany Salvatierra, Inspector for the City of Miami, being duly sworn, deposed and says:

    1. On March 29, 2021, I conducted an inspection of the property cited for violation(s) in the above-styled matter.
    2. The inspection and a review of applicable records indicate that the violation(s) charged have not been corrected.

Name of Inspector: Yacmany Salvatierra
Office Address: 444 SW 2 AV 7th Floor Miami, FL 33130
Cell Phone Number: (786) 696-0034
Office Phone Number: (305) 416-2087
Email: Ysalvatierra@miamigov.com

_____

_____
Yacmany Salvatierra
Code Enforcement Inspector

SWORN AND SUBSCRIBED BEFORE ME THIS 30th DAY OF March , 2021

Lizaida Carpio
Print Notary Name

Notary Public State of Florida
My Commission Expires:

Personally know ✓ or Produced I.D.___
Type and number of I.D. produced_____
Did take an oath ___ or Did not take an oath ___

LIZAIDA CARPIO
Notary Public - State of Florida
Commission # GG 320117
My Comm. Expires Apr 4, 2023

**City of Miami**

THE CITY OF MIAMI, FLORIDA
CODE ENFORCEMENT BOARD
vs.

LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL 33135

Tenant:

December 09, 2019
CR: CE2019005428
Case No: CE2019005428

Address: 521 SW 8 ST
Folio: 0102040801180
Legal: CITY OF MIAMI SOUTH PB B-41 LOT 18
LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-
0597 0397 1

Hearing Date: December 05, 2019

### FINAL ADMINISTRATIVE ENFORCEMENT ORDER

The Code Enforcement Board has found you guilty of violating the following laws:

- 2104    WORK PERFORMED WITHOUT A FINALIZED PERMIT          City Code SEC 10-3 (FBC 104,
105)ZON ORD SEC 2102
- 2212    FAILURE TO PROVIDE THE MINIMUM OFFSTREET PARKING IN SD2 ZONING DISTRICT.
   Miami 21 SEC 3.6.5

You are hereby ordered to correct said violation by March 04, 2020. If you fail to comply by said date, you will
thereafter be fined the sum of $250 per day. It is your responsibility to advise the Inspector immediately after the
violation has been corrected to obtain an Affidavit of Compliance. Failure to obtain an Affidavit of Compliance
will result in the continuing accrual of the daily fine.

This Order shall constitute a lien against the above referenced property and any other real or personal property that
you own once it is recorded in the Public Records of Miami-Dade County. LIENS THAT REMAIN UNPAID
FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT. In addition, the Certificate of Use and
Occupational License of any business occupying this property may be suspended or withheld. Operating a
business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or
closing the business.

Should you have any questions regarding this Enforcement Order, or if you wish to advise the Code Enforcement
Board that the violation has been corrected, please call Yacmany Salvatierra at (305) 329-4770.

City of Miami Code Enforcement Board

This is to certify that the foregoing is a true and correct copy of the document on file dated December 09, 2019 of
the Code Enforcement Board. Officially filed and rendered on December 09, 2019 in the records of the City of
Miami, Hearing Boards.

Prepared by:_____
Olga Zamora
Deputy Clerk of Hearing Boards

**City of Miami**

THE CITY OF MIAMI, FLORIDA
CODE ENFORCEMENT BOARD
vs.

LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL  33135

Tenant:

December 09, 2019
CR: CE2019005428
Case No: CE2019005428

Address: 521 SW 8 ST
Folio: 0102040801180
Legal: CITY OF MIAMI SOUTH PB B-41  LOT 18
LESS ST BLK 48  LOT SIZE 50.000 X 140  OR 17595-
0597 0397 1

Hearing Date: December 05, 2019

### FINAL ADMINISTRATIVE ENFORCEMENT ORDER

The Code Enforcement Board has found you guilty of violating the following laws:

- 2104     WORK PERFORMED WITHOUT A FINALIZED PERMIT          City Code SEC 10-3 (FBC 104,
105)ZON ORD SEC 2102
- 2212     FAILURE TO PROVIDE THE MINIMUM OFFSTREET PARKING IN SD2 ZONING DISTRICT.
    Miami 21 SEC 3.6.5

You are hereby ordered to correct said violation by March 04, 2020.  If you fail to comply by said date, you will
thereafter be fined the sum of  $250 per day.  It is your responsibility to advise the Inspector immediately after the
violation has been corrected to obtain an Affidavit of Compliance.  Failure to obtain an Affidavit of Compliance
will result in the continuing accrual of the daily fine.

This Order shall constitute a lien against the above referenced property and any other real or personal property that
you own once it is recorded in the Public Records of Miami-Dade County.  LIENS THAT REMAIN UNPAID
FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT.  In addition, the Certificate of Use and
Occupational License of any business occupying this property may be suspended or withheld.  Operating a
business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or
closing the business.

Should you have any questions regarding this Enforcement Order, or if you wish to advise the Code Enforcement
Board that the violation has been corrected, please call Yacmany Salvatierra at (305) 329-4770.

City of Miami Code Enforcement Board

This is to certify that the foregoing is a true and correct copy of the document on file dated December 09, 2019 of
the Code Enforcement Board. Officially filed and rendered on December 09, 2019 in the records of the City of
Miami, Hearing Boards.

Prepared by:
Olga Zamora
Deputy Clerk of Hearing Boards

**City of Miami**

November 01, 2019

THE CITY OF MIAMI vs.
Owner/Dueño/ Pwopryetè:
LA GRAN FIESTA LLC
1637 SW 8 ST 200
MIAMI, FL 33135

LA GRAN FIESTA LLC
1637 SW 8 ST 200
MIAMI, FL 33135

CODE ENFORCEMENT BOARD/ CUMPLIMIENTO
DEL CÓDIGO/
KOMITE DEGZEKISYON

CITY OF MIAMI, FLORIDA

Case No: CE2019005428

Address: 521 SW 8 ST
Zoning: 35
Folio: 0102040801180

Legal: CITY OF MIAMI SOUTH PB B-41  LOT 18
LESS ST BLK 48  LOT SIZE 50.000 X 140  OR 17595-
0597 0397 1

## NOTICE OF VIOLATION SUMMONS TO APPEAR

Subject Property: 521 SW 8 ST          Folio: 0102040801180

You are hereby notified that an inspection of the above property discloses that you are in violation the following
laws, including
VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT          City Code SEC 10-3
(FBC 104, 105)ZON ORD SEC 2102
          Correction: Must pull/obtain building permit for the work done in the 2nd floor, Contact City of Miami
Building Dept. at 444 SW 2 Av Miami, FL 33130.
VIOL REF# 2212-FAILURE TO PROVIDE THE MINIMUM OFFSTREET PARKING IN SD2 ZONING
DISTRICT.          Miami 21 SEC 3.6.5

You were directed to correct said violation(s) by April 08, 2019 and to notify the Inspector that the violation(s) has
been corrected. Failure to do so will result in charges being filed against you with the Code Enforcement Board of
the City of Miami.
If the violation(s) is (are) not corrected with the approval of the inspector within the specified time period, you are
hereby commanded to appear before the Code Enforcement Board for a hearing at the following time and place:

          Date/Fecha/Dat:          December 05, 2019,
          Time/Hora/Lè:          05:00 PM
          Place/Lugar/Kote a:          Commission Chambers, City Hall / Despacho del Concejo, Ayuntamiento
                              3500 Pan American Drive, Miami, Florida

If you cannot communicate in English, you are responsible for bringing a translator, 18 years of age or over, to the
Code Enforcement Board Hearing.

In accordance with the Americans with Disabilities Act of 1990, all persons who require special accommodations
in order to participate in this meeting should contact the Office of the City Clerk at (305) 250-5360 at least three
business days prior to the proceeding.

THIS IS YOUR NOTICE TO APPEAR AT THAT TIME AND PLACE.  FAILURE TO APPEAR WILL
RESULT IN THIS MATTER BEING HEARD IN YOUR ABSENCE.  IF YOU ARE FOUND GUILTY AND
YOU FAIL TO CORRECT SAID VIOLATION, THE CODE ENFORCEMENT BOARD CAN IMPOSE FINES
AGAINST YOU OF UP TO $250 PER DAY, OR $500 PER DAY FOR A REPEAT VIOLATION.
UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN,
AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.  LIENS WHICH
REMAIN UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT  In addition, the
Certificate of Use and Occupational License of any busines

## EXHIBIT

C



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ 9214 8969 0095 9790 1630 8766 80 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $0.500
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $3.50
☐ Adult Signature Restricted Delivery $_____

Postmark
Here

Postage $1.60

Total Postage and Fees $0.00

$5.600

Sent To

Street, Apt. No., LA GRAN FIESTA LLC
or PO Box No. 1637 SW 8 ST 200
City, State, Zip+4 MIAMI, FL, 33135

Electronic Return Receipt Requested

File: CE2019005428

PS Form 3800, April 2015     **See Reverse for Instructions**

MIA-SFED23485-00052818

withheld. Operating a business with      all required licenses is illegal under state and      law, and is punishable by criminal arrest and/or closing the business.

ESTE ES SU AVISO PARA COMPARECER A LA HORA Y EN EL LUGAR INDICADO ANTERIORMENTE. SI NO COMPARECE, LA VISTA DE ESTA CAUSA SE CELEBRARÁ EN SU AUSENCIA. SI SE DETERMINA QUE ES CULPABLE Y NO SUBSANA DICHA INFRACCIÓN, LA JUNTA DE CUMPLIMIENTO DEL CÓDIGO PODRÁ IMPONERLE MULTAS HASTA DE $250 DIARIOS O $500 DIARIOS, SI SE REPITE LA INFRACCIÓN.
LAS MULTAS QUE NO SE PAGUEN SE CONVERTIRÁN EN GRAVÁMENES CONTRA ESTA PROPIEDAD Y CONTRA TODAS LAS PROPIEDADES QUE LE PERTENEZCAN Y SE REGISTRARÁN EN EL ARCHIVO PÚBLICO DEL CONDADO DE MIAMI-DADE, FLORIDA. LOS GRAVÁMENES QUE PERMANEZCAN SIN PAGAR DURANTE TRES (3) MESES PODRÁN EJECUTARSE EN EL TRIBUNAL. Además, se podrá suspender o denegar el Certificado de Uso y Licencia Ocupacional de los negocios que estén situados en la propiedad. Las leyes estatales y municipales disponen que es ilícito operar un negocio sin todas las licencias necesarias, y esto se castiga con arresto por comisión de delito y/o la clausura del negocio.

SA A, SE AVI POU OU OUMENM, POU OU PARÈT LÈ SA A EPI NAN KOTE SA A. SI OU PA PARÈT, SA AP LAKÒZ YO FÈ JIJMAN ANNABSANS OU. SI YO WÈ KE OU KOUPAB EPI OU PA KORIJE VYOLASYON YO, KOMITE DEGZEKISYON AN KA PRAN SANKSYON POU FÈ OU PEYE AMANN JISKA $250 PA JOU, OSNON $500 PA JOU SI SE YON VYOLASYON KI TE FÈT DEJA.
SI AMANN YO PA PEYE, SA AP VIN LAKÒZ KE YO PASE LÒD POU LETA SEZI KOTE SA A ANSANM AK TOUT LÒT KOTE OU GENYEN, EPI YAP PIBLIYE SA NAN DOSYE PIBLIK DADE KONNTI, FLORID. APRE LÒD POU SEZI KOTE AN, SI TWA (3) PASE EPI AMANN NAN TOUJOU PA PEYE, YO KAPAB ALE NAN TRIBINAL POU SEZI KOTE AN. Lèfini yo kapab sispann osnon kenbe Sètifika pou sèvi (Certificate of Use) ansanm ak pèmi pou nan kote an (Occupational License) ke nenpòt biznis genyen. Se yon bagay ki ilegal pou moun opere yon biznis san tout pèmi yo dwe genyen dapre lalwa eta florid ak lwa vil lan, epi pinisyon pou sa se arestasyon kriminèl ak/oswa fèmen biznis lan.

