| | |
|---|---|
| Date: | Wed, 10 Feb 2021 11:26:00 AM -0500 |
| Subject: | RE: Tacquerias el Mexicano Parking Requirements  CE2020000754 |
| From: | Dooley, Rachel S. <RSDooley@miamigov.com > |
| To: | Ruiz, Joseph A. <jaruiz@miamigov.com >; Frost, Tamara <TFrost@miamigov.com >; Cerrato, Julia <JCerrato@miamigov.com >; |
| CC: | Mendez, Victoria <VMendez@miamigov.com >; Valencia, Adele <avalencia@miamigov.com >; Salvatierra, Yacmany <YSalvatierra@miamigov.com >; Torres, Catalina <CaTorres@miamigov.com >; |
| Attachments: | image001.png; image002.jpg; image003.jpg; image004.png |

Good Morning;

I know you were going to look at this again based upon some other issues. Have you had a chance to verify?

Thank you.


Regards,

**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**

 City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely.  All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information.  If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges.  Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege.  If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521.  If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

---

**From:** Ruiz, Joseph A. <jaruiz@miamigov.com >
**Sent:** Wednesday, December 23, 2020 1:53 PM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com >; Frost, Tamara <TFrost@miamigov.com >; Cerrato, Julia <JCerrato@miamigov.com >
**Cc:** Mendez, Victoria <VMendez@miamigov.com >; Valencia, Adele <avalencia@miamigov.com >; Salvatierra, Yacmany <YSalvatierra@miamigov.com >; Torres, Catalina <CaTorres@miamigov.com >
**Subject:** RE: Tacquerias el Mexicano Parking Requirements CE2020000754

Good Afternoon All,

The applicant availed themselves Article 4, Table 4 of the Zoning Code entitled *"Density, Intensity and Parking (T6)"*, which states that except for sites within 500 feet from an ungated T3 Transect Zone, which this is not, the parking requirements may be reduced within a TOD area or within a Transit Corridor area "by one hundred percent (100%) for any Structure with a Floor

**Pl. Ex 636**

Area of ten thousand (10,000) square feet or less." The subject property is located within a Transit Corridor area and has a Floor Area of approximately 5,432 square feet.

Please let me know if I may be of additional assistance.

Sincerely,

Joe

Joseph A. Ruiz, Esq.
**Director // Zoning Administrator**
Office of Zoning City of Miami
444 SW 2nd Ave, 2nd Floor
jaruiz@miamigov.com

**From:** Dooley, Rachel S.
**Sent:** Friday, December 18, 2020 12:27 PM
**To:** Ruiz, Joseph A. <jaruiz@miamigov.com>; Frost, Tamara <TFrost@miamigov.com>; Cerrato, Julia < JCerrato@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany < YSalvatierra@miamigov.com>
**Subject:** RE: Tacquerias el Mexicano Parking Requirements CE2020000754
**Importance:** High

Good Afternoon;

This case has been set for January and the property owner's counsel is stating the violation is in compliance.  Pelase assist.

Thank you.

**Regards,**

**Rachel S. Glorioso Dooley,  Senior Assistant City Attorney**



City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely.  All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges.  Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege.  If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521.  If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Dooley, Rachel S.
**Sent:** Tuesday, December 15, 2020 12:31 PM
**To:** Ruiz, Joseph A. <jaruiz@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany <

MIA-SFED23485-00069235

YSalvatierra@miamigov.com >
**Subject:** FW: Tacquerias el Mexicano Parking Requirements CE2020000754

Good Afternoon Director;

Code still has an open matter for the above business located at 521 SW 8 ST for violating their required parking requirements. Counsel for the owner in the email below has said these violations were complied. Is that the case?

Thank you.

**Regards,**

**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**



City of Miami Office of the City Attorney
Telephone: 305-416-1886
Facsimile: 305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely. All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Valerie Haber <Valerie.Haber@gray-robinson.com>
**Sent:** Tuesday, December 15, 2020 12:13 PM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Subject:** Tacquerias Code Enforcement Matter

> **CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Rachel,

Brian Dombrowski from Greenberg Traurig had been working with the Zoning Administrator on the parking comments, which were all cleared from the warrant application. Please let me know you need anything further to close this citation out. This is CE2020000754.

Thanks,
Val

|  |  |
|---|---|
| **T** | 305-913-0356 |
| **D** | 305-913-0356 |
| **F** | 305-416-6887 |

**Valerie Haber**
Shareholder

MIA-SFED23485-00069236

GrayRobinson, P.A. ∘ 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Begin forwarded message:

**From:** dombrowskib@gtlaw.com
**Date:** July 16, 2020 at 1:17:29 PM EDT
**Subject: RE: Taquerias update**

I spoke with the Zoning Administrator this morning who advised that he has instructed his reviewer to clear the parking comment when the plans get to her.

**Brian A. Dombrowski**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0630
dombrowskib@gtlaw.com | www.gtlaw.com | View GT Biography



postmaster@gtlaw.com, and do not use or disseminate the information.

Date:     Mon, 28 Dec 2020 11:19:57 PM -0500

Subject:  Re: Tacquerias el Mexicano Parking Requirements CE2020000754

From:    Mendez, Victoria <VMendez@miamigov.com>

To:       Ruiz, Joseph A. <jaruiz@miamigov.com>;

CC:      Dooley, Rachel S. <RSDooley@miamigov.com>; Frost, Tamara <TFrost@miamigov.com>; Cerrato, Julia <JCerrato@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Torres, Catalina <CaTorres@miamigov.com>; Noriega, Art <anoriega@miamigov.com>;

Attachments:  image001.png; image003.jpg; image005.jpg; image006.png

Hi. Thank you. How does this qualify for the parking reduction exactly? I don't think that area is a Transit Corridor per the definition. Can you walk me through that?
Within Quarter mile of bus stop?
Headways of 10 min or less?
I don't think it qualifies.

**Victoria Méndez, City Attorney**



Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-400-5071
vmendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**

On Dec 23, 2020, at 1:53 PM, Ruiz, Joseph A. <jaruiz@miamigov.com> wrote:

Good Afternoon All,

The applicant availed themselves Article 4, Table 4 of the Zoning Code entitled "*Density, Intensity and Parking (T6)*", which states that except for sites within 500 feet from an ungated T3 Transect Zone, which this is not, the parking requirements may be reduced within a TOD area or within a Transit Corridor area "by one hundred percent (100%) for any Structure with a Floor Area of ten thousand (10,000) square feet or less." The subject property is located within a Transit Corridor area and has a Floor Area of approximately 5,432 square feet.

Please let me know if I may be of additional assistance.

Sincerely,

Joe

Joseph A. Ruiz, Esq.
**Director // Zoning Administrator**
Office of Zoning City of Miami
444 SW 2nd Ave, 2nd Floor
jaruiz@miamigov.com

**From:** Dooley, Rachel S.
**Sent:** Friday, December 18, 2020 12:27 PM
**To:** Ruiz, Joseph A. <jaruiz@miamigov.com>; Frost, Tamara <TFrost@miamigov.com>; Cerrato, Julia <JCerrato@miamigov.com>

**Pl. Ex 637**

MIA-SFED23485-00072318

**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Subject:** RE: Tacquerias el Mexicano Parking Requirements CE2020000754
**Importance:** High

Good Afternoon;

This case has been set for January and the property owner's counsel is stating the violation is in compliance.  Pelase assist.

Thank you.

**Regards,**

**Rachel S. Glorioso Dooley,  Senior Assistant City Attorney**

<image001.png
>
City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely.  All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer:** This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information.  If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges.  Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege.  If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521.  If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Dooley, Rachel S.
**Sent:** Tuesday, December 15, 2020 12:31 PM
**To:** Ruiz, Joseph A. <jaruiz@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Subject:** FW: Tacquerias el Mexicano Parking Requirements CE2020000754

Good Afternoon Director;

Code still has an open matter for the above business located  at 521 SW 8 ST for violating their required parking requirements.  Counsel for the owner in the email below has said these violations were complied.  Is that the case?

Thank you.

**Regards,**

**Rachel S. Glorioso Dooley,  Senior Assistant City Attorney**

<image001.png
>
City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely. All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Valerie Haber <Valerie.Haber@gray-robinson.com>
**Sent:** Tuesday, December 15, 2020 12:13 PM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Subject:** Tacquerias Code Enforcement Matter

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Rachel,

Brian Dombrowski from Greenberg Traurig had been working with the Zoning Administrator on the parking comments, which were all cleared from the warrant application.  Please let me know you need anything further to close this citation out.   This is CE2020000754.

Thanks,
Val

**T** 305-913-0356
**D** 305-913-0356
**F** 305-416-6887
<image003.jpg>
<image003.jpg>
<image003.jpg>
<image003.jpg>
<image003.jpg>

**Valerie Haber**
Shareholder

GrayRobinson, P.A. • 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131

<image005.jpg>

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-

client relationship with the sender.

Begin forwarded message:

> **From:** dombrowskib@gtlaw.com
> **Date:** July 16, 2020 at 1:17:29 PM EDT
> **Subject: RE: Taquerias update**
>
> I spoke with the Zoning Administrator this morning who advised that he has instructed his reviewer to clear the
> parking comment when the plans get to her.
>
> **Brian A. Dombrowski**
> Associate
>
> Greenberg Traurig, P.A.
> 333 S.E. 2nd Avenue | Miami, FL 33131
> T +1 305.579.0630
> dombrowskib@gtlaw.com | www.gtlaw.com | View GT Biography
>
> <image006.png>

postmaster@gtlaw.com, and do not use or disseminate the information.

EXHIBIT
0017
Rachel Dooley
09.15.2022

| | |
|---|---|
| **Date:** | Thu, 7 Mar 2019 8:12:10 AM -0500 |
| **Sent:** | Thu, 7 Mar 2019 8:12:07 AM -0500 |
| **Subject:** | Fwd: Code violations update |
| **From:** | Mendez, Victoria <VMendez@miamigov.com> |
| **To:** | Dooley, Rachel S. <RSDooley@miamigov.com>; Wysong, George <GWysong@miami-police.org>; Min, Barnaby <bmin@miamigov.com>; Gibbs, Domini <DGibbs@miamigov.com>; |
| **Attachments:** | MX-M266N_20190226_120000.pdf; ATT00001.htm |

**Victoria Méndez, City Attorney**

Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**

Begin forwarded message:

**From:** "Napoli, Joe" <JNapoli@miamigov.com>
**Date:** March 6, 2019 at 9:28:54 AM EST
**To:** "Carollo, Joe (Commissioner)" <JCarollo@miamigov.com>, "Gonzalez, Emilio T." <
ETGonzalez@miamigov.com>, "Blom, Richard" <RBlom@miamigov.com>
**Cc:** "Suarez, Jose" <JosSuarez@miamigov.com>, "Barcena, Anthony" <ABarcena@miamigov.com>,
"Quintana, Tanjha" <TQuintana@miamigov.com>, "Casamayor, Fernando" <
FCasamayor@miamigov.com>, "Valencia, Adele" <avalencia@miamigov.com>, "Mendez, Victoria" <
VMendez@miamigov.com>
**Subject: RE: Code violations update**

Richie,

Attached is the letter we discussed last night. Sorry for leaving it off in original message.

Joe

**From:** Napoli, Joe
**Sent:** Monday, March 4, 2019 6:31 PM
**To:** Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Gonzalez, Emilio T. <ETGonzalez@miamigov.com>; Blom, Richard <RBlom@miamigov.com>
**Cc:** Suarez, Jose <JosSuarez@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Quintana, Tanjha <TQuintana@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>
**Subject:** RE: Code violations update

Richie,
Attached is an update on all the properties that the City Attorney directed our staff to inspect (also attached). Of the 11 properties, directed by the City Attorney, all were inspected except for 521 SW 8th Street and 1513 SW 8th Str. in which entry was denied on Feb 26th when inspectors were presented with the attached letter by the owner's attorneys. The City Attorneys office has a meeting scheduled for tomorrow to discuss this. 521 SW 8th Str however

**Pl. Ex 660**

MIA-SFED23485-00314841

**was** inspected by the Fire Department on the evening of February 14th following the Commission meeting for fire and life safety (attached).

Our staff is diligently working to provide all of the data and records requested in your most recent public records request.

We will continue to provide you any updates.

Thanks, Joe

**From:** Carollo, Joe (Commissioner)
**Sent:** Wednesday, February 27, 2019 11:48 AM
**To:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>
**Cc:** Napoli, Joe <JNapoli@miamigov.com>; Carollo, Joe (Commissioner) <JCarollo@miamigov.com>; Suarez, Jose < JosSuarez@miamigov.com>; Barcena, Anthony <ABarcena@miamigov.com>; Quintana, Tanjha < TQuintana@miamigov.com>
**Subject:** Code violations update

Mr. Manager,

Commissioner Carollo has asked that I request from you an update on the status the of all code violations that he brought up during the last commission meeting.

