Maria Christina Rodriguez
1627 SW 10 ST
Miami, FL 33135

**NOTIFICATION TO:**

| ABUTTING OWNER NAME | |
|---|---|
| ABUTTING PROPERTY ADDRESS | |

| **APPLICANT** | Little Havana Arts BLDG, LLC |
|---|---|
| APPLICANT ADDRESS | 1637 SW 8 ST #200 |
| CITY, STATE ZIP CODE | Miami, FL 33135 |

| SUBJECT PROPERTY | 1513 SW 8th Street |
|---|---|
| | Miami, FL 33135 |

| ZONING DESIGNATION | "T6-8-O" Urban Core Transect Zone |
|---|---|
| NATURE OF APPLICATION | **PZ-19-4801:** An application for a **Warrant** to allow: 1.  **Article 6, Section 6.3.2,** of **Ordinance 13114 ("Miami 21 Code"),** as amended, the Zoning Ordinance of the **City of Miami,** an Outdoor Dining area. |

**FOR NEW CONSTRUCTION:**

| PROPOSED USE(S) | N/A |
|---|---|
| HEIGHT | N/A |
| No. of PARKING SPACES | N/A |
| SQUARE FOOTAGE (by use): | This Warrant is not for new construction but for specific **uses:** |
| **Outdoor Dining Area,** as stated above. The total square feet for the outdoor area is approximately 5,000. | |

**FOR ALL OTHER APPLICATIONS:**

| DETAILED DESCRIPTION OF PROPOSAL | The Applicant's proposed use for will be an Alcohol Service Establishment (bar) with an Outdoor Dining Area, located with a total square footage is 4,843. |
|---|---|

This project will be reviewed for approval or denial of the Warrants; consequently, the Planning Department will have on file all documents, plans, and supporting materials of this proposal. Should you wish to review this file, it will be made available by appointment with the Land Development Division of the Planning Department located at **444 SW 2nd Avenue, 3rd Floor.** For an appointment, please call at **(305) 416-1400.**

The final decision of the Planning Director, or his designee, may be appealed to the Planning, Zoning and Appeals Board by any aggrieved party upon the posting of the decision on the City's website.  The deadline in which to file an appeal has been tolled pursuant to City of Miami Ordinance 13902.  The deadline to file an appeal shall be tolled so long the City of Miami remains in a State of Local Emergency, as declared by Mayor Francis X. Suarez, or until Ordinance 13902 is repealed. The filing of an appeal, and payment of appropriate fee, may be submitted to the Office of Hearing Boards located at 444 SW 2nd Avenue, 3rd Floor, Miami, FL  33130.  For an appointment, please call (305) 416-1400.

*The Miami 21 Code requires that all abutting property owners, registered Neighborhood or Homeowners Associations & City Commissioner be notified of Warrant applications in an approved notification letter.*

Planning Department _Adeyefa, Maria_ Digitally signed by Adeyefa, Maria Date: 2020.08.20 21:00:20 -04'00'        Office of Zoning  _Rafael Rodriguez_

Planning Reviewer:  Maria Adeyefa, Planner I
Planning Reviewer email:  madeyefa@miamigov.com

**Declarations & Exhibits Pkg. Bates 00002**

**RICHARD BYRON PEDDIE, P.C.**
*a Colorado professional corporation*
5051 Euclid Avenue
Boulder, Colorado 80303-2831

RICHARD BYRON PEDDIE
ADMITTED: CA, CO, FL, NY

Tel.: 303.444.5447
Fax: 720.222.4766
lawstudios@comcast.net
*Lawstudios*<sup>TM</sup>

_____

September 13, 2020

*Via E-Mail:* madeyefa@miamigov.com
ATTN: Maria Adeyefa, Planner I
City of Miami, Dept. of Planning & Zoning
Planning Department, 3rd Floor
444 SW 2nd Avenue
Miami, FL 33130

> Re:    *Warrant Application of Little Havana Arts BLDG, LLC*
>         Applicant Address: 1637 SW 8th Street, Miami, FL 33135
>         Site/Subject Property: 1513 SW 8th Street, Miami, FL 33135 – "Ball & Chain"

