

CITY OF MIAMI BUILDING DEPARTMENT

# STOP WORK ORDER

## YOU ARE HEREBY ORDERED TO **STOP ALL WORK AT:**

1450 Sw 7 St

You must comply with all requirements mandated by the Florida Building Code and Chapter 8 of the Miami-Dade County Code.

Visit the City of Miami Building Department at 444 S.W. 2nd Avenue (4th floor) to obtain additional information regarding this Violation.

1·8·2018

Date

Signature

01/08/2018

**NOTICE POSTED**

**THIS PROPERTY IS IN VIOLATION**
**OF THE CODE OF THE CITY OF MIAMI**

City of Miami

CITY OF MIAMI
UNSAFE STRUCTURES
SECTION

01/09/2018 17:05





01/08/2018







01/08/2018



01/08/2018



01/08/2018



01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018





Case 1:18-cv-24190-RS   Document 590-1   Entered on FLSD Docket 08/27/2023   Page 36 of 365

01/08/2018



01/08/2018



01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018









01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018

01/08/2018

01/08/2018



01/08/2018



01/08/2018



01/08/2018

# RHEEM MANUFACTURING COMPANY
## Acondicionador de Aire Central

Modelo:  RH1T6021STANJA

Tensión Nominal:  ~208/240  V

Fases:  1

Frecuencia:  60  Hz

Corriente Nominal:  6,0  A

### Requiere Tierra Física
### ENSAMBLADO EN MÉXICO

Leer Manual de Instalación y Operación Anexo

92-22050-20-01

¡ PRECAUCION !

01/08/2018



ELECTRICAL WIRING DIAGRAM

ELECTRICAL AIR HANDLER
230V X-13 MOTOR

| MFD.: | 09/2017 | RHEEM SALES COMPANY | | ASSEMBLED IN MEXICO |
|---|---|---|---|---|
| FRQ: | | FORT SMITH, ARKANSAS | | REUNIS AU MEXIQUE |

**MODEL/MODELE# RH1T6021STANJA**

**SERIAL/EN SERIE# W391717258**



**VOLTS: 208/240    PH/HZ:  1  / 60    MOTOR HP./FLA    3/4  / 4.6**

UR PSC./FLA

**REFRIGERANT/RIFRIGIRANT  R-410A**

**ATTENTION:** MARK HEATER KIT INSTALLED IN LEFT COLUMN/LA TROUSSE D'APPAREIL DE CHAUFFAGE DE MARQUE A INSTALLE DANS LA COLONNE GAUCHE

| HEATER MODEL/ MODELE D'APPAREIL DE CHAUFFAGE | TYPE SUPPLY CIRCUIT/TAPE LE CIRCUIT DE PROVISION | VOLTAGE/ TENSION | PHASE | KW | HEATER AMPS/ AMPLIS D'APPAREIL DE CHAUFFAGE | MOTOR AMPS/ LES AMPLIS MOTEURS | MAXIMUM OVERCURRENT PROTECTION/ LA PROTECTION MAXIMUM DE OVERCURRENT | MINIMUMBRANCH CIRCUIT AMPACITY/AMPACITY MINIMUM DE CIRCUIT CE BRANCHE |
|---|---|---|---|---|---|---|---|---|
| NO HEAT | | | | 0 | | 4.6 | 15 | 6.0 |
| RXBH-1724A05J | SINGLE | 208/240 | 1/60 | 3.6/4.8 | 17.3/20.0 | 4.0 | 30/30 | 27/30 |
| RXBH-1724A07J | SINGLE | 208/240 | 1/60 | 5.4/7.2 | 26.0/30.0 | 4.0 | 40/45 | 38/43 |
| RXBH-1724A10J | SINGLE | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 4.0 | 50/60 | 49/55 |
| RXBH-1724A15J | SINGLE | 208/240 | 1/60 | 10.8/14.4 | 51.9/60.0 | 4.0 | 70/80 | 70/80 |
| RXBH-1724A15J | MULTIPLE CKT 1 | 208/240 | 1/60 | 3.6/4.8 | 17.3/20.0 | 4.0 | 30/30 | 27/30 |
| RXBH-1724A15J | MULTIPLE CKT 2 | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 0.0 | 45/50 | 44/50 |
| RXBH-1724A18J | SINGLE | 208/240 | 1/60 | 12.8/17.0 | 61.6/70.8 | 4.0 | 90/100 | 82/94 |
| RXBH-1724A18J | MULTIPLE CKT 1 | 208/240 | 1/60 | 4.3/5.7 | 20.5/23.6 | 4.0 | 30/35 | 31/35 |
| RXBH-1724A18J | MULTIPLE CKT 2 | 208/240 | 1/60 | 8.7/11.3 | 41.1/47.2 | 0.0 | 60/60 | 52/52 |
| RXBH-24A20J | SINGLE | 208/240 | 1/60 | 14.4/19.2 | 69.2/80.0 | 4.0 | 100/110 | 92/105 |
| RXBH-24A20J | MULTIPLE CKT 1 | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 4.0 | 50/60 | 49/55 |
| RXBH-24A20J | MULTIPLE CKT 2 | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 0.0 | 45/50 | 44/50 |
| RXBH-24A25J | SINGLE | 208/240 | 1/60 | 18.0/24.0 | 86.4/99.9 | 4.0 | 125/150 | 113/130 |
| RXBH-24A25J | MULTIPLE CKT 1 | 208/240 | 1/60 | 6.0/8.0 | 28.8/33.3 | 4.0 | 45/50 | 41/47 |
| RXBH-24A25J | MULTIPLE CKT 2 | 208/240 | 1/60 | 6.0/8.0 | 28.8/33.3 | 0.0 | 40/45 | 36/42 |
| RXBH-24A25J | MULTIPLE CKT 3 | 208/240 | 1/60 | 6.0/8.0 | 28.8/33.3 | 0.0 | 40/45 | 36/42 |
| RXBH-1724A07C | SINGLE | 208/240 | 3/60 | 5.4/7.2 | 15.0/17.3 | 4.0 | 25/30 | 24/27 |
| RXBH-1724A10C | SINGLE | 208/240 | 3/60 | 7.2/9.6 | 20.0/23.1 | 4.0 | 30/35 | 30/34 |
| RXBH-1724A15C | SINGLE | 208/240 | 3/60 | 10.8/14.4 | 30.0/34.6 | 4.0 | 45/50 | 43/49 |
| RXBH-1724A18C | SINGLE | 208/240 | 3/60 | 12.8/17.0 | 35.6/41.0 | 4.0 | 50/60 | 49/55 |
| RXBH-24A20C | SINGLE | 208/240 | 3/60 | 14.4/19.2 | 40.0/46.2 | 4.0 | 60/70 | 60/70 |
| RXBH-24A20C | SINGLE | 208/240 | 3/60 | 7.2/9.6 | 20.0/23.1 | 4.0 | 30/35 | 30/34 |
| RXBH-24A20C | MULTIPLE CKT 1 | 208/240 | 3/60 | 7.2/9.6 | 20.0/23.1 | 4.0 | 25/30 | 25/29 |
| RXBH-24A20C | MULTIPLE CKT 2 | 208/240 | 3/60 | 7.2/9.6 | 20.0/23.1 | 0.0 | 70/80 | 68/77 |
| RXBH-24A25C | SINGLE | 208/240 | 3/60 | 18.0/24.0 | 50.0/57.8 | 4.0 | 40/45 | 37/42 |
| RXBH-24A25C | MULTIPLE CKT 1 | 208/240 | 3/60 | 9.0/12.0 | 25.0/28.9 | 4.0 | 35/40 | 32/37 |
| RXBH-24A25C | MULTIPLE CKT 2 | 208/240 | 3/60 | 9.0/12.0 | 25.0/28.9 | 0.0 | | |

01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018

Case 1:18-cv-24190-RS    Document 30-16    Entered on FLSD Docket 08/27/2025    Page 100 of 365



01/08/2018



01/08/2018



01/08/2018



EXIT

01/08/2018



01/08/2018



01/08/2018

Case 1:18-cv-24190-RS Document 375-31 Entered on FLSD Docket 08/27/2025 Page 106 of 365



01/08/2018

01/08/2018





01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018

01/08/2018



01/08/2018





01/08/2018

01/08/2018



01/08/2018



01/08/2018



01/09/2018 17:08

CFN: 20180123437 BOOK 30880 PAGE 2801
DATE:03/02/2018 09:20:51 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number:   16-01673**                                  **Final Action:    02/23/2018**

Owner's Name: <u>TOWER HOTEL, LLC</u>
Owner's Mailing Address: <u>1637 SW 8 ST STE 200, MIAMI, FL 33135</u>
Case #: <u>BB2012010271</u>
RE: <u>1450 SW 7 ST</u>
Folio Number: <u>01-4102-006-6270</u>
Legal Description: <u>LAWRENCE ESTATE LAND COS SUB, PB 2-46, LOT 7 BLK 104, LOT SIZE
6650 SQUARE FEET</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 23,
2018 on **Structure "A"** (3-STORY, CBS, HOTEL):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 300 days

<u>PROPERTY IS NOT TO BE USED AS AN EVENT VENUE. NO WORK SHALL BE
PERFORMED UNTIL THE PERMITS HAVE BEEN PULLED.</u>

<u>**PLANS:**</u> Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

<u>**BUILDING PERMITS:**</u>

**Structure 'A':**    Permits shall be obtained within 120 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS**

*Case # :BB2012010271 - Owner's Name: TOWER HOTEL, LLC*

**POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any person aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2012010271**

As of date (FEBRUARY 23, 2018):

**TOWER HOTEL LLC**
**1637 SW 8 ST STE 200**
**MIAMI, FL 33135**

**WILLIAM O FULLER (REG AGENT)**
**1637 SW 8 ST STE 200**
**MIAMI, FL 33135**

**WILLIAM O FULLER**
**BILLYBUYS.COM**
**1040 BRICKELL AV STE 3007**
**MIAMI, FL 33132-1730**

**WILLIAM O FULLER**
**BILLYBUYS.COM**
**2600 SW 8 ST**
**MIAMI, FL 33135**

CFN: 20180123437 BOOK 30880 PAGE 2803

*Case # :BB2012010271 - Owner's Name: TOWER HOTEL, LLC*

**BNZ ALS, INC (REG AGENT)**
**ALHADEFF, MARK**
**767 ARTHUR GODFREY RD**
**MIAMI BEACH, FL 33140**

**BNZ ALS, LLC**
**2030 S DOUGLAS ROAD, STE 108**
**CORAL GABLES, FL 33134**

*At a meeting of the Unsafe Structure Panel on 2/23/2018, a motion was made by*
*Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be*
*APPROVED, passed.*

**Moved By:** _____

        *Panel Member  Kouchalakos*

**Seconded By:** _____

        *Panel Member Bared*

**Chair, Unsafe Structure** _____        **Date**   **Feb 23, 2018**

        **Panel**    **Ernesto Polo**

## COMPLIANCE AGREEMENT

Case Nos.: **BB2012010271**

Addresses: **1450 SW 7 Street**

Folio #s: **01-4102-006-6270**

Legal Descriptions: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104**

Owner: **TOWER HOTEL, LLC**

Owner's Address: **1637 SW 8 STREET, MIAMI, FL 33135**

This Compliance Agreement (hereinafter the "Agreement"), described and indicated above, entered into this *23rd* day of: *July*_____, 2018. by: **TOWER HOTEL, LLC** (the "Owner"), and the **CITY OF MIAMI** (hereinafter the "City"), in reference to the above-mentioned property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be in compliance with the provisions of the Florida Building Code, Fire Prevention Code. and all other federal, state, or local codes, as amended:

**WHEREAS**, the Owner, in lieu of further enforcement proceedings by the City and to avoid additional costs, wishes to bring the Property into compliance and forego said proceedings:

**WHEREAS**, the Owner desires additional time to bring the Property into compliance. and the City agrees to said additional time as further described herein:

**WHEREAS**, the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of further enforcement proceedings by the City. enters into this Agreement;

**NOW THEREFORE**. the Owner voluntarily and knowingly agrees to be bound by the terms listed herein and that the Property described and indicated above shall be subject to the following restrictions as binding upon the current Owner and its successors and/or assigns as follows:

SECTION 1.  RECITALS. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2.  EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3.  TERMS.

The Owner agrees the above described Property is in violation of the City of Miami Code. Subsequently. the Owner agrees to the following terms:

a. Pay all costs associated with Building Department case BB2012010271 (the "Case") within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. Upon full payment thereof, City shall close the Case and shall not reopen it unless any other term of this Agreement is breached. Owner acknowledges that said costs have not yet been calculated as of the date of execution of this Agreement.

b. Plans have been submitted and the process of obtaining a building permit has begun as of the date of this Agreement. All building permits shall be obtained and paid for within ninety (90) calendar days of this Agreement.

c. Complete repairs for the structure located on the Property pursuant to a valid building permit within one hundred eighty (180) calendar days after permits are obtained.

d. Owner shall provide the City with a bond, letter of credit, or cashier's check in the sum of the estimated cost of demolition of the structure, within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. ESTIMATED COST of DEMOLITION AT $99,725.00   7/22/18

e. Owner acknowledges that if the timeframe established in this Agreement is not complied with, the City may, at its discretion, demolish the structure located at the Property without further proceedings, and draw upon the bond, letter of credit, or cashier's check to cover the costs of the demolition.

f. The City shall release the Notice of Unsafe Structure Violation instrument recorded at Official Record Book 28263 Page 4183 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

g. The City shall release the Order of the Unsafe Structures Panel instrument recorded at Official Record Book 30880 Page 2801 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

SECTION 4.   ACCESS.   The Owner hereby agrees that any official inspector of the City shall have the right, upon twenty-four (24) hour notice, to enter and investigate the use of the Property described above to determine whether or not the conditions of this Covenant are being met and for purposes of performing compliance inspections during the pendency of this case.

SECTION 5.   EXTENSIONS/MODIFICATIONS.   No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official, such consent not to be unreasonably withheld. There is no maximum number of extensions that the Building Official may grant. This Covenant may be modified or amended as to any portion of this agreement by a written instrument executed by the Owner and the City.  Should this instrument be modified, amended or released, the Owner shall execute a written instrument in recordable form to be recorded in the Public Records of Miami-Dade County, FL, effectuating and acknowledging such modification, amendment, or release. Any extension granted due to a delay outside of the control of Owner, such as an Act of God or delay caused by a utility provider, shall not require a recorded modification, only the written consent of the Building Official.

Page 2 of 5

SECTION 6. <u>COMPLIANCE</u>. By signing this Agreement the parties certify they have read and fully understand it. Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property upon ninety (90) days' notice to the Owner.

SECTION 7. <u>INSPECTION AND ENFORCEMENT</u>. This Agreement may be enforced by any means provided by law. An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages. This Agreement does not prevent the City from enforcing any liens pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law.

The City is authorized to levy a special assessment against the Owner for any costs associated with bringing the above described Property into compliance pursuant to this agreement. This enforcement provision shall not apply against the City.

SECTION 9. <u>SEVERABILITY</u>. Invalidation of any one of the provisions of this Agreement and Covenant by judgment of Court shall not affect any of the other provisions of this Agreement and Covenant, which shall remain in full force and effect.

SECTION 10. <u>MISCELLANEOUS PROVISIONS</u>. This Agreement shall be construed and enforced according to the laws of the State of Florida. Venue in any proceedings between the parties shall be in Miami-Dade County, Florida. Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue. Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

The following representatives hereby acknowledge that they are duly authorized to enter into this Agreement and bind their respective agents.

Signed, witnessed, executed and acknowledged on this 23rd day of July, 2018.

[Signature pages to follow]

Page 3 of 5

**Witnesses:**

_____
Signature

_____
Print Name

_____
Signature

_____
Print Name

**TOWER HOTEL, LLC:**

By: _____
William O. Fuller

**STATE OF**
**COUNTY OF**

The foregoing instrument was acknowledged before me by William Fuller. He/She is ☒ personally known to me or ☐ has produced _Personally Known_ as identification and who did take an oath.

Witness my signature and official seal this ___ day of ___ 2018, in the County and State aforesaid.

Notary Public State of _Florida_ .

_____
My Commission Expires: _____   Print Name

EILIANY BAYONA
MY COMMISSION # GG066597
EXPIRES January 26, 2021

Page 4 of 5

APPROVED AS TO BUILDING
REQUIREMENTS:

7/23/18

BUILDING OFFICIAL OR DESIGNEE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by Rene Diaz.  He

is ☑ personally known to me or ☐ has produced _____ as identification and

who did take an oath.

Witness my signature and official seal this 23ʳᵈ day of July 2018, in the County and
State aforesaid.

Notary Public State of Florida



Denise Matthews
Print Name

My Commission Expires:

DENISE MATTHEWS
MY COMMISSION # GG 127746
EXPIRES: November 24, 2021
Bonded Thru Notary Public Underwriters

Page 5 of 5



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
BRUSH AND BRISTLE CORP.

**Filing Information**

**Document Number**    P15000089884
**FEI/EIN Number**    47-2012626
**Date Filed**    11/02/2015
**Effective Date**    10/27/2015
**State**    FL
**Status**    ACTIVE

**Principal Address**

15370 SW 308 ST
HOMESTEAD, FL 33033

Changed: 08/17/2016

**Mailing Address**

15370 SW 308 ST
HOMESTEAD, FL 33033

Changed: 08/17/2016

**Registered Agent Name & Address**

FIGUEREDO, DANIEL L
15370 SW 308 ST
Homestead, FL 33033

Address Changed: 04/04/2017

**Officer/Director Detail**

**Name & Address**

Title CEO

FIGUEREDO, DANIEL Lazaro
15370 SW 308 St
Homestead, FL 33033

Title President

Romero, Rosa Manuela
15370 SW 308 street

EXHIBIT

A

Case 1:18-cv-24190-RS   Document 50-13   Entered on FLSD Docket 06/07/2022   Page 139 of 365

Homestead, FL 33033

Title VP

Cohen, Bradley J
1002 East Newport center Dr
Deerfield Beach, FL 33442

Title VP

Cohen, Seth S
1002 East Newport Center Dr.
Deerfield Beach, FL 33442

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 04/30/2016 |
| 2017 | 04/04/2017 |
| 2017 | 04/06/2017 |

**Document Images**

| | |
|---|---|
| 04/06/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/04/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2016 -- ANNUAL REPORT | View image in PDF format |
| 11/02/2015 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations



DIVISION OF CORPORATIONS

Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Foreign Limited Liability Company
FUTURAMA, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M14000007334 |
| **FEI/EIN Number** | 80-0763874 |
| **Date Filed** | 10/09/2014 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

**Mailing Address**

1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

**Registered Agent Name & Address**

PINILLA, MARTIN A, II
1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

FULLER, WILLIAM O
1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

Title MGR

PINILLA, MARTIN A, II
1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/30/2015 |
| 2016 | 04/29/2016 |

2017            04/27/2017

## Document Images

| | |
|---|---|
| 04/27/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2015 -- ANNUAL REPORT | View image in PDF format |
| 10/09/2014 -- Foreign Limited | View image in PDF format |

Florida Department of State, Division of Corporations



# DBPR ONLINE SERVICES

Home

Log On

Search for a Licensee
Apply for a License
View Application Status
Find Exam Information
File a Complaint
AB&T Delinquent
Invoice & Activity
List Search

## Licensee Details
### Licensee Information

Name: **BRUSH AND BRISTLE CORP** (Primary Name)
**SANGUICH DE MIAMI** (DBA Name)

Main Address: **1641 SW 8 ST UNIT #C**
**MIAMI Florida 33135**

County: **DADE**

License Mailing: **1641 SW 8 ST**
**MIAMI FL 33135**

County: **DADE**

LicenseLocation: **1641 SW 8 ST UNIT # C**
**MIAMI FL 33135**

County: **DADE**

### License Information

License Type: **Permanent Food Service**
Rank: **Non-Seating**
License Number: **NOS2335706**
Status: **Current,Active**
Licensure Date: **11/22/2017**
Expires: **10/01/2018**

**Special Qualifications** **Qualification Effective**
**Risk Level 2** **11/22/2017**

### Alternate Names

View Related License Information
View License Complaint
View Recent Inspections



# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 3/8/2018



### Property Information

| | |
|---|---|
| Folio: | 01-4102-012-0100 |
| Property Address: | 1641 SW 8 ST<br>Miami, FL 33135-5243 |
| Owner | FUTURAMA LLC<br>C/O WILLIAM FULLER |
| Mailing Address | 1637 SW 8 ST #200<br>MIAMI, FL 33135 USA |
| PA Primary Zone | 6100 COMMERCIAL - NEIGHBORHOOD |
| Primary Land Use | 1713 OFFICE BUILDING - ONE STORY : OFFICE BUILDING |
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 1 |
| Living Units | 0 |
| Actual Area | Sq.Ft |
| Living Area | Sq.Ft |
| Adjusted Area | 587 Sq.Ft |
| Lot Size | 4,500 Sq.Ft |
| Year Built | 1958 |

### Assessment Information

| Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Land Value | $337,500 | $306,000 | $360,000 |
| Building Value | $28,679 | $30,018 | $24,582 |
| XF Value | $7,957 | $0 | $8,047 |
| Market Value | $374,136 | $336,018 | $392,629 |
| Assessed Value | $281,855 | $256,232 | $232,939 |

### Benefits Information

| Benefit | Type | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $92,281 | $79,786 | $159,690 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

### Short Legal Description

MANLEYS RESUB PB 9-47
LOTS 19 & 20 LESS STS
LOT SIZE 50.000 X 90
OR 21750-3433 22833-4565 1003 2
COC 22834-0119 11 2004 6

### Taxable Value Information

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $281,855 | $256,232 | $232,939 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $374,136 | $336,018 | $392,629 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $281,855 | $256,232 | $232,939 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $281,855 | $256,232 | $232,939 |

### Sales Information

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 10/24/2011 | $812,500 | 27874-3175 | Qual on DOS, multi-parcel sale |
| 06/10/2011 | $200,800 | 27731-1457 | Financial inst or "In Lieu of Forclosure" stated |
| 11/01/2004 | $400,000 | 22834-0119 | Other disqualified |
| 10/01/2003 | $500,000 | 21750-3433 | Deeds that include more than one parcel |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

EXHIBIT



# City of Miami

November 30, 2017                                                CR:  CE2017020058

PINILLA, MARTIN A, II                                   FUTURAMA LLC
1637 SW 8TH STREET, SUITE 200                C/O WILLIAM FULLER
                                                               1637 SW 8 ST #200
MIAMI, FL  33135                                        MIAMI, FL  33135

1641 SW 8 ST                                                Folio:  0141020120100

## NOTICE OF VIOLATION Potential Property Lien

Subject Property:  1641 SW 8 ST          Folio:  0141020120100

Dear FUTURAMA LLC:

You are notified that an inspection of the above property discloses that you are in violation of the following laws, including:

VIOL REF# 2110- No Certificate of Use.          Miami 21 ART 4 table 3,7.1.2  City Code 2-207

VIOL REF# 2151-Failure to obtain a business tax receipt for the type of business conducted.          City Code Chapter 31

VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT          City Code SEC 10-3 (FBC 104, 105)ZON ORD SEC 2102

VIOL REF# 2284-Failure to obtain a Temporary use permit.          City Code SEC 62-535

VIOL REF# 2181-FAILURE TO OBTAIN (Warrant)          Miami 21  Zoning ORD ART 7

You are directed to correct said violation(s) by December 11, 2017 and to notify the Inspector that the violation(s) has been corrected.  If the violation(s) has not been corrected with the approval of the inspector within the specified time period, you will be commanded to appear before the Code Enforcement Board.  If you are found guilty and fail to correct said violation(s), the Code Enforcement Board can impose fines of up to $500.00 per day for each day the violation(s) remains uncorrected beyond the time period provided.

UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN, AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY.  LIENS WHICH REMAIN UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT.  In addition, the Certificate of Use and Occupational License of any business occupying this property may be suspended or withheld.  Operating a business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or closing the business.

Name of Inspector:  Yacmany Salvatierra
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: Ysalvatierra@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday to Friday.

# EXHIBIT

C

# City of Miami

January 24, 2018

THE CITY OF MIAMI vs.
Owner/Dueño/ Pwopryetè:
FUTURAMA LLC
C/O WILLIAM FULLER 1637 SW 8 ST #200
MIAMI, FL  33135

PINILLA, MARTIN A, II
1637 SW 8TH STREET, SUITE 200
MIAMI, FL  33135

CODE ENFORCEMENT BOARD/ CUMPLIMIENTO
DEL CÓDIGO/
KOMITE DEGZEKISYON

CITY OF MIAMI, FLORIDA

Case No:  CE2017020058

Address:  1641 SW 8 ST
Zoning: 31
Folio: 0141020120100

Legal:  MANLEYS RESUB PB 9-47 LOTS 19 & 20
LESS STS LOT SIZE 50.000 X 90 OR 21750-3433
22833-4565 1003 2 COC 22834-0119 11 2004 6

### NOTICE OF VIOLATION SUMMONS TO APPEAR

Subject Property: 1641 SW 8 ST     Folio: 0141020120100

You are hereby notified that an inspection of the above property discloses that you are in violation the following laws, including
VIOL REF# 2110- No Certificate of Use.        Miami 21 ART 4 table 3,7.1.2  City Code 2-207
VIOL REF# 2151-Failure to obtain a business tax receipt for the type of business conducted.        City Code Chapter 31
VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT        City Code SEC 10-3 (FBC 104, 105)ZON ORD SEC 2102
VIOL REF# 2284-Failure to obtain a Temporary use permit.        City Code SEC 62-535
VIOL REF# 2181-FAILURE TO OBTAIN (Warrant)        Miami 21  Zoning ORD ART 7

You were directed to correct said violation(s) by December 11, 2017 and to notify the Inspector that the violation (s) has been corrected.  Failure to do so will result in charges being filed against you with the Code Enforcement Board of the City of Miami.
If the violation(s) is (are) not corrected with the approval of the inspector within the specified time period, you are hereby commanded to appear before the Code Enforcement Board for a hearing at the following time and place:

Date/Fecha/Dat:        March 01, 2018,
Time/Hora/Lè:        05:00 PM

mbers, City Hall / Despacho del Concejo, Ayuntamiento
ican Drive, Miami, Florida

onsible for bringing a translator, 18 years of age or over, to the

Act of 1990, all persons who require special accommodations
the Office of the City Clerk at (305) 250-5360 at least three

TIME AND PLACE.  FAILURE TO APPEAR WILL
OUR ABSENCE.  IF YOU ARE FOUND GUILTY AND
IE CODE ENFORCEMENT BOARD CAN IMPOSE FINES
500 PER DAY FOR A REPEAT VIOLATION.
T THIS PROPERTY AND ALL PROPERTIES YOU OWN,
CORDS OF DADE COUNTY, FLORIDA.  LIENS WHICH

Postal Service
RTIFIED MAIL® RECEIPT
estic Mail Only

delivery information, visit our website at www.usps.com®

9214-8969-0099-9790-1619-2435-40

d Mail Fee
$0.470

ervices & Fees (check box, add fee as appropriate)
rn Receipt (hardcopy)        $
rn Receipt (electronic)        $3.45
rtified Mail Restricted Delivery        $
ult Signature Required        $1.50
ult Signature Restricted Delivery        $
ge        $0.00

Postage and Fees        $5.420

Postmark
Here

To   PINILLA, MARTIN A, II
     1637 SW 8TH STREET, SUITE 200
     MIAMI, FL, 33135
t, Apt. No.,
) Box No.
State, Zip+4

File: CE2017020058

Form 3800, April 2015        See Reverse for Instructions

Case 1:18-cv-24190-RS    Document 50-13    Entered on FLSD Docket 06/07/2022    Page 146 of 365

| Portal | 🔍 | Violations | 🔍 | Letters | 🔍 | | Comments | 🔍 | Hearing | | Current Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Initiation | 🔍 | Activities | 🔍 | Images | 🔍 | | Liens | 🔍 | Calendar | | Case Hearing |

## Case Information

| Address | 1641 SW 8 ST | Process | Code Enforcement: NOV |
|---|---|---|---|
| Zone | 31 | Status | Open |
| Folio | 0141020120100 | Tracking Number | |
| Per Diem Start Date | Mar 02, 2018 | Case Number | CE2017020058 |
| Sector | South  ( 305) 329-4820 | Inspector | Yacmany Salvatierra |

## Case Hearing

| # | Hearing | Law Case Number | | |
|---|---|---|---|---|
| 1 | 2018-03-01 CEB | | New Hearing | Save |

Hearing: 2018-03-01 CEB

Hearing Type: CE Board

Hearing Request:

Result: Guilty

**PerDiem**

| PerDiem Indicator | ☑ |
|---|---|
| PerDiem $ Amount | 250 |
| PerDiem Balance | 1500 |

Comment: 3/1/2018 finding of guilt; 24 hours to comply (Marc 2, 2018) at $250 per diem.

Case heard in Absentia ☐

Entered by YSalvatierra on Jan 22, 2018.

## Hearing Violations

Violation: No Certificate of Use.

| 2110 | 2110 |
|---|---|
| 2151 | 2151 |
| 2104 | 2104 |
| 2284 | 2284 |

Result: Guilty

Date Compliance is Due: Mar 02, 2018   date format: MM/DD/YYYY

Save

Entered by YSalvatierra on Jan 22, 2018.

| LNPEND_No | Board Type | Lien Book | Lien Page | Lien Date |
|---|---|---|---|---|
| CE17020058 | Code Enforcement | | | |

# EXHIBIT

D



Y.S.                                                                    11/28/17



EXHIBIT

E

Y.S.                        1641    SW    8 ST              11/28/17



CE2017020058

11/28/17          1641  SW    8 ST                    Y.S.



12/1/18     1641 SW     8 St     Y.S.

LFOWLER @MIAMI GOV. COM



# City of Miami
# APPLICATION FOR BUSINESS TAX RECEIPT
444 SW 2nd Avenue 6th Floor, Miami , FL 33130, (305) 416-1918

**Florida Statutes require that all Businesses operating under a Fictitious Name must submit State Registration documents.**

**BUSINESS INFORMATION**

1. Business / Corporation Name: *Brush and Bristle*
2. DBA / Fictitious Name:
3. Telephone #: *305·7161·5800*

4. Business address / location: *1641 SW 8 St.*

5. FEI #: ___ or SSN: ___
6. E-mail: *Daniel@scnguich.com*

7. Mailing Address (if different from business address): *3540 SW 24th Ter*

City: *Miami*  State: *Fl*  ZIP Code: *33145*  Responsible Party: *Daniel Figueredo*

8. Has the Applicant ever had a City of Miami Business Tax Reciept or Occupational License suspended or revoked? ☐ Yes ☒ No
If yes, please explain:

9. Nature of Business activity/Service(s) provided: *Food sale ( mobile)*

10. For Special Events (Fairs, Circus, etc.) enter: Start Date: ___ and End Date: ___

11. If applicable to Business, please fill-in the appropriate space(s) below:

Amount of: Seats: ___ Rooms: ___ Employees: ___ Sq. Ft. ___ # of machines: ___

restaurant     apartments     manufacturing     parking lot     vending machine

12. Inventory value: $ ___   Other: ___
retail, wholesale, drug store, grocery, cigar & tobacco products

13. List name(s) of personnel that are licensed by the State of Florida and submit copy of State License. Attach additional sheets if necessary.
Name and Social Security Number       Name and Social Security Number

14. Florida Statutes require you to list three individuals who are able to arrive at the Business location within 15 minutes of notification of fire, burglary or other emergency. Ideally these individuals should have access to door locks and alarms.

**EMERGENCY LOCATOR**

| Name | Address | City/State | Telephone # |
|---|---|---|---|
| *Rosa Romero* | *3540 SW 24 Terr* | *Miami* | *305·542·4731* |
| *Daniel Figueredo* | *3540 SW 24 Terr* | *Miami* | *305·542·4731* |
| *Hazem Monen* | | | *305·431·1710* |

**This information is given freely and voluntarily and all the facts, figures, and statements contained in this Application are true and correct.**

REMARKS:

*Daniel Figueredo*
Applicant to Print Name

Signature of Applicant

Date *1/25/18*

---

OFFICE USE ONLY: ☒ MRC  ☐ NET  ☐ CODE ENFORCEMENT   CHECK#: ___

☒ ADD NEW BUSINESS   PRICE: $ *476.50*

☐ ADD RECEIPT DETAIL   DISCOUNT: $ ___

☐ NAME, OWNER OR ADDRESS CHANGE (TRANSFER)   PRORATE: ___

LIC CODE(S) #: *2830-00*   LICENSE TITLE(S): *Peddler Mobile Food*

**EXHIBIT**

**F**

CUST #   S #: ___   #: ___   ORACLE #: *152059*

Data Entry by   *1/30/18*

D / FN/   ow - copy for Business Entity; **Pink** - copy for NET; **Goldenrod** - copy for Cash Receipts.

