Case 1:24-cv-21893-RKA Document 58-43 Entered on FLSD Docket 10/30/2023 Page 1 of 345

9/25/2020   BB 2020017396

# NOTICE
# POSTED

## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

1558 S W 7 ST

0-41-0200-66-130

2020/09/25 16:20:46



Page 1 of 2

**City of Miami**

September 25, 2020

CR: BB2020017396

YO AMO CALLE OCHO LLC

YO AMO CALLE OCHO LLC

1637 SW 8 ST STE 200
MIAMI, FL 33135-33135

1637 SW 8 ST STE 200
MIAMI, FL 33135-33135

### REPAIR OR DEMOLISH - FIRST NOTICE

RE: 1558 SW 7 ST   Folio: 0141020066130
LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 8 & 9 BLK 103 PER UNITY OF TITLE OR
29208-2079 LOT SIZE 13300 SQ FT M/L

Dear Owner(s):

Chapter 8-5 of the Code of Miami-Dade County and section 10-101 of the Code of the City of Miami set criterion
by which a building is evaluated to determine whether or not it is unsafe, constitutes a fire hazard, or is otherwise
dangerous to human life or public welfare. An inspection of the above revealed that it is in violation of Chapter 8-
5 of the Code of Miami-Dade County and section 10-101 of the Code of the City of Miami, and the following
defects have been found.

VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or
Windstorm Hazard or are Otherwise    Chapter 8-5 of the Code of Miami-Dade
VIOL REF# 7603-Working without a permit, building, roofing, mechanical, electrical, or plumbing.
        SECTION 104 F.B.C. & CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNTY
        Correction: 9/25/2020... 1-STORY, CBS, APARTMENT BUILDINGS (3 SEPERATE STRUCTURES)
#7. STRUCTURAL AND PLUMBING WORK WITHOUT PERMITS. NEED TO STOP WORK
IMMEDIATELY, SUBMIT ARCH/ENGINEERING PLANS DETAILING ALL WORK/ALTERATIONS
TAKING PLACE, AND ACQUIRE THE REQUIRED PERMIT AND INSPECTIONS AS PER F.B.C AND
LOCAL ORDINANCES DOUBLE FEE+$110.00.

You are, therefore, requested to repair or demolish this structure. Please contact the Unsafe Structures Section of
the Building Department at 444 SW 2 Ave, Miami, Florida 33130 or by phone at (786) 417-1949 or by email at
RRamos@miamigov.com, and advise of your intentions. If either a demolition or building permit is not obtained
or we do not hear from you by October 05, 2020, it will be necessary to move toward demolition of your building
in accordance with Chapter 8-5 of the Code of Miami-Dade County and section 10-101 of the Code of the City of
Miami.

Very truly yours,

Raul Ramos

http://lmprod01/cityviewweb/PrintAll/q1uyd4rmpkx15uvyrv3wbgqi/Page65_0001.html   9/25/2020



**CITY OF MIAMI
UNSAFE STRUCTURES
SECTION**

CITY OF MIAMI
Building Department
444 S.W. 2 Ave. (4th Floor)
Miami, FL. 33130

2020/09/25 16:19:47



CITY OF MIAMI BUILDING DEPARTMENT

# STOP WORK ORDER

YOU ARE HEREBY ORDERED TO **STOP ALL WORK** AT:

1558- 1570 SW 7 ST

You must comply with all requirements mandated by the Florida Building Code and Chapter 8 of the Miami-Dade County Code.

Visit the City of Miami Building Department at 444 S.W. 2ⁿᵈ Avenue (4ᵗʰ floor) to obtain additional information regarding this Violation.

9/25/2020
Date

Raul Rams
Signature

Case 1:18-cv-24190-RS Document 59-43 Entered on FLSD Docket 06/30/2023 Page 3 of 345



Case 1:23-cv-20459-RSD Document 59-43 Entered on FLSD Docket 06/30/2023 Page 4 of 345













2020/09/25 15:48:04









2020/09/25 15:48:56





Case 1:18-cv-24190-RS   Document 609-44   Entered on FLSD Docket 03/28/2023   Page 4 of 345

2020/09/25 15:49:17



2020/09/25 15:49:20



2020/09/25 15:49:45



2020/09/25 15:49:58





2020/09/25 15:50:16





2020/09/25 15:50:29



2020/09/25 15:50:46











Case 1:16-cv-24190-RS Document 808-33 Entered on FLSD Docket 03/29/2023 Page 28 of 345

2020/09/25 15:51:37





2020/09/25 15:51:46



2020/09/25 15:51:50



2020/09/25 15:51:59



2020/09/25 15:52:15



2020/09/25 15:52:19







2020/09/25 15:52:54



2020/09/25 15:52:57


Case: 18-cv-24190-RS    Document 469-39    Entered on FLSD Docket 03/28/2022    Page 39 of 345

2020/09/25 15:53:00



2020/09/25 15:53:03



2020/09/25 15:53:06



2020/09/25 15:53:16



2020/09/25 15:53:18

2020/09/25 16:19:56



2020/09/25 16:20:22



Case 1:18-cv-24190-RS   Document 469-44   Entered on FLSD Docket 03/26/2023   Page 1 of 345



2020/09/25 16:20:41



9/25/2020   BB2020017396

# NOTICE
# POSTED
## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

Page 1 of 1

**City of Miami**

September 25, 2020

CR: BB2020017396

YO AMO CALLE OCHO LLC

1637 SW 8 ST STE 200
MIAMI, FL 33135  33135

Location of Violation: 1558 SW 7 ST

YO AMO CALLE OCHO LLC

1637 SW 8 ST STE 200
MIAMI, FL 33135  33135

Folio: 0141020066130



**72 HOURS ELECTRICAL DISCONNECTION LETTER**

Subject Property: 1558 SW 7 ST      Folio: 0141020066130

Dear YO AMO CALLE OCHO LLC:

This letter is to advise you that the electrical service to the above referenced location will be interrupted in seventy-two hours, (72 hrs) from the date of this letter, unless immediate arrangements are made to comply the Violations filed against this property.

Caution: Do not destroy this letter. It must be presented in person when requesting information on how to comply this Case.

If you have any questions regarding the contents of this letter, please contact Chief Electrical Richard Way at 305/416-1125, or personally at 444 SW 2 Avenue, (4th Floor), or via email at RWay@miamigov.com.

A $50 administrative fee will be imposed per each Notice of Disconnection sent. Failure to make payment will result in a Lien placed against the above mentioned property.

Very truly yours:

Rene Diaz
Chief of Unsafe Structures
City of Miami Building Department

http://lmprod01/cityviewweb/PrintAll/q1uyd4rmpkx15uvyrv3wbgqi/Page77_0001.html      9/25/2020



**CITY OF MIAMI
UNSAFE STRUCTURES
SECTION**

CITY OF MIAMI
Building Department
444 S.W. 2 Ave. (4th Floor)
Miami, FL 33130




1-1558 SW 7 ST

0-141-02000 66-1-30

2020/09/25 16:27:28

2020/09/25 16:27:32










Case 1:23-cv-20716-PAS Document 39-38 Entered on FLSD Docket 12/07/2023 Page 1 of 188





CFN: 20210558609 BOOK 32654 PAGE 4609
DATE:08/03/2021 08:19:31 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02591**                           **Final Action: 07/23/2021**

Owner's Name: **YO AMO CALLE SIETE, LLC**
Owner's Mailing Address: **1637 SW 8 STREET, SUITE 200, MIAMI FL 33135**
Case #: **BB2020017396**
RE: **1558 SW 7 ST**
Folio Number: **01-4102-006-6130**
Legal Description: **LOT 8 & 9, BLOCK 103, LAWRENCE EST LAND COS SUB, PLAT BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JULY 23, 2021 for **Structure "A"** (**1-STORY, CBS, MULTIFAMILY BUILDING**), **Structure "B"** (**1-STORY, CBS, MULTIFAMILY BUILDING**), AND **Structure "C"** (**1-STORY, CBS, MULTIFAMILY BUILDING**)

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days
**Structure 'B':**    Repair or Demolish Unsafe Structure within 180 days
**Structure 'C':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date
**Structure 'B':**    Permits shall be obtained within 90 days from today's date
**Structure 'C':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida

CFN: 20210558609 BOOK 32654 PAGE 4610

Case # :BB2020017396 - Owner's Name: YO AMO CALLE SIETE, LLC

Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2020017396

As of date (JULY 23, 2021):

