

02/12/2018

# City of Miami



June 05, 2012

CR: BB2012010271

LOUJEN REALTY INC

1450 SW 7 ST
MIAMI FL 331353802

WILLIAM O. FULLER
BILLYBUYS.COM
1040 BRICKELL AV (3007)
MIAMI, FL. 33132-1730

### REPAIR OR DEMOLISH - FIRST NOTICE

RE: 1450 SW 7 ST        Folio: 0141020066270
     LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104 LOT SIZE 6650 SQUARE FEET

Dear Owner(s):

Chapter 8-5 of the Code of Miami-Dade County sets criterion by which a building is evaluated to determine whether or not it is unsafe, constitutes a fire hazard, or is otherwise dangerous to human life or public welfare. An inspection of the above revealed that it is in violation of Chapter 8-5 of the Code of Miami-Dade County and the following defects have been found:

VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise    Chapter 8-5 of the Code of Miami-Dade
VIOL REF# 7601-Failure of Owner/Tenant to Obtain Required Permit        SECTION 104 F.B.C. &
CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNTY
VIOL REF# 7605-Failure to Comply with Lawful Work Stop Order (Building) Chapter 8-21(C) Miami-Dade

WORK W/O PERMITS; CONCEALED AFTER STOP-WORK-ORDER WAS ISSUED RENDERS THIS HOTEL AN UNSAFE STRUCTURE PER CHAPTER 8, SECTION 5 OF THE CODE OF MIAMI-DADE COUNTY. STOP WORK; PREPARE PLANS. OBTAIN PERMITS TO REPAIR OR DEMOLISH THIS USS.

You are, therefore, requested to repair or demolish this structure. Please contact the Unsafe Structures Section of the Building Department, P.O. Box 330708, Miami, Florida, by phone at (305) 416-1177 or by email at rbenitez@miamigov.com, and advise of your intentions. If either a demolition or building permit is not obtained or we do not hear from you by June 15, 2012, it will be necessary to move toward demolition of your building in accordance with the detailed procedure in the Code Miami-Dade County.

Very truly yours,

Reynaldo Benitez
City of Miami Code Compliance Inspector

cc: Foreclosure Specialist, as H.U.D. Representative
     Unsafe Structures Section (2)

# Letters

| Portal | Violations | Letters | | Hearings | Lot Clearing | Current Page |
| Initiation | Activities | Images | Print Queue | To Do List | Liens | Letters |

## Case Information

| | | | Case Contacts | |
| --- | --- | --- | --- | --- |
| Address | 1450 SW 7 ST | | **Type** | **Name** |
| Zone | 31 | | Interested Party | WILLIAM O. FULLER |
| Folio | 0141020066270 | | Interested Party | WILLIAM O. FULLER |
| | | | Interested Party | BNZ ALS, INC (REG AGENT) |
| Tracking Number | | | Interested Party | BNZ ALS, LLC |
| Case Number | BB2012010271 | | Owner | TOWER HOTEL LLC |
| | | | Registered Agent | FULLER, WILLIAM O |
| Status | Closed | | Select Type | |

## Letters

| Type | Description (Name) | Inspector | Print Administrator | Save |
| --- | --- | --- | --- | --- |
| UW1 | REPAIR OR DEMOLISH - FIRST NOTIC | Reynaldo Benitez | Reynaldo Benitez | |

| | | | |
| --- | --- | --- | --- |
| UW1 | REPAIR OR DEMOLISH - FIRST NOTICE | Reynaldo Benitez | Reynaldo Benitez |
| UN1 | REPAIR OR DEMOLISH - FINAL NOTICE | Reynaldo Benitez | Reynaldo Benitez |
| UPL | NOTICE OF UNSAFE STRUCTURE VIOL | Reynaldo Benitez | Reynaldo Benitez |
| CDO | CEASE AND DESIST ORDER | Reynaldo Benitez | Reynaldo Benitez |
| WW2 | 10-DAYS ELECTRICAL DISCONNECTION | Reynaldo Benitez | Reynaldo Benitez |

| Date Sent to eRecording | Date Recorded | eRecStatus |
| --- | --- | --- |
| | | |

**Inspector Comments**

WORK W/O PERMITS; CONCEALED AFTER STOP-WORK-ORDER WAS ISSUED RENDERS THIS HOTEL AN UNSAFE STRUCTURE PER CHAPTER 8, SECTION 5 OF THE CODE OF MIAMI-DADE COUNTY. STOP WORK; PREPARE PLANS. OBTAIN PERMITS TO REPAIR OR DEMOLISH THIS USS.

## Recipients

### Letter Operations

| | | Name | Type | Status | Date Printed |
| --- | --- | --- | --- | --- | --- |
| View letter text | | | | | |
| Attach image to letter | | LOUJEN REALTY INC | Owner | Printed Successfully | Jun 05, 2012 |
| Add Selected Contact | | LOUJEN REALTY INC | Owner | Printed Successfully | Jun 05, 2012 |
| Remove Selected | | WILLIAM O. FULLER | Interested Party | Printed Successfully | Jun 05, 2012 |
| Generate Letter Text | | WILLIAM O. FULLER | Interested Party | Printed Successfully | Jun 05, 2012 |
| Clear Letter Text | | | | | |
| Send to Queue | | | | | |
| Print Letter | | | | | |
| Print Letter in Field | | | | | |
| Re-Print Letter | | | | | |
| Generate Certified Label | | | | | |
| Reprint Certified Label | | | | | |
| Certified Number Search | | | | | |
| Notarize | | | | | |

ERecord     Save

| | | | |
| --- | --- | --- | --- |
| Delivery Method | Certified Mail | Company | |
| Certified # | | Email | |
| Address 1 | | Phone | |
| Address 2 | 1450 SW 7 ST | Fax | |
| City | MIAMI FL | Date Generated | Jun 05, 2012 |
| Zip | 331353802 | Date Printed In Field | |
| Date Green Card Received | | Date Re-Printed | Feb 13, 2018 |
| | date format: MM/DD/YYYY | Date Posted | |







05.31.2012































































































BUILDING DEPARTMENT

# STOP WORK ORDER

YOU ARE HEREBY ORDERED TO STOP ALL WORK AT

1450 BW 7 ST

You must comply with all requirements mandated by the Florida Building Code and Chapter 8 of the Miami-Dade County Code.

Contact the Miami Building Department at 444 S.W. 2nd Street, telephone this notice regarding this order.

G/25/12        ①        R.A.S

06·25·2012  18:03

Item 2596614 Entered in FUSDS 367

RENTAL OFFICE HOURS
MONDAY-FRIDAY

08-25-2012 13:03









# City of Miami



August 24, 2012

CR: BB2012010271

LOUJEN REALTY INC

WILLIAM O. FULLER
BILLYBUYS.COM
2600 SW 8 STREET
MIAMI, FL. 33135

1450 SW 7 ST
MIAMI FL 331353802

### REPAIR OR DEMOLISH - FINAL NOTICE

CERTIFIED MAIL RETURN RECEIPT REQUESTED

RE: 1450 SW 7 ST                    Folio: 0141020066270
LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104 LOT SIZE 6650 SQUARE FEET

Dear Owner(s):

A recent re-inspection shows that the above-described property has not been repaired or demolished as directed. According to criteria established by Section 8-5 of the code of Miami-Dade County, the structure is defined as unsafe and the following defects have been found to exist: VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise          Chapter 8-5 of the Code of Miami-Dade
VIOL REF# 7601-Failure of Owner/Tenant to Obtain Required Permit          SECTION 104 F.B.C. & CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNTY
VIOL REF# 7605-Failure to Comply with Lawful Work Stop Order (Building) Chapter 8-21(C) Miami-Dade

You are, therefore, requested to repair or demolish by September 07, 2012. If I don't hear from you in this date, it will be necessary for the demolition section to take action in accordance with the procedure in the South Florida Building Code. A Notice of Violation is being recorded with the Clerk's office for future enforcement costs. If you have any questions, please call (305) 416-1177.

Very truly yours,

Reynaldo Benitez
City of Miami Code Compliance Inspector

cc: Community Development
    Foreclosure Specialist, as H.U.D. Representative
    Unsafe Structures Section (2)

## City of Miami

August 24, 2012

LOUJEN REALTY INC

1450 SW 7 ST
MIAMI FL 331353802

CFN 2012R0659441
OR Bk 28265 Pg 4183; (1pg)
RECORDED 09/10/2012 11:53:55
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

### NOTICE OF VIOLATION - PENDING LIEN

STATE OF FLORIDA
COUNTY OF DADE

CR: BB2012010271
Folio: 0141020066270

NOTICE IS HEREBY GIVEN THAT violation of Chapter 8-5 of the Code of Miami-Dade County presently exist upon the following described property, to wit:

Re: 1450 SW 7 ST
    LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104 LOT SIZE 6650 SQUARE FEET

    Reference is made to the Notice of Violation on file in the Office of the Unsafe Structure Section of the City of Miami Building Department, Miami, Florida, specifying the violations which have resulted in the subject building or structure being declared unsafe and the remedial actions required to correct such violations.

    This instrument is filed pursuant to Chapter 8-5 of the Code of the Code of Miami-Dade County, Ordinance No. 57.22, aforesaid, and all persons having or acquiring any interest in the above described property are hereby notified of the existence of said violations and the penalties prescribed by law. All costs incurred pursuant to Chapter 8-5 of the Code of Miami-Dade County will be recovered through the lien process.

