CFN: 20210653980 BOOK 32717 PAGE 2298
DATE:09/02/2021 06:52:48 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**COMPLIANCE AGREEMENT**

Case No.: **BB2019009159 & BB2020022008**

Case Address: **2614 SW 8 ST**

Folio #: **01-4110-009-0010**

Legal Description: **HAZEL PARK PB 13-19 LOT 1 LESS S10FT & LESS S4FT 6 IN OF W29FT OF N100FT OF LOT 1 & LOT 2 BLK 1 LOT SIZE IRREGULAR OR 19444-1750 1200 1 COC 25133-1492 11 2006 1, MIAMI-DADE COUNTY, FL**

Owner's Name: **PIEDRA VILLAS LLC**

Owner's Mailing Address:: **6900 MAYNADA STREET CORAL GABLES, FL 33146**

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this **1ST** day of: **SEPT,** 2021, by: **PIEDRA VILLAS LLC,** (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

## PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in cases: **BB2019009159 & BB2020022008**.

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. TERMS.

The Owner agrees to:

    a. ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

    b. ( **X** ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County

A. 92

CFN: 20210653980 BOOK 32717 PAGE 2299

Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

**ALL** plans shall be prepared and introduced into the Building Department within thirty **(30)** calendar days from the date of signing this Agreement. All building permits shall be obtained and paid for within sixty **(60)** calendar days after the plans have been submitted. All repairs or items must be completed within ninety **(90)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c. ( ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d. ( ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e. Structures with damage assessed **under 50%** shall abide by the following:

( **X** ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety **(90)** days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f. Structures with damage assessed **over 50%** shall abide by the following:

( ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, 2010 edition, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within one-hundred eighty **(180)** days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g. ( ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

A. 93

CFN: 20210653980 BOOK 32717 PAGE 2300

h.  No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

i.  ( ) Other requirements or provisions.

_____
_____
_____
_____
_____

SECTION 4.   ACCESS.   The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

SECTION 5.   EXTENSION.    No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

SECTION 6.   COMPLIANCE.   By signing this Agreement you certify that you have read and fully understand it.  Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

SECTION 7.   WAIVER.   By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

SECTION 8.   NOT TRANSFERABLE.   This document is not transferrable without the express written consent of the Building Official.

SECTION 9.   SALE OF PROPERTY.   The Owner shall not sell or transfer title to the Property during the course of this Agreement.   The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

SECTION 10.   RECORDING.  This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

SECTION 11.  INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law.  An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages.  The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

SECTION 12. SEVERABILITY.  Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida.  Venue in any proceedings between the parties shall be in Miami-Dade County, Florida.  Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue.  Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction.  The parties

A. 94

CFN: 20210653980 BOOK 32717 PAGE 2301

irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14. COSTS. This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this 1 day of Sept , 2021.

**Witnesses:**

_____
Signature

_____
Print Name    William Folkenkeny

_____
Signature

_____
Print Name    Fritzgerald Masson

**Owner:**

By: _____
PIEDRA VILLAS LLC
MIRIAM M FULLER, MANAGER

Address: 6900 Maynada Street
Coral Gables FL 33146

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by Miriam Fuller He is ☒ personally known to me or ☐ has produced _____, as identification.

Witness my signature and official seal this 1 day of Sept , 2021, in the County and State aforesaid.

My Commission Expires:

Notary Public State of Florida
Robert D Patron
My Commission GG 287694
Expires 04/26/2023

Notary Public State of Florida

_____
Print Name    Robert Patron

APPROVED AS TO BUILDING
REQUIREMENTS:

_____
BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

A. 95

CFN: 20220123579 BOOK 33013 PAGE 1214
DATE:02/09/2022 01:55:49 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**COMPLIANCE AGREEMENT**

| | |
|---|---|
| Case No.: | **BB2019009159 & BB2020022008** |
| Case Address: | **2614 SW 8 ST** |
| Folio #: | **01-4110-009-0010** |
| Legal Description: | **HAZEL PARK PB 13-19 LOT 1 LESS S10FT & LESS S4FT 6 IN OF W29FT OF N100FT OF LOT 1 & LOT 2 BLK 1 LOT SIZE IRREGULAR OR 19444-1750 1200 1 COC 25133-1492 11 2006 1, MIAMI-DADE COUNTY, FL** |
| Owner's Name: | **PIEDRA VILLAS LLC** |
| Owner's Mailing Address:: | **6900 MAYNADA STREET CORAL GABLES, FL 33146** |

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this 4TH day of: **FEBRUARY** 2022, by: **PIEDRA VILLAS LLC**, (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS,** the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in case: **BB2019009159 & BB2020022008**.

**WHEREAS,** the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. TERMS.

The Owner agrees to:

   a. ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

   b. ( **X** ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County

A. 96

CFN: 20220123579 BOOK 33013 PAGE 1215

Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

**ALL** building permits shall be obtained and paid for within sixty **(60)** calendar days after the plans have been submitted. All repairs or items must be completed within ninety **(90)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c. (   ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d. (   ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e. Structures with damage assessed **under 50%** shall abide by the following:

( **X** ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety (**90**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f. Structures with damage assessed **over 50%** shall abide by the following:

(   ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within () days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g. (   ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

h. No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the

required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

    i.    ( ) Other requirements or provisions.

_____
_____
_____
_____
_____

**SECTION 4.** **ACCESS.** The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

**SECTION 5.** **EXTENSION.** No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

**SECTION 6.** **COMPLIANCE.** By signing this Agreement you certify that you have read and fully understand it. Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

**SECTION 7. WAIVER.** By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

**SECTION 8. NOT TRANSFERABLE.** This document is not transferrable without the express written consent of the Building Official.

**SECTION 9. SALE OF PROPERTY.** The Owner shall not sell or transfer title to the Property during the course of this Agreement. The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

**SECTION 10.** **RECORDING.** This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

**SECTION 11. INSPECTION AND ENFORCEMENT.** This Agreement may be enforced by any means provided by law. An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages. The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

**SECTION 12. SEVERABILITY.** Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

**SECTION 13. MISCELLANEOUS PROVISIONS.** This Agreement shall be construed and enforced according to the laws of the State of Florida. Venue in any proceedings between the parties shall be in Miami-Dade County, Florida. Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue. Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver

A. 98

CFN: 20220123579 BOOK 33013 PAGE 1217

of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14. COSTS. This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this __7th__ day of __Feb__, 2022.

**Witnesses:**

_____
Signature

_Paola Rodriguez_
Print Name

_____
Signature

_Luchi Orla_
Print Name

**Owner:** _____

By: _____
(PIEDRA VILLAS LLC)
(WILLIAM O FULLER)

Address: _____

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by William Fuller He is ☐ personally known to me or ☑ has produced F__D#F460-984__, as identification.
77-097-0

Witness my signature and official seal this __1__ day of __Feb__ 2022 in the County and State aforesaid.

My Commission Expires:
6/4/23

Notary Public State of Florida.

Ana Pedraja
Print Name

APPROVED AS TO BUILDING
REQUIREMENTS:

_____

BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

ANA LAURA PEDRAJA FONSECA
MY COMMISSION # GG 341601
EXPIRES: June 4, 2023
Bonded Thru Notary Public Underwriters

A. 99



## PROPERTY INFORMATION ⓘ

Folio: 01-4102-006-6210

**Sub-Division:**
LAWRENCE EST LAND COS SUB CONTINUED

**Property Address**
1501 SW 8 ST

**Owner**
LITTLE HAVANA ARTS BLDG LLC

**Mailing Address**
1637 SW 8 ST #200
MIAMI  FL 33135

**PA Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | 8,944 Sq Ft |
| Living Area | 8,944 Sq Ft |
| Adjusted Area | 8,754 Sq Ft |
| Lot Size | 12,500 Sq Ft |
| Year Built | Multiple (See Building Info) |



| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | | Current Page |
|---|---|---|---|---|---|---|---|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

**Address** 1513 SW 8 ST

**Owner** LITTLE HAVANA ARTS BLDG LLC

**Zone** 31

**Owner Address** 1513 SW 8 ST

**Folio** 0141020066210

**Net ID** LITTLE HAVANA

Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2019005418 | Closed |
| CE2019004381 | Closed |
| CE2019003522 | Closed |
| CE2017009951 | Closed |
| CE2017004711 | Closed |
| CE2014004573 | Closed |
| CE2012001707 | Closed |
| CE2011017011 | Closed |
| CE2011008476 | Closed |
| CE2009005816 | Closed |
| CE2008020703 | Closed |

**Where on Property?**
on site.
interior & exterior

**Case Address**
1513 SW 8 ST

**Description**
--- construction work completed without a permit (interior remodeling, exterior overhang & stage/band shell) as per Assistant Director L. Orta email, information was provided by Legal Department ---

[ New Case ]   [ Save ]
[ Add Requestor ]
[ Move To Legal Folio ]

Right of Way? ☐
Repeat Offence? ☑

**311 Tracking**

**Division** Code Enforcement

**Process** Code Enforcement NOV

**Source** Employee

**Request Type** Case

**Complaint Type** Illegal Construction

**Priority** 1

**Inspector** Yacmany Salvatierra

☐ Override the Geo Inspector assignment

**Received** Mar 27, 2019

**Service Date** Mar 27, 2019

**First Inspection** Mar 27, 2019

**In Compliance** Sep 23, 2020

**Closed Date** Sep 23, 2020

**Daily Per Diem** 250

**Last Completed Activity** Sep 23, 2020

**Refer To** [          ]   [ Refer ]

Entered by Y Salvatierra on Mar 27, 2019.

**Violations**

2104 - Work performed without a permit and/or permit not finalized.

## Description:

--- construction work completed without a permit (interior remodeling, exterior overhang & stage/band shell) as per Assistant Director L. Orta email, information was provided by Legal Department ---

## Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

**Address** 1513 SW 8 ST

**Zone** 31

**Folio** 0141020066210

**Date Compliance Due** Mar 04, 2020

**Process** Code Enforcement NOV

**Case Type** Illegal Construction

**Status** Closed

**Tracking Number**

**Case Number** CE2019005418

## Violations

[ New Violation ] [ Save ]

| Status | Date Complied | Violation | Inspector | Description |
| --- | --- | --- | --- | --- |
| Complied | Sep 23, 2020 | 2104 | Yacmany Salvatierra | WORK PERFORMED WITHOUT A FINALIZED PERMIT |

**Violation** 2104 - Work performed without a permit and/or permit not finalized.

**Status** Complied

**Inspector** Yacmany Salvatierra

**Violation Date** Mar 27, 2019

**Violation Time** 02:46 PM

**Fine Amount** 500 x 1 = 500

**Date Issued** Mar 27, 2019

**Time Issued** 02:45 PM

**Ticket Number**

**Required Corrections** Must pull/obtain building permit for the construction work performed (overhang attached to structure, front windows, interior remodeling, stage/band shell)... Contact City of Miami Building Dept. at 444 SW 2 Ave. 4th floor. Miami, FL 33130.

**Description**
WORK PERFORMED WITHOUT A FINALIZED PERMIT

**Code Section**
City Code SEC 10-3 (FBC 104, 105)Z ON ORD SEC 2102

**Comments**
09/22/20 - Met with property owner (Mr. Fuller) and provided me plans of Building permit BD19-005508-001-B001 was obtained and finalized for interior remodeling

☑ Repeat Offence?   ☐ Right of Way?          Entered by Y Salvatierra on Mar 27, 2019.

