# City of Miami, Florida



EMILIO T. GONZALEZ, PH.D.
CITY MANAGER

P.O. BOX 330708
MIAMI, FLORIDA 33233-0708
(305) 250-5400
FAX (305) 250-5410

August 7, 2018

Law Offices of Benedict P. Kuehne, P.A.
100 S.E. Second Street
Suite 3550
Miami, Florida 33131

Dear Mr. Kuehne,

This letter serves to provide information regarding issues involving City of Miami Commissioner Joe Carollo.

Shortly after I was ratified as City Manager on January 12, 2018, Commissioner Carollo invited me to tour certain parts of the district he represents to go over and address several concerns he had on zoning matters and the general condition of the area. I accompanied Commissioner Carollo on at least two occasions, once during the day and another at night.

I always understood the purpose of these tours to be purely informational. At no time did Commissioner Carollo ever order, instruct, direct, or otherwise ask me to perform any action that I could construe as a violation of the City Charter. In fact, Commissioner Carollo was very careful in his observations as to not give the appearance in word or deed that he was overstepping his authority or responsibility as a city commissioner.

Please feel free to contact me should you need any additional information on this matter.

Respectfully,

Emilio T. Gonzalez, Ph.D.
City Manager

## Photo ⌄                    **Done**

Top    **Latest**    People    Photos    Videos

---

 **Emilio T. Gonzalez** @emiliot... · 22 Aug 18  ⋮
Great to be in @CityofMiami iconic Little Havana neighborhood with Commissioner @JoeCarolloNow.  Looking for ways to improve quality of life and economic development issues for this great Magic City community. #ServiceCity



💬 5          ⟲ 9          ♡ 36          ⌣

---

 **Emilio T. Gonzalez** @emiliot... · 21 Aug 18  ⋮
Happy to spend time with @FrancisSuarez @MiamiPD Chief @Jcolina67 and our residents in Liberty City. @CityofMiami residents received 51 free air conditi... units for the most vulnerable in the



Submitted into the public record for item(s)  D3.1  on  02/ 14/19 . - City Clerk

4899-Submittal-Commissioner Joe Carollo-Presentation Photos

Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk



Submitted into the public record for item(s)   D3.1 on  02/ 14/19 . - City Clerk



Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk





Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk

Submitted into the public record for item(s)   D3.1   on 02/14/19 . - City Clerk



Submitted into the public record for item(s)   D3.1  on 02/14/19 . - City Clerk



03/03/2018  14:05

Submitted into the public record for item(s) __D3.1__ on 02/14/19 . - City Clerk





Submitted into the public record for item(s)   D3.1   on 02/14/19 . - City Clerk

**drawing data :**

## PROPOSED SEATING PLAN

ALTOS MEXICANO LLC.

521 SW 8 St.

Miami, Fl. 33130

**project number :** #17147

**drawing scale :** As Shown

**drawing date :** September 26th, 2017

**phase :** PERMIT SET

**sheet number :** A1.04

revisions :

THIS DRAWING IS THE PROPERTY OF MODIS ARCHITECTS, LLC AND IS NOT TO BE REPRODUCED OR COPIED IN WHOLE OR IN PART WITHOUT THE PRIOR WRITTEN CONSENT OF MODIS ARCHITECTS, LLC. ALL DIMENSIONS AND CONDITIONS SHOWN HEREON ARE TO BE VERIFIED AND IF THERE ARE ANY DISCREPANCIES SHOWN AND/OR CONDITIONS NOT SHOWN HEREON AND/OR OMISSIONS SHOWN ARE TO BE BROUGHT TO THE ATTENTION OF THE ARCHITECT AT ONCE NOTIFY THE ARCHITECT.

ROBERT J. MOYNETTE, AIA, NCARB, LEED AP BD+C, CDP
FLORIDA REGISTERED ARCHITECT # AR 93259

Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk



Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk



**16** Proposed Ground Fl. Seating Plan
SCALE 3/16"=1'-0"

Submitted into the public record for item(s)   D3.1   on 02/14/19 . - City Clerk



**18**  Proposed Second Fl. Seating Plan
SCALE 3/16"=1'-0"

**Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk**



Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk



project info :

# Existing
# Commercial
# Interior Remodel

521 SW 8th Street
Miami, Florida 33130

seal :

DEC 08 2017

STATE OF FLORIDA
ROBERT KELLY MORISETTE
ARCHITECT
AR 93259

ROBERT K. MORISETTE, AIA, NCARB, LEED AP BD+C, CDP
FLORIDA REGISTERED ARCHITECT # AR 93259

revisions :

drawing data :

# PROPOSED
# SEATING PLAN

ALTOS MEXICANO
LLC.

REPRODUCED OR COPIED IN WHOLE OR IN PART WITHOUT THE PRIOR WRITTEN CONSENT OF MODIS ARCHITECTS, LLC. THIS DRAWING IS ONLY TO BE USED FOR THE PROJECT AND SITE SPECIFICALLY IDENTIFIED HEREIN AND IS NOT TO BE USED FOR
ALL DIMENSIONS AND CONDITIONS SHOWN HEREON AND AT ONCE NOTIFY THE ARCHITECT AS TO ANY ERRORS, OMISSIONS, AND/OR INCONSISTENCIES HE/SHE MAY DISCOVER. COPYRIGHT © 2016 MODIS ARCHITECTS, LLC

Submitted into the public record for item(s)  D3.1  on  02/14/19 . - City Clerk



Submitted into the public
record for item(s)   D3.1   on
02/14/19 . - City Clerk



Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk



Submitted into the public record for item(s)   D3.1 on  02/14/19 . - City Clerk





Submitted into the public record for item(s)   D3.1  on 02/14/19 . - City Clerk

Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk



Submitted into the public record for item(s)  D3.1  on 02/14/19 . - City Clerk



Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk



Submitted into the public record for item(s)   D3.1   on 02/14/19 . - City Clerk



Submitted into the public record for item(s)  D3.1  on 02/14/19 . - City Clerk



Submitted into the public record for item(s) ___D3.1___ on 02/14/19 . - City Clerk



Submitted into the public record for item(s) __D3.1__ on 02/14/19 . - City Clerk





Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk

Submitted into the public
record for item(s)   D3.1   on
02/14/19 . - City Clerk





Submitted into the public record for item(s)   D3.1 on  02/14/19 . - City Clerk

Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk





Submitted into the public record for item(s)   D3.1 on  02/14/19 . - City Clerk

Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk





Submitted into the public record for item(s) __D3.1__ on 02/14/19 . - City Clerk



Submitted into the public record for item(s) __D3.1__ on _02/14/19_ . - City Clerk

521 Southwest 8th Street

Taquerias El Mexicano



Submitted into the public record for item(s)   D3.1   on 02/14/19 . - City Clerk



Submitted into the public record for item(s)   D3.1   on 02/14/19 . - City Clerk



521 SW 8 St, M

Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk



Submitted into the public record for item(s)  D3.1  on  02/14/19 . - City Clerk



Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk



zackbush1  Follow



## This new cocktail lounge in Little Havana is kind of hidden. Here's how to find it.

...tion in Little Havana doesn't drive you to drink, maybe this will: Los ...pe hidden upstairs from Taqueria el Mexicano is now open and ...ber or Lyft.

...not so hard that you'll leave thirsty, Los Altos is the brainchild of the- ...in and features an Insta-worthy decor of velvet-draped banquettes, ...purposed doors that once hung in an abandoned church.

...e to Mexican culture in so many ways including hand-painted ...res.

...ical master mixer, created the cocktail menu, which features ...the Oaxaca al Pastor. Los Altos reposado tequila, ancho verde, ...r and the Sayulita: Sombra mezcal, mango, carrot, habanero, ginger.

The soundtrack at Los Altos is said to have "something for everything and splash of Mexican mixed in." EDM meets ...talking?

"We wish to provide our guests with an authentic Mexican... cocktails that are in the spirit of what they would find on t... owner Zack Bush.

Los Altos is currently open Friday and Saturday from 8 p... weeknights in the very near future.

Los Altos, 521 SW 8th St., Little Havana

   

**200 likes**

**zackbush1** Thank u @lesleyabravanel for the love! Tell your friends, but don't tell everybody ... See you @losaltosmia #CalleOcho #WorldsBestBars #50BestBars #cocktails #CalleOcho #LittleHavana

**loracseliva** @_juanichavez_ :)

Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk



Submitted into the public record for item(s) __D3.1__ on 02/14/19 . – City Clerk



Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk





Submitted into the public record for item(s) D3.1 on 02/14/19 . - City Clerk

Submitted into the public record for item(s)   D3.1  on 02/14/19 . - City Clerk



Submitted into the public record for item(s) **D3.1** on 02/14/19 . - City Clerk





Submitted into the public record for item(s) __D3.1__ on __02/14/19__ . - City Clerk

Submitted into the public record for item(s) __D3.1__ on 02/14/19 . - City Clerk





Submitted into the public record for item(s) __D3.1__ on 02/14/19 . - City Clerk

Submitted into the public record for item(s)   D3.1 on  02/14/19 . - City Clerk





Submitted into the public
record for item(s)  D3.1
on  02/14/19 . - City Clerk

Submitted into the public record for item(s)   D3.1 on  02/14/19 . - City Clerk

# Los Altos

| Website | Directions | Save |

4.7 ★★★★★   9 Google reviews

Bar

**Address:** 521 SW 8th St, Miami, FL 33138

**Hours:**

| Wednesday | Closed |
| Thursday | 8PM–1AM |
| Friday | 8PM–3AM |
| Saturday | 8PM–3AM |
| Sunday | Closed |
| Monday (Washington's Birthday) | Closed |
| Tuesday | Closed |

 **Pitbull** ✔
@pitbull

It's an honor to be a part of this historical event, especially since Little Havana was one of my old neighborhoods and helped shape who I am today. **#ViernesPequeñaHabana** #LittleHavanaFridays #Miami @JoeCarolloNow



5:44 PM · 11/28/18 · Twitter Web Client

**71** Retweets  **9** Quote Tweets  **462** Likes

 MetroPCS   LTE          6:41 PM



Steve



Wed, Feb 21, 10:17 PM



Unreal, unbelievable

Thu, Feb 22, 8:40 AM

   

City of Miami
# BUILDING DEPARTMENT
# PERMIT APPLICATION

| DEPARTMENT USE ONLY |
|---|
| Process #: BD13-020903-001 |
| Total Due $ 636.64 |
| Permit #: BD13-020903-001-B00 |

## JOB LOCATION

Folio Number: 01-4120-006-6270

Job Address: 1450 SW 7 St.  Zip: 33135

Legal Address:

Unit No:

[X] Commercial   [ ] Residential   [ ] Dry Run

[ ] Owner/Builder   [X] Contractor   [ ] Lessee

## OWNER LESSEE INFORMATION

Owner: Tower Hotel LLC.

