



2023/02/22 14:33



2023/02/22 14:33


























2021/03/26 20:29:17







04/10/2019







04/10/2019







04/10/2019



04/10/2019





04/10/2019



04/10/2019



04/10/2019

# OCCUPANT LOAD



The occupant load of this business establishment has been set by the Fire Marshal of the City of Miami by the authority of Section 1:20.1.5.10.3 of the Florida Fire Prevention Code.

**\*\* MAX OCCUPANCY = 75 \*\***
Occupancy Load

Taquerias El Mexicano – Exterior Patio            521 SW 8th Street, Miami FL 33130
Business Name                                                        Address

Date Issued: 5/23/17                                          _____
Date                                                                       Fire Marshall

04/10/2019



































Plan #:

Permit #: BD17045430IBWY

Total Due: $204.05

### Owner Lessee Information

Owner: LA GRAN FIESTA, LLC

Owner's Address: 1637 SW 8th St

Phone: 305 407 1671   E-Mail: bill@barlingtongr

Lessee: ALTOS MEXICANO, LLC

Lessee Address: 2030 S Douglas RD

(SEAL)

Personally known or Produced Identification,

Type of Identification produced

**City of Miami**
**Building Department**
**Permit Application**

| Plan #: |
| Permit #: BD17045430001BW |
| Total Due: $204.05 |

## Job Location

Folio Number: 01-0204-080-1180
Job Address: 521 SW 8th St   Zip: 33130
Legal Address: 521 SW 8th St
Unit No:

☑ Commercial   ☐ Residential   ☐ Dry Run
☐ Owner   ☑ Contractor   ☐ Lessee

## Owner Lessee Information

Owner: LA GRAN FIESTA, LLC
Owner's Address: 1837 SW 8th St
Phone: 3054071677  E-Mail: bill@barlingtong
Lessee: ALTOS MEXICANO, LLC
Lessee Address: 2080 S Douglas Rd
Phone: 3055257062   E-Mail:

## Contractor Information

Contractor's License/Registration No. CBC1250105
Contractor's Social Security Number:
Qualifier's Name: SIXTO E MUNOZ
Company's Name: Florida Building Const.
Address: 190 W 12 St, Apt 19
City: Hialeah  State: FL   Zip: 33010
Phone: (786) 443-6934
E-Mail: TITO MUNOZ 001@ YAHOO.COM

## General Information

Proposed Use of Building: Restaurant
Current Use: Restaurant
**Job Description: Demolition**
New Construction Total Cost:
New Construction Sq. Ft:         Lineal:
**Remodeling Total Cost: $ 3000**
Remodeling Sq. Ft:       500  Lineal Ft:
Units:    Floors:   Height:   Gallons:

If this is related to another permit, you must provide Master Permit Number: BD17045513.001

## Threshold Inspector

Name:
Address:
Phone:

## Bonding Company

Name:
Address:
Phone:

## Permit Type

Building
☐ Plumbing
Mechanical/AC
☐ Plumbing/Gas
trical
☐ Roofing

## Engineer/Architect Information

Engineer's Name: RAUL LIMA
Address: 4455 SW 75 AVE
Phone: (7) 879-8682  E-Mail:
Architect's Name:









MODIS

Existing
Commercial
Interior Remodel

521 SW 8th Street
Miami, Florida 33130



**16** Existing / Demolition Floor Plan
SCALE: 3/16" = 1'-0"

EXISTING/
DEMOLITION
FLOOR PLAN

Project Number:
#17147

Drawing Scale:
As Shown

Drawing Date:
September 26th, 2017

Phase:
PERMIT SET

A0.03





**16** Proposed Floor Plan
SCALE 3/8"=1'-0"

Existing Commercial Interior Remodel
5231 SW 8th Street
Miami, Florida 33130

PROPOSED FLOOR PLAN

PERMIT SET

A1.01





# City of Miami
**BUILDING DEPARTMENT**

## Inspection History

Permit Number: BD17-014543-001
Job Address: 521 SW 8 ST

| Division - Inspection Type | Is Finalized | Date | Status | Result | Inspector | Inspection Remark |
|---|---|---|---|---|---|---|
| BUILDING - FINAL BUILDING | YES | Nov/27/2017 | Completed | OK | Name: Cedric Mar Mobile Ph: 7862517179 Office Ph: | NOT READY FOR FINAL DUE TO THE PENDING ITEMS LISTED BELOW: [BD17014543001 - ELECTRICAL] permit type has no work items. [BD17014543001B001 - BUILDING - FINAL BUILDING] inspection has not been finalized |
| | | Nov/16/2017 | Completed | NOK | Name: Arnulfo Sanchez Mobile Ph: Office Ph: | [BD16017337001B001 - BUILDING - DRYWALL] inspection has not been finalized [BD16017337001B001 - BUILDING - FINAL BUILDING] inspection has not been finalized [BD16017337001B001 - BUILDING - FRAMING/FIRE PENETRATION] inspection has not been finalized [BD16017337001B001 - FIRE - FINAL FIRE] inspection has not been finalized |

| | |
|---|---|
| **Folio:** 01-0204-080-1180 | |
| **Sub-Division:** CITY OF MIAMI SOUTH BLK 48 PB B-41 | |
| **Property Address** 521 SW 8 ST | |
| **Owner** LA GRAN FIESTA LLC | |
| **Mailing Address** 1637 SW 8 ST 200 MIAMI, FL 33135 | |
| **PA Primary Zone** 6100 COMMERCIAL - NEIGHBORHOOD | |
| **Primary Land Use** 2111 RESTAURANT OR CAFETERIA : RETAIL OUTLET | |
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | |
| Living Area | |
| Adjusted Area | 4,327 Sq.Ft |
| Lot Size | 7,000 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



2020 Aerial Photography    60ft

## BUILDING INFORMATION ⓘ

The calculated values for this property have been overridden. Please refer to the Land, Building, and XF Values in the Assessment Section, in order to obtain the most accurate values.

