| | |
|---|---|
| Date: | Tue, 3 Aug 2021 3:59:38 PM -0400 |
| Subject: | RE: Breached Decision Orders |
| From: | Goldberg, Daniel <DaGoldberg@miamigov.com > |
| To: | Montes, Eduardo <EMontes@miamigov.com >; Rawlins, Tracy <TPRawlins@miamigov.com >; |
| CC: | Frost, Tamara <TFrost@miamigov.com >; Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >; Marrero, Asael <AMarrero@miamigov.com >; Pons, Maurice <MPons@miamigov.com >; Noriega, Art <anoriega@miamigov.com >; Regalado, Jose <JRegalado@miamigov.com >; |
| Attachments: | image001.png; Breached Decision Orders.zip |

Eduardo and Tracy,

I'll leave this to you as to who to assign. Please prepare the letters for every CU at each property and please also keep a list of those properties that had no CU. Please also ensure on the CC line for this batch we have corrected the Manager's name (Art Noriega, V). I'd like for this to be started tomorrow. Please print out paper copies to make it quicker to sign and attach the order to each letter.



**Daniel S. Goldberg, Esq.**
**Zoning Administrator**
**Office of Zoning**
**444 SW 2nd Avenue, 2ndFloor**
**Miami, FL 33130**
**Phone: (305)416-1442**

**From:** Regalado, Jose
**Sent:** Tuesday, August 3, 2021 3:08 PM
**To:** Goldberg, Daniel <DaGoldberg@miamigov.com >
**Cc:** Frost, Tamara <TFrost@miamigov.com >; Ihekwaba, Nzeribe <NIhekwaba@miamigov.com >; Marrero, Asael <AMarrero@miamigov.com >; Pons, Maurice <MPons@miamigov.com >; Noriega, Art <anoriega@miamigov.com >
**Subject:** Breached Decision Orders

Dan,

Next batch from the Unsafe Panel for Certificate of Use revocation.

Thank you,

*Jose Regalado*
*Assistant Director*
*Building Department- Administration*
*City of Miami*
*444 SW 2 Ave., 4th Fl*
*Miami, Florida 33130*





City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# City of Miami

CFN: 20210273155 BOOK 32459 PAGE 3549
DATE:04/20/2021 11:46:07 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:** 16-02347                             **Final Action:** 04/09/2021

Owner's Name: FORESIGHT FINANCIAL, LLC
Owner's Mailing Address: 2133 N. MERIDIAN AVENUE, MIAMI BEACH, FL 33139
Case #: BB2020009447
RE: 1090-94 NW 54 ST
Folio Number: 01-3123-006-1140
Legal Description: LOTS 13 & 14, BLOCK 7, BOWLING GREEN, PLAT BOOK 5, PAGE 101,
MIAMI-DADE COUNTY, FL

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for
**Structure "A"** (2-STORY, CBS, MIXED USE BUILDING) AND **Structure "B"** (DETACHED
1-STORY, CBS, DUPLEX):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days
**Structure 'B':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

**Structure 'B':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

---

MIA-SFED23485-00301677

CFN: 20210273155 BOOK 32459 PAGE 3550

*Case # :BB2020009447 – Owner's Name: FORESIGHT FINANCIAL, LLC*

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020009447**

As of date (APRIL 9, 2021):

**BISCAYNE BANK, A FLORIDA STATE CHARTERED COMMERCIAL BANK
2601 SOUTH BAYSHORE DRIVE, STE 600
COCONUT GROVE, FL 33133**

**PAUL FELDMAN, P.A.
FORESIGHT FINANCIAL LLC
2750 NE 185TH STREET, SUITE 203
AVENTURA, FL 33180**

**LUMPKIN, II, THOMAS D
BISCAYNE BANK
2601 SOUTH BAYSHORE DRIVE, 6TH FLOOR
COCONUT GROVE, FL 33133**

MIA-SFED23485-00301678

CFN: 20210273155 BOOK 32459 PAGE 3551

*Case # :BB2020009447 - Owner's Name: FORESIGHT FINANCIAL, LLC*

**At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____
**Panel Member  Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____   **Date** 04/09/21
        **Panel**            Rafael Rodriguez

MIA-SFED23485-00301679

CFN: 20210305508 BOOK 32482 PAGE 2683
DATE:05/03/2021  11:41:06 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02394**                       **Final Action:    04/23/2021**

Owner's Name: **SKAWG HOLDINGS, LLC**
Owner's Mailing Address: **22 SALAMANCA AVENUE, #101, CORAL GABLES, FL 33134**
Case #: **BB2019023698**
RE: **1320 NW 4 ST**
Folio Number: **01-4102-005-7142**
Legal Description: **LOT 3, BLOCK 49, LAWRENCE EST LAND COS SUB, PLAT BOOK 2,
PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23 ,2021 for
**Structure "A"** (1-STORY, CBS, APARTMENT BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301680

CFN: 20210305508 BOOK 32482 PAGE 2684

*Case # :BB2019023698 - Owner's Name: SKAWG HOLDINGS, LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130,**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019023698**

As of date (APRIL 23, 2021):

**MERCANTIL BANK, N.A.**
**N/K/A AMERANT BANCORP INC,**
**220 ALHAMBRA CIRCLE, 9TH FLOOR**
**CORAL GABLES, FL 33134**

**TOYOS, WALDO, III**
**SKAWG HOLDINGS LLC**
**4711 SW 8 ST**
**MIAMI, FL 33134**

**CTC MANAGEMENT SERVICES, LLC**
**AMERANT BANCORP INC.**
**220 ALHAMBRA CIRCLE 2ND FLOOR**
**CORAL GABLES, FL 33134**

MIA-SFED23485-00301681

CFN: 20210305508 BOOK 32482 PAGE 2685

*Case # :BB2019023698 - Owner's Name: SKAWG HOLDINGS, LLC*

**At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by
Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.**

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure** _____  **Date** 4/21/2021

**Panel**    Rafael Rodriguez

MIA-SFED23485-00301682

CFN: 20210305524 BOOK 32482 PAGE 2742
DATE:05/03/2021 11:42:40 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02397**                                **Final Action: 04/23/2021**

Owner's Name: **SKAWG HOLDINGS, LLC**
Owner's Mailing Address: **22 SALAMANCA AVENUE, #101, CORAL GABLES, FL 33134**
Case #: **BB2019023696**
RE: **1328 NW 4 ST**
Folio Number: **01-4102-005-7150**
Legal Description: **LOT 4, BLOCK 49, LAWRENCE EST LAND COS SUB, PLAT BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23 ,2021 for **Structure "A"** (3-STORY, CBS, APARTMENT BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

---

MIA-SFED23485-00301683

CFN: 20210305524 BOOK 32482 PAGE 2743

*Case # :BB2019023696 - Owner's Name: SKAWG HOLDINGS, LLC*

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL, 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019023696**

As of date (APRIL 23, 2021):

**MERCANTIL BANK, N.A.**
**N/K/A AMERANT BANCORP INC.**
**220 ALHAMBRA CIRCLE, 9TH FLOOR**
**CORAL GABLES, FL 33134**

**TOYOS, WALDO, III**
**SKAWG HOLDINGS LLC**
**22 SALAMANCA AV, SUITE 101**
**CORAL GABLES, FL 33134**

**CTC MANAGEMENT SERVICES, LLC**
**AMERANT BANCORP INC.**
**220 ALHAMBRA CIRCLE 2ND FLOOR**
**CORAL GABLES, FL 33134**

MIA-SFED23485-00301684

CFN: 20210305524 BOOK 32482 PAGE 2744

*Case # :BB2019023696 - Owner's Name: SKAWG HOLDINGS, LLC*

---

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____   **Date**   4/23/2021

Rafael Rodriguez

MIA-SFED23485-00301685



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# City of Miami

CFN: 20210272814 BOOK 32459 PAGE 2635
DATE:04/20/2021  11:12:54 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02338**                                 **Final Action:    04/09/2021**

Owner's Name: **LUCERNE APARTMENTS, LLC**
Owner's Mailing Address: **7319 BALLANTRAE COURT, BOCA RATON, FL 33496**
Case #: **BB2021003193**
RE: **134 NW 11 ST**
Folio Number: **01-0101-060-1020**
Legal Description: **LOTS 2 & 7 & W1/2 OF ALLEY LYG E & ADJ, P W WHITES RESUB BLK 16,**
**PLAT BOOK B, PAGE 34, MIAMI-DADE COUNTY, FL**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for
**Structure "A"** (2-STORY, CBS, APARTMENT BUILDING):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.


**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

---

MIA-SFED23485-00301686

CFN: 20210272814 BOOK 32459 PAGE 2636

*Case # :BB2021003193 - Owner's Name: LUCERNE APARTMENTS, LLC*

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2021003193**

As of date (APRIL 9, 2021):

**CAF BRIDGE BORROWER FIG, LLC**
**C/O COREVEST FINANCE**
**1920 MAIN STREET, SUITE 850**
**IRVINE, CA 92614**

**GLOBAL BUSINESS ADVISORY CORP**
**LUCERNE APARTMENTS, LLC**
**301 E. OCEAN AVENUE SUITE 3**
**LANTANA, FL 33462**

MIA-SFED23485-00301687

CFN: 20210272814 BOOK 32459 PAGE 2637

*Case # :BB2021003193 - Owner's Name: LUCERNE APARTMENTS, LLC*

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____

     **Panel Member  Kouchalakos**

**Seconded By:** _____

     **Panel Member Bared**

**Chair, Unsafe Structure** _____    **Date**    04/09/21
    **Panel**       Rafael Rodriguez

MIA-SFED23485-00301688

CFN: 20210305583 BOOK 32482 PAGE 3000
DATE:05/03/2021 11:48:00 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02386**                          **Final Action: 04/23/2021**

Owner's Name:TAMIAMI UNITED METHODIST CHURCH, INC.
Owner's Mailing Address:726 SW 14 AVENUE, MIAMI, FL 33135
Case #:BB2016006635
RE:1401 SW 8 ST
Folio Number:01-4102-006-6220
Legal Description:LOTS 1 & 2 & 19 & 20 LESS ST, BLOCK 104, LAWRENCE EST LAND COS
SUB, PLAT BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23,2021 for
**Building "1"** (2-STORY, CBS, CHURCH/RELIGIOUS BUILDING), **Building "2"** (2-STORY,
CBS, CHURCH/RELIGIOUS BUILDING) and **Building "3"** (2-STORY, CBS,
CHURCH/RELIGIOUS BUILDING) :

**Building 1:** Recertify structure within 60 days.
**Building 2:** Recertify structure within 60 days.
**Building 3:** Recertify structure within 60 days.

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami. If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits. If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of

MIA-SFED23485-00301689

CFN: 20210305583 BOOK 32482 PAGE 3001

*Case # :BB2016006635 - Owner's Name: TAMIAMI UNITED METHODIST*

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2016006635

THE FLORIDA UNITED METHODIST FOUNDATION, INC.
P.O. BOX 3549
LAKELAND, FL 33802

BUSH ROSS REGISTERED AGENT SERVICES, LLC
THE FL UNITED METHODIST FOUNDATION, INC.
1801 N. HIGHLAND AVENUE
TAMPA, FL 33602

VILLAMIL, CAMILO E, SR.
TAMIAMI UNITED METHODIST CHURCH, INC
10311 SW 128 AVE
MIAMI, FL 33186

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
Panel Member Kouchalakos

**Seconded By:** _____
Panel Member Bared

MIA-SFED23485-00301690

CFN: 20210305583 BOOK 32482 PAGE 3002

*Case # :BB2016006635 - Owner's Name: TAMIAMI UNITED METHODIST*

**Chair, Unsafe Structure Panel** _____   **Date** __4/23/2021__
                              Rafael Rodriguez

MIA-SFED23485-00301691



**City of Miami**

CFN: 20210273191 BOOK 32459 PAGE 3637
DATE:04/20/2021 11:51:12 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02348**                                   **Final Action: 04/09/2021**

Owner's Name: **OLGA MARIA PINO AND OLGA SANTURIOPINO A/K/A OLGA SANTURIO DE PINO**
Owner's Mailing Address: **4794 SW 3 STREET, MIAMI, FL 33134**
Case #: **BB2010017717**
RE: **1471 SW 1 ST**
Folio Number: **01-4102-006-0970**
Legal Description: **N95' OF S100' OF LOT 9, BLOCK 73, LAWRENCE EST LAND COS SUB, PLAT BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for **Structure "A"** (1-STORY, CBS, MIXED USE BUILDING):

**STRUCTURE "A"** : Demolish the Unsafe Structure within 30 days

**BUILDING PERMITS:**

**Structure "A":**   Permits shall be obtained within 30 days from today's date

Property Survey required for all total demolition permits. All property surveys submitted to this Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami

MIA-SFED23485-00301692

CFN: 20210273191 BOOK 32459 PAGE 3638

*Case # :BB2010017717 - Owner's Name: OLGA MARIA PINO AND OLGA*

**Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2010017717**

Как of date (APRIL 9, 2021):

**LUBI TRUST**
**1015 GRANADA BLVD.**
**CORAL GABLES, FL 33134**

**JULIO E. CASO AND MARIRROSA CASO**
**4539 PONCE DE LEON BLVD**
**CORAL GABLES, FL 33146**

**LUBI TRUST**
**C/O STEPHEN J KOLSKI & ASSOCIATES, PA**
**2020 PONCE DE LEON BLVD., STE. 905A**
**CORAL GABLES, FL 33134**

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____  **Date** 04/09/21
**Panel** Rafael Rodriguez

MIA-SFED23485-00301693



CFN: 20210330467 BOOK 32500 PAGE 1014
DATE:05/11/2021 04:27:19 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02379**                                              **Final Action:   04/23/2021**

Owner's Name: <u>MIAMI FIREMAN'S BENEVOLENT ASSOCIATION, INC</u>
Owner's Mailing Address:<u>2980 NW S RIVER DR MIAMI FL, 33125</u>
Case #:<u>BB2015007131</u>
RE:<u>2980 NW SOUTH RIVER DR</u>
Folio Number:<u>01-3133-036-0010</u>
Legal Description:<u>LOT 1 LESS WLY61' THEREOF & LOTS 2-3-4, TWIN RIVER ISLAND, PLAT BOOK 40, PAGE 84, MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23,2021 for **Building "1"** (1-STORY, CBS, BENEVOLENT BUILDING):

**Building '1':**      Recertify structure within 60 days.

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami.. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

<u>This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the</u>

---

MIA-SFED23485-00301694

CFN: 20210330467 BOOK 32500 PAGE 1015

Case # :BB2015007131 - Owner's Name: MIAMI FIREMAN'S BENEVOLEN

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No: BB2015007131**

MIAMI FIREMANS BENEVOLENT ASSOC INC
BOX 3240
MIAMI, FL

HARRISON, JAMES JOSEPH
MIAMI FIREMANS' BENEVOLENT ASSOC, INC.
2980 NW SOUTH RIVER DR.
MIAMI, FL 33125-1146

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
      **Panel Member Kouchalakos**

Seconded By: _____
        **Panel Member Bared**

**Chair, Unsafe Structure**          Date    4/23/2021
**Panel**        Rafael Rodriguez

| City of Miami | Page 2 | Printed on 4/23/21 |

MIA-SFED23485-00301695

CFN: 20210272098 BOOK 32459 PAGE 696
DATE:04/20/2021 10:07:11 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02337**                    **Final Action: 04/09/2021**

Owner's Name: **GREEN RIVER PROPERTIES GROUP CORP.**
Owner's Mailing Address: **701 BRICKELL KEY BOULEVARD, UNIT 1008, MIAMI, FL 33131**
Case #: **BB2021002594**
RE: **3 NE 75 ST**
Folio Number: **01-3112-014-0890**
Legal Description: **THAT PT OF S60.3FT OF LOT 7 LYG E OF MIA AVE R/W BEG 42.28FTE OF SW COR CONT E3.27FT N60.3FT W31.25FT SELY37FT M/L CONT SELY ARC DIST 36.83FT TO POB AND S60.3FT OF LOTS 8 & 9 BLK 32, LITTLE RIVER GARDENS, PLAT BOOK 7, PAGE 26, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9TH ,2021 for **Structure "A"** (1-STORY, WFS, SFH) AND **Structure "B"** (1-STORY, WFS, AUX LIVING UNIT):

**Structure 'A':** Repair or Demolish Unsafe Structure within 180 days
**Structure 'B':** Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':** Permits shall be obtained within 90 days from today's date
**Structure 'B':** Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

MIA-SFED23485-00301696

CFN: 20210272098 BOOK 32459 PAGE 697

*Case # :BB2021002594 - Owner's Name: GREEN RIVER PROPERTIES G*

IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be
declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami
Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid
additional hazards, the Electrical Service to the Unsafe Structure will be disconnected
and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of
Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified
compliance date(s) are final and binding. Any owner or interested party, as defined by Section
10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel
may seek judicial review of that decision in accordance with the Florida Rules of Appellate
Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2021002594

As of date (APRIL 9TH, 2021):

GREEN RIVER PROPERTIES GROUP CORP.
680 TENNIS CLUB DR., UNIT 312
FORT LAUDERDALE FL 33311

ABRAMS, PERLA FESQ
GREEN RIVER PROPERTIES GROUP CORP.
9400 S DADELAND BLVD., PH3
MIAMI, FL 33156

MIA-SFED23485-00301697

CFN: 20210272098 BOOK 32459 PAGE 698

*Case # :BB2021002594 - Owner's Name: GREEN RIVER PROPERTIES G*

At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by
Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.

Moved By:_____
Panel Member Kouchalakos

Seconded By: _____
Panel Member Bared

Chair, Unsafe Structure _____  Date  04/09/21
Panel
Rafael Rodriguez

MIA-SFED23485-00301698



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# City of Miami

CFN: 20210273258 BOOK 32459 PAGE 3871
DATE:04/20/2021  11:58:48 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02353**

**Final Action:  04/09/2021**

Owner's Name: **BARBARA PARDO, LIFE ESTATE**
Owner's Mailing Address: **10511 SW 47 ST, MIAMI, FL 33165**
Case #: **BB2019019571**
RE: **3120 SW 8 ST**
Folio Number: **01-4109-020-0070**
Legal Description: **LOTS 3 & 4, BLOCK 2, HILAH PARK, PLAT BOOK 9, PAGE 72,
MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for
**Structure "A" (1-STORY, CBS, COMMERCIAL PROPERTY):**

**Structure 'A':**  Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**  Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301699

CFN: 20210273258 BOOK 32459 PAGE 3872

*Case # :BB2019019571 - Owner's Name: BARBARA PARDO, LIFE ESTAT.*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019019571**

As of date (APRIL 9, 2021):

**VIVIAN M. ZUBIMENDI, REMAINDER**
**10511 SW 47 ST**
**MIAMI, FL 33165**

**3120 SW, LLC**
**REM BARBARA & ROLANDO L PARDO**
**3120 SW 8 ST**
**MIAMI, FL 33135**

**YANEISY GONZALEZ**
**3120 SW, LLC**
**1624 GRANADA BLVD**
**CORAL GABLES, FL 33134**

MIA-SFED23485-00301700

CFN: 20210273258 BOOK 32459 PAGE 3873

*Case # :BB2019019571 - Owner's Name: BARBARA PARDO, LIFE ESTAT*

**At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure** _____    **Date** 04/09/21
**Panel**

Rafael Rodriguez

MIA-SFED23485-00301701



**City of Miami**

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

CFN: 20210273271 BOOK 32459 PAGE 3887
DATE:04/20/2021 12:00:23 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02354**          **Final Action: 04/09/2021**

Owner's Name: <u>GIRALDINA GUEVARA</u>
Owner's Mailing Address: <u>5780 SW 22ND ST, MIAMI, FL 33155</u>
Case #: <u>BB2019016461</u>
RE: <u>3177 NW 7 AV</u>
Folio Number: <u>01-3125-026-0210</u>
Legal Description: <u>LOT 14, ROCK TERRACE, PLAT BOOK 7, PAGE 156, MIAMI-DADE</u>
<u>COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for
**Structure "A"** (1-STORY, CBS, RETAIL WAREHOUSE):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

*City of Miami*                    *Page 1*                    *Printed on 4/9/21*

MIA-SFED23485-00301702

CFN: 20210273271 BOOK 32459 PAGE 3888

*Case # :BB2019016461 - Owner's Name: GIRALDINA GUEVARA*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019016461**

As of date (APRIL 9, 2021):

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date** 04/09/21
**Panel** Rafael Rodriguez

MIA-SFED23485-00301703



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# City of Miami

CFN: 20210274743 BOOK 32460 PAGE 3673
DATE:04/21/2021  09:04:34 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02340**                                          **Final Action:   04/09/2021**

Owner's Name: **LA CHANSON OVERSEAS INC C/O JOSE MARIA CARNEIRO DE CUNHA**
Owner's Mailing Address: **1900 SW 3RD AVENUE, MIAMI, FL 33129**
Case #: **BB2019015431**
RE: **337 SW 8 ST**
Folio Number: **01-0205-000-1131**
Legal Description: **BEG NE COR LOT 15 S133.03' NWLY 133.61' E12.23' TO POB & LOT 16
LESS S16.75', CITY OF MIAMI SOUTH, PLAT BOOK B, PAGE 41, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for
**Structure "A"** (1-STORY, CBS, RESTAURANT/BAR):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

### BUILDING PERMITS:

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301704

CFN: 20210274743 BOOK 32460 PAGE 3674

*Case # :BB2019015431 - Owner's Name: LA CHANSON OVERSEAS INC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: <u>BB2019015431</u>

As of date (APRIL 9, 2021):

**NEW HEAVEN AGENT OVERSEAS INC**
**LA CHANSON OVERSEAS INC**
**1200 BRICKELL AVENUE, SUITE 520**
**MIAMI, FL 33131**

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
Panel Member Kouchalakos

Seconded By: _____
Panel Member Bared

Chair, Unsafe Structure       _____        Date   04/09/21
          Panel                  Rafael Rodriguez

MIA-SFED23485-00301705



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**City of Miami**

CFN: 20210273020 BOOK 32459 PAGE 3098
DATE:04/20/2021 11:26:43 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02341**                                 **Final Action:    04/09/2021**

Owner's Name: **DOM AND NIC PARTNERS L.L.C.**
Owner's Mailing Address: **14482 SW 172 LANE, MIAMI, FL 33130**
Case #: **BB2020004847**
RE: **528 SW 5 AVE**
Folio Number: **01-0203-050-1090**
Legal Description: **LOT 19 & 20 LESS S100', BLOCK 35, CITY OF MIAMI SOUTH, PLAT
BOOK B,
PAGE 41, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for
**Structure "A"** (2-STORY, WFS, ROOMING HOUSE) AND **Structure "B"** (DETACHED,
2-STORY, WFS, APARTMENT BUILDING):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days
**Structure 'B':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date
**Structure 'B':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized .

MIA-SFED23485-00301706

CFN: 20210273020 BOOK 32459 PAGE 3099

*Case # :BB2020004847 - Owner's Name: DOM AND NIC PARTNERS L.L.(*

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020004847**

As of date (APRIL 9, 2021):

**VQ EVERGLADES INVESTMENTS LLC**
**1541 BRICKELL AVE., #1507**
**MIAMI, FL 33129**

**VICTOR QUEZADA**
**VQ EVERGLADES INVESTMENTS LLC**
**1541 BRICKELL AVE # 1507**
**MIAMI, FL 33129**

**FRANQUE, FRANK**
**DOM AND NIC PARTNERS, L.L.C.**
**14482 SW 172ND LANE**
**MIAMI, FL 33177**

MIA-SFED23485-00301707

CFN: 20210273020 BOOK 32459 PAGE 3100

*Case # :BB2020004847 - Owner's Name: DOM AND NIC PARTNERS L.L.(*

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____
     **Panel Member  Kouchalakos**

**Seconded By:** _____
     **Panel Member Bared**

**Chair, Unsafe Structure** _____     **Date**   04/09/21 _____
     **Panel**          Rafael Rodriguez

MIA-SFED23485-00301708



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# City of Miami

CFN: 20210273010 BOOK 32459 PAGE 3047
DATE:04/20/2021  11:25:20 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02342**                                      **Final Action:   04/09/2021**

Owner's Name: **MIAMI RIVER PROPERTY DEVELOPERS, LLC**
Owner's Mailing Address: **1111 KANE CONCOURSE, BAY 217, BAY HARBOR ISLANDS, FL 33154**
Case #: **BB2021002695**
RE: **600 NW 7 AVE**
Folio Number: **01-3135-027-1400**
Legal Description: **LOTS 1 THRU 8 BLK 14 LESS TRI PAR IN NE COR OF LOT 1 DESC BEG X OF N/L OF LOT 1 (7 ST) & W/L OF 7 AVE TH S 02 DEG E 9.84FT N 47 DEG W 13.82FT N 87 DEG E 9.79FT TO POB, SPRING GDN, PLAT BOOK 5, PAGE 38, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9 ,2021 for
**Structure "A"** (2-STORY, CBS, COMMERCIAL PROPERTY) AND **Structure "B"**
(DETACHED 1-STORY, CBS, SHOP):

**STRUCTURE "A" :** Demolish the Unsafe Structure within 30
days
**STRUCTURE "B" :** Demolish the Unsafe Structure within 30
days

**BUILDING PERMITS:**

**Structure "A":**    Permits shall be obtained within 30 days from today's date
**Structure "B":**    Permits shall be obtained within 30 days from today's date
Property Survey required for all total demolition permits. All property surveys submitted to this
Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and
Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**

---

MIA-SFED23485-00301709

CFN: 20210273010 BOOK 32459 PAGE 3048

*Case # :BB2021002695 - Owner's Name: MIAMI RIVER PROPERTY DEVt*

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.:BB2021002695**

As of date (APRIL 9, 2021):

**LOUIS A. SUPRASKI, P.A.**
**MIAMI RIVER PROPERTY DEVELOPERS, LLC**
**16666 NE 19TH AVENUE 113**
**NORTH MIAMI BEACH, FL 33162**

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
         **Panel Member Kouchalakos**

**Seconded By:** _____
         **Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date**   04/09/21
         **Panel**      Rafael Rodriguez

MIA-SFED23485-00301710



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**City of Miami**

CFN: 20210273289 BOOK 32459 PAGE 3929
DATE:04/20/2021  12:01:28 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02357**                                          **Final Action:   04/09/2021**

Owner's Name: **6200 NE 2ND AVENUE, LLC**
Owner's Mailing Address: **300 NE 71 STREET, MIAMI, FL 33138**
Case #: **BB2019010205**
RE: **6212 NE 2 AVE**
Folio Number: **01-3113-020-0020**
Legal Description: **LOTS 2 & 15, EMERALD COURT, PLAT BOOK 6, PAGE 64, MIAMI-DADE
COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9,2021 for
**Structure "A"** (2-STORY, CBS, COMMERCIAL PROPERTY):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301711

CFN: 20210273289 BOOK 32459 PAGE 3930

*Case # :BB2019010205 - Owner's Name: 6200 NE 2ND AVENUE, LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019010205**

As of date (APRIL 9, 2021):

