| | |
|---|---|
| Date: | Mon, 2 Nov 2020 5:20:08 PM -0500 |
| Subject: | FW: need a meeting on .... |
| From: | Goldberg, Daniel S. <dgoldberg@miamigov.com > |
| To: | Ketterer, Amber L. <AKetterer@miamigov.com >; Wysong, George <GWysong@miami-police.org>; |
| Attachments: | Ball & Chain Warrant.eml (3.68 MB).msg; RE_ Ball & Chain Warrant.eml (65.4 KB).msg; Ball & Chain Warrant.eml (3.68 MB).msg; RE_ Ball & Chain Warrant.eml (51.6 KB).msg; image001.png; image002.jpg |

**Daniel S. Goldberg, Assistant City Attorney**


City of Miami Office of the City Attorney
Telephone: 305-416-1890
Facsimile: 305-416-1801
dgoldberg@miamigov.com

Assistant: Latasha Towles 305-416-1807

Disclaimer: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please consider the environment before printing this e-mail.

**From:** Mendez, Victoria <VMendez@miamigov.com >
**Sent:** Friday, October 30, 2020 3:59 PM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com >; Min, Barnaby <bmin@miamigov.com >; Gomez, Marta <martagomez@miamigov.com >; Goldberg, Daniel S. <dgoldberg@miamigov.com >
**Subject:** need a meeting on ....

need a meeting to discuss warrant timing in general (the 10 days); what are complete warrant applications when two warrants are needed and must they run together  if so and warrant timing  when there are violations not associated with the warrant. I also need to talk about the Wynwood/lemon city  and 8th street cultural specialty district and its boundaries. Please review attached emails and that 8th street section and wynwood/lemon city section. Thanks so much.

**Victoria Méndez, City Attorney**


Board Certified, City, County and
Local Government
City of Miami Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-400-5071
vmendez@miamigov.com

**Marta Gomez (305) 416-1844**

Disclaimer: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do

EXHIBIT
GOLDBERG 7 dg
PENGAD 800-631-6989
8-30-22

DX723

MIA-SFED23485-00348707

so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please consider the environment before printing this e-mail. 

MIA-SFED23485-00348708

| | |
|---|---|
| **Date:** | Tue, 27 Oct 2020 12:03:25 AM -0400 |
| **Subject:** | Ball & Chain Warrant |
| **From:** | Valerie Haber <Valerie.Haber@gray-robinson.com> |
| **To:** | Garcia, Francisco <fgarcia@miamigov.com>; |
| **CC:** | Mendez, Victoria <VMendez@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>; |
| **Attachments:** | 13446561.pdf |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Francisco, thanks for your time today and for your time in reviewing the warrant issues for Ball & Chain (PZ-19-4801)

The letter of intent, warrant notification letter, and draft warrant decision letter are rife with mention of the alcohol service establishment expansion to cover the outdoor (see highlighted provisions below), so the use of the outdoor areas for alcohol service was understood by the parties all along.

The **letter of intent** references that "Applicant will operate a tavern/bar and food service establishment with outdoor dining, with alcohol beverage sales through FL Division of Alcohol Beverages and Tobacco license #BEV2307635. A noise attenuation plan is also included in the letter of intent.

The **warrant notification letters** that went out for the Outdoor Dining warrant did indicate in the "Detailed description of proposal" section drafted by City staff that "The Applicant's proposed use will be an Alcohol Service Establishment (bar) with an Outdoor Dining Area, located with a total square footage is 4,843."

Similarly, the **draft warrant decision letter** references the following with regards to alcohol:

1) (A)"Request" . . . to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license ("Project" located at 1514 SW 8 Street, Miami, Florida ("the Property"). . . .
2) (A)(1): Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located at 1513 SW 8 Street Miami, Florida.
3) (B): Recommendation. Pursuant to Miami 21 Code, Article 6, Section 6.3.2.1 and Article 7, Section 7.1.1.2 and 7.1.2.4 of Ordinance 13114 ("Miami 21"), as amended, the Planning Department herby Approves with Conditions the requested Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license consisting of 4,843 square feet, consisting of 61 seats, 12 tables, one bar counter, and three accessible seating tables, based upon the facts and findings in this staff report
4) (D) Findings (1) The Applicant proposes an outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located behind the tenant space on a parcel zoned T6-8-0 Transect zone.
5) (D)(5) The proposed outdoor dining will be incidental to the existing tavern/bar and food service establishment in which the applicant will amend the Certificate of Use to reflect the added uses.
6) (A) Conditions (2) The Warrant for outdoor dining has been approved to operate in association with the tavern/bar and food service establishment with a 4COP quota license, consisting of 51 seats, 12 tables, one bar counter, and three accessible seating tables within 4,843 square feet, as depicted on the approved plans. The number of tables and seating and/or modifications to the approved layout by the current or future tenants shall require a new Warrant.
7) (A)(5) Conditions: The 4COP Alcohol License should apply to the tavern/bar, food service establishment and outdoor dining use within the tenant space. Additional expansion and/or modifications to the approved layout by the current or future tenants shall require a new warrant.

Based on the fact that the City clearly contemplated the outdoor alcohol use in its review process, and the public was properly noticed of such intended use, I again respectfully submit that no further submission should be required for an alcohol warrant. The language of Section 7.1.3.2 of Miami 21 supports the notion that two separate submission should not be required:

**7.1.3.2 Generally** c. When any combination of a Warrant, Waiver or Exception is requested for a particular project, one application for the highest ranking permit shall be sufficient for review, and

> lower ranking approvals need not be applied for separately. Although only one application is required to be filed, the project must meet the criteria for all the approvals requested. Applications shall be ranked as follows: Waivers, Warrants, and Exceptions. Special Area Plans, Variances, and amendments to the Miami 21 Code shall always require separate applications and approvals. The approval of any administrative permit shall be contingent on the approval of all permits requiring public hearing, and the appeal period for any required administrative approval shall be stayed pending the approval of the last permit requiring public hearing

In the alternative, if you continue to take the position that modification to the existing Class II permit is needed, the vetting of the use of the exterior for the alcohol use has already happened through the dining warrant, and the purpose of the "specialty districts" and warrant in those districts is to exempt the property from distance separation requirements per Sec. 4-5 (The restrictions as to distances between alcohol service establishments herein shall not be applicable within a specialty district as defined in section 4-2 of the City Code as designated by the city commission and pursuant to F.S. § 562.45(2)(a). Location of alcohol service establishments within a specialty district shall not be utilized when calculating distance requirements of religious facilities and alcohol service establishments located outside the specialty district, whether existing or new. The following specialty districts within the city are described below:

In this instance, any modification to the Class II permit can be easily achieved by including a provision in the warrant notification letter that indicates that the Class II permit File 08-0198 is modified to reflect the outdoor dining use.

Please let me know your thoughts on the above.  We want to ensure that the dining warrant is approved before 2nd reading of the outdoor music ordinance, given we submitted this application over a year ago and just within the past few weeks are being alerted that separate action is needed on the alcohol warrant.

Thanks again for your time on this matter,
Valerie



T  305-913-0356
D  305-913-0356
F  305-416-6887

**Valerie Haber**
Shareholder

GrayRobinson, P.A. • 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

MIA-SFED23485-00348710

# CITY OF MIAMI
# CLASS II SPECIAL PERMIT
# FINAL DECISION

**File No. 08-0198**

**To:**  La Casa de Tula, Inc.
1513 SW 8th Street
Miami, FL. 33135

**From:**  Ana Gelabert, Director
Planning Department

PLEASE TAKE NOTICE THAT A FINAL DECISION HAS BEEN REACHED ON THE FOLLOWING MATTER:

**Title:**  Art Gallery/Studio and Bar Lounge on "Cultural Specialty District"

**Address:**  1513 SW 8th Street, Little Havana

**Intended Decision:**
☑ Approval
☐ Approval with conditions
☐ Denial

---

## FINDINGS AND CONDITIONS

The subject proposal has been reviewed for Class II Special Permit pursuant to **Ordinance 11917 of Chapter 4, City Code**, as amended, the City Code of the City of Miami, Florida, which pertains to "Entertainment Specialty Districts", in order to be granted a permit for such an establishment within a duly designated district, the applicant shall obtain a Class II Special District as specified in Zoning Ordinance.

Pursuant to **Section 1301.2** of the above-cited Zoning Ordinance, the Planning Department has made referrals to the following Departments and Boards.

- Zoning Department.
- Little Havana NET Office, Neighborhood Enhancement Team.

Their comments and recommendations have been duly considered and are reflected in this intended decision. In reviewing this application, pursuant to **Section 1305** of the Zoning Ordinance, the following findings have been made:

I

MIA-SFED23485-00348711

**FINDINGS**

- It is found that the proposed Art Gallery/Bar Lounge with Live Entertainment (La Casa de Tula) is located on an existing structure within the designated "Art and Theater Cultural Specialty District" with liquor distance exception.

- It is found that the applicant complies with the guidelines and criteria required for this type of permit specified on Sec. 4-11(5) from "a" to "h".

- It is found that with regard to the criteria set forth in Sec. 1305 of the City of Miami Zoning Ordinance, the application has been reviewed and found sufficient.

Based on the above findings and the considered advice of the officers and agencies consulted on this matter and pursuant to **Section 1306** of the Zoning Ordinance, the subject Class II Special Permit is hereby approved and shall be subject to the plans submitted by the applicant and on file with the Planning Department.

---

## NOTICE

**The final decision of the Director may be appealed to the Zoning Board by any aggrieved party, within fifteen (15) days of the date of issuance by filing a written appeal and appropriate fee with the Office of Hearing Boards, located at 444 SW 2nd Ave., 7th Floor, Miami, FL. 33130. Telephone number (305) 416-2030.**

Signature _____     Date 08/04/08

Ana Gelabert, Director
Planning Department

2

MIA-SFED23485-00348712

FIRST FLOOR
CBS, COMERCIAL BUILDING

MIA-SFED23485-00348713

June 5th, 2008

Ana Gelabert-Sanchez
Director of Planning & Zoning
City of Miami
444 SW 2nd Avenue
Miami, Florida 33130

Re:   La Casa de Tula, Inc.
      Arts Gallery Complex & Bar Lounge
      1501-13 SW 8th St. Miami. Fl 33135.

Dear Gelabert-Sanchez:

This letter serves as Las Casa de Tula's Supplemental Letter of Intent for a Class II Special Permit in order to operate a Cultural, Arts & Theater nightclub in the heart of Little Havana on Calle Ocho at the property located at 1501-13 SW 8th St., Miami, Florida 33135.

Pursuant to the Specialty Overlay District for the Parkwest area and the Art, Cultural & Theater District we hereby provide the following information required for the Special Permit:

**La Casa de Tula - "The House of Tula"**

A landmark building is the setting for "La Casa de Tula" lounge located in the Art & Theater District on Calle Ocho in Little Havana. Our house was conceived and designed to function as a multipurpose center, as an art studio, gallery and a space for actors and musicians to showcase their talent.

At La Casa de Tula we are proud to celebrate, like nobody else in the area, the rich tradition and roots of the Cuban music, the visual arts, Cuban folklore and artistic activities and theatrical performances that exemplify the best of our culture.

Everyday there is something spectacular going on at La Casa de Tula. From noon to 3:00 pm we have guided tours of Calle Ocho that includes important point of interest of the Cuban community and its rich history in Miami. We start at Domino Park, where old Cuban folks play their afternoon game of dominoes and chess. We then explore a nearby small cigar factory, where you can buy cigars that are manufactured in the traditional way, by hand-rolling them.
We move on and visit the memorial to Cuban poets, and heroes of the revolution that freed the island from colonial Spanish rule and continue the tour with a guided neighborhood sightseeing.

MIA-SFED23485-00348714

The daily fun in our lounge doesn't stop because the evening is a few hours away. On the contrary, at La Casa de Tula we are just getting ready for a night of fun and excitement that is ahead and about to start.

On Monday night we have "Cabaret & Carnival Night", all in English language and focused on the tourists visiting Miami. Tuesday is Bolero and Piano Bar Night; Wednesday Night is "La Tula Descarga" or Tulas's Latin Jazz and Jamming Nights. Thursday is for "Rock en Español"- Spanish Rock; Friday Night is our grand night- Noches de Carnaval produced entirely in Spanish language; Saturday Night is pure music with a mix of contemporary Latin sounds and our own DJ and Sundays is our family and comedy day when La Casa de Tula becomes a studio theater for a day. Our very own theater company, made up of local actors, write and produce the comedies, sketches and plays.

a) **Operational Plan:** We intent to operate from 10:00 AM to 3:00 AM and employ approximately 30 persons over two working shifts.

b) **Parking:** Not applicable due to adaptive re-use of an existing building.

c) **Crowd Control:** The proposed establishment will not have a capacity of more than 300 people at one time.

d) **Security Plan:** We intent to utilize approximately 4 security officer on Saturday night and 2 security personnel at the club all time.

e) **Traffic Circulation:** N/A

f) **Sanitation:** A large dumpster is located behind the property

g) See Attached

h) Although the proposed establishment will be within 200 feet of a residential use, all noise will be contained within the interior of the building.

