UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

      Plaintiffs,

v.

JOE CAROLLO,
      Defendant.
_____/

**PLAINTIFFS' MOTION FOR ISSUANCE OF CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES OF JOE CAROLLO**

Plaintiffs/Judgment Creditors, William O. Fuller and Martin Pinilla, II ("Plaintiffs), pursuant to Sections 77.01, 77.03, and 77.0305, hereby move the Court for issuance of a Continuing Writ of Garnishment Against Salary or Wages directed to**:**

    **The City of Miami**
    **Human Resources/Garnishments**
    **Miami Riverside Center -MRC**
    **444 SW 2nd Avenue, 7th Floor**
    **Miami, FL 33130**

("Garnishee"), which is believed to have possession or control of tangible or intangible assets of defendant, Joe Carollo, whose legal name is Joseph X. Carollo ("Defendant") in the above-titled action and state:

1. On June 1, 2023, the Plaintiffs obtained a Final Judgment against Defendant in the amount of $63,500,000.00.  (*See* "Final Judgment" attached hereto as Exhibit "A").

2. Accordingly, this motion and the ensuing Continuing Writ of Garnishment Against Salary or Wages is applicable to Defendant in the amount of $63,500,000.00.

3. The Plaintiffs do not believe that Defendant has in his possession sufficient visible property on which a levy can be made to satisfy the Final Judgment.

4. Therefore, the Plaintiffs request that they be granted a Continuing Writ of Garnishment Against Salary or Wages, substantially in the form of the attached Exhibit "B," against the Garnishee as to whatever tangible and intangible personal property of Mr. Carollo that Garnishee has in its possession or control.

5. Copies of this motion are requested to be served on those parties in the service list below.

WHEREFORE, the Plaintiffs respectfully request that they be granted a Continuing Writ of Garnishment Against Salary or Wages against the Garnishee as to whatever tangible and intangible personal property of Mr. Carollo Garnishee has in its possession or control.

**AXS LAW GROUP, PLLC**
*Counsel for Plaintiffs*
2121 NW 2nd Ave, Suite 201
Wynwood, Florida 33127
Telephone: (305) 297-1878
By:  */s/ Jeffrey Gutchess*
Jeffrey W. Gutchess Esq. (FBN 702641)
jeff@axslawgroup.com
Aleida Martinez-Molina (FBN 869376)
aleida@axslawgroup.com
eservice@axslawgroup.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF on counsel of record of in this action on this 6th day of July, 2023.

By: */s/ Jeffrey Gutchess*
Jeffrey W. Gutchess Esq. (FBN 702641)