UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

      Plaintiffs,

v.

JOE CAROLLO,
      Defendant.
_____/

**CONTINUING WRIT OF GARNISHMENT
<u>AGAINST SALARY OR WAGES OF JOSEPH X. CAROLLO</u>**

# TO EACH SHERIFF OF THE STATE OF FLORIDA

YOU ARE COMMANDED to summon the garnishee,

> **The City of Miami**
> **Human Resources/Garnishments**
> **Miami Riverside Center -MRC**
> **444 SW 2nd Avenue, 7th Floor**
> **Miami, FL 33130**

("City of Miami" or "Garnishee"), which is required to serve an answer to this writ on Jeff Gutchess, attorney for plaintiffs, William O. Fuller and Martin Pinilla, II ("Plaintiffs"), and whose address is AXS Law Group, 2121 NW 2nd Avenue, Suite 201, Wynwood, Florida 33127, within 20 days after service of this writ, exclusive of the day of service, and to file the original with the clerk of court either before service on the attorney or immediately thereafter.

The answer shall state whether the Garnishee is the employer of the defendant, Joe Carollo, whose legal name is Joseph X. Carollo ("Defendant"), and whether the Garnishee is indebted to the Defendant by reason of salary or wages. The Garnishee's answer shall specify the periods of payment, (for example, weekly, bi-weekly or monthly), and amount of salary or wages and be based on the Defendant's earnings for the pay period during which the writ is served on the Garnishee.

During each pay period, a portion of the Defendant's salary or wages as it becomes due shall be held an not disposed of or transferred until further order of this court. The amount of salary or wages to be withheld for each pay period shall be made in accordance with the following paragraph. This writ shall continue until the Plaintiffs' judgment is pain in full or until otherwise provided by court order.

Federal law (15 U.S.C. Sections 1671-1673) limits the amount to be withheld from salary or wages to no more than 25% of any individual defendant's disposable earnings (the part of earnings remaining after the deduction of any amounts required by law to be deducted) for any pay prior or to no more than the amount by which the individual's disposable earnings for the pay period exceed 30 times the federal minimum hourly wage, whichever is less.

For administrative costs, the Garnishee may collect $5.00 against the salary or wages of the Defendant for the first deduction and $2.00 for each deduction thereafter.

The total amount of the Final Judgment outstanding as set out in the Plaintiffs' motion is $63,500,000.00.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF A JUDGMENT AGAINST THE GARISHEE FOR THE ABOVE TOTAL AMOUNT OF $63,500,000.00.

DONE AND ORDERED in Chambers in Broward County, Florida on _____.

_____
UNITED STATES DISTRICT COURT JUDGE