UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

      Plaintiffs,

v.

JOE CAROLLO,

      Defendant.
_____/

## PLAINTIFFS' MOTION FOR ISSUANCE OF WRIT OF EXECUTION

COMES NOW, the Plaintiffs William O. Fuller and Martin Pinilla, II, by and through undersigned counsel move for the Clerk of this Court to issue a Writ of Execution in this matter. Final judgment was entered against Defendant Joe Carollo on June 1, 2023 by this Court. DE 479.

WHEREFORE, Plaintiffs respectfully move for the issuance of a Writ of Execution in this matter.

Respectfully submitted,

AXS Law Group
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
(305) 297-1878
Email: jeff@axslawgroup.com

By: /s/ *Jeffrey Gutchess*
Jeffrey W. Gutchess
Florida Bar No. 702601

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF on counsel of record in this action on this 10th day of July, 2023.

*/s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess
