UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-24190-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

      Plaintiffs,

v.

JOE CAROLLO,

      Defendant.

_____ /

**DEFENDANT'S CLAIM OF EXEMPTION AND REQUEST FOR HEARING**

I claim exemptions from garnishment under the following categories as checked:

☒   1. Head of family wages. (Check either a. or b. below, if applicable.)
      ☐  a.  I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
      ☒  b.  I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
☐   2. Social Security benefits.
☐   3. Supplemental Security Income benefits.
☐   4. Public assistance (welfare).
☐   5. Workers' Compensation.
☐   6. Reemployment assistance or unemployment compensation.
☐   7. Veterans' benefits.
☐   8. Retirement or profit-sharing benefits or pension money.
☐   9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
☐   10. Disability income benefits.
☐   11. Prepaid College Trust Fund or Medical Savings Account.
☐   12. Other exemptions as provided by law. _____(explain)

**I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:**

Case No. 1:18-cv-24190-SMITH

Address: c/o Benedict P. Kuehne, Esq., KUEHNE DAVIS LAW, P.A., 100 S.E. 2nd Street, Suite 3105, Miami, FL 33131-2154, Email: ben.kuehne@kuehnelaw.com mdavis@kuehnelaw.com  efiling@kuehnelaw.com.

Telephone number: (305) 789-5989

**I CERTIFY UNDER OATH AND PENALTY OF PERJURY** that a copy of this

**CLAIM OF EXEMPTION AND REQUEST FOR HEARING** has been furnished by United

States mail, email, and service by CM/ECF on July ~~10,~~ 12 2023 to:

Jeffrey W. Gutchess, Esq., AXS LAW GROUP PLLC, 2121 N.W. 2nd Avenue, Miami, FL 33127, Email: Jeff@axslawgroup.com  Brandon@axslawgroup.com

**I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY** that the

statements made in this request are true to the best of my knowledge and belief.

_Joe Carollo_

**JOE CAROLLO**

_7/12/2023_

**Date**

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this _July 12_, 2023 by JOE CAROLLO, who is personally known to me or who has produced _____ as identification.

_Benedict P. Kuehne_

NOTARY PUBLIC, State of Florida
Print Name: _Benedict P. Kuehne_
Serial Number, if any:
My commission expires:

BENEDICT P. KUEHNE
MY COMMISSION # HH 175311
EXPIRES: September 13, 2025
Bonded Thru Notary Public Underwriters

- 2 -