UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

      Plaintiffs,

v.

JOE CAROLLO

      Defendant.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT FOR ATTORNEYS' FEES AND COSTS

Plaintiffs, William O. Fuller and Martin Pinilla, II, move this Court to enter a Final Judgment for Attorneys' Fees and Costs, under Section 1988, and state:

1. Plaintiffs request that the Court enter a Final Judgment for Attorneys' Fees and Costs in favor of Plaintiffs for attorneys' fees of $2,650,000 and taxable and non-taxable costs in the amount of $60,000, for a total award of attorneys' fees and costs in the amount of $2,710,000 with interest at the statutory rate from the date of the judgment.

2. Subject to, without waiver, and reserving all rights and positions of the Parties' post-trial motions and appeal, Defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Final Judgment for Attorneys' Fees and Costs in favor of Plaintiffs for attorneys' fees of $2,650,000 and taxable and non-taxable costs of $60,000, for a total award of attorneys' fees and costs in the amount of $2,710,000.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1 and 7.3, counsel for Plaintiffs provided defense counsel with their invoices and engagement letter on July 9, 2023, and met and conferred in good faith with defense counsel regarding Plaintiffs' fees and costs. Defendant indicated that, subject to, without waiver, and reserving all rights and positions of the Parties' post-trial motions and appeal, Defendant does not oppose the relief sought herein.

Dated: August 9, 2023

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Wynwood, Florida 33127
Telephone: (305) 297-1878

By: */s/ Jeff Gutchess*
Jeffrey W. Gutchess Esq. (FBN702641)
jeff@axslawgroup.com
eservice@axslawgroup.com
*Counsel for Plaintiffs William Fuller and Martin Pinilla*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF on counsel of record of in this action on this 9th day of August, 2023.

*/s/ Jeff Gutchess*
Jeffrey W. Gutchess Esq.