UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## PARTIES' JOINT MOTION FOR ENLARGEMENTS OF TIME TO FILE THEIR REPLIES TO RESPONSES TO CERTAIN POST-TRIAL MOTIONS

Plaintiffs, William O. Fuller and Martin Pinilla, II ("Plaintiffs"), and Defendant, Joe Carollo ("Defendant") (collectively, the "Parties"), by and through their counsel, respectfully file the Parties' Joint Motion for Enlargements of Time to File their Replies to Responses to Certain Post-Trial Motions, and state as follows.

The Parties jointly seek enlargements of time to file their Replies to the Responses as to the following Post-Trial Motions:

1. Defendant's Sealed Motion for New Trial and Renewed Judgment as a Matter of Law filed on June 28, 2023 [DE 498] and Plaintiffs' Response thereto filed on August 7, 2023 [DE 538];

2. Defendant's Sealed Alternative Motion for Remittitur filed on June 28, 2023 [DE 499] and Plaintiffs' Response thereto filed on August 7, 2023 [DE 539];

3. Defendant's Motion for Stay or Partial Stay Pending Resolution of the Post-Trial Motions and Pending Appeal filed on June 29, 2023 [DE 503] and Plaintiffs' Response thereto filed on August 7, 2023 [DE 534];

4. Plaintiffs' Motion to Clarify Judgment filed on June 29, 2023 [DE 504] and Defendant's Response thereto filed on August 7, 2023 [DE 532];

5. Plaintiffs' Motion for Issuance of Continuing Writ of Garnishment Against Salary or Wages of Joe Carollo filed on July 6, 2023 [DE 511] and Defendant's Response thereto filed on August 7, 2023 [DE 533];

6. Plaintiffs' Motion for Temporary Injunction filed on July 6, 2023 [DE 512] and Defendant's Response thereto filed on August 7, 2023 [DE 535]; and

7. Plaintiffs' Motion for Issuance of Writ of Execution filed on July 10, 2023 [DE 516] and Defendant's Response thereto filed on August 7, 2023 [533] (collectively, the "Post-Trial Motions").[1]

The Parties jointly seek enlargements of time to file their Replies to the Responses to the above-referenced Post-Trial Motions filed by Plaintiffs and Defendant of up through and including Wednesday, August 30, 2023.

Due to the Parties' counsels' travel schedules, including family summer vacations and trips, and work on other cases pending in federal and state trial and appellate courts, counsel for the Parties believe that the requested enlargements of time of up through and including Wednesday, August 30, 2023 will enable them to have adequate time to prepare and file their Replies to the Responses to the above-referenced Post-Trial Motions.

Accordingly, counsel for the Parties believe there is good cause for the requested extensions to file their Replies to the Responses to the above-referenced Post-Trial Motions filed

---

[1] The Parties have resolved Plaintiffs' Motion for an Award of Costs Taxable Under 28 U.S.C. § 1920, Bill of Costs with Documentation, and Incorporated Memorandum of Law filed on July 3, 2023 [DE 507], and Plaintiffs will submit an unopposed motion and a proposed Final Judgment related to same.

CASE NO.: 18-24190-CIV-SMITH

by Plaintiffs and Defendant.

The Parties jointly request enlargements of time to file their Replies to the Responses to the above-referenced Post-Trial Motions filed by Plaintiffs and Defendant of up through and including Wednesday, August 30, 2023.

This Motion is not made for any improper purpose or for delay. No party will be prejudiced by the Court's granting of the requested relief.

WHEREFORE, Plaintiffs, William O. Fuller and Martin Pinilla, II, and Defendant, Joe Carollo, respectfully request that this Court enter an Order granting the Parties' Joint Motion for Enlargements of Time to File their Replies to the Responses to Certain Post-Trial Motions; granting the Parties enlargements of time of up through and including Wednesday, August 30, 2023 to file their Replies to the Responses to the above-referenced Post-Trial Motions; and granting such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 9th day of August, 2023, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF.

Respectfully submitted,

AXS LAW GROUP PLLC
*Counsel for Plaintiffs*
Jeffrey W. Gutchess, Esq.
Brandon P. Rose, Esq.
2121 N.W. 2nd Avenue
Miami, FL 33127
Email: Jeff@axslawgroup.com
Brandon@axslawgroup.com

By:  */s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess
Florida Bar No. 702641

And

CASE NO.: 18-24190-CIV-SMITH

KRINZMAN HUSS LUBETSKY
   FELDMAN & HOTTE
*Co-Counsel for Defendant, Joe Carollo*
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email: map@khllaw.com
Primary email: mschneider@khllaw.com
Secondary: eservicemia@khllaw.com

By: */s/ Mason A. Pertnoy*
    Mason A. Pertnoy, Esq.
    Florida Bar No. 18334

And

SHUTTS & BOWEN
*Co-Counsel for Defendant, Joe Carollo*
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: */s/ Marc D. Sarnoff*
Marc D. Sarnoff, Esq.
Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
*Co-Counsel for Commissioner Joe Carollo*
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305) 789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: */s/ Benedict P. Kuehne*
Benedict P. Kuehne
Florida Bar No. 233293