Name of Inspector:  Yacmany Salvatierra
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: Ysalvatierra@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday through Friday.

by: _____
        Yacmany Salvatierra
        City of Miami Code Enforcement Inspector

MIA-SFED23485-00052819

# USPS Tracking®

FAQs >

## Track Another Package +

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps. om/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9214896900999790163087 6680

Remove ✕

Your item was delivered to an individual at the address at 3:01 pm on November 12, 2019 in MIAMI, FL 33135.

Feedback

## ✓ Delivered

November 12, 2019 at 3:01 pm
Delivered, Left with Individual
MIAMI, FL 33135

Get Updates ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Return Receipt Electronic** | ∨ |
| **Tracking History** | ∨ |
| **Product Information** | ∨ |

See Less ∧

MIA-SFED23485-00052820

# City of Miami

November 01, 2019

THE CITY OF MIAMI vs.
Owner/Dueño/ Pwopryetè:
LA GRAN FIESTA LLC
1637 SW 8 ST 200
MIAMI, FL 33135

FULLER, WILLIAM O
1637 SW 8TH STREET SUITE 200
MIAMI, FL 33135

CODE ENFORCEMENT BOARD/ CUMPLIMIENTO
DEL CÓDIGO/
KOMITE DEGZEKISYON

CITY OF MIAMI, FLORIDA

Case No: CE2019005428

Address: 521 SW 8 ST
Zoning: 35
Folio: 0102040801180

Legal: CITY OF MIAMI SOUTH PB B-41 LOT 18
LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-
0597 0397 1

## NOTICE OF VIOLATION SUMMONS TO APPEAR

Subject Property: 521 SW 8 ST        Folio: 0102040801180

You are hereby notified that an inspection of the above property discloses that you are in violation the following laws, including
VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT        City Code SEC 10-3
(FBC 104, 105)ZON ORD SEC 2102
        Correction: Must pull/obtain building permit for the work done in the 2nd floor, Contact City of Miami Building Dept. at 444 SW 2 Av Miami, FL 33130.
VIOL REF# 2212-FAILURE TO PROVIDE THE MINIMUM OFFSTREET PARKING IN SD2 ZONING DISTRICT.        Miami 21 SEC 3.6.5

You were directed to correct said violation(s) by April 08, 2019 and to notify the Inspector that the violation(s) has been corrected. Failure to do so will result in charges being filed against you with the Code Enforcement Board of the City of Miami.
If the violation(s) is (are) not corrected with the approval of the inspector within the specified time period, you are hereby commanded to appear before the Code Enforcement Board for a hearing at the following time and place:

        Date/Fecha/Dat:        December 05, 2019,
        Time/Hora/Lè:        05:00 PM
        Place/Lugar/Kote a:        Commission Chambers, City Hall / Despacho del Concejo, Ayuntamiento
                3500 Pan American Drive, Miami, Florida

If you cannot communicate in English, you are responsible for bringing a translator, 18 years of age or over, to the Code Enforcement Board Hearing.

In accordance with the Americans with Disabilities Act of 1990, all persons who require special accommodations in order to participate in this meeting should contact the Office of the City Clerk at (305) 250-5360 at least three business days prior to the proceeding.

THIS IS YOUR NOTICE TO APPEAR AT THAT TIME AND PLACE. FAILURE TO APPEAR WILL RESULT IN THIS MATTER BEING HEARD IN YOUR ABSENCE. IF YOU ARE FOUND GUILTY AND YOU FAIL TO CORRECT SAID VIOLATION, THE CODE ENFORCEMENT BOARD CAN IMPOSE FINES AGAINST YOU OF UP TO $250 PER DAY, OR $500 PER DAY FOR A REPEAT VIOLATION. UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN, AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA. LIENS WHICH REMAIN UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT. In addition, the Certificate of Use and Occupational License of any business occupying this property may be suspended or

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

$     9214 8969 0099 9790 1630 8767 10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $0.500
☐ Return Receipt (electronic)        $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required           $3.50
☐ Adult Signature Restricted Delivery $_____

Postage          $1.60

$

Total Postage and Fees          $0.00

$                    $5.600

Electronic Return Receipt Requested

Postmark
Here

Sent To

Street, Apt. No.,     FULLER, WILLIAM O
or PO Box No.         1637 SW 8TH STREET
City, State, Zip+4    SUITE 200
                      MIAMI, FL, 33135

File: CE2019005428

PS Form 3800, April 2015          See Reverse for Instructions

MIA-SFED23485-00052822

Winfield. Operating a business with ~~if required licenses is illegal under state and r~~~aw, and is punishable by criminal arrest and/or closing the business.

ESTE ES SU AVISO PARA COMPARECER A LA HORA Y EN EL LUGAR INDICADO ANTERIORMENTE. SI NO COMPARECE, LA VISTA DE ESTA CAUSA SE CELEBRARÁ EN SU AUSENCIA. SI SE DETERMINA QUE ES CULPABLE Y NO SUBSANA DICHA INFRACCIÓN, LA JUNTA DE CUMPLIMIENTO DEL CÓDIGO PODRÁ IMPONERLE MULTAS HASTA DE $250 DIARIOS O $500 DIARIOS, SI SE REPITE LA INFRACCIÓN.
LAS MULTAS QUE NO SE PAGUEN SE CONVERTIRÁN EN GRAVÁMENES CONTRA ESTA PROPIEDAD Y CONTRA TODAS LAS PROPIEDADES QUE LE PERTENEZCAN Y SE REGISTRARÁN EN EL ARCHIVO PÚBLICO DEL CONDADO DE MIAMI-DADE, FLORIDA. LOS GRAVÁMENES QUE PERMANEZCAN SIN PAGAR DURANTE TRES (3) MESES PODRÁN EJECUTARSE EN EL TRIBUNAL. Además, se podrá suspender o denegar el Certificado de Uso y Licencia Ocupacional de los negocios que estén situados en la propiedad. Las leyes estatales y municipales disponen que es ilícito operar un negocio sin todas las licencias necesarias, y esto se castiga con arresto por comisión de delito y/o la clausura del negocio.

SA A, SE AVI POU OU OUMENM, POU OU PARÈT LÈ SA A EPI NAN KOTE SA A. SI OU PA PARÈT, SA AP LAKÒZ YO FÈ JIJMAN ANNABSANS OU. SI YO WÈ KE OU KOUPAB EPI OU PA KORIJE VYOLASYON YO, KOMITE DEGZEKISYON AN KA PRAN SANKSYON POU FÈ OU PEYE AMANN JISKA $250 PA JOU, OSNON $500 PA JOU SI SE YON VYOLASYON KI TE FÈT DEJA.
SI AMANN YO PA PEYE, SA AP VIN LAKÒZ KE YO PASE LÒD POU LETA SEZI KOTE SA A ANSANM AK TOUT LÒT KOTE OU GENYEN, EPI YAP PIBLIYE SA NAN DOSYE PIBLIK DADE KONNTI, FLORID. APRE LÒD POU SEZI KOTE AN, SI TWA (3) PASE EPI AMANN NAN TOUJOU PA PEYE, YO KAPAB ALE NAN TRIBINAL POU SEZI KOTE AN. Lèfini yo kapab sispann osnon kenbe Sètifika pou sèvi (Certificate of Use) ansanm ak pèmi pou nan kote an (Occupational License) ke nenpòt biznis genyen. Se yon bagay ki ilegal pou moun opere yon biznis san tout pèmi yo dwe genyen dapre lalwa eta florid ak lwa vil lan, epi pinisyon pou sa se arestasyon kriminèl ak/oswa fèmen biznis lan.

Name of Inspector: Yacmany Salvatierra
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: Ysalvatierra@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday through Friday.

by: _____
              Yacmany Salvatierra
              City of Miami Code Enforcement Inspector

MIA-SFED23485-00052823

# USPS Tracking®

FAQs ›

## Track Another Package +

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps. om/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9214896900999790163087670

Remove ✕

Your item was delivered to an individual at the address at 3:01 pm on November 12, 2019 in MIAMI, FL 33135.

### ✓ Delivered

November 12, 2019 at 3:01 pm
Delivered, Left with Individual
MIAMI, FL 33135

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Return Receipt Electronic** ∨

---

**Tracking History** ∨

---

**Product Information** ∨

---

See Less ∧

MIA-SFED23485-00052824

# City of Miami

November 08, 2019

THE CITY OF MIAMI
vs.
LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL 33135

Tenant:

CODE ENFORCEMENT
CITY OF MIAMI, FLORIDA

Ticket No.:
Case No.: CE2019005428
Hearing Date: December 05, 2019

Violation Address: 521 SW 8 ST
Folio: 0102040801180
Legal: CITY OF MIAMI SOUTH PB B-41  LOT 18
LESS ST BLK 48  LOT SIZE 50.000 X 140  OR 17595-
0597 0397 1

CR: CE2019005428

## Affidavit of Posting and Mailing

Subject Property: 521 SW 8 ST        Folio: 0102040801180

I, Yacmany Salvatierra, being duly sworn, deposes and says:

1. I am a police officer / inspector / agent, employed by or acting on behalf of the City of Miami Code
Enforcement Division.

2. On the 8 day of November, 2019, I posted a copy of the following document at Riverside Center, 444 SW 2nd
Avenue, Miami, Florida and on the property located at 521 SW 8 ST. I also sent a copy of the document by first
class mail:

 Sum

SWORN AND SUBSCRIBED BEFORE ME THIS 8 DAY OF NOVEMBER, 2019.

_____

_____
Signature of Affiant

Personally know _X_ or Produced I.D.____
Type and number of I.D. produced_____
Did take an oath ___ or Did not take an oath ___



LIZAIDA CARPIO
Notary Public - State of Florida
Commission # GG 320117
My Comm. Expires Apr 4, 2023

11/27/19



MIA-SFED23485-00052826

# City of Miami

March 28, 2019

LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL 33135

521 SW 8 ST

CR: CE2019005428

LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL 33135

Folio: 0102040801180

### NOTICE OF VIOLATION Potential Property Lien

Subject Property: 521 SW 8 ST        Folio: 0102040801180

Dear LA GRAN FIESTA LLC:

You are notified that an inspection of the above property discloses that you are in violation of the following laws, including:
VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT        City Code SEC 10-3
(FBC 104, 105)ZON ORD SEC 2102
        Correction: Must pull/obtain building permit for the work done in the 2nd floor, Contact City of Miami Building Dept. at 444 SW 2 Av Miami, FL 33130.
VIOL REF# 2212-FAILURE TO PROVIDE THE MINIMUM OFFSTREET PARKING IN SD2 ZONING DISTRICT.        Miami 21 SEC 3.6.5

You are directed to correct said violation(s) by April 08, 2019 and to notify the Inspector that the violation(s) has been corrected. If the violation(s) has not been corrected with the approval of the inspector within the specified time period, you will be commanded to appear before the Code Enforcement Board. If you are found guilty and fail to correct said violation(s), the Code Enforcement Board can impose fines of up to $500.00 per day for each day the violation(s) remains uncorrected beyond the time period provided.

UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN, AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY. LIENS WHICH REMAIN UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT. In addition, the Certificate of Use and Occupational License of any business occupying this property may be suspended or withheld. Operating a business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or closing the business.