Thank you

Richard Blom

Get Outlook for iOS



MIA-SFED23485-00314842



**AXS Law Group, PLLC**
O 305.297.1878
http://www.axslawgroup.com



Dear City Directors and Employees,

The properties located at 1513 SW 8th Street, where the Ball & Chain restaurant is located, and at 521 SW 8th Street, where Taquerias El Mexicano is located, have been the subject of repeated ad relentless inspections by various Departments of the City of Miami. 1513 SW 8th Street has been inspected more than 20 times in the past year. 521 SW 8th Street has been inspected more than 5 times in the past 10 days alone.

These inspections do not reflect the normal operations of the City of Miami but rather a campaign of harassment by Commissioner Carollo that is being carried out by City personnel. The relentless abuse from each of your departments is now part of the basis of a Federal Lawsuit filed against the City of Miami and Commissioner Carollo as well as others. You are reminded that this lawsuit is both pending and ongoing.

We understand that there was a resolution passed at the last City Council meeting directing the City Attorney to look at life safety issues across the entire City. The City Attorney has interpreted this once again to target the properties of Mr. William Fuller. Thus, the resolution that was passed is being used as a tool to directly target Fuller, as evidenced by the raid of inspections this morning. We believe the City Attorney has gone outside of the boundaries to once again direct City personnel to target Mr. Fuller at Commissioner Carollo's behest.

As you know, Florida law provides that property owners need not voluntarily consent to any City inspection let alone one that is part of a campaign of harassment. Rather, Florida law empowers property owners to require that the City first obtain authorization for the inspection from a Florida judge after the City explains to the judge "the purpose for which the inspection is to be made." Fla. Stat. 933.21. The judge will then "examine on oath the applicant and any other witness and shall satisfy himself or herself of the existence of grounds for granting such application." Fla. Stat. 933.21. Said witness will be guilty of "a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083" if said witness or anyone directing said witness pursues such inspection maliciously or for purposes other than statutorily authorized. Fla. Stat. 933.28. A misdemeanor of the second degree can carry term of imprisonment up to 60 days.

If the City chooses to make such an application, Fla. Stat. 933.21 the City must state that "consent to inspect has been sought and refused." In such case, please present this letter to the presiding judge to explain why consent has been refused. Please further inform the judge that the owners of the properties located at 1513 and 521 SW 8th Street have requested notice of any such application and an opportunity to be heard prior to the granting of any such application.

Please be advised that the owners of these properties will be pleased to schedule an appointment to meet with any City department or division to discuss and address any concerns the City has. Should any of your departments wish to make an appointment with Mr. Fuller, please call 305-525-7662 and set up an appointment where he will have counsel present.

Please be governed accordingly,

2121 NW 2nd Avenue, Suite 201 • Wynwood, FL 33127

MIA-SFED23485-00314843



**AXS Law Group, PLLC**
O: 305.297.1678
http://www.axslawgroup.com

AXS LAW GROUP, PLLC

By: _____
Jeffrey W. Gutchess

2121 NW 2nd Avenue, Suite 201 • Wynwood, FL 33127

MIA-SFED23485-00314844

**EXHIBIT**
0018
Rachel Dooley
09.15.2022

| | |
|---|---|
| **Sent:** | Fri, 1 Mar 2019 2:15:43 PM -0500 |
| **Subject:** | Meeting to Discuss 1513 SW 8 ST & 521 SW 8 ST. Admin Warrant |
| **From:** | Dooley, Rachel S. <RSDooley@miamigov.com > |
| **To:** | Dooley, Rachel S. <RSDooley@miamigov.com >; Arafet, Ahmed <AArafet@miamigov.com>; Gonzalez, Pedro <PGonzalez-c@miamigov.com>; Gomez Jr., Luis <LGomez@miamigov.com >; Cagnin, Eduardo <ECagnin@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com >; Ramos, Raul <RRamos@miamigov.com >; Gibbs, Domini <DGibbs@miamigov.com>; Meregildo, Gustavo <gmeregildo@miamigov.com >; Sierra, Daniel <dsierra@miamigov.com >; Garcia, Armando <ArGarcia@miamigov.com>; |
| **CC:** | Mejia, Karla L. <KLReyes@miamigov.com >; Goldberg, Daniel S. <dgoldberg@miamigov.com >; Diaz, Rene <ReDiaz@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Orta, Lazaro <LOrta@miamigov.com>; Gonzalez, Emilio T. <ETGonzalez@miamigov.com >; Casamayor, Fernando <FCasamayor@miamigov.com >; McCray, Edith <EMcCray@miamigov.com >; Perez, Ofelia <OPerez@miamigov.com >; |
| **Location:** | City Attorney's Office - 9th floor, large conference room |
| **Start Time:** | Tue, 5 Mar 2019 2:00:00 PM -0500 |
| **End Time:** | Tue, 5 Mar 2019 4:00:00 PM -0500 |
| **Duration:** | 120 |
| **Timezone:** | (UTC-05:00) Eastern Time (US & Canada) |

PLEASE BRING ANY DOCUMENTS, PERMIT SEARCHES, PHOTOGRAPHS OR ANY OTHER RELEVANT DOCUMENTS WITH YOU.

THANKS.

RACHEL





**Pl. Ex 661**

MIA-SFED23485-00027945

**EXHIBIT**

**7**

Date:     Fri, 1 Mar 2019 2:10:01 PM -0500

Sent:    Fri, 1 Mar 2019 2:09:59 PM -0500

Subject: RE: 1513 SW 8 ST & 521 SW 8 ST. Admin Waarant

From:    Gibbs, Domini <DGibbs@miamigov.com >

To:      Dooley, Rachel S. <RSDooley@miamigov.com >; Fernandez, Stephanie M
         <SMFernandez@miamigov.com >;

CC:      Mejia, Karla L. <KLReyes@miamigov.com >;

Stephanie,

Please include me in the meeting.

Thank you

**Domini Gibbs**
**Assistant City Attorney**


City of Miami Office of the City Attorney
444 S.W. 2nd Avenue
Miami, Florida  33130
Telephone:  305-416-1800
Facsimile:  305-416-1801
DGibbs@miamigov.com

**Karla L. Mejia, Litigation Assistant, (305)416-1863**

Disclaimer:  This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information.  If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges.  Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. **Under Florida law, e-mail addresses and the contents of the e-mail are public records.  If you do not want your e-mail address, or the contents of the e-mail released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.**

Please consider the environment before printing this e-mail. 

**From:** Dooley, Rachel S.
**Sent:** Friday, March 1, 2019 12:12 PM
**To:** Fernandez, Stephanie M <SMFernandez@miamigov.com >
**Cc:** Gibbs, Domini <DGibbs@miamigov.com >
**Subject:** Fwd: 1513 SW 8 ST & 521 SW 8 ST. Admin Waarant

Please set up a meeting with the people on the list on Monday. Important

Rachel S.Glorioso Dooley
Senior Assistant City Attorney
444 SW 2 Avenue, Suite 945
Miami, Florida 33130
305.416.1800

Sent from iPhone
Begin forwarded message:



EXHIBIT
0019
Rachel Dooley
09.15.2022



**Pl. Ex 662**

MIA-SFED23485-00144465

Good afternoon,

Bellow find the details of the events that took place while attempting to conduct a joint inspection scheduled for the properties located at: **1513 SW 8 ST** & **521 SW 8 ST**.

Joint Inspection was ready to take place at 11:00 am as scheduled.
Personnel present included:

Inspector Ahmed Arafet ------------------Unsafe Structures
Inspector Raul Ramos --------------------Unsafe Structures
Inspector Pedro Gonzalez-----------------Plumbing
Senior Inspector Armando Garcia-----Electrical
Field Supervisor Daniel Sierra---------Code Compliance
Inspector Yacmany Salvatierra------- Code Compliance
Fire Fighter Eduardo Cagnin ------------ Fire Department

The first property, located at **1513 SW 8 ST**, known as "**Ball and Chain Restaurant**", was found closed and with signs posted with a notification that read: "**CLOSED FOR PRIVATE EVENT**".

As soon as we arrived to the location, four gentlemen came from inside the Restaurant and asked the purpose of our visit. We notified them we were there to conduct an inspection of the premises, and they asked if we had any knowledge of advanced notification sent to the owners of the property, regarding our inspection. After we informed that we did not have any knowledge of any communications between the City and the owner, we were notified that there is an ongoing Federal litigation filed by Mr. William Fuller (the owner) against the City of Miami and Commissioner Joe Carollo, and therefore, our inspection could not be conducted at that moment. In addition, we were told that Mr. Fuller is willing to address any concerns from the City Departments regarding his properties, provided that there is previous notification and agreement between the owner and the City of Miami.

Finally, we were told that all above information also applied to the second location scheduled in our joint inspection, the property located at **521 SW 8 ST**, known as "**Taquerias El Mexicano Restaurant**", and that if we wanted we could travel over to that location and go all over again, or save our time and leave. At that moment, we were handed several copies of a letter detailing all the facts described above, then we said goodbye politely and left right after.

Please note that, at the time of this incident, we were videotaped by at least 3 people simultaneously, including one of the four gentlemen that met with us outside the **Ball and Chain Restaurant**.

Attached find the reference pictures and a copy of the letter.

Regards,



**Ahmed Arafet**
Building Inspector
Unsafe Structures Section
444 SW 2nd Avenue, 4th Floor
Miami, Florida 33130
Cell phone: 786-575-1023
aarafet@miamigov.com



**EXHIBIT**
0020
Rachel Dooley
09.15.2022

Date:      Tue, 5 Mar 2019 6:30:00 PM -0500

Sent:      Tue, 5 Mar 2019 6:30:26 PM -0500

Subject:  Inspection Meeting

From:     Dooley, Rachel S. <RSDooley@miamigov.com >

To:        Mendez, Victoria <VMendez@miamigov.com >;

CC:       Gomez, Marta <martagomez@miamigov.com >;

Good Evening;

I had the meeting with the various disciplines who were present to inspect the premises located at 521 and 1513 SW 8 Street on February 26, 2019. Present were the City Manager, Deputy City Manager Napoli, Code Director Valencia, Unsafe Structure Chief Diaz, Assistant Chief Plasencia , Chief of Staff Ortiz and the various Code and Building inspectors who were present that day.

Fire:

Chief Plasencia reported that his inspectors went to the 521 address to deal check on fire safety for the upstairs "lounge" right after the Commission meeting. The found multiple fire code violations, including smoke detectors covers missing, failed emergency lights, blocked stairways, fire door issues and exit doors issues. The provided them with daily inspections until all the violations were complied, which was in a day or two. They also did not find that the occupancy load was more than 300 persons and therefore no fire sprinkler system would be required to be installed. Per the Chief, there is no longer a known life safety issue at 521 and he has no information as to 1513.

Code:

Director Valencia reported that they were present to deal with the parking lot issue and illegal outside seating in the rear (where their parking is/was) that had been occurring at the 521 property. She states she met (or spoke) with Mr. Fuller and her promised to remove the outdoor seating until it is properly permitted. She also stated she is waiting for answers on if the property is in compliance with its 18 required spaces, which has to come from zoning. She also reported that the property was cited for possible improper use for a "lounge" upstairs when it only has a restaurant CU/BTR. She is uncertain of how to ascertain that determination and that her Department does not make life safety determinations. As to the 1513 property, she was uncertain of the issues and we discussed the problem of having unpermitted work in the interior and rear exterior which would be a Code and Building issue.

Building:

Chief Diaz stated that he has no information on any plans submitted for the 521 property for remodeling upstairs, for what appears to be a new HVAC system on the roof and is concerned about whether or not the floor for the second floor is wood frame. Chief Plasencia could not say for sure but thinks it may have been. This could be an issue if they do have dancing and such going on upstairs or they overload the capacity which is only for 132 people. As for the 1513 property, from aerial views it appears the bandshell in back was built at some point recently but he could not find any permits for it or for the moving of the bar inside to the middle area from the corner area under the previous permits. He is going to pull more records to double check on these two particular issues.

It appears, even from a cursory, examination that the properties themselves have code violations that need to be remedied and would have been verifiable at the inspection. Some of the violations can be cited from exterior view once the last permitted plans are reviewed. In relation to what they know about these two properties at this time, no one said they believed there was a life safety issue at the properties at this time. That may change for Building once they complete their research on the second floor construct and how the current use may affect it.

Regards,

**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**



City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801



**EXHIBIT**

40

**Pl. Ex 663**      MIA-SFED23485-00146645

 rsdooley@miamigov.com

Assistant: Stephanie M. Fernandez 305-416-1833

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is **not** the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please consider the environment before printing this e-mail. 