Dear Ms. Adeyefa:

This firm represents Maria C. Rodriguez and Gustavo E. Perez, owners of the property located at 1540 SW 7th Street, Miami, FL 33135 where, through their company, El Paraiso Home, Inc., they operate an assisted living facility ("ALF") under license from the State of Florida and other governing bodies. The El Paraiso ALF has been in operation since August of 1994. The ALF serves as the living facility – or residence – for persons of all ages who are unable to care completely for themselves. Many residents are, obviously, elderly. Paramount to El Paraiso's mission is the ability to provide a safe, secure, healthy living environment for its residents. As part of doing so, it must not only feed them and make sure that they take any indicated medications, but also ensure that they have a tranquil environment and that other vital needs are met, not the least of which is the ability to get a good night's sleep.

As you no doubt know, the applicant operates a bar and nightclub establishment at the site known as "Ball & Chain." This establishment has apparently been around in one form or the other, albeit under other owners, and with certain interruptions, for many years. The current owner apparently took over in 2014.

If I am understanding the application, it is not for new construction. Instead, it is for a permit to operate "an Alcohol Service Establishment (bar) with an Outdoor Dining Area, located with a total square footage [of] 4843 [square feet]."

Maria Adeyefa, Planner I
City of Miami, Dept. of Planning & Zoning
September 13, 2020
Page 2 of 5

It is completely unclear from the City of Miami's mailed notice ("Notice") whether or not the intent is to grant a permanent right for this additional activity, or solely a temporary right to accommodate Ball & Chain during the COVID-19 pandemic. While the Notice states that the public is free to come in and inspect the application materials by appointment, my clients have been unable to do so as they have never been able to get through to anyone at the indicated telephone number. Thus we have been unable to answer these questions for ourselves.

A satellite view taken from Google Maps may assist in understanding the relative positions of the applicant, El Paraiso Home, Inc., and where the proposed activity is to take place. In the below image, Ball & Chain, at 1513 SW 8th Street, is surrounded in RED. El Paraiso Home, Inc., is surrounded in GREEN. Another property apparently owned by applicant and which is located alongside El Paraiso – and directly behind Ball & Chain – is surrounded by the DASHED YELLOW line. That property is apparently used by Ball & Chain for storage and is the only access to Ball & Chain's parking lot – where, in the image, you can see a couple of cars:



Maria Adeyefa, Planner I
City of Miami, Dept. of Planning & Zoning
September 13, 2020
Page 3 of 5

While we have been unable to see the application materials and, as I have said, do not know whether or not the expanded activities for Ball & Chain are merely part of a temporary, COVID-based accommodation, or instead something permanent, another thing that is totally unclear is *where* this outside activity would occur.  We can only guess that Ball & Chain intends to use the outside, upper (northern) half of its leasehold, which would include that portion just pointed out as its current parking area, together with that area just to the right of the parking lot. It is also possible that, given applicant's ownership of the property immediately behind Ball & Chain, the intent, stated or not, is to expand activities into the SW 7th Street property, which again is right alongside El Paraiso Home, Inc.

The notice cites to Article VI § 6.3.2 of Ordinance 13114 – also known as "Miami 21." Section 6.3.2 is entitled "**Vending Carts in Open Air Retail**" and so has no obvious application to expanded uses on private leaseholds.  In any event, the ordinance reads, in pertinent part:

> **6.3.2 Vending Carts in Open Air Retail**
> Within open space, or partially open space, the following uses may be permitted pursuant to the Warrant process:
>
> > *1. Outdoor dining areas*;
> > 2. Display and sale of the following items from vending carts: [. . . various items listed. . .]
>
> *. . . However, no Warrant or Exception shall be granted allowing existing uses to expand their retail activity or to display their merchandise into existing open or partially open space. . . .*
>
> [. . . additional provisions and limitations related to vending carts in open space . . .]