# 152059

Business Search     Reports     Training

Logged in as: ysalvatierra@miamigov.com

Log Off

<< Return To Business Search

# Business Detail

* indicates required data

| BRUSH AND BRISTLE CORP | (305)761-5800 |
|---|---|
| Status: Active       *Printed on 02/20/18* | Oracle # 152059 |

| Detail | Zoning AU/CU | Finance BTR | Billing | Dashboard |

## Business Detail

**Does the business have physical address within the City of Miami?***
Yes ◯   No ◉

**Is this business home based?***
Yes ◯   No ◉

**Business Name:** *   BRUSH AND BRISTLE CORP

**Business Type:** *   Other ▾

Types: Allowed by Right, Warrant, Exception

**Bus. Owner Type:** *   Corporate (Including LLC) ▾

**FEIN/SSN:**   FEIN – ███

**Business phone:** *   (305) 761-5800

**Responsible party:** *   DANIEL FIGUEREDO

**Nature of business:** *   MOBILE FOOD VENDOR

**Short description of type of business you intend to operate:** *
MOBILE FOOD VENDOR

**Doing Business As (DBA):**   SANGUICH DE MIAMI

**Has applicant ever had a City of Miami BTR suspended or revoked?***
Yes ◯   No ◉

**Has applicant ever had a City of Miami CU suspended or revoked?***
Yes ◯   No ◉

**Is this an Assisted Living Facility?***
Yes ◯   No ◉

**Burglar alarm installed?***
Yes ◯   No ◉

**Fire alarm installed?***
Yes ◯   No ◉

**Are you a non-profit business with a Valid 501C?***
Yes ◯   No ◉

**Special Event:**   Start: [          ]   End: [          ]

### Additional Addresses

Add Address

| Type | Address | City | State [Province | Zip Code | Country |
|---|---|---|---|---|---|
| Mailing | 3540 SW 24 TER | MIAMI | FL | 33145 | USA |

[1]   Displaying items 1 - 1 of 1

Owner Profile

Emergency Contacts

Form Submission

### Notes

Add Note

| Date | Type | Notes | Created by |
|---|---|---|---|
| 30-Jan-2018 | Finance | ADDED BTR FOR THIS MOBILE BUSINESS THAT WILL BE STATIONED ON PRIVATE PROPERTY LOCATED AT 1641 SW 8 STR. CUSTOMER PROVIDED TEP #18000. PER ZONING (DOC ATTACHED ON FILE) NO CU IS REQUIRED. | Lfowler@miamigov.com |
| 30-Jan-2018 | Finance | Remove System Hold BTR #: 179556; - NO CU REQUIRED TEP #18000 | Lfowler@miamigov.com |



9227780

## City of Miami
### Customer Invoice

Send Payment To:
PO Box 105206
Atlanta GA 30348-5206

### Initial - Business Tax Receipt - Regular

Page 1 of 1

| INVOICE DATE 30-JAN-18 | INVOICE NUMBER 9227780 | LIEN NUMBER | NEW CHARGES PAST DUE AFTER 01-MAR-18 | FOLIO NUMBER | DOCUMENT NUMBER |
|---|---|---|---|---|---|

| DESCRIPTION | BILLING UNITS | TRANSACTION AMOUNT |
|---|---|---|
| M201 - PEDDLERS: BY VEHICLE FOOD - BRUSH AND BRISTLE CORP | 1 | 473.00 |
| SC01 - SERVICE CHARGE | 1 | 3.50 |
| PAYMENTS AS OF INVOICE DATE | | (476.50) |

For online payments, visit: http://miamigov.com/pay

Please submit all required documentation (e.g. license, registration) if applicable to:

City of Miami
444 S.W. 2 Ave, 6th Floor
Miami, FL 33130
Attn.: Customer Service

The activities of the business for this BTR are limited only to those for which the BTR and/or CU have been issued. Failure to comply may result in fines, penalties, and/or revocation. Pursuant to Florida Statute 205.194, all required documentation, including State of Florida business license, must accompany the renewal payment for a BTR to be issued. BTRs that are not renewed when due and payable are delinquent and subject to a delinquency penalty of 10% for the month of October, plus an additional 5% penalty for each subsequent month thereafter, not to exceed 25%. To avoid late fees, payment must be RECEIVED on or before the due date. Any BTR not paid within 150 days after the initial notice, and who doesn't obtain the required BTR is subject to civil actions, and penalties, and other costs, actions, and a penalty of $150 - City Code 31.39(c). For questions and assistance, please contact Customer Service at (305) 416-1570

| SERVICE/PROPERTY ADDRESS | CUSTOMER NUMBER 152059 | LEGACY REFERENCE -1019644 | TOTAL AMOUNT DUE |
|---|---|---|---|
| | | | $0.00 |

### SEE REVERSE SIDE FOR BILLING INQUIRES
⬇ DETACH HERE AND PLEASE RETURN THE BOTTOM PORTION WITH YOUR PAYMENT - RETAIN TOP PORTION AS YOUR RECEIPT ⬇

## City Of Miami
**FINANCE DEPARTMENT,444 SW 2nd Avenue, Miami, FL 33130**

| CUSTOMER NUMBER 152059 | INVOICE NUMBER 9227780 | TOTAL AMOUNT DUE $0.00 |
|---|---|---|
| SERVICE/PROPERTY ADDRESS | | NEW CHARGES PAST DUE AFTER 01-MAR-18 |

☐ MAILING ADDRESS CHANGE

PAYMENT AMOUNT ENCLOSED

$ 



1. Do NOT send cash. Make Check payable to: City of Miami and send to the address above.
2. Restrictive endorsements will NOT be honored.
3. Include account number on face of check or money order.
4. Please make mailing address changes to the right and mail your payment with such changes to : City of Miami - Customer Services, 444 SW 2nd Ave, Miami, FL 33130.

BRUSH AND BRISTLE CORP
3540 SW 24 TER
MIAMI FL 33145

9227780

DO NOT WRITE BELOW THIS LINE

DETACH
BEFORE MAILING

00152059 6 09227780 4 0000000000 0 2



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2ⁿᵈ Avenue, 4ᵗʰ Floor, Miami, FL 33130
Telephone No. 305.416.1499

APPLICATION FOR TEMPORARY EVENT AND OCCUPANCY PERMIT

RECEIPT # _____

Permit# _18 - 000_

It is intended that Temporary Event and Occupancy Permits be required where specified uses or characteristics of use are not related to the typical use of the property and are of a nature requiring mandatory technical determinations or reviews to establish special conditions and safeguards. In general, such determinations and review will normally be by agencies or officers other than the City Manager and may involve matters such as design for traffic, parking and loading facilities, health and environmental considerations, and legal determinations.

The City Manager or designee shall be responsible for the administrative and processing of applications for Temporary Event and Occupancy Permits and for determinations thereon.

Applicant Name _Sanguich de Miami_  Address _1641 SW 8 ST. #C_

City / State / Zip _Miami, FL 33135_   Phone / E-mail _Mrfigs@me.com_  _305. 761. 5800_

I (name and address above), the property owner or agent of the subject property, hereby applies to the City Manager of the City of Miami for approval of a Temporary Use and Occupancy Permit under the provisions of Chapter 62, Article XIII of the City Code.

Description of Event (Please check one) :

[✓] A Temporary Event limited to only two (2) events per year, two (2) weeks each on private property. The application fee is $253.50 per permit.

[ ] A Temporary Event limited to only ten (10) events per year, two (2) weeks each on public property. The application fee is $253.50 per permit.

[ ] A Temporary Use and Occupancy Permit limited to a two (2) year period. The application fee is $503.50 per permit.

Zoning District: _District 3_

Address of property: _____

Nature of proposed use including costs of admission, inventory value, number of seats, number of employees, etc. as applicable (please attach a separate sheet of paper if necessary):

_The Cuban Sanguich Experience._
_No admission_
_No seating - only Standing_
_5 employees_

Date and time of event: _December 15, 2017 - January 15, 2018_
_JANUARY 6. 2018 - FEBRUARY 2 2018_



# CITY OF MIAMI
## OFFICE OF THE CITY MANAGER
444 S.W. 2ⁿᵈ Avenue, 4ᵗʰ Floor, Miami, FL 33130
Telephone No. 305.416.1499

---

NET recommendations:

☐ Approval
☑ Approval with Conditions *(see below)*
☐ Denial    *UPON COMPLETION OF ALL*
                           *REQUIREMENTS.*

Name ANTONIO      Date 12-14-17   Signature
     WAGNER

---

Police:   (Special Events)          Police:   (Commander)

Name J. RAMIREZ                     Name Dudley Rapier

Date 12/27/17                       Date 12-18-17                  #4673

Signature           29.26          Signature

                                    ☑ Approval
                                    ☐ Approval with Conditions *(see below)*
                                    ☐ Denial

---

Finance recommendations:

☐ Approval
☐ Approval with Conditions *(see below)*
☐ Denial

Name _____   Date _____   Signature _____

---

Public Works recommendations:

☐ Approval
☐ Approval with Conditions *(see below)*
☐ Denial

Name _____   Date _____   Signature _____

---

Solid Waste recommendations:

☐ Approval
☐ Approval with Conditions *(see below)*
☐ Denial

Name _____   Date _____   Signature _____

---

Code Enforcement recommendations:

☐ Approval
☐ Approval with Conditions *(see below)*
☐ Denial

Name _____   Date _____   Signature _____



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2nd Avenue, 4th Floor, Miami, FL 33130
Telephone No. 305.416.1499

---

Building recommendations:
- ☐ Approval
- ☒ Approval with Conditions *(see below)*
- ☐ Denial

SUBMIT PLANS to reflect All MECH., Elect, Plumb sput & ADA. FOR PERMITS. MUST HAVE DERM Approval prior to OPENING.

Name *J. CANERO*   Date *12/28/17*   Signature _____

---

Fire recommendations:
- ☒ Approval
- ☐ Approval with Conditions *(see below)*
- ☒ Denial

more info such as fire extinguishment, hood system, and also exit door.
This plan is Approved by DK. on the 12/28/17

Name *D Brinse*   Date *12/27/17*   Signature _____

---

Zoning recommendations:
- ☐ Approval
- ☒ Approval with Conditions *(see below)*
- ☐ Denial

- no spillover parking into residential areas. No alcohol unless approved by zoning.

Name *J. Cerrato*   Date *1/2/18*   Signature _____

---

Planning recommendations:
- ☐ Approval
- ☐ Approval with Conditions *(see below)*
- ☐ Denial

(Only for construction related TUP i.e. Temp. Trailers & Fences)

Name _____   Date _____   Signature _____

---

City Manager (or designee) findings:
- ☐ Approved
- ☒ Approved with Conditions *(see below)*
- ☐ Denied

- See department comments for Conditions. Copy of permit must remain onsite at all times.

Name *J. Cerrato*   Date *1/2/18*   Signature _____



EXHIBIT

G



| Portal ☐ | Violations ☐ | Letters ☐ | | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | | To Do List ☐ | Liens ☐ | **Violations and Compliance** |

## Case Information

| | | | | |
|---|---|---|---|---|
| Address | 1641 SW 8 ST | Process | Unsafe Structure |
| Zone | 31 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141020120100 | Status | Open |
| Date Compliance Due | Jan 18, 2018 | Tracking Number | |
| | | Case Number | BB2018000406 |

## Violations

[ New Violation ]  [ Save ]

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Open | | 7604 | Ahmed Arafet | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitut |

| | |
|---|---|
| Violation | 7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard |
| Status | Open |
| Inspector | Ahmed Arafet |
| Violation Date | Jan 08, 2018 |
| Violation Time | 10:06 AM |
| Fine Amount | 0    x 1  = 0 |
| Date Issued | Jan 08, 2018 |
| Time Issued | 10:06 AM |
| Ticket Number | |

**Description**
Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise

**Code Section**
Chapter 8-5 of the Code of Miami-Dade

**Comments**
1/8/18....SANDWICH RESTAURANT FOUND IN UNSAFE CONDITIONS. NON-COMPLIANT UTILITY CONNECTIONS. ALL INSTALLATIONS COMPLETED WITHOUT PROPER

**Required Corrections**
1/8/18....SANDWICH RESTAURANT FOUND IN UNSAFE CONDITIONS. NON-COMPLIANT UTILITY CONNECTIONS. ALL INSTALLATIONS COMPLETED WITHOUT PROPER PERMITS/INSPECTIONS. NEED TO START PROCESS TO BRING STRUCTURES INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED

☐ Repeat Offence?     ☐ Right of Way?              Entered by AArafet on Jan 08, 2018.

## Compliance/Extension Dates

[ New Compliance ]  [ Save ]

| Date Compliance Due | Jan 18, 2018 | date format: MM/DD/YYYY |
|---|---|---|
| 1 | Jan 18, 2018 | |

## Process Change

**Explanation**

EXHIBIT

H

Printed on 02/20/18

Jan 08, 2018.

| Portal | 🔍 | Violations | 🔍 | Letters | 🔍 | | Hearings | 🔍 | Lot Clearing | 🔍 | **Current Page** |
| Initiation | 🔍 | Activities | 🔍 | Images | 🔍 | | To Do List | 🔍 | Liens | 🔍 | **Comments** |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1641 SW 8 ST | Process | Unsafe Structure |
| Zone | 31 | Status | Open |
| Folio | 0141020120100 | Tracking Number | |
| | | Case Number | BB2018000406 |

## Historical Data Comments

| Date | Activity | Comment |
|---|---|---|
| 01/08/2018 | Create UW1 | 1/8/18....SANDWICH RESTAURANT FOUND IN UNSAFE CONDITIONS. NON-COMPLIANT UTILITY CONNECTIONS. ALL INSTALLATIONS COMPLETED WITHOUT PROPER PERMITS/INSPECTIONS. NEED TO START PROCESS TO BRING STRUCTURES INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES.    DOUBLE FEE+$110.00. |

*Printed on 02/20/18*

[ Map Non Wirel ]   [ Map Wireless ]

## Search & Navigation

Search By: [ Case Street Number Name Type ▾ ]

### Criteria

Number Equal to: [ ]

Street Name Is exactly: [ ]

Street type Is exactly: [ ]  **GO**

### Results





CE20170202005B

EXHIBIT
I

Y.S.                    1641 SW 8 St                    2/16/18





CE2017020058

Y.S.          1641 SW          8 st          2/16/18





CE2017020058

Y.S.    1641   SW   8 St           2/16/18



Wooden-Deck







CE 2017020058

Y.S.          1641   SW    8 St          2/16/18





CE201702200058

Y.S.    1641 SW 8 St    2/16/18



Roof Ventilator



CE 20170200S8

Y.S.                    1641 SW 8 St                    2/16/18

 T-Mobile 📶 4:20 PM 📶 86%

‹     **February 18**
4:17 PM     Edit

◎ LIVE





  

          









Cs: 201410 20030



Y.S.                2/20/18



CE2017020058



**EXHIBIT**

J

Y.S.        1641 SW     8 St       2/20/18



Y.S.            1641    SW    8 St                    2/20/18

Y.S.            1641    SW    8 St                    2/20/18





Printed on 02/20/18

**City of Miami**

THE CITY OF MIAMI, FLORIDA
CODE ENFORCEMENT BOARD
vs.

FUTURAMA LLC
C/O WILLIAM FULLER
1637 SW 8 ST #200
MIAMI, FL 33135

Tenant:

March 02, 2018
CR: CE2017020058
Case No: CE2017020058

Address: 1641 SW 8 ST
Folio: 0141020120100
Legal: MANLEYS RESUB PB 9-47 LOTS 19 & 20
LESS STS LOT SIZE 50.000 X 90 OR 21750-3433
22833-4565 1003 2 COC 22834-0119 11 2004 6

Hearing Date: March 01, 2018

### FINAL ADMINISTRATIVE ENFORCEMENT NOTICE

The Code Enforcement Board has found you guilty of violating the following laws, including Zoning Ordinance of the City of Miami, Florida (Ordinance 11000, as amended):

- 2110      No Certificate of Use.      Miami 21 ART 4 table 3,7.1.2  City Code 2-207
- 2151      Failure to obtain a business tax receipt for the type of business conducted.      City Code Chapter 31
- 2104      WORK PERFORMED WITHOUT A FINALIZED PERMIT      City Code SEC 10-3 (FBC 104, 105)ZON ORD SEC 2102
- 2284      Failure to obtain a Temporary use permit.      City Code SEC 62-535
- 2181      FAILURE TO OBTAIN (Warrant)      Miami 21  Zoning ORD ART 7

You are hereby ordered to correct said violation by March 02, 2018.  If you fail to comply by said date, you will thereafter be fined the sum of $250 per day.  It is your responsibility to advise the Inspector immediately after the violation has been corrected to obtain an Affidavit of Compliance.  Failure to obtain an Affidavit of Compliance will result in the continuing accrual of the daily fine.

A certified copy of this Order may be recorded in the Public Records of Dade County and thereafter shall constitute a lien against the above referenced property and any other real or personal property that you own. LIENS THAT REMAIN UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT.  In addition, the Certificate of Use and Occupational License of any business occupying this property may be suspended or withheld.  Operating a business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or closing the business.

Should you have any questions regarding this Enforcement Order, or if you wish to advise the Code Enforcement Board that the violation has been corrected, please call Yacmany Salvatierra at (305) 329-4770.

City of Miami Code Enforcement Board

Officially filed and rendered on March 02, 2018 in the records of the City of Miami, Hearing Boards.

Prepared by:_____
Olga Zamora
Deputy Clerk of Hearing Boards

# EXHIBIT

K

# City of Miami



March 02, 2018

THE CITY OF MIAMI

vs.

FUTURAMA LLC
C/O WILLIAM FULLER
1637 SW 8 ST #200
MIAMI, FL 33135

Tenant:

CODE ENFORCEMENT BOARD
CITY OF MIAMI, FLORIDA

Case No: CE2017020058
Address: 1641 SW 8 ST

Hearing Date: March 01, 2018

Folio: 0141020120100
Legal: MANLEYS RESUB PB 9-47 LOTS 19 & 20
LESS STS LOT SIZE 50.000 X 90 OR 21750-3433
22833-4565 1003 2 COC 22834-0119 11 2004 6

CR: CE2017020058

**Affidavit of Non-Compliance**

Subject Property: 1641 SW 8 ST    Folio: 0141020120100

I, Yacmany Salvatierra, Inspector for the City of Miami, being duly sworn, deposed and says:

    1. On March 02, 2018, I conducted an inspection of the property cited for violation(s) in the above-styled matter.
    2. The inspection and a review of applicable records indicate that the violation(s) charged have not been corrected.

Name of Inspector: Yacmany Salvatierra
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: Ysalvatierra@miamigov.com

_for: Y. Silvatierra_
Yacmany Salvatierra
Code Enforcement Inspector

SWORN AND SUBSCRIBED BEFORE ME THIS 8 DAY OF March, 20 18

Shannon Mills
Print Notary Name

Personally know X or Produced I.D.___
Type and number of I.D. produced_____
Did take an oath __ or Did not take an oath __

Notary Public State of Florida
My Commission Expires: 2-25-20

SHANNON MILLS
Notary Public - State of Florida
Commission # FF 964514
My Comm. Expires Feb 25, 2020

# City of Miami



May 22, 2017

CR: CE2017009206

DE CESPEDES, CARLOS
800 DOUGLAS ROAD ste 880

CALLE OCHO MARKETPLACE LLC

CORAL GABLES, FL 33134

1380 SW 8 ST
MIAMI, FL 33135

1380 SW 8 ST

Folio: 0141110140170

### NOTICE OF VIOLATION Potential Property Lien

Subject Property: 1380 SW 8 ST    Folio: 0141110140170

Dear CALLE OCHO MARKETPLACE LLC:

You are notified that an inspection of the above property discloses that you are in violation of the following laws, including:
VIOL REF# 2104-WORK PERFORMED WITHOUT A FINALIZED PERMIT          City Code SEC 10-3
(FBC 104, 105)ZON ORD SEC 2102
          Correction: The City of Miami Department of Community & Economic Development has made funds available to assist property owners in bringing their properties into compliance with the City's Codes.  To find out if you are eligible for assistance to correct the code violation cited above, please contact 305-416-2080 or visit our webpage at www.miamigov.com/communitydevelopment

You are directed to correct said violation(s) by June 01, 2017 and to notify the Inspector that the violation(s) has been corrected.  If the violation(s) has not been corrected with the approval of the inspector within the specified time period, you will be commanded to appear before the Code Enforcement Board.  If you are found guilty and fail to correct said violation(s), the Code Enforcement Board can impose fines of up to $500.00 per day for each day the violation(s) remains uncorrected beyond the time period provided.

UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN, AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY.  LIENS WHICH REMAIN UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT.  In addition, the Certificate of Use and Occupational License of any business occupying this property may be suspended or withheld.  Operating a business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or closing the business.

Name of Inspector:  RICARDO FRANQUI
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: rfranqui@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday to Friday.

| Portal | | Violations | | Letters | | Hearings | | Lot Clearing | | Comments | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Initiation | | Activities | | Images | | To Do List | | Liens | | Move Case | | Contacts | |

**Current Page**
Case Initiation

## Property Information

| | | | | |
|---|---|---|---|---|
| Address | 1501 SW 8 ST | | Owner | LITTLE HAVANA ARTS BLDG LLC |
| Zone | 31 | ▾ | Owner Address | 1501 SW 8 ST |
| Folio | 0141020066210 | | Net ID | LITTLE HAVANA ▾ |
| Registered ▢ | Lot Registered ▢ | | | |

## Case Information

| Case Number | Status |
|---|---|
| CE2017009353 | Closed |
| CE2016022331 | Closed |
| BB2016006623 | Closed |
| CE2014016504 | Closed |
| CE2014013810 | Closed |
| CE2014004166 | Closed |
| BB2012021871 | Closed |
| CE2012014260 | Closed |
| CE2011008475 | Closed |
| BB2009025662 | Closed |
| CE2008015362 | Closed |

Where on Property?

| New Case | Save |
|---|---|
| Add Requestor | |
| Move To Legal Folio | |

Case Address
1501 SW 8 ST

Description
6/2/17 At time of inspection (12:30pm-1:45pm)  Music could be heard standing from the front entrance of McDonald's located at 1403 SW 8 St.

Right of Way?
Repeat Offence?

| | | | | |
|---|---|---|---|---|
| 311 Tracking | | | | |
| Division | Code Enforcement | | | |
| Process | Code Enforcement Ticket ▾ | Received | Jun 03, 2017 | In Compliance | Jun 10, 2017 |
| Source | Employee ▾ | Service Date | Jun 03, 2017 | Closed Date | Jul 18, 2018 |
| Request Type | Case ▾ | First Inspection | Jun 03, 2017 | Daily Per Diem | |
| Complaint Type | Noise Violation | | | Last Completed Activity | Jul 18, 2018 |
| Priority | 1 ▾ | | | | |
| Inspector | Osvaldo De La Cruz ▾ | Refer To | | Refer |

✓ Override the Geo Inspector assignment

Entered by odelacruz on Jun 03, 2017.

Violations

| 271.3  Excessive and/or continuous and/or loud noise from instruments |
|---|

**Violations**

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

Address | 1501 SW 8 ST

Zone | 31

Folio | 0141020066210

Date Compliance Due | Jun 13, 2017

Process | Code Enforcement Ticket

Case Type | Noise Violation

Status | Closed

Tracking Number |

Case Number | CE2017009953

## Violations

[ New Violation ]   [ Save ]

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Jun 10, 2017 | 2275 | Osvaldo De La Cruz | OPERATING JUKEBOXES,RADIOS,MUSICAL INSTRUMENT, OR ANY OTH |

Violation | 2275 - Excessive, and or loud noises audible after 11pm from outdoors

Status | Complied

Inspector | Osvaldo De La Cruz

Violation Date | Jun 03, 2017

Violation Time | 04:30 PM

Fine Amount | 200   x 1   = 200

Date Issued | Jun 03, 2017

Time Issued | 04:29 PM

Ticket Number | 292899

Required Corrections |

Description | OPERATING JUKEBOXES,RADIOS,MUSICAL INSTRUMENT, OR ANY OTHER MUSICAL DEVISE AFTER11:00 PM, AND NOT WITHIN ECLOSED BLDG

Code Section | City Code SEC 36-5-

Comments | 6/3/17 At time of inspection (12:30am-1:45am)  Music could be heard standing from the front entrance of McDonald's located at 1400 SW 8 St.

☐ Repeat Offence?   ☐ Right of Way?                    Entered by odelacruz on Jun 03, 2017.

## Case Hearing

Portal ☐  Violations ☐  Letters ☐  Comments ☐
Initiation ☐  Activities ☐  Images ☐  Liens ☐   Hearing Calendar ☐   **Current Page**
Case Hearing

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Process | Code Enforcement Ticket ⌄ |
| Zone | 31 | Status | Closed ⌄ |
| Folio | 0141020066210 | Tracking Number | |
| | Per Diem Start Date | Case Number | CE2017009953 |
| Sector | South ⌄ (305) 329-4820 | Inspector | Osvaldo De La Cruz ⌄ |

## Case Hearing

| # | Hearing | Law Case Number | | New Hearing | Save |
|---|---|---|---|---|---|

2017-07-20 CTKT

Hearing  2017-07-20 CTKT
Hearing Type  CE Ticketing ⌄
Hearing Request  ⌄
Result  Withdrawn

**PerDiem**
PerDiem Indicator
PerDiem $ Amount
PerDiem Balance  0

Comment                     Case heard in Absentia ☐
6/27/17 - PER ACA DOOLEY CASE VOIDED.

Entered by SSchloss-Sassi on Jun 19, 2017.

## Hearing Violations

Violation                                          Save

Result

Date Compliance is Due
                          date format: MM/DD/YYYY

## Liens

Portal ☐  Violations ☐  Letters ☐  Hearings ☐  **Current Page**
Initiation ☐  Activities ☐  Images ☐  Comments ☐  Liens and Fees

## Case Information

Address 1501 SW 8 ST

Process Code Enforcement Ticket ☑

Zone 31

Status Closed ☑

Folio 0141020066210

Tracking Number ☐

Case Number CE2017009953

## Liens

LNPEND_No

New Lien    Save

Board Type Ticketing ☑

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format MM/DD/YYYY

RLN

CCN

Pending Lien? ☑  Lien Type AL45    Pending Date Jun 03, 2017

Clear Lien    Lien Cleared? ✓    Lien Clear Date

Certify Lien    # Installments    Certified Date

OK To Certify?    Certified?    Amount Certified

Lien Paid    Lien Paid?

Comments

Entered by cdelacruz on Jun 03, 2017.
Modified by cdelacruz on Jun 03, 2017.

## Fees

New Fee    Save

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Ticket Issued ☑ | $ 200.00 | 1 | 200.00 |
| Ticket Issued | ($200.00) | 1 | 200.00 |
| Ticket Adjustment | ($200.00) | 1 | -200.00 |

Lien Costs 0.00

Total Due 0.00







TAH
NOTICE
POSTED
TAH
THIS PROPERTY IS IN VIOLATION
OF THE CODE OF THE CITY OF MIAMI
1501 SW 8 ST
CE2017009953
City of Miami
CR: CE2017009953
June 19, 2017
LITTLE HAVANA ARTS BLDG LLC
1637 SW 8 ST #200
MIAMI, FL 33135
LITTLE HAVANA ARTS BLDG LLC
1637 SW 8 ST #200
MIAMI, FL 33135
Location of Violation: 1501 SW 8 ST
Hearing Date: July 20, 2017
Folio: 0141020066210
Ticket Number: 292899
Inspector: Osvaldo De La Cruz
CERTIFIED MAIL
CONFIRMATION OF TICKET APPEAL HEARING
Subject Property: 1501 SW 8 ST Folio: 0141020066210
Dear Appellant(s):
We are in receipt of your request for consideration of an appeal for the City of Miami Uniform Civil Violation Notice Ticket Number: 292899. Such ticket indicates that you were in violation of - 227SOPERATING JUKEBOXES,RADIOS,MUSICAL INSTRUMENT, OR ANY OTHER MUSICAL DEVISE AFTER11:00 PM, AND NOT WITHIN ECLOSED BLDG. City Code SEC 36-5-
Please be advised that your case shall be heard for review on July 20, 2017 at 09:00 AM, located at Miami City Hall, 3500 Pan American Drive.
At the time and date stated above, please bring all evidence, witnesses, and/or other documentation, which will support your grounds for appeal. Please be aware that it is your right to be represented by an attorney. If you cannot attend the hearing, please make sure the person representing you has a notarized power of attorney.
If the appellant cannot speak or understand English, it is the appellant's responsibility to bring an interpreter over the age of eighteen (18). This Ticketing Appellate Hearing does not necessarily mean that you will be granted an extension of time or that your case will be vacated. If you are found guilty at the Ticketing Appellate Hearing, you will be responsible for the City's costs for prosecuting this violation, as well as the applicable civil violation penalty. This fee is payable at the date of hearing.
In accordance with the Americans with Disabilities Act of 1990, all persons who require special accommodations in order to participate in this meeting should contact the Office of the City Clerk at (305) 250-5360 at least three business days prior to the proceeding.
If you have any questions or cannot attend the above scheduled hearing, please call (305) 416-2030, upon receipt of this letter or you may forfeit your opportunity for appeal.
Name of Inspector: Osvaldo De La Cruz
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Sincerely,
Deputy Clerk of Hearing Boards
CITY OF MIAMI
CODE COMPLIANCE

| Portal □ | Violations □ | Letters □ | Hearings □ | Lot Clearing □ | Comments □ | | **Current Page** |
|---|---|---|---|---|---|---|---|
| Initiation □ | Activities □ | Images □ | To Do List □ | Liens □ | Move Case □ | Contacts □ | Case Initiation |

## Property Information

Address 1501 SW 8 ST

Owner LITTLE HAVANA ARTS BLDG LLC

Zone 31

Owner Address 1501 SW 8 ST

Folio 0141020066210

Net ID LITTLE HAVANA

Registered □   Lot Registered □

## Case Information

| Case Number | Status |
|---|---|
| CE2017009953 | Closed |
| CE2016022331 | Closed |
| BB2016006623 | Closed |
| CE2014016504 | Closed |
| CE2014013810 | Closed |
| CE2014004166 | Closed |
| BB2012021871 | Closed |
| CE2012014260 | Closed |
| CE2011008475 | Closed |
| BB2009025662 | Closed |

Where on Property?

Exterior Noise Complaint

Case Address

1501 SW 8 ST

Description

Inspection of Noise complaint (12:00AM - 1:00AM) Loud music could be heard from over a block away

[ New Case ]   [ Save ]
[ Add Requestor ]
[ Move To Legal Folio ]

Right of Way?
Repeat Offence? ✓

311 Tracking

Division Code Enforcement

Process Code Enforcement Ticket

Source Anonymous

Request Type Case

Complaint Type Noise Violation

Priority 1

Inspector M Lytle

✓ Override the Geo Inspector assignment

Received Jun 10, 2017
Service Date Jun 10, 2017
First Inspection Jun 10, 2017

In Compliance Jun 11, 2017
Closed Date Aug 01, 2017
Daily Per Diem

Last Completed Activity Aug 01, 2017

Refer To [                    ]   [ Refer ]

Entered by MLytle on Jun 10, 2017.

## Violations

22.7 - Excessive, unnecessary or unusual noise from sources

## − Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

**Address** 1501 SW 8 ST

**Zone** 31

**Folio** 0141020066210

**Date Compliance Due** Jun 20, 2017

**Process** Code Enforcement Ticket

**Case Type** Noise Violation

**Status** Closed

**Tracking Number**

**Case Number** CE2017010342

## Violations

New Violation     Save

| Status | Date Complied | Violation | Inspector | Description |
|--------|---------------|-----------|-----------|-------------|
| Complied | Jun 1, 2017 | 2275 | M Lytle | OPERATING JUKEBOXES RADIOS MUSICAL INSTRUMENT OR ANY OTH |

**Violation** 2275 - Excessive, and or loud noises audible after 11pm from outdoors

**Status** Complied

**Inspector** MLytle

**Violation Date** Jun 10, 2017

**Violation Time** 03:48 AM

**Fine Amount** 200  x 1  = 200

**Date Issued** Jun 10, 2017

**Time Issued** 03:47 AM

**Ticket Number** 292942

**Required Corrections**

**Description**
OPERATING JUKEBOXES,RADIOS,MUSICAL INSTRUMENT, OR ANY OTHER MUSICAL DEVISE AFTER 11:00 PM, AND NOT WITHIN ECLOSED BLDG

**Code Section**
City Code SEC 36-5-

**Comments**
Ball and Chain Night Club

✓ Repeat Offence?     ☐ Right of Way?

Entered by MLytle on Jun 10, 2017.

## Case Hearing

| Portal ☐ | Violations ☐ | Letters ☐ | Comments ☐ | Hearing | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Liens ☐ | Calendar ☐ | Case Hearing |

### Case Information

Address 1501 SW 8 ST

Process Code Enforcement Ticket ⌄

Zone 31

Status Closed ⌄

Folio 0141020066210

Tracking Number

Per Diem Start Date

Case Number CE2017010342

Sector South ⌄ /(305) 329-4820

Inspector M Lytle ⌄

### Case Hearing

| # | Hearing | Law Case Number | | New Hearing | Save |

2017-07-20 CTKT

Hearing 2017-07-20 CTKT

Hearing Type CE Ticketing ⌄

Hearing Request ⌄

Result Withdrawn

Case heard in Absentia ☐

**PerDiem**
PerDiem Indicator
PerDiem $ Amount
PerDiem Balance 0

Comment
6/27/17 - PER ACA DOOLEY CASE VOIDED.

Entered by SSchloss-Sassi on Jun 19, 2017.

### Hearing Violations

Violation

Save

Result

Date Compliance is Due
date format: MM/DD/YYYY

## Liens

Portal ☐  Violations ☐  Letters ☐  Hearings ☐
Initiation ☐  Activities ☐  Images ☐  Comments ☐
**Current Page**
Liens and Fees

## Case Information

Address 1501 SW 8 ST
Zone 31
Folio 0141020066210

Process Code Enforcement Ticket ☑
Status Closed ☑
Tracking Number
Case Number CE2017010342

## Liens

LNPEND_No

New Lien    Save

Board Type Ticketing ☑

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

**RLN**

Pending Lien? ☑  Lien Type AL45
Pending Date Jun 10, 2017

**CCN**

Clear Lien    Lien Cleared? ✓
Lien Clear Date Aug 01, 2017

Certify Lien    # Installments
Certified Date
OK To Certify?    Certified?
Amount Certified

Lien Paid    Lien Paid?

Comments

Entered by MLytle on Jun 10, 2017.
Modified by CCampana on Aug 01, 2017.

## Fees

New Fee    Save

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Ticket Issued ☑ | $ 200.00 | 1 | 200.00 |
| Ticket Issued | $200.00 | 1 | 200.00 |
| Ticket Adjustment | ($200.00) | 1 | -200.00 |

Lien Costs 0.00
Total Due 0.00



**TKT**

# NOTICE
# POSTED

## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

**1501 SW 8TH ST**

**CE2017010342**

City of Miami

June 10, 2017

CR: CE2017010342

LITTLE HAVANA ARTS BLDG LLC

LITTLE HAVANA ARTS BLDG LLC

1637 SW 8 ST #200
MIAMI, FL 33135

1637 SW 8 ST #200
MIAMI, FL 33135

TICKET / CITATION

Subject Property: 1501 SW 8 ST        Folio: 0141020006210

Name of Violator(s): LITTLE HAVANA ARTS BLDG LLC.
Ticket Number: 292942

Location of Violation: 1501 SW 8 ST
Folio: 0141020006210

Legal Description of Property:
LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 19 & 20 LESS ST BLK 103 LOT SIZE 100.000 X 125
COC 26115-4771 12 2007 1

Violation Date: Jan 10, 2017  Violation Time: 02:48 AM
Code Section(s) Violated: VIOL REF# 2275-OPERATING JUKEBOXES,RADIOS,MUSICAL INSTRUMENT,    Citq
OR ANY OTHER MUSICAL DEVISE AFTER11:00 PM, AND NOT WITHIN ECLOSED BLDG.
Code SEC 36-5-

Fine Amount: 200.00 * 1 = 200.00

Name of Inspector: Michael Lytle
Division: South West
Office Address: 444 SW 2 AV Miami, FL 33130
Office Phone Number: (305) 329-4770
Email: M.Lytle@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday through
Friday.