BGI FINANCIAL, LLC
175 SW 7 STREET, SUITE 2208
MIAMI, FL 33130

CFN: 20210558609 BOOK 32654 PAGE 4611

Case # :BB2020017396 - Owner's Name: YO AMO CALLE SIETE, LLC

ANGULO, EDMUNDO
BGI FINANCIAL, LLC
175 SW 7TH STREET, SUITE 2208
MIAMI, FL 33130

PINILLA, MARTIN A. II
YO AMO CALLE SIETE LLC
1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by
Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.*

Moved By: _____
          Panel Member Kouchalakos

Seconded By: _____
             Panel Member Bared

Chair, Unsafe Structure    _____    Date  7/23/2021
          Panel            Rafael Rodriguez





















CFN: 20220131469 BOOK 33018 PAGE 461
DATE:02/11/2022  03:19:10 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**COMPLIANCE AGREEMENT**

Case No.:    **BB2020017396**

Case Address:    **1558 SW 7 ST**

Folio #:    **01-4102-006-6130**

Legal Description:    **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 8 & 9 BLK 103 PER UNITY OF TITLE OR 29208-2079 LOT SIZE 13300 SQ FT M/L**

Owner's Name:    **YO AMO CALLE SIETE LLC**

Owner's Mailing
Address::    **1637 SW 8 ST 200
MIAMI, FL 33135**

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this **7**TH day of: **FEBRUARY** 2021, by: **YO AMO CALLE SIETE LLC**, (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

## PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS,** the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in case: **BB2020017396**.

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1.  The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2.  EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3.  TERMS.

The Owner agrees to:

a.  ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

b.  ( **X** ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County Code, as amended).  The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

CFN: 20220131469 BOOK 33018 PAGE 462

The property owner agrees that said structure(s) shall be:

**ALL** building permits shall be obtained and paid for within thirty **(30)** calendar days after the plans have been submitted. All repairs or items must be completed within one hundred eighty **(180)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c.  (   ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d.  (   ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e.  Structures with damage assessed **under 50%** shall abide by the following:

(   ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within () days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f.  Structures with damage assessed **over 50%** shall abide by the following:

(   ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within () days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g.  (   ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

h.  No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the required plans, permits and inspections, the Owner hereby agrees to STOP such work until

CFN: 20220131469 BOOK 33018 PAGE 463

plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

i.   (  ) Other requirements or provisions.

_____
_____
_____
_____
_____

SECTION 4.   ACCESS.   The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

SECTION 5.   EXTENSION.   No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

SECTION 6.   COMPLIANCE.   By signing this Agreement you certify that you have read and fully understand it.  Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

SECTION 7.   WAIVER.   By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

SECTION 8.   NOT TRANSFERABLE.   This document is not transferrable without the express written consent of the Building Official.

SECTION 9.   SALE OF PROPERTY.   The Owner shall not sell or transfer title to the Property during the course of this Agreement.  The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

SECTION 10.   RECORDING.  This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

SECTION 11. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law.  An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages.  The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

SECTION 12. SEVERABILITY.  Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida.  Venue in any proceedings between the parties shall be in Miami-Dade County, Florida.  Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue.  Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction.  The parties irrevocably waive any rights to a jury trial.  Title and paragraph headings are for convenient reference and are not a part of this Agreement.  No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing.  This Agreement constitutes the sole and entire agreement between the parties hereto.

CFN: 20220131469 BOOK 33018 PAGE 464

SECTION 14.  COSTS.  This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this 7th day of Feb , 2022.

**Witnesses:**

_____
Signature

KATARINA JAUREGUIZAR
Print Name

_____
Signature

Amaya Gutierrez
Print Name

**Owner:**

By: _____
(YO AMO CALLE SIETE LLC)
(WILLIAM O FULLER)

Address: 1628 SW 8th Street, Ste 200
Miami, FL 33135

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by William Fuller. He

is ☐ personally known to me or ☒ has produced DL F460934770970 , as identification.

Witness my signature and official seal this 7th day of Feb 2022, in the County and State aforesaid.

My Commission Expires:

Notary Public State of FL_____.

Paola Rodriguez
Print Name

PAOLA RODRIGUEZ
MY COMMISSION # GG 917431
EXPIRES: September 29, 2023
Bonded Thru Notary Public Underwriters

APPROVED AS TO BUILDING
REQUIREMENTS:

_____
BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

## City of Miami

March 30, 2018

CR: BB2018006046

CALLE OCHO MARKETPLACE LLC

827 SW 14 AVE
MIAMI, FL 33135

CALLE OCHO MARKETPLACE LLC

827 SW 14 AVE
MIAMI, FL 33135

### REPAIR OR DEMOLISH - FIRST NOTICE

RE: 827 SW 14 AV                                                                  Folio: 0141110140150
.HARRISON RE SUB PB 4-16 LOT 17 & BEG NW COR LOT 16 ELY TO NE COR LOT 16 85FT WLY
TO POB BLK 4 & W1/2 OF ALLEY LYG E & ADJ CLOSED PER ORD 13492 LOT SIZE 6824 SQ FT M/L

Dear Owner(s):

Chapter 8-5 of the Code of Miami-Dade County sets criterion by which a building is evaluated to determine
whether or not it is unsafe, constitutes a fire hazard, or is otherwise dangerous to human life or public welfare. An
inspection of the above revealed that it is in violation of Chapter 8-5 of the Code of Miami-Dade County and the
following defects have been found:

VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or
Windstorm Hazard or are Otherwise    Chapter 8-5 of the Code of Miami-Dade
        Correction: NEED TO PROPERLY SECURE/ MANTAIN, OBTAIN DEMOLITION PERMIT OR
START PROCESS TO REPAIR A.S.A.P. TO BRING STRUCTURES BACK INTO COMPLIANCE, SUBMIT
PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C AND LOCAL
ORDINANCES.    DOUBLE FEE+$110.00.

You are, therefore, requested to repair or demolish this structure.  Please contact the Unsafe Structures Section of
the Building Department, P.O. Box 330708, Miami, Florida, by phone at (786) 575-1023 or by email at
aarafet@miamigov.com, and advise of your intentions. If either a demolition or building permit is not obtained or
we do not hear from you by April 09, 2018, it will be necessary to move toward demolition of your building in
accordance with the detailed procedure in the Code Miami-Dade County.

Very truly yours,

Ahmed Arafet
City of Miami Unsafe Structures Inspector

Ph: (786) 575-1023
Email: aarafet@miamigov.com

cc:  Foreclosure Specialist, as H.U.D. Representative
      Unsafe Structures Section (2)

**EXHIBIT**

A



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/29/2018



03/30/2018 16:04



06/30/2016  16:05



06/30/2018  16:05





03/30/2016 16:05









03/30/2018  16:05





03/30/2018 16:06



03/30/2016 16:06







03/30/2018  16:07











## City of Miami

Date: April 23, 2018

City of Miami
Building Department
Unsafe Structures Section
444 SW 2nd Avenue, 4th Floor
Miami, FL 33130
Unsafestructures@miamigov.com

### NOTICE OF HEARING - CITY OF MIAMI UNSAFE STRUCTURES PANEL

A Public hearing will be held by the City of Miami Unsafe Structures Panel for anyone having an interest in the property described as:

Property Address:   827 SW 14 AV
Owner's Name:       CALLE OCHO MARKETPLACE LLC
Owner's Address:    827 SW 14 AVE MIAMI, FL 33135
Folio Number:       0141110140150
Case Number:        BB2018006046
Legal Description:   HARRISON RE SUB PB 4-16 LOT 17 & BEG NW COR LOT 16 ELY TO NE COR LOT 16 85FT WLY TO POB BLK 4 & W1/2 OF ALLEY LYG E & ADJ CLOSED PER ORD 13492 LOT SIZE 6824 SQ FT M/L

HEARING DATE: MAY 25, 2018

You may appear in person or have representation by an attorney at the 9:00 AM, at 3500 Pan American Drive, Miami, FL, to show cause why the decision of the Building Official should not be carried out. Any person or party who shall not appear and show cause, as aforesaid, shall be as fully bound by the proceedings that take place, as if he had appeared and shown cause. As a result of this hearing, the Panel may order such work done as cited in the Building Official's Notice of Violation and if you fail to comply with the order of the City of Miami Unsafe Structures Panel, the Building Official may then proceed to remove such violation and place a lien against the property concerned to recover all costs of the enforcement action such as provided for in Chapter 8, Section 8-5 of the Miami-Dade County Code and Chapter 10, Article VI of the City of Miami Code.

All case file inquiries should be addressed to the City of Miami Building Department at (305) 416-1109 or at unsafestructures@miamigov.com. The appropriate representative of the Building Official can provide specific information regarding the violations and requirements for compliance.