DATED AT MIAMI, DADE COUNTY, FLORIDA THIS ___5___ DAY OF _September_ 20_12_.

SEAL

Reynaldo Benitez
Phone: (305) 416-1177
Email: rbenitez@miamigov.com

This instrument was prepared by Reynaldo Benitez, Unsafe Structure Section.

1-9-2018   **NOTICE**   BB2012
**POSTED**   01 0271

THIS PROPERTY IS IN VIOLATION
OF THE CODE OF THE CITY OF MIAMI

City of Miami

QUASI-ELECTRICAL RECONSTRUCTION LETTER

CITY OF MIAMI
UNSAFE STRUCTURES
SECTION

1450 SW 7 ST

0141200062 70

01/09/2018  17:04

**NOTICE**

**POSTED**

**THIS PROPERTY IS IN VIOLATION**
**OF THE CODE OF THE CITY OF MIAMI**

City of Miami

REPAIR OR DEMOLISH - FINAL NOTICE

**CITY OF MIAMI**
**UNSAFE STRUCTURES**
**SECTION**

1450 SW 7 ST

0141020006627 0

01/09/2018 17:05





a real-time THE

JUGGE

Theatre

01/08/2018





01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018


Case 1:16-cv-24168-RS   Document 95-54   Entered on FLSD Docket 10/17/2018   Page 93 of 367

01/08/2018



01/08/2018



01/08/2018


Case 1:18-cv-24190-RS Document 330-36 Entered on FLSD Docket 10/07/2023 Page 96 of 367

01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018


01/08/2018



01/08/2018



01/08/2018

Case 1:22-cv-22538-XXXX Document 188-4 Entered on FLSD Docket 06/20/2023 Page 106 of 367



01/08/2018



01/08/2018



01/08/2018







01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018

Case 1:18-cv-24190-FAM Document 60-18 Entered on FLSD Docket 06/28/2022 Page 125 of 367



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018

01/08/2018

01/08/2018



01/08/2018



01/08/2018



01/08/2018

RHEEM MANUFACTURING COMPANY
Acondicionador de Aire Central
        Modelo:  RH1T6021STANJA
Tensión Nominal:  ~208/240  V
        Fases:  1
    Frecuencia:  60        Hz
Corriente Nominal:  6.0        A

    Requiere Tierra Física
    ENSAMBLADO EN MÉXICO
Leer Manual de Instalación y Operación Anexo
                        92-22050-20-01

¡ PRECAUCION !

01/08/2018

Case 2:16-cv-02490-PBS Document 50614 Entered on FLSD Docket 00/00/2022 Page 237 of 388



**WIRING DIAGRAM**

**SCHEMATIC DIAGRAM**

### SPEED TAP TABLE

| TONS | LO SPEED | HIGH SPEED |
|------|----------|------------|
| 1.5 | T2 | T3 |
| 2.0 | T4 | T5 |
| 2.5 | T2 | T3 |
| 3.0 | T4 | T5 |
| 3.5(21) | T2 | T3 |
| 4.0(21) | T4 | T5 |
| 4.0(24) | T2 | T3 |
| 5.0(24) | T4 | T5 |

### NOTES

1. CONNECT SUPPLY WIRING FOR VOLTAGE, PHASE AND HERTZ SHOWN ON RATING PLATE.
2. SUPPLY WIRE MUST BE RATED AT 75° C MIN. SEE INSTRUCTIONS FOR SIZE.
3. CT FACTORY WIRED FOR 24V. TO MOVE WIRES FROM 240V TO 208V FOR 208V OPERATION.
4. CONTROL WIRING TO THERMOSTAT.
5. BLOWER SPEED SELECT (BL WIRE) IS FACTORY WIRED TO FULL TONNAGE HIGH SPEED TAP T5, EXCEPT FOR 4-TON IN 24" WIDE CABINET. 4-TON 24" IS FACTORY WIRED TO T3. (SEE SPEED TAP TABLE FOR ALTERNATE CONFIGURATIONS.)
6. FOR USE WITH COPPER CONDUCTORS ONLY.
7. WHEN USING 13KW AND HIGHER IT IS RECOMMENDED TO JUMP W1 AND W2 TOGETHER FOR MAXIMUM TEMPERATURE RISE.

### COMPONENT CODES

| | |
|---|---|
| CT | CONTROL TRANSFORMER |
| GND | GROUND |
| IBM | INDOOR BLOWER MOTOR |
| TB | TERMINAL BLOCK (HI VOLT) |
| △ | WIRE NUT |

### WIRING INFORMATION

**LINE VOLTAGE**
-FACTORY STANDARD ─────────
-FACTORY OPTION ─ ─ ─ ─ ─
-FIELD INSTALLED ─ · ─ · ─ ·

**LOW VOLTAGE**
-FACTORY STANDARD ─────────
-FACTORY OPTION ─ ─ ─ ─ ─
-FIELD INSTALLED ─ · ─ · ─ ·

**REPLACEMENT WIRE**
-MUST BE THE SAME SIZE AND TYPE OF INSULATION AS ORIGINAL (105C. MIN.)

**WARNING**
-CABINET MUST BE PERMANENTLY GROUNDED AND CONFORM TO I.E.C, N.E.C, C.E.C, NATIONAL WIRING REGULATIONS, AND LOCAL CODES AS APPLICABLE.

### WIRE COLOR CODE

| | | | | | |
|---|---|---|---|---|---|
| BK | BLACK | G | GREEN | PR | PURPLE |
| BR | BROWN | GY | GRAY | R | RED |
| BL | BLUE | O | ORANGE | W | WHITE |
| | | | | Y | YELLOW |

**ELECTRICAL WIRING DIAGRAM**

**ELECTRICAL AIR HANDLER 230V X-13 MOTOR**

| DR. BY | DWG. NO. | REV |
|--------|----------|-----|
| MGR | 90-101897-01 | 09 |

01/08/2018

| MFD.: | 09/2017 | RHEEM SALES COMPANY | ASSEMBLED IN MEXICO |
|---|---|---|---|
| FRQ: | | FORT SMITH, ARKANSAS | REUNIS AU MEXIQUE |

**MODEL/MODELE# RH1T6021STANJA**

**SERIAL/EN SERIE# W391717258**



**VOLTS: 208/240     PH/HZ:  1  / 60**

MOTOR HP./FLA     3/4     / 4.6
UR PSC./FLA

**REFRIGERANT/RIFRIGIRANT  R-410A**

**ATTENTION:** MARK HEATER KIT INSTALLED IN LE... OLUMN/LA TROUSSE D'APPAREIL
DE CHAUFFAGE DE MARQUE A INSTALLE DANS LA COLONNE GAUCHE

| HEATER MODEL/ MODELE D'APPAREIL DE CHAUFFAGE | TYPE SUPPLY CIRCUIT/TAPE LE CIRCUIT DE PROVISION | VOLTAGE/ TENSION | PHASE | KW | HEATER AMPS/ AMPLIS D'APPAREIL DE CHAUFFAGE | MOTOR AMPS/ LES AMPLIS MOTEURS | MAXIMUM OVERCURRENT PROTECTION/ LA PROTECTION MAXIMUM DE OVERCURRENT | MINIMUMBRANCH CIRCUIT AMPACITY/AMPACITY MINIMUM DE CIRCUIT CE BRANCHE |
|---|---|---|---|---|---|---|---|---|
| NO HEAT | | | | 0 | | 4.6 | 15 | 6.0 |
| RXBH-1724A05J | SINGLE | 208/240 | 1/60 | 3.6/4.8 | 17.3/20.0 | 4.0 | 30/30 | 27/30 |
| RXBH-1724A07J | SINGLE | 208/240 | 1/60 | 5.4/7.2 | 26.0/30.0 | 4.0 | 40/45 | 38/43 |
| RXBH-1724A10J | SINGLE | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 4.0 | 50/60 | 49/55 |
| RXBH-1724A15J | SINGLE | 208/240 | 1/60 | 10.8/14.4 | 51.9/60.0 | 4.0 | 70/80 | 70/80 |
| RXBH-1724A15J | MULTIPLE CKT 1 | 208/240 | 1/60 | 3.6/4.8 | 17.3/20.0 | 4.0 | 30/30 | 27/30 |
| RXBH-1724A15J | MULTIPLE CKT 2 | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 0.0 | 45/50 | 44/50 |
| RXBH-1724A18J | SINGLE | 208/240 | 1/60 | 12.8/17.0 | 61.6/70.8 | 4.0 | 90/100 | 82/94 |
| RXBH-1724A18J | MULTIPLE CKT 1 | 208/240 | 1/60 | 4.3/5.7 | 20.5/23.6 | 4.0 | 30/35 | 31/35 |
| RXBH-1724A18J | MULTIPLE CKT 2 | 208/240 | 1/60 | 8.7/11.3 | 41.1/47.2 | 0.0 | 60/60 | 52/52 |
| RXBH-24A20J | SINGLE | 208/240 | 1/60 | 14.4/19.2 | 69.2/80.0 | 4.0 | 100/110 | 92/105 |
| RXBH-24A20J | MULTIPLE CKT 1 | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 4.0 | 50/60 | 49/55 |
| RXBH-24A20J | MULTIPLE CKT 2 | 208/240 | 1/60 | 7.2/9.6 | 34.6/40.0 | 0.0 | 45/50 | 44/50 |
| RXBH-24A25J | SINGLE | 208/240 | 1/60 | 18.0/24.0 | 86.4/99.9 | 4.0 | 125/150 | 113/130 |
| RXBH-24A25J | MULTIPLE CKT 1 | 208/240 | 1/60 | 6.0/8.0 | 28.8/33.3 | 4.0 | 45/50 | 41/47 |
| RXBH-24A25J | MULTIPLE CKT 2 | 208/240 | 1/60 | 6.0/8.0 | 28.8/33.3 | 0.0 | 40/45 | 36/42 |
| RXBH-24A25J | MULTIPLE CKT 3 | 208/240 | 1/60 | 6.0/8.0 | 28.8/33.3 | 0.0 | 40/45 | 36/42 |
| RXBH-1724A07C | SINGLE | 208/240 | 3/60 | 5.4/7.2 | 15.0/17.3 | 4.0 | 25/30 | 24/27 |
| RXBH-1724A10C | SINGLE | 208/240 | 3/60 | 7.2/9.6 | 20.0/23.1 | 4.0 | 30/35 | 30/34 |
| RXBH-1724A15C | SINGLE | 208/240 | 3/60 | 10.8/14.4 | 30.0/34.6 | 4.0 | 45/50 | 43/49 |
| RXBH-1724A18C | SINGLE | 208/240 | 3/60 | 12.8/17.0 | 35.6/41.0 | 4.0 | 50/60 | |
| RXBH-24A20C | SINGLE | 208/240 | 3/60 | 14.4/19.2 | 40.0/46.2 | 4.0 | 60/70 | |
| RXBH-24A20C | MULTIPL CKT 1 | 208/240 | 3/60 | 7.2/9.6 | 20.0/23.1 | 4.0 | 30/35 | 30/34 |
| RXBH-24A20C | MULTIPL CKT 2 | 208/240 | 3/60 | 7.2/9.6 | 20.0/23.1 | 0.0 | 25/30 | 25/29 |
| RXBH-24A25C | SINGLE | 208/240 | 3/60 | 18.0/24.0 | 50.0/57.8 | 4.0 | 70/80 | 68/77 |
| RXBH-24A25C | MULTIPLE CKT 1 | 208/240 | 3/60 | 9.0/12.0 | 25.0/28.9 | 4.0 | 40/45 | 37/42 |
| RXBH-24A25C | MULTIPLE CKT 2 | 208/240 | 3/60 | 9.0/12.0 | 25.0/28.9 | 0.0 | 35/40 | 32/37 |