**Comments**:

09/22/20 - Met with property owner (Mr. Fuller) and provided me plans of Building permit BD19-005508-001-B001 was obtained and finalized for interior remodeling (restrooms, kitchen, bar, etc.), exterior overhang wood structure, stage/band shell, also permit BD19-005508-005-B001 was pulled and finalized for storefront windows.

# Case Hearing

## Case Information

| | | | |
|---|---|---|---|
| Portal ☐ | Violations ☐ | Letters ☐ | Comments ☐ |
| Initiation ☐ | Activities ☐ | Images ☐ | Liens ☐ |

Hearing Calendar

**Current Page**
Case Hearing

**Address** 1513 SW 8 ST

**Process** Code Enforcement NOV ☑

**Zone** 31

**Status** Closed ☑

**Folio** 0141020066210

**Tracking Number**

**Per Diem Start Date** Mar 04, 2020

**Case Number** CE2019005418

**Sector** South ☑ (305) 329-4820

**Inspector** Yacmany Salvatierra ☑

## Case Hearing

**Law Case Number**

New Hearing    Save

| # | Hearing |
|---|---|
| 1 | 2019-12-05 CEB |
| 2 | 2020-04-02 CEB |
| 3 | 2020-12-15 CEB |

**Hearing** 2019-12-05 CEB

**Hearing Type** CE Board ☑

**Hearing Request** Appeal ☑

**Result** Guilty with Extension of Time

**Case heard in Absentia** ☐

### PerDiem

PerDiem Indicator ☑

PerDiem $ Amount 250

PerDiem Balance 50750

**Comment**

TBH. 12/5/19 - found guilty with extension of time, must comply within 90 days, compliance due date: 3/4/2020, $250 per diem

Entered by Y Salvatierra on Aug 02, 2019.

## Hearing Violations

**Violation**

Save

Work performed without a permit and/or permit not finalized.

| 2104 | 2104 |
|---|---|

**Result**

Guilty with Extension of Time

**Date Compliance is Due**

Mar 04, 2020    date format: MM/DD/YYYY

Entered by Y Salvatierra on Aug 02, 2019.

# Case Hearing

| Portal | ☐ | Violations | ☐ | Letters | ☐ | Comments | ☐ | Hearing | **Current Page** |
| Initiation | ☐ | Activities | ☐ | Images | ☐ | Liens | ☑ | Calendar | Case Hearing |

## Case Information

| | | | |
|---|---|---|---|
| **Address** | 1513 SW 8 ST | **Process** | Code Enforcement NOV ▾ |
| **Zone** | 31 | **Status** | Closed ▾ |
| **Folio** | 0141020066210 | **Tracking Number** | |
| **Per Diem Start Date** | Mar 04, 2020 | **Case Number** | CE2019005418 |
| **Sector** | South ▾ (305) 329-4820 | **Inspector** | Yacmany Salvatierra ▾ |

## Case Hearing

| | | | |
|---|---|---|---|
| **Law Case Number** | | New Hearing | Save |

| # | Hearing | | |
|---|---|---|---|
| 1 | 2019-12-05 CEB | **Hearing** | 2020-04-02 CEB |
| 2 | 2020-04-02 CEB | **Hearing Type** | CE Board ▾ |
| 3 | 2020-12-15 CEB | **Hearing Request** | Extension Requested ▾ |
| | | **Result** | |

**Case heard in Absentia** ☐

| PerDiem | |
|---|---|
| PerDiem Indicator | ☑ |
| PerDiem $ Amount | 250 |
| PerDiem Balance | 50750 |

**Comment**

EOT. 4/2/20 - CANCELLED, DUE TO COVID-19.

DOEMAIL 3-3-2020;SCHD 4 EXTENSION OF
TIME;CONTACT BRIAN DOMBROWSKI/ESQ., 3/ 579 0630

Entered by CCampana on Mar 04, 2020.

## Hearing Violations

**Violation** | Save

Work performed without a permit and/or permit not
finalized.

| 2104 | 2104 |

**Result**

**Date Compliance is Due**

date format: MM/DD/YYYY

Entered by CCampana on Mar 04, 2020.

## Case Hearing

Portal ☐   Violations ☐   Letters ☐   Comments ☐   Hearing Calendar ☐   **Current Page**
Initiation ☐   Activities ☐   Images ☐   Liens ☐   Case Hearing

## Case Information

| | | | |
|---|---|---|---|
| **Address** | 1513 SW 8 ST | **Process** | Code Enforcement NOV ▾ |
| **Zone** | 31 | **Status** | Closed ▾ |
| **Folio** | 0141020066210 | **Tracking Number** | |
| **Per Diem Start Date** | Mar 04, 2020 | **Case Number** | CE2019005418 |
| **Sector** | South ▾ (305) 329-4820 | **Inspector** | Yacmany Salvatierra ▾ |

## Case Hearing

| # | Hearing | Law Case Number | | New Hearing | Save |
|---|---|---|---|---|---|
| 1 | 2019-12-05 CEB | | | | |
| 2 | 2020-04-02 CEB | | | | |
| 3 | 2020-12-15 CEB | | | | |

**Hearing** 2020-12-15 CEB

**Hearing Type** CE Board ▾

**Hearing Request** Extension Requested ▾

**Result**

**PerDiem**
PerDiem Indicator ☑
PerDiem $ Amount 250
PerDiem Balance 50750

**Comment**                    Case heard in Absentia ☐

EOT. 12-15-20 - #790.  COMPLIED PRIOR TO HEARING.

DOEMAIL 6-26-2020;RE-SCHD 4 EXTENSION OF

Entered by CCampana on Jun 26, 2020.

## Hearing Violations

**Violation**                    Save

Work performed without a permit and/or permit not finalized.

| 2104 | 2104 |
|---|---|

**Result**
Rescheduled

**Date Compliance is Due**
date format: MM/DD/YYYY

Entered by CCampana on Jun 26, 2020.

## Liens

| Portal | Violations | Letters | Hearings | ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | | Liens and Fees |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1513 SW 8 ST | Process | Code Enforcement NOV ▼ |
| Zone | 31 | Status | Closed ▼ |
| Folio | 0141020066210 | Tracking Number | |
| | | Case Number | CE2019005418 |

## Liens

LNPEND_No                    [ New Lien ]    [ Save ]

Board Type [ ▼ ]

| | CFN | Book | Start Page | End Page | Date |
|---|---|---|---|---|---|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]

[ CCN ]

Pending Lien? ☐  Lien Type [ ]          Pending Date [ ]

[ Clear Lien ]    Lien Cleared? ☐      Lien Clear Date [ ]

[ Certify Lien ]   # Installments [ ]    Certified Date [ ]
☐ OK To Certify?   Certified? ☐         Amount Certified [ ]

[ Lien Paid ]      Lien Paid? ☐

Comments [ ]

## Fees

[ New Fee ]    [ Save ]

| Type | Amount | Quantity | Balance |
|---|---|---|---|
| [ ▼ ] | | | |

Lien Costs [ ]

Total Due [ ]

CE2019005418

| Portal | Violations | Letters | Hearings | Lot Clearing | Comments | **Current Page** |
|---|---|---|---|---|---|---|
| Initiation | Activities | Images | To Do List | Liens | Move Case | Contacts | Case Initiation |

## Property Information

**Address** 1501 SW 8 ST     **Owner** LITTLE HAVANA ARTS BLDG LLC

**Zone** 31     **Owner Address** 1501 SW 8 ST

**Folio** 0141020066210     **Net ID** LITTLE HAVANA

Registered ☐     Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| BB2021005979 | Closed |
| CE2021002575 | Closed |
| CE2020003774 | Closed |
| CE2019022329 | Closed |
| BB2019006397 | Closed |
| CE2019001182 | Closed |
| CE2018019909 | Closed |
| CE2018004915 | Closed |
| CE2018003334 | Closed |
| CE2017014179 | Closed |
| CE2017011914 | Closed |

**Where on Property?**

3/26/2021...2-STORY, CBS RESTAURA

[ New Case ] [ Save ]
[ Add Requestor ]
[ Move To Legal Folio ]

**Case Address**
1501 SW 8 ST

Right of Way? ☐
Repeat Offence? ☐

**Description**
3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN).... REAR
ROOFDECK/BAR CEILING AREA SUSTAINED FIRE DAMAGE. OTHER PARTS OF
CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE
BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED

**311 Tracking**

**Division** Building

**Process** Unsafe Structure    **Received** Mar 26, 2021    **In Compliance** Oct 06, 2021

**Source** Employee    **Service Date** Mar 26, 2021    **Closed Date** Oct 06, 2021

**Request Type** Case    **First Inspection** Mar 26, 2021    **Daily Per Diem**

**Complaint Type** Building or Structures that are Unsafe    **Last Completed Activity** Sep 23, 2021

**Priority** 1

**Inspector** Raul Ramos     **Refer To**    [ Refer ]

☑ Override the Geo Inspector assignment    Entered by RRamos on Mar 26, 2021.

**Violations**

7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Other

---

**Description**:

3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)... REAR ROOFDECK/BAR CEILING AREA SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES. DOUBLE FEE+$110.00.

9/23/2021... inspection initiated as compliance check to violation BB2021005979 (fire event). The property was identified to have repaired fire damages under active permit BD20-023692-001-B001. Updated case file BB2021005979 with inspection images. updated case file with inspection images.

☐ Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

## Case Information

| | | | |
|---|---|---|---|
| Address | 1501 SW 8 ST | Process | Unsafe Structure |
| Zone | 31 | Case Type | Building or Structures that are Unsafe |
| Folio | 0141020066210 | Status | Closed ▼ |
| Date Compliance Due | Apr 05, 2021 | Tracking Number | |
| | | Case Number | BB2021005979 |

## Violations

New Violation     Save

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Complied | Oct 06, 2021 | 7604 | Raul Ramos | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitu... |

| | |
|---|---|
| Violation | 7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm |
| Status | Complied ▼ |
| Inspector | Raul Ramos ▼ |
| Violation Date | Mar 26, 2021 |
| Violation Time | 09:00 PM |
| Fine Amount | 0  x 1  = 0 |
| Date Issued | Mar 26, 2021 |
| Time Issued | 09:00 PM |
| Ticket Number | |
| Required Corrections | 3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)â?¦ REAR ROOFDECK/BAR CEILING AREA  SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED |

**Description**

Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Otherwise

**Code Section**

Chapter 8-5 of the Code of Miami-Dade

**Comments**

3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)â?¦ REAR ROOFDECK/BAR CEILING AREA  SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY

☐ Repeat Offence?     ☐ Right of Way?     Entered by RRamos on Mar 26, 2021.

**Required Correction:**

3/26/2021...2-STORY, CBS RESTAURANT (BALL & CHAIN)â?¦ REAR ROOFDECK/BAR CEILING AREA SUSTAINED FIRE DAMAGE. OTHER PARTS OF CEILING DAMAGED TO VERIFY FIRE EXTENT. NEED TO BRING STRUCTURE BACK INTO COMPLIANCE, SUBMIT PLANS AND OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C AND LOCAL ORDINANCES. DOUBLE FEE+$110.00.