Owner's Address: 1450 SW 7 St. Ste 200

Phone: 305-407-1677  E-Mail:

Lessee:

Lessee Address:

Phone:   E-Mail:

## CONTRACTOR INFORMATION

Contractor's License/Registration No: CGC-1518735

Contractor's Social Security Number: xxx-xx-

Qualifier's Name: Mario A. Pous

Company's Name: Pous Estimating Service, Jr.

Address: 80 NW 22 Avenue

City: Miami  State: Fl  Zip: 33125

Phone: 305-562-4786

E-Mail: ma.Pous @ Pous estimating.com

If this is related to another permit, you must provide:

## GENERAL INFORMATION

Proposed Use of Building: Hotel

Current Use: Hotel

Job Description: Remove & Replace Windows

New Construction Total Cost:

New Construction Sq. Ft:   Lineal Ft:

Remodeling Total Cost: $75,000.00

Remodeling Sq. Ft: 1,250  Lineal Ft:

Units:   Floors:   Height:   Gallons:

MASTER PERMIT NUMBER:

## THRESHOLD INSPECTOR

Name:

Address:

Phone:

## BONDING COMPANY

Name:

Address:

Phone:

## PERMIT TYPE

[X] Building   [ ] Plumbing   [ ] LIMP

[ ] Mechanical/AC   [ ] Plumbing/Gas   [ ] Foundation

[ ] Electrical   [ ] Roofing

[ ] Landscaping   [ ] Sign

[ ] Electrical   [ ] Roofing

[ ] Fire   [ ] Mechanical Elevator

## ENGINEER/ARCHITECT INFORMATION

Engineer's Name: Michael Brito

Address: 14746 SW 60 St.

Phone: 786-287-3922  E-Mail:

Architect's Name:

Address:

Phone:   E-Mail:

## CHANGE TO EXISTING PERMIT

[ ] Change of Contractor (CR).   [ ] Change of Qualifier (CQ)

[ ] Re-certification of Plans (RC)   [ ] Plans revision (RV)

[ ] Completion Permit (CP)

## BUILDING PERMIT ONLY

[ ] New Construction   [ ] Addition

[X] General Repair/Remodeling   [ ] Misc. Building

[ ] Change of Occupancy   [ ] Demolition

[ ] Change of Use

I understand that separate permits must be obtained for other items (i.e. electrical, plumbing, roofing, etc.), unless specifically covered by this permit.  In signing this application, I am responsible for the supervision and completion of the construction in accordance with the plans and specifications and for compliance with all federal, state, and county laws applicable.

**Owner's Affidavit:** I certify that all the forgoing information is correct. Owner Certifies that the aforementioned Contractor has the authorization to perform the work as specified above.

**Lessee's Affidavit:** Lessee certifies that he has full consent and authorization from owner of subject property to perform the above-mentioned work and to hire above captioned contractor.

I have read the information contained in this permit and understand that any misrepresentation may constitues fraud and could void the permit.

Signature of Owner/Lessee

Print Name: William Filler, Mmbr.

Signature of Qualifier

Print Name: Mario Pou

City of Miami
**Building Department**
**Permit Application**



Process #: BD14004470OU
Total Due: $992.96
Permit #: B014-004470.001
.001
B001

| Job Location | | | Owner Lessee Information | |
|---|---|---|---|---|
| **Folio Number:** 01-4102-006-6270 | | | **Owner:** Tower Hotel LLC | |
| **Job Address:** 1450 SW 7 St   **Zip:** 33135 | | | **Owner's Address:** 1637 SW 8 St. Miami, FL 33135 | |
| **Legal Address:** | | | **Phone:**        **E-Mail:** | |
| **Unit No:** | | | **Lessee:** | |
| ☐ Commercial    ☐ Residential    ☐ Dry Run | | | **Lessee Address:** | |
| ☐ Owner    ☐ Contractor    ☐ Lessee | | | **Phone:**        **E-Mail:** | |
| **Contractor Information** | | | **General Information** | |
| **Contractor's License/Registration No:** CGC1519904 | | | **Proposed Use of Building:** Hotel | |
| **Contractor's Social Security Number:** | | | **Current Use:** | |
| **Qualifier's Name:** David Bradley | | | **Job Description:** Replacing Windows Window | |
| **Company's Name:** Epoca Corp | | | **New Construction Total Cost:** | |
| **Address:** 800 NE 125 St | | | **New Construction Sq. Ft:**        **Lineal Ft:** | |
| **City:** Miami   **State:** FL     **Zip:** 33161 | | | **Remodeling Total Cost:** $20,000 | |
| **Phone:** 305-4825103 | | | **Remodeling Sq. Ft:**        **Lineal Ft:** | |
| **E-Mail:** David@EpocaCorp.com | | | **Units:**    **Floors:**    **Height:**    **Gallons:** | |
| If this is related to another permit, you must provide: | | | **Master Permit Number:**        **Plan No:** | |
| **Threshold Inspector** | | | **Bonding Company** | |
| **Name:** | | | **Name:** | |
| **Address:** | | | **Address:** | |
| **Phone:** | | | **Phone:** | |
| **Permit Type** | | | **Engineer/Architect Information** | |
| ☒ Building | ☐ Plumbing | | **Engineer's Name:** | |
| ☐ Mechanical/AC | ☐ Plumbing/Gas | | **Address:** | |
| ☐ Electrical | ☐ Roofing | | **Phone:**        **E-Mail:** | |
| ☐ Landscaping | ☐ Sign | | **Architect's Name:** | |
| ☐ Electrical | ☐ Roofing | | **Address:** | |
| ☐ Fire | ☐ Mechanical Elevator | | **Phone:**        **E-Mail:** | |
| **Change to Existing Permit** | | | **Building Permit only** | |
| ☐ Change of Contractor (CR)    ☐ Change of Qualifier (CQ) | | | ☐ New Construction    ☐ Addition | |
| ☐ Re-certification of Plans (RC)    ☐ Plans revision (RV) | | | ☒ General Repair/Remodeling    ☐ Misc. Building | |
| ☐ Completion Permit (CP) | | | ☐ Change of Occupancy    ☐ Demolition | |
| | | | ☐ Change of Use | |

Window Reinforcement Structural Contact Repair

I understand that separate permits must be obtained for other items (i.e. electrical, plumbing, roofing, etc.), unless specifically covered by this permit. In signing this application, I am responsible for the supervision and completion of the construction in accordance with the plans and specifications and for compliance with all federal, state, and county laws applicable.

**Owner's Affidavit:** I certify that all the forgoing information is correct. Owner Certifies that the aforementioned Contractor has the authorization to perform the work as specified above.

**Lessee's Affidavit:** Lessee certifies that he has full consent and authorization from owner of subject property to perform the above-mentioned work and to hire above captioned contractor.

I have read the information contained in this permit and understand that any misrepresentation may constitutes fraud and could void the permit.

Signature of Owner/Lessee                    Signature of Qualifier

William O Fuller                              David D Bradley
Print Name                                    Print Name

State of Florida, County of Miami-Dade        State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 21     Sworn to and subscribed before me this
Day of March, 2014                            Day of
By                                            By
(SEAL)                                        (SEAL)
Personally known or Produced Identification   Personally known or Produced Identification
Type of Identification produced               Type of Identification produced

ORESTE INOCENTI
Notary Public - State of Florida
My Comm. Expires May 15, 2017
Commission # EE 017169

VINCENZO BRUNO
MY COMMISSION # EE 017169
EXPIRES: May 15, 2017
Bonded Thru Budget Notary Services

| FOR BUILDING DEPARTMENT USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| **Job Code:** | **Certificates Required:** ☐ C.O. ☐ C.C. | | **Plans:** ☐ Yes ☐ No | | **No. Of Sheets:** | |
| **Tracking required** | | | | | | |

**Application Received by:** a    **Date:** 4-23-14   **Permit Authorized by:** FC   **Date:** 6/10/14

Rev 2/02



City of Miami
Building Department
Permit Application

Plan #: _____
Permit #: BD14 - 004470 - 001
Total Due: _____

| Job Location | | Owner Lessee Information | |
|---|---|---|---|
| Folio Number: 141020000270 | | Owner: TOWER HOTEL LLC | |
| Job Address: 1490 SW 79 Zip: 33135 | | Owner's Address: 1633 SW 8 St Ste 200, Miami FL 33135 | |
| Legal Address: | | Phone: 305 795 8090 E-Mail: Martin@lawnngp group.com | |
| Unit No: | | Lessee: | |
| ☒ Commercial    ☐ Residential    ☐ Dry Run | | Lessee Address: — | |
| ☐ Owner  ☐ Contractor      ☐ Lessee | | Phone:  —      E-Mail: | |

| Contractor Information | General Information | |
|---|---|---|
| Contractor's License/Registration No: | Proposed Use of Building: COMMERCIAL | |
| Contractor's SS# (last 4 digits): xxx-xx- | Current Use: Q | |
| Qualifier's Name: | Job Description: Permit extension | |
| Company's Name: | New Construction Total Cost: | |
| Address: | New Construction Sq. Ft.:           Lineal : | |
| City:          State:          Zip: | Remodeling Total Cost: $8,000 7/27/22 | |
| Phone: | Remodeling Sq. Ft.:           Lineal Ft.: | |
| E-Mail: | Units: 50    Floors: 3    Height:    Gallons: | |
| If this is related to another permit, you must provide Master Permit Number: | | |

| Threshold Inspector | Bonding Company |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Phone: | Phone: |

| Permit Type | | Engineer/Architect Information |
|---|---|---|
| ☐ Building | ☐ Plumbing | Engineer's Name: McKenzie construction |
| ☐ Mechanical/AC | ☐ Plumbing/Gas | Address: 2247 nw 17th ave, Miami FL 3314 |
| ☐ Electrical | ☐ Roofing | Phone: 7860412  E-Mail: oilcett |
| ☐ Landscaping | ☐ Sign | Architect's Name: 7341 @blanmchenzeum |
| ☐ Electrical | ☐ Trees | Address: |
| ☐ Fire | ☐ Mechanical Elevator | Phone:           E-Mail: |

| Change to Existing Permit | | Building Permit only | |
|---|---|---|---|
| ☐ Change of Contractor (CR) | ☐ Change of Qualifier (CQ) | ☐ New Construction | ☐ Addition |
| ☐ Re-certification of Plans (RC) | ☐ Plans revision (RV) | ☒ General Repair/Remodeling | ☐ Misc. Building |
| ☒ Completion Permit (CP) | | ☐ Change of Occupancy | ☐ Demolition |
| | | ☐ Change of Use | |

I understand that separate permits must be obtained for other items (i.e. electrical, plumbing, roofing, etc.), unless specifically covered by this permit. In signing this application, I am responsible for the supervision and completion of the construction in accordance with the plans and specifications and for compliance with all federal, state, and county laws applicable.

**Owner's Affidavit:** I certify that all the forgoing information is correct. Owner Certifies that the aforementioned Contractor has the authorization to perform the work as specified above.