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1930 | | | 4,267 | |
| 1 | 2 | 1985 | | | 60 | |



City of Miami

Portal | Links | Disclaim

Search  Select  Print  Measu

Tools

Search  Legend  Layers  Results

1 Selected Feature(s)

| Zoom | Select | Site Address | OwnerNam |
|------|--------|--------------|----------|
| 🔍 | ⓘ | 521 SW 8 ST | LA GRAN FIEST |

Property | Zoning | LandUse | Flood | Links

Districts | HEP

**PROPERTY INFORMATION:**

| | |
|---|---|
| Folio: | 0102040801180 |
| City Address: | 521 SW 8 ST |
| County Address: | 521 SW 8 ST |
| Owner: | LA GRAN FIESTA LLC |
| Mailing Address: | 1637 SW 8 ST 200 MIAMI, FL 33135 |
| Beds/Bath/Half: | 0/0/0 |
| Floors: | 2 |
| Living Units: | 0 |
| Actual Area: | 0 Sq Ft |
| Living Area: | 0 Sq Ft |
| Adjusted Area: | 4,327 Sq Ft |
| Lot Size: | 7,000 |
| Year Built: | 1930 |
| Legal Description: | CITY OF MIAMI SOUTH PB B-41 LOT 18 LESS ST BLK 48 LOT SIZE 50.000 X 140 OR 17595-0597 0397 1 |

Themes ▼

SW 8TH ST

41

9:11 AM















07/26/2021  12:00



04/10/2019



04/10/2019











04/10/2019





04/10/2019



04/10/2019



04/10/2019



Case 1:18-cv-24190-RS   Document 514-23   Entered on FLSD Docket 05/24/2023   Page 69 of 103



04/10/2019



04/10/2019







04/10/2019





04/10/2019



04/10/2019



04/10/2019



**AXS Law Group, PLLC**
305.297.1878
http://www.axslawgroup.com



Dear City Directors and Employees,

The properties located at 1513 SW 8th Street, where the Ball & Chain restaurant is located, and at 521 SW 8th Street, where Taquerias El Mexicano is located, have been the subject of repeated ad relentless inspections by various Departments of the City of Miami. 1513 SW 8th Street has been inspected more than 20 times in the past year. 521 SW 8th Street has been inspected more than 5 times in the past 10 days alone.

These inspections do not reflect the normal operations of the City of Miami but rather a campaign of harassment by Commissioner Carollo that is being carried out by City personnel. The relentless abuse from each of your departments is now part of the basis of a Federal Lawsuit filed against the City of Miami and Commissioner Carollo as well as others. You are reminded that this lawsuit is both pending and ongoing.

We understand that there was a resolution passed at the last City Council meeting directing the City Attorney to look at life safety issues across the entire City. The City Attorney has interpreted this once again to target the properties of Mr. William Fuller. Thus, the resolution that was passed is being used as a tool to directly target Fuller, as evidenced by the raid of inspections this morning. We believe the City Attorney has gone outside of the boundaries to once again direct City personnel to target Mr. Fuller at Commissioner Carollo's behest.

As you know, Florida law provides that property owners need not voluntarily consent to any City inspection let alone one that is part of a campaign of harassment. Rather, Florida law empowers property owners to require that the City first obtain authorization for the inspection from a Florida judge after the City explains to the judge "the purpose for which the inspection is to be made." Fla. Stat. 933.21. The judge will then "examine on oath the applicant and any other witness and shall satisfy himself or herself of the existence of grounds for granting such application." Fla. Stat. 933.21. Said witness will be guilty of "a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083" if said witness or anyone directing said witness pursues such inspection maliciously or for purposes other than statutorily authorized. Fla. Stat. 933.28. A misdemeanor of the second degree can carry term of imprisonment up to 60 days.

If the City chooses to make such an application, Fla. Stat. 933.21 the City must state that "consent to inspect has been sought and refused." In such case, please present this letter to the presiding judge to explain why consent has been refused. Please further inform the judge that the owners of the properties located at 1513 and 521 SW 8th Street have requested notice of any such application and an opportunity to be heard prior to the granting of any such application.

Please be advised that the owners of these properties will be pleased to schedule an appointment to meet with any City department or division to discuss and address any concerns the City has. Should any of your departments wish to make an appointment with Mr. Fuller, please call 305-525-7662 and set up an appointment where he will have counsel present.