**CHEMTOV MORTGAGE GROUP CORP**
**SHAWN CHEMTOV, R/A**
**4141 NE 2 AVE, 204A**
**MIAMI, FL 33137**

**FORTYTHREE PROPERTIES, LLC**
**ROTH, JEFFREY C R/A**
**866 SOUTH DIXIE HIGHWAY**
**CORAL GABLES, FL 33146**

**MATASACA INVESTMENTS, LLC**
**ZAPATA, MAURICIO R/A**
**5801 BISCAYNE BLVD**
**MIAMI, FL 33137**

**HIGHER POWER 1, INC**
**ZAPATA, MAURICIO R/A**
**5801 BISCAYNE BOULEVARD**
**MIAMI, FL 33137**

MIA-SFED23485-00301712

CFN: 20210273289 BOOK 32459 PAGE 3931

*Case # :BB2019010205 - Owner's Name: 6200 NE 2ND AVENUE, LLC*

JENNIFER CHEMTOV, TRSTE RACHEL ANNE BORK
JAER INVESTMENTS, LLC WEITZ & SCHWARTZ P
900 SE 3 AVE SUITE 204
FORT LAUDERDALE, FL 33316

TERRY GOLDBERG: TO CHEMTOV DIANA KOVENS
GOLDBERG: TO CHEMTOV LENDER OF LAST RSRT
315 S. CALHOUN STREET SUITE 850
TALLAHASSEE, FL 32301

STANLEY KRAFTSOW, TRUSTEE STANLEY KRAFTS
REVOCABLE TRUST: TO CHEMTOV KRAFTSOW FAM
4 DENNY ROAD
WILMINGTON, DE 19809

CAROLYN KRAFTSOW, TRUSTEE STANLEY KRAFTS
REVOCABLE TRUST: TO CHEMTOV DROR ZADOK A
3841 NE 2ND AVE,, STE. 400
MIAMI, FL 33137

RSRTH, LLC
SCHWARTZ, ROBERT M R/A
6360 ALLISON ROAD
MIAMI BEACH, FL 33141

MOSHE DUWEK; SRG ONE, INC., & RSRTH LLC
C/O CHEMTOV MORTGAGE GROUP CORP
4141 NE 2ND AVENUE, SUITE 204-A
MIAMI, FL 33137

REGENTS PARK INVESTMENTS, LLC
6200 NE 2ND AVENUE LLC
300 NE 71 ST
MIAMI, FL 33138

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by*
*Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be*
*APPROVED, passed.*

**Moved By:** _____
   **Panel Member Kouchalakos**

**Seconded By:** _____
   **Panel Member Bared**

MIA-SFED23485-00301713

CFN: 20210273289 BOOK 32459 PAGE 3932

*Case # :BB2019010205 - Owner's Name: 6200 NE 2ND AVENUE, LLC*

**Chair, Unsafe Structure Panel**    Rafael Rodriguez    **Date**    04/09/21

MIA-SFED23485-00301714



**City of Miami**
City of Miami
444 SW 2nd Avenue
Miami, FL 33130

CFN: 20210273293 BOOK 32459 PAGE 3938
DATE:04/20/2021  12:03:46 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02355**                                          **Final Action:    04/09/2021**

Owner's Name: **6700 BISCAYNE LLC**
Owner's Mailing Address: **177 NE 86 STREET, EL PORTAL, FL 33138**
Case #: **BB2020015776**
RE: **6700 BISCAYNE BLVD**
Folio Number: **01-3218-023-0480**
Legal Description: **LOT 7 & 8, BLOCK 4, MORNINGSIDE AMD PLAT, PLAT BOOK 15, PAGE
15, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9, 2021 for
**Structure "A"** (2-STORY, CBS, COMMERCIAL PROPERTY):

**Structure 'A':**      Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**      Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301715

CFN: 20210273293 BOOK 32459 PAGE 3939

*Case # :BB2020015776 - Owner's Name: 6700 BISCAYNE LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020015776**

As of date (APRIL 9, 2021):

**ALEXANDER KARAKHANIAN**
**6700 BISCAYNE BLVD LLC**
**5781 BISCAYNE BLVD SUITE CS2**
**MIAMI, FL 33137**

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

MIA-SFED23485-00301716

CFN: 20210273293 BOOK 32459 PAGE 3940

*Case # :BB2020015776 - Owner's Name: 6700 BISCAYNE LLC*

**Chair, Unsafe Structure Panel** _____ **Date** 04/09/21
Rafael Rodriguez

MIA-SFED23485-00301717



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

CFN: 20210273308 BOOK 32459 PAGE 3993
DATE:04/20/2021  12:05:29 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02352**                                                      **Final Action:    04/09/2021**

Owner's Name: <u>DOTCHI, LLC</u>
Owner's Mailing Address: <u>10 NE 41 STREET, MIAMI, FL 33137</u>
Case #: <u>BB2021003234</u>
RE: <u>6807 BISCAYNE BLVD</u>
Folio Number: <u>01-3218-008-0010</u>
Legal Description: <u>LOT 1 LESS W20' & LOTS 1-3-5 LESS S11' FOR R/W, ELMIRA SUB, PLAT
BOOK B, PAGE 162, MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 9, 2021 for
**Structure "A"** (1-STORY, CBS, FLORAL SHOP):

**Structure 'A':**     <u>Repair or Demolish Unsafe Structure within 180
days</u>

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     <u>Permits shall be obtained within 90 days from today's date</u>

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301718

CFN: 20210273308 BOOK 32459 PAGE 3994

*Case # :BB2021003234 - Owner's Name: DOTCHI, LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2021003234**

As of date (APRIL 9, 2021):

**HARRY TCHIRA**
**DOTCHI LLC**
**10 NE 41 ST**
**MIAMI, FL 33137**

*At a meeting of the Unsafe Structure Panel on 4/9/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
           *Panel Member Kouchalakos*

**Seconded By:** _____
           *Panel Member Bared*

**Chair, Unsafe Structure** _____    **Date** 4/9/2021
        **Panel**

MIA-SFED23485-00301719

CFN: 20210273308 BOOK 32459 PAGE 3995

*Case # :BB2021003234 - Owner's Name: DOTCHI, LLC*

MIA-SFED23485-00301720

  setting aside

CFN: 20210305509 BOOK 32482 PAGE 2686
DATE:05/03/2021 11:41:25 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02392**                    **Final Action:  04/23/2021**

Owner's Name: **FELIPE I. DARIAS**
Owner's Mailing Address: **1361 SW 17 STREET, MIAMI, FL 33145**
Case #: **BB2014017626**
RE: **774 SW 1 ST**
Folio Number: **01-0201-050-1111**
Legal Description: **N100' OF LOT 10 LESS N5', BLOCK 15, CITY OF MIAMI SOUTH, PLAT**
**BOOK B, PAGE 41, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23, 2021 for
**Building 1** (2-STORY, CBS, RETAIL MIXED USE BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE**
**REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO**
**SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY**
**RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE**
**OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**
**Miami-Dade County. This recording will constitute constructive notice to all concerned**
**as well as any subsequent purchaser, that a decision has been rendered by the City of**
**Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301721

CFN: 20210305509 BOOK 32482 PAGE 2687

*Case # :BB2014017626 - Owner's Name: FELIPE I. DARIAS*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2014017626**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
        **Panel Member Kouchalakos**

**Seconded By:** _____
          **Panel Member Bared**

**Chair, Unsafe Structure** _____        **Date** 4/23/2021
          **Panel**

MIA-SFED23485-00301722



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number:  16-02358**                                            **Final Action:    04/23/2021**

Owner's Name: **101 NE 28 STREET, LLC**
Owner's Mailing Address:**125 E. SAN MARINO DRIVE, MIAMI BEACH, FL 33139**
Case #:**BB2015006922**
RE: **101 NE 28 ST**
Folio Number: **01-3125-005-0230**
Legal Description: **LOT 39-41-43-45, FLAGLER PARK, PLAT BOOK 4, PAGE 89, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23, 2021 for
**Building "1" ()**:

**Building '1':**       Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami. If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits. If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be</u>

MIA-SFED23485-00301723

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006922**

**MILLER, JEFFREY**
**101 NE 28 STREET, LLC**
**125 EAST SAN MARINO DRIVE**
**MIAMI BEACH, FL 33139**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

*Panel Member Kouchalakos*

**Seconded By:** _____

*Panel Member Bared*

**Chair, Unsafe Structure Panel** _____    **Date** 4/23/2021

Rafael Rodriguez

MIA-SFED23485-00301724

# City of Miami



## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02359**                                      **Final Action:   04/23/2021**

Owner's Name: **CG MIAMI RIVER LLC**
Owner's Mailing Address: **2915 BISCAYNE BLVD., SUITE 300, MIAMI, FL 33137**
Case #: **BB2015006717**
RE: **242 SW 5 ST**
Folio Number: **01-0203-080-1010**
Legal Description: **LOTS 1 & 2 & THAT TR OF LAND LYG**
**BETW E/L OF LOT 13 PROD N & S/L OF SW 5 ST EXT TO MIAMI RIVER AS WIDENED,**
**BLOCK 38, CITY OF MIAMI SOUTH, PLAT BOOK B, PAGE 41, MIAMI-DADE COUNTY, FL**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23, 2021 for
**Building 1** (2-STORY, CBS, RETAIL/WAREHOUSE) and **Building 2** (2-STORY, CBS,
RETAIL/WAREHOUSE)  :

**Building '1':**      Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301725

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015006717

RCJV MIAMI RIVER LLC, C/O RABINA
PROPERTIES, LLC ATTN: JOE MCDONNELL
120 WEST 45TH STREET
NEW YORK, NY 10036

RABINA PROPERTIES, LLC
120 WEST 45TH STREET
NEW YORK, NY 10036

LIEBER, OREN, ESQ.
CG MIAMI RIVER LLC
2800 BISCAYNE BOULEVARD, SUITE 500
MIAMI, FL 33137

CORPORATE CREATIONS NETWORK INC.
RCJV MIAMI RIVER LLC
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

CORPORATION SERVICE COMPANY
RABINA PROPERTIES, LLC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

MIA-SFED23485-00301726

*Case # :BB2015006717 - Owner's Name: CG MIAMI RIVER LLC*

At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.

Moved By: _____

            Panel Member Kouchalakos


Seconded By: _____

            Panel Member Bared


Chair, Unsafe Structure Panel _____ Date   4/23/2021

            Rafael Rodriguez

MIA-SFED23485-00301727



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:   16-02377**                                          **Final Action:   04/23/2021**

Owner's Name: **IHSAN NIZAM**
Owner's Mailing Address: **P.O. BOX 25662 LOS ANGELES, CA 90025**
Case #: **BB2015007113**
RE: **3112 NW 36 ST**
Folio Number: **01-3128-013-0550**
Legal Description: **LOT 5 THRU 7, BLOCK 44, MELROSE HGTS   4TH SEC, PLAT BOOK 17, PAGE 21, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23,2021 for **Building "1"** (1-STORY, CBS, RETAIL/OUTLET BUILDING):

**Building '1':**      Recertify structure within 60 days.

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the**

MIA-SFED23485-00301728

**Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.:**BB2015007113**

**JAMIL NIZAM, AS TRUSTEE UNDER LAND TRUST NO. 1 DATED MARCH 23, 2001 P.O. BOX 25662 LOS ANGELES, CA 90025**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

*Moved By:* _____
**Panel Member Kouchalakos**

*Seconded By:* _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ Rafael Rodriguez    **Date** 4/23/2021

MIA-SFED23485-00301729

**property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006849**

**THE CHURCH OF OUR LORD JESUS CHRIST**
**OF THE APOSTOLIC FAITH**
**5407 SW 22ND STREET**
**WEST PARK, FL 33023**

**GROOVER, GENTLE L**
**THE CHURCH OF OUR LORD JESUS CHRIST**
**OF THE APOSTOLIC FAITH**
**1317 ROWE AVENUE**
**JACKSONVILLE, FL 32208**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure** _____  **Date** 4/23/2021
**Panel**

MIA-SFED23485-00301731



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number: 16-02372**                                          **Final Action:    04/23/2021**

Owner's Name: **JAMES BIEN AIME**
Owner's Mailing Address: **1 NW 89TH STREET, MIAMI, FL 33150**
Case #: **BB2015006856**
RE: **5134 NW 7 AV**
Folio Number: **01-3123-006-0280**
Legal Description: **LOT 1 LESS E5' & LESS S25' & S20' LOT 2, BLOCK 3, BOWLING GREEN, PLAT BOOK 5, PAGE 101, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23, 2021 for **Building 1** (1-STORY, CBS, RETAIL/OUTLET BUILDING):

**Building '1':**     Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

<u>This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be</u>

MIA-SFED23485-00301732

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006856**

**EDWARD BURROUGHS AND**
**JACQUELINE C. BURROUGHS**
**5200 NW 7 AVE**
**MIAMI, FL 33127**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel**    _____    **Date** 4/23/2021
Rafael Rodriguez

MIA-SFED23485-00301733

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02370**                                      **Final Action:  04/23/2021**

Owner's Name: **SAMUEL L. JOHNSON, JR.**
Owner's Mailing Address: **19592 NW 83 COURT, MIAMI, FL 33015**
Case #: **BB2015006852**
RE: **5720 NW 17 AV**
Folio Number: **01-3122-052-1350**
Legal Description: **S40' LOT 1 & 2 LESS E10' OF S40' LOT 1 FOR R/W, BLOCK 8, FLORAL PARK 1ST AMD PLAT, PLAT BOOK 8, PAGE 5, MIAMI-DADE COUNTY, FL**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23, 2021 for **Building 1** (1-STORY, CBS, RETAIL/OUTLET BUILDING):

**Building '1':**      Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be**

MIA-SFED23485-00301734

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006852**

**SAMUEL L. JOHNSON, JR.**
**5147 NW 24 AVE**
**MIAMI, FL 33042**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
            **Panel Member Kouchalakos**

**Seconded By:** _____
             **Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date** 4/23/2021
**Panel**              Rafael Rodriguez

MIA-SFED23485-00301735



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02364**

**Final Action: 04/23/2021**

Owner's Name: **LITTLE RIVER ASSEMBLAGE, LLC**
Owner's Mailing Address: **888 BISCAYNE BOULEVARD, SUITE 100, MIAMI, FL 33132**
Case #: **BB2015006767**
RE: **7338 NW MIAMI CT**
Folio Number: **01-3112-068-0210**
Legal Description: **S1/2 LOT 6 & ALL LOTS 7 & 8, BLOCK 2, HILLSIDE TERRACE, PLAT BOOK 7, PAGE 14, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23, 2021 for **Building 1** (2-STORY, CBS, RETAIL/FOOD PROCESSING BUILDING):

**Building '1':** Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be

MIA-SFED23485-00301736

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006767**

**LITTLE RIVER ASSEMBLAGE, LLC**
**888 BISCAYNE BOULEVARD, SUITE 100**
**MIAMI FL 33132**

**BRIDGE RIVER CAPITAL, LLC**
**355 ALHAMBRA CIRCLE, SUITE 1101**
**CORAL GABLES FL 33134**

**AXS LAW GROUP, PLLC**
**LITTLE RIVER ASSEMBLAGE LLC**
**2121 NW 2ND AVE, SUITE 201**
**MIAMI, FL 33127**

**HALPERN RODRIGUEZ, LLP**
**BRIDGE RIVER CAPITAL, LLC**
**355 ALHAMBRA CIRCLE, SUITE 1101**
**CORAL GABLES, FL 33134**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ **Date** 4/23/2021

Rafael Rodriguez

MIA-SFED23485-00301737

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02362**                           **Final Action:    04/23/2021**

Owner's Name: **SHIRLON WEIR**
Owner's Mailing Address: **7710-12 NW 2ND AVENUE, MIAMI, FL 33150**
Case #: **BB2015006758**
RE: **7710 NW 2 AVE**
Folio Number: **01-3112-032-0200**
Legal Description: **LOT 25 LESS E5' TO CITY, BLOCK 2 & E1/2 OF ALLEY LYG W & ADJ, CROSEL HEIGHTS, PLAT BOOK 10, PAGE 32, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on APRIL 23, 2021 for **Building 1** (2-STORY, CBS, RETAIL MIXED USE BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301738

**property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006758**

**HARVEY S. SCHWARTZ, TRUSTEE OF THE**
**HARVEY S. SCHWARTZ REVOCABLE TRUST**
**9341 SW 102 STREET**
**MIAMI, FL 33176**

**HARVEY S. SCHWARTZ, TRUSTEE OF THE**
**HARVEY S. SCHWARTZ REVOCABLE TRUST**
**P.O. BOX 162832**
**MIAMI, FL 33166**

**SAMUEL HOROWITZ**
**2891 SW 69 CT**
**MIAMI, FL 33155**

*At a meeting of the Unsafe Structure Panel on 4/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
      *Panel Member Kouchalakos*

**Seconded By:** _____
      *Panel Member Bared*

**Chair, Unsafe Structure**          _____    **Date**   4/21/2021
      **Panel**      Rafael Rdriguez

MIA-SFED23485-00301739



CFN: 20200710749 BOOK 32232 PAGE 3998
DATE:12/10/2020 12:05:16 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02172**                                   **Final Action:   12/04/2020**

Owner's Name: **E COAST INVESTMENTS LLC**
Owner's Mailing Address: **2066 SW 57 CT, MIAMI, FL 33155**
Case #: **BB2019002704**
RE: **1444 SW 6 ST**
Folio Number: **01-4102-006-5690**
Legal Description: **2 54 41 PB 2-46 LAWRENCE ESTATE LAND COS SUB LOT 6 BLK 101
LOT SIZE 7500 SQUARE FEET COC 24114-2372 12 2005 5**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on DECEMBER 4TH,
2020 for **Structure "A"** (2-STORY, CBS, SFR) and **Structure "B"** (DETACHED, 1-STORY,
SFR) and **Structure "C"** (DETACHED, CBS, SFR):

**STRUCTURE "A"** : Demolish the Unsafe Structure within 30
days
**STRUCTURE "B"** : Demolish the Unsafe Structure within 30
days
**STRUCTURE "C"** : Demolish the Unsafe Structure within 30
days

**BUILDING PERMITS:**

**Structure "A":**   Permits shall be obtained within 30 days from today's date
**Structure "B":**   Permits shall be obtained within 30 days from today's date
**Structure "C":**   Permits shall be obtained within 30 days from today's date

Property Survey required for all total demolition permits. All property surveys submitted to this
Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and
Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

MIA-SFED23485-00301740

CFN: 20200710749 BOOK 32232 PAGE 3999

*Case # :BB2019002704 - Owner's Name: E COAST INVESTMENTS LLC*

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial.The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019002704**

As of date (DECEMBER 4TH, 2020):

**MERS AS NOMINEE FOR ANGEL**
**OAK MORTGAGESOLUTIONS, LLC**
**TWO LAKESIDE COMMONS**
**980 HAMMOND DR, SUITE 850**
**ATLANTA, GA 30328**

**E COAST INVESTMENTS, LLC**
**ANTONIO ARIAS**
**2066 SW 57 CT**
**MIAMI FL 33155**

*At a meeting of the Unsafe Structure Panel on 12/4/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
　　　　　　*Panel Member Kouchalakos*

Seconded By: _____
　　　　　　　*Panel Member Bared*

Chair, Unsafe Structure　　　　　　　　　　　　Date　12/04/2020
　　　　　Panel　　　　　Miguel Martinez

*City of Miami*　　　　　　　　　Page 2　　　　　　　*Printed on 12/4/20*

MIA-SFED23485-00301741

CFN: 20200710758 BOOK 32232 PAGE 4017
DATE:12/10/2020 12:07:04 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02162**                                    **Final Action:   12/04/2020**

Owner's Name: **VQ EVERGLADES APARTMENTS LLC**
Owner's Mailing Address: **1541 BRICKELL AVE 1507, MIAMI FL 33129**
Case #: **BB2016014707**
RE: **2928 SW 10 ST**
Folio Number: **01-4109-019-0160**
Legal Description: **GRAPELAND SUB REV PB 3-196 LOT 25 BLK 10 LOT SIZE 50.000 X 153 OR 9501 1343**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on DECEMBER 4TH, 2020 for **Structure "A"** (1-STORY, CBS, 7-UNIT) and **Structure "B"** (1-STORY, CBS, DUPLEX):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days
**Structure 'B':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date
**Structure 'B':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID**

---

MIA-SFED23485-00301742

CFN: 20200710758 BOOK 32232 PAGE 4018

*Case # :BB2016014707 - Owner's Name: VQ EVERGLADES APARTMENT*

**STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016014707**

As of date (DECEMBER 4TH, 2020):

**BISCAYNE BANK, A FLORIDA**
**STATE CHARTERED COMMERCIAL BANK**
**2601 SOUTH BAYSHORE DR, STE 600**
**COCONUT GROVE, FL 33133**

**BISCAYNE BANK (REG AGENT)**
**LUMPKIN, II THOMAS D**
**2601 SOUTH BAYSHORE DRIVE, STE 600**
**COCONUT GROVE, FL 33133**

**VQ EVERGLADES APARTMENTS, LLC**
**(REG AGENT) VICTOR, QUEZADA A**
**1541 BRICKELL AVE #1507**
**MIAMI, FL 33129**

MIA-SFED23485-00301743

CFN: 20200710758 BOOK 32232 PAGE 4019

*Case # :BB2016014707 - Owner's Name: VQ EVERGLADES APARTMENT*

---

*At a meeting of the Unsafe Structure Panel on 12/4/2020, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member  Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____    **Date**   12/04/2020
Miguel Martinez

MIA-SFED23485-00301744



CFN: 20210119696 BOOK 32353 PAGE 3281
DATE:02/17/2021 10:26:05 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02224**                    **Final Action: 02/12/2021**

Owner's Name: **103 NW LLC**
Owner's Mailing Address: **8000 SW 117 AVE., SUITE 206, MIAMI, FL 33183**
Case #: **BB2020016440**
RE: **103 NW 9 AV**
Folio Number: **01-4138-003-3370**
Legal Description: **S50' LOT 11, BLOCK 4, BRICKELLS RIVERVIEW, PLAT BOOK 5, PAGE 43, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 12 ,2021 for **Structure "A"** (2-STORY, CBS, APARTMENT BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301745

CFN: 20210119696 BOOK 32353 PAGE 3282

*Case # :BB2020016440 - Owner's Name: 103 NW LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.:**

As of date (FEBRUARY 12, 2021):

PS FUNDING, INC.
2121 PARK PLACE, STE 250
EL SEGUNDO, CA 90245

ANAYA, FANNY
8000 SW 117 AVE 206
MIAMI, FL 33183

INCORPORATING SERVICES, LTD.
1540 GLENWAY DRIVE
TALLAHASSEE, FL 32301

MIA-SFED23485-00301746

CFN: 20210119696 BOOK 32353 PAGE 3283

*Case # :BB2020016440 - Owner's Name: 103 NW LLC*

**At a meeting of the Unsafe Structure Panel on 2/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

           **Panel Member Kouchalakos**

**Seconded By:** _____

           **Panel Member Bared**

**Chair, Unsafe Structure** _____     **Date**    2/12/2021
             **Panel**          Rafael Rodriguez

MIA-SFED23485-00301747



CFN: 20210119736 BOOK 32353 PAGE 3449
DATE:02/17/2021 10:31:09 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02236**                                    **Final Action:  02/12/2021**

Owner's Name: **BARKET INVESTMENTS, LLC**
Owner's Mailing Address: **6760 SW 75 TERRACE, MIAMI, FL 33143**
Case #: **BB2019015107**
RE: **1250 SW 22 ST**
Folio Number: **01-4139-007-2740**
Legal Description: **LOT 1-2-3-4 & E16.19' LOT 16, BLOCK 61, EAST SHENANDOAH, PLAT
BOOK 14, PAGE 55, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 12
,2021 for **Structure "A" (**1-STORY, CBS, SHOPPING CENTER):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301748

CFN: 20210119736 BOOK 32353 PAGE 3450

*Case # :BB2019015107 - Owner's Name: BARKET INVESTMENTS, LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019015107**

As of date (FEBRUARY 12, 2021):

**KELLY BARKET, JR.**
**6760 SW 75 TERRACE**
**MIAMI, FL 33143**

*At a meeting of the Unsafe Structure Panel on 2/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____   **Date** 2/12/2021
**Panel**   Rafael Rodriguez

*City of Miami*                     *Page 2*                     *Printed on 2/12/21*

MIA-SFED23485-00301749



CFN: 20210119742 BOOK 32353 PAGE 3475
DATE:02/17/2021  10:32:27 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION**
**ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02237**                                        **Final Action:  02/12/2021**

Owner's Name: **TIMOTHY BARKET , JILL TOMBLEY AND MICHAEL BARKET**
Owner's Mailing Address: **19 WEST FLAGLER STREET, SUITE 1212, MIAMI, FL 33130**
Case #: **BB2020022919**
RE: **1252 SW 22 ST**
Folio Number: **01-4139-007-2750**
Legal Description: **LOT 5 & E25' OF W75' OF LOT 16, BLOCK 61, EAST SHENANDOAH,**
**PLAT BOOK 14, PAGE 55, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 12
,2021 for **Structure "A"** (1-STORY, CBS, RESTAURANT/BAR):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID**
**STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS**
**POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301750

CFN: 20210119742 BOOK 32353 PAGE 3476

*Case # :BB2020022919 - Owner's Name: TIMOTHY BARKET, JILL TOMBL*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020022919**

As of date (FEBRUARY 12, 2021):

**TEKRAB HOLDINGS LLC INC**
**19 W FLAGLER ST #1212**
**MIAMI, FL 33130-4431**

**BARKET, TIMOTHY K**
**19 W. FLAGLER STREET SUITE 1212**
**MIAMI, FL 33130**

*At a meeting of the Unsafe Structure Panel on 2/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

Panel Member Kouchalakos

**Seconded By:** _____

Panel Member Bared

MIA-SFED23485-00301751

CFN: 20210119742 BOOK 32353 PAGE 3477

*Case # :BB2020022919 - Owner's Name: TIMOTHY BARKET, JILL TOMBL*

---

**Chair, Unsafe Structure Panel** _____ **Date** __2/12/2021__

Rafael Rodriguez

MIA-SFED23485-00301752



CFN: 20210153064 BOOK 32376 PAGE 4271
DATE:03/02/2021 11:47:44 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**City of Miami**

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number:  16-02262**                                    **Final Action:   02/26/2021**

Owner's Name: PASSAGE 7 LLC
Owner's Mailing Address: 10955 SW 177 TERRACE, AVENTURA, FL 33160
Case #: BB2015007648
RE: 3080 W FLAGLER ST
Folio Number: 01-4104-036-0450
Legal Description: LOT 49, SAGINAW PARK, PLAT BOOK 4, PAGE 4, MIAMI-DADE COUNTY,
FL

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26,
2021 for **Building "1"** (1-STORY, CBS, MEDICAL OFFICE):

**Building '1':**     Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be

MIA-SFED23485-00301753

CFN: 20210153064 BOOK 32376 PAGE 4272

*Case # :BB2015007648 - Owner's Name: PASSAGE 7 LLC*

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015007648**

As of date (FEBRUARY 26, 2021):

**PASSAGE 7 LLC**
**10955 SW 177 TER**
**MIAMI, FL 33157**

**CARLOS B. DUQUE**
**10955 SW 177 TERR**
**MIAMI, FL 33157**

*At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
   **Panel Member Kouchalakos**

**Seconded By:** _____
   **Panel Member Bared**

**Chair, Unsafe Structure** _____   **Date** _____
   **Panel**     Rafael Rodriguez             2/26/2021

MIA-SFED23485-00301754



CFN: 20210153090 BOOK 32376 PAGE 4364
DATE:03/02/2021 11:50:26 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02261**                                                  **Final Action: 02/26/2021**