If you need additional information, please do not hesitate to contact me at 786-553-6958.

Sincerely,

Michel Hernández
Manager/La Casa de Tula, INC



RECEIVED
PLANNING DEPARTMENT

# CLASS II SPECIAL PERMIT REFERRAL

| CLASS II NUMBER | REFERRED BY | REFERRAL DATE | N.E.T. AREA | REFERRED TO |
|---|---|---|---|---|
| 2008-0198 | Rafael Rodriguez | 07/18/2008 | Little Havana | Pablo Canton |

| Property Name | La Casa De Tula |
|---|---|
| Address | 1501-13 SW 8 St. |
| City State Zip | Miami, FL 33135 |

| Owner Name | |
|---|---|
| Applicant | Michel Hernandez |
| Telephone | 786-553-6958 |

**BRIEF DESCRIPTION OF PROPOSAL**

To allow an alcoholic beverage establishment, by waiving the distance limitations with in the SW 8 St. cultural specialty district.

**ENCLOSURES**

| Class II Referral Sheet | Plans | Survey |
|---|---|---|
| | | |

**COMMENTS**                                    REQUESTED BY: 07/25/2008

OK    Pablo Canton         7/21/08

**\*\*PLEASE NOTE:  If comments are not received within the requested time, the Planning Department will issue Class II Special Permit accordingly.**

## CITY OF MIAMI • PLANNING DEPARTMENT
444 SW 2ND AVENUE, 3RD FLOOR • MIAMI, FLORIDA, 33130              PHONE  (305) 416-1400

MIA-SFED23485-00348716



# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## ZONING REFERRAL

*2008-0198*

### COMPLETED BY APPLICANT

OWNER
*Michel Hernandez*

OWNER PHONE NUMBER

APPLICANT
*La Casa de Tula, 2nd*

APPLICANT PHONE NUMBER
*786-553-6958*

/ FAX NUMBER

APPLICANT ADDRESS
*1501-13 SW 8th STREET, Miami, Florida 33135*

/ ZIP CODE

BUILDING PLAN APPLICATION NUMBER

### COMPLETED BY ZONING PLANS EXAMINER

| La casa de Tula | 1501-13 SW 8ST | 33135 |
|---|---|---|
| PROJECT NAME | PROJECT ADDRESS | / ZIP CODE |

Art studio / gallery / bar Lounge
PROPOSED USE

GROSS BUILDING AREA

| Little Havana | SD-14 | 35 |
|---|---|---|
| NET AREA | ZONING DESIGNATION | ATLAS SHEET |

TO ALLOW AN ALCHOLIC BEVERAGE ESTABLISHMENT, BY WAIVING THE DISTANCE LIMITATIONS
WITH IN THE SW 8 ST CULTURAL SPECIALTY DISTRICT.

NATURE OF APPLICATION

AS PER CHAPTER 4 SEC-4-11 OF THE CITY CODE
APPLICABLE SECTION OF ZONING ORDINANCE

### CERTIFICATION

Pursuant to the fee schedule, a fee of $ *150.00* shall be required prior to the review and issuance of
this Class II Special Permit. Permit fees are non-refundable.

*Michel Hernandez*                                    *July 1st/08*
APPLICANT                                                DATE

The subject proposal has been reviewed by Zoning Department. It is found to be in compliance with all
applicable zoning regulations and requires a Class II Special Permit pursuant to the above cited section(s) of
Ordinance 11000, as amended, the Zoning Ordinance of the City of Miami, Florida.

                                                        *7/1/08*
ZONING PLANS EXAMINER                                    DATE

CLASS II COORDINATOR                                     DATE

A building permit for the work proposed herein and/or a certificate of occupancy and/or certificate of use for the
use proposed herein, must be obtained within one (1) year from the issuance of this special permit, at which
point the subject special permit shall expire, unless extended.

MIA-SFED23485-00348717

# CLASS II SPECIAL PERMIT REFERRAL

| CLASS II NUMBER | REFERRED BY | REFERRAL DATE | N.E.T. AREA | REFERRED TO |
|---|---|---|---|---|
| 2008-0198 | Rafael Rodriguez | 07/18/2008 | Little Havana | Pablo Canton |

| Property Name | La Casa De Tula |
|---|---|
| Address | 1501-13 SW 8 St. |
| City State Zip | Miami, FL 33135 |

| Owner Name | |
|---|---|
| Applicant | Michel Hernandez |
| Telephone | 786-553-6958 |

**BRIEF DESCRIPTION OF PROPOSAL**

To allow an alcoholic beverage establishment, by waiving the distance limitations with in the SW 8 St. cultural specialty district.

**ENCLOSURES**

| Class II Referral Sheet | Plans | Survey |
|---|---|---|
| | | |

| COMMENTS | REQUESTED BY: 07/25/2008 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**\*\*PLEASE NOTE: If comments are not received within the requested time, the Planning Department will issue Class II Special Permit accordingly.**

**CITY OF MIAMI • PLANNING DEPARTMENT**
444 SW 2ND AVENUE, 3RD FLOOR • MIAMI, FLORIDA, 33130          PHONE (305) 416-1400

MIA-SFED23485-00348718

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## ZONING REFERRAL

2008-0198

---

### COMPLETED BY APPLICANT

OWNER
*Michel Hernandez*

OWNER PHONE NUMBER

APPLICANT
*La Casa de Tula, Inc*

APPLICANT PHONE NUMBER
786-553-6958

/ FAX NUMBER

APPLICANT ADDRESS
*1501-13 SW 8th STREET. Miami. Florida 33135*

/ ZIP CODE

BUILDING PLAN APPLICATION NUMBER

---

### COMPLETED BY ZONING PLANS EXAMINER

| La casa de Tula | 1501-13 SW 8ST | 33135 |
|---|---|---|
| PROJECT NAME | PROJECT ADDRESS | / ZIP CODE |

Art studio / gallery / bar Lounge
PROPOSED USE

GROSS BUILDING AREA

| Little Havana | SD-14 | 35 |
|---|---|---|
| NET AREA | ZONING DESIGNATION | ATLAS SHEET |

TO ALLOW AN ALCHOLIC BEVERAGE ESTABLISHMENT, BY WAIVING THE DISTANCE LIMITATIONS
WITH IN THE SW 8 ST CULTURAL SPECIALTY DISTRICT.

NATURE OF APPLICATION

AS PER CHAPTER 4 SEC-4-11 OF THE CITY CODE
APPLICABLE SECTION OF ZONING ORDINANCE

---

### CERTIFICATION

Pursuant to the fee schedule, a fee of $ _150.00_ shall be required prior to the review and issuance of this Class II Special Permit. Permit fees are non-refundable.

*Michel Hernandez*                                    July 1st/08

APPLICANT                                              DATE

The subject proposal has been reviewed by Zoning Department. It is found to be in compliance with all applicable zoning regulations and requires a Class II Special Permit pursuant to the above cited section(s) of Ordinance 11000, as amended, the Zoning Ordinance of the City of Miami, Florida.

                                                        7/1/08
ZONING PLANS EXAMINER                                  DATE

CLASS II COORDINATOR                                   DATE

A building permit for the work proposed herein and/or a certificate of occupancy and/or certificate of use for the use proposed herein, must be obtained within one (1) year from the issuance of this special permit, at which point the subject special permit shall expire, unless extended.

MIA-SFED23485-00348719

June 5th, 2008

La Casa de Tula, INC
1501-13 SW 8th Street
Miami. Florida 33135

Ana Gelabert-Sanchez
Director of Planning & Zoning
City of Miami
444 SW 2nd Avenue
Miami, Florida 33130

Re:     La Casa de Tula, Inc.
        Arts Gallery Complex & Bar Lounge

Dear Gelabert-Sanchez:

This letter serves as Las Casa de Tula's Supplemental Letter of Intent for a Class II Special Permit in order to operate a Cultural, Arts & Theater nightclub in the heart of Little Havana on Calle Ocho at the property located at 1501-13 SW 8th St., Miami, Florida 33135.

Pursuant to the Specialty Overlay District for the Parkwest area and the Art, Cultural & Theater District we hereby provide the following information required for the Special Permit:

**La Casa de Tula - "The House of Tula"**

A landmark building is the setting for "La Casa de Tula" lounge located in the Art & Theater District on Calle Ocho in Little Havana. Our house was conceived and designed to function as a multipurpose center, as an art studio, gallery and a space for actors and musicians to showcase their talent.

At La Casa de Tula we are proud to celebrate, like nobody else in the area, the rich tradition and roots of the Cuban music, the visual arts, Cuban folklore and artistic activities and theatrical performances that exemplify the best of our culture.

Everyday there is something spectacular going on at La Casa de Tula. From noon to 3:00 pm we have guided tours of Calle Ocho that includes important point of interest of the Cuban community and its rich history in Miami. We start at Domino Park, where old Cuban folks play their afternoon game of dominoes and chess. We then explore a nearby small cigar factory, where you can buy cigars that are manufactured in the traditional way, by hand-rolling them.



MIA-SFED23485-00348721

FIRST FLOOR
CBS, COMERCIAL BUILDING

MIA-SFED23485-00348722



FIRST FLOOR
CBS. COMERCIAL BUILDING

MIA-SFED23485-00348723

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## LIST OF ABUTTING PROPERTY OWNERS & ASSOCIATIONS

At the time of initial application the applicant shall notify in writing all abutting property owners including those across a street or alley by certified mail with return receipt requested, and shall submit with the application said receipt(s), except in the case of signs where no notice is required.

In addition, at the time of initial application, the applicant shall notify in writing the official representative of all known neighborhood and/or homeowner associations potentially affected by the application, by certified mail with return receipt requested, and shall submit with the application said receipt(s), except in the case of signs where no notice is required.

In the case of adjacent condominiums, only one (1) notice to the condominium association will be sent.

**ORDINANCE 11000, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, SECTION 1501.**

| NAME & ADDRESS | NAME & ADDRESS | NAME & ADDRESS |
|---|---|---|
| J.C.D.CORP<br>1900 SECOFFEE ST<br>MIAMI FL 33133 | | |
| CITY OF MIAMI --DEPT OF P& D<br>444 SW 2 AV 3-FL<br>MIAMI, FL 33130 | | |
| EAST LITTLE HAVANA COMM.DEV<br>1465 SW 8 ST #1<br>MIAMI, FL 33135 | | |
| Commissioner, Joe M Sanchez<br>3500 Pan American Drive Miami ,<br>FL 33133-5595 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MIA-SFED23485-00348724

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**

| **ABUTTING OWNER NAME** | *Little Havana Arts Bldg LLC* |
|---|---|
| **ABUTTING PROPERTY ADDRESS** | *1501 SW 8th ST. Miami. Fl 33135* |

| **APPLICANT** | La Casa de Tula |
|---|---|
| **APPLICANT ADDRESS** | 1501-*13* SW 8 ST |
| **CITY, STATE CODE** | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| **SUBJECT PROPERTY** | 1501-13 SW 8 ST |
|---|---|
| **ZONING DESIGNATION** | SD-14 |
| **NATURE OF APPLICATION** | to allow an alcoholic beverage est. by |

Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

MIA-SFED23485-00348725

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**

| ABUTTING OWNER NAME | East Little Havana Comm Dev |
|---|---|
| ABUTTING PROPERTY ADDRESS | 1465 SW 8 ST. Miami. Fl 33135 |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

MIA-SFED23485-00348726

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**
*(FYI Purpose)*

| ABUTTING OWNER NAME | Office of Commissions Lee M. Sandy |
|---|---|
| ABUTTING PROPERTY ADDRESS | 3500 Pan American Drive. Miami. Fl 33733 |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district  As per chpt 4 Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

### NOTIFICATION TO:

| ABUTTING OWNER NAME | *City of Miami Dept of PoD* |
|---|---|
| ABUTTING PROPERTY ADDRESS | *1508 SW 8 STREET. Miami, Fl 33135* |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |

Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**

| ABUTTING OWNER NAME | JCD Corp |
|---|---|
| ABUTTING PROPERTY ADDRESS | 1521-25 SW 8 ST. Miami, Fl 33135 |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |

Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor.** For an appointment, please call at **(305) 416-1400.**

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130.** For an appointment, please call **(305) 416-2030.**

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and registered **Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501.***