Name of Inspector: Yacmany Salvatierra
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: Ysalvatierra@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday to Friday.





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee  $14  8767-8077-7790-1626-9388-66

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $3.50
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $1.50

Postage
$                                    $0.00

Total Postage and Fees
$                                    $5.600

Electronic Return Receipt Requested

Postmark
Here

Sent To      LA GRAN FIESTA LLC
Street, Apt. No.,  1637 SW 8 ST 200
or PO Box No.      MIAMI, FL, 33135
City, State, Zip+4

PS Form 3800, April 2015          See Reverse for Instructions

File: CE2019005428

MIA-SFED23485-00052828

# USPS Tracking®

FAQs ›

## Track Another Package +

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps. om/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9214896900999790162693866

Remove ✕

Your item was delivered to an individual at the address at 3:02 pm on April 6, 2019 in
MIAMI, FL 33135.

Feedback

✅ **Delivered**

April 6, 2019 at 3:02 pm
Delivered, Left with Individual
MIAMI, FL 33135

---

**Return Receipt Electronic**  ⌄

---

**Tracking History**  ⌄

---

**Product Information**  ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

MIA-SFED23485-00052829

**City of Miami**

March 28, 2019                                    CR: CE2019005428

FULLER, WILLIAM O                                LA GRAN FIESTA LLC
1637 SW 8TH STREET
SUITE 200
MIAMI, FL  33135                                 1637 SW 8 ST 200
                                                 MIAMI, FL  33135

521 SW 8 ST                                      Folio: 0102040801180

### NOTICE OF VIOLATION Potential Property Lien

Subject Property: 521 SW 8 ST        Folio: 0102040801180

Dear LA GRAN FIESTA LLC:

You are notified that an inspection of the above property discloses that you are in violation of the following laws, including:
VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT            City Code SEC 10-3
(FBC 104, 105)ZON ORD SEC 2102
        Correction: Must pull/obtain building permit for the work done in the 2nd floor, Contact City of Miami
Building Dept. at 444 SW 2 Av Miami, FL 33130.
VIOL REF# 2212-FAILURE TO PROVIDE THE MINIMUM OFFSTREET PARKING IN SD2 ZONING
DISTRICT.         Miami 21 SEC 3.6.5

You are directed to correct said violation(s) by April 08, 2019 and to notify the Inspector that the violation(s) has
been corrected.  If the violation(s) has not been corrected with the approval of the inspector within the specified
time period, you will be commanded to appear before the Code Enforcement Board.  If you are found guilty and
fail to correct said violation(s), the Code Enforcement Board can impose fines of up to $500.00 per day for each
day the violation(s) remains uncorrected beyond the time period provided.

UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN,
AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY.  LIENS WHICH REMAIN
UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT.  In addition, the Certificate of Use
and Occupational License of any business occupying this property may be suspended or withheld.  Operating a
business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or
closing the business.

Name of Inspector: Yacmany Salvatierra
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: Ysalvatierra@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday to Friday.



MIA-SFED23485-00052830



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee    $2.14 8769 0899 9790 1626 9388 73

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)              $
☐ Return Receipt (electronic)            $3.50
☐ Certified Mail Restricted Delivery     $
☐ Adult Signature Required               $
☐ Adult Signature Restricted Delivery    $1.60

Postage
$    $0.00

Total Postage and Fees
$    $5.600

Sent To          FULLER, WILLIAM O
                 1637 SW 8TH STREET
Street, Apt. No.,  SUITE 200
or PO Box No.      MIAMI, FL, 33135
City, State, Zip+4

Electronic Return Receipt Requested    Postmark Here

File: CE2019005428

PS Form 3800, April 2015        See Reverse for Instructions

MIA-SFED23485-00052831

# USPS Tracking®

FAQs >

## Track Another Package +

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps. om/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9214896900999790162693887 3

Remove ✕

Your item was delivered to an individual at the address at 3:02 pm on April 6, 2019 in MIAMI, FL 33135.

Feedback

### ⊘ Delivered

April 6, 2019 at 3:02 pm
Delivered, Left with Individual
MIAMI, FL 33135

---

**Return Receipt Electronic** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

MIA-SFED23485-00052832

# City of Miami

March 28, 2019

THE CITY OF MIAMI
vs.
LA GRAN FIESTA LLC

1637 SW 8 ST 200
MIAMI, FL 33135

Tenant:

CODE ENFORCEMENT
CITY OF MIAMI, FLORIDA

Ticket No.:
Case No.: CE2019005428
Hearing Date:

Violation Address: 521 SW 8 ST
Folio: 0102040801180
Legal: CITY OF MIAMI SOUTH PB B-41 LOT 18
LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-
0597 0397 1

CR: CE2019005428

## Affidavit of Posting and Mailing

Subject Property: 521 SW 8 ST    Folio: 0102040801180

I, Yacmany Salvatierra, being duly sworn, deposes and says:

1. I am a police officer / inspector / agent, employed by or acting on behalf of the City of Miami Code Enforcement Division.

2. On the 28 day of March, 2019, I posted a copy of the following document at Riverside Center, 444 SW 2nd Avenue, Miami, Florida and on the property located at 521 SW 8 ST. I also sent a copy of the document by first class mail:

 Notice of Violation.

SWORN AND SUBSCRIBED BEFORE ME THIS 28 DAY OF MARCH, 2019.

_____

_____
Signature of Affiant

Personally know _X_ or Produced I.D.___
Type and number of I.D. produced_____
Did take an oath ___ or Did not take an oath ___



LIZAIDA CARPIO
Notary Public State of Florida
Commission # GG 320117
My Comm. Expires Apr 4, 2023

11/27/19

MIA-SFED23485-00052833

MIA-SFED23485-00052834



MIA-SFED23485-00052835



# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 11/14/2019

| Property Information | |
|---|---|
| Folio: | 01-0204-080-1180 |
| Property Address: | 521 SW 8 ST<br>Miami, FL  33130-3413 |
| Owner | LA GRAN FIESTA LLC |
| Mailing Address | 1637 SW 8 ST 200<br>MIAMI, FL 33135 USA |
| PA Primary Zone | 6100 COMMERCIAL - NEIGHBORHOOD |
| Primary Land Use | 2111 RESTAURANT OR CAFETERIA : RETAIL OUTLET |
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | Sq.Ft |
| Living Area | Sq.Ft |
| Adjusted Area | 4,327 Sq.Ft |
| Lot Size | 7,000 Sq.Ft |
| Year Built | Multiple (See Building Info.) |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2019 | 2018 | 2017 |
| Land Value | $945,000 | $945,000 | $630,000 |
| Building Value | $205,000 | $205,000 | $158,062 |
| XF Value | $0 | $0 | $7,455 |
| Market Value | $1,150,000 | $1,150,000 | $795,517 |
| Assessed Value | $1,150,000 | $1,150,000 | $603,384 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2019 | 2018 | 2017 |
| Non-Homestead Cap | Assessment Reduction | | | $192,133 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Short Legal Description |
|---|
| CITY OF MIAMI SOUTH PB B-41<br>LOT 18 LESS ST BLK 48<br>LOT SIZE 50.000 X 140<br>OR 17595-0597 0397 1 |

| Taxable Value Information | | | |
|---|---|---|---|
| | 2019 | 2018 | 2017 |
| County | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,150,000 | $1,150,000 | $603,384 |
| School Board | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,150,000 | $1,150,000 | $795,517 |
| City | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,150,000 | $1,150,000 | $603,384 |
| Regional | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,150,000 | $1,150,000 | $603,384 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 06/20/2017 | $1,425,000 | 30603-1403 | Qual by exam of deed |
| 08/30/2011 | $100 | 27811-3299 | Corrective, tax or QCD; min consideration |
| 03/01/1997 | $390,000 | 17595-0597 | Sales which are qualified |
| 02/01/1997 | | 17595-0593 | Sales which are disqualified as a result of examination of the deed |

EXHIBIT

B

The Office of the Property Appraiser is continually editing ~~and Miami-Dade County assumes no liability, see full discl~~ ...st current information on record. The Property Appraiser ...o/disclaimer.asp

Version:

MIA-SFED23485-00052836

CFN: 20170386357 BOOK 30603 PAGE 1403
DATE:07/07/2017 11:11:51 AM
DEED DOC 8,550.00
SURTAX 6,412.50
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by:
Sheleen G. Khan Esq.
13499 Biscayne Blvd, T-2
North Miami, FL 33181
Return to:
Carlos Cespedes, Esq.
Halpern Rodriguez, LLP
800 Douglas Road Suite 880
Coral Gables, FL 33134

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

This Warranty Deed made this 20 day of June, 2017 between GGM GROUP INC, a Florida Corporation, whose post office address is c/o MARIO F. MARTINEZ at 1346 SEAGRAPE CIRCLE FORT LAUDERDALE, FL 33326, grantor, and LA GRAN FIESTA, LLC, a Florida limited liability company, whose post office address is 1637 SW 8 Street, Suite 200, Miami, Florida, 33135, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade County, Florida to-wit:

Lot 18, LESS the South 10 feet thereof, Block 48, Map of Miami, Dade Co, Fla, according to the map or plat thereof as recorded in Plat Book B, Page 41, of the Public Records of Miami-Dade County Florida.

Parcel Identification Number: 01-0204-080-1180

Commonly known as: 521 SW 8TH STREET MIAMI, FL 33130

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2016.

Subject to easements, restrictions, and reservations of record and to taxes for the current year.

[CONTINUED ON NEXT PAGE]
Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead

MIA-SFED23485-00052837

CFN: 20170386357 BOOK 30603 PAGE 1404

within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property.

**In Witness Whereof,** grantors has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

First Witness Signature

First Witness Printed Name

Second Witness Signature

Gabriela Riofrio
Second Witness Printed Name

By:

GGM GROUP INC a Florida Corporation.

**MARIO F MARTINEZ, PRESIDENT**

State of Florida )
County of Miami-Dade )

The foregoing instrument was acknowledged before me this 20 day of June 2017 by MARIO F. MARTINEZ, President of GGM GROUP INC, a Florida Corporation . [ ] She being personally known to me or [ ] has produced Fl. I.D card. as identification.