Message

| | |
|---|---|
| **From:** | Goldberg, Daniel S. [dgoldberg@miamigov.com] |
| **Sent:** | 10/15/2018 7:36:38 PM |
| **To:** | Gomez, Marta [martagomez@miamigov.com] |
| **CC:** | Mendez, Victoria [VMendez@miamigov.com] |
| **Subject:** | Re: urgent request |

Understood

Sent from my iPhone

On Oct 15, 2018, at 7:17 PM, Gomez, Marta <martagomez@miamigov.com> wrote:

The City Attorney needs a list by 10am, if possible, of all the code sections addressed in the Fuller complaint.

**Marta Gomez**
**Assistant to Victoria Méndez, City Attorney**
**and Legislative Division Supervisor**

<image001.png>

**City of Miami**
**Office of the City Attorney**
**Telephone: 305-416-1844**
**Facsimile: 305-416-1801**
martagomez@miamigov.com

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is **not** the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. **Under Florida Law, e-mail addresses and the contents of the e-mail are public records. If you do not want your e-mail address, or the contents of the e-mail, released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.**

Please consider the environment before printing this e-mail.



EXHIBIT
1
8-30-22

PI. Ex 666

**Date:** Wed, 14 Apr 2021 2:46:27 PM -0400

**Sent:** Wed, 14 Apr 2021 2:46:25 PM -0400

**Subject:** Dooley, Rachel S. shared the folder "LM121040300122698" with you.

**From:** Dooley, Rachel S. <RSDooley@miamigov.com>

**To:** Wysong, George K. <GWysong@miamigov.com>; Nemons, Eric <ENemons@miamigov.com>; Goldberg, Daniel <DaGoldberg@miamigov.com>; Marrero, Asael <AMarrero@miamigov.com>; Pons, Maurice <MPons@miamigov.com>; Plasencia, Adrian <APlasencia@miamigov.com>; Mendez, Victoria <VMendez@miamigov.com>; Gomez, Marta <martagomez@miamigov.com>; Soliman, Jihan <Jsoliman@miamigov.com>; Wysong, George- Police <GWysong@miami-police.org>;



Dooley, Rachel S. shared a folder with
you

521 SW 8 street body cam footage. Let's see if this email works and you all can new it.

📁 LM121040300122698

🔗 This link only works for the direct recipients of this message.

Open

■■ Microsoft ⬢ City of Miami

Privacy Statement

✕



EXHIBIT
22 dg
8·30·22

PENGAD 800-631-6989

Pl. Ex 674

22

MIA-SFED23485-00025188

| Date: | Tue, 11 May 2021 4:28:15 PM -0400 |
|---|---|
| Sent: | Tue, 11 May 2021 4:28:04 PM -0400 |
| Subject: | RE: Speakeasy Access |
| From: | Mendez, Victoria <VMendez@miamigov.com > |
| To: | Dooley, Rachel S. <RSDooley@miamigov.com >; Wysong, George <GWysong@miami-police.org>; Wysong, George K. <GWysong@miamigov.com >; Goldberg, Daniel <DaGoldberg@miamigov.com >; |
| CC: | Gomez, Marta <martagomez@miamigov.com >; |
| Attachments: | image001.png; image002.jpg |

## [EXTERNAL EMAIL]

Caution: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Interesting.  We need a UC!

**Victoria Méndez, City Attorney**



Board Certified, City, County and
Local Government
City of Miami
Office of the City Attorney
Telephone:  305-416-1832
Facsimile:  305-400-5071
vmendez@miamigov.com

Assistant:  Marta Gomez (305) 416-1844

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please consider the environment before printing this e-mail. 

**From:** Dooley, Rachel S. <RSDooley@miamigov.com >
**Sent:** Monday, May 10, 2021 9:07 AM
**To:** Mendez, Victoria <VMendez@miamigov.com >; Wysong, George- Police <GWysong@miami-police.org>; Wysong, George K. <GWysong@miamigov.com >; Goldberg, Daniel <DaGoldberg@miamigov.com >
**Cc:** Gomez, Marta <martagomez@miamigov.com >
**Subject:** Speakeasy Access

Good Morning;

I spoke with someone who has been to Los Altos recently.  They said they entered through the main restaurant and went up the stairs.  Upon arriving at the top there was some sort of "candy" store and you had to provide a password to get into the "speakeasy."  Once the password was given, a "secret" door opened and entry into the upper area was achieved.



EXHIBIT
24 dg
8·30·22

**Pl. Ex 675**

MIA-SFED23485-00348131

**Regards,**

**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**

 City of Miami Office of the City Attorney
Telephone: 305-416-1886
Facsimile: 305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely. All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. If this e-mail is not privileged, due to Florida's broad public records law, most written communications to or from City of Miami employees regarding City business are public records, available to the public and media upon request. Therefore, this e-mail communication may be subject to public disclosure.



MIA-SFED23485-00348132

**Date:**     Tue, 18 May 2021 6:48:39 PM -0400
**Subject:**  Accepted: Ball and Chain
**From:**     Goldberg, Daniel <DaGoldberg@miamigov.com>
**To:**       Mendez, Victoria <VMendez@miamigov.com>;

Pl. Ex 677



MIA-SFED23485-00078630

9:24



Mary lugo >

Text Message
May 24, 2016 at 11:06 AM

Bill & Allein   BF >

It was a pleasure to see you again. My cousin name is Jackalid Morales and her cell number is 786.333.8382.

Thank you for your help.

Thank you. I will let you know

Read

**Pl. Ex 681**

Text Message

EXHIBIT
0003
Rachel Dooley
09.15.2022

Date:        Tue, 20 Feb 2018 9:22:37 AM -0500
Subject:     RE: More violations from Heart Nightclub on 11th Street
From:        Jones, Juky Ann <JaJones@miamigov.com >
To:          Pierre, Cornelius <cpierre@miamigov.com >; Sierra, Daniel <dsierra@miamigov.com >;
CC:          Orta, Lazaro <LOrta@miamigov.com >; Parjus, Alberto N. <AParjus@miamigov.com >;
             Gomez Jr., Luis <LGomez@miamigov.com >; Watts-Slaton, Michele
             <MWatts@miamigov.com >;
Attachments: Copy of Copy of Noise Detail  Report 2 .17. 18.xlsx

Good Morning,

Please note that Neil Pierre and I, Juky Ann Jones were the two inspectors assigned for night detail on Friday and Saturday night.
We both went to all locations, from 8 Street to  NE 11 Street , Brickell and Downtown. Please see attached report.  As far as
Club heart, we accessed the Miami Museum pool deck on the 9th floor and we were able to hear music from a distance we
determined that it was club heart. However, the music was not heard from inside the building. They will be cited accordingly
since they were audible from 100 ft.

**From:** Pierre,
**Sent:** Monday, February 19, 2018 3:17 PM
**To:** Sierra, Daniel <dsierra@miamigov.com >
**Cc:** Orta, Lazaro <LOrta@miamigov.com >; Parjus, Alberto N. <AParjus@miamigov.com >; Jones, Juky Ann
<JaJones@miamigov.com >; Gomez Jr., Luis <LGomez@miamigov.com >; Watts-Slaton, Michele <MWatts@miamigov.com >
**Subject:** Re: More violations from Heart Nightclub on 11th Street

We went to 8st made contact with several locations there then went to club row

Sent from my iPhone
On Feb 19, 2018, at 12:23 PM, Sierra, Daniel <dsierra@miamigov.com > wrote:

Good afternoon Mr. Parjus,

The clubs mentioned below our located in the Central. Lazaro is the Supervisor of the area. I am
including him in our email for assistance. I am also including the inspectors who worked the weekend so
they can respond to your inquiry.

Neil and Juky,

Please see below inquiry from Mr. Parjus.

Thank you,

Sent via the Samsung Galaxy S8, an AT&T 4G LTE smartphone

------- Original message -------
From: "Parjus, Alberto N." <AParjus@miamigov.com >
Date: 2/19/18 11:49 AM (GMT-05:00)
To: Amal Kabbani <amalkabbani@gmail.com >, MIchael Slyder <mslyder@gmail.com >
Cc: Jessica Boudreaux <jessica@jessicaboudreaux.com >, Gail Feldman <gfeldman2127@gmail.com >,

3

Pl. Ex 683    MIA-SFED23485-00310903

Cristina Palomo <cristyp04@gmail.com>, Peter Maddock <petermaddock@hotmail.com>, "Cc: David Hazouri" <hazouri@rafool.com>, "Servalli, Alejandro" <AlServalli@miamigov.com>, "Gomez Jr., Luis " <LGomez@miamigov.com>, "Sierra, Daniel" <dsierra@miamigov.com>, "Dooley, Rachel S." < RSDooley@miamigov.com>, "Suarez, Francis (Mayor)" <fsuarez@miamigov.com>, "Ruiz, Joseph A." <jaruiz@miamigov.com>, "Castro, Giovanni" <GCastro@miamigov.com>, "Jackson, James" < jamesjackson@miamigov.com>, "Russell, Ken (Commissioner)" <krussell@miamigov.com>, melissaj@compass.com, rshahady@kolawyers.com, petersobe@aol.com, mark@kirbydesigns.us, mastajdel@gmail.com, rdelacamara@bplegal.com, claudiaroussel@aol.com, shelly@museumparkrealty.net, "Mahony, Abigael" <amahony@miamigov.com>, "Fernandez, Jose" < 27414@miami-police.org>, ibenosh@hotmail.com, mgraubert@aol.com
Subject: Re: More violations from Heart Nightclub on 11th Street

Who was working around the club Heart Saturday at around midnight to Sunday?
Or were they at calle ocho with Carollo?
They are going to need to work separated or we are going to need more inspectors

Thank you

Get Outlook for iOS

**From:** Amal Kabbani <amalkabbani@gmail.com>
**Sent:** Monday, February 19, 2018 9:49:22 AM
**To:** MIchael Slyder
**Cc:** Jessica Boudreaux; Gail Feldman; Cristina Palomo; Peter Maddock; Parjus, Alberto N.; Cc: David Hazouri; Servalli, Alejandro; Gomez Jr., Luis; Sierra, Daniel; Dooley, Rachel S.; Suarez, Francis (Mayor); Ruiz, Joseph A.; Castro, Giovanni; Jackson, James; Russell, Ken (Commissioner); melissaj@compass.com; rshahady@kolawyers.com; petersobe@aol.com; mark@kirbydesigns.us; mastajdel@gmail.com; rdelacamara@bplegal.com; claudiaroussel@aol.com; shelly@museumparkrealty.net; Mahony, Abigael; Fernandez, Jose; ibenosh@hotmail.com; mgraubert@aol.com
**Subject:** Re: More violations from Heart Nightclub on 11th Street

**SINCE 2009**

no words ... this is far beyond any rational one can attribute to this matter!

Amal

On Mon, Feb 19, 2018 at 9:30 AM, MIchael Slyder <mslyder@gmail.com> wrote:

Good morning everyone,

I have read the emails from the residents in this email chain and I genuinely and sincerely wish to convey my utmost commitment to resolving the sound issues in the Entertainment District. I remain convinced that each club/bar can be required to maintain specific sound levels as confirmed through sound testing, with serious penalties for noncompliance. I have studied this problem in its various forms since 2009 and am confident that a solution that satisfies all parties remains possible.

Michael Slyder
Heart Nightclub

On Mon, Feb 19, 2018 at 9:02 AM, Jessica Boudreaux <jessica@jessicaboudreaux.com> wrote:

Hi,

I got home around midnight and was looking forward to a good nights sleep as well.  Around 1am the bass beat from a nightclub kicked in full gear.  Actually, it was loud enough that I could tell that the music was great, but I have to work early the next day and shouldn't be able to hear it from my bed.

Thanks,

Jessica Boudreaux
interior designer, allied ASID
BOUDREAUX DESIGN STUDIO
www.boudreauxdesignstudio.com  [boudreauxdesignstudio.com]
786.360.5050 (p)

Connect with us:

[facebook.com]          [linkedin.com]          [pinterest.com]          [twitter.com]


[twitter.com]

[twitter.com]          [facebook.com]
[facebook.com]

> On Feb 18, 2018, at 9:01 PM, Gail Feldman <gfeldman2127@gmail.com> wrote:
>
> It is Sunday night at 8:55 pm. I have just returned from a five hour flight thinking that my husband and I could relax in the quiet of our home.  Without fail the noise in our living areas ( all of them) are permeated with loud , banging, unrelenting bass noise.  I invite any of you city leaders to come and listen because I promise you will be appalled! We are also disgusted by our lack of peace that continues even though we all know who the perpetrators are!!! Please.  I implore you to hasten the process. This is a true disgrace!
>
> Sent from my iPhone
> On Feb 14, 2018, at 5:07 PM, Cristina Palomo <cristyp04@gmail.com> wrote:
>
>> Dear Mr Parjus, Mayor Suarez and Commissioner Russell,
>>
>> The frustration of the residents surrounding this issue is palpable and beyond well justified.
>>
>> As Mr Maddock points out, Ten Museum Park (just one building alone) is paying around $5M in property taxes. The City of Miami is leaving millions of dollars on the table by allowing situations such as these to pervade in Downtown, severely impacting our property values and decreasing the tax base.
>>
>> What's more, this blight and disturbance made all the more visible by a murder this past weekend does not bode well for the Amazon world headquarters bid just blocks away, which is worth hundreds of millions of dollars and represents immeasurable opportunity for this City and its residents.
>>
>> I look forward to finally putting this issue to rest so that the residents can finally be restored their rights to quiet enjoyment of their homes and the entire city can reap the benefits of an enhanced quality of life resulting in increased property values and a healthier tax base.
>>
>> Sincerely,

Cristina Palomo
President
Downtown Neighbors Alliance
305-586-1756 Cellular
Cristyp04@gmail.com E-mail
On Feb 14, 2018, at 1:23 PM, Peter Maddock <petermaddock@hotmail.com> wrote:

Dear Mr Parjus

I would like to add my voice, as Chairman of Ten Museum Park Noise Abatement Committee to the voice of Attorney Allan Schwartz the President of Marquis. Please see Attorney Schwartz's email below. When he refers to a 'Reign of Terror', he is not exaggerating.