Ordinance 13114, Art. VI § 6.3.2 (emphasis supplied). "Open space" is defined elsewhere in the Ordinance thusly:

> **Open Space:** Any parcel or area of land or water essentially unimproved by permanent Buildings and open to the sky, *excluding open parking areas*; such space shall be reserved for public or private Use. Open Spaces may include Parks, Greens, Squares, Courtyards, Gardens, Playgrounds, Paseos (when designed predominantly for pedestrians), and pedestrian paths or associated landscaped areas.

Ordinance 13114, Art. I § 1.2 (emphasis supplied). Thus, under the warrant process, no warrant or exception may be granted allowing *existing uses* to expand into any open space. Furthermore, the very definition of "open space" does not include a parking lot. And thus, even if the City could

Maria Adeyefa, Planner I
City of Miami, Dept. of Planning & Zoning
September 13, 2020
Page 4 of 5

lawfully permit expansion of existing uses, it could not do so into a parking lot because a parking lot is not open space. In addition, it is not at all clear that the sort of "outdoor dining" contemplated by the Ordinance extends to activities focused upon the sale of alcoholic beverages to the public well past midnight, with little or no "dining" actually occurring. Those are the legal defects with the application, as we see them, but again, admittedly without having had the benefit of being able to review the entire file.

In addition, as you will have already guessed, we have concerns about noise levels. These concerns are well-founded. After all, Ball & Chain already has a frankly terrible track record not only in terms of maintaining acceptable noise levels, but also in terms of exceeding the permissible hours during which these noise emissions may be permitted at any level. In sum, the applicant has demonstrated its inability to comply with the limits placed upon its *existing* usage of the site, yet now comes to the City asking to *expand* these uses. It is difficult to see why the Planning Department would give this application any consideration whatsoever, given this history.

Furthermore, noise levels from *existing* activities are already fairly intolerable and have a deleterious effect not only upon the health of the residents of El Paraiso Home, Inc., but also upon the residents of the two multi-family structures east of the SW 7th property owned by applicant. *See* image, *supra*. In fact, noise levels are often so high that even two or more blocks away it is intolerable to residents of Little Havana, whether they are trying to sleep or simply hold a conversation. You are no doubt aware of this as the myriad complaints are all a matter of public record. Yet it does not appear that any of the renters in the buildings on SW 7th – just as examples of nearby stakeholders – have been given any form of notice or opportunity to be heard as to how they may now be subjected to even higher noise levels. In fact, they appear to be completely in the dark about this proposal.

Of public record also is applicant's flagrant disregard of the law in still other areas. As you likely already know, the applicant has apparently, at times, even arrogated to itself parking spaces on public thoroughfares and then *charged* for their use and occupancy. In sum, the applicant has displayed a fairly staggering disregard for the law, and there is no reason to believe it will spend any time whatsoever before exceeding any limitations placed upon its proposed expanded usage.

If our understanding of this proposal is correct, all of this noise-generating activity will now occur *even closer* to El Paraiso Home, perhaps even spilling over into – if not occupying altogether – the parking area in the back of applicant's SW 7th Street property, so to place it directly outside the ALF's windows. This is not acceptable, especially given Ball & Chain's established track record of noncompliance with *any* of the noise ordinances and the apparent inability of law enforcement to do much about the problem.

While my clients recognize Ball & Chain's significance as a longstanding feature of Calle

Maria Adeyefa, Planner I
City of Miami, Dept. of Planning & Zoning
September 13, 2020
Page 5 of 5

Ocho, they object to *any* expansion of its activities that brings those activities and the associated noise even closer to its residents. The ALF residents also have the right to exist. Furthermore, my clients challenge the legality of issuing these warrants under the Miami 21 ordinance, especially for an applicant that simply thumbs its nose at existing noise limitations.

My understanding is that my clients will be meeting with you tomorrow, September 14, 2020, although apparently the hour of this appointment has not been fixed. If a means for my participation is available, I would like to participate.

In any event, I look forward to your response. Should you wish to reach me, you may also try my cellphone number: 720.635.9222. Thanks!

Very truly yours,
RICHARD BYRON PEDDIE, P.C.