Michael Lytle
City of Miami Code Enforcement Inspector

**6/10/17**

 **CITY OF MIAMI
CODE COMPLIANCE**



| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | | **Current Page** |
|---|---|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

Address 1501 SW 8 ST

Owner LITTLE HAVANA ARTS BLDG LLC

Zone 31

Owner Address 1501 SW 8 ST

Folio 0141020066210

Net ID LITTLE HAVANA

Registered ☐   Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2017010573 | Closed |
| CE2017010342 | Closed |
| CE2017009953 | Closed |
| CE2016022331 | Closed |
| BB2016006623 | Closed |
| CE2014016504 | Closed |
| CE2014013810 | Closed |
| CE2014004166 | Closed |
| BB2012021871 | Closed |
| CE2012014260 | Closed |
| CE2011008475 | Closed |

Where on Property?

Exterior

Case Address

1501 SW 8 ST

Description

Inspection of Noise complaint (01:00AM- 2:00AM) Loud music could be heard from o

[ New Case ]   [ Save ]

[ Add Requestor ]

[ Move To Legal Folio ]

Right of Way? ☐
Repeat Offence? ☐

311 Tracking

Division Code Enforcement

Process Code Enforcement Ticket

Source Employee

Request Type Case

Complaint Type Noise Violation

Priority 1

Inspector Osvaldo De La Cruz

Received Jun 11, 2017

Service Date Jun 11, 2017

First Inspection Jun 11, 2017

In Compliance Oct 03, 2018

Closed Date Oct 10, 2018

Daily Per Diem

Last Completed Activity Oct 10, 2018

Refer To

[ Refer ]

✓ Override the Geo Inspector assignment

Entered by odelacruz on Jun 11, 2017.

Violations

2276 - Excessive, and or loud noises audible 100 FT from establishment

**− Violations**

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|----------|--------------|-----------|------------|----------------|-------------------|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Process | Code Enforcement Ticket |
| Zone | 31 | Case Type | Noise Violation |
| Folio | 0141020066210 | Status | Closed |
| Date Compliance Due | Jun 21, 2017 | Tracking Number | |
| | | Case Number | CE2017010377 |

## Violations

| Status | Date Complied | Violation | Inspector | Description | | New Violation | Save |
|--------|---------------|-----------|-----------|-------------|---|---------------|------|
| Complied | Oct 03, 2018 | 2276 | Osvaldo De La Cruz | EXCESSIVE AND OR LOUD NOISES EMANATING FROM RADIOS OR ANY | | | |

| | |
|---|---|
| Violation | 2276 - Excessive, and or loud noises audible 100 FT from establishment. |
| Status | Complied |
| Inspector | Osvaldo De La Cruz |
| Violation Date | Jun 11, 2017 |
| Violation Time | 01:30 AM |
| Fine Amount | 500  x 1  = 500 |
| Date Issued | Jun 11, 2017 |
| Time Issued | 02:28 AM |
| Ticket Number | 292946 |
| Required Corrections | |

**Description**
ESCESSIVE,AND OR LOUD NOISES EMANATING FROM RADIOS, OR ANY OTHER MUSIC MAKING DEVICE,ORCHESTRA,BAND,OR MUSICIAN 100 Ft or more away from property

**Code Section**
City CODE SEC 36-4

**Comments**
Inspection of Noise complaint (01:00AM - 2:00AM) Loud music could be heard from over a block away for the second night. Loud music could also be heard in the rear of the

---

**Comments:**

Inspection of Noise complaint (01:00AM - 2:00AM) Loud music could be heard from over a block away for the second night. Loud music could also be heard in the rear of the property by the NE alley way.

## Case Hearing

| Portal ☐ | Violations ☐ | Letters ☐ | Comments ☐ | Hearing Calendar ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Liens ☐ | | Case Hearing |

## Case Information

**Address** 1501 SW 8 ST

**Process** Code Enforcement Ticket ☑

**Zone** 31

**Status** Closed ☑

**Folio** 0141020066210

**Tracking Number**

**Per Diem Start Date**

**Case Number** CE2017010377

**Sector** South ☑ (305) 329-4820

**Inspector** Osvaldo De La Cruz ☑

## Case Hearing

**#** **Hearing** **Law Case Number** [ New Hearing ] [ Save ]

| 3 | 2017-12-21 CTKT |
| 5 | 2018-03-15 CTKT |
| 6 | 2018-04-19 CTKT |
| 7 | 2018-06-21 CTKT |
| | 2018-07-19 CTKT |

**Hearing** 2018-07-19 CTKT

**Hearing Type** CE Ticketing ☑

**Hearing Request** ☑

**Result**

**PerDiem**

**PerDiem Indicator** ☐

**PerDiem $ Amount**

**PerDiem Balance** 0

**Comment**                         **Case heard in Absentia** ☐

05/11/2018: Case reset to July Calendar per ACA Dooley.

07/19/2018: Ticket to be paid.

Entered by ELee on May 11, 2018.

## Hearing Violations

**Violation** [ Save ]

EXCESSIVE, AND OR LOUD NOISES EMANATING FROM
RADIOS, OR ANY OTHER MUSIC MAKING DEVICE,
ORCHESTRA, BAND, OR MUSICIAN 100 Ft or more away

**Result**

2276    2276

**Date Compliance is Due**

[            ] date format: MM/DD/YYYY

## Liens

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | | Liens and Fees |

### Case Information

Address 1501 SW 8 ST

Process Code Enforcement Ticket ⌄

Zone 31

Status Closed ⌄

Folio 0141020066210

Tracking Number

Case Number CE2017010377

### Liens

LNPEND_No

[ New Lien ]   [ Save ]

Board Type Ticketing ⌄

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]

Pending Lien? ☑   Lien Type AL82

Pending Date Jun 11, 2017

[ CCN ]

[ Clear Lien ]   Lien Cleared? ☐

Lien Clear Date

[ Certify Lien ]   # Installments 1

Certified Date Jul 20, 2018

OK To Certify?   Certified? ☑

Amount Certified 500

[ Lien Paid ]   Lien Paid? ☑

Comments

Entered by odelacruz on Jun 11, 2017.
Modified by ELee on Jul 20, 2018.

### Fees

[ New Fee ]   [ Save ]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Ticket Issued ⌄ | $ 500.00 | 1 | 500.00 |
| Ticket Issued | $ 500.00 | 1 | 500.00 |

Lien Costs 500.00

Total Due 0.00

Department of Finance
Online Payments

Receipt

Your Reference Number:
## 2018221001-22
08/09/2018 9:05:07 AM
Web_user
*** DUPLICATE RECEIPT 02/23/2022 12:02 ***

TRANSACTIONS

**Please enter Customer Number here**                                    $500.00
**2018221001-22-1**
    CUSTOMER #: 137562
*AR Payment*                                                             *$500.00*
    INVOICE #: 7021467
    BALANCE DUE: 500

TOTAL AMOUNT:
**$500.00**

PAYMENT

**Mastercard Credit Sale**                                              $500.00
    CARD NUMBER: ***********3921
    LAST NAME: Bob Patron

CE2018221001-22



Credit Card Receipt(Merchant Copy)

DATE/TIME: 02/23/2022 12:02
MASTERCARD SALE ***********3921 K
AMOUNT: $500.00
AUTH CODE & RECEIPT ID: 042494
REFERENCE NBR: 2018221001-22

Signature _____



Credit Card Receipt(Customer Copy)

DATE/TIME: 02/23/2022 12:02
MASTERCARD SALE ***********3921 K
AMOUNT: $500.00
AUTH CODE & RECEIPT ID: 042494
REFERENCE NBR: 2018221001-22

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | | **Current Page** |
|---|---|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

| | |
|---|---|
| **Address** 1501 SW 8 ST | **Owner** LITTLE HAVANA ARTS BLDG LLC |
| **Zone** 31 | **Owner Address** 1501 SW 8 ST |
| **Folio** 0141020066210 | **Net ID** LITTLE HAVANA |

**Registered** ☐     **Lot Registered** ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2017011841 | Closed |
| CE2017011130 ⌃ | Closed |
| CE2017010377 | Closed |
| CE2017010342 | Closed |
| CE2017009953 | Closed |
| CE2016022331 | Closed |
| BB2016006623 | Closed |
| CE2014016504 | Closed |
| CE2014013810 | Closed |
| CE2014004166 ⌄ | Closed |
| BB2012021871 | Closed |

**Where on Property?**

Rear of property

**Case Address**
1501 SW 8 ST

**Description**

Inspection of Noise complaint (12:00AM - 2:00AM) Loud music could be heard from o

| New Case | Save |
|---|---|

Add Requestor

Move To Legal Folio

**Right of Way?**

**Repeat Offence?** ☑

**311 Tracking**

**Division** Code Enforcement

**Process** Code Enforcement Ticket

**Source** Employee

**Request Type** Case

**Complaint Type** Noise Violation

**Priority** 1

**Inspector** Scarlet Morua

☑ Override the Geo Inspector assignment

**Received** Jul 02, 2017

**Service Date** Jul 02, 2017

**First Inspection** Jul 02, 2017

**In Compliance** Aug 05, 2017

**Closed Date** Feb 21, 2018

**Daily Per Diem**

**Last Completed Activity** Feb 21, 2018

**Refer To**                    Refer

Entered by SMorua on Jul 02, 2017.

**Violations**

2275 - Excessive and or loud noises audible after 11pm from outdoors

## − Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

**Address** 1501 SW 8 ST

**Zone** 31

**Folio** 0141020066210

**Date Compliance Due** Jul 12, 2017

**Process** Code Enforcement Ticket

**Case Type** Noise Violation

**Status** Closed ▼

**Tracking Number**

**Case Number** CE2017011914

## Violations

[ New Violation ]  [ Save ]

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Jul 02, 2017 | 2275 | Scarlet Morua | OPERATING JUKEBOXES, RADIOS, MUSICAL INSTRUMENT, OR ANY OTH |

**Violation** 2275 - Excessive, and or loud noises audible after 11pm from outdoors

**Status** Complied ▼

**Inspector** Scarlet Morua ▼

**Violation Date** Jul 02, 2017

**Violation Time** 12:47 AM

**Fine Amount** 200   x 1   = 200

**Date Issued** Jul 02, 2017

**Time Issued** 12:45 AM

**Ticket Number** 293099

**Required Corrections**

**Description** OPERATING JUKEBOXES, RADIOS, MUSICAL INSTRUMENT, OR ANY OTHER MUSICAL DEVISE AFTER 11:00 PM, AND NOT WITHIN ECLOSED BLDG

**Code Section** City Code SEC 36-5-

**Comments** Inspection of Noise complaint (12:00AM - 2:00AM) Loud music could be heard from over a block away for the second night. Loud music could also be heard in the rear of the

### Comments:

Inspection of Noise complaint (12:00AM - 2:00AM) Loud music could be heard from over a block away for the second night. Loud music could also be heard in the rear of the property by the NE alley way.

## Case Hearing

Portal ☐  Violations ☐  Letters ☐   Comments ☐   Hearing   **Current Page**
Initiation ☐  Activities ☐  Images ☐   Liens ☐   Calendar ☐   Case Hearing

### Case Information

Address | 1501 SW 8 ST
Zone | 31
Folio | 0141020066210
Per Diem Start Date |
Sector | South ☐ (305) 329-4820

Process | Code Enforcement Ticket ☐
Status | Closed ☐
Tracking Number |
Case Number | CE2017011914
Inspector | Scarlet Morua ☐

### Case Hearing

# | Hearing | Law Case Number | [ New Hearing ] [ Save ]

Hearing |
Hearing Type | ☐
Hearing Request | ☐
Result |

**PerDiem**
PerDiem Indicator ☐
PerDiem $ Amount |
PerDiem Balance | 0

Comment | Case heard in Absentia ☐

### Hearing Violations

Violation | [ Save ]

Result |

Date Compliance is Due | date format: MM/DD/YYYY

## ‒ Liens

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | Liens and Fees |

## Case Information

Address 1501 SW 8 ST

Process Code Enforcement Ticket ⌄

Zone 31

Status Closed ⌄

Folio 0141020066210

Tracking Number

Case Number CE2017011914

## Liens

LNPEND_No

[ New Lien ] [ Save ]

LN000100

Board Type Ticketing ⌄

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | 20170646985 | 30758 | 4906 | | Nov 16, 2017 |
| Released Lien | 20180107917 | 30872 | 1719 | | Feb 22, 2018 |

date format: MM/DD/YYYY

[ RLN ]

[ CCN ]

Pending Lien? ☑  Lien Type  AL82

Pending Date Jul 02, 2017

[ Clear Lien ]  Lien Cleared? ☐

Lien Clear Date

[ Certify Lien ]  # Installments 1

Certified Date Nov 14, 2017

OK To Certify?  Certified? ☑

Amount Certified 200

[ Lien Paid ]  Lien Paid? ☑

Comments

Entered by SMorus on Jul 02, 2017.
Modified by CCampana on Nov 14, 2017.

## Fees

[ New Fee ] [ Save ]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Ticket Issued ⌄ | $ 200.00 | 1 | 200.00 |
| Ticket Issued | $ 200.00 | 1 | 200.00 |

| | | Lien Costs | 200.00 |
| | | Total Due | 0.00 |



**Transaction Search**

# Images

Date/Time Printed: 02/23/2022, 9:11 AM PST
Check 2565 - 200.00 USD





Item Details

## Deposit Item Details

| | | | |
|---|---|---|---|
| Check Number | 2565 | Description | **Check Deposited** |
| Amount | **200.00 USD Debit** | Item Sequence Number | 283790368 |
| | | Bank ID | 06601233 |

## Discretionary Data Details

| | |
|---|---|
| External-isn | 201803801200059 |

## Deposit Details

| | | | |
|---|---|---|---|
| Account Number | ▮▮▮▮▮ | Item Sequence Number | 000283790363 |
| Account Name | **Main Depository** | Bank ID | 121000248 |
| Customer Reference | 2018038012 | BAI Code | 187 |
| Amount | **11552.49 USD Credit** | | |
| Transaction Type | **CASH LETTER CREDIT** | | |
| Posting Date | 02/07/2018 | | |
| As of Date | 02/07/2018 | | |

## Discretionary Data Details

| | | | |
|---|---|---|---|
| Bundle-id | 2018038012 | Deposit-id | 201803801200075 |

# Date/Time Printed: 02/23/2022, 9:11 AM PST

# Check 2565 - 200.00 USD

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**Little Havana Arts Building LLC**
1637 SW 8TH STREET
Ste 200
Miami Fl 33135

Terra Bank, N.A
3191 Coral Way

Miami FL 33145
63-1233/660

**2565**

02/02/18

TO THE
ORDER OF        City Of Miami

$200.00*****

**** TWO HUNDRED DOLLARS 00 CENTS

444 SW 2nd Avenue
Miami, FL    33130

MEMO: Invoice # 7018374

| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | | **Current Page** |
|---|---|---|---|---|---|---|---|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

**Address** 1501 SW 8 ST                    **Owner** LITTLE HAVANA ARTS BLDG LLC

**Zone** 31                                  **Owner Address** 1501 SW 8 ST

**Folio** 0141020066210                      **Net ID** LITTLE HAVANA

**Registered** ☐    **Lot Registered** ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2017011914 | Closed |
| CE2017011914 | Closed |
| CE2017011130 | Closed |
| CE2017010377 | Closed |
| CE2017010342 | Closed |
| CE2017009953 | Closed |
| CE2016022331 | Closed |
| BB2016006623 | Closed |
| CE2014016504 | Closed |
| CE2014013810 | Closed |
| CE2014004166 | Closed |

**Where on Property?**

Exterior

**Case Address**

1501 SW 8 ST

**Description**

Excessive loud music after 11PM. Video evidence was taken.

New Case    Save

Add Requestor

Move To Legal Folio

**Right of Way?**

**Repeat Offence?**

**311 Tracking**

**Division** Code Enforcement

**Process**

**Source** Employee

**Request Type** Service Request

**Complaint Type** Noise Violation

**Priority** 1

**Inspector** M Lytle

✓ Override the Geo Inspector assignment

**Received** Aug 05, 2017          **In Compliance**

**Service Date** Aug 05, 2017        **Closed Date** Aug 05, 2017

**First Inspection** Aug 05, 2017     **Daily Per Diem**

**Last Completed Activity** Aug 05, 2017

**Refer To**                          Refer

Entered by MLytle on Aug 05, 2017.

**Violations**

2705.5 Excessive and or loud noise audible after 11pm from outdoors

## − Case Activities

| | | | | | |
|---|---|---|---|---|---|
| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Owner | |
| Folio | 0141020066210 | Zone 31 | Process | |
| Sector | South | Service Date Aug 05, 2017 | Case Type | Noise Violation |
| | | Case Number | CE2017014179 | Status | Closed |

## Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Aug 07, 2017 | Inspection Pictures | N/A |
| Aug 07, 2017 | Record Violation(s) | Completed |
| Aug 07, 2017 | Initial Inspection | Completed |

New Activity | Save

| | |
|---|---|
| Activity | Initial Inspection |
| Outcome | Violation Found |
| Status | Completed |
| Assigned To | M Lytle |
| Department | Code Enforcement |
| Position Responsible | Geo Inspector |
| Comment | Excessive Loud music after 11PM |
| Due Date | Aug 15, 2017 |
| Completed Date | Aug 05, 2017 |
| Activity Type | Inspection |
| Letter Type | |
| Hearing | |

Images

| | |
|---|---|
| Hauler Company | |
| Number of Containers | |
| Total Yards | |

## ─ Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Process | |
| Zone | 31 | Case Type | Noise Violation |
| Folio | 0141020066210 | Status | Closed ☑ |
| Date Compliance Due | Aug 15, 2017 | Tracking Number | |
| | | Case Number | CE2017014179 |

## Violations

| | | | | | New Violation | Save |

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Duplicate | | 2275 | M Lytle | OPERATING JUKEBOXES,RADIOS,MUSICAL INSTRUMENT, OR ANY OTH |

| | |
|---|---|
| Violation | 2275 – Excessive, and or loud noises audible after 11pm from outdoors |
| Status | Duplicate ☑ |
| Inspector | M Lytle ☑ |
| Violation Date | Aug 05, 2017 |
| Violation Time | 04:43 PM |
| Fine Amount | 200  x 1  = 200 |
| Date Issued | Aug 05, 2017 |
| Time Issued | 04:43 PM |
| Ticket Number | |
| Required Corrections | |

**Description**

OPERATING JUKEBOXES,RADIOS,MUSICAL INSTRUMENT, OR ANY OTHER MUSICAL DEVISE AFTER11:00 PM, AND NOT WITHIN ECLOSED BLDG

**Code Section**

City Code SEC 36-5-

**Comments**

Current Page
Images and
Documents

Portal    Violations    Letters    Comments    Hearings    Lot Clearing
Initiation    Activities    Images    Viewer    To Do List    Liens

## Case Information

Address | 1501 SW 8 ST | Process |
Zone | 31 | Status | Closed
Folio | 0141020066210 | Tracking Number |
| | Case Number | CE2017014179

## Images And Documents

| Attach File | Detach File | OK To Detach? | Attach From Copier |

Description | | Document Type |
| | Date Received | | date format: MM/DD/YYYY
| | Created By |
| | Include With Letters?

| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | | Current Page |
|--------|-----------|---------|----------|--------------|----------|---|---|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

Address 1513 SW 8 ST

Owner LITTLE HAVANA ARTS BLDG LLC

Zone 31

Owner Address 1513 SW 8 ST

Folio 0141020066210

Net ID LITTLE HAVANA

Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
|-------------|--------|
| CE2019003522 | Closed |
| CE2017009951 | Closed |
| CE2017005731 | Closed |
| CE2014004573 | Closed |
| CE2012001707 | Closed |
| CE2011017011 | Closed |
| CE2011008476 | Closed |
| CE2009005816 | Closed |
| CE2008020703 | Closed |
| BB2007019220 | Closed |
| BB2007009419 | Closed |

**Where on Property?**

New Case | Save

Add Requestor

Move To Legal Folio

**Case Address**

Right of Way?

1513 SW 8 ST

**Description**

Repeat Offence?

What is causing the noise?: The music being played at Ball & Chain Restaurant
Please provide noise violation location: In the rear of the establishment where the bar
What time did the noise violation occur?: 2:00 am

311 Tracking 17-10107328

Division Code Enforcement

Received Mar 24, 2017

In Compliance

Process

Service Date

Closed Date Mar 30, 2017

Source 311 system

First Inspection Mar 30, 2017

Daily Per Diem

Request Type Service Request

Last Completed Activity Mar 30, 2017

Complaint Type Noise Violation

Priority 1

Inspector Yacmany Salvatierra

Refer To

Refer

Override the Geo Inspector assignment

Entered by 311CSR on Mar 24, 2017.

**Violations**

## Case Activities

| Portal Initiation ☐ | Violations ☐ Activities ☐ | Letters ☐ Images ☐ | Hearings ☐ To Do List ☐ | Lot Clearing ☐ Liens ☐ | Current Page Case Activities |

### Case Information

Address: 1513 SW 8 ST
Folio: 0141020066210    Zone: 31
Sector: South    Service Date: ___

Owner: LITTLE HAVANA ARTS BLDG LLC
Process: ___
Case Type: Noise Violation
Case Number: CE2017004711    Status: Closed

### Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Mar 31, 2017 | Close SR | Completed |
| Apr 04, 2017 | Initial Inspection | Completed |

Activity: Initial Inspection
Outcome: No Violations Found
Status: Completed
Assigned To: Yacmany Salvatierra
Department: Code Enforcement
Position Responsible: Geo Inspector
Comment: Outside working hours, referred to Supervisor L. Gomez in order to place it on Bar Check Detail for follow up
Due Date: Apr 04, 2017
Completed Date: Mar 30, 2017
Activity Type: Inspection
Letter Type: ___
Hearing: ___

Images

Hauler Company: ___
Number of Containers: ___
Total Yards: ___

---

**Comment**:

Outside working hours, referred to Supervisor L. Gomez in order to place it on Bar Check Detail for follow up.

Portal ☐  Violations ☐  Letters ☐  Comments ☐  Hearings ☐  Lot Clearing ☐
Initiation ☐  Activities ☐  Images ☐  Viewer ☐  To Do List ☐  Liens ☐

**Current Page**
Images and Documents

## Case Information

Address [1513 SW 8 ST]  Process [　　　　　　　▽]

Zone [31]  [▽]  Status [Closed　　▽]

Folio [0141020066210]  Tracking Number [17-10107328]

Case Number [CE2017004711]

## Images And Documents

[Attach File]  [Detach File]  OK To Detach?  [Attach From Copier]

Description [　　　　　　　　]  Document Type [　　　　　▽]

Date Received [　　　　　　　]  date format: MM/DD/YYYY

Created By [　　　　　　　]

Include With Letters?

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ Contacts ☐ | Case Initiation |

## Property Information

**Address** 1501 SW 8 ST

**Owner** LITTLE HAVANA ARTS BLDG LLC

**Zone** 31

**Owner Address** 1501 SW 8 ST

**Folio** 0141020066210

**Net ID** LITTLE HAVANA

Registered ☐   Lot Registered ☐

## Case Information

**Case Number / Status**

| Case Number | Status |
|---|---|
| CE2017014233 | Closed |
| CE2017014179 | Closed |
| CE2017011914 | Closed |
| CE2017011130 | Closed |
| CE2017010377 | Closed |
| CE2017010342 | Closed |
| CE2017009953 | Closed |
| CE2016022331 | Closed |
| BE2016006623 | Closed |
| CE2014016504 | Closed |
| CE2014013810 | Closed |

**Where on Property?** ball and chain

**New Case**   **Save**

**Add Requestor**

**Move To Legal Folio**

**Case Address** 1501 SW 8 ST

Right of Way? ☐
Repeat Offence? ☐

**Description**

@time of inspection 2/18/18 music was audible from 100ft between 1:00-2:00am

**311 Tracking**

**Division** Code Enforcement

**Process** Code Enforcement Ticket

**Source** Anonymous

**Request Type** Case

**Complaint Type** Noise Violation

**Priority** 1

**Inspector**

☑ Override the Geo Inspector assignment

**Received** Feb 20, 2018
**Service Date** Feb 20, 2018
**First Inspection** Feb 20, 2018

**In Compliance** Nov 20, 2019
**Closed Date** Dec 28, 2020
**Daily Per Diem**
**Last Completed Activity** Dec 28, 2020

**Refer To**   **Refer**

Entered by JLindo on Feb 20, 2018.

**Violations**

2216 - Excessive and/or loud noises audible 100 FT from establishment

- Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

## Case Information

Address: 1501 SW 8 ST
Owner: LITTLE HAVANA ARTS BLDG LLC
Folio: 0141020066210    Zone: 31
Process: Code Enforcement Ticket
Sector: South    Service Date: Feb 20, 2018
Case Type: Noise Violation
Case Number: CE2018003334    Status: Closed

## Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Feb 20, 2018 | Inspection Pictures | Completed |
| Feb 20, 2018 | Record Violation(s) | Completed |
| Feb 20, 2018 | Create TKT and Create Pending Lien | Completed |
| Feb 20, 2018 | Ticket Posting Inspection | Completed |
| Feb 20, 2018 | Picture of Posted Ticket | Completed |
| Feb 21, 2018 | Print and Mail Ticket | Completed |
| Feb 22, 2018 | Select Ticketing Outcome | Completed |
| Feb 20, 2018 | Initial Inspection | Completed |
| Mar 02, 2018 | Ticket Green Card Received? | N/A |
| Jun 24, 2019 | Create Affidavit of Posted Ticket | Completed |
| Jun 24, 2019 | Print Affidavit of Posted Ticket | N/A |
| Aug 02, 2019 | Timer Activity before TEO | Completed |
| Aug 09, 2019 | Create TEO | Completed |
| Aug 12, 2019 | Auto Creation of TEO | Completed |
| Aug 12, 2019 | Print TEO | Completed |
| Aug 19, 2019 | Timer Activity before TSM | N/A |
| Sep 21, 2020 | Create RLN letter | Completed |
| Dec 29, 2020 | Print RLN letter | Completed |
| Dec 29, 2020 | Record RLN with County | Completed |
| Dec 29, 2020 | Close SR | Completed |

Activity: Initial Inspection
Outcome: Violation Found
Status: Completed
Assigned To:
Department: Code Enforcement
Position Responsible: Geo Inspector
Comment:
Due Date: Mar 01, 2018
Completed Date: Feb 20, 2018
Activity Type: Inspection
Letter Type:
Hearing:

New Activity    Save

Images

Hauler Company:
Number of Containers:
Total Yards:

**− Violations**

| Portal | Violations | Letters | Hearings | Lot Clearing | Current Page |
| Initiation | Activities | Images | To Do List | Liens | Violations and Compliance |

## Case Information

Address 1501 SW 8 ST

Zone 31

Folio 0141020066210

Date Compliance Due Mar 02, 2018

Process Code Enforcement Ticket

Case Type Noise Violation

Status Closed

Tracking Number

Case Number CE2018003334

## Violations

New Violation     Save

| Status | Date Complied | Violation | Inspector | Description |
|--------|--------------|-----------|-----------|-------------|
| Complied | | 2276 | | EXCESSIVE AND OR LOUD NOISES EMANATING FROM RADIOS, OR AN |

Violation 2276 - Excessive, and or loud noises audible 100 FT from establishment

Status Complied

Inspector

Violation Date Feb 18, 2018

Violation Time 01:59 AM

Fine Amount 500 x 1 = 500

Date Issued Feb 20, 2018

Time Issued 01:58 PM

Ticket Number 294098

Required Corrections

Description
EXCESSIVE, AND OR LOUD NOISES EMANATING FROM RADIOS, OR ANY OTHER MUSIC MAKING DEVICE, ORCHESTRA, BAND, OR MUSICIAN 100 Ft or more away from property

Code Section
City CODE SEC 36-4

Comments
Ball and Chain
11/20/2019 complying and re-issuing new TKT

Repeat Offence?     Right of Way?          Entered by JLindo on Feb 20, 2018.

## Case Hearing

| Portal ☐ | Violations ☐ | Letters ☐ | Comments ☐ | Hearing | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | Liens ☐ | Calendar ☐ | Case Hearing |

### Case Information

Address | 1501 SW 8 ST
Zone | 31
Folio | 0141020066210
Per Diem Start Date |
Sector | South ☑ (305) 329-4820

Process | Code Enforcement Ticket ☑
Status | Closed ☑
Tracking Number |
Case Number | CE2018003334
Inspector | ☑

### Case Hearing

| # | Hearing | Law Case Number | | New Hearing | Save |

Hearing |
Hearing Type | ☑
Hearing Request | ☑
Result |

**PerDiem**
PerDiem Indicator ☐
PerDiem $ Amount |
PerDiem Balance | 0

Comment |                      Case heard in Absentia ☐

### Hearing Violations

Violation |                                      Save

Result |

Date Compliance is Due |
| date format: MM/DD/YYYY

□ Letter Text

Portal ☐   Violations ☐   Letters ☐        Hearings ☐   Lot Clearing ☐   **Current Page**
Initiation ☐   Activities ☐   Images ☐   Print Queue ☐   To Do List ☐   Liens ☐   Letter Text

## Case and Letter

Case Number   CE2018003334

TICKET / CITATION                                                              ⌄

## Recipients

| Recipient Name | Print Status | Delivery Method | Certified Mail # |
|---|---|---|---|
| FULLER, WILLIAM O LITTLE HAVANA ARTS BLDG I | Printed Successfully Printed Successfully | Certified Mail Certified Mail | 92148969009979016196978 92148969009979016196978 |

Letter Text ( for selected Recipient ) :

February 20, 2018                        CR: CE2018003334

FULLER, WILLIAM O                    LITTLE HAVANA ARTS BLDG LLC
1637 SW 8TH STREET STE 200
                                      1637 SW 8 ST #200
MIAMI FL 33135                        MIAMI, FL 33135

| TICKET / CITATION | ⌄ |
|---|---|

Subject Property: 1501 SW 8 ST        Folio: 0141020066210

Name of Violator(s): LITTLE HAVANA ARTS BLDG LLC,
Ticket Number: 294098

Location of Violation: 1501 SW 8 ST
Folio: 0141020066210

Legal Description of Property:
LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 19 & 20 LESS ST BLK 103 LOT SIZE 100.000
X 125 COC 26115-4771 12 2007 1

Violation Date: Feb 18, 2018  Violation Time: 01:59 AM
Code Section(s) Violated: VIOL REF# 2276-EXCESSIVE, AND OR LOUD NOISES EMANATING
FROM RADIOS, OR ANY OTHER MUSIC MAKING DEVICE, ORCHESTRA, BAND, OR MUSICIAN
100 Ft or more away from property.        City CODE SEC 36-4

*Juky Ann Jones*

_____
Juky Ann Jones
City of Miami Code Enforcement Inspector

**− Liens**

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | Liens and Fees |

## Case Information

Address | 1501 SW 8 ST
Zone | 31
Folio | 0141020066210

Process | Code Enforcement Ticket ▾
Status | Closed ▾
Tracking Number |
Case Number | CE2018003334

## Liens

LNPEND_No

**[01020409]**

| New Lien | Save |

Board Type | Ticketing ▾

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | 20190509526 | 31567 | 1673 | | Aug 13, 2019 |
| Released Lien | 20210009500 | 32274 | 3880 | | Jan 07, 2021 |

date format: MM/DD/YYYY

| RLN |
| CCN |

Pending Lien? ☑ | Lien Type | ALS2 | Pending Date | Feb 20, 2018
| Clear Lien | Lien Cleared? ☐ | Lien Clear Date |
| Certify Lien | # Installments | 1 | Certified Date | Aug 09, 2019
| OK To Certify? | Certified? ☑ | Amount Certified | 500
| Lien Paid | Lien Paid? ☑ |

Comments |

Entered by JLindo on Feb 20, 2018.
Modified by CCampana on Aug 09, 2019.

## Fees

| New Fee | Save |

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Ticket Issued ▾ | $ 500.00 | 1 | 500.00 |
| Ticket Issued | $ 500.00 | 1 | 500.00 |

Lien Costs | 500.00
Total Due | 0.00

Department of Finance
Online Payments

Receipt

Your Reference Number:
## 2020262001-117
09/18/2020 11:12:08 AM
Web_user
*** DUPLICATE RECEIPT 02/23/2022 11:58 ***

TRANSACTIONS

**If you have a Customer Number, please cl**                              $500.00
**2020262001-117-1**
CUSTOMER #: 137562
*AR Payment*                                                             *$500.00*
INVOICE #: 7028902
BALANCE DUE: 500

TOTAL AMOUNT:
**$500.00**

PAYMENT

**Mastercard Credit Sale**                                               $500.00
CARD NUMBER: ************9823
LAST NAME: Bob Patron

CE2020262001-117



Credit Card Receipt(Merchant Copy)

DATE/TIME: 02/23/2022 11:58
MASTERCARD SALE  ************9823 K
AMOUNT: $500.00
AUTH CODE & RECEIPT ID: 029770
REFERENCE NBR: 2020262001-117

Signature _____



Credit Card Receipt(Customer Copy)

DATE/TIME: 02/23/2022 11:58
MASTERCARD SALE ************9823 K
AMOUNT: $500.00
AUTH CODE & RECEIPT ID: 029770
REFERENCE NBR: 2020262001-117

| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | Current Page |
|---|---|---|---|---|---|---|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

Address: 1501 SW 8 ST
Owner: LITTLE HAVANA ARTS BLDG LLC
Zone: 31
Owner Address: 1501 SW 8 ST
Folio: 0141020066210
Net ID: LITTLE HAVANA
Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2018019909 | Closed |
| CE2018004915 | Closed |
| CE2018003334 | Closed |
| CE2017014179 | Closed |
| CE2017011914 | Closed |
| CE2017011130 | Closed |
| CE2017010377 | Closed |
| CE2017010342 | Closed |
| CE2017009953 | Closed |
| CE2016022331 | Closed |
| BB2016006623 | Closed |

Where on Property?

back stage

[ New Case ]    [ Save ]
[ Add Requestor ]
[ Move To Legal Folio ]

Case Address
1513 SW 8 ST
Right of Way?
Description
Repeat Offence?