NON-ENGLISH SPEAKING APPEARANCES: The Department is unable to provide translators for individuals appearing at this proceeding. You may make arrangements to bring your own translator.

It is the policy of the City of Miami to comply with all of the requirements of the Americans with Disabilities Act. For sign language interpreter services, please call (305)416-1109 at least five business days in advance.

LIST OF INTERESTED PARTIES:

- IGNACIO ARMAS, DECEASED: C/O DORA EMILIA ARMAS,212 NW 48 CT MAIMI, FL  33126

- TERRABANK, N.A. : 3191 CORAL WAY, PENTHOUSE 1,  MIAMI, FL  33145

- TERRABANK, N.A. (REG AGENT): RIERA, MARIA ELENA,3191 CORAL WAY MIAMI, FL  33145

- CALLE OCHO MARKETPLACE LLC: (REG AGENT) DE CESPEDES, CARLOS ,800



DOUGLAS ROAD SUITE 880 CORAL GABLES, FL 33134

Maurice Pons
Building Official
City of Miami Building Department



4/23/18    BB2018006046

# POSTED
# NOTICE OF HEARING
## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

8 2 7 S W 1 4 A V

0 1 4 1 1 1 0 1 4 0 1 5 0

**City of Miami**



Date: April 23, 2018

City of Miami
Building Department
Unsafe Structures Section
444 SW 2nd Avenue, 4th Floor
Miami, FL 33130
Unsafestructures@miamigov.com

### NOTICE OF HEARING - CITY OF MIAMI UNSAFE STRUCTURES PANEL

A Public hearing will be held by the City of Miami Unsafe Structures Panel for anyone having an interest in the property described as:

Property Address:  827 SW 14 AV
Owner's Name:    CALLE OCHO MARKETPLACE LLC
Owner's Address:   827 SW 14 AVE MIAMI, FL 33135
Folio Number:    0141110140150
Case Number:    BB2018006046
Legal Description:  HARRISON RE SUB PB 4-16 LOT 17 & BEG NW COR LOT 16 ELY TO NE COR LOT 16 S5FT WLY TO POB BLK 4 & W1/2 OF ALLEY LYG E & ADJ CLOSED PER ORD 13492 LOT SIZE 6824 SQ FT M/L

**HEARING DATE: MAY 25, 2018**

You may appear in person or have representation by an attorney at the 9:00 AM, at 3500 Pan American Drive, Miami, FL, to show cause why the decision of the Building Official should not be carried out. Any person or party who shall not appear and show cause, as aforesaid, shall be as fully bound by the proceedings that take place, as if he had appeared and shown cause. As a result of this hearing, the Panel may order such work done as cited in the Building Official's Notice of Violation and if you fail to comply with the order of the City of Miami Unsafe Structures Panel, the Building Official may then proceed to remove such violation and place a lien against the property concerned to recover all costs of the enforcement action such as provided for in Chapter 8, Section 8-5 of the Miami-Dade County Code and Chapter 10, Article VI of the City of Miami Code.

All case file inquiries should be addressed to the City of Miami Building Department at (305) 416-1109 or at unsafestructures@miamigov.com. The appropriate representative of the Building Official can provide specific information regarding the violations and requirements for compliance.

NON-ENGLISH SPEAKING APPEARANCES: The Department is unable to provide translators for individuals appearing at this proceeding. You may make arrangements to bring your own translator.

It is the policy of the City of Miami to comply with all of the requirements of the Americans with Disabilities Act. For sign language interpreter services, please call (305)416-1109 at least five business days in advance.

LIST OF INTERESTED PARTIES:

- IGNACIO ARMAS, DECEASED: C/O DORA EMILIA ARMAS,212 NW 48 CT MAIMI, FL  33126

- TERRABANK, N.A. : 3191 CORAL WAY, PENTHOUSE I, MIAMI, FL  33145

- TERRABANK, N.A. (REG AGENT): RIERA, MARIA ELENA,3191 CORAL WAY MIAMI, FL  33145

- CALLE OCHO MARKETPLACE LLC: (REG AGENT) DE CESPEDES, CARLOS ,800

**CITY OF MIAMI**
**UNSAFE STRUCTURES**
**SECTION**

CITY OF MIAMI
Building Department
444 S...
M...

04/23/2018



Case 1:20-cv-24749-XXXX   Document 2809-17   Entered on FLSD Docket 00/00/2020   Page 114 of 345

4/23/18

BB2018006046

**POSTED**

**NOTICE OF HEARING**

THIS PROPERTY IS IN VIOLATION
OF THE CODE OF THE CITY OF MIAMI

827 SW 14 AV

01411014050

04/23/2018





04/23/2018



04/23/2018



**City of Miami**

CFN: 20180330988 BOOK 31002 PAGE 471
DATE:06/05/2018 04:10:15 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-01712**                              **Final Action: 05/25/2018**

Owner's Name: **CALLE OCHO MARKETPLACE, LLC**
Owner's Mailing Address: **827 SW 14 AVE**
**MIAMI, FL 33135**
Case #: **BB2018006046**
RE: **827 SW 14 AV**
Folio Number: **01-4111-014-0150**
Legal Description: **HARRISON RE SUB PB 4-16, LOT 17 & BEG NW COR LOT 16 ELY TO NE**
**COR LOT 16 S5FT WLY TO POB, BLK 4 & W1/2 OF ALLEY LYG E &, ADJ CLOSED PER**
**ORD 13492 LOT SIZE 6824 SQ FT M/L**

The City of Miami's Unsafe Structures Panel Decisions, at its meeting on MAY 25, 2018 for
**Structure "A"** (1-STORY, WOOD FRAME, SFR):

**STRUCTURE "A" :** Demolish the Unsafe Structure within 30 days

**BUILDING PERMITS:**

**Structure "A":**    Permits shall be obtained within 30 days from today's date

Property Survey required for all total demolition permits. All property surveys submitted to this
Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and
Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID**
**STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS**
**POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**EXHIBIT**

**C**

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the

CFN: 20180330988 BOOK 31002 PAGE 472

*Case # :BB2018006046 - Owner's Name: CALLE OCHO MARKETPLACE,*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial.The decision and specified compliance date(s) are final and binding. Any person aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2018006046

As of date (MAY 25, 2018):

**CALLE OCHO MARKETPLACE, LLC**
**827 SW 14 AVE**
**MIAMI, FL 33135**

**CALLE OCHO MARKETPLACE LLC**
**(REG AGENT) DE CESPEDES, CARLOS**
**800 DOUGLAS ROAD SUITE 880**
**CORAL GABLES, FL 33134**

**IGNACIO ARMAS, DECEASED**
**C/O DORA EMILIA ARMS**
**212 NW 48 CT**
**MIAMI, FL 33126**

**TERRABANK, N.A.**
**3191 CORAL WAY, PENTHOUSE 1**
**MIAMI, FL 33145**

**TERRABANK, N.A.**
**(REG AGENT): RIERA, MARIA ELENA**
**3191 CORAL WAY**
**MIAMI, FL 33145**

CFN: 20180330988 BOOK 31002 PAGE 473

*Case # :BB2018005046 - Owner's Name: CALLE OCHO MARKETPLACE,*

At a meeting of the Unsafe Structure Panel on 5/25/2018, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Baker, that this Order be APPROVED, passed.

Moved By: _____
          Panel Member Kouchalakos

Seconded By: _____
             Panel Member Baker

Chair, Unsafe Structure _____   Date   May 25, 2018
                 Panel        Ernesto Polo



08/22/2018





08/22/2018



08/22/2018



08/22/2018



08/22/2018



08/22/2018



08/22/2018



08/22/2018



08/22/2018



08/22/2018


08/22/2018



08/22/2018



08/22/2018



08/22/2018

Case 1:18-cv-24190-RS Document 229-17 Entered on FLSD Docket 01/07/2022 Page 136 of 345

# POSTED

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# NOTICE OF DEMOLITION

## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

### City of Miami



September 7, 2018   **9/7/18**

**10-DAY FINAL NOTICE TO VACATE UNSAFE STRUCTURE FOR DEMOLITION**

RE: 827 SW 14 AV
To: Any and all persons currently residing on said property.

The structure situated on the property at 827 SW 14 AV has been scheduled for demolition by the City of Miami for violations of Sec. 10-101 of the City Code. Demolition will occur within ten (10) days of this notice or shortly thereafter.

Be advised that any personal possessions still inside the structure will be destroyed along with the structure at the time of demolition.

Actions by the Building Official regarding unsafe structures or demolitions thereof can only be stayed by an injunction in Circuit Court. All actions of the City of Miami Unsafe Structure Panel must have been appealed administratively or to the Appellate Division of the Circuit Court within thirty (30) days of the hearing relating to the property.