01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



Case 2:20-cv-04783 Document 58558 Entered on FLSD Docket 06/30/2022 Page 85485 144

01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018

01/08/2018





01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



Case 1:18-cv-24190-RKS   Document 225-52   Entered on FLSD Docket 09/03/2025   Page 1 of 167

01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018





01/08/2018

01/08/2018



01/08/2018



STOP WORK ORDER

01/08/2018



01/09/2018 17:08



Case C-b3-c30144325429-RS    Document 5-b-0    Entered on FLSD Docket 00/00/00    Page 190 of

Handwritten: **1/22/18**  **BB 20120100271**

# POSTED
## NOTICE OF HEARING
### THIS PROPERTY IS IN VIOLATION OF THE CODE OF THE CITY OF MIAMI

Handwritten down left margin: **1450 SW 7 ST**

Handwritten down right margin: **0141020066270**

**City of Miami**

Date: January 22, 2018

City of Miami
Building Department
Unsafe Structures Section
444 SW 2nd Avenue, 4th Floor
Miami, FL 33130
Unsafestructures@miamigov.com

**NOTICE OF HEARING - CITY OF MIAMI UNSAFE STRUCTURES PANEL**

A Public hearing will be held by the City of Miami Unsafe Structures Panel for anyone having an interest in the property described as:

Property Address:   1450 SW 7 ST
Owner's Name:       TOWER HOTEL LLC
Owner's Address:    1637 CALLE OCHO STE 200 MIAMI, FL 33135
Folio Number:       0141020066270
Case Number:        BB20120102711
Legal Description:  LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104 LOT SIZE 6650 SQUARE FEET

**HEARING DATE: FEBRUARY 23, 2018**

You may appear in person or have representation by an attorney at the 9:00 AM, at 3500 Pan American Drive, Miami, FL, to show cause why the decision of the Building Official should not be carried out. Any person or party who shall not appear and show cause, as aforesaid, shall be as fully bound by the proceedings that take place, as if he had appeared and shown cause. As a result of this hearing, the Panel may order such work done as cited in the Building Official's Notice of Violation and if you fail to comply with the order of the City of Miami Unsafe Structures Panel, the Building Official may then proceed to remove such violation and place a lien against the property concerned to recover all costs of the enforcement action such as provided for in Chapter 8, Section 8-5 of the Miami-Dade County Code and Chapter 10, Article VI of the City of Miami Code.

All case file inquiries should be addressed to the City of Miami Building Department at (305) 416-1109 or at unsafestructures@miamigov.com.  The appropriate representative of the Building Official can provide specific information regarding the violations and requirements for compliance.

NON-ENGLISH SPEAKING APPEARANCES: The Department is unable to provide translators for individuals appearing in this proceeding.  You may make arrangements to bring your own translator.

It is the policy of the City of Miami to comply with all of the requirements of the Americans with Disabilities Act. For sign language interpreter services, please call (305)416-1109 at least five business days in advance.

LIST OF INTERESTED PARTIES:

- WILLIAM O. FULLER: BILLYBUYS.COM,1040 BRICKELL AV (3007) MIAMI, FL. 33132-1730

- WILLIAM O. FULLER: BILLYBUYS.COM,2600 SW 8 STREET MIAMI, FL. 33135

- BNZ ALS, INC (REG AGENT): ALHADEFF, MARK,767 ARTHUR GODFREY RD MIAMI BEACH, FL. 33140

- BNZ ALS, LLC: 2030 S DOUGLAS ROAD, STE 108.



**CITY OF MIAMI
UNSAFE STRUCTURES
SECTION**

CITY OF MIAMI
Building Department
444

01/22/2018



01/22/2018



01/22/2018



01/22/2018



CFN: 20180123437 BOOK 30880 PAGE 2801
DATE:03/02/2018 09:20:51 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:   16-01673**                                 **Final Action:    02/23/2018**

Owner's Name: **TOWER HOTEL, LLC**
Owner's Mailing Address: **1637 SW 8 ST STE 200, MIAMI, FL 33135**
Case #: **BB2012010271**
RE: **1450 SW 7 ST**
Folio Number: **01-4102-006-6270**
Legal Description: **LAWRENCE ESTATE LAND COS SUB, PB 2-46, LOT 7 BLK 104, LOT SIZE 6650 SQUARE FEET**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 23, 2018 on **Structure "A"** (3-STORY, CBS, HOTEL):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 300 days

**PROPERTY IS NOT TO BE USED AS AN EVENT VENUE. NO WORK SHALL BE PERFORMED UNTIL THE PERMITS HAVE BEEN PULLED.**

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 120 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS**

*Case # :BB2012010271 - Owner's Name: TOWER HOTEL, LLC*

**POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

<u>This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.</u>

Permits for the structure(s) located at the above address must be obtained from the <u>City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.</u>

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any person aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: <u>BB2012010271</u>**

<u>As of date (FEBRUARY 23, 2018):</u>

**<u>TOWER HOTEL LLC</u>**
**<u>1637 SW 8 ST STE 200</u>**
**<u>MIAMI, FL 33135</u>**

**<u>WILLIAM O FULLER (REG AGENT)</u>**
**<u>1637 SW 8 ST STE 200</u>**
**<u>MIAMI, FL 33135</u>**

**<u>WILLIAM O FULLER</u>**
**<u>BILLYBUYS.COM</u>**
**<u>1040 BRICKELL AV STE 3007</u>**
**<u>MIAMI, FL 33132-1730</u>**

**<u>WILLIAM O FULLER</u>**
**<u>BILLYBUYS.COM</u>**
**<u>2600 SW 8 ST</u>**
**<u>MIAMI, FL 33135</u>**

*Case # :BB2012010271 - Owner's Name: TOWER HOTEL, LLC*

**BNZ ALS, INC (REG AGENT)**
**ALHADEFF, MARK**
**767 ARTHUR GODFREY RD**
**MIAMI BEACH, FL 33140**

**BNZ ALS, LLC**
**2030 S DOUGLAS ROAD, STE 108**
**CORAL GABLES, FL 33134**

*At a meeting of the Unsafe Structure Panel on 2/23/2018, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
               **Panel Member  Kouchalakos**

**Seconded By:** _____
               **Panel Member Bared**

**Chair, Unsafe Structure** _____        **Date**  **Feb 23, 2018**
                   **Panel**     **Ernesto Polo**

## COMPLIANCE AGREEMENT

Case Nos.: **BB2012010271**

Addresses: **1450 SW 7 Street**

Folio #s: **01-4102-006-6270**

Legal Descriptions: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 7 BLK 104**

Owner: **TOWER HOTEL, LLC**

Owner's Address: **1637 SW 8 STREET, MIAMI, FL 33135**

This Compliance Agreement (hereinafter the "Agreement"), described and indicated above, entered into this 23rd day of July_____, 2018. by: **TOWER HOTEL, LLC** (the "Owner"), and the **CITY OF MIAMI** (hereinafter the "City"), in reference to the above-mentioned property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be in compliance with the provisions of the Florida Building Code. Fire Prevention Code. and all other federal, state, or local codes, as amended:

**WHEREAS**, the Owner, in lieu of further enforcement proceedings by the City and to avoid additional costs, wishes to bring the Property into compliance and forego said proceedings:

**WHEREAS**, the Owner desires additional time to bring the Property into compliance. and the City agrees to said additional time as further described herein:

**WHEREAS**, the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of further enforcement proceedings by the City, enters into this Agreement;

**NOW THEREFORE**, the Owner voluntarily and knowingly agrees to be bound by the terms listed herein and that the Property described and indicated above shall be subject to the following restrictions as binding upon the current Owner and its successors and/or assigns as follows:

SECTION 1. RECITALS. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. TERMS.