## Liens

| Portal | Violations | Letters | Hearings | | Current Page |
|--------|-----------|---------|----------|--|--------------|
| Initiation | Activities | Images | Comments | | Liens and Fees |

## Case Information

**Address** 1501 SW 8 ST

**Zone** 31

**Folio** 0141020066210

**Process** Unsafe Structure

**Status** Closed

**Tracking Number**

**Case Number** BB2021005979

## Liens

**LNPEND_No**

US1005979

[ New Lien ] [ Save ]

**Board Type** Unsafe Structures

| | CFN | Book | Start Page | End Page | Date |
|--|-----|------|-----------|----------|------|
| Recorded Lien | | | | | |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]

[ CCN ]

Pending Lien? ✓  Lien Type AL17     Pending Date Oct 04, 2021

[ Clear Lien ]   Lien Cleared? ☐   Lien Clear Date

[ Certify Lien ]   # Installments 1   Certified Date Oct 04, 2021

☐ OK To Certify?   Certified? ✓   Amount Certified 88.49

[ Lien Paid ]   Lien Paid? ✓

**Comments**

Entered by lmorla on Oct 04, 2021.
Modified by lmorla on Oct 04, 2021.

## Fees

[ New Fee ] [ Save ]

| Type | Amount | Quantity | Balance |
|------|--------|----------|---------|
| Postage | $ 0.49 | 1 | 0.49 |
| Postage | $ 0.49 | 1 | 0.49 |
| Posting of Notices | $ 50.00 | 1 | 50.00 |
| Digital Pictures | $ 38.00 | 1 | 38.00 |

**Lien Costs** 88.49

**Total Due** 0.00





























2021/09/23  15:19



2021/09/23  15:19



2021/09/23  15:20



2021/09/23  15:20



2021/09/23 15:21

S-05.pdf V1

PAGE TITLE: RETROFIT OF BAR DECK/ROOF. EXISTING TO BE LEGALIZED.

## GENERAL NOTES

### GENERAL
1. ALL DIMENSIONS ON PLANS ARE SUBJECT TO VERIFICATION IN THE FIELD.
2. IT IS THE INTENT OF THESE PLANS TO BE IN ACCORDANCE WITH APPLICABLE CODES AND AUTHORITIES HAVING JURISDICTION. ANY DISCREPANCIES BETWEEN THESE PLANS AND APPLICABLE CODES SHALL BE IMMEDIATELY BROUGHT TO THE ATTENTION OF THE ENGINEER BEFORE PROCEEDING WITH WORK.
3. IT IS THE INTENT OF THESE PLANS AND THE RESPONSIBILITY OF THE CONTRACTOR TO COMPLY WITH LOCAL, STATE AND FEDERAL ENVIRONMENTAL PERMITS ISSUED FOR THIS PROJECT. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO FAMILIARIZE AND GOVERN HIMSELF BY ALL PROVISIONS OF THESE PERMITS.

### HARDWARE:
4. ALL HARDWARE IS HOT DIPPED GALVANIZED.

### BOLTS:
5. ALL MACHINE BOLTS ARE HOT DIPPED GALVANIZED.

### FASTENING NOTES:
6. 2x10 BEAMS TO COLUMNS - TWO 1/2" DIA. LAG-BOLTS WITH WASHER
7. JOISTS TO BEAMS: SIMPSON HANGER LUS26 W/(8) 10d NAILS (4) EACH SIDE, AND LUS26 W/(16) 16d NAILS, (6) TO HEADER AND (4) TO JOIST. FL ST  WIDE PRODUCT APPROVAL 5055.16  EXP. DATE 12/31/2019
8. 2x6 SLEEPERS TO ROOF (2) #10X3" WOOD SCREWS @ 18" O.C., MAKE SURE WATERPROOF THIS ATTACHMENT ON BOTH SIDES OF SLEEPER
9. 2x6 DECKING TO SLEEPERS: TWO #10 STAINLESS STEEL DECK SCREWS EACH INTERSECTION

### LUMBER:
10. ALL DIMENSIONAL LUMBER TO BE SOUTHERN PINE DENSE #1 GRADE

### CONCRETE:
11. ALL CONCRETE WITH A MIN. COMPRESSIVE STRENGTH OF 3000 P.S.I.

### APPLICABLE BUILDING CODES:
12. IN ACCORDANCE WITH APPLICABLE BUILDING CODE. FLORIDA BUILDING CODE 2017, CURRENT ADDENDUMS, ASCE 7-10, AND ACI 318-14.

### STEEL:
13. NEW BEAMS HSS 4"X4"X1/4", AND HSS 4"X4"X1/4", ASTM A500, Fy= 50 KSI.
14. COLUMNS HSS 4"X4"X1/4", AS ISM A500, Fy= 50 KSI.
15. PLATE 1"X12"X3/4", A992, MIN. Fy= 46 KSI.

### WELDS:
16. ALL WELDS ARE 1/8" DEPTH, FILLET WELD (TYPICAL).
17. STRUCTURAL WELDS ARE AS NOTED.

### CONCRETE AND REINFORCING STEEL:
18. ALL CONCRETE SHALL ATTAIN A MIN COMPRESSIVE STRENGTH OF 3000 P.S.I. FOR 3.00 W/CM RATIO MAX AT THE END OF 28 DAYS. SLUMP SHALL NOT EXCEED 5" (±1").
19. ALL REINFORCEMENT SHALL BE 60,000 P.S.I. MINIMUM YIELD NEW BILLET STEEL IN ACCORDANCE WITH ASTM A615 GRADE 60. ALL BAR LAPS SHALL BE A MINIMUM OF 36 BAR DIAMETERS. PLACING OF REINFORCEMENT SHALL CONFORM TO THE LATEST ACI CODE AND MANUAL OF STANDARD PRACTICE.
20. ALL CONCRETE SHALL BE PLACED WITHIN 90 MINUTES FROM BATCH TIME, AND VIBRATED AS REQUIRED BY THE ACI MANUAL OF CONCRETE PRACTICE. TEMPERATURE OF CONCRETE AT TIME OF PLACEMENT SHALL BE BETWEEN 75° AND 100° F.
21. ALL CONCRETE SURFACES SHALL HAVE A LIGHT BROOM FINISH
22. ALL TOP OF FOOTINGS MUST BE AT THE SAME ELEVATION

### SOIL:
23. PRESUMPTIVE LOAD-BEARING VALUE - 2000 PSF (FBC 1806.2)

LIVE LOADS:
UPPER DECK LIVE LOAD = 100 PSF

SECTION 1
Scale 1/4" = 1'-0"

THIS AREA HAS BEEN DESIGNED TO SUPPORT 100 PSF LIVE LOAD.

SECTION 2 (PROPOSED FRAMING)
Scale 1/4" = 1'-0"

2 FOUNDATION PLAN
Scale 1/4" = 1'-0"

DETAIL A
SCALE 1/2" = 1'-0"

DETAIL B
SCALE 1/2" = 1'-0"

DETAIL C
SCALE 1/2" = 1'-0"

DETAIL D
SCALE 1/2" = 1'-0"

TYP. PLATE DETAIL
NOT TO SCALE

LEAF ENGINEERING

Digitally signed by Leandro Fernandez
Date 2021.02.11 10:18:51 -05'00'

LEANDRO FERNANDEZ, PE

BALL & CHAIN
BAR / TAVERN
RESTAURANT

LITTLE HAVANNA
ARTS BLDG, LLC

ARPE ENGINEERING

LEAF ENGINEERING

S-5

APPROVED FOR PERMIT
REVIEWED FOR CODE COMPLIANCE

Review · Measure · Publish

PAGE TITLE: CATWALK AND BRIDGE AND RAILING. EXISTING TO BE LEGALIZED.



S-6

## PROPERTY INFORMATION ⓘ

**Folio:** 01-4102-006-6200

**Sub-Division:**
LAWRENCE EST LAND COS SUB CONTINUED

**Property Address**
1521 SW 8 ST
Miami, FL 33135-5218

**Owner**
LITTLE HAVANA ARTS TOO LLC

**Mailing Address**
1637 SW 8 ST STE 200
MIAMI, FL 33135

**Primary Zone**
6100 COMMERCIAL - NEIGHBORHOOD

**Primary Land Use**
1111 STORE : RETAIL OUTLET

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 1 |
| Living Units | 0 |
| Actual Area | |
| Living Area | |
| Adjusted Area | 3,113 Sq.Ft |
| Lot Size | 6,200 Sq.Ft |
| Year Built | 1938 |



| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | Comments ☐ | | **Current Page** |
|---|---|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Move Case ☐ | Contacts ☐ | Case Initiation |

## Property Information

**Address** 1521 SW 8 ST

**Owner** LITTLE HAVANA ARTS TOO LLC

**Zone** 31

**Owner Address** 1521 SW 8 ST

**Folio** 0141020066200

**Net ID** LITTLE HAVANA

Registered ☐    Lot Registered ☐

## Case Information

| Case Number | Status |
|---|---|
| CE2021007944 | Closed |
| CE2018019723 | Closed |
| BB2018008877 | Open |
| CE2017021684 | Closed |
| BB2016023422 | Open |
| CE2015003101 | Closed |
| SW2015000199 | Closed |
| CE2010022589 | Closed |
| CE2009009346 | Closed |

**Where on Property?**

Exterior

| New Case | Save |
|---|---|
| Add Requestor | |
| Move To Legal Folio | |

**Case Address**

1521 SW 8 ST

Right of Way? ☐

Repeat Offence? ☐

**Description**

Vacant unregistered lot, with graffiti and debris.

**311 Tracking**

**Division** Building

**Received** Dec 12, 2016

**In Compliance**

**Process** Unsafe Structure

**Service Date** Jan 12, 2022

**Closed Date**

**Source** Employee

**First Inspection** Dec 12, 2016

**Daily Per Diem**

**Request Type** Case

**Last Completed Activity** Jan 18, 2022

**Complaint Type** Graffiti

**Priority** 1

**Inspector** Raul Ramos

**Refer To**

Refer

☑ Override the Geo Inspector assignment

Entered by OAlcalde on Dec 12, 2016.

### Violations

6660 - Buildings or structures that are unsafe, unsanitary or deficient, constitute a fire or windstorm hazard or are otherw
7604 - Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or Windstorm Hazard or are Other
7601 - Failure of Owner/Tenant to Obtain Required Permit

## Violations

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Lot Clearing ☐ | **Current Page** |
|---|---|---|---|---|---|
| Initiation ☐ | Activities ☐ | Images ☐ | To Do List ☐ | Liens ☐ | Violations and Compliance |

### Case Information

| | | | |
|---|---|---|---|
| Address | 1521 SW 8 ST | Process | Unsafe Structure |
| Zone | 31 | Case Type | Graffiti |
| Folio | 0141020066200 | Status | Open ▼ |
| Date Compliance Due | Jan 22, 2022 | Tracking Number | |
| | | Case Number | BB2016023422 |

### Violations

New Violation    Save

| Status | Date Complied | Violation | Inspector | Description |
|---|---|---|---|---|
| Open | | 6660 | Raul Ramos | Buildings or structures that are unsafe, unsanitary or deficient, constitu... |
| Open | | 7604 | Rene Diaz | Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitu... |
| Void | | 7601 | Osmany Alcalde | Failure of Owner/Tenant to Obtain Required Permit |

| | |
|---|---|
| Violation | 6660 - Buildings or structures that are unsafe, unsanitary or deficient, constitute a fire or windstorm haz |
| Status | Open ▼ |
| Inspector | Raul Ramos ▼ |
| Violation Date | Jan 11, 2022 |
| Violation Time | 03:21 PM |
| Fine Amount | 0  x 1  = 0 |
| Date Issued | Jan 11, 2022 |
| Time Issued | 03:21 PM |
| Ticket Number | |

**Description**
Buildings or structures that are unsafe, unsanitary or deficient, constitute a fire or windstorm hazard or are otherwise

**Code Section**
Sec. 202.1

**Comments**
12/5/2016: 1-STORY, CBS, COMMERCIAL.    ELEC, MECH, PLUMB DEMOLITION TAKING PLACE WITHOUT PERMITS.    NEED TO PULL PERMITS AND INSPECTIONS AS REQ

**Required Corrections**
12/5/2016: 1-STORY, CBS, COMMERCIAL.    ELEC, MECH, PLUMB DEMOLITION TAKING PLACE WITHOUT PERMITS.    NEED TO PULL PERMITS AND INSPECTIONS AS REQ

☐ Repeat Offence?    ☐ Right of Way?                    Entered by RRamos on Jan 11, 2022.