**Lessee's Affidavit:** Lessee certifies that he has full consent and authorization from owner of subject property to perform the above-mentioned work and to hire above captioned contractor.

I have read the information contained in this permit and understand that any misrepresentation may constitutes fraud and could void the permit.

Signature of Owner/Lessee
Print Name **Martin Pinilla #**

Signature of Qualifier
Print Name **Sixto E. Munoz**

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 27
Day of July , 20 22
By Martin Pinilla
(SEAL)
Personally known or Produced Identification,
Type of Identification produced _____

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 27
Day of July , 20 22
By Sixto E. Munoz
(SEAL)
Personally known or Produced Identification,
Type of Identification produced _____

FOR BUILDING DEPARTMENT USE ONLY

Revision: No. of Sheets: _____    Tracking required:

| Application Received by: | Date: | Permit Authorized by: | Date |
|---|---|---|---|

CLAUDIA B CANELLAS
Notary Public - State of Florida
Commission # GG 276092
My Comm. Expires Nov 13, 2022
Bonded through National Notary Assn.

CLAUDIA B CANELLAS
Notary Public - State of Florida
Commission # GG 276092
My Comm. Expires Nov 13, 2022
Bonded through National Notary Assn.

**City of Miami**
**Building Department**
**Permit Application**

| Plan# | |
|---|---|
| Permit # | BD14-004470-001-B001 |
| Total Due : | |

| Job Location | |
|---|---|
| Folio Number: 01-4102-006-6270 | |
| Job Address: 1450 SW 7St | Zip: |
| Legal Address: | |
| Unit No: | |
| X Commercial    Δ Residential    Δ Dry Run | |
| Δ Owner  Δ Contractor    Δ Lessee | |

| Owner/Lessee Information |
|---|
| Owner:  Tower Hotel |
| Owner's Address:  1637 sw 8th st Ste. 200, Miami, FL 33135 |
| Phone:  305-793-8696          E-Mail:martin@barlingtongroup.com |
| Lessee: |
| Lessee Address: |
| Phone:                          E-Mail: |

| Contractor Information |
|---|
| Contractor's License/Registration No: CBC1250105 |
| Contractor's SS# (last 4 digits): xxx-xx- |
| Qualifier's Name: Sixto E Munoz |
| Company's Name: Florida Building Construction, Inc. |
| Address:  190 W 12th St #19 |
| City: Hialeah    State:  FL       Zip:  33010 |
| Phone: 786-443-6934 |
| E-Mail: ttomunoz001@yahoo.com |

| General Information |
|---|
| Proposed Use of Building:  hotel |
| Current Use: Q |
| Job Description: concrete restoration & structural repairs |
| New Construction Total Cost: 20000 |
| New Construction Sq. Ft:  0      Lineal : |
| Remodeling Total Cost: |
| Remodeling Sq. Ft:            Lineal Ft: |
| Units:  50    Floors: 3    Height:    Gallons: |

If this is related to another permit, you must provide Master Permit Number:

| Threshold Inspector | Bonding Company |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Phone: | Phone: |

| Permit Type | | Engineer/Architect Information |
|---|---|---|
| X Building | Δ Plumbing | Engineer's Name: Ganem Consulting |
| Δ Mechanical/AC | Δ Plumbing/Gas | Address:  15805 Biscayne Blvd . North Miami Beach, FL |
| Δ Electrical | Δ Roofing | Phone:  786-916-6546    E-Mail:  euro@ganemce.com |
| Δ Landscaping | Δ Sign | Architect's Name: Mckenzie Architects |
| Δ Electrical | Δ Trees | Address:  2247 NW 17th Ave Miami, FL |
| Δ Fire | Δ Mechanical Elevator | Phone: 786-412-7341    E-Mail: gilbert@buildmckenzie.com |

| Change to Existing Permit | | Building Permit only | |
|---|---|---|---|
| Δ Change of Contractor (CR)   Δ Change of Qualifier (CQ) | | Δ New Construction | Δ Addition |
| Δ Re-certification of Plans (RC)   Δ Plans revision (RV) | | Δ General Repair/Remodeling | Δ Misc. Building |
| X Completion Permit (CP) | | Δ Change of Occupancy | Δ Demolition |
| | | Δ Change of Use | |

I understand that separate permits must be obtained for other items (i.e. electrical, plumbing, roofing, etc.), unless specifically covered by this permit. In signing this application, I am responsible for the supervision and completion of the construction in accordance with the plans and specifications and for compliance with all federal, state, and county laws applicable.

**Owner's Affidavit:** I certify that all the forgoing information is correct. Owner Certifies that the aforementioned Contractor has the authorization to perform the work as specified above.

**Lessee's Affidavit:** Lessee certifies that he has full consent and authorization from owner of subject property to perform the above-mentioned work and to hire above captioned contractor.

I have read the information contained in this permit and understand that any misrepresentation may constitutes fraud and could void the permit.

Signature of Owner/Lessee                        Signature of Qualifier

Martin Pinilla II                                Sixto E Munoz
Print Name                                       Print Name

State of Florida, County of Miami-Dade           State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 27        Sworn to and subscribed before me this 27
Day of  February , 2023                          Day of  February , 2023
By  Martin Pinilla II                            By  Sixto E. Munoz
(SEAL)                                           (SEAL)
Personally Known or Produced Identification.     Personally Known or Produced Identification.
Type of identification produced                  Type of identification produced

CLAUDIA B CANELLAS
Notary Public - State of Florida
Commission # HH 131220
My Comm. Expires Nov 13, 2026
Bonded through National Notary Assn.

CLAUDIA B CANELLAS
Notary Public - State of Florida
Commission # HH 131220
My Comm. Expires Nov 13, 2026
Bonded through National Notary Assn.

| FOR BUILDING DEPARTMENT USE ONLY | |
|---|---|
| Revision: No. of Sheets:        Tracking required: | |

Application Received by:_____  Date:____   Permit Authorized by: LF  Date 3/6/2023

approved by Carlos Siena via email $100



**City of Miami**
**Building Department**
**Permit Application**

Plan #: _____
Permit #: BD18-013492-001
Total Due: _____

## Job Location

| | |
|---|---|
| Folio Number: 01410200106240 | |
| Job Address: 1600 SW 7 ST Zip: 33135 | |
| Legal Address: | |
| Unit No: | |

☑ Commercial ☐ Residential ☐ Dry Run
☐ Owner ☐ Contractor ☐ Lessee

## Owner/Lessee Information

Owner: Tower Hotel LLC
Owner's Address: 1057 SW 8 ThST DE   200 Miami FL 33135
Phone: 305 495 8611  E-Mail: Marin
Lessee: @arlington
Lessee Address: - Group.com
Phone: -  E-Mail: -

## Contractor Information

Contractor's License/Registration No: 1250105  CGC
Contractor's SS# (last 4 digits):
Qualifier's Name: SIXTO F MUNOZ
Company's Name: Aquino 15 May Kycons
Address: 900 17 ThST APT 19
City: Miami FL State: Zip: 33010
Phone: 786 445 6934
E-Mail: FF cmunoz001@yahoo.com
If this is related to another permit, you must provide Master Permit Number:

## General Information

Proposed Use of Building: Don't Ceh hotel
Current Use: Q
Job Description: demolition
New Construction Total Cost: 40,000
New Construction Sq. Ft: 044  Lineal:
Remodeling Total Cost:
Remodeling Sq. Ft:  Lineal Ft:
Units:  Floors:  Height:  Gallons:

## Threshold Inspector

Name:
Address:
Phone:

## Bonding Company

Name:
Address:
Phone:

## Permit Type

☑ Building ☐ Plumbing
☐ Mechanical/AC ☐ Plumbing/Gas
☐ Electrical ☐ Roofing
☐ Landscaping ☐ Sign
☐ Electrical ☐ Trees
☐ Fire ☐ Mechanical Elevator

## Engineer/Architect Information

Engineer's Name:
Address:
Phone:  E-Mail:
Architect's Name: Nckenzie construction  FL 33142
Address: 2247 NW 17 mave, miami FL 33142
Phone: 786 429544 E-Mail: gilberto@buildmckenzie.com

## Change in Building Permit

☑ Change of Contractor (CR) ☐ Change of Qualifier (CQ)
☐ Re-certification of Plans (RC) ☐ Plans revision (RV)
☐ Completion Permit (CP)

## Building Permit Type

☐ New Construction ☐ Addition
☐ General Repair/Remodeling ☐ Misc. Building
☐ Change of Occupancy ☑ Demolition
☐ Change of Use

---

I understand that separate permits must be obtained for other items (i.e. electrical, plumbing, roofing, etc.), unless specifically covered by this permit. In signing this application, I am responsible for the supervision and completion of the construction in accordance with the plans and specifications and for compliance with all federal, state, and county laws applicable.

**Owner's Affidavit:** I certify that all the forgoing information is correct. Owner Certifies that the aforementioned Contractor has the authorization to perform the work as specified above.

**Lessee's Affidavit:** Lessee certifies that he has full consent and authorization from owner of subject property to perform the above-mentioned work and to hire above captioned contractor.

I have read the information contained in this permit and understand that any misrepresentation may constitutes fraud and could void the permit

Signature of Owner/Lessee
Print Name: Martin Pinilla II

Signature of Qualifier
Print Name: Sixto E. Munoz

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 23
Day of March, 20 21
By Martin Pinilla
(SEAL)
Personally known or Produced Identification,
Type of Identification produced _____

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 23
Day of March, 20 21
By Sixto F Munoz
(SEAL)
Personally known or Produced Identification,
Type of Identification produced _____

CLAUDIA B CANELLAS
Notary Public - State of Florida
Commission # GG 276092
My Comm. Expires Nov 13, 2022
Bonded through National Notary Assn.

CLAUDIA B CANELLAS
Notary Public - State of Florida
Commission # GG 276092
My Comm. Expires Nov 13, 2022
Bonded through National Notary Assn.