Please be governed accordingly,



**AXS Law Group, PLLC**
305.297.1878
http://www.axslawgroup.com

AXS LAW GROUP, PLLC

By: _____
Jeffrey W. Gutchess

Message

| | |
|---|---|
| **From:** | Casamayor, Fernando [FCasamayor@miamigov.com] |
| **Sent:** | 4/24/2018 3:02:42 PM |
| **To:** | Blom, Richard [RBlom@miamigov.com] |
| **Subject:** | FW: Information from Elected Officials Offices |

Chief,

It was great to meet you earlier today. As promised, here is a copy of the email that I sent to our code director regarding communications with elected officials.

Sincerely,

**Fernando Casamayor**
Assistant City Manager
**City of Miami**
fcasamayor@miamigov.com
Tel: (305) 416-1009

*"Serving, Enhancing, and Transforming our Community"*

**From:** Casamayor, Fernando
**Sent:** Wednesday, April 4, 2018 9:42 AM
**To:** Bernat, James (Sr Exec Asst) <28410@miami-police.org>; Bernat, James <JBernat@miamigov.com>
**Cc:** 'ETGonzalez@miamigov.com' <ETGonzalez@miamigov.com>; Napoli, Joe <JNapoli@miamigov.com>
**Subject:** Information from Elected Officials Offices

Hello Director Bernat,

As per our previous conversations, I am giving you some written clarity regarding my interpretation of the charter language addressing directives from elected officials.

If an elected official contacts you or your staff in order to provide information, or share a constituent complaint/concern it is perfectly within your purview to respond directly and address those concerns without seeking prior approval from the manager's office. If however an elected official or their staff **directs** you to provide a special service, implement a new policy, change an existing policy, make a personnel change, etc., then you must seek the manager's approval before responding.

Please share with your staff and of course, I am always available to assist if there is anything that falls in the gray area not covered by the text above.

Hope this helps,

**Fernando Casamayor**
Assistant City Manager/CFO
**City of Miami**
fcasamayor@miamigov.com
Tel: (305) 416-1009



*"Serving, Enhancing, and Transforming our Community"*

MADROOM0169758

| | |
|---|---|
| **Date:** | Fri, 1 Mar 2019 2:39:23 AM (UTC) |
| **Subject:** | FW: Ball and Chain "Its too much." |
| **From:** | Gonzalez, Emilio T. <ETGonzalez@miamigov.com> |
| **To:** | Napoli, Joe <JNapoli@miamigov.com>; Ihekwaba, Nzeribe <NIhekwaba@miamigov.com>; Casamayor, Fernando <FCasamayor@miamigov.com>; Bridgeman, Sandra <SBridgeman@miamigov.com>; Ortiz-Petit, Ignacio <IOrtiz-Petit@miamigov.com>; Pascual, Nikolas <NPascual@miamigov.com>; Valencia, Adele <avalencia@miamigov.com>; |

See below

**From:** Suarez, Francis (Mayor)
**Sent:** Thursday, February 28, 2019 9:38 PM
**To:** Cristina Perez <criscycling@gmail.com>
**Cc:** Gonzalez, Emilio T. <ETGonzalez@miamigov.com>
**Subject:** Re: Ball and Chain "Its too much."

Mr. Manager,

Please see below email from on of our residents regarding a noise complaint.  Thank you.

Francis Suarez
Mayor
City of Miami
3500 Pan American Drive
Miami, FL 33133
305-250-5300
fsuarez@miamigov.com
On Feb 28, 2019, at 6:24 PM, Cristina Perez <criscycling@gmail.com> wrote:

> **CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The music is driving us crazy. It "EXTREMELY LOUD." We live on 10 Street and with our windows shut, we still can hear the music. We voted for you Francis. Help the residents.



EXHIBIT

26

# City of Miami



April 12, 2022                                               CR: BB2022001843

YO AMO CALLE OCHO LLC                    YO AMO CALLE OCHO LLC

1637 SW 8 ST STE 200                          1637 SW 8 ST STE 200
MIAMI, FL 33135 33135                        MIAMI, FL 33135  33135

## UNSAFE STRUCTURE VIOLATION - FIRST NOTICE

RE: 1547 SW 8 ST                              Folio: 0141020066170
    LAWRENCE EST LAND COS SUB PB 2-46 LOT 15 LESS E45FT & E25FT LOT 14  LESS ST BLK 103
LOT SIZE 30.000 X 123  OR 19123-3215 0500 1  COC 25665-2610 05 2007 2

Dear Owner(s):

Chapter 8-5 of the Code of Miami-Dade County and section 10-101 of the Code of the City of Miami set criteria
by which a building is evaluated to determine whether or not it is unsafe, constitutes a fire hazard, or is otherwise
dangerous to human life or public welfare.  An inspection of the above revealed that it is in violation of Chapter 8-
5 of the Code of Miami-Dade County and section 10-101 of the Code of the City of Miami, and the following
defects have been found:

VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or
Windstorm Hazard or are Otherwise      Chapter 8-5 of the Code of Miami-Dade
    Correction: 4/12/22... 2- STORY, CBS, MIXED USE...  PROPERTY WAS FOUND TO BE IN
UNSAFE CONDITION WITH SIGNS OF A NON-COMPLIANT AWNING AND FENCE INSTALLATION.
MECHANICAL EQUIPMENT INSTALLED WITHOUT PERMIT OR INSPECTION. NEED TO START
PROCESS TO TO REPAIR, BRING STRUCTURES BACK INTO COMPLIANCE, SUBMIT PLANS AND
OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C. AND LOCAL ORDINANCES.     DOUBLE
FEE +$110.00.