Owner's Name: <u>SILVER COURT TRAILER PARK, INC</u>
Owner's Mailing Address: <u>3170 SW 8 ST, MIAMI, FL 33135</u>
Case #: <u>BB2015007687</u>
RE: <u>3170 SW 8 ST</u>
Folio Number: <u>01-4109-013-0140</u>
Legal Description: <u>LOT 12 LESS BEGIN 125FTW OF NE COR S105FT W25FT 9 IN N105FT</u>
<u>E25FT 9 IN TO POB LESS N20FT FOR ST ALSO LESS S150FT OF N860FT OF W150FT OF</u>
<u>LOT 12, HICKSONS SUB, PLAT BOOK B, PAGE 130, MIAMI-DADE COUNTY, FL.</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26, 2021 for **Building 1** (1-STORY, CBS,RETAIL/OUTLET, **Building 2** (1-STORY, CBS,RETAIL/OUTLET), **Building 3** (1-STORY, CBS,RETAIL/OUTLET) AND **Building 4** (1-STORY, CBS,RETAIL/OUTLET):

**Building 1,2,3 &4 :**          Submit 40/50 year recertification report
within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

<u>This document may be recorded by the Building Official with the Public Records of</u>

MIA-SFED23485-00301755

CFN: 20210153090 BOOK 32376 PAGE 4365

*Case # :BB2015007687 - Owner's Name: SILVER COURT TRAILER PARK*

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2015007687

As of date (FEBRUARY 26, 2021):

**MARC LEVIN**
**6024 SW 8 ST**
**MIAMI, FL 33144**

*At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
          **Panel Member  Kouchalakos**

**Seconded By:** _____
          **Panel Member Bared**

**Chair, Unsafe Structure** _____  **Date** _____
          **Panel**          Rafael Rodriguez          2/26/2021

MIA-SFED23485-00301756



CFN: 20210153034 BOOK 32376 PAGE 4172
DATE:03/02/2021 11:44:57 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02250**                                              **Final Action: 02/26/2021**

Owner's Name: **VQ EVERGLADES RENTAL LLC**
Owner's Mailing Address: **150 SE 25 ROAD PHA, MIAMI, FL 33129**
Case #: **BB2015020469**
RE: **337 SW 10 AV**
Folio Number: **01-4102-002-0530**
Legal Description: **S50' OF N100' OF LOTS 43 & 44, LAWRENCE ESTS EAST ADDN, PLAT BOOK 3, PAGE 94, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26 ,2021 for **Structure "A"** (2-STORY, CBS, APARTMENT BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

### BUILDING PERMITS:

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301757

CFN: 20210153034 BOOK 32376 PAGE 4173

*Case # :BB2015020469 - Owner's Name: VQ EVERGLADES RENTAL LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015020469**

As of date (FEBRUARY 26, 2021):

**BISCAYNE BANK, A FLORIDA STATE**
**CHARTERED COMMERCIAL BANK**
**3121 COMMODORE PLAZA, 3RD FLOOR**
**MIAMI, FL 33133**

**VICTOR QUEZADA**
**1541 BRICKELL AVE STE 1507**
**MIAMI, FL 33129**

**CT CORPORATION SYSTEM**
**160 MINE LAKE COURT, SUITE 200**
**RALEIGH, NC 27615**

MIA-SFED23485-00301758

CFN: 20210153034 BOOK 32376 PAGE 4174

*Case # :BB2015020469 - Owner's Name: VQ EVERGLADES RENTAL LLC*

**At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date** _____
**Panel** Rafael Rodriguez 2/26/2021

MIA-SFED23485-00301759



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02249**                                    **Final Action:   02/12/2021**

Owner's Name: <u>FRIENDSHIP MISSIONARY BAPTIST CHURCH, INC.</u>
Owner's Mailing Address: <u>740 N.W. 58 STREET, MIAMI, FL 33127</u>
Case #: <u>BB2020006256</u>
RE: <u>5702 NW 7 AVE</u>
Folio Number: <u>01-3114-000-0240</u>
Legal Description: <u>BEG 3.16 CHS S OF NE COR OF SE1/4 OF SE1/4 S104FT W416FT N104</u>
<u>FT E416FT TO BEG LESS ST, SEC 14-53-41, MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 12 ,2021 for **Structure "A"** (1-STORY, CBS, SHOPPING CENTER):

**Structure 'A':**     <u>Repair or Demolish Unsafe Structure within 180 days</u>

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     <u>Permits shall be obtained within 90 days from today's date</u>

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301760

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020006256**

As of date (FEBRUARY 12, 2021):

**FRIENDSHIP MISSIONARY BAPTIST CHURCH OF JACKSONVILLE, INC.**
**7141 NEW KINGS RD**
**JACKSONVILLE, FL 32219-3870**

**CHARLES JACKSON**
**740 NW 58 ST**
**MIAMI, FL 33127**

**CLARK, CARLOS ASR**
**10236 MANORVILLE DR**
**JACKSONVILLE, FL 32221**

MIA-SFED23485-00301761

*Case # :BB2020006256 - Owner's Name: FRIENDSHIP MISSIONARY BAF*

At a meeting of the Unsafe Structure Panel on 2/12/2021, a motion was made by
Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.

Moved By: _____

Panel Member  Kouchalakos


Seconded By: _____

Panel Member Bared


Chair, Unsafe Structure _____   Date _____ 2/12/2021
Panel                    Rafael Rodriguez

MIA-SFED23485-00301762

CFN: 20210119722 BOOK 32353 PAGE 3408
DATE:02/17/2021 10:29:32 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02231**                          **Final Action:  02/12/2021**

Owner's Name: **PEDRO G. MEDEIRO**
Owner's Mailing Address: **951 NW 37TH AVENUE, MIAMI, FL 33125**
Case #: **BB2016020607**
RE: **951 NW 37 AVE**
Folio Number: **01-3133-012-0050**
Legal Description: **LOT 5, BLOCK 1, MARIGOLD, PLAT BOOK 51, PAGE 54, MIAMI-DADE
COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 12
,2021 for **Structure "A"** (2-STORY, CBS, SFR), **Structure "B"** (DETACHED 1-STORY,
SFR), AND **Structure "C"** (1-STORY, CBS, SFR):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days
**Structure 'B':**     Repair or Demolish Unsafe Structure within 180
days
**Structure 'C':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date
**Structure 'B':**     Permits shall be obtained within 90 days from today's date
**Structure 'C':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

---

MIA-SFED23485-00301763

CFN: 20210119722 BOOK 32353 PAGE 3409

*Case # :BB2016020607 - Owner's Name: PEDRO G. MEDEIRO*

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: **BB2016020607**

As of date (FEBRUARY 12, 2021):

**WASHINGTON MUTUAL BANK N/KA**
**JPMORGAN CHASE BANK, N.A.**
**2210 ENTERPRISE DR**
**FLORENCE, SC 29501**

**UNITED STATES FEDERAL CREDIT UNION ACT**
**4151 AMON CARTER BLVD**
**FORT WORTH, TX 76155**

**KENWOOD REALTY**
**444 SW 2 AV, STE 945**
**MIAMI, FL 33130**

MIA-SFED23485-00301764

CFN: 20210119722 BOOK 32353 PAGE 3410

*Case # :BB2016020607 - Owner's Name: PEDRO G. MEDEIRO*

**LAWRENCE E. OR HILDEGARD M. STONE**
**444 SW 2 AV STE, 945**
**MIAMI, FL 33130**

**CT CORPORATION SYSTEM**
**1200 S PINE ISLAND RD**
**PLANTATION, FL 33324**

*At a meeting of the Unsafe Structure Panel on 2/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure** _____   **Date**   2/12/2021
**Panel**            Rafael Rodriguez

MIA-SFED23485-00301765

CFN: 20210152264 BOOK 32376 PAGE 976
DATE:03/02/2021 09:21:53 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## COMPLIANCE AGREEMENT

Case No.: **BB2018007661**

Case Address: **1000 Spring Garden Road**

Folio #: **01-3135-007-0010**

Legal Description: **LOT 1, of 1ST ADDITION TO SUNNYBROOK , according to the Plat thereof, as recorded in Plat Book 43, at Page 5, of the Public Records of Miami-Dade County, Florida**

Owner's Name: **1010 SPRING GARDEN LLC, a Delaware corporation, 1661 West Avenue, Miami Beach, FL 33139**

This Compliance Agreement (hereinafter the "Agreement"), running with the land, entered into this 9th day of: **FEBRUARY**, 2021, by: 1010 Spring Garden, LLC, ("Owner") and the CITY OF MIAMI (hereinafter the "City"), in reference to the above-mentioned Property (hereinafter the "Property").

### PREAMBLE

**WHEREAS**, the Owner desires to make a voluntary binding commitment to assure that the Property shall be rehabilitated in accordance with the provisions of the Florida Building Code, Fire Prevention Code, and all other federal, state, or local codes, as amended;

**WHEREAS**, the Owner enters into this Agreement in lieu of appearing before the City of Miami Unsafe Structure Panel for a hearing in case: **BB2018007661**.

**NOW THEREFORE**, the Owner voluntarily and knowingly covenants and agrees to be bound by the terms listed herein, which shall be deemed to be a covenant running with and touching the land, as well as binding upon the Owner as follows:

SECTION 1. The recitals and finding set forth in the Preamble of this Agreement are hereby adopted by reference and incorporated herein as if fully set forth in this Section.

SECTION 2. EFFECTIVE DATE. The provisions of this Agreement shall become effective upon signature of the parties.

SECTION 3. TERMS.

The Owner agrees to:

    a. ( X ) **Demolish** the structure(s) located on the Property at issue within one-hundred eighty (180) calendar days.

    b. ( ) **Repair** the structure(s) located on the Property as follows: The structure(s) shall be secured within five (5) working days in a manner approved by this Agreement. The following securing method is approved: Storm Shutters (5/8 plywood installed with through bolts or any shutter approved by the Building Official pursuant to Section 8-40 of the Miami-Dade County Code, as amended). The structure is to be **maintained** secure at all times, clean and sanitary, free of debris, overgrown grass or weeds, and free of paint discoloration or graffiti.

The property owner agrees that said structure(s) shall be:

MIA-SFED23485-00301766

CFN: 20210152264 BOOK 32376 PAGE 977

**ALL** plans shall be prepared and introduced into the Building Department within thirty **(30)** days from the date of signing this Agreement. All building permits shall be obtained and paid for within sixty **(60)** days after the plans have been submitted. All repairs or items must be completed within ninety **(90)** days of the issuance of the permit unless provided for otherwise in this Agreement. The plans shall be submitted first to the Unsafe Structures Section for review and approval. The building permit shall be obtained by a licensed contractor pursuant to Section 10-5 (2) of the Miami-Dade County Code, as amended, unless approved otherwise by the Building Official.

c.  ( ) Repaired or completed with plans prepared by a registered architect or a professional engineer licensed in the State of Florida, or with the plans originally approved by the Building Official.

d.  ( ) Repaired or completed with a certification letter signed, sealed and dated by a registered architect or a professional engineer licensed in the State of Florida, stipulating that the existing work is in compliance with the Florida Building Code, Fire Prevention Code, and all other technical, federal, state, or local codes, as amended that were in effect at the time of construction. Signed and Sealed plans shall be prepared and all required permits shall be obtained.

e.  Structures with damage assessed **under 50%** shall abide by the following:

**( X )** The demolition, completion or repair of said structure(s) shall conform to the Florida Building Code, as amended, unless application is made pursuant to the provisions of Sections 8-11 (g) of the Code of Miami-Dade County, and shall be completed within ninety (**90**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible, unless an extension is granted in writing by the Building Official.

f.  Structures with damage assessed **over 50%** shall abide by the following:

( ) The completion or repair of said structure(s) shall conform to all the Florida Building Code, 2010 edition, the Miami-Dade County and the City of Miami Code for a new building or structure and shall be completed within one-hundred eighty (**180**) days after obtaining the permit. Completion shall be determined when a final inspection approval is obtained on the building permit and when a Certificate of Completion, ('CC') or a Certificate of Occupancy, ('CO') are obtained, when applicable. If any of the conditions stipulated above are not complied with, said structure(s) shall be demolished by the City as soon as possible unless an extension is granted in writing by the Building Official.

g.  ( ) Forty/Fifty year recertification process. The forty/fifty or older recertification report, as required by the Miami-Dade County Code, shall be submitted with the standard forms and the corresponding payment within thirty (30) days from the date this Agreement is signed. Should the original recertification documents be rejected by the Building Official, an additional sixty (60) days shall be awarded for permits and all necessary repairs to be conducted.

h.  No construction, renovation, or alteration work shall be commenced at the Property until such time as the required plans have been presented and approved by the City or before the required permits are obtained from the City. In cases where work has already started without the required plans, permits and inspections, the Owner hereby agrees to STOP such work until plans are produced to the City, permits are obtained from the City and the formal City inspection(s) process begins.

i.  ( ) Other requirements or provisions.

_____

MIA-SFED23485-00301767

CFN: 20210152264 BOOK 32376 PAGE 978

SECTION 4. ACCESS. The Owner hereby agrees to allow staff of the City of Miami Building Department or the Unsafe Structures Section unrestricted access to the Property for purposes of performing compliance inspections during the pendency of this case.

SECTION 5. EXTENSION. No extension of the timeframes set forth by this Agreement shall be allowed without the express written consent of the Building Official.

SECTION 6. COMPLIANCE. By signing this Agreement you certify that you have read and fully understand it. Failure to comply with any of the terms of this Agreement will authorize the Building Official to demolish the property immediately and without further notice.

SECTION 7. WAIVER. By signing this Agreement, the property owner waives the right to have this Unsafe Structures case brought before the City of Miami Unsafe Structure Panel.

SECTION 8. NOT TRANSFERABLE. This document is not transferrable without the express written consent of the Building Official.

SECTION 9. SALE OF PROPERTY. The Owner shall not sell or transfer title to the Property during the course of this Agreement. The occurrence of such sale or transfer will subject the Property to immediate demolition by the City.

SECTION 10. RECORDING. This Agreement and any Addendum will be recorded in the Public Records of Miami-Dade County upon execution by the parties. The recording of this Agreement will constitute constructive notice to all concerned.

SECTION 11. INSPECTION AND ENFORCEMENT. This Agreement may be enforced by any means provided by law. An enforcement action may be brought by the City by action in law or in equity against any party or person violating or attempting to violate any covenants of this Agreement, either to restrain violations or to recover damages. The City may also enforce this Agreement pursuant to City Code Chapter 2, Article X, "Code Enforcement." This enforcement provision shall be in addition to any other remedies available under the law. This enforcement provision shall not apply against the City.

SECTION 12. SEVERABILITY. Invalidation of any one of these covenants by judgment of Court shall not affect any of the other provisions of the Agreement, which shall remain in full effect.

SECTION 13. MISCELLANEOUS PROVISIONS. This Agreement shall be construed and enforced according to the laws of the State of Florida. Venue in any proceedings between the parties shall be in Miami-Dade County, Florida. Each party waives any defense, whether asserted by motion or pleading, that the aforementioned courts are an improper or inconvenient venue. Moreover, the parties consent to the personal jurisdiction of the aforementioned courts and irrevocably waive any objections to said jurisdiction. The parties irrevocably waive any rights to a jury trial. Title and paragraph headings are for convenient reference and are not a part of this Agreement. No waiver or breach of any provision of this Agreement shall constitute a waiver of any subsequent breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing. This Agreement constitutes the sole and entire agreement between the parties hereto.

SECTION 14. COSTS. This Agreement only addresses bringing the Property into compliance and does not address any costs or expenses associated with this case owed to the City incurred during the commencement and prosecution of this case for which the Owner is responsible.

[SIGNATURES ON FOLLOWING PAGE]

MIA-SFED23485-00301768

CFN: 20210152264 BOOK 32376 PAGE 979

**Witnesses:**

Signature

WinSLow C. THOMPSON
Print Name

Signature

Phillippe Craft
Print Name

**Owner:**

**Spring Garden LLC, a Delaware limited liability company**

By:

Mehmet Emir Dereli, Authorized Signatory

Address: 1661 West Ave. #398750
Miami Beach, FL, 33239

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization this 9 day of FEB by Mehmet Emir Dereli, authorized signatory of Spring Garden LLC, a Delaware limited liability company, on behalf of the company, who is personally known to me or has produced FL DRIVER LIC , as identification.

Witness my signature and official seal this 9 day of FEB 2021, in the County and State aforesaid.

My Commission Expires:

WINSLOW C THOMPSON
Notary Public - State of Florida
Commission #GG151926
My Commission Expires
November 15, 2021

Notary Public State of FLORIDA

Print Name WinSLow C THompson

**APPROVED AS TO BUILDING**
**REQUIREMENTS:**

BUILDING OFFICIAL OR DESIGNEE
RENE DIAZ, CHIEF, UNSAFE STRUCTURE
DATE:



CFN: 20210153044 BOOK 32376 PAGE 4202
DATE:03/02/2021 11:46:04 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**City of Miami**

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02268**                                     **Final Action:    02/26/2021**

Owner's Name: **1672 CALLE OCHO LLC**
Owner's Mailing Address: **1672 SW 8 STREET, MIAMI, FL 33135**
Case #: **BB2015007754**
RE: **1672 SW 8 ST**
Folio Number: **01-4110-063-0030**
Legal Description: **LOT 4, BLOCK 1, SHENANDOAH, PLAT BOOK 8, PAGE 90, MIAMI-DADE
COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26, 2021
for **Building 1** (1-STORY, CBS,RETAIL/OUTLET):

**Building 1:**        Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 180 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the

MIA-SFED23485-00301770

CFN: 20210153044 BOOK 32376 PAGE 4203

*Case # :BB2015007754 - Owner's Name: 1672 CALLE OCHO LLC*

**Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015007754**

As of date (FEBRUARY 26, 2021):

**1672 CALLE OCHO LLC**
**8105 WEST 20TH AVE**
**HIALEAH, FL 33014**

**RODOLFO NUNEZ, ESQ.**
**100 ALMERIA AVENUE, SUITE 340**
**CORAL GABLES, 33134**

*At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
            **Panel Member  Kouchalakos**

Seconded By: _____
              **Panel Member Bared**

Chair, Unsafe Structure _____        Date _____
          **Panel**          Rafael Rodriguez                    2/26/2021

MIA-SFED23485-00301771

CFN: 20210153111 BOOK 32376 PAGE 4464
DATE:03/02/2021 11:53:19 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02282**                                      **Final Action:  02/26/2021**

Owner's Name: **CORNER 11, LLC C/O HENRY B. HANDLER**
Owner's Mailing Address: **2255 GLADES RD., #218-A, BOCA RATON, FL 33431**
Case #: **BB2015006631**
RE: **18 NW 11 ST**
Folio Number: **01-0101-070-1031**
Legal Description: **N125' OF LOT 3, BLOCK 17, MIAMI NORTH, PLAT BOOK B, PAGE 41,
MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26,
2021 for **Building 1** (2- STORY, CBS, WAREHOUSE):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the

MIA-SFED23485-00301772

CFN: 20210153111 BOOK 32376 PAGE 4465

*Case # :BB2015006631 - Owner's Name: CORNER 11, LLC C/O HENRY B*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015006631

As of date (FEBRUARY 26, 2021):

LION FINANCIAL, LLC
301 W. 41 ST., STE. 406
MIAMI BEACH, FL 33140

CORNER 11, LLC C/O Henry B. Handler
301 W. 41 ST., #406
MIAMI BEACH, FL 33140

KAREN H. LLERA
301 WEST 41ST STREET
MIAMI BEACH, FL 33140

*At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
Panel Member  Kouchalakos

Seconded By: _____
Panel Member Bared

Chair, Unsafe Structure _____     Date   2/26/2021
Panel                           Rafael Rodriguez

MIA-SFED23485-00301773



CFN: 20210153032 BOOK 32376 PAGE 4167
DATE:03/02/2021 11:44:51 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02277**                                         **Final Action:    02/26/2021**

Owner's Name: **214 NW 74 STREET PROP, LLC**
Owner's Mailing Address: **7338 N.W. MIAMI COURT, MIAMI, FL 33150**
Case #: **BB2015006753**
RE: **214 NW 74 ST**
Folio Number: **01-3112-0018-0030**
Legal Description: **E47.55' OF N75' OF LOT 3, BLOCK A, LE BOCAGE A SUB OF HILL**
**CREST, PLAT BOOK 9, PAGE 117, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26,
2021 for **Building "1"** (2-STORY, CBS, APARTMENT BUILDING):

**Building '1':**        Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami. If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits. If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE**
**REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO**
**SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY**
**RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE**
**OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be

MIA-SFED23485-00301774

CFN: 20210153032 BOOK 32376 PAGE 4168

*Case # :BB2015006753 - Owner's Name: 214 NW 74 STREET PROP, LLC*

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006753**

As of date (FEBRUARY 26, 2021):

**CARMEN M. COLOME, INC.**
**7611 SW 153 CT., APT. 107**
**MIAMI, FL 33193**

**BRIDGE RIVER CAPITAL, LLC**
**355 ALHAMBRA CIRCLE, SUITE 1101**
**CORAL GABLES, FL 33134**

**AXS LAW GROUP PLLC**
**2121 NW 2ND AVE, SUITE 201**
**MIAMI, FL 33127**

**COLOME, CARMEN M, PRESIDENT**
**1614 SW 1 ST**
**MIAMI, FL 33135**

**HALPERN RODRIGUEZ, LLP**
**355 ALHAMBRA CIRCLE, SUITE 1101**
**CORAL GABLES, FL 33134**

MIA-SFED23485-00301775

CFN: 20210153032 BOOK 32376 PAGE 4169

*Case # :BB2015006753 - Owner's Name: 214 NW 74 STREET PROP, LLC*

*At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____
          **Panel Member  Kouchalakos**

**Seconded By:** _____
          **Panel Member Bared**

**Chair, Unsafe Structure** _____   **Date** 2/26/2021
          **Panel**          Rafael Rodriguez

MIA-SFED23485-00301776



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

CFN: 20210153031 BOOK 32376 PAGE 4165
DATE:03/02/2021 11:44:45 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02276**                                         **Final Action: 02/26/2021**

Owner's Name: **A. PAIGO, INC.**
Owner's Mailing Address: **260 NW 79 ST, MIAMI, FL 33150**
Case #: **BB2015006756**
RE: **260 NW 79 ST**
Folio Number: **01-3112-032-0020**
Legal Description: **LOTS 2 & 3 LESS N10' FOR ST, BLOCK 1, CROSEL HEIGHTS, PLAT BOOK 10, PAGE 32, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26, 2021 for **Building "1"** (1-STORY, CBS, RETAIL/OUTLOOK):

**Building '1':**      Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be

MIA-SFED23485-00301777

CFN: 20210153031 BOOK 32376 PAGE 4166

*Case # :BB2015006756 - Owner's Name: A. PAIGO, INC.*

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006756**

As of date (FEBRUARY 26, 2021):

**A. PAIGO, INC.**
**3237 NE 13 ST**
**POMPANO BEACH, FL 33062**

**PAIGO, ANTHONY JMR**
**3237 NE 13 ST**
**POMPANO BEACH, FL 33062**

*At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**
**Panel Member  Kouchalakos**

**Seconded By:**
**Panel Member Bared**

**Chair, Unsafe Structure Panel**
Rafael Rodriguez

**Date** 2/26/2021

MIA-SFED23485-00301778



CFN: 20210153033 BOOK 32376 PAGE 4170
DATE:03/02/2021  11:44:57 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number:  16-02274**                                **Final Action:  02/26/2021**

Owner's Name: **NOAH'S ARK ON MIAMI RIVER, L.L.C.**
Owner's Mailing Address: **3510 PINE TREE DRIVE, MIAMI BEACH, FL 33140**
Case #: BB2015006639
RE: **630 NW 5 ST**
Folio Number: 01-0107-010-1020
Legal Description: **LOTS 2-E & 2-W LESS N10', BLOCK 71, MIAMI NORTH, PLAT BOOK 2, PAGE 99, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on FEBRUARY 26, 2021 for **Building 1** (1- STORY, CBS, RESTRAUNT/WAREHOUSE):

**Building 1 :**     Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301779

CFN: 20210153033 BOOK 32376 PAGE 4171

*Case # :BB2015006639 - Owner's Name: NOAH'S ARK ON MIAMI RIVER.*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006639**

As of date (FEBRUARY 26, 2021):

**CARLOS ERNESTO RODRIGUEZ**
**AND NANCY RODRIGUEZ**
**320 NW 59TH AVE**
**MIAMI, FL 33126**

**PAUL FELDMAN, P.A.**
**2750 NE 185TH STREET, SUITE 203**
**AVENTURA, FL 33180**

*At a meeting of the Unsafe Structure Panel on 2/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date** 2/26/2021
**Panel**
Rafael Rodriguez

MIA-SFED23485-00301780



CFN: 20210082618 BOOK 32327 PAGE 638
DATE:02/02/2021 10:11:58 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02201**                     **Final Action:   01/29/2021**

Owner's Name: <u>YVES BELIZAIRE AND YONIE BELIZAIRE</u>
Owner's Mailing Address: <u>1 NW 62 STREET, MIAMI FL 33150</u>
Case #: <u>BB2017020439</u>
RE: <u>1 NW 62 ST</u>
Folio Number: <u>01-3113-013-0100</u>
Legal Description: <u>LOTS 1 & 2 LESS ST, BLOCK 2, MOYWOOD, PLAT BOOK 7, PAGE 112,
MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JANUARY 29 ,2021
for **Structure "A"** (1-STORY, CBS, COMMERCIAL PROPERTY):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301781

CFN: 20210082618 BOOK 32327 PAGE 639

*Case # :BB2017020439 - Owner's Name: YVES BELIZAIRE AND YONIE B*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL, 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2017020439**

As of date (JANUARY 29, 2021):

**YVES & YONIE BELIZAIRE**
**710 GRAND RAPIDS BLVD**
**NAPLES, FL 34120**

**UBUNTU, LLC**
**9600 NW 25 ST, UNIT PH**
**DORAL, FL 33172**

**UBUNTU LLC, AS SUCCESSOR IN INTEREST TO**
**MERCANTIL COMMERCE BANK C/O MATTHEW ESTE**
**8603 S DIXIE HWY SUITE 218**
**MIAMI, FL 33143**

**ANTHONY DEROSA**
**9600 NW 25 ST SUITE 2A**
**DORAL, FL 33172**

MIA-SFED23485-00301782

CFN: 20210082618 BOOK 32327 PAGE 640

*Case # :BB2017020439 - Owner's Name: YVES BELIZAIRE AND YONIE B*

*At a meeting of the Unsafe Structure Panel on 1/29/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

          **Panel Member Kouchalakos**

**Seconded By:** _____

          **Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ **Date** _____1/29/2021_____

          Miguel Martinez

MIA-SFED23485-00301783



**City of Miami**

CFN: 20210051709 BOOK 32304 PAGE 4880
DATE:01/22/2021 09:56:09 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number:  16-02189**                                           **Final Action:  01/15/2021**

Owner's Name: **BRITTANY SHERINA WHEELER**
Owner's Mailing Address: **6724 SW 28 CT, MIRAMAR, FL 33023**
Case #: **BB2019012349**
RE: **1625 NW 38 ST**
Folio Number: **01-3123-018-0030**
Legal Description: **LOT 6 LESS N73.49', BLOCK 1, ALLAPATTAH VIEW, PLAT BOOK 12,
PAGE 67, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its
meeting on JANUARY 15, 2021 for **Structure "A"** (1-STORY,
WF, DUPLEX):