Document Name: Session1

```
PIRC    SECURITY                ACTION  L  SCR      MOD    +/-   -    PAGE    1
                    BUILDING AND ZONING RECEIPT PROCESSING                   (21)
    RECEIPT NO    08105535        DATE  07/15/2008  WAIVED  N
    PERMIT  NO                    NAME  MICHEL HERNANDEZ
      ADDRESS    1501-13 SW 8 ST
      PHONE      786   5536958    COMMENTS  CL II 2008-0198  MAINTAINED BY: RR2
                                  FEES
A/C/D TYPE CLASS  SUB        DESCRIPTION           UNIT TYPE     UNITS
     R    140   003    CLASS II PLANNING   PERMIT
     SUBSID  000000000   CLASS II PLANNING   PERMIT

     SUBSID

     SUBSID

     SUBSID

     SUBSID

     SUBSID

                                            TOTAL
```

RECORD ADDED...PLEASE CONTINUE

City of Miami
...The City of Miami..
Main Cashiering Area  006
0819795-1 07/15/2008 58
Tue, Jul 15, 2008 11:49 AM

Receipt Ref Nbr: R0819795-1/0039

BZ_RCPT - BZ RECEIPT
Tran Ref Nbr: T0819795-1/0040
Name: MICHEL HERNANDEZ
Rcpt #: 08105535
Amount:                 1 @ $150.00
Item Subtotal:              $150.00
Item Total:                 $150.00

1   ITEM(S) TOTAL:          $150.00

Visa (Auth# 104942)         $150.00
Total Received:             $150.00

Please visit us at www.miamigov.com

**************CUSTOMER COPY**************

Date: 7/15/2008 Time: 11:36:14 AM

MIA-SFED23485-00348730



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0109 |
| Certified Fee | | $2.70 | |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here 2008 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 07/01/2008 |

Sent To   *JCD Corp*

Street, Apt. No.; or PO Box No.   *1908 fe coffee St*

City, State, ZIP+4   *Mım. FL 33133*

PS Form 3800, August 2006          See Reverse for Instructions

7007 2560 0003 0063 9846

MIA-SFED23485-00348731



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

MIAMI FL 33130

| | | $0.42 | 0109 |
| Postage | $ | | |
| Certified Fee | | $2.70 | 16 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 07/01/2008 |

Sent To _City of Miami. Asset Management_
Street, Apt. No.; or PO Box No. _444 SW 2nd Ave #25_
City, State, ZIP+4 _Miami. FL 33130_

PS Form 3800, August 2006                     See Reverse for Instructions

7008 9408 0083 0003 2560 7007

MIA-SFED23485-00348732



MIA-SFED23485-00348733



MIA-SFED23485-00348734



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

OFFICIAL USE

MIAMI FL 33135

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0109 |
| Certified Fee | | $2.70 | 16 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 07/01/2008 |

Sent To  *Little Havana C.D.S. BLD IPC*
Street, Apt. No.; or PO Box No.  *2600 SW 8 TH ST. Miami, FL*
City, State, ZIP+4  *33135*

PS Form 3800, August 2006          See Reverse for Instructions

7007 2560 0003 0083 9653

MIA-SFED23485-00348735

Miami-Dade My Home

Page 1 of 2

## My Home



miamidade.gov

ACTIVE TOOL: SELECT

**Show Me:**

Property Information

**Search By:**

Select Item

Text only

Property Appraiser Tax Estimator

### Summary Details:

| Folio No.: | 01-4102-006-6210 |
| Property: | 1501 SW 8 ST |
| Mailing Address: | LITTLE HAVANA ARTS BLDG LLC |
| | 2600 SW 8 ST MIAMI FL 33135- |

### Property Information:

| Primary Zone: | 6106 RESIDENTIAL-LIBERAL RETAIL |
| CLUC: | 0013 OFFICE BUILDING |
| Beds/Baths: | 0/0 |
| Floors: | 2 |
| Living Units: | 0 |
| Adj Sq Footage: | 8,798 |
| Lot Size: | 12,500 SQ FT |
| Year Built: | 1926 |
| Legal Description: | LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 19 & 20 LESS ST BLK 103 LOT SIZE 100.000 X 125 COC 26115-4771 12 2007 1 |

### Sale Information:

| Sale O/R: | 26115-4771 |
| Sale Date: | 12/2007 |
| Sale Amount: | $1,400,000 |

### Assessment Information:

| Year: | 2007 | 2006 |
|---|---|---|
| Land Value: | $600,000 | $600,000 |
| Building Value: | $25,000 | $25,000 |
| Market Value: | $625,000 | $625,000 |
| Assessed Value: | $625,000 | $625,000 |
| Total Exemptions: | $625,000 | $625,000 |
| Taxable Value: | $0 | $0 |

### Additional Information:

Click here to see more information for this property.
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Land Use
Urban Development Boundary



Digital Orthophotography - 2007

0 ———— 113 ft

My Home | Property Information | Property Taxes | My Neighborhood | Property Appraiser

Home | Using Our Site | About | Phone Directory | Privacy | Disclaimer

If you experience technical difficulties with the Property Information application, or wish to send us your comments, questions or suggestions please email us at Webmaster.

Web Site
© 2002 Miami-Dade County.
All rights reserved.

8/1/2008

MIA-SFED23485-00348736



MIA-SFED23485-00348737

# Boundary Survey
## Graphic Scale 1" = 20'



AFA & Company, Inc.

PROFESSIONAL LAND SURVEYORS AND MAPPERS

### Abbreviations of Legend



SOUTHWEST 8th STREET

## Location Sketch N.T.S.



SOUTHWEST 7th STREET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |

(03)

SOUTHWEST 8th STREET

SOUTHWEST 8th STREET — SOUTHWEST 15th STREET

**CERTIFIED ONLY TO:**
Little Havana Arts Building, LLC
CT Capital, Ltd. d/b/a CT Capital, LP,
a Florida Limited Partnership, ISAOA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**PROPERTY ADDRESS:**
1501 Southwest 8th Street
Miami, Florida 33135

Surveyor's Notes

**LEGAL DESCRIPTION:**
Lots 19 and 20 less the South 10.00' thereof,
Block 103 of, "LAWRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
Thereof as Recorded in Plat Book 2, Page 46 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**
| | |
|---|---|
| Comm Panel | 120650 |
| Panel # | 0187 |
| Firm Zone: | "X" |
| Date of Firm: | 03-02-1994 |
| Base Flood Elev. | N/A |
| F.Floor Elev. | N/A |
| Garage Elev. | N/A |
| Suffix: | "J" |
| Elev. Reference to NVGD 1929 | |



AFA & Company, Inc.

Professional Surveyors & Mappers LB 7498
13050 S.W. 133rd Court
Miami Florida, 33186
Ph. # (305) 234-0588
Fax # (305) 234-0423

| JOB # | 03-516 |
|---|---|
| DATE | 11-18-2008 |
| FB | 2-46 |

Surveyors Notes:

MIA-SFED23485-00348738

# Boundary Survey

## Graphic Scale 1" = 20'



## Abbreviations of Legend



### SOUTHWEST 8th STREET



## Location Sketch N.T.S.

**CERTIFIED ONLY TO:**
Little Havana Arts Building, LLC
CT Capital, Ltd. d/b/a CT Capital, LP,
a Florida Limited Partnership, ISAOA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**PROPERTY ADDRESS:**
1301 Southwest 8th Street
Miami, Florida 33135

**LEGAL DESCRIPTION:**
Lots 19 and 20 less the South 10.00' thereof,
Block 103 of, "LA'WRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
Thereof as Recorded in Plat Book 2, Page 46 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**

| | |
|---|---|
| Comm. Panel | 120650 |
| Panel # | 0187 |
| Firm Zone: | "X" |
| Date of Firm: | 03-02-1994 |
| Base Flood Elev. | N/A |
| F. Floor Elev. | N/A |
| Garage Elev. | N/A |
| Suffix: | "J" |
| Elev. Reference to NVGD 1929 | |

**JOB #** 08-516
**DATE** 7-16-2008
**PB** 2-46

Surveyors Notes

Professional
Surveyors & Mappers LB 7498
13050 S.W. 133rd Court
Miami Florida, 33186
Ph. # (305) 234-0588
Fax # (305) 234-0423

AFA & Company, Inc.

SOUTHWEST 8th STREET

MIA-SFED23485-00348739

# Boundary Survey
## Graphic Scale 1" = 20'



AFA &
Company, Inc.

**Abbreviations of Legend**



**Location Sketch N.T.S.**



SOUTHWEST 7th STREET

SOUTHWEST 8th STREET

SOUTHWEST 8th STREET

(103)

SOUTHWEST 8th STREET

**CERTIFIED ONLY TO:**
Little Havana Arts Building, L.L.C.
CT Capital, Ltd. d/b/a CT Capital, L.P.
a Florida Limited Partnership, ISADA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**LEGAL DESCRIPTION:**
Lots 19 and 20 less the South 10.09' thereof,
Block 103 of "LAWRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
Thereof as Recorded in Plat Book 2, Page 46 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**

| | |
|---|---|
| Comm Panel | 120650 |
| Panel # | 0187 |
| Firm Zone: | "X" |
| Date of Firm: | 03-02-1994 |
| First Flood Elev. | N/A |
| E.F.loor Elev. | N/A |
| Garage Elev. | N/A |
| Buffer: | "J" |
| Elev. Reference to NVGD 1929 | |

| | |
|---|---|
| JOB # | 08-516 |
| DATE | 7-16-2008 |
| FB | 2-46 |

Surveyors Notes:

**PROPERTY ADDRESS:**
1501 Southwest 8th Street
Miami, Florida 33135

Surveyor's Notes:

AFA &
Company, Inc.

Professional
Surveyors & Mappers LB 7498
13050 S.W. 133rd Court
Miami Florida, 33186
Ph. # (305) 234-0588
Fax # (305) 234-0423

SOUTHWEST 8th STREET

MIA-SFED23485-00348740

| | |
|---|---|
| **Date:** | Thu, 29 Oct 2020 11:13:29 AM -0400 |
| **Sent:** | Thu, 29 Oct 2020 11:13:28 AM -0400 |
| **Subject:** | RE: Ball & Chain Warrant |
| **From:** | Valerie Haber <Valerie.Haber@gray-robinson.com> |
| **To:** | Garcia, Francisco <fgarcia@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>; |
| **CC:** | Mendez, Victoria <VMendez@miamigov.com>; Ketterer, Amber L. <AKetterer@miamigov.com>; Calleros Gauger, Jeremy <JCallerosGauger@miamigov.com>; Ruiz, Joseph A. <jaruiz@miamigov.com>; Ellis, Jacqueline <JEllis@miamigov.com>; Adeyefa, Maria <madeyefa@miamigov.com>; |
| **Attachments:** | image001.png; image003.jpg; image005.jpg |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Francisco,

In light of the fact that this argument that a modification to the Class II permit was only presented more than 1 year after the warrant application was submitted, and given the timing of the outdoor music ordinance that recently passed on first reading, can you provide some assurances that if passed, this ordinance will not affect my client if/when their outdoor dining warrant is approved? This will go a long way with my client, as this is a primary concern at the moment, and will allow us to better collaborate in a deliberate fashion towards resolution.

Thank you,

Val



**T** 305-913-0356
**D** 305-913-0356
**F** 305-416-6887

**Valerie Haber**
Shareholder

GrayRobinson, P.A. • 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131

---

**From:** Garcia, Francisco <fgarcia@miamigov.com>
**Sent:** Thursday, October 29, 2020 10:55 AM
**To:** Dooley, Rachel S. <RSDooley@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Ketterer, Amber L. <AKetterer@miamigov.com>; Valerie Haber <Valerie.Haber@gray-robinson.com>; Calleros Gauger, Jeremy <JCallerosGauger@miamigov.com>; Ruiz, Joseph A. <jaruiz@miamigov.com>; Ellis, Jacqueline <JEllis@miamigov.com>; Adeyefa, Maria <madeyefa@miamigov.com>
**Subject:** RE: Ball & Chain Warrant

**This message originated outside of GrayRobinson.**

Thank you Rachel,

I am copying my colleagues Jeremy Calleros Gauger, Joe Ruiz, Jacqueline Ellis and Maria Adeyefa, who are conducting the

necessary research in order to chart a path forward toward compliance for the subject establishment.

We will be meeting again internally very soon to memorialize our findings and subsequently share them with the applicants.

With kind regards,
Francisco

Francisco J. Garcia, Director
**Department of Planning**
**City of Miami**

**From:** Dooley, Rachel S.
**Sent:** Thursday, October 29, 2020 10:47 AM
**To:** Garcia, Francisco <fgarcia@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Ketterer, Amber L. <AKetterer@miamigov.com>; Valerie Haber < Valerie.Haber@gray-robinson.com>
**Subject:** RE: Ball & Chain Warrant

Good Morning;

Have you had a chance to review the below.