Notary Public

Printed Name: CARLOS DE CESPEDES

[Notary Seal]

CARLOS M. DE CESPEDES
MY COMMISSION # FF981596
EXPIRES May 29, 2020
FloridaNotaryService.com
(407) 398-0153

MIA-SFED23485-00052838

Florida Department of State                                                                                          DIVISION OF CORPORATIONS



# Detail by Entity Name

Florida Limited Liability Company

LA GRAN FIESTA LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L17000123224 |
| **FEI/EIN Number** | 82-1757439 |
| **Date Filed** | 06/06/2017 |
| **Effective Date** | 06/05/2017 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

1637 SW 8TH STREET
SUITE 200
MIAMI, FL 33135

**Mailing Address**

1637 SW 8TH STREET
SUITE 200
MIAMI, FL 33135

**Registered Agent Name & Address**

FULLER, WILLIAM O.
1637 SW 8TH STREET
SUITE 200
MIAMI, FL 33135

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

PINILLA, MARTIN A, II
1637 SW 8 STREET SUITE 200
MIAMI, FL 33135

Title MGR

FULLER, WILLIAM O
1637 SW 8 STREET SUITE 200
MIAMI, FL 33135

Title MGR

MIA-SFED23485-00052839

BNZ FIESTA, LLC
2030 S DOUGLAS ROAD SUITE 108
MIAMI, FL 33134

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/04/2018 |
| 2019 | 03/27/2019 |

**Document Images**

| | |
|---|---|
| 03/27/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2018 -- ANNUAL REPORT | View image in PDF format |
| 06/06/2017 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

MIA-SFED23485-00052840





CE2019005428

EXHIBIT

A

S21 SW      8 S6

MIA-SFED23485-00052841



MIA-SFED23485-00052842



MIA-SFED23485-00052843



521 SW 8 St

MIA-SFED23485-00052844



MIA-SFED23485-00052845





MIA-SFED23485-00052846

MIA-SFED23485-00052847






MIA-SFED23485-00052848

MIA-SFED23485-00052849






MIA-SFED23485-00052850






MIA-SFED23485-00052851







MIA-SFED23485-00052852

# iBuild Miami

521 sw 8 st                                     Hi Yacmany

| Contractor | Manage Application | Manage Permit | Inspections | Admin | Reports |
|---|---|---|---|---|---|

| Payments | Help |
|---|---|

## Global Inquiry                                                                    Print

Property Address: **521 SW 8 ST**                    Job Category:    **REMODELING/REPAIRS**
Folio Number: **01-0204-080-1180**

### Process Plans

| Process Number | Plan Status | Work Items |
|---|---|---|
| BD19-005503-001 | Applicant Corrections - Applicant Corrections | • FOOD SERVICE / ALCOHOL SERVICE / ENTERTAINMENT/DELI - RESTAURANT (50 OR MORE OCCUPANTS) |

| Permit Types | Required Inspections | Why Not Final |
|---|---|---|

| Permit Type | Permit Number | Permit Status | Issued Date |
|---|---|---|---|
| BUILDING (Master) | N/A | Permit not pulled. | |
| ELECTRICAL | N/A | Permit not pulled. | |
| MECHANICAL AIR | N/A | Permit not pulled. | |
| PLUMBING | N/A | No work items have been added to the permit type. | |

Printed on 11/20/19

COPYRIGHT © 2019 CITY OF MIAMI        Best used with Internet Explorer 11 – Download | Download Acrobat Reader
                                          Working Online  v.3.2019.1104.1        User

Privacy Policy | Contact Us | Fee Guide

MIA-SFED23485-00052853

**iBuild Miami** | 521 sw 8 st | Hi Yacmany

| Contractor | Manage Application | Manage Permit | Inspections | Admin | Reports | Payments | Help |

**EPlan Review Results: BD19-005503-001  (521 SW 8 ST)**

General | Plan History | Review Status | Work Items | AOR/EOR | Contacts | Contractors | P&Z | Shop Drawings | Fees | Notes (6)
Docs | Events

| Note | User Name | Date |
|---|---|---|
| Intake: | RIVERSIDE\ecoulanges | Oct/17/2019 11:50:57 |
| Changed Second Floor -- Banquet Hall to Bar/Lounge -- Legalization --- | RIVERSIDE\JHatten | Sep/30/2019 19:08:22 |
| Intake: BAR/LOUNGE | RIVERSIDE\ecoulanges | Jul/23/2019 12:21:56 |
| Intake: Special Permit Right Attestation | RIVERSIDE\ecoulanges | Jul/23/2019 12:20:42 |
| Intake: New Access Ladder /railing | RIVERSIDE\ecoulanges | May/20/2019 14:56:04 |
| The Scope was changed from NEW CONSTRUCTION to REMODELING/REPAIRS by RIVERSIDE\ecoulanges on Mar 26, 2019 | RIVERSIDE\ecoulanges | Mar/26/2019 15:00:35 |

Printed on 11/20/19

[1]    Displaying items 1 - 6 of 6

MIA-SFED23485-00052854

**iBuild Miami**   | 521 sw 8 st |   ⊙   Hi Yacmany

| Contractor | Manage Application | Manage Permit | Inspections | Admin | Reports |
| Payments | Help |

**EPlan Review Results: BD19-005503-001  (521 SW 8 ST)**

| General | Plan History | Review Status | Work Items | AOR/EOR | Contacts | Contractors | P&Z | Shop Drawings |
| Fees | Notes (6) | Docs | Events |

View all Changemarks    View Correction Checklist

| Discipline | Status | Reviewer | Complete |
|---|---|---|---|
| (B) - BUILDING | Corrections Required | Maria Matilde Chalgub | Sep/30/2019 16:33 |
| (CC) - CODE COMPLIANCE | Approved | Carlos Sierra | Jul/16/2019 09:57 |
| (D) - MDC - DERM | Reviewed/Pending Action | Alonso Chamochumbi | Sep/30/2019 09:30 |
| (DRP) - PUBLIC WORKS DEVELOPMENT AND ROADWAY PLANS | Review Unnecessary | Danay Lizazo | Jul/25/2019 08:29 |
| (E) - ELECTRICAL | Approved | Pablo Roldan-Sierra | Jul/23/2019 08:43 |
| (F) - FIRE | Approved | Joseph Hatten | Sep/30/2019 18:44 |
| (FP) - FLOOD PLAIN | Review Unnecessary | Ana Maria Gonzalez | May/20/2019 14:56 |
| (HEP) - HEP | Approved | Warren Adams | May/29/2019 17:26 |
| (MA) - MECHANICAL | Approved | Roberto Martinez | Sep/27/2019 15:26 |
| (P) - PLUMBING | Corrections Required | Jesus Suarez | Sep/30/2019 09:10 |
| (S) - STRUCTURAL | Corrections Required | Luis Silva | Oct/02/2019 09:43 |
| (Z) - ZONING | Corrections Required | Catalina Torres | Oct/02/2019 09:43 |

Print

Printed on 11/20/19

COPYRIGHT © 2019 CITY OF MIAMI     Best used with Internet Explorer 11 - Download | Download Acrobat Reader
Working Online  v.3.2019.1104.1

Privacy Policy | Contact Us | Fee Guide

🖥 User

MIA-SFED23485-00052855

**iBuild Miami** | 521 SW 8 S

| Contractor | Manage Application | Manage Permit | Inspections | Admin | Reports | Payments | Help |

# Global Inquiry

Search | By Address | 521 SW 8 ST | Search

**Search Results**

**Master Process Plans - In Progress**                                                                Print

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD19-005503-001 | 521 SW 8 ST | REMODELING / REPAIRS | Mar/26/2019 | Applicant Corrections - Applicant Corrections | | |

**Master Process Plans - Master Permit with Final or Revoked status**                               Print

| Process Number | Address | Scope of Work | Created Date | Plan Status - Status Reason | Permit Number | Permit Status - Status Reason |
|---|---|---|---|---|---|---|
| BD18-003183-001 | 521 SW 8 ST | ELECTRICAL | Mar/05/2018 | Final - Master permit is final | BD18-003183-001-E001 | Final - All Inspections are finalized. |
| BD17-014543-001 | 521 SW 8 ST | DEMOLITION | Oct/05/2017 | Final - Master permit is final | BD17-014543-001-B001 | Final - All Inspections are finalized. |

Printed on 11/22/19

COPYRIGHT © 2019 CITY OF MIAMI          Best used with Internet Explorer 11 - Download | Download Acrobat Reader          User Working Online
v.3.2019.1104.1

Privacy Policy | Contact Us | Fee Guide

MIA-SFED23485-00052856

**iBuild Miami** | 521 SW 8 ST | Hi Yacmany

| Contractor | Manage Application | Manage Permit | Inspections | Admin | Reports |
| Payments | Help |

## Global Inquiry                                                                 Print

| Property Address: | **521 SW 8 ST** | Job Category: | **REMODELING/REPAIRS** |
| Folio Number: | **01-0204-080-1180** |

### Process Plans

| Process Number | Plan Status | Work Items |
|---|---|---|
| BD19-005503-001 | Applicant Corrections - Applicant Corrections | • FOOD SERVICE / ALCOHOL SERVICE / ENTERTAINMENT/DELI - RESTAURANT (50 OR MORE OCCUPANTS) |

**Permit Types** | Required Inspections | Why Not Final

| Permit Type | Permit Number | Permit Status | Issued Date |
|---|---|---|---|
| **BUILDING (Master)** | N/A | Permit not pulled. | |
| **ELECTRICAL** | N/A | Permit not pulled. | |
| **MECHANICAL AIR** | N/A | Permit not pulled. | |
| **PLUMBING** | N/A | No work items have been added to the permit type. | |

COPYRIGHT © 2019 CITY OF MIAMI        Best used with Internet Explorer 11 - Download | Download Acrobat Reader
Working Online  v.3.2019.1104.1

Privacy Policy | Contact Us | Fee Guide        User

MIA-SFED23485-00052857

## Salvatierra, Yacmany

| | |
|---|---|
| **From:** | Salvatierra, Yacmany |
| **Sent:** | Thursday, April 18, 2019 4:01 PM |
| **To:** | dombrowskib@gtlaw.com |
| **Cc:** | Orta, Lazaro |
| **Subject:** | RE: CE2019005428 |



MIA-SFED23485-00052858

Greetings,

Please see above screenshot, an extension of 30 days was granted from the first compliance due date.

Regards

Regards,

**Yacmany Salvatierra**
City of Miami – Code Compliance
444 SW 2nd Av. Miami, FL 33130
(305) 329-4770

**Tell us how we're doing.  CLICK HERE to complete our Customer Satisfaction Survey.**

---

**From:** dombrowskib@gtlaw.com [mailto:dombrowskib@gtlaw.com]
**Sent:** Tuesday, April 16, 2019 3:10 PM
**To:** Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Cc:** Orta, Lazaro <LOrta@miamigov.com>
**Subject:** RE: CE2019005428

> CAUTION: This is an email from an external source. Do not click links or open attachments unless you
> recognize the sender and know the content is safe.

Good afternoon Yacmany,

Following up on the below. Thanks.

**Brian A. Dombrowski**
Associate
Greenberg Traurig, P.A. | 333 S.E. 2nd Avenue | Miami, FL 33131
Tel 305.579.0630
DombrowskiB@gtlaw.com | www.gtlaw.com

**GT** GreenbergTraurig

**From:** Dombrowski, Brian A. (Assoc-Mia-LDZ-RE)
**Sent:** Monday, April 8, 2019 1:49 PM
**To:** 'ysalvatierra@miamigov.com' <ysalvatierra@miamigov.com>
**Cc:** 'Orta, Lazaro' <LOrta@miamigov.com>
**Subject:** CE2019005428

Good afternoon Yacmany,

On March 28, 2019, you issued CE2019005428 for work performed without a finalized permit. My client immediately engaged an architect and began preparing the plans to submit through the City's ePlan system. We have opened a remodeling permit under BD19-005503-001 for the work outlined in your notice of violation. As we process the permits in order to correct the violation, we are requesting an extension of time from the deadline of April 8, 2019, noted in your notice of violation. We are requesting an initial 30 day extension in order to provide you with an update of our progress.

2

Please confirm that the extension is granted so that we can continue to diligently process these permits to correct any alleged violations.

CE2019005428 also references a violation for failure to provide the minimum offstreet parking in the SD2 Zoning District. The SD2 Zoning District is a Zoning Ordinance 11000 references which has been supplanted by Miami 21. Further, the cited code section from Miami 21, Section 3.6.5 references a valet parking section. This violation is improperly cited and should be closed. Please confirm. Thank you.