In 2017, Code Enforcement issued two tickets each against Heart, Space and Eleven but the City initiative now appears to have to run out of steam.

I was at the citation hearing in January 2018 where Heart's two citation fines were paid by their Landlord without challenge. Last weekend Heart was blasting out music throughout the weekend. The recent low cost attempt at noise attenuation by Heart has made little difference.

Below you will see a personal email I wrote you on 04 February which went unanswered. The heavy base beat generally starts around 3 am. There is an influx of clubbers around 6 am from other clubs in the city and that is when the noise really takes off. By this time, I understand Code Enforcement has been withdrawn.

The architect for Club Eleven in February 2016 told a meeting attended by many officers of the City and the Police Commissioner that it was possible to sound proof any building, it just cost money.

Ten Museum Park Owners ALONE are paying $5 million a year property tax to the City. Homicides aside, on what basis is the City continuing to allow the Clubs to continue to conduct their Reign of Terror? Surely, the City can issue further, third citations and close down the clubs until such time as they spend the money to comply with the Ordinance?

Best wishes

Peter Maddock
Chair
TMP Noise Abatement Committee

**From:** Peter Maddock [mailto:petermaddock@hotmail.com ]
**Sent:** 04 February 2018 10:59
**To:** aparjus@miamigov.com
**Cc:** Melissa Rubin <melissaj@compass.com >; Amal Kabbani <amalkabbani@gmail.com >; Mark Kirby <mark@kirbydesigns.us >; Allan Schwartz <allan@schwartznyc.com >; Dooley, Rachel S. <RSDooley@miamigov.com >; Vivian Prendes <vivian@tenmuseumpark.com >; Jessica Boudreaux <jessica@jessicaboudreaux.com >; Michael Stajdel <mastajdel@gmail.com >; Rosa De La Camara <rdelacamara@bplegal.com >; Claudia Roussel < claudiaroussel@aol.com >; Shelly Abramowitz <shelly@museumparkrealty.net >; Gail Feldman <gfeldman2127@gmail.com >; Peter Ehrlich <petersobe@aol.com >; David Hazouri < Hazouri@rafool.com >; Russell, Ken (Commissioner) <krussell@miamigov.com >; Mahony, Abigael <amahony@miamigov.com >; Fernandez, Jose <27414@miami-police.org>; Itai

MIA-SFED23485-00310906

Benosh <ibenosh@hotmail.com>; Cristina Palomo <cristyp04@gmail.com>; mgraubert < mgraubert@aol.com>; rshahady@kolawyers.com
**Subject:** Re: Update from Heart Nightclub

Dear Mr Parjus.

At 5.30 am I telephoned the Miami Police to complain about the base beat from the NE 11 Street Clubs.

I spoke to an officer who identified himself as Robert who said he would send an officer to the clubs. The reference number was 039162.

The noise last night was back to the old levels. I was woken in the middle of the night with my blood pressure sky high.

The noise attenuation work that the clubs claim to have done is not making any viable difference.

I was at the citation hearings last month and I am aware and appreciative of what you and the City are doing. However, the clubs seem happy to pay the fines and continue as before.

Is it possible to issue further citations and require these Clubs to stay within the City Noise Code?

My reality is that I'm paying $25,000 a year in property tax for an apartment where I cannot sleep at the weekends.

Thank you.

Peter Maddock
4407
Ten Museum Park
MIAMI Fl 33132


**From:** Allan Schwartz [mailto:president@mymarquismiami.com ]
**Sent:** Tuesday, February 13, 2018 3:06 PM
**To:** Parjus, Alberto N. <AParjus@miamigov.com >
**Cc:** David Hazouri <hazouri@rafool.com>; Servalli, Alejandro <AlServalli@miamigov.com >; Gomez Jr., Luis <LGomez@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com >; Suarez, Francis (Mayor) <fsuarez@miamigov.com >; Ruiz, Joseph A. <jaruiz@miamigov.com>; Castro, Giovanni <GCastro@miamigov.com >; Jackson, James <jamesjackson@miamigov.com >; Russell, Ken (Commissioner) < krussell@miamigov.com >; melissaj@compass.com,rshahady@kolawyers.com ; petersobe@aol.com; mslyder@gmail.com;amalkabbani@gmail.com ; mark@kirbydesigns.us ;j.douzoglou@gmail.com; vivian@tenmuseumpark.com;jessica@jessicaboudreaux.com ; mastajdel@gmail.com;rdelacamara@bplegal.com ; claudiaroussel@aol.com; shelly@museumparkrealty.net; gfeldman2127@gmail.com ; Mahony, Abigael < amahony@miamigov.com>; Fernandez, Jose <27414@miami-police.org>; ibenosh@hotmail.com; cristyp04@gmail.com;mgraubert@aol.com
**Subject:** Re: More violations from Heart Nightclub on 11th Street

Mr. Parjus, I am the President of the Marquis Condominium located on the corner of 11th

Street and Biscayne Blvd. The Marquis is a 292 unit 65 floor building which also houses the new ME Hotel with some 120 rooms.

I applaud your below email finally bringing the power to end the 5+ year reign of noise "terror" that has been heaped on the thousands of MIAMI residents by the 11th Street clubs that refuse to obey the law. The arrogance of these club owners and now the death of a man has unfortunately but finally focused the City of Miami to enforce the law. Tickets or summons mean nothing to these clubs. The immediate suspension or revocation of their relevant license is what is needed. By showing the clubs they have crossed a "red line" by issuing multiple tickets per night per club and forcing them into a "judicial forum" will cure the problem.

With the force of officers you describe below standing 100 feet away from the 3 clubs armed with nothing but their ears as required by the relevant statutes will no doubt produce a violation summons to be issued every hour to each of the clubs.

Our Board here at the Marquis stands shoulder to shoulder with you and the City of Miami in terminating the noise nuisance and the inherent danger these clubs have allowed to permeate one of the City's fastest growing residential areas no less the Cultural Epicenter of our City of Miami.

Sadly, a mans life seems a heavy price to pay for what could have been solved by turning the volume knob down on the clubs audio systems.


ALLAN C. SCHWARTZ, ESQ.
1100 Biscayne Blvd. [maps.google.com]  [maps.google.com]
MIAMI, FL. 33132 [maps.google.com]
Mobile 1917-640-4200
On Feb 13, 2018, at 12:19 PM, Parjus, Alberto N. <AParjus@miamigov.com> wrote:

> At the moment we have coverage every day except Sunday from 3 pm to midnight and, two inspectors on special assignment  every weekend Friday and Saturday from midnight to 6 am
>
> In approximately one month, we will have four permanent inspectors working the midnight shift from 10 pm to 7 am .
>
> Get Outlook for iOS [aka.ms]
> ────────────────────────
> **From:** David Hazouri <Hazouri@rafool.com>
> **Sent:** Tuesday, February 13, 2018 11:39:49 AM
> **To:** Parjus, Alberto N.; Servalli, Alejandro; Gomez Jr., Luis; Sierra, Daniel
> **Cc:** Dooley, Rachel S.; Suarez, Francis (Mayor); Ruiz, Joseph A.; Castro, Giovanni; Jackson, James; Russell, Ken (Commissioner); melissaj@compass.com; rshahady@kolawyers.com; rshahady@kolawyers.com; petersobe@aol.com; mslyder@gmail.com; amalkabbani@gmail.com; mark@kirbydesigns.us; allan@schwartznyc.com; j.douzoglou@gmail.com; vivian@tenmuseumpark.com; jessica@jessicaboudreaux.com; mastajdel@gmail.com; rdelacamara@bplegal.com; claudiaroussel@aol.com; shelly@museumparkrealty.net; gfeldman2127@gmail.com; petersobe@aol.com; Mahony, Abigael; Fernandez, Jose; ibenosh@hotmail.com; cristyp04@gmail.com; mgraubert@aol.com
> **Subject:** RE: More violations from Heart Nightclub on 11th Street
>
> Mr. Parjus,
>
> Can you advise the days and hours the dedicated inspectors where performing their

MIA-SFED23485-00310908

monitoring during the last two weekends.  It has been the residents' experience in the past that enforcement monitoring hours have usually ended at around 11 pm or 12 pm, just when the proverbial "party" is getting started, and has almost never included the 3 am to 8 am morning hours, when the noise is at it very loudest and most intolerable in terms of the residents' ability to simply sleep.  Thank you.

David R. Hazouri, Esq.
Counsel for the DNA, Ten Museum and The Marquis unit owner associations.

**From:** Parjus, Alberto N. [mailto:AParjus@miamigov.com ]
**Sent:** Tuesday, February 13, 2018 10:47 AM
**To:** Servalli, Alejandro <AlServalli@miamigov.com

MIA-SFED23485-00310909

Native Placeholder

MIA-SFED23485-00310910

| Inspector: Neil Pierre/July Ann Jones | Noise Detail | | Date: February 17, 2018; February 18, 2018 |
|---|---|---|---|
| Location | Violation | Outcome | Comments |
| 114 SW NORTH RIVER DR | violation | NOV | Valet (Park Jockey), still has no CU and BTR for business |
| 123 SW NORTH RIVER DR | violation | NOV | Valet has no CU and BTR |
| 1513 SW 8 St | Violation | TKT | Audible from 100 ft (Ball and Chain) 2/17/18 |
| 1465 SW 8 ST | Warning | Warning and educate on city of miami noise ordinace | Guantanamera/giving a warning, music is audible from 100 ft |
| 1440 SW 8 ST | Warning | Warning and educate on city of miami noise ordinace | Business was closed, however; we spoke to Bar Manager and told him about the City of Miami noise ordinace. (old Havana) |
| 901 Brickell Plaza | Warning | Warning and educate on city of miami noise ordinace | Spoke to Paul the manager of Baru |
| 901 S MIAMI AV | Warning | Warning and educate on city of miami noise ordinace | Spoke to the Manager from Balan |
| 187NW 28 St | Violation | TKT | Music audible from 100 ft. (Brick) |
| 50 NE 11 ST | Violation | TKT | Music audible from 100 ft. (Club Heart) |

MIA-SFED23485-00310910 - Native

| Inspector: Neil Pierre/Juky Ann Jones | Noise Detail | | Date: February 17, 2018; February 18, 2018 |
|---|---|---|---|
| 1040 Biscayne Blvd | | | Went to the Miami Museum and we were given access to the pool deck on the 9th floor.  We were able to hear music from a distance. We determined that it  was club heart, the music was not heard from inside the condo. |
| 401 BISCAYNE BLVD | | | found no violation, we went two days in a row and did not hear or see a band playing on the stage |
| 1728 SW 8 ST | Violation | TKT | Audible from 100 ft (ocho live bar and loungue) |
| 1513 SW 8 ST | Violation | TKT | Audible from 100 ft (Ball  and Chain) 2/18/18 |
| 1643 SW 8 ST | | | Taco food truck by the gas station was not open, passed by two days in a ro. |
| 1270 SW 8 ST | Violation | Warning | Miami 305 tacos and burgers food truck. On private property, however  there is no CU for business.  They also have tables and chairs set up on the parking lot as well. We spoke to the owner (Dania Medina) and advised her to go to the city to get necessary permits if the zoning allows it. |
| 1111 SW 1 AV | Violation | TKT | Audible from 100 ft 1111 SW 1 AVE, LLC DBA El Tucan / Marion |
| 900 S MAIMI AV STE 250 | Violation | TKT | Audible from 100 ft (Blue Martini) |

| | |
|---|---|
| **Date:** | Thu, 21 Feb 2019 4:20:49 PM -0500 |
| **Sent:** | Thu, 21 Feb 2019 4:20:47 PM -0500 |
| **Subject:** | Fwd: Scanned image from MX-M266N |
| **From:** | Mendez, Victoria <VMendez@miamigov.com> |
| **To:** | Gibbs, Domini <DGibbs@miamigov.com>; Min, Barnaby <bmin@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>; Goldberg, Daniel S. <dgoldberg@miamigov.com>; Wysong, George <GWysong@miami-police.org>; Gomez, Marta <martagomez@miamigov.com>; |
| **Attachments:** | MX-M266N_20190221_155600.pdf; ATT00001.htm |

Lsr. We may want to meet together

**Victoria Méndez, City Attorney**

Board Certified, City, County and
Local Government
City of Miami Office of the City
Attorney
Telephone:  305-416-1832
Facsimile:  305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**

Begin forwarded message:

> **From:** "McKnight, Anna" <AMcKnight@miamigov.com>
> **Date:** February 21, 2019 at 3:49:22 PM EST
> **To:** "Mendez, Victoria" <VMendez@miamigov.com>
> **Cc:** "Valencia, Adele" <avalencia@miamigov.com>, "Casamayor, Fernando" <
> FCasamayor@miamigov.com>, "Napoli, Joe" <JNapoli@miamigov.com>, "Orta, Lazaro" <
> LOrta@miamigov.com>, "Gibbs, Domini" <DGibbs@miamigov.com>, "Dooley, Rachel S." <
> RSDooley@miamigov.com>
> **Subject: FW: Scanned image from MX-M266N**
>
>
> Hi Vicky:
>
> Please see the attached on behalf of the Director, Adele Valencia.
>
> Thank you.
>
> Regards,
> Anna P. McKnight
> Department of Code Compliance
> Off: (305) 416-2073
> Tell us how we're doing.  CLICK HERE to complete our Customer Satisfaction Survey.
>
>
> Before you print this email or attachments, please consider the negative environmental impacts
> associated with printing.
>
> This message including all attachments is privileged and confidential, intended only for the named

**Pl. Ex 684**

MIA-SFED23485-00144198

recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the address or telephone number listed.