By: Richard Byron Peddie

RBP:rko

# City of Miami



June 05, 2012

CR: BB2012010271

LOUJEN REALTY INC

1450 SW 7 ST
MIAMI FL 331353802

WILLIAM O. FULLER
BILLYBUYS.COM
1040 BRICKELL AV (3007)
MIAMI, FL. 33132-1730

## REPAIR OR DEMOLISH - FIRST NOTICE

RE: 1450 SW 7 ST                          Folio: 0141020066270
LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104 LOT SIZE 6650 SQUARE FEET

Dear Owner(s):

Chapter 8-5 of the Code of Miami-Dade County sets criterion by which a building is evaluated to determine whether or not it is unsafe, constitutes a fire hazard, or is otherwise dangerous to human life or public welfare. An inspection of the above revealed that it is in violation of Chapter 8-5 of the Code of Miami-Dade County and the following defects have been found:

VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise    Chapter 8-5 of the Code of Miami-Dade
VIOL REF# 7601-Failure of Owner/Tenant to Obtain Required Permit          SECTION 104 F.B.C. & CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNTY
VIOL REF# 7605-Failure to Comply with Lawful Work Stop Order (Building) Chapter 8-21(C) Miami-Dade

WORK W/O PERMITS; CONCEALED AFTER STOP-WORK-ORDER WAS ISSUED RENDERS THIS HOTEL AN UNSAFE STRUCTURE PER CHAPTER 8, SECTION 5 OF THE CODE OF MIAMI-DADE COUNTY. STOP WORK; PREPARE PLANS. OBTAIN PERMITS TO REPAIR OR DEMOLISH THIS USS.

You are, therefore, requested to repair or demolish this structure. Please contact the Unsafe Structures Section of the Building Department, P.O. Box 330708, Miami, Florida, by phone at (305) 416-1177 or by email at rbenitez@miamigov.com, and advise of your intentions. If either a demolition or building permit is not obtained or we do not hear from you by June 15, 2012, it will be necessary to move toward demolition of your building in accordance with the detailed procedure in the Code Miami-Dade County.

Very truly yours,

Reynaldo Benitez
City of Miami Code Compliance Inspector

cc: Foreclosure Specialist, as H.U.D. Representative
    Unsafe Structures Section (2)

Letters

| Portal 🔍 | Violations 🔍 | Letters 🔍 | | Hearings 🔍 | Lot Clearing 🔍 | Current Page |
| Initiation 🔍 | Activities 🔍 | Images 🔍 | Print Queue | To Do List 🔍 | Liens 🔍 | Letters |

## Case Information

| Address | 1450 SW 7 ST |
| Zone | 31 |
| Folio | 0141020066270 |
| Tracking Number | |
| Case Number | BB2012010271 |
| Status | Closed |

**Case Contacts**

| Type | Name |
|---|---|
| Interested Party | WILLIAM O. FULLER |
| Interested Party | WILLIAM O. FULLER |
| Interested Party | BNZ ALS, INC (REG AGENT) |
| Interested Party | BNZ ALS, LLC |
| Owner | TOWER HOTEL LLC |
| Registered Agent | FULLER, WILLIAM O |
| Select Type | |

## Letters

| Type | Description (Name) | Inspector | Print Administrator | Save |
|---|---|---|---|---|
| UW1 | REPAIR OR DEMOLISH - FIRST NOTIC | Reynaldo Benitez | Reynaldo Benitez | |

| | | | |
|---|---|---|---|
| UW1 | REPAIR OR DEMOLISH - FIRST NOTICE | Reynaldo Benitez | Reynaldo Benitez |
| UN1 | REPAIR OR DEMOLISH - FINAL NOTICE | Reynaldo Benitez | Reynaldo Benitez |
| UPL | NOTICE OF UNSAFE STRUCTURE VIOL | Reynaldo Benitez | Reynaldo Benitez |
| CDO | CEASE AND DESIST ORDER | Reynaldo Benitez | Reynaldo Benitez |
| WW2 | 10-DAYS ELECTRICAL DISCONNECTION | Reynaldo Benitez | Reynaldo Benitez |