Case originally opened under incorrect address.
9/15/18 - Music heard from over 100ft. The exact ready w as 142 ft. 1130pm to 1234:

311 Tracking:
Division: Code Enforcement
Process: Code Enforcement Ticket
Source: Employee
Request Type: Case
Complaint Type: Noise Violation
Priority: 1
Inspector: Kristopher Adams
☑ Override the Geo Inspector assignment

Received: Sep 18, 2018
In Compliance: Oct 09, 2018
Service Date: Sep 18, 2018
Closed Date: Jul 27, 2020
First Inspection: Sep 18, 2018
Daily Per Diem:
Last Completed Activity: Jul 27, 2020

Refer To
[ Refer ]

Entered by KAdams on Sep 18, 2018.

Violations

2216 - Excessive and/or high noise audible 100 ft from establishment

## Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | **Current Page**<br>Case Activities |

## Case Information

**Address** 1513 SW 8 ST          **Owner** LITTLE HAVANA ARTS BLDG LLC

**Folio** 0141020066210     **Zone** 31     **Process** Code Enforcement Ticket

**Sector** South     **Service Date** Sep 18, 2018     **Case Type** Noise Violation

**Case Number** CE2018019909     **Status** Closed

## Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Sep 18, 2018 | Initial Inspection | Completed |
| Sep 28, 2018 | Ticket Green Card Received? | N/A |
| Oct 01, 2018 | Print and Mail Certified TAH Letter | Completed |
| Oct 01, 2018 | Scan Affidavit of Posted Ticket | N/A |
| Oct 03, 2018 | Create TAH Letter | Completed |
| Oct 03, 2018 | TAH Post Inspection | Completed |
| Oct 03, 2018 | Scan Affidavit of Posted TAH | N/A |
| Oct 04, 2018 | Picture of Posted TAH | Completed |
| Oct 04, 2018 | Create Affidavit of Posted TAH | Completed |
| Oct 05, 2018 | Print Affidavit of Posted TAH | Completed |
| Oct 09, 2018 | Pre Hearing Inspection | Completed |
| Oct 11, 2018 | Update Case as needed | N/A |
| Oct 18, 2018 | Reminder: Attend Hearing | Completed |
| Oct 19, 2018 | Waiting for HB Results | Completed |
| Oct 19, 2018 | Update Case if required | Completed |
| Oct 31, 2018 | Timer Activity before TEO | Completed |
| Nov 20, 2018 | Print and Mail Certified TAH Letter | Completed |
| Nov 26, 2018 | Create TAH Letter | Completed |
| Nov 26, 2018 | TAH Post Inspection | Completed |
| Nov 28, 2018 | Scan Affidavit of Posted TAH | N/A |
| Nov 29, 2018 | Picture of Posted TAH | Completed |
| Nov 29, 2018 | Create Affidavit of Posted TAH | Completed |

**Activity** Initial Inspection

**Outcome** Violation Found

**Status** Completed

**Assigned To** Kristopher Adams

**Department** Code Enforcement

**Position Responsible** Geo Inspector

**Comment** Case originally opened under incorrect address.
9/15/18 - Music heard from over 100ft.

**Due Date** Sep 27, 2018

**Completed Date** Sep 18, 2018

**Activity Type** Inspection

**Letter Type**

**Hearing**

New Activity          Save

Images

**Hauler Company**

**Number of Containers**

**Total Yards**

**Comment:**

Case originally opened under incorrect address.

9/15/18 - Music heard from over 100ft.

## ─ Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| Address | 1513 SW 8 ST | Process | Code Enforcement Ticket |
| Zone | 31 | Case Type | Noise Violation |
| Folio | 0141020066210 | Status | Closed |
| Date Compliance Due | Sep 28, 2018 | Tracking Number | |
| | | Case Number | CE2018019909 |

## Violations

| New Violation | Save |

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Oct 09, 2018 | 2276 | Kristopher Adams | EXCESSIVE, AND OR LOUD NOISES EMANATING FROM RADIOS, OR AN |

| Violation | 2276 - Excessive, and or loud noises audible 100 FT from establishment. |
| Status | Complied |
| Inspector | Kristopher Adams |
| Violation Date | Sep 15, 2018 |
| Violation Time | 12:34 AM |
| Fine Amount | 500  x 1  = 500 |
| Date Issued | Sep 18, 2018 |
| Time Issued | 02:16 PM |
| Ticket Number | 295798 |
| Required Corrections | |

Description: EXCESSIVE, AND OR LOUD NOISES EMANATING FROM RADIOS, OR ANY OTHER MUSIC MAKING DEVICE, ORCHESTRA, BAND, OR MUSICIAN 100 Ft or more away from property

Code Section: City CODE SEC 36-4

Comments:

## ☐ Case Hearing

| Portal | ☐ | Violations ☐ | Letters ☐ | Comments ☐ | Hearing Calendar ☐ | Current Page |
|---|---|---|---|---|---|---|
| Initiation | ☐ | Activities ☐ | Images ☐ | Liens ☐ | | Case Hearing |

### Case Information

| | | | |
|---|---|---|---|
| Address | 1513 SW 8 ST | Process | Code Enforcement Ticket ☑ |
| Zone | 31 | Status | Closed ☑ |
| Folio | 0141020066210 | Tracking Number | |
| | Per Diem Start Date | Case Number | CE2018019909 |
| Sector | South ☑ | (305) 329-4820 | Inspector | Kristopher Adams ☑ |

### Case Hearing

| # | Hearing | Law Case Number | | |
|---|---|---|---|---|
| 1 | 2018-10-18 CTKT | | New Hearing | Save |
| 2 | 2018-12-20 CTKT | | | |

Hearing: 2018-12-20 CTKT
Hearing Type: CE Ticketing ☑
Hearing Request: Appeal ☑
Result: Guilty

**PerDiem**
PerDiem Indicator ☐
PerDiem $ Amount
PerDiem Balance 0

Comment                 Case heard in Absentia ☐

10/1/2018: Web appeal hearing requested on 9/30/2018 from Brian Dombrowski (dombrowskib@gtlaw.com; 305-579-0630). 10/18/2018: Continuance to December by agreement of Owner and City. 12/20/2018: FTA Ticket upheld

Entered by ELee on Nov 05, 2018.

### Hearing Violations

Violation                 Save

Result

Date Compliance is Due                 date format: MM/DD/YYYY

Comment:

10/1/2018: Web appeal hearing requested on 9/30/2018 from Brian Dombrowski (dombrowskib@gtlaw.com; 305-579-0630).  10/18/2018: Continuance to December by agreement of Owner and City. 12/20/2018: FTA Ticket upheld.

**Liens**

Portal ☐  Violations ☐  Letters ☐  Hearings ☐
Initiation ☐  Activities ☐  Images ☐  Comments ☐  **Current Page**
Liens and Fees

## Case Information

| | |
|---|---|
| Address | 1513 SW 8 ST |
| Zone | 31 |
| Folio | 0141020066210 |

| | |
|---|---|
| Process | Code Enforcement Ticket ⌄ |
| Status | Closed ⌄ |
| Tracking Number | |
| Case Number | CE2018019909 |

## Liens

LNPEND_No

[New Lien]  [Save]

Board Type  Ticketing ⌄

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[RLN]
[CCN]

Pending Lien? ☑  Lien Type  ALS2

[Clear Lien]  Lien Cleared? ☐

[Certify Lien]  # Installments 1
OK To Certify?  Certified? ☑

[Lien Paid]  Lien Paid? ☑

Pending Date  Sep 18, 2018
Lien Clear Date
Certified Date  Jul 22, 2020
Amount Certified  500

Comments

Entered by KAdams on Sep 18, 2018.
Modified by f.ernandez on Jul 22, 2020.

## Fees

[New Fee]  [Save]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Ticket Issued ⌄ | $ 500.00 | 1 | 500.00 |
| Ticket Issued | $ 500.00 | 1 | 500.00 |

| | |
|---|---|
| Lien Costs | 500.00 |
| Total Due | 0.00 |

Department of Finance
Online Payments

Printable Search Result

** This is not a Receipt **

iPayment Reference Number:
## 2020204001-57

| | |
|---|---|
| EFFECTIVE DATE | 7/22/2020 |
| WORKGROUP | Online Business Center |
| USER | Web_user |

TRANSACTIONS

**If you have a Customer Number, please cl**
**2020204001-57-1**                                              $500.00

DATE/TIME   07/22/2020
9:45:05 AM

ADDRESS 1:  1637 SW 8 ST #200
CITY: MIAMI
STATE: FL
ZIP: 33135
CUSTOMER #:  137562
CUSTOMER #:  137562

*AR Payment*                                                        *$500.00*
ADDRESS 1:  1637 SW 8 ST #200
CITY: MIAMI
STATE: FL
ZIP: 33135
PAID AMT: $500.00
INVOICE #:  7031857
INVOICE #:  7031857
CUSTOMER #:  137562
CUSTOMER #:  137562
DESCRIPTION:  Net Due in 30 Days
DUE DATE:  8/21/2020 12:00:00 AM
BALANCE DUE:  500
ARINSTALLMENT: 1
PAYMENT PENDING:  $0.00
ADJUSTED BALANCE:  $500.00

TOTAL AMOUNT:
**$500.00**

PAYMENT
**Mastercard**                                                    $500.00

| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | | Current Page |
|--------|-----------|---------|----------|--------------|----------|--|--------------|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

**Address** 1513 SW 8 ST

**Owner** LITTLE HAVANA ARTS BLDG LLC

**Zone** 31

**Owner Address** 1513 SW 8 ST

**Folio** 0141020066210

**Net ID** LITTLE HAVANA

**Registered** ☐    **Lot Registered** ☐

## Case Information

| Case Number | Status |
|-------------|--------|
| CE2019005897 | Closed |
| CE2019005418 | Closed |
| CE2019004381 | Closed |
| CE2019003522 | Closed |
| CE2017009951 | Closed |
| CE2017004711 | Closed |
| CE2014004573 | Closed |
| CE2012001707 | Closed |
| CE2011017011 | Closed |
| CE2011008476 | Closed |
| CE2009005816 | Closed |

**Where on Property?**

Ball and Chain

**Case Address**

1513 SW 8 ST

**Description**

Noise complaint by Supervisor Marcos. I monitored the area from 8-5. At the time of inspection, there was no violation found.

[ New Case ]  [ Save ]

[ Add Requestor ]

[ Move To Legal Folio ]

**Right of Way?**

**Repeat Offence?**

**311 Tracking**

**Division** Code Enforcement

**Process**

**Source** Employee

**Request Type** Service Request

**Complaint Type** Noise Violation

**Priority** 1

**Inspector** Kristopher Adams

☑ Override the Geo Inspector assignment

**Received** May 15, 2019

**In Compliance**

**Service Date**

**Closed Date** May 15, 2019

**First Inspection** May 15, 2019

**Daily Per Diem**

**Last Completed Activity** May 15, 2019

**Refer To**    [ Refer ]

Entered by KAdams on May 15, 2019.

**Violations**

## Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

## Case Information

Address: 1513 SW 8 ST

Folio: 0141020066210    Zone: 31

Sector: South    Service Date:

Owner:

Process:

Case Type: Noise Violation

Case Number: CE2019009687    Status: Closed

## Case Activities

| Due Date | Activity | Status | | |
|---|---|---|---|---|
| | | | New Activity | Save |
| May 16, 2019 | Close SR | Completed | | |
| May 24, 2019 | Initial Inspection | Completed | | |

Activity: Initial Inspection

Outcome: No Violations Found

Status: Completed

Assigned To: Kristopher Adams

Department: Code Enforcement

Position Responsible: Geo Inspector

Comment: Noise complaint by Supervisor Marcos. I monitored the area from 8-9. At the time of inspection, there was no violation found.

Due Date: May 24, 2019

Completed Date: May 15, 2019

Activity Type: Inspection

Letter Type:

Hearing:

Images

Hauler Company:

Number of Containers:

Total Yards:

**Comment**:

Noise complaint by Supervisor Marcos. I monitored the area from 8-9. At the time of inspection, there was no violation found.

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | | **Current Page** |
|---|---|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

**Address** 1501 SW 8 ST

**Owner** LITTLE HAVANA ARTS BLDG LLC

**Zone** 31

**Owner Address** 1501 SW 8 ST

**Folio** 0141020066210

**Net ID** LITTLE HAVANA

Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2019022429 | Closed |
| BB2019006397 | Closed |
| CE2019001182 | Closed |
| CE2018019909 | Closed |
| CE2018004915 | Closed |
| CE2018003334 | Closed |
| CE2017014179 | Closed |
| CE2017011914 | Closed |
| CE2017011130 | Closed |
| CE2017010377 | Closed |
| CE2017010342 | Closed |

**Where on Property?**

[New Case]   [Save]

[Add Requestor]

[Move To Legal Folio]

**Case Address**

1501 SW 8 ST

**Description**

Right of Way?

Repeat Offence? ✓

When door is closed no violation exists.

**311 Tracking**

**Division** Code Enforcement

**Received** Nov 20, 2019     **In Compliance** Feb 19, 2020

**Process** Code Enforcement Ticket

**Service Date** Nov 20, 2019     **Closed Date** Feb 19, 2020

**Source** Employee

**First Inspection** Nov 20, 2019     **Daily Per Diem**

**Request Type** Case

**Last Completed Activity** Feb 19, 2020

**Complaint Type** Quality of life inspection

**Priority** 1

**Inspector** RICARDO FRANQUI

**Refer To** [        ]     [Refer]

✓ Override the Geo Inspector assignment

Entered by RFranqui on Nov 20, 2019.

**Violations**

2276 - Excessive, and or loud noises audible 100 FT from establishment

## Violations

| Portal | Violations | Letters | Hearings | Lot Clearing | **Current Page** |
|--------|-----------|---------|----------|--------------|------------------|
| Initiation | Activities | Images | To Do List | Liens | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Process | Code Enforcement Ticket |
| Zone | 31 | Case Type | Quality of life inspection |
| Folio | 0141020066210 | Status | Closed |
| Date Compliance Due | Dec 02, 2019 | Tracking Number | |
| | | Case Number | CE2019022329 |

## Violations

New Violation | Save

| Status | Date Complied | Violation | Inspector | Description |
|--------|---------------|-----------|-----------|-------------|
| Complied | Feb 13, 2020 | 2276 | RICARDO FRANQUI | EXCESSIVE, AND OR LOUD NOISES EMANATING FROM RADIOS, OR AN... |

**Violation** 2276 - Excessive, and or loud noises audible 100 FT from establishment.

**Status** Complied

**Inspector** RICARDO FRANQUI

**Description**
EXCESSIVE, AND OR LOUD NOISES EMANATING FROM RADIOS, OR ANY OTHER MUSIC MAKING DEVICE, ORCHESTRA, BAND, OR MUSICIAN 100 Ft or more aw av from property

**Violation Date** Nov 20, 2019

**Violation Time** 09:39 AM

**Code Section**
City CODE SEC 36-4

**Fine Amount** 500   x 1   = 500

**Date Issued** Nov 20, 2019

**Comments**

**Time Issued** 09:39 AM

**Ticket Number**

**Required Corrections**

✓ Repeat Offence?    Right of Way?

Entered by RFranqui on Nov 20, 2019.

## Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Owner | LITTLE HAVANA ARTS BLDG LLC |
| Folio | 0141020066210 | Zone 31 | Process | Code Enforcement Ticket |
| Sector | South | Service Date Nov 20, 2019 | Case Type | Quality of life inspection |
| | | Case Number | CE2019022329 | Status | Closed |

## Case Activities

New Activity     Save

| Due Date | Activity | Status |
|---|---|---|
| Nov 20, 2019 | Inspection Pictures | Completed |
| Nov 20, 2019 | Record Violation(s) | Completed |
| Nov 20, 2019 | Create TKT and Create Pending Lien | N/A |
| Nov 22, 2019 | Select Ticketing Outcome | Completed |
| Dec 03, 2019 | Initial Inspection | Completed |
| Feb 21, 2020 | Close SR | Completed |

| | |
|---|---|
| Activity | Initial Inspection |
| Outcome | Violation Found |
| Status | Completed |
| Assigned To | RICARDO FRANQUI |
| Department | Code Enforcement |
| Position Responsible | Geo Inspector |
| Comment | |
| Due Date | Dec 03, 2019 |
| Completed Date | Nov 20, 2019 |
| Activity Type | Inspection |
| Letter Type | |
| Hearing | |

Images

| | |
|---|---|
| Hauler Company | |
| Number of Containers | |
| Total Yards | |

## − Letters

| Portal ☐ | Violations ☐ | Letters ☐ | | Hearings ☐ | Lot Clearing ☐ | Current Page |
|----------|--------------|-----------|--|------------|----------------|--------------|
| Initiation ☐ | Activities ☐ | Images ☐ | Print Queue ☐ | To Do List ☐ | Liens ☐ | Letters |

## Case Information

**Address** 1501 SW 8 ST

**Zone** 31

**Folio** 0141020066210

**Tracking Number**

**Case Number** CE2019022329

**Status** Closed

**Case Contacts**

| Type | Name |
|------|------|
| OWNER | LITTLE HAVANA ARTS BLDG LLC |

## Letters

| Type | Description (Name) | Inspector | Print Administrator | Save |
|------|--------------------|-----------|---------------------|------|

**Date Sent to eRecording**

**Date Recorded**

**eRecStatus**

**Inspector Comments**

## Recipients

**Letter Operations**

- View letter text
- Attach image to letter
- Add Selected Contact
- Remove Selected Recipient

ERecord    Save

| Name | Type | Status | Date Printed |
|------|------|--------|--------------|

Portal  Violations  Letters  Hearings  Lot Clearing  Comments  **Current Page**
Initiation  Activities  Images  To Do List  Liens  Move Case  Contacts  Case Initiation

## Property Information

Address 1501 SW 8 ST          Owner LITTLE HAVANA ARTS BLDG LLC
Zone 31          Owner Address 1501 SW 8 ST
Folio 0141020066210          Net ID LITTLE HAVANA

Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2020005774 | Closed |
| CE2019022329 | Closed |
| BB2019006397 | Closed |
| CE2019001182 | Closed |
| CE2018019909 | Closed |
| CE2018004915 | Closed |
| CE2018003334 | Closed |
| CE2017014179 | Closed |
| CE2017011914 | Closed |
| CE2017011130 | Closed |
| CE2017010377 | Closed |

Where on Property?

New Case        Save
Add Requestor
Move To Legal Folio

Case Address

1501 SW 8 ST                    Right of Way?
Description                     Repeat Offence?

no violation, no noise, rained all night.

311 Tracking
Division Code Enforcement
Process                        Received Feb 16, 2020      In Compliance
Service Date                               Closed Date Feb 16, 2020
Source Employee                First Inspection Feb 16, 2020   Daily Per Diem
Request Type Service Request
Complaint Type Noise Violation                            Last Completed Activity Feb 16, 2020
Priority 1
Inspector RICARDO FRANQUI      Refer To                    Refer
✓ Override the Geo Inspector assignment              Entered by RFranqui on Feb 16, 2020.

Violations

## − Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Owner | |
| Folio | 0141020066210 | Zone 31 | Process | |
| Sector | South | Service Date | Case Type | Noise Violation |
| | | Case Number | CE2020003774 | Status | Closed |

## Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Feb 18, 2020 | Close SR | Completed |
| Feb 16, 2020 | Initial Inspection | Completed |

New Activity    Save

| | |
|---|---|
| Activity | Initial Inspection |
| Outcome | No Violations Found |
| Status | Completed |
| Assigned To | RICARDO FRANQUI |
| Department | Code Enforcement |
| Position Responsible | Geo Inspector |
| Comment | |
| Due Date | Feb 26, 2020 |
| Completed Date | Feb 16, 2020 |
| Activity Type | Inspection |
| Letter Type | |
| Hearing | |

Images

| | |
|---|---|
| Hauler Company | |
| Number of Containers | |
| Total Yards | |

| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | | Current Page |
|--------|-----------|---------|----------|-------------|----------|-------------|-------------|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

Address 1501 SW 8 ST

Zone 31

Folio 0141020066210

Registered ☐     Lot Registered ☐

Owner LITTLE HAVANA ARTS BLDG LLC

Owner Address 1501 SW 8 ST

Net ID LITTLE HAVANA

## Case Information

| Case Number | Status |
|-------------|--------|
| CE2021024273 | Open |
| CE2021020890 | Closed |
| CE2021020709 | Closed |
| CE2021017784 | Closed |
| CE2021013580 | Closed |
| BB2021005979 | Closed |
| CE2021002575 | Closed |
| CE2020003774 | Closed |
| CE2019022329 | Closed |
| BB2019006397 | Closed |
| CE2019001182 | Closed |

Where on Property?

ball and chain

Case Address

1513 SW 8 ST

Description

noise violation: music audible over 100ft from the location

New Case     Save

Add Requester

Move To Legal Folio

Right of Way? ☐

Repeat Offence? ☐

311 Tracking

Division Code Enforcement

Process Code Enforcement Ticket

Source Employee

Request Type Case

Complaint Type Noise Violation

Priority 1

Inspector Cornelius Pierre

☑ Override the Geo Inspector assignment

Received Nov 21, 2021

Service Date Nov 22, 2021

First Inspection Nov 22, 2021

In Compliance

Closed Date

Daily Per Diem

Last Completed Activity Feb 08, 2022

Refer To          Refer

Entered by CPierre on Nov 21, 2021.

Violations

2276 - Excessive, and or loud noises audible 100 FT from establishment

**− Violations**

Portal ☐  Violations ☐  Letters ☐   Hearings ☐   Lot Clearing ☐   **Current Page**
Initiation ☐  Activities ☐  Images ☐   To Do List ☐   Liens ☐   Violations and Compliance

## Case Information

| | |
|---|---|
| Address | 1513 SW 8 ST |
| Zone | 31 |
| Folio | 0141020066210 |
| Date Compliance Due | Dec 02, 2021 |

| | |
|---|---|
| Process | Code Enforcement Ticket |
| Case Type | Noise Violation |
| Status | Open |
| Tracking Number | |
| Case Number | CE2021024272 |

## Violations

[ New Violation ]   [ Save ]

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Open | | 2276 | Cornelius Pierre | EXCESSIVE, AND OR LOUD NOISES EMANATING FROM RADIOS, OR AN |

| | | | |
|---|---|---|---|
| Violation | 2276 - Excessive, and or loud noises audible 100 FT from establishment. | | |
| Status | Open | Description | EXCESSIVE, AND OR LOUD NOISES EMANATING FROM RADIOS, OR ANY OTHER MUSIC MAKING DEVICE, ORCHESTRA, BAND, OR MUSICIAN 100 Ft or more away from property |
| Inspector | Cornelius Pierre | | |
| Violation Date | Nov 21, 2021 | | |
| Violation Time | 01:40 AM | Code Section | |
| Fine Amount | 500  x 1  = 500 | City CODE SEC 36-4 | |
| Date Issued | Nov 22, 2021 | Comments | |
| Time Issued | 11:24 AM | | |
| Ticket Number | 302609 | | |
| Required Corrections | | | |

## Case Hearing

Portal ☐  Violations ☐  Letters ☐  Comments ☐  Hearing     Current Page
Initiation ☐  Activities ☐  Images ☐   Liens ☐  Calendar ☐   Case Hearing

### Case Information

Address  1513 SW 8 ST                          Process  Code Enforcement Ticket  ☑

Zone  31                                        Status  Open  ☑

Folio  0141020066210             Tracking Number

Per Diem Start Date              Case Number  CE2021024272

Sector  South  ☑  (305) 329-4820    Inspector  Cornelius Pierre  ☑

### Case Hearing

| # | Hearing | Law Case Number | | New Hearing | Save |
|---|---------|-----------------|---|-------------|------|
| 1 | 2022-01-20 CTKT | | | | |
| 3 | 2022-02-17 CTKT | | | | |
| | 2022-03-17 CTKT | | | | |

Hearing  2022-03-17 CTKT

Hearing Type  CE Ticketing  ☑

Hearing Request  ☑

Result

PerDiem
PerDiem Indicator ☐
PerDiem $ Amount
PerDiem Balance  0

Comment                              Case heard in Absentia ☐

Rachel request

02.17.2022 Pled not guilty, violation is affirmed, Amount of
Penalty $500.00, $0 prosecution cost

Entered by FThelusma on Jan 24, 2022.

### Hearing Violations

Violation                                           Save

EXCESSIVE, AND OR LOUD NOISES EMANATING FROM
RADIOS, OR ANY OTHER MUSIC MAKING DEVICE,
ORCHESTRA, BAND, OR MUSICIAN 100 Ft or more away   Result

2276   2276

Date Compliance is Due

                                       date format: MM/DD/YYYY

## Liens

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | Liens and Fees |

### Case Information

Address  1513 SW 8 ST
Zone  31
Folio  0141020066210

Process  Code Enforcement Ticket ▾
Status  Open ▾
Tracking Number
Case Number  CE2021024272

### Liens

LNPEND_No

[ New Lien ]   [ Save ]

Board Type  Ticketing ▾

|  | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien |  |  |  |  |  |
| Released Lien |  |  |  |  |  |

date format: MM/DD/YYYY

[ RLN ]

Pending Lien? ☑   Lien Type  AL82
[ Clear Lien ]   Lien Cleared? ☐
Pending Date  Nov 23, 2021
Lien Clear Date

[ CCN ]

[ Certify Lien ]   # Installments  1
☐ OK to Certify?   Certified? ☑
Certified Date  Feb 22, 2022
Amount Certified  500

[ Lien Paid ]   Lien Paid? ☑

Comments

Entered by CFlarre on Nov 23, 2021.
Modified by FThelusma on Feb 22, 2022.

### Fees

[ New Fee ]   [ Save ]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Ticket Issued ▾ | $ 500.00 | 1 | 500.00 |
| Ticket Issued | $ 500.00 | 1 | 500.00 |

Lien Costs  500.00
Total Due  0.00

Department of Finance
Online Payments

Receipt

Your Reference Number:
**2022053001-410**
02/22/2022 4:55:17 PM
Web_user
*** DUPLICATE RECEIPT 02/23/2022 12:28 ***

TRANSACTIONS

**If you have a Customer Number, please cl** $500.00
**2022053001-410-1**
CUSTOMER #: 154209
*AR Payment* *$500.00*
INVOICE #: 7093551
BALANCE DUE: 500

TOTAL AMOUNT:
**$500.00**

PAYMENT

**American Express Credit Sale** $500.00
CARD NUMBER: ***********1059
LAST NAME: Bob Patron

CE2022053001-410



## Credit Card Receipt(Merchant Copy)

DATE/TIME: 02/23/2022 12:28
AMERICAN EXPRESS SALE ***********1059 K
AMOUNT: $500.00
AUTH CODE & RECEIPT ID: 248718
REFERENCE NBR: 2022053001-410

Signature _____



Credit Card Receipt(Customer Copy)

DATE/TIME: 02/23/2022 12:28
AMERICAN EXPRESS SALE ***********1059 K
AMOUNT: $500.00
AUTH CODE & RECEIPT ID: 248718
REFERENCE NBR: 2022053001-410

| | Interview with Raúl Martínez 9.10.18  Part 1<br>Duration: 15:50<br>Participants: Mr. Raúl Martínez, Mr. Bill Fuller, Mr. Rolando Acha<br>[I/I] Ininteligible [U/I] unintelligible [PH] phonetic Italics used for words not in the original language | |
|---|---|---|
| Speaker | Spanish | English |
| Raúl Martínez | …un programa hoy lunes, a las cinco de la tarde, me dijo que sí. Aquí no hay condiciones, aquí las preguntas las voy a hacer yo, las va a hacer Ronald, las va a contestar, y esperemos que ustedes puedan, eh, conocer un poco más de quién es él. ¿Por qué? Porque hay una pelea, que al final los que van a pagar son los contribuyentes de la ciudad de Miami. Porque el señor, eh, Comisionado Joe Carollo, comisionado que también fue alcalde por un tiempo en la ciudad de Miami, eh, se ha empeñado en, mandarle los inspectores, le están sirviendo de noche de, de guardia [I/I], están, eh, con la chapa, eh, ha habido una investigación del Comité de Ética que todavía, escuchen, el Sr. Fuller hizo la acusación, después la retiró, pero esa investigación no se ha cerrado. Escuchen esto, porque a mí me extrañaba que una investigación de la Comisión de Ética, después que comenzara, porque el demandante, o el que estaba acusando decía "No, no aquí no pasó nada". Yo me he leído las páginas, y hay muchas cosas que salen en esa investigación, que son extremadamente preocupantes. | ..a program today, Monday, at five in the afternoon, said yes to me. There are no conditions here, I'm going to ask the questions, Ronald is going to ask the questions, he'll answer them, and we hope that you all can, um, get to know a little, um, get to know a little more about who he is. Why? Because there is a fight, which at the end of, those who will pay for it are the taxpayers of the City of Miami. Because the gentleman, um, Commissioner Joe Carolllo, a commissioner who was also mayor in the City of Miami for a while, um, has persisted in sending inspectors to him, they are providing their services at night as, as[U/I] guards, they are, uh, with their badge, uh, there has been an Ethics Commission investigation which still, listen, Mr. Fuller filed a complaint, he later withdrew it, but that investigation has not been closed. Listen to this, because I thought it strange that an Ethics Commission investigation, after having started because the plaintiff, or the individual making the accusation was saying "No, nothing has happened here". I have read the pages. A lot of the things that come up in this investigation are extremely concerning. |
| Ronald Acha | Ujum. | Uh-huh. |
| Raúl Martínez | No solamente por este señor, pero por todos los demás que viven en la ciudad de Miami. Y al final, si hay una pelea, porque ya hubo un caso en la corte, donde la Ciudad de Miami trató de cerrar, eh, a uno de los negocios que él tiene, fueron a la corte, ya la Ciudad de Miami, | Not only because of this gentleman, but because of all of the rest who live in the city of Miami. And at the end, if there is a fight, because there has already been a case in court, in which the City of Miami tried to close, um, one of the businesses that he has, they went to court, the City of Miami already, |