Sincerely,

René Diaz
Chief of Unsafe Structures Division
City of Miami Building Department

# 827 SW 14 AV

BUILDING DEPARTMENT/ P.O. Box 330708 / Miami, Fl. 33233-0708 / (305) 416-1100



**CITY OF MIAMI**
**UNSAFE STRUCTURES**
**SECTION**

CITY OF MIAMI
Building Department
444 S.W. 2
Miami, FL 33130

09/07/2018





POSTED
NOTICE OF DEMOLITION

9/7/18

827

09/07/2018



09/07/2018



09/07/2018



09/07/2018



**POSTED**

**NOTICE OF DEMOLITION**
THIS PROPERTY IS IN VIOLATION
OF THE CODE OF THE CITY OF MIAMI

9/7/18

827 SW 14 AV

09/07/2018



POSTED
NOTICE OF DEMOLITION

9/7/16

627 ___ Pl __

09/07/2018



09/07/2018



09/07/2018





2022/04/27  12:26



2022/04/27  12:27



2022/04/27  12:27



2022/04/27 12:27



2022/04/27  12:27



2022/04/27  12:27







2022/04/27  12:54



2022/04/27  12:54



2022/04/27  12:54







2022/04/27 12:57



















2022/05/11  07:58



2022/05/11  07:58



2022/05/11 08:00





2022/05/11 08:00



2022/05/11 08:01



2022/05/11  08:02



2022/05/11  08:03



2022/05/11  08:40



2022/05/11  08:42



2022/05/11 08:42





2022/05/11 08:43



2022/05/11 08:43





2022/05/12 08:31



2022/05/12  08:31



2022/05/12 08:31



2022/05/12 08:31



2022/05/12  08:32



2022/05/12 08:32



2022/05/12 08:32





2022/05/12 08:32



2022/05/12 08:32



2022/05/12 08:32



2022/05/12 08:32



2022/05/12 08:32



2022/05/12 08:33



2022/05/12 08:33



2022/05/12 08:33



2022/05/12 08:36



2022/05/12 08:36





2022/05/12  08:37



2022/05/12 08:37



2022/05/12  08:37



2022/05/12  08:37



2022/05/12  08:38



2022/05/12 08:38



2022/05/12 08:38









2022/05/12  09:21











2022/05/13 08:52



2022/05/13  08:52



2022/05/13  08:52



2022/05/13 09:01



2022/05/13 09:02



2022/05/13  09:02



2022/05/13 09:03



2022/05/13  09:03



2022/05/13  09:05



2022/05/13  09:05



2022/05/13 09:06



2022/05/13 09:06



2022/05/13 09:11



2022/05/13 09:11



2022/05/13  09:15



2022/05/13 09:15



2022/05/13 09:25





2022/05/13 09:25



2022/05/13 09:26



2022/05/13 09:30



2022/05/13 10:01



2022/05/13  11:32



2022/05/13  11:32



2022/05/13  11:32



## PROPERTY INFORMATION ⓘ

Folio: 01-4102-006-5210

**Sub-Division:**
LAWRENCE EST LAND COS SUB CONTINUED

**Property Address**
1501 SW 8 ST

**Owner**
LITTLE HAVANA ARTS BLDG LLC

**Mailing Address**
1837 SW 8 ST #200
MIAMI, FL 33135

**PA Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | 8,944 Sq.Ft |
| Living Area | 8,944 Sq.Ft |
| Adjusted Area | 8,754 Sq.Ft |
| Lot Size | 12,500 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | 345ot Clearing ☐ | Comments ☐ | | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

**Address** 1513 SW 8 ST                      **Owner** LITTLE HAVANA ARTS BLDG LLC

**Zone** 31                          **Owner Address** 1513 SW 8 ST

**Folio** 0141020066210                      **Net ID** LITTLE HAVANA

**Registered** ☐        **Lot Registered** ☐

## Case Information

| Case Number | Status |
| CE2019005418 | Closed |
| CE2019004381 | Closed |
| CE2019003522 | Closed |
| CE2017009951 | Closed |
| CE2017004711 | Closed |
| CE2014004573 | Closed |
| CE2012001707 | Closed |
| CE2011017011 | Closed |
| CE2011008476 | Closed |
| CE2009005816 | Closed |
| CE2008020703 | Closed |

**Where on Property?**
on site.
interior & exterior

**Case Address**
1513 SW 8 ST

**Description**
--- construction work completed without a permit (interior remodeling, exterior overhang & stage/band shell) as per Assistant Director L. Orta email, information was provided by Legal Department ---

[ New Case ]   [ Save ]
[ Add Requestor ]
[ Move To Legal Folio ]

**Right of Way?** ☐
**Repeat Offence?** ☑

**311 Tracking**

**Division** Code Enforcement

**Process** Code Enforcement NOV

**Source** Employee

**Request Type** Case

**Complaint Type** Illegal Construction

**Priority** 1

**Inspector** Yacmany Salvatierra

☐ Override the Geo Inspector assignment

**Received** Mar 27, 2019        **In Compliance** Sep 23, 2020

**Service Date** Mar 27, 2019        **Closed Date** Sep 23, 2020

**First Inspection** Mar 27, 2019        **Daily Per Diem** 250

**Last Completed Activity** Sep 23, 2020

**Refer To** [                    ]        [ Refer ]

Entered by Y Salvatierra on Mar 27, 2019.

**Violations**

2104 - Work performed without a permit and/or permit not finalized.

**Description:**

--- construction work completed without a permit (interior remodeling, exterior overhang & stage/band shell) as per Assistant Director L. Orta email, information was provided by Legal Department ---

# Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1513 SW 8 ST | Process | Code Enforcement NOV |
| Zone | 31 | Case Type | Illegal Construction |
| Folio | 0141020066210 | Status | Closed ▾ |
| Date Compliance Due | Mar 04, 2020 | Tracking Number | |
| | | Case Number | CE2019005418 |

## Violations

New Violation    Save

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Sep 23, 2020 | 2104 | Yacmany Salvatierra | WORK PERFORMED WITHOUT A FINALIZED PERMIT |

| | |
|---|---|
| Violation | 2104 - Work performed without a permit and/or permit not finalized. |
| Status | Complied ▾ |
| Inspector | Yacmany Salvatierra ▾ |
| Violation Date | Mar 27, 2019 |
| Violation Time | 02:46 PM |
| Fine Amount | 500  x 1  = 500 |
| Date Issued | Mar 27, 2019 |
| Time Issued | 02:45 PM |
| Ticket Number | |

**Description**

WORK PERFORMED WITHOUT A FINALIZED PERMIT

**Code Section**

City Code SEC 10-3 (FBC 104, 105) ZON ORD SEC 2102

**Comments**

09/22/20 - Met with property owner (Mr. Fuller) and provided me plans of Building permit BD19-005508-001-B001 was obtained and finalized for interior remodeling

Required Corrections: Must pull/obtain building permit for the construction work performed (overhang attached to structure, front windows, interior remodeling, stage/band shell)... Contact City of Miami Building Dept. at 444 SW 2 Ave. 4th floor. Miami, FL 33130.

☑ Repeat Offence?   ☐ Right of Way?        Entered by Y Salvatierra on Mar 27, 2019.

**Comments**:

09/22/20 - Met with property owner (Mr. Fuller) and provided me plans of Building permit BD19-005508-001-B001 was obtained and finalized for interior remodeling (restrooms, kitchen, bar, etc.), exterior overhang wood structure, stage/band shell, also permit BD19-005508-005-B001 was pulled and finalized for storefront windows.

## Case Hearing

| Portal ☐ | Violations ☐ | Letters ☐ | | Comments ☐ | | Current Page |
|---|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | | Liens ☐ | Hearing Calendar | Case Hearing |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1513 SW 8 ST | Process | Code Enforcement NOV ☑ |
| Zone | 31 | Status | Closed ☑ |
| Folio | 0141020066210 | Tracking Number | |
| Per Diem Start Date | Mar 04, 2020 | Case Number | CE2019005418 |
| Sector | South ☑ (305) 329-4820 | Inspector | Yacmany Salvatierra ☑ |

## Case Hearing

Law Case Number [          ]        New Hearing    Save

| # | Hearing |
|---|---|
| 1 | 2019-12-05 CEB |
| 2 | 2020-04-02 CEB |
| 3 | 2020-12-15 CEB |

Hearing        2019-12-05 CEB

Hearing Type    CE Board ☑
Hearing Request  Appeal ☑
Result       Guilty with Extension of Time

**PerDiem**
PerDiem Indicator ☑
PerDiem $ Amount  250
PerDiem Balance  50750

Comment                    Case heard in Absentia ☐

TBH. 12/5/19 - found guilty with extension of time, must
comply within 90 days, compliance due date: 3/4/2020,
$250 per diem

Entered by Y Salvatierra on Aug 02, 2019.