The Owner agrees the above described Property is in violation of the City of Miami Code. Subsequently. the Owner agrees to the following terms:

a. Pay all costs associated with Building Department case BB2012010271 (the "Case") within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. Upon full payment thereof, City shall close the Case and shall not reopen it unless any other term of this Agreement is breached. Owner acknowledges that said costs have not yet been calculated as of the date of execution of this Agreement.

b. Plans have been submitted and the process of obtaining a building permit has begun as of the date of this Agreement. All building permits shall be obtained and paid for within ninety (90) calendar days of this Agreement.

c. Complete repairs for the structure located on the Property pursuant to a valid building permit within one hundred eighty (180) calendar days after permits are obtained.

d. Owner shall provide the City with a bond, letter of credit, or cashier's check in the sum of the estimated cost of demolition of the structure, within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. ESTIMATED COST OF DEMOLITION AT $99,725.00   7/33/18

e. Owner acknowledges that if the timeframe established in this Agreement is not complied with, the City may, at its discretion, demolish the structure located at the Property without further proceedings, and draw upon the bond, letter of credit, or cashier's check to cover the costs of the demolition.

f. The City shall release the Notice of Unsafe Structure Violation instrument recorded at Official Record Book 28263 Page 4183 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

g. The City shall release the Order of the Unsafe Structures Panel instrument recorded at Official Record Book 30880 Page 2801 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

SECTION 4.  ACCESS.  The Owner hereby agrees that any official inspector of the City shall have the right, upon twenty-four (24) hour notice, to enter and investigate the use of the Property described above to determine whether or not the conditions of this Covenant are being met and for purposes of performing compliance inspections during the pendency of this case.

SECTION 5.  EXTENSIONS/MODIFICATIONS.  No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official, such consent not to be unreasonably withheld. There is no maximum number of extensions that the Building Official may grant. This Covenant may be modified or amended as to any portion of this agreement by a written instrument executed by the Owner and the City.  Should this instrument be modified, amended or released, the Owner shall execute a written instrument in recordable form to be recorded in the Public Records of Miami-Dade County, FL, effectuating and acknowledging such modification, amendment, or release. Any extension granted due to a delay outside of the control of Owner, such as an Act of God or delay caused by a utility provider, shall not require a recorded modification, only the written consent of the Building Official.

Page 2 of 5

SECTION 6. COMPLIANCE. By signing this Agreement the parties certify they have read and fully understand it. Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property upon ninety (90) days' notice to the Owner.

SECTION 7. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law. An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages. This Agreement does not prevent the City from enforcing any liens pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law.

The City is authorized to levy a special assessment against the Owner for any costs associated with bringing the above described Property into compliance pursuant to this agreement. This enforcement provision shall not apply against the City.

SECTION 9. SEVERABILITY. Invalidation of any one of the provisions of this Agreement and Covenant by judgment of Court shall not affect any of the other provisions of this Agreement and Covenant, which shall remain in full force and effect.

SECTION 10. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida. Venue in any proceedings between the parties shall be in Miami-Dade County, Florida. Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue. Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

The following representatives hereby acknowledge that they are duly authorized to enter into this Agreement and bind their respective agents.

Signed, witnessed, executed and acknowledged on this 23rd day of July, 2018.

[Signature pages to follow]

Page 3 of 5

**Witnesses:**

_____
Signature

_____
Print Name

_____
Signature

_____
Print Name

**TOWER HOTEL, LLC:**

By:_____
William O. Fuller

**STATE OF**
**COUNTY OF**

The foregoing instrument was acknowledged before me by William Fuller. He/She is ☒ personally known to me or ☐ has produced Personally Known as identification and who did take an oath.

Witness my signature and official seal this 27th day of ___July___ 2018, in the County and State aforesaid.

Notary Public State of Florida .

Eilany Bayona
My Commission Expires:_____ Print Name

> EILANY BAYONA
> MY COMMISSION # GG066597
> EXPIRES January 26, 2021

Page 4 of 5

APPROVED AS TO BUILDING
REQUIREMENTS:

7/23/18

BUILDING OFFICIAL OR DESIGNEE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by Rene Diaz. He

is ☑ personally known to me or ☐ has produced _____ as identification and

who did take an oath.

Witness my signature and official seal this 23rd day of July 2018, in the County and
State aforesaid.

Notary Public State of Florida

My Commission Expires:

 Denise Matthews
Print Name

DENISE MATTHEWS
MY COMMISSION # GG 127746
EXPIRES: November 24, 2021
Bonded Thru Notary Public Underwriters

Page 5 of 5



01/08/2018





01/08/2018



01/08/2018



01/08/2018



01/08/2018

Case 1:18-cv-24190-RS Document 508-32 Entered on FLSD Docket 06/30/2022 Page 209 of 364



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/09/2018  17:07





01/09/2018 17:08










CFN: 20180094762 BOOK 30865 PAGE 1618
DATE:02/15/2018 02:11:50 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

February 13, 2018

FULLER, WILLIAM O
1637 SW 8TH STREET #200

CR: BB2018000468

MIAMI, FL 33135

### NOTICE OF UNSAFE STRUCTURE VIOLATION

PENDING MUNICIPAL SPECIAL ASSESSMENT LIEN
STATE OF FLORIDA CR: BB2018000468
COUNTY OF MIAMI-DADE Folio: 0141020066280
Lien: US8000468

NOTICE IS HEREBY GIVEN THAT violation of Chapter 8-5 of the Code of Miami-Dade County and Chapter 10, Article VI, Section 10-101 of the City of Miami Code presently exist upon the following property, to wit:

Legal Description:
1460 SW 7 ST - LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 8 BLK 104 LOT SIZE 6650 SQ FT OR 17240-3627 0496 5 COC 22374-4218 04 2004 4

Reference is made to the Notice of Violation in the Office of the Unsafe Structure Section of the City of Miami Building Department, Miami, Florida, specifying the violations which have resulted in the subject building or structure being declared unsafe and the remedial actions required to correct such violations.

This instrument is filed pursuant to Chapter 8-5 of the Code of Miami-Dade County and Chapter 10, Article VI, Section 10-101 of the City of Miami Code, and all persons having or acquiring any interest in the above described property are hereby notified of the existence of said violations and the penalties prescribed by law.

The lien results from the violation and the action required by the City to correct the violation is a special assessment lien pursuant to Florida Statute § 170.201, and is coequal with the lien of all state, county, district, and municipal taxes, superior in dignity to all other liens, titles, and claims until paid. All costs incurred pursuant to Chapter 8-5 of the Code of Miami-Dade County and Chapter 10, Article VI, Section 10-101 of the City of Miami Code, will be recovered through the lien process. For full cost of this special assessment lien, and compliance information, please contact the undersigned.

Rene Diaz
Chief of Unsafe Structures
ReDiaz@miamigov.com

$. 101

## COMPLIANCE AGREEMENT

Case Nos.: **BB2018000468**

Addresses: **1460 SW 7 Street**

Folio #s: **01-4102-006-6280**

Legal Descriptions: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 8 BLK 104**

Owner: **TOWER HOTEL, LLC**

Owner's Address: **1637 SW 8 STREET, MIAMI, FL 33135**

This Compliance Agreement (hereinafter the "Agreement"), described and indicated above, entered into this 23rd day of: July, 2018, by: **TOWER HOTEL, LLC** (the "Owner"), and the **CITY OF MIAMI** (hereinafter the "City"), in reference to the above-mentioned property (hereinafter the "Property").

## PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be in compliance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner, in lieu of further enforcement proceedings by the City and to avoid additional costs, wishes to bring the Property into compliance and forego said proceedings;

**WHEREAS**, the Owner desires additional time to bring the Property into compliance, and the City agrees to said additional time as further described herein;

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of further enforcement proceedings by the City, enters into this Agreement;

**NOW THEREFORE**, the Owner voluntarily and knowingly agrees to be bound by the terms listed herein and that the Property described and indicated above shall be subject to the following restrictions as binding upon the current Owner and its successors and/or assigns as follows:

SECTION 1.  RECITALS. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2.  EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3.  TERMS.