## Liens

| Portal ☐ | Violations ☐ | Letters ☐ | Hearings ☐ | Current Page |
| Initiation ☐ | Activities ☐ | Images ☐ | Comments ☐ | Liens and Fees |

### Case Information

Address: 1521 SW 8 ST

Zone: 31

Folio: 0141020066200

Process: Unsafe Structure

Status: Open

Tracking Number:

Case Number: BB2016023422

### Liens

LNPEND_No

[ New Lien ]  [ Save ]

US6023422

Board Type: Unsafe Structures

| | CFN | Book | Start Page | End Page | Date |
| Recorded Lien | 20220052858 | 32967 | 4565 | | Jan 19, 2022 |
| Released Lien | | | | | |

date format: MM/DD/YYYY

[ RLN ]

[ CCN ]

Pending Lien? ☑   Lien Type: AL17

[ Clear Lien ]   Lien Cleared? ☐

[ Certify Lien ]   # Installments: 
☐ OK To Certify?   Certified? ☐

[ Lien Paid ]   Lien Paid? ☐

Pending Date: Jan 12, 2022

Lien Clear Date:

Certified Date:

Amount Certified:

Comments:

Entered by DGonzalez on Jan 12, 2022.
Modified by DGonzalez on Jan 12, 2022.

### Fees

[ New Fee ]  [ Save ]

| Type | Amount | Quantity | Balance |
| Create UN1 | $ 50.00 | 1 | 50.00 |
| Create UN1 | $ 50.00 | 1 | 50.00 |
| Certified mail UN1 | $ 4.42 | 1 | 4.42 |
| Postage UW1 | $ 0.39 | 1 | 0.39 |
| Recording Fee UN1 | $ 10.00 | 1 | 10.00 |
| Release UN1 | $ 10.00 | 1 | 10.00 |

Lien Costs: 74.81

Total Due: 74.81

BB2016023422

CFN: 20220073074 BOOK 32981 PAGE 780
DATE:01/26/2022 09:04:05 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## COMPLIANCE AGREEMENT

Case No.: **BB2016023422**

Case Address: **1521 SW 8 ST**

Folio #: **01-4102-006-6200**

Legal Description: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 18 LESS ST BLK 103 LOT SIZE 50.000 X 124 OR 14476-3900 0290 4**

Owner's Name: **LITTLE HAVANA ARTS TOO LLC**

Owner's Mailing Address:: **2030 S DOUGLAS RD STE 108 CORAL GABLES, FL 33134**

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this **20TH** day of: **JANUARY** 2022, by: **LITTLE HAVANA ARTS TOO, LLC**, (the "Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in case: **BB2016023422**.

**WHEREAS**, the Owner, in recognition and consideration of the City Building Official (hereinafter referred to as the "Building Official") granting the Owner additional time to bring the Property into compliance in avoidance of the City demolishing the Property;

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1. The recitals and findings set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. TERMS.

The Owner agrees to:

a.  ( ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

b.  ( X ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

ALL plans shall be prepared and introduced into the Building Department within sixty **(60)** calendar days from the date of signing this Agreement. All building permits shall be obtained and paid for within ninety **(90)** calendar days after the plans have been submitted. All repairs or items must be completed within one-hundred and eighty **(180)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c.  (    ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d.  (    ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e.  Structures with damage assessed **under 50%** shall abide by the following:

( **X** ) The completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety **(90)** days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f.  Structures with damage assessed **over 50%** shall abide by the following:

(    ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, 2010 edition, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within one-hundred eighty **(180)** days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g.  (    ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

h.  No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required

permits are obtained from the City. In cases where work has already started without the required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

 i. ( ) Other requirements or provisions.

_____
_____
_____
_____
_____

  SECTION 4. ACCESS. The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

  SECTION 5. EXTENSION. No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

  SECTION 6. COMPLIANCE. By signing this Agreement you certify that you have read and fully understand it. Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

  SECTION 7. WAIVER. By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

  SECTION 8. NOT TRANSFERABLE. This document is not transferrable without the express written consent of the Building Official.

  SECTION 9. SALE OF PROPERTY. The Owner shall not sell or transfer title to the Property during the course of this Agreement. The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

  SECTION 10. RECORDING. This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

  SECTION 11. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law. An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages. The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

  SECTION 12. SEVERABILITY. Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

  SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida. Venue in any proceedings between the parties shall be in Miami-Dade County, Florida. Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue. Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver

CFN: 20220073074 BOOK 32981 PAGE 783

of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14. COSTS. This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

Signed, witnessed, executed and acknowledged on this 20th day of Jan , 2022.

**Witnesses:**

Owner:

By: _____
(LITTLE HAVANA ARTS TOO, LLC)
(WILLIAM O. FULLER, MGR)

_____
Signature

Address: 1637 SW 8th Street, Ste 200
Miami, FL 33135.

Grace Ovellana
Print Name

_____
Signature

Ray / Ramos
Print Name

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by William O. Fuller . He

is ☐ personally known to me or ☑ has produced DL F460 934 27 097 0 , as identification.

Witness my signature and official seal this 20th day of Jan 2022, in the County and State aforesaid.

My Commission Expires:

Notary Public State of _____ FL _____.

Paola Rodriguez
Print Name
Paola R.

APPROVED AS TO BUILDING
REQUIREMENTS:

_____
BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ

Message

---

**From:**      Bill Fuller [bill@barlingtongroup.com]
**Sent:**      2/26/2018 12:50:24 PM
**To:**        Gonzalez, Emilio [MIAMIGOV] [etgonzalez@miamigov.com]
**CC:**        Martin Pinilla [martin@barlingtongroup.com]
**Subject:**   1641 SW 8 Street// Sanguich

**Flag:**      Follow up

Good afternoon Mr. Manager,

My company owns the property located at 1641 SW 8 Street. A tenant at the property, Sanguich de Miami, was operating under Special Event Permit #18-000, which was approved by the various City Departments on January 6, 2018. It has been brought to our attention that the Special Event Permit has now expired. As such, we have informed Sanguich de Miami that they must vacate the property due to the expiration of the Special Event Permit. Sanguich de Miami may not operate from the premises and we have asked that they vacate immediately.

If you have any questions or concerns, please feel free to contact me at 305-525-7662.


Thank you,

Bill Fuller
Futurama, Llc
Barlington Group


Bill Fuller
305-525-7662

MADROOM0406343

**MIAMI-DADE COMMISSION ON ETHICS & PUBLIC TRUST**
19 West Flagler St., Suite 820, Miami, FL 33130
Tel. 305.579.2594 Facsimile 305.579. 0273

**COMPLAINT FORM**

C 18-14.03

RECEIVED
3-14-18 RK

1.  **COMPLAINANT** (PERSON BRINGING COMPLAINT) *Add pages, if necessary*

    Name:  Bill Fuller   c/o the Barlington Group

    Address:  1637 SW 8th Street, Suite 200     City: Miami     Zip Code 33135

    Contact No.'s: *Specify Home, Work &/or Cell*    305-407-1677

    E-mail:

2.  **RESPONDENT** (PERSON AGAINST WHOM COMPLAINT IS MADE) *Add pages, if necessary*

    Name:  Hon. Joe Carollo (City Commissioner), Steve Miro (Chief of Staff), Alberto Parjus (Assistant City Manager) & Mary Lugo (Union Employee)

    Address:  3500 Pan American Drive     City Miami     Zip Code 33133

    Contact No(s): *Specify Home, Work &/or Cell*    305-250-5380

    Title/Office Held or Sought:  City of Miami Commissioner , Chief of Staff, Assistant City Manager & Union Employee

3.  **IF KNOWN, CHECK WHICH APPLIES: ALLEGATION REFERS TO**

    ___  **Person in County Government**      X   **Person in City Government. Specify City:** City of Miami

    ___  **County Whistleblower Retaliation**      ___  **Elections Campaign Practices** (A fee of $301.00 is required for expedited process. We only accept payment by check, credit card or money order)

    **Note: The Ethics Commission does not have jurisdiction over State or Federal officials, Judges or employees or the Miami- Dade County School Board.**

4.  **STATEMENT OF FACTS BASED ON PERSONAL KNOWLEDEGE.**
    In a separate attachment, please describe in detail the facts and actions that form the basis of your complaint, including dates when the action(s) occurred. Also, attach any relevant documents as well as names and contact information of witnesses or other persons who may have knowledge about the actions. If known, indicate the section of the ordinance you believe is being violated. For further instructions and procedures, see Page 2 of this form.

5.  **OATH**

    I, the person bringing this complain, do depose on oath or affirmation and say that the facts set forth in the foregoing complaint & attachments are true and correct, to the best of my knowledge and belief.

    _____
    Signature of Complainant

    **STATE OF FLORIDA**
    **COUNTY OF** _____ Miami-Dade

    Sworn to (or affirmed) and subscribed before me this 12th day of March , 20 18 ,

    By   Bill O Fuller
    Name of person making statement

    _____
    Signature of Notary Public, State of Florida

    **EILIANY BAYONA**
    Print, Type or Stamp Commissioned Name of Notary Public
    Personally known _____ or produced identification _____
    Type of identification produced _____
    MY COMMISSION # GG088597
    EXPIRES January 26, 2021

## MIAMI-DADE COMMISSION ON ETHICS & PUBLIC TRUST
19 West Flagler St., Suite 820, Miami, FL 33130
Tel. 305.579.2594 Facsimile 305.579. 0273

## COMPLAINT FORM: INSTRUCTIONS & PROCEDURES

The Miami-Dade County Board of County Commissioners, through Ordinance 97-105, established the Miami-Dade County Commission on Ethics & Public Trust (COE). The COE encourages persons with personal knowledge of suspected violations of ordinances within its jurisdiction to bring forth evidence in a legally sufficient complaint. To be legally sufficient, the Complaint must meet the following criteria:

1) The complaint must allege a violation of an ordinance(s) within the jurisdiction of the COE;
2) The allegation(s) must be based substantially on personal knowledge;
3) The complaint must be signed under oath or affirmation by the complaining individual (complainant).