## FOR BUILDING DEPARTMENT USE ONLY

Revision: No. of Sheets: _____  Tracking required: _____

| Application Received by: | Date: | Permit Authorized by: | Date |
|---|---|---|---|
| | | | |

**City of Miami**
**Building Department**
**Permit Application**

Plan #: BD18-013492-001-B001
Permit #:
Total Due: $ 2108.60

| Job Location | | Owner Lessee Information | |
|---|---|---|---|
| Folio Number: 01-4102-006-6230 | | Owner: Tower Hotel LLC | |
| Job Address: 1450 SW 7th ST   Zip: | | Owner's Address: 1637 Calle Ocho ste200 | |
| Legal Address: | | Phone: | E-Mail: |
| Unit No: | | Lessee: | |
| ☒Commercial   ☐ Residential   ☐ Dry Run | | Lessee Address: | |
| ☐ Owner   ☐ Contractor   ☐ Lessee | | Phone: | E-Mail: |

| Contractor Information | General Information | |
|---|---|---|
| Contractor's License/Registration No: CGC151655 | Proposed Use of Building: | |
| Contractor's Social Security Number: | Current Use: | |
| Qualifier's Name: Gavin McKenzie | Job Description: demolition | |
| Company's Name: McKenzie Construction LLC | New Construction Total Cost: | |
| Address: 2247 NW 17th Ave | New Construction Sq. Ft: | Lineal: |
| City: Miami   State: FL   Zip: 33142 | Remodeling Total Cost: $40,000 | |
| Phone: 786-412-7341 | Remodeling Sq. Ft: | Lineal Ft: |
| E-Mail: info@buildmckenzie.com | Units:   Floors:   Height:   Gallons: | |
| If this is related to another permit, you must provide Master Permit Number: | | |

| Threshold Inspector | Bonding Company |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Phone: | Phone: |

| Permit Type | | Engineer/Architect Information | |
|---|---|---|---|
| ☒Building | ☐ Plumbing | Engineer's Name: | |
| ☐ Mechanical/AC | ☐ Plumbing/Gas | Address: | |
| ☐ Electrical | ☐ Roofing | Phone: | E-Mail: |
| ☐ Landscaping | ☐ Sign | Architect's Name: Gilbert Atick | |
| ☐ Electrical | ☐ Roofing | Address: 2247 NW 17th Ave Miami FL | |
| ☐ Fire | ☐ Mechanical Elevator | Phone:   E-Mail: gilbert@buildmckenzie.com | |

| Change to Existing Permit | | Building Permit only | |
|---|---|---|---|
| ☐ Change of Contractor (CR)   ☐ Change of Qualifier (CQ) | | ☐ New Construction | ☐ Addition |
| ☐ Re-certification of Plans (RC)   ☐ Plans revision (RV) | | ☐ General Repair/Remodeling | ☐ Misc. Building |
| ☐ Completion Permit (CP) | | ☐ Change of Occupancy | ☒Demolition |
| | | ☐ Change of Use | |

I understand that separate permits must be obtained for other items (i.e. electrical, plumbing, roofing, etc.), unless specifically covered by this permit. In signing this application, I am responsible for the supervision and completion of the construction in accordance with the plans and specifications and for compliance with all federal, state, and county laws applicable

**Owner's Affidavit** I certify that all the forgoing information is correct. Owner Certifies that the aforementioned Contractor has the authorization to perform the work as specified above

**Lessee's Affidavit** Lessee certifies that he has full consent and authorization from owner of subject property to perform the above-mentioned work and to hire above captioned contractor.

I have read the information contained in this permit and understand that any misrepresentation may constitutes fraud and could void the permit

Signature of Owner/Lessee
MARTIN PINILLA
Print Name

Signature of Qualifier
Gavin McKenzie
Print Name

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 20
Day of August, 2018
By Martin Pinilla
(SEAL) Eilany Bayona
Personally Known or Produced Identification
Type of Identification produced Personally Known

State of Florida, County of Miami-Dade
Sworn to and subscribed before me this 21st
Day of August, 2018
By Gavin McKenzie
(SEAL) Carmen D Bernard
Personally Known or Produced Identification
Type of Identification produced personally known

| FOR BUILDING DEPARTMENT USE ONLY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Revision: No. of Sheets: ② Tracking required. | | | | | | | | |

Application Received by:   Date:   Permit Authorized by: MH   Date: 7/26/19

EILANY BAYONA
MY COMMISSION # GG065597
EXPIRES January 26, 2021

CARMEN DE BERNARDI
MY COMMISSION # GG 180911
EXPIRES: March 1, 2022
Bonded Thru Notary Public Underwriters



**Suarez, Jose**

| | |
|---|---|
| **From:** | Barcena, Anthony |
| **Sent:** | Friday, April 20, 2018 7:25 PM |
| **To:** | Suarez, Jose |
| **Cc:** | Blom, Richard |
| **Subject:** | Fwd: Little Havana and East Brickell area Parking Surcharge Compliance |

FYI

Get Outlook for iOS

---

From: Franklin Laso <flaso@ccsgonline.net>
Sent: Friday, April 20, 2018 16:45
Subject: Little Havana and East Brickell area Parking Surcharge Compliance
To: Barcena, Anthony <abarcena@miamigov.com>
Cc: Franklin Laso <flaso@ccsgonline.net>


Hello Mr. Barcena,

Hope all is well.

One of the responsibilities of Complete Consulting Services Group (CCSG) as the parking surcharge administrator on behalf of the City of Miami is to ensure that all the parking operators pay the correct amount of surcharge to the City. One of the methods that CCSG utilizes is conduct field audits. In order to target as many locations as possible, CCSG had divided the City of Miami into different areas. Below is a summary of CCSG efforts in the Little Havana and East Brickell area during the month of March 2018:

Casa Juancho
2436 SW 8th Street
Self-Operator

Hoy Como Ayer Restaurant
2212 SW 8th Street
Discovery Parking

Casa Panza
1620 SW 8th Street
S.H. Valet Services Corp.

Ball and Chain
1513 SW 8th Street
S.H. Valet Services Corp.
The operator reported $10,456 in parking revenue for the last two years. Based on the field audits conducted by CCSG it was determined that the operator was underreporting and CCSG assessed revenue in the amount of $83,150 for 2 years which resulted in $12,470 surcharge due.

Guantanamera

1465 SW 8th Street (New-Closed)
DEC

Fonda La Chismosa (new)
981 SW 8th Street
Park of Miami

Little Havana Lot
710 SW 16th Avenue
M&M

G & B Gas station
190 SW 8th Street
Self-Operator

Latitude
185 SW 7th Street
DP System

Nordica Condo (Complementary)
2525 SW 3rd Avenue

Habitat Residence
1701 SW 2nd Avenue
5elf-Operator

Homewood Suites Brickell
1750 SW 1st Avenue
Self-Operator

Soccer Cage
330 SW 7 Street
Self-Operator
Mr. Christian Driussi, the representative from Soccer Cage, leases part of the property which includes the soccer fields and the parking lot from the owners of the said property. According to Mr. Driussi, the customers going to the soccer facility do not pay for parking. The Soccer facility is open 24 hours. However, since people going to Sidebar were using the parking lot and the soccer customers did not have a place to park, Mr. Driussi made the decision to start charging for parking to the people going to Sidebar. CCSG assessed revenue in the amount of $10,550 for one year. Currently the facility is not charging as they are obtaining the required licenses and permits.

Atton Hotel
1500 SW 1st Avenue
USA Parking

CCSG will continue to monitor this area as well as the other areas of the City of Miami to ensure compliance with the City of Miami Parking Surcharge Ordinance. If you have any questions, please contact me @ 305-573-4300

*Franklin Laso*
*President*
*Complete Consulting Services Group (CCSG)*
*2650 Biscayne Boulevard*
*Miami, FL 33137*
*flaso@ccsgonline.net*
*www.ccsgonline.net*

2

Tue, Dec 25, 4:31 PM

Boss,

Thank you for your guidance, assistance and most of all Trust and confidence in me to take appropriate actions. It's very rewarding to work with a truly ethical and principled individual. Hopefully you'll be able to relax a bit and enjoy the holiday season with your loved ones.

Richie

Jan 8, 2018, 12:15 PM

Boss,

Sorry, I didn't realize that you were tied up with this ridiculous trial. I thought that this case would have been thrown out by now. I'm sorry you have to go through this and will contact you when it's over.
Of course if there is anything I can assist you with before then please call

over.

Of course if there is anything I can assist you with before then please call.

Thanks

Richie

Jan 22, 2018, 10:12 PM

Congratulations! Glad that nonsense is over and you and your family can focus on your lives again.

Dec 9, 2017, 2:13 PM

Boss,

Just as we did in Doral, begin a new administration with an assurance that all firearms, currency and drugs are accounted for and police reports are written for items that are unable to be located.

It protects the Mayor, Commissioners, Manager and Police

It protects the Mayor, Commissioners, Manager and Police Chief from embarrassing situations.

Once the inventory is completed a regular and ongoing review of compliance issues in all areas of the police department would give a higher level of assurance that risk exposure is significantly diminished.

efforts in conjunction with a 20 hour work week and keep elected officials who I would report to regularly informed of my findings, recommendations and suggestions.

Please give me your thoughts.

Thanks

Richie

As a Special Advisor on Public Safety I could effectively fulfill these efforts in conjunction with a 20 hour work week and keep elected officials who I would report to regularly informed of my findings, recommendations and suggestions.

Please give me your thoughts.

Thanks

Nov 11, 2019, 3:56 PM

Boss,

I hope all is well with you and the family.
I tried calling to see if I can assist in any way with your run-off but your mailbox is full so I was unable to leave a message. Please let me know if I can assist.

Thanks

Richie

*JUN 20*

*$650.00*



VALET PERMIT APPLICATION OR RENEWAL

## AS PER CITY OF MIAMI CODE, CHAPTER 35, ARTICALE VIII

Valet permits are issued under the provision of the City of Miami Code, Chapter 35, Article VIII, which requires the operations of a business to be in compliance with all City of Miami Code sections. The business location and/or documents will be reviewed by the following departments:

1. Department of Off-Street Parking d/b/a Miami Parking Authority
2. Department of Risk Management
3. Department of Public Works
4. Department of Planning and Zoning
5. Miami Police Department (Special Events)
6. Corresponding NET Office

There is an application fee of $150.00, which is non-refundable. Please contact Ms. Lorena Navarrete at (305)373-6789 Ext. 289, if you have any questions regarding the application requirements of the City Code or if you need further assistance.

*****************************************************************************************

**Part I** – To be completed by Applicant and submitted to Department of Off-Street Parking at 40 NW 3rd Street Miami, FL 33128 (Ground Floor Customer Service Office).

Name of Business/Establishment: *S.H. Valet Service Corp. (Ball & Chain)*

Address: *1513 SW 8th St. Miami FL 33135*

Valet Owner's Name: *Omar Rojas*

Valet Owner's Mailing Address: *P.O. box 9702 Fort Lauderdale FL 33310*

Email Address and Phone Number: *S.h.valetservice@gmail.com 954-244-3336*

This application, along with the following items, is submitted under the following conditions:

1. There is a non-refundable one-time application fee of $150.00.
2. The Permit fee is $500.00 for a six-month period.

Please attach the following documents evidencing current compliance.

1. Liability Insurance (General Liability, Garage Keepers Liability, and Workmen's Comp) naming the City of Miami and the Department of Off-Street Parking as additional/certificate holder insured.
2. Certificate of Use
3. Occupational License
4. Site Plan [See Section 35-305 (a) (6)]
5. Copies of Corporate Bylaws
6. Copy of Agreement for Off-Street Parking Spaces (Storage)
7. The Operator of the Valet business needs to obtain a letter of approval from the business where the valet operations will be conducted.