You are, therefore, requested to repair or demolish this structure.  Please contact the Unsafe Structures Section of
the Building Department at 444 SW 2 Ave, Miami, Florida 33130 or by phone at (305) 413-0609 or by email at
TaReid@miamigov.com, and advise of your intentions.  A demolition or building permit shall be obtained by
April 22, 2022.  If you wish to appeal this determination, you may file a written appeal within 10 days of receipt
and/or posting of the notice for an appellate hearing to be set before the Unsafe Structure Panel pursuant to Section
10-101(h) of the City Code.  To request the appeal, please visit https://www.miamigov.com/Permits-
Construction/Unsafe-Structures/Appeal-an-Unsafe-Structures-Violation.
If you do not appeal or comply as stated above, this matter will be set before the Unsafe Structure Panel pursuant
to the City Code or, if conditions require, be demolished pursuant to a Building Official order.

Please be advised, any property that is found in violation of the Building Code pursuant to Chapter 10 of the City
Code shall have its Certificate of Use revoked pursuant to Section 2-211 of the City Code. Any and all costs and
fees associated with this case shall be recorded as a lien against the property and can result in an action for
foreclosure.

Very truly yours,

**UNSAFE STRUCTURE VIOLATION - FIRST NOTICE**

Folio:  0141020066170

LAWRENCE EST LAND COS SUB PB 2-46 LOT 15 LESS E45FT & E25FT LOT 14  LESS ST BLK 103
LOT SIZE 30.000 X 123  OR 19123-3215 0500 1  COC 25665-2610 05 2007 2

Dear Owner(s):

Chapter 8-5 of the Code of Miami-Dade County and section 10-101 of the Code of the City of Miami set criteria
by which a building is evaluated to determine whether or not it is unsafe, constitutes a fire hazard, or is otherwise
dangerous to human life or public welfare.  An inspection of the above revealed that it is in violation of Chapter 8-
5 of the Code of Miami-Dade County and section 10-101 of the Code of the City of Miami, and the following
defects have been found:

VIOL REF# 7604-Buildings or Structures that are Unsafe, Unsanitary, or Deficient, Constitute a Fire or
Windstorm Hazard or are Otherwise     Chapter 8-5 of the Code of Miami-Dade
          Correction: 4/12/22... 2- STORY, CBS, MIXED USE...  PROPERTY WAS FOUND TO BE IN
UNSAFE CONDITION WITH SIGNS OF A NON-COMPLIANT AWNING AND FENCE INSTALLATION.
MECHANICAL EQUIPMENT INSTALLED WITHOUT PERMIT OR INSPECTION. NEED TO START
PROCESS TO TO REPAIR, BRING STRUCTURES BACK INTO COMPLIANCE, SUBMIT PLANS AND
OBTAIN REQUIRED PERMITS/INSPECTIONS AS PER F.B.C. AND LOCAL ORDINANCES.     DOUBLE
FEE +$110.00.

You are, therefore, requested to repair or demolish this structure.  Please contact the Unsafe Structures Section of
the Building Department at 444 SW 2 Ave, Miami, Florida 33130 or by phone at (305) 413-0609 or by email at
TaReid@miamigov.com, and advise of your intentions.  A demolition or building permit shall be obtained by
April 22, 2022.  If you wish to appeal this determination, you may file a written appeal within 10 days of receipt
and/or posting of the notice for an appellate hearing to be set before the Unsafe Structure Panel pursuant to Section
10-101(h) of the City Code.  To request the appeal, please visit https://www.miamigov.com/Permits-
Construction/Unsafe-Structures/Appeal-an-Unsafe-Structures-Violation.
If you do not appeal or comply as stated above, this matter will be set before the Unsafe Structure Panel pursuant
to the City Code or, if conditions require, be demolished pursuant to a Building Official order.

Please be advised, any property that is found in violation of the Building Code pursuant to Chapter 10 of the City
Code shall have its Certificate of Use revoked pursuant to Section 2-211 of the City Code. Any and all costs and
fees associated with this case shall be recorded as a lien against the property and can result in an action for
foreclosure.

Very truly yours,

_____
Taylor Reid
City of Miami Unsafe Structures Inspector

Ph:  (305) 413-0609
Email:  TaReid@miamigov.com

cc: Building Official
     City Attorneys Office



CFN: 20220758546 BOOK 33404 PAGE 3005
DATE:09/30/2022 04:01:24 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

September 29, 2022

YO AMO CALLE OCHO LLC

1637 SW 8 ST STE 200
MIAMI, FL 33135 33135

CR: BB2022001843

## NOTICE OF UNSAFE STRUCTURE VIOLATION

PENDING MUNICIPAL SPECIAL ASSESSMENT LIEN
STATE OF FLORIDA CR: BB2022001843
COUNTY OF MIAMI-DADE Folio: 0141020066170
Lien: US2001843

NOTICE IS HEREBY GIVEN THAT violation of Chapter 8-5 of the Code of Miami-Dade County and Chapter 10, Article VI, Section 10-101 of the City of Miami Code presently exist upon the following property, to wit:

Legal Description:
1547 SW 8 ST - LAWRENCE EST LAND COS SUB PB 2-46 LOT 15 LESS E45FT &E25FT LOT 14 LESS ST BLK 103 LOT SIZE 30.000 X 123 OR 19123-3215 0500 1 COC 25665-2610 05 2007 2

Reference is made to the Notice of Violation in the Office of the Unsafe Structure Section of the City of Miami Building Department, Miami, Florida, specifying the violations which have resulted in the subject building or structure being declared unsafe and the remedial actions required to correct such violations.