**STRUCTURE "A"** : Demolish the Unsafe Structure within 30
days

**BUILDING PERMITS:**

**Structure "A":**   Permits shall be obtained within 30 days from today's date

Property Survey required for all total demolition permits. All property surveys submitted to this
Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and
Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be

MIA-SFED23485-00301784

*Case # :BB2019012349 - Owner's Name: BRITTANY SHERINA WHEELER*

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.:BB2019012349**

As of date (JANUARY 15, 2021):

**DOROTHY MAE ROUNDTREE &**
**CARL WHEELER**
**1625 NW 38 ST**
**MIAMI, FL 33142-4891**

**BRITTANY SHERINA WHEELER**
**6724 SW 28 CT**
**MIRAMAR, FL 33023**

*At a meeting of the Unsafe Structure Panel on 1/15/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____  **Date** 1/15/2021
Rafael Rafael

MIA-SFED23485-00301785



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02196**                    **Final Action:    01/15/2021**

Owner's Name: <u>33 MIDTOWN, LLC</u>
Owner's Mailing Address: <u>19950 COUNTRY CLUB DR., STE. 900, AVENTURA FL 33180</u>
Case #: <u>BB2019011098</u>
RE: <u>3322 N MIAMI AV</u>
Folio Number: <u>01-3125-019-2160</u>
Legal Description: <u>LOT 2 THRU 8, BLOCK 12, WYNWOOD PARK, PLAT BOOK 5, PAGE 23, MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JANUARY 15, 2021 for **Structure "A"** (1-STORY, CBS, SHOPPING CENTER):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-5FED23485-00301786

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019011098**

As of date (JANUARY 15, 2021):

**33 MIDTOWN LLC**
**19950 COUNTRY CLUB DR 900**
**AVENTURA, FL 33180**

**MICULITZKI, YANINA, ESQ.**
**33 MIDTOWN, LLC**
**2999 NE 191 ST 403**
**AVENTURA, FL 33180**

*At a meeting of the Unsafe Structure Panel on 1/15/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
**Panel Member Kouchalakos**

Seconded By: _____
**Panel Member Bared**

Case # :BB2019011098 - Owner's Name: 33 MIDTOWN, LLC

| Chair, Unsafe Structure Panel | ⌒ <br> Rafael Rodriguez | Date | 1/15/2021 |

MIA-SFED23485-00301788

CFN: 20210052075 BOOK 32305 PAGE 1372
DATE:01/22/2021 10:35:29 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02200**                                  **Final Action: 01/15/2021**

Owner's Name: **MASVIDAL FINANCIAL HOLDINGS CORP**
Owner's Mailing Address: **8835 SW 107 AVENUE, MIAMI, FL 33150**
Case #: **BB2020019825**
RE: **7638 N MIAMI AV**
Folio Number: **01-3112-066-0020**
Legal Description: **LOT 2 LESS E5', DOWDYS SUB, PLAT BOOK 9, PAGE 42, MIAMI-DADE
COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JANUARY 15, 2021
for **Structure "A"** (2-STORY, CBS, APARTMENT BUILDING), **Structure "B"** (DETACHED
1-STORY, CBS, 4-PLEX):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days
**Structure 'B':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date
**Structure 'B':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID**

---

MIA-SFED23485-00301789

CFN: 20210052075 BOOK 32305 PAGE 1373

*Case # :BB2020019825 - Owner's Name: MASVIDAL FINANCIAL HOLDIN*

**STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020019825**

As of date (JANUARY 15, 2021):

**MASVIDAL FINANCIAL HOLDINGS CORP**
**8835 SW 107 AVE**
**MIAMI, FL 33150**

**PADRON, CHRISTOBAL**
**MASVIDAL FINANCIAL HOLDINGS CORP**
**8835 S.W. 107 AVE 343**
**MIAMI, FL 33176**

**CAPITAL INTERNATIONAL FINANCIAL, INC**
**395 ALHAMBRA CIRCLE, STE 200**
**CORAL GABLES, FL 33134**

**DE ONA, JORGE V**
**CAPITAL INTERNATIONAL FINANCIAL INC.**

MIA-SFED23485-00301790

CFN: 20210052075 BOOK 32305 PAGE 1374

*Case # :BB2020019825 - Owner's Name: MASVIDAL FINANCIAL HOLDIN*

**395 ALHAMBRA CIR**
**CORAL GABLES, FL 33134**

**ANCHOR LOANS, LP**
**5230 LAS VIRGENES ROAD, STE 105**
**CALABASAS, CA 91302**

**ANCHOR LOANS, LP**
**C/O DELUCA LAW GROUP, PLLC**
**2101 NE 26 ST**
**FORT LAUDERDALE, FL 33305**

*At a meeting of the Unsafe Structure Panel on 1/15/2021, a motion was made by*
*Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be*
*APPROVED, passed.*

**Moved By:** _____
       **Panel Member  Kouchalakos**

**Seconded By:** _____
       **Panel Member Bared**

**Chair, Unsafe Structure** _____   **Date** ___1/15/2021___
       **Panel**          Rafael Rodriguez

MIA-SFED23485-00301791

# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02598**                                      **Final Action:   07/23/2021**

Owner's Name: **SUAZOMALER LLC**
Owner's Mailing Address: **540 BRICKELL KEY DR 1723, MIAMI, FL 33131**
Case #: **BB2016006786**
RE: **1040 SW 8 ST**
Folio Number: **01-4111-001-0140**
Legal Description: **LOT 5 LESS S51FT, BLOCK 2-B, LAWRENCE EST LAND COS SUB, PLAT
BOOK 2, PAGE 51, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (1-STORY, CBS, RETAIL/OUTLET BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs,
all repairs or items needing to be completed or legalized must be done with their respective
permits. If plans are required, they shall be prepared by a State of Florida Registered Architect
or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall
be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed
within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding this
case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301792

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured.  Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006786**

**CASTILLO-SUAZO, MAURICIO H**
**SUAZOMALER LLC**
**540 BRICKELL KEY DRIVE, APT. 1723**
MIAMI, FL 33131

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
        **Panel Member  Kouchalakos**

**Seconded By:** _____
        **Panel Member Bared**

**Chair, Unsafe Structure**          _____          **Date**  7/23/2021
        **Panel**          Rafael Rodriguez

MIA-SFED23485-00301793

# City of Miami



## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02593**                                          **Final Action:   07/23/2021**

Owner's Name: **TR MT OLIVETTE BAPTIST CH**
Owner's Mailing Address: **1450 NW 1 CT, MIAMI FL 33136**
Case #: **BB2015007199**
RE: **1460 NW 1 CT**
Folio Number: **01-3136-051-0490**
Legal Description: **LOT 4 & E1/2 OF ALLEY LYG W & ADJ, WADDELLS RESUB OF BLOCK 44, PLAT BOOK 1, PAGE 169, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (2-STORY, CBS, RELIGIOUS BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301794

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130 .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015007199

MILLER, GLENN RESQUIRE
MT. OLIVETTE MISSIONARY BAPTIST CHURCH
67 N.E. 168TH STREET
NORTH MIAMI BEACH, FL 33162

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
                    Panel Member Kouchalakos

Seconded By: _____
                    Panel Member Bared

Chair, Unsafe Structure _____     Date   7/23/2021
             Panel            Rafael Rodriguez

MIA-SFED23485-00301795



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02592**                                          **Final Action:   07/23/2021**

Owner's Name: **EAST URBAN LLC**
Owner's Mailing Address: **1535 LEVANTE AVE., UNIT 201, CORAL GABLES FL 33146**
Case #: **BB2016006386**
RE: **1512 NW 7 AV**
Folio Number: **01-3135-019-0120**
Legal Description: **LOT 12, BLOCK 1, HIGHLAND PARK, PLAT BOOK 2, PAGE 13,
MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (1-STORY, CBS, RESTAURANT/LIGHT FOOD PROCESSING BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits.  If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301796

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006386**

**EAST URBAN LLC**
**P.O. BOX 473234**
**CHARLOTTE, NC 28247**

**EAST URBAN, LLC**
**1535 LEVANTE AVE., UNIT 201**
**CORAL GABLES, FL 33146**

**SPEZIANI, HUMBERTO**
**EAST URBAN LLC**
**1320 S. DIXIE HWY., 1200**
**CORAL GABLES, FL 33146**

**EAST URBAN LLC**
**200 E LAS OLAS BLVD, SUITE 2100**
**FT LAUDERDALE, FL 33301**

MIA-SFED23485-00301797

Case # :BB2016006386 - Owner's Name: EAST URBAN LLC

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**

**Panel Member Kouchalakos**

**Seconded By:**

**Panel Member Bared**

**Chair, Unsafe Structure Panel**     Rafael Rodriguez     **Date**   7/23/2021

MIA-SFED23485-00301798



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02591**                                            **Final Action:    07/23/2021**

Owner's Name: **YO AMO CALLE SIETE, LLC**
Owner's Mailing Address: **1637 SW 8 STREET, SUITE 200, MIAMI FL 33135**
Case #: **BB2020017396**
RE: **1558 SW 7 ST**
Folio Number: **01-4102-006-6130**
Legal Description: **LOT 8 & 9, BLOCK 103, LAWRENCE EST LAND COS SUB, PLAT BOOK 2,
PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JULY 23, 2021 for
**Structure "A"  (1-STORY, CBS, MULTIFAMILY BUILDING), Structure "B"  (1-STORY,
CBS, MULTIFAMILY BUILDING), AND Structure "C"  (1-STORY, CBS, MULTIFAMILY
BUILDING)**

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180 days
**Structure 'B':**   Repair or Demolish Unsafe Structure within 180 days
**Structure 'C':**   Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

## BUILDING PERMITS:

**Structure 'A':**   Permits shall be obtained within 90 days from today's date
**Structure 'B':**   Permits shall be obtained within 90 days from today's date
**Structure 'C':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida

MIA-SFED23485-00301799

Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020017396**

As of date (JULY 23, 2021):

**BGI FINANCIAL, LLC**
**175 SW 7 STREET, SUITE 2208**
**MIAMI, FL 33130**

MIA-SFED23485-00301800

*Case # :BB2020017396 - Owner's Name: YO AMO CALLE SIETE, LLC*

ANGULO, EDMUNDO
BGI FINANCIAL, LLC
175 SW 7TH STREET, SUITE 2208
MIAMI, FL 33130

PINILLA, MARTIN A, II
YO AMO CALLE SIETE LLC
1637 SW 8TH STREET, SUITE 200
MIAMI, FL 33135

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____     **Date** 7/23/2021

Rafael Rodriguez

MIA-SFED23485-00301801



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02590**          **Final Action:    07/23/2021**

Owner's Name: **R. C. R. MANAGEMENT INC**
Owner's Mailing Address: **1575 NW 14TH STREET, MIAMI, FL 33125**
Case #: **BB2016006401**
RE: **1575 NW 14 ST**
Folio Number: **01-3135-032-0320**
Legal Description: **LOTS 4 & 5, BLOCK 5, SOUTH ALLAPATTAH MANOR, PLAT BOOK 16, PAGE 6, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, OFFICE BUILDING)**:

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301802

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured.  Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130 .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2016006401

AMERICAN BANKERS INSURANCE COMPANY OF FL
& AMERICAN RELIABLE INSURANCE COMPANY
11222 QUAIL ROOST DRIVE
MIAMI, FL 3157

CHIEF FINANCIAL OFFICER; R/A for AMERICA
BANKERS INS. CO. OF FL & AMERICAN RELIAB
200 E. GAINES STREET
TALLAHASSEE, FL 32399

AMERICAN RELIABLE INSURANCE COMPANY
THREE BALA PLAZA EAST, SUITE 300
BALA CYNWYD, PA 19004

FAIBISCH, RUSSELL M
R C R MANAGEMENT INC
13500 NW 97TH AVE
HIALEAH GARDENS, FL 33018

MIA-SFED23485-00301803

*Case # :BB2016006401 - Owner's Name: R. C. R. MANAGEMENT INC*

**At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____    **Date** 7/23/2021

Rafael Rodriguez

MIA-SFED23485-00301804



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02589**                                    **Final Action:   07/23/2021**

Owner's Name: **OSCAR B. VALDES AND GEORGINA VALDES**
Owner's Mailing Address: **4975 EAST PALM COURT, HIALEAH, FL 33013**
Case #: **BB2016006355**
RE: **1614 NW 27 AV**
Folio Number: **01-3133-008-0060**
Legal Description: **LOT 13 & 14 LESS ST, PARADISE PARK AMD PL, PLAT BOOK 15, PAGE
55, MIAMI-DADE COUNTY, FL**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (1-STORY, CBS, OFFICE BUILDING)**:

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as
amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs
shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**

---

MIA-SFED23485-00301805

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006355**

**OSCAR B VALDES &W GEORGINA**
**1614 NW 27 AVE**
**MIAMI, FL 33125**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____
Rafael Rodriguez

**Date** 7/23/2021

MIA-SFED23485-00301806



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02588**                    **Final Action: 07/23/2021**

Owner's Name: **1648 TWO MARIAS, LLC**
Owner's Mailing Address: **881 OCEAN DRIVE, UNIT 4-A, KEY BISCAYNE, FL 33149**
Case #: **BB2016006343**
RE: **1648 NW 35 ST**
Folio Number: **01-3126-038-0210**
Legal Description: **LOT 1, BLOCK 2, BEVERLY HGTS, PLAT BOOK 6, PAGE 164,
MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (2-STORY, CBS, MIXED USE RETAIL OUTLET/RESIDENTIAL BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301807

*Case # :BB2016006343 - Owner's Name: 1648 TWO MARIAS, LLC*

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006343**

**1648 TWO MARIAS LLC**
**8860 SW 123 CT., APT K310**
**MIAMI, FL 33186**

**EASTERN NATIONAL BANK, N.A.**
**799 BRICKELL PLAZA, 10TH FLOOR**
**MIAMI, FL 3331**

**EASTERN NATIONAL HOLDINGS, INCORPORATED**
**F/K/A EASTERN NATIONAL BANK, N.A.**
**9700 SOUTH DIXIE HIGHWAY, 710**
**MIAMI, FL 33156**

**EASTERN NATIONAL BANK**
**EASTERN NATIONAL HOLDINGS, INCORPORATED**
**9700 SOUTH DIXIE HIGHWAY, 710**
**MIAMI, FL 33156**

**ADMINISTRATOR OF THE SMALL BUSINESS**
**ADMINISTRATION**
**801 TOM MARTIN DRIVE, STE 120**
**BIRMINGHAM, AL 35211**

MIA-SFED23485-00301808

Case # :BB2016006343 - Owner's Name: 1648 TWO MARIAS, LLC

**MARIETTA MAINIERI, P.A.**
**1648 TWO MARIAS LLC**
**2100 PONCE DE LEON BLVD., SUITE 1050**
**CORAL GABLES, FL 33134**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by*
*Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be*
*APPROVED, passed.*

**Moved By:**_____
                **Panel Member  Kouchalakos**

**Seconded By:** _____
                **Panel Member Bared**

**Chair, Unsafe Structure**   _____        **Date**   7/23/2021
           **Panel**              Rafael Rodriguez

MIA-SFED23485-00301809



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02587**                        **Final Action:  07/23/2021**

Owner's Name: **ST AGNES EPISCOPAL CHURCH**
Owner's Mailing Address: **SEYBOLD BLDG, 36 NE 1 ST, MIAMI, FL 33132**
Case #: **BB2015007200**
RE: **1750 NW 3 AV**
Folio Number: **01-3136-065-0050**
Legal Description: **TRACT 15, TOWNPARK SUB 5, PLAT BOOK 91, PAGE 10, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (2-STORY, CBS, RELIGIOUS BUILDING)**, **Building 2 (2-STORY, CBS, RELIGIOUS BUILDING)**, and **Building 3 (2-STORY, CBS, RELIGIOUS BUILDING)**:

**Building 1:** Submit 40/50 year recertification report within 30 days
**Building 2:** Submit 40/50 year recertification report within 30 days
**Building 3:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 30 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to

MIA-SFED23485-00301810

proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code

of the City of Miami, Florida as amended.


**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015007200**

**PEOPLES NATIONAL BANK OF COMMERCE**
**3275 NW 79TH STREET**
**MIAMI, FL 33147**

**ONEUNITED BANK**
**F/K/A PEOPLES NATIONAL BANK OF COMMERCE**
**100 FRANKLIN STREET, SUITE 600**
**BOSTON, MA 02110**

**COOPER, ROBERT**
**ONEUNITED BANK**
**3275 NW 79TH STREET**
**MIAMI, FL 33147**

**WALKER, SCOTT D, FR**
**ST. AGNES EPISCOPAL CHURCH, INC.**
**3840 LAKEVIEW DRIVE**

MIA-SFED23485-00301811

**SEBRING, FL 33870**

**ST AGNES EPISCOPAL CHURCH**
**PO BOX 2943**
**MIAMI, FL 33101**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

    *Panel Member Kouchalakos*

**Seconded By:** _____

    *Panel Member Bared*

**Chair, Unsafe Structure** _____ **Date** 7/23/2021

    **Panel**    Rafael Rodriguez

MIA-SFED23485-00301812

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02585**                                              **Final Action:   07/23/2021**

Owner's Name: **VIVA INVESTMENT GROUP, LLC**
Owner's Mailing Address: **8300 WEST FLAGLER STREET, SUITE 210, MIAMI, FL 33144**
Case #: **BB2018013668**
RE: **1801 SW 22 ST**
Folio Number: **01-4110-048-0420**
Legal Description: **LOT 17 & 18, BLOCK 3, SHENANDOAH MANOR SEC B, PLAT BOOK 39, PAGE 81, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JULY 23 ,2021 for **Structure "A" (3-STORY, CBS, OFFICE BUILDING):**

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301813

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2018013668**

As of date (JULY 23, 2021):

**VIVA INVESTMENT GROUP, LLC**
**1801 CORAL WAY, STE. 400**
**MIAMI, FL 33145**

**ANGULO, EDMUNDO**
**C/O, R/A: MOLINA, SURELY**
**7500 NW 25TH ST, SUITE 246**
**MIAMI, FL 33122**

MIA-SFED23485-00301814

Case # :BB2018013668 - Owner's Name: VIVA INVESTMENT GROUP, LL(

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____

**Panel Member Kouchalakos**

Seconded By: _____

**Panel Member Bared**

Chair, Unsafe Structure          _____          Date    7/23/2021
Panel                    Rafael Rodriguez

MIA-SFED23485-00301815



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02584**　　　　　　　　　　　**Final Action: 07/23/2021**

Owner's Name: **ELIAS GROSS TRS**
Owner's Mailing Address: **7002 N AGUSTA DR, HIALEAH, FL 33015**
Case #: **BB2016006388**
RE: **1938 NW 17 AV**
Folio Number: **01-3134-009-0050**
Legal Description: **LOT 8, UNEEDA PARK, PLAT BOOK 4, PAGE 87, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, RETAIL/OUTLET BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301816

*Case # :BB2016006388 - Owner's Name: ELIAS GROSS TRS*

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured.  Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006388**

**ELIAS GROSS, AS TRUSTEE OF THE 1938 LAND**
**TRUST DATED APRIL 7, 2021**
**7002 NORTH AUGUSTA DRIVE**
**HIALEAH, FL 33015**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member  Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____        **Date**   7/23/2021
**Panel**              Rafael Rodriguez

MIA-SFED23485-00301817

Case # :BB2016006388 - Owner's Name: ELIAS GROSS TRS

MIA-SFED23485-00301818



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02582**                              **Final Action:   07/23/2021**

Owner's Name: **MICHAEL LILOV, JR.**
Owner's Mailing Address: **2362 PRAIRIE AVENUE, MIAMI BEACH, FL 33140**
Case #: **BB2012003897**
RE: **2003 N MIAMI AVE**
Folio Number: **01-3125-000-0110**
Legal Description: **BEG 185FTS OF NW COR SW1/4 OF SW1/4 OF SE1/4 OF SE1/4 S100FT E TO RW/N ALG RW/ TO PT E OF POB W TO POB LESS W35FT, SEC 25-53-41, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JULY 23 ,2021 for **Structure "A" (2-STORY, CBS, RETAIL/OUTLET/MIXED USE BUILDING):**

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized .

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

MIA-SFED23485-00301819

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2012003897**

As of date (JULY 23, 2021):

**MICHAEL LILOV & MICHAEL LILOV JR**
**PO BOX 403396**
**MIAMI BEACH, FL. 33140-1396**

**WELLS FARGO BANK N.A.**
**CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301-2525**

**WELLS FARGO BANK, N.A.**
**3033 ELDER ST**
**BOISE, ID 83705**

MIA-SFED23485-00301820

*Case # :BB2012003897 - Owner's Name: MICHAEL LILOV, JR.*

**At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

Panel Member Kouchalakos

**Seconded By:** _____

Panel Member Bared

**Chair, Unsafe Structure Panel** _____
Rafael Rodriguez

**Date** 7/23/2021

MIA-SFED23485-00301821



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number:  16-02581**                                                  **Final Action:**   07/23/2021

Owner's Name: **MICHAEL LAND, INC**
Owner's Mailing Address: **6423 COLLINS AVENUE, SUITE 1803, MIAMI BEACH, FL 33141**
Case #: **BB2016006826**
RE: **2200 SW 8 ST**
Folio Number: **01-4110-014-0020**
Legal Description: **BEG SE COR LOT 3 N43.1FT NWLY ALG AD 61.16FT W51.3FT S82FT E90.2FT TO POB, BRYAN PARK, PLAT BOOK 5, PAGE 69, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (2-STORY, CBS, RETAIL/OUTLET BUILDING)** AND **Building 2 (2-STORY, CBS, RETAIL/OUTLET BUILDING)**:

**Building 1:** <u>Submit 40/50 year recertification report within 30 days</u>
**Building 2:** <u>Submit 40/50 year recertification report within 30 days</u>

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

MIA-SFED23485-00301822

*Case # :BB2016006826 - Owner's Name: MICHAEL LAND, INC*

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: **BB2016006826**

**ABRAHAM LAND INC**
**5536 SW 8 ST**
**CORAL GABLES, FL 33134-2220**

**LANDMAN, MICHAEL M; R/A FOR ABRAHAM LAND INC AND MICHAEL LAND, INC**
**5536 S W 8 ST**
**CORAL GABLES, FL 33134**

MIA-SFED23485-00301823

*Case # :BB2016006826 - Owner's Name: MICHAEL LAND, INC*

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____

        *Panel Member Kouchalakos*

**Seconded By:** _____

        *Panel Member Bared*

**Chair, Unsafe Structure** _____    **Date**   7/23/2021
        **Panel**      Rafael Rodriguez

MIA-SFED23485-00301824

# City of Miami



## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02580**　　　　　　　　　　　　　　**Final Action:  07/23/2021**

Owner's Name:**LU, INC.**
Owner's Mailing Address: **4830 SW 8 STREET, MIAMI, FL 33134**
Case #: **BB2016006829**
RE: **2272 SW 8 ST**
Folio Number: **01-4110-014-0170**
Legal Description: **LOT 23 & W5' LOT 22, BLOCK 1, BRYAN PARK, PLAT BOOK 5, PAGE 69, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (2-STORY, CBS, RETAIL/OUTLET/MIXED USE BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301825

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130 .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2016006829

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD., 5TH FLOOR
CORAL GABLES, FL 33146

CORPORATION SERVICE COMPANY
BAYVIEW LOAN SERVICING, LLC
1201 HAYS STREET
TALLAHASSEE, FL 32301

FERNANDEZ, MARIA C
LU INC
4830 SW 8 STREET
MIAMI, FL 33134

MIA-SFED23485-00301826

*Case # :BB2016006829 - Owner's Name: LU, INC.*

**At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure** _____   **Date** 7/23/2021
**Panel**                     Rafael Rodriguez

MIA-SFED23485-00301827



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02578**                    **Final Action: 07/23/2021**

Owner's Name: **2331 SHOPPING CENTER, INC.**
Owner's Mailing Address:**3028 NW 13 ST, MIAMI, FL 33125**
Case #: **BB2016006325**
RE: **2335 NW 27 AV**
Folio Number: **01-3127-004-0360**
Legal Description: **LOTS 11 TO 14 INC LESS ST, BLOCK 2, CLAYTON HGTS, PLAT BOOK 21, PAGE 10, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, RETAIL/OUTLET BUILDING)**:

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

---

MIA-SFED23485-00301828

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured.  Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: **BB2016006325**

**2331 SHOPPING CENTER, INC**
**5941 SW 79 COURT**
**MIAMI, FL 33143**

**GARCIA, EVELIO**
**2331 SHOPPING CENTER INC**
**5941 S.W. 79 COURT**
**MIAMI, FL 33143**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____
**Panel Member  Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

MIA-SFED23485-00301829

*Case # :BB2016006325 - Owner's Name: 2331 SHOPPING CENTER, INC.*

**Chair, Unsafe Structure
Panel**                    Rafael Rodriguez                    **Date**    7/23/2021

MIA-SFED23485-00301830

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number:  16-02577**                                                    **Final Action:   07/23/2021**

Owner's Name: **IGLESIA DE DIOS PENTECOSTAL, INC.**
Owner's Mailing Address: **2610 NW 36 STREET, MIAMI, FL 33142**
Case #: **BB2016006393**
RE: **2610 NW 36 ST**
Folio Number: **01-3127-001-0250**
Legal Description: **LOT 9, BLOCK 2, MELROSE HGTS, PLAT BOOK 11, PAGE 17, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (2-STORY, CBS, RELIGIOUS BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of

MIA-SFED23485-00301831

*Case # :BB2016006393 - Owner's Name: IGLESIA DE DIOS PENTECOST*

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006393**

**MENDOZA, MARIA**
**IGLESIA DE DIOS PENTACOSTAL INC**
**578 N VOLUSIA**
**PIERSON, FL 32180**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
                    **Panel Member Kouchalakos**

**Seconded By:** _____
                    **Panel Member Bared**

**Chair, Unsafe Structure**   _____     **Date**   7/23/2021
**Panel**                      Rafael Rodriguez

MIA-SFED23485-00301832



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02576**                                      **Final Action:   07/23/2021**

Owner's Name: **GATOR EIGHTH STREET, INC.**
Owner's Mailing Address: **2000 TOWERSIDE TERRACE, #1612, MIAMI, FL 33138**
Case #: **BB2017007542**
RE: **2821 SW 8 ST**
Folio Number: **01-4104-035-0400**
Legal Description: **LOTS 24 & 25 LESS S10', BLOCK 2, HARDING HGTS, PLAT BOOK 6,
PAGE 138, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (1-STORY, CBS, RETAIL/OUTLET AUTOMOTIVE REPAIR BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**

---

MIA-SFED23485-00301833

*Case # :BB2017007542 - Owner's Name: GATOR EIGHTH STREET, INC.*

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2017007542**

**GATOR EIGHTH STREET, INC**
**1595 NE 163 ST**
**NORTH MIAMI BEACH, FL 33162-4717**

**GATOR EIGHTH STREET, INC**
**7850 NW 146 ST., 4TH FLOOR**
**MIAMI LAKES, FL 33016**

**GOLDSMITH, JAMES A**
**GATOR EIGHTH STREET INC**
**7850 NW 146 STREET, 4TH FLOOR**
**MIAMI LAKES, FL 33016**

MIA-SFED23485-00301834

Case # :BB2017007542 - Owner's Name: GATOR EIGHTH STREET, INC.