**Regards,**

**Rachel S. Glorioso Dooley, Senior Assistant City Attorney**



City of Miami Office of the City Attorney
Telephone: 305-416-1886
Facsimile: 305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely. All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

Disclaimer: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Valerie Haber <Valerie.Haber@gray-robinson.com>
**Sent:** Tuesday, October 27, 2020 12:03 PM
**To:** Garcia, Francisco <fgarcia@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>
**Subject:** Ball & Chain Warrant

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Francisco, thanks for your time today and for your time in reviewing the warrant issues for Ball & Chain (PZ-19-4801)

The letter of intent, warrant notification letter, and draft warrant decision letter are rife with mention of the alcohol service

MIA-SFED23485-00348742

establishment expansion to cover the outdoor (see highlighted provisions below), so the use of the outdoor areas for alcohol service was understood by the parties all along.

The **letter of intent** references that "Applicant will operate a tavern/bar and food service establishment with outdoor dining, with alcohol beverage sales through FL Division of Alcohol Beverages and Tobacco license #BEV2307635. A noise attenuation plan is also included in the letter of intent.

The **warrant notification letters** that went out for the Outdoor Dining warrant did indicate in the "Detailed description of proposal" section drafted by City staff that "The Applicant's proposed use will be an Alcohol Service Establishment (bar) with an Outdoor Dining Area, located with a total square footage is 4,843."

Similarly, the **draft warrant decision letter** references the following with regards to alcohol:

1) (A)"Request" ... to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license ("Project" located at 1514 SW 8 Street, Miami, Florida ("the Property"). ...
2) (A)(1): Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located at 1513 SW 8 Street Miami, Florida.
3) (B): Recommendation. Pursuant to Miami 21 Code, Article 6, Section 6.3.2.1 and Article 7, Section 7.1.1.2 and 7.1.2.4 of Ordinance 13114 ("Miami 21"), as amended, the Planning Department herby Approves with Conditions the requested Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license consisting of 4,843 square feet, consisting of 61 seats, 12 tables, one bar counter, and three accessible seating tables, based upon the facts and findings in this staff report
4) (D) Findings (1) The Applicant proposes an outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located behind the tenant space on a parcel zoned T6-8-0 Transect zone.
5) (D)(5) The proposed outdoor dining will be incidental to the existing tavern/bar and food service establishment in which the applicant will amend the Certificate of Use to reflect the added uses.
6) (A) Conditions (2) The Warrant for outdoor dining has been approved to operate in association with the tavern/bar and food service establishment with a 4COP quota license, consisting of 51 seats, 12 tables, one bar counter, and three accessible seating tables within 4,843 square feet, as depicted on the approved plans. The number of tables and seating and/or modifications to the approved layout by the current or future tenants shall require a new Warrant.
7) (A)(5) Conditions: The 4COP Alcohol License should apply to the tavern/bar, food service establishment and outdoor dining use within the tenant space. Additional expansion and/or modifications to the approved layout by the current or future tenants shall require a new warrant.

Based on the fact that the City clearly contemplated the outdoor alcohol use in its review process, and the public was properly noticed of such intended use, I again respectfully submit that no further submission should be required for an alcohol warrant. The language of Section 7.1.3.2 of Miami 21 supports the notion that two separate submission should not be required:

> **7.1.3.2 Generally** c. When any combination of a Warrant, Waiver or Exception is requested for a particular project, one application for the highest ranking permit shall be sufficient for review, and lower ranking approvals need not be applied for separately. Although only one application is required to be filed, the project must meet the criteria for all the approvals requested. Applications shall be ranked as follows: Waivers, Warrants, and Exceptions. Special Area Plans, Variances, and amendments to the Miami 21 Code shall always require separate applications and approvals. The approval of any administrative permit shall be contingent on the approval of all permits requiring public hearing, and the appeal period for any required administrative approval shall be stayed pending the approval of the last permit requiring public hearing

In the alternative, if you continue to take the position that modification to the existing Class II permit is needed, the vetting of the use of the exterior for the alcohol use has already happened through the dining warrant, and the purpose of the "specialty districts" and warrant in those districts is to exempt the property from distance separation requirements per Sec. 4-5 (The restrictions as to distances between alcohol service establishments herein shall not be applicable within a specialty district as defined in section 4-2 of the City Code as designated by the city commission and pursuant to F.S. § 562.45(2)(a). Location of alcohol service establishments within a specialty district shall not be utilized when calculating distance requirements of religious facilities and alcohol service establishments located outside the specialty district, whether existing or new. The

following specialty districts within the city are described below:

In this instance, any modification to the Class II permit can be easily achieved by including a provision in the warrant notification letter that indicates that the Class II permit File 08-0198 is modified to reflect the outdoor dining use.

Please let me know your thoughts on the above. We want to ensure that the dining warrant is approved before 2nd reading of the outdoor music ordinance, given we submitted this application over a year ago and just within the past few weeks are being alerted that separate action is needed on the alcohol warrant.

Thanks again for your time on this matter,
Valerie

|  |  |
|---|---|
|  | **T** 305-913-0356 |
|  | **D** 305-913-0356 |
|  | **F** 305-416-6887 |
| **Valerie Haber**<br>Shareholder |  |

GrayRobinson, P.A. • 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

MIA-SFED23485-00348744

| Date: | Tue, 27 Oct 2020 12:03:25 AM -0400 |
| --- | --- |
| Subject: | Ball & Chain Warrant |
| From: | Valerie Haber <Valerie.Haber@gray-robinson.com> |
| To: | Garcia, Francisco <fgarcia@miamigov.com >; |
| CC: | Mendez, Victoria <VMendez@miamigov.com >; Dooley, Rachel S. <RSDooley@miamigov.com >; |
| Attachments: | 13446561.pdf |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Francisco, thanks for your time today and for your time in reviewing the warrant issues for Ball & Chain (PZ-19-4801)

The letter of intent, warrant notification letter, and draft warrant decision letter are rife with mention of the alcohol service establishment expansion to cover the outdoor (see highlighted provisions below), so the use of the outdoor areas for alcohol service was understood by the parties all along.

The **letter of intent** references that "Applicant will operate a tavern/bar and food service establishment with outdoor dining, with alcohol beverage sales through FL Division of Alcohol Beverages and Tobacco license #BEV2307635. A noise attenuation plan is also included in the letter of intent.

The **warrant notification letters** that went out for the Outdoor Dining warrant did indicate in the "Detailed description of proposal" section drafted by City staff that "The Applicant's proposed use will be an Alcohol Service Establishment (bar) with an Outdoor Dining Area, located with a total square footage is 4,843."

Similarly, the **draft warrant decision letter** references the following with regards to alcohol:

1) (A)"Request" ... to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license ("Project" located at 1514 SW 8 Street, Miami, Florida ("the Property"). ....
2) (A)(1): Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located at 1513 SW 8 Street Miami, Florida.
3) (B): Recommendation. Pursuant to Miami 21 Code, Article 6, Section 6.3.2.1 and Article 7, Section 7.1.1.2 and 7.1.2.4 of Ordinance 13114 ("Miami 21"), as amended, the Planning Department herby Approves with Conditions the requested Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license consisting of 4,843 square feet, consisting of 61 seats, 12 tables, one bar counter, and three accessible seating tables, based upon the facts and findings in this staff report
4) (D) Findings (1) The Applicant proposes an outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located behind the tenant space on a parcel zoned T6-8-0 Transect zone.
5) (D)(5) The proposed outdoor dining will be incidental to the existing tavern/bar and food service establishment in which the applicant will amend the Certificate of Use to reflect the added uses.
6) (A) Conditions (2) The Warrant for outdoor dining has been approved to operate in association with the tavern/bar and food service establishment with a 4COP quota license, consisting of 51 seats, 12 tables, one bar counter, and three accessible seating tables within 4,843 square feet, as depicted on the approved plans. The number of tables and seating and/or modifications to the approved layout by the current or future tenants shall require a new Warrant.
7) (A)(5) Conditions: The 4COP Alcohol License should apply to the tavern/bar, food service establishment and outdoor dining use within the tenant space. Additional expansion and/or modifications to the approved layout by the current or future tenants shall require a new warrant.

Based on the fact that the City clearly contemplated the outdoor alcohol use in its review process, and the public was properly noticed of such intended use, I again respectfully submit that no further submission should be required for an alcohol warrant. The language of Section 7.1.3.2 of Miami 21 supports the notion that two separate submission should not be required:

7.1.3.2 **Generally** c. When any combination of a Warrant, Waiver or Exception is requested for a particular project, one application for the highest ranking permit shall be sufficient for review, and

lower ranking approvals need not be applied for separately. Although only one application is required to be filed, the project must meet the criteria for all the approvals requested. Applications shall be ranked as follows: Waivers, Warrants, and Exceptions. Special Area Plans, Variances, and amendments to the Miami 21 Code shall always require separate applications and approvals. The approval of any administrative permit shall be contingent on the approval of all permits requiring public hearing, and the appeal period for any required administrative approval shall be stayed pending the approval of the last permit requiring public hearing

In the alternative, if you continue to take the position that modification to the existing Class II permit is needed, the vetting of the use of the exterior for the alcohol use has already happened through the dining warrant, and the purpose of the "specialty districts" and warrant in those districts is to exempt the property from distance separation requirements per Sec. 4-5 (The restrictions as to distances between alcohol service establishments herein shall not be applicable within a specialty district as defined in section 4-2 of the City Code as designated by the city commission and pursuant to F.S. § 562.45(2)(a). Location of alcohol service establishments within a specialty district shall not be utilized when calculating distance requirements of religious facilities and alcohol service establishments located outside the specialty district, whether existing or new. The following specialty districts within the city are described below:

In this instance, any modification to the Class II permit can be easily achieved by including a provision in the warrant notification letter that indicates that the Class II permit File 08-0198 is modified to reflect the outdoor dining use.

Please let me know your thoughts on the above. We want to ensure that the dining warrant is approved before 2nd reading of the outdoor music ordinance, given we submitted this application over a year ago and just within the past few weeks are being alerted that separate action is needed on the alcohol warrant.

Thanks again for your time on this matter,
Valerie

T  305-913-0356
D  305-913-0356
F  305-416-6887

**Valerie Haber**
Shareholder

GrayRobinson, P.A. ▪ 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

# CITY OF MIAMI
# CLASS II SPECIAL PERMIT
# FINAL DECISION

File No. 08-0198

**To:**    La Casa de Tula, Inc.
1513 SW 8ᵗʰ Street
Miami, FL. 33135

**From:**    Ana Gelabert, Director
Planning Department

PLEASE TAKE NOTICE THAT A FINAL DECISION HAS BEEN REACHED ON THE FOLLOWING MATTER:

**Title:**    Art Gallery/Studio and Bar Lounge on "Cultural Specialty District"

**Address:**    1513 SW 8th Street, Little Havana

**Intended Decision:**
☑ Approval
☐ Approval with conditions
☐ Denial

## FINDINGS AND CONDITIONS

The subject proposal has been reviewed for Class II Special Permit pursuant to **Ordinance 11917 of Chapter 4, City Code**, as amended, the City Code of the City of Miami, Florida, which pertains to "Entertainment Specialty Districts", in order to be granted a permit for such an establishment within a duly designated district, the applicant shall obtain a Class II Special District as specified in Zoning Ordinance.

Pursuant to **Section 1301.2** of the above-cited Zoning Ordinance, the Planning Department has made referrals to the following Departments and Boards.

- Zoning Department.
- Little Havana NET Office, Neighborhood Enhancement Team.

Their comments and recommendations have been duly considered and are reflected in this intended decision. In reviewing this application, pursuant to **Section 1305** of the Zoning Ordinance, the following findings have been made:

l

**FINDINGS**

- It is found that the proposed Art Gallery/Bar Lounge with Live Entertainment (La Casa de Tula) is located on an existing structure within the designated "Art and Theater Cultural Specialty District" with liquor distance exception.

- It is found that the applicant complies with the guidelines and criteria required for this type of permit specified on Sec. 4-11(5) from "a" to "h".

- It is found that with regard to the criteria set forth in Sec. 1305 of the City of Miami Zoning Ordinance, the application has been reviewed and found sufficient.

Based on the above findings and the considered advice of the officers and agencies consulted on this matter and pursuant to **Section 1306** of the Zoning Ordinance, the subject Class II Special Permit is hereby approved and shall be subject to the plans submitted by the applicant and on file with the Planning Department.

## NOTICE

**The final decision of the Director may be appealed to the Zoning Board by any aggrieved party, within fifteen (15) days of the date of issuance by filing a written appeal and appropriate fee with the Office of Hearing Boards, located at 444 SW 2ⁿᵈ Ave., 7ᵗʰ Floor, Miami, FL. 33130. Telephone number (305) 416-2030.**

Signature _____     Date 08/04/08

Ana Gelabert, Director
Planning Department

2

MIA-SFED23485-00348748

FIRST FLOOR
CBS, COMERCIAL BUILDING

CITY OF MIAMI PLANNING & DEVELOPMENT DEPT.
CURRENT PLANNING DIVISION
DATE
FOR
BY

June 5th, 2008

Ana Gelabert-Sanchez
Director of Planning & Zoning
City of Miami
444 SW 2nd Avenue
Miami, Florida 33130

Re:    La Casa de Tula, Inc.
       Arts Gallery Complex & Bar Lounge
       1501-13 SW 8th St. Miami. Fl 33135.