**Brian A. Dombrowski**
Associate
Greenberg Traurig, P.A. | 333 S.E. 2nd Avenue | Miami, FL 33131
Tel 305.579.0630
DombrowskiB@gtlaw.com | www.gtlaw.com

 GreenbergTraurig

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

MIA-SFED23485-00052860

**Salvatierra, Yacmany**

| | |
|---|---|
| **From:** | Gomez Jr., Luis |
| **Sent:** | Tuesday, March 12, 2019 4:41 PM |
| **To:** | Salvatierra, Yacmany |
| **Cc:** | Orta, Lazaro; Valencia, Adele; Casamayor, Fernando; Sierra, Daniel |
| **Subject:** | RE: Inspection Meeting Follow up |

Thank you for the update sir.

*Luis Gomez*
*Field Supervisor – South West District*
*City of Miami Code Compliance - Serving, Enhancing, and Transforming Our Community*
*(305) 329-4770*
LGomez@miamigov.com

*AFTER HOURS Hotline: 786-457-0995*
*Phone calls will be attended by Inspector on duty*
*Monday-Thursday: 5:00pm – 10:00pm*
*Friday & Saturday: 24 HOURS*
*Sunday: 10:00am – 5:00pm*

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Salvatierra, Yacmany
**Sent:** Tuesday, March 12, 2019 4:32 PM
**To:** Gomez Jr., Luis <LGomez@miamigov.com>
**Cc:** Orta, Lazaro <LOrta@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>
**Subject:** RE: Inspection Meeting Follow up

Greetings,

A Notice (NOV) was issued for 1513 SW 8 St location – CE2019004381 (viol # 2104).

Regards,

**Yacmany Salvatierra**
Code Compliance Inspector
City of Miami – South West District
(305) 329-4770
*http://www.miamigov.com/codecompliance/index.html*

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

---

**From:** Gomez Jr., Luis
**Sent:** Tuesday, March 12, 2019 1:38 PM
**To:** Salvatierra, Yacmany <YSalvatierra@miamigov.com>

1

Cc: Orta, Lazaro <LOrta@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>
Subject: FW: Inspection Meeting Follow up

Good afternoon Inspector Salvatierra,

Please see details provided below and attached images to proceed accordingly with notice to the property.

Regards,

**Luis Gomez**
**Field Supervisor – South West District**
**City of Miami Code Compliance - Serving, Enhancing, and Transforming Our Community**
**(305) 329-4770**
LGomez@miamigov.com

**AFTER HOURS Hotline: 786-457-0995**
**Phone calls will be attended by Inspector on duty**
**Monday-Thursday: 5:00pm – 10:00pm**
**Friday & Saturday: 24 HOURS**
**Sunday:  10:00am – 5:00pm**

Tell us how we're doing.  **CLICK HERE** to complete our Customer Satisfaction Survey.

---

From: Orta, Lazaro
Sent: Tuesday, March 12, 2019 1:26 PM
To: Sierra, Daniel <dsierra@miamigov.com>; Gomez Jr., Luis <LGomez@miamigov.com>
Cc: Valencia, Adele <avalencia@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>
Subject: FW: Inspection Meeting Follow up

Good afternoon Supervisors Sierra and Gomez,
Please see below and cite the properties accordingly; I have noted the violations below.

Lazaro-Daniel Orta:.
Assistant Director of Code Compliance
City of Miami
444 SW 2nd Avenue, 7th Floor
305-329-4777

Tell us how we're doing.  **CLICK HERE** to complete our Customer Satisfaction Survey.

This communication, together with any attachments, may contain legally privileged and confidential information. It is intended only for the use of the above person or persons.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately either by telephone, 305-329-4777 or reply e-mail and immediately destroy all copies of this communication and any attachments.
*Please Note:
Due to Florida's very broad public records law, most written communications to or from City of Miami employees regarding City business are public records, available to the public and media upon request. Therefore, this e-mail communication may be subject to public disclosure.

MIA-SFED23485-00052862

**From:** Dooley, Rachel S.
**Sent:** Wednesday, March 6, 2019 2:33 PM
**To:** Napoli, Joe <JNapoli@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Plasencia, Adrian <APlasencia@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Orta, Lazaro <LOrta@miamigov.com>; Ortiz-Petit, Ignacio <IOrtiz-Petit@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Gibbs, Domini <DGibbs@miamigov.com>; Goldberg, Daniel S. <dgoldberg@miamigov.com>; Gomez, Marta <martagomez@miamigov.com>
**Subject:** Inspection Meeting Follow up

Good Afternoon All;

Thank you for attending the meeting yesterday. Based upon what was discussed and the owner's email prior to the meeting regarding his willingness to meet with you all to come into compliance, we will not be moving forward with the inspection warrant process. Since there were some questions as to what, if any, issues remain regarding the two properties, I am attaching to this email the aerial photographs of both properties which show what appear to be exterior work done without any permitting. Please remember that Building has some concerns regarding the 521 property and whether or not the second floor flooring was wood framed or concrete and that inside both properties there has been extensive remodeling without permits, ie. 521 has a demolition permit but no remodeling permit and in 1513 the bar was completely relocated and the bathrooms may have been altered as well.

Aerial 1513: Shows no bandstand as of 1/2014 and then successive construction included an overhang attached to the structure. Additionally they show a front window change out over the years. Research did not show any permits pulled. Work completed without a permit (interior & stage/band shell)

Aerial 521: Shows the parking / outside seating issue (resolved per Director Valencia) and a brand new venting type system on the roof between 2017 and 2018 in the Northwest roof corner.
Failure to provide required parking & Work completed without a permit (second floor)

When you set up your meeting, should the owner be bringing his counsel, please let us know and we will be happy to attend.

Thank you again for all your assistance, I am available at your convenience.

Regards,

**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**



City of Miami Office of the City
Attorney
Telephone: 305-416-1886
Facsimile: 305-416-1801
rsdooley@miamigov.com

Assistant: Stephanie M. Fernandez 305-416-1833

**Disclaimer:** This e-mail is intended only for the Individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is _not_ the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please consider the environment before printing this e-mail. 

MIA-SFED23485-00052863

**Salvatierra, Yacmany**

| | |
|---|---|
| **From:** | Sierra, Daniel |
| **Sent:** | Tuesday, February 26, 2019 1:44 PM |
| **To:** | Valencia, Adele |
| **Cc:** | Orta, Lazaro; Gomez Jr., Luis; Salvatierra, Yacmany; Meregildo, Gustavo |
| **Subject:** | FW: Joint inspection 02/26/19 |
| **Attachments:** | IMG_7610.JPG; IMG_7609.JPG; IMG_7611.JPG; IMG_7612.JPG; IMG_7613.JPG; IMG_7614.JPG |

Thank you Yac.

Good afternoon Adele,

Please see attached pictures taken by Inspector Salvatierra from the sidewalk during the requested joint inspection of 1513 SW 8 st. Additionally, please see attached letter provided to us at the front door.

Thank you,

**Daniel Sierra**
**Field Supervisor (South District)**
**City of Miami Code Compliance**
**444 S.W. 2nd Avenue - 7th Floor**
**305-416-1964**
**dsierra@miamigov.com**

Tell us how we're doing. **CLICK HERE** to complete our Customer Satisfaction Survey.

**City of Miami Code Compliance**
After Hours Hotline: (786) 457-0995
Monday-Thursday: 5:00pm – 10:00pm
Friday and Saturday 24 Hours
Sunday: 8:00am – 5:00pm

---

**From:** Salvatierra, Yacmany
**Sent:** Tuesday, February 26, 2019 12:21 PM
**To:** Sierra, Daniel <dsierra@miamigov.com>
**Cc:** Gomez Jr., Luis <LGomez@miamigov.com>
**Subject:** RE: Joint inspection 02/26/19

Good afternoon Supervisor Sierra,

Please see attached photos of today's joint inspection and letter provided by the business establishment.

Regards,

MIA-SFED23485-00052864

**Yacmany Salvatierra**
Code Compliance Inspector
City of Miami – South West District
(305) 329-4770
*http://www.miamigov.com/codecompliance/index.html*

**Tell us how we're doing.  CLICK HERE to complete our Customer Satisfaction Survey.**

---

**From:** Sierra, Daniel
**Sent:** Monday, February 25, 2019 6:35 PM
**To:** Valencia, Adele <avalencia@miamigov.com>; Gomez Jr., Luis <LGomez@miamigov.com>; Salvatierra, Yacmany
<YSalvatierra@miamigov.com>; Meregildo, Gustavo <gmeregildo@miamigov.com>
**Cc:** Orta, Lazaro <LOrta@miamigov.com>; McKnight, Anna <AMcKnight@miamigov.com>
**Subject:** Re: Inspection tomorrow

FYI

Good evening Adele,

Please be advised that Luis and Gustavo are in a mandatory meeting until Wednesday at 12:00 p.m

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution smartphone

-------- Original message --------
From: "Valencia, Adele" <avalencia@miamigov.com>
Date: 2/25/19 5:16 PM (GMT-05:00)
To: "Gomez Jr., Luis" <LGomez@miamigov.com>, "Sierra, Daniel" <dsierra@miamigov.com>, "Salvatierra,
Yacmany" <YSalvatierra@miamigov.com>, "Meregildo, Gustavo" <gmeregildo@miamigov.com>
Cc: "Orta, Lazaro" <LOrta@miamigov.com>, "McKnight, Anna" <AMcKnight@miamigov.com>
Subject: Inspection tomorrow

Dear Luis, Danny, Yacmany and Gustavo:

As you may be aware, the City Attorney, through the Commission, has directed our Department and others to investigate a number of properties.

Today, Deputy Manager Napoli gathered the relevant departments to coordinate the effort.

Tomorrow, please attend at 11 am, the joint inspection of 1513 SW 8th Street and 521 SW 8th Street.

For 1513, the complaint described by the City Attorney is allegedly work without a permit.

For 521, the complaint is illegal parking. The opinion of the Zoning Administrator is that the building is required to have 18 parking spaces. I understand that they have a CU for a valet for 6 spaces. Please investigate and proceed accordingly.

Thank you,

2

Adele Valencia
Director of Code Compliance
City of Miami
Direct: (305) 416-2089/AValencia@miamigov.com
444 S.W. 2nd Avenue, 7th Floor
Miami, Florida 33130

**AFTER HOURS HOTLINE: (786) 457-0995**
Monday-Thursday 5:00 – 10:00 pm
Friday & Saturday: 24 Hours
Sunday: 10: 00 am- 5:00 pm

MIA-SFED23485-00052866



axs

AXS Law Group, PLLC

Dear City Directors and Employees,

The properties located at 1513 SW 8th Street, where the Ball & Chain restaurant is located, and at 721 SW 8th Street, where the Las Tapas El Mexicano is located, have been the subject of repeated code violation inspections by various Departments of the City of Miami. 1513 SW 8th Street has been inspected more than 30 times in the past year and 721 SW 8th Street has been inspected more than 20 times in the past 30 days alone.

These inspections do not reflect any normal operations of the City of Miami but rather a campaign of harassment by Commissioner Carollo that is being carried out by City personnel. The relentless abuse from each of your departments is now part of the basis of a Federal Lawsuit filed against the City of Miami and Commissioner Carollo as well as others. You are reminded that this lawsuit is both pending and ongoing.

We understand that there was a resolution passed at the last City Council meeting directing the City Attorney to look at life safety issues across the entire City. The City Attorney has interpreted this code again to target the properties of Mr. William Fuller. Thus, the resolution that was passed is being used as a tool to directly target Fuller, as evidenced by the raid of inspections this morning. We believe the City Attorney has gone outside of their own intent to once again target City government against Mr. Fuller in Commissioner Carollo's behalf.