----Original Message----
From: do_not_reply_mfp@miamigov.com [mailto:do_not_reply_mfp@miamigov.com ] On Behalf Of do_not_reply_mfp@
Sent: Thursday, February 21, 2019 3:56 PM
To: McKnight, Anna <AMcKnight@miamigov.com >
Subject: Scanned image from MX-M266N

***DO NOT REPLY TO THIS EMAIL***

Service Tag: M12957
Location: Code Enforcement

Notice to Users: The document attached was scanned by a City of Miami scanner system. The user acknowledges that the scanned documents are for official City of Miami business use only and have no explicit or implicit expectation of privacy as it is outlined in the APM:1-98. Any or all uses of the scanner systems and all scanned documents may be intercepted, monitored, recorded, audited, inspected, and disclosed by the Computer Security Group and any other appropriate law enforcement personnel. Unauthorized and/or improper use of the scanning systems may result in administrative disciplinary action and/or civil and criminal penalties.

## MEMORANDUM

**TO:**        VICTORIA MENDEZ, CITY ATTORNEY

**FROM:**      ADELE VALENCIA, DIRECTOR OF CODE COMPLIANCE   *adr Val*

**SUBJECT:**   LEGAL SERVICE REQUEST

**DATE:**      FEBRUARY 21, 2019

**CC:**        JOE NAPOLI, DEPUTY CITY MANAGER
               FERNANDO CASAMAYOR, ASSISTANT CITY MANAGER
               LAZARO ORTA, ASSISTANT DIRECTOR OF CODE COMPLIANCE

The Department of Code Compliance is seeking legal clarification on the following:

1. Are there any requirements other than those set forth in Chapter 4 of Miami 21 defining a "restaurant" that apply to restaurants in the City of Miami?
2. Is a "nightclub" legally required to sell food?
3. May a "nightclub" legally open during the day?
4. Is a "nightclub" allowed to sell food under applicable laws?
5. Is a restaurant allowed to play music under applicable laws?
6. Are the patrons of a restaurant allowed to dance in said establishment under applicable laws?
7. If a restaurant meets the 20-patron seating requirement and the 51-49 percent ratio established by Miami 21, has it met the provisions set forth for being a restaurant in the City of Miami?
8. What is the legal mechanism for requesting an audit to determine if the 51-49 percent ratio is being met and what entity is authorized to make the request?
9. Who is responsible for performing the audit?
10. What is the period of time that must be examined by the audit?
11. Based on the above, is the business at 521 SW 8th Street operating within the parameters and scope of their Certificate of Use/Business Tax Receipt as a restaurant?
12. If not, should the business be shut down? Under what conditions should a business be shut down related to a Certificate of Use?
13. Which department is legally authorized to shut down a business?

EXHIBIT
0016
Rachel Dooley
09.15.2022

Message

| | |
|---|---|
| **From:** | Mendez, Victoria [VMendez@miamigov.com] |
| **Sent:** | 4/24/2018 11:13:56 AM |
| **To:** | Gonzalez, Luciana L. [lgonzalez@miamigov.com]; Calleros Gauger, Jeremy [JCallerosGauger@miamigov.com]; Min, Barnaby [bmin@miamigov.com]; Gomez, Marta [martagomez@miamigov.com]; Garcia, Francisco [fgarcia@miamigov.com]; Cejas, Devin [DCejas@miamigov.com]; Rawlins, Tracy [TPRawlins@miamigov.com]; Dooley, Rachel S. [RSDooley@miamigov.com]; Ellis, Jacqueline [JEllis@miamigov.com]; Zamora, Olga [OZamora@miamigov.com]; Bernat, James (Sr Exec Asst) [28410@miami-police.org]; Orta, Lazaro [LOrta@miamigov.com]; Sierra, Daniel [dsierra@miamigov.com] |
| **CC:** | Barcena, Anthony [ABarcena@miamigov.com]; Suarez, Jose [JosSuarez@miamigov.com]; Carollo, Joe (Commissioner) [JCarollo@miamigov.com]; Miro, Steven [SMiro@miamigov.com]; Gonzalez, Emilio T. [ETGonzalez@miamigov.com]; Napoli, Joe [JNapoli@miamigov.com]; Ortiz-Petit, Ignacio [IOrtiz-Petit@miamigov.com] |
| **Subject:** | Re: Planning and zoning approvals for all permits warrants etc. |

Olga and James,

I am looping you into this email as well so that you could do the same for all code enforcement hearing cases. Please send all the draft agendas and agendas of code enforcement hearings to the district 3 Office way in advance of the hearing dates to the district 3 office copied here in.

Thank you all!

**Victoria Méndez, City Attorney**

Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**

On Apr 24, 2018, at 10:51 AM, Mendez, Victoria <VMendez@miamigov.com> wrote:

Planning and zoning colleagues,

Please add Commissioner Carollo's office, copied on the cc line here in, to all your planning and zoning permit courtesy emails and memos and notices on special permits (waivers, variances, warrants, exceptions, etc.) and the like which are sent out. The district 3 office would like to be more informed of the planning and zoning issues that are happening in District 3. Thank you.

**Victoria Méndez, City Attorney**

Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-416-1801
victoriamendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**



**Pl. Ex 693**

MADROOM0169742

Message

**From**:        Dooley, Rachel S. [RSDooley@miamigov.com]
**Sent**:        9/4/2018 11:17:25 AM
**To**:          Min, Barnaby [bmin@miamigov.com]; Wysong, George K. [GWysong@miamigov.com]
**Subject**:     18-427 Viernes Culturales
**Attachments**: 922724.docx

This was edited several times.  Here is last draft for approval.

Thank you.

**Pl. Ex 701**

# CITY OF MIAMI
# OFFICE OF THE CITY ATTORNEY
# MEMORANDUM

**TO:** VonCarol Kinchens, Administrator, NET

**FROM:** Rachel S. Glorioso Dooley, Assistant City Attorney

**DATE:** March 2, 2018

**RE:** CC-3 - Owner of Viernes Culturales

Matter ID No.: 18-427

The memorandum is issued in response to the question of who owns Viernes Culterales. Viernes Culterales is located at 1637 SW 8th Street in Miami, Florida.  The current status of the organization is that the entity is registered as a Florida Not For Profit organization under the name of Viernes Culterales/Cultural Fridays, Inc.  The members of the board of this organization pursuant to the Florida Division of Corporations Sunbiz registration are: William Fuller, Katherine Penner, Suzanne Batlle and Carol Ann Taylor.

The organization initially started in 2001 with a much larger board and at that time held events sponsored by the City of Miami and others.  The organization sought and received the necessary permits and/or waivers at that time for events.  The only records that I could find for the events held at the address were through Legistar tracking of Commission discussion and waivers in 2000 and permits/waivers requested and given by the Office of Film and Entertainment for the City of Miami on September 30, 2016 and December 28, 2016.

I have attached the Sunbiz reports, the Miami-Dade Property Appraisers information sheet for your review, copies of resolutions and permits for your review.  Should you have any further questions, please do not hesitate to contact me.

Enclosure(s)

# CITY OF MIAMI
# OFFICE OF THE CITY ATTORNEY
# MEMORANDUM

**TO:** VonCarol Kinchens, NET Administrator
Neighborhood Enhancement Team - COM

**FROM:** Rachel S. Glorioso Dooley, Assistant City Attorney

**DATE:** February 22, 2018

**RE:** CC-3 - Owner of Viernes Culturales
Matter ID No.: 18-427

## **RECEIPT**

This is to acknowledge receipt of the above-captioned correspondence from the Office of the City Attorney.

**Received by:** _____

**Print Name:** _____

**Date:** _____

Please sign and return this receipt to Rachel S. Glorioso Dooley, Assistant City Attorney.

Enclosure(s)

MADROOM0132791

| | |
|---|---|
| Date: | Tue, 24 Aug 2021 11:30:50 AM -0400 |
| Sent: | Tue, 24 Aug 2021 11:30:47 AM -0400 |
| Subject: | RE: Taqueira El Mexicano - Business Video / Pending Emergency Motion |
| From: | Dooley, Rachel S. |
| To: | Fernandez-Stiers, Melissa <mfstiers@miamigov.com >; Noriega, Art <anoriega@miamigov.com >; Morales, Manuel (Assistant Chief)- Police <4886@miami-police.org>; Mendez, Victoria <VMendez@miamigov.com>; Wysong, George- Police <GWysong@miami-police.org>; Perez, Juan- Police <jperez@miami-police.org>; |
| CC: | Gomez, Marta <martagomez@miamigov.com >; |
| Attachments: | image001.png; image002.png |

Thank you.

**From:** Fernandez-Stiers, Melissa <mfstiers@miamigov.com>
**Sent:** Tuesday, August 24, 2021 11:27 AM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com>; Noriega, Art <anoriega@miamigov.com>; Morales, Manuel (Assistant Chief)- Police <4886@miami-police.org>; Mendez, Victoria <VMendez@miamigov.com>; Wysong, George- Police <GWysong@miami-police.org>; Perez, Juan- Police <jperez@miami-police.org>
**Cc:** Gomez, Marta <martagomez@miamigov.com>
**Subject:** RE: Taqueira El Mexicano - Business Video / Pending Emergency Motion

Rachel:

I spoke to the Manager. Please advise the establishment in a manner you see fit that they can reopen.

Thanks,

**Melissa Fernandez-Stiers, Esq.**
Chief of Staff to the City Manager
City of Miami
3500 Pan American Drive | Miami, FL 33133
Tel: 305-250-5400 | Fax: 305-250-5410
Email: MFStiers@miamigov.com



**From:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Sent:** Tuesday, August 24, 2021 11:05 AM
**To:** Noriega, Art <anoriega@miamigov.com>; Morales, Manuel (Assistant Chief)- Police <4886@miami-police.org>; Mendez, Victoria <VMendez@miamigov.com>; Wysong, George- Police <GWysong@miami-police.org>; Perez, Juan- Police < jperez@miami-police.org>; Fernandez-Stiers, Melissa <mfstiers@miamigov.com>
**Cc:** Gomez, Marta <martagomez@miamigov.com>
**Subject:** FW: Taqueira El Mexicano - Business Video / Pending Emergency Motion

Good Morning;

Please find the establishments video from Friday night. I was provided by counsel for the owner. Counsel has let me know they are planning to file for relief with the Court and may do so as early as later today in federal court on the unrelated matter or a new action in state court, if they are not assured they can reopen. They have remained closed accordingly to their attorney.

**Regards,**
**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**



City of Miami Office of the City Attorney
Telephone: 305-416-1886
Facsimile: 305-416-1801
Electronic Facsmile 305-400-5071

**Pl. Ex 704**

MIA-SFED23485-00343003

 rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely. All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. If this e-mail is not privileged, due to Florida's broad public records law, most written communications to or from City of Miami employees regarding City business are public records, available to the public and media upon request. Therefore, this e-mail communication may be subject to public disclosure.