| Date Sent to eRecording | Date Recorded | eRecStatus |
|---|---|---|
| | | |

**Inspector Comments**

WORK W/O PERMITS; CONCEALED AFTER STOP-WORK-ORDER WAS ISSUED RENDERS THIS HOTEL AN UNSAFE STRUCTURE PER CHAPTER 8, SECTION 5 OF THE CODE OF MIAMI-DADE COUNTY. STOP WORK; PREPARE PLANS. OBTAIN PERMITS TO REPAIR OR DEMOLISH THIS USS.

## Recipients

**Letter Operations**

| View letter text | 🔍 |
| Attach image to letter | 🔍 |
| Add Selected Contact | 🔍 |
| Remove Selected | 🔍 |
| Generate Letter Text | 🔍 |
| Clear Letter Text | 🔍 |
| Send to Queue | 🔍 |
| Print Letter | 🔍 |
| Print Letter in Field | 🔍 |
| Re-Print Letter | 🔍 |
| Generate Certified Label | 🔍 |
| Reprint Certified Label | 🔍 |
| Certified Number Search | 🔍 |
| Notarize | 🔍 |

ERecord    Save

| Name | Type | Status | Date Printed |
|---|---|---|---|
| LOUJEN REALTY INC | Owner | Printed Successfully | Jun 05, 2012 |
| LOUJEN REALTY INC | Owner | Printed Successfully | Jun 05, 2012 |
| WILLIAM O. FULLER | Interested Party | Printed Successfully | Jun 05, 2012 |
| WILLIAM O. FULLER | Interested Party | Printed Successfully | Jun 05, 2012 |

| Delivery Method | Certified Mail | | Company | |
| Certified # | | | Email | |
| Address 1 | | | Phone | |
| Address 2 | 1450 SW 7 ST | | Fax | |
| City | MIAMI FL | | Date Generated | Jun 05, 2012 |
| Zip | 331353802 | | Date Printed In Field | |
| Date Green Card Received | | | Date Re-Printed | Feb 13, 2018 |
| | date format: MM/DD/YYYY | | Date Posted | |























































































Miami-Dade My Home - Windows Internet Explorer

File Edit View Favorites Tools Help

Property Information

**Search By:**

Select Item

Text only

Property Appraiser Tax Estimator

Property Appraiser Tax Comparison

**Summary Details:**

| | |
|---|---|
| Folio No.: | 01-4102-006-6270 |
| Property: | 1450 SW 7 ST |
| Mailing Address: | LOUJEN REALTY INC |
| | 1450 SW 7 ST MIAMI FL 33135-3802 |

**Property Information:**

| | |
|---|---|
| Primary Zone: | 6106 RESIDENTIAL-LIBERAL RETAIL |
| CLUC: | 0021 HOTEL |
| Beds/Baths: | 52/52 |
| Floors: | 3 |
| Living Units: | 52 |
| Adj Sq Footage: | 19,945 |
| Lot Size: | 6,650 SQ FT |
| Year Built: | 1920 |
| Legal Description: | LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104 LOT SIZE 6650 SQUARE FEET |

**Assessment Information:**

| Year: | 2011 | 2010 |
|---|---|---|
| Land Value: | $199,500 | $232,750 |

**Legend**

- Property Boundary
- Selected Property
- Street
- Highway
- Miami-Dade County
- Water

Aerial Photography - 2009

0 — 113 ft

My Home | Property Information | Property Taxes | My Neighborhood | Property Appraiser

Home | Using Our Site | Phone Directory | Privacy | Disclaimer

Start

8:59 AM 6/3/2012



06.25.2012 19:02







08.23.2012 17:38























STOP WORK ORDER

YOU ARE HEREBY ORDERED TO STOP ALL WORK AT

1450 SW 9 ST

G/05/12        ①        R.AS

06·25·2012 18:03



RENTAL OFFICE HOURS
MONDAY-FRIDAY
9:00am - 4:00pm

08-25-2012 18:08