1

|  | [Ruidos indistinguibles] | [Indistinct noises] |
|---|---|---|
| Raúl Martínez | utilizando los abogados, pues, eh, el juez dijo, desestimó esto. Dijo, "Ustedes pueden volver de nuevo," pero, vamos a ver qué pasa. Todo esto lo van a estar pagan, pagando los contribuyentes de Miami. Le estamos diciendo, al comisionado, Joe Carollo, que lo hemos invitado en varias ocasiones, que sé que él está interesado en hablar conmigo, por lo menos me dijeron eso, que él quería hablar conmigo, pero fuera del aire. No. En el caso de otras personas, yo hablo personalmente, porque no tengo miedo a nadie, de hablar con nadie. En el caso de Joe Carollo, Joe, si quieres hablar conmigo, tiene que ser aquí, [ruido indistinguible] en los micrófonos, y discutir todas las cosas. Y como te dije la vez pasada, nos conocemos desde que tú comenzaste tu campaña, hemos sido asociados, hemos sido amigos, cuando me has necesitado me has llamado, cuando me has brindado tu casa he estado en tu casa, tú has estado en la mía. Esto está de lo más bien. Pero aquí se discutió específicamente algo que a mí me molestó mucho, porque cuando uno acusa a alguien tiene que tener los datos. Entonces, yo hoy he traído al Sr. Fuller, porque primero quiero saber, el Sr. Fuller habla español. No tan bien, quizás, como nosotros, pero habla el español. Y si hace falta algún tipo de ayuda, pues, se la vamos a brindar. Pero él no vino con traductor, él no vino con nadie. Él vino él personalmente. ¿Quién es Bill Fuller? | using the attorneys, well, um, the judge said, he dismissed this. He said "You all can come back again", but let's see what happens. All of this will be paid by, paid by the taxpayers of Miami. We have been telling the commissioner, Joe Carollo, that we've invited him on several occasions, that I know that he is interested in talking to me. At least that's what I've been told, that he wanted to talk to me, but not on air. No. In the case of other people, I'll talk in person, because I'm not afraid of anybody, of talking to anybody. In the case of Joe Carollo, Joe, if you want to talk to me, it has to be here, [indistinct noise] on the microphones, and we'll discuss everything. And as I told you the last time, we've known each other since you started your campaign, we have been associates, we have been friends, when you have needed me, you have called me, when you have welcomed me to your home I have been to your home; you have been to mine. This is just fine but something has been specifically discussed here that bothered me a lot, because when you accuse someone, you have to have the information. So, I have brought Mr. Fuller in, because first I want to know, Mr. Fuller speaks Spanish. Maybe not as well as we do, but he speaks Spanish. And if any help is needed, well, we'll provide him with it. But he did not come in with a translator; he did not come in with anybody. He came in himself, personally Who is Bill Fuller? |
|  | [Ruido indistinguible] | [Indistinct noise] |
| Bill Fuller | Buenas tardes, Raúl, *uh*, mucha gracias para la chance de venir aquí y hablar de estos asuntos, *um.* Aquí, uh, quería   decir que la verdad es que, los asuntos que tenemos son | Good afternoon, Raúl, uh, thank you very much for the opportunity to come here and talk about these matters, um. I wanted, uh, to say here that the truth is that, the issues that we have are very |

| | | |
|---|---|---|
| | muy triste para la zona de la Pequeña Habana, para la Calle Ocho, para la ciudad de Miami. Hay muchi, hay muchos, *um*, de nosotros en la Calle Ocho para, para más de veinte años que estamos fajando para me, mejorar la zona, y, um, y | sad for the Little Havana area, for Eighth Street, for the city of Miami. There is very ma, there are a lot, um, of us on Eighth Street for, for over twenty years who are fighting to, to improve the area and, um, and |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| Bill Fuller | Y,*um*,y no puedo creer que hace nueve meses cuando el *Commissioner* Joe Carollo llegó, se empezó a cambiar mucho los asuntos ,con muchos atacos[ph] uh, directos, a nuestros negocios, a nuestros propiedades, um, eh, hay evidencia que, que él ha llegado por la medianoche por nuestros propiedades haciendo investigaciones , *um*, también, tra, tratando *uh*, a dividir la comunidad, y con los negocios, diciendo que " Bill, eh, Bill y sus socios están tratando hacer problemas para otros negocios", cuando la evidencia verdad, y eh, se puede ver por nuestro trabajo de más de veinte años es que yo y mi socio siempre ha dedicamos nuestra vida *uh*, con mucho amor, porque es una causa muy personal para nosotros, a la zona… | And,*um*, and, I can't believe that nine months ago when Commissioner Joe Carollo arrived, he started to change things with a lot of direct attacks, um, towards our businesses, um, there is evidence that, that he has come by our properties around midnight, doing investigations, um, also, try, trying um, to divide the community, and with the businesses, saying that "Bill,um, Bill and his partners are trying to create problems for other businesses," when the real evidence, and uh, you can see from our work of over twenty years is that me and my partner have always dedicated our lives uh, with a lot of love, because it's a very personal cause for us, at the area… |
| Raúl Martínez | Pero, por eso, pero por eso Míster Fuller. ¿Quién, quién eres tú y por qué veinte años, y por qué la Pequeña Habana? | But, that's why, but that's why, Mr. Fuller. Who are you, and why for twenty years, and why Little Havana? |
| Bill Fuller | [I/I]… | [U/I]… |
| Raúl Martínez | Tú eres un, un norteamericano, ¿no? | You are an, an American, right? |
| Bill Fuller | Sí, sí. Soy, *uh*, nació aquí, pero nació a padres cubanos, *uh*… | Yes, yes. I, uh, was born here, but was born to Cuban parents, uh… |
| Raúl Martínez | *Okay.* | Okay. |
| Bill Fuller | Mi, mi, la, lo, la familia de mi papá se mudaron a Cuba en mil nuevecientos [ph] dos. *Um*, y vivieron en el, *uh*, en la zona de | My, my, my, the, the, the family of my father moved to Cuba in nineteen hundred and two. Um, and they lived in the, uh, in the area of |

|  |  |  |
|---|---|---|
|  | Holguín, en Oriente. Tenían negocios ahí, y también al mismo tiempo tenían una casa, *uh*, por Shenandoah, en la Diecinueve Avenida y  la Doce Calle. *Uh*, pero siempre, los, um, hermanos y [I/I] de los hermanos de mi papá, uh, crecieron en, en Cuba. También al mismo tiempo mi mamá se [I/I], *uh*, se vino aquí cuando tenía doce años de, y vivió en Havana[ph], y vino con el Pedro Pan, para vivir aquí sola, *uh*, después, años después llegaron mis abuelos, pero yo crecí, y, uh, y… | Holguín, in Oriente. They had businesses there, and at the same time they also had a house, uh, around Shenandoah, on Nineteenth Avenue and Twelfth Street. Uh, but the brothers [U/I] and the brothers of my dad always grew up in, in Cuba. Also, at the same time, my mom[U/I], uh, came here when she was twelve years old, and lived in Havana, and came over with Peter Pan, to live here by herself, uh, afterwards, years later, my grandparents arrived, but I grew up, and, uh, and, and… |
| Raúl Martínez | Entonces, tú tienes, tú tienes amarres en la Pequeña Habana. | So then, you have, you have ties to Little Havana. |
| Bill Fuller | No, tengo mucha pasión para la, la cultura cubana, y tengo mucho amor para la Calle Ocho, y eso fue, no fue un co, un *coincidence*. Eso fue una | Well, I have a lot of passion for the, the Cuban culture, and a lot of love for Eighth Street, and that was, it wasn't a co, a coincidence. It was a |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez |  Una coincidencia. | A coincidence. |
| Bill Fuller | Un coincidencia. Yo llegué allí, a… | A coincidence. I arrived there, to… |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | Tienes que, tienes que pegarte más al micrófono. | You have to, you have to get closer to the microphone. |
| Bill Fuller | Yo llegué, yo llegué allí, a la calle, *uh*, en, eh… | I arrived, I arrived there, to the street, uh, in, uh… |
| Raúl Martínez | ¿En qué año? | In what year? |
| Bill Fuller | En el dos mil dos. Eh, comprando propiedades. Y, y en el dos mil, uh, cuatro, uh, yo, entré un negocio con mi socio, uh, Martín Pinilla, que también él tiene, *uh*, él tiene raíces cubanas, que el, el padre de él es cubanas. Y, y vimos, y tenemos la misma visión, él y yo, para mejorar la zona. La verdad es que cuando llegamos, eh, yo pensé, por parte cubana, diciendo "¿Cómo es que llegan las turistas aquí y, y, y esto es el | In two thousand two. Um, buying properties. And, and in two thousand, uh, four, uh, I got into a business with my partner, Martín Pinilla, who also has, uh, Cuban roots, because his, his parent are Cuban. And, and, we saw, and we have the same vision, he and I, to improve the area.  The truth is that when we arrived, the Cuban part, saying "How is it that tourists come here and, and, and this is the best as Cubans that we can give to, to, to the, the tourists who come?" And |

| | | |
|---|---|---|
| | mejor como cubanos que podemos dar a los, a, a los turistas que viene"? Y año por año, empezamos a, a encontrar y, y, uh, [I/I] a inquilinos que pudieran, eh, | year after year, we started to, to find and, and, uh, [U/I] renters that might, um, |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| Bill Fuller | hablar más de la, *uh*, historia cubana, de la cultura, *um*, Azúcar Ice Cream, unos de los, uh, de las tabaquerías, um, Ball & Chain, que la verdad es una, un, un club que, que se creó, [I/I], eh, fue creado para a celebrar la cultura cubana, *um*, y… | talk more about Cuban history, about the culture, um, Azúcar Ice Cream, one of the, of the tobacco shops, um, Ball & Chain, that really is a, a, a club that, that was created [U/I], um, was created to celebrate the Cuban culture, um, and … |
| Raúl Martínez | Para los que no sepan, Ball & Chain era un bar, eh, conocidísimo aquí en los años cincuenta y sesenta, y después, lo cerraron, y se convirtió en una mueblería. Yo lo que me recuerdo | For those who don't know, Ball & Chain it was an, um, extremely well-known bar here, um, in the fifties and sixties, and it was later closed, and it was turned into a furniture store. What I remember |
| Bill Fuller | Sí. | Yes. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | [I/I]. | [U/I]. |
| Raúl Martínez | [I/I] la memoria, aunque yo no me crié ahí, me recuerdo que, que, había una mueblería. No me recuerdo el nombre de ella. | [U/I] my memory, though I did not grow up there, I remember that, that, there was a furniture store. I don't remember its name. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Se llamó el Futurama Furniture Store. | It was called Futurama Furniture Store. |
| Raúl Martínez | Futurama. Correcto, Futurama. | Futurama. Correct, Futurama. |
| Bill Fuller | [I/I]. | [U/I]. |
| Raúl Martínez | Eh, eso cerró. Como todo lo que estaba pasando en la Calle Ocho, todos esos negocios, las, las personas que se criaron ahí, como yo, tienes el caso que yo me crié, yo después me fui pa' Hialeah, y, muchas personas se fueron mudando, y eso fue, decaden, y, y, y, y fue en decadencia. Pero ahora, una de las cosas que están diciendo es | Um, that closed. Like everything that was happening on Eighth Street, all those businesses, the, the people who grew up there, like me, you have my case that I grew up, I later went to Hialeah, and, a lot of people started moving, and it started to go down, and, and, and, and it started to go downhill. But now, one of the things they're saying is that you guys, and [U/I] and you |

5

|  | que ustedes, y [I/I] y tú en específico, porque yo preguntaba los nombres, y, entonces me hablaban de los enchufados, y me daban a entender que era dinero venezolano sucio, que era dinero, porque cuando [I/I]… | specifically, because I'd ask about names, and, then they'd talk to me about people who were plugged in, and they'd insinuate to me that it was dirty Venezuelan money, that it was money, because [U/I] … |
|---|---|---|
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Lavado de dinero. | Money laundering. |
| Raúl Martínez | [I/I] lavado de dinero, tú | [U/I] money laundering, you |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | [I/I] nombre | [U/I] name |
| Raúl Martínez | Tú tienes raíces que te apegan a la comunidad. | You have roots that tie you to the community. |
| Bill Fuller | [I/I]. | [U/I]. |
| Raúl Martínez | Que te apegan a, a, lo que es la Pequeña Habana. | That tie you to, to, Little Havana. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | Y tú empiezas a comprar propiedades, como lo hubiera comprado cualquier otra persona. | And you started to buy properties, like any other person would have. |
| Bill Fuller | Cierto. | True. |
| Raúl Martínez | Y tú tienes, y, y nadie puede culparte de que tú tengas diez, quince propiedades ahí, eso es tu dinero. Al contrario, debieran sentirte orgullosos, ¿no? la, la, la, la pelea que hay en este momento entre el comisionado y tu persona, entre el comisionado y tú, ¿por qué viene eso? | And you have, and, and nobody can blame you for your having ten, fifteen properties there; that's your money, Just the opposite, they should feel proud, right? The, the, the, the fight that there is at this time between the commissioner and yourself; between the commissioner and you, why did that start? |
| Bill Fuller | Eso, la verdad, no sé exacto, pero, yo pienso que él, él vea la zona, los dos o tres cuadras que yo dediqué a mucho de nues, nuestro tiempo ahí, y lleguen cada año cuatro millones de, de turistas. ¿Okay? Eso llega a ser uno a cuatro turistas quien vienen a la ciudad de Miami, vienen a la Pequeña | That, the truth is, I don't know exactly, but I think that he, he looks at the area, the two or three blocks that I, dedicated, a lot of ou, our time there, and each year four million tourists come. Okay? That is one out of four tourists that come to the city of Miami, to Little Havana. And, and, that is very different. That area there, isn't going |

| | | |
|---|---|---|
| | Habana. Y, y, eso es muy distinto. Esa zona allí, eh, no va a cambiar su, con esa zona, no, no va a cambiar la, la zona entera de la Pequeña Habana. Eso no va a pasar. Entonces, pero, al mismo tiempo, yo pienso que Joe Carollo lo vea, esa zona, como el, el mejor parte del distrito, y él lo vea como una oportunidad a, a coger como crédito para el éjito[ph], el éxito de esa zona. Pero, eh, como yo lo he dicho, yo ha estado allí más de [I/I] de veinte años, y en ese tiempo nunca, yo ha visto Joe Carollo. | to change its, with that area, it's not, not going to change the, the entire area of Little Havana. That's not going to happen. So, but, at the same time, I think Joe Carollo sees it, this area, as the, the, best part of the district, and he sees it as an opportunity to, to take like credit for the uccess[ph], the success of that area. But, um, as I have said, I have been there over [U/I] twenty years, and have never seen Joe Carollo in that time. |
| Raúl Martínez | [I/I]. | [U/I]. |
| Bill Fuller | Nunca lo, lo vi, en la calle, nunca lo vi en una, en una cita de la comunidad, nunca lo vi hablando o viniendo a nuestros negocios. Soy presidente de la organización Viernes Culturales. | I never saw him at the street, I never saw him at a, at a community meeting, I never saw him talking or coming to our businesses. I'm the president of the Viernes Culturales organization. |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Yo nunca vi a, a Joe Carollo venir a, a Viernes Culturales. Entonces, él ha llegado allí, se ha mudado como tres cuadras de ese parte del, del, del barrio, y él, él tiene muchas ideas para esas tres cuadras, pero la verdad es que las zonas más importantes de la Pequeña Habana son como Flagler y los avenidas, y las otras áreas de Calle Ocho están sen[ph], sin representantes. | I have never seen Joe Carollo come to, to Viernes Culturales. So, he arrived there, he moved about three blocks from that part of the neighborhood, and he, he has lots of ideas for those three blocks, but the truth is that the most important areas of Little Havana is like Flagler and the avenues, and the other areas of Eighth Street are wi[ph] without representatives. |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Eh, todos esos áreas son que [I/I] tener, eh, están efectivo y tener en malas con, condiciones, en Flagler, por ejemplo, todos los negocios han, eh, hecho bancarrota porque sigan estar con los, los, el construcción allí, y, y, él, él, ¿adónde está | Um, all those areas are [U/I] have, um, are effective and have in bad con, conditions, on Flagler, for example, all the businesses have, um, have done bankruptcy because they continue to be with the, the, the construction there, and, and, he, he, where is |
| | [Voces entrecruzadas] | [Overlapping voices] |

| Raúl Martínez | Pero, tú, [I/I]no tienes, | But, you, [U/I] don't have, |
|---|---|---|
| Bill Fuller | el comisionado? | the commissioner? |
| Raúl Martínez | no tienes nada que ver con eso de Flagler. Una de las cosas, eh, *Míster* Fuller, que están diciendo es, que parte de lo que quieren hacer es, crear, como se ha acabado el terreno en Brickell Avenue, quieren extender y llamar eso West Brickell, y entonces ir sacando los pequeños negocios, a las personas que viven allí, irlos moviendo, irlos quitando, para tener todas estas grandes deso [ph]. | You have nothing to do with that Flagler stuff. One of the things, um, Mr. Fuller, that they're saying is, that part of what they want to do is, create, since there's no more land on Brickell Avenue, they want to extend it and call it  West Brickell, and then start getting the small businesses out, the people who live there, start moving them, start removing them so as to have all the big things. |
| Bill Fuller | Grandes desarrollos. | Big developments. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | Eso...grandes desarrollos. | That's it… Big developments. |
| Bill Fuller | Sí, pero la cosa es que yo, yo y mi socio no sam[ph], no somos como ese tipo de developer, entonces, yo, la verdad, yo tengo propiedad en Brickell, ¿*okay*? Tenemos propiedad en Brickell, y yo, la verdad, veo la, la Calle Ocho y la Pequeña Habana con más amor, más corazón. Yo no quiero que West Brickell y todos esos edificios entra a la zona. | Yes, but the thing is that I, I and my partner iren't[ph], aren't like that kind of  *developer*, so I, the truth is I have property in Brickell, ¿okay? We have property in Brickell, and I, the truth is, I see Eighth Street and Little Havana with more love, with more heart. I don't want West Brickell all those buildings to come into the area. |
| Raúl Martínez | Ujum. | Uh-huh. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Esos edificios grandes, por ejemplo, yo, uh, soy un *volunteer* en la organización que se llama Dade Heritage Trust, y yo dedica mucho tiempo en preservar los, las estructuras históricas y los tamaños de los edificios… | Those big buildings, for example, I, uh, I'm a volunteer with the organization called Dade Heritage Trust, and I dedicate a lot of time to preserving the, the historic structures and the sizes of the buildings… |
| Rolando Acha | De la pequeña Habana | Of Little Havana. |
| | [Voces entrecruzadas] | [Overlapping voices] |

| Bill Fuller | Cierto. Abso, absolutamente. | True. Abso, absolutely. |
|---|---|---|
| Rolando Acha | Una, una pregunta, es, esto, y volviendo a, a la enemistad que pudo haberse creado entre usted, el Sr. Bill Fuller, y, y Joe Carollo, ¿no será porque usted apoyó a Alfie León, que era el contrincante, el que quedó justamente al final de la boleta? Porque a partir de eso, de unas declaraciones periodísticas, empezó esta persecución en contra suya en seguirlo, al valet parking, luego, creo que hubo una fiesta de… de un, un quince de diciembre, fiesta de Navidad, | A, a question is, this, and going back to, to the animosity that may have originated between you. Mr. Bill Fuller, and, and Joe Carollo, could it be because you supported Alfie León, who was his opponent, the one who was right at the end of the ballot? Because from then on, starting with some statements made in the newspapers, this persecution against you started, following you, to the valet parking area, later, I believe that there was a party on… on December fifteenth, a Christmas party, |
| Bill Fuller | Sí. | Yes. |
| Rolando Acha | que también quiso arruinarle la fiesta de Navidad, que hubo un enfrentamiento diciendo que él era la ley. Desde allí empezó esto, ¿usted cree, o usted supone? ¿O no está totalmente seguro? | Which he also wanted to ruin the Christmas party for you, and there was a confrontation, saying he was the law. This started since then, do you believe or do you suppose? Or are you not totally sure? |
| Bill Fuller | Yo la verdad, no sé, en referencia a eso, alguna gente dicen que fue por ese razón política, pero no, [I/I] lo misma gente no saben | I, the truth is, in reference to that, some people say that it was for that political reason, but no, [U/I] the people themselves don't know. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | ¿Usted apoyó a, a Alfie León, o no? | Did you support Alfie León or not? |
| Bill Fuller | Yo apoyo a Joe Carollo, yo apoyo, a, uh, Tomás Regalado y yo apoyo, eh, Alfie León. Los tres [I/I]… | I support Joe Carollo, I support, uh, Tomás Regalado and I support, uh, Alfie León. The three [I/I] … |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | Tomás Regalado Junior. | Tomás Regalado Junior. |
| Bill Fuller | Sí. [I/I]… | Yes. [U/I]… |
| Raúl Martínez | [I/I]… | [U/I] … |
| Rolando Acha | Usted los apoyó, eh, económicamente, ¿verdad? | You provided support to them, uh, financially, right? |

| Bill Fuller | Eh, exacto. | Uh, exactly. |
|---|---|---|
| Rolando Acha | Contribuyó con él… | You contributed with the… |
| Bill Fuller | Exacto. | Exactly. |
| Rolando Acha | Nunca tuvo ningún enfrentamiento, y, ¿pero se hizo alguna fiesta en alguno, en, en el Ball & Chain? | You never had a confrontation, but, was a party held in any, at, at the Ball & Chain? |
| Bill Fuller | No, no, | No, no, |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | ¿[I/I]Alfie León? | [U/I] Alfie León? |
| Bill Fuller | No. Alguna vez, eh, hicieron una fiesta por Alfie León en una propiedad que yo tenía con mi socio, y, y cuando yo enteré de eso, los, yo mandé que cerraron la fiesta. | No. At some time uh, a party was held for Alfie León at a property I had with my partner and when I found out about it, the, I ordered that they close the party. |
| Rolando Acha | Ujum. | Uh-huh. |
| Bill Fuller | Y eso fue comunicado directo del Sr. Steve Miró, que trabajó por Joe Carollo y cuando él me dijo "Mira, están teniendo un fiesta en su propiedad", yo mandé que cerraran la fie, la pro, la, la fiesta. | And that was directly communicated from Mr. Steve Miró, who worked for Joe Carollo and when he told me "Look, they're having a party at your property," I ordered to close the par, the pro, the, the party. |
| Rolando Acha | [I/I]. | [U/I]. |
| Bill Fuller | Porque, ellos me dijeron, la gente que estaban haciendo la organización, que fue una Get Out The Vote [I/I] y, y no fue… | Because, they told me, the people who were doing the organizing, that it was a Get Out the Vote[U/I] and, and it wasn't… |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | No fue para colectar votos. | It wasn't to collect votes. |
| Bill Fuller | No para específico para hacer para una, una [I/I]… | Not for specific to do, for a, a [U/I] … |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | [I/I] candidato específico. Era un movimiento para que la gente se embullara a salir a votar, pero no para un candidato, específico. Vamos, vamos a una pausa comercial, | [U/I] specific candidate. It was a movement to motivate people to go vote, but it wasn't for a specific candidate. Let's, let's go to a commercial break, because I want to talk about Steven Miró, |

| | | |
|---|---|---|
| | porque quiero hablar sobre Steven Miró, porque Steven Miró era lo que le decían El Enforcer de, de Joe Carollo, y ahora que es el que está yendo a la fiscalía, atacando y acusando a Joe Carollo de cosas impropias que está haciendo, eh, el, el | because Steven Miró was called The Enforcer for, for Joe Carollo, and now he's the one going to the State Attorney's Office, attacking and accusing Joe Carollo of improper things that he's doing, uh, the, the |
| Rolando Acha | [I/I]. | [U/I]. |
| Raúl Martínez | Me recuerda a Miró. Yo no conozco a Miró tampoco. Vamos a una pausa comercial, y regresamos con, eh, eh, [I/I]. | He reminds me of Miró. I don't know Miró either. Let's go to a commercia break, and we'll be back with, um, um, [U/I]. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | Bill Fuller. | Bill Fuller. |
| Raúl Martínez | Bill Fuller, eh, en unos, en unos minutos. | Bill Fuller um, in a, in a few minutes. |
| | [Voz de hombre pregrabada con música en el fondo:] ¡Aviso importante! ¿Sufre de impotencia sexual y las pastillas te han decepcionado? Miami Lakes Medical Center tiene la solución para ti. Llame al tres cero cinco, seis veintiunos, ochenta cincuenta y uno. Ellos ofrecen un tratamiento sin dolor, | [Prerecorded male voice with music in the background:] This is an important advertisement! Ae, you suffering from sexual impotence and pills have been disappointed by pills? Miami Lakes Medical Center has the solution for you. Call three, zero five, six, two, one, eight zero, five, zero, one. They offer a painless treatment, |
| | [Ruidos] | [Ruidos] |
| | sin cirugía, sin | without surgery, without |
| | [Ruidos indistinguible] | [indistinct noises] |
| | [Voz de hombre pregrabada con música en el fondo:][I/I] una dosis en la clínica, y va a saber de tres a cinco minutos el resultado. Y la primera consulta es gratis. Tres cero cinco, seis veintiunos, ochenta cincuenta y uno. Pase de impotente a potente. Tres, cero, cinco, seis, veintiuno, ochenta cincuenta y uno. Tres cero cinco, seis veintiunos, ochenta cincuenta y uno | [Prerecorded male voice with music in the background:] [U/I] one dose at the clinic, and you'll know the results in three to five minutes. And the first consultation is free. Three, zero five, six, two, one, eight zero, five, one. Go from impotent to virile. Three, zero five, six, two, one, eight zero, five, one. Three, zero five, six, two, one, eight zero, five, one. |
| | [Pregrabado:] [Timbra teléfono] [Voz de mujer pregrabada:] ¡Hola! [I/I] y reclamos. | [Pre-recorded:] [Telephone rings] [Pre-recorded woman's voice:] Hello![U/I] and claims. My name |

| | | |
|---|---|---|
| | Me llamo Irma. [Voz de hombre pregrabada:] ¡Wow! ¿Ha pasado otro mes y todavía no le han pagado su reclamo de seguro? ¡Te lo creo! Yo soy su abogado de seguros. Anthony López. Y he ayudado miles de personas recuperar su dinero para arreglar sus daños. [Voz de hombre pregrabada:] Si tu reclamo fue rechazado, o le pagaron poco dinero, déjenos luchar por la cantidad que merece. La consulta, y el comienzo de su caso, es gratis. Llame al tres,cero,cinco, ochocientos [I/I]. Tres,cero,cinco, ochocientos cuatro, siete,seis dos. O visite [I/I]lawyers punto com. | is Irma. [Pre-recorded man's voice:] Wow! Has another month gone by and they still haven´t paid your insurance claim? I believe you! I am an insurance attorney. Anthony López. And I have helped thousands of people recover their money to repair their damages. [Pre-recorded man's voice:] If your claim was rejected, or you were paid a small amount of money, let us fight for the amount you deserve. The consultation, and the beginning of your case, is free. Call three, zero five, eight, zero, zero, [U/I]. Three, zero five, eight, zero, zero, four, seven, six, two. Or visit [U/I] lawyers dot com. |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| | [Voz de hombre pregrabada:] Entérate de todo lo que sucede dentro y fuera del estadio. ¡La temporada del fútbol [I/I] está aquí! ¡[I/I]! [I/I] deportes de lunes [I/I] presentado en vivo por [I/I] a partir de las ocho de la noche por Radio Caracol [música] Doce Sesenta AM. | [Pre-recorded man's voice:] Find out about everything that's happening inside and outside the stadium. Soccer season is [U/I] is here! [U/I] sports from Monday[U/I] presented live by [U/I] starting at eight o'clock in the evening on Radio Caracol [music] Twelve Six Zero AM. |
| | [Voz de mujer pregrabada:] ¿Tienes un accidente y piensas llamar a la compañía de seguros? Es un error. [Sonido de bocinazo de perdedor] Los seguros no son tus amigos. Te prometen ir a tu casa para arreglar tu carro inmediatamente. Te dicen que van a llamar, pero nunca te llaman. Las llamas y no te atienden el teléfono. ¿Estás en esta situación? No caigas en la trampa, porque van a pasar los catorce días, y no tendrás derecho a nada. Soy [I/I] Martínez, su abogada de accidentes. Llámame y verás la diferencia. Ocho, cinco, cinco, dolor, cinco cinco. Ocho cinco, cinco, seis, siete, cinco, cinco. | [Pre-recorded woman's voice:] Have you been in an accident and are thinking of calling the insurance company? That's a mistake [Loser button sound] Insurance companies are not your friends. They promise you to go to your house to repair your car immediately. They tell you they're going to call you, but they don't call you. You call them and they don't take your call. Are you in this situation? Don't be fooled, because the fourteen days are going to go by, and you won't have a right to anything. I'm [U/I] Martínez, your accident attorney. Call me and you'll see the difference, Eight, five, five, dolor, five, five five. Eight, five, five, six, seven, five five. |
| | [Ruidos indistinguibles] | [Indistinct noises] |

| | [Voz de mujer pregrabada:]Estimado oyente de Caracol, soy Marilis Cancio. Los invito a que juntos superemos la política partidista y trabajemos por lo que nos afecta a todos. [I/I]… | [Pre-recorded woman's voice:] Dear Caracol listener, I am Marilis Cancio. I invite you to overcome, together, political partisanship, and work together for what affects us all. [U/I] … |
|---|---|---|
| | [Termina grabación] | [End of recording] |

| Interview with Raúl Martínez 9.10.18  Part 2 | | |
|---|---|---|
| Duration: 08:35 | | |
| Participants: Mr. Raúl Martínez, Mr. Bill Fuller, Mr. Rolando Acha | | |
| [I/I] Ininteligible [U/I] unintelligible [PH] phonetic Italics used for words not in the original language [I/I] | | |
| Speaker | Spanish | English |
| | [Comienzo de grabación] | [Beginning of recording] |
| Raúl Martínez | [I/I] el parqueo. | [U/I] the parking. |
| Bill Fuller | Exacto. Ellos lo pagan eso y, y lo hacen. Pero la verdad de que ya en cinco años yo veo que posiblemente valet no va a existir porque, cada año, eh, se sube el negocio, el Ball & Chain y más, y más estamos viendo que Uber y Lyft traigan los, los que va, vengan para, para tener… para estar en la… | Exactly. They pay for that and, and they do it. But the truth is that I see that in five years valet possibly won't exist because every year business, the Ball & Chain, increases, and we're seeing more and more Uber and Lyft bringing over the, the people that go, that come to, to have… to be in the… |
| Raúl Martínez | Pero allí no hay parqueo, prácticamente. | But basically, there's no parking there. |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| Raúl Martínez | Ninguno de los negocios, por ejemplo, si alguien tiene que ir al, el, al cine Tower que es ahora de el Miami-Dade Community College, eso no tiene parqueo tampoco. | None of the businesses, for example, if someone has to go to the, the Tower movie theater which is now Miami-Dade Community College's, that doesn't have parking either. |
| Bill Fuller | Tiene un parqueo, *uh*, chiquito al lado, en el, a, al lado de Domino Plaza*,* pero, no, la verdad, como yo digo, mucha más gente en el *urban core* están llegando a estos cosas con Uber y Lyft. | It has a, uh, small parking lot next to it, in the, ne, next to Domino Plaza, but, no, the truth, like I told you, many more people from the urban core are arriving to these things with Uber and Lyft. |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Y en más, en cinco años, eh, el valet posiblemente no voy a tenerlo porque ya yo estoy viendo, más de setenta por ciento los clientes están llegando como, eh, con, con Uber. | And in more, in five years, um, I'm possibly not going to have the valet, because I'm already seeing more than seventy percent of the clients arriving with, with Uber. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | ¿Y el, y el *trolley* ese trabaja por la noche o no? | And does that trolley operate at night, or doesn't it? |
| Bill Fuller | *Uh*, algunas veces el *trolley* sí trabaja y, y le gusta a la gente porque pueden llegar de | uh, sometimes the trolley does operate, and, and people like it because they can come from Brickell |

| | Brickell y [I/I] por Miami-Dade College en InterAmerican Campus que está en la Veintisiete y la Ocho. | and [U/I] by Miami-Dade College at InterAmerican Campus that's on Twenty-seventh and Eighth. |
|---|---|---|
| Raúl Martínez | En uno de los artículos que yo leí, Carollo había estado con otras personas, creo que Steven Miró y su esposa, estaban comiendo en algún lugar y él, Carollo lo llamó y le dijo "Tienes que venir pa' acá ahora mismo", esto es de acuerdo al periódico, | In one of the articles that I read, Carollo had been with other people, Steven Miró and his wife, I believe, and, they were eating somewhere, and he, Carollo, called him and said to him "You have to come over here right now," this according to the newspaper, |
| Rolando Acha | Ujum. | Uh-huh. |
| Raúl Martínez | lo que estoy leyendo en el periódico. | what I'm reading in the newspaper. |
| Rolando Acha | La investigación. | The investigation. |
| Raúl Martínez | Y lo que hicieron fue ir al parqueo de la… de San Peter and Paul, de la iglesia porque decían que lo estaban utilizando como parqueo ilegalmente. | And what they did was go to the park of the… Saint Peter and Paul, of the church, because they were saying that they were using it as a parking lot illegally. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | ¿Cuáles son las regulaciones? Porque en el… cuando hay juegos del Orange, en lo que era el antiguo Orange Bowl que ahora es el Miami, eh, eh, Marlins Stadium, muchas de las personas se ganan diez pesitos, cinco pesitos, quince pesitos con los parqueos que dejan a la gente. Cuando estaba el Orange Bowl, más todavía porque el Orange Bowl no tenía parqueo. ¿Por qué?, ¿cuáles regulaciones de, de, de… que la ponen tan difícil para los negocios que nunca tuvieron parqueo? porque en la Calle Ocho no había parqueo. | What are the regulations? Because in the… when there are games at the Orange, at what used to be the old Orange Bowl, which now is the Miami, um, um, Marlins Stadium, many of the people would make ten bucks, five bucks, fifteen bucks with the parking they leave for people. When the Orange Bowl was there even more, because the Orange Bowl didn't have parking. Why? Which regulations of, of, of… that they make it so difficult for businesses that never had parking? Because there was no parking on Eighth Street. |
| Bill Fuller | Para empezar, ah, ellos llegaron ahí a la medianoche, Steve Miró y Carollo, y otra señora, y dicieron [ph] al valet allí que estaban, que tenían una cita de ese tiempo en la mañana con el, la cura, ¿okay? | To start with, um, they, Steve Miró and Carollo, arrived there at midnight, and another lady, and they told the valet there that they were, that they had an appointment at that hour of the morning, with the priest, okay? |
| Raúl Martínez | ¿Con el sacerdote? | With the priest? |

2

| Bill Fuller | Exacto. Le, le hicieron eso. Y después cuando empezaron sacar fotos, el señor de valet le pregunté "*Hey, ¿cómo tú me está haciendo una mentira así*"? Pero tú tiene razón, en esa época la, el valet tenía un *lease*, un contrato con la iglesia y estaba pagando la iglesia cada, mensual, eh, fue una entrada para la iglesia para alquilar ese espacio. Yo pasé… la misma iglesia este fin de semana tenían cincuenta carros en, en el terreno ahí. | Exactly. They did that. And later, when they started taking pictures, the gentleman from the valet asked him, "Hey, how are you doing a lie like that to me?" But you are right, at that time the, the valet had a lease, a contract with the church and was paying the church every. monthly, um, renting that space was income for the church. I spent… the same church had fifty cars on, on the land there this weekend. |
|---|---|---|
| Rolando Acha | Claro. | Of course. |
| Bill Fuller | Y la verdad es que ellos tienen ese derecho y eso fue un robo, la verdad, de Joe Carollo hizo a eso y…, Ball & Chain hay otros parqueos en la Calle Ocho y podemos identificarlos. Él, él sacó esa entrada de dinero a la iglesia, seguimos, ahora estamos parqueando en el Family Dollar. | And the truth is that they have this right and that was stealing, the truth, by Joe Carollo doing that and… but there are other parking lots on Eighth Street and we can identify them. He, he took that money coming into the church, we continue, now we are parking at Family Dollar. |
| Rolando Acha | Ujum. | Uh-huh. |
| Bill Fuller | Hay, hay más, hay diferentes negocios que tienen parqueos que son disponible para los negocios [I/I]… | There are, there are more, there are different businesses that are available for businesses[U/I] … |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | [I/I] les alquilan a ustedes. | [U/I] rent to you guys. |
| Bill Fuller | Exacto. | Exactly. |
| Raúl Martínez | Él, él, él, él alega también de que tuvieron que cerrar lugares que venden comida en la calle. ¿Ustedes venden comida en la calle? | He, he, he, he also alleges that they had to close places that sell food on the street. Do you guys sell food on the street? |
| Rolando Acha | Ah, tenían kioscos, estos kioscos, *containers*, él habla de que no teníamos [I/I]… | Um, we had kiosks, those kiosks, containers, he's taking about us not having [U/I] … |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | No, eso es otra… | No, that's another… |
| Rolando Acha | Sí. | Yes. |
| Raúl Martínez | eso es otra cosa. | That's something else. |
| Bill Fuller | Eso, eso … | That, that… |

3

| Raúl Martínez | que estaban vendiendo comida, | that they were selling food, |
|---|---|---|
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | que estaban friendo en la calle, estaban comiendo en la calle | That they were frying food out on the street, they were eating out on the street |
| Bill Fuller | [I/I]. | [U/I]. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | y que eran de ustedes. | and that they were you guys'. |
| Bill Fuller | No, pero el, el único asunto que puedo hablar fue en referencia a una tienda que tenimos [ph] en una propiedad ahí en la Dieciséis y la Ocho que se llamó Sanguich que fue entro [ph] de un contenador [ph]. *Uh*, pero eso yo tenía entendido que eso fue, *uh*, buen hecho, con los permisos y todo y la verdad es que el señor, el, el alcalde Tomás Regalado y Frank Carollo, el comisionado antes, fue que abrieron esa tienda. Entonces, cuando llegó, dos días antes que Joe entró a la oficina, empezó con *code enforcement* y todas las reglas en, en empezar acusar y tratar cerrar ese negocio, y él estaba muy efectivo en cerrar ese negocio. | No, but the , the only matter that I can talk about was in reference to a store that we had at a property there on Sixteenth and Eighth that was called Sanguich that was in a container. Uh, but my understanding was that it was, uh, done right, with the permits and everything, and the truth is that the gentleman, Mayor Tomás Regalado and Frank Carollo, the prior commissioner, was that they opened that store. So, when he arrived, two days before Joe entered office, he started with code enforcement and all of the rules to, to start accusing and trying to close that business, and he was very effective in closing that business. |
| Interlocutor | Ujum. | Uh-huh. |
| Raúl Martínez | ¿Tú tenías interacción con el hermano, con Frank Carollo | Did you have interactions with his brother, with Frank Carollo, |
| Bill Fuller | [I/I]. | [U/I]. |
| Raúl Martínez | cuando era comisionado? Y me dice que la tuviste con el alcalde también. | when he was commissioner? And he's told me that you also had interactions with the mayor too. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | Eh, ¿cuál es la interacción que tú has tenido con Joe Carollo personalmente? | Uh, what interactions have you had with Joe Carollo personally? |
| Bill Fuller | Eh, la verdad es que Joe y yo sentamos para desa, tener un desayuno como nueve meses antes que él fue… ah, *elected*. | Uh, the truth is that Joe and I sat down for break, to have breakfast about nine months before he was uh, elected. |