## Hearing Violations

Violation                        Save

Work performed without a permit and/or permit not
finalized.

| 2104 | 2104 |
|---|---|

Result

Guilty with Extension of Time

Date Compliance is Due

Mar 04, 2020        date format: MM/DD/YYYY

Entered by Y Salvatierra on Aug 02, 2019.

# ▬ Case Hearing

| Portal ☐ | Violations ☐ | Letters ☐ | Comments ☐ | Hearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | Liens ☐ | Calendar | Case Hearing |

## Case Information

| | | | | |
|---|---|---|---|---|
| **Address** | 1513 SW 8 ST | **Process** | Code Enforcement NOV | ☑ |
| **Zone** | 31 | **Status** | Closed | ☑ |
| **Folio** | 0141020066210 | **Tracking Number** | | |
| **Per Diem Start Date** | Mar 04, 2020 | **Case Number** | CE2019005418 | |
| **Sector** | South  ☑ (305) 329-4820 | **Inspector** | Yacmany Salvatierra | ☑ |

## Case Hearing

| # | Hearing | Law Case Number [ ] | New Hearing | Save |
|---|---|---|---|---|

| # | Hearing | |
|---|---|---|
| 1 | 2019-12-05 CEB | **Hearing** 2020-04-02 CEB |
| 2 | 2020-04-02 CEB | **Hearing Type** CE Board ☑ |
| 3 | 2020-12-15 CEB | **Hearing Request** Extension Requested ☑ |
| | | **Result** |

**PerDiem**

| | | |
|---|---|---|
| PerDiem Indicator | ☑ | |
| PerDiem $ Amount | 250 | |
| PerDiem Balance | 50750 | |

**Comment**                    Case heard in Absentia ☐

EOT. 4/2/20 - CANCELLED, DUE TO COVID-19.

DOEMAIL 3-3-2020;SCHD 4 EXTENSION OF
TIME;CONTACT BRIAN DOMBROWSKI/ESQ., 3/ 579 0630

Entered by CCampana on Mar 04, 2020.

## Hearing Violations

**Violation**                                          Save

Work performed without a permit and/or permit not
finalized.

**Result**

| 2104 | 2104 |
|---|---|

**Date Compliance is Due**

[ ] date format: MM/DD/YYYY

Entered by CCampana on Mar 04, 2020.

## Case Hearing

| Portal ☐ | Violations ☐ | Letters ☐ | Comments ☐ | Hearing | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Liens ☐ | Calendar ☐ | Case Hearing |

## Case Information

**Address** 1513 SW 8 ST  
**Zone** 31  
**Folio** 0141020066210  
**Per Diem Start Date** Mar 04, 2020  
**Sector** South ☑ (305) 329-4820

**Process** Code Enforcement NOV ☑  
**Status** Closed ☑  
**Tracking Number**  
**Case Number** CE2019005418  
**Inspector** Yacmany Salvatierra ☑

## Case Hearing

| # | Hearing | Law Case Number [        ] | New Hearing | Save |
|---|---------|---|---|---|
| 1 | 2019-12-05 CEB | | | |
| 2 | 2020-04-02 CEB | | | |
| 3 | 2020-12-15 CEB | | | |

**Hearing** 2020-12-15 CEB  
**Hearing Type** CE Board ☑  
**Hearing Request** Extension Requested ☑  
**Result** [        ]

**PerDiem**  
PerDiem Indicator ☑  
PerDiem $ Amount 250  
PerDiem Balance 50750

**Comment**                                    Case heard in Absentia ☐

EOT. 12-15-20 - #790. COMPLIED PRIOR TO HEARING.

DOEMAIL 6-26-2020;RE-SCHD 4 EXTENSION OF

Entered by CCampana on Jun 26, 2020.

## Hearing Violations

**Violation**                                    Save

Work performed without a permit and/or permit not finalized.

| 2104 | 2104 |

**Result**  
Rescheduled

**Date Compliance is Due**  
[        ] date format: MM/DD/YYYY

Entered by CCampana on Jun 26, 2020.

# Liens

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Current Page |
|----------|-------------|-----------|-----------|--------------|
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | Liens and Fees |

## Case Information

Address 1513 SW 8 ST

Zone 31

Folio 0141020066210

Process Code Enforcement NOV ⌄

Status Closed ⌄

Tracking Number

Case Number CE2019005418

## Liens

LNPEND_No

New Lien     Save

Board Type ⌄

| | CFN | Book | Start Page | End Page | Date |
|---|-----|------|-----------|----------|------|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

RLN

CCN

Pending Lien? ☐   Lien Type

Clear Lien        Lien Cleared? ☐

Certify Lien     # Installments

☐ OK To Certify?   Certified? ☐

Lien Paid        Lien Paid? ☐

Pending Date

Lien Clear Date

Certified Date

Amount Certified

Comments

## Fees

New Fee     Save

| Type | Amount | Quantity | Balance |
|------|--------|----------|---------|
| ⌄ | | | |

Lien Costs

Total Due

CE2019005418











## PROPERTY INFORMATION ⓘ

Folio: 01-4102-006-6210

Sub-Division:
LAWRENCE EST LAND COS SUB CONTINUED

Property Address
1501 SW 8 ST

Owner
LITTLE HAVANA ARTS BLDG LLC

Mailing Address
1637 SW 8 ST #200
MIAMI, FL 33135

PA Primary Zone
6100 COMMERCIAL - NEIGHBORHOOD

Primary Land Use
1111 STORE : RETAIL OUTLET

| Beds / Baths / Half | 0 / 0 / 0 |
|---|---|
| Floors | 2 |
| Living Units | 0 |
| Actual Area | 8,944 Sq.Ft |
| Living Area | 8,944 Sq.Ft |
| Adjusted Area | 8,754 Sq.Ft |
| Lot Size | 12,500 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



41 · 90

Maximo Gomez Park

2021 Aerial Photography · 60ft

| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | **Current Page** |
|---|---|---|---|---|---|---|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

Address: 1501 SW 8 ST

Owner: LITTLE HAVANA ARTS BLDG LLC

Zone: 31

Owner Address: 1501 SW 8 ST

Folio: 0141020066210

Net ID: LITTLE HAVANA

Registered ☐    Lot Registered ☐

## Case Information

**Where on Property?**

| Case Number | Status |
|---|---|
| BB2021005979 | Closed |
| CE2021002575 | Closed |
| CE2020003774 | Closed |
| CE2019022329 | Closed |
| BB2019006397 | Closed |
| CE2019001182 | Closed |
| CE2018019909 | Closed |
| CE2018004915 | Closed |
| CE2018003334 | Closed |
| CE2017014179 | Closed |
| CE2017011914 | Closed |

3/26/2021...2-STORY, CBS RESTAURA

New Case    Save

Add Requestor

Move To Legal Folio

**Case Address**

1501 SW 8 ST

Right of Way? ☐
Repeat Offence? ☐

**Description**

3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)... REAR ROOFDECK/BAR CEILING AREA  SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE BACK INTO COMPLIANCE. SUBMIT PLANS AND OBTAIN REQUIRED

311 Tracking:

Division: Building

Process: Unsafe Structure

Source: Employee

Request Type: Case

Complaint Type: Building or Structures that are Unsafe

Priority: 1

Inspector: Raul Ramos

☑ Override the Geo Inspector assignment

Received: Mar 26, 2021
Service Date: Mar 26, 2021
First Inspection: Mar 26, 2021

In Compliance: Oct 06, 2021
Closed Date: Oct 06, 2021
Daily Per Diem:
Last Completed Activity: Sep 23, 2021

Refer To: [          ]    Refer

Entered by RRamos on Mar 26, 2021.

**Violations**

7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Other

**Description:**

3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)... REAR ROOFDECK/BAR CEILING AREA SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES. DOUBLE FEE+$110.00.

9/23/2021... inspection  initiated as compliance check to violation BB2021005979 (fire event). The property was identified to have repaired fire damages under active permit BD20-023692-001-B001. Updated case file BB2021005979 with inspection images. updated case file with inspection images.