The Owner agrees the above described Property is in violation of the City of Miami Code. Subsequently, the Owner agrees to the following terms:

A. 109

a. Pay all costs associated with Building Department case BB2018000468 (the "Case") within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. Upon full payment thereof, City shall close the Case and shall not reopen it unless any other term of this Agreement is breached. Owner acknowledges that said costs have not yet been calculated as of the date of execution of this Agreement.

b. Plans have been submitted and the process of obtaining a building permit has begun as of the date of this Agreement. All building permits shall be obtained and paid for within ninety (90) calendar days of this Agreement.

c. Complete repairs for the structure located on the Property pursuant to a valid building permit within one hundred eighty (180) calendar days after permits are obtained.

d. Owner shall provide the City with a bond, letter of credit, or cashier's check in the sum of the estimated cost of demolition of the structure, within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. *ESTIMATED COST OF DEMOLITION AT $5,780.00    7/23/18*

e. Owner acknowledges that if the timeframe established in this Agreement is not complied with, the City may, at its discretion, demolish the structure located at the Property without further proceedings, and draw upon the bond, letter of credit, or cashier's check to cover the costs of the demolition.

f. The City shall release the Notice of Unsafe Structure Violation instrument recorded at Official Record Book 30865 Page 1618 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

g. The City shall release the Order of the Unsafe Structures Panel instrument recorded at Official Record Book 30880 Page 2779 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

SECTION 4. ACCESS. The Owner hereby agrees that any official inspector of the City shall have the right, upon twenty-four (24) hour notice, to enter and investigate the use of the Property described above to determine whether or not the conditions of this Covenant are being met and for purposes of performing compliance inspections during the pendency of this case.

SECTION 5. EXTENSIONS/MODIFICATIONS.    No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official, such consent not to be unreasonably withheld. There is no maximum number of extensions that the Building Official may grant. This Covenant may be modified or amended as to any portion of this agreement by a written instrument executed by the Owner and the City. Should this instrument be modified, amended or released, the Owner shall execute a written instrument in recordable form to be recorded in the Public Records of Miami-Dade County, FL, effectuating and acknowledging such modification, amendment, or release. Any extension granted due to a delay outside of the control of Owner, such as an Act of God or delay caused by a utility provider, shall not require a recorded modification, only the written consent of the Building Official.

Page **2** of **5**

A. 110

SECTION 6.  COMPLIANCE.  By signing this Agreement the parties certify they have read and fully understand it.  Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property upon ninety (90) days' notice to the Owner.

SECTION 7.  INSPECTION AND ENFORCEMENT.  This Agreement may be enforced by any means provided by law.  An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages.  This Agreement does not prevent the City from enforcing any liens pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law.

The City is authorized to levy a special assessment against the Owner for any costs associated with bringing the above described Property into compliance pursuant to this agreement. This enforcement provision shall not apply against the City.

SECTION 9.  SEVERABILITY.  Invalidation of any one of the provisions of this Agreement and Covenant by judgment of Court shall not affect any of the other provisions of this Agreement and Covenant, which shall remain in full force and effect.

SECTION 10.  MISCELLANEOUS PROVISIONS.  This Agreement shall be construed and enforced according to the laws of the State of Florida.  Venue in any proceedings between the parties shall be in Miami-Dade County, Florida.  Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue.  Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction.  The parties irrevocably waive any rights to a jury trial.  Title and paragraph headings are for convenient reference and are not a part of this Agreement.  No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing.  This Agreement constitutes the sole and entire agreement between the parties hereto.

The following representatives hereby acknowledge that they are duly authorized to enter into this Agreement and bind their respective agents.

Signed, witnessed, executed and acknowledged on this 23rd day of July, 2018.

[Signature pages to follow]

Page 3 of 5

A. 111

**Witnesses:**

_____
Signature

GREN DIAZ
Print Name


_____
Signature

HATAR FERRASSE
Print Name


**TOWER HOTEL, LLC:**


By: _____
William O. Fuller


**STATE OF**
**COUNTY OF**

The foregoing instrument was acknowledged before me by William Fuller.   He/She is ☒ personally known to me or ☐ has produced Personally Known as identification and who did take an oath.


Witness my signature and official seal this 20 day of July 2018, in the County and State aforesaid.

Notary Public State of Florida _____.

Eiliany Bayona
My Commission Expires: January 26, 2021 Print Name


EILIANY BAYONA
MY COMMISSION # GG066597
EXPIRES January 26, 2021

Page 4 of 5


A. 112

APPROVED AS TO BUILDING
REQUIREMENTS:

7/23/18

BUILDING OFFICIAL OR DESIGNEE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by Rene Diaz.  He

is ☑ personally known to me or ☐ has produced _____ as identification and

who did take an oath.

Witness my signature and official seal this 23rd day of July 2018, in the County and State aforesaid.

Notary Public State of Florida _____

Denise Matthews _____

My Commission Expires:                 Print Name

DENISE MATTHEWS
MY COMMISSION # GG 127746
EXPIRES: November 24, 2021
Bonded Thru Notary Public Underwriters

Page 5 of 5

A. 113

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

| | | | |
|---|---|---|---|
| Address | 1460 SW 7 ST | Owner | TOWER HOTEL LLC |
| Zone | 31 ⌄ | Owner Address | 1460 SW 7 ST |
| Folio | 0141020066280 | Net ID | LITTLE HAVANA ⌄ |

Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2021002049 | Open |
| CE2021002048 | Closed |
| CE2021002041 | Closed |
| BB2020032200 | Open |
| BB2018000468 | Closed |

**Where on Property?**

7/2/2020...1-STORY, CBS, SFH... POOL

[ New Case ]  [ Save ]
[ Add Requestor ]
[ Move To Legal Folio ]

**Case Address**
1460 SW 7 ST                                   Right of Way? ☐

**Description**                                 Repeat Offence? ☐

7/2/2020...1-STORY, CBS, SFH... POOL CONSTRUCTION WITHOUT PERMITS. NEED TO STOP WORK IMMEDIATELY, SUBMIT ARCH/ENGINEERING PLANS DETAILING ALL WORK/ALTERATIONS TAKING PLACE. AND ACQUIRE THE REQUIRED PERMIT AND INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES

311 Tracking: _____

| | | | | |
|---|---|---|---|---|
| Division | Building | Received | Jul 02, 2020 | In Compliance |
| Process | Unsafe Structure ⌄ | Service Date | Jul 02, 2020 | Closed Date |
| Source | Employee ⌄ | First Inspection | Jul 02, 2020 | Daily Per Diem |
| Request Type | Case ⌄ | | | Last Completed Activity | Nov 24, 2020 |
| Complaint Type | Building or Structures that are Unsafe | | | |
| Priority | 1 ⌄ | | | |
| Inspector | Raul Ramos ⌄ | Refer To | | [ Refer ] |

☑ Override the Geo Inspector assignment          Entered by RRamos on Jul 02, 2020.

**Violations**

7601 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Wind/Storm Hazard or are Otherwise Dangerous
7602 - Working without a permit, building, roofing, mechanical, electrical, or plumbing.

**Description:**

7/2/2020...1-STORY, CBS, SFH... POOL CONSTRUCTION WITHOUT PERMITS. NEED TO STOP WORK IMMEDIATELY, SUBMIT ARCH/ENGINEERING PLANS DETAILING ALL WORK/ALTERATIONS TAKING PLACE. AND ACQUIRE THE REQUIRED PERMIT AND INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES DOUBLE FEE+$110.00.

10/13/2020... INSPECTED PROPERTY AS FIELD CHECK. WORK(WITHOUT PERMIT) AT POOL CONTINUES WITH SIGNS OF RECENT POOL EQUIPEMENT ROUGH AND SLAB ADDED AT WEST PROPERTY LINE. UPDATED CASE FILE PHOTOS. TAREID

10/20/2020...POSTED NOTICE OF HEARING. TAREID

11/24/2020  JOSE SANCHEZ - POST ORDER OF THE UNSAFE STRUCTURES PANEL FINAL ORDER LETTER, FILE # 16-0251. PICTURES TAKEN.

− Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1460 SW 7 ST | Process | UST |
| Zone | 31 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141020066280 | Status | Open |
| Date Compliance Due | Jul 13, 2020 | Tracking Number | |
| | | Case Number | BB2020012200 |

## Violations

New Violation    Save

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Open | | 7604 | Raul Ramos | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitu... |

Violation: 7602 - Working without a permit, building, roofing, mechanical, electrical, or plumbing.

Status: Open

Inspector: Raul Ramos

Violation Date: Jul 02, 2020

Violation Time: 03:11 PM

Fine Amount: 0   x 1  = 0

Date Issued: Jul 02, 2020

Time Issued: 03:10 PM

Ticket Number:

Description: Working without a permit, building, roofing, mechanical, electrical, or plumbing.

Code Section: SECTION 104 F.B.C. & CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNT

Comments: 7/2/2020...1-STORY, CBS, SFH... POOL CONSTRUCTION WITHOUT PERMITS. NEED TO STOP WORK IMMEDIATELY, SUBMIT ARCH/ENGINEERING PLANS DETAILING ALL

Required Corrections: 7/2/2020...1-STORY, CBS, SFH... POOL CONSTRUCTION WITHOUT PERMITS. NEED TO STOP WORK IMMEDIATELY, SUBMIT ARCH/ENGINEERING PLANS DETAILING ALL WORK/ALTERATIONS TAKING PLACE. AND ACQUIRE THE REQUIRED PERMIT AND INSPECTIONS AS PER F.B.C AND LOCAL

☐ Repeat Offence?   ☐ Right of Way?

Entered by RRamos on Jul 02, 2020.

7/2/2020...1-STORY, CBS, SFH... POOL CONSTRUCTION WITHOUT PERMITS. NEED TO STOP WORK IMMEDIATELY, SUBMIT ARCH/ENGINEERING PLANS DETAILING ALL WORK/ALTERATIONS TAKING PLACE. AND ACQUIRE THE REQUIRED PERMIT AND INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES DOUBLE FEE+$110.00.