The COE has jurisdiction to hear complaints related to the following Co. & comparable municipal ordinances:
- Code of Ethics & Conflict of Interest Ordinance- §§ 2-11.1, *et. seq.*
- Lobbyist Registration and Reporting- §2-11.1(s)
- Political Campaign Activities- § 2-11.1.1
- Expedited Election Complaints, to be timely heard by a hearing examiner before an election, subject to a filing fee- § 2-11.1.1(E)
- Citizens' Bill of Rights- County's Home Rule Charter
- Employee Protection Ordinance (Whistleblower Retaliation)- § 2-56.28.17 (These complaints must be simultaneously filed with the Office of the Mayor)

The completed Complaint Form, notarized and substantiated with relevant documents, if available, may be mailed or delivered in person to the Miami-Dade County Commission on Ethics, 19 West Flagler St., Suite 820, Miami, FL 33130. A filing fee is not generally required, except in certain expedited cases; however, fines may be assessed against those who file frivolous complaints, as per County Code § 2-1074(t). Upon receipt of a sworn complaint, a complaint number will be assigned. A determination shall be made regarding jurisdiction, legal sufficiency, probable cause, withdrawal or a stay of the proceedings.

A preliminary investigation may be undertaken in all instances where a complaint has been received, in order to consider and determine jurisdiction, legal sufficiency, probable cause, withdrawal or a stay of the proceedings or any other matters included in the Rules of Procedure. You may be required to speak to COE Staff and/or produce additional documentation in support of your complaint. Once a determination is made by COE Staff, a recommendation on your complaint will be presented to the COE which may take such action as authorized by the Rules. You will NOT be notified of the date that your complaint is considered to determine LEGAL SUFFICIENCY. While the Complaint itself and all Staff and COE actions related to the Complaint are **CONFIDENTIAL**, the Staff may advise the Complainant or Respondent about the status of the complaint proceeding. You will be notified of the date when the COE will consider the complaint you filed to determine probable cause. You will not be permitted to attend the probable cause determination hearing **unless** the COE determines that the violation DIRECTLY affects you, ie., you have personally suffered loss or detriment, directly or indirectly, as a result of the Respondent's alleged violation. Notice of the probable cause hearing shall be sent to all directly affected complainants and respondents. Upon the COE's order, both the Complainant and Respondent will be notified of the final disposition and be provided with a copy of the Advocate's written recommendation.

For additional information on the complaint process, please contact COE Staff at (305) 579-2594, or follow the link to the Ethics Commission at http://miamidade.gov The Ethics hotline number is (786) 314-9560.

**The Ethics Commission is a public entity subject to the Public Record laws, Chapter 119, Florida Statutes.**



COMMISSION ON ETHICS
AND PUBLIC TRUST

March 12, 2018

2018 MAR 13  AM 9: 15

**VIA HAND DELIVERY**
MIAMI-DADE COUNTY COMMISSION
ON ETHICS AND PUBLIC TRUST
BISCAYNE BUILDING
19 WEST FLAGLER STREET
SUITE 820
MIAMI, FLORIDA 33130

RE:   **ETHICS COMPLAINT AGAINST COMMISSIONER JOE
CAROLLO, STEVE MIRO, ALBERTO PARJUS AND MARY
LUGO**

Dear Sir or Madam:

The undersigned represents Complainant, Bill Fuller in the filing of the instant ethics complaint (the "Complaint"). Please consider this correspondence as Complainant's statement of facts in support of thereof, and request for an investigation against City of Miami Commissioner Joe Carollo, City of Miami Employee Steve Miro, former City of Miami Employee Alberto Parjus and American Federation of State, County and current Municipal Employees LOCAL 1907 Executive Director, Mary Lugo. For the reasons that follow, Complainant believes that all of these individuals have either acted, and/or are acting, outside the scope of their official duties and in violation of the County Ethics Ordinance and Florida law.

## FACTS

**1.   Commissioner Carollo's Pre-Election Illicit Interference with Complainant**

On November 18, 2017, Alfie Leon, Commissioner Carollo's opponent in the runoff election for the commission seat ("Mr. Leon") for District 3, held a rally on a lot owned by Complainant. At approximately 1:00 p.m., Steve Miro, Commissioner Carollo's current Chief of Staff ("Mr. Miro"), arrived at the rally and began taking photos of the event. Mr. Miro eventually confronted attendees of the rally questioning the nature and legality of the event. Shortly thereafter at approximately, 2:00 p.m. representatives of the City of Miami Code Enforcement Department and the police arrived at the rally and shut it down forcing everyone to leave.

Upon learning of the event shutdown, Complainant began questioning his city employee contacts and learned that then candidate, Joe Carollo, both personally, and with the assistance of Mr. Miro, Alberto Parjus ("Mr. Parjus") and Mary Lugo ("Ms. Lugo") had been calling the City of Miami Special Events Department and Code Enforcement to demand the shutdown of the rally. This was in fact confirmed on Sunday, November 19, 2017 in a call from Mr. Miro to Complainant, wherein Mr. Miro confirmed that the Carollo camp was responsible for the shutdown of the rally the day before and wherein he further

Ethics Complaint                                                     2
March 12, 2018

expressed outrage over the possibility that a group had gathered at the lot again to have a
spontaneous rally for Mr. Leon.  Complainant has documented text messages evidencing
Mr. Miro's involvement in this unlawful activity on behalf of all of the aforementioned
parties.

2. **Commissioner Carollo's Post-Election Unsanctioned and Unlawful Exercise of
   Powers Beyond the Limits of His Legislative Power as a City of Miami
   Commissioner to Intentionally Cause Harm to Complainant.**

   a. **Commissioner Carollo's Attempt to Shut-Down the Barlington Group's
      Private Christmas Party**

On December 15, 2017, Complainant's company, the Barlington Group had its
holiday party at a private property owned by the Complainant and his partner, located at
1450 SW 7th Street, Miami, FL 33135.  On or about 9:00 PM, Code Enforcement Officer
Scarlett arrived at the property and entered the party causing a disruption to the guests.
When confronted by the Complainant to learn the reason for the visit, Officer Scarlett
informed Complainant that Code Enforcement had received a complaint from a "neighbor"
regarding a potentially unsanctioned party.  Officer Scarlett spent over two hours outside
the property but in plain sight of the party guests causing a sense of intimidation to the
attendees, which included the extended family members and young children of
Complainant and his partner.  Officer Scarlett eventually left the premises to confirm that
Complainant in fact had a Certificate of Use for the property and threatened Complainant
to shut the event down if "he was lying to her."  Almost an hour later, Officer Scarlett
returned and confirmed that Complainant was telling the truth and that he had the
Certificate of Use to occupy the premises and have a holiday party on his private property.
By that time, many of the guests had started to leave due to the level of discomfort created
by Code Enforcement's presence.

At approximately 1:00 AM that morning, Complainant received a call from the
Property Manager on the premises to inform him that a representative of Code Enforcement
had come back out to the property looking to speak with Complainant.  The Property
Manager provided Complainant with a number to call which he did almost immediately.
Upon speaking to said Code Enforcement employee, Complainant was informed that Ms.
Lugo made numerous calls and sent several photographs to the employee insisting that
Complainant was distributing illegal drugs at the party to attendees and mandated that Code
Enforcement immediately shut down the family holiday party.  It was because of these
actions by Ms. Lugo, that Officer Scarlett was dispatched to the property causing
significant distress to all in attendance and great embarrassment to Complainant and his
partner.

   b. **Albert Parjus's Attempt to Target the Business Operations of Ball & Chain**

As per the aforementioned Code Enforcement employee, Complainant has also
learned that on at least one occasion, Mr. Parjus, while still in his role as Assistant City
Manager, contacted the Code Enforcement employee and specifically requested that Code



Ethics Complaint                                                                 3
March 12, 2018

Enforcement cite Ball & Chain, a business that Complainant is a partner in, for a code violation. Because there were no complaints at the time and no apparent basis for citing Ball & Chain for a violation, the employee asked Mr. Parjus to provide a reason for the request. In response, Mr. Parjus indicated that he wanted to give Complainant a hard time and suggested that a noise violation for music would be a good generic reason. The employee immediately denied Mr. Parjus's request indicating that any action taken by the City without a basis would constitute selective enforcement by the department and was per se illegal. The employee explained that the request was unethical and that under no circumstances would the employee participate in such a tactic.

### c. Commissioner Carollo's Unsanctioned "Investigation" into Ball & Chain's Valet Operator's Parking Lot Leases

On February 18, 2018 at approximately 1:30 AM, Commissioner Carollo, in a private vehicle being driven by Commissioner Carollo with several unknown associates inside, entered a parking lot located at 1411 SW 11 St., Miami FL 33135. The lot is attached to St. Peter & Paul Orthodox Christian Church but at night is leased by S.H. Valet, the valet operator for Ball & Chain. Mr. Carollo did not identify himself at first and instead sent a female occupant of the vehicle out of the car. The female told the valet attendant that they were on the premises to visit the priest. Sometime later when they did not enter the church, the valet attendant noticed that the female started taking pictures of the parked cars. When the valet attendant asked the woman to stop taking pictures and to immediately leave the property, Commissioner Carollo exited the vehicle and flashed his City of Miami identification telling the valet attendant that he was performing an "official investigation" of the valet operation and lot and that he was doing so in his official capacity as a City of Miami Commissioner.

At this point, the owner of S.H. Valet, Alain Garcia, arrived at the lot and confronted Commissioner Carollo. Alain explained that the valet operation at the lot had been approved by the Miami Parking Authority and that S.H. Valet had a valid lease with the Church to utilize the lot at night. As such, Alain once again questioned what the Commissioner was doing there and in response Commissioner Carollo told Alain, "I am the law." Commissioner Carollo further went on to tell Alain that while he may be a hard worker just doing his job- he was "working for a millionaire" which was not acceptable to the Commissioner. After Alain once again asked him to leave the private property, Commissioner Carollo told Alain he would receive the official results of his "investigation" in the next few days. He then exited the lot with his associates.

### d. Commissioner Carollo's Continued Selective Enforcement of City of Miami Ordinances

Sometime in February 2018, a production company contracted with Ball & Chain to film an event over the course of three days at the space. The production company went through the necessary channels with the Special Events Department at the City of Miami and obtained all necessary permits to film and host the production. On Tuesday, February 27, 2018, Code Enforcement was once again called to Ball & Chain at the request of Mr.



Miro. Specifically, Mr. Miro instructed Code Enforcement to inquire as to the nature of the production equipment necessary for the event and the validity of the permits. Upon presenting Code Enforcement with all the requested documentation, the officers left. This unauthorized and unsanctioned interference with the lawful business operations of Complainant demonstrates the continued campaign of selective enforcement being waged against Complainant by the Carollo camp.

**e.      Commissioner Carollo's Direct Usurpation of the Administrative Powers of the City Manager to Interfere with the Operations and Procedures of the City of Miami Parking Authority**

On March 3, 2018, S.H. Valet received a call from the City of Miami Parking Authority, an administrative department of the City under the direct supervision of the City Manager, that S.H. Valet's permit to park cars for Ball & Chain, despite having been affirmed as valid and in good-standing on March 2, 2018 by the Parking Authority, was being revoked with no prior notice. Humberto Escandon, the parking authority employee who contacted S. H. Valet, indicated that the revocation was being done as a direct result of a complaint received from Commissioner Carollo's office that the lots being utilized by S.H. Valet were "not to code." It is integral to note that these same lots had been in use by S. H. Valet for over three (3) years and had been previously vetted and approved by the Parking Authority. After discussions with the Parking Authority and the department's review of the communications of the previous day, the revocation was never executed, and the valet was permitted to operate with the caveat that Complainant utilize a storage lot until the Parking Authority could further investigate the status of the lots in question.