*****************************************************************************************

**Part II** – Certification

I read the city of Miami Code Chapter 35, Article VIII, and understand that I shall execute the attached hold harmless/indemnity agreement and provide valid proof of required insurance as a condition precedent to the City's issuance of the herein requested permit.



Valet Permit application Page 2

Furthermore, I shall hold the City of Miami and Department of Off-Street Parking, its officers, agents and employees free and harmless and indemnify same from any claims for damages or losses to persons or property including legal fees and costs of defending any actions or suits thereon, including any appeals therefrom, which may result from the granting of this permit.

*S.H. Valet Service Corp.*
Name of company/Corporation/Partnership

| | | |
|---|---|---|
| _Signature of Owner/Applicant_ | _President_ | _12/20/17._ |
| Signature of Owner/Applicant | Title | Date |

Notary:

*OMAR Rojas*                    *12/20/17.*
Print Name                       Date

_Notary Signature_                     (Imprint Notary Seal)

NOTARY PUBLIC
STATE OF FLORIDA
OMAR HELI ROJAS
MY COMMISSION # FF 150748
EXPIRES: December 13, 2018
Bonded Thru Budget Notary Services

Property Owner's Approval Signature: _____

Property Owner's Address: *1513 Sw 8th Street*

Property Owner's Telephone: *305-525-7662*

Property Owner's Email Address: *bill@ burlingtongroup.com*

# CERTIFICATE OF GARAGE INSURANCE

DATE (MM/DD/YYYY)
12/13/2017

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Just Insurance Brokers | | |
|---|---|---|---|---|
| Just Insurance Brokers | PHONE (A/C, No, Ext): | (305) 418-4701 | FAX (A/C, No): | (305) 418-4706 |
| 1200 NW 78 Ave Suite 105 | E-MAIL ADDRESS: | acamafreita@jibfl.net | | |
| Miami | 33126 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | | INSURER A : Catlin Specialty Insurance. | | |
| SH Valet Services Corp | | INSURER B : THE TRAVELERS INDEMNITY COMPANY OF AMERICA | | |
| PO BOX 9702 | | INSURER C : | | |
| | | INSURER D : | | |
| Ft Lauderdale | 33310 | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES
PROD / CUSTOMER ID:                              CERTIFICATE #:                    REVISION #:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GARAGE LIABILITY<br>[X] ALL OWNED AUTOS [ ] HIRED AUTOS ONLY<br>NON-OWNED AUTOS USED IN GARAGE BUSINESS | Y | | 0901102346 | 09/10/2017 | 09/10/2018 | AUTO ONLY (Each accident) | $ 1,000,000 |
| | | | | | | | OTHER THAN AUTO ONLY  EA ACCIDENT | $ 1,000,000 |
| | | | | | | | AGGREGATE | $ 2,000,000 |
| A | GARAGE KEEPERS LIABILITY<br>[X] LEGAL LIABILITY<br>[ ] DIRECT BASIS<br>[ ] PRIMARY [ ] EXCESS | Y | | 0901102346 | 09/10/2017 | 09/10/2018 | [X] COMP / OTC  LOC  1 | $ 1,000,000 |
| | | | | | | | SPECIFIED PERILS  LOC  2 | $ 1,000,000 |
| | | | | | | | [X] COLLISION  LOC  1 | $ 1,000,000 |
| | | | | | | | LOC  2 | $ 1,000,000 |
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [ ] OCCUR | Y | | 0901102346 | 09/10/2017 | 09/10/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PRO-JECT [ ] LOC | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | UMBRELLA LIAB [ ] OCCUR<br>EXCESS LIAB [ ] CLAIMS-MADE | | | | | | | EACH OCCURRENCE | $ |
| | [ ] DED [ ] RETENTION $ | | | | | | AGGREGATE | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N<br>(Mandatory in NH)<br>If yes, describe under REMARKS below | N/A | Y | UB-4G407392-16 | 11/21/2017 | 11/21/2018 | [X] WC STATU-TORY LIMITS [X] OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | Garage Keepers | Y | | 0901102346 | 09/10/2017 | 09/10/2018 | $1,000,000 Max Location<br>$1,000,000 per Vehicle | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

City of Miami and Miami Parking Authority are named as additional insured with respect to general liability. Insurance is primary and non-contributory.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Miami and Parking Authority (MPA)<br><br>444 SW 2nd Ave,        40 NW 3rd Street,<br>Miami, FL 33130      Miami, FL 33128 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

ACORD 30 (2010/12)

The ACORD name and logo are registered marks of ACORD

© 2010 ACORD CORPORATION. All rights reserved.

THIS IS NOT A BILL

you relocate, sell the business, or change the type of business, a new certificate must be obtained from Building and Zoning at 444 S.W. 2nd Avenue, 4th Floor, Phone: (305)416-1199.

# CERTIFICATE OF USE
## FIRE SAFETY PERMIT

**BUSINESS NAME :** S.H. Valet Service Corp
**DBA:**
**DATE ISSUED:** 09/23/14
**VALID FROM:** 10/01/17 TO 09/30/18
**ACCOUNT NUMBER:** 119927
**SERVICE ADDRESS:** 1513 SW 8 ST
**APPROVED USE:** CU03 -General Commercial
Uncovered parking area

**COMMENTS:**
**RESTRICTIONS:**

Restrictions on this CU are informational only. For all restrictions, please contact the Office of Zoning

• PLEASE DISPLAY THIS CERTIFICATE IN A CONSPICUOUS LOCATION AT OCCUPANCY ADDRESS.
• FAVOR DE MOSTRAR ESTE CERTIFICADO EN UN SITIO VISIBLE EN LA DIRECCION DEL COMERCIO.

Please note that this Certificate of Use expires on September 30th of the effective year listed herein. Ensuring renewal by October 1st is the responsibility of the business entity. For further information you may call (305) 416-1570.

Favor de tomar nota que este Certificado de Uso se vence el 30 de Septiembre del año indicado. Asegurar la renovación para el 1ro de Octubre es la responsabilidad del negocio. Para más información puede llamar al (305) 416-1570.

Tanpri note byen sètifika wap itilize-a ap ekspire jou 30 Septam ane sa-a. Se responsabilité met biznis la pou li renouvle-l Premye Oktob ane kap vini-a. Si ou bezwen plis enfòmasyon, ou ka rele nou nan: (305) 416-1570.

# Local Business Tax Receipt
## Miami–Dade County, State of Florida
~THIS IS NOT A BILL – DO NOT PAY

7175601

BUSINESS NAME/LOCATION
S H VALET SERVICE CORP
1513 SW 8 ST
MIAMI, FL   33135

RECEIPT NO.
RENEWAL
7455165

**LBT**

EXPIRES
SEPTEMBER 30, 2018
Must be displayed at place of business
Pursuant to County Code
Chapter 8A – Art. 9 & 10

OWNER
S H VALET SERVICE CORP
C/O OMAR ROJAS PRES

Employee(s)        2

SEC. TYPE OF BUSINESS
213        SERVICE BUSINESS

PAYMENT RECEIVED
BY TAX COLLECTOR
45.00      08/25/2017
0200-17-005172

This Local Business Tax Receipt only con"rms payment of the Local Business Tax. The Receipt is not a license, permit, or a certi"cation of the holder's quali"cations, to do business. Holder must comply with any governmental or nongovernmental regulatory laws and requirements which apply to the business.

The RECEIPT NO. above must be displayed on all commercial vehicles – Miami–Dade Code Sec 8a–276.
For more information, visit www.miamidade.gov/taxcollector



1637 SW 8Th Street   Miami FL 33135

CoTE GALLery



1637 SW 8Th STREET MIAMI FL 33135
COTE Gallery



717 SW 7 AVe MIAMI FL 33135
LOTE  BALL And chAIN

717 SW 7 AVE    MIAMI FL 33135
CoTE    BAll And chain

# BYLAWS

## OF

S.H. Valet Service Corp.

*A Florida Corporation*

## ARTICLE 1 -- SHAREHOLDERS

**1.1 Annual Meeting.** A meeting of shareholders shall be held each year for the election of directors and for the transaction of any other business that may come before the meeting. The board of directors shall designate the time and place of the meeting. F.S. 607.0701

**1.2 Special Meeting.** Special meetings of the shareholders, for any purpose or purposes, shall be held when directed by the (chair of the board/president/board of directors), or at the request of the holders of not less than one tenth of all outstanding shares of the corporation entitled to vote at the meeting. F.S.607.0702

**1.3 Place of Meeting.** The board of directors may designate any place, either in or outside the state of Florida, as the place of meeting for any annual or special meeting of the shareholders. If no designation is made, the place of meeting shall be the corporation's principal office [in the state of Florida]. F.S. 607.0702(2)

**1.4 Action Without a Meeting.** Action required or permitted to be taken at any meeting of the shareholders may be taken without a meeting, without prior notice, and without a vote if the action is taken by the holders of outstanding shares of each voting group entitled to vote on it having not less than the minimum number of votes with respect to each voting group that would be necessary to authorize or take such action at a meeting at which all voting groups and shares entitled to vote were present and voted. To be effective, the action must be evidenced by one or more written consents describing the action taken, dated and signed by approving shareholders having the requisite number of votes of each voting group entitled to vote, and delivered to the corporation at its principal office in Florida or its principal place of business, or to the corporate secretary or another officer or agent of the corporation having custody of the book in which proceedings of meetings of shareholders are recorded. No written consent shall be effective to take corporate action unless, within 60 days of the date of the earliest dated consent delivered in the manner required by this section, written consents signed by the number of holders required to take action are delivered to the corporation.

Any written consent may be revoked before the date that the corporation receives the required number of consents to authorize the proposed action. No revocation is effective unless in writing and until received by the corporation at its principal office or its principal place of business, or received by the corporate secretary or other officer or agent of the corporation having custody of the book in which proceedings of meetings of shareholders are recorded.

27

Within 10 days after obtaining authorization by written consent, notice must be given to those shareholders who have not consented in writing or who are not entitled to vote on the action. The notice shall fairly summarize the material features of the authorized action and, if the action is one for which dissenters' rights are provided under the articles of incorporation or by law, the notice shall contain a clear statement of the right of dissenting shareholders to be paid the fair value of their shares on compliance with applicable law.

A consent signed as required by this section has the effect of a meeting vote and may be described as such in any document.

Whenever action is taken as provided in this section, the written consent of the shareholders consenting or the written reports of inspectors appointed to tabulate such consents shall be filed with the minutes of proceedings of shareholders.