This instrument is filed pursuant to Chapter 8-5 of the Code of Miami-Dade County and Chapter 10, Article VI, Section 10-101 of the City of Miami Code, and all persons having or acquiring any interest in the above described property are hereby notified of the existence of said violations and the penalties prescribed by law.

The lien results from the violation and the action required by the City to correct the violation is a special assessment lien pursuant to Florida Statute § 170.201, and is coequal with the lien of all state, county, district, and municipal taxes, superior in dignity to all other liens, titles, and claims until paid. All costs incurred pursuant to Chapter 8-5 of the Code of Miami-Dade County, and Chapter 10, Article VI, Section 10-101 of the City of Miami Code, will be recovered through the lien process. For full cost of this special assessment lien, and compliance information, please contact the undersigned.

Rene Diaz
Chief of Unsafe Structures
City of Miami Building Department
(305) 416-1177
unsafestructures@miamigov.com
lcollections@miamigov.com



# City of Miami



Date: November 03, 2022

City of Miami
Building Department
Unsafe Structures Section
444 SW 2nd Avenue, 4th Floor
Miami, FL 33130
Unsafestructures@miamigov.com

## NOTICE OF HEARING - CITY OF MIAMI UNSAFE STRUCTURES PANEL

A Public hearing will be held by the City of Miami Unsafe Structures Panel for anyone having an interest in the property described as:

Property Address:   1547 SW 8 ST
Owner's Name:      YO AMO CALLE OCHO LLC
Owner's Address:    1637 SW 8 ST STE 200 MIAMI, FL 33135 33135
Folio Number:       0141020066170
Case Number:       BB2022001843
Legal Description:   LAWRENCE EST LAND COS SUB PB 2-46 LOT 15 LESS E45FT & E25FT LOT 14 LESS ST BLK 103 LOT SIZE 30.000 X 123  OR 19123-3215 0500 1  COC 25665-2610 05 2007 2

HEARING DATE AND START TIME:  DECEMBER 9TH, 2022, AT 9AM

IF YOU ARE ATTENDING THE HEARING AND PLAN ON SPEAKING ON BEHALF OF THE PROPERTY, PLEASE FILL OUT AND SUBMIT THE REGISTRATION FORM FOUND AT THIS LINK
www.miamigov.com/Services/Solve-a-Problem/Register-for-an-Unsafe-Structure-Hearing
(If you are not the owner, please have an executed Power of Attorney on the day of the hearing)

SIGN IN: 8 AM
THE HEARING WILL BEGIN PROMPTLY AT 9 AM. PLEASE NOTE: CASES ARE HEARD IN THE ORDER OF ARRIVAL.  NO EXCEPTIONS.

You may appear in person or have representation by an attorney at the 9:00 AM, at 3500 Pan American Drive, Miami, FL, to show cause why the decision of the Building Official should not be carried out. Any person or party who shall not appear and show cause, as aforesaid, shall be as fully bound by the proceedings that take place, as if he had appeared and shown cause. As a result of this hearing, the Panel may order such work done as cited in the Building Official's Notice of Violation and if you fail to comply with the order of the City of Miami Unsafe Structures Panel, the Building Official may then proceed to remove such violation and place a lien against the property concerned to recover all costs of the enforcement action such as provided for in Chapter 8, Section 8-5 of the Miami-Dade County Code and Chapter 10, Article VI of the City of Miami Code.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

All case file inquiries should be addressed to the City of Miami Building Department at (305) 416-1177 or at unsafestructures@miamigov.com. The appropriate representative of the Building Official can provide specific information regarding the violations and requirements for compliance.

NON-ENGLISH SPEAKING APPEARANCES: The Department is unable to provide translators for individuals appearing at this proceeding. You may

make arrangements to bring your own translator.

It is the policy of the City of Miami to comply with all of the requirements of the Americans with Disabilities Act. For sign language interpreter services, please call (305)416-1177 at least five business days in advance.

LIST OF INTERESTED PARTIES:

- OCEAN BANK: 780 NW 42 AVENUE, MIAMI, FL 33126

- Interamerican Corporate Services LLC: OCEAN BANK,2525 Ponce de Leon Blvd, SUITE 1225 Coral Gables, FL 33134

- PINILLA, MARTIN A, II : YO AMO CALLE OCHO LLC,1637 SW 8TH STREET MIAMI, FL 33135

_____
Luis Torres
Building Official
City of Miami Building Department

CFN: 20220933917 BOOK 33503 PAGE 4817
DATE:12/15/2022  10:07:01 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:   16-04897**                              **Final Action:    12/09/2022**

Owner's Name: <u>**YO AMO CALLE OCHO LLC**</u>
Owner's Mailing Address: <u>**1637 SW 8 STREET, SUITE 200, MIAMI, FL 33135**</u>
Case #: <u>**BB2022001843**</u>
RE: <u>**1547 SW 8 ST**</u>
Folio Number: <u>**01-4102-006-6170**</u>
Legal Description: <u>**LOT 15 LESS E45' & E25' LOT 14 LESS ST, BLOCK 103, LAWRENCE EST LAND CO SUB, PLAT BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL**</u>