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure**       _____       **Date**   7/23/2021

**Panel**          Rafael Rodriguez

MIA-SFED23485-00301835

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02575** **Final Action: 07/23/2021**

Owner's Name: **COSMOPOLITAN INVESTMENT GROUP LLC**
Owner's Mailing Address: **200 SE 1 STREET, SUITE 400, MIAMI, FL 33131**
Case #: **BB2017007623**
RE: **3490 MAIN HWY**
Folio Number: **01-4121-012-0700**
Legal Description: **NLY32' LOTS 73 & 74 LESS ST, DE HEDOUVILLES SUB, PLAT BOOK B, PAGE 150, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (2-STORY, CBS, MIXED USE BUILDING)**:

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2017007623**

**COSMOPOLITAN INVESTMENT GROUP LLC**
**C/O BRODSKY FOTIU-WOJTOWICZ, PLLC**
**200 SE 1 STREET, SUITE 400**
**MIAMI, FL 33131**

**BRODSKY, BENJAMIN H**
**BRODSKY FOTIU-WOJTOWICZ, PLLC**
**200 SE 1ST STREET, SUITE 400**
**MIAMI, FL 33131**

**PARADISE PARKING SYSTEMS, LLC**
**1717 N. BAYSHORE DRIVE, UNIT 201**
**MIAMI, FL 33132**

**SIEGEL, BERNARD**
**PARADISE PARKING SYSTEMS, LLC**
**1717 NORTH BAYSHORE DRIVE, SUITE 250**
**MIAMI, FL 33132**

**GH MORTGAGE LLC**
**1717 NORTH BAYSHORE DR., SUITE 102**
**MIAMI, FL 33132**

MIA-SFED23485-00301837

**SIEGEL, BERNARD**
**GH MORTGAGE LLC**
**1717 NORTH BAYSHORE DRIVE, SUITE 102**
**MIAMI, FL 33132**

**MACLEOD, CHRISTOPHER**
**COSMOPOLITAN INVESTMENT GROUP LLC**
**1035 N. MIAMI AVENUE, 401**
**MIAMI, FL 33136**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure**  _____   **Date** 7/23/2021 _____
**Panel**                    Rafael Rodriguez

MIA-SFED23485-00301838



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02573**                                        **Final Action: 07/23/2021**

Owner's Name: **GATOR 3505-3535 NW 17TH AVE LLC**
Owner's Mailing Address: **1595 NE 163RD STREEET, NORTH MIAMI BEACH, FL 33162**
Case #: **BB2016006339**
RE: **3535 NW 17 AV**
Folio Number: **01-3126-038-0020**
Legal Description: **W104.4' LOTS 1 & 2, BLOCK 1, BEVERLY HGTS, PLAT BOOK 6, PAGE 164, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, RETAIL/OUTLET BUILDING)**:

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301839

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006339**

**GATOR 3505-3535 NW 17TH AVE LLC**
**7850 NW 146TH STREET, 4TH FLOOR**
**NORTH MIAMI BEACH, FL 33162**

**GOLDSMITH, JAMES A**
**GATOR 3505 3535 NW 17TH AVE LLC**
**7850 NW 146TH STREET., 4TH FLOOR**
**MIAMI LAKES, FL 33016**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

MIA-SFED23485-00301840

Case # :BB2016006339 - Owner's Name: GATOR 3505-3535 NW 17TH Av

Chair, Unsafe Structure Panel _____ Rafael Rodriguez  **Date** 7/23/2021

MIA-SFED23485-00301841



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:   16-02571**                                                     **Final Action:    07/23/2021**

Owner's Name: **GUILLERMO FERRAS AND LUCILA FERRAS**
Owner's Mailing Address: **3410 SW 11 STREET, MIAMI, FL 33135**
Case #: **BB2016006440**
RE: **4373 NW 7 ST**
Folio Number: **01-3132-012-0130**
Legal Description: **LOT 3 THRU 6 LESS S5' FOR RD, BLOCK 2, PARKERS CHESTER TERRACE, PLAT BOOK 18, PAGE 79, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 ()**:

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 30 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301842

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: **BB2016006440**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____

**Panel Member Kouchalakos**

Seconded By: _____

**Panel Member Bared**

Chair, Unsafe Structure Panel _____    Date  7/23/2021

Rafael Rodriguez

MIA-SFED23485-00301843

## City of Miami

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02607**                                              **Final Action:  07/23/2021**

Owner's Name: **FLORIDA ACTION FILMS INC**
Owner's Mailing Address: **471 NE 79 STREET, MIAMI, FL 33138**
Case #: **BB2020012622**
RE: **471 NE 79 ST**
Folio Number: **01-3207-020-0011**
Legal Description: **BEG 984.6FTW OF SE COR OF NW1/4 OF SEC N 2 DEG 53 MIN 45 SEC
W105.66FT TO A POB N 2 DEG 53 MIN 45 SEC W56.5FT TH A R/A WLY76.9FT TH AT R/A
NLY54.76FT E85.9FT TH N 2 DEG 53 MIN 45 SEC W70FT TH W189FT M/L TO RIVER TH
SELY ALG RIVER TO A LINE WHICH BEARS S 87 DEG 6 MIN 15 SEC E TO POB WITH RIP
RTS, TUTTLES SUB, PLAT BOOK B, PAGE 3, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Structure A (2-STORY, CBS, WAREHOUSE/OFFICE BUILDING) Structure B (2-STORY,
CBS, WAREHOUSE/OFFICE BUILDING)**:

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days
**Structure 'B':**     Repair or Demolish Unsafe Structure within 180
days
**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

**Structure 'B':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained

MIA-SFED23485-00301844

shall cover all repairs or items needing to be completed and legalized .

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020012622**

As of date (JULY 23, 2021):

**SOUTH BEACH CLASICS, INC., & ROBIN ZIEL 1260 NW 74 ST**
**A/K/A ROBIN Z. VERNON C/O XANDER LAW GP**
**1 NE 2ND AVENUE, SUITE 200**
**MIAMI, FL 33132**

**WHITE, DOUGLAS**

MIA-SFED23485-00301845

Case # :BB2020012622 - Owner's Name: FLORIDA ACTION FILMS INC

SOUTH BEACH CLASICS, INC.
1343 SOUTH DIXIE HIGHWAY WEST
POMPANO BEACH, FL 33060

CHARLES MARTIN ROSENBERG
CARLTON FIELDS, P.A.
2 MIAMICENTRAL 700 NW 1ST AVE STE 1200
MIAMI, FL 33136

DANA JANE MCELROY
THOMAS & LOCICERO PL
915 MIDDLE RIVER DR STE 309
FORT LAUDERDALE, FL 33304

JOHN PARKER FENNER
PO BOX 26671
WESTON, FL 33326

IRA STEVEN SILVER
2225 SW 25TH AVE
MIAMI, FL 33145

RICHARD C. WOLFE
FLORIDA ACTION FILMS INC
175 SW 7 ST 2410
MIAMI, FL 3313

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by
Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.*

Moved By: _____

**Panel Member Kouchalakos**

Seconded By: _____

**Panel Member Bared**

Chair, Unsafe Structure _____     Date   7/23/2021
Panel                    Rafael Rodriguez

MIA-SFED23485-00301846



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:   16-02612**                                                 **Final Action:   07/23/2021**

Owner's Name: **22 CO.**
Owner's Mailing Address: **49 NE 22 STREET, MIAMI, FL 33137**
Case #: **BB2016013534**
RE: **49 NE 22 ST**
Folio Number: **01-3125-015-0140**
Legal Description: **LOT 18, RIDGEVIEW ADDN, PLAT BOOK 4, PAGE 175, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (2-STORY, CBS, WAREHOUSE/OFFICE BUILDING):**

**Structure 'A':**      Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**      Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

---

MIA-SFED23485-00301847

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016013534**

**22 CO.**
**1260 NW 74 ST**
**MIAMI, FL 33147**

**KOLB, PETER**
**22 CO.**
**1260 NW 74 ST**
**MIAMI, FL 33147**

MIA-SFED23485-00301848

Case # :BB2016013534 - Owner's Name: 22 CO.

At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.

Moved By:_____

    Panel Member Kouchalakos

Seconded By: _____

    Panel Member Bared

Chair, Unsafe Structure Panel   _____    Date   7/23/2021

    Rafael Rodriguez

MIA-SFED23485-00301849



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02606**                                           **Final Action:    07/23/2021**

Owner's Name: **555 SRD, LLC AND 555 RIVER DR LLC**
Owner's Mailing Address: **7272 NE 6 COURT, SUITE 10, MIAMI, FL 33138**
Case #: **BB2016006886**
RE: **517 NW SOUTH RIVER DR**
Folio Number: **01-4138-003-0170**
Legal Description: **LOT 7 & 8 RIP RTS BLOCK C, RIVERVIEW, PLAT BOOK 5, PAGE 43, & BEG SE COR LOT 1B PB 30-41 NW13.38FT NE 72.26FT SW73.48FT POB, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, WAREHOUSE/OFFICE BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

MIA-SFED23485-00301850

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130 .**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006886**

**555 SRD, LLC**
**MRP #1 LLC**
**7272 NE 6 COURT, 10**
**MIAMI FL 33138**

**555 RIVER PARTNERS, LLC**
**7725 W. RENO AVE., SUITE 398**
**OKLAHOMA CITY, OK 73127**

**CORPORATION SERVICE COMPANY**
**555 RIVER PARTNERS, LLC**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301-2525**

**NBC OKLAHOMA, SUCCESSOR BY**
**ASSIGNMENT TO BOKF, N.A.**
**6301 N. WESTERN AVENUE**
**OKLAHOMA CITY, OK 73118**

**PRESIDENT**
**NBC OKLAHOMA**

MIA-SFED23485-00301851

Case # :BB2016006886 - Owner's Name: 555 SRD, LLC AND 555 RIVER L

**13401 NORTH PENNSYLVANIA AVENUE**
**OKLAHOMA CITY, OK 73120**

**JAIN, AVRA**
**555 SRD, LLC AND 555 RIVER DR LLC**
**7272 NE 6TH COURT, #10**
**MIAMI, FL 33138**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by
Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.*

**Moved By:** _____
                 **Panel Member Kouchalakos**

**Seconded By:** _____
                   **Panel Member Bared**

**Chair, Unsafe Structure**      _____      **Date**   7/23/2021
          **Panel**                     Rafael Rodriguez

MIA-SFED23485-00301852

# City of Miami



## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02569**　　　　　　　　　　　　　**Final Action:　07/23/2021**

Owner's Name: **JOSE G. DIAZ AND ALFA DIAZ**
Owner's Mailing Address: **6035 SW 8 ST, MIAMI, FL 33144**
Case #: **BB2018008845**
RE: **6035 SW 8 ST**
Folio Number: **01-4001-010-0350**
Legal Description: **LOT 14 & 15, BLOCK 4, GRAY PARK, PLAT BOOK 10, PAGE 76, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, RETAIL/OUTLET BUILDING)**:

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301853

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured.  Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130** .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2018008845**

**ROGELIO ALFONSO**
**AND MARIA RAQUEL ALFONSO**
**5797 SW 19 STREET**
**MIAMI, FL 33155**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member  Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____  **Date** 7/23/2021
**Panel**            Rafael Rodriguez

MIA-SFED23485-00301854

Case # :BB2018008845 - Owner's Name: JOSE G. DIAZ AND ALFA DIAZ

MIA-SFED23485-00301855

# City of Miami



# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02604**                          **Final Action:   07/23/2021**

Owner's Name: **FLORVEST, L.L.C.**
Owner's Mailing Address: **400 SE 10 COURT, HIALEAH FL 33010**
Case #: **BB2021003134**
RE: **633 NE 79 ST**
Folio Number: **01-3207-017-0310**
Legal Description: **LOTS 26, 27, 28 & E15' LOT 25, BLOCK B, COMML SHORE CREST, PLAT BOOK 17, PAGE 16, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Structure A (1-STORY, CBS, RETAIL/OUTLET BUILDING):**

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

---

MIA-SFED23485-00301856

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2021003134**

**FLORVEST LLC**
**1071 NE 79 ST., UNIT 105**
**HIALEAH, FL 33138**

**PUREN, FREDERIC 22 CO.**
**FLORVEST LLC**
**1071 NE 79 ST, UNIT 105**
**MIAMI, FL 33138**

MIA-SFED23485-00301857

*Case # :BB2021003134 - Owner's Name: FLORVEST, L.L.C.*

**At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____   **Date** 7/23/2021

Rafael Rodriguez

MIA-SFED23485-00301858

# City of Miami



## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02611**                              Final Action:    07/23/2021

Owner's Name: **MIMI HOLDINGS, LLC C/O M MANAGEMENT, INC.**
Owner's Mailing Address: **215 COLES STREET, NEW JERSEY, NJ 07310**
Case #: **BB2016006217**
RE: **65 NE 23 ST**
Folio Number: **01-3125-011-0130**
Legal Description: **LOT 12, BLOCK 1, W EDGEWATER SUB, PLAT BOOK 1, PAGE 176, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, WAREHOUSE/OFFICE BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301859

*Case # :BB2016006217 - Owner's Name: MIMI HOLDINGS, LLC C/O M M*

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130 .**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006217**

**CHUNG, JAY**
**MIMI HOLDINGS, LLC**
**318 N.W. 23 STREET**
**MIAMI, FL 33127**

**GLAMOUR INVESTMENTS, LLC**
**2000 SOUTH BAYSHORE DRIVE, #38**
**COCONUT GROVE, FL 33133**

**CORPORATE SVCS INTER. CONSULTING GROUP**
**GLAMOUR INVESTMENTS, LLC**
**4000 HOLLYWOOD BLVD, SUITE 140-N**
**HOLLYWOOD, FL 33021**

**BANK OF AMERICA, N.A.**
**701 BRICKELL AVENUE, 15TH FLOOR**
**MIAMI, FL 33131**

**C T CORPORATION SYSTEM**
**BANK OF AMERICA, N.A.**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FL 33324**

MIA-SFED23485-00301860

Case # :BB2016006217 - Owner's Name: MIMI HOLDINGS, LLC C/O M M

**GERMAN AMERICAN CAPITAL CORPORATION**
**60 WALL STREET, 10TH FLOOR**
**NEW YORK, NY 10005**

**THE CORPORATION TRUST, INCORPORATED**
**GERMAN AMERICAN CAPITAL CORPORATION**
**2405 YORK ROAD, SUITE 201**
**LUTHERVILLE TIMONIUM, MD 21093-2264**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ Rafael Rodriguez   **Date** 7/23/2021

MIA-SFED23485-00301861

# City of Miami



## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:   16-02603**                                    **Final Action:    07/23/2021**

Owner's Name: **BHAGAT SINGH PROPERTIES, L.L.C.**
Owner's Mailing Address: **3980 SW 195 TERRACE, MIRAMAR, FL 33029**
Case #: **BB2016006458**
RE: **700 NW 37 AV**
Folio Number: **01-3132-019-0011**
Legal Description: **S150' OF E150' OF TRACT A, CENTRAL SHOPPING PLAZA, PLAT BOOK 68, PAGE 79, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 (1-STORY, CBS, SERVICE RETAIL/OUTLET BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:**The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301862

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2016006458

FIRST BANK OF MIAMI
2333 PONCE DE LEON BLVD., SUITE 314
CORAL GABLES, FL 33134

APOLLO BANK
F/K/A FIRST BANK OF MIAMI
1150 SOUTH MIAMI AVENUE
MIAMI, FL 33130

INTERAMERICAN CORPORATE SERVICES LLC
APOLLO BANK F/K/A FIRST BANK OF MIAMI
2525 PONCE DE LEON BLVD, SUITE 1225
CORAL GABLES, FL 33134

SINGH, ARVIND (MANAGER)
BHAGAT SINGH PROPERTIES, L.L.C.
700 NW 37 AVE
MIAMI, FL 33125

MIA-SFED23485-00301863

Case # :BB2016006458 - Owner's Name: BHAGAT SINGH PROPERTIES,

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By:_____

**Panel Member Kouchalakos**

Seconded By: _____

**Panel Member Bared**

Chair, Unsafe Structure
          **Panel**        _____   Date  7/23/2021
                              Rafael Rodriguez

MIA-SFED23485-00301864

# City of Miami



## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number: 16-02568**

**Final Action:** **07/23/2021**

Owner's Name: **JEAN ROBERT CESAR**
Owner's Mailing Address: **12421 EQUINE LANE, WELLINGTON, FL 33414**
Case #: **BB2015007245**
RE: **7501 NE 3 PL**
Folio Number: **01-3207-046-0010**
Legal Description: **W119.71' LOT 1 & W129.71' LOT 2, COMML LITTLE RIVER, PLAT BOOK 7, PAGE 73, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for **Building 1 ()**:

**Building 1:** <u>Submit 40/50 year recertification report within 30 days</u>

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

<u>This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned</u>

MIA-SFED23485-00301865

as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: **BB2015007245**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
**Panel Member Kouchalakos**

Seconded By: _____
**Panel Member Bared**

Chair, Unsafe Structure Panel _____     Date     7/23/2021
Rafael Rodriguez

MIA-SFED23485-00301866



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

---

**File Number:  16-02567**                                  **Final Action:   07/23/2021**

Owner's Name: **ESTATE MARKETING, INC.**
Owner's Mailing Address: **1031 NORTH MIAMI BCH. BLVD, NORTH MIAMI BEACH, FL 33162**
Case #: **BB2015007220**
RE: **8100 NE 4 PL**
Folio Number: **01-3207-020-0040**
Legal Description: **BEG 330FT W OF SE COR NW1/4 N O DEG 7 MIN O SEC 30FT TO PT
ETC AS PER DR 2449-502, TUTTLES SUB, PLAT BOOK B, PAGE 3, MIAMI-DADE COUNTY,
FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (2-STORY, CBS, WAREHOUSE/OFFICE BUILDING):**

**Building 1:** <u>Submit 40/50 year recertification report within 30
days</u>

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs,
all repairs or items needing to be completed or legalized must be done with their respective
permits. If plans are required, they shall be prepared by a State of Florida Registered Architect
or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall
be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed
within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding this
case.

---

MIA-SFED23485-00301867

Case # :BB2015007220 - Owner's Name: ESTATE MARKETING, INC.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130 .

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015007220

ESTATE MARKETING, INC.
C/O RICHARD CHARLES WOLFE, P.A.
471 NE 79 ST
MIAMI, FL 33138

MARBIN, EVAN R
ESTATE MARKETING, INC.
48 EAST FLAGLER STREET, PH-104
MIAMI, FL 33131

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
        **Panel Member Kouchalakos**

Seconded By: _____
        **Panel Member Bared**

Type text here

MIA-SFED23485-00301868

Case # :BB2015007220 - Owner's Name: ESTATE MARKETING, INC.

**Chair, Unsafe Structure Panel** _____    **Date** 7/23/2021

Rafael Rodriguez

MIA-SFED23485-00301869



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02601**                              **Final Action:    07/23/2021**

Owner's Name: **8TH STREET PROPERTIES, LLC**
Owner's Mailing Address: **2305 NE 192ND STREET, NORTH MIAMI, FL 33180**
Case #: **BB2016006924**
RE: **849 SW 8 ST**
Folio Number: **01-4138-003-2310**
Legal Description: **S35' OF LOTS 3 & 2 & LOT 10 & 11 LESS ST, BLOCK R, RIVERVIEW, PLAT BOOK 5, PAGE 43, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (1-STORY, CBS, SERVICE LIGHT MANUFACTURING/FOOD PROCESSING/OFFICE BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits.  If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

MIA-SFED23485-00301870

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006924**

**8TH STREET PROPERTIES, LLC**
**P.O. BOX 612797**
**NORTH MIAMI BEACH, FL 33160**

**MACK INVESTMENTS, LLC**
**210 174 STREET**
**WINSTON TOWERS 600, APT. 1204**
**SUNNY ISLES BEACH, FL 33160**

**MACK, VALERIE L**
**MACK INVESTMENTS, LLC**
**5185 TOPEKA AVENUE**
**ST. CLOUD, FL 34773**

**PILLGREEN HOLDING, LLC**
**210 174TH STREET, UNIT 1204**
**SUNNY ISLES BEACH, FL 33160**

**DORRA, MAXIMO**
**PILLGREEN HOLDING, LLC**
**210 174 ST WINSTON TOWER 600**

MIA-SFED23485-00301871

*Case # :BB2016006924 - Owner's Name: 8TH STREET PROPERTIES, LL*

**SUNNY ISLE BEACH, FL 33160**

**DORRA, NURI**
**8TH STREET PROPERTIES, LLC**
**16426 NE 32 AVE**
**NORTH MIAMI BEACH, FL 33160**

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
        **Panel Member Kouchalakos**

**Seconded By:** _____
         **Panel Member Bared**

**Chair, Unsafe Structure** _____     **Date** 7/23/2021
           **Panel**     Rafael Rodriguez

MIA-SFED23485-00301872



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number:  16-02599**                                                    **Final Action:**    **07/23/2021**

Owner's Name: **WARRIOR CAPITAL FLAGLE II LLC**
Owner's Mailing Address: **2133 N. MERIDIAN AVENUE, MIAMI BEACH, FL 33139**
Case #: **BB2016006948**
RE: **955 W FLAGLER ST**
Folio Number: **01-4138-003-0990**
Legal Description: **LOT 14, BLOCK I, RIVERVIEW, PLAT BOOK 5, PAGE 43, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on July 23, 2021 for
**Building 1 (1-STORY, CBS, RETAIL/OUTLET BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed within 90 days from today's date.

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**

MIA-SFED23485-00301873

**Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

Please Be Advised, any property that is found in violation of the Building Code and chapter 10 of the Code of the City of Miami shall have its Certificate of Use revoked pursuant to Section 2-211 of the Code of the City of Miami, Florida as amended.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006948**

**JAF INVESTMENTS 1 INC. F/K/A JAF INVESTMENTS, INC.**
**17091 SW 92ND CT.**
**PALMETTO BAY, FL 33157**

**ESPINOSA, MARY ANN**
**JAF INVESTMENTS 1 INC.**
**17091 SW 92ND CT**
**PALMETTO BAY, FL 33157**

**PAUL FELDMAN, P.A.**
**WARRIOR CAPITAL FLAGLER II LLC**
**2750 NE 185TH STREET, 203**
**AVENTURA, FL 33180**

MIA-SFED23485-00301874

Case # :BB2016006948 - Owner's Name: WARRIOR CAPITAL FLAGLE II I

*At a meeting of the Unsafe Structure Panel on 7/23/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____     **Date**   7/23/2021

Rafael Rodriguez

MIA-SFED23485-00301875



CFN: 20210412335 BOOK 32556 PAGE 2492
DATE:06/09/2021 03:55:55 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02470**                                                **Final Action:  06/04/2021**

Owner's Name: **JOMISA INVESTMENTS, LLC**
Owner's Mailing Address: **8961 SW 8 STREET, PLANTATION, FL 33324**
Case #: **BB2021007521**
RE: **2146 NW 36 ST**
Folio Number: **01-3127-010-0670**
Legal Description: **LOT 1 & 2, BLOCK 4, HOLLEMAN MANOR, PLAT BOOK 10, PAGE 30, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JUNE 4TH, 2021 for **Structure "A"** (1-STORY, CBS, NIGHTCLUB/BAR):

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301876

CFN: 20210412335 BOOK 32556 PAGE 2493

*Case # :BB2021007521 - Owner's Name: JOMISA INVESTMENTS, LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2021007521**

As of date (JUNE 4TH, 2021):

**RCG ACCOUNTING & ASSOCIATES, INC.**
**JOMISA INVESTMENTS LLC**
**9000 SHERIDAN STREET, SUITE 138**
**PEMBROKE PINES, FL 33024**

*At a meeting of the Unsafe Structure Panel on 6/4/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____    **Date** 06/04/2021
**Panel**          Rafael Rodriguez

City of Miami                           Page 2                    Printed on 6/4/21

MIA-SFED23485-00301877

# City of Miami



## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02485**                                    **Final Action:    06/04/2021**

Owner's Name: **JKRR LLC**
Owner's Mailing Address: **1111 BRICKELL AVE 2920, MIAMI, FL 33131**
Case #: **BB2021007492**
RE: **333 NE 59 TER**
Folio Number: **01-3218-087-0080**
Legal Description: **MORNINGSIDE COMMERCE CTR CONDO UNIT 333 UNDIV 12.50% INT IN
COMMON ELEMENTS OFF REC 26351-0322**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JUNE 4TH, 2021 for
**Structure "A"** (1-STORY, CBS, LIGHT MANUFACTURING BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301878

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2021007492**

As of date (JUNE 4TH, 2021):

**FAWKES, MARY**
**JKRR LLC**
**1111 BRICKELL AVE, SUITE 2920**
**MIAMI, FL 33131**

**31959 FINANCIAL, LLC**
**1111 BRICKELL AVE, SUITE 2920**
**ATTN: MARY FAWKES**
**MIAMI, FL 33131**

**FAWKES, MARY E**
**31959 FINANCIAL, LLC**
**4197 DOUGLAS RD**
**MIAMI, FL 33133**

MIA-SFED23485-00301879

*Case # :BB2021007492 - Owner's Name: JKRR LLC*

*At a meeting of the Unsafe Structure Panel on 6/4/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By:_____
**Panel Member Kouchalakos**

Seconded By: _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ **Date** 06/04/2021
Rafael Rodriguez

MIA-SFED23485-00301880

# City of Miami



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number: 16-02466**                                    **Final Action: 06/04/2021**

Owner's Name: **GULL HOUSE LIMITED NO 5 AND FLAGAMI LAND CORP**
Owner's Mailing Address: **1553 SAN IGNACIO AVE, CORAL GABLES, FL 33146**
Case #: **BB2021006219**
RE: **4141 W FLAGLER ST**
Folio Number: **01-4105-010-0311**
Legal Description: **LOT 19 LESS W20' & LOTS 20 THRU 22, BLOCK 2, 12TH STREET
MANOR SEC THREE, PLAT BOOK 6, PAGE 162, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JUNE 4TH, 2021 for
**Structure "A"** (1-STORY, CBS, RESTAURANT BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301881

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2021006219**

As of date (JUNE 4TH, 2021):

**OCEAN BANK**
**780 NW 42ND AVENUE**
**MIAMI, FL 33126**

**INTERAMERICAN CORPORATE SERVICES LLC**
**OCEAN BANK**
**2525 PONCE DE LEON BLVD, SUITE 1225**
**CORAL GABLES, FL 33134**

**VALLE, JOSE DR.**
**GULL HOUSE LTD NO. 5; FLAGAMI LAND CORP.**
**1553 SAN IGANCIO AVENUE**
**CORAL GABLES, FL 33146-3006**

MIA-SFED23485-00301882

Case # :BB2021006219 - Owner's Name: GULL HOUSE LIMITED NO 5 &

*At a meeting of the Unsafe Structure Panel on 6/4/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ **Date** 06/04/2021

Rafael Rodriguez

MIA-SFED23485-00301883



CFN: 20210412300 BOOK 32556 PAGE 2291
DATE:06/09/2021  03:51:54 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION**
**ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02484**                                              **Final Action:     06/04/2021**

Owner's Name: **LAVIANCE PROPERTY ACQUISITION**
Owner's Mailing Address: **13190 SW 134 ST, STE 104, MIAMI, FL 33186**
Case #: **BB2021004484**
RE: **539 SW 7 CT**
Folio Number: **01-4138-050-0040**
Legal Description: **DRUID COURT 1ST ADD PB 6-168 LOTS 5 & 6 BLK A LOT SIZE 11300 SQ FT OR 13103-3369 0789 1**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on JUNE 4TH, 2021 for **Structure "A"** (2-STORY, CBS, RETAIL/APARTMENT BUILDING):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301884

CFN: 20210412300 BOOK 32556 PAGE 2292

*Case # :BB2021004484 - Owner's Name: LAVIANCE PROPERTY ACQUIS*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2021004484

As of date (JUNE 4TH, 2021):

JAZAYRI, SAM
LAVIANCE PROPERTY ACQUISITION LLC
3001 W. HALLANDALE BEACH #300
PEMBROKE PARK, FL 33009

*At a meeting of the Unsafe Structure Panel on 6/4/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
                    **Panel Member  Kouchalakos**

Seconded By: _____
                    **Panel Member Bared**

Chair, Unsafe Structure _____        Date    06/04/2021
              Panel              Rafael Rodriguez

MIA-SFED23485-00301885



CFN: 20210189309 BOOK 32402 PAGE 2924
DATE:03/17/2021 10:57:24 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami



## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02292**                          **Final Action:    03/12/2021**

Owner's Name: **MIA CASA LLC**
Owner's Mailing Address: **977 EAST OAKLAND PARK BLVD OAKLAND PARK, FL 33334**
Case #: **BB2020023569**
RE: **1142 SW 4 ST**
Folio Number: **01-4102-005-4070**
Legal Description: **LAWRENCE ESTATE LAND COS SUB PB 2-46 LOT 6 BLK 23 LOT SIZE
7500 SQUARE FEET COC 25913-0876 08 2007 1**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021
for **Structure "A"** (3-STORY, CBS, APARTMENT BUILDING):

**Structure 'A':**      Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**      Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301886

CFN: 20210189309 BOOK 32402 PAGE 2925

*Case # :BB2020023569 - Owner's Name: MIA CASA LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the <u>City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.</u>

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: <u>BB2020023569</u>**

<u>As of date (MARCH 12TH, 2021):</u>

**SAMJACK BLACKSTONE, LLC**
**3001 WEST HALLANDALE BEACH BLVD. STE. 300**
**PEMBROKE PINES, FL 33009**

**EYAL HALALI**
**MIA CASA LLC**
**997 E OAKLAND PARK BLVD**
**OAKLAND PARK, FL 33334**

**SAM JAZAYRI**
**SAMJACK BLACKSTONE, LLC**
**3001 WEST HALLANDALE BEACH BLVD, STE 300**
**PEMBROKE PARK, FL 33009**

MIA-SFED23485-00301887

CFN: 20210189309 BOOK 32402 PAGE 2926

*Case # :BB2020023569 - Owner's Name: MIA CASA LLC*

*At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member  Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure**  _____  **Date** _3/12/2021_____
            **Panel**            Rafael Rodriguez

MIA-SFED23485-00301888

CFN: 20210189331 BOOK 32402 PAGE 2962
DATE:03/17/2021  11:00:57 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION**
**ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02291**                                      **Final Action:    03/12/2021**

Owner's Name: **1010 SPRING GARDEN LLC**
Owner's Mailing Address: **1661 WEST AVE #398750 MIAMI, BEACH FL 331393**
Case #: **BB2018008412**
RE: **1150 NW 8 STRD**
Folio Number: **01-3135-028-0060**
Legal Description: **35 53 41 2 54 41 SPRING GARDEN CORR PL PB 9-16 LOTS 6 TO 8 INC**
**LESS NE 5FT & SW 8.5FT BLK 6 LOT SIZE 21270 SQUARE FEET OR 17616-1885 0497 5**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021
for **Structure "A"** (2- STORY, CBS, APT BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.