Dear Gelabert-Sanchez:

This letter serves as Las Casa de Tula's Supplemental Letter of Intent for a Class II Special Permit in order to operate a Cultural, Arts & Theater nightclub in the heart of Little Havana on Calle Ocho at the property located at 1501-13 SW 8th St., Miami, Florida 33135.

Pursuant to the Specialty Overlay District for the Parkwest area and the Art, Cultural & Theater District we hereby provide the following information required for the Special Permit:

## La Casa de Tula - "The House of Tula"

A landmark building is the setting for "La Casa de Tula" lounge located in the Art & Theater District on Calle Ocho in Little Havana. Our house was conceived and designed to function as a multipurpose center, as an art studio, gallery and a space for actors and musicians to showcase their talent.

At La Casa de Tula we are proud to celebrate, like nobody else in the area, the rich tradition and roots of the Cuban music, the visual arts, Cuban folklore and artistic activities and theatrical performances that exemplify the best of our culture.

Everyday there is something spectacular going on at La Casa de Tula. From noon to 3:00 pm we have guided tours of Calle Ocho that includes important point of interest of the Cuban community and its rich history in Miami. We start at Domino Park, where old Cuban folks play their afternoon game of dominoes and chess. We then explore a nearby small cigar factory, where you can buy cigars that are manufactured in the traditional way, by hand-rolling them.

We move on and visit the memorial to Cuban poets, and heroes of the revolution that freed the island from colonial Spanish rule and continue the tour with a guided neighborhood sightseeing.

The daily fun in our lounge doesn't stop because the evening is a few hours away. On the contrary, at La Casa de Tula we are just getting ready for a night of fun and excitement that is ahead and about to start.

On Monday night we have "Cabaret & Carnival Night", all in English language and focused on the tourists visiting Miami. Tuesday is Bolero and Piano Bar Night; Wednesday Night is "La Tula Descarga" or Tulas's Latin Jazz and Jamming Nights. Thursday is for "Rock en Español"- Spanish Rock; Friday Night is our grand night-Noches de Carnaval produced entirely in Spanish language; Saturday Night is pure music with a mix of contemporary Latin sounds and our own DJ and Sundays is our family and comedy day when La Casa de Tula becomes a studio theater for a day. Our very own theater company, made up of local actors, write and produce the comedies, sketches and plays.

a) **Operational Plan:** We intent to operate from 10:00 AM to 3:00 AM and employ approximately 30 persons over two working shifts.

b) **Parking:** Not applicable due to adaptive re-use of an existing building.

c) **Crowd Control:** The proposed establishment will not have a capacity of more than 300 people at one time.

d) **Security Plan:** We intent to utilize approximately 4 security officer on Saturday night and 2 security personnel at the club all time.

e) **Traffic Circulation:** N/A

f) **Sanitation:** A large dumpster is located behind the property

g) See Attached

h) Although the proposed establishment will be within 200 feet of a residential use, all noise will be contained within the interior of the building.

If you need additional information, please do not hesitate to contact me at 786-553-6958.

Sincerely,

Michel Hernández
Manager/La Casa de Tula, INC



PLANNING DEPARTMENT

# CLASS II SPECIAL PERMIT REFERRAL

| CLASS II NUMBER | REFERRED BY | REFERRAL DATE | N.E.T. AREA | REFERRED TO |
|---|---|---|---|---|
| 2008-0198 | Rafael Rodriguez | 07/18/2008 | Little Havana | Pablo Canton |

| Property Name | La Casa De Tula |
|---|---|
| Address | 1501-13 SW 8 St. |
| City State Zip | Miami, FL 33135 |

| Owner Name | |
|---|---|
| Applicant | Michel Hernandez |
| Telephone | 786-553-6958 |

**BRIEF DESCRIPTION OF PROPOSAL**

To allow an alcoholic beverage establishment, by waiving the distance limitations with in the SW 8 St. cultural specialty district.

**ENCLOSURES**

| Class II Referral Sheet | Plans | Survey |
|---|---|---|
| | | |

**COMMENTS**                                      REQUESTED BY: 07/25/2008

OK — Pablo Canton                                7/21/08

**\*\*PLEASE NOTE: If comments are not received within the requested time, the Planning Department will issue Class II Special Permit accordingly.**

## CITY OF MIAMI • PLANNING DEPARTMENT
444 SW 2ND AVENUE, 3RD FLOOR • MIAMI, FLORIDA, 33130          PHONE (305) 416-1400

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## ZONING REFERRAL

2008-0198

### COMPLETED BY APPLICANT

OWNER
*Michel Hernandez*

OWNER PHONE NUMBER

APPLICANT
*La Casa de Tula, Inc*

APPLICANT PHONE NUMBER
786 - 553 - 6958

/ FAX NUMBER

APPLICANT ADDRESS
*1501-13 Sw 8th STREET. Miami - Florida 33135*

/ ZIP CODE

BUILDING PLAN APPLICATION NUMBER

### COMPLETED BY ZONING PLANS EXAMINER

La casa de Tula

PROJECT NAME

1501-13 SW 8ST

PROJECT ADDRESS

33135

/ ZIP CODE

Art studio / gallery / bar Lounge

PROPOSED USE

GROSS BUILDING AREA

Little Havana

NET AREA

SD-14

ZONING DESIGNATION

35

ATLAS SHEET

TO ALLOW AN ALCHOLIC BEVERAGE ESTABLISHMENT, BY WAIVING THE DISTANCE LIMITATIONS
WITH IN THE SW 8 ST CULTURAL SPECIALTY DISTRICT.

NATURE OF APPLICATION

AS PER CHAPTER 4 SEC-4-11 OF THE CITY CODE

APPLICABLE SECTION OF ZONING ORDINANCE

### CERTIFICATION

Pursuant to the fee schedule, a fee of $ *150.00* shall be required prior to the review and issuance of
this Class II Special Permit. Permit fees are non-refundable.

*Michel Hernandez*

APPLICANT

*July 1st/08*

DATE

The subject proposal has been reviewed by Zoning Department. It is found to be in compliance with all
applicable zoning regulations and requires a Class II Special Permit pursuant to the above cited section(s) of
Ordinance 11000, as amended, the Zoning Ordinance of the City of Miami, Florida.

ZONING PLANS EXAMINER

*7/1/08*

DATE

CLASS II COORDINATOR

DATE

A building permit for the work proposed herein and/or a certificate of occupancy and/or certificate of use for the
use proposed herein, must be obtained within one (1) year from the issuance of this special permit, at which
point the subject special permit shall expire, unless extended.

MIA-SFED23485-00348753

# CLASS II SPECIAL PERMIT REFERRAL

| CLASS II NUMBER | REFERRED BY | REFERRAL DATE | N.E.T. AREA | REFERRED TO |
|---|---|---|---|---|
| 2008-0198 | Rafael Rodriguez | 07/18/2008 | Little Havana | Pablo Canton |

| Property Name | La Casa De Tula |
|---|---|
| Address | 1501-13 SW 8 St. |
| City State Zip | Miami, FL 33135 |

| Owner Name | |
|---|---|
| Applicant | Michel Hernandez |
| Telephone | 786-553-6958 |

### BRIEF DESCRIPTION OF PROPOSAL

To allow an alcoholic beverage establishment, by waiving the distance limitations with in the SW 8 St. cultural specialty district.

### ENCLOSURES

| Class II Referral Sheet | Plans | Survey |
|---|---|---|
| | | |

| COMMENTS | REQUESTED BY: 07/25/2008 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**\*\*PLEASE NOTE: If comments are not received within the requested time, the Planning Department will issue Class II Special Permit accordingly.**

## CITY OF MIAMI • PLANNING DEPARTMENT
444 SW 2ND AVENUE, 3RD FLOOR • MIAMI, FLORIDA, 33130          PHONE (305) 416-1400

MIA-SFED23485-00348754

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## ZONING REFERRAL

2008-0198

---

## COMPLETED BY APPLICANT

OWNER
*Michel Hernandez*

OWNER PHONE NUMBER

APPLICANT/
*La Cosa de Tula, Inc.*

APPLICANT PHONE NUMBER
786 - 553 - 6958

/ FAX NUMBER

APPLICANT ADDRESS
*1501-13 SW 8th Street. Miami. Florida  33135*

/ ZIP CODE

BUILDING PLAN APPLICATION NUMBER

---

## COMPLETED BY ZONING PLANS EXAMINER

| La casa de Tula | 1501-13 SW 8ST | 33135 |
|---|---|---|
| PROJECT NAME | PROJECT ADDRESS | / ZIP CODE |

Art studio / gallery / bar Lounge

PROPOSED USE                                    GROSS BUILDING AREA

| Little Havana | SD-14 | 35 |
|---|---|---|
| NET AREA | ZONING DESIGNATION | ATLAS SHEET |

TO ALLOW AN ALCHOLIC BEVERAGE ESTABLISHMENT, BY WAIVING THE DISTANCE LIMITATIONS WITH IN THE SW 8 ST CULTURAL SPECIALTY DISTRICT.

NATURE OF APPLICATION

AS PER CHAPTER 4 SEC-4-11 OF THE CITY CODE

APPLICABLE SECTION OF ZONING ORDINANCE

---

## CERTIFICATION

Pursuant to the fee schedule, a fee of $ __150 00__ shall be required prior to the review and issuance of this Class II Special Permit. Permit fees are non-refundable.

*Michel Hernandez*                                    July 1st/08

APPLICANT                                             DATE

The subject proposal has been reviewed by Zoning Department. It is found to be in compliance with all applicable zoning regulations and requires a Class II Special Permit pursuant to the above cited section(s) of Ordinance 11000, as amended, the Zoning Ordinance of the City of Miami, Florida.

7/1/08

ZONING PLANS EXAMINER                                 DATE

CLASS II COORDINATOR                                  DATE

A building permit for the work proposed herein and/or a certificate of occupancy and/or certificate of use for the use proposed herein, must be obtained within one (1) year from the issuance of this special permit, at which point the subject special permit shall expire, unless extended.

MIA-SFED23485-00348755

June 5th, 2008

La Casa de Tula, INC
1501-13 SW 8th Street
Miami. Florida 33135

Ana Gelabert-Sanchez
Director of Planning & Zoning
City of Miami
444 SW 2nd Avenue
Miami, Florida 33130

Re:    La Casa de Tula, Inc.
       Arts Gallery Complex & Bar Lounge

Dear Gelabert-Sanchez:

This letter serves as Las Casa de Tula's Supplemental Letter of Intent for a Class II Special Permit in order to operate a Cultural, Arts & Theater nightclub in the heart of Little Havana on Calle Ocho at the property located at 1501-13 SW 8th St., Miami, Florida 33135.

Pursuant to the Specialty Overlay District for the Parkwest area and the Art, Cultural & Theater District we hereby provide the following information required for the Special Permit:

**La Casa de Tula - "The House of Tula"**

A landmark building is the setting for "La Casa de Tula" lounge located in the Art & Theater District on Calle Ocho in Little Havana. Our house was conceived and designed to function as a multipurpose center, as an art studio, gallery and a space for actors and musicians to showcase their talent.

At La Casa de Tula we are proud to celebrate, like nobody else in the area, the rich tradition and roots of the Cuban music, the visual arts, Cuban folklore and artistic activities and theatrical performances that exemplify the best of our culture.

Everyday there is something spectacular going on at La Casa de Tula. From noon to 3:00 pm we have guided tours of Calle Ocho that includes important point of interest of the Cuban community and its rich history in Miami. We start at Domino Park, where old Cuban folks play their afternoon game of dominoes and chess. We then explore a nearby small cigar factory, where you can buy cigars that are manufactured in the traditional way, by hand-rolling them.

MIA-SFED23485-00348756

CBS COMERCIAL BUILDING
FIRST FLOOR

MIA-SFED23485-00348757

FIRST FLOOR
CBS COMERCIAL BUILDING

MIA-SFED23485-00348758

FIRST FLOOR
CBS-COMERCIAL BUILDING

MIA-SFED23485-00348759



# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## LIST OF ABUTTING PROPERTY OWNERS & ASSOCIATIONS

At the time of initial application the applicant shall notify in writing all abutting property owners including those across a street or alley by certified mail with return receipt requested, and shall submit with the application said receipt(s), except in the case of signs where no notice is required.

In addition, at the time of initial application, the applicant shall notify in writing the official representative of all known neighborhood and/or homeowner associations potentially affected by the application, by certified mail with return receipt requested, and shall submit with the application said receipt(s), except in the case of signs where no notice is required.

In the case of adjacent condominiums, only one (1) notice to the condominium association will be sent.