As you know, Florida law provides that property owners need not voluntarily consent to any City inspection let alone one that is part of a campaign of harassment. Rather, Florida law empowers property owners to require that the City first obtain authorization for the inspection from a Florida judge after the City logs one of the judge first provides for which the inspection is to be made. Fla. Stat. 933.21. The judge will then examine on oath the applicant and any other witness and shall take their home for herself as to the existence of grounds for granting such application. Fla. Stat. 933.21. Said witness will be guilty of a misdemeanor of the second degree punishable as provided in s. 775.082 or s. 775.083. If said witness or witness deceiving any witness performs such inspection accordingly or for purposes other than inspecting authorized, Fla. Stat. 933.22. The commission of this criminal offense can carry term of imprisonment up to 60 days.

If the City chooses to lodge such an application of Fla. Stat. 933.21 the City must state that an attempt to inspect has been denied and it has not in such case, please present this letter to the presiding judge to explain why consent has been refused. Please further inform the judge that the owners of the properties located at 1513 and 721 SW 8th Street have requested notice of any such application and an opportunity to be heard prior to the granting of any such application.

Please be advised that the owners of these properties will be pleased to schedule an appointment to meet with any City department or division to discuss and address any concerns the City has. Should any of your departments wish to make an appointment with Mr. Fuller, please call 305-525-7662 and set up an appointment where he will have counsel present.

Please be governed accordingly.

02/26/2019

MIA-SFED23485-00052867



AXS Law Group, PLLC

AXS LAW GROUP, PLLC

By

Jeffrey W. Gutchess

02/26/2019

MIA-SFED23485-00052868

# City of Miami

April 10, 2019                                        CR: BB2019006401

LA GRAN FIESTA LLC                          LA GRAN FIESTA LLC

1637 SW 8 ST 200                              1637 SW 8 ST 200
MIAMI, FL 33135                               MIAMI, FL 33135

### REPAIR OR DEMOLISH - FIRST NOTICE

RE: 521 SW 8 ST                                      Folio: 0102040801180
    CITY OF MIAMI SOUTH PB B-41 LOT 18 LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-0597
0397 1

Dear Owner(s):

Chapter 8-5 of the Code of Miami-Dade County sets criterion by which a building is evaluated to determine
whether or not it is unsafe, constitutes a fire hazard, or is otherwise dangerous to human life or public welfare. An
inspection of the above revealed that it is in violation of Chapter 8-5 of the Code of Miami-Dade County and the
following defects have been found:

VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or
Windstorm Hazard or are Otherwise     Chapter 8-5 of the Code of Miami-Dade
VIOL REF# 7601-Failure of Owner/Tenant to Obtain Required Permit     SECTION 104 F.B.C. &
CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNTY
        Correction: 4/10/19...2-STORY, CBS, CP...PROPERTY FOUND WITH ALTERATIONS
COMPLETED WITHOUT PERMITS INCLUDING STRUCTURAL, PLUMBING, ELECTRICAL, AND
MECHANICAL WORK. NEED TO SUBMIT DRAWINGS AND OBTAIN PERMITS/INSPECTIONS TO
CORRECT NONCONFORMING ITEMS AND BRING PROPERTY BACK INTO COMPLIANCE AS PER
F.B.C AND LOCAL ORDINANCES.     DOUBLE FEE+$110.00

You are, therefore, requested to repair or demolish this structure. Please contact the Unsafe Structures Section of
the Building Department, P.O. Box 330708, Miami, Florida, by phone at (786) 575-1023 or by email at
aarafet@miamigov.com, and advise of your intentions. If either a demolition or building permit is not obtained or
we do not hear from you by April 22, 2019, it will be necessary to move toward demolition of your building in
accordance with the detailed procedure in the Code Miami-Dade County.

Very truly yours,

Ahmed Arafet
City of Miami Unsafe Structures Inspector

Ph: (786) 575-1023
Email:

MIA-SFED23485-00052869

aarafet@miamigov.com

cc: Foreclosure Specialist, as H.U.D. Representative
    Unsafe Structures Section (2)

MIA-SFED23485-00052870

# CERTIFICATE OF USE AND OCCUPANCY

## CITY OF MIAMI • BUILDING & ZONING DIVISION

## FIRE, RESCUE AND INSPECTION SERVICES DEPARTMENT

275 N.W. 2nd STREET - MIAMI, FLORIDA 33128

AUDIT NO. 21 6 2 4

C. O. NO.

ZONED

**OWNER AGENT OR TENANT** HERMAN CONTRERAS

**COMPANY NAME** MARGARET RESTAURANT

**STREET ADDRESS** 521 S.W. 8th Street, Miami, Fla 33130

MIAMI, FLORIDA

**APPROVED USE** Cafe Shop-restaurant   Beef and Wine 2 LOT 1,900 K

**PHONE** (305) 856-9388

$35.00

Beef and Wine

BLOCK

SUBDIVISION

LOT

CERTIFICATE NO. 866305

ISSUED   3-6-86

MAR 8   1986

ZONING INSPECTION SUPERVISOR

APPLICANT

MAILING ADDRESS   6450 S.W. 15 St. Miami Fl 331

ACCT   $574
RECPT   2.00-TAX   $35.00
1987
RECPT   CHECK   35.00
11024   ACCT 1467-1   .00
CHECKOUT 10:00AM

MIA-SFED23485-00052871



ZONING APPROVAL

REMARKS

DATE OF RE-CHECKS:

| BLDG. | ELECT. | PLBG. | FIRE | HEALTH |
|---|---|---|---|---|
| Riehl | Butt | RR | Mung | OR |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MIA-SFED23485-00052872

**CITY OF MIAMI**
**FIRE, RESCUE & INSPECTION SERVICES**
**P. O. BOX 330708**
**Miami, Florida 33133**

CG1/7

REF. No.: _____

DATE: _____12-5-85_____

NAME: _____HECTOR RODRIGUEZ_____

NAME OF BUSINESS: _____KAFFTIN RESTAURANT_____

ADDRESS: _____521 S.W. 8 St._____

MAILING ADDRESS: _____Same mia, fla_____

TYPE OF OCCUPANCY: _____COFF SHOP & RESTAURANT   BEER & WINE 2 COP INCIDENTAL   1800 SQFT_____

PHONE NUMBER: _____856-9388_____

This is to certify that I have inspected the above-described property to determine all of the City of Miami Plumbing requirements pertaining to this type of occupancy and have found the premises to be in conformity as of the date shown below.

APPROVED: _____

CHIEF PLUMB. INSPECTOR

DATE: _____12/10/85_____

APPROVED: _____

PLUMBING INSPECTOR

DATE: _____

Major Requirements _____

Minor Requirements _____

Withhold Issuance of C.O. _____

Release C.O. _____

(PLUMBING DIVISION)

MIA-SFED23485-00052873

**CITY OF MIAMI**
**FIRE, RESCUE & INSPECTION SERVICES**
P. O. BOX 330708
Miami, Florida 33133

051/7

REF. No.: _____

DATE: _____ 12-5-95

NAME: HECTOR RODRIGUEZ

NAME OF BUSINESS: VAPORTTO RESTAURANT

ADDRESS: 121 S.W. 8 St.

MAILING ADDRESS: Same info #2

TYPE OF OCCUPANCY: COFF SHOP & RESTAURANT AREA & KITE & COM INCIDENTAL   1250 SQFT

PHONE NUMBER: 856-9305

This is to certify that I have inspected the above-described property to determine all of the City of Miami Mechanical requirements pertaining to this type of occupancy and have found the premises to be in conformity as of the date shown below.

APPROVED: _____   DATE: _____
CHIEF MECHANICAL INSP.

APPROVED: _____
MECHANICAL INSPECTOR

DATE: 12/19/95

(MECHANICAL DIVISION)  1x/x/95 Ramirez

MIA-SFED23485-00052874

CITY OF MIAMI
FIRE-RESCUE & INSPECTION SERVICES
P.O. BOX 330708
Miami, Florida 33133

CG1/7

REF. No.: _____

DATE: 12-5-85

NAME OF BUSINESS: _____

NAME: HECTOR RODRIGUEZ

ADDRESS: 521 S.W. 8 St.

TYPE OF OCCUPANCY: COFF SHOP & RESTAURANT

PHONE NUMBER: 856-9308

MAILING ADDRESS: _____

This is to certify that I have inspected the above-described property to determine all of the City of Miami Building requirements pertaining to this type of occupancy and have found the premises to be in conformity as of the date shown below.

APPROVED: _____   DATE: _____
CHIEF BUILDING INSP.

APPROVED: _____
BUILDING INSP.

DATE: 12-21-85

NOTES: HAVE NOT REMOVED - 12-10-85

(BUILDING DIVISION)

MIA-SFED23485-00052875

**CITY OF MIAMI**
**FIRE-RESCUE & INSPECTION SERVICES**
P. O. BOX 330708
Miami, Florida 33133

REF. No.: _____

DATE: _____ 12-Co-85

NAME OF BUSINESS: _____ VARSITY RESTAURANT

MAILING ADDRESS: _____ Same as a.f.n.

NAME: _____ ERICH RODRIGUEZ

ADDRESS: _____ 521 S.W. 8 St.

TYPE OF OCCUPANCY: _____ COFF SHOP & RESTAURANT BEER & WINE 1 COP INCIDENTAL 1000 SQFT

PHONE NUMBER: _____ 856-9585

This is to certify that I have inspected the above-described property to determine all of the Environmental Health requirements pertaining to this type of occupancy and have found the premises to be in conformity as of the date shown below.

APPROVED: _Luis A. Per_ DATE: 01/13/86   APPROVED: _____

RECEIVED
DEC - 9 1985

Environmental Health

DATE: _____   Walter Livingston, M.S., M.P.H.   JAN 17 198_
Associate Chief
Environmental Health (Sanitation)
Dade County Dept. of Public Health

(HEALTH DEPARTMENT)

MIA-SFED23485-00052876

**CITY OF MIAMI**
**FIRE, RESCUE & INSPECTION SERVICES**
O. L. BOX 330708
Miami, Florida 33133

CGT/7

REF. No.:

DATE: 12-5-85

NAME: HECTOR RODRIGUEZ

NAME OF BUSINESS: KAFFTIN RESTAURANT

ADDRESS: 521 S.W. 8 St.

MAILING ADDRESS: Same miq fla

TYPE OF OCCUPANCY: COFF SHOP & RESTAURANT   BEER & WINE 2 COP INCIDENTAL 1800 SQFT

PHONE NUMBER: 856-9388

This is to certify that I have inspected the above-described property to determine all of the City of Miami Electrical requirements pertaining to this type of occupancy and have found the premises to be in conformity as of the date shown below.

APPROVED: _____   DATE: _____
            CHIEF ELECTRICAL INSP.

RC/12-16-85

APPROVED: _____
            ELECTRICAL INSPECTOR

DATE: 1/16/86

(ELECTRICAL INSPECTOR)

MIA-SFED23485-00052877

| DIVISION: | BLD'G | PLUMB'G | MECH. |
|---|---|---|---|
| | ZON'G | ELECT. | CODES COMP. |

INSPECTION ADDRESS: 521 SW 8 St.