---

**From:** Maria Fehretdinov <mfehretdinov@stearnsweaver.com>
**Sent:** Tuesday, August 24, 2021 10:59 AM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Cc:** Maria Gralia <mgralia@stearnsweaver.com>
**Subject:** RE: Taqueira El Mexicano - Police Raid

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Rachel,

Please see the link below per our discussion. I look forward to hearing your client's position today.

https://stearnsweaver.sharefile.com/d-s1aeba4ab74fb48889a782aac3b2f6396

Thanks.

---
María A. Fehretdinov, Esq.
Stearns Weaver Miller
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct: 305-789-3237
Main: 305-789-3200
Fax: 305-789-2675
www.stearnsweaver.com
Bio | Email | vCard | LinkedIn

---
María A. Fehretdinov, Esq.
Stearns Weaver Miller
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct: 305-789-3237
Main: 305-789-3200
Fax: 305-789-2675
www.stearnsweaver.com
Bio | Email | vCard | LinkedIn

-----Original Message-----
From: Dooley, Rachel S. <RSDooley@miamigov.com>
Sent: Saturday, August 21, 2021 1:47 PM
To: Maria Gralia <mgralia@stearnsweaver.com>
Cc: Mendez, Victoria <VMendez@miamigov.com>; art.acevedo@miami-police.com; Noriega, Art <anoriega@miamigov.com>; Wysong, George K. <GWysong@miamigov.com>; Bill Fuller <bill@barlingtongroup.com>; Zack Bush <zack@madroomhospitality.com>; Ben Bush <ben@madroomhospitality.com>; Maria Fehretdinov <

MIA-SFED23485-00343004

mfehretdinov@stearnsweaver.com>
Subject: Re: Taqueira El Mexicano - Police Raid

Thank you.

Rachel S.Glorioso Dooley
Sr. Assistant City Attorney
City of Miami
444 SW 2 Avenue, Suite 945
Miami, FL 33130
305.416.1800
305.416.1886

Sent from iPhone

> On Aug 21, 2021, at 1:10 PM, Maria Gralia <mgralia@stearnsweaver.com> wrote:
>
> CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender
and know the content is safe.
>
> Yes, I apologize. See attached. I also have videos of the incident that may assist with your review. Please advise if you would
like me to forward as well.
>
> Maria A. Gralia, Esq.
> Stearns Weaver Miller
> Weissler Alhadeff & Sitterson, P.A.
> 150 West Flagler Street, Suite 2200
> Miami, FL 33130
> Cell Number: 305-607-7741
> Direct Number: 305-789-3525
> Main Number: 305-789-3200
> Direct Fax: 305-789-2628
> Email: mgralia@stearnsweaver.com<mailto:mgralia@stearnsweaver.com>
> http://www.stearnsweaver.com<
https://urldefense.com/v3/__http://www.stearnsweaver.com/__;!!Ei5NnPD8gA!z0y0y4xRB8YcjmKOyNWO5f6Jo8XoKjNDRJMOiqdmubffHdEabDLW182yXSGEXn9V$
>
>
> [SWMWAS Logo.jpg]
>
> From: Dooley, Rachel S. <RSDooley@miamigov.com>
> Sent: Saturday, August 21, 2021 1:07 PM
> To: Maria Gralia <mgralia@stearnsweaver.com>
> Cc: Mendez, Victoria <VMendez@miamigov.com>; art.acevedo@miami-police.com; Noriega, Art <
anoriega@miamigov.com>; Wysong, George K. <GWysong@miamigov.com>; Bill Fuller <bill@barlingtongroup.com>; Zack
Bush <zack@madroomhospitality.com>; Ben Bush <ben@madroomhospitality.com>; Maria Fehretdinov <
mfehretdinov@stearnsweaver.com>
> Subject: Re: Taqueira El Mexicano - Police Raid
>
> Good Afternoon;
>
> Thank you for sending, I thought you going to send a copy of the arrest report as well. Do you have it?
> Rachel S.Glorioso Dooley
> Sr. Assistant City Attorney
> City of Miami
> 444 SW 2 Avenue, Suite 945
> Miami, FL 33130
> 305.416.1800
> 305.416.1886
>
> Sent from iPhone
>
>
> On Aug 21, 2021, at 1:04 PM, Maria Gralia <mgralia@stearnsweaver.com<mailto:mgralia@stearnsweaver.com>> wrote:
>
> CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender

MIA-SFED23485-00343005

and know the content is safe.
>
> IMMEDIATE ATTENTION REQUIRED
>
> Shortly before midnight, the Miami Police Department raided Taqueria El Mexicano located at 521 S.W 8th Street and ordered all patrons to leave the premises shutting down the restaurant. The reasoning given was that the upstairs was operating as a "nightclub". There was no inspection of the kitchen to ensure that it was open, nor was there an inspection of the liquor license. The police only looked at the BTR that stated "restaurant" to make the erroneous assumption that if liquor was being served, than it must be a nightclub. To further exasperate the matter, the manager, David Caplan was issued an arrest affidavit and fingerprinted in front of staff and customers. Mr. Caplan tried to reason with the police and attempted to deliver the letter that I prepared in anticipation of this very issue. Unfortunately, the police officer refused to read the letter.
>
> This latest raid not only consisted of loss of revenue, reputational damage to Taqueria and its owners, but emotional distress to its staff and patrons.
>
> We demand that the City immediately TAKE action to correct this ERROR by instructing the Police Department that Taqueria is permitted to serve alcohol under their BTR as restaurant as long as no alcoholic beverages are served after the hours of serving or consumption of food have elapsed in accordance with Section 4-2 of the City Code. We further demand that Mr. Caplan be immediately exonerated of any wrongdoing and the affidavit of arrest be revoked and any record of arrest immediately expunged from HIS RECORD.
>
> Please confirm by 2:00 p.m. today that the City has informed the Police Department that Taqueria is permitted to serve alcohol along with food service, which includes the second floor of the premises in compliance with their BTR and liquor license. We also request that the City confirm that Taqueria is permitted to serve alcohol on the second floor in accordance with its BTR and liquor license and that any inspections by the police must be done in compliance with Section 562.41, Fla. Stat.
>
> Failure to take any of these actions will leave us with no other choice but to seek an emergency injunction in a court of competent jurisdiction.
>
> I and my partner, Maria Fehretdinov are available to discuss the contents of this email. You may reach me at 305-607-7741.
>
> Maria A. Gralia, Esq.
> Stearns Weaver Miller
> Weissler Alhadeff & Sitterson, P.A.
> 150 West Flagler Street, Suite 2200
> Miami, FL 33130
> Cell Number: 305-607-7741
> Direct Number: 305-789-3525
> Main Number: 305-789-3200
> Direct Fax: 305-789-2628
> Email: mgralia@stearnsweaver.com<mailto:mgralia@stearnsweaver.com>
> http://www.stearnsweaver.com<https://urldefense.com/v3/__http:/www.stearnsweaver.com/__;!!Ei5NnPD8gA!2DCQ-QNtmZ50KlQlxgHDz8ZeNJjVs9WSXYuO4ptsjgG1xbYKj-2hkua73fXCFpyF$>
>
> <image001.jpg>
>
>
> _____
> CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.
>
> _____
> CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.


_____
CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If

you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

MIA-SFED23485-00343007

Date:     Thu, 22 Oct 2020 8:56:24 AM -0400

Sent:     Thu, 22 Oct 2020 8:56:22 AM -0400

Subject:  Fwd: CO/CU 1513 SW 8 ST

From:     Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >

To:       Marrero, Asael <AMarrero@miamigov.com >; Ruiz, Joseph A. <jaruiz@miamigov.com >; Pons, Maurice <MPons@miamigov.com >;

CC:       Noriega, Art <anoriega@miamigov.com >; Mendez, Victoria <VMendez@miamigov.com >;

Please see below FYI and follow up.
Thanks.

Begin forwarded message:

> **From:** "Noriega, Art" <anoriega@miamigov.com >
> **Date:** October 22, 2020 at 8:52:22 AM EDT
> **To:** "Mendez, Victoria" <VMendez@miamigov.com >
> **Cc:** "Ihekwaba, Nzeribe" <NIhekwaba@miamigov.com >, "Min, Barnaby" <bmin@miamigov.com >, "Dooley, Rachel S." <RSDooley@miamigov.com >
> **Subject: RE:  CO/CU 1513 SW 8 ST**
>
>
> Let's get this done today before noon. Thanks
>
> 
>
> **Art Noriega**
> CITY MANAGER
> Main: (305) 250-5400 Fax: (305) 250-5410
> E-mail: anoriega@miamigov.com
>
> ────────────────────────────
>
> **From:** Mendez, Victoria
> **Sent:** Thursday, October 22, 2020 8:30 AM
> **To:** Noriega, Art <anoriega@miamigov.com >
> **Cc:** Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >; Min, Barnaby <bmin@miamigov.com >; Dooley, Rachel S. <RSDooley@miamigov.com >
> **Subject:** CO/CU 1513 SW 8 ST
>
> Good Morning Mr. Manager;
>
> After a review of the facts presented by the Building Department from their peer review audits of several properties, in particular the audit into the efficacy of the work provided by the private provider at 1513 SW 8 Street, both the Building and Fire Departments have determined that the City was provided with incomplete, misleading and/or erroneous information as it relates to the requirements for fire safety and the Americans with Disabilities Act, among others. Pursuant to Florida Building Code Section 111.4, the Building Official is authorized to suspend or revoke the Certificate of Occupancy based upon these findings.   Such a suspension or revocation will also  trigger the process for revocation of the Certificate of Use under City Code Section 2-211. Please let me know if you have any questions.
>
> **Victoria Méndez, City Attorney**
>
> Board Certified, City, County and
> Local Government
> City of Miami Office of the City

**Pl. Ex 720**

Attorney
Telephone:  305-416-1832
Facsimile:  305-400-5071
vmendez@miamigov.com

**Assistant: Marta Gomez (305) 416-1844**

MIA-SFED23485-00121444

Case 1:18-cv-24190-RS Document 506-9 Entered on FLSD Docket 06/30/2023 Page 48 of 85



## AN ORDINANCE OF THE MIAMI CITY COMMISSION AMENDING CHAPTER 36 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, TITLED "NOISE", MORE PARTICULARLY, BY AMENDING SECTION 36-4, TITLED "OPERATION OF RADIOS, PHONOGRAPHS OR OTHER SOUND-MAKING DEVICES; BANDS, ORCHESTRAS AND MUSICIANS—GENERALLY; EXEMPTION", TO PROVIDE FOR THE PROHIBITION OF OUTDOOR MUSIC BETWEEN THE HOURS OF 10:00 P.M. AND 8:00 A.M. THE FOLLOWING DAY IN AREAS THAT SHARE A PROPERTY LINE WITH ANY PROPERTY THAT HAS A RESIDENTIAL USE AND PROVIDING AN EXEMPTION FOR ESTABLISHMENTS WHICH ARE REASONABLY LESS LIKELY TO CAUSE NOISE POLLUTION THAT WILL AFFECT SURROUNDING RESIDENTIAL PROPERTIES AS STATED HEREIN; CONTAINING A SEVERABILITY CLAUSE; AND PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

## Information

| Department: | Commissioners and Mayor | Sponsors: | Commissioner, District One Alex Diaz de la Portilla, Commissioner, District Three Joe Carollo |
|---|---|---|---|
| Category: | Elected Official Item | | |

## Attachments

Agenda Summary and Legislation

Pl. Ex 721

8049 Submittal-Alfredo Gonzalez-Memo regarding file 8049
8049 Submittal-City Attorney-Audio Public Comments

## Financial Impact

N/A

## Body/Legislation

WHEREAS, outdoor music after certain night-time hours affects the quality of life for residents living in adjacent properties and throughout the neighborhood; and

WHEREAS, the outdoor noise has a negative effect on the ability for all residents in the area, especially the elderly and low-income residents, to have a restful night's sleep; and

WHEREAS, residents in the area feel trapped in their own homes at the nightly deluge of music invading their private bedrooms not allowing them to sleep; and

WHEREAS, limiting the times music or other noises are played will not have an impact on the businesses in the area as the businesses will be allowed to remain open with limited emanation of noise; and

WHEREAS, it is in the best interest of the City of Miami ("City") and its residents that Section 36-4 of the Code of the City of Miami, Florida, as amended ("City Code"), be further amended to prohibit outdoor music between the hours of 10:00 p.m. and 8:00 a.m. the following day in areas that share a property line with any property that has a residential use in an effort to eliminate noise and minimize the negative impact on the lives and welfare of our most vulnerable residents; and

WHEREAS, areas such as Wynwood, Downtown, MiMo, and Coconut Grove have had lots of recent revitalization and residential growth as City residents prefer to reside in areas where they can live, work, and play; and

WHEREAS, while the City Commission acknowledges the need for this prohibition of noise, it wishes to provide an exemption to this Ordinance for such areas, as they are reasonably less likely to cause noise pollution that will affect surrounding residential properties; and

WHEREAS, the specific areas afforded an exemption to this Ordinance include: any establishment with an approval prior to the adoption of this Ordinance; any establishment operating completely within a structure; establishments located within the Downtown Development Authority, Omni Community Redevelopment Agency, Coconut Grove Business Improvement District, or the Wynwood Neighborhood Revitalization District ("NRD-1") boundaries, as defined by the City Code and the Miami 21 Code respectively; any establishment abutting an area zoned T-6 or above, as defined in the Miami 21 Code; any establishment whose sound making device is located on the primary frontage; any establishment located and operating on the outside of a structure on or above the fifth floor of a structure; and any property zoned D1, D2 and T-6 or above, as defined in the Miami 21 Code; and

WHEREAS, the provisions in this Ordinance will serve to further address the noise concerns of the City and its residents with regard to illegal commercial or non-permitted, non-residential uses near residential zoning

districts, to preserve the quality of life in all City neighborhoods.