4

| | | |
|---|---|---|
| Rolando Acha | Elegido. | Elected. |
| Bill Fuller | Elegido. Y, ah, después lo vi una vez en la calle, hablamos un poco ya, pero después de eso nunca hablamos. Yo ha tratado como, como yo ha dicho, soy presidente de Viernes Culturales. | Elected. Yes, uh, afterwards I saw him once on the street, we talked a little then, but after that we never talked again. I have tried as, as I have said, I am president of Viernes Culturales. |
| Rolando Acha | Ujum. | Uh-huh. |
| Bill Fuller | Y más de seis veces nosotros ha tratamos hablar y comunicar con nuestra oficina, nunca una vez él ha responder a, a nuestros emails, a las llamadas. Por ejemplo, una cosa que él ha hecho, *uh*, hace un mes en la, en la Calle Ocho, es que él ha cerrado la Plaza Dominó. | And we have tried to talk and communicate with our office, never, not once has he responded to, to our emails, the calls. For example, something he has done, uh, a month ago on, on Eighth Street, is that he closed Domino Plaza. |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Entre el Parque Dominó… | Between Domino Park… |
| Raúl Martínez | Lo vi que está cerrado. | I saw that it is closed. |
| Bill Fuller | …y el, el Tower, y [I/I]… | … and the Tower, and [U/I] … |
| Raúl Martínez | Pero yo he estado, yo he estado, tuve el viernes por a, por allí, en el auto, no me bajé, porque no quería que dijera "No, mira, se paró en Ball & Chain, se tomó un trago", o sea… | But I've been, I've been, on Friday I was around the, there, in my car, I didn't get out, because I didn't want him to say "Well, look, he stopped at Ball & Chain, he had a drink". I mean… |
| Rolando Acha | [Ríe] Y por eso [I/I]. | [Laughs] And that's why [U/I]. |
| Raúl Martínez | Y el domingo hice lo mismo, porque yo me crié ahí, yo, yo cami- [corte de audio] | And on Sunday I did the same thing, because I grew up there, I, I walk [audio stops] |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| Raúl Martínez | y le hicieron así por Brickell Avenue para… era cuando era doble vía y caminé mucho y, y… interesante porque me recordaba de muchos de los negocios que estaban allí en aquellos tiempos. Eh, yo vi que eso estaba cerrado también. | And they did it like that around Brickell Avenue so as to… it was when it was traffic in both directions and I walked a lot and, and… interesting because it reminded me of a lot of the businesses that were there back then. Um, I saw that it was closed too. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | ¿Lo cerraron por algo? | Did they close it because of something? |

| Bill Fuller | Él, él… yo la verdad pienso que él lo cerró para dar daño a Viernes Culturales. | He, he… the truth is I think that he closed it to hurt Viernes Culturales. |
|---|---|---|
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Porque el viernes antes cuando tenemos el festival, él lo abrió la, la plaza el miércoles y yo estaba pensando *Wow*, mira está abierto, ya listo para el festival". Y dos horas antes que empezara el festival el viernes, dos inspectores llegaron de la ciudad y miraron dos, *uh*, huecos chiquitos dicieron [ph] "Mira, vamos a cerrar la plaza". | Because the Friday prior when we had the festival, he opened the, the plaza on Wednesday and I was thinking "Wow, look, it's open and ready for the festival." And two hours before the festival was to start on Friday, two inspectors from the city showed up and looked at two, uh, small holes, said "Look, we're going to close the plaza." |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Y lo cerraron. | And they closed it. |
| Raúl Martínez | Pero, pero un, un comisionado… | But, but, for a commissioner… |
| Rolando Acha | ¿Tiene ese poder? | He has that power? |
| Raúl Martínez | Ese, ese problema que tengo yo con la Comisión de Ética ahora. | That's, that's the problem that I have with the Ethics Committee now. |
| Rolando Acha | Ujum. | Uh-huh. |
| Raúl Martínez | Un comisionado no tiene el poder para llamar a un empleado de la ciudad y darle instrucciones. ¿Dónde está el *manager* Emilio González?, el general, eh, el cinco estrellas. | A commissioner does not have the power to call an employee of the City and give him instructions. Where is the manager, Emilio González? The, uh, five-star general? |
| Rolando Acha | Exacto. | Exactly. |
| Raúl Martínez | ¿Y dónde está el alcalde que cada día demuestra, | And where is the mayor who shows every day, |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Eso, | That, |
| Raúl Martínez | que a la mejor lo que debe es renunciar. | that maybe what he should do is resign. |
| Bill Fuller | Eso[ph] son… | That are… |
| Raúl Martínez | ¿Dónde están ellos que no se presentan ahí? | Where are those who do not appear there? |
| Bill Fuller | Eso la verdad son buenas preguntas porque no, el distrito no sólo es para Joe Carollo, es el distrito es para la administración entera. Está para la administrón [ph] entera. Pero | Those, the truth is, are good questions because no, the district is not only for Joe Carollo, it's a district for the entire administration. It is for the |

6

| | | |
|---|---|---|
| | más que nada cerraron para el festival, pero el daño más grande para la comunidad es que él saco todos los pancones [ph] de la plaza. | entire administration. But more than anything they closed for the festival, but the biggest harm for the community is that he removed all of the penches from the plaza. |
| Rolando Acha | Ah, los bancos, los bancos. | Oh, the benches, the benches. |
| Bill Fuller | Los bancos. Y todos los hombres, los hombres mayores que, que llegan ahí de la comunidad para hablar de su historias y la vida, y la política, y todo eso, ya no tienen, ah, zona para sentar. Eso… | The benches. And all the men, the elderly men who, who go there, who, who go there from the community to talks about their stories and life, and politics, and all that, they no longer have, uh, an area to sit, That… |
| Raúl Martínez | No, no, no , | No, no, no , |
| Rolando Acha | [I/I] hacerlo. | [U/I] do it. |
| Raúl Martínez | No son las personas que van al Ball & Chain [I/I]. | They are not the people who go to the Ball & Chain [U/I]. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | No son esos. Son las | They are not those. They are the |
| Raúl | Son gente del pueblo. | They are everyday locals. |
| Bill Fuller | Son la gente que viven ahí, que la verdad, ¿qué, qué parque en el mundo… | They are the people who live there, who, the truth is, what, what park in the world… |
| Rolando Acha | Bill… | Bill… |
| Bill Fuller | tiene, no tienen la capacidad que la, la gente de la zona…? | Has, doesn't have, the capacity that the, the people from the area…? |
| Rolando Acha | Tenga la posibilidad de hacerlo. Bill, ¿tú te, tú retiraste esta investigación de la Comisión de Ética? Porque se decía o se presume que tú ibas a hacer una, una… una demanda personal para, a nivel… porque te ves afectado a nivel civil, ¿o no? | Has the possibility of doing it. Bill, did you, did you withdraw this This Commission investigation? Because it was said, or it is presumed that you were going to make a, a… a personal lawsuit so as to, at the level … because you are being affected at the civil level, right? |
| Bill Fuller | Cuando tú llega a ver y leer el reporte, el treinta y ocho páginas, tú va a ver como más de veinte cosas que podemos siguir [ph] es en *civil, in criminal* y más *ethics;* violaciones que existen ahí. Entonces yo lo saqué porque cuando empezó a llegar el testimonio y la | When you get to see and read the report, the thirty-eight pages, you will see how more than twenty things that we can follow is in civil, criminal, and more ethics; violations that there are there. So, I withdrew it because when testimony and evidence started coming in, it was |

7

| | evidencia fue mucho más que la… el, el, el, el *ethic violation* que pusimos antes. | much more than the… the, the, the ethic violation that we filed before. |
|---|---|---|
| Rolando Acha | Que la violación de ética. | Than the ethics violation. |
| Bill Fuller | Ujum. | Uh-huh. |
| Rolando Acha | Entonces, ¿piensan hacer ustedes de repente una demanda? | So, do you guys plan to maybe file a lawsuit? |
| Bill Fuller | Absolu, absolutamente van a venir muchas diferentes cosas van a empezar a salir en este pocos de meses que llegan ahora. | Abso, absolutely, many different things are going to start to come out in these couple of months coming up. |
| Raúl Martínez | Vamos, vamos a ir a una pausa comercial. Vamos a continuar, si tienes tiempo podemos continuar un poquitico, es una de las cosas que tengo aquí, los productores me empiezan a hacer señas, "Oye, te pasaste". | Let's, let's go to a commercial break. We are going to continue. If you have time, we can continue for a little while, it's one of the things I have here, the producers start signaling me, "Listen, you went over." |
| Rolando Acha | [Ríe]. | [Laughs] |
| Raúl Martínez | Una de las cosas que tengo, que controlo,es el tiempo. | One of the things I do, is that I control time. |
| Bill Fuller | *Okay.* | Okay. |
| Raúl Martínez | Eh, si te quedas con nosotros, vamos a… porque quiero después llegar a una cosita ahí. Vamos a una pausa comercial. | Uh, if you stay with us, we are going to…because I want to get to something there later. Let's go to a commercia break. |
| Bill Fuller | *Okay.* | Okay. |
| Rolando Acha | Estas son algunas de las | These are some of the |
| | [Fin de la grabación] | [End of recording] |

Interview with Raúl Martínez 9.10.18  Part 3
Duration: 14:30
Participants: Mr. Raúl Martínez, Mr. Bill Fuller, Mr. Rolando Acha
[I/I] Ininteligible [U/I] unintelligible [PH] phonetic Italics used for words not in the original language

| Speaker | Spanish | English |
|---|---|---|
| | [Música pregrabada] [Voz de mujer pregrabada:]Porque [I/I] no sabías. Ah, yo a ti te quiero. | [Pre-recorded music] [Pre-recorded woman's voice:] Because[U/I] you didn't know. Oh, I love you. |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| Raúl Martínez | Son las cinco y treinta y cuatro minutos de La Hora del Regreso con Raúl Martínez en Caracol Doce Sesenta. Me está acompañando Ronald Acha, y tenemos también a Bill Fuller, que está aquí con nosotros, que es el dueño, es, es inversionista, con Barlington Group, pero que él también es dueño de el bar que está …me parece que es el bar de la disputa, ¿no? El bar el Ball & Chain. Pero aparte de esto, aquí, te preguntaba, el intercambio que tú has tenido con él, si ha llegado alguien para sentarlos, a ver cómo se puede llegar a un acuerdo donde, yo, yo te puedo decir personalmente. Yo estuve el viernes, estuve el domingo, que pasé por allí, y vi la actividad inmensa, | It is five thirty-four at La Hora del Regreso with Raúl Martínez at Caracol Doce Sesenta. Accompanying me, is Ronald Acha, and we also have Bill Fuller, who is here with us, who is the owner, he is, he is an investor with Barlington Group, but he is also owner of the bar that is… I believe that it's the bar that's in the dispute, right? The Ball & Chain bar. But besides that, I was asking you here, the exchange that you've had with him, if someone has shown up to sit you guys down, to see how an agreement can be reached where, I, I can tell you personally. I was there Friday, I was there Sunday, I passed by there, and I saw huge activity, |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| Raúl Martínez | como yo hacía tiempo que no veía en Miami. Porque la Calle Ocho, para las personas que no se recuerden, cuando yo, nosotros llegamos aquí en el año sesenta, después de abril, prácticamente la Calle Ocho cerraba, hasta que venía de nuevo noviembre y diciembre, que venían los turistas, | Like I had not seen in Miami for a long time. Because Eighth Street, for those people who don't remember, when I, we arrived here in nineteen sixty, after April, Eighth Street basically would close down, until November and December came around, when the tourists came, |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | se abría ese lugar que es una frutería ahora, que era una frutería abierta allí para la gente comprar las naranjas, y como se ve, | That place that's a fruit store now would open, that was a fruit store there open for people to buy oranges, and as you can see, |

1

|  | [Voces entrecruzadas] | [Overlapping voices] |
|---|---|---|
| Bill Fuller | Y [I/I] los pioneros. | And [U/I] the pioneers. |
| Raúl Martínez | ¿Eh? | Huh? |
| Bill Fuller | Los pioneros. | The pioneers. |
| Raúl Martínez | Sí, correcto. Sí, pero cuando aquello eran americanos todos los que iban. | Yes, correct. Yes, but back then it was all American that would go. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | Me recuerdo que había un, uno, este, unos de los primeros, eh, Royal Castle, que abrie, que abrieron, estaba Willy Ward[ph], que tenía el estudio de ellos allí en la Dieciséis, lo que es el Pub Boy[ph] no era el, el Pub. Lo que era unos de el Badía's. [ph] | I remember that there was a, a, um, one of the first, um, Royal Castles, that was open, that was opened, there was Willy Ward [ph], who had a studio of theirs over on Sixteenth, what is Pub Boy[ph] was not the, the Pub. It was Badía's. [ph] |
| Bill Fuller | Badía's [ph], *yeah*. | Badía's[ph], yeah. |
|  | Entonces, yo, el Tower era el cine que íbamos todos nosotros, fíjese que yo conozco el área, los garajes, todo [I/I], y yo veo que hay, en esas cuadras, [I/I]. También veo muchas CVS, Walgreens, y los bancos, o sea, que veo un movimiento… | So, I, the Tower was the movie theater that we would all go to, listen, I know the area, the garages, every [U/I], and I see that there are, on those blocks, [U/I]. I also see a lot of [U/I] CVSs, Walgreens, and the banks, I mean, that I see movement… |
| Ronald Acha | Ha crecido. Ha mejorado, o sea, | It's grown. It's improved, I mean, |
| Raúl Martínez | Ha crecido… | It's grown… |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Ronald Acha | y ahí se ve bien y el servicio, el servicio es mucho mejor que lo que era más o menos hace diez o quince años, o sea, que [I/I]… | And it looks good there, and the service, the service is much better than what it was more or less ten or fifteen years ago, I mean, that [U/I] … |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | Por eso, no. Ya que él es el, el, el, el, el comisionado de distrito, él no es el rey del distrito, él no es sheriff de distrito | That's right, no. Since the, the, the, the is the district commissioner, he is not the king of the district, he is not the sheriff of the district, |
| Ronald Acha | Él no es [I/I] tampoco. [Ríe] | He's not the [U/I] either. [Chuckles] |

| | | |
|---|---|---|
| Raúl Martínez | ¿Por qué los otros comisionados, el caso de Willie Bor [ph], el caso de, de, de Manny eh, Reyes, de, en el caso de todos ellos, por qué no llaman a contar eso? Espérate un momentico. Aquí nosotros tenemos nuestro distrito para asegurarnos que no haya ratones en la calle. Como, por ejemplo, si tú sales de la Calle Ocho, y vas a la Calle Tres, a la Calle Cuatro, a la Calle Cinco, la situación es pésima. Pasé, y la basura, no la están recogiendo. | Why do other commissioners, like the case of Willie Bor [ph]. the case of, of, of Manny, um, Reyes, of in the case of all of them, why don't they call to tell about that? Wait just a moment. We have our district here to make sure that there are no mice on the street. Like for example, if you get off Eighth Street, and you to Third Street, to Fourth Street, to Fifth Street, the situation is appalling. I went by, and the trash is not being picked up. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | Los escombros no los están recogiendo. Entonces, ¿por qué te vas a dedicar solamente a lavar la cara, los ojos y el resto del cuerpo no lo bañan? | They aren't picking up the debris. So, why are you only going to focus on washing the face, the eyes, and they don't wash the rest of the body? |
| Bill Fuller | Exacto. | Exactly. |
| Raúl Martínez | Allí es donde yo veo, entonces, ¿tú no has este tipo de, de…? | That's where I see, so, you haven't, this type of, of…? |
| Bill Fuller | Es que, es que, la verdad, es una lástima que Joe y yo no podemos sentar y hablar al, al los dife, y, y cada día yo llega a la zona yo veo otra cosa mala, y yo, y yo no tengo ninguna persona que puedo llamar por teléfono y decir "Mira, ¿tú has visto? Por ejemplo, en la Veinte y siete y Dos Avenida y la Calle Ocho van a tumbar la, la iglesia histórica ahí. | The thing is that, the thing is that, the truth, it's a shame that Joe and I can't sit down together and talk to the, the differ, and, and, each day I go to the area I see another bad thing, and I don't have anyone that I can call on the phone and say "Look, have you seen?" For example, on Twenty-seventh and Second Avenue, and Eight Stret they're going to tear down the, the historic church there. |
| Raúl Martínez | ¿La van a tumbar? | They're going to tear it down? |
| Bill Fuller | Lo van a tumbar para poner una, edificio moderno con apartamentos y todo eso. Si yo soy Joe Carollo yo soy [I/I]esa cosa solamente ¿Cómo van a tumbar esa iglesia tan histórico? | They're going to tear it down to put up a, modern building with apartments and all that. If I were Joe Carollo, I'm[U/I] only that thing. How can they tear down that church that's so historic? |
| Ronald Acha | Ujum. | Uh-huh. |

| Raúl Martínez | Bueno, el, que, el que, el que visite la Veintidós Avenida, la Veintidós Avenida es un desastre. | Well, whoever, whoever visits Twenty-second Avenue, it's a disaster. |
|---|---|---|
| Bill Fuller | Desastre. | Disaster. |
| Raúl Martínez | Desastre completo. | Complete disaster. |
| Bill Fuller | Un Public Storage que [I/I]. | a Public Storage that [U/I]. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | No, y no solamente eso. La calle está mala, eh, y las aceras están feas, eh, no limpian, eh, hay unas personas que están haciendo un edificio inmenso ahí, | No, and not only that. The street is bad, um, and the sidewalks look ugly, um, they don't clean, um, there are some people that are building a huge building there, |
| Bill Fuller | Exacto. | Exactly. |
| Raúl Martínez | y tienen cerrado parte de la calle todo el tiempo. Las luces ninguna está sincronizada, | and they have part of the street closed all the time. None of the lights are synchronized. |
| Bill Fuller | Él está diciendo que vamos a perder la cultura en la zona, pero ya estamos perdendo[ph] la zona. Y a está perdiendo, de la Diecisiete, a la Veintisiete de la Doce a, a Brickell, él está perdiendo todo eso, porque no quiere dar la, la, la, el, el, el, no quiere estar por esto, haciendo esta parte de arreglarlo, y mirarlo. | He's saying that we're going to lose the culture in the area, but we're already losing the area. And to be losing, from Seventeenth, to Twenty-seventh, from Twelfth, to, to Brickell, he's losing all that, because he doesn't want to be for that, doing that part of fixing it, and looking at it. |
| Raúl Martínez | Las ciudades tienen | Cities have |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Flagler, por ejemplo. | Flagler, for example. |
| Raúl Martínez | las ciudades tienen dinero de un programa que se llama CDPG; Community Development Block Grant. | cities have money from a program that's called CDPG; Community Development Block Grant. |
| Bill Fuller | Ujum. | Uh-huh. |
| Raúl Martínez | Y esos dineros las ciudades lo pueden utilizar, no sé cómo lo usa la ciudad de Miami, pero lo pueden utilizar las ciudades para ayudar a, a los comerciantes a limpiar sus fachadas. A | And cities can use that money, I don't know how the city of Miami uses it, but cities can use it to help the business people to clean up their |

| | | |
|---|---|---|
| | mejorar sus fachadas. Y ello se puede hacer, porque yo lo hice en Hialeah. | facades. To improve their facades. And it can be done, because I did it in Hialeah. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | La parte de la ciudad de Hialeah, donde estaba el ayuntamiento, eso se fue decayendo. Y lo que hicimos fue, vino unas personas, compraron, nosotros ayudamos, para levantarle la imagen a esa área de ahí. No levantó porque nunca permitimos que se hicieran edificios grandes, y esas cuestiones, pero por lo menos se mejoró bastante. ¿Por qué?  Eh, ¿dónde está el alcalde en todo esto? Porque también el alcalde tiene, | The part of Hialeah where the city hall was, it was going downhill. And what we did was, some people came in, bought, we helped, to raise the image of that area there. It never got up because we never allowed big buildings to be built, and things like that, but at least it improved a lot. Why? Um, where is the mayor in all of this? Because the mayor also has, |
| Bill Fuller | [I/I]. | [U/I]. |
| Raúl Martínez | el alcalde es el administrador, o él es el que nombra al administrador. ¿Dónde está el alcalde, Francis Suárez y el administrador, Emilio González? | The mayor is the administrator, or he is the one that designates the administrator. Where is the mayor, Francis Suárez and the administrator, Emilio González? |
| Bill Fuller | Sólo necesitas mirar a la Flagler, que han ha hecho una construcción grande ahí, y muchos de los negocios han, fueron en bancarrota ahí. Y nunca ha visto ninguna de ellos hablando cómo podemos a, a poner más rápido el construcción, cómo se puede a pagar, como se puede, podemos hacer el CDPG, cómo se puede hacer un, un *facade improvement*. Nada de eso existe ahí. Nada de eso [I/I]. | You just need to look at Flagler. They did a big construction there, and a lot of the businesses have, they went into bankruptcy there. And never have seen any of them talking about how we can put the construction faster, how to pay, how it can, we can do CDPG, how a façade improvement can be done. None of that exists there. None of that [U/I]. |
| | [Ruido indistinguible] | [Indistinct noise] |
| Raúl Martínez | ¿Estarías tú en disposición, Bill, si Joe Carollo lo acepta, sentarse aquí? | Would you be willing, Bill, if Joe Carollo accepts it, to sit here? |
| Bill Fuller | ¿Y debatir? | And debate? |
| Raúl Martínez | No debatir, tener una discusión honesta; una discusión abierta, para saber los parámetros, y saber qué es lo que puede hacer los comerciantes, el público que va allí, y los | Not debate, to have an honest discussion; an open discussion, so as to know the factors, and know what the business people, the public who go there, and the leaders. Because, definitely, |

| | | |
|---|---|---|
| | gobernantes. Porque, definitivamente, los gobernantes tienen el poder de regular. Pero los gobernantes no deben utilizar su poder para ir en contra de alguien específico. Y parte de lo que el, el, la queja, que tú pusiste en la fiscalía, pues, eh [I/I] la fiscalía, el Comité de Ética, está diciendo que están haciendo un enforzamiento selectivo. Lo que le llaman *selective enforcement.* | the leaders have the power to regulate. But leaders should not use their power to go against someone in specific. And part of what the, the, the complaint that you filed at the the U.S. Attorney's Office, the Ethics Committee, is saying that they are doing selective enforcement. What is called selective enforcement. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | Eso es ilegal. El gobierno no puede seleccionar, y enforzar el código solamente con una persona, porque no le cae bien, o porque quiere representar a otra persona, ¿estarías tú en disposición de regresar, y sentarte con Joe Carollo, o con el alcalde, o con el que sea? | That is illegal. The government can't select, and enforce the code with just one person, because they don't like the person, or because it wants to represent another person. Would you be willing to come back, and sit down with Joe Carollo, or with the mayor, or with whomever it may be? |
| Bill Fuller | Sí. Siempre estoy, eh, por la posibilidad hablar con ellos. Yo, yo quisiera hablar con él esta, esta tarde, mañana, la próxima semana, porque los que están perdiendo ahora es la zona, es la Calle Ocho. | Yes. I am always, um, for the possibility of talking with them. I, I'd like to talk to him this, this afternoon, tomorrow, next week, because the ones who are losing right now is the area, is Eighth Street. |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Es, es la gente, la comunidad es el que pierde, la, | It's, it's the people, the community that loses, the, |
| Rolando Acha | La comunidad. Ahora, habíamos hablado justamente antes sobre esta demanda, que posiblemente la vas a hacer. Él te ha llamado the Godfather of Little Havana, o sea, el Gran, el, el padrino. Ha hablado de di, de lavado de dinero, ha hablado que se presentó dentro de los valets y dijo "Yo soy la ley, yo soy la persona que lo hace esto". Se habla de interferencia por parte de algunos administrativos, el que ve todas las regulaciones, que fue, ha puesto el asistente manager también, ha hablado y está incluido, | The community. Now, we had just talked about the lawsuit, that you possible might do. He has called you the Godfather of Little Havana, meaning, the Great, the, the godfather. He has spoken about mo, about money laundering, he's talked about that he showed up inside the valet area and said "I am the law! I am the person who does this." Interference from some administrative employees has been talked about, the one who sees all the regulations, that was, has put on the assistant manager too, he has spoken and he is included, so we're talking about |

| | entonces hablamos de varios crímenes de carácter ético, criminal, y también de difamación. Y en este caso, si te sientas con él, ¿es que de repente piensas de repente que no lo vas a demandar, o porque piensan buscar una solución, o de repente sí te vas a ir por la vía legal? | several crimes of ethical, criminal types, and also slander. And in this case, if you sit down with him, is it that maybe you're thinking of maybe not suing him, or it's because you guys are looking for a solution, or maybe you guys are going down the legal route? |
|---|---|---|
| Bill Fuller | No, eh, los opciones legal, sí, pero eso, diciendo eso es que yo quisiera mejorar la zona de la Pequeña Habana, entonces los dos, eh, son separados para mí. | No, um, the legal options, yes, but that, saying that, it's that I would like to improve the area of Little Havana, so the two, um, are separate for me. |
| Rolando Acha | Para ti. | For you. |
| Bill Fuller | El, la, el, el, el [I/I]… | The, the, the, the, the[U/I] … |
| Rolando Acha | Si él hiciera una, una, una disculpa eh, formal, y te dijera, como así salió en algunos medios diciéndote eso, | If he were to make a, a, a, formal apology, and were to give you, like what came out in some media outlets saying that to you, |
| Bill Fuller | Sí. | Yes. |
| Rolando Acha | si lo hiciera una disculpa formal, eso ¿podrían, podrías aceptar, o de todas maneras va a la parte legal? | If he were to make it a formal apology, would that, could you guys, could you, accept, or is it going to go legal? |
| Bill Fuller | Eh, vamos a decir que el camino es largo, y *trust* se, *you earn trust over time…* | Um, let's say that the path is long, and trust is, you earn trust over time… |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | La confianza se gana con el tiempo. | You earn trust over time. |
| Rolando Acha | La confianza se gana con el tiempo. | You earn trust over time. |
| Bill Fuller | Exacto. Entonces, pero, yo quisiera trabajar con Joe Carollo mejorar la zona porque no podemos perder tres años, perder la iglesia, perder Flagler, perder la, las zonas residenciales. Esta pelea, se va a perder la Pequeña Habana como yo lo amo en este época, se va a perder si no podemos trabajar juntas. | Exactly. So, but I'd like to work with Joe Carollo to improve the area because we can't lose three years, lose the church, lose Flagler, lose the residential areas. This fight, Little Havana will be lost in the way I love it in this period of time, it'll be lost if we don't work together. |

| Rolando Acha | Ujum. Perfecto. | Uh-huh. Perfect. |
|---|---|---|
| Raúl Martínez | Bueno, la, | Well, the, |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | [I/I]… | [U/I] … |
| Raúl Martínez | decisión está hecha. | Decisión has been made. |
| Rolando Acha | ¿Otra vez? | Again? |
| Raúl Martínez | Si esta gente está en posición de, de regresar y que él, esté presente, [I/I]… | If these people are in a position of, of coming back, and he is present, [U/I] … |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Él no va, no va a querer hablar aquí, porque la verdad es que él ha, ha hecho mucho, uh, uh, mentiras, y, y cosas falso, y empieza con mu, mucho eh, em, *you know, making* muchos *comments* malo, entonces insulting [I/I], | He's not going to, he's not going to want to talk here, because the truth is that he has, he has done a lot, um, um, lies, and, and, false things, and he starts with alo, a lot, um, you know, making a lot of bad comments, so insulting[I/I], |
| Rolando Acha | [I/I]. | [U/I]. |
| Bill Fuller | entonces yo la verdad no pienso que él tiene la capacidad de hablar hombre a hombre uh, honesto. | So, the truth, I don't think that he has the capability of speaking man to man, um, honest. |
| Rolando Acha | [I/I] la predisposición de todas maneras. | [U/I] willingness anyway. |
| Raúl Martínez | Una de las cosas que vi en el, en, en la queja esta, es que, eh, Carollo o Steve Miró; alguien de la oficina de él, que estaban tocando puertas, buscando personas que se quejaran de la música que ustedes tenían allí. Eh, eso es verídico porque sale en el reporte. | One of the things that I saw in the, in, in that complaint is that, um, Carollo or Steve Miró; somebody from his office, that they were knocking on doors, looking for people that would complain about the music that you guys have there. Um, that is true because it's in the report. |
| Bill Fuller | Si, eso es, yo, yo tengo fotos de esos, uh, cosas, y esos son otras cosas legalmente que podemos mirar, pero, sí hay evidencia que él ha habla'o y ha tocaron a los vecinos, uh, muchas veces, uh, con gente trabajando para, para Joe y, y Steve Miró. | Yes, that is, I, I, have pictures of those, um, things, and those are other legal things that we can look at, but there is evidence that he has talked, and they have knocked at the neighbors, um, many times, um, with people who are working for, for Joe, and, and Steve Miró. |