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Process | Unsafe Structure |
| Zone | 31 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141020066210 | Status | Closed ☑ |
| Date Compliance Due | Apr 05, 2021 | Tracking Number | |
| | | Case Number | BB2021005979 |

## Violations

**New Violation**  **Save**

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Oct 06, 2021 | 7604 | Raul Ramos | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitu |

Violation | 7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm |

Status | Complied ☑

Inspector | Raul Ramos ☑

**Description**
Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise

Violation Date | Mar 26, 2021

Violation Time | 09:00 PM

**Code Section**
Chapter 8-5 of the Code of Miami-Dade

Fine Amount | 0 | x 1 | = 0

Date Issued | Mar 26, 2021

Time Issued | 09:00 PM

**Comments**
3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)â?¦ REAR ROOFDECK/BAR CEILING AREA  SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY

Ticket Number |

Required Corrections | 3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)â?¦ REAR ROOFDECK/BAR CEILING AREA  SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED

☐ Repeat Offence?  ☐ Right of Way?   Entered by RRamos on Mar 26, 2021.

**Required Correction:**

3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)â?¦ REAR ROOFDECK/BAR CEILING AREA SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES. DOUBLE FEE+$110.00.

## Liens

| Portal Initiation | ☐ | Violations | ☐ | Letters | ☐ | Hearings Comments | ☐ | Current Page |
|---|---|---|---|---|---|---|---|---|
| | | Activities | ☐ | Images | ☐ | | ☐ | Liens and Fees |

### Case Information

Address 1501 SW 8 ST

Zone 31

Folio 0141020066210

Process Unsafe Structure ⌄

Status Closed ⌄

Tracking Number

Case Number BB2021005979

### Liens

LNPEND_No

[ New Lien ] [ Save ]

US1005979

Board Type Unsafe Structures ⌄

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]

[ CCN ]

Pending Lien? ☑  Lien Type AL17

[ Clear Lien ]  Lien Cleared? ☐

[ Certify Lien ]  # Installments 1

☐ OK To Certify?  Certified? ☑

[ Lien Paid ]  Lien Paid? ☑

Pending Date Oct 04, 2021

Lien Clear Date

Certified Date Oct 04, 2021

Amount Certified 88.49

Comments

Entered by lmorla on Oct 04, 2021.
Modified by lmorla on Oct 04, 2021.

### Fees

[ New Fee ] [ Save ]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Postage ⌄ | $ 0.49 | 1 | 0.49 |
| Postage | $ 0.49 | 1 | 0.49 |
| Posting of Notices | $ 50.00 | 1 | 50.00 |
| Digital Pictures | $ 38.00 | 1 | 38.00 |

Lien Costs 88.49

Total Due 0.00

















03/29/2021 11:39:00













2021/09/23  15:19



2021/09/23 15:19



2021/09/23  15:20



2021/09/23  15:20



2021/09/23 15:21

PAGE TITLE: RETROFIT OF BAR DECK/ROOF. EXISTING TO BE LEGALIZED.



Review · Measure · Publish

PAGE TITLE: CATWALK AND BRIDGE AND RAILING, EXISTING TO BE LEGALIZED.



S-6

## PROPERTY INFORMATION

Folio: 01-4102-006-6210

**Sub-Division:**
LAWRENCE EST LAND COS SUB CONTINUED

**Property Address**
1501 SW 8 ST

**Owner**
LITTLE HAVANA ARTS BLDG LLC

**Mailing Address**
1637 SW 8 ST #200
MIAMI, FL 33135

**PA Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | 8,944 Sq.Ft |
| Living Area | 8,944 Sq.Ft |
| Adjusted Area | 8,754 Sq.Ft |
| Lot Size | 12,500 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



Map View ▾   Layers ▾

41   90

Maximo Gomez Park

2021 Aerial Photography   60ft

| Portal | Violations | Letters | Hearings | Dept Clearing | Comments | |
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts |

**Current Page**
Case Initiation

## Property Information

Address: 1501 SW 8 ST

Owner: LITTLE HAVANA ARTS BLDG LLC

Zone: 31

Owner Address: 1501 SW 8 ST

Folio: 0141020066210

Net ID: LITTLE HAVANA

Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
| CE2021013580 | Closed |
| BB2021005979 | Closed |
| CE2021002575 | Closed |
| CE2020003774 | Closed |
| CE2019022329 | Closed |
| BB2019006397 | Closed |
| CE2019001182 | Closed |
| CE2018019909 | Closed |
| CE2018004915 | Closed |
| CE2018003334 | Closed |
| CE2017014179 | Closed |

**Where on Property?**

Front and side entrance along 15 AV

[ New Case ]  [ Save ]

[ Add Requestor ]

[ Move To Legal Folio ]

**Case Address**

1501 SW 8 ST

Right of Way? ☐

**Description**

Complaint referred by Assistant Director Nemons regarding "Ball and Chain" signs. 2 I reviewed the property history and found that the signs were constructed in 2014, b

Repeat Offence? ☐

311 Tracking:

Division: Code Enforcement

Process: Code Enforcement NOV

Source: Employee

Request Type: Case

Complaint Type: Illegal Construction

Priority: 1

Inspector: Kristopher Adams
☐ Override the Geo Inspector assignment

Received: Jul 13, 2021

Service Date: Jul 13, 2021

First Inspection: Jul 13, 2021

In Compliance: Nov 19, 2021

Closed Date: Nov 19, 2021

Daily Per Diem:

Last Completed Activity: Jul 29, 2021

Refer To: [ ]  [ Refer ]

Entered by KAdams on Jul 13, 2021.

**Violations**

2164 - Erection, construction, posting,ETC... of a sign without a Finalized permit.

---

**Description:**

Complaint referred by Assistant Director Nemons regarding "Ball and Chain" signs. 2 neon signs in front and 1 hanging ball along 15 AV.

I reviewed the property history and found that the signs were constructed in 2014, but there are no permits for any such work.

## Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | | |
|---|---|---|---|---|
| Address | 1501 SW 8 ST | Process | Code Enforcement NOV | |
| Zone | 31 | Case Type | Illegal Construction | |
| Folio | 0141020066210 | Status | Closed | ☑ |
| Date Compliance Due | Jul 23, 2021 | Tracking Number | | |
| | | Case Number | CE2021013580 | |

## Violations

New Violation    Save

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Nov 19, 2021 | 2164 | Kristopher Adams | Erection, construction, posting, etc. of a sign without a FINALIZED PERM |

Violation: 2164 - Erection, construction, posting,ETC... of a sign without a Finalized permit.

Status: Complied

Inspector: Kristopher Adams

**Description**

Erection, construction, posting, etc. of a sign without a FINALIZED PERMIT.

Violation Date: Jul 13, 2021

Violation Time: 09:55 AM

**Code Section**

Miami 21 Article 7 and 10

Fine Amount: 105  x 1  = 105

Date Issued: Jul 13, 2021

Time Issued: 09:54 AM

**Comments**

Permit was finalized for signs under BD 21-019458-001

Ticket Number:

**Required Corrections**

Review of property history shows "Ball & Chain" signs constructed without permits. Obtain permits for 2 signs in front and 1 sign along SW 15 Ave.

☐ Repeat Offence?    ☐ Right of Way?

Entered by KAdams on Jul 13, 2021.

**Liens**

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | Liens and Fees |

## Case Information

Address 1501 SW 8 ST

Zone 31

Folio 0141020066210

Process Code Enforcement NOV ⌄

Status Closed ⌄

Tracking Number

Case Number CE2021013580

## Liens

LNPEND_No

[ New Lien ]   [ Save ]

Board Type ⌄

| | CFN | Book | Start Page | End Page | Date |
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]

[ CCN ]

Pending Lien? ☐   Lien Type

Pending Date

[ Clear Lien ]   Lien Cleared? ☐

Lien Clear Date

[ Certify Lien ]   # Installments

Certified Date

☐ OK To Certify?   Certified? ☐

Amount Certified

[ Lien Paid ]   Lien Paid? ☐

Comments

## Fees

[ New Fee ]   [ Save ]

| Type | Amount | Quantity | Balance |
| ⌄ | | | |

Lien Costs

Total Due

NOV **NOTICE** 7/13/21
• • • • • • • • • • • • • •
**POSTED**

## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

I
5
D
1
S
W

8
S
+

Page 1 of 2

### City of Miami



July 13, 2021                                        CR: CE2021013580

LITTLE HAVANA ARTS BLDG LLC            LITTLE HAVANA ARTS BLDG LLC

1637 SW 8 ST #200                       1637 SW 8 ST #200
MIAMI, FL 33135-33135                   MIAMI, FL 33135-33135

1501 SW 8 ST                            Folio: 0141020065210

#### NOTICE OF VIOLATION Potential Property Lien

Subject Property: 1501 SW 8 ST      Folio: 0141020065210

Dear LITTLE HAVANA ARTS BLDG LLC:

You are notified that an inspection of the above property discloses that you are in violation of the following laws,
including:
VIOL REF= 2164-Erection, construction, posting, etc. of a sign without a FINALIZED PERMIT.   Miami 21
Article 7 and 10
    Correction: Review of property history shows "Ball & Chain" sign constructed without permits. Obtain
permits for 2 signs in front and 1 sign along SW 15 Ave.