07/02/2020



07/02/2020



07/02/2020


07/02/2020



07/02/2020



07/02/2020



07/02/2020



07/02/2020



07/02/2020



07/02/2020







07/02/2020

# City of Miami



October 05, 2020

TOWER HOTEL LLC

1637 CALLE OCHO STE 200
MIAMI, FL 33135 33135

CR: BB2020012200

TOWER HOTEL LLC

1637 CALLE OCHO STE 200
MIAMI, FL 33135 33135

## REPAIR OR DEMOLISH - FINAL NOTICE

CERTIFIED MAIL RETURN RECEIPT REQUESTED

RE: 1460 SW 7 ST                                    Folio: 0141020066280
    LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 8 BLK 104 LOT SIZE 6650 SQ FT OR 17240-
3627 0496 5 COC 22374-4218 04 2004 4

Dear Owner(s):

A recent re-inspection shows that the above-described property has not been repaired or demolished as directed.
According to criteria established by Section 8-5 of the code of Miami-Dade County and section 10-101 of the
Code of the City of Miami, the structure is defined as unsafe and the following defects have been found to exist:
VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or
Windstorm Hazard or are Otherwise      Chapter 8-5 of the Code of Miami-Dade
VIOL REF# 7602-Working without a permit, building, roofing, mechanical, electrical, or plumbing.
      SECTION 104 F.B.C. & CHAPTER 8-10 OF THE CODE OF MIAMI-DADE COUNTY
      Correction: 7/2/2020...1-STORY, CBS, SFH... POOL CONSTRUCTION WITHOUT PERMITS.
NEED TO STOP WORK IMMEDIATELY, SUBMIT ARCH/ENGINEERING PLANS DETAILING ALL
WORK/ALTERATIONS TAKING PLACE, AND ACQUIRE THE REQUIRED PERMIT AND INSPECTIONS
AS PER F.B.C AND LOCAL ORDINANCES DOUBLE FEE+$110.00.

You are, therefore, requested to repair or demolish by July 13, 2020. If I don't hear from you in this date, it will be
necessary for the demolition section to take action in accordance with the procedure set forth in the Miami-Dade
County Code Section 8-5 and The City of Miami Code Section 10-101. A Notice of Violation and Intent to Lien is
being recorded with the Clerk's office for current and future enforcement costs. These costs will be a special
assessment and can be the basis for an action to foreclose on certain properties. If you have any questions, please
call (305) 416-1177.

Very truly yours,

Raul Ramos
City of Miami Unsafe Structures Inspector

Ph: (786) 417-1949
Email: RRamos@miamigov.com

$. 116



10/05/2020 13:42:14



10/05/2020 13:42:52



10/05/2020 13:43:13



10/05/2020 13:43:16



Case 1:18-cv-30061-RS Document 137-41 Entered on FLSD Docket 08/27/2022 Page 259 of 367



10/05/2020 13:43:28



10/05/2020 13:43:31



10/05/2020 13:43:33



10/05/2020 13:43:39



Case 1:16-cv-02080-RC Document 104-2 Filed 11/14/17 Page 263 of 367

10/05/2020 13:43:42


Case 1:20-cv-00000-ABC Document 000-0 Filed 00/00/0000 Page 264 of 367

10/05/2020 13:43:44



10/05/2020 13:43:46



10/05/2020 13:43:49





10/05/2020 13:44:36



10/05/2020 13:44:41





10/05/2020 13:45:05





10/05/2020 13:45:18



10/05/2020 13:45:28



10/05/2020 13:45:33



10/05/2020 15:53:53



10/05/2020 15:54:04



10/05/2020 15:54:09



10/05/2020 15:54:19



10/05/2020 15:54:22

Address 1460 SW 7 ST
Zone 31
Folio 0141020066280
Tracking Number
Case Number BB2020012200
Status Open

**Case Contacts**

| Type | Name |
|---|---|
| Interested Party | BIZ ALS LLC |
| Interested Party | INTERCREDIT BANK, N.A. |
| Owner | TOWER HOTEL LLC |
| Registered Agent | TOWER HOTEL LLC |

## Letters

| Type | Description (Name) | Inspector | Print Administrator | Save |
|---|---|---|---|---|
| NHML | NOTICE OF HEARING - CITY OF MI | Raul Ramos | Raul Ramos | |
| UN1 | UNSAFE STRUCTURE VIOLATION - FINAL | Raul Ramos | Raul Ramos | |
| UPL | NOTICE OF UNSAFE STRUCTURE VIOLATI | Raul Ramos | Raul Ramos | |
| NHML | NOTICE OF HEARING - CITY OF MIAMI UN | Raul Ramos | Raul Ramos | |

Date Sent to eRecording     Date Recorded     eRec Status

Inspector Comments
HEARING DATE: November 20th, 2020
IF YOU ARE ATTENDING THE HEARING AND PLAN ON SPEAKING ON BEHALF OF THE PROPERTY, PLEASE SIGN IN AT
THE FOLLOWING LINK www.miamigov.com/Services/Solve-a-Problem/Register-for-an-Unsafe-Structure-Hearing

## Recipients

**Letter Operations**
View letter text
Attach image to letter
Add Selected Contact
Remove Selected Recipient
Generate Letter Text
Clear Letter Text
Send to Queue
Print Letter
Print Letter in Field
Re-Print Letter
Generate Certified Label
Reprint Certified Label
Certified Number Search
Notarize

ERecord   Save

| Name | Type | Status | Date Printed |
|---|---|---|---|
| TOWER HOTEL LLC | Owner | Printed Successfully | Oct 19, 2020 |
| TOWER HOTEL LLC | Registered Agent | Printed Successfully | Oct 19, 2020 |
| BIZ ALS, LLC | Interested Party | Printed Successfully | Oct 19, 2020 |
| INTERCREDIT BANK, N.A. | Interested Party | Printed Successfully | Oct 19, 2020 |

Delivery Method Certified Mail
Certified # 9214896900999790163572068 1
Address 1
Address 2 1637 CALLE OCHO STE 200
City MIAMI, FL 33135
Zip 33135

Company
Email
Phone
Fax
Date Generated Oct 19, 2020
Date Printed In Field

**Liens**

| | | | | | |
|---|---|---|---|---|---|
| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | | Liens and Fees |

## Case Information

Address: 1460 SW 7 ST

Zone: 31

Folio: 0141020066280

Process: Unsafe Structure ⌄

Status: Open ⌄

Tracking Number: [ ]

Case Number: BB2020012200

## Liens

LNPEND_No

USUP210

[ New Lien ]   [ Save ]

Board Type: Unsafe Structures ⌄

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]

[ CCN ]

Pending Lien? ☑   Lien Type: AL17

[ Clear Lien ]   Lien Cleared? ☐

[ Certify Lien ]   # Installments [ ]
☐ OK To Certify?   Certified? ☐

[ Lien Paid ]   Lien Paid? ☐

Pending Date: Oct 19, 2020

Lien Clear Date: [ ]

Certified Date: [ ]

Amount Certified: [ ]

Comments: [ ]

Entered by FRodriguez on Oct 19, 2020.
Modified by FRodriguez on Oct 19, 2020.

## Fees

[ New Fee ]   [ Save ]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| Create UN1 ⌄ | $ 50.00 | 1 | 50.00 |
| Create UN1 | $ 50.00 | 1 | 50.00 |
| Certified mail UN1 | $ 4.42 | 1 | 4.42 |
| Postage UW1 | $ 0.39 | 1 | 0.39 |
| Recording Fee UN1 | $ 10.00 | 1 | 10.00 |
| Release UN 1 | $ 10.00 | 1 | 10.00 |

Lien Costs: 74.81

Total Due: 74.81



10/20/2020 12:56:45







Case 1:18-cv-24190-RS   Document 509-132   Entered on FLSD Docket 08/20/2022   Page 287 of 364

CFN: 20200691797 BOOK 32219 PAGE 508
DATE:12/02/2020 12:09:26 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

File Number:  16-02151                                      Final Action:  11/20/2020

Owner's Name: <u>TOWER HOTEL LLC</u>
Owner's Mailing Address: <u>1637 CALLE OCHO STE 200, MIAMI, FL 33135</u>
Case #: <u>BB2020012200</u>
RE: <u>1460 SW 7 ST</u>
Folio Number: <u>01-4102-006-6280</u>
Legal Description: <u>LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 8 BLK 104 LOT SIZE
6650 SQ FT OR 17240-3627 0496 5 COC 22374-4218 04 2004 4</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on NOVEMBER 20TH,
2020 for **Structure "A"** (1-STORY, CBS, SFR) and **Structure "B"** (POOL UNDER
CONSTRUCTION):

**Structure 'A':**   <u>Repair or Demolish Unsafe Structure within 135</u>
<u>days</u>
**Structure 'B':**   <u>Repair or Demolish Unsafe Structure within 120</u>
<u>days</u>

<u>**PLANS:**</u> Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

<u>**BUILDING PERMITS:**</u>

**Structure 'A':**   <u>Permits shall be obtained within 45 days from today's date</u>
**Structure 'B':**   <u>Permits shall be obtained within 30 days from today's date</u>

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID**

*Case # :BB2020012200 - Owner's Name: TOWER HOTEL, LLC*

STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial.The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2020012200

As of date (NOVEMBER 20TH, 2020):