Later that evening at approximately, 11:43 PM, Commissioner Carollo was spotted outside of Ball & Chain in his personal vehicle following an employee of S.H. Valet that was transporting a patron's car to the storage lot located at 300 SW 12th Avenue. Complainant has been provided with photographic evidence of Commissioner Carollo sitting idle in his vehicle examining the activity in the storage lot. A true and correct copy of the photograph is attached to the instant Complaint.

It is clear that Commissioner Carollo's illicit activity coupled with direct correspondence from his subordinates to the Parking Authority, have led to the abrupt and dramatic departures from the normal course of procedure by the Parking Authority and has resulted in significant harm and actual monetary damages to Complainant. Specifically, many patrons of the Ball & Chain expressed significant dissatisfaction with the valet service provided on March 3, 2018 and S.H. Valet and Complainant were forced to issue refunds to these patrons.

**APPLICABLE LAW**

An examination of the facts outlined herein make it abundantly clear that Commissioner Carollo's continued unchecked, unauthorized and unsanctioned investigation of Complainant and interference with the administrative functions and powers of the City Manager and the various departments of the City of Miami, both through

Ethics Complaint                                                                    5
March 12, 2018

his personal actions and through the use of the aforementioned city employees, egregiously exceed the limits of his legislative powers as a city commissioner and may likely have violated the following Ethics Ordinances:

### Miami-Dade County Ordinance Section 2-11.1(g)

*Exploitation of official position prohibited.* No person included in the terms defined in subsection (b)(1) through (6) and (b)(13) shall use or attempt to use his or her official position to secure special privileges or exemptions for himself or herself or others except as may be specifically permitted by other ordinances and resolutions previously ordained or adopted or hereafter to be ordained or adopted by the Board of County Commissioners.

**(6) Misuse of public position.**--No public officer, employee of an agency, or local government attorney shall corruptly use or attempt to use his or her official position or any property or resource which may be within his or her trust, or perform his or her official duties, to secure a special privilege, benefit, or exemption for himself, herself, or others.

§ 112.313, Fla. Stat. Ann.

Additionally, the City of Miami Charter provides:

Except for the purpose of inquiry and as may be necessary as provided in section 14, the mayor, the city commission, any committees and members thereof **shall deal with the administrative service solely through the city manager, and neither the mayor nor the city commission, nor any committees nor members thereof shall give orders to any of the subordinates of the city manager, city attorney, city clerk and independent auditor general, either publicly or privately**. Any such dictation, prevention, orders or other interference or violation of this section on the part of the mayor or a member of the city commission or committees shall be deemed to be violation of the Charter, and upon conviction before a court of competent jurisdiction any individual so convicted shall be subject to a fine not exceeding five hundred dollars ($500.00) or imprisonment for a term of not exceeding sixty days or both, and in the discretion of the court shall forfeit his or her office. Any willful violation of the provisions to this section by the mayor or any city commissioner shall be grounds for his or her removal from office by an action brought in the Circuit Court by the state attorney of this county.

Ethics Complaint                                                    6
March 12, 2018

As a result of the foregoing, we request that the Ethics Commission immediately open an investigation into these practices. Should you have any questions or would like to discuss this matter, please contact me.

Very truly yours,

ALEXANDER S. ORLOFSKY, ESQ.
alex@orlofskylawfirm.com



From:      Quintana, Tanjha on behalf of Carollo, Joe (Commissioner)
Sent:      Monday, March 04, 2019 3:15 PM
To:        Cristina Perez; Carollo, Joe (Commissioner)
Cc:        Suarez, Jose
Subject:          RE: Ball and Chain "Its too much."

Good afternoon Ms. Perez,

The Commissioner also lives on 10th ST and sympathizes with your experience. If possible, he would like
to meet with you at your earliest convenience. The meeting can be held in the neighborhood or at his
office. Please feel free to reach out to me directly or his Special Assistant, Jose Suarez to schedule. Thank
you.


Respectfully,


Tanjha Quintana
Administrative Assistant | District 3
Office of Commissioner Carollo | 3500 Pan American Drive | Miami, FL.
Telephone: 305.250.5389 | Fax: 305.250.5386
Email: tquintana@miamigov.com


From: Cristina Perez [mailto:criscycling@gmail.com]
Sent: Thursday, February 28, 2019 6:36 PM
To: Carollo, Joe (Commissioner) <JCarollo@miamigov.com>
Subject: Ball and Chain "Its too much."

CAUTION: This is an email from an external source. Do not click links or open attachments
unless you recognize the sender and know the content is safe.
Mr. Suarez said He got just 1 email of a resident complaining. Now,  this will make email
#2. This what I sent him. Thank you Mr. Carollo.

The music is driving us crazy. It "EXTREMELY LOUD." We live on 10 Street and
with our windows shut, we still can hear the music. We voted for you Francis.
Help the residents.

**Steve Miro Caro...**
+13055259980

Sunday, November 19, 2017

S **Call me**
10:39 AM

S 

**Sunday**
10:51 AM

Read **Got**
10:58 AM

Corrected from 00000-001, Document No.14, Entered on FLSD Docket 06/20/2022, Page 59 of 88

Call me

10:39 AM



Sunday

10:51 AM

Read
10:58 AM

Got it

Call me

7:33 PM



| | |
|---|---|
| **From:** | Cristina Perez <criscycling@gmail.com> |
| **Sent:** | Wednesday, September 2, 2020 11:00 AM |
| **To:** | Carollo, Joe (Commissioner) |
| **Subject:** | Against Bar next to our ALF |
| **Attachments:** | 20200826_211316.jpg |
| | |
| **Categories:** | Orange Category |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We need your help. He already started having parties (held one last Saturday) I will provide with pictures to support my claim. Not respecting social distance or mask use.

Maria Christina Rodriguez
1627 SW 10 ST
Miami, FL 33135

**NOTIFICATION TO:**

| ABUTTING OWNER NAME | |
| --- | --- |
| ABUTTING PROPERTY ADDRESS | |

| APPLICANT | Little Havana Arts BLDG, LLC |
| --- | --- |
| APPLICANT ADDRESS | 1637 SW 8 ST #200 |
| CITY, STATE ZIP CODE | Miami, FL 33135 |

| SUBJECT PROPERTY | 1513 SW 8th Street |
| --- | --- |
| | Miami, FL 33135 |

| ZONING DESIGNATION | "T6-8-O" Urban Core Transect Zone |
| --- | --- |
| NATURE OF APPLICATION | PZ-19-4801: An application for a **Warrant** to allow: 1. Article 6, Section 6.3.2, of Ordinance 13114 ("**Miami 21 Code**"), as amended, the Zoning Ordinance of the **City of Miami**, an Outdoor Dining area. |

**FOR NEW CONSTRUCTION:**

| PROPOSED USE(S) | N/A |
| --- | --- |
| HEIGHT | N/A |
| No. of PARKING SPACES | N/A |
| SQUARE FOOTAGE (by use) | This Warrant is not for new construction but for specific **uses**: **Outdoor Dining Area,** as stated above. The total square feet for the outdoor area is approximately 5,000. |

**FOR ALL OTHER APPLICATIONS:**

| DETAILED DESCRIPTION OF PROPOSAL | The Applicant's proposed use for will be an Alcohol Service Establishment (bar) with an Outdoor Dining Area, located with a total square footage is 4,843. |
| --- | --- |

This project will be reviewed for approval or denial of the Warrants; consequently, the Planning Department will have on file all documents, plans, and supporting materials of this proposal. Should you wish to review this file, it will be made available by appointment with the Land Development Division of the Planning Department located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400.**

The final decision of the Planning Director, or his designee, may be appealed to the Planning, Zoning and Appeals Board by any aggrieved party upon the posting of the decision on the City's website. The deadline in which to file an appeal has been tolled pursuant to City of Miami Ordinance 13902. The deadline to file an appeal shall be tolled so long the City of Miami remains in a State of Local Emergency, as declared by Mayor Francis X. Suarez, or until Ordinance 13902 is repealed. The filing of an appeal, and payment of appropriate fee, may be submitted to the Office of Hearing Boards located at 444 SW 2nd Avenue, 3rd Floor, Miami, FL 33130. For an appointment, please call (305) 416-1400.

*The Miami 21 Code requires that all abutting property owners, registered Neighborhood or Homeowners Associations & City Commissioner be notified of Warrant applications in an approved notification letter.*

Planning Department _Digitally signed by Adeyefa, Maria Date: 2020.08.20 21:00:20 -04'00'_          Office of Zoning _Rafael Rodriguez_

Planning Reviewer:  Maria Adeyefa, Planner I
Planning Reviewer email:  madeyefa@miamigov.com

**Leah Gardner**

| | |
|---|---|
| **From:** | Cejas, Devin |
| **Sent:** | Wednesday, February 21, 2018 2:11 PM |
| **To:** | Plasencia, Adrian; Gomez Jr., Luis |
| **Cc:** | Sierra, Daniel; Salvatierra, Yacmany; Camero, Jose; Diaz, Rene; Dooley, Rachel S.; Parjus, Alberto N.; Pons, Maurice; Rodriguez, Richard; Williams, Michael; Bauta, Otto; Ihekwaba, Nzeribe; Min, Barnaby |
| **Subject:** | RE: 1641 SW 8 ST - Sanguich of Miami |
| **Attachments:** | MX-M364N_20180221_140628.pdf |

Luis,

As a reminder and as has been discussed with ACM's Parjus and Ihekwaba, the Temporary Event Permit (TEP) attached for this property expired on Feb 2, 2018. This location has exhausted their 2 event per year allowance and would not be allowed to have any other form of event/TEP until calendar year 2019 per

This structure does not meet the standards for development under our Zoning Ordinance and therefore Zoning cannot approve any Master Building Permit application associated to it.

This container was associated to the TEP that is expired.

Thank you,

**Devin M. Cejas**
**Director // Zoning Administrator**
Office of Zoning
City of Miami
444 SW 2nd Ave. 4th Floor
Miami Fl. 33130
Tel: (305) 416-1488
dcejas@miamigov.com

*"Serving, Enhancing, and Transforming our Community"*

**From:** Plasencia, Adrian
**Sent:** Wednesday, February 21, 2018 8:37 AM
**To:** Gomez Jr., Luis <LGomez@miamigov.com>
**Cc:** Sierra, Daniel <dsierra@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Cejas, Devin <DCejas@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Diaz, Rene <ReDiaz@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>; Parjus, Alberto N. <AParjus@miamigov.com>; Pons, Maurice <MPons@miamigov.com>; Rodriguez, Richard <rirodriguez@miamigov.com>; Williams, Michael <MLWilliams@miamigov.com>; Bauta, Otto <obauta@miamigov.com>
**Subject:** RE: 1641 SW 8 ST - Sanguich of Miami

Good morning,

A fire inspector will visit the site this morning to address the below mentioned.

**Adrian Plasencia, MPA**
Assistant Fire Chief/Fire Marshal
City of Miami Fire Rescue



Office: 305 416-1678 / Fax: 305 416-1665 / e-mail: Aplasencia@miamigov.com

This communication may contain confidential and/or otherwise proprietary material and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers

**From:** Gomez Jr., Luis
**Sent:** Tuesday, February 20, 2018 3:33 PM
**To:** Plasencia, Adrian <APlasencia@miamigov.com>
**Cc:** Sierra, Daniel <dsierra@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Cejas, Devin <DCejas@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Diaz, Rene <ReDiaz@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>; Parjus, Alberto N. <AParjus@miamigov.com>; Pons, Maurice <MPons@miamigov.com>
**Subject:** RE: 1641 SW 8 ST - Sanguich of Miami

Good afternoon Chief,

Please see request below to have a Fire Inspector inspect accordingly.  Attached are photos of the location of the tanks.