**1.5 Notice of Meeting.** Except as provided in F.S. Chapter 607, the Florida Business Corporation Act, written or printed notice stating the place, day, and hour of the meeting and, in the case of a special meeting, the purpose or purposes for which the meeting is called, shall be delivered not less than 10 nor more than 60 days before the date of the meeting, either personally or by first-class mail, by, or at the direction of, the president or the secretary, or the officer or other persons calling the meeting, to each shareholder of record entitled to vote at the meeting. If the notice is mailed at least 30 days before the date of the meeting, a class of United States mail other than may affect it first-class. If mailed, the notice shall be effective when mailed, if mailed postage prepaid and correctly addressed to the shareholder's address shown in the current record of shareholders of the corporation. F.S. 607.0141(1) & 607.0705(1)

When a meeting is adjourned to another time or place, it shall not be necessary to give any notice of the adjourned meeting if the time and place to which the meeting is adjourned are announced at the meeting at which the adjournment is taken. At the adjourned meeting any business may be transacted that might have been transacted on the original date of the meeting. If, however, after the adjournment the board of directors fixes a new record date for the adjourned meeting, a notice of the adjourned meeting shall be given as provided in this section to each shareholder of record on the new record date entitled to vote at such meeting.

**1.6 Waiver of Notice of Meeting.** Whenever any notice is required to be given to any shareholder, a waiver in writing signed by the person or persons entitled to such notice, whether signed before, during, or after the time of the meeting and delivered to the corporation for inclusion in the minutes or filing with the corporate records, shall be equivalent to the giving of such notice. Attendance of a person at a meeting shall constitute a waiver of (a) lack of or defective notice of the meeting, unless the person objects at the beginning of the meeting to the holding of the meeting or the transacting of any business at the meeting, or (b) lack of or defective notice of a particular matter at a meeting that is not within the purpose or purposes described in the meeting notice, unless the person objects to considering the matter when it is presented. F.S. 607.0706

28

**1.7 Fixing of Record Date.** In order that the corporation may determine the shareholders entitled to notice of, or to vote at, any meeting of shareholders or any adjournment thereof, or to express consent to corporate action in writing without a meeting, or to demand a special meeting, the board of directors may fix, in advance, a record date, not more than 70 days before the date of the meeting or any other action. A determination of shareholders of record entitled to notice of, or to vote at, a meeting of shareholders shall apply to any adjournment of the meeting unless the board fixes a new record date, which it must do if the meeting is adjourned to a date more than 120 days after the date fixed for the original meeting.

If no prior action is required by the board, the record date for determining shareholders entitled to take action without a meeting is the date the first signed written consent is delivered to the corporation under Section 1.4 of these bylaws. F.S. 607.0707

**1.8 Shareholders' List.** After fixing a record date for a meeting of shareholders, the corporation shall prepare an alphabetical list of the names of all its shareholders entitled to notice of the meeting, arranged by voting group with the address of, and the number, class, and series, if any, of shares held by, each shareholder. The shareholders' list must be available for inspection by any shareholder for 10 days before the meeting or such shorter time as exists between the record date and the meeting and continuing through the meeting at the corporation's principal office, at a place identified in the meeting notice in the city where the meeting will be held, or at the office of the corporation's transfer agent or registrar. Any shareholder of the corporation or the shareholder's agent or attorney is entitled on written demand to inspect the shareholders' list (subject to the requirements of F.S. 607.1602(3)) during regular business hours and at the shareholder's expense, during the period it is available for inspection. F.S.607.0720

The corporation shall make the shareholders' list available at the meeting of shareholders, and any shareholder or the shareholder's agent or attorney is entitled to inspect the list at any time during the meeting or any adjournment.

**1.9 Voting Per Share.** Except as otherwise provided in the articles of incorporation or by F.S. 607.0721, each shareholder is entitled to one vote for each outstanding share held by him or her on each matter voted at a shareholders' meeting. F.S. 607.0721(1)

**1.10 Voting of Shares.** Shares standing in the name of another corporation, domestic or foreign, may be voted by the officer, agent, or proxy designated by the bylaws of the corporate shareholder or, in the absence of any applicable bylaw, by a person or persons designated by the board of directors of the corporate shareholder. In the absence of any such designation or, in case of conflicting designation by the corporate shareholder, the chair of the board, the president, any vice president, the secretary, and the treasurer of the corporate shareholder, in that order, shall be presumed to be fully authorized to vote the shares.

29

Administrators, executors, or guardians, may vote as personal representative or conservator, either in person or by proxy, without a transfer of such shares into his or her name. The trustee, either in person or by proxy, may vote shares standing in the name of a trustee but no trustee shall be entitled to vote shares held by him or her without a transfer of such shares into his or her name or the name of his or her nominee.

Shares held by, or under the control of, a receiver, a trustee in bankruptcy proceedings, or an assignee for the benefit of creditors may vote without the transfer into his or her name.

If shares stand of record in the names of two or more persons, whether fiduciaries, members of a partnership, joint tenants, tenants in common, tenants by the entirety, or otherwise, or if two or more persons have the same fiduciary relationship respecting the same shares, unless the secretary of the corporation is given notice to the contrary and is furnished with a copy of the instrument or order appointing them or creating the relationship wherein it is so provided, then acts with respect to voting shall have the following effect: (a) if only one of the persons votes, in person or by proxy, that act binds all; (b) if more than one votes, in person or by proxy, the act of the majority so voting binds all; if more than one votes, in person or by proxy, but the vote is evenly split on any particular matter, each faction is entitled to vote the share or shares in question proportionally; or (d) if the instrument or order so filed shows that any such tenancy is held in unequal interest, a majority or a vote evenly split for purposes hereof shall be a majority or a vote evenly split in interest. The principles of this paragraph shall apply, as far as possible, to execution of proxies, waivers, consents, or objections and for the purpose of ascertaining the presence of a quorum. F.S. 607.0721

**1.11 Proxies.** Any shareholder of the corporation, other person entitled to vote on behalf of a shareholder under F.S. 607.0721, or attorney-in-fact for such persons, may vote the shareholder's shares in person or by proxy. Any shareholder may appoint a proxy to vote or otherwise act for him or her by signing an appointment form, either personally or by an attorney-in-fact. An executed telegram or cablegram appearing to have been transmitted by such person, or a photographic, photo static, or equivalent reproduction of an appointment form, or an electronic transmission shall be deemed a sufficient appointment form.

An appointment of a proxy is effective when received by the secretary of the corporation or such other officer or agent authorized to tabulate votes, and shall be valid for up to 11 months, unless a longer period is expressly provided in the appointment form.

The death or incapacity of the shareholder appointing a proxy does not affect the right of the corporation to accept the proxy's authority unless notice of the death or incapacity is received by the secretary or other officer or agent authorized to tabulate votes before the proxy exercises authority under the appointment.

An appointment of a proxy is revocable by the shareholder unless the appointment form conspicuously states that it is irrevocable and the appointment is coupled with an interest. F.S. 607.0722

30

**1.12 Quorum.** Shares entitled to vote as a separate voting group may take action on a matter at a meeting only if a quorum of those shares exists with respect to that matter. Except as otherwise provided in the articles of incorporation or by law, a majority of the shares entitled to vote on the matter by each voting group, represented in person or by proxy, shall constitute a quorum at any meeting of shareholders. F.S. 607.0725 & 607.0824

Once a share is represented for any purpose at a meeting, it is deemed present for quorum purposes for the remainder of the meeting and for any adjournment of that meeting unless a new record date is or must be set for that adjourned meeting.

**1.13 Effect of Action.** If a quorum is present, action on a matter (other than the election of directors) by a voting group is approved if the vote's cast within the voting group favoring the action exceed the votes cast opposing the action, unless a greater or lesser number of affirmative votes is required by the articles of incorporation or by law. F.S.607.0725 (3)

**1.14 Voting for Directors.** Directors will be elected by a plurality of the votes cast by the shares entitled to vote in the election at a meeting at which a quorum is present. F.S. 607.0728

**1.15 Inspectors of Election.** Before each shareholder's meeting, the board of directors or president shall appoint one or more inspectors of election. On appointment, each inspector shall take and sign an oath to faithfully execute the duties of inspector at the meeting with strict impartiality and to the best of his or her ability. Inspectors shall determine the number of shares outstanding, the number of shares present at the meeting, and whether a quorum is present. The inspectors shall receive votes and ballots and determine all challenges and questions as to the right to vote. The inspectors shall count and tabulate all votes and ballots and determine the result. Inspectors shall perform other duties as are proper to conduct elections of directors and votes on other matters with fairness to all shareholders. Inspectors shall make a certificate of the results of elections of directors and votes on other matters. No inspector shall be a candidate for election as a director of the corporation. F.S. 607.0724(3)

## ARTICLE 2 -- BOARD OF DIRECTORS

**2.1 General Powers.** Except as provided in the articles of incorporation and by law, all corporate powers shall be exercised by or under the authority of, and the business and affairs of the corporation shall be managed under the direction of, its board of directors. F.S. 607.0801,607.0732(1), 607.0732(1)(h), 607.0831

31

**2.2 Number, Terms, Classification, and Qualification.** The board of directors of the corporation shall consist of ___2___ (number) persons. The number of directors may at any time and from time to time be increased or decreased by action of either the shareholders or the board of directors, but no decrease in the number of directors shall have the effect of shortening the term of any incumbent director. A director must be a natural person of at least 18 years of age, but need not be a citizen of the United States of America, a resident of Florida, or a shareholder of the corporation. Each director shall hold office until a successor has been elected and qualified or until an earlier resignation, removal from office, or death. F.S. 607.0802, 607.0803, and 607.0805

**2.3 Regular Meetings.** An annual regular meeting of the board of directors shall be held without notice immediately after, and at the same place as, the annual meeting of the shareholders and at such other time and place as may be determined by the board of directors. The board may, at any time and from time to time, provide by resolution the time and place, either within or without the state of Florida, for the holding of the annual regular meeting or additional regular meeting of the board without other notice than the resolution F.S 607.0820 & 607.0822

**2.4 Special Meetings.** The chair of the board, the president, or any two directors may call special meetings of the board of directors.

The person or persons authorized to call special meetings of the board may designate any place, either within or without the state of Florida, as the place for holding any special meeting of the board called by them. If no designation is made, the place of the meeting shall be the principal office of the corporation in Florida.

Notice of any special meeting of the board may be given by any reasonable means, oral or written, and at any reasonable time before the meeting. The reasonableness of notice given in connection with any special meeting of the board shall be determined in light of all pertinent circumstances. It shall be presumed that notice of any special meeting given at least two days before the meeting either orally (by telephone or in person), or by written notice delivered personally or mailed to each director at his or her business or residence address, is reasonable. If mailed, the notice of any special meeting shall be deemed to be delivered on the second day after it is deposited in the United States mail, so addressed, with postage prepaid. Notice by electronic means is written notice. If notice is given by telegram, it shall be deemed delivered when the telegram is delivered to the telegraph company. Neither the business to be transacted at, nor the purpose or purposes of, any special meeting need be specified in the notice or in any written waiver of notice of the meeting. F.S. 607.0820(3), 607.0822, 607.0141,607.0141(7)

32

**2.5 Waiver of Notice of Meeting.** Notice of a meeting of the board of directors need not be given to any director who signs a written waiver of notice before, during, or after the meeting. Attendance of a director at a meeting shall constitute a waiver of notice of the meeting and a waiver of any and all objections to the place of the meeting, the time of the meeting, and the manner in which it has been called or convened, except when a director states, at the beginning of the meeting or promptly on arrival at the meeting, any objection to the transaction of business because the meeting is not lawfully called or convened. F.S. 607.0823

**2.6 Quorum.** A majority of the number of directors fixed by, or in the manner provided in, these bylaws shall constitute a quorum for the transaction of business; provided, however, that whenever, for any reason, a vacancy occurs in the board of directors, a quorum shall consist of a majority of the remaining directors until the vacancy has been filled. A quorum shall not consist of less than one-third of the directors prescribed by these bylaws or in the Articles of Incorporation. F.S. 607.0824.