WHEREAS, the Unsafe Structure Panel ("Panel"), having heard the testimony and other evidence at hearing along with incorporating the City Case Resume by reference, and the recommendation and/or arguments of the Parties finds the above Property to be in violation of the Code of the City of Miami, Florida, as amended ("City Code"), the Miami-Dade County Code and/or the Florida Building Code ("FBC") on <u>**DECEMBER 9TH, 2022,**</u>

IT IS ORDERED AND ADJUDGED that:

The Property Structure(s) may be **REPAIRED** pursuant to the following timeframe(s):

1. Structure 'A' (<u>**2-STORY, CBS, MIXED-USE, COMMERCIAL/RESIDENTIAL BUILDING**</u>):

   a. <u>**PLANS**</u>:    A full set of plans shall be submitted **within 60 days from the date of this Order.** Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the FBC and shall be Signed and Sealed, (or Stamped) by the Design Professional. Properties that are occupied shall provide a qualified design professional report stating the structure is safe for occupancy, if occupied, as it exists and during required repairs. All plans shall meet the known scope of work as provided for in the notice of violation and as presented at hearing.    This requirement shall not be deemed met until the plans submitted meet the minimum threshold for the scope of work presented at the hearing and any additional work determined through the design professional submissions. The requirements of this subsection can only be met when the plans are approved for iBuild and a process number issued.

   b. <u>**BUILDING PERMITS:**</u>    The owner shall have the required Permit(s) issued **within 90 days from the expiration of the time period listed in Section 1(a)**. The Permit(s) obtained shall cover all repairs or items needing to be completed and legalized as provided for in the plans along with any other modifications necessary as can and do occur in the normal review process.

   c. <u>**FINALIZATION:**</u>    The Owner shall cause all Permit(s) to be finalized and closed (all fees and costs paid in full) **within 120 days of the expiration of the time period listed in**

CFN: 20220933917 BOOK 33503 PAGE 4818

*Case # :BB2022001843 - Owner's Name: YO AMO CALLE OCHO LLC*

Section 1(b).

2. **ENFORCEMENT:**   IF THE TIMEFRAMES PROIVDED IN ANY OF THE SECTIONS ABOVE ARE NOT MET, SAID STRUCTURE CAN BE SUBJECT TO DEMOLTION AFTER A CITY REQUESTED ENFORCEMENT HEARING BEFORE THE PANEL FOR FAILURE OF OWNER AND/OR INTERESTED PARTY TO COMPLY. ONE FORM OF ENFORCEMENT SHALL NOT PRECLUDE THE CITY FROM SEEKING ANY OTHER LEGAL REMEDY ALLOWED BY LAW. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure may be disconnected, as necessary.

3. **EXTENSION OF TIME:**  Any Owner wishing to extend the Order of the Panel shall be required to file a Motion for Extension of Time pursuant to Section 10-101(m) of the City Code.   Any request made after the expiration of the required time period shall not be heard.

4. **RECORDATION:**   This Order will be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the Panel on the above referenced property. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code.

5. **APPEALS:**  The City of Miami Unsafe Structures Panel is a Quasi-Judicial Administrative Board. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

NOTE: Pursuant to Section 2-211 of the City Code, the finding of the Panel shall result in a revocation of any Certificate of Use associated with this property.

Copy of Order provided to via Certified US Mail and Posting:

**Known Interested Parties**

**PINILLA, MARTIN A, II**
**YO AMO CALLE OCHO LLC**
**1637 SW 8TH STREET**
**MIAMI, FL 33135**

**OCEAN BANK**
**780 NW 42 AVENUE**
**MIAMI, FL 33126**

**INTERAMERICAN CORPORATE SERVICES LLC**
**OCEAN BANK**
**2525 PONCE DE LEON BLVD, SUITE 1225**
**CORAL GABLES, FL 33134**

CFN: 20220933917 BOOK 33503 PAGE 4819

*Case # :BB2022001843 - Owner's Name: YO AMO CALLE OCHO LLC*

---

*At a meeting of the Unsafe Structure Panel on 12/9/2022, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
          **Panel Member  Kouchalakos**


**Seconded By:** _____
            **Panel Member Bared**


**Chair, Unsafe Structure**          _____          **Date** __12/09/2022__
          **Panel**                     Miguel Martinez

**From:**       Bill Fuller
**To:**         cherrera@miamigov.com
**Subject:**    186121630_v 1_Sanguich ZVL.docx
**Date:**       Thursday, November 2, 2017 4:26:54 PM
**Attachments:** 186121630_v 1_Sanguich ZVL.docx
                ATT00001.htm

October __, 2017

Mr. Devin Cejas
Zoning Administrator
City of Miami
444 S.W. 2nd Avenue, 4th Floor'
Miami Riverside Center
Miami, Florida  33130