**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301889

*Case # :BB2018008412 - Owner's Name: 1010 SPRING GARDEN LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2018008412

As of date (MARCH 12TH, 2021):

SNYDER INTERNATIONAL LAW GROUP, P.A.
1010 SPRING GARDEN LLC
21500 BISCAYNE, STE 401
Aventura, FL 33180

*At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By:_____
            **Panel Member Kouchalakos**

Seconded By:_____
            **Panel Member Bared**

MIA-SFED23485-00301890

CFN: 20210189331 BOOK 32402 PAGE 2964

Case # :BB2018008412 - Owner's Name: 1010 SPRING GARDEN LLC

**Chair, Unsafe Structure Panel**        Rafael Rodriguez                    **Date**    3/12/2021

MIA-SFED23485-00301891



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

CFN: 20210188692 BOOK 32402 PAGE 206
DATE:03/17/2021 08:39:30 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number:  16-02304**                                      **Final Action:    03/12/2021**

Owner's Name: **SCANDA PROPERTY 2 LLC**
Owner's Mailing Address: **455 NE 24 ST APT 422 MIAMI, FL 33137**
Case #: **BB2014010215**
RE: **137 N MIAMI AV**
Folio Number: **01-0110-050-1050**
Legal Description: **MIAMI NORTH PB B-41 N1/2 OF LOTS 9 & 10 BLK 105 LOT SIZE 100.000**
**X 75 OR 12811-1312 1285 4 COC 26015-2952 12 2006 5**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021
for **Structure "A"** (1- STORY, CBS, SFR ):

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

## BUILDING PERMITS:

**Structure 'A':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.


**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301892

CFN: 20210188692 BOOK 32402 PAGE 207

*Case # :BB2014010215 - Owner's Name: SCANDA PROPERTY 2 LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2014010215**

As of date (MARCH 12TH, 2021):

**SCANDA PROPERTY 2 LLC**
**C/O RAFAEL RECALDE**
**3250 NE 1ST AVENUE, #314**
**MIAMI, FL 33137**

**SCANDA PROPERTY 2 LLC**
**C/O RAFAEL RECALDE**
**455 NE 24 ST., APT. 422**
**MIAMI, FL 33137**

**RECALDE LAW FIRM, P.A.**
**SCANDA PROPERTY 2 LLC**
**10800 BISCAYNE BLVD, STE 988**
**MIAMI, FL 33161**

MIA-SFED23485-00301893

CFN: 20210188692 BOOK 32402 PAGE 208

*Case # :BB2014010215 - Owner's Name: SCANDA PROPERTY 2 LLC*

**At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:**_____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure**          _____          **Date**   3/12/2021
**Panel**          Rafael Rodriguez

MIA-SFED23485-00301894



CFN: 20210188711 BOOK 32402 PAGE 279
DATE:03/17/2021  08:42:27 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02302**

**Final Action:  03/12/2021**

Owner's Name: <u>300 RIVER LLC</u>
Owner's Mailing Address: <u>7380 NW 8 ST MIAMI, FL 33126</u>
Case #: <u>BB2020015151</u>
RE: <u>300 NW 7 AV</u>
Folio Number: <u>01-4138-044-1190</u>
Legal Description: <u>CITY OF MIAMI SOUTH PB B-41 S50FT LOTS 19-20 BLK 2 LOT SIZE 50.000 X 100 OR 15212-1892 0891 4</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021 for **Structure "A"** (2- STORY, CBS, APT BUILDING):

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

## BUILDING PERMITS:

**Structure 'A':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301895

CFN: 20210188711 BOOK 32402 PAGE 280

*Case # :BB2020015151 - Owner's Name: 300 RIVER LLC*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020015151**

As of date (MARCH 12TH, 2021):

**BANCO POPULAR NORTH AMERICA**
**N/K/A POPULAR BANK**
**85 BROAD STREET, 10TH FLOOR**
**NEW YORK, NY 10004**

**YVONNE LIMA**
**300 RIVER LLC**
**7380 NW 8TH STREET**
**MIAMI, FL 33126**

**ISRAEL VELASCO**
**POPULAR BANK F/K/A BANCO POPULAR N. AMER**
**7900 MIAMI LAKES, DRIVE W**
**MIAMI LAKES, FL 33016**

MIA-SFED23485-00301896

CFN: 20210188711 BOOK 32402 PAGE 281

Case # :BB2020015151 - Owner's Name: 300 RIVER LLC

*At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By:_____

**Panel Member  Kouchalakos**

Seconded By: _____

**Panel Member Bared**

Chair, Unsafe Structure _____    Date   3/12/2021
Panel                     Rafael Rodriguez

MIA-SFED23485-00301897

CFN: 20210188705 BOOK 32402 PAGE 250
DATE:03/17/2021  08:41:57 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02301**                          **Final Action:   03/12/2021**

Owner's Name: **JUAN A FLEITES**
Owner's Mailing Address: **611 SW 11th St Apt 12E Miami, fl 33129-1038**
Case #: **BB2016003277**
RE: **403 SW 12 AV**
Folio Number: **01-4102-005-4100**
Legal Description: **2 54 41 PB 2-46 LAWRENCE ESTATE LAND COS SUB W89FT OF LOT 8
LESS W10.5FT BLK 23 OR 16160-1844 1193 4**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021
for **Structure "A"** (2- STORY, CBS, APARTMENT BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.


**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301898

CFN: 20210188705 BOOK 32402 PAGE 251

*Case # :BB2016003277 - Owner's Name: JUAN A FLEITES*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016003277**

As of date (MARCH 12TH, 2021):

**JUAN A. FLEITES AND**
**MARIA ASUNCION FLEITES**
**3100 ALHAMBRA CIRCLE**
**CORAL GABLES, FL 33134**

**JUAN A. FLEITES AND**
**MARIA ASUNCION**
**611 SW 11 ST., APT. 12E**
**MIAMI, FL 33129**

MIA-SFED23485-00301899

CFN: 20210188705 BOOK 32402 PAGE 252

*Case # :BB2016003277 - Owner's Name: JUAN A FLEITES*

---

**At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

         **Panel Member  Kouchalakos**

**Seconded By:** _____

         **Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date** 03/12/2021
         **Panel**      Rafael Rodriguez

MIA-SFED23485-00301900



CFN: 20210188714 BOOK 32402 PAGE 285
DATE:03/17/2021 08:43:53 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02300**                                                     **Final Action:   03/12/2021**

Owner's Name: **27 EDGEWATER MIDTOWN LLC**
Owner's Mailing Address: **1200 BRICKELL AVE 1410**
Case #: **BB2017016739**
RE: **423 NE 27 ST**
Folio Number: **01-3230-103-0020**
Legal Description: **RODRIGUEZ SUBDIVISION PB 171-099 T-23754 TR B LOT SIZE 26379
SQ FT M/L FAU 01 3230 019 0040 THRU 0080**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021
for **Structure "A"** (2- STORY, CBS, MULTI UNIT), **Structure "B"** (DETACHED, 2- STORY,
CBS, MULTI UNIT), AND **Structure "C"** (DETACHED, 1-STORY, CBS, MULTI UNIT):

**STRUCTURE "A"** : Demolish the Unsafe Structure within 30
days
**STRUCTURE "B"** : Demolish the Unsafe Structure within 30
days
**STRUCTURE "C"** : Demolish the Unsafe Structure within 30
days

**BUILDING PERMITS:**

**Structure "A":**   Permits shall be obtained within 30 days from today's date
**Structure "B":**   Permits shall be obtained within 30 days from today's date
**Structure "C":**   Permits shall be obtained within 30 days from today's date
Property Survey required for all total demolition permits. All property surveys submitted to this
Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and
Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of**

---

MIA-SFED23485-00301901

CFN: 20210188714 BOOK 32402 PAGE 286

*Case # :BB2017016739 - Owner's Name: 27 EDGEWATER MIDTOWN LLC*

Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2017016739**

As of date (MARCH 12, 2021):

**OCTAVIO MAZA DUERTO**
**27 EDGEWATER MIDTOWN LLC**
**1200 BRICKELL AVE, 1410**
**MIAMI, FL 33131**

*At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
       **Panel Member Kouchalakos**

**Seconded By:** _____
       **Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date** 3/12/2021
       **Panel**       Rafael Rodriguez

MIA-SFED23485-00301902

CFN: 20210189288 BOOK 32402 PAGE 2873
DATE:03/17/2021 10:54:35 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**City of Miami**

# ORDER OF THE UNSAFE STRUCTURES PANEL

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02298**                                  **Final Action: 03/12/2021**

Owner's Name: <u>JUAN C CORONEL & ELSIE CORONEL</u>
Owner's Mailing Address: <u>2802 SW 1 AVE MIAMI, FL 33129-2334</u>
Case #: <u>BB2020007867</u>
RE: <u>727 W FLAGLER ST</u>
Folio Number: <u>01-0200-080-1170</u>
Legal Description: <u>CITY OF MIAMI SOUTH PB B-41 LOT 17 LESS S10FT BLK 8 LOT SIZE</u>
<u>50.000 X 140 OR 16765-2696 0495 6</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021
for **Structure "A"** (1- STORY, CBS, SHOPPING STRIP) AND **Structure "B"** (1- STORY,
CBS, AUX STRUCTURE):

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180
days
**Structure 'B':**   Demolish Unsafe Structure within 30
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**   Permits shall be obtained within 90 days from today's date
**Structure 'B':**   Permits shall be obtained within 30 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID

MIA-SFED23485-00301903

CFN: 20210189288 BOOK 32402 PAGE 2874

*Case # :BB2020007867 - Owner's Name: JUAN C CORONEL & ELSIE CO*

**STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020007867**

*At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
                    **Panel Member Kouchalakos**

**Seconded By:** _____
                    **Panel Member Bared**

**Chair, Unsafe Structure** _____     **Date**   3/12/2021
                    **Panel**        Rafael Rodriguez

MIA-SFED23485-00301904

CFN: 20210189267 BOOK 32402 PAGE 2839
DATE:03/17/2021  10:51:03 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02296**                              **Final Action:   03/12/2021**

Owner's Name: **LH FERNANDO LLC**
Owner's Mailing Address: **5920 ODELL ST 201 CUMMING, GA 30040**
Case #: **BB2020003046**
RE: **901 SW 5 ST**
Folio Number: **01-4138-003-1561**
Legal Description: **RIVERVIEW PB 5-43 LOT 20 & S50FT OF LOT 1 BLK N LOT SIZE 18210
SQUARE FEET OR 11025-2528 0181 1 DONATO G ARGUELLES &W DULCE M COC
22852-3139 23355-2282 1104 1**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12TH, 2021
for **Structure "A"** (3-STORY, APT BUILDING):

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

MIA-SFED23485-00301905

CFN: 20210189267 BOOK 32402 PAGE 2840

*Case # :BB2020003046 - Owner's Name: LH FERNANDO LLC*

---

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code . There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020003046**

As of date (MARCH 12TH, 2021):

**LH FERNANDO, L.L.C.**
**1051 COLLINS AVENUE, STE. 28**
**MIAMI BEACH, FL 33139**

**Astafurova, Svetlana C/O Triumph Housing Management, LLC (R/A)LH FERNANDO, L.L.C.**
**2260 SW 8 Street, Suite 300**
**Miami, FL 33135**

MIA-SFED23485-00301906

CFN: 20210189267 BOOK 32402 PAGE 2841

*Case # :BB2020003046 - Owner's Name: LH FERNANDO LLC*

**At a meeting of the Unsafe Structure Panel on 3/12/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure** _____  **Date** _3/12/2021_
**Panel**                         Rafael Rodriguez

MIA-SFED23485-00301907

CFN: 20210229237 BOOK 32429 PAGE 3764
DATE:04/05/2021 10:27:55 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number: 16-02307**                                        **Final Action: 03/26/2021**

Owner's Name:**RICHARD A. CASTILLO AND ROBERT H. CASTILLO**
Owner's Mailing Address:**123 NW 12 AVENUE, MIAMI, FL 33128**
Case #:**BB2015007374**
RE:**123 NW 12 AV**
Folio Number:**01-4102-005-2070**
Legal Description:**LOT 11 LESS W7-1/2', BLOCK 11, LAWRENCE EST LAND COS SUB, PLAT
BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1- STORY, CBS, OFFICE BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the

---

MIA-SFED23485-00301908

**property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015007374**

***At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.***

***Moved By:*** ______________________
***Panel Member Kouchalakos***

***Seconded By:*** ______________________
***Panel Member Bared***

**Chair, Unsafe Structure Panel** ______________________ Rafael Rodriguez **Date** 03/26/2021

CFN: 20210229512 BOOK 32429 PAGE 4512
DATE:04/05/2021  10:50:47 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02315**                              **Final Action:   03/26/2021**

Owner's Name:**PENTECOSTAL CHURCH OF THE LORD JESUS CHRIST OF APOSTOLIC FAITH**
Owner's Mailing Address:**1057 NW 54 STREET, MIAMI, FL 33127**
Case #:**BB2015006830**
RE:**1057 NW 54 ST**
Folio Number:**01-3114-032-0030**
Legal Description:**LOT 4 & 5, BLOCK 1, BOWLING GREEN EXTN, PLAT BOOK 10, PAGE 62, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for **Building 1** (1-STORY, CBS, CHURCH/RELIGIOUS BUILDING) and **Building 2** (1-STORY, CHURCH/RELIGIOUS BUILDING):

**Building 1:** Submit 40/50-year recertification report within 30 days
**Building 2:** Submit 40/50-year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

---

MIA-SFED23485-00301910

CFN: 20210229512 BOOK 32429 PAGE 4513

*Case # :BB2015006830 - Owner's Name: PENTECOSTAL CHURCH OF TI*

---

This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**

Known Interested Parties for Case No.BB2015006830

MATTHEWS, LAMEKER LST
PENTECOSTAL CHURCH OF THE LORD JESUS CHR
17120 NW 18TH AVE
MIAMI, FL 33054

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

*Moved By:*_____
        **Panel Member Kouchalakos**

*Seconded By:* _____
        **Panel Member Bared**

**Chair, Unsafe Structure** _____     **Date** ___3/26/2021___
        **Panel**          Rafael Rodriguez

MIA-SFED23485-00301911

CFN: 20210229610 BOOK 32429 PAGE 4762
DATE:04/05/2021  11:00:19 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number:   16-02316**                                          **Final Action:   03/26/2021**

Owner's Name: <u>W.R.R. PETROLEUM CORPORATION</u>
Owner's Mailing Address:<u>1121 SW 32 AVENUE, MIAMI, FL 33135</u>
Case #:<u>BB2016006778</u>
RE:<u>1121 SW 32 AV</u>
Folio Number: <u>01-4109-001-0560</u>
Legal Description: <u>LOT 20 & S58.33' LOT 2, BLOCK 5, CORAL RIDGE, PLAT BOOK 59,
PAGE 37, MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, RETAIL/SERVICE STATION BUILDING):

**Building 1:** <u>Submit 40/50-year recertification report within 30
days</u>

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits.  If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the</u>

MIA-SFED23485-00301912

CFN: 20210229610 BOOK 32429 PAGE 4763

*Case # :BB2016006778 - Owner's Name: W.R.R. PETROLEUM CORPOR,*

**property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006778**

**U.S. CENTURY BANK**
**7575 WEST FLAGLER ST.**
**MIAMI, FL 33144**

**LASTRA, JOURDAN**
**W R R PETROLEUM CORPORATION**
**20245 FRANJO ROAD**
**MIAMI, FL 33189**

**SHEHADEH, JALAL**
**U.S. CENTURY BANK**
**2301 NW 87 AVENUE**
**MIAMI, FL 33172**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
        **Panel Member Kouchalakos**

**Seconded By:** _____
        **Panel Member Bared**

**Chair, Unsafe Structure**  _____   **Date** 03/26/2021
        **Panel**        Rafael Rodriguez

MIA-SFED23485-00301913

CFN: 20210229198 BOOK 32429 PAGE 3662
DATE:04/05/2021 10:23:12 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02308**                                   **Final Action:   03/26/2021**

Owner's Name:**FLAGLER STREET PROPERTIES, LLC C/O M MANAGEMENT INC.**
Owner's Mailing Address:**215 COLES STREET, JERSEY CITY, NJ 07310**
Case #:**BB2015006669**
RE:**134 E FLAGLER ST**
Folio Number:**01-0112-010-1060**
Legal Description:**LOT 6, BLOCK 121, MIAMI NORTH, PLAT BOOK B, PAGE 41, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for **Building 1 ():**

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 120 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301914

CFN: 20210229198 BOOK 32429 PAGE 3663

*Case # :BB2015006669 - Owner's Name: FLAGLER STREET PROPERTIE*

**property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.:BB2015006669**

**CENTENNIAL BANK**
**12 EAST 49 STREET, 20TH FLOOR**
**NEW YORK, NY 10017**

**C T CORPORATION SYSTEM**
**CENTENNIAL BANK**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FL 33324**
**CHUNG, JAY**

**FLAGLER STREET PROPERTIES LLC**
**318 N.W. 23 STREET**
**MIAMI, FL 33127**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
     **Panel Member Kouchalakos**

**Seconded By:** _____
      **Panel Member Bared**

**Chair, Unsafe Structure Panel** _____    **Date** 3/26/2021
          Rafael Rodriguez

MIA-SFED23485-00301915

CFN: 20210229446 BOOK 32429 PAGE 4321
DATE:04/05/2021 10:45:45 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

## FOR FULL INFORMATION CONCERNING THE DECISION
## ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number: 16-02310**                                    **Final Action:   03/26/2021**

Owner's Name:<u>ONE HUNDRED FORTY HOLDINGS, LLC C/O FRAN MULNICK PARKER, ESQ.</u>
Owner's Mailing Address:<u>888 NEWARK AVENUE, JERSEY CITY, NJ 07310</u>
Case #:<u>BB2015006660</u>
RE:<u>140 N MIAMI AV</u>
Folio Number:<u>01-0110-060-1010</u>
Legal Description:<u>LOT 1 & 2, BLOCK 106, MIAMI NORTH, PLAT BOOK B, PAGE 41,</u>
<u>MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26,2021 for
**Building "1"** (2- STORY, CBS, RETAIL/ OUTLET):

**Building '1':**     <u>Recertify structure within 60 days</u>

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be</u>

MIA-SFED23485-00301916

CFN: 20210229446 BOOK 32429 PAGE 4322

*Case # :BB2015006660 - Owner's Name: ONE HUNDRED FORTY HOLDII*

declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami
Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid
additional hazards, the Electrical Service to the Unsafe Structure will be disconnected
and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of
Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified
compliance date(s) are final and binding. Any owner or interested party, as defined by Section
10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel
may seek judicial review of that decision in accordance with the Florida Rules of Appellate
Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2015006660

C/O FRAN MULNICK PARKER, ESQ.
ONE HUNDRED FORTY HOLDINGS, LLC
888 NEWARK AVENUE
JERSEY CITY, NJ 07306

CHUNG, JAY
ONE HUNDRED FORTY HOLDINGS, LLC
318 NW 23RD ST.
MIAMI, FL 33127

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by
Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.*

**Moved By:** _____
        *Panel Member Kouchalakos*

**Seconded By:** _____
        *Panel Member Bared*

**Chair, Unsafe Structure     _____     Date   3/26/2021**
        **Panel**        Rafael Rodriguez

MIA-SFED23485-00301917

CFN: 20210229591 BOOK 32429 PAGE 4737
DATE:04/05/2021 10:59:03 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY





# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number:  16-02322**                                    **Final Action:   03/26/2021**

Owner's Name: **OLGA MARIA PINO AND OLGA SANTURIO PINO A/K/A OLGA SANTURIO DE PINO**
Owner's Mailing Address: **4794 SW 3 STREET, MIAMI, FL 33134**
Case #: **BB2015007451**
RE: **1471 SW 1 ST**
Folio Number: **01-4102-006-0970**
Legal Description: **N95' OF S100' OF LOT 9, BLOCK 73, LAWRENCE EST LAND COS SUB, PLAT BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, RESTAURANT/MIXED USE BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of**

MIA-SFED23485-00301918

CFN: 20210229591 BOOK 32429 PAGE 4738

*Case # :BB2015007451 - Owner's Name: LGA MARIA PINO AND OLGA S.*

Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130,

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015007451

LUBI TRUST
1015 GRANADA BLVD.
CORAL GABLES, FL 33134

ULIO E. CASO AND MARIRROSA CASO
4539 PONCE DE LEON BLVD
CORAL GABLES, FL 33146

LUBI TRUST C/O STEPHEN J KOLSKI & ASSOCIATES, PA
2020 PONCE DE LEON BLVD., STE. 905A
CORAL GABLES, FL 33134

ESSER, NICHOLAS H., ESQ
SHUTTS & BOWEN LLP
200 S. BISCAYNE BLVD STE 4100
MIAMI, FL 33131-2362

ARCIA, JOHN P., ESQ
JOHN PAUL ARCIA, PA
175 SW 7TH ST STE 2000
MIAMI, FL 33130-2961

TUCKFIELD, ILENE F.
ILENE F. TUCKFIELD, P.A.
999 PONCE DE LEON BLVD STE 500
CORAL GABLES, FL 33134-3053

DEBORAH MARTIN
9240 SUNSET DRIVE, STE 109

MIA-SFED23485-00301919

CFN: 20210229591 BOOK 32429 PAGE 4739

*Case # :BB2015007451 - Owner's Name: LGA MARIA PINO AND OLGA S.*

**MIAMI, FL 33173**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by
Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be
APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure**
**Panel**          Rafael Rodriguez          **Date**   03/26/2021

MIA-SFED23485-00301920



CFN: 20210229799 BOOK 32430 PAGE 441
DATE:04/05/2021  11:16:40 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02326**                                                   **Final Action:   03/26/2021**

Owner's Name: **ALIRIO GUTIERREZ-MENDEZ AND JAIME ARIAS**
Owner's Mailing Address: **20 ISLAND AVE., #609, MIAMI BEACH, FL 33139**
Case #: **BB2015007085**
RE: **1822 NW 22 ST**
Folio Number: **01-3127-039-0661**
Legal Description: **LOT 7 LESS S31.57' & LOT 8 LESS E10' OF S31.57', BLOCK 5, PINEHURST, PLAT BOOK 3, PAGE 49, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26,2021 for **Building "1"** (1-STORY, CBS, OFFICE/COMMERCIAL BUILDING):

**Building '1':**      Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits. If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the**

MIA-SFED23485-00301921

CFN: 20210229799 BOOK 32430 PAGE 442

*Case # :BB2015007085 - Owner's Name: ALIRIO GUTIERREZ-MENDEZ A*

---

**Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015007085**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ Rafael Rodriguez **Date** 3/26/2021

MIA-SFED23485-00301922

CFN: 20210229824 BOOK 32430 PAGE 481
DATE:04/05/2021 11:17:43 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number:  16-02327**                                    **Final Action:   03/26/2021**

Owner's Name:1840 PROPERTY, LLC
Owner's Mailing Address:1840-42 NW 22 STREET, MIAMI, FL 33142
Case #:BB2015007086
RE:1840 NW 22 ST
Folio Number:01-3127-039-0670
Legal Description:LOT 9, BLOCK 5, PINEHURST, PLAT BOOK 3, PAGE 49, MIAMI-DADE
COUNTY, FL

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, OFFICE/COMMERCIAL BUILDING):

**Building '1':**       Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, and shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be