**ORDINANCE 11000, THE ZONING ORDINANCE OF THE CITY OF MIAMI, FLORIDA, SECTION 1501.**

| NAME & ADDRESS | NAME & ADDRESS | NAME & ADDRESS |
|---|---|---|
| J.C.D.CORP<br>1900 SECOFFEE ST<br>MIAMI FL 33133 | | |
| CITY OF MIAMI –DEPT OF P& D<br>444 SW 2 AV 3-FL<br>MIAMI, FL 33130 | | |
| EAST LITTLE HAVANA COMM.DEV<br>1465 SW 8 ST #1<br>MIAMI, FL 33135 | | |
| Commissioner, Joe M Sanchez<br>3500 Pan American Drive Miami ,<br>FL 33133-5595 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MIA-SFED23485-00348760

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**

| ABUTTING OWNER NAME | *Little Havana Arts Bldg LLC* |
|---|---|
| ABUTTING PROPERTY ADDRESS | *1501 SW 8th ST. Miami, Fl 33135* |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501- 13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |

Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners and registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

MIA-SFED23485-00348761

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

### NOTIFICATION TO:

| ABUTTING OWNER NAME | EasT Little Havena Comm Dev |
|---|---|
| ABUTTING PROPERTY ADDRESS | 1465 SW 8 ST. Miami. Fl 33135 |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all abutting property owners and registered Neighborhood or Homeowners Associations be notified of Class II Special Permit applications in an approved notification form as set forth in Section 1501.*

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**
*(FYI Purpose)*

| ABUTTING OWNER NAME | Office of Commissions Joe M. Sanchy |
|---|---|
| ABUTTING PROPERTY ADDRESS | 3500 Pan American Drive. Miami. Fl 35733 |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE  CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2nd Avenue, 3rd Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal, however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2nd Avenue, 7th Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners and registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

### NOTIFICATION TO:

| ABUTTING OWNER NAME | *City of Miami Dept of PoD* |
|---|---|
| ABUTTING PROPERTY ADDRESS | *1508 Sw 8th Street. Miami, Fl 33135* |

| APPLICANT | La Casa de Tula |
|---|---|
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
|---|---|
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |

Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2ⁿᵈ Avenue, 3ʳᵈ Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2ⁿᵈ Avenue, 7ᵗʰ Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

# CITY OF MIAMI

## CLASS II SPECIAL PERMIT
## NOTIFICATION LETTER

**NOTIFICATION TO:**

| ABUTTING OWNER NAME | JCD Corp |
| ABUTTING PROPERTY ADDRESS | 1521-25 SW 8th ST. Miami. Fl/ 33135 |

| APPLICANT | La Casa de Tula |
| APPLICANT ADDRESS | 1501-13 SW 8 ST |
| CITY, STATE CODE | MIAMI, FL, 33135 |

You are hereby notified* that an application will be submitted by the above to the Director of the City of Miami Planning Department for approval of a Class II Special Permit under the provisions of Articles **13** and **15** of the City of Miami Zoning Ordinance, for the following proposal:

| SUBJECT PROPERTY | 1501-13 SW 8 ST |
| ZONING DESIGNATION | SD-14 |
| NATURE OF APPLICATION | to allow an alcoholic beverage est. by |
| Waiving the distance limitations with in the SW 8 St cultural arts specialty district. As per chpt-4 Sec-4-11 | |

This project will be reviewed for approval for a Class II Special Permit; consequently the Planning Department will have on file all documents, plans and supporting materials pertaining to this proposal. Should you wish to review this file, it will be made available to you after submittal and upon your request at the City of Miami Riverside Center, located at **444 SW 2ⁿᵈ Avenue, 3ʳᵈ Floor**. For an appointment, please call at **(305) 416-1400**.

The Planning Department will take into consideration any comments you may have about the proposal; however, such comments will not be binding upon the Director's decision.

The final decision of the Director may be appealed to the Zoning Board, pursuant to provisions set forth in **Article 18** of Zoning Ordinance 11000, as amended, within fifteen **(15)** days of the date of issuance of the Class II Special Permit by filing a written appeal and appropriate fee with the Office of Hearing Boards located at **444 SW 2ⁿᵈ Avenue, 7ᵗʰ Floor, Miami, FL. 33130**. For an appointment, please call **(305) 416-2030**.

*The Zoning Ordinance of the City of Miami requires that all **abutting property owners** and **registered Neighborhood or Homeowners Associations** be notified of **Class II Special Permit** applications in an approved notification form as set forth in **Section 1501**.*

MIA-SFED23485-00348765

Document Name: Session1

```
PIRC   SECURITY              ACTION  L  SCR     MOD    +/-  -    PAGE    1
                 BUILDING AND ZONING RECEIPT PROCESSING              (21)
   RECEIPT NO   08105535      DATE  07/15/2008  WAIVED  N
   PERMIT  NO                 NAME  MICHEL HERNANDEZ
     ADDRESS   1501-13 SW 8 ST
       PHONE   786   5536958  COMMENTS  CL II 2008-0198  MAINTAINED BY: RR2
                                FEES
A/C/D TYPE CLASS  SUB       DESCRIPTION        UNIT TYPE     UNITS
     R    140   003    CLASS II PLANNING  PERMIT                ___ ____
   SUBSID  000000000    CLASS II PLANNING  PERMIT

   SUBSID

   SUBSID

   SUBSID

   SUBSID

   SUBSID
                                                 TOTAL

   RECORD ADDED...PLEASE CONTINUE
```

City of Miami
...The City of Miami...
Main Cashiering Area   006
0819795-1 07/15/2008 58
Tue, Jul 15, 2008 11:43 AM

Receipt Ref Nbr: R0819795-1/0939

BZ_RCPT - BZ RECEIPT
Tran Ref Nbr: T0819795-1/C048
Name: MICHEL HERNANDEZ
Rcpt #: 08105535
Amount:                    1 @ $150.00
Item Subtotal:               $150.00
Item Total:                  $150.00

1   ITEM(S) TOTAL:           $150.00

Visa (Auth# 104942)          $150.00
Total Received:              $150.00

Please visit us at www.miamigov.com

*************CUSTOMER COPY*************

Date: 7/15/2008 Time: 11:36:14 AM

MIA-SFED23485-00348766



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.32 |

Postmark Here 2008
07/01/2008

Sent To JCD Corp
Street, Apt. No.; or PO Box No. 1900 Coffee St
City, State, ZIP+4 Miami, FL 33133

PS Form 3800, August 2006          See Reverse for Instructions

MIA-SFED23485-00348767



MIA-SFED23485-00348768



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $0.42 | 0109 |
| Certified Fee | | $2.70 | 16 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 07/01/2008 |

Sent To Office of Commissioner Joe A. Snetz
Street, Apt. No.; or PO Box No. 3500 Pan American Dr.
City, State, ZIP+4 Miami Fl 33133

PS Form 3800, August 2006            See Reverse for Instructions

MIA-SFED23485-00348769



MIA-SFED23485-00348770



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₂

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Postmark Here
07/01/2008

Sent To *Little Havana C.D. HDFPC*
Street, Apt. No.; or PO Box No. *2600 SW 3rd ST. Miami, F*
City, State, ZIP+4 *33135*

PS Form 3800, August 2006        See Reverse for Instructions

7007 2560 0003 0083 9653

MIA-SFED23485-00348771

Miami-Dade My Home

Page 1 of 2

## My Home

**miamidade.gov**    ACTIVE TOOL: SELECT

**Show Me:**

Property Information

**Search By:**

Select Item

Text only

Property Appraiser Tax Estimator

### Summary Details:

| | |
|---|---|
| Folio No.: | 01-4102-006-6210 |
| Property: | 1501 SW 8 ST |
| Mailing Address: | LITTLE HAVANA ARTS BLDG LLC |
| | 2600 SW 8 ST MIAMI FL 33135- |

### Property Information:

| | |
|---|---|
| Primary Zone: | 6106 RESIDENTIAL-LIBERAL RETAIL |
| CLUC: | 0013 OFFICE BUILDING |
| Beds/Baths: | 0/0 |
| Floors: | 2 |
| Living Units: | 0 |
| Adj Sq Footage: | 8,798 |
| Lot Size: | 12,500 SQ FT |
| Year Built: | 1926 |
| Legal Description: | LAWRENCE ESTATE LAND COS SUB PB 2-46 LOTS 19 & 20 LESS ST BLK 103 LOT SIZE 100.000 X 125 COC 26115-4771 12 2007 1 |

### Sale Information:

| | |
|---|---|
| Sale O/R: | 26115-4771 |
| Sale Date: | 12/2007 |
| Sale Amount: | $1,400,000 |

### Assessment Information:

| Year: | 2007 | 2006 |
|---|---|---|
| Land Value: | $600,000 | $600,000 |
| Building Value: | $25,000 | $25,000 |
| Market Value: | $625,000 | $625,000 |
| Assessed Value: | $625,000 | $625,000 |
| Total Exemptions: | $625,000 | $625,000 |
| Taxable Value: | $0 | $0 |

### Additional Information:

Click here to see more information for this property:
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Land Use
Urban Development Boundary



Digital Orthophotography - 2007     0 ——— 113 ft

My Home | Property Information | Property Taxes | My Neighborhood | Property Appraiser

Home | Using Our Site | About | Phone Directory | Privacy | Disclaimer

If you experience technical difficulties with the Property Information application, or wish to send us your comments, questions or suggestions please email us at Webmaster.

Web Site
© 2002 Miami-Dade County.
All rights reserved.

MIA-SFED23485-00348772



MIA-SFED23485-00348773

# Boundary Survey
## Graphic Scale 1" = 20'

### Location Sketch N.T.S.





**Abbreviations of Legend**



SOUTHWEST 8th STREET

---

**CERTIFIED ONLY TO:**
Little Havana Arts Building, LLC
CT Capital, Ltd. d/b/a CT Capital, LP,
a Florida Limited Partnership, ISAOA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**PROPERTY ADDRESS:**
1501 Southwest 8th Street
Miami, Florida 33135

**LEGAL DESCRIPTION:**
Lots 19 and 20 less the South 10.00' thereof,
Block 103 of, "LAWRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
Thereof as Recorded in Plat Book 2, Page 46 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**

| | |
|---|---|
| Comm Panel | 120650 |
| Panel # | 0187 |
| Firm Zone: | "X" |
| Date of Fires: | 03-02-1994 |
| Base Flood Elev. | N/A |
| F.Floor Elev. | N/A |
| Garage Elev. | N/A |
| Suffix: | "J" |

Elev. Reference to NVGD 1929

| | |
|---|---|
| JOB # | 03-516 |
| DATE | 7-16-2008 |
| FB | 2-46 |

Professional
Surveyors & Mappers LB 7493
13050 S.W. 133rd Court
Miami Florida, 33186
Ph. # (305) 234-0588
Fax # (305) 234-0423

AFA & Company, Inc.

MIA-SFED23485-00348774

# Boundary Survey

## Graphic Scale 1' = 20'



APA &
Company, Inc.

Prepared By:
AFA & COMPANY, INC.
PROFESSIONAL LAND SURVEYORS AND MAPPERS

**Abbreviations of Legend**



## Location Sketch N.T.S.



**CERTIFIED ONLY TO:**

Little Havana Arts Building, LLC
CT Capital, Ltd. d/b/a CT Capital, LP,
a Florida Limited Partnership, ISAOA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**PROPERTY ADDRESS:**

1301 Southwest 8th Street
Miami, Florida 33135

**LEGAL DESCRIPTION:**

Lots 19 and 20 less the South 10.00' thereof,
Block 103 of, "LAWRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
Thereof as Recorded in Plat Book 2, Page 46 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**

| | |
|---|---|
| Comm. Panel | 120650 |
| Panel # | 0187 |
| Firm Zone: | "X" |
| Date of Firm: | 03-02-1994 |
| Base Flood Elev. | N/A |
| F.Floor Elev. | N/A |
| Garage Elev. | N/A |
| Suffix: | "J" |
| Elev. Reference to NVGD 1929 | |

| JOB # | 08-516 |
|---|---|
| DATE | 7-16-2008 |
| PB | 2-46 |

Surveyors Notes:

Professional
Surveyors & Mappers LB 7498
13050 S.W. 133rd Court
Miami Florida, 33186
Ph. # (305) 234-0588
Fax # (305) 234-0423

AFA &
Company, Inc.

SOUTHWEST 8th STREET

MIA-SFED23485-00348775

# Boundary Survey
## Graphic Scale 1" = 20'





SOUTHWEST 8th STREET



**Location Sketch N.T.S.**

SOUTHWEST 7th STREET

SOUTHWEST 8th STREET

SOUTHWEST 8th STREET

SOUTHWEST 6th STREET

**CERTIFIED ONLY TO:**
Little Havana Arts Building, L.L.C.
CT Capital, Ltd. d/b/a CT Capital, LP,
a Florida Limited Partnership, ISAOA/ATIMA
CT Title Corp.
Attorney's Title Insurance Fund, Inc.