INSPECTION WANTED: 1/15      AM   PM

DISTRICT #: (1)     PERMIT NO. _____

OWNER _____    CONTRACTOR _____

PHONE _____    MR. _____

DATE REC'D 1/14    TIME _____ BY _____

| | | |
|---|---|---|
| ADDN. | FOOTING | ROOF TILE |
| AIR COND'G | FRAMING | ROUGH |
| APPL. IN MAIL | GAS/HEATING | SEPTIC TK |
| BOILER | GROUNDWK | SEWER |
| CERT. OF USE | INFO | SIGNS |
| CHK FOR REFUND | LANDSCAP'G | SLAB |
| COLUMNS | LATH | TEMPORARY |
| COPING/RAKE | LINTEL | TIE BEAM |
| DRAIN TILE | OFF-ST. PK'G | TIN CAP |
| ELEVATOR | PARK'G LOT LTG | TOP OU |
| FENCE | PAVING | TUB |
| FINAL | REFRIG'N | WATER PI |
| FIRE LINES | REINSPECT | WORK WITH |

MISCELLANEOUS: _____

MIA-SFED23485-00052878

**CITY OF MIAMI**
FIRE, RESCUE & INSPECTION SERVICES
P. O. BOX 330708
Miami, Florida 33133

CG1/7

REF. No.: _____

DATE: _____ 12-5-85. _____

NAME: _____ HECTOR RODRIGUEZ _____

NAME OF BUSINESS: _____ KAFETIN RESTAURANT _____

ADDRESS: _____ 521 S.W. 8 St _____

MAILING ADDRESS: _____ Same mia,fla _____

TYPE OF OCCUPANCY: _____ COFF. SHOP & RESTAURANT    BEER & WINE 2 COP INCIDENTAL    1450 SQFT _____

PHONE NUMBER: _____ 856-9388 _____

This is to certify that I have inspected the above-described property to determine all of the City of Miami Zoning requirements pertaining to this type of occupancy and have found the premises to be in conformity as of the date shown below.

APPROVED: _____    DATE: __ 85-0141 __
CHIEF ZONING INSPECTOR

APPROVED: _____    DATE: __ Feb 20/86 __
ZONING INSPECTOR

F.U.= 1/3/86

F.U.= 2/3/86

**CITY OF MIAMI**
**FIRE, RESCUE & INSPECTION SERVICES**
P. O. BOX 330708
Miami, Florida 33133

REF. No.: _____

DATE: _____

NAME: _____

NAME OF BUSINESS: _____

ADDRESS: _____

MAILING ADDRESS: _____

TYPE OF OCCUPANCY: _____

PHONE NUMBER: _____

This is to certify that I have inspected the above-described property to determine all of the City of Miami Fire Prevention requirements pertaining to this type of occupancy and have found the premises to be in conformity as of the date shown below.

APPROVED: _____  DATE: _____

FIRE PREVENTION - Per

APPROVED: _____

FIRE INSPECTOR

DATE: 01/10/86

(FIRE PREVENTION)

MIA-SFED23485-00052880

## MIAMI FIRE DEPARTMENT INSPECTION FORM

901 ZONE: 05̲

OCCUP ADDR: 521 SW 8 St. Miami, Fla.          NO: _____     DIST: Z_X_-04
BUS: Rafter's Restaurant     HOLDER: Nestor Rodriguez
BILLING ADDRESS:

Same     2032057  Accidental  Beer Wine  COP

CU NUMBER: 2032057     CONTACT PH: 238-8268 Pmg.  DATE: 12/06/85     FEE: 20.00
                                    856-7300 buss.
USAGE CODE: 03                                          UNITS: 1800 SF

PROP CLASS: 16̲          NIGHT?: N      OCCUPANT LOAD: _____

# FLOORS: 2     CU EXEMPT?: N     BAL-DUE: _____  CU STAT:
ANNUAL FIRE ALARM TEST REPORT NEEDED?: N

VIOLATIONS
```
01 [ ] EXIT DOORS LOCKED          19-169(D), 19-173
02 [ ] MEANS OF EGRESS OBSTRUCTED         19-169(A)(B), 19-42(5)
03 [ ] STAIRWAY/FIRE ESCAPE DOORS PROPPED OPEN     19-172, 19-30(E)(F)(6)
04 [ ] STAIRWAY DOORS SWING IN WRONG DIRECTION     19-28(D)
05 [ ] LIGHTING INADEQUATE FOR MEANS OF EGRESS     19-171
06 [ ] EXIT/DIRECTIONAL SIGNS MISSING/NOT ILLUMINATED     19-170(B)(C)
07 [ ] FIRE EXIT PLANS NOT PROVIDED      19-170(D)
08 [ ] F.D. EMERGENCY SERVICE ELEVATOR KEY NOT PROVIDED     19-193
09 [ ] HAZARDOUS STORAGE IN TRASH CHUTE ROOM/METER ROOM/BASEMENT     19-42(3)
10 [ ] EXCESS COMBUSTIBLE TRASH-EXTERIOR     19-538
11 [ ] COMMUNITY KITCHEN NOT PROTECTED     19-42(6), 19-173
12 [ ] EXCESS STORAGE CLASS 1-A OR 1-B FLAMMABLE LIQUID     19-260(1)
13 [ ] FLAMMABLE LIQUID STORED NEAR MEANS OF EGRESS     19-283(A)
14 [ ] FLAMMABLE LIQUID MAINTENANCE SUPPLY NON-CONFORMING     19-283(B)(2)
15 [ ] FIRE ALARM SYSTEM REQUIRED     19-196(5)(A)(B)
16 [ ] ANNUAL FIRE ALARM TEST REPORT REQUIRED     19-196(5)(A)(B)
17 [ ] NO SEPARATION BETWEEN FLOORS     19-29(A)
18 [ ] UTILITY SHAFTS OR OTHER VERTICAL OPENINGS NOT SEALED   19-30(A), 19-42(6)
19 [ ] REQUIRED SELF-CLOSER/LATCHING DEVICES INOPERATIVE/MISS  19-30(F), 19-42(6)
20 [ ] HORIZONTAL SEPARATION NON-CONFORMING     19-29(B)
21 [ ] GAS SERVICE DEFICIENCIES     19-439, 19-42(2)
22 [ ] SPRINKLER OR STANDPIPE SYSTEM NEEDS MAINTENANCE     19-193
23 [X] EXTENSION CORD VIOLATION     19-626
24 [X] FIRE EXTINGUISHERS MISSING OR NEED SERVICE     19-606, 19-605
99 [X] OTHER VIOLATIONS
```

REINSPECTION DATES: __/__/__  __/__/__  __/__/__  __/__/__  __/__/__  __/__/__
INSPECTOR: _____  _____  _____  _____  _____  _____

DATE REFERRED TO FPB: __/__/__
REASON (FIRE, PLUMBING, ELECTRICAL, MECHANICAL, STRUCTURAL, ZONING, OTHER):
Flood system not yet installed. Will call when installed. 12/06/85 Still not completed. 12/11/85  D.P.M.
Hood system installed complete + fire etc. Will D.B when Co is complete. 12/19/85 D.P.M.
Violations corrected. C.D. approved. 01/10/86 V.P.
DATE COMPLETED: 01/10/86     FPB INSPECTOR: J.P. Mendez

NAME: _____  COMPANY: 7____  SHIFT/FPB: X__  INSP MONTH: QY

MIA-SFED23485-00052881



City of Miami
Building Department
Permit Application

Plan #: BD18-003183-001
Permit #: BD18-003183-001 E001
Total Due: $119.65/I

| Job Location | | Owner/Lessee Information | |
|---|---|---|---|
| Folio Numbers: | | Owner: La gran Fiesta LLC (Ro | Rubio |
| Job Address: 521 SW 8 St Zip: | | Owner's Address: 821 SW 8 St, Miami FL, 33130 | |
| Legal Address: | | Phone: E-Mail: | |
| Unit No: | | Lessee: | |
| ☐ Commercial ☐ Residential ☐ Dry Run | | Lessee Address: | |
| ☐ Owner ☐ Contractor ☐ Lessee | | Phone: E-Mail: | |

| Contractor Information | General Information |
|---|---|
| Contractor's License/Registration No: EC13003374 | Proposed Use of Building: |
| Contractor's Social Security Number: | Current Use: |
| Qualifier's Name: ARMANDO SAAVEDRA | Job Description: Service Repair |
| Company's Name: MANNYIS ELECTCOMT | New Construction Total Cost: |
| Address: 6847 SW 37 ST | New Construction Sq. Ft: Lineal: |
| City: MIAMI State: FL Zip: 33155 | Remodeling Total Cost: $ 10,000 |
| Phone: 786 443-2703 .COM | Remodeling Sq. Ft: Lineal Ft: |
| E-Mail: MANMYELECTRICI CONT@ YANOI | Units: Floors: Height: Gallons: |
| If this is related to another permit, you must provide Master Permit Number: | |

| Threshold Inspector | Bonding Company |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Phone: | Phone: |

| Permit Type | | Engineer/Architect Information |
|---|---|---|
| ☐ Building | ☐ Plumbing | Engineer's Name: |
| ☐ Mechanical/AC | ☐ Plumbing/Gas | Address: |
| ☐ Electrical | ☐ Roofing | Phone: E-Mail: |
| ☐ Landscaping | ☐ Sign | Architect's Name: |
| ☐ Electrical | ☐ Roofing | Address: |
| ☐ Fire | ☐ Mechanical Elevator | Phone: E-Mail: |

| Change to Existing Permit | | Building Permit only |
|---|---|---|
| ☐ Change of Contractor (CR) | ☐ Change of Qualifier (CQ) | ☐ New Construction ☐ Addition |
| ☐ Re-certification of Plans (RC) | ☐ Plans revision (RV) | ☐ General Repair/Remodeling ☐ Misc. Building |
| ☐ Completion Permit (CP) | | ☐ Change of Occupancy ☐ Demolition |
| | | ☐ Change of Use |

#5 Effective Dec. 31, 2022 @9057 X 20

I understand that separate permits must be obtained for other items (i.e. electrical, plumbing, roofing, etc.), unless specifically covered by this permit. In signing this application, I am responsible for the supervision and completion of the construction in accordance with the plans and specifications and for compliance with all federal, state, and county laws applicable.

Owner's Affidavit: I certify that all the foregoing information is correct. Owner Certifies that the aforementioned Contractor has the authorization to perform the work as specified above.

Lessee's Affidavit: Lessee certifies that he has full consent and authorization from owner of subject property to perform the above-mentioned work and to hire above captioned contractor.

I have read the information contained in this permit and understand that any misrepresentation only constitutes fraud and could void the permit.

Signature of Owner/Lessee

Ray Rivo
Print Name

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this
Day of , 20 .
By
(SEAL)
FERNANDE JOSEPH
Personally known
Type of Identification
EXPIRES January 02, 2020

Signature of Qualifier

ARMANDO SAAVEDRA
Print Name

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this
Day of , 20 .
By
(SEAL)
Personally known FERNANDE JOSEPH
Type of Identification
MY COMMISSION # FF140125
EXPIRES January 02, 2020
FloridaNotaryService.com

FOR BUILDING DEPARTMENT USE ONLY

Revision No. of Sheets: Tracking required:

Application Received by: Ralf Date: 3-5-18 Permit Authorized by: RC Date: 3-5-18

MIA-SFED23485-00052882



521 SOUTHWEST 8TH STREET
CONSTRUCTION PLANS

Project Located in: 521 SOUTHWEST 8th STREET, MIAMI, FL 33135

CITY OF MIAMI
MIAMI, FLORIDA
DECEMBER 2017

MIA-SFED23485-00052883



MIA-SFED23485-00052884



MIA-SFED23485-00052885



MIA-SFED23485-00052886

**Ruiz, Joseph A.**

| | |
|---|---|
| **From:** | Ruiz, Joseph A. |
| **Sent:** | Wednesday, February 13, 2019 1:57 PM |
| **To:** | Napoli, Joe; Casamayor, Fernando |
| **Subject:** | 521 SW 8 Street (Parking |

**Importance:**      High

Good Afternoon Deputy Director Napoli,

In 2017, Altos Mexicano LLC, applied for and received a Certificate of Use for a Food Service Establishment at a property located at 521 SW 8 Street. The current zoning designation, per the City of Miami GIS Application, for the aforementioned address is T6-8-O. Article 4, Table 4 of the Miami 21 Code requires a "[m]inimum of 3 parking spaces for every 1,000 square feet of commercial use" in the T6 transect zone. The Certificate of Use was for 6,000 Sq. Ft. As such, <u>eighteen (18) parking spaces are required</u>. Please note that supplemental parking standards may also be found in Article 5.6.3 of the Miami 21 Code. For instance, that section provides that "[o]n street parking available along the Frontage Lines that correspond to each Lot shall be counted toward the parking requirement of the Building on the Lot." An aerial view of the property shows that there may be two (2) on street parking spaces available directly in front of the restaurant, thus reducing the required parking. However, I would confirm this with the Miami Parking Authority. Lastly, there are additional parking reductions that Altos Mexicano, LLC may request via Waiver, however, I have not seen anything in our records indicating that they have done so to date.