NOW, THEREFORE, BE IT ORDAINED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  The recitals and findings contained in the Preamble to this Ordinance are adopted by reference and incorporated as if fully set forth in this Section.

Section 2.  Chapter 36 of the City Code is further amended in the following particulars:[1]

"CHAPTER 36

NOISE

\*          \*          \*

Sec. 36-4. -Operation of radios, phonographs or other sound-making devices; bands, orchestras and musicians —Generally; exemption.

(a)  It shall be unlawful for any person owning, occupying or having charge of any building or premises or any part thereof, in the city, at any time to cause or suffer or allow any loud, unnecessary, excessive or unusual noises in the operation of any radio, phonograph or other mechanical sound-making device or instrument, or reproducing device or instrument, or in the playing of any band, orchestra, musician or group of musicians, or in the use of any device to amplify the music of any band, orchestra, musician or group of musicians, where the noise or music is plainly audible at a distance of 100 feet from the building, structure, vehicle or premises in which or from which it is produced. The fact that the noise or music is plainly audible at a distance of 100 feet from the vehicle or premises from which it originates constitutes prima facie evidence of a violation of this chapter.

(b)  The city commission may declare an exemption from the prohibitions contained in paragraph (a) above and declare them inapplicable on special occasions by resolution.
It shall be unlawful for any person owning, occupying or having charge of any business, including but not limited to an entertainment establishment, alcohol service establishment, food service establishment, etc., or any part thereof, that shares a property line with any property that has a residential use as defined by Article 1 of the Miami 21 Code to cause or suffer to cause the playing or operating of any such noise or such similar music of the following, which is not an exhaustive list: music, music boxes, jukeboxes, radios, musical instruments, any other musical devices;  phonograph or other mechanical sound-making device or instrument;  reproducing device or instrument;  the playing of any band, orchestra, musician, or group of musicians; or the use of any device to amplify the music of any band, orchestra, musician, or group of musicians on or about the  premises, in any of its outdoor spaces, between the hours of 10:00 p.m. and 8:00 a.m. the following day. The playing or operating of any noise or such similar music, including but not limited to music, music boxes, jukeboxes, radios, musical instruments, any other musical devices; phonograph or other mechanical sound-making device or instrument;  reproducing device or instrument;  the playing of any band, orchestra, musician, or group of musicians; or the use of any device to amplify the music of any band, orchestra, musician, or group of musicians between the hours of 10:00 p.m. and 8:00 a.m. in such manner shall be prima facie evidence of a violation of this Section.

(c) All of the above and foregoing shall not apply to activities and events held in or upon any City-owned facility or other City-owned property.

(d) Any establishment operating a sound making device shall be exempted from subsection (b) if said establishment: had an approval prior to the adoption of this Ordinance; is operating completely within a structure; is located within the Downtown Development Authority, Omni Community Redevelopment Agency, Coconut Grove Business Improvement District, or the Wynwood Neighborhood Revitalization District ("NRD-1") boundaries, as defined by the City Code and the Miami 21 Code respectively; abuts an area zoned T-6 or above, as defined in the Miami 21 Code; has a sound making device located on the primary frontage; is located and operating on the outside of a structure on or above the fifth floor of a structure; is located on a property zoned D1, D2 and T-6 or above, as defined in the Miami 21 Code.

\*       \*       \*"

Section 3.  If any section, part of a section, paragraph, clause, phrase, or word of this Ordinance is declared invalid, the remaining provisions of this Ordinance shall not be affected.

Section 4.  This Ordinance shall become effective immediately after its adoption and signature of the Mayor.[2]

---

[1] Words and/or figures stricken through shall be deleted. Underscored words and/or figures shall be added. The remaining provisions are now in effect and remain unchanged. Asterisks indicate omitted and unchanged material.
[2] If the Mayor does not sign this Resolution, it shall become effective at the end of ten (10) calendar days from the date it was passed and adopted. If the Mayor vetoes this Resolution, it shall become effective immediately upon override of the veto by the City Commission.

## Meeting History

| Oct 22, 2020 9:00 AM | City Commission | City Commission Meeting |  Draft |
|---|---|---|---|

| | | | |
|---|---|---|---|
| RESULT: | PASSED ON FIRST READING [3 TO 2] | | *Next: 11/19/2020 9:00 AM* |
| MOVER: | Joe Carollo, Commissioner, District Three | | |
| SECONDER: | Manolo Reyes, Commissioner, District Four | | |
| AYES: | Alex Diaz de la Portilla, Joe Carollo, Manolo Reyes | | |
| NAYS: | Keon Hardemon, Ken Russell | | |

| Nov 19, 2020 9:00 AM | City Commission | City Commission Meeting |  Draft |
|---|---|---|---|

| | |
|---|---|
| RESULT: | ADOPTED WITH MODIFICATION(S) [UNANIMOUS] |
| MOVER: | Joe Carollo, Commissioner, District Three |
| SECONDER: | Manolo Reyes, Commissioner, District Four |

Case 1:18-cv-24190-RS   Document 506-9   Entered on FLSD Docket 06/30/2023   Page 52 of 65

**AYES:**    Ken Russell, Alex Diaz de la Portilla, Joe Carollo, Manolo Reyes, Jeffrey Watson

Select Language

Powered by Google **Translate**

**EXHIBIT**
0033
Art Noriega
11.23.2022

**Manny** ›

From the units that checked location –

Taquerias El Mexicano –
<u>521 SW 8th St, Miami, FL 33130</u>

Establishment has outdoor seating, restaurant inside and the upstairs has a club with hard liquor being sold and food can be ordered from downstairs. The music being played outdoors was low and non invasive during our surveillance. Intel received from staff and patrons suggested that Friday nights the establishment is packed and have way bigger

**Pl. Ex 722**



PLAINTIFFS'
EXHIBIT
**33**
A. Noriega 11/23/2022

     O



Manny >

ᑐᑐ I ᑐᑌ

Establishment has outdoor seating, restaurant inside and the upstairs has a club with hard liquor being sold and food can be ordered from downstairs. The music being played outdoors was low and non invasive during our surveillance. Intel received from staff and patrons suggested that Friday nights the establishment is packed and have way bigger crowds. Task force should revisit on a Friday night to do a follow up inspection. No criminal activity observed.




iMessage

MIA-SFED23485-00349457

Date:      Tue, 29 Dec 2020 2:43:00 PM -0500

Sent:      Tue, 29 Dec 2020 2:43:56 PM -0500

Subject:  FW: Tacquerias el Mexicano Parking Requirements  CE2020000754

From:      Noriega, Art <anoriega@miamigov.com>

To:        Ihekwaba, Nzeribe <NIhekwaba@miamigov.com>;

Call me about this when you can. Do not call Joe, call me first. Thanks.



**Art Noriega**
CITY MANAGER

Main: (305) 250-5400 Fax: (305) 250-5410
E-mail: anoriega@miamigov.com

**From:** Valencia, Adele
**Sent:** Tuesday, December 29, 2020 11:52 AM
**To:** Noriega, Art <anoriega@miamigov.com>
**Subject:** FW: Tacquerias el Mexicano Parking Requirements CE2020000754

FYI

**Adele Valencia, Director**
City of Miami
Department of Code Compliance
444 SW 2nd Avenue, 7th Floor
Miami, FL 33130
Direct Line:  (305) 416-2089
Departmental Line: (305) 416-2087
AValencia@miamigov.com
Website: https://www.miamigov.com/Government/Departments- Organizations/Code-Compliance



**Please Share Your Thoughts With Us:**
https://www.surveymonkey.com/r/2BYD2MZ

**AFTER HOURS CODE COMPLIANCE HOTLINE: (786) 457-0995**
Monday-Thursday 5:00 – 10:00 pm
Friday & Saturday: 24 Hours
Sunday: 10: 00 am- 5:00 pm

**From:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Sent:** Wednesday, December 23, 2020 3:01 PM
**To:** Ruiz, Joseph A. <jaruiz@miamigov.com>
**Cc:** Frost, Tamara <TFrost@miamigov.com>; Cerrato, Julia <JCerrato@miamigov.com>; Mendez, Victoria <
VMendez@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany <
YSalvatierra@miamigov.com>; Torres, Catalina <CaTorres@miamigov.com>

**Pl. Ex 725**

MIA-SFED23485-00126034

**Subject:** Re: Tacquerias el Mexicano Parking Requirements CE2020000754

Soo, are they currently in compliance so as to close out the Code case?

Rachel S.Glorioso Dooley
Senior Assistant City Attorney
444 SW 2 Avenue, Suite 945
Miami, Florida 33130
305.416.1886 (d)
305.416.1800 (m)

Sent from iPhone

> On Dec 23, 2020, at 1:53 PM, Ruiz, Joseph A. <jaruiz@miamigov.com> wrote:
>
> Good Afternoon All,
>
> The applicant availed themselves Article 4, Table 4 of the Zoning Code entitled *"Density, Intensity and Parking (T6)"*, which states that except for sites within 500 feet from an ungated T3 Transect Zone, which this is not, the parking requirements may be reduced within a TOD area or within a Transit Corridor area "by one hundred percent (100%) for any Structure with a Floor Area of ten thousand (10,000) square feet or less." The subject property is located within a Transit Corridor area and has a Floor Area of approximately 5,432 square feet.
>
> Please let me know if I may be of additional assistance.
>
> Sincerely,
>
> Joe
>
> Joseph A. Ruiz, Esq.
> **Director // Zoning Administrator**
> Office of Zoning City of Miami
> 444 SW 2nd Ave, 2nd Floor
> jaruiz@miamigov.com
>
> **From:** Dooley, Rachel S.
> **Sent:** Friday, December 18, 2020 12:27 PM
> **To:** Ruiz, Joseph A. <jaruiz@miamigov.com>; Frost, Tamara <TFrost@miamigov.com>; Cerrato, Julia < JCerrato@miamigov.com>
> **Cc:** Mendez, Victoria <VMendez@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>
> **Subject:** RE: Tacquerias el Mexicano Parking Requirements CE2020000754
> **Importance:** High
>
> Good Afternoon;
>
> This case has been set for January and the property owner's counsel is stating the violation is in compliance. Pelase assist.
>
> Thank you.
>
> **Regards,**
>
> **Rachel S. Glorioso Dooley, Senior Assistant City Attorney**
>
> City of Miami Office of the City Attorney
> Telephone: 305-416-1886

MIA-SFED23485-00126035

&lt;image001.png&gt;

Telephone: 305-416-1886
Facsimile: 305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely. All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Dooley, Rachel S.
**Sent:** Tuesday, December 15, 2020 12:31 PM
**To:** Ruiz, Joseph A. <jaruiz@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>
**Subject:** FW: Tacquerias el Mexicano Parking Requirements CE2020000754

Good Afternoon Director;

Code still has an open matter for the above business located at 521 SW 8 ST for violating their required parking requirements. Counsel for the owner in the email below has said these violations were complied. Is that the case?

Thank you.

**Regards,**

**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**

&lt;image001.png&gt;

City of Miami Office of the City Attorney
Telephone: 305-416-1886
Facsimile: 305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely. All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Valerie Haber <Valerie.Haber@gray-robinson.com>
**Sent:** Tuesday, December 15, 2020 12:13 PM

**To:** Dooley, Rachel S. <RSDooley@miamigov.com >
**Subject:** Tacquerias Code Enforcement Matter

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Rachel,

Brian Dombrowski from Greenberg Traurig had been working with the Zoning Administrator on the parking comments, which were all cleared from the warrant application.  Please let me know you need anything further to close this citation out.   This is CE2020000754.