8

| Raúl Martínez | Y lo que digan de las personas en el barrio, buscar dónde vive Carollito, tocarle en la puerta, | And what they say about the people in the neighborhood, look for where Carollito lives, knock on his door, |
|---|---|---|
| Bill Fuller | [Ríe] | [Chuckles] |
| Raúl Martínez | y enseñarle dónde está la basura que hay que recoger allí, dónde están los ratones, porque yo los vi. | And show him where the trash is that has to be picked up is, where the mice are, because I saw them. |
| Bill Fuller | [I/I]. | [U/I]. |
| Raúl Martínez | Sobre todo, en la Calle Ocho. | Above all on Eighth Street. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | Pero pasé por la Tres Calle, pasé por la Cuatro Calle, y vi basura, y vi ratas que estaban corriendo de un lado para otro. Eso es lo que tiene que ver[I/I]… | But I went by Third Street, I went by Fourth Street, and I saw trash, and I saw rats that were running from one place to the other. That's what [U/I] needs to see… |
| Rolando Acha | Y recordemos que Steve Miró, que era su asistente de Carollo, también de, denunció que él estaba utilizando dinero  para, para ayudar  a , pues, una paella que compró para una | And let's remember that Steve Miró, who used to be his, Carollo's assistant, also rep, reported that he was using money to, to help, well, a paella that he bought for a |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | Esa es | That is |
| Rolando Acha | campaña, o sea… | campaign, I mean… |
| Raúl Martínez | Esa es la cuestión de lo que, si tuviéramos una fiscal aquí ya lo hubiera estado [I/I]… | That's the thing about what, if we had a prosecutor here, she would already have been [U/I] him… |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | Sí. hay cosas que pasan [I/I]… | Yes. there is thing that happen [U/I] … |
| Bill Fuller | Y si tú ves el reporte, el, el, el reporte dice que, eh, Carollo pidió a Steve Miró a hacer mentiras | And if you see the report, the, the, the report says that, um, Carollo asked Steve Miró to do lies |
| Rolando Acha | Exacto. | Exactly. |

| Bill Fuller | a la investigación. | to the investigation. |
|---|---|---|
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | Y él ya lo dijo. | And he already said it. |
| Bill Fuller | Eso es una crima[ph]. Eso de verdad es un crima[ph]. Pero, eh, Joe necesita empezar mirar el resto de la zona, porque eso dos o tres cuadras representan menos de un por ciento del distrito[ph] entero. | This is a crime. This is truly a crime. But, um, Joe needs to start looking at the rest of the area, because those two or three blocks represent less than one percent of the entire district. |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | Está dedicado, en, en tiempo de oficina él está dedicado al estadio de football, al, al Ultra, al alcalde fuerte, y esas dos cuadras. El resto de las personas ha olvida'o. | He is dedicated, on, on office time, he is dedicated to the football stadium, Ultra, to the strong mayor, and those two blocks. He's forgotten about the rest of the people. |
| Raúl Martínez | Ujum. | Uh-huh. |
| Bill Fuller | El resto de la Pequeña Habana. | The rest of Little Havana. |
| Raúl Martínez | Bueno, tengo entendido que, a Ultra, él iba a limitar el contrato que le dio, y le dio un contrato que es mucho más favorable para los que ponen el Ultra, y [I/I] ahora hay una campaña inmensa, me imagino que son los dueños del área que están en contra del Fórmula Uno. Por todo lo que va… | Well, I understand that he was going to limit the Ultra contract that he gave it, and he gave a contract that is much more favorable for the people who organize Ultra, and [U/I] now there's a hie campaign. I imagine that it's the owners of the area who are against Formula One. Because of everything that is going… |
| Rolando Acha | [I/I] está bien asequible, no [I/I] no te olvides. | [U/I] it's very affordable, not [U/I], don't forget. |
| Raúl Martínez | Él me dijo a mí, sentado aquí en su campaña política que iba a hacer diez mil viviendas. Diez mil. Y yo inclusive  y le dije, "Joe, eso es demasiado". Yo que soy un individuo que me encantan las viviendas    públicas, "Eso es demasiado". Joe, "Diez mil". Vamos a esperar. Ya estamos llegando al año, y ni él, ni el alcalde hablan de las viviendas asequibles. Uno de los que está hablando de alcalde fuerte, | He told me, sitting here, in his political campaign, that he was going to build ten thousand homes. Ten thousand. And I told him, "Joe, that's too many." I, who am an individual who loves public housing, "That's too many." Joe, "Ten thousand." Let's wait. It's almost a year now, and neither he, or the mayor are talking about affordable housing. One of the ones who has been talking about a strong mayor, |
| Rolando Acha | [Ríe] | [Chuckles] |

| Raúl Martínez | cuando no puede ni administrar la ciudad, y el otro que está hablando es, del Ball & Chain. Yo, me imagino que Carollo no vaya a tu negocio a entrar, así que... | when he can't even manage the city, and the other one is talking about the Ball & Chain. I, imagine that Carollo is not going to enter your business, so... |
|---|---|---|
| Bill Fuller | Yo nunca he visto a Joe Carollo en mi negocio. | I have never seen Joe Carollo in my business. |
| Raúl Martínez | Y él los, los viernes eh, sociales, no, ¿cómo le llaman ustedes? | And he, on, um Social Fridays, no, what do you guys call them? |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Viernes Culturales. | Viernes Culturales. |
| Raúl Martínez | Viernes cultural ¿todavía continúan? | Viernes Cultural. Do they still continue? |
| Bill Fuller | Continúan, estamos en los diez y ocho años, y, y, | They continue. We are at eighteen years, and, and, |
| | [Ruido indistinguible] | [indistinct noise] |
| Bill Fuller | yo tengo entendido que él también quiere cerrar ese, ese festival. Yo tengo entendido... | I understand that he also wants to close down that, that festival. I understand... |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Raúl Martínez | Sí eso lo comenzó, Joe, eh... | Yes, Joe started that, um... |
| Bill Fuller | Los, los, los pioneers... | The, the, the pioneers... |
| Raúl Martínez | Joe Sánchez, | Joe Sánchez, |
| Bill Fuller | Joe Sánchez, Willy Ford, | Joe Sánchez, Willy Ford, |
| Raúl Martínez | [I/I] ... | [U/I] ... |
| Bill Fuller | Tony Wagner, hay muchos comerciantes allí en el dos mil empezaron ese juntos, y la verdad es que yo tengo responsabilidades a ellos, los *pioneers* original de, de, de *Little Havana*, para, para seguir ese festival. | Tony Wagner, there are many business people there that started that together in two thousand, and the truth is that I have responsibilities towards them, the original pioneers of, of Little Havana, to, to continue this festival. |
| Raúl Martínez | Ahora ya lo que me, me queda es un minuto, porque sí me van a, me van a regañar; me van a colgar. | Now all I have left is one minute, because they are going to, they're going to scold me; they're going to kill me. |
| Bill Fuller | [I/I]. [Ríe] | [U/I]. [Chuckles] |

| Rolando Acha | [I/I]. | [U/I]. |
|---|---|---|
| Raúl Martínez | Uno de los problemas es, uno de los, eh, de las propiedades tuyas, que empezaron a poner estos contenedores. | One of the problems is, one of the, um, your properties, that they started to put in these contains. |
| Bill Fuller | Sí. | Yes. |
| Raúl Martínez | Y eso fue que fue a la corte porque durante la, el advenimiento de la tormenta esta que pasó por aquí, ustedes no los tenían anclados. Y ahí es donde el juez prácticamente dijo "El código de Miami no dice nada de anclar". | And that was what went to court because during the, the arrival of that storm that passed through here, you guys did not have them bolted down. And that's when the judge basically said "The Miami Code does not say anything about securing to the ground." |
| Bill Fuller | No, yo, yo, ellos me mandaron al corte, y ellos, la ciudad de Miami perdió en el corte, lo perdió, y, yo tengo un permiso, yo tengo un permiso hasta octubre catorce, un *building permit,* para hacerlo, entonces, es, es un site de construcción, y ellos perdieron, y no tienen un chance de regresar a corte hasta octubre o noviembre. Entonces, eh, son falso. Esas acusaciones son falsas, y él lo sabe, y la ciudad lo sabe, y van a, eh, va a costar mucho dinero para la ciudad salir de ese, mentira. | No, I, I, they sent me to court, and they, the City of Miami lost in court, they lost it, and, I have a permit, I have a permit till October fourteenth, a building permit, to do it, so, it's, it's a construction site, and they lost, and they don't have a chance to go back to court until October or November. So, um, they're false. Those accusations is false, and he knows it, and the city knows it. And they're going to, um, it's going to cost the city a lot of money to get out of that, lie. |
| Raúl Martínez | Además, si van a ponerle que cada uno de esos contenedores tienen que estar anclados, que vayan por South Miami a ver si Antilles Marine va a anclar todos los que tiene allí. | Additionally, if they're going to establish that every one of those containers has to be secured to the ground, they should go by South Miami to see if Antilles Marine is going to secure all the ones, they have there to the ground. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | [Ríe] | [Chuckles] |
| Bill Fuller | Todos los contenedores, e*xactly.* Todos los contenedores de basura, todos los *sites* de construcción que existen de la ciudad nunca tenían un *emergency injunction* como pusieron a mí. Otra forma de *selective* | All the containers, exactly. All the trash containers, all the construction sites that there are in the city never had an emergency injunction like they filed on me. Another form of selective enforcement that the city is going to pay for it. |

| | *enforcement* que el ciudad va a pagar para eso. | |
|---|---|---|
| Raúl Martínez | Bueno Bill, estás más que invitado aquí. Cada vez que necesites, pues, nosotros te vamos a tener los micrófonos abiertos, y a Joe Carollo lo volvemos a invitar públicamente, que venga, se siente aquí, y nos diga. Y si tiene papeles del enchufamiento de cualquiera, que me los traiga. Eh, nada, | Well, Bill, you are very welcome here. Every time you need, well, we'll have our microphones open for you, and we again invite Joe Carollo publicly, to come, sit down here, and talk to us. And if he has documents about anybody who's plugged in, I want him to bring them to me. Um, nothing, |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Bill Fuller | Muchas gracias. Muchas gracias | Thank you very much. Thank you very much. |
| Bill Fuller | Muchas gracias | Thank you very much |
| Rolando Acha | No, muchas gracias a ti. | No, thank you very much. |
| Bill Fuller | por su tiempo. | for your time. |
| Rolando Acha | Y tenemos, bueno, otra más de Carollo. [Ríe] | And we have, well, another one about Carollo. [Chuckles] |
| Raúl Martínez | No, y a mí todavía no me ha tocado hablar de Steven Miró porque no lo conozco y quisiera poderlo traerlo aquí [I/I]. | No, and I have not yet been able to talk to Steve Miró because I don't know him, and I'd like to be able to bring him here [U/I]. |
| Rolando Acha | Yo he estado buscándolo. He estado buscando, y estoy buscando a, a los dos del informe, porque para ir investigando. Espero que [I/I]… | I've been looking for him. I've been looking, and I am looking for the two report ones, because, to start investigating. I hope that [U/I] … |
| Raúl Martínez | Pero lo que sí puedo decir es que el caso de ética que el señor Fuller le dijo que él lo retiraba, después que comenzó la investigación, ya la Comisión de Ética no puede parar, porque hay muchas violaciones allá dentro, y ahora ha cambiado. Hay un nuevo director; ya no está Joe Santorino, ahora está Joe Arroyo. Así que vamos ahora a pausa comercial. | But what I can say is that the ethics case that Mr. Fuller told him he's withdraw, after the investigation started, the Ethics Committee can't stop now, because there are many violations in there, and it's changed now. There's a new director; Joe Santorino is no longer there, now Joe Arroyo is there. So, let's stop for a commercial break. |
| Bill Fuller | Gracias. | Thank you. |

| | [Voz de mujer pregrabada:]Estimado oyente de Caracol, soy Marilis Cancio. Los invitos que juntos superemos | [Pre-recorded woman's voice:] Dear Caracol listener, I am Marilis Cancio. I invite you to overcome, together |
|---|---|---|
| | [Termina grabación] | [End of recording] |

Interview with Raúl Martínez 9.10.18  Part 4
Duration: 02:10
Participants: Mr. Raúl Martínez, Mr. Bill Fuller, Mr. Rolando Acha
[I/I] Ininteligible [U/I] unintelligible [PH] phonetic Italics used for words not in the original language

| Speaker | Spanish | English |
|---|---|---|
| Raúl Martínez | Francis Suárez | Francis Suárez, |
|  | [Ruidos indistinguibles] | [Indistinct noises] |
| Raúl Martínez | y el administrador, eh, Emilio González, les están permitiendo que un comisionado haga este tipo de cosas. Eso es número uno.   Y número dos, ¿por qué los demás comisionados no hacen una reunión, y le llaman la atención al comisionado? | and the administrator, um, Emilio González, are allowing a commissioner to do this type of things. That's number one. And number two, why don't the other commissioners hold a meeting, and reprimand the commissioner? |
| Rolando Acha | Totalmente. | Totally. |
| Raúl Martínez | Porque el que hay, existen cinco distritos, no era para que cada uno de ellos gobernara el distrito. La razón de los distritos era, para que las personas de cada área supieran que tenían a alguien que [I/I], | Because the fact there are, that five districts exist, isn't for each one of them to rule the district. The reason for the districts was so that the people in each area would know that they had someone that[U/I], |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | A quien acudir. | Whom to go to for assistance. |
| Raúl Martínez | que iba a [I/I]. No que saliera a castigar. Yo les digo a ustedes, yo, eh, di varias vueltas por el área de la Pequeña Habana, y les digo que hay una necesidad  extraordinaria de que le pasen la mano, de que limpien las aceras. Sí, hay muchas personas, hay muchos vagabundos. | That was going to [U/I]. Not to go out to punish. I am telling you guys, I, um, went around the Little Habana area several times, and I'm telling you that there is an extraordinary need of care, cleaning the sidewalks. Yes, there are a lot of people, there are a lot of homeless people. |
| Rolando Acha | Ujum. [I/I]. | Uh-huh. [U/I]. |
| Raúl Martínez | Hay muchas personas que a lo mejor están negociando con drogas, pero eso tú lo vas moviendo, eso tú lo vas eliminando. Porque tú vas, a, en contra de esas personas, pero la persona mayor, o la persona pobre, que a la | There are a lot of people who maybe are dealing in drugs, but that's something you start moving, you start eliminating that. Because you go, against those people, but the elderly person, or the poor person, who maybe looks to you like the person |

1

| | | |
|---|---|---|
| | mejor te luce que no está tan bien vestida, no quiere decir que se un vagabundo, | isn't all that nicely dressed, it doesn't mean the person is a homeless person. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | O un delincuente. | Or a criminal. |
| Raúl Martínez | o que sea un delincuente. Porque la pobreza, eh, no es que, no, no es un delito. | Or that the person is a criminal. Because poverty, um, is not a, it's not a crime. |
| Rolando Acha | Para nada. [I/I]. | Not at all. [U/I]. |
| Raúl Martínez | No es un delito. Yo creo que el gobierno tiene la responsabilidad de tratar de mejorar a todas las personas. Y cuando yo veo la cantidad de dinero, y la cantidad de beneficios que le están dando al área de Brickell Avenue, a los comerc, a los comerciantes, a los dueños, todas las oportunidades que les dan para que hagan todos esos edificios, eh, han creado un CRA que el dinero | It's not a crime. I believe that the government has the responsibility of trying to improve all people. And when I see the amount of money, and the number of benefits being given to the Brickell Avenue area, to the business pea, to the business people, all of the opportunities that they are given for them to build all of those buildings, um, they have created a CRA, in which the money |
| | [Ruido] | [Noise] |
| Raúl Martínez | que crece ahí, pues se queda en el área. [I/I]… | That grows there, well, it stays in the area. [U/I]. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | Es que no se ha reinvertido. | It's that it hasn't been reinvested. |
| Raúl Martínez | En el área, | In the area, |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | Total, si… | Anyway, if… |
| Raúl Martínez | Si ya tú lo invertiste en el área, ¿qué vas a hacer? Meter el famoso túnel que quería hacer | If you already invested in the area, what are you going to do? Install the famous tunnel that he wanted to build |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | [I/I]. [Ríe] | [U/I]. [Laughs] |

| | | |
|---|---|---|
| Raúl Martínez | [I/I] más nunca, y un día le dije "Si vuelves a hablar del túnel, voy a demostrar que tú no sabes absolutamente nada. | [U/I] never again, and one day I said to him "If you talk about the tunnel again, I'm going to prove that you don't now absolutely anything. |
| | [I/I]. | [U/I]. |
| Raúl Martínez | Es como el caso de los helicópteros con, con un magneto. | It's like the case of the helicopters with, with a magnet. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| Rolando Acha | Ah, | Oh, |
| Raúl Martínez | Con un imán [I/I]… | With a magnet [U/I]. |
| Rolando Acha | con un imán para, para levantar a los autos en la, en | With a magnet to, to lift cars on, on |
| Raúl Martínez | Yo sé. | I know. |
| Rolando Acha | la, U.S. 1. | U.S. 1. |
| Raúl Martínez | Vamos a ir a una pausa comercial y cuando regresemos vamos a hablar de Venezuela. | Let's take a commercial break and when we come back, we're going to talk about Venezuela. |
| Rolando Acha | Wow. | Wow. |
| Raúl Martínez | Venezuela está | Venezuela is |
| | [Termina grabación] | [End of recording] |

3

CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.
CERTIFICATE OF ACCURACY
3 Island Avenue 3-H, Miami Beach, F.L. 33139
305.490.9265
www.certifiedinterpreting-translating.net

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification, Number 03-147 well as the State of Florida Court Interpreter Certification, Number 09-00093 SPA and M .A. in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I am a member in good standing of the American Translators Association and the National Association of Judiciary Interpreters and Translators. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct transcription of four audio recordings in Spanish, and translation into English of the resulting text, identified as Interview with Raúl Martínez 9.10.18 Part 1,duration 15:50, Interview with Raúl Martínez 9.10.18 Part 2 ,duration 08:35, Interview with Raúl Martínez 9.10.18 Part 3, duration 14:30 and Interview with Raúl Martínez 9.10.18 Part 4, duration 02:10.

Sworn, acknowledged and subscribed before me in Miami-Dade County, Florida, this twenty-ninth (29th) day of August, two thousand twenty-two (2022). María del Pilar Fernández is personally known to me or did produce a Florida license as identification.

_____
Signature and seal of Notary Public

_____
María del Pilar Fernández

GARY ZAPATA ZELAYA
Commission # HH 281811
Expires June 28, 2026
NOTARY PUBLIC
STATE OF FLORIDA

## COMPLIANCE AGREEMENT

Case Nos.:  **BB2018000468**

Addresses:  **1460 SW 7 Street**

Folio #s:  **01-4102-006-6280**

Legal Descriptions:  **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 8 BLK 104**

Owner:  **TOWER HOTEL, LLC**

Owner's Address:  **1637 SW 8 STREET, MIAMI, FL 33135**

This Compliance Agreement (hereinafter the "Agreement"), described and indicated above, entered into this 23rd day of July, 2018, by: **TOWER HOTEL, LLC** (the "Owner"), and the **CITY OF MIAMI** (hereinafter the "City"), in reference to the above-mentioned property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be in compliance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner, in lieu of further enforcement proceedings by the City and to avoid additional costs, wishes to bring the Property into compliance and forego said proceedings;

**WHEREAS**, the Owner desires additional time to bring the Property into compliance, and the City agrees to said additional time as further described herein;

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of further enforcement proceedings by the City, enters into this Agreement;

**NOW THEREFORE**, the Owner voluntarily and knowingly agrees to be bound by the terms listed herein and that the Property described and indicated above shall be subject to the following restrictions as binding upon the current Owner and its successors and/or assigns as follows:

SECTION 1.  RECITALS. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2.  EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3.  TERMS.

The Owner agrees the above described Property is in violation of the City of Miami Code. Subsequently, the Owner agrees to the following terms:

A. 109

a. Pay all costs associated with Building Department case BB2018000468 (the "Case") within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. Upon full payment thereof, City shall close the Case and shall not reopen it unless any other term of this Agreement is breached. Owner acknowledges that said costs have not yet been calculated as of the date of execution of this Agreement.

b. Plans have been submitted and the process of obtaining a building permit has begun as of the date of this Agreement. All building permits shall be obtained and paid for within ninety (90) calendar days of this Agreement.

c. Complete repairs for the structure located on the Property pursuant to a valid building permit within one hundred eighty (180) calendar days after permits are obtained.

d. Owner shall provide the City with a bond, letter of credit, or cashier's check in the sum of the estimated cost of demolition of the structure, within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. ESTIMATED COST OF DEMOLITION AT $5,780.00    7/23/18

e. Owner acknowledges that if the timeframe established in this Agreement is not complied with, the City may, at its discretion, demolish the structure located at the Property without further proceedings, and draw upon the bond, letter of credit, or cashier's check to cover the costs of the demolition.

f. The City shall release the Notice of Unsafe Structure Violation instrument recorded at Official Record Book 30865 Page 1618 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

g. The City shall release the Order of the Unsafe Structures Panel instrument recorded at Official Record Book 30880 Page 2779 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

SECTION 4.  ACCESS.  The Owner hereby agrees that any official inspector of the City shall have the right, upon twenty-four (24) hour notice, to enter and investigate the use of the Property described above to determine whether or not the conditions of this Covenant are being met and for purposes of performing compliance inspections during the pendency of this case.

SECTION 5.  EXTENSIONS/MODIFICATIONS.   No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official, such consent not to be unreasonably withheld. There is no maximum number of extensions that the Building Official may grant. This Covenant may be modified or amended as to any portion of this agreement by a written instrument executed by the Owner and the City.  Should this instrument be modified, amended or released, the Owner shall execute a written instrument in recordable form to be recorded in the Public Records of Miami-Dade County, FL, effectuating and acknowledging such modification, amendment, or release. Any extension granted due to a delay outside of the control of Owner, such as an Act of God or delay caused by a utility provider, shall not require a recorded modification, only the written consent of the Building Official.

Page 2 of 5

SECTION 6. COMPLIANCE. By signing this Agreement the parties certify they have read and fully understand it. Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property upon ninety (90) days' notice to the Owner.

SECTION 7. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law. An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages. This Agreement does not prevent the City from enforcing any liens pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law.

The City is authorized to levy a special assessment against the Owner for any costs associated with bringing the above described Property into compliance pursuant to this agreement. This enforcement provision shall not apply against the City.

SECTION 9. SEVERABILITY. Invalidation of any one of the provisions of this Agreement and Covenant by judgment of Court shall not affect any of the other provisions of this Agreement and Covenant, which shall remain in full force and effect.

SECTION 10. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida. Venue in any proceedings between the parties shall be in Miami-Dade County, Florida. Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue. Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

The following representatives hereby acknowledge that they are duly authorized to enter into this Agreement and bind their respective agents.

Signed, witnessed, executed and acknowledged on this 23rd day of July, 2018.

[Signature pages to follow]

Page 3 of 5

**Witnesses:**

_____
Signature

GRECIA DIAZ
Print Name

_____
Signature

HAJAR FERRASSE
Print Name

**TOWER HOTEL, LLC:**

By: _____
William O. Fuller

STATE OF
COUNTY OF

The foregoing instrument was acknowledged before me by William Fuller. He/She is ☑ personally known to me or ☐ has produced _Personally Known_ as identification and who did take an oath.

Witness my signature and official seal this 20 day of July 2018, in the County and State aforesaid.

Notary Public State of Florida .

Eiliany Bayona
Print Name

My Commission Expires: January 26, 2021

EILIANY BAYONA
MY COMMISSION # GG066597
EXPIRES January 26, 2021

Page 4 of 5

A. 112

APPROVED AS TO BUILDING
REQUIREMENTS:

_7/23/18_

BUILDING OFFICIAL OR DESIGNEE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by Rene Diaz.  He

is ☑ personally known to me or ☐ has produced _____ as identification and

who did take an oath.

Witness my signature and official seal this 23rd day of July 2018, in the County and
State aforesaid.

Notary Public State of Florida

Denise Matthews

My Commission Expires: Print Name

DENISE MATTHEWS
MY COMMISSION # GG 127746
EXPIRES: November 24, 2021
Bonded Thru Notary Public Underwriters

Page 5 of 5

A. 113

CFN: 20210770454 BOOK 32794 PAGE 790
DATE:10/14/2021  04:25:01 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## COMPLIANCE AGREEMENT

| | |
|---|---|
| Case No.: | **BB2020012200** |
| Case Address: | **1460 SW 7 ST** |
| Folio #: | **01-4102-006-6280** |
| Legal Description: | **LAWRENCE ESTATE LAND COS SUB, PB 2-46, LOT 8 BLK 104, LOT SIZE 6650 SQ FT, OR 17240-3627 0496 5, COC 22374-4218 04 2004 4** |
| Owner's Name: | **TOWER HOTEL LLC** |
| Owner's Mailing Address:: | **1637 SW 8 STREET, SUITE 200, MIAMI, FL 33135** |

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this **12**TH day of: **OCTOBER** 2021, by: **TOWER HOTEL LLC**, (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in case: **BB2020012200**.

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1.  The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2.  EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3.  TERMS.

The Owner agrees to:

a.  ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

b.  ( **X** ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County

A. 150

CFN: 20210770454 BOOK 32794 PAGE 791

Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

**ALL** plans shall be prepared and introduced into the Building Department within thirty **(30)** calendar days from the date of signing this Agreement. All building permits shall be obtained and paid for within sixty **(60)** calendar days after the plans have been submitted. All repairs or items must be completed within one hundred eighty **(180)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c. ( ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d. ( ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e. Structures with damage assessed **under 50%** shall abide by the following:

( ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety (**90**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f. Structures with damage assessed **over 50%** shall abide by the following:

( **X** ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, 2010 edition, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within one-hundred eighty (**180**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g. ( ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

A. 151

CFN: 20210770454 BOOK 32794 PAGE 792

h.  No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

i.  ( ) Other requirements or provisions.

_____
_____
_____
_____
_____

SECTION 4.   ACCESS.   The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

SECTION 5.   EXTENSION.   No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

SECTION 6.   COMPLIANCE.   By signing this Agreement you certify that you have read and fully understand it.  Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

SECTION 7.   WAIVER.   By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

SECTION 8.   NOT TRANSFERABLE.   This document is not transferrable without the express written consent of the Building Official.

SECTION 9.   SALE OF PROPERTY.   The Owner shall not sell or transfer title to the Property during the course of this Agreement.   The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

SECTION 10.   RECORDING. This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

SECTION 11. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law.  An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages.  The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

SECTION 12. SEVERABILITY.  Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida.  Venue in any proceedings between the parties shall be in Miami-Dade County, Florida.  Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue.  Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties

A. 152

CFN: 20210770454 BOOK 32794 PAGE 793

irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14. COSTS. This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this 13 day of October, 2021.

**Witnesses:**

_____
Signature

_Paul Ramos_
Print Name

_____
Signature

KATARINA JAUREGUIZAR
Print Name

**Owner:**

By: _____
(TOWER HOTEL LLC)
(WILLIAM FULLER)

Address: 1637 SW 8th Street, Ste 200
Miami, FL 33135


**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by William Fuller. He is ☐ personally known to me or ☑ has produced FL LICENSE, as identification.

Witness my signature and official seal this 13 day of October 2021, in the County and State aforesaid.

My Commission Expires:

LAQUOYA T. BELFORT
MY COMMISSION # HH 118647
EXPIRES: April 19, 2025
Bonded Thru Notary Public Underwriters

Notary Public State of Florida.

Laquoya Belfort
Print Name

APPROVED AS TO BUILDING
REQUIREMENTS:

_____
BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

A. 153

## VI. Offstreet parking guides and standards.

The following Guides and Standards shall apply to offstreet parking required by the City of Miami Zoning Ordinance, or as otherwise provided. For general performance standards concerning offstreet parking facilities, refer to section 917 of the Zoning Text.

Offstreet parking shall be designed, constructed and maintained to provide safe, convenient vehicle parking and pedestrian movement to and from parked vehicles.

Design and construction of all required and/or provided parking stalls, access aisles, driveways, paving, curbing, wheel stops, drainage, and marking shall further be in accordance with City of Miami, Department of Public Works, Engineering Standards for Design and Construction.

A. Site plan review and approval.

A site plan shall be submitted to the Planning, Building and Zoning Department which clearly and accurately indicates the existing and proposed parking spaces, access aisles, driveways, sprinklers or water outlets, the location, size and description of all landscape materials, and the relationship of the parking and landscaped areas to the uses and/or structures that the offstreet parking facilities or lots are intended to serve.

No such plans shall be approved by the Planning, Building and Zoning Department unless it is determined that the layout of the facilities or lot, including landscaping, will provide for reasonable protection against undesirable effects with respect to contiguous property. It shall also be determined that the landscaping will preserve and improve the appearance and character of the surrounding neighborhood, through the screening effects and aesthetic qualities of such landscaping.

B. Length and width of stalls.

Where the side of any stall abuts a wall, fence, building, or other physical obstruction, the stall widths provided herein shall be increased by one (1) foot. Where there is an obstruction on both sides of the stall, the widths provided herein shall be increased two (2) feet.

Standard stalls shall be a minimum of eight and one-half (8 1/2) feet in width and eighteen (18) feet in length.

Where an interlocking module arrangement is used for angle parking, the opposing vehicles shall have front bumpers abutting one another. The front bumper of an opposing vehicle shall not abut the fender of the other vehicle.

C. **Parking stalls required for physically handicapped drivers.**

Parking stalls required for physically handicapped drivers shall be provided as required by the South Florida Building Code.

Where parking spaces for the handicapped are to be provided, they shall be a minimum of eighteen (18) feet long and the width and quantity shall be in accordance with the South Florida Building Code. All such stalls reserved for physically handicapped drivers shall clearly be designated with appropriate signage. Stalls shall be located as close as possible to ramps, walkways, entrances and elevators. Where feasible, such parking stalls shall be so located that physically handicapped drivers are not compelled to walk or wheel across main traffic lanes and/or behind parked cars to reach ramps, walkways, entrances and elevators.

D. **Access aisles.**

Access aisles between rows of stalls shall have minimum widths, free of any obstructions, as indicated in the following table.

| Angle of Parking | Width of Aisle; One-Way Traffic Double Loaded | Width of Aisle; Two-Way Traffic Double Loaded | Width of Aisle; One-Way Traffic Single Loaded |
|---|---|---|---|
| $90^0$ | 23.0 feet | 23.0 feet | 23.0 feet |
| $60^0$ | 11.8 feet | 19.3 feet | 12.7 feet |
| $45^0$ | 9.5 feet | 18.5 feet | 10.8 feet |
| Parallel | 10.0 feet | 20.0 feet | 10.0 feet |

E. **Width, location, and slope of driveways.**

Driveways leading to parking areas shall have no less than ten (10) feet of paved width. For any parking area providing ten (10) or more parking stalls, a one-way driveway shall have no less than ten (10) feet of paved width and a two-way driveway shall have no less than twenty (20) feet of paved width.

No door or pedestrian entrance at ground level shall open directly upon any parking stall, driveway or access aisle unless the doorway or pedestrian entrance is at least three (3) feet from said stall, driveway or access aisle.

Ingress and egress driveways leading to parking areas shall be located so as to provide maximum length for waiting vehicles.   Combined ingress-egress driveways shall be located at or near the middle of the block. Where ingress and egress driveways are separated, the ingress driveway shall be located as far up in the block as is practical and the egress driveway shall be located as far down in the block as is practical.

Where the vehicular egress from an offstreet parking facility to a public street or alley is a ramp sloping upward to meet the street or alley grade, the slope shall not exceed one (1) in twenty (20) for the last twenty (20) feet to the base building line, as in accordance with the South Florida Building Code.

Where the vehicular egress from an offstreet parking facility to a public street or alley is a ramp sloping downward to meet the street or alley grade, the slope shall not exceed one (1) in ten (10) for the last twenty (20) feet to the base building line, as in accordance with the South Florida Building Code.

Where a driveway crosses the base building line, such driveway shall be a minimum of five (5) feet from any side property line.

F. Vertical clearance.

All required and/or provided offstreet parking facilities shall have a minimum vertical clearance of seven (7) feet.  Where such a facility is to be used by trucks and/or buses, the minimum vertical clearance shall be fifteen (15) feet.  Vertical clearance shall be clearly marked on overhead structures having less than sixteen (16) feet of clearance.  (Refer to section 923 of the Zoning Text.)

G. Ingress vehicular control devices.

Parking ticket dispensers and other ingress vehicular control devices that require a vehicle to stop prior to entering a parking facility, shall be so located as to provide a minimum approach driveway of twenty (20) feet in length between the base building line and the ticket dispenser. Additional driveway length shall be provided where waiting vehicles would otherwise infringe on any public street, alley, or sidewalk.

H. Pavement.

All required and/or provided offstreet parking facilities shall be properly paved with an approved continuous pavement except where otherwise provided herein.

Single-family and two-family detached or semidetached dwellings may
utilize portland cement concrete ribbons in place of continuous pavement.
Environmentally or historically significant sites may utilize non-
continuous, permeable pavement in place of continuous pavement.

I. Drainage.

Drainage shall be provided to all required and/or provided offstreet
parking facilities so as not to cause any nuisance or damage to adjacent
property.  The provision of such drainage shall be in accordance with the
South Florida Building Code.

J. Lighting.

Adequate lighting shall be provided if the required and/or provided
offstreet parking facilities are to be used at night.  All lighting shall
be designed and arranged so as to prevent glare or excessive light on
adjacent property.  Such lighting design and arrangement shall be in
accordance with Article VI of the Miami Code.

K. Marking.

Each parking stall shall be marked with painted or thermoplastic white
double lines between spaces.  Width of such lines shall be four (4)
inches.

Each parking stall shall be provided with a wheel stop or raised
continuous curbing serving as a wheel stop. The back of the curb or wheel
stop shall be located two (2) feet from the end of each stall.

Signs or arrows marked by a permanent, durable, contrasting material shall
indicate the directions of traffic movements.

L. Landscaping.

All required and/or provided surface offstreet parking facilities and
parking lots shall be landscaped in accordance with the following
standards:

The landscaping shall include lawn, shrubs, hedges, trees, or other
acceptable materials that may be used as visual amenities.  All landscaped
areas shall be planted with grass or an approved ground cover or material.

In instances where substantial or meaningful plant material exists on a
site prior to its development, such landscape material may be used if
approved by the Planning, Building and Zoning Department as meeting the
requirements of these landscaping Guides and Standards for offstreet
parking facilities and parking lots.

Landscape material.

All required landscape materials shall be graded "Florida No. 1," or better, as defined in "Grades and Standards for Nursery Plants," Part I and II, by the State of Florida Department of Agriculture.

Trees shall be a minimum of ten (10) feet in overall height upon planting.   All required trees shall be of an approved shade tree variety which shall attain a minimum mature crown spread greater than fifteen (15) feet.   Such trees shall have a clear trunk of at least five (5) feet above finished grade level.

Shrubs and hedges shall be a minimum of two and one-half (2-1/2) feet in height upon planting.   Hedge material shall be planted a maximum of two and one-half (2-1/2) feet on center and maintained so as to form a continuous, unbroken, solid, visual screen within a maximum of one (1) year after planting.

Periphery landscaped areas.

A landscaped area that is a minimum of five (5) feet in width shall border all periphery parking areas when said parking area is located along any street or is adjacent to any required and/or provided front yard area.   The area shall be landscaped with trees no greater than fifty (50) feet on center with a minimum of two (2) trees for each street frontage, and continuous hedge in the planting area.

A landscaped area a minimum of three (3) feet in width shall be provided when parking stalls, access aisles, or driveways are located along any side or rear lot line.   The landscaped areas shall be planted with a continuous hedge, and with trees no greater than fifty (50) feet on center, when the landscaped area does not abut a parking row.   In certain instances, a solid and continuous masonry wall, a minimum of five (5) feet in height, whose surfaces are stuccoed, painted, tiled, or textured in such a way as to provide a decorative effect if approved, may be used in a lieu of the landscaped area.

Each landscaped area containing trees shall have a minimum area of fifty (50) square feet and trees shall be planted in an approved soil mix.

All parking stalls, access aisles and driveways in a residential area shall be separated from any building by a minimum of twenty (20) inches and landscaped with shrubbery and grass, ground-cover, or other suitable material.

No periphery landscaped area or decorative wall shall be required where parking abuts an interior lot line in a commercial or industrial area (except where parking abuts mixed uses), or is adjacent to a dedicated alley.

Where the placement of buildings causes parking in any commercial or industrial district to be located so as not to be readily visible from a public street, the Planning, Building and Zoning Department may waive the landscaping required for that portion of the parking area that is not readily visible from the street.

Interior landscaped areas.

The total area of all interior landscaped areas shall not be less than ten (10) square feet for each parking space provided on the site. A landscaped area with a tree shall be required at the end of all parking rows abutting an aisle or building. Each landscaped area containing trees shall have a minimum area of fifty (50) square feet and a minimum width of five (5) feet.

For each row of parking there shall be a minimum of two (2) landscaped areas with trees within the first ninety (90) linear feet, and one (1) landscaped area with a tree for each additional ninety (90) linear feet. For each row of parallel parking there shall be a minimum of two (2) landscaped areas with trees within the first seventy-five (75) linear feet, and one (1) landscaped area with a tree for each additional seventy-five (75) linear feet. The landscaped areas shall be equally spaced wherever possible.

For each row of valet or attendant parking there shall be a minimum of one (1) landscaped area with a tree within each ninety (90) linear feet. The landscaped area shall be equally spaced wherever possible.

Where a parking row abuts a building, a cluster palm may be substituted for the required tree or single palms may be substituted on a three (3) palm to one (1) tree basis.