You are directed to correct said violation(s) by July 23, 2021 and to notify the Inspector that the violation(s) has
been corrected. If the violation(s) has not been corrected with the approval of the inspector within the specified
time period, you will be commanded to appear before the Code Enforcement Board. If you are found guilty and
fail to correct said violation(s), the Code Enforcement Board can impose fines of up to $105.00 per day for each
day the violation(s) remains uncorrected beyond the time period provided.

UNPAID FINES WILL BECOME LIENS AGAINST THIS PROPERTY AND ALL PROPERTIES YOU OWN,
AND WILL BE RECORDED IN THE PUBLIC RECORDS OF DADE COUNTY.  LIENS WHICH REMAIN
UNPAID FOR THREE (3) MONTHS MAY BE FORECLOSED IN COURT.  In addition, the Certificate of Use
and Occupational License of any business occupying this property may be suspended or withheld.  Operating a
business without all required licenses is illegal under state and city law, and is punishable by criminal arrest and/or
closing the business.

Name of Inspector: Kristopher Adams
Office Address: 444 SW 2 AV Miami, FL 33130
Cell Phone Number: (786) 696-0371
Office Phone Number: (305) 416-2087
Email: KAdams@miamigov.com

If you have any questions, please contact the inspector at the above listed office phone number Monday to Friday.

                                — Kristopher T. Adams

https://imgsodf01/cityviewweb/PrintAll/qwknml/Pvs1cwu55jzkdpbyuc/Page155_0001.html            7/13/2021

 **CITY OF MIAMI**
**CODE COMPLIANCE**

C
E
2
0
2
1
0
1
3
5
8
0







## PROPERTY INFORMATION ⓘ

Folio: 01-4102-008-6170

Sub-Division:
LAWRENCE EST LAND COS SUB CONTINUED

Property Address
1549 SW 8 ST

Owner
YO AMO CALLE OCHO LLC

Mailing Address
1637 SW 8 ST STE 200
MIAMI, FL 33135

PA Primary Zone
6100 COMMERCIAL - NEIGHBORHOOD

Primary Land Use
1209 MIXED USE-STORE/RESIDENTIAL : MIXED USE -
RESIDENTIAL

| | |
|---|---|
| Beds / Baths / Half | 1 / 1 / 0 |
| Floors | 2 |
| Living Units | 1 |
| Actual Area | |
| Living Area | |
| Adjusted Area | 1,939 Sq.Ft |
| Lot Size | 3,690 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



| Portal | ☐ | Violations | ☐ | Letters | ☐ | | Hearings | ☐ | Lot Clearing | ☐ | | Comments | ☐ | | | Current Page |
|--------|---|-----------|---|---------|---|--|----------|---|--------------|---|--|----------|---|--|--|--------------|
| Initiation | ☐ | Activities | ☐ | Images | ☐ | | To Do List | ☐ | Liens | ☐ | | Move Case | ☐ | Contacts | ☐ | Case Initiation |

## Property Information

| | | | | |
|---|---|---|---|---|
| Address | 1547 SW 8 ST | | Owner | YO AMO CALLE OCHO LLC |
| Zone | 31 | ▼ | Owner Address | 1547 SW 8 ST |
| Folio | 0141020066170 | | Net ID | LITTLE HAVANA ▼ |
| Registered ☐ | Lot Registered ☐ | | | |

## Case Information

| Case Number | Status |
|-------------|--------|
| BB2022001843 | Open |
| CE2021018982 | Closed |
| CE2019009216 | Closed |
| CE2018003374 | Closed |
| CE2011008470 | Closed |
| CE2008015363 | Closed |
| CE2007011338 | Closed |

**Where on Property?**

4/12/22... 2- STORY, CBS, MIXED USE

[ New Case ]   [ Save ]

[ Add Requestor ]

[ Move To Legal Folio ]

**Case Address**

1547 SW 8 ST

Right of Way? ☐
Repeat Offence? ☐

**Description**

4/12/22... 2- STORY, CBS, MIXED USE... PROPERTY WAS FOUND TO BE IN UNSAFE

| | | | | |
|---|---|---|---|---|
| 311 Tracking | | | | |
| Division | Building | Received | Apr 12, 2022 | In Compliance |
| Process | Unsafe Structure ▼ | Service Date | Apr 12, 2022 | Closed Date |
| Source | Employee ▼ | First Inspection | Apr 12, 2022 | Daily Per Diem |
| Request Type | Case ▼ | | | Last Completed Activity | Apr 12, 2022 |
| Complaint Type | Building or Structures that are Unsafe | | | |
| Priority | 1 ▼ | | | |
| Inspector | Taylor Reid ▼ | Refer To | | [ Refer ] |

☐ Override the Geo Inspector assignment                    Entered by TaReid on Apr 12, 2022.

**Violations**

7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Other

## Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

### Case Information

| Address | 1547 SW 8 ST | Process | Unsafe Structure |
|---|---|---|---|
| Zone | 31 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141020066170 | Status | Open |
| Date Compliance Due | Apr 22, 2022 | Tracking Number | |
| | | Case Number | BB2022001843 |

### Violations

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Open | | 7604 | Taylor Reid | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constit... |

New Violation    Save

| | |
|---|---|
| Violation | 7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm |
| Status | Open |
| Inspector | Taylor Reid |
| Violation Date | Apr 12, 2022 |
| Violation Time | 04:10 PM |
| Fine Amount | 0    x 1    = 0 |
| Date Issued | Apr 12, 2022 |
| Time Issued | 04:10 PM |
| Ticket Number | |
| Required Corrections | 4/12/22... 2- STORY, CBS, MIXED USE... PROPERTY WAS FOUND TO BE IN UNSAFE CONDITION WITH SIGNS OF A NON-COMPLIANT AWNING AND FENCE INSTALLATION. MECHANICAL EQUIPMENT INSTALLED WITHOUT PERMIT OR INSPECTION. NEED TO START PROCESS TO TO |

Description: Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise

Code Section: Chapter 8-5 of the Code of Miami-Dade

Comments: 4/12/22... 2- STORY, CBS, MIXED USE... PROPERTY WAS FOUND TO BE IN UNSAFE CONDITION WITH SIGNS OF A NON-COMPLIANT AWNING AND FENCE INSTALLATION.

☐ Repeat Offence?   ☐ Right of Way?        Entered by TaReid on Apr 12, 2022.

**Required Corrections:**

4/12/22... 2- STORY, CBS, MIXED USE... PROPERTY WAS FOUND TO BE IN UNSAFE CONDITION WITH SIGNS OF A NON-COMPLIANT AWNING AND FENCE INSTALLATION. MECHANICAL EQUIPMENT INSTALLED WITHOUT PERMIT OR INSPECTION. NEED TO START PROCESS TO TO REPAIR, BRING STRUCTURES BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C. AND LOCAL ORDINANCES.    DOUBLE FEE +$110.00.



2022/04/12 03:25



2022/04/12  03:26



2022/04/12 03:26



2022/04/12  03:26



2022/04/12 03:26



2022/04/12 03:26





2022/04/12 03:27







2022/04/12 04:20

## PROPERTY INFORMATION

Folio: 01-4102-006-3970

**Sub-Division:**
LAWRENCE EST LAND COS SUB CONTINUED

**Property Address**
1247 SW 4 ST

**Owner**
EL SHOPPING LLC

**Mailing Address**
1637 SW 8 ST #200
MIAMI, FL 33135

**PA Primary Zone**
3901 GENERAL URBAN 36 U/A LIMITED

**Primary Land Use**
1081 VACANT LAND - COMMERCIAL : VACANT LAND

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 0 |
| Living Units | 0 |
| Actual Area | 0 |
| Living Area | 0 |
| Adjusted Area | 0 |
| Lot Size | 7,500 Sq.Ft |
| Year Built | 0 |



2021 Aerial Photography   60ft

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | | Current Page |
|---|---|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

**Address** 1247 SW 4 ST

**Owner** EL SHOPPING LLC

**Zone** 31

**Owner Address** 1247 SW 4 ST

**Folio** 0141020063970

**Net ID** LITTLE HAVANA

Registered ☐     Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| BB2022001883 | Open |
| SW2021006694 | Closed |
| SW2021002626 | Closed |
| SW2021001050 | Closed |
| CE2020019277 | Open |
| CE2020014260 | Closed |
| CE2020010677 | Closed |
| SW2014012917 | Closed |
| CE2011024509 | Closed |
| CE2010013566 | Closed |

**Where on Property?**

04/14/2022 ... 1-STORY, CBS/WF, TW

**Case Address**

1247 SW 4 ST

**Description**

04/14/2022 ... 1-STORY, CBS/WF, TWO UNITS. PROPERTY WAS FOUND ON UNSAFI

[ New Case ]   [ Save ]

[ Add Requestor ]

[ Move To Legal Folio ]

Right of Way? ☐

Repeat Offence? ☐

**311 Tracking**

**Division** Building

**Process** Unsafe Structure

**Source** Citizen

**Request Type** Case

**Complaint Type** Building or Structures that are Unsafe

**Priority** 1

**Inspector** Mario Aguilera

☑ Override the Geo Inspector assignment

**Received** Apr 14, 2022

**Service Date** Apr 14, 2022

**First Inspection** Apr 14, 2022

**In Compliance**

**Closed Date**

**Daily Per Diem**

**Last Completed Activity** Apr 27, 2022

**Refer To**   [ Refer ]

Entered by MAguilera on Apr 14, 2022.