BNZ ALS, LLC
2030 S. DOUGLAS ROAD, STE. 108
CORAL GABLES, FL 33134

INTERCREDIT BANK, N.A.
ATTN: LOAN ADMINISTRATION
6400 SW 8 STREET
MIAMI, FL 33144

TOWER HOTEL LLC
RA: FULLER, WILLIAM O
1637 SW 8TH STREET 200
MIAMI, FL 33135

Case # :BB2020012200 - Owner's Name: TOWER HOTEL, LLC

*At a meeting of the Unsafe Structure Panel on 11/20/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____

               **Panel Member Kouchalakos**

Seconded By: _____

               **Panel Member Bared**

Chair, Unsafe Structure _____   **Date**   11/20/2020
           **Panel**      Rafael Rodriguez

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

File Number: **16-02151**                    Final Action:   11/20/2020

Owner's Name: **TOWER HOTEL LLC**
Owner's Mailing Address: **1637 CALLE OCHO STE 200, MIAMI, FL 33135**
Case #: **BB2020012200**
RE: **1460 SW 7 ST**
Folio Number: **01-4102-006-6280**
Legal Description: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 8 BLK 104 LOT SIZE 6650 SQ FT OR 17240-3627 0496 5 COC 22374-4218 04 2004 4**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on NOVEMBER 20TH, 2020 for **Structure "A"** (1-STORY, CBS, SFR) and **Structure "B"** (POOL UNDER CONSTRUCTION):

**Structure 'A':**      Repair or Demolish Unsafe Structure within 135 days

**Structure 'B':**      Repair or Demolish Unsafe Structure within 120 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)     11/24/2020

**BUILDING PERMITS:**






11/24/2020   BB202001 2200

# NOTICE
# POSTED
## THIS PROPERTY IS IN VIOLATION
## OF THE CODE OF THE CITY OF MIAMI

1 4 6 0 S W 7 S T

0 1 4 1 0 2 0 0 6 6 2 8 0

City of Miami

ORDER OF THE UNSAFE
STRUCTURES PANEL

CITY OF MIAMI
UNSAFE STRUCTURES
SECTION

11/24/2020







11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020





11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020



11/24/2020

CFN: 20210770454 BOOK 32794 PAGE 790
DATE:10/14/2021  04:25:01 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**COMPLIANCE AGREEMENT**

Case No.: **BB2020012200**

Case Address: **1460 SW 7 ST**

Folio #: **01-4102-006-6280**

Legal Description: **LAWRENCE ESTATE LAND COS SUB, PB 2-46, LOT 8 BLK 104, LOT SIZE 6650 SQ FT, OR 17240-3627 0496 5, COC 22374-4218 04 2004 4**

Owner's Name: **TOWER HOTEL LLC**

Owner's Mailing Address:: **1637 SW 8 STREET, SUITE 200, MIAMI, FL 33135**

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this **12**ᵀᴴ day of: **OCTOBER** 2021, by: **TOWER HOTEL LLC**, (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in case: **BB2020012200**.

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1.  The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2.  EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3.  TERMS.

The Owner agrees to:

    a.  ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

    b.  ( **X** ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County

A. 150

CFN: 20210770454 BOOK 32794 PAGE 791

Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

**ALL** plans shall be prepared and introduced into the Building Department within thirty **(30)** calendar days from the date of signing this Agreement. All building permits shall be obtained and paid for within sixty **(60)** calendar days after the plans have been submitted. All repairs or items must be completed within one hundred eighty **(180)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c.  (   ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d.  (   ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e.  Structures with damage assessed **under 50%** shall abide by the following:

(   ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety (**90**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f.  Structures with damage assessed **over 50%** shall abide by the following:

( **X** ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, 2010 edition, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within one-hundred eighty (**180**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g.  (   ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

A. 151

CFN: 20210770454 BOOK 32794 PAGE 792

    h.  No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

    i.  ( ) Other requirements or provisions.

_____
_____
_____
_____
_____

SECTION 4.  ACCESS.  The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

SECTION 5.  EXTENSION.   No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

SECTION 6.  COMPLIANCE.  By signing this Agreement you certify that you have read and fully understand it.  Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

SECTION 7.  WAIVER.  By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

SECTION 8.  NOT TRANSFERABLE.  This document is not transferrable without the express written consent of the Building Official.

SECTION 9.  SALE OF PROPERTY.  The Owner shall not sell or transfer title to the Property during the course of this Agreement.  The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

SECTION 10.  RECORDING. This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

SECTION 11. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law.  An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages.  The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

SECTION 12. SEVERABILITY.  Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida.  Venue in any proceedings between the parties shall be in Miami-Dade County, Florida.  Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue.  Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties

A. 152

CFN: 20210770454 BOOK 32794 PAGE 793

irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14.  COSTS.  This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this __13__ day of __October__, 2021.

**Witnesses:**

_____
Signature

_Paul Ramos_
Print Name

_____
Signature

KATARINA JAUREGUIZAR
Print Name

Owner:

By: _____
(TOWER HOTEL LLC)
(WILLIAM FULLER)

Address: _1632 SW 8th Street, Ste 200_
_Miami, FL 33135_

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by _William Fuller_ He is ☐ personally known to me or ☒ has produced _FL LICENSE_, as identification.

Witness my signature and official seal this _13_ day of _October_ 2021, in the County and State aforesaid.

My Commission Expires:

[Notary seal:
LAQUOYA T. BELFORT
MY COMMISSION # HH 118647
EXPIRES: April 19, 2025
Bonded Thru Notary Public Underwriters]

Notary Public State of _Florida_.

_____
Print Name

APPROVED AS TO BUILDING
REQUIREMENTS:

_____
BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

A. 153



Case 1:16-cv-24362-RNS   Document XXX   Entered on FLSD Docket 01/07/2025   Page 317 of 367

01/08/2018



01/08/2018





01/08/2018

01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018



01/08/2018





01/09/2018 17:03





## COMPLIANCE AGREEMENT

Case Nos.: **BB2012021798**

Addresses: **1444 SW 7 Street**

Folio #s: **01-4102-006-6260**

Legal Descriptions: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 6 BLK 104**

Owner: **TOWER HOTEL, LLC**

Owner's Address: **1637 SW 8 STREET, MIAMI, FL 33135**

This Compliance Agreement (hereinafter the "Agreement"), described and indicated above, entered into this 23rd day of July_____, 2018, by: **TOWER HOTEL, LLC** (the "Owner"), and the **CITY OF MIAMI** (hereinafter the "City"), in reference to the above-mentioned property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be in compliance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner, in lieu of further enforcement proceedings by the City and to avoid additional costs, wishes to bring the Property into compliance and forego said proceedings;

**WHEREAS**, the Owner desires additional time to bring the Property into compliance, and the City agrees to said additional time as further described herein;

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of further enforcement proceedings by the City, enters into this Agreement;

**NOW THEREFORE**, the Owner voluntarily and knowingly agrees to be bound by the terms listed herein and that the Property described and indicated above shall be subject to the following restrictions as binding upon the current Owner and its successors and/or assigns as follows:

SECTION 1. <u>RECITALS</u>. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. <u>EFFECTIVE DATE</u>. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. <u>TERMS</u>.

The Owner agrees the above described Property is in violation of the City of Miami Code. Subsequently, the Owner agrees to the following terms:

a. Pay all costs associated with Building Department case BB2012021798 (the "Case") within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. Upon full payment thereof, City shall close the Case and shall not reopen it unless any other term of this Agreement is breached. Owner acknowledges that said costs have not yet been calculated as of the date of execution of this Agreement.

b. Plans have been submitted and the process of obtaining a building permit has begun as of the date of this Agreement. All building permits shall be obtained and paid for within ninety (90) calendar days of this Agreement.

c. Complete repairs for the structure located on the Property pursuant to a valid building permit within one hundred eighty (180) calendar days after permits are obtained.

d. Owner shall provide the City with a bond, letter of credit, or cashier's check in the sum of the estimated cost of demolition of the structure, within thirty (30) days of the execution of this Agreement, or within thirty (30) days of being provided with an invoice for the costs by the City, whichever is later. ESTIMATED COST OF DEMOLITION AT $17,230.00 ⟵ 7/23/18

e. Owner acknowledges that if the timeframe established in this Agreement is not complied with, the City may, at its discretion, demolish the structure located at the Property without further proceedings, and draw upon the bond, letter of credit, or cashier's check to cover the costs of the demolition.

f. The City shall release the Notice of Unsafe Structure Violation instrument recorded at Official Record Book 28733 Page 1618 of the Public Records of Miami-Dade County, Florida, upon payment of the case charges in Section 3(a).

SECTION 4. ACCESS. The Owner hereby agrees that any official inspector of the City shall have the right, upon twenty-four (24) hour notice, to enter and investigate the use of the Property described above to determine whether or not the conditions of this Covenant are being met and for purposes of performing compliance inspections during the pendency of this case.

SECTION 5. EXTENSIONS/MODIFICATIONS. No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official, such consent not to be unreasonably withheld. There is no maximum number of extensions that the Building Official may grant. This Covenant may be modified or amended as to any portion of this agreement by a written instrument executed by the Owner and the City. Should this instrument be modified, amended or released, the Owner shall execute a written instrument in recordable form to be recorded in the Public Records of Miami-Dade County, FL, effectuating and acknowledging such modification, amendment, or release. Any extension granted due to a delay outside of the control of Owner, such as an Act of God or delay caused by a utility provider, shall not require a recorded modification, only the written consent of the Building Official.