Thanks,

Luis Gomez
Field Supervisor – South West District
City of Miami Code Compliance
(305) 329-4770
LGomez@miamigov.com

Tell us how we're doing.  **CLICK HERE** to complete our Customer Satisfaction Survey.

**From:** Parjus, Alberto N.
**Sent:** Tuesday, February 20, 2018 3:00 PM
**To:** Gomez Jr., Luis <LGomez@miamigov.com>; Pons, Maurice <MPons@miamigov.com>
**Cc:** Sierra, Daniel <dsierra@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Cejas, Devin <DCejas@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Diaz, Rene <ReDiaz@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>
**Subject:** RE: 1641 SW 8 ST - Sanguich of Miami

Please have Fire check the gas tanks attached to the container to determine if it is a fire /safety concern

**From:** Gomez Jr., Luis
**Sent:** Tuesday, February 20, 2018 12:49 PM
**To:** Pons, Maurice <MPons@miamigov.com>
**Cc:** Parjus, Alberto N. <AParjus@miamigov.com>; Sierra, Daniel <dsierra@miamigov.com>; Salvatierra, Yacmany <YSalvatierra@miamigov.com>; Cejas, Devin <DCejas@miamigov.com>; Camero, Jose <jcamero@miamigov.com>; Diaz, Rene <ReDiaz@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>
**Subject:** Re: 1641 SW 8 ST - Sanguich of Miami

Thanks.

We are also moving forward with our case.

Luis Gomez
Code Compliance
City of Miami
305-329-4770

On Feb 20, 2018, at 12:35 PM, Pons, Maurice <MPons@miamigov.com> wrote:

> Jose Camero and I have meet with the owner of the container (Sanguich of Miami) on numerous occasions an informed him he needs a master building permit. Secondly the owner of the property obtained a demo electrical permit to disconnect the modified shipping container about two weeks ago. The container is being powered by a generator. Rene Diaz chief of unsafe structure section has an open unsafe structure violation to be heard by the unsafe structure board in the month of March.
>
> Thanks
>
> <image001.jpg>
>
> **From:** Gomez Jr., Luis
> **Sent:** Tuesday, February 20, 2018 12:05 PM
> **To:** Parjus, Alberto N.
> **Cc:** Sierra, Daniel; Salvatierra, Yacmany; Cejas, Devin; Camero, Jose; Pons, Maurice
> **Subject:** Re: 1641 SW 8 ST - Sanguich of Miami
>
> Not that I am aware of unless under a temporary use permit.
>
> Zoning and Building can confirm this and provide any additional support.
>
> Luis Gomez
> Code Compliance
> City of Miami
> 305-329-4770
>
> On Feb 20, 2018, at 12:02 PM, Parjus, Alberto N. <AParjus@miamigov.com> wrote:
>
>> I am going to ask differently, is it legal for any business on 8 street to have a steel container on the parking lot?
>>
>> Get Outlook for iOS

**From:** Gomez Jr., Luis
**Sent:** Tuesday, February 20, 2018 12:00:46 PM
**To:** Parjus, Alberto N.
**Cc:** Sierra, Daniel; Salvatierra, Yacmany; Cejas, Devin; Camero, Jose; Pons, Maurice
**Subject:** Re: 1641 SW 8 ST - Sanguich of Miami

That would have to be reviewed by Zoning and Building when the applicant applies for a temporary use permit (TUP) or a Building Permit.

Luis Gomez
Code Compliance
City of Miami
305-329-4770

On Feb 20, 2018, at 11:55 AM, Parjus, Alberto N. <AParjus@miamigov.com> wrote:

> Does the code allows for a container to be located where it is?
>
> Get Outlook for iOS
>
> ---
>
> **From:** Gomez Jr., Luis
> **Sent:** Tuesday, February 20, 2018 11:39:33 AM
> **To:** Parjus, Alberto N.; Sierra, Daniel
> **Cc:** Salvatierra, Yacmany; Cejas, Devin; Camero, Jose
> **Subject:** 1641 SW 8 ST - Sanguich of Miami
>
> Good morning Mr. Parjus,
>
> As discussed, below are the violations that were issued to the property owner.  The violations include work done without permits which would be for electrical, plumbing connections of the container inside the lot of this property.
>
> I am copying Zoning and Building on this email for any additional feedback they may provide since the business owner has mentioned that he has been to the Zoning Office in attempts to open the business back up.
>
> The case is scheduled to a Code Enforcement Board hearing on 3/1/18 at 5PM as shown below:
>
> <image005.jpg>
>
> <image006.jpg>
>
> <image007.jpg>
>
> Luis Gomez
> Field Supervisor – South West District
> City of Miami Code Compliance
> (305) 329-4770

4

[LGomez@miamigov.com](mailto:LGomez@miamigov.com)

Tell us how we're doing.  **CLICK HERE** to complete our Customer Satisfaction Survey.

<Maurice Pons.vcf>



**CITY OF MIAMI**
**OFFICE OF THE CITY MANAGER**
444 S.W. 2ⁿᵈ Avenue, 4ᵗʰ Floor, Miami, FL 33130
Telephone No. 305.416.1499

APPLICATION FOR TEMPORARY EVENT AND OCCUPANCY PERMIT

RECEIPT #_____
Permit #_1B-000_

It is intended that Temporary Event and Occupancy Permits be required where specified uses or characteristics of use are not related to the typical use of the property and are of a nature requiring mandatory technical determinations or reviews to establish special conditions and safeguards. In general, such determinations and review will normally be by agencies or officers other than the City Manager and may involve matters such as design for traffic, parking and loading facilities, health and environmental considerations, and legal determinations.

The City Manager or designee shall be responsible for the administrative and processing of applications for Temporary Event and Occupancy Permits and for determinations thereon.

Applicant Name _Sanguich de Miami_  Address  _1641 SW 8 ST. #C_

City / State /
Zip  _Miami, FL 33135_

Phone /
E-mail  _Mrfigs@ me. com_
_305. 761. 5800_

I (name and address above), the property owner or agent of the subject property, hereby applies to the City Manager of the City of Miami for approval of a Temporary Use and Occupancy Permit under the provisions of Chapter 62, Article XIII of the City Code.

Description of Event
(Please check one) :

| ✓ | A Temporary Event limited to only two (2) events per year, two (2) weeks each on private property. The application fee is $253.50 per permit. |
| | A Temporary Event limited to only ten (10) events per year, two (2) weeks each on public property. The application fee is $253.50 per permit. |
| | A Temporary Use and Occupancy Permit limited to a two (2) year period. The application fee is $503.50 per permit. |

Zoning District:  _District 3_

Address of property:

Nature of proposed use including costs of admission, inventory value, number of seats, number of employees, etc. as applicable (please attach a separate sheet of paper if necessary):

_The Cuban Sanguich Experience._
_No admission_
_No seating - only standing_
_5 employees_

Date and time of event:  _December 15, 2017 - January 15, 201_
_JANUARY 6, 2018 - FEBRARY 2, 2018_



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2nd Avenue, 4th Floor, Miami, FL 33130
Telephone No. 305.416.1499

---

Building recommendations: ☐ Approval
☒ Approval with Conditions *(see below)*
☐ Denial

*SUBMIT PLANS to Reflect All Mech., Elect, Plumb spec & ADA. For permits. Must have DERM Approval prior to opening.*

Name *J. CAMERO*   Date *12/28/17*   Signature

---

Fire recommendations: ☒ Approval
☐ Approval with Conditions *(see below)*
☒ Denial

*more info such as fire extinguishment, hood system, and also exit door.*

*This plan is Approved by DK. on the 12/28/17*

Name *DBrinsu*   Date *12/27/17*   Signature

---

Zoning recommendations: ☐ Approval
☒ Approval with Conditions *(see below)*
☐ Denial

*- no spillover parking into residential areas. No alcohol unless approved by zoning.*

Name *J. Cerrato*   Date *1/2/18*   Signature

---

Planning recommendations: ☐ Approval
☐ Approval with Conditions *(see below)*
☐ Denial

(Only for construction related TUP i.e. Temp. Trailers & Fences)

Name _____   Date _____   Signature _____

---

City Manager (or designee) findings: ☐ Approved
☒ Approved with Conditions *(see below)*
☐ Denied

*- See department comments for conditions. Copy of permit must remain on-site at all times.*

Name *J. Cerrato*   Date *1/2/18*   Signature



**CITY OF MIAMI**
**OFFICE OF THE CITY MANAGER**
444 S.W. 2ⁿᵈ Avenue, 4ᵗʰ Floor, Miami, FL 33130
Telephone No. 305.416.1499

---

NET recommendations:

- ❏ Approval
- ☑ Approval with Conditions *(see below)*
- ❏ Denial  *UPON COMPLETION OF ALL REQUIREMENTS.*

Name ANTONIO WAYNE   Date 12-14-17   Signature _____

---

Police:   (Special Events)
Name J. RAMIREZ
Date 12/27/17
Signature _____ 29.26

Police:   (Commander)
Name _____
Date 12-18-17
Signature _____ #4473

- ☑ Approval
- ❏ Approval with Conditions *(see below)*
- ❏ Denial

---

Finance recommendations:

- ❏ Approval
- ❏ Approval with Conditions *(see below)*
- ❏ Denial

Name _____   Date _____   Signature _____

---

Public Works recommendations:

- ❏ Approval
- ❏ Approval with Conditions *(see below)*
- ❏ Denial

Name _____   Date _____   Signature _____

---

Solid Waste recommendations:

- ❏ Approval
- ❏ Approval with Conditions *(see below)*
- ❏ Denial

Name _____   Date _____   Signature _____

---

Code Enforcement recommendations:

- ❏ Approval
- ❏ Approval with Conditions *(see below)*
- ❏ Denial

Name _____   Date _____   Signature _____



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2ⁿᵈ Avenue, 4ᵗʰ Floor, Miami, FL 33130
Telephone No. 305.416.1499

I attach the following in support or explanation of this application:

- [x] a) Legal description of property, survey, and floor plan.
- [x] b) **Site plan:**

    Showing (as required) property boundaries, existing and proposed structure(s), parking, landscaping, screening, etc., with dimensions and computation of lot area, floor area ratio, lot coverage, etc.

- [x] c) Fee of $_____.
- [x] d) Affidavit.
- [x] e) Notification of adjacent property owners, District Commissioner, and registered associations with original receipts.
- [x] f) Fire Department review questionnaire.
- [ ] g) Authorization if City property.
- [ ] h) Lien Searches from Department of Finance and Office of Hearing Boards.
- [ ] i) Other: _____.

Subject to all conditions and limitations of Chapter 62, Article XIII of the City Code. If appealed, the applicant must furnish full ownership disclosure.

Before me, the undersigned authority, authorized to administer oaths and take acknowledgements personally appeared:    *Sanguich of Miami*

*(Name of applicant)*    *c/o Daniel Figueredo* _____

who, after being first duly sworn upon oath deposes and says that he/she is the applicant for this Temporary Event or Occupancy Permit and that he/she has made and read the foregoing application and that the statements therein contained are true and correct and acknowledges that he/she will be subject to requirements and limitations of Chapter 62, Article XIII of the City Code as amended.