**2.7 Effect of Action.** The act of a majority of the directors present at a meeting at which a quorum is present when the vote is taken shall be the act of the board of directors. F.S. 607.0824(3) & 607.0725(2)

**2.8 Presumption of Assent.** A director of the corporation who is present at a meeting of the board of directors or a committee of the board when corporate action is taken shall be presumed to have assented to the action taken, unless he or she objects at the beginning of the meeting, or promptly on arrival, to holding the meeting or transacting specific business at the meeting, or he or she votes against or abstains from the action taken. F.S. 607.0824(4)

**2.9 Action Without a Meeting.** Any action required or permitted to be taken at a meeting of the board of directors or a committee of it may be taken without a meeting if consent in writing, stating the action so taken, is signed by all the directors. Action taken under this section is effective when the last director signs the consent, unless the consent specifies a different effective date. A consent signed under this section shall have the effect of a meeting vote and may be described as such in any document. F.S. 607.0821

**2.10 Meetings by Means of Conference Telephone Call or Similar Electronic Equipment.** Members of the board of directors may participate in a meeting of the board by means of a conference telephone call or similar communications equipment if all persons participating in the meeting can hear each other at the same time. Participation by such means constitutes presence in person at a meeting. FRS. 607.0820(4)

**2.11 Resignation.** Any director may resign at any time by giving written notice to the corporation, the board of directors, or its chair. The resignation of any director shall take effect when the notice is delivered unless the notice specifies a later effective date, in which event the board may fill the pending vacancy before the effective date if it provides that the successor does not take office until the effective date. F.S. 607.0807

33

with or without cause for election of the director by the shareholders. If a director is elected by a voting group of shareholders, only the shareholders of that voting group may participate in the vote to remove that director. The notice of the meeting at which a vote is taken to remove a director must state that the purpose or one of the purposes of the meeting is the removal of the director or directors. F.S. 607.0808

**2.13 Vacancies.** Any vacancy in the board of directors, including any vacancy created by an increase in the number of directors, may be filled by the affirmative vote of a majority of the remaining directors although less than a quorum of the board of directors, or by the shareholders.

**2.14 Compensation.** Each director may be paid the expenses, if any, of attendance at each meeting of the board of directors, and may be paid a stated salary as a director or a fixed sum for attendance at each meeting of the board of directors or both, as may from time to time be determined by action of the board of directors. No such payment shall preclude any director from serving the corporation in any other capacity and receiving compensation for those services. F.S. 607.08101

## ARTICLE 3 – COMMITTEES OF THE BOARD OF DIRECTORS

The board of directors, by resolution adopted by a majority of the full board, may designate from among its members an executive committee and one or more other committees, each of which, to the extent provided in the resolution, shall have and may exercise all the authority of the board of directors, except as prohibited by F.S. 607.0825(1).

Each committee must have two or more members who serve at the pleasure of the board. The board of directors, by resolution adopted in accordance with this article, may designate one or more directors as alternate members of any committee, who may act in the place and stead of any absent member or members at any meeting of the committee. F.S. 607.0825(3)

## ARTICLE 4 -- OFFICERS

**4.1 Officers.** The officers of the corporation shall be a president, a vice president, a secretary, a treasurer, and any other officers and assistant officers as may be deemed necessary, and as shall be approved, by the board of directors. The same person may hold any two or more offices. F.S. 607.08401

**4.2 Appointments and Term of Office.** The officers of the corporation shall be appointed annually by the board of directors at the first meeting of the board held after the shareholders' annual meeting. If the appointment of officers does not occur at this meeting, the appointment shall occur as soon thereafter as practicable. Each officer shall hold office until a successor has been duly appointed and qualified, or until an earlier resignation, removal from office, or death. This provision is optional.

34

**4.3 Resignation.** Any officer of the corporation may resign from his or her respective office or position by delivering notice to the corporation. The resignation is effective when delivered unless the notice specifies a later effective date. If a resignation is made effective at a later date and the corporation accepts the future effective date, the board of directors may fill the pending vacancy before the effective date if the board provides that the successor does not take office until the effective date. F.S. 607.0842(1)

**4.4 Removal.** Any officer of the corporation may be removed from his or her respective office or position at any time, with or without cause, by the board of directors. F.S. 607.0842(2)

**4.5 President.** The president shall be the chief executive officer of the corporation and shall, subject to the control of the board of directors, generally supervise and control all of the business and affairs of the corporation, and preside at all meetings of the shareholders, the board of directors, and all committees of the board of directors on which he or she may serve. In addition, the president shall possess, and may exercise, such power and authority, and shall perform such duties, as may from time to time be assigned to him or her by the board of directors, and as are incident to the offices of president and chief executive officer. This provision is optional.

**4.6 Vice Presidents.** Each vice president shall possess, and may exercise, such power and authority, and shall perform such duties, as may from time to time be assigned to him or her by the board of directors. This provision is optional.

**4.7 Secretary.** The secretary shall keep the minutes of the proceedings of the shareholders and of the board of directors in one or more books provided for that purpose; see that all notices are duly given in accordance with the provisions of these bylaws or as required by law; be custodian of the corporate records and the seal of the corporation; and keep a register of the post office address of each shareholder of the corporation. In addition, the secretary shall possess, and may exercise, such power and authority, and shall perform the duties, as may from time to time be assigned to him or her by the board of directors and as are incident to the office of secretary. This provision is optional.

**4.8 Treasurer.** The treasurer shall have charge and custody of, and be responsible for, all funds and securities of the corporation; receive and give receipts for money due and payable to the corporation from any source whatsoever; and deposit all such money in the name of the corporation in such banks, trust companies, or other depositaries as shall be used by the corporation. In addition, the treasurer shall possess, and may exercise, such power and authority, and shall perform such duties, as may from time to time be assigned to him or her by the board of directors and as are incident to the office of treasurer. This provision is optional.

35

**4.9 Other Officers, Employees, and Agents.** Each and every other officer, employee, and agent of the corporation shall possess, and may exercise, such power and authority, and shall perform such duties, as may from time to time be assigned to him or her by the board of directors, the officer appointing him or her, and the officer or officers who may from time to time be designated by the board to exercise supervisory authority. This provision is optional.

**4.10 Compensation.** The board of directors shall fix the compensation of the officers of the corporation from time to time. This provision is optional.

## ARTICLE 5 -- CERTIFICATES OF STOCK

**5.1 Certificates for Shares.** The board of directors shall determine whether shares of the corporation shall be issued with or without certificates. If the shares are issued with certificates representing shares in the corporation, such certificates shall be signed (either manually or by facsimile) by the president or vice president and the secretary or an assistant secretary and may be sealed with the seal of the corporation or a facsimile thereof. A certificate that has been signed by an officer or officers who later cease to hold such office shall be valid. F.S. 607.0625

**5.2 Transfers of Shares; Ownership of Shares.** Transfers of shares of stock of the corporation shall be made only on the stock transfer books of the corporation, and only after the surrender to the corporation of the certificates representing such shares. Except as provided by F.S. 607.0721, the person in whose name shares stand on the books of the corporation shall be deemed by the corporation to be the owner thereof for all purposes, and the corporation shall not be bound to recognize any equitable or other claim to, or interest in, such shares on the part of any other person, whether or not it shall have express or other notice thereof.( This is an optional provision)

**5.3 Lost Certificates.** The corporation shall issue a new stock certificate in the place of any certificate previously issued if the holder of record of the certificate (a) makes proof in affidavit form that the certificate has been lost, destroyed, or wrongfully taken; (b) requests the issuance of a new certificate before the corporation has notice that the lost, destroyed, or wrongfully taken certificate has been acquired by a purchaser for value in good faith and without notice of any adverse claim; at the discretion of the board of directors, gives bond in such form and amount as the corporation may direct, to indemnify the corporation, the transfer agent, and the registrar against any claim that may be made on account of the alleged loss, destruction, or theft of a certificate; and (d) satisfies any other reasonable requirements imposed by the corporation.( This is an optional provision F.S. has no provision for lost, destroyed , or stolen certificates)

36

## ARTICLE 6 -- ACTIONS WITH RESPECT TO SECURITIES
### OF OTHER CORPORATIONS

Unless otherwise directed by the board of directors, the president or a designee of the president shall have power to vote and otherwise act on behalf of the corporation, in person or by proxy, at any meeting of shareholders of, or with respect to any action of shareholders of, any other corporation in which this corporation may hold securities and to otherwise exercise any and all rights and powers that the corporation may possess by reason of its ownership of securities in other corporations. F.S 607.0721(5)

## ARTICLE 7 -- AMENDMENTS

These bylaws may be altered, amended, or repealed, and new bylaws may be adopted, by action of the board of directors, unless the shareholders, in amending or repealing the bylaws generally or a particular bylaw provision, provide expressly that the board may not amend or repeal the bylaws or that bylaw provision. The shareholders of the corporation may alter, amend, or repeal these bylaws or adopt new bylaws even though these bylaws also may be amended or repealed by the board of directors.F.S. 607.1020

## ARTICLE 8 -- CORPORATE SEAL

The board of directors shall provide for a corporate seal that shall be circular and shall have the name of the corporation, the year of its incorporation, and the state of incorporation inscribed on it.

37



CITY PLAN FOR VALET

OPERATION

LOTE GALLERY

1637 SW 8Th STREET MIAMI FL
33135

Google

CITY PLAN FOR VALET
OPERATION
LOTE BALL And chAin
717 SW 7 AVE MiAmi FL 33135



**S.H.VALET**

BALL & CHAIN
1513 SW 8TH ST,
MIAMI, FL.33135
PH: (305) 525-7662

December, 20 of 2017

RE: Parking Approval

DEAR: WILLIAM O. FULLER

S.H. Valet Service Corp. is handling the valet parking for "BALL & CHAIN." Located

At 1513 SW 8TH ST. MIAMI FL 33135 Phone: (305) 525-7662.

Thank you, for allowing us to use your parking facilities started on September, 14 of 2014.

Lot Address: 1637 SW 8th St. Miami, FL 33135
From: 6pm till close.