**Re:     Zoning Verification Request / 1641 SW 8 Street (Folio No. 01-4102-012-0100), Miami, Florida (the "Property")**

Dear Mr. Cejas,

On behalf of the applicant, Futurama, LLC c/o Sanguich de Miami, we respectfully submit the enclosed zoning verification request for your review and approval for the property located at 1641 SW 8 Street, Miami, Florida. Under Miami 21, the Property is located within a T6-8-O Transect Zone. Article 4, Table 3 of Miami 21 permits the following uses by Right:

| | T3 SUB-URBAN | | | T4 URBAN GENERAL | | | T5 URBAN CENTER | | | T6 URBAN CORE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R | L | O | R | L | O | R | L | O | R | L | O |
| DENSITY (UNITS PER ACRE) | 9 | 9 | 18 | 36 | 36 | 36 | 65 | 65 | 65 | 150* | 150* | 150* |
| **COMMERCIAL** | | | | | | | | | | | | |
| AUTO-RELATED COMMERCIAL ESTAB. | | | | | | | | | W | | W | W |
| ENTERTAINMENT ESTABLISHMENT | | | | | | R | | W | R | | R | R |
| ENTERTAINMENT ESTAB. - ADULT | | | | | | | | | | | | |
| FOOD SERVICE ESTABLISHMENT | | | | | R | R | | R | R | W | R | R |
| ALCOHOL BEVERAGE SERVICE ESTAB. | | | | | E | E | | E | E | | E | E |
| GENERAL COMMERCIAL | | | | | R | R | | R | R | W | R | R |
| MARINE RELATED COMMERCIAL ESTAB. | | | | | | | | W | W | | W | W |
| OPEN AIR RETAIL | | | | | | | | W | W | | W | W |
| PLACE OF ASSEMBLY | | | | | | | | R | R | E | R | R |
| RECREATIONAL ESTABLISHMENT | | | | | | | | R | R | | R | R |

As indicated above, General Commercial and Food Service Establishment Uses are permitted by Right within the T6-8-O Transect Zone. Further, Chapter 62 of the City Code permits temporary structures within the City of Miami where the Use and occupancy is limited to those uses and occupancies permitted within the Transect Zone.

We seek to confirm:

- That the current zoning designation for the Property is T6-8-O;

- That the General Commercial and Food Service Establishment Uses are permitted by Right;

1641 SW 8 Street ZVL

- That a temporary structure is permitted at the Property per the City Code; and

- A fixed public food service establishment may be permitted within a temporary structure located on the Property.

Thank you for your attention and favorable consideration of this matter.

Sincerely,

1641 SW 8 Street ZVL

Futurama, LLC c/o Sanguich de Miami
1637 SW 8 Street #200
Miami, FL 33135

**Re:    Zoning Verification Request / 1641 SW 8 Street (Folio No. 01-4102-012-0100), Miami, Florida (the "Property")**

Dear _____,

Pursuant to your letter dated October __, 2017, requesting zoning verification for the above referenced property, and in response to your specific questions, please be advised of the following:

- That the current zoning designation for the Property is T6-8-O;

- That the General Commercial and Food Service Establishment Uses are permitted by Right;

- That a temporary structure is permitted at the Property per the City Code; and

- A fixed public food service establishment may be permitted within a temporary structure located on the Property.

Sincerely,

Devin Cejas
Zoning Administrator

| | |
|---|---|
| **From:** | Bill Fuller |
| **To:** | CHerrera@miamigov.com |
| **Subject:** | Sanguich ZVL |
| **Date:** | Monday, October 16, 2017 10:29:21 AM |
| **Attachments:** | 186121630_v_1_Sanguich ZVL.docx |

Good Morning,

See attached zoning letter as per our conversation.

Thank you

Bill Fuller
305.525.7662

October __, 2017

Mr. Devin Cejas
Zoning Administrator
City of Miami
444 S.W. 2nd Avenue, 4th Floor'
Miami Riverside Center
Miami, Florida  33130

**Re:     Zoning Verification Request / 1641 SW 8 Street (Folio No. 01-4102-012-0100), Miami, Florida (the "Property")**

Dear Mr. Cejas,

On behalf of the applicant, Futurama, LLC c/o Sanguich de Miami, we respectfully submit the enclosed zoning verification request for your review and approval for the property located at 1641 SW 8 Street, Miami, Florida. Under Miami 21, the Property is located within a T6-8-O Transect Zone. Article 4, Table 3 of Miami 21 permits the following uses by Right:

| | T3 SUB-URBAN | | | T4 URBAN GENERAL | | | T5 URBAN CENTER | | | T6 URBAN CORE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R | L | O | R | L | O | R | L | O | R | L | O |
| **DENSITY (UNITS PER ACRE)** | 9 | 9 | 18 | 36 | 36 | 36 | 65 | 65 | 65 | 150° | 150° | 150° |
| **COMMERCIAL** | | | | | | | | | | | | |
| AUTO-RELATED COMMERCIAL ESTAB. | | | | | | | | | W | | W | W |
| ENTERTAINMENT ESTABLISHMENT | | | | | | R | | W | R | | R | R |
| ENTERTAINMENT ESTAB. - ADULT | | | | | | | | | | | | |
| FOOD SERVICE ESTABLISHMENT | | | | | R | R | | R | R | W | R | R |
| ALCOHOL BEVERAGE SERVICE ESTAB. | | | | | E | E | | E | E | | E | E |
| GENERAL COMMERCIAL | | | | | R | R | | R | R | W | R | R |
| MARINE RELATED COMMERCIAL ESTAB. | | | | | | | | W | W | | W | W |
| OPEN AIR RETAIL | | | | | | | | W | W | | W | W |
| PLACE OF ASSEMBLY | | | | | | | | R | R | E | R | R |
| RECREATIONAL ESTABLISHMENT | | | | | | | | R | R | | R | R |

As indicated above, General Commercial and Food Service Establishment Uses are permitted by Right within the T6-8-O Transect Zone. Further, Chapter 62 of the City Code permits temporary structures within the City of Miami where the Use and occupancy is limited to those uses and occupancies permitted within the Transect Zone.