---

MIA-SFED23485-00301923

CFN: 20210229824 BOOK 32430 PAGE 482

*Case # :BB2015007086 - Owner's Name: 1840 PROPERTY, LLC*

declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2015007086

1840 PROPERTY, LLC
10825 SW 29 TERR
MIAMI, FL 33165

DIANNE ALVAREZ
5340 SW 110 CT
MIAMI, FL 33165

PEREZ, ANGEL J
1840 PROPERTY LLC
1840 NW 22 STREET
MIAMI, FL 33165

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
        **Panel Member Kouchalakos**

Seconded By: _____
        **Panel Member Bared**

Chair, Unsafe Structure _____   Date   3/26/2021
        Panel        Rafael Rodriguez

MIA-SFED23485-00301924



CFN: 20210229458 BOOK 32429 PAGE 4367
DATE:04/05/2021  10:46:48 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

### ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02311**                                    **Final Action:   03/26/2021**

Owner's Name: **NORTH MIAMI AVENUE REALTY, LLC**
Owner's Mailing Address:**215 COLES STREET, JERSEY CITY, NJ 07310**
Case #:**BB2015006653**
RE:**200 N MIAMI AV**
Folio Number:**01-0109-070-3040**
Legal Description:**LOT 4 THRU 6 & E1/2 OF ALLEY LYG W & ADJ, WADDELLS SUB, PLAT BOOK 1, PAGE 7, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for **Building 1** (3- STORY, CBS, OFFICE BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30 days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 120 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301925

CFN: 20210229458 BOOK 32429 PAGE 4368

*Case # :BB2015006653 - Owner's Name: NORTH MIAMI AVENUE REALT*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.:BB2015006653

**BANESCO USA**
**150 ALHAMBRA CIRCLE, STE. 1000**
**CORAL GABLES, FL 33134**

**CHUNG, JAY**
**NORTH MIAMI AVENUE REALTY LLC**
**318 N.W. 23 STREET**
**MIAMI, FL 33127**

**INTERAMERICAN CORPORATE SERVICES LLC**
**BANESCO USA**
**2525 PONCE DE LEON BLVD, SUITE 1225**
**CORAL GABLES, FL 33134**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
**Panel Member Kouchalakos**

Seconded By: _____
**Panel Member Bared**

Chair, Unsafe Structure _____ Date _____3/26/2021_____
Panel          Rafael Rodriguez

MIA-SFED23485-00301926

CFN: 20210229458 BOOK 32429 PAGE 4369

Case # :BB2015006653 - Owner's Name: NORTH MIAMI AVENUE REALT

MIA-SFED23485-00301927



CFN: 20210229864 BOOK 32430 PAGE 586
DATE:04/05/2021  11:19:32 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

---

**File Number:  16-02329**                                   **Final Action:   03/26/2021**

Owner's Name:<u>RUBEN A. VALDES AND MARTA VALDES</u>
Owner's Mailing Address:<u>8425 SW 2 STREET, MIAMI, FL 33144</u>
Case #:<u>BB2015007095</u>
RE:<u>2001 NW 20 ST</u>
Folio Number:<u>01-3127-043-0270</u>
Legal Description:<u>LOT 7, BLOCK 3 LESS S10' FOR RD, WALKERS SUB, PLAT BOOK 3,
PAGE 42, MIAMI-DADE COUNTY, FL</u>


The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, RETAIL/OUTLET):

**Building '1':**     <u>Recertify structure within 60 days</u>

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be</u>

---

MIA-SFED23485-00301928

CFN: 20210229864 BOOK 32430 PAGE 587

*Case # :BB2015007095 - Owner's Name: RUBEN A. VALDES AND MARTA*

declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015007095

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
                    **Panel Member Kouchalakos**

Seconded By: _____
                     **Panel Member Bared**

Chair, Unsafe Structure  _____       Date    03/26/2021
                    Panel            Rafael Rodriguez

MIA-SFED23485-00301929

CFN: 20210229836 BOOK 32430 PAGE 504
DATE:04/05/2021  11:18:17 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02335**                          **Final Action:   03/26/2021**

Owner's Name: **HAPPY PIG, LLC**
Owner's Mailing Address: **5555 COLLINS AVENUT, APT. 9F, MIAMI BEACH, FL 33140**
Case #: **BB2015007099**
RE: **2201 NW 21 TER**
Folio Number: **01-3127-046-0050**
Legal Description: **LOT 5 & 6, BLOCK 1, DR BURKHARTS WINTER GDNS, PLAT BOOK 5,
PAGE 22, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, RESTAURANT BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301930

CFN: 20210229836 BOOK 32430 PAGE 505

*Case # :BB2015007099 - Owner's Name: HAPPY PIG, LLC*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: **BB2015007099**

**FLORIDA CORPORATE SERVICES, LLC**
**HAPPY PIG LLC**
**3006 AVIATION AVENUE, SUITE 2A**
**COCONUT GROVE, FL 33133**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By:_____
       **Panel Member  Kouchalakos**

Seconded By: _____
       **Panel Member Bared**

**Chair, Unsafe Structure**  _____  **Date**  03/26/2021 _____
      **Panel**      Rafael Rodriguez

MIA-SFED23485-00301931

CFN: 20210229176 BOOK 32429 PAGE 3570
DATE:04/05/2021 10:21:36 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02305**                                **Final Action:   03/26/2021**

Owner's Name: **ART BY GOD, INC**
Owner's Mailing Address:**3705 BISCAYNE BLVD., MIAMI, FL 33137**
Case #: **BB2015006925**
RE: **26 NE 27 ST**
Folio Number: **01-3125-006-0160**
Legal Description: **LOT 27 TO 30, HALCYON HGTS, PLAT BOOK 3, PAGE 116, MIAMI-DADE
COUNTY, FL**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26,2021 for
**Building "1"** (1-STORY, CBS, RETAIL/WAREHOUSE):

**Building '1':**      Recertify structure within 90 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be**

---

MIA-SFED23485-00301932

CFN: 20210229176 BOOK 32429 PAGE 3571

*Case # :BB2015006925 - Owner's Name: ART BY GOD, INC*

**declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.:BB2015006925**

**ART BY GOD, INC.**
**60 NE 27TH ST**
**MIAMI, FL 33137**

**HARRIS, GENE**
**ART BY GOD, INC.**
**60 NORTHEAST 27TH STREET**
**MIAMI, FL 33137**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure** _____ **Date** 3/26/2021
**Panel** Rafael Rodriguez

MIA-SFED23485-00301933



CFN: 20210229878 BOOK 32430 PAGE 622
DATE:04/05/2021 11:20:31 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

**File Number:  16-02336**                                                   **Final Action:    03/26/2021**

Owner's Name: <u>AVIGDOR LANDMAN, JOSE LANDMAN SANDRA LAPCIUC AND</u>
<u>VICKYLANDMAN, AS TRUSTEES OF THE AVIGDOR LANDMAN REVOCABLE LIVING TRUST</u>
Owner's Mailing Address: <u>10205 COLLINS AVENUE, APT. 1404, BAL HARBOR, FL 33154</u>
Case #: <u>BB2015007708</u>
RE: <u>2835 SW 22 ST</u>
Folio Number: <u>01-4109-039-0710</u>
Legal Description: <u>LOT 13, BLOCK 3, MILLERDALE, PLAT BOOK 6, PAGE 18, MIAMI-DADE</u>
<u>COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 12,2021 for
**Building "1"** (1-STORY, CBS, RETAIL/OUTLET BUILDING):

**Building '1':**     Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the</u>

MIA-SFED23485-00301934

CFN: 20210229878 BOOK 32430 PAGE 623

*Case # :BB2015007708 - Owner's Name: AVIGDOR LANDMAN, JOSE LAI*

**Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: **BB2015007708**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
*Panel Member Kouchalakos*

**Seconded By:** _____
*Panel Member Bared*

**Chair, Unsafe Structure Panel** _____   **Date** 3/26/2021
Rafael Rodriguez

MIA-SFED23485-00301935

CFN: 20210229459 BOOK 32429 PAGE 4370
DATE:04/05/2021 10:46:54 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number: 16-02312**                                        **Final Action: 03/26/2021**

Owner's Name:**MARIE F. BEAUBIEN-CORDON**
Owner's Mailing Address:**710 NE 29 STREET, APT. 5A, MIAMI, FL 33137**
Case #:**BB2015006794**
RE:**335 NW 54 ST**
Folio Number:**01-3113-042-2200**
Legal Description:**LOT 14 LESS S10' TO CITY, BLOCK 12, BUENA VISTA GARDENS, PLAT
BOOK 5, PAGE 45, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, OFFICE BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the

---

MIA-SFED23485-00301936

CFN: 20210229459 BOOK 32429 PAGE 4371

*Case # :BB2015006794 - Owner's Name: MARIE F. BEAUBIEN-CORDON*

---

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.:BB2015006794

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ Rafael Rodriguez **Date** 03/26/2021

MIA-SFED23485-00301937



CFN: 20210229493 BOOK 32429 PAGE 4446
DATE:04/05/2021  10:49:16 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02314**                                    **Final Action:   03/26/2021**

Owner's Name:**BEATSTIK, LLC**
Owner's Mailing Address:**2030 DOUGLAS ROAD, SUITE 108, CORAL GABLES, FL 33134**
Case #:**BB2016005999**
RE:**439 NW 4 AV**
Folio Number:**01-0107-040-1090**
Legal Description:**N100' OF LOTS 9 & 10 LESS N10' OF EACH BLOCK 74, MIAMI NORTH, PLAT BOOK B, PAGE 41, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26,2021 for **Building "1"** (2-STORY, CBS, HOTEL):

**Building '1':**        Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed or legalized must be done with their respective permits.  If plans are required, they shall be prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code.  There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the**

---

MIA-SFED23485-00301938

CFN: 20210229493 BOOK 32429 PAGE 4447

*Case # :BB2016005099 - Owner's Name: BEATSTIK, LLC*

**Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: **BB2016005999**

**BNZ TD, LLC**
**2030 S. DOUGLAS ROAD, SUITE 108**
**CORAL GABLES, FL 33134**

**CONTINENTAL NATIONAL BANK**
**FIRST AMERICAN BANK (SUCCESOR BANK)**
**1801 SW FIRST STREET**
**MIAMI, FL 33135**

**THE ALHADEFF LAW GROUP, P.L.**
**BEATSTIK LLC**
**11900 BISCAYNE BLVD, 289**
**MIAMI, FL 33181**

**BUSH, BEN**
**BNZ TD, LLC**
**2030 S DOUGLAS RD, STE 108**
**CORAL GABLES, FL 33134**

**HAGAN, BRIAN**
**FIRST AMERICAN BANK**
**2995 GALLANO STREET**
**CORAL GABLES, FL 33134**

MIA-SFED23485-00301939

CFN: 20210229493 BOOK 32429 PAGE 4448

*Case # :BB2016005999 - Owner's Name: BEATSTIK, LLC*

**At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:**_____
      *Panel Member  Kouchalakos*

**Seconded By:** _____
      *Panel Member Bared*

**Chair, Unsafe Structure    _____    Date    03/26/2021**
      **Panel**          Rafael Rodriguez

MIA-SFED23485-00301940



CFN: 20210229948 BOOK 32430 PAGE 810
DATE:04/05/2021 11:24:45 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION**
**ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02331**                                    **Final Action:   03/26/2021**

Owner's Name: <u>CHIC DESIGNS BY TOSCA, INC.</u>
Owner's Mailing Address: <u>4465 SW 8 STREET, MIAMI, FL 33134</u>
Case #: BB2016006753
RE: <u>4465 SW 8 ST</u>
Folio Number: <u>01-4105-045-0230</u>
Legal Description: <u>LOT 30, BLOCK 2 & W10.75' OF LOT 3, TAMIAMI TRAIL PARK, PLAT
BOOK 15, PAGE 73 & BEG10.75'E OF SW CORNER LOT 3 TH N11.84' SELY12.50' W4' TO
POB BLOCK 2</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, RETAIL/OUTLET BUILDING ):

**Building 1:** <u>Submit 40/50 year recertification report within 30
days</u>

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of</u>

MIA-SFED23485-00301941

CFN: 20210229948 BOOK 32430 PAGE 811

*Case # :BB2016006753 - Owner's Name: CHIC DESIGNS BY TOSCA, INC.*

**Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2016006753**

**ROBIDIO ANTONIO CABALLERO**
**7849 MILLER ROAD, UNIT A112**
**MIAMI, FL 33155**

**GUTIERREZ, LAZARO**
**CHIC DESIGNS BY TOSCA INC**
**4465 SW 8TH ST**
**MIAMI, FL 33134**

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____
                    *Panel Member  Kouchalakos*

**Seconded By:** _____
                    *Panel Member Bared*

**Chair, Unsafe Structure**  _____    **Date**   3/26/2021
                    **Panel**        Rafael Rodriguez

MIA-SFED23485-00301942

CFN: 20210229927 BOOK 32430 PAGE 752
DATE:04/05/2021 11:23:37 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02332**                                   **Final Action:   03/26/2021**

Owner's Name: **DE PAZ HOLDINGS, LLC**
Owner's Mailing Address: **1240 NW 119 STREET, MIAMI, FL 33167**
Case #: **BB2016006772**
RE: **5535 SW 8 ST**
Folio Number: **01-4106-007-0510**
Legal Description: **LOT 10 & 11, BLOCK 5, EL CAMINO PARK, PLAT BOOK 27, PAGE 51,
MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, RETAIL/OUTLET BUILDING):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301943

CFN: 20210229927 BOOK 32430 PAGE 753

*Case # :BB2016006772 - Owner's Name: DE PAZ HOLDINGS, LLC*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2016006772

DE PAZ HOLDINGS, LLC
5605 NW 82 AVE
DORAL, FL 33166

ROBLEDO, ANTHONY
DE PAZ HOLDINGS LLC
3901 NW 79 AVE, 104
MIAMI, FL 33166

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
        **Panel Member Kouchalakos**

Seconded By: _____
           **Panel Member Bared**

Chair, Unsafe Structure _____      Date      03/26/2021
        Panel              Rafael Rodriguez

MIA-SFED23485-00301944



CFN: 20210229949 BOOK 32430 PAGE 812
DATE:04/05/2021  11:24:46 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02333**                    **Final Action:  03/26/2021**

Owner's Name: **BERNARD TANIS AND ODAMISE DAMICE**
Owner's Mailing Address: **1540 NE 141 STREET, NORTH MIAMI, FL 33161**
Case #: **BB2015006797**
RE: **5600 NW 2 AV**
Folio Number: **01-3113-048-0440**
Legal Description: **LOT 24 LESS E5' FOR R/W, BLOCK 2, RAILROAD SHOPS INTER
SCHOOL TR, PLAT BOOK 3, PAGE 192, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26,2021 for
**Building "1"** (1-STORY, CBS, RETAIL/OUTLET BUILDING):

**Building '1':**    Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami.  If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits.  If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE.  FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be**

MIA-SFED23485-00301945

CFN: 20210229949 BOOK 32430 PAGE 813

*Case # :BB2015006797 - Owner's Name: BERNARD TANIS AND ODAMIS*

declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2015006797

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By:_____
    **Panel Member Kouchalakos**

Seconded By: _____
    **Panel Member Bared**

Chair, Unsafe Structure Panel  _____  Date  3/26/2021
    Rafael Rodriguez

MIA-SFED23485-00301946



CFN: 20210229955 BOOK 32430 PAGE 821
DATE:04/05/2021  11:25:02 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02334**                                    **Final Action:   03/26/2021**

Owner's Name: **SUSY'S MEAT MARKET, INC C/O BERMEJO**
Owner's Mailing Address: **1786 S.W. 10 STREET, MIAMI, FL 33135**
Case #: **BB2015006780**
RE: **6401 NW 7 AV**
Folio Number: **01-3113-026-0310**
Legal Description: **LOT 10 LESS W10', BLOCK 7, FOREST PARK 1ST ADD, PLAT BOOK 6,
PAGE 6, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26, 2021 for
**Building 1** (1-STORY, CBS, RETAIL BUILDINGS):

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the**

MIA-SFED23485-00301947

CFN: 20210229955 BOOK 32430 PAGE 822

*Case # :BB2015006780 - Owner's Name: SUSY'S MEAT MARKET, INC CA*

property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015006780

SUSY'S MEAT MARKET INC
465 OCEAN DR APT 712
MIAMI BEACH, FL 33139-6626

IBRAHIM LAW, P.A.
SUSY'S MEAT MARKET, INC.
11200 PINES BLVD, SUITE 200
PEMBROKE PINES, FL 33026

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
          Panel Member Kouchalakos

Seconded By: _____
          Panel Member Bared

Chair, Unsafe Structure _____     Date    03/26/2021
           Panel          Rafael Rodriguez

MIA-SFED23485-00301948



CFN: 20210229499 BOOK 32429 PAGE 4474
DATE:04/05/2021  10:49:49 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02313**                                      **Final Action:   03/26/2021**

Owner's Name:<u>GALI LTD.</u>
Owner's Mailing Address:<u>P.O. BOX 191511, MIAMI BEACH, FL 33119</u>
Case #:<u>BB2015007359</u>
RE: <u>345 SW 10 AV</u>
Folio Number:<u>01-4102-002-0540</u>
Legal Description:<u>S50' OF LOT 43 & W10' OF S50' OF LOT 44, LAWRENCE ESTS EAST
ADDN. PLAT BOOK 3, PAGE 94, MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MARCH 26,2021 for
**Building "1" (1-STORY, CBS, RETAIL/OFFICE):**

**Building '1':**     Recertify structure within 60 days

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami. If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits. If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of</u>

MIA-SFED23485-00301949

CFN: 20210229499 BOOK 32429 PAGE 4475

*Case # :BB2015007359 - Owner's Name: GALI LTD.*

Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL, 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2015007359

GALI J. PACHECO AND BEATRIZ PACHECO
1033 LENOX AVENUE, #209
MIAMI BEACH, FL 33139

FERNANDEZ, JOSE
GALI LTD.
762 SW 18TH AVENUE
MIAMI, FL 33135

*At a meeting of the Unsafe Structure Panel on 3/26/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**
**Panel Member Kouchalakos**

**Seconded By:**
**Panel Member Bared**

**Chair, Unsafe Structure Panel**          Rafael Rodriguez          **Date** 03/26/2021

MIA-SFED23485-00301950

CFN: 20210385515 BOOK 32537 PAGE 2561
DATE:06/01/2021 10:25:34 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

<u>FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY</u>

---

**File Number:   16-02446**                                           **Final Action:   05/21/2021**

Owner's Name: <u>URBAN CORE CAPITAL, LLC</u>
Owner's Mailing Address: <u>P.O. BOX 402752, MIAMI BEACH, FL 33140</u>
Case #: <u>BB2015006862</u>
RE: <u>1027 NW 36 ST</u>
Folio Number: <u>01-3123-021-0150</u>
Legal Description: <u>LOT 18 THRU 21, BLOCK 1, LE ROI, PLAT BOOK 12, PAGE 9,
MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 21, 2021 for
**Building 1 (2-STORY, CBS, RETAIL/OUTLET/MIXED USE BUILDING) AND Building 2
(2-STORY, CBS, RETAIL/OUTLET/MIXED USE BUILDING):**

**Building '1':**     <u>Recertify structure within 180 days</u>
**Building '2':**     <u>Recertify structure within 30 days</u>

**PLANS:** Structure must be recertified as per Building Code and Chapter 10 of the Code of the
City of Miami. If the report calls for any repairs, all repairs or items needing to be completed
or legalized must be done with their respective permits. If plans are required, they shall be
prepared by a State of Florida Registered Architect or a Professional Engineer or as permitted
by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by
the Design Professional. All repairs shall be completed **within 180 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of</u>

---

MIA-SFED23485-00301951

CFN: 20210385515 BOOK 32537 PAGE 2562

*Case # :BB2015006862 - Owner's Name: URBAN CORE CAPITAL, LLC*

Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2015006862

YESHARIM, BABBA
URBAN CORE CAPITAL LLC
2957 FLAMINGO DRIVE
MIAMI BEACH, FL 33140

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA
1575 NW 14 ST
MIAMI, FL 33125

CHIEF FINANCIAL OFFICER
AMERICAN BANKERS INSURANCE COMPANY OF FL
200 E. GAINES STREET
TALLAHASSEE, FL 32399

MATHIEU STERLIN
168 VERMONT AVE
FT. LAUDERDALE, FL 33312

MIA-SFED23485-00301952

CFN: 20210385515 BOOK 32537 PAGE 2563

*Case # :BB2015006862 - Owner's Name: URBAN CORE CAPITAL, LLC*

**At a meeting of the Unsafe Structure Panel on 5/21/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

        **Panel Member Kouchalakos**

**Seconded By:** _____

        **Panel Member Bared**

**Chair, Unsafe Structure** _____    **Date**   05/21/2021
            **Panel**        Rafael Rodriguez

MIA-SFED23485-00301953



**City of Miami**

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

CFN: 20210342917 BOOK 32508 PAGE 1009
DATE:05/14/2021  01:39:47 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number:  16-02423**                                           **Final Action:   05/07/2021**

Owner's Name: <u>1036 NORTH MIAMI AVENUE, LLC</u>
Owner's Mailing Address: <u>1035 NORTH MIAMI AVENUE, SUITE 400, MIAMI, FL 33136</u>
Case #: <u>BB2021004397</u>
RE: <u>1036 N MIAMI AV</u>
Folio Number: <u>01-0101-070-1020</u>
Legal Description: <u>S50' OF N100' OF LOTS 1 & 2, BLOCK 17, MIAMI NORTH, PLAT BOOK B,
PAGE 41, MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 7TH, 2021 for
**Structure "A" (2-Story, CBS, Commercial Property):**

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301954

CFN: 20210342917 BOOK 32508 PAGE 1010

*Case # :BB2021004397 - Owner's Name: 1036 NORTH MIAMI AVENUE, L*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.:** **BB2021004397**

As of date (MAY 7TH, 2021):

**MICHELINE LOVINK**
**1240 - 27TH STREET NW**
**WASHINGTON DC 20007**

**MACLEOD, CHRISTOPHER**
**1036 NORTH MIAMI AVENUE LLC**
**1035 NORTH MIAMI AVENUE, SUITE 401**
**MIAMI, FL 33136**

MIA-SFED23485-00301955

CFN: 20210342917 BOOK 32508 PAGE 1011

*Case # :BB2021004397 - Owner's Name: 1036 NORTH MIAMI AVENUE, L*

**At a meeting of the Unsafe Structure Panel on 5/7/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

**Panel Member Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ **Date** 05/07/2021

Rafael Rodriguez

MIA-SFED23485-00301956



**City of Miami**

CFN: 20210342913 BOOK 32508 PAGE 998
DATE:05/14/2021 01:39:03 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

**File Number: 16-02427**                                    **Final Action:   05/07/2021**

Owner's Name: **OPTIMUM USA BRICKELL 2 LLC**
Owner's Mailing Address: **846 LINCOLN ROAD, 5TH FLOOR, MIAMI BEACH, FL 33139**
Case #: **BB2020013045**
RE: **128 SW 7 ST**
Folio Number: **01-0205-020-1030**
Legal Description: **W50' OF LOT 1 THRU 3 & ALL OF LOTS 4 & 5 & LOTS 16 & 17 LESS ST
& W50' OF LOTS 18-20 LESS S10' FOR R/W, BLOCK 52, CITY OF MIAMI SOUTH, PLAT
BOOK B, PAGE 41**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 7TH, 2021 for
**Structure "A" (2-Story, CBS, Motel)**:

**Structure 'A':**    Repair or Demolish Unsafe Structure within 210
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 60
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 120 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

MIA-SFED23485-00301957

CFN: 20210342913 BOOK 32508 PAGE 999

*Case # :BB2020013045 - Owner's Name: OPTIMUM USA BRICKELL 2 LL(*

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020013045**

As of date (MAY 7TH, 2021):

**CITY NATIONAL BANK OF FLORIDA**
**25 W. FLAGLER STREET**
**MIAMI, FL 33130**

**CARBALLO, MARIO C/O CITY NATIONAL BANK**
**OF FLORIDA, ATTN: LEGAL DEPARTMENT**
**100 SE 2ND ST 16TH FLOOR**
**MIAMI, FL 33131**

**BELOFF LAW, P.A.**
**OPTIMUM USA BRICKELL 2 LLC**
**1691 MICHIGAN AVENUE, SUITE 360**
**MIAMI BEACH, FL 33139**

MIA-SFED23485-00301958

CFN: 20210342913 BOOK 32508 PAGE 1000

*Case # :BB2020013045 - Owner's Name: OPTIMUM USA BRICKELL 2 LL(*

*At a meeting of the Unsafe Structure Panel on 5/7/2021, a motion was made by*
*Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be*
*APPROVED, passed.*

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure**          _____          **Date**    05/07/2021
**Panel**

                          Rafael Rodriguez

MIA-SFED23485-00301959



# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02416**                                    **Final Action: 05/21/2021**

Owner's Name: **2550 RETAIL, LLC**
Owner's Mailing Address: **3139 SW 27 AVENUE, UNIT 6, MIAMI, FL 33133**
Case #: **BB2019010394**
RE: **2550 NW 20 ST**
Folio Number: **01-3134-034-0220**
Legal Description: **LOT 26 THRU 29 LESS N10', RIVER PARK, PLAT BOOK 7, PAGE 128, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 21, 2021 for **Structure "A" (1-STORY, CBS, Shopping Center)**:

**Structure 'A':**    Repair or Demolish Unsafe Structure within 210 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 60 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 120 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

---

MIA-SFED23485-00301960

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019010394**

As of date (MAY 21TH, 2021):

**2550 RETAIL, LLC**
**3139 SW 27 AVENUE, UNIT 6**
**MIAMI, FL 33133**

**BRANCH BANKING AND TRUST COMPANY**
**N/K/A TRUIST BANK**
**1200 BRICKELL AVENUE FL 11**
**MIAMI, FL 33131**

**BLINDER, HYE K**
**K & K ASSOCIATES GROUP, INC.**
**2600 NW 5TH AVE**
**MIAMI, FL 33127**

**C T CORPORATION SYSTEM**
**TRUIST BANK**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FL 33324**

**ODESS, DANIEL B**
**2550 RETAIL, LLC**
**3139 SW 27TH AVENUE**
**MIAMI, FL 33133**

MIA-SFED23485-00301961

*Case # :BB2019010394 - Owner's Name: 2550 RETAIL, LLC*

**At a meeting of the Unsafe Structure Panel on 5/21/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:**

**Panel Member  Kouchalakos**

**Seconded By:**

**Panel Member Bared**

**Chair, Unsafe Structure Panel**

Rafael Rodriguez

**Date**       05/21/2021

MIA-SFED23485-00301962

CFN: 20210385428 BOOK 32537 PAGE 2262
DATE:06/01/2021 10:13:01 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



# **City of Miami**

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02437**                           **Final Action: 05/21/2021**

Owner's Name: **EL SHOPPING LLC**
Owner's Mailing Address: **1637 SW 8 STREET, SUITE 200, MIAMI, FL 33135**
Case #: **BB2020017697**
RE: **300 SW 12 AV**
Folio Number: **01-4102-006-3850**
Legal Description: **LOT 5 & 16, BLOCK 90, LAWRENCE EST LAND COS SUB, PLAT BOOK 2, PAGE 46, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 21, 2021 for
**Building 1 (2-STORY, CBS, PARKING GARAGE BUILDING).**

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

MIA-SFED23485-00301963

CFN: 20210385428 BOOK 32537 PAGE 2263

*Case # :BB2020017697 - Owner's Name: EL SHOPPING LLC*

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020017697**

As of date (MAY 21TH, 2021):