**LEGAL DESCRIPTION:**
Lots 19 and 20 less the South 10.00' thereof,
Block 103 of "LAWRENCE ESTATES LAND
CO'S SUBDIVISION" according to the Plat
thereof as Recorded in Plat Book 2, Page 46 of
the Public Records of Miami-Dade County, Florida.

**ELEVATION INFORMATION**
Comm. Panel        120650
Panel #            0187
Firm Zone:         "X"
Date of Firm:      03-02-1994
Base Flood Elev.   N/A
E.F loor Elev.     N/A
Garage Elev.       N/A
Suffix:            "J"
Elev. Reference to NVGD 1929

| JOB # | 08-516 |
|-------|--------|
| DATE | 7-16-2008 |
| FB | 2-46 |

Surveyors Notes

**PROPERTY ADDRESS:**
1501 Southwest 8th Street
Miami, Florida 33135

AFA &
Company, Inc.

Professional
Surveyors & Mappers LB 7498
13050 S.W. 133rd Court
Miami Florida, 33186
Ph. # (305) 234-0588
Fax # (305) 234-0423

| | |
|---|---|
| Date: | Thu, 29 Oct 2020 10:54:42 AM -0400 |
| Subject: | RE: Ball & Chain Warrant |
| From: | Garcia, Francisco <fgarcia@miamigov.com> |
| To: | Dooley, Rachel S. <RSDooley@miamigov.com>; |
| CC: | Mendez, Victoria <VMendez@miamigov.com>; Ketterer, Amber L. <AKetterer@miamigov.com>; Valerie Haber <Valerie.Haber@gray- robinson.com>; Calleros Gauger, Jeremy <JCallerosGauger@miamigov.com>; Ruiz, Joseph A. <jaruiz@miamigov.com>; Ellis, Jacqueline <JEllis@miamigov.com>; Adeyefa, Maria <madeyefa@miamigov.com>; |

Attachments: image001.png; image004.jpg; image005.jpg

Thank you Rachel,

I am copying my colleagues Jeremy Calleros Gauger, Joe Ruiz, Jacqueline Ellis and Maria Adeyefa, who are conducting the necessary research in order to chart a path forward toward compliance for the subject establishment.

We will be meeting again internally very soon to memorialize our findings and subsequently share them with the applicants.

With kind regards,
Francisco

Francisco J. Garcia, Director
**Department of Planning**
**City of Miami**

---

**From:** Dooley, Rachel S.
**Sent:** Thursday, October 29, 2020 10:47 AM
**To:** Garcia, Francisco <fgarcia@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Ketterer, Amber L. <AKetterer@miamigov.com>; Valerie Haber <Valerie.Haber@gray-robinson.com>
**Subject:** RE: Ball & Chain Warrant

Good Morning;

Have you had a chance to review the below.

**Regards,**

**Rachel S. Glorioso Dooley,  Senior Assistant City Attorney**



City of Miami Office of the City Attorney
Telephone:  305-416-1886
Facsimile:  305-416-1801
Electronic Facsmile 305-400-5071
rsdooley@miamigov.com

Assistant: Monique Griffin 305-416-1810

*Please note during the COVID-19 pandemic our office is following social distancing protocol and most of our staff, including myself, is working remotely.  All calls are being forwarded and email messages received as normal. I apologize for any undue delay and thank you for your patience and assistance.*

Disclaimer: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is *not* the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do

MIA-SFED23485-00348777

so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Valerie Haber <Valerie.Haber@gray-robinson.com>
**Sent:** Tuesday, October 27, 2020 12:03 PM
**To:** Garcia, Francisco <fgarcia@miamigov.com>
**Cc:** Mendez, Victoria <VMendez@miamigov.com>; Dooley, Rachel S. <RSDooley@miamigov.com>
**Subject:** Ball & Chain Warrant

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Francisco, thanks for your time today and for your time in reviewing the warrant issues for Ball & Chain (PZ-19-4801)

The letter of intent, warrant notification letter, and draft warrant decision letter are rife with mention of the alcohol service establishment expansion to cover the outdoor (see highlighted provisions below), so the use of the outdoor areas for alcohol service was understood by the parties all along.

The **letter of intent** references that "Applicant will operate a tavern/bar and food service establishment with outdoor dining, with alcohol beverage sales through FL Division of Alcohol Beverages and Tobacco license #BEV2307635. A noise attenuation plan is also included in the letter of intent.

The **warrant notification letters** that went out for the Outdoor Dining warrant did indicate in the "Detailed description of proposal" section drafted by City staff that "The Applicant's proposed use will be an Alcohol Service Establishment (bar) with an Outdoor Dining Area, located with a total square footage is 4,843."

Similarly, the **draft warrant decision letter** references the following with regards to alcohol:

- (A)"Request" . . . to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license ("Project" located at 1514 SW 8 Street, Miami, Florida ("the Property"). . . .
- (A)(1): Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located at 1513 SW 8 Street Miami, Florida.
- (B): Recommendation. Pursuant to Miami 21 Code, Article 6, Section 6.3.2.1 and Article 7, Section 7.1.1.2 and 7.1.2.4 of Ordinance 13114 ("Miami 21"), as amended, the Planning Department herby Approves with Conditions the requested Warrant to allow outdoor dining for a tavern/bar and food service establishment with a 4COP quota license consisting of 4,843 square feet, consisting of 61 seats, 12 tables, one bar counter, and three accessible seating tables, based upon the facts and findings in this staff report
- (D) Findings (1) The Applicant proposes an outdoor dining for a tavern/bar and food service establishment with a 4COP quota license located behind the tenant space on a parcel zoned T6-8-0 Transect zone.
- (D)(5) The proposed outdoor dining will be incidental to the existing tavern/bar and food service establishment in which the applicant will amend the Certificate of Use to reflect the added uses.
- (A) Conditions (2) The Warrant for outdoor dining has been approved to operate in association with the tavern/bar and food service establishment with a 4COP quota license, consisting of 51 seats, 12 tables, one bar counter, and three accessible seating tables within 4,843 square feet, as depicted on the approved plans. The number of tables and seating and/or modifications to the approved layout by the current or future tenants shall require a new Warrant.
- (A)(5) Conditions: The 4COP Alcohol License should apply to the tavern/bar, food service establishment and outdoor dining use within the tenant space. Additional expansion and/or modifications to the approved layout by the current or future tenants shall require a new warrant.

Based on the fact that the City clearly contemplated the outdoor alcohol use in its review process, and the public was properly noticed of such intended use, I again respectfully submit that no further submission should be required for an alcohol warrant. The language of Section 7.1.3.2 of Miami 21 supports the notion that two separate submission should not be required:

7.1.3.2 Generally c. When any combination of a Warrant, Waiver or Exception is requested for a particular project, one application for the highest ranking permit shall be sufficient for review, and lower ranking approvals need not be applied for separately. Although only one application is required to

be filed, the project must meet the criteria for all the approvals requested. Applications shall be ranked as follows: Waivers, Warrants, and Exceptions. Special Area Plans, Variances, and amendments to the Miami 21 Code shall always require separate applications and approvals. The approval of any administrative permit shall be contingent on the approval of all permits requiring public hearing, and the appeal period for any required administrative approval shall be stayed pending the approval of the last permit requiring public hearing

In the alternative, if you continue to take the position that modification to the existing Class II permit is needed, the vetting of the use of the exterior for the alcohol use has already happened through the dining warrant, and the purpose of the "specialty districts" and warrant in those districts is to exempt the property from distance separation requirements per Sec. 4-5 (The restrictions as to distances between alcohol service establishments herein shall not be applicable within a specialty district as defined in section 4-2 of the City Code as designated by the city commission and pursuant to F.S. § 562.45(2)(a). Location of alcohol service establishments within a specialty district shall not be utilized when calculating distance requirements of religious facilities and alcohol service establishments located outside the specialty district, whether existing or new. The following specialty districts within the city are described below:

In this instance, any modification to the Class II permit can be easily achieved by including a provision in the warrant notification letter that indicates that the Class II permit File 08-0198 is modified to reflect the outdoor dining use.

Please let me know your thoughts on the above. We want to ensure that the dining warrant is approved before 2nd reading of the outdoor music ordinance, given we submitted this application over a year ago and just within the past few weeks are being alerted that separate action is needed on the alcohol warrant.

Thanks again for your time on this matter,
Valerie

| | |
|---|---|
| | **T** 305-913-0356 |
| | **D** 305-913-0356 |
| | **F** 305-416-6887 |
| **Valerie Haber** | |
| Shareholder | |

GrayRobinson, P.A. • 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

| | |
|---|---|
| Date: | Sat, 21 Nov 2020 9:58:33 PM -0500 |
| Sent: | Sat, 21 Nov 2020 9:58:32 PM -0500 |
| Subject: | FW: Request for Warrant Decision Letter- Ball & Chain (Outdoor Dining) |
| From: | Mendez, Victoria <VMendez@miamigov.com > |
| To: | Min, Barnaby <bmin@miamigov.com >; Goldberg, Daniel S. <dgoldberg@miamigov.com >; Dooley, Rachel S. <RSDooley@miamigov.com >; |
| Attachments: | 42780283_1.pdf |

**From:** Valerie Haber <Valerie.Haber@gray-robinson.com>
**Sent:** Sunday, November 15, 2020 9:03 PM
**To:** Mendez, Victoria <VMendez@miamigov.com >
**Cc:** Calleros Gauger, Jeremy <JCallerosGauger@miamigov.com >; Ben Bush <ben@madroomhospitality.com >; Bill Fuller <Bill@madroomhospitality.com >; Zack Bush <zack@madroomhospitality.com >; Dooley, Rachel S. <RSDooley@miamigov.com >
**Subject:** Request for Warrant Decision Letter- Ball & Chain (Outdoor Dining)

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Vicky, given all of the back and forth on this issue and the time-sensitive nature of the outdoor dining warrant, I wanted to outline all efforts to date on this matter, and respectfully request a warrant decision letter on the outdoor dining warrant by end of day tomorrow (Monday). Attached is the detailed breakdown, which I hope helps to frame the timeline.

Please let me know if you have any questions – glad to discuss at any time.

Best,
Val



| | |
|---|---|
| **T** | 305-913-0356 |
| **D** | 305-913-0356 |
| **F** | 305-416-6887 |

**Valerie Haber**
Shareholder

GrayRobinson, P.A. * 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.



EXHIBIT
8 dy
8-30-22

DX724

MIA-SFED23485-00144589



GRAY ROBINSON
ATTORNEYS AT LAW

333 S.E. 2ND AVENUE
SUITE 3200
MIAMI, FLORIDA 33131
TEL 305-416-6880
FAX 305-416-6887
gray-robinson.com

BOCA RATON
FORT LAUDERDALE
FORT MYERS
GAINESVILLE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA
WASHINGTON, DC
WEST PALM BEACH

305-913-0356
VALERIE.HABER@GRAY-ROBINSON.COM

November 15, 2020

**VIA E-MAIL**

Victoria Mendez
City Attorney, City of Miami
Office of the City Attorney
444 SW 2nd Avenue, Suite 952
Miami, Florida 33130

Dear Ms. Mendez:

Due to the lack of a response from the City regarding the warrant application for The Mad Room LLC d/b/a Ball and Chain ("**Applicant**"), located at 1513 SW 8th Street, Miami, FL (the "**Property**"), I am writing the instant correspondence to address the efforts Applicant has made with respect to its outdoor dining warrant (the "**Dining Warrant**"), with the hopes that this detailed timeline will stress the urgent nature of my repeated requests that the Dining Warrant Decision Letter be issued. As I mentioned in prior correspondence to the City, the letter of intent, warrant notification letter, and draft warrant decision letter in connection with the Dining Warrant are rife with mention of the alcohol service establishment expansion to cover the outdoor (see highlighted provisions below), so the use of the outdoor areas for alcohol service was understood by the parties all along, yet was only raised by the City more than one year after the Dining Warrant Application was submitted.