Please let me know whether I may be of additional assistance.

Joe

Joseph A. Ruiz, Esq.
**Director // Zoning Administrator**
Office of Zoning City of Miami
444 SW 2nd Ave, 2nd Floor
jaruiz@miamigov.com

1

MIA-SFED23485-00052887

Click to Print This Page



## City of Miami - Planning and Zoning

### Property Information:

| Field | Value |
|---|---|
| Folio: | 0102040801180 |
| City Address: | 521 SW 8 ST |
| County Address: | 521 SW 8 ST |
| Owner: | LA GRAN FIESTA LLC |
| Mailing Address: | 1637 SW 8 ST 200 MIAMI, FL 33135 |
| Beds/Baths/Half: | 0/0/0 |
| Floors: | 2 |
| Living Units: | 0 |
| Actual Area: | 0 Sq Ft |
| Living Area: | 0 Sq Ft |
| Adjusted Area: | 4,327 Sq Ft |
| Lot Size: | 7,000 |
| Year Built: | 1930 |
| Legal Description: | CITY OF MIAMI SOUTH PB B-41 LOT 18 LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-0597 0397 1 |
| Subdivision: | CITY OF MIAMI SOUTH BLK 48 PB B-41 |

### Assessment Information:

| Year: | 2020 | 2019 | 2018 |
|---|---|---|---|
| Land Value: | $0 | $945,000 | $945,000 |
| Building Value: | $0 | $205,000 | $205,000 |
| XF Value: | $0 | $0 | $0 |
| Market Value: | $0 | $1,150,000 | $1,150,000 |
| Assessed Value: | $0 | $1,150,000 | $1,150,000 |

### Miami 21 Zoning(Current):

| Zone: | Description: | Enactment: |
|---|---|---|
| T6-8-O | Urban Core Zone | 13114 |

### Areas of Specific Designation:

| Section: | Description: | Enactment: |
|---|---|---|
| None | | |

### Special Area Planning:

| Section: | Description: | Enactment: |
|---|---|---|
| None | | |

### Established Setbacks:

| Section: | Description: | Area: | Sub: |
|---|---|---|---|
| 3.3.6 | 8th Street | I | 1 |

### Former 11000(Not Valid):

| Zone: | Description: | Enactment: |
|---|---|---|
| C-1 | Restricted Commercial | |

### Former Overlay Districts:

| Section: | Description: | Enactment: |
|---|---|---|
| SD-25 | SW 8th St.Special Overlay District | |

### Existing Land Use

| LU Code: | Description: | Description: |
|---|---|---|
| 110 | Sales and Services (Spot commercial, strip commercial, neighborhood shopping centers/plazas). Exclu* | COMMERCIAL |

### Future Land Use

| FLU Code: | Description: | Description: |
|---|---|---|
| 8 | Restricted Com. | Restricted Commercial |

### District Information:

| Field | Value |
|---|---|
| City Commissioner District: | 3 |
| City Commissioner: | Joe Carollo |
| NET ID: | 6 |
| NET Name: | Little Havana |
| NET Phone: | (305) 960-4650 |
| Code Enforcement District: | 3 |
| Code Enforcement Admin: | FRANCISCO MARCOS |
| Code Enforcement Phone: | (305) 329-4770 |

### Flood Zone:

| Field | Value |
|---|---|
| Flood Zone: | X |
| Elevation: | -9999 |
| Description: | AREAS LOCATED OUTSIDE SPECIAL FLOOD HAZARD AREA |

### Sales Information:

| Year: | 20170620 | 20110830 | 19970301 |
|---|---|---|---|
| Sale Amount: | $1,425,000 | $100 | $390,000 |
| Sale O/R: | 30603-1403 | 27811-3299 | 17595-0597 |

### Homestead Information:

| Year: | 2020 | 2019 | 2018 |
|---|---|---|---|
| Homestead: | $0 | $0 | $0 |
| Second Homestead: | $0 | $0 | $0 |

### Alternate Addresses:

None

### Historic & Environmental Preservation:

| Type: | Flag Present: |
|---|---|
| Scenic Transp.: | No |
| Historic Sites: | No |
| Arch. Zones: | No |
| Env. Preserv: | No |
| Historic District: | No |
| Arch. Conserv: | No |

MIA-SFED23485-00052888

| | |
|---|---|
| Date: | Fri, 14 May 2021 9:30:46 AM -0400 |
| Sent: | Fri, 14 May 2021 9:30:43 AM -0400 |
| Subject: | RE: Los Altos 521 SW 8TH STREET |
| From: | Dooley, Rachel S. <RSDooley@miamigov.com > |
| To: | Nemons, Eric <ENemons@miamigov.com >; Comer, Ebony <ecomer@miamigov.com >; |
| CC: | Salvatierra, Yacmany <YSalvatierra@miamigov.com >; Mignott, Jason <JaMignott@miamigov.com >; Jimenez, Steven <sjimenez@miamigov.com >; Orta, Lazaro <LOrta@miamigov.com >; Sierra, Daniel <dsierra@miamigov.com >; Marcos, Francisco <FMarcos@miamigov.com >; Goldberg, Daniel <DaGoldberg@miamigov.com >; |

Ms. Gralia is wrong on this issue.  It was not the City's fault. The business did not provide its Florida License information as it is required to do every year (as is every other restaurant).  They received their retail BTR but not the restaurant due to their own failure.

**From:** Nemons, Eric <ENemons@miamigov.com>
**Sent:** Friday, May 14, 2021 9:26 AM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com>; Comer, Ebony <ecomer@miamigov.com>
**Cc:** Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Mignott, Jason <JaMignott@miamigov.com>; Jimenez, Steven <sjimenez@miamigov.com>; Orta, Lazaro <LOrta@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>; Marcos, Francisco <FMarcos@miamigov.com>; Goldberg, Daniel <DaGoldberg@miamigov.com>
**Subject:** RE: Los Altos 521 SW 8TH STREET

It is valid yes. But in light of the situation, we can warn them and close it out. Ms. Gralia, counsel for the property, claims this was an issue of the City not mailing the BTR. I really think we need to move on.

**Eric Nemons, Interim Director**
City of Miami
Department of Code Compliance
444 SW 2nd Avenue, 7th Floor
Miami, FL 33130
Direct Line:  (305) 563-9541
Departmental Line: (305) 329-4778
ENemons@miamigov.com
Website: https://www.miamigov.com/Government/Departments- Organizations/Code-Compliance



**Please Share Your Thoughts With Us:**
https://www.surveymonkey.com/r/2BYD2MZ

**AFTER HOURS CODE COMPLIANCE HOTLINE: (786) 457-0995**
Monday-Thursday 5:00 – 10:00 pm
Friday & Saturday: 24 Hours
Sunday: 10: 00 am- 5:00 pm

**From:** Dooley, Rachel S. <RSDooley@miamigov.com >
**Sent:** Friday, May 14, 2021 6:48 AM
**To:** Comer, Ebony <ecomer@miamigov.com >

**Pl. Ex 635**

**Cc:** Nemons, Eric <ENemons@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Mignott, Jason <JaMignott@miamigov.com>; Jimenez, Steven <sjimenez@miamigov.com>; Orta, Lazaro <LOrta@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>; Marcos, Francisco <FMarcos@miamigov.com>; Goldberg, Daniel < DaGoldberg@miamigov.com>
**Subject:** Re: Los Altos 521 SW 8TH STREET

If they failed to display, that is a valid violation in my opinion.

Rachel S.Glorioso Dooley
Sr. Assistant City Attorney
City of Miami
444 SW 2 Avenue, Suite 945
Miami, FL 33130
305.416.1800
305.416.1886

Sent from iPhone

On May 13, 2021, at 8:18 PM, Comer, Ebony <ecomer@miamigov.com> wrote:

*Good Evening Interim Director,*

*Case #Ce221009158 ticket was issued ($262.50) for not providing their BTR for the restaurant. What should be done for this case?*

*Thanks.*

*<image.png>*

*Ebony Comer, Interim Night Supervisor*

*City of Miami*

*Department of Code Compliance*

*444 SW 2nd Avenue, 7th Floor*

*Miami, FL 33130*

*Direct Line: (786) 696-0275*

*Departmental Line: (305) 416-2085*

EComer@miamigov.com
*Website*: https://www.miamigov.com/Government/Departments- Organizations/Code-Compliance

<Outlook-11zw1zxr.png>

*Please Share Your Thoughts With Us:*

MIA-SFED23485-00060749

https://www.surveymonkey.com/r/2BYD2MZ

*AFTER HOURS CODE COMPLIANCE HOTLINE*: (786) 457-0995

*Monday-Thursday:* 5:00 pm – 10:00 pm

*Friday & Saturday*: 24 Hours

*Sunday*: 10: 00 am- 5:00 pm

---

**From:** Nemons, Eric <ENemons@miamigov.com>
**Sent:** Thursday, May 13, 2021 7:52 PM
**To:** Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Mignott, Jason <JaMignott@miamigov.com>; Jimenez, Steven <sjimenez@miamigov.com>; Orta, Lazaro <LOrta@miamigov.com>
**Cc:** Comer, Ebony <ecomer@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>; Marcos, Francisco < FMarcos@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>; Goldberg, Daniel < DaGoldberg@miamigov.com>
**Subject:** Los Altos 521 SW 8TH STREET

Good evening Team:

The Certificate of Use and Business Tax Receipt issue on this property has been settled by Zoning. The CU and BTR they have for the restaurant is permissible therefore we can comply these violations. Additionally, Zoning has determined that the Parking situation is permitted by prior use clauses per the Miami 21 Zoning Code. We can comply those violations as well. The only issue that remains is the Work performed without a finalized permit, as the property owners are currently working with the Building Department to finalized the upstairs work that was completed earlier. Please, comply all other respective violations except the 2104 Work without a finalized permit.

Thank you for your assistance with this matter.

Sincerely,

**Eric Nemons, Interim Director**
City of Miami
Department of Code Compliance
444 SW 2nd Avenue, 7th Floor
Miami, FL 33130
Direct Line:  (305) 563-9541
Departmental Line: (305) 329-4778
ENemons@miamigov.com
Website: https://www.miamigov.com/Government/Departments- Organizations/Code-Compliance

<image001.jpg>

**Please Share Your Thoughts With Us**:
https://www.surveymonkey.com/r/2BYD2MZ

**AFTER HOURS CODE COMPLIANCE HOTLINE: (786) 457-0995**
Monday-Thursday 5:00 – 10:00 pm
Friday & Saturday: 24 Hours
Sunday: 10: 00 am- 5:00 pm

MIA-SFED23485-00060750