Thanks,
Val

**T** 305-913-0356
**D** 305-913-0356
**F** 305-416-6887

<image003.jpg>
<image003.jpg>
<image003.jpg>
<image003.jpg>
<image003.jpg>

**Valerie Haber**
Shareholder

GrayRobinson, P.A. * 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131
<image005.jpg>

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Begin forwarded message:

> **From:** dombrowskib@gtlaw.com
> **Date:** July 16, 2020 at 1:17:29 PM EDT
> **Subject: RE: Taquerias update**
>
> I spoke with the Zoning Administrator this morning who advised that he has instructed his reviewer to clear the parking comment when the plans get to her.
>
> **Brian A. Dombrowski**
> Associate
>
> Greenberg Traurig, P.A.
> 333 S.E. 2nd Avenue | Miami, FL 33131
> T +1 305.579.0630
> dombrowskib@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

MIA-SFED23485-00126037

\<image006.png\>

postmaster@gtlaw.com, and do not use or disseminate the information.

MIA-SFED23485-00126038

| Date: | Mon, 14 Dec 2020 12:35:29 AM -0500 |
| Sent: | Mon, 14 Dec 2020 12:35:25 AM -0500 |
| Subject: | RE: Follow Up re: Beverage License BEV2300954 (Altos Mexicano, LLC) & Beverage License No. BEV2307635 (Mad Room, LLC) |
| From: | Fernandez-Stiers, Melissa <mfstiers@miamigov.com > |
| To: | Noriega, Art <anoriega@miamigov.com >; Mendez, Victoria <VMendez@miamigov.com >; |
| CC: | Dooley, Rachel S. <RSDooley@miamigov.com >; Wysong, George <GWysong@miami-police.org >; |

Dear All:

I spoke to Kate this morning and explained to her that the area noted as "NO OUTDOOR SERVICE" is actually the area shown in the pictures with the outdoor patio and the stage. She is going to have AB&T Enforcement look at the sketch and property again. The business will be told they either need to conform to the sketch on file (i.e., no outdoor service) or amend the sketch to reflect outdoor service. Kate indicated if an amendment is sought, she will make sure that AB&T does not approve it without first seeking local approval from the City indicating the business is allowed to provide service outside. I made clear to Kate that, currently, they are not allowed to operate outdoors since they do not have an approved outdoor seating warrant.

I will circle back with her for follow up. Please let me know if you have any questions or comments.

Thanks,

**Melissa Fernandez-Stiers, Esq.**
Senior Advisor to the City Manager
City of Miami
3500 Pan American Drive | Miami, FL 33133
Tel: 305-250-5400 | Fax: 305-250-5410
Email: MFStiers@miamigov.com



**From:** Marshman, Kate <Kate.Marshman@myfloridalicense.com >
**Sent:** Monday, December 14, 2020 9:06 AM
**To:** Fernandez-Stiers, Melissa <mfstiers@miamigov.com >
**Cc:** Noriega, Art <anoriega@miamigov.com >; Mendez, Victoria <VMendez@miamigov.com >; Dooley, Rachel S. <RSDooley@miamigov.com >; Wysong, George <GWysong@miami-police.org>
**Subject:** RE: Follow Up re: Beverage License BEV2300954 (Altos Mexicano, LLC) & Beverage License No. BEV2307635 (Mad Room, LLC)

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

I reached out to you and left a message this morning. I was out on sick leave with my daughter Friday.

We are all feeling well today. I am available to discuss at your convenience.

**Pl. Ex 726**

MIA-SFED23485-00122291

Sincerely,

Kate Marshman
Counsel for Compliance and Regulatory Affairs
Division of Alcoholic Beverages and Tobacco
kate.marshman@myfloridalicense.com
(850) 717-1314



The information contained in this transmission is intended solely for the use of the person(s) named herein. If you are not the intended recipient,

you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the

intended recipient, please contact me by reply e-mail and destroy all copies of the original message.

The State of Florida has a very broad public records law pursuant to Chapter 119, Florida Statutes. Most written communications to and from

state officials regarding state business are public records, available to the public and media upon request. Therefore, your e-mail communications

may be subject to public disclosure.  LARGER VIEW

---

**From:** Fernandez-Stiers, Melissa [mailto:mfstiers@miamigov.com]
**Sent:** Friday, December 11, 2020 3:20 PM
**To:** Marshman, Kate
**Cc:** Noriega, Art; Mendez, Victoria; Dooley, Rachel S.; Wysong, George
**Subject:** Re: Follow Up re: Beverage License BEV2300954 (Altos Mexicano, LLC) & Beverage License No. BEV2307635 (Mad Room, LLC)

**[NOTICE]** **This message comes from a system outside of DBPR. Please exercise caution when clicking on links and/or providing sensitive information. If you have concerns, please contact your Knowledge Champion or the DBPR Helpdesk.**

Hi Kate:

I just left you a voicemail. Please call me at (305) 742-9018 at your convenience. I wanted to clarify that the area in the photos is actually the portion of the sketch where "NO OUTDOOR SERVICE" is indicated. Kindly call me to discuss.

Thanks,

**Melissa Fernandez-Stiers, Esq.**
Senior Advisor to the City Manager
City of Miami
3500 Pan American Drive | Miami, FL 33133
Tel: 305-250-5400 | Fax: 305-250-5410
Email: MFStiers@miamigov.com

On Dec 8, 2020, at 3:32 PM, Marshman, Kate <Kate.Marshman@myfloridalicense.com> wrote:

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

Good Afternoon,

- The contact information for our closest District Office is as follows:

ABT Law Enforcement District Office – Miami
8240 N.W. 52nd Terrace, Dawson Bldg, Suite 303, Doral, FL 33166-4001
Phone: (305)-470-6783, ext. 2
Fax : (305)-470-5074
Counties: Dade, Monroe

ABT Licensing District Office – Miami
8240 N.W. 52nd Terrace, Dawson Bldg, Suite 303, Doral, FL 33166-4001
Marisol Morales, District Supervisor
Phone: (305)-470-6787
Fax : (305)-470-5074
Counties: Dade, Monroe

- The most recent inspection of Mad Room LLC by our enforcement team did not yield any violations so we do not have a report to provide you. I have copied below the information from our database screen on the inspection that was completed.

**Inspection #1100296 – Conducted on 9/23/2020 (Alcohol Routine); passed/compliance**
**Address: 1513 SW 8TH STREET, MIAMI, FL 33135 (Dade County)**
**Chief Inspector: ARGUELLO, ALBA**

- The current AB&T approved sketch for Mad Room LLC is attached. The photos we received from your office appear to show the area (noted below) in the sketch to the Division. This area is listed as a place for beverage service on the current approved sketch. If this sketch does not comply with local zoning we will need information on the zoning violation in a signed letter from the city saying that this sketch would not be approved/ rescinding prior approval by the city. You can respond to me with this information and I will forward it to licensing and enforcement as needed. If you need more information on what to provide let me know that too.

<image002.png>
<image003.jpg>
Sincerely,

Kate Marshman
Counsel for Compliance and Regulatory Affairs
Division of Alcoholic Beverages and Tobacco
kate.marshman@myfloridalicense.com
(850) 717-1314
<image004.png>

The information contained in this transmission is intended solely for the use of the person(s) named herein. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact me by reply e-mail and destroy all copies of the original message.

The State of Florida has a very broad public records law pursuant to Chapter 119, Florida Statutes. Most written communications to and from state officials regarding state business are public records, available to the public and media upon request. Therefore, your e-mail communications may be subject to public disclosure.  LARGER VIEW

MIA-SFED23485-00122293

**From:** Fernandez-Stiers, Melissa [mailto:mfstiers@miamigov.com]
**Sent:** Tuesday, December 8, 2020 12:44 PM
**To:** Marshman, Kate
**Cc:** Noriega, Art; Mendez, Victoria; Wysong, George; Dooley, Rachel S.
**Subject:** Follow Up re: Beverage License BEV2300954 (Altos Mexicano, LLC) & Beverage License No. BEV2307635 (Mad Room, LLC)

**[NOTICE] This message comes from a system outside of DBPR. Please exercise caution when clicking on links and/or providing sensitive information. If you have concerns, please contact your Knowledge Champion or the DBPR Helpdesk.**

Dear Kate:

Thank you for taking the time to speak to us this morning regarding the above-referenced licenses.  As a follow up to our conversation and as was discussed on the call, please provide the following at your convenience:

- The findings of any inspections and/or captain's reports pertaining to AB&T's recent inspections of the properties associated with the licenses.  Please also specifically provide us with a status update on the investigation of Beverage License No. BEV2307635 (Mad Room, LLC).
- Contact information for your Licensing Department so that we may confirm with them exactly what the licenses permit.  Please also provide us with whatever sketches you have on file for these applications so that we may compare them with what the City has permitted.
- Contact information for the local enforcement team.

Should you have any questions or comments on any of the above, please let me know.  As mentioned before, we greatly appreciate your assistance with this.

Best,



**Melissa Fernandez-Stiers, Esq.**

Senior Advisor to the City Manager

City of Miami

3500 Pan American Drive | Miami, FL 33133

Tel: 305-250-5400 | Fax: 305-250-5410

Email: MFStiers@miamigov.com

| | |
|---|---|
| Date: | Wed, 3 Jun 2020 5:34:00 PM -0400 |
| Sent: | Wed, 3 Jun 2020 5:34:02 PM -0400 |
| Subject: | Public Records Request  Mad Room dba Ball and Chain et al .. 1501 / 1513 SW 8 ST, Miami, Florida |
| From: | Dooley, Rachel S. <RSDooley@miamigov.com > |
| To: | cocpubreq@miamidade.gov; |
| CC: | Griffin, Monique <mgriffin@miamigov.com >; |
| Attachments: | Pubilc Records Request.pdf |

Please find the attached public records request for DERM and BTR records related the mentioned addresses and/or entities as I am not sure how your records are kept. Thank you for your attention to this matter.

Regards,

**Rachel S. Glorioso Dooley,  Senior Assistant City Attorney**

 City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 outbreak our office is following social distancing protocol and most of our staff is working remotely. If you cannot reach someone by telephone, all e-mails are being routed to our cellular phones and we will return your messages and calls as quickly as possible. Thank you for your patience and assistance.*

**Disclaimer**: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please consider the environment before printing this e-mail.

Pl. Ex 732

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| **CLERK OF COURTS**<br>Records Management | **PUBLIC RECORDS REQUEST** | **Request Date:** |
|---|---|---|

**1. REQUESTOR CONTACT INFORMATION**

Name: Rachel Dooley

Address: 444 SW 2 Avenue, Suite 945

Telephone: 305-416-1800

Email Address: rsdooley@miamigov.com

**SUBMIT TO:**

Miami-Dade County Clerk of Courts
Records Management
**P.O. BOX 14695**
Miami, Florida 33101
Email: **COCPUBREQ@miamidade.gov**

**2. REQUESTED / INFORMATION** (Ex: Division, Case #, Case Type, Date Range, etc.) *(See Section 4. for list of Divisions)*

**(If more space is need, please attach additional information)**

I am requesting copies of any and all applications, documents, emails, letters of correspondence, surveys, reports or any other document related to the DERM inspections at:

1501 SW 8 Street, Miami, Florida
1503 SW 8 Street, Miami, Florida

Or by the following corporations for these addresses, depending on how your records are kept:
Mad Room Hospitality, LLC;
Mad Room, LLC
BNZ Bar, LLC
Charlie Lickersterz, LLC

from December 1, 2007 to the present.  Please feel free to contact the undersigned with any questions or concerns.

**FOR DEPARTMENT USE ONLY**

**3. CATEGORY OF REQUEST**   ☐ 2 or ☐ 3 *(If Category 1, this form should not be filled out.)*   Control No. _____

**4. DIVISION(S) RECEIVING REQUEST   (RM Use)**

☐ CIVIL
☐ CRIMINAL
☐ FAMILY
☐ RECORDING
☐ CLERK OF THE BOARD

☐ JUVENILE
☐ TRAFFIC/MISDEMEANOR
☐ DISTRICTS
☐ FINANCE
☐ OTHER_____

**5. DATE REQUEST RECEIVED   (Please Print)**

Received by: _____

DPRRL: _____

Date: _____

**6. COST ESTIMATE AND TIME**

COC $ _____      ITD $_____      TOTAL ESTIMATE $_____      TIME TO BE COMPLETED: _____

**7. RECORD(S) / DATA FEE**

TOTAL COST $ _____      INVOICE # (If Applicable): _____      RECEIPT # : _____

DATE PAID: _____      CHECK # _____

**8. CONFIRMATION OF COMPLETION:**

☐ CIVIL      ☐ FAMILY      ☐ TRAFFIC/MISDEMEANOR      ☐ RECORDING      ☐ CLERK OF THE BOARD
☐ CRIMINAL      ☐ JUVENILE      ☐ DISTRICTS      ☐ FINANCE      ☐ OTHER _____

_____              _____
(Print  DPRRL Name)                                              Title

_____              _____
(DPRRL  Signature)                                              Date

**9. DELIVERY COMPLETED BY:**

☐ PICKED UP            ☐ MAILED            ☐ EMAILED            ☐ OTHER _____

Name/Representative:

_____          _____          _____
Print Name                                              Signature                                              Date

Page ____ of ____

MIA-SFED23485-00147219