MINIMUM TURNING PATH FOR
PASSENGER VEHICLE

MINIMUM PARKING STANDARDS
OFF STREET PARKING

DEPARTMENT OF PUBLIC WORKS
CITY OF MIAMI, FLORIDA

SHEET 4 OF 4

| DR: LJH |
| CK: WAM |

MISC.
35-85-33

MAY, 1983



PARALLEL PARKING

4" WHITE STRIPE

2'-0" STANDARD STALL

TYPICAL
DETAIL "A" STRIPING

SEE DETAIL "A"

ANGLE PARKING

O₁ = TWO WAY TRAFFIC, DOUBLE LOADED (2 ROWS OF STALLS)
O₂ = ONE WAY TRAFFIC, DOUBLE LOADED (2 ROWS OF STALLS)
O₃ = ONE WAY TRAFFIC, SINGLE LOADED (1 ROW OF STALLS)

## VEHICLE STALL DIMENSIONS
### 18' STALL LENGTH

| A | B | C | $D_1$ | $D_2$ | $D_3$ | $\theta$ |
|---|---|---|---|---|---|---|
| 23'-0" | 8'-6" | 9'-0" | 20'-0" | 10'-0" | 10'-0" | Parallel |
| 12'-0" | 8'-6" | 18'-9" | 18'-6" | 9'-6" | 10'-9" | 45° |
| 11'-1" | 8'-6" | 19'-3" | 18'-6" | 9'-6" | 10'-9" | 50° |
| 10'-5" | 8'-6" | 19'-7" | 18'-9" | 10'-3" | 11'-5" | 55° |
| 9'-10" | 8'-6" | 19'-10" | 19'-4" | 11'-10" | 12'-8" | 60° |
| 9'-5" | 8'-6" | 20'-0" | 19'-8" | 14'-1" | 15'-1" | 65° |
| 9'-1" | 8'-6" | 19'-11" | 19'-9" | 16'-3" | 17'-1" | 70° |
| 8'-10" | 8'-6" | 19'-8" | 20'-3" | 18'-3" | 18'-10" | 75° |
| 8'-8" | 8'-6" | 19'-3" | 20'-6" | 20'-0" | 20'-3" | 80° |
| 8'-6" | 8'-6" | 18'-9" | 21'-7" | 21'-7" | 21'-9" | 85° |
| 8'-6" | 8'-6" | 18'-0" | 23'-0" | 23'-0" | 23'-0" | 90° |

NOTES: 1. WHERE A STALL ABUTS A PHYSICAL OBSTRUCTION, THE STALL WIDTH SHALL BE INCREASED BY 2'. WHERE THERE IS AN OBSTRUCTION ON BOTH SIDES, THE STALL WIDTH SHALL BE INCREASED BY 4'. DIMENSIONS SHOWN ARE MIN. FOR UNOBSTRUCTED PARKING AND MANEUVERING. WHERE PHYSICAL OBSTRUCTIONS EXIST, ADDITIONAL WIDTH MUST BE PROVIDED FOR PARKING AND TURNING MOVEMENT.
2. A DOUBLE PAINTED LINE IS STD. ON ALL PARKING LAYOUTS. MIN. WIDTH OF PAINTED LINES IS 4", COLOR WHITE.
3. THIS STANDARD TO SUPERCEDE ALL OTHER PARKING STANDARDS.

## MINIMUM PARKING STANDARDS
### OFF STREET PARKING

DEPARTMENT OF PUBLIC WORKS
CITY OF MIAMI, FLORIDA

DR: RB
CX: LJH

NO SCALE

SEPT. 1990

R-1



## PROPERTY INFORMATION ⓘ

Folio: 01-4111-014-0170

**Sub-Division:**
HARRISONS RESUB

**Property Address**
1380 SW 8 ST
1378 SW 8 ST

**Owner**
CALLE OCHO MARKETPLACE LLC

**Mailing Address**
1380 SW 8 ST
MIAMI, FL 33135

**PA Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 1 |
| Living Units | 0 |
| Actual Area | |
| Living Area | |
| Adjusted Area | 6,791 Sq.Ft |
| Lot Size | 11,700 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



SW 8TH ST \ SR 90

2021 Aerial Photography

60ft

Map View ▾   Layers ▾

| Portal ☐ | Violations ☐ | Letters ☐ | | Hearings ☐ | Lot Clearing ☐ | | Comments ☐ | | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | | To Do List ☐ | Liens ☐ | | Move Case ☐ | Contacts ☐ | **Case Initiation** |

## Property Information

**Address** 1380 SW 8 ST  **Owner** CALLE OCHO MARKETPLACE LLC

**Zone** 34  **Owner Address** 1380 SW 8 ST

**Folio** 0141110140170  **Net ID** LITTLE HAVANA

Registered ☐   Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| BB2018002765 | Closed |
| CE2018002750 | Closed |
| CE2018001680 | Open |
| CE2018001679 | Closed |
| CE2018001678 | Closed |
| CE2017020564 | Closed |
| CE2017018184 | Closed |
| CE2017018176 | Closed |
| CE2017016266 | Closed |
| CE2017014177 | Closed |
| CE2017010255 | Closed |

**Where on Property?**

Modified containers setup for retail on .

[New Case]   [Save]
[Add Requestor]
[Move To Legal Folio]

**Case Address**

1380 SW 8 ST

**Right of Way?** ☐
**Repeat Offence?** ☐

**Description**

Modified containers setup for retail on a parking lot without building permits.
2/12/18...INSPECTION CONDUCTED FOLLOWING A WWP COMPLAINT. FOUND
SEVERAL MODIFIED CONTAINERS HALF WAY BUILT, ALONG WITH MATERIALS
AND CUT OFF PIECES THAT INDICATE THAT THE UNITS ARE BEING BUILT ON

**311 Tracking**

**Division** Building  **Received** Feb 09, 2018  **In Compliance** Jan 10, 2019

**Process** Unsafe Structure  **Service Date** Feb 09, 2018  **Closed Date** Jan 10, 2019

**Source** Employee  **First Inspection** Feb 09, 2018  **Daily Per Diem**

**Request Type** Case  **Last Completed Activity** Sep 06, 2018

**Complaint Type** Building or Structures that are Unsafe

**Priority** 1

**Inspector** Rene Diaz  **Refer To**  [Refer]

☐ Override the Geo Inspector assignment  Entered by ReDiaz on Feb 09, 2018.

**Violations**

7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Other

Description:

Modified containers setup for retail on a parking lot without building permits.

2/12/18...INSPECTION CONDUCTED FOLLOWING A WWP COMPLAINT. FOUND
SEVERAL MODIFIED CONTAINERS HALF WAY BUILT, ALONG WITH MATERIALS AND

CUT OFF PIECES THAT INDICATE THAT THE UNITS ARE BEING BUILT ON THE PARKING LOT...SEE PICTURES...ARAFET

9/5/18...PROPERTY INSPECTED, CONTAINERS STILL ON SITE, UNFINISHED. SEE NEW PICTURES. AARAFET

## Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

### Case Information

| | | | |
|---|---|---|---|
| Address | 1380 SW 8 ST | Owner | CALLE OCHO MARKETPLACE LLC |
| Folio | 0141110140170   Zone 34 | Process | Unsafe Structure |
| Sector | South   Service Date Feb 09, 2018 | Case Type | Building or Structures that are Unsafe |
| | | Case Number | BB2018002766   Status Closed |

### Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Feb 09, 2018 | Inspection Pictures | Completed |
| Feb 09, 2018 | Record Violation(s) | Completed |
| Feb 09, 2018 | Create UW1 | N/A |
| Feb 13, 2018 | Select Ticketing Outcome | Completed |
| Feb 15, 2018 | Office Entry | Completed |
| Feb 20, 2018 | Initial Inspection | Completed |
| Sep 10, 2018 | Office Entry | Completed |

New Activity   Save

| | |
|---|---|
| Activity | Initial Inspection |
| Outcome | Violation Found |
| Status | Completed |
| Assigned To | RICARDO FRANQUI |
| Department | Building Department |
| Position Responsible | Geo Inspector |
| Comment | Met with the owner on January 31st and was told that plans with structural calculations will be required. Owner also met with the |
| Due Date | Feb 20, 2018 |
| Completed Date | Feb 09, 2018 |
| Activity Type | Inspection |
| Letter Type | |
| Hearing | |

Images

| | |
|---|---|
| Hauler Company | |
| Number of Containers | |
| Total Yards | |

**Comment**:

Met with the owner on January 31st and was told that plans with structural calculations will be required. Owner also met with the City's structural engineer for their submittal requirements.

## Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

### Case Information

**Address** 1380 SW 8 ST  
**Folio** 0141110140170   **Zone** 34  
**Sector** South   **Service Date** Feb 09, 2018  

**Owner** CALLE OCHO MARKETPLACE LLC  
**Process** Unsafe Structure  
**Case Type** Building or Structures that are Unsafe  
**Case Number** BB2018002766   **Status** Closed  

### Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Feb 09, 2018 | Inspection Pictures | Completed |
| Feb 09, 2018 | Record Violation(s) | Completed |
| Feb 09, 2018 | Create UW1 | N/A |
| Feb 13, 2018 | Select Ticketing Outcome | Completed |
| Feb 15, 2018 | Office Entry | Completed |
| Feb 20, 2018 | Initial Inspection | Completed |
| Sep 10, 2018 | Office Entry | Completed |

**Activity** Office Entry  
**Outcome** Complete  
**Status** Completed  
**Assigned To** Rene Diaz  
**Department** Building Department  
**Position Responsible** Geo Inspector  
**Comment** 2/12/18...INSPECTION CONDUCTED FOLLOWING A WWP COMPLAINT. FOUND SEVERAL MODIFIED CONTAINERS HALF WAY...  
**Due Date** Feb 15, 2018  
**Completed Date** Feb 13, 2018  
**Activity Type** Document/Picture  
**Letter Type**  
**Hearing**  

New Activity    Save

Images

**Hauler Company**  
**Number of Containers**  
**Total Yards**  

**Comment:**

2/12/18...INSPECTION CONDUCTED FOLLOWING A WWP COMPLAINT. FOUND SEVERAL MODIFIED CONTAINERS HALF WAY BUILT, ALONG WITH MATERIALS AND CUT OFF PIECES THAT INDICATE THAT THE UNITS ARE BEING BUILT ON THE PARQUING LOT...SEE PICTURES...ARAFET

## Case Activities

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Case Activities |

### Case Information

| Address | 1380 SW 8 ST | Owner | CALLE OCHO MARKETPLACE LLC |
| Folio | 0141110140170 | Zone | 34 | Process | Unsafe Structure |
| Sector | South | Service Date | Feb 09, 2018 | Case Type | Building or Structures that are Unsafe |
| | | | | Case Number | BB2018002766 | Status | Closed |

### Case Activities

| Due Date | Activity | Status |
|---|---|---|
| Feb 09, 2018 | Inspection Pictures | Completed |
| Feb 09, 2018 | Record Violation(s) | Completed |
| Feb 09, 2018 | Create UVN | N/A |
| Feb 13, 2018 | Select Ticketing Outcome | Completed |
| Feb 15, 2018 | Office Entry | Completed |
| Feb 20, 2018 | Initial Inspection | Completed |
| Sep 10, 2018 | Office Entry | Completed |

New Activity    Save

| | |
|---|---|
| Activity | Office Entry |
| Outcome | Complete |
| Status | Completed |
| Assigned To | Rene Diaz |
| Department | Building Department |
| Position Responsible | Geo Inspector |
| Comment | 9/5/18...PROPERTY INSPECTED, CONTAINERS STILL ON SITE, UNFINISHED. SEE NEW PICTURES. AARAFET |
| Due Date | Sep 10, 2018 |
| Completed Date | Sep 06, 2018 |
| Activity Type | Document/Picture |
| Letter Type | |
| Hearing | |

Images

| | |
|---|---|
| Hauler Company | |
| Number of Containers | |
| Total Yards | |

**Comment:**

9/5/18...PROPERTY INSPECTED, CONTAINERS STILL ON SITE, UNFINISHED. SEE NEW PICTURES. AARAFET

## ☐ Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1380 SW 8 ST | Process | Unsafe Structure |
| Zone | 34 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141110140170 | Status | Closed ☐ |
| Date Compliance Due | Feb 19, 2018 | Tracking Number | |
| | | Case Number | BB2018002766 |

## Violations

[ New Violation ]  [ Save ]

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Jan 10, 2019 | 7604 | Rene Diaz | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Consti |

| | |
|---|---|
| Violation | 7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm |
| Status | Complied ☐ |
| Inspector | Rene Diaz ☐ |
| Violation Date | Feb 09, 2018 |
| Violation Time | 05:12 PM |
| Fine Amount | 0  x 1  = 0 |
| Date Issued | Feb 09, 2018 |
| Time Issued | 05:12 PM |
| Ticket Number | |
| Required Corrections | |

Description: Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise

Code Section: Chapter 8-5 of the Code of Miami-Dade

Comments: Modified containers setup for retail on a parking lot.

☐ Repeat Offence?   ☐ Right of Way?            Entered by ReDiaz on Feb 09, 2018.

## Letters

| Portal ☐ | Violations ☐ | Letters ☐ | | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Print Queue ☐ | To Do List ☐ | Liens ☐ | Letters |

## Case Information

Address 1380 SW 8 ST
Zone 34
Folio 0141110140170
Tracking Number
Case Number BB2018002766
Status Closed ▾

**Case Contacts**

| Type | Name |
|------|------|
| Owner | CALLE OCHO MARKETPLACE LLC |

## Letters

| Type | Description (Name) | Inspector | Print Administrator | Save |
|------|--------------------|-----------|---------------------|------|
| ▾ | ▾ | ▾ | ▾ | |

Date Sent to eRecording     Date Recorded     eRecStatus

Inspector Comments

## Recipients

| Letter Operations | | | | ERecord | Save |
|-------------------|--|--|--|---------|------|
| View letter text ☐ | | | | | |
| Attach image to letter ☐ | Name | Type | Status | Date Printed |
| Add Selected Contact ☐ | | ▾ | ▾ | |
| Remove Selected Recipient ☐ | | | | |
| Generate Letter Text ☐ | | | | |
| Clear Letter Text ☐ | | | | |
| Send to Queue ☐ | | | | |

## Liens

Portal ☐   Violations ☐   Letters ☐   Hearings ☐   ☐   Current Page
Initiation ☐   Activities ☐   Images ☐   Comments ☐        Liens and Fees

### Case Information

Address 1380 SW 8 ST                    Process Unsafe Structure ▽
Zone 34                                  Status Closed ▽
Folio 0141110140170          Tracking Number
                              Case Number BB2018002766

### Liens

LNPEND_No                          [ New Lien ]   [ Save ]

                    Board Type [                    ▽]

                         CFN    Book   Start Page   End Page   Date
        Recorded Lien
        Released Lien
                                               date format: MM/DD/YYYY

[ RLN ]    Pending Lien? ☐  Lien Type [        ]      Pending Date
[ CCN ]    [ Clear Lien ]      Lien Cleared? ☐        Lien Clear Date
           [ Certify Lien ]   # Installments          Certified Date
             ☐ OK To Certify?  Certified? ☐           Amount Certified
           [ Lien Paid ]       Lien Paid? ☐

Comments  [                                              ]

### Fees

                              [ New Fee ]   [ Save ]

        Type          Amount      Quantity    Balance
        [       ▽]

                                    Lien Costs [        ]
                                    Total Due  [        ]



02/12/2018



02/12/2018

02/12/2018



02/12/2018



02/12/2018



02/12/2018







02/12/2018

02/12/2018



02/12/2018

02/12/2018



02/12/2018



02/12/2018



02/12/2018



02/12/2018



02/12/2018



02/12/2018

02/12/2018







09/05/2018

09/05/2018



09/05/2018



09/05/2018

09/05/2018



# PROPERTY INFORMATION ⓘ

**Folio:** 01-4111-014-0170

**Sub-Division:**
HARRISONS RESUB

**Property Address**
1380 SW 8 ST
1378 SW 8 ST

**Owner**
CALLE OCHO MARKETPLACE LLC

**Mailing Address**
1380 SW 8 ST
MIAMI, FL 33135

**PA Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 1 |
| Living Units | 0 |
| Actual Area | |
| Living Area | |
| Adjusted Area | 6,791 Sq.Ft |
| Lot Size | 11,700 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



Map View ▾   Layers ▾

SW 8TH ST \ SR 90

2021 Aerial Photography   60ft

| Portal ☐ | Violations ☐ | Letters ☐ | | Hearings ☐ | Lot Clearing ☐ | | Comments ☐ | | |
|---|---|---|---|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | | To Do List ☐ | Liens ☐ | | Move Case ☐ | Contacts ☐ | **Current Page** Case Initiation |

## Property Information

**Address** 1380 SW 8 ST

**Owner** CALLE OCHO MARKETPLACE LLC

**Zone** 34 ▽

**Owner Address** 1380 SW 8 ST

**Folio** 0141110140170

**Net ID** LITTLE HAVANA ▽

Registered ☐      Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2018009457 | Open |
| CE2018009456 ⌃ | Closed ⌃ |
| CE2018004156 | Closed |
| CE2018004151 | Closed |
| BB2018002766 | Closed |
| CE2018002750 | Closed |
| CE2018001680 | Closed |
| CE2018001679 | Closed |
| CE2018001678 | Closed |
| CE2017020564 ⌄ | Closed ⌄ |
| CE2017018184 | Closed |

**Where on Property?**

[ New Case ]   [ Save ]

[ Add Requestor ]

[ Move To Legal Folio ]

**Case Address**

1380 SW 8 ST

Right of Way? ☐

**Description**

Repeat Offence? ☐

work done between two structures that are owned by the same property owner.

**311 Tracking**

**Division** Code Enforcement

**Received** May 04, 2018

**In Compliance**

**Process** Code Enforcement NOV ▽

**Service Date** May 04, 2018

**Closed Date**

**Source** Employee ▽

**First Inspection** May 04, 2018

**Daily Per Diem** 250

**Request Type** Case ▽

**Last Completed Activity** May 21, 2019

**Complaint Type** Saturday inspection

**Priority** 1 ▽

**Inspector** RICARDO FRANQUI ▽

**Refer To** [          ]   [ Refer ]

☐ Override the Geo Inspector assignment

Entered by RFranqui on May 04, 2018.

**Violations**

1504 - WORK PERFORMED WITHOUT A PERMIT

## ■ Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

### Case Information

| | | | |
|---|---|---|---|
| **Address** | 1380 SW 8 ST | **Process** | Code Enforcement NOV |
| **Zone** | 34 | **Case Type** | Saturday inspection |
| **Folio** | 0141110140170 | **Status** | Open ▼ |
| **Date Compliance Due** | Oct 04, 2018 | **Tracking Number** | |
| | | **Case Number** | CE2018009457 |

### Violations

|  |  |  | New Violation | Save |

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Open | | 1504 | RICARDO FRANQUI | WORK PERFORMED WITHOUT A PERMIT |

| | |
|---|---|
| **Violation** | 1504 - WORK PERFORMED WITHOUT A PERMIT |
| **Status** | Open ▼ |
| **Inspector** | RICARDO FRANQUI ▼ |
| **Violation Date** | May 04, 2018 |
| **Violation Time** | 10:10 AM |
| **Fine Amount** | 500  x 1  = 500 |
| **Date Issued** | May 04, 2018 |
| **Time Issued** | 10:10 AM |
| **Ticket Number** | |
| **Required Corrections** | |

**Description**

WORK PERFORMED WITHOUT A PERMIT

**Code Section**

City Code SEC 10-3 (FBC 104, 105)ZON ORD SEC 2102

**Comments**

☐ Repeat Offence?    ☐ Right of Way?

Entered by RFranqui on May 04, 2018.

| Portal ☐ | Violations ☐ | Letters ☐ | Comments ☐ | Hearing Calendar ☐ | Current Page |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | Liens ☐ | | Case Hearing |

## Case Information

| Address | 1380 SW 8 ST | Process | Code Enforcement NOV |
|---|---|---|---|
| Zone | 34 | Status | Open |
| Folio | 0141110140170 | Tracking Number | |
| Per Diem Start Date | Oct 04, 2018 | Case Number | CE2018009457 |
| Sector | South ▽ /(305) 329-4820 | Inspector | RICARDO FRANQUI |

## Case Hearing

Law Case Number [                    ]     New Hearing     Save

| # | Hearing |
|---|---|
| 1 | 2018-06-13 CEB |
| 2 | 2018-09-12 CEB |

Hearing          2018-09-12 CEB
Hearing Type     CE Board
Hearing Request
Result           Guilty

**PerDiem**
PerDiem Indicator  ☑
PerDiem $ Amount   250
PerDiem Balance    361500

Comment                          Case heard in Absentia ☐

9/12/18: GUILTY, 3 WEEKS TO COMPLY BY 10/4/18 W/ $250 PD

Entered by RFranqui on Jun 28, 2018.

## Hearing Violations

Violation                                          Save

WORK PERFORMED WITHOUT A PERMIT

| 1504 | 1504 |
|---|---|

Result
Guilty

Date Compliance is Due
Oct 04, 2018        date format: MM/DD/YYYY

Entered by RFranqui on Jun 28, 2018.

# Liens

| Portal Initiation | Violations Activities | Letters Images | Hearings Comments | Current Page Liens and Fees |
|---|---|---|---|---|

## Case Information

**Address** 1380 SW 8 ST

**Zone** 34

**Folio** 0141110140170

**Process** Code Enforcement NOV

**Status** Open

**Tracking Number**

**Case Number** CE2018009457

## Liens

**LNPEND_No**

CE18009457

New Lien    Save

**Board Type** Code Enforcement

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | 20180624265 | 31178 | 2836 | | Oct 11, 2018 |
| Released Lien | | | | | |

date format: MM/DD/YYYY

RLN

CCN

**Pending Lien?** ✓    **Lien Type** AL50    **Pending Date** Oct 04, 2018

Clear Lien    **Lien Cleared?** ☐    **Lien Clear Date**

Certify Lien    **# Installments**    **Certified Date**

☐ OK To Certify?    **Certified?** ☐    **Amount Certified**

Lien Paid    **Lien Paid?** ☐

**Comments** GENERATED NEW FEO. TWO RELEASES NEED TO BE GENERATED. THIS ONE
BK31178 PG2836 REC Oct 11, 2018 AND NEW RECORDED ONE.

Entered by RFranqui on Oct 04, 2018.
Modified by CCampana on Oct 16, 2018.

## Fees

New Fee    Save

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Per Diem Fine | $ 250.00 | 1,446 | 361,500.00 |
| Per Diem Fine | $ 250.00 | 1,446 | 361,500.00 |

**Lien Costs** 361,500.00

**Total Due** 361,500.00









# PROPERTY INFORMATION ⓘ

Folio: 01-4111-014-0170

**Sub-Division:**
HARRISONS RESUB

**Property Address**
1380 SW 8 ST
1378 SW 8 ST

**Owner**
CALLE OCHO MARKETPLACE LLC

**Mailing Address**
1380 SW 8 ST
MIAMI, FL 33135

**PA Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 1 |
| Living Units | 0 |
| Actual Area | |
| Living Area | |
| Adjusted Area | 6,791 Sq.Ft |
| Lot Size | 11,700 Sq.Ft |
| Year Built | Multiple (See Building Info.) |

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

**Address** 1380 SW 8 ST   **Owner** CALLE OCHO MARKETPLACE LLC

Zone 34   Owner Address 1380 SW 8 ST

Folio 0141110140170   Net ID LITTLE HAVANA

Registered ☐   Lot Registered ☐

## Case Information

| Case Number | Status |
| --- | --- |
| CE2017018176 | Closed |
| CE2017016266 | Closed |
| CE2017014177 | Closed |
| CE2017010255 | Closed |
| CE2017010140 | Closed |
| CE2017009206 | Closed |
| CE2017009191 | Closed |
| CE2016023364 | Closed |
| CE2016023109 | Closed |
| CE2016017686 | Closed |
| CE2016015665 | Closed |

**Where on Property?**

New Case   Save

Add Requestor

Move To Legal Folio

**Case Address**
1380 SW 8 ST

**Description**

Right of Way? ☐
Repeat Offence? ☐

311 Tracking

Division Code Enforcement

Process Code Enforcement NOV   Received Oct 26, 2017   In Compliance

Source Employee   Service Date Oct 26, 2017   Closed Date Oct 26, 2017

Request Type Case   First Inspection Oct 26, 2017   Daily Per Diem

Complaint Type Saturday inspection   Last Completed Activity Oct 26, 2017

Priority 1

Inspector RICARDO FRANQUI   Refer To   Refer

☐ Override the Geo Inspector assignment   Entered by RFranqui on Oct 26, 2017.

**Violations**

2284 - Failure to obtain a Temporary Use Permit or Temporary Occupancy Permit
2115 - Nonconforming Parking Lot

## Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

### Case Information

**Address** 1380 SW 8 ST

**Zone** 34

**Folio** 0141110140170

**Date Compliance Due** Nov 06, 2017

**Process** Code Enforcement NOV

**Case Type** Saturday inspection

**Status** Closed ☑

**Tracking Number**

**Case Number** CE2017018176

### Violations

New Violation    Save

| Status | Date Complied | Violation | Inspector | Description |
|--------|---------------|-----------|-----------|-------------|
| Void | | 2284 | RICARDO FRANQUI | Failure to obtain a Temporary use permit. |
| Void | | 2115 | RICARDO FRANQUI | Parking lot not conforming with the Off-street parking Guides and Standa |
| Void | | | | |

**Violation** 2284 - Failure to obtain a Temporary Use Permit or Temporary Occupancy Permit.

**Status** Void ☑

**Inspector** RICARDO FRANQUI ☑

**Violation Date** Oct 26, 2017

**Violation Time** 08:24 AM

**Fine Amount** 250 x 1 = 250

**Date Issued** Oct 26, 2017

**Time Issued** 08:20 AM

**Ticket Number**

**Required Corrections**

**Description** Failure to obtain a Temporary use permit.

**Code Section** City Code SEC 62-535

**Comments**

☐ Repeat Offence?    ☐ Right of Way?

Entered by RFranqui on Oct 26, 2017.

## Case Activities

| Portal | Violations | Letters | Hearings | Lot Clearing |
|--------|-----------|---------|----------|--------------|
| Initiation | Activities | Images | To Do List | Liens |

Current Page
Case Activities

## Case Information

Address 1380 SW 8 ST

Folio 0141110140170     Zone 34

Sector South     Service Date Oct 26, 2017

Owner CALLE OCHO MARKETPLACE LLC

Process Code Enforcement NOV

Case Type Saturday inspection

Case Number CE2017018176     Status Closed

## Case Activities

| Due Date | Activity | Status |
|----------|----------|--------|
| Oct 26, 2017 | Inspection Pictures | Completed |
| Oct 26, 2017 | Record Violation(s) | Completed |
| Oct 26, 2017 | Create CEB SUM | Completed |
| Oct 27, 2017 | Print and Mail NOV Letter | Completed |
| Oct 27, 2017 | Print and Mail CEB SUM | Completed |
| Oct 30, 2017 | Select NOV Outcome | Completed |
| Oct 30, 2017 | NOV Posting Inspection | Completed |
| Oct 30, 2017 | Create Affidavit of Posting NOV | Completed |
| Oct 30, 2017 | Picture of Posted NOV | Completed |
| Oct 30, 2017 | Print Affidavit of Posting NOV | Completed |
| Oct 30, 2017 | Pre CEB Summons Inspection | Completed |
| Oct 30, 2017 | Scan Affidavit of Posting NOV | N/A |
| Oct 30, 2017 | SUM Posting Inspection | N/A |
| Oct 30, 2017 | Close SR | Completed |
| Nov 06, 2017 | Initial Inspection | Completed |
| Nov 06, 2017 | Create Notice of Violation Letter | Completed |
| Nov 06, 2017 | Received NOV Green Card | N/A |
| Nov 06, 2017 | Timer Activity before CEB Summons | Completed |
| Nov 06, 2017 | Initiate CEB Summons (Pick hearing date) | Completed |
| Dec 04, 2017 | Pre Hearing Inspection | N/A |
| Dec 13, 2017 | Reminder: Attend Hearing | N/A |
| Dec 14, 2017 | Waiting for HB Results | N/A |

New Activity     Save

Activity Initial Inspection

Outcome Violation Found

Status Completed

Assigned To RICARDO FRANQUI

Department Code Enforcement

Position Responsible Geo Inspector

Comment

Due Date Nov 06, 2017

Completed Date Oct 26, 2017

Activity Type Inspection

Letter Type

Hearing

Images

Hauler Company

Number of Containers

Total Yards

## − Case Hearing

| Portal Initiation | Violations Activities | Letters Images | Comments Liens | Hearing Calendar | Current Page Case Hearing |

## Case Information

| | |
|---|---|
| Address 1380 SW 8 ST | Process Code Enforcement NOV ▼ |
| Zone 34 | Status Closed ▼ |
| Folio 0141110140170 | Tracking Number |
| Per Diem Start Date | Case Number CE2017018176 |
| Sector South ▼ (305) 329-4820 | Inspector RICARDO FRANQUI ▼ |

## Case Hearing

| # | Hearing | Law Case Number | | New Hearing | Save |

| # | Hearing |
|---|---|
| 1 | 2017-12-13 CEB |

Hearing 2017-12-13 CEB

Hearing Type CE Board ▼

Hearing Request ▼

Result

**PerDiem**
PerDiem Indicator
PerDiem $Amount
PerDiem Balance 0

Comment

Case heard in Absentia ☐

Entered by RFranqui on Oct 26, 2017.



## PROPERTY INFORMATION ⓘ

**Folio:** 01-4111-014-0170

**Sub-Division:**
HARRISONS RESUB

**Property Address**
1380 SW 8 ST
1378 SW 8 ST

**Owner**
CALLE OCHO MARKETPLACE LLC

**Mailing Address**
1380 SW 8 ST
MIAMI, FL 33135

**PA Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 1 |
| Living Units | 0 |
| Actual Area | |
| Living Area | |
| Adjusted Area | 6,791 Sq.Ft |
| Lot Size | 11,700 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



SW 8TH ST \ SR 90

2021 Aerial Photography   60ft

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

Address 1378 SW 8 ST

Owner CALLE OCHO MARKETPLACE LLC

Zone 34 ▼          Owner Address 1378 SW 8 ST

Folio 0141110140170          Net ID LITTLE HAVANA ▼

Registered ☐     Lot Registered ☐

## Case Information

| Case Number | Status | Where on Property? | | |
| BB2018005372 | Closed | | New Case | Save |

Add Requestor

ADDITION BUILT IN ALLEY NEXT TO EL

Move To Legal Folio

Case Address                                    Right of Way? ☐

1378 SW 8 ST                                    Repeat Offence? ☐
Description

3/21/18....1 STORY, CBS, CP...UNSAFE CONDITIONS FOUND: ADDITION TO EL TAQU

311 Tracking

Division Building

Process Unsafe Structure ▼

Source Employee ▼

Request Type Case ▼

Complaint Type Building or Structures that are Unsafe

Priority 1 ▼

Inspector Ahmed Arafet ▼

☐ Override the Geo Inspector assignment

Received Mar 21, 2018          In Compliance Mar 25, 2019

Service Date Mar 21, 2018          Closed Date Mar 25, 2019

First Inspection Mar 21, 2018          Daily Per Diem

Last Completed Activity Mar 20, 2019

Refer To                                         Refer

Entered by AArafet on Mar 21, 2018.

Violations

7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Other
7601 - Failure of Owner/Tenant to Obtain Required Permit

## Violations

Portal ☐ Violations ☐ Letters ☐ Hearings ☐ Lot Clearing ☐  **Current Page**
Initiation ☐ Activities ☐ Images ☐ To Do List ☐ Liens ☐  Violations and Compliance

## Case Information

| | | | |
|---|---|---|---|
| Address | 1378 SW 8 ST | Process | Unsafe Structure |
| Zone | 34 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141110140170 | Status | Closed |
| Date Compliance Due | Apr 02, 2018 | Tracking Number | |
| | | Case Number | BB2018005372 |

## Violations

New Violation    Save

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Mar 25, 2019 | 7604 | Ahmed Arafet | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constit |
| Complied | Mar 25, 2019 | 7601 | Ahmed Arafet | Failure of Owner/Tenant to Obtain Required Permit |

Violation | 7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm

Status | Complied

Inspector | Ahmed Arafet

**Description**
Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise

Violation Date | Mar 21, 2018

Violation Time | 11:01 AM

**Code Section**
Chapter 8-5 of the Code of Miami-Dade

Fine Amount | 0  x 1  = 0

Date Issued | Mar 21, 2018

Time Issued | 11:01 AM

**Comments**

Ticket Number | 

Required Corrections | 

☐ Repeat Offence?    ☐ Right of Way?    Entered by AArafet on Mar 21, 2018.

## ■ Violations

Portal ☐  Violations ☐  Letters ☐  Hearings ☐  Lot Clearing ☐  **Current Page**

Initiation ☐  Activities ☐  Images ☐  To Do List ☐  Liens ☐  Violations and Compliance

### Case Information

| | | | |
|---|---|---|---|
| Address | 1378 SW 8 ST | Process | Unsafe Structure |
| Zone | 34 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141110140170 | Status | Closed ⌄ |
| Date Compliance Due | Apr 02, 2018 | Tracking Number | |
| | | Case Number | BB2018005372 |

### Violations

New Violation    Save

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Mar 25, 2019 | 7604 | Ahmed Arafet | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitu |
| Complied | Mar 25, 2019 | 7601 | Ahmed Arafet | Failure of Owner/Tenant to Obtain Required Permit |

Violation | 7601 - Failure of Owner/Tenant to Obtain Required Permit

Status | Complied ⌄

Description

Inspector | Ahmed Arafet ⌄

Failure of Owner/Tenant to Obtain Required Permit

Violation Date | Mar 21, 2018

Violation Time | 11:01 AM

Code Section

Fine Amount | 0  x 1  = 0

SECTION 104 F.B.C. & CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNT

Date Issued | Mar 21, 2018

Comments

Time Issued | 11:01 AM

3/21/18....1 STORY, CBS, CP...UNSAFE CONDITIONS
FOUND: ADDITION TO EL TAQUITO RESTAURANT
COMPLETED ON THE ALLEYWAY WITHOUT PROPER PERMITS

Ticket Number |

Required Corrections | 3/21/18....1 STORY, CBS, CP...UNSAFE CONDITIONS FOUND: ADDITION TO EL TAQUITO
RESTAURANT COMPLETED ON THE ALLEYWAY WITHOUT PROPER PERMITS AND INSPECTIONS
INCLUDING ELECTRICAL, PLUMBING, MECHANICAL AND STRUCTURAL WORK. NEED TO SUBMIT

Entered by AArafet on Mar 21, 2018.

☐ Repeat Offence?    ☐ Right of Way?

---

**Required Corrections:**

3/21/18....1 STORY, CBS, CP...UNSAFE CONDITIONS FOUND: ADDITION TO EL TAQUITO
RESTAURANT COMPLETED ON THE ALLEYWAY WITHOUT PROPER PERMITS AND INSPECTIONS
INCLUDING ELECTRICAL, PLUMBING, MECHANICAL AND STRUCTURAL WORK. NEED TO SUBMIT
ARCHITECTURAL/ENGINEERING PLANS DETAILING ALL WORK PERFORMED, ADQUIRE REQUIRED

PERMITS/INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES TO BRING STRUCTURES BACK INTO COMPLIANCE........DOUBLE FEE+$110.00.



03/19/2018



03/19/2018





03/19/2018



03/19/2018



03/19/2018



03/19/2018



03/19/2018



03/19/2018



03/19/2018







5/18/18

BB2018005372

**POSTED**

# NOTICE OF HEARING
## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

1 3 7 8 S W 8 ST

0 1 4 1 1 0 1 4 0 1 7 0

05/18/2018



03/19/2018

03/19/2018