**Violations**

7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Other

**Description:**

04/14/2022 ... 1-STORY, CBS/WF, TWO UNITS. PROPERTY WAS FOUND ON UNSAFE CONDITIONS WITH TWO NON CONFORMING UNITS BUILT IN VACANT LAND AS PER MD PROPERTY APPRAISER. NEED TO START PROCESS TO DEMOLISH, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C. AND LOCAL ORDINANCES.  DOUBLE FEE+$110.00.

## Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| **Address** | 1247 SW 4 ST | **Process** | Unsafe Structure |
| **Zone** | 31 | **Case Type** | Building or Structures that are Unsafe |
| **Folio** | 0141020063970 | **Status** | Open ▾ |
| **Date Compliance Due** | Apr 25, 2022 | **Tracking Number** | |
| | | **Case Number** | BB2022001883 |

## Violations

[ New Violation ]   [ Save ]

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Open | | 7604 | Mario Aguilera | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constit |

| | |
|---|---|
| **Violation** | 7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm |
| **Status** | Open ▾ |
| **Inspector** | Mario Aguilera ▾ |
| **Violation Date** | Apr 14, 2022 |
| **Violation Time** | 01:29 PM |
| **Fine Amount** | 0    x 1  = 0 |
| **Date Issued** | Apr 14, 2022 |
| **Time Issued** | 01:29 PM |
| **Ticket Number** | |

**Description**
Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise

**Code Section**
Chapter 8-5 of the Code of Miami-Dade

**Comments**
04/14/2022 â¦ 1-STORY, CBS/WF, TWO UNITS. PROPERTY WAS FOUND ON UNSAFE CONDITIONS WITH TWO NON CONFORMING UNITS BUILT IN VACANT LAND AS PER MD

**Required Corrections**
04/14/2022 â¦ 1-STORY, CBS/WF, TWO UNITS. PROPERTY WAS FOUND ON UNSAFE CONDITIONS WITH TWO NON CONFORMING UNITS BUILT IN VACANT LAND AS PER MD PROPERTY APPRAISER. NEED TO START PROCESS TO DEMOLISH. SUBMIT PLANS AND OBTAIN REQUIRED

☐ Repeat Offence?   ☐ Right of Way?          Entered by MAguilera on Apr 14, 2022.

**Required Corrections:**

04/14/2022 1-STORY, CBS/WF, TWO UNITS. PROPERTY WAS FOUND ON UNSAFE CONDITIONS WITH TWO NON CONFORMING UNITS BUILT IN VACANT LAND AS PER MD PROPERTY APPRAISER. NEED TO START PROCESS TO DEMOLISH, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C. AND LOCAL ORDINANCES.  DOUBLE FEE+$110.00.

## Liens

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | **Current Page** |
|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | Liens and Fees |

### Case Information

| | | | |
|---|---|---|---|
| Address | 1247 SW 4 ST | Process | Unsafe Structure ▾ |
| Zone | 31 | Status | Open ▾ |
| Folio | 0141020063970 | Tracking Number | |
| | | Case Number | BB2022001883 |

### Liens

LNPEND_No

US2001883

[ New Lien ]   [ Save ]

Board Type   Unsafe Structures ▾

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | 20220348465 | 33157 | 4224 | | Apr 26, 2022 |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]
[ CCN ]

Pending Lien? ☑   Lien Type  AL17          Pending Date  Apr 26, 2022

[ Clear Lien ]   Lien Cleared? ☐      Lien Clear Date

[ Certify Lien ]   # Installments         Certified Date
☐ OK To Certify?   Certified? ☐          Amount Certified

[ Lien Paid ]   Lien Paid? ☐

Comments

Entered by aarcila on Apr 26, 2022.
Modified by aarcila on Apr 26, 2022.

### Fees

[ New Fee ]   [ Save ]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Create UN1 ▾ | $ 50.00 | 1 | 50.00 |
| Create UN1 | $ 50.00 | 1 | 50.00 |
| Certified mail UN1 | $ 4.42 | 1 | 4.42 |
| Postage UW1 | $ 0.39 | 1 | 0.39 |
| Recording Fee UN1 | $ 10.00 | 1 | 10.00 |
| Release UN1 | $ 10.00 | 1 | 10.00 |

Lien Costs  74.81

Total Due  74.81

CFN: 20220348465 BOOK 33157 PAGE 4224
DATE:04/26/2022 04:28:25 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

April 26, 2022

FULLER, WILLIAM O.
EL SHOPPING LLC
1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

CR: BB2022001883

### NOTICE OF UNSAFE STRUCTURE VIOLATION

PENDING MUNICIPAL SPECIAL ASSESSMENT LIEN
STATE OF FLORIDA CR: BB2022001883
COUNTY OF MIAMI-DADE Folio: 0141020063970
Lien: US2001883

NOTICE IS HEREBY GIVEN THAT violation of Chapter 8-5 of the Code of Miami-Dade County and Chapter 10, Article VI, Section 10-101 of the City of Miami Code presently exist upon the following property, to wit:

Legal Description:
1247 SW 4 ST - 2 54 41 PB 2-46 LAWRENCE ESTATE LAND COS SUB LOT 15 BLK 90 LOT SIZE 7500 SQUARE FEET OR 23227-1493 03 2005 6 (6)

Reference is made to the Notice of Violation in the Office of the Unsafe Structure Section of the City of Miami Building Department, Miami, Florida, specifying the violations which have resulted in the subject building or structure being declared unsafe and the remedial actions required to correct such violations.

This instrument is filed pursuant to Chapter 8-5 of the Code of Miami-Dade County and Chapter 10, Article VI, Section 10-101 of the City of Miami Code, and all persons having or acquiring any interest in the above described property are hereby notified of the existence of said violations and the penalties prescribed by law.

The lien results from the violation and the action required by the City to correct the violation is a special assessment lien pursuant to Florida Statute § 170.201, and is coequal with the lien of all state, county, district, and municipal taxes, superior in dignity to all other liens, titles, and claims until paid. All costs incurred pursuant to Chapter 8-5 of the Code of Miami-Dade County, and Chapter 10, Article VI, Section 10-101 of the City of Miami Code, will be recovered through the lien process. For full cost of this special assessment lien, and compliance information, please contact the undersigned.

Rene Diaz
Chief of Unsafe Structures
City of Miami Building Department
(305) 416-1177
unsafestructures@miamigov.com
lcollections@miamigov.com





Sub-Division:
LAWRENCE EST LAND COS SUB CONTINUED

**Property Address**
1247 SW 4 ST

**Owner**
EL SHOPPING LLC

**Mailing Address**
1637 SW 8 ST #200
MIAMI, FL 33135

**PA Primary Zone**
3901 GENERAL URBAN 36 U/A LIMITED

**Primary Land Use**
1081 VACANT LAND - COMMERCIAL : VACANT
LAND

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 0 |
| Living Units | 0 |
| Actual Area | 0 |
| Living Area | 0 |
| Adjusted Area | 0 |
| Lot Size | 7,500 Sq.Ft |



2021 Aerial Photography    60ft

                  

9:14 AM
3/24/2022







2022/03/24  08:58

2022/03/24  08:58

2022/03/24 08:59

2022/03/24 08:59



2022/03/24 08:59





2022/03/24 08:59

2022/03/24 08:59



2022/03/24 09:00



2022/03/24  09:00



2022/03/24  09:00



2022/03/24 09:01



2022/03/24 09:02



2022/03/24  09:02























04/27/2022

04/27/2022

04/27/2022