SECTION 6. COMPLIANCE. By signing this Agreement the parties certify they have read and fully understand it. Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property upon ninety (90) days' notice to the Owner.

SECTION 7. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law. An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages. This Agreement does not prevent the City from enforcing any liens pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law.

The City is authorized to levy a special assessment against the Owner for any costs associated with bringing the above described Property into compliance pursuant to this agreement. This enforcement provision shall not apply against the City.

SECTION 9. SEVERABILITY. Invalidation of any one of the provisions of this Agreement and Covenant by judgment of Court shall not affect any of the other provisions of this Agreement and Covenant, which shall remain in full force and effect.

SECTION 10. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida. Venue in any proceedings between the parties shall be in Miami-Dade County, Florida. Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue. Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

The following representatives hereby acknowledge that they are duly authorized to enter into this Agreement and bind their respective agents.

Signed, witnessed, executed and acknowledged on this *23rd* day of *July*, 2018.

[Signature pages to follow]

Page 3 of 5

**Witnesses:**

**TOWER HOTEL, LLC:**

Signature

GREENY DIAZ
**Print Name**

By:
William O. Fuller

Signature

HATAR FERRASSE
**Print Name**

**STATE OF**
**COUNTY OF**

The foregoing instrument was acknowledged before me by William Fuller. He/She is ☑ personally known to me or ☐ has produced Personally Known as identification and who did take an oath.

Witness my signature and official seal this _20_ day of _July_ 2018, in the County and State aforesaid.

Notary Public State of _Florida_.

Eiliany Bayona

My Commission Expires: January 26, 2021   **Print Name**

EILIANY BAYONA
MY COMMISSION # GG066597
EXPIRES January 26, 2021

Page 4 of 5

APPROVED AS TO BUILDING
REQUIREMENTS:

BUILDING OFFICIAL OR DESIGNEE

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by Rene Diaz. He

is ☑ personally known to me or ☐ has produced _____ as identification and

who did take an oath.

Witness my signature and official seal this 23rd day of July 2018, in the County and
State aforesaid.

Notary Public State of __Florida__.



Denise Matthews
Print Name

My Commission Expires:

DENISE MATTHEWS
MY COMMISSION # GG 127746
EXPIRES: November 24, 2021
Bonded Thru Notary Public Underwriters

Page **5** of 5

CFN: 20210653980 BOOK 32717 PAGE 2298
DATE:09/02/2021 06:52:48 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**COMPLIANCE AGREEMENT**

Case No.: **BB2019009159 & BB2020022008**

Case Address: **2614 SW 8 ST**

Folio #: **01-4110-009-0010**

Legal Description: **HAZEL PARK PB 13-19 LOT 1 LESS S10FT & LESS S4FT 6 IN OF W29FT OF N100FT OF LOT 1 & LOT 2 BLK 1 LOT SIZE IRREGULAR OR 19444-1750 1200 1 COC 25133-1492 11 2006 1, MIAMI-DADE COUNTY, FL**

Owner's Name: **PIEDRA VILLAS LLC**

Owner's Mailing Address:: **6900 MAYNADA STREET CORAL GABLES, FL 33146**

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this **1ST** day of: **SEPT,** 2021, by: **PIEDRA VILLAS LLC**, (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

**PREAMBLE**

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in cases: **BB2019009159 & BB2020022008**.

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. TERMS.

The Owner agrees to:

    a. ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

    b. ( X ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County

A. 92

CFN: 20210653980 BOOK 32717 PAGE 2299

Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

**ALL** plans shall be prepared and introduced into the Building Department within thirty **(30)** calendar days from the date of signing this Agreement. All building permits shall be obtained and paid for within sixty **(60)** calendar days after the plans have been submitted. All repairs or items must be completed within ninety **(90)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c. ( ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d. ( ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e. Structures with damage assessed **under 50%** shall abide by the following:

( **X** ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety **(90)** days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f. Structures with damage assessed **over 50%** shall abide by the following:

( ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, 2010 edition, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within one-hundred eighty **(180)** days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g. ( ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

A. 93

CFN: 20210653980 BOOK 32717 PAGE 2300

    h.  No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

    i.  ( ) Other requirements or provisions.

_____
_____
_____
_____

       SECTION 4.  ACCESS.  The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

       SECTION 5.  EXTENSION.  No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

       SECTION 6.  COMPLIANCE.  By signing this Agreement you certify that you have read and fully understand it.  Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

       SECTION 7.  WAIVER.  By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

       SECTION 8.  NOT TRANSFERABLE.  This document is not transferrable without the express written consent of the Building Official.

       SECTION 9.  SALE OF PROPERTY.  The Owner shall not sell or transfer title to the Property during the course of this Agreement.  The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

       SECTION 10.  RECORDING. This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

       SECTION 11. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law.  An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages.  The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

       SECTION 12. SEVERABILITY.  Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

       SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida.  Venue in any proceedings between the parties shall be in Miami-Dade County, Florida.  Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue.  Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction.  The parties

A. 94

CFN: 20210653980 BOOK 32717 PAGE 2301

irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14. COSTS. This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this ___ day of _____, 2021.

**Witnesses:**

_____
Signature

_____
Print Name

_____
Signature

_____
Print Name

**Owner:**

By: _____
PIEDRA VILLAS LLC
MIRIAM M FULLER, MANAGER

Address: 6900 Maynada Street
Coral Gables FC 33146

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by Miriam Fuller. He is ☑ personally known to me or ☐ has produced _____, as identification.

Witness my signature and official seal this ___ day of _____ 2021, in the County and State aforesaid.

My Commission Expires:

Notary Public State of Florida
Robert D Patron
My Commission GG 287694
Expires 04/26/2023

Notary Public State of Florida
_____
Robert Patron
Print Name

APPROVED AS TO BUILDING REQUIREMENTS:

_____
BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

A. 95

CFN: 20220123579 BOOK 33013 PAGE 1214
DATE:02/09/2022 01:55:49 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**COMPLIANCE AGREEMENT**

Case No.: **BB2019009159 & BB2020022008**

Case Address: **2614 SW 8 ST**

Folio #: **01-4110-009-0010**

Legal Description: **HAZEL PARK PB 13-19 LOT 1 LESS S10FT & LESS S4FT 6 IN OF W29FT OF N100FT OF LOT 1 & LOT 2 BLK 1 LOT SIZE IRREGULAR OR 19444-1750 1200 1 COC 25133-1492 11 2006 1, MIAMI-DADE COUNTY, FL**

Owner's Name: **PIEDRA VILLAS LLC**

Owner's Mailing Address:: **6900 MAYNADA STREET CORAL GABLES, FL 33146**

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this **4TH** day of: **FEBRUARY** 2022, by: **PIEDRA VILLAS LLC**, (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

**PREAMBLE**

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS,** the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in case: **BB2019009159 & BB2020022008**.

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. TERMS.

The Owner agrees to:

a. ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

b. ( **X** ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County

A. 96

CFN: 20220123579 BOOK 33013 PAGE 1215

Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

**ALL** building permits shall be obtained and paid for within sixty **(60)** calendar days after the plans have been submitted. All repairs or items must be completed within ninety **(90)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c. (   ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d. (   ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e. Structures with damage assessed **under 50%** shall abide by the following:

( **X** ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety (**90**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f. Structures with damage assessed **over 50%** shall abide by the following:

(   ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within () days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g. (   ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

h. No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the

A. 97

CFN: 20220123579 BOOK 33013 PAGE 1216

required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

i.  ( ) Other requirements or provisions.

_____
_____
_____
_____
_____

SECTION 4. ACCESS.  The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

SECTION 5. EXTENSION.  No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

SECTION 6. COMPLIANCE.  By signing this Agreement you certify that you have read and fully understand it.  Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

SECTION 7. WAIVER.  By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

SECTION 8. NOT TRANSFERABLE.  This document is not transferrable without the express written consent of the Building Official.

SECTION 9. SALE OF PROPERTY.  The Owner shall not sell or transfer title to the Property during the course of this Agreement.  The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

SECTION 10. RECORDING. This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

SECTION 11. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law.  An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages.  The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

SECTION 12. SEVERABILITY.  Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida.  Venue in any proceedings between the parties shall be in Miami-Dade County, Florida.  Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue.  Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction.  The parties irrevocably waive any rights to a jury trial.  Title and paragraph headings are for convenient reference and are not a part of this Agreement.  No waiver or breach of any provision of this Agreement shall constitute a waiver

A. 98

CFN: 20220123579 BOOK 33013 PAGE 1217

of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14. COSTS. This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this _7th_ day of _Feb_, 2022.

**Witnesses:**

_Signature_

Print Name _Paola Rodríguez_

_Signature_

Print Name _Luchi Orla_

**Owner:**

By: _____
(PIEDRA VILLAS LLC)
(WILLIAM O FULLER)

Address: _____

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by _William Fuller_ He is ☐ personally known to me or ☒ has produced _F436460 984 77-097-0_, as identification.

Witness my signature and official seal this _1_ day of _Feb_ 2022 in the County and State aforesaid.

My Commission Expires:
_6/4/23_

Notary Public State of _Florida_

Print Name _Ana Pedraja_

APPROVED AS TO BUILDING REQUIREMENTS:

_____
BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

ANA LAURA PEDRAJA FONSECA
MY COMMISSION # GG 341601
EXPIRES: June 4, 2023
Bonded Thru Notary Public Underwriters

A. 99