_____
Signature

ELIANY RAXONA
MY COMMISSION # GG066597
EXPIRES January 26, 2021

Sworn and subscribed to before me this __5__ day of *December* 2018. 7

_____          *January 26, 2021*
Notary Public, State of Florida at large          My Commission Expires



ELEVATION VIEW

SITE PHOTO 1, ACTUAL

CUBAN SANGUICH EXPERIENCE

1641 SW 8 ST

DEC 15 TO JAN 15, 2018

PERMIT SET

TEMPORARY STRUCTURES   ( 160 SF )

1   FOOD SERVICE CONTAINER
    8 X 20 STEEL

SEE CONTAINER PLANS
FOR ADDITIONAL DETAILS





## City of Miami
### BUILDING DEPARTMENT

# Transaction Statement

Financial Transaction ID: **463961**
Transaction Date: **Dec 19 2017 9:57AM**
Permit Number:

Sanguich de Miami / Daniel Figueredo
1641 sw 8 st
#C
daniel@sanguich.com
(305)761-5800

### FEE SUMMARY

| Fee Category | Fee Code | Fee Description | Quantity | Unit Type | Amount |
|---|---|---|---|---|---|
| ZONING | MS-069 | TEMPORARY PERMIT | 0.0000 | N/A | $500.00 |
| FINANCE | MS-038 | ADMINISTRATIVE FEE | 7.0000 | DOLLARS | $7.00 |
| | | | | **Total:** | **$507.00** |

---

**BRUSH AND BRISTLE CORP**
**DBA SANGUICH DE MIAMI**
**ACCOUNTS PAYABLE**
1002 E NEWPORT CTR DR STE 200
DEERFIELD BCH, FL 33442

1096

63-436/660

DATE 12-14-17

PAY TO THE ORDER OF _City of Miami_          $ 507 00

_Five Hundred Seven_ 00/100                    DOLLARS

**City National Bank**
Bci FINANCIAL GROUP

FOR _TEP Application Fee_

⑈001096⑈ ⑆066004367⑆ 1955055204⑈

---

Rev. Jul/02/2012

Generated on Dec/19/2017 9:56 AM



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2nd Avenue, 4th Floor, Miami, FL 33130
Telephone No. 305.416.1499

### INDEMNIFICATION / HOLD HARMLESS
### AFFIDAVIT

DATE: 12/5/17

RE:   PROPERTY(S) LOCATED AT:
_1641 SW 8 ST_
_Miami FL 33135_

DATE
APPROVED 1|2|18

City Manager or Designee

TO:   CITY OF MIAMI, FLORIDA
ATTN: ZONING ADMINISTRATOR
444 SW 2 AVENUE
4TH FLOOR
MIAMI, FL 33130

FROM: _Futurama CCC c/ William Filler_
Legal owner of the above property.

The undersigned hereby affirms that he/she is the legal owner of the above-referenced property. Furthermore, the undersigned hereby acknowledges that he/she has heretofore made application(s) for and received approval from the City of Miami, Florida, for the following:

Temporary Permit #15-____      On___/___2015      by <u>Office of Zoning</u>
                                              (Date approved)              (City dept. / City commission)

Temporary Permit #15-____      On___/___2015      by <u>Office of Zoning</u>
                                              (Date approved)              (City dept. / City commission)

In connection with the foregoing, the undersigned is hereby requesting the City of Miami, Florida, to issue a building permit(s) for the construction of the following described improvement(s) on the property prior to the expiration of the deadline for the applicable appeal period:

_____

The undersigned understands that in connection with the above–referenced property the applicable appeal period deadline(s) for the above mentioned approval(s) is/are as follows:

_____ / __ /2015.

In consideration of the City of Miami, Florida agreeing to issue a building permit(s) to the undersigned as herein requested, the undersigned agrees as follows:



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2nd Avenue, 4th Floor, Miami, FL 33130
Telephone No. 305.416.1499

**INDEMNIFICATION / CITYOF MIAMI HOLD HARMLESS AFFIDAVIT**

Permit #15- 18-000

(a) Pay all actual or estimated permit costs and other applicable City regulatory fees associated with the improvements requested to be built prior to issuance of any building permits by the City of Miami;

(b) Acknowledge he/she is proceeding at his/her own risk and hereby agrees to assume all responsibility and to indemnify, defend, and hold harmless the City, its officers, agents, and assigns in connection herewith;

(c) Immediately cease all construction on the property if an appeal is filed within the above stated appeal period;

(d) Acknowledge that the City may impose conditions on approval which are required by State, County, or City laws and regulations that are otherwise necessary to insure the public health, safety, and welfare of the citizens of the City of Miami, Florida; and that the City may enforce the terms of this affidavit by its issuance of the building permit(s);

(e) Acknowledge that the issuance of building permit(s) to the undersigned is not a grant of any vested right whatsoever for use, or completion of construction on the property; and

(f) Indemnify, defend, and hold harmless the City, its officers, agents, and assigns from any claims, demands, liabilities, losses, causes of action of any nature whatsoever arising out of or in connection with the permit(s) issued or any part thereof, from and against all costs, fees, expenses, liabilities, any orders, judgments, or decrees which may be entered, and from and against all costs for attorneys' fees, expenses and liabilities incurred in the defense of such claim or in the investigation thereof.

William Fallee , as mgr. of Fitvone, llc.
_____
Print Owner's Name

_____
Owner's Signature

(STATE OF FLORIDA
COUNTY OF MIAMI-DADE)

The undersigned instrument was acknowledged before me this _5_ day of _Dec_, 2017. He/she has personally appeared before me and is known to me or has produced _Personally known_ as identification and did (did not) take an oath.

Eiliany Bayona
_____
Name:
Notary Public –State of Florida
Commission no: GG066597
My commission expires: January 26, 2021

EILIANY BAYONA
MY COMMISSION # GG066597
EXPIRES January 26, 2021



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2nd Avenue, 4th Floor, Miami, FL 33130
Telephone No. 305.416.1499

### TEMPORARY USE AND OCCUPANCY PERMIT
### NOTIFICATION LETTER

You are hereby notified that an application will be submitted by the above to the Office of the City Manager of the City of Miami for approval of a Temporary Event or Occupancy under the provisions of Chapter 62, Article XIII of the City Code, for the following purpose:

| NOTIFICATION TO: | | DATE: | 12/5/17 |
|---|---|---|---|
| ADDRESS: | | | |

| NAME OF APPLICANT | Sanguich de Miami c/o Daniel Figueredo |
|---|---|
| STREET ADDRESS | 1647 SW 8 ST. |
| CITY, STATE, ZIP CODE | Miami, FL 33135 |

| SUBJECT PROPERTY | |
|---|---|

| DATE / DURATION | 12/15/17 - 1/15/18 |
|---|---|
| NUMBER OF PERSONS EXPECTED TO ATTEND | 50 |
| DESCRIPTION OF EVENT | The Cuban Sanguich Experience |

This application will be reviewed for approval for a Temporary Event or Occupancy Permit. Consequently, the City Manager or his designee will have on file all documents, plans, and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Office of Zoning, Miami Riverside Center, **444 SW 2nd Avenue, 4th Floor, Miami, FL 33130**. For an appointment, please call at **(305) 416-1487.**

The Office of the City Manager will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the decision of the City Manager or his designee.

The final decision of the City Manager may be appealed pursuant to provisions set forth in **Chapter 62, Article XIII of the City Code** within fifteen **(15)** days of the date of issuance of the Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 3rd Floor, Miami, FL 33130**. For an appointment, please call **(305) 416-2030.**

*The City Code requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **this Permit** application in an approved notification form as set forth in **Chapter 62 of the City Code.***

OFFICE OF ZONING OR NET ADMINISTRATOR SIGNATURE: _____ DATE: 12-07-17



**CITY OF MIAMI**
OFFICE OF THE CITY MANAGER
444 S.W. 2ⁿᵈ Avenue, 4ᵗʰ Floor, Miami, FL 33130
Telephone No. 305.416.1499

**FIRE DEPARTMENT QUESTIONNAIRE** – Please answer all of the questions below so that the Fire Department can review the application.

1.   How many people will be attending the event?   *50*

2.   Is the address of the event shown on all the plans?   *Yes*

3.   Is the name and dates of the event shown on all plans?   *Yes*

4.   Did you provide a site plan and location sketch for this event?   *Yes*

5.   Did you provide detailed dimensioned plans for the event?   *Yes*

6.   Do the plans clearly identify the number and arrangement of exits?   *yes*

7.   Do the plans show several remote exits for the event?   *Yes*

8.   Do the plans clearly identify the exit discharge path from all exits to a public street?   *Yes*

9.   Did you provide flame spread certification for any temporary tents?   *N/A*

10.   Are dimensions and words on the plans large enough to read?   *yes*

11.   Are the plans at least 1/8" or 1/4" scale?   *Yes*

12.   Have you clearly identified any life safety risks (hazardous materials or processes, cooking, generators) on the plans?   *Yes*

13.   Have you obtained written permission from the Fire Marshal for serious life safety risks (indoor fireworks, allowing vehicles inside of buildings, allowing festival seating inside a building) prior to plans approval?   *N/A*

14.   Have fire inspectors or paramedics been assigned to the event?   *NO*

15.   Have police officers been assigned to the event?   *NO*

16.   Have you obtained written permission from the police to block any public street?   *N/A*

17.   Have you obtained written permission from the Fire Marshal for fireworks after 11:00 PM?   *N/A*

18.   Are there any fire sprinklers on the property?   *N/A*

19.   Are there any fire alarms on the property?   *N/A*

20.   Does the property have panic hardware?   *N/A*



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

MIAMI OFFICIAL USE

Certified Mail Fee $3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage $0.49

Total Postage and Fees
$

Sent To Spring Garden Civic Association

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here
DEC 12 2017

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2680 0000 8485 1188



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required             $
☐ Adult Signature Restricted Delivery $

Postmark
Here

DEC 1 2 2017

SHENANDOAH BRANCH
MIAMI FL 33

Postage
$

Total Postage and Fees
$

Sent To *City of Miami Planning Dept*

Street and Apt No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2680 0000 8485 1164



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage  $0.49

Total Postage and Fees  $

Sent To  *Park Heritage Trust*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark
Here
DEC 12 2017

7017 2680 0000 8485 1140



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $0.49

Total Postage and Fees $

Sent To Flagler Sch Association

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

DEC 12 2017

SHENANDOAH BRANCH

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2680 0000 8485 1126



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.49

Total Postage and Fees $ $3.84

Sent To _The Honorable Joe Carollo_

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here

SHENANDOAH BRANCH
DEC 12 2017
MIAMI FL 33245

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2680 0000 8485 1171



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To *Katie Grant + President*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here    DEC 12 2017

SHENANDOAH BRANCH
MIAMI FL 33245

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2680 0000 8484 5422



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage $0.49

Total Postage and Fees $3.84

Sent To *Antonio Wagner*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here
SHENANDOAH BRANCH
DEC 12 2017
MIAMI 33145

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2680 0000 8485 1157





U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

DEC 12 2017

Postage $0.49

Total Postage and Fees

Sent To  *Bruce Brown*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7017 2680 0000 8485 1120



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery  $

Postage $0.49

Total Postage and Fees $3.84

Sent To *Bret Bibeau*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

SHENANDOAH BRANCH
DEC 12 2017
MIAMI, FL 33245-2117
Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2680 0000 8485 4020



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees

Sent To *Grace Solares, President*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2680 0000 8485 0198