Sincerely,

OMAR ROJAS
S.H. VALET SERVICE CORP.
10380 SW VILLAGE CENTER DR. #148
PORT ST. LUCIE, FL 34987
754-244-3336

Signature

12/20/2017

Approval Date:

www.shvaletparking.com | **754.244.3336** | s.h.valetservice@gmail.com



## S.H.VALET

BALL & CHAIN                                        December, 20 of 2017
1513 SW 8TH ST,
MIAMI, FL.33135
PH: (305) 525-7662

RE: Parking Approval

DEAR: WILLIAM O. FULLER

S.H. Valet Service Corp. is handling the valet parking for "BALL & CHAIN." Located

At 1513 SW 8TH ST. MIAMI FL 33135 Phone: (305) 525-7662.

Thank you, for allowing us to use your parking facilities started on September, 14 of 2014.

From: 6pm till close.

Sincerely,

OMAR ROJAS
S.H. VALET SERVICE CORP.
10380 SW VILLAGE CENTER DR. #148
PORT ST. LUCIE, FL 34987
754-244-3336

_____                                 12/20/2017
Signature                                        Approval Date:



S.H. V A L E T

BALL & CHAIN                                    December, 20 of 2017
1513 SW 8TH. ST,
MIAMI, FL.33135
PH: (305) 525-7662

RE: Parking Approval

DEAR: WILLIAM O. FULLER

S.H. Valet Service Corp. is handling the valet parking for "BALL & CHAIN." Located

At 1513 SW 8TH ST. MIAMI FL 33135 Phone: (305) 525-7662.

Thank you, for allowing us to use your parking facilities started on September, 14 of 2014.

Lot Address: 717 SW 8th St. Miami, FL 33135
From: 6pm till close.

Sincerely,

OMAR ROJAS
S.H. VALET SERVICE CORP.
10380 SW VILLAGE CENTER DR. #148
PORT ST. LUCIE, FL 34987
754-244-3336

_____                              12/20/2017
Signature                                      Approval Date:



Business Search        Reports        Training

Logged in as: mtorrado@miamigov.com                                              Log Off

<< Return To Business Search                    **Business Detail**                    * indicates required data

| Ball & Chain | 1513 SW 8 ST , Miami  FL  33135 | (305)525-7662 |
|---|---|---|
| Status: Active | | Oracle # 100846 |

| Detail | Zoning AU/CU | Finance BTR | Billing | Dashboard |

CU-App-2523156 - Printed        ( Re-print Certificate )  ( Amend Certificate )  ( Previous Use )

### Application - Zoning Information

| | | | |
|---|---|---|---|
| Application Date: | 12-Mar-2014 | Certificate Type: | Certificate Of Use |
| Application Origination Office: | On-line | Certificate Status: | Printed |
| 901/Transect Zone: | 0574 / T6-8-O | Certificate Number: | 1405-001154 |
| NET Office: | LITTLE HAVANA | Certificate Issued Date: | 5/7/2014 12:21:00 PM |
| Commissioner's District: | 3: Frank Carollo | Certificate Print Date: | 10/6/2017 10:18:15 AM |

### Zoning Business Review

| | | | |
|---|---|---|---|
| TCO#/TCC#: | | CU Exempt: ☐ | Parking Waiver Filing Date: |
| CO#/ CC#: | | | |

( Save )

### Initial Review

( Review Bill )

Proposed Use:   Alcohol & Beverage Establishment
Property Class:   TAVERN

| CU32 | Zoning Units: | 2700 | Sq Ft |
| FS32 | Fire Units: | 70 | Seat |
| SX32 | Sup. Waste Units: | 70 | Seal |

☑ Certificate Memo:   BAR / LOUNGE PER CLASS II #08-0198
☑ Alcohol License:     4COP
☐ Additional Info. Needed:

5                                          Displaying items 1 - 1 of 1

### Inspection Completion

### Fire Inspection Result

| Zone Code | Property Class* | Fire OCC Load |
|---|---|---|
| CU32 | TAVERN | 250 |

| Fire District: | 25 | X | May | Night Inspection: ☐ | Corridor: | Exterior | Building Protection: | 1 - No Suppre... |
|---|---|---|---|---|---|---|---|---|
| Fire Inspector: | Eduardo Arango | | | Fire Inspect Date*: | 3/17/2014 | | Fire Result*: | Pass |

Is this a Shell:  ☐

**Code Compliance Inspection Result**

| | | | |
|---|---|---|---|
| CC Inspector*: | Juky Jones | CC Inspect Date*: | 3/18/2014 |
| | | CC Result*: | Pass |
| Hauler (Garbage Pickup)*: | SOUTHERN WASTE SYSTEMS LLC | | |

### Zoning Approval

| | | | | | |
|---|---|---|---|---|---|
| Review By: | ebarriel@miamigov.com | Issued By: | tesnyder@miamigov.com | Modified By: | MiamiBiz Printed Certificate |
| Review Date: | 12-Mar-2014 | Issued Date: | 07-May-2014 12:21 PM | Modified Date: | 08-Oct-2017 01:15 PM |

### Zoning Holds

| | | | |
|---|---|---|---|
| Letter Issued Date: | 4/27/2015 4:54:48 PM | Letter Print Date: | 4/27/2015 5:00:07 PM |

### Manage Holds

Remove Selected   Add Hold

| Hold Description | Created By | Created Date |
|---|---|---|
| No Manual Hold Data Available | | |

Displaying items 0 - 0 of 0

### Notes

Add Note

| Date | Type | Notes | Created by |
|---|---|---|---|
| 17-May-2016 | Zoning | Remove Zoning Hold: Hauler, Updated Hauler Information | cbaez@miamigov.com |
| 27-Apr-2015 | Zoning | Add Zoning Hold: Hauler, Missing Hauler Information | Initial Hauler Hold |
| 21-Oct-2014 | Zoning | CORRECTION TO CU FIRE AND SUPP WASTE FEES ADDING 70 SEATS CONFIRMED BY CODE COMPLIANCE FF | tesnyder@miamigov.com |
| 21-Mar-2014 | Zoning | Created Certificate Memo: CLASS II #06-0198 | tesnyder@miamigov.com |
| 20-Mar-2014 | Zoning | DERM# 2014-OL-01637 | tesnyder@miamigov.com |

10

Displaying items 1 - 5 of 5

COPYRIGHT © 2013 CITY OF MIAMI

V. 0.2016.922.1



City of Miami
# CERTIFICATE OF USE

Receipt No: 905 8426

**1513 SW 8 ST**

**INSTRUCTIONS**

1. Do not operate the business until a Certificate of Use, a Business Tax Receipt and, if applicable, a Certificate of Occupancy are issued.
2. This inspection fee is not refundable.
3. Building must be open to all inspectors.
4. Pursuant to the Miami Charter Sec 2-2(07b)): All applications for Certificate of Use shall expire 30 working days from the date of application if approval is not received for issuance of a certificate, unless the space is under construction with a valid permit and approvals cannot be made until work is completed. When all the required inspections have been approved, the applicant must bring this Certificate of Use form to the Office of Zoning.
5. A reinspection fee will be assessed if the inspector is unable to gain access.
6. A sign permit is required for all signs.
7. Inspectors will note any major items inspected, but not listed, on the record of inspections, and also rejections.
8. To avoid unnecessary delay in processing applications and reinspections, please call when work is completed. Also make sure inspectors gain access to your particular place of business.
9. Inspection fee receipt and record of inspection must always be available to the inspectors.
10. To schedule all inspections with the City of Miami, please contact 311 or NET at (305) 468-5900.  C&F
11. To schedule all inspections with D.E.R.M., please contact (305) 372-6899, and or visit 701 NW 1st Court.  D
12. To schedule all inspections with the Health Hotel and Restaurant Department, please contact 1 (850) 487-1395.

**TO BE COMPLETED BY APPLICANT**

1. Business Name:
S.H. Valet Service Corp

2. Date
9/10/2014

3. Address of Business, Including suite or space number and zip code:
1513 SW 8 ST  Miami FL 33135

N/A

4. Mailing Address: (If Different)
N/A

5. Business Telephone No.
(754)244-3336

6. Emergency Telephone No.

7. Business Owner or Agent:
omar rojas

8. E-mail address:

**ZNG**
9. Transect Zone:
T6

Date:

Insp Initials:

Final Reviewer:

**BLDG**
Fire Zone:
0574

Type of Const:

Occ. Classification:

# of Stories:

**FPB**
Dist. Code:
[ X ]

Night Insp:
Yes  No

Shell:
Yes  No

Occ. Load

Bldg. Protection

Corridor

C.U. Exempt
Yes  No

**ZNG**
Proposed/Approved Use:
General Commercial   Valet Parking

Sq. Ft./ Units,Seat or Floors:
2006 / 500 84

Restrictions:

**FPB**
Usage Code:
07

Property Class
965

**OFFICE USE ONLY**
C.O. Number:
S.H. Valet Service Corp

Certificate No:
1409-002230

Date Receipt No:
EM 28 2014

I have read the application and I do freely and voluntarily state that the statements and information contained here is true and correct.

Signature of Owner/Agent:

Date

D  BZ/IS 416 Rev. 5/14   Distribution: White-Owner Agent; Canary-Owner/Agent (after a certificate number is issued); Pink-Occupational Licenses; White Card-Office of Zoning
*A Certificate of Use that is inactive for over 180 days may result in an abandonment of the use in the future*

# RECORD OF INSPECTIONS

**INSTRUCTIONS:**
1. This card must be prominently displayed on the site.
2. When all categories of inspection have been approved for use, the owner, agent or tenant should submit this form to the Office of Zoning located at Miami Riverside Center, 4th Floor, 444 S.W. 2 Ave, Miami, FL 33128

| INSPECTION(S) | DATE | COMMENT(S) | INSPECTOR |
|---|---|---|---|
| **CODE ENFORCEMENT** | | Valet Parking only. | |
| | | Review received. | |
| | | In process - Valet Permit | |
| | | Application process from | R. Sinden |
| | | transit licensing Authority | |
| FINAL | 9/24/14 OK | | |
| **BUILDING** | | PLAN REVIEW | |
| | | FINAL 2014-000-5974 | |
| | | Valet Parking | |
| FINAL | | APPROVAL very close | |
| **HEALTH/HOTEL RESTAURANT** | | DEPARTMENT OF ENVIRONMENTAL RESOURCES MANAGEMENT | |
| | | CORE REVIEWER PRINT | |
| | | SIGNATURE | |
| FINAL | | | |
| **FIRE PREVENTION** | | | |
| FINAL | C.U. 9/22/14 | O.K. | EFA 261 |
| **DERM** | | | |
| FINAL | | | |

I have read the application and I do freely and voluntarily state that the statements and information contained here is true and correct.

Signature of Owner/Agent                                                        Date

CU-App-2527491                           9/10/2014