We seek to confirm:

- That the current zoning designation for the Property is T6-8-O;

- That the General Commercial and Food Service Establishment Uses are permitted by Right;

1641 SW 8 Street ZVL

- That a temporary structure is permitted at the Property per the City Code; and

- A fixed public food service establishment may be permitted within a temporary structure located on the Property.

Thank you for your attention and favorable consideration of this matter.

Sincerely,

1641 SW 8 Street ZVL

Futurama, LLC c/o Sanguich de Miami
1637 SW 8 Street #200
Miami, FL 33135

**Re:**   **Zoning Verification Request / 1641 SW 8 Street (Folio No. 01-4102-012-0100), Miami, Florida (the "Property")**

Dear _____,

Pursuant to your letter dated October __, 2017, requesting zoning verification for the above referenced property, and in response to your specific questions, please be advised of the following:

- That the current zoning designation for the Property is T6-8-O;

- That the General Commercial and Food Service Establishment Uses are permitted by Right;

- That a temporary structure is permitted at the Property per the City Code; and

- A fixed public food service establishment may be permitted within a temporary structure located on the Property.

Sincerely,

Devin Cejas
Zoning Administrator

7036

| | |
|---|---|
| **From:** | Canton, Pablo |
| **To:** | Bill Fuller |
| **Subject:** | Re: Tower Hotel |
| **Date:** | Wednesday, June 6, 2012 7:53:20 PM |

Great Bill, make sure to call Fire Chief Meisozo and inspector Benitez to let them know.
There is someone close to the hotel calling Benitez all kind of names for not taking drastic
action and condemning the place.
The man claims that there is work being done after 5:00pm.

Sent from my iPhone

On Jun 6, 2012, at 7:21 PM, "Bill Fuller" <bill@barlingtongroup.com> wrote:

> Hi Pablo, I tried reaching you. I will try again in the morning. I think everything
> is resolved with the city and the hotel. We went in to get permits this morning.

Bill Fuller
Barlington Group
305-525-7662
bill@barlingtongroup.com

On Jun 6, 2012, at 5:25 PM, "Canton, Pablo" <PCanton@miamigov.com> wrote:

> Bill:
> Call me ASAP.
>
>  <image001.jpg>
> *your link to the magic city*
> *Little Havana/Coral Way NET*
> *Pablo Canton*, Administrator
> 1275 NW 1st Street, Miami, Florida 33125
> **Phone:** 305 960-4650 Fax: 305 960-4659
> pcanton@miamigov.com

7036

**From:** Canton, Pablo
**Sent:** Wednesday, June 06, 2012 12:25 PM
**To:** Bill Fuller
**Subject:** Tower Hotel

Bill:
Call me ASAP

 <image001.jpg>
*your link to the magic city*
*Little Havana/Coral Way NET*

*Pablo Canton*, Administrator

1275 NW 1st Street, Miami, Florida 33125

7040

| | |
|---|---|
| **From:** | Canton, Pablo |
| **To:** | Bill Fuller |
| **Subject:** | Tower Hotel |
| **Date:** | Wednesday, June 6, 2012 12:24:52 PM |

Bill:
Call me ASAP



*your link to the magic city*
*Little Havana/Coral Way NET*

*Pablo Canton,* Administrator

1275 NW 1st Street, Miami, Florida 33125
**Phone:** 305 960-4650 Fax: 305 960-4659
pcanton@miamigov.com

# City of Miami



ARTHUR NORIEGA, V
City Manager

May 12, 2021

Matt Malone
Destileria Caneca, LLC
1380 SW 8 Street
Miami, FL  33135

**Re: Alcohol Reservation Letter for a DD(CD) Manufacturer of Spirits / Craft Distillery Alcohol License located at 1380 SW 8 Street, Suite 3 within the 8th Street Specialty District.**

Dear Mr. Malone:

The Office of Zoning has received your request for an Alcohol Reservation Letter ("Reservation") dated December 11, 2020, for the property located at 1380 SW 8 Street, Suite 3, Miami, FL 33135 for a DD(CD) Manufacturer of Spirits / Craft Distillery Alcohol License within the 8th Street Specialty District.

After a careful review of the liquor survey by the Office of Zoning, your proposed location does not meet the distance separation requirements in Section 4-5 of the Miami Code of Ordinances due to being located within 500' feet from a School, at approximately 405' feet and within 300' of a Religious Facility, at approximately 295' feet.

Please be advised that a reservation for your proposed Alcoholic Beverage Service Establishment cannot be issued at this time and your request is denied.

If you have any questions, please email Mr. Rafael Rodriguez, Jr. at rafaelrodriguez@miamigov.com.
Sincerely,

Daniel S. Goldberg, Esq.
Director // Zoning Administrator

Cc: Zoning Pending Applications File
PZ-21-10195