**FULLER, WILLIAM O**
**EL SHOPPING LLC**
**1637 SW 8TH STREET, SUITE 200**
**MIAMI, FL 33135**

**OCEAN BANK**
**780 NW 42ND AVENUE**
**MIAMI, FL 33126**

**INTERAMERICAN CORPORATE SERVICES LLC**
**OCEAN BANK**
**2525 PONCE DE LEON BLVD, SUITE 1225**
**CORAL GABLES, FL 33134**

MIA-SFED23485-00301964

CFN: 20210385428 BOOK 32537 PAGE 2264

*Case # :BB2020017697 - Owner's Name: EL SHOPPING LLC*

**At a meeting of the Unsafe Structure Panel on 5/21/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

**Panel Member  Kouchalakos**

**Seconded By:** _____

**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____    **Date**  05/21/2021

Rafael Rodriguez

MIA-SFED23485-00301965

CFN: 20210385473 BOOK 32537 PAGE 2392
DATE:06/01/2021 10:20:06 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE
# STRUCTURES PANEL



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number: 16-02441**                           **Final Action:   05/21/2021**

Owner's Name: **BIENVENIDO J. ELIAS**
Owner's Mailing Address: **14775 SW 36 TERRACE, MIAMI, FL 33185**
Case #: **BB2015007503**
RE: **502 SW 12 AV**
Folio Number: **01-4102-011-0020**
Legal Description: **E100' LOT 1 LESS E101/2', BLOCK 98, LAWRENCE EST LAND COS SUB,
PLAT BOOK 2, PAGE 52, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 21, 2021 for
**Building 1 (2-STORY, CBS/WFS, RESTAURANT/MIXED USE BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami.  If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits.  If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of

MIA-SFED23485-00301966

CFN: 20210385473 BOOK 32537 PAGE 2393

*Case # :BB2015007503 - Owner's Name: BIENVENIDO J. ELIAS*

**Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: **BB2015007503**

**BAYVIEW LOAN SERVICING, LLC**
**N/K/A COMMUNITY LOAN SERVICING, LLC**
**4425 PONCE DE LEON BLVD., 5TH FLOOR**
**CORAL GABLES, FL 33146**

**CORPORATION SERVICE COMPANY**
**COMMUNITY LOAN SERVICING, LLC**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

*At a meeting of the Unsafe Structure Panel on 5/21/2021, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
                    **Panel Member  Kouchalakos**

Seconded By: _____
                       **Panel Member Bared**

Chair, Unsafe Structure _____   Date   05/21/2021
                Panel            Rafael Rodriguez

MIA-SFED23485-00301967



# City of Miami

CFN: 20210342926 BOOK 32508 PAGE 1033
DATE:05/14/2021  01:43:06 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number:  16-02411**                                           **Final Action:   05/07/2021**

Owner's Name: **GREATER MIAMI ELKS LODGE #1113 LAND TRUST**
Owner's Mailing Address: **5150 NW 2ND AVENUE, MIAMI, FL 33127**
Case #: **BB2018006955**
RE: **5150 NW 2 AV**
Folio Number: **01-3124-013-3860**
Legal Description: **LOTS 21 & 22 LESS E5' ST, BLOCK 20, RAILWAY SHOPS ADDN 2ND AMD, PLAT BOOK 3, PAGE 183, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 7TH ,2021 for
**Structure "A" (1-STORY, CBS, COMMERCIAL PROPERTY)**:

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301968

CFN: 20210342926 BOOK 32508 PAGE 1034

*Case # :BB2018006955 - Owner's Name: GREATER MIAMI ELKS LODGE*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: **BB2018006955**

As of date (MAY 7TH, 2021):

**CARL ERICKSON TRS
CHARLIE LOWE ETAL TR
5150 NW 2 AV
MIAMI, FL 33127-2127**

*At a meeting of the Unsafe Structure Panel on 5/7/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

**Chair, Unsafe Structure Panel** _____ Rafael Rodriguez   **Date** 05/07/2021

MIA-SFED23485-00301969

CFN: 20210342926 BOOK 32508 PAGE 1035

*Case # :BB2018006955 - Owner's Name: GREATER MIAMI ELKS LODGE*

MIA-SFED23485-00301970



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

# City of Miami

CFN: 20210342927 BOOK 32508 PAGE 1036
DATE:05/14/2021 01:43:27 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02408**                                  **Final Action:   05/07/2021**

Owner's Name: <u>CORNELIOUS DRANE JR.</u>
Owner's Mailing Address: <u>4934 SW 161 AVE, MIRAMAR, FL 33027</u>
Case #: <u>BB2015006219</u>
RE: <u>6610 NW 15 AV</u>
Folio Number: <u>01-3114-027-0110</u>
Legal Description: <u>LOT 12, BLOCK 1, E LIBERTY CITY SEC A, PLAT BOOK 39, PAGE 19,
MIAMI-DADE COUNTY, FL</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 7, 2021 for
**Structure "A" (1-STORY, CBS, COMMERCIAL PROPERTY)**:

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

---

MIA-SFED23485-00301971

CFN: 20210342927 BOOK 32508 PAGE 1037

*Case # :BB2015006219 - Owner's Name: CORNELIOUS DRANE JR.*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from **the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2015006219**

As of date (MAY 7, 2021):

**ASSOCIATES FINANCIAL SERVICES OF AMERICA, INC**
**218 WILSHIRE BLVD.**
**CASSELBERRY, FL 32707**

**CORNELIUS DRANE**
**3311 NW 196 ST**
**MIAMI, FL 33167**

**CT CORPORATION SYSTEM**
**ASSOCIATES FINANCIAL SVCS OF AMERICA INC**
**1200 SOUTH PINE ISLAND RD.**
**PLANTATION, FL 33324**

MIA-SFED23485-00301972

CFN: 20210342927 BOOK 32508 PAGE 1038

*Case # :BB2015006219 - Owner's Name: CORNELIOUS DRANE JR.*

*At a meeting of the Unsafe Structure Panel on 5/7/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____

Panel Member  Kouchalakos


**Seconded By:** _____

Panel Member Bared


**Chair, Unsafe Structure**    _____    **Date**  05/07/2021
**Panel**                      Rafael Rodriguez

MIA-SFED23485-00301973

CFN: 20210385402 BOOK 32537 PAGE 2147
DATE:06/01/2021 10:08:22 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:**  16-02434                    **Final Action:**  05/21/2021

Owner's Name: **SUH ENTERPRISES, INC.**
Owner's Mailing Address: **1 NE 1 STREET, STE. 225, MIAMI, FL 33132**
Case #: **BB2014006441**
RE: **40 N MIAMI AV**
Folio Number: **01-0111-050-1010**
Legal Description: **N50' OF LOTS 1 & 2 LESS W8' OF N50' OF LOT 2, BLOCK 115, MIAMI
NORTH, PLAT BOOK B, PAGE 41, MIAMI-DADE COUNTY, FL**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on MAY 21, 2021 for
**Building 1 (1-STORY, CBS, RETAIL/OUTLET BUILDING):**

**Building 1:** Submit 40/50 year recertification report within 30
days

**PLANS:** The 40/50 Year Recertification Report must be submitted for the structure as per
Building Code and Chapter 10 of the Code of the City of Miami. If the report calls for any
repairs, all repairs or items needing to be completed or legalized must be done with their
respective permits. If plans are required, they shall be prepared by a State of Florida
Registered Architect or a Professional Engineer or as permitted by the Florida Building Code,
as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. All
repairs shall be completed **within 90 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**ANY VIOLATION OF CHAPTER 10 OF THE CITY CODE SHALL RESULT IN THE
REVOCATION OF THE OFFENDING PROPERTY'S CERTIFICATE OF USE PURSUANT TO
SECTION 2-211 OF THE CITY CODE. FAILURE TO COMPLY WITH THIS ORDER MAY
RESULT, AT THE SOLE DISCRETION OF THE CITY, IN THE DEMOLITION OF THE
OFFENDING STRUCTURE BY THE CITY OF MIAMI.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

**This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of**

---

MIA-SFED23485-00301974

CFN: 20210385402 BOOK 32537 PAGE 2148

*Case # :BB2014006441 - Owner's Name: SUH ENTERPRISES, INC.*

Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

INTERESTED PARTIES:
Known Interested Parties for Case No.: BB2014006441

SUH ENTERPRISES, INC.
120 N MIAMI AVE
MIAMI, FL 33128

STEVE T. SUH
SUH ENTERPRISES, INC.
28 W. FLAGLER ST, 700
MIAMI, FL 33130

AMERASIA BANK
4601 NW 72 AVE
MIAMI, FL 33166

FLORA CHAN
AMERASIA BANK
4601 N.W. 72ND AVENUE
MIAMI, FL 33166

*At a meeting of the Unsafe Structure Panel on 5/21/2021, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

Moved By: _____
**Panel Member Kouchalakos**

Seconded By: _____
**Panel Member Bared**

MIA-SFED23485-00301975

CFN: 20210385402 BOOK 32537 PAGE 2149

Case # :BB2014006441 - Owner's Name: SUH ENTERPRISES, INC.

**Chair, Unsafe Structure Panel** _____  **Date** 05/21/2021
                                      Rafael Rodriguez

MIA-SFED23485-00301976



**City of Miami**

CFN: 20200691757 BOOK 32219 PAGE 361
DATE:12/02/2020 12:05:23 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# ORDER OF THE UNSAFE
# STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY

---

**File Number:  16-02153**                                 **Final Action:  11/20/2020**

Owner's Name: <u>VQ EVERGLADES HOMES LLC</u>
Owner's Mailing Address: <u>1541 BRICKELL AVE STE 1507, MIAMI, FL 33129</u>
Case #: <u>BB2019020547</u>
RE: <u>1050 SW 5 ST</u>
Folio Number: <u>01-4102-005-4420</u>
Legal Description: <u>PB 2-46 LAWRENCE ESTATE LAND COS SUB N100FT OF LOT 7 BLK 25</u>
<u>LOT SIZE 5000 SQUARE FEET OR 18085-0537 0498 2(2)</u>

The City of Miami's Unsafe Structures Panel Decision, at its meeting on NOVEMBER 20TH,
2020 for **Structure "A"** (2-STORY, WF, 8-UNIT APARTMENT BLDG):

<u>**STRUCTURE "A"** :</u> <u>Demolish the Unsafe Structure within 30</u>
<u>days</u>

<u>**BUILDING PERMITS:**</u>

**Structure "A":**    <u>Permits shall be obtained within 30 days from today's date</u>

Property Survey required for all total demolition permits. All property surveys submitted to this
   Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and
   Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to
proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no
further notices or communication from the City of Miami Unsafe Structures Panel regarding
this case.

<u>This document may be recorded by the Building Official with the Public Records of
Miami-Dade County. This recording will constitute constructive notice to all concerned
as well as any subsequent purchaser, that a decision has been rendered by the City of
Miami Unsafe Structures Appeal Panel on the above referenced property in that the
property in question is an Unsafe Structure and cannot be occupied until the
Violation(s) are cured. Any costs associated with this case and this hearing shall be</u>

---

MIA-SFED23485-00301977

CFN: 20200691757 BOOK 32219 PAGE 362

*Case # :BB2019020547 - Owner's Name: VQ EVERGLADES HOMES LLC*

declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.:**

As of date (NOVEMBER 20TH, 2020):

**CRIMSON CUB, INC &**
**RAUL DRIGGS & ROSA DRIGGS**
**11535 SW 77 AV**
**MIAMI, FL 33156**

**VQ EVERGLADES HOMES LLC &**
**VICTOR QUEZADA MR**
**1541 BRICKELL AV SUITE 1507**
**MIAMI, FL 33129**

*At a meeting of the Unsafe Structure Panel on 11/20/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
Panel Member Kouchalakos

**Seconded By:** _____
Panel Member Bared

**Chair, Unsafe Structure**          _____          **Date** 11/20/2020
          **Panel**          Rafael Rodriguez

MIA-SFED23485-00301978



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

CFN: 20200691532 BOOK 32218 PAGE 4795
DATE: 12/02/2020 11:44:48 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02158**    **Final Action:  11/20/2020**

Owner's Name: **SAJAK LLC**
Owner's Mailing Address: **16040 SW 77 CT, PALMETOO BAY, FL 33157**
Case #: **BB2020002740**
RE: **224 W FLAGLER ST**
Folio Number: **01-0113-080-1050**
Legal Description: **MIAMI NORTH PB B-41 E1/2 OF LOT 4 BLK 138LOT SIZE 25.000 X 120**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on NOVEMBER 20TH, 2020 for **Structure "A"** (1-STORY, COMM BUILDING):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to

MIA-SFED23485-00301979

*Case # :BB2020002740 - Owner's Name: SAJAK LLC*

proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020002740**

As of date (NOVEMBER 20TH, 2020):

**SAJAK LLC**
**C/O ELLIOTT HARRIS, P.A.**
**111 SW 3 STREET, 6TH FLOOR**
**MIAMI, FL 33130**

**SAJAK LLC**
**155 SOUTH DADELAND BLVD SUITE 108**
**MIAMI, FL, 33156**

MIA-SFED23485-00301980

CFN: 20200691532 BOOK 32218 PAGE 4797

*Case # :BB2020002740 - Owner's Name: SAJAK LLC*

**At a meeting of the Unsafe Structure Panel on 11/20/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:** _____

           **Panel Member Kouchalakos**

**Seconded By:** _____

           **Panel Member Bared**

**Chair, Unsafe Structure**  _____  **Date**    11/20/2020
           **Panel**      Rafael Rodriguez

MIA-SFED23485-00301981



CFN: 20200691624 BOOK 32218 PAGE 4973
DATE:12/02/2020  11:54:57 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02157**                              **Final Action:    11/20/2020**

Owner's Name: **234 W FLAGLER HOLDNGS LLC**
Owner's Mailing Address: **9160 W BAY HARBOR DR #3, BAY HARBOR ISLAND, FL 33154**
Case #: **BB2020002748**
RE: **234 W FLAGLER ST**
Folio Number: **01-0113-080-1070**
Legal Description: **MIAMI NORTH PB B-41 LOT 5 BLK 138 LOT SIZE 50.000 X 120 OR 19430-0326 1200 6 (2)**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on NOVEMBER 20TH, 2020 for **Structure "A"** (3-STORY, CBS, COMM BUILDING):

**Structure 'A':**   Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**   Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained

MIA-SFED23485-00301982

CFN: 20200691624 BOOK 32218 PAGE 4974

*Case # :BB2020002748 - Owner's Name: 234 W FLAGLER HOLDINGS LL*

within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial.The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2020002748**

As of date (NOVEMBER 20TH, 2020):

**234 W FLAGLER HOLDINGS LLC**
**224 W FLAGLER ST**
**MIAMI, FL 33130**

**234 W FLAGLER HOLDINGS LLC**
**G&S RELTY ADVISORS CORP**
**BAY HARBOR ISLNDS, FL 33154**

*At a meeting of the Unsafe Structure Panel on 11/20/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
        **Panel Member Kouchalakos**

**Seconded By:** _____
        **Panel Member Bared**

MIA-SFED23485-00301983

CFN: 20200691624 BOOK 32218 PAGE 4975

*Case # :BB2020002748 - Owner's Name: 234 W FLAGLER HOLDINGS LL*

**Chair, Unsafe Structure Panel** _____  **Date** 11/20/2020

Rafael Rodriguez

MIA-SFED23485-00301984



CFN: 20200691861 BOOK 32219 PAGE 674
DATE:12/02/2020 12:15:27 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE
## STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number:  16-02143**                                    **Final Action:    11/20/2020**

Owner's Name: **6312 INVESTMENT LLC**
Owner's Mailing Address: **801 BRICKELL BAY DR BOX 7 MIAMI, FL 33131**
Case #: **BB2017017901**
RE: **6312 NW 15 AV**
Folio Number: **01-3114-027-0830**
Legal Description: **E LIBERTY CITY SEC A PB 39-19 LOT 13 BLK 4 OR 16853-4298 0795 6**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on NOVEMBER 20TH,
2020 for **Structure "A"** (1-STORY, CBS, COMMERCIAL BLDG):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID
STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS
POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained
within the time periods stipulated above, then the Building Official is further instructed to

---

MIA-SFED23485-00301985

CFN: 20200691861 BOOK 32219 PAGE 675

*Case # :BB2017017901 - Owner's Name: 6312 INVESTMENT LLC*

proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2017017901**

As of date (NOVEMBER 20TH, 2020):

**LARAY CORPORATION**
**P.O. BOX 867**
**HIALEAH, FL 33011**

**LARAY CORPORATION C/O, R/A: SWEET, SUSAN**
**2366 NW 101 ST**
**MIAMI FL 33147**

**LARAY CORPORATION**
**2295 NW 99 TER**
**MIAMI, FL 33147**

**AGUSTIN BUNUEL**
**2201 BRICKELL AVE, APT. 58**
**MIAMI, FL 33129**

**6312 INVESTMENTS, LLC**
**CASTILLO, ANGELA M**
**12555 BISCAYNE BLVD. 405**

MIA-SFED23485-00301986

CFN: 20200691861 BOOK 32219 PAGE 676

*Case # :BB2017017901 - Owner's Name: 6312 INVESTMENT LLC*

**MIAMI, FL 33181**

**At a meeting of the Unsafe Structure Panel on 11/20/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.**

**Moved By:**_____

        **Panel Member Kouchalakos**

**Seconded By:**_____

        **Panel Member Bared**

**Chair, Unsafe Structure** _____     **Date**    11/20/2020
        **Panel**      Rafael Rodriguez

MIA-SFED23485-00301987



CFN: 20200603965 BOOK 32157 PAGE 2652
DATE:10/21/2020 03:14:29 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



## City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02123**                                      **Final Action:    10/16/2020**

Owner's Name: **BEACHFRONT HOLDINGS GROUP INC**
Owner's Mailing Address: **16850 112 COLLINS AVE #495 SUNNY ISLE, FL 33160**
Case #: **BB2019016076**
RE: **120 NW 7 AVE**
Folio Number: **01-0200-070-1210**
Legal Description: **CITY OF MIAMI SOUTH PB B-41 N50FT OF LOTS 19-20 BLK 7 LOT SIZE 5000 SQUARE FEET OR 11392-1273 0382 1**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on OCTOBER 16TH, 2020 for **Structure "A"** (1-STORY, 8-UNIT, APARTMET BLDG.):

**Structure 'A':**    Repair or Demolish Unsafe Structure within 180 days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall be prepared and submitted for approval to the City of Miami Building Department **within 30 days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required Elevations. (Note: A property survey is required for total demolition permits.)

## BUILDING PERMITS:

**Structure 'A':**    Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the Building Department for all Structures shown above and for all Disciplines requiring permits. Permits shall also be obtained for all required Trade sub-categories, as required by the Florida Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to

---

MIA-SFED23485-00301988

CFN: 20200603965 BOOK 32157 PAGE 2653

*Case # :BB2019016076 - Owner's Name: BEACHFRONT HOLDINGS GRC*

proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial. The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019016076**

As of date (OCTOBER 16TH, 2020):

**NATIONAL BANK OF SOUTH MIAMI**
**5750 SUNSET DR**
**MIAMI, FL 33143**

**BEACHFRONT HOLDINGS GROUP INC**
**WILLIAM J. SEGAL. PA**
**20801 BISCAYNE BLVD SUITE 304**
**AVENTURA, FL 33180**

*At a meeting of the Unsafe Structure Panel on 10/16/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:** _____
**Panel Member Kouchalakos**

**Seconded By:** _____
**Panel Member Bared**

MIA-SFED23485-00301989

CFN: 20200603965 BOOK 32157 PAGE 2654

*Case # :BB2019016076 - Owner's Name: BEACHFRONT HOLDINGS GRC*

**Chair, Unsafe Structure Panel** _____  **Date** 10/16/2020

Charles Danger

MIA-SFED23485-00301990



CFN: 20200603968 BOOK 32157 PAGE 2659
DATE:10/21/2020  03:14:53 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY



**City of Miami**

# ORDER OF THE UNSAFE STRUCTURES PANEL

City of Miami
444 SW 2nd Avenue
Miami, FL 33130

**FOR FULL INFORMATION CONCERNING THE DECISION ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

**File Number:  16-02122**                                    **Final Action:   10/16/2020**

Owner's Name: **155 NW 59TH STREET LLC**
Owner's Mailing Address: **760 NW 107 AVE 300 MIAMI, FL 33172**
Case #: **BB2011024138**
RE: **155 NW 59 ST**
Folio Number: **01-3113-063-0300**
Legal Description: **HIGH SCHOOL PARK TR PB 4-44 LOT**
**12 BLK 2 LOT SIZE 50.000 X 150 OR 20758-0386 10 2002 1 COC 26008-3993 09 2007 4**

The City of Miami's Unsafe Structures Panel Decision, at its meeting on OCTOBER 16TH, 2020 for **Structure "A"** (1-story CBS, 5-unit apartment):

**STRUCTURE "A" :** Demolish the Unsafe Structure within 30 days

**BUILDING PERMITS:**

**Structure "A":**   Permits shall be obtained within 30 days from today's date

Property Survey required for all total demolition permits. All property surveys submitted to this Section for the purpose of obtaining a permit shall be current, shall furthermore be Signed and Sealed and shall show all pertinent and required elevations.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami**

MIA-SFED23485-00301991

CFN: 20200603968 BOOK 32157 PAGE 2660

*Case # :BB2011024138 - Owner's Name: 155 NW 59TH STREET LLC*

Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.

Permits for the structure(s) located at the above address must be obtained from the City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.

The City of Miami Unsafe Structures Panel is Quasi-Judicial.The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
Known Interested Parties for Case No.: BB2011024138

As of date (OCTOBER 16TH, 2020):

MAROCCO, DANIEL J
760 NW 107 AV SUITE 300
MIAMI, FL 33172

*At a meeting of the Unsafe Structure Panel on 10/16/2020, a motion was made by Panel Member Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

*Moved By:* _____

Panel Member Kouchalakos

*Seconded By:* _____

Panel Member Bared

Chair, Unsafe Structure          _____          Date    10/16/2020
            Panel                       Charles Danger

MIA-SFED23485-00301992



City of Miami
444 SW 2nd Avenue
Miami, FL 33130

CFN: 20200639582 BOOK 32182 PAGE 3620
DATE:11/04/2020 10:14:58 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# City of Miami

## ORDER OF THE UNSAFE STRUCTURES PANEL

**FOR FULL INFORMATION CONCERNING THE DECISION
ORDER, PLEASE READ THIS DOCUMENT IN ITS ENTIRETY**

---

**File Number: 16-02135**                                   **Final Action:   10/30/2020**

Owner's Name: **KINEMON 821 LLC**
Owner's Mailing Address: **444 BRICKELL AVENUE, SUITE 828 MIAMI FL 33131**
Case #: **BB2019006166**
RE: **821 SW 29 CT**
Folio Number: **01-4109-019-0030**
Legal Description: **Lot 6, Block 1, CITRUS PARK, Plat Book 6, Page 145, Miami-Dade
County, FL**


The City of Miami's Unsafe Structures Panel Decision, at its meeting on OCTOBER 30TH,
2020 for **Structure "A"** (1-STORY WF, DUPLEX) AND **Structure "B"** (1-STORY WF,
DUPLEX):

**Structure 'A':**     Repair or Demolish Unsafe Structure within 180
days
**Structure 'B':**     Repair or Demolish Unsafe Structure within 180
days

**PLANS:** Building plans must be developed for all work and for all repairs or items needing to
be completed or legalized. Plans shall be prepared by a Registered Architect or a Professional
Engineer or as permitted by the Florida Building Code, as amended, and shall be Signed and
Sealed, (or Stamped) by the Design Professional. When plans are required, they shall be
submitted FIRST to the Unsafe Structures/Code Compliance Section for approval. Plans shall
be prepared and submitted for approval to the City of Miami Building Department **within 30
days from today's date.**

All property surveys submitted to this Section for the purpose of obtaining permits shall be
current, shall furthermore be Signed and Sealed and shall show all pertinent and required
Elevations. (Note: A property survey is required for total demolition permits.)

**BUILDING PERMITS:**

**Structure 'A':**     Permits shall be obtained within 90 days from today's date
**Structure 'B':**     Permits shall be obtained within 90 days from today's date

Building Permits must be obtained after the construction plans have been approved by the
Building Department for all Structures shown above and for all Disciplines requiring permits.
Permits shall also be obtained for all required Trade sub-categories, as required by the Florida
Building Code, Miami-Dade County Code and the City of Miami Code. The permits obtained
shall cover all repairs or items needing to be completed and legalized.

**IF ANY OF THE ABOVE STIPULATION(S) ARE NOT COMPLIED WITH, SAID**

---

MIA-SFED23485-00301993

CFN: 20200639582 BOOK 32182 PAGE 3621

*Case # :BB2019006166 - Owner's Name: KINEMON 821 LLC*

**STRUCTURE(S) SHALL BE DEMOLISHED BY THE CITY OF MIAMI AS SOON AS POSSIBLE.**

The City of Miami Unsafe Structures Panel also ordered that, if compliance is not obtained within the time periods stipulated above, then the Building Official is further instructed to proceed in accordance with Chapter 10, Article VI of the City of Miami Code. There will be no further notices or communication from the City of Miami Unsafe Structures Panel regarding this case.

**This document may be recorded by the Building Official with the Public Records of Miami-Dade County. This recording will constitute constructive notice to all concerned as well as any subsequent purchaser, that a decision has been rendered by the City of Miami Unsafe Structures Appeal Panel on the above referenced property in that the property in question is an Unsafe Structure and cannot be occupied until the Violation(s) are cured. Any costs associated with this case and this hearing shall be declared a special assessment pursuant to Chapter 10, Article VI of the City of Miami Code and Chapter 8-5 of the Miami-Dade County Code. Likewise, and to avoid additional hazards, the Electrical Service to the Unsafe Structure will be disconnected and will remain disconnected until the Violation(s) has been fully cured.**

Permits for the structure(s) located at the above address must be obtained from the **City of Miami Building Department - 444 SW 2 Avenue, (4th floor), Miami, FL. 33130.**

The City of Miami Unsafe Structures Panel is Quasi-Judicial.The decision and specified compliance date(s) are final and binding. Any owner or interested party, as defined by Section 10-101 of the City Code aggrieved by a decision of the City of Miami Unsafe Structures Panel may seek judicial review of that decision in accordance with the Florida Rules of Appellate Procedure.

**INTERESTED PARTIES:**
**Known Interested Parties for Case No.: BB2019006166**

As of date (OCTOBER 30TH, 2020):

**KINEMON 821 LLC**
**TRICHILO, JOSE G**
**444 BRICKELL AV #828**
**MIAMI, FL 33131**

*At a meeting of the Unsafe Structure Panel on 10/30/2020, a motion was made by Panel Member  Kouchalakos, seconded by Panel Member Bared, that this Order be APPROVED, passed.*

**Moved By:**_____
                **Panel Member  Kouchalakos**

**Seconded By:** _____
                **Panel Member Bared**

MIA-SFED23485-00301994

CFN: 20200639582 BOOK 32182 PAGE 3622

*Case # :BB2019006166 - Owner's Name: KINEMON 821 LLC*

| Chair, Unsafe Structure Panel | Miguel Martinez | Date | 10/30/2020 |
|---|---|---|---|

MIA-SFED23485-00301995