A history of the Dining Warrant application is as follows:

| October 15, 2019 | Applicant **filed a warrant application** (PZ-19-4801) for outdoor dining, specifically referencing the alcohol use in its letter of intent as follows: |
|---|---|
| | "Applicant will operate a tavern/bar and food service establishment with outdoor dining, with alcohol beverage sales through FL Division of Alcohol Beverages and Tobacco license #BEV2307635." A noise attenuation plan is also included in the letter of intent. |
| | As of October 15, 2019, the City was on notice that the outdoor dining warrant contemplated alcohol sales and consumption in the area covered by the outdoor dining warrant, yet the City did not raise the need to a separate alcohol warrant application until one year later. |

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

**VIA E-MAIL**

Victoria Mendez
November 15, 2020
Page 2

| | | |
|---|---|---|
| | | Moreover, the plans submitted with the outdoor dining warrant clearly indicate an "outdoor bar" with a c-shaped bar rea.  These plans were reviewed by all necessary departments, and Applicant never received any comments regarding outdoor alcohol sales, service or consumption.  Specifically, the plans were reviewed by various City disciplines, notably: |
| | | • Jacqueline Ellis on 10/17/20, 10/15/20, 10/7/20, 9/3/20, 9/2/2020, 1/8/20 |
| | | • Joseph Ruiz on 6/4/20, 10/5/20, 10/9/20, 10/14/20 |
| | | • Julia Cerrato on 6/29/20 |
| | | In total, plans and documents relating to this application were viewed 545 times by City representatives from the time of application to the date of this correspondence, yet the first mention of the necessity of a separate warrant for alcohol was not identified until 1 year after application. |
| | | On this day, invitations to view the application were sent out by E-Plan to relevant reviewers, including, Jacqueline Ellis, Francisco Garcia, Tamara Frost, Rafael Rodriguez, Joseph Ruiz, Kemar Brown, |
| Nov. 1, 2019 | | Applicant uploaded the required plans to E-Plan in connection with the outdoor dining warrant. |
| January 6, 2020 | | Applicant uploaded revised plans to E-Plan. |
| January 7, 2020 | | Applicant was notified via Eplan that the Application had successfully passed prescreen.  This notification informed Applicant that "Based on the nature of your application (scope of work) required disciplines have been identified and will review concurrently."  Indeed, no such disciplines identified any issues relating to the alcohol use. |
| March 22, 2020 & April 2, 2020 | | Applicant uploaded revised plans to Eplan in response to City comments regarding same. |
| May 23, 2020 | | City reviewer Maria Adeyafa added a comment to Applicant through EPlan requesting that Applicant "Provide current operating 4COP alcohol license which |

MIA-SFED23485-00144591

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

VIA E-MAIL

Victoria Mendez
November 15, 2020
Page 3

|  | would be used for the establishment," and Applicant promptly provided a copy of same.<br><br>This would have been an opportunity for the City to raise the alcohol warrant issue, but it was not raised until nearly 6 months later. |
|---|---|
| July 23, 2020 | Applicant paid a Planning Fee in the amount of 4,843.00 in connection with the Warrant application (transaction ID 2020205001-170-1), and uploaded revised plans in response to City comments re: same. |
| August 17, 2020 | Applicant uploaded a revised letter of intent, in response to City comments re: same. Again, this letter of intent clearly indicates the alcohol use. |
| August 20, 2020 | The City provided Applicant with the Warrant Notification Letters, which included reference in the "Detailed description of proposal" section drafted by City staff that "The Applicant's <u>proposed use will be an Alcohol Service Establishment (bar) with an Outdoor Dining Area</u>, located with a total square footage is 4,843." |
| August 26, 2020 | Applicant provided proof of certified mailing of the Warrant Notification Letters. |
| October 1, 2020 | City reviewer Maria Adeyefa indicated by email to me that she would send the draft Warrant Decision Letter to me by Monday (10/4/20). I also spoke with Ms. Adeyefa by telephone, wherein she indicated that the letter was ready to go, and that it was only awaiting signature by Jacqueline Ellis, who had been on vacation. Having received no letter, I followed up with Maria on 10/7/20, and again on 10/8/20. |
| October 9, 2020 | City issued Draft Warrant Decision Letter to Applicant, which included the following references recognizing the use of the space for sales and consumption of alcohol beverages:<br><br>• P1: "Request . . . Warrant pursuant to ART 6 Sec 6.3.2.1 . . . to allow **outdoor dining for a tavern/bar and food service establishment with a 4COP quota license.**<br>• P2: #5: "**The proposed outdoor dining will be incidental to the existing tavern/bar and food service establishment, in which the applicant will amend the CU to reflect the added uses.**"<br>• #7" Applicant has submitted the necessary information, which is attached to this file, and is considered an official record on file with the Planning Department. This information attached demonstrates |

MIA-SFED23485-00144592

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

VIA E-MAIL

Victoria Mendez
November 15, 2020
Page 4

|  | compliance with the guidelines and criteria required for this type of permit, as specified in Miami 21 Code.<br>• "#12: Pursuant to Art 7, sec. 7.1.2.4 of Miami 21 the application has been reviewed and found sufficient.<br>• Conditions:<br>• **#2: warrant for outdoor dining has been approved to operate in assn with tavern/bar and FSE with 4COP quota..."**<br>• **#5: 4COP alc license should apply to the tavern/bar, FSE & outdoor dining use within the tenant space.** Additional expansion or modification to be approved layout by current or future tenants requires new warrant." (emphasis added). |
|---|---|
| October 12, 2020 | I provided minor feedback on the Warrant Decision Letter to the City via e-mail, asking for the removal of condition #4 which improperly referenced the establishments as a "restaurant" under 4-1 of the City Code. |
| October 15, 2020 | Applicant opened its establishment to the public, and was visited by City Code Enforcement and cited for excessive noise, which applicant had performed a decibel reading of and found to be at ambient, conversational levels.<br><br>The City of Miami, through Zoning Director Joseph Ruiz, provided Applicant with a copy of a Complaint for Injunctive relief alleging that Applicant does not have the authority to use the outdoor seating area and "pineapple" bandshell in the back patio of the Property, and demanding that Applicant cease use of such area, which Applicant promptly complied with.[1] |
| October 19, 2020 | This was the date whereon the City of Miami Planning Director was required to issue a Warrant Decision Letter, per Section 7.1.2.4 of Miami 21:<br><br>"Where there is no referral to the Coordinated Review Committee, the Planning Director shall issue an intended decision within twenty-one (21) calendar days of a determination that the application is complete. The applicant shall have seven (7) calendar days from receipt of the notice of the intended decision to request a conference with the Planning Director to discuss revisions or additional information regarding the application. **Within ten (10) calendar days of the conference, or if no conference is requested, the Planning Director shall issue** |

---

[1] As you know, I am not involved in any current or proposed litigation (if any) against the City of Miami, and have indicated to my client that I can only act in an administrative capacity in assisting with the warrant application(s). I received a copy of this Complaint from my client, but have not been involved in any pre-litigation efforts or involved in any ongoing litigation. I have been forthright about my limited scope with the you as well, so I hope you understand that this correspondence is merely a cordial attempt to spell out my efforts so you can hopefully understand the urgency and timeliness of the warrant issue.

MIA-SFED23485-00144593

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

VIA E-MAIL

Victoria Mendez
November 15, 2020
Page 5

|  | **written findings and determinations regarding the applicable criteria set forth in this section and any other applicable regulations."** (emphasis added).<br><br>To date, I have not received such Final Warrant Decision Letter, despite repeated requests for same. |
|---|---|
| October 19, 2020 | The undersigned participated in a video conference with the City Attorney, Zoning, Planning, Fire, and Building Departments, where it was raised for the first time that a separate alcohol warrant was required based on the City's review of the previously-approved Class II permit covering the Property. This was raised more than one year after the Dining Warrant application was submitted.<br><br>At this meeting, I again requested that the Final Warrant Decision Letter be issued in compliance with the timing requirements set forth in Section 7.1.2.4 of Miami 21. |
| October 27, 2020 | I participated in a follow-up video conference with the City departments listed above, and, despite promises that a determination on the Outdoor Dining Warrant and process forward for the alcohol warrant would be made, no such clarification was offered to Applicant.<br><br>I followed that meeting up with a detailed e-mail to Mr. Garcia, with you and Ms. Dooley in carbon copy, outlining all instances where the Dining Warrant referenced alcohol sales and consumption, submitting that no further submission should be required for an alcohol warrant. At the end of that email, I reiterated that "We want to ensure that the dining warrant is approved before 2nd reading of the outdoor music ordinance, given we submitted this application over a year ago and just within the past few weeks are being alerted that separate action is needed on the alcohol warrant." |
| October 29, 2020 | I participated in a video call with Assistant City Attorney Rachel Dooley, and Jordan Shaw, litigation counsel to Applicant. I again did not receive clarification on when a determination would be made on the Dining Warrant, despite my urgings that the time had well passed for such a determination. Ms. Dooley promised to push Mr. Garcia for a clear path forward for Applicant.<br><br>On this same day, Ms. Dooley followed up with Mr. Garcia asking for feedback on my October 27th e-mail. Mr. Garcia responded that: "I am copying my colleagues Jeremy Calleros Gauger, Joe Ruiz, Jacqueline Ellis and Maria Adeyefa, who are conducting the necessary research in order to chart a path forward toward compliance for the subject establishment. We will be meeting |

MIA-SFED23485-00144594

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

**VIA E-MAIL**

Victoria Mendez
November 15, 2020
Page 6

| | |
|---|---|
| | again internally very soon to memorialize our findings and subsequently share them with the applicants." |
| October 29, 2020 | I participated in another video conference with the multiple City departments, and still received no clarification as to path forward on the Dining Warrant, although Mr. Garcia indicated that he was going to require that Applicant submit an alcohol service establishment warrant application to modify the previously-approved Class II permit covering the Property, but did not specify how the Outdoor Dining warrant would be treated, and whether a Final Warrant Decision Letter was forthcoming. |
| October 30, 2020 | Ms. Dooley followed up again with the Planning Department regarding my October 27th e-mail. |
| November 2, 2020 | I sent a follow-up email to the City Attorney, Planning & Zoning Departments asking for confirmation that I would receive a response on the Final Warrant Decision Letter. <br><br> You responded indicating that: "I will only comment on the discreet issue on whether a warrant application is needed for the expansion of the alcohol service establishment, in addition to your outdoor dining warrant application (even though you allude to alcohol service in your outdoor dining application). My review of the code provisions indicate that you do need two applications. Simply alluding to a warrant for an outdoor alcohol service establishment is not enough." This was not supported by any legal citation, and no clarification was provided regarding the Dining Warrant. |
| November 3, 2020 | I responded to your email as follows: <br><br> "By that logic, the outdoor dining warrant need not reference outdoor alcohol entitlements since those are covered in the alcohol service establishment warrant. **Can you please indicate when the outdoor dining warrant will be issued?** As we discussed, a condition can be included in the outdoor dining warrant indicating that outdoor alcohol consumption will be as approved by separate warrant. This is done frequently with respect to other contingent approvals on warrants like obtaining a CU. **It is imperative that we receive a decision on the outdoor dining warrant today.** The draft letter has already been prepared and with the addition of one condition that "alcohol consumption in the exterior of the premises shall be subject to approval of an extension of the previously-approved Class II permit for an alcohol service establishment" this is ready to issue. **The required** |

MIA-SFED23485-00144595

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

VIA E-MAIL

Victoria Mendez
November 15, 2020
Page 7

| | |
|---|---|
| | **timing set forth Miami 21 for issuance of a decision letter on the outdoor dining warrant has long passed.**" (emphasis added). |
| November 4, 2020 | Another video conference between Applicant's representatives and various City departments was held, wherein I again repeatedly pleaded for an answer from the City on the Outdoor Dining issue, stressing the time sensitive nature of the request. Mr. Garcia indicated that due to his departure from the City, Mr. Jeremy Gauger would be reviewing the associated issues. |
| November 13, 2020 | Per the City's request and recommendation, and due to the City's delay in making a formal determination on the outdoor dining warrant, Applicant submitted an alcohol service establishment warrant application ((PZ-20-9331) to modify the existing Class II permit issued for the Property to reflect alcohol sales and consumption in the exterior of the premises. |
| | The undersigned followed the application up with an e-mail to you indicating that the application had been filed, and asking for confirmation that "the outdoor dining warrant letter will be issued immediately to allow for the sale of food and non-alcoholic beverages in the outdoor dining area as set forth in PZ19-4801, and to allow for the sale, service and consumption of alcohol beverages once the instant modification to the Class II permit is approved by the City." |
| | That evening, I received a telephone call from Interim Planning Director Jeremy Gauger indicating that he had provided feedback to you on the warrants on November 9th, and understood that you would be communicating those findings to me, but learned on Nov. 13 that he was to provide the updates to me. He apologized for the delay, and e-mailed me his reports analyzing the warrant issues. In those reports, there is again no mention of when we can expect to receive the Outdoor Dining Warrant Final Decision Letter. |

As of the date of this correspondence, I have not received clear guidance on when the Dining Warrant Final Decision Letter will be issued, and as is evidenced by the above timeline, the City has not complied with the timelines required by Miami 21 for issuance of same. Thus, by way of this correspondence, **I respectfully request that such letter be issued on or before close of business on Monday, November 16, 2020. My client's rights to utilize the Property are being severely compromised by the City's delay.**

Thanks again for your time on this matter, and please do not hesitate to call me any time to discuss. I can be reached at 305-298-8734 (cell) or 305-913-0356 (office) whenever if convenient for you.

MIA-SFED23485-00144596

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

VIA E-MAIL

Victoria Mendez
November 15, 2020
Page 8

Sincerely,

*Valerie Haber*

Valerie Haber

CC:  Jeremy Gauger; Bill Fuller; Ben Bush; Zack Bush (via e-mail).

MIA-SFED23485-00144597



DX726