```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                    (FORT LAUDERDALE)
                        CASE NO.  18-CV-24190
3

4    WILLIAM FULLER and
     MARTIN PINILLA, II,
5            Plaintiffs,              Fort Lauderdale, Florida
     vs.                              April 10, 2023
6
     JOE CAROLLO,
7            Defendant.
     ------------------------------------------------------
8                         Trial Day 1
                 BEFORE THE HONORABLE RODNEY SMITH
9                 UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                        Jeffrey W. Gutchess, Esq.,
                          Courtney Anne Caprio, Esq.,
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:   KRINZMAN, HUSS,
                          LUBETSKY, FELDMAN & HOTTE, by:
16                        Mason A. Pertnoy, Esq.,
                          169 E. Flagler Street, Suite 500
17                        Miami, Florida  33131

18                        KUEHNE DAVIS LAW, by:
                          Benedict P. Kuehne, Esq.
19                        100 S.E. 2nd Street, Suite 3105
                          Miami, Florida  33131
20
                          SHUTTS & BOWEN, by:
21                        Marc D. Sarnoff, Esq.
                          200 S. Biscayne Blvd., Suite 4100
22                        Miami, Florida  33131

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                           Thomas E. Scott, Esq.
 3                         Amber C. Dawson, Esq.
                           9150 South Dadeland Blvd., Suite 1400
 4                         Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                               **I N D E X**

2    Opening Statement, Plaintiffs                              4
                     ....................
3    Opening Statement,                                         32
              Defendant................

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      ****the following proceedings were had after the jury was

2                              selected****

3              **OPENING STATEMENT BY THE PLAINTIFFS**

4          MR. GUTCHESS:  Yes, Your Honor.  Thank you very much.

5      Good afternoon, ladies and gentlemen.  Serving on a jury is an

6      awesome responsibility.

7              Were you able to get that going?

8              Serving on this jury in this case even more so.  This

9      case implicates serious constitutional issues.  If you go back

10     to your days in high school learning about the U.S.

11     Constitution -- Your Honor, could we publish the PowerPoint for

12     the jury?

13             THE COURT:  Sure.

14         MR. GUTCHESS:  If you go back to your days in high

15     school learning about the U.S. Constitution, you'll recall that

16     a significant part of it was limiting the power of government.

17     Limiting the abuses of government.

18             And when the Constitution was proposed, there was

19     something called the Bill of Rights that was added at the last

20     minute.  The first ten amendments, of course, the Bill of

21     Rights that were added specifically to protect the citizens

22     from the Government.

23             You're here today serving on this jury pursuant to the

24     Seventh Amendment in the Bill of Rights that gives us the right

25     to a jury to resolve these disputes with the Government.

1        There are many other significant amendments such as

2   the right not to unreasonable searches and seizures, you know,

3   police can't enter your home without a warrant.  The right

4   against self incrimination.  There's a lot of significant

5   rights that we have in this country as individuals that make

6   this country great.

7        One of the most important is the First Amendment, of

8   course.  In the First Amendment to the U.S. Constitution gives

9   us the right to free speech, and that's not just to say

10  whatever we want without going to jail for it, but it's also

11  the right to support whichever political candidate we want

12  without going to jail or without retaliation from the

13  Government.

14       It's the right to peaceably assemble to make a

15  protest, to make a political statement and to gather people to

16  do that.  These are all vital to our constitution and to our

17  government.

18       As I said, these are one of the fundamental rights.

19  This case concerns First Amendment retaliation and it's brought

20  to this issue through a statute called 42 U.S. Code Section

21  1983, and it says that every person who under color of any

22  statute, ordinance, regulation, custom, or usage of any state

23  or territory of the District of Columbia, within the

24  jurisdiction, subjugates any citizen, any citizen of the United

25  States, or other person within the jurisdiction, thereof, to

1   any deprivation of any rights, privileges or immunities secured

2   by the constitution and laws shall be liable to the party

3   injured in an action at law, suit in equity or other

4   proceedings for redress.

5           And that is why we are here today is we are going to

6   show you that Mr. Carollo, once he became a commissioner,

7   started acting under the color of law to harass the plaintiffs

8   in ways that are -- that you will find shocking.

9           Now, this issue is so fundamental, this is why we are

10  not Cuba, that's why we are not Venezuela, that's why we are

11  not in Russia, because we have the right to be free from

12  government harassment and we have a court of law to protect us.

13  And how fundamental is this.

14          Let me show you Commissioner Carollo's own statement

15  and I asked him a couple weeks ago in a deposition under oath,

16  I said why in your opinion would it be wrong for an elected

17  official to target a business owner's business if they

18  supported your opponent?  And he answered, sir, we live in

19  America.  Thank God we're here.  Everyone has a right to

20  support whoever they want to support.

21          And I show you this because I want to make sure you

22  understand that Commissioner Carollo knows very well what he is

23  doing is wrong.  He is consciously disregarding the law and

24  that's a significant factor in this case.

25          The evidence will show when Mr. Carollo gets on the

1    stand that he has previously filed a Section 1983 retaliation

2    case against the mayor of Doral claiming that the mayor of

3    Doral retaliated against him, Mr. Carollo knows what he is

4    doing is wrong.

5         Let me tell you a bit about this case.  Mr. Fuller and

6    Mr. Pinilla from Miami, they started out as small business

7    owners, real estate agents, buying one property at a time,

8    building up a portfolio of properties that they would buy and

9    then lease out and they had a particular focus on what's known

10   as Little Havana and Calle Ocho, 8th Street in the heart of

11   Miami and they have bought a number of properties and they've

12   invested in a number of businesses and they have provided

13   hundreds of jobs to local residents and they've dedicated their

14   careers to revitalizing this particular neighborhood.

15        This is a selection of their portfolio of tenants that

16   rent from them.  There's a 7-Eleven, Auto Nation, Dollar

17   General, Dollar Tree.  Let me go on and just -- those are the

18   national tenants.  The national tenants have not been targeted

19   by Commissioner Carollo, so when you hear him say that he's

20   just trying to clean up code violations, well, he's not doing

21   it to Mr. Fuller and Mr. Pinilla's national tenants.  He's

22   picking on particular tenants that he doesn't like that he

23   knows is going to harm them the most.

24        Those are the local tenants.  And here's a selection

25   of them.  There's the ice cream shop in the upper left hand

1    corner, there's Ball & Chain, that's a famous nightclub I'm

2    going to talk about that.  There's a cigar shop.  So, in

3    addition to they're just buying and renting the properties, one

4    of the things they've been doing is restoring the properties.

5    The Ball & Chain, a famous nightclub during the 1930s and

6    1940s.  You'll hear some of the performers, I think Billy

7    Holliday sang there, and after a while it got dilapidated and

8    went out of business and run down.

9         Mr. Fuller and Mr. Pinilla bought the property and

10   with their partners, reopened it, and established it as a

11   center for the community in Miami for political gatherings, for

12   music, for all sorts of things and there's a picture of Mr.

13   Fuller at the ribbon cutting for Ball & Chain.  The mayor at

14   the time attended it fully in support of it and the

15   gentleman in the middle was the commissioner at the time and

16   that's actually Mr. Carollo's brother, Frank Carollo who was

17   the commissioner during the time 2011 -- well, 2009 to 2017 I

18   think, a time during which Mr. Fuller and Pinilla had no

19   problems with the City of Miami.  They weren't targeted at all.

20        That's a picture of the Tower Hotel.  It's a famous

21   old hotel that they bought and were refurbishing, trying to

22   open up the first boutique hotel in Calle Ocho.  There's a

23   cultural event in Calle Ocho that happened on the last Friday

24   of every month called Viernes Culturales.  First Friday, it

25   went on for 18 years.

1        Mr. Fuller became the chairman of it, and worked with

2   that and that was, you'll hear about that later too, targeting

3   as to that, so in February of 2017, Calle Ocho was placed on

4   the National Trust for Historic Preservation in significant

5   part due to the efforts of these two gentlemen.

6        Now, in 2017, Mr. Carollo decided to run for the Miami

7   City Commission.  I put up that map to show his district.  And

8   that's District 3.  There's five districts.  District 1 is the

9   purple along the coast and that was Commissioner Ken Russell at

10  the time.  He's here and he will be our first witness today if

11  we get through.

12       Mr. Carollo, this is the Little Havana district.

13  Mr. Carollo lived in Coconut Grove, moved to the Brickell area

14  to rent an apartment a day before the deadline to run for

15  commissioner and that was 2016.

16       In 2017, his campaign staffer, Steve Miro, is inviting

17  Mr. Fuller to meet with Mr. Carollo to go over the campaign.

18  However, Mr. Fuller and Mr. Pinilla decided to support Alfie

19  Leon, and if I can go back, I'm going to show you a quick

20  video.

21                    (Video played.)

22       MR. GUTCHESS:  This gentleman is -- then you'll see

23  that there is Mr. Fuller in the same cigar shop where that film

24  was filmed with the people producing the film.  There they are

25  also and Mr. Fuller and Mr. Pinilla's properties producing the

 1   material for Mr. Leon.

 2           And they were doing this secretly because they did not

 3   want Mr. Carollo to know because he was known for political

 4   vendettas.  They did this all secretly.

 5           Mr. Carollo was forced into a runoff election with

 6   Mr. Leon and there was an early voting, there were two centers,

 7   two early voting centers.  And Mr. Fuller and Mr. Pinilla

 8   provided their property across the street to Mr. Leon to hold a

 9   rally.  One of Mr. Carollo's operatives, Mr. Miro was spotted

10   at the rally, turned him in, basically said hey, they shouldn't

11   be doing this.

12           You'll see -- let me go on, there's the code

13   enforcement showing up to shut down the rally.  The same thing

14   happened the next day, there's Miro's texts taking photos of

15   the rally.  He's reporting it.

16           There's Miro's text to Mr. Fuller saying hey, the

17   music is still playing and Mr. Fuller saying is it off now

18   because Mr. Miro had not only found it was their property but

19   contacted them and said shut it down.

20           Mr. Carollo went on to win the runoff election by 249

21   votes.  And then the next day, Mr. Leon filed a lawsuit

22   challenging his election saying that he didn't really live in

23   the district.  That he had not moved in to the district when he

24   said he had and Mr. Carollo thought Mr. Fuller was financing

25   that lawsuit against him.

 1          Mr. Fuller, on the other hand, was trying to reach out

 2    to his new commissioner and he sent a congratulatory text

 3    saying congratulations, I want to congratulate you on your

 4    commission win.  You are taking the leadership at a very

 5    exciting time for our neighborhood.  I look forward to working

 6    with you.  Please do not hesitate to reach out to me if I can

 7    be of assistance to you or your staff.

 8          Now, Mr. Carollo never responded.  I'm going to show

 9    you a number of texts and emails, Mr. Carollo never responded

10    to Mr. Fuller once.  He admitted under oath a couple weeks ago

11    that he never spoke to Mr. Fuller or Mr. Pinilla again.  He

12    just said I refuse to speak to you even though I'm your new

13    commissioner.

14          Mr. Miro, who you'll hear from, will testify that

15    Mr. Carollo went after Fuller and Pinilla immediately upon

16    taking office.  Mr. Miro was the one that was carrying outer

17    Mr. Carollo's orders.  You're going to hear from him, you're

18    going to see him in a video doing just that.

19          If I may approach, here is another text from Mr.

20    Fuller to Mr. Carollo or maybe it's to Mr. -- I would love for

21    Joe to attend this event in coordination with the Children's

22    Trust and Connect Familias.  Let me know if that's possible,

23    that might be a text to Mr. Miro, we'll see when they testify.

24          But again, Mr. Carollo refused to attend their

25    Christmas event, even though it had a charity component and

1    even it was at one of the central meeting places in Calle Ocho.

2         They then had a Christmas party and this was a family

3    Christmas party, and Mr. Carollo had attended his own Christmas

4    party earlier in the night and went home and when he heard that

5    Mr. Fuller and Mr. Pinilla were hosting a Christmas party in

6    the Tower Hotel, he went back outside, called a reporter, and

7    drove up and down the street watching the party and then had

8    code enforcement come and try to shut it down.

9         They couldn't because there was no violation.  But let

10   me just show you.  It was Mr. Carollo then with his partner in

11   crime, Mary Lugo, activated code enforcement and sent them out

12   there raiding the party.

13        Now, he started doing research on Mr. Fuller.  You'll

14   see here is one of Mr. Fuller's business partners, Ben Bush,

15   that's Steven Miro, and look at that address there is 521 SW

16   8th Street.  That's one of their properties.  And they're

17   starting their research.  What is Mr. Fuller's business

18   properties?  Which properties does he own?  Which businesses is

19   he associated with?

20        They then come up with a list of all the properties

21   associated with Mr. Fuller or Mr. Fuller's sister or his

22   mother, and Mr. Carollo then goes to the Florida Department of

23   Law Enforcement and accuses Mr. Fuller of committing voter

24   fraud, an unfounded allegation that never resulted in anything.

25   But this is within weeks of his election, he's doing this.

1          Sanguich, you're getting to hear a lot about Sanguich.

2     Sanguich was a very popular sandwich Cuban sandwich shop that

3     opened up on Mr. Fuller's property.  Behind Sanguich is the --

4     behind the little brown wooden booth there is Mr. Fuller's

5     property called Futurama, and Carollo was successful in chasing

6     them in out, and you'll see where they are now in some

7     nondescript strip mall.  These are some of the photos of the

8     city tracking Sanguich at night.  Checking whether they're

9     open.  Trying to find violations.  I'm going to show you a

10    quick video here.  This is the owner of Sanguich.

11                          (Video played.)

12          MR. GUTCHESS:  That is at a party.  The -- that's Mr.

13    Miro right there in the orange.  You're going to hear testimony

14    that Carollo told them that they -- he would support their

15    business anywhere, but not in Florida properties, driving them

16    away saying you cannot do business with Mr. Fuller.  This is

17    another establishment that was opened with Mr. Carollo's

18    brother, Frank Carollo when he was commissioner in attendance

19    cutting the ribbon.

20          And all of a sudden, things change within a month and

21    this.  Take a look at this document.  I'm going to flip through

22    this.  This is one, two, three pages, right?

23          And this is a list of properties owned by Mr. Fuller

24    and Mr. Pinilla that Commissioner Carollo had drawn up.  He

25    made ten copies and he folded them up and he carried them

1    around in his pocket.  What was he doing with these lists?

2            He started taking code enforcement and other city

3    personnel on tours of the area, and he started pointing out

4    hey, this building here, you can find code violations.  Look at

5    this.  Isn't this a code violation?  Can you write this up?

6    Can you take photos of this?  And then he would follow up and

7    say was that done?

8            He would ask the supervisors was that done?  Was a

9    code violation issued?  The people in these photos here they

10   didn't know what was going on at the time.  They thought he was

11   just legitimately pointing out properties.  They didn't know

12   they were all Mr. Fuller and Mr. Pinilla's properties.

13           You'll see the gentleman with the blue shirt there,

14   that's the city manager Emilio Gonzalez, who you're going to

15   hear from as well on one of these tours.  He didn't do it just

16   during the day.  He did at night, repeatedly.  He would go out

17   at midnight or one or 1:30 to inspect parking lots, to talk to

18   neighbors.

19           Here is a video of him having a confrontation with a

20   valet owner, Elan Garcia.  You're going to hear from this

21   gentleman as well, and you're going to hear Mr. Garcia say that

22   Mr. Carollo said I am the law and you shouldn't be working for

23   millionaires.  This is a recording that Mr. Miro made.  You'll

24   hear from Mr. Miro as well and here it is in Spanish.

25           So there you have it, a city commissioner out there at

```
 1    1:30 in the morning confronting a valet what doesn't speak
 2    English who just started his own company and criticizing him
 3    saying he's working for millionaires, he shouldn't be doing
 4    that.  There's a picture of Mr. Carollo in action in his car at
 5    night, outside of Ball & Chain.  Here's another video of
 6    Carollo at Ball & Chain.
 7                        (Video playing.)
 8         MR. GUTCHESS:  There's Mr. Carollo again out behind
 9    Ball & Chain taking photos.  When we first filed this case and
10    asked for an emergency injunction, Mr. Carollo said that he was
11    too busy with the election and the judge told him to, well,
12    just stay away from Ball & Chain.
13                        (Video playing.)
14         MR. GUTCHESS:  Here's an example of a complaint that
15    Mr. Carollo had filed claiming that received from Commissioner
16    Carollo, Mr. Manager at 1530, still parking illegally, so
17    you'll see that Mr. Carollo sometimes he makes his own
18    complaints.  He's the one trying to get code going.  Sometimes
19    he goes through Ms. Lugo.  Sometimes he does it other ways.
20         Mr. Fuller and Mr. Pinilla wanted to establish a
21    farmer's market in one of their properties, an empty lot in
22    Little Havana they had bought these kiosks for the vendors and
23    they were trying to bring a farmer's market, they had actually
24    permitted already by zoning, and what happened with this,
25    Mr. Carollo orchestrated the he have indication of their permit
```

 1   and when they went to the code enforcement board to get an

 2   extension to address some issues, who surprisingly showed up at

 3   the hearing and contested?

 4                          (Video played.)

 5        MR. GUTCHESS:  So, it's not just the Ball & Chain or

 6   the valet at the Ball & Chain, or Sanguich, it's when they're

 7   trying to bring a nice farmer's market to the area and he's not

 8   only blocking them, but he's showing up at the code enforcement

 9   board to argue against them.

10        He went on radios, these are generally Spanish

11   language radio, and he made defamatory statements about them.

12   He said there's a large group of people buying property in the

13   historic part of Little Havana to de-Cubanize and de-Latinize

14   Little Havana.  Of course that's not true.  Mr. Carollo will

15   tell you that he stands by that were trying to de-Cubanize it

16   and de-Latinize it.  He didn't like their bars.  He thought

17   they were too much like South Beach bars.

18        He says there's being supported by a small group of

19   Venezuelans that have companies in Panama, and the father of

20   one them is a Venezuelan ambassador to Cuba.  This was a nice

21   lady who ran a chocolate shop in one of their buildings.

22        He called Mr. Fuller El Padrino to operate like a

23   Godfather, buying places full of code violations.

24        So, he's going on radio to disparage them and defame

25   them, and he's also doing this to anyone in the city who is

1   standing in his way.

2        And so you'll see here, Orlando Diaz was the director

3   of code compliance, and he's complaining about Commissioner

4   Carollo accusing me on the radio station 1040 AM of doing

5   nothing on Fuller business violation.  He said that I did not

6   keep my responsibilities as director.  And so, Carollo is

7   starting to disparage and defame any city employees who he

8   believes are not compliant with his will.

9        Here's Mr. Carollo issuing a public records request

10  and he does this repeatedly, and these are all about Mr. Fuller

11  and Mr. Pinilla's properties.  You'll see he's asking for all

12  these records from SW 8th Street along from 17th to 14th

13  Avenue, that's a heart where they have all their properties and

14  businesses.

15       You're going to see a number of these.  Here's another

16  one.  You remember I told you about this walk along that he did

17  the city personnel.  Here he is issuing a public records

18  request for any evidence all photos, reports made, any

19  documentation, all citations issued as a result of that walk

20  along.

21       And you're going to see that he gets very upset when

22  he finds out that they weren't cited with code violations as he

23  had wanted.  This is a report from -- I apologize, my eye is a

24  little bad.

25       This is a report from the Alcohol, Beverage and

1    Tobacco Department.  It's a law enforcement that focuses on

2    bars and restaurants.  And this is a report talking about some

3    raids that they went on at a place called Taquerias.  There's a

4    Mexican restaurant downstairs called Taquerias and they opened

5    a bar upstairs called Los Altos.  And Commissioner Carollo did

6    not like that, did not like the bar upstairs and he repeatedly

7    sent ABT officials to investigate this property and this is one

8    of the documents you'll see where they are saying we found no

9    violations.

10          You'll see in the first paragraph any reference --

11   this is Commissioner Carollo making these requests.  You're

12   going hear from one of the ABT officers who will talk about

13   being sent repeatedly to raid this restaurant.  Just imagine

14   what it's like when you're in there a bar or lounge trying to

15   have a good time, or you have 10 or 15 cops and code

16   enforcement come through at night.

17          This is just a memo to -- that they the city manager

18   made, about Carollo stopping him in the hallway and telling him

19   that code is a mess, and they're not doing enough on Fuller.

20   This is getting into January now.

21          This is a request from Richey Blom who's Carollo's

22   chief of staff you're going to hear from him, again it's

23   collecting all the reports they can on Fuller and Pinilla.

24          And then this is the -- what Mr. Carollo himself has

25   called the Valentine's Day Massacre and they have city

1   commission meetings every two weeks on Thursdays.  This one

2   just happened to be February 14th on a Thursday.  And he had

3   called the city manager, the police chief, fire department, he

4   asked that they all be present.  You'll see here an email from

5   assistant city manager Joe Napoli saying please see below.

6   This will be in reference to 521 SW 8th.  That's Taquerias.

7   That's the same restaurant you just saw the ABT document to,

8   and he confronted Chief Colina, the chief of police, saying

9   they did not act appropriately when they raided because they

10  should have been more aggressive and should not have been

11  turned away.

12          And let me go back to video.  Can you play that?

13                      (Video playing.)

14          MR. GUTCHESS:  You're going to see that Commissioner

15  Carollo at the culmination of this meeting, he called for the

16  commission to appoint a special prosecutor at the state level

17  to investigate the city employees to charge them with crimes

18  for their failure to cite Mr. Fuller and Mr. Pinilla with more

19  code violations.

20                      (Video playing.)

21          MR. GUTCHESS:  That was Commissioner Carollo's

22  proposal, and then you'll see the mayor of Miami, his response.

23  Can you play that?

24                      (Video played.)

25          MR. GUTCHESS:  So, after this commission hearing, he

1    did not get a resolution passed appointing a special prosecutor

2    to investigate city employees which had to be somewhat

3    terrifying to the city employees, but he did manage to pass a

4    resolution directing the city attorney to research the

5    properties that he had highlighted at, that's the resolution.

6            So this is the resolution that was passed, a

7    resolution that the Miami City Commission directing the city

8    attorney to research properties described at the February 14th

9    city commission meeting during discussion Item D3, code

10   enforcement.

11           And then here is the city attorney's email to the city

12   staff with a list of properties and you'll see the ones that

13   are highlighted are all Fuller and Pinilla properties.  There's

14   three that aren't -- that are parking lots near the baseball

15   stadium.

16           You're going to hear testimony from Mr. Gonzalez that

17   properties were added just to make it look like they weren't

18   targeting Fuller.  It was whitewashing.  Immediately, people in

19   the city administration protested and here is the assistant

20   city manager saying he has concerns that this is targeting.

21           And then you'll see the city manager himself saying I

22   agree.  It wasn't just one city manager.  It was another one

23   you're going to hear from, Joe Napoli.  He also said that he

24   had concerns that this was targeting.

25           Mr. Gonzalez again agreed with that.  And then you're

1   going to see Chief Colina's letter where he writes an email to

2   the city manager again protesting that this is targeting

3   specific business owners.

4         He says to humbly express my concern regarding the

5   city attorney's request for assistance in carrying out a

6   resolution passed last week, February 14th, at the commission

7   meeting so the main focus of the discussion was aimed at one

8   particular business owner in the city.  The address is

9   forwarded in their email targets a particular business owner

10  which gives the impression that the city is selectively

11  targeting his businesses for this new investigation.  The

12  concern is that this request through the city attorney may

13  amount to an unsanctioned, unlawful exercise of executive

14  powers beyond the limits of its legislative power as a city

15  commissioner to intentionally cause harm to a business owner.

16        So Commissioner Carollo knew what he was doing was

17  wrong.  Everybody knew it.  And when they would not do what we

18  wanted, he threatened them.  He intimidated them.  He

19  threatened to report them to law enforcement.

20        Here's a memo that Mr. Gonzalez drafted to himself

21  reporting that the city attorney had said she was adding

22  properties to make it look like they were not targeting

23  Mr. Fuller.

24        This is a memo that they started looking at other ways

25  to shut down the business.  You will see they're asking of all

1    sorts of questions about how are they allowed to dance, are

2    they allowed to play music, is this a basis to shut down the

3    business?  This is your government just looking searching for

4    ways to shut down these businesses.

5          You'll see that this is everybody's interpreting this,

6    now the city attorney is working on behalf of Commissioner

7    Carollo, and these parties and you're going to see what's

8    happened now is we go from Mr. Carollo running around at night

9    doing the harassing himself repeatedly week after week, trying

10   to get other people to do it to all of a sudden now he has the

11   city attorney that's actively working with him and actively

12   coordinating this with other city personnel.

13         They schedule a joint inspection for 1513 SW 8th

14   Street.  That's Ball & Chain, and 521 SW 8th Street, that's

15   Taquerias.

16         Look at all of these people they got involved now.

17   Look at this cautery of city personnel that are going to

18   Taquerias and Ball & Chain to inspect them, turn over every

19   stone, look for anything they can.

20         Here's Carollo's public records requests following up.

21   You're going to hear testimony from commissioners from city

22   managers that commissioners don't do this stuff.  They're not

23   in charge of code enforcement.  This is abnormal behavior.

24         Here's the city attorney's office attorney gathering

25   all the documents they can on the plaintiff's businesses.

1    There they are saying they've reviewed and provided every

2    document and every scrap of evidence they have regarding 521 SW

3    8th Street.  That's the Taquerias location.

4            Here's another communication between the city's

5    attorney's office admitting that they don't have any in

6    relation to what they know about these two properties, at this

7    time know, no one said they believed there was a life safety

8    issue at the properties at this time.

9            Ladies and gentlemen, nobody's ever been harmed on any

10   of the plaintiff's properties.  There's never been any kind of

11   significant injury or risk or anything.  Life safety issues

12   could be a staircase, right, at the wrong grade like when I

13   re-did my steps and put keystone on top, it changed the height

14   disparity and that is a life safety issue because somebody

15   could trip but the code enforcement would let it go.

16           So, when they talk about life safety issues, it

17   doesn't mean that anybody's life is at risk or there's any risk

18   of injury, there's never been any of that any of the properties

19   over 20 years.

20           Here's Commissioner Carollo again following up with

21   the ABT, the Alcohol, Beverage and Tobacco providing more

22   information trying to get them to raid the plaintiff's

23   properties.

24           There's Commissioner Carollo again following up with

25   public records request trying to get what's happening with the

1  complaints that he's been making?  Why isn't anything

2  happening?  Here's the answer to those questions that they were

3  asking.  Yes, you can play music.  Of course you can play

4  music, right?  So they're not coming up with any basis to shut

5  these businesses down but they keep trying.

6         Here's Mr. Kunert who you're going to hear from with a

7  time line of events on Taquerias saying that the site is

8  approved.  That it has the appropriate licenses.  They found no

9  violations.  These are all of the different dates the different

10 raids.

11        Then you'll see at the end Mr. Kunert is suspicious

12 that why are we being sent back over and over to look, and he

13 cites the articles on commissioner -- on the lawsuit.

14        Here Mr. Carollo is following up.  He's realized that

15 there's a religious facility may be within 300 feet and he's

16 going to go and measure it and see if that could be a basis to

17 shut them down.  And so, he's sending that to the Alcohol,

18 Beverage and Tobacco Department.

19        There he is following up again with more public

20 records requests on Taquerias.  I mean, this is just one day

21 after the next.  It's relentless.

22        And then let me go back because they get creative

23 here.  Then they come up with an idea to do a formal audit of

24 Taquerias to see if they're selling enough food versus alcohol?

25 The city had never done this before.  They made this up as a

1    basis to shut them down.

2          And, of course, the audit didn't show any problems.

3    Here is Mr. Blom as of his chief of staff saying the questions

4    here the questions they have for all of Mr. Fuller and

5    Mr. Pinilla's properties.  Look at this.  So for each property,

6    Los Altos, that's the bar, look at all those questions they're

7    trying to -- all of the documents they're gathering everything

8    they're looking at.  Ball & Chain similar long list, right?

9          Union Beer, another long list.  An ice cream shop.

10   They're digging under the hood of an ice cream shop.  There's

11   another restaurant, El Taquito, you see the outdoor patio

12   there?  They didn't like the outdoor patio.

13         There's the Tower Hotel going back to 2012 when they

14   bought it, what kind of violations are on it, what kind of

15   permits?

16         So, here's Mr. Carollo's own chief of staff saying

17   that the one area where I received your wholehearted support

18   was in the area of researching properties owned by Mr. Fuller.

19   If you recall, you mandated Friday afternoon April 19, 2019,

20   that I review a list of several of his properties and examine

21   the various applications, permits and licenses associated with

22   them over the weekend.

23         And at the bottom, he says I'm not comfortable doing

24   this type of research for a variety of reasons, but find that

25   I'm being assigned more of this type of work focusing on this

1    one individual.

2         The city manager, Emilio Gonzalez.  He resigns because

3    he's fed up with Mr. Carollo, and he writes that the reason

4    he's resigning, the reason Carollo is going after him is I am

5    the only one standing in your way to weaponize code against

6    Fuller and against me and any other real or perceived enemies.

7    I refuse to weaponize our government against our residents.

8    The District 3 commissioner's hostility towards me stems from

9    among other things the fact that he has numerous occasions

10   tried to weaponize code compliance against his perceived

11   enemies and I would not go along.  He went as far as to have

12   the city attorney suggest ways to me how we could

13   administratively close these businesses.  Because I would not

14   weaponize city government, I made Carollo's enemy list.  This

15   is the city manager, this is the C.E.O. of the city, the top

16   guy in the entire city.

17        And he was also a Colonel in the military and the

18   director of the Miami airport for five years.  You're going to

19   hear from him tomorrow.

20        This is the Police Chief Acevedo and this is not the

21   same one you saw.  This is a second police chief who also

22   writes that Carollo had made him investigate the Miami City

23   officials for corruption relating to code enforcement and

24   relating to Fuller, and that he did that and there's no -- no

25   evidence of any kind of corruption and supporting Fuller.

1          And now, lest you think this is all about code

2    violations, having done work without permits, you're going to

3    hear that Mr. Carollo himself at his home in Coconut Grove had

4    done work without permits and had many code violations.  And he

5    was cited for those violations.  And what did he do?  He got

6    upset at the city manager for allowing that to happen.  He

7    claimed the city manager was retaliating against him by issuing

8    code violations.

9          Now, if you think it's just about code, life safety,

10   let's talk about Viernes Culturales.  Mr. Carollo started

11   researching that when he got into office and having the city

12   attorney research it, and they realized that it had had become

13   associated with Mr. Fuller and they said, well, do they have

14   permits?  And they realized they don't have permits.  They had

15   waivers, right?  And I don't know what a waiver is.

16         It's just they were never required to pull a permit to

17   hold this and the city would go there every month and support

18   them.  They'd have police presence.  They'd put up a stage.  It

19   was very cooperative.  It was a wonderful event.

20         So, did Mr. Carollo shut them down for no permits?

21   No.  He let them go on in March and April, in May, in June, in

22   July, in August, September, October, and what did he do

23   instead?  Here's invitations.  Mr. Fuller kept inviting him to

24   come to the Viernes Culturales board meetings and talk about

25   the event and how it's going and could it be improved?  Here's

another invitation to Mr. Carollo.  Attached is an invite to

board of Viernes Culturales extended last month and would like

to extend you once again, saying come.  This is a Miami

institution, been going on for 18 years, come and talk to us.

Carollo never responded, never went.  He just plotted.  Here's

another one.  This is from Mr. Fuller inviting Mr. Carollo to

come to the event.  Come participate.  And what did Mr. Carollo

do?  He went in and he got a special events permit for the same

location, Domino Plaza for the same night.  The last Friday of

every month and he decided to put on his own festival.

        And why wouldn't he choose a different night?  Why

couldn't he do second Fridays or third Saturdays?  Why did he

choose the last Friday of every month that had been established

for Viernes Culturales?  Because it was Mr. Fuller's.  He

associated it with Mr. Fuller.  And he wanted to block him out

so he went and rented permits for the whole year and then he

went to the Miami Herald and told the Herald that he thought

Viernes Culturales had become a tired lackluster event, and it

was a little more than a flea market, apparently one of his

favorite words to use with respect to Mr. Fuller.

        And look at this comment.  On Friday the commissioner

expressed little sympathy for any of the merchants who might be

displaced from Viernes Culturals suggesting that they pull

permits and set up outside Futurama, another Fuller property on

Calle Ocho.  He said if I'm going to do as bad or worse then

1   people are right, I shouldn't get involved in this.  But if I

2   can produce a better one, then my God, instead of complaining

3   be appreciative.

4        Who in their right mind doesn't respond to multiple

5   requests to come to a major cultural monthly event established

6   when he was mayor of Miami in 2000.  Established with a full

7   support of commissioners of the Night Foundation.  Everybody's

8   mind this, except for Commissioner Carollo.  He won't even

9   speak to them because they're associated with Fuller and he

10  plots to block them out.

11       Oh, and then this is just the summary of the people

12  that you've seen targeted.  There's Mr. Carollo doing his

13  targeting.  There's Mr. Fuller.  He's a target.  Mr. Pinilla,

14  he's a target.  The Christmas party was a target.  That was the

15  Ball & Chain one.  I got the wrong picture up there but you get

16  the sense.  Taquitos, the little Mexican taco restaurant,

17  target.  Sanguich, target.  Union Beer, target.  Tower Hotel,

18  target.  Futurama, target.

19       Futurama is a building that has a lot of different

20  artists and things in it that you people can go and show their

21  art or sell their chocolate or their whatever.  That's a

22  target.  Ball & Chain, of course, big target.

23       The valet parking at Ball & Chain, target.  There's

24  Taquerias, and Los Altos, target.  Viernes Culturales, target.

25       Let's talk about damages, and the damages are

1    multiple.  But think for a minute about what I've just shown

2    you and how that harassment, that level of harassment, that

3    relentless pursuit of every single property and every business

4    you own over a period of years where you're getting called in

5    the middle of the night by your employees saying there's

6    another raid, get out of bed, come down, deal with this police,

7    right where you know your livelihood is under threat and every

8    single one of your businesses in Calle Ocho that they can

9    attack, they are attacking trying to shut it down.

10        That has caused tremendous damage in many ways.  First

11   and foremost, take a look at this text from Matt Malone, a

12   gentleman who was going to open up a boutique rum facility.

13   And he says:  Good morning, Bill.  If I may assist in any way

14   I'd like to help.  I lost time, opportunity and some hard money

15   where he clearly told me I'd support you anyplace but not in

16   Bill Fuller's buildings among many other ridiculous things.

17        You're going to hear this same thing from the Sanguich

18   owners, from the Union Beer owners, Mr. Carollo using the

19   weight of his office was going around town telling everybody if

20   you do business with Fuller, you will regret it because I will

21   target you as well.  And that made them lose a ton of business.

22        Think of the damage to their reputation from him going

23   on the radio all the time and saying they're Godfathers and

24   associated with Venezuelan mafiosos, combined with telling

25   people not to do business with them.

1          So they have lost income, lost business opportunities,

2     harm to their reputation and then the emotional distress and

3     I'll tell you what.  I worry about some things like I get

4     stressed.  Big case like this, this is an important case.  This

5     stresses me out, but I've never experienced anything like these

6     two gentlemen have on a daily basis for the past four years.

7          You're going to hear that Taquerias is shut down.

8     They succeeded.  It's gone.  Taquerias and Los Altos are gone.

9     The outdoor music area of Ball & Chain is gone.  A Miami

10    institution, it's gone.

11         He succeeded.  He has succeeded, and you are the only

12    ones who can stop him, and that's why we're asking for punitive

13    damages as well because punitive damages are appropriate in a

14    situation where somebody not only violates their constitutional

15    rights by retaliating against them, but does it knowingly and

16    knows it's wrong when he does it.

17         And you've seen plenty of evidence that he knew it was

18    wrong and he did it anyways, and this is a problem not only for

19    these gentlemen but for the city as a whole because if this

20    stuff is allowed to run rampant, what kind of a city or a

21    country will we live in?

22         I want to end with a quote from Plato.  The measure of

23    a man is what he does in power.  And we saw that on one of the

24    emails in the code compliance, probably one of the evidence

25    you're going to see here.

1    But I thought that was important to note.  That look

2    what happens when someone like this gets power and abuses their

3    power, and abuses it to come after the citizens.  That makes us

4    just like any country where you don't have any rights like a

5    Cuba or like a Venezuela or like a Russia.  It's why people

6    come to this country to escape that.  And by awarding punitive

7    damages, you will put an end to it.  Thank you very much.

8    THE COURT:  Defense?

9    MR. PERTNOY:  Your Honor, before I commence, first I

10   want to reraise the objections I raised earlier with respect to

11   scope and I also want to remind the Court that you were going

12   to instruct the jury with respect to documents shown, that

13   they're not evidence yet.

14   THE COURT:  I already explained that to the jury.  I

15   see they're nodding their heads.  What the attorneys say is not

16   evidence.  It was for the purpose of showing what they believe

17   the evidence is going to show but it's not evidence.  Mm-hmm.

18   This is your screen, counsel?

19   MR. PERTNOY:  Yes, it is, Your Honor.

20   THE COURT:  Yes.  Same thing as well.  You are

21   watching exhibits that's being shown to you by the defense.

22   It's not evidence, okay?  Thank you.

23   **OPENING STATEMENT OF THE DEFENDANT**

24   MR. PERTNOY:  Good afternoon, ladies and gentlemen of

25   the jury.  First, I want to once again thank you for your time,

1    your attention, and service and since we're going to be

2    spending a lot of time over the next couple weeks together.

3         I wanted to first introduce myself, and my client and

4    my team so that you know who we are because we're going to be

5    spending a lot of time with one another.

6         First off, that is Commissioner Carollo and Joe

7    Carollo, and his wife, Marjorie.  I am Mason, this is Ben,

8    that's Curtis, that's Leah, that's Marc and that's Amber.

9         We've just spent about an hour listening to the

10   plaintiff's side of the story, and I think it's important that

11   we keep in mind that it's just that.  It's just a story.

12   What's going to matter is the evidence in this case.  And what

13   the evidence is going to show is very simple.  It's a very

14   straightforward story.

15        Commissioner Joe Carollo, who is the elected voice of

16   his community was doing his job and what the evidence is also

17   going to show abundantly clear is that the defendants -- strike

18   that -- the plaintiffs are consistently breaking the rules, not

19   following the Florida building code, not following the

20   Miami-Dade building code, not following the City of Miami code.

21        And so what you've heard from the plaintiff are the

22   allegations, the claim what they have set forth.  But now

23   throughout this trial, they need to do as what my kids like to

24   tell me I've got to bring the receipts.  I've got to show the

25   proof of that and that's where they're going to fall short and

1   where the defense is going to succeed in showing you that they

2   will not make their burden.  And let's be clear.  It's their

3   burden to make.

4          So what is this case really about?  Plaintiffs are

5   multimillionaire developers, who using limited liability

6   companies to avoid individual liability, have a longstanding

7   pattern and practice of violating and ignoring the Florida

8   building code, the Miami-Dade county building code, and the

9   City of Miami building code.

10         What the evidence is actually going to show is that

11  these business practices predate Commissioner Carollo getting

12  elected to the commission in 2017.  To be clear, he got elected

13  on in November of 2017, and he does not take office until

14  December 2, 2017.  And what the plaintiffs are really going to

15  be asking for in this case is they want a free pass now and

16  forever from the Commissioner Carollo and the City of Miami

17  from enforcing the building code and the City of Miami code and

18  the ordinances against them and their businesses.

19         Plaintiffs want to continue to operate above the law.

20  They do not want the rules to apply to them.  The evidence will

21  show that they have a pattern and practice longstanding to not

22  pull permits.  And we're going to talk a lot about permits, so

23  let's understand that this is not for minor work like a doorway

24  here or a window there.

25         This is full on demolition and full on rehabilitation

1   and construction of their properties.  And there is a process

2   to permits.  It is not a light switch and that process is there

3   to promote health and safety and quality of life of the

4   citizens of Miami to protect people so that they don't get

5   hurt.

6          With respect to demolition, you will see the evidence

7   shows that the plaintiffs consistently will pull no permits,

8   demo their entire property.  Why is that a problem?  Because a

9   lot of the properties that they've touted before you today are

10  old properties from the 1930s, the 1920s.  Know what's in that

11  property?  Asbestos that causes cancer and in order to make

12  sure that you demo property properly safely so that the people

13  who go in there have the proper equipment and so that the

14  asbestos doesn't get released into the air and the community,

15  you need permits to make sure that it's done correctly.

16         They do not pull permits and that's what the evidence

17  will show over and over again.

18         With respect to construction, they don't pull permits

19  for that either.  They just go and start construction.  But why

20  is the permit process important?  Because it allows the

21  conversation between the city and the property owner to make

22  sure that things are being done according to the code.  The

23  building code.

24         And we're going to talk a lot about that building code

25  because it's the Bible.  It's a big book.  Leah, can you hold

1    that book up for a second?  It is a big binders with lots of

2    tabs, with lots of details and this is how you have to build.

3    And it involves having to permit progresses is just that.  A

4    process.

5           Architectural plans, engineering plans, load

6    calculations, drawings, and it goes back and forth, back and

7    forth.  And the reason that is done is to make sure that things

8    are done safely and properly.  Because when you cut the corners

9    buildings will start to fall down and that's when this thing

10   can catch on fire.  That is why life safety is so important.

11          So, as I've said, the evidence is going to show that

12   plaintiffs have a work -- have a history of work without a

13   permit.  Here's a notice of violation from the City of Miami in

14   2012, June of 2012.  Work without a permit.  This predates the

15   commissioner taking office by five years.

16          Here's another one for their property.  August 24,

17   2012, work without a permit.  Another one in May 22, 2017, work

18   performed without a finalized permit.  Another notice posting,

19   January, 2018, work without a permit.  Work without a permit.

20   February 13, 2018, notice of violation.  Work without a permit.

21   March 21, 2018, work without a permit.  March 24, 2018, work

22   without a permit.  March 30, 2018, work without a permit.

23          And on and on, year after year after year.  Work

24   without a permit.  That is their pattern and practice, and

25   that's what the evidence is going to show.

1          Keep in mind, all of this work without a permit is in

2   direct violation of the Florida building code.  That is what

3   keeps people safe.  If and when the plaintiffs get caught, when

4   from time to time they do, they don't always get caught but

5   when they do, their business pattern and practice is to delay

6   it, file a lawsuit, delay it, and then when they're pushed up

7   against it and it's time to have -- to where they're being

8   threatened with demolition, they enter into what is called a

9   compliance agreement with the City of Miami.

10          A compliance agreement is a contract between the

11   plaintiffs and the City of Miami and in that contract, you will

12   see the evidence.  They enter into them all the time, and in

13   every single one, they admit that their property is in

14   violation of the City of Miami code.  And then they agree to

15   fix it under a time line.  And guess what?  Oftentimes, they

16   breach those agreements as well.

17          And that's what the evidence is going to show but they

18   enter into them and admitted numerous times, five, six times,

19   seven times, eight times on and on and on, they admitted it.

20   They get caught, they enter into agreements and then they don't

21   go through with the agreement.  That's what the evidence will

22   show.  Their business pattern and practice is to ask for

23   forgiveness, not for permission.  And that puts people's lives

24   at stake.  That puts quality of life at issue.

25          Now what are they really doing in this lawsuit?

1    They're suing Commissioner Carollo for doing his job.  Because

2    his job is to protect the life, health, safety, and quality of

3    life of his residents.  That's what he ran on.  That was his

4    platform.  He said there's too many people not following the

5    rules.  And that is what he wanted to make sure stopped in his

6    neighborhood.  He was the elected voice of his community and he

7    was doing his job.

8         So let's talk a little bit about Joe and who Joe is.

9    First off, Joe was born in Havana, Cuba and he came over here

10   in the Peter Pan program at six years old by himself.  His

11   parents didn't come over for several months later.  He is the

12   personification of a south Florida success story.

13        He first grew up in Chicago.  That's where he got to

14   get a flavor for politics when he became a mentee of Mayor

15   Daley, and then when he was about 15, he moved back to south

16   Florida.

17        In fact, he went to junior high in Hollywood, and then

18   moved down to Miami with his family and went and attended

19   Miami-Dade Community College.

20        At 18, Joe joined the police force, and while he was

21   working as a police officer, he also put himself through school

22   and earned two bachelor degrees at FIU in criminal justice and

23   international relations.

24        With a taste for politics and a dedication to serve

25   his community, he decided to run for city commission for the

1     first time and was elected as the youngest city commissioner in

2     the history of City of Miami at age 24.  He served his

3     community then, and got re-elected and then after that, Joe

4     became -- got elected mayor of the City of Miami, and then was

5     re-elected mayor.

6           Then he left politics for a while, but then people

7     were asking him to come back and serve his community and as a

8     dedicated public servant throughout his entire adult life.  Joe

9     came back and in 2017, he ran again for city commission which

10    is what's at issue in this case with the alleged support of one

11    of Joe's opponents, Alfie Leon.

12          Joe won the election with 60 percent of the vote in

13    2017.  And then was again re-elected just recently in 2020, Joe

14    knows his community and knows what matters.  Joe is the voice

15    of his community.  Joe focuses on things that matter to his

16    constituents.

17          He is one of the biggest organizers of food drives and

18    addressing food insecurity in his district and throughout the

19    City of Miami.

20          He hosts food drives for Thanksgiving, Christmas, and

21    year round, he's making sure that he is with handing out goods

22    to his constituents.  Here's he and his wife, Marjorie, passing

23    out things to the constituents at one of the senior citizen

24    homes in his district.

25          Here's him handing out the hams for Christmas.  In

1   addition, Joe goes back to school backpack for kids every year

2   for the kids in his neighborhood to make sure they have

3   backpacks and school supplies.

4          He's also committed to beautifying his district and

5   the City of Miami by bringing iconic murals celebrating Little

6   Havana culture.  They have brought murals of all sorts of

7   famous Latin American singers and folks who have gotten their

8   start in Little Havana like Willie Chirino and Gloria Estefan.

9          He's also focused on creating public space.  Parks,

10  and playgrounds so that people have a place to go and enjoy the

11  outdoors safely, opening a splash pad for the kids in the

12  neighborhood, dedicating a baseball field and park in the area.

13         And finally, during COVID, he was out there making

14  sure his -- the senior citizens in his district were protected.

15  Meeting with them, and making sure they had what they needed,

16  getting them the vaccines that they needed.  And making sure

17  that their voices are being heard.

18         But most importantly, what Joe focuses on is

19  protecting life, safety and quality of life.  We're going to be

20  talking a lot -- here's some more pictures of him putting in

21  residential speed limits so that people don't cut through from

22  avenues through residential streets and beautifying the

23  neighborhood with organizing community service garbage

24  pick-ups.

25         We're going to be talking a lot about Little Havana

1    and the historic district that is Little Havana.  Little Havana

2    which is part of the district that Joe is the commissioner of

3    was declared a national treasure by the National Trust for

4    Historic Preservation in January of 2017, at the beginning of

5    the year that Joe ran for commission.  And the National Trust

6    declared it an endangered residential neighborhood and

7    highlighted some of the threats that this community was facing

8    including the development pressure, demolition of historic

9    buildings, displacement of existing residents, and zoning

10   changes that could impact its affordability, cultural richness

11   and character.

12        This is what Joe ran on.  This is what he's there to

13   protect because what you can see in this picture with respect

14   to Little Havana is you have Calle Ocho, the main vein, it's a

15   commercial vein but all around it, is housing, apartments,

16   assisted living facilities for senior citizens.  This

17   neighborhood is the heartbeat of essential workers and

18   affordable housing.  And this is what Joe was there to protect.

19   Not only from a safety issue but from a quality of life issue.

20   He was there to make sure that people in this neighborhood were

21   following the rules, following the code.

22        Because as you heard from plaintiff's counsel, the

23   commissioner made it very clear on the radio he did not want

24   this to become a Wynwood on steroids or South Beach.  He knows

25   that this is a residential neighborhood and he needs to protect

```
 1    the quality of life.

 2            What you didn't hear in plaintiff's statement and what

 3    the evidence is going to show is that it's not about the

 4    election of who they supported or who he supported.

 5            As you saw, the City of Miami's divided into five

 6    districts and there are five commissioners, each one

 7    representing a different neighborhood.

 8            And in addition to those five commissioners, there's a

 9    city manager.  The city manager is the C.E.O. of the City of

10    Miami.  He is the guy that runs the administration.  Building

11    departments, code enforcement, police, fire, permits, license,

12    all the things that make a city run, that's the job of the city

13    manager.

14            If they're going to cite somebody, do a notice of

15    violation, noise citations, all of those things are done by the

16    city manager in the city administration, not Commissioner

17    Carollo.  Let me say it again.  That is done by the city

18    manager.  That's what the evidence will show.  Not that

19    Commissioner Carollo did it.

20            In fact, the commissioner, as a commissioner, has a

21    very limited ability to do anything on his own with respect to

22    city action.  What commissioners do is they are the legislative

23    body.  They are the rule makers.  They get to propose rules,

24    laws, ordinances, but it's the city manager that has to enact

25    them.
```

1          The commissioners have the ability to inquire, ask

2     questions, follow up on complaints, pass along resident's

3     complaints, investigate and ask questions and request

4     information of building department, code enforcement, police,

5     fire.  The commissioners serve almost as if they are super

6     citizens on behalf of their residents, there to make sure that

7     they are listening to and passing along the concerns of their

8     constituencies.

9          We're going to be talking a lot in this trial and the

10    evidence is going to what a commissioner can and cannot do.

11    What a commissioner can do and what the evidence will show he

12    can inquire, he can ask, he can investigate, he can ask for

13    information.

14         He can reach out to city employees, he can have

15    contacts with -- contact with city employees, he can secure

16    information, make suggestions and requests.  He can pass along

17    information.

18         The one thing he cannot do, and there will be no

19    evidence showing that Commissioner Carollo did this, is he

20    cannot order a subordinate of the city manager to take a

21    specific action.  He cannot, and there's no evidence that you

22    will see where Commissioner Carollo has said write that

23    citation this way for this thing.

24         All the commissioner can do, and all the evidence is

25    going to show is that he gives the city manager, the building

1    inspectors, the code inspectors the information and then they

2    go out there and make their own independent assessment of that.

3           In fact, there are emails that talk about what a

4    commissioner can and cannot do, including one of the assistant

5    city manager to James Bernat who was the head of code

6    violations at a point in time and what Mr. Casamayor said was

7    if an elected official contacts you, you or your staff in order

8    to provide information or share a constituent complaint,

9    concern, it is perfectly within your purview to respond

10   directly and address those concerns without seeking prior

11   approval from the manager's office.  This is Joe's job.  Pass

12   along information.  Reach out and make sure he is protecting

13   the quality of life for his constituents, his district

14   residents.

15          Now, another thing we're going to hear a lot about and

16   you saw some clips of it is commission meetings.  Commission

17   meetings is the public forum.  This is where the commissioners

18   get to sit on the dais and debate the issues of the day, where

19   the public gets to make comments to the commissioners, and

20   what's really important to understand is this is the only time

21   that the five commissioners get to talk about the issues and

22   try to persuade one another on how to move the city forward

23   with ordinances and resolutions; cannot go behind closed doors.

24   That would be a Sunshine Law violation.

25          So it is on the dais where they debate and

1    passionately put forth their ideas and their concerns and their

2    issues.  That's Joe's job, and what you're seeing will be

3    evidence of that's exactly what he did.

4         This is ultimately where the commissioners get to be

5    the voice of their community.  This is also where resolutions

6    and ordinances get passed, laws.  And no single commissioner

7    can pass a law.  Three out of five are required and then it

8    becomes the act of a commission, the act of the commission and

9    then it's handed off to the city manager to administrate

10   whatever law has been passed.

11        So, you heard plaintiff's counsel talk about this idea

12   of a law being passed to where the city attorney would go and

13   look at properties in Miami, some of which were properties of

14   the plaintiffs, others were not.

15        That is an act of the entire commission.  Not the

16   commissioner individually, and then the action's taken by the

17   city manager and the code inspectors and the city attorney.

18   That is the act of the city, not Commissioner Carollo.  That's

19   what the evidence is going to show.

20        The city's not a party in this lawsuit.  City's

21   another party in a different lawsuit where the city is being

22   sued by plaintiffs' businesses, but that's not this lawsuit.

23        So those actions of the city are about the city.  Not

24   the commissioners' individual actions.  But important to know

25   in this process of commission.  This is when commissioners get

1    to bring up police chiefs like you saw on the video and code

2    inspectors, and ask questions so that all the commissioners can

3    get the information on issues that are of concern to the

4    commissioner, or concern of another commissioner.

5           And this is also where the public gets to get up there

6    and berate your public official.  Express whatever

7    dissatisfaction you may have or with them.  And, in fact, Mr.

8    Fuller did exactly that.  Came up in a commission meeting and

9    got into a pretty heated shouting match with the commissioner

10   but you know what?  That's the process.  That is how the city

11   works.  And that's Commissioner Carollo doing his job.  Not

12   violating Constitutional rights.

13          Now, we heard a little bit about the cause of action

14   in this case, but I really wanted to focus on the cause of

15   action in this case because it's the only cause of action in

16   this case.

17          There's a single claim for violation of retaliation

18   for First Amendment rights.  Each individual plaintiff has

19   brought that claim against Joe.  Individual plaintiffs, not

20   their businesses, individual plaintiffs.  Each one of them has

21   said that they have engaged in protected activity.  Speech.

22   Plaintiff's counsel pointed to the Alfie Leon rally.

23          Your job as the jury and what the evidence is going to

24   show is to focus on the evidence and the testimony as it

25   relates to the issues of that claim.  And so I'm going to ask

1   throughout this trial that you focus on did each plaintiff

2   engage in protected activity?  Did the commissioner retaliate

3   against each because he engaged in that activity?  And let's be

4   clear about that.

5           If the because is not related to the protected

6   activity, that's what the evidence will show doesn't exist.

7   That break in the chain, that's going to be key.  That causal

8   connection, and the evidence is going to that there is no

9   causal connection between the speech and the commissioner doing

10  his job.

11          The other question that you're going to have to focus

12  on is did that retaliation or the alleged retaliation by the

13  commissioner, if any, was it -- did it cause each individual

14  plaintiff damage?  Not their businesses, but each individual

15  plaintiff?  Those are the things that the evidence is going to

16  be focused on because that's their claim.

17          Now the plaintiffs have alleged in this case two

18  instances of alleged speech.  The evidence is going to show

19  that they did not engage in that speech, but it's the Alfie

20  Leon rally and an alleged complaint filed to what is called the

21  commission on ethics which, by the way, plaintiffs voluntarily

22  withdrew.

23          Now, the second thing that I asked you, we were

24  talking about a moment ago is the causal connection.  The

25  speech is made and it has to be connected.  The reason for the

 1   retaliation has to be because they made the speech.  If it's

 2   for some other reason, the evidence is going to show it is for

 3   other reasons.  It's because they don't follow the law.  It's

 4   because they break the rules.

 5        And the evidence is going to show very clearly that

 6   Commissioner Carollo put everybody on notice of what his

 7   reasons were at that February 14th commission meeting which Mr.

 8   Fuller was in attendance at, and he said point blank to

 9   everybody so they knew it clear as day, now, Mr. Manager, I've

10   been trying to get information.  I don't care who likes me,

11   don't like me, supported me, don't support me.  What I care is

12   for people to follow our code and building laws.  Not to be

13   pounding their chest and bragging how they owned Little Havana,

14   they own Miami.  That's what the evidence is going to show.

15        The evidence is not going to show that it's about an

16   election.  It's about following the rules and Joe wanting to do

17   his job to protect the life, safety and quality of life of his

18   constituents.

19        The other thing that we're going to focus on is what

20   did the city do when Joe passed along the information?  Passed

21   along a complaint?  The city went out and made its own

22   independent determinations.  That's what the evidence is going

23   to show, and then they're -- the city is the one that commenced

24   enforcement actions for violations of the code.  Not Joe.  All

25   he can do is pass it along.  It is up to the city to make that

1    independent determination.

2            Now we heard about a handful of things including the

3    Tower Hotel, a Christmas party.  You only got half the story.

4    Just as you can see my hand?  It's two sides to my hand.  And

5    the allegations are going to show that it's not because of the

6    election.

7            It's because Tower Hotel in 2012 before the

8    commissioner ever became a commissioner at this during this

9    tenure, was already an unsafe structure because they were

10   performing work without permits and doing demo without permits.

11   And you saw that little video of the Christmas party?  Let's

12   take a real look at what that property looked like in January

13   8, 2018.

14           A couple weeks after that party existed, when they

15   got -- when plaintiffs' business got shut down by the city for

16   doing work without a permit.  See, they still have the

17   Christmas wreath up.  It's a live construction site.  This is

18   what the building looked like.  It was an unsafe structure.

19   That's why when Joe learned of it, he passed along the

20   information because it's not safe to have people in buildings

21   that are live construction sites when it's been declared an

22   unsafe structure.  That means the public isn't allowed in

23   there.

24           That's what the evidence is going to show.  The other

25   properties of the Tower Hotel because, there's the main

1   building which is a 48-room hotel, but the other two buildings

2   were also being constantly cited for work without permits and

3   getting deemed unsafe structures.  Here's what the pictures

4   will show.  Completely gutted without permits.

5         Here's the other property, also an unsafe structure.

6   Also where they've admitted it by entering into the compliance

7   agreements.

8         Well, there's the Christmas lights from the party in

9   the construction site.  That beam that's up there, that wasn't

10  done with permits.  That was done without permits.  Here's what

11  the rest of that building looks like couple years later.  Still

12  a complete without any permits.  Foundation, cracked.

13        Everything in that picture, the pool, the digging, the

14  decking, all done without permits.  That's what the evidence is

15  going to show over and over and over again.

16        These are real life safety issues.  We also heard

17  about Sanguich.  Now one of the things is you saw is a nice

18  video about Sanguich complaining about -- and they were

19  focusing on the tent.

20        What wasn't focused on and what the issue was is that

21  somebody was in the container itself because that's what the

22  issue is about.  Not that they had something on the street part

23  of the festival.  That there was people operating in the

24  container and they are weren't supposed to be there because as

25  per usual what the business practices are and what the evidence

1    is going to show is that the plaintiffs decided to just plop

2    this container right down on the edge and corner of their

3    property and allow a sandwich shop to be opened there where

4    cars are parking right up against it, and blocking vision paths

5    for people trying to get out of the driveway.

6          That's what the evidence is going to show.  And in

7    fact, don't ask -- the evidence is going to show that

8    Mr. Fuller was fully aware that it was not proper and when he

9    wrote on February 26, 2018 to the city manager Emilio Gonzalez

10   who, as plaintiff's counsel told you, will be testifying

11   tomorrow, Mr. Fuller wrote to Mr. Manager, Sanguich de Miami

12   may not property from the premise and we have asked that they

13   vacate immediately.  Yet, after this email did they vacate

14   immediately?  No.  The city had to spend time he and money

15   filing lawsuits and only when pushed to the brink did they then

16   finally agree to follow the rules.

17         Another issue that you heard about was Ball & Chain

18   parking, valets.  What you didn't hear and what the evidence is

19   actually going to show is one of the valet parking areas that

20   Mr. Elan Garcia was using was a church parking lot, a church --

21   excuse me, a church lawn in a residential neighborhood.

22         As you can see in this photo at the top, that's Ball &

23   Chain right there.  And in order for the cars to get from the

24   valet to the residential -- through the residential

25   neighborhood to the church lawn, they have to go east down

```
 1    Calle Ocho, and then cut through the residential neighborhood.

 2           They then have to get the cars back out but you don't

 3    go the same way because Calle Ocho is a one way street.  So you

 4    have to go all the way down the block and up through the rest

 5    of the residential neighborhood and this is happening at 2:00,

 6    3:00 in the morning.  And valets are not going and following as

 7    you can imagine, don't often follow the speed limit so this is

 8    a health and safety issue.

 9           More importantly, the evidence is going to show that

10    they're parking cars wherever they want in this residential

11    neighborhood at night and then racing them back to their

12    customers.  As you can imagine, Miami code does not permit

13    allowing parking in residential neighborhoods for valet.

14           That's what the evidence will show.  Not that this was

15    targeting.  This is making sure that Commissioner Carollo is

16    protecting the health, safety, and quality of life of his

17    residents when he shows and puts people on notice of that so

18    that the city can take action, not Commissioner Carollo.

19           Another issue that you heard about was Ball & Chain

20    and noise, and it's nice to have music.  It is nice to have

21    music indoors, following the code.  But that's not what

22    plaintiffs do.

23           Plaintiffs decided to build an outdoor area without

24    any permits, and do so and play music till 2:00, 3:00 in the

25    morning and now have claimed that this -- that all these noise
```

1   complaints were created by Commissioner Carollo after he was

2   elected.  But again, the evidence will not show that.

3        In fact, what the evidence is going to show is that

4   just in 2017 alone, there were at least six complaints.  And

5   from 2018 to 2021, there was only six.  This is not a stalking

6   or harassing.  In fact, we saw a video -- I ask you from what

7   you saw on that video, who was harassing who?  That in that

8   video where Commissioner Carollo was with that woman trying to

9   get into his car?  That's what the evidence is going to show.

10       Let me show you what else the evidence is going to

11  show.  Right behind that bandstand are two apartment buildings,

12  and then right after that parking to the left, that is an

13  assisted living facility for senior citizens.

14       The evidence is going to show that when that assisted

15  living facility complained about the noise and complained about

16  the music, the plaintiffs sued the assisted living facility

17  trying to silence them.  That's what the evidence is going to

18  show.  That the plaintiffs are not good neighbors.

19       Now, another property that you heard a little bit

20  about is the Calle Ocho Marketplace.  Farmer's market, flea

21  market.  Let's start with this.

22       The issues predate Commissioner Carollo.  But yet,

23  they want to blame it all on Commissioner Carollo.  But again,

24  the evidence will consistently show no permits, violations,

25  compliance agreements, hearing dates, litigation.  That is the

1    business practice that the plaintiffs engage in.

2         Part of this farmer's market was building these kiosks

3    and what plaintiffs did was they took these shipping containers

4    and they placed them on the residential lot.  You can see the

5    wooden house behind there, and they decided to use a

6    residential lot in violation of city code and begin to cut the

7    metal with the sparks flying near this delapidated house on a

8    residential lot and then throw up these unsecured kiosks in

9    violation -- again, in violation of the code.  None of it done

10   with permits.

11        Another issue that you heard El Taquito, they built it

12   in the alleyway.  They did it without permits.  That's what the

13   evidence is going to show.  They did it in an alleyway where an

14   electrical pole exists now blocking access to that electrical

15   pole.  All of it done without permits.  And what the evidence

16   is going to show is that when the city brought this -- these

17   violations, again, Mr. Fuller filed a affidavit for a permit

18   for demolition admitting it was an illegal structure to begin

19   with.  That's what the evidence is going to show.

20        Now, we get to 27 SW 14th which is the third piece of

21   Calle Ocho Marketplace.  This is a residential house that

22   needed to be taken down because it was -- was never maintained

23   and then plaintiffs attempted to do work again without permits.

24        This is what the house looked like initially.  They

25   were even tapped into the FP&L line with an extension cord

1    bringing the power in.

2           When this property was demolished in 2022, the

3    evidence will show that they were -- the plaintiffs were

4    renting it to a senior citizen who was using it as an art

5    studio and potentially a residence.  That's what the evidence

6    will show.

7           Now we heard a little bit about ride along and walking

8    tours.  Let's be clear.  This is how commissioners get

9    information to the city manager, how they get information to

10   the code compliance.

11          Commissioners often do this, they will get code

12   compliance officers, city managers and they will go throughout

13   their district and point out the issues and concerns that they

14   have, that their constituents has.  This is how you do your job

15   as a commissioner and that's exactly what Commissioner Carollo

16   did and the evidence will be abundant that A, nothing was wrong

17   with that, and B, he did it exactly the right way.

18          In fact, the evidence will show that a Emilio

19   Gonzalez, the witness you will see tomorrow, the former city

20   manager who you saw writing all those nasty things a few

21   minutes ago, but when he wrote in August of 2018 about the

22   walking tours that he personally did, that Emilio Gonzalez

23   personally did with Commissioner Carollo, Emilio Gonzalez

24   wrote:  I always understood the purpose of these tours to be

25   purely informational.  At no time did Commissioner Carollo ever

1   order, instruct, direct, or otherwise ask me to perform any

2   action that I could construe as a violation of the city

3   charter.  In fact, Commissioner Carollo was very careful in his

4   observations as to not give the appearance in word or deed that

5   he was overstepping his authority or responsibility as a city

6   commissioner.

7        We'll also show testimony from James Bernat, the code

8   compliance officer when he was asked whether Commissioner

9   Carollo ordered.  He said he was pointing out either from

10  himself or third parties that there's complaints and violations

11  of the code and he's bringing them to my attention.

12       That is his job.  Quality of life, health, safety.

13  That is what Commissioner Carollo was doing by making sure that

14  his concerns were being addressed, and when they weren't

15  addressed, his one tool to get answers is to bring people to

16  commission and ask questions in the public forum.  And again,

17  that is okay.  That is proper.

18       So ultimately, what the evidence is going to show is

19  that Commissioner Carollo was not retaliating period, but was

20  not retaliating because they exercised their free speech by

21  supporting Leon.

22       Commissioner Carollo made it very clear why he had

23  concerns.  Because his constituents had concerns.  That's what

24  the evidence will show.

25       The evidence will show that the city at each and every

 1   time that they went out there based off of information passed

 2   along did so on its own accord, with its own independent

 3   determination and then proceeded how it thought was best as the

 4   city administration.  Commissioner Carollo has no power to

 5   individually do any of that on his own.

 6        Now, you heard a lot about damages a few minutes ago

 7   at the end of plaintiff's, so let me touch on that for a

 8   moment.  Let's be clear.  They have sued individually.  This is

 9   not about the damages to their businesses.  It has to be about

10   their own individual damages.

11        And ultimately, what the evidence is going to show or

12   I should actually say what the evidence is not going to show is

13   that the plaintiffs have any damages.

14        With respect to noneconomic damages, this idea of

15   emotional distress, there will be no evidence of doctor's

16   visits with doctor's notes and prescriptions.  None of those

17   documents exist here.  There's no evidence whatsoever of that.

18   You'll hear self-serving testimony, but you will not see any

19   actual documents of any diagnoses from a doctor, no

20   prescriptions, no nothing.  That does not exist.

21        With respect to economic damages, again, I urge you to

22   keep your eye on the ball throughout this case because they're

23   going to talk about the city did this to my business, and the

24   city did that to my business.  Not Commissioner Carollo.  And

25   not to them individually.

```
 1           What are their individual damages?  And again, there
 2   will be no evidence of any actual individual damages.  You will
 3   not see -- they will come up with asking you for millions of
 4   dollars, but you will not see any documents to support that
 5   claim.  You won't see tax returns.  You won't see experts up
 6   here on their behalf showing how they've lost their income.
 7   That doesn't exist here.  And ultimately, the fact is they do
 8   not have economic damages.
 9           When it's all said and done, the evidence will be
10   abundantly clear plaintiffs did not engage in protected
11   activity.  The commissioner did not retaliate against the
12   plaintiffs, nor was any of the retaliation that's alleged have
13   anything to do with the alleged protected activity.
14           The plaintiffs did not have any actual individual
15   damages either.  What the true motive of this is for the
16   plaintiffs is spelled out in their complaint.  They're asking
17   this Court in their complaint to enjoin the commissioner.  To
18   stop the commissioner from doing his job.
19           They are pleading to say commissioner -- asking this
20   Court that Commissioner Carollo no longer be allowed to make
21   any requests to any city employee.  That Commissioner Carollo
22   be no longer able to participate in any decision of the board
23   of commissioners in relationship to any matters that may affect
24   the plaintiffs' businesses including permitting, zoning, what
25   that means is if there is a resolution on the floor to lower
```

 1   the cost of a business tax receipt for all the businesses in
 2   the City of Miami by five dollars, Commissioner Carollo would
 3   not be -- based on this ask would not be allowed to participate
 4   in that or vote on that because that would affect the
 5   plaintiffs' businesses.  That's their true motive.
 6          Ultimately, the evidence is going to show that
 7   plaintiffs are not the target, but they're targeting.  So,
 8   again, I thank you for your time.  I thank you for your
 9   attention.  I thank you for your consideration.  We look
10   forward to showing you that the evidence does not support
11   plaintiffs' claims.  Thank you.
12          THE COURT:  All right.  May I see the parties at
13   sidebar briefly?
14                        (At the bench.)
15          THE COURT:  Also I don't need to have everybody up
16   here, just only named counsel if possible.  Be that as it may,
17   how long is your first witness going to take?
18          MR. GUTCHESS:  I would think may be an hour, hour to
19   an hour and a half on direct.
20          THE COURT:  Okay.  I told them till 5:00, we can stay
21   late if they want to hear it.  Who is your first witness?
22          MR. GUTCHESS:  First witness is Ken Russell but I do
23   have some concerns if he wanted to go today because he said he
24   can't tomorrow.  So if we don't get him done today, he's forced
25   to come back at one tomorrow, that might be a problem for him.

```
 1   I should at least go out and ask him.  I don't know if that's
 2   changed.
 3           MR. PERTNOY:  We can also take him later in your
 4   case.
 5           MR. GUTCHESS:  I don't mind starting him.  I don't
 6   know if he can return at 1:00.
 7           THE COURT:  Go ahead.  Ask him.  Do you want to take
 8   him out of order the next time apparently if he can't come back
 9   tomorrow?
10           MR. GUTCHESS:  I don't have anybody else here, no.
11           THE COURT:  All right.  Well, we'll just start
12   tomorrow morning.  Moving forward, make sure everyone is
13   prepared to go so we don't have to run into this issue at 1:00
14   but be that as it may, whatever witness you've got, be prepared
15   to go because the trial schedule, I told you the days we're not
16   going to be here.  You already know.
17           MR. GUTCHESS:  Let me run out and see if he can come
18   back.
19           THE COURT:  It's up to you.  That's fine, you want to
20   have him come tomorrow at 1:00, go from 1:00 to 5:00.  That's
21   fine with this Court.  But, okay.  All right.
22           MR. GUTCHESS:  We're done then for the day?
23           MR. PERTNOY:  Just a couple minute break.
24           THE COURT:  I'm going to excuse them.  Let's find out
25   first if he can come tomorrow at 1:00.
```

```
 1                      (Short recess had.)

 2            MR. GUTCHESS:  So, Your Honor --

 3            THE COURT:  Yes.

 4            MR. GUTCHESS:  I told Commissioner Russell he can go

 5    home.  We'll reschedule him for next week.  We'll start with

 6    Mr. Gonzalez tomorrow at 1:00.

 7            THE COURT:  That's fine.  I'm going to excuse the

 8    jurors until tomorrow.  We'll start promptly at 1:00 p.m.

 9    tomorrow, okay?

10            With that said, anything else, plaintiff?

11            MR. GUTCHESS:  No thank you.

12            THE COURT:  Defense?

13            MR. PERTNOY:  We're good, Judge.

14            THE COURT:  Have a good evening.

15        (Thereupon, this proceeding was adjourned at 4:19 p.m.)

16                             - - -

17                     C-E-R-T-I-F-I-C-A-T-E

18

19            I hereby certify that the foregoing is an accurate

20    transcription of the proceedings in the above-entitled matter.

21

22    JULY 20, 2023          /s/:Ellen A. Rassie_____
                             ELLEN A. RASSIE, RMR-CRR
23                           Official Court Reporter
                             To the Honorable Rodney Smith
24                           299 East Broward Blvd., Room 202B
                             Fort Lauderdale, Florida  33301
25                           (954)769-5448
```

MR. GUTCHESS:
**[19]** 4/4 4/14 9/22
13/12 15/8 15/14 16/5
19/14 19/21 19/25
59/18 59/22 60/5
60/10 60/17 60/22
61/2 61/4 61/11
MR. PERTNOY: **[6]**
32/9 32/19 32/24 60/3
60/23 61/13
THE COURT: **[15]**
4/13 32/8 32/14 32/20
59/12 59/15 59/20
60/7 60/11 60/19
60/24 61/3 61/7 61/12
61/14

/

**/s/:Ellen [1]** 61/22

**1**

**10 [2]** 1/5 18/15
**100 [1]** 1/19
**1040 [1]** 17/4
**13 [1]** 36/20
**1400 [1]** 2/3
**14th [6]** 17/12 19/2
20/8 21/6 48/7 54/20
**15 [2]** 18/15 38/15
**1513 [1]** 22/13
**1530 [1]** 15/16
**169 [1]** 1/16
**17th [1]** 17/12
**18 [3]** 8/25 28/4
38/20
**18-CV-24190 [1]**
1/2
**19 [1]** 25/19
**1920s [1]** 35/10
**1930s [2]** 8/5 35/10
**1940s [1]** 8/6
**1983 [2]** 5/21 7/1
**1:00 [7]** 60/6 60/13
60/20 60/20 60/25
61/6 61/8
**1:30 [2]** 14/17 15/1

**2**

**20 [2]** 23/19 61/22
**200 [1]** 1/21
**2000 [1]** 29/6
**2009 [1]** 8/17
**201 [1]** 1/13
**2011 [1]** 8/17
**2012 [5]** 25/13 36/14
36/14 36/17 49/7
**2016 [1]** 9/15
**2017 [12]** 8/17 9/3
9/6 9/16 34/12 34/13
34/14 36/17 39/9
39/13 41/4 53/4

**2018 [9]** 36/19 36/20
36/21 36/21 36/22
49/13 51/9 53/5 55/21
**2019 [1]** 25/19
**2020 [1]** 39/13
**2021 [1]** 53/5
**2022 [1]** 55/2
**2023 [2]** 1/5 61/22
**202B [1]** 61/24
**21 [1]** 36/21
**2121 [1]** 1/13
**22 [1]** 36/17
**24 [3]** 36/16 36/21
39/2
**24190 [1]** 1/2
**249 [1]** 10/20
**26 [1]** 51/9
**27 [1]** 54/20
**299 [1]** 61/24
**2:00 [2]** 52/5 52/24
**2nd [2]** 1/13 1/19

**3**

**30 [1]** 36/22
**300 [1]** 24/15
**3105 [1]** 1/19
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**33301 [1]** 61/24
**3:00 [2]** 52/6 52/24

**4**

**4100 [1]** 1/21
**42 [1]** 5/20
**48-room [1]** 50/1
**4:19 [1]** 61/15

**5**

**500 [1]** 1/16
**521 [4]** 12/15 19/6
22/14 23/2
**5448 [1]** 61/25
**5:00 [2]** 59/20 60/20

**6**

**60 percent [1]** 39/12

**7**

**7-Eleven [1]** 7/16
**769-5448 [1]** 61/25

**8**

**8th [7]** 7/10 12/16
17/12 19/6 22/13
22/14 23/3

**9**

**9150 [1]** 2/3
**954 [1]** 61/25

**A**

**ability [2]** 42/21
43/1
**able [2]** 4/7 58/22
**abnormal [1]** 22/23
**about [57]** 4/10 4/15
7/5 8/2 9/2 13/1
16/11 17/3 17/10
17/16 18/2 18/12
18/18 22/1 23/6 23/16
27/1 27/9 27/10 27/24
29/25 30/1 31/3 33/9
34/4 34/22 35/24 38/8
38/15 40/25 42/3 44/3
44/15 44/21 45/11
45/23 46/13 47/4
47/24 48/15 48/16
49/2 50/17 50/18
50/18 50/22 51/17
52/19 53/15 53/15
53/20 55/7 55/21 57/6
57/9 57/9 57/23
**above [2]** 34/19
61/20
**above-entitled [1]**
61/20
**ABT [4]** 18/7 18/12
19/7 23/21
**abundant [1]** 55/16
**abundantly [2]**
33/17 58/10
**abuses [3]** 4/17 32/2
32/3
**access [1]** 54/14
**accord [1]** 57/2
**according [1]** 35/22
**accurate [1]** 61/19
**accuses [1]** 12/23
**accusing [1]** 17/4
**Acevedo [1]** 26/20
**across [1]** 10/8
**act [5]** 19/9 45/8
45/8 45/15 45/18
**acting [1]** 6/7
**action [9]** 6/3 15/4
42/22 43/21 46/13
46/15 46/15 52/18
56/2
**action's [1]** 45/16
**actions [3]** 45/23
45/24 48/24
**activated [1]** 12/11
**actively [2]** 22/11
22/11
**activity [6]** 46/21
47/2 47/3 47/6 58/11
58/13
**actual [3]** 57/19 58/2
58/14
**actually [5]** 8/16
15/23 34/10 51/19

57/12
**added [3]** 4/19 4/21
20/17
**adding [1]** 21/21
**addition [3]** 8/3 40/1
42/8
**address [4]** 12/15
16/2 21/8 44/10
**addressed [2]** 56/14
56/15
**addressing [1]**
39/18
**adjourned [1]** 61/15
**administrate [1]**
45/9
**administration [4]**
20/19 42/10 42/16
57/4
**administratively [1]**
26/13
**admit [1]** 37/13
**admitted [4]** 11/10
37/18 37/19 50/6
**admitting [2]** 23/5
54/18
**adult [1]** 39/8
**affect [2]** 58/23 59/4
**affidavit [1]** 54/17
**affordability [1]**
41/10
**affordable [1]** 41/18
**after [15]** 4/1 8/7
11/15 19/25 22/9
24/21 26/4 32/3 36/23
36/23 39/3 49/14
51/13 53/1 53/12
**afternoon [3]** 4/5
25/19 32/24
**again [25]** 11/11
11/24 15/8 18/22
20/25 21/2 23/20
23/24 24/19 28/3
32/25 35/17 39/9
39/13 42/17 50/15
53/2 53/23 54/9 54/17
54/23 56/16 57/21
58/1 59/8
**against [17]** 5/4 4/7/2
7/3 10/25 16/9 26/5
26/6 26/7 26/10 27/7
31/15 34/18 37/7
46/19 47/3 51/4 58/11
**age [1]** 39/2
**agents [1]** 7/7
**aggressive [1]** 19/10
47/24 55/21 57/6
**agree [3]** 20/22
37/14 51/16
**agreed [1]** 20/25
**agreement [3]** 37/9
37/10 37/21

**agreements [4]**
37/16 37/20 50/7
53/25
**ahead [1]** 60/7
**aimed [1]** 21/7
**air [1]** 35/14
**airport [1]** 26/18
**alcohol [4]** 17/25
23/21 24/17 24/24
**Alfie [4]** 9/18 39/11
46/22 47/19
**all [46]** 5/16 8/12
8/19 10/4 12/20 13/20
14/12 17/10 17/11
17/13 17/18 17/19
18/23 19/4 20/13
21/25 22/10 22/16
22/25 24/9 25/4 25/6
25/7 27/1 30/23 37/1
37/12 40/6 41/15
42/12 42/15 43/24
43/24 46/2 48/24
50/14 52/4 52/25
53/23 54/15 55/20
58/9 59/1 59/12 60/1
60/21
**allegation [1]** 12/24
**allegations [2]**
33/22 49/5
**alleged [7]** 39/10
47/12 47/17 47/18
47/20 58/12 58/13
**alleyway [2]** 54/12
54/13
**allow [1]** 51/3
**allowed [6]** 22/1
22/2 31/20 49/22
58/20 59/3
**allowing [2]** 27/6
52/13
**allows [1]** 35/20
**almost [1]** 43/5
**alone [1]** 53/4
**along [15]** 9/9 17/12
17/16 17/20 26/11
43/2 43/7 43/16 44/12
48/20 48/21 48/25
49/19 55/7 57/2
**already [4]** 15/24
32/14 49/9 60/16
**also [20]** 5/10 9/25
16/25 20/23 26/17
26/21 32/11 33/16
38/21 40/4 40/9 45/5
46/5 50/2 50/5 50/6
50/16 56/7 59/15 60/3
**Altos [4]** 18/5 25/6
29/24 31/8
**always [2]** 37/4
55/24
**am [4]** 14/22 17/4
26/4 33/7

# A

**Amanda [1]** 1/12
**ambassador [1]** 16/20
**Amber [2]** 2/3 33/8
**Amendment [5]** 4/24 5/7 5/8 5/19 46/18
**amendments [2]** 4/20 5/1
**America [1]** 6/19
**American [1]** 40/7
**among [2]** 26/9 30/16
**amount [1]** 21/13
**Anne [1]** 1/11
**another [24]** 11/19 13/17 15/5 17/15 20/22 23/4 25/9 25/11 28/1 28/6 28/24 30/6 33/5 36/16 36/17 36/18 44/15 44/22 45/21 46/4 51/17 52/19 53/19 54/11
**answer [1]** 24/2
**answered [1]** 6/18
**answers [1]** 56/15
**any [40]** 5/21 5/22 5/24 5/24 6/1 6/1 17/7 17/18 17/18 18/10 23/5 23/9 23/10 23/17 23/18 23/18 24/4 25/2 26/6 26/25 28/22 30/13 32/4 32/4 47/13 50/12 52/24 56/1 57/5 57/13 57/18 57/19 58/2 58/4 58/12 58/14 58/21 58/21 58/22 58/23
**anybody [1]** 60/10
**anybody's [1]** 23/17
**anyone [1]** 16/25
**anyplace [1]** 30/15
**anything [8]** 12/24 22/19 23/11 24/1 31/5 42/21 58/13 61/10
**anyways [1]** 31/18
**anywhere [1]** 13/15
**apartment [2]** 9/14 53/11
**apartments [1]** 41/15
**apologize [1]** 17/23
**apparently [2]** 28/19 60/8
**appearance [1]** 56/4
**APPEARANCES [2]** 1/10 2/1
**applications [1]** 25/21
**apply [1]** 34/20

**appoint [1]** 19/16
**appointing [1]** 20/1
**appreciative [1]** 29/3
**approach [1]** 11/19
**appropriate [2]** 24/8 31/13
**appropriately [1]** 19/9
**approval [1]** 44/11
**approved [1]** 24/8
**April [3]** 1/5 25/19 27/21
**Architectural [1]** 36/5
**are [69]**
**area [8]** 9/13 14/3 16/7 25/17 25/18 31/9 40/12 52/23
**areas [1]** 51/19
**aren't [1]** 20/14
**argue [1]** 16/9
**around [4]** 14/1 22/8 30/19 41/15
**art [2]** 29/21 55/4
**articles [1]** 24/13
**artists [1]** 29/20
**as [50]** 5/1 5/5 5/18 7/6 7/10 8/10 9/3 14/15 14/21 14/24 17/6 17/19 17/22 21/14 24/25 25/3 26/11 26/11 28/25 30/21 31/13 31/19 32/20 33/23 36/11 37/16 38/21 39/1 39/7 41/22 42/5 42/20 43/5 46/23 46/24 48/9 49/4 50/24 51/10 51/22 52/6 52/12 55/4 55/15 56/2 56/4 56/5 57/3 59/16 60/14
**asbestos [2]** 35/11 35/14
**ask [15]** 14/8 37/22 43/1 43/3 43/12 43/12 46/2 46/25 51/7 53/6 56/1 56/16 59/3 60/1 60/7
**asked [6]** 6/15 15/10 19/4 47/23 51/12 56/8
**asking [9]** 17/11 21/25 24/3 31/12 34/15 39/7 58/3 58/16 58/19
**assemble [1]** 5/14
**assessment [1]** 44/2
**assigned [1]** 25/25
**assist [1]** 30/13
**assistance [2]** 11/7 21/5
**assistant [3]** 19/5

20/19 44/4
**assisted [4]** 41/16 53/13 53/14 53/16
**associated [7]** 12/19 12/21 25/21 27/13 28/15 29/9 30/24
**at [86]**
**Attached [1]** 28/1
**attack [1]** 30/9
**attacking [1]** 30/9
**attempted [1]** 54/23
**attend [2]** 11/21 11/24
**attendance [2]** 13/18 48/8
**attended [3]** 8/14 12/3 38/18
**attention [3]** 33/1 56/11 59/9
**attorney [11]** 20/4 20/8 21/12 21/21 22/6 22/11 22/24 26/12 27/12 45/12 45/17
**attorney's [4]** 20/11 21/5 22/24 23/5
**attorneys [1]** 32/15
**audit [2]** 24/23 25/2
**August [3]** 27/22 36/16 55/21
**authority [1]** 56/5
**Auto [1]** 7/16
**Avenue [2]** 1/13 17/13
**avenues [1]** 40/22
**avoid [1]** 34/6
**awarding [1]** 32/6
**aware [1]** 51/8
**away [1]** 13/16 15/12 19/11
**awesome [1]** 4/6
**AXS [1]** 1/10

# B

**bachelor [1]** 38/22
**back [19]** 4/9 4/14 9/19 12/6 19/12 24/12 24/22 25/13 36/6 36/6 38/15 39/7 39/9 40/1 52/2 52/11 59/25 60/8 60/18
**backpack [1]** 40/1
**backpacks [1]** 40/3
**bad [2]** 17/24 28/25
**ball [20]** 8/1 8/5 8/13 15/5 15/6 15/9 15/12 16/5 16/6 22/14 22/18 25/8 29/15 29/22 29/23 31/9 51/17 51/22 52/19 57/22
**bandstand [1]** 53/11
**bar [4]** 18/5 18/6

18/14 25/6
**bars [3]** 16/16 16/17 18/2
**baseball [2]** 20/14 40/12
**based [2]** 57/1 59/3
**basically [1]** 10/10
**basis [5]** 22/2 24/4 24/16 25/1 31/6
**be [59]** 6/2 6/11 6/16 9/10 10/11 11/7 11/23 14/22 15/3 19/2 19/4 19/6 20/2 23/12 24/15 24/16 27/25 28/22 29/3 33/1 33/4 34/2 34/12 34/15 40/19 40/25 43/9 43/18 44/24 45/2 45/4 47/3 47/7 47/16 47/25 48/1 48/12 50/24 51/3 51/10 54/22 55/8 55/16 55/24 57/8 57/9 57/15 58/2 58/9 58/20 58/22 59/3 59/3 59/16 59/18 59/25 60/14 60/14 60/16
**Beach [2]** 16/17 41/24
**beam [1]** 50/9
**beautifying [2]** 40/4 40/22
**became [5]** 6/6 9/1 38/14 39/4 49/8
**because [46]** 6/11 6/21 10/2 10/3 10/18 12/9 19/9 23/14 24/22 26/2 26/13 28/14 29/9 30/20 31/13 31/19 33/4 35/8 35/20 35/25 36/8 38/1 41/13 41/22 46/15 47/3 47/5 47/16 48/1 48/3 48/4 49/5 49/7 49/9 49/20 49/25 50/21 50/24 52/3 54/22 56/20 56/23 57/22 59/4 59/23 60/15
**become [2]** 27/12 28/18 41/24
**becomes [1]** 45/8
**bed [1]** 30/6
**been [13]** 7/18 8/4 19/10 19/10 23/9 23/10 23/18 24/1 28/4 28/13 45/10 48/10 49/21
**Beer [3]** 25/9 29/17 30/18
**before [6]** 1/8 9/14 24/25 32/9 35/9 49/7
**begin [2]** 54/6 54/18
**beginning [1]** 41/4

**behalf [3]** 22/6 43/6 58/6
**behavior [1]** 22/23
**behind [6]** 13/3 13/4 15/8 44/23 53/11 54/5
**being [12]** 16/18 18/13 24/12 25/25 32/21 35/22 37/7 40/17 45/12 45/21 50/2 56/14
**believe [1]** 32/16
**believed [1]** 23/7
**believes [1]** 17/8
**below [1]** 19/5
**Ben [2]** 12/14 33/7
**bench [1]** 59/14
**Benedict [1]** 1/18
**berate [1]** 46/6
**Bernat [2]** 44/5 56/7
**best [1]** 57/3
**better [1]** 29/2
**between [4]** 23/4 35/21 37/10 47/9
**Beverage [3]** 17/25 23/21 24/18
**beyond [1]** 21/14
**Bible [1]** 35/25
**big [4]** 29/22 31/4 35/25 36/1
**biggest [1]** 39/17
**Bill [5]** 4/19 4/20 4/24 30/13 30/16
**Billy [1]** 8/6
**binders [1]** 36/1
**Biscayne [1]** 1/21
**bit [5]** 7/5 38/8 46/13 53/19 55/7
**blame [1]** 53/23
**blank [1]** 48/8
**block [3]** 28/15 29/10 52/4
**blocking [3]** 16/8 51/4 54/14
**Blom [2]** 18/21 25/3
**blue [1]** 14/13
**Blvd [2]** 1/21 2/3 61/24
**board [5]** 16/1 16/9 27/24 28/2 58/22
**body [1]** 42/23
**book [2]** 35/25 36/1
**booth [1]** 13/4
**born [1]** 38/9
**bottom [1]** 25/23
**bought [5]** 7/11 8/9 8/21 15/22 25/14
**boutique [2]** 8/22 30/12
**BOWEN [1]** 1/20
**bragging [1]** 48/13
**breach [1]** 37/16
**break [3]** 47/7 48/4

**B**

break... [1] 60/23
breaking [1] 33/18
Brickell [1] 9/13
briefly [1] 59/13
bring [5] 15/23 16/7
33/24 46/1 56/15
bringing [3] 40/5
55/1 56/11
brink [1] 51/15
brother [2] 8/16
13/18
brought [4] 5/19
40/6 46/19 54/16
Broward [1] 61/24
brown [1] 13/4
build [2] 36/2 52/23
building [20] 7/8
14/4 29/19 33/19
33/20 34/8 34/8 34/9
34/17 35/23 35/24
37/2 42/10 43/4 43/25
48/12 49/18 50/1
50/11 54/2
buildings [7] 16/21
30/16 36/9 41/9 49/20
50/1 53/11
built [1] 54/11
burden [2] 34/2 34/3
Bush [1] 12/14
business [29] 6/17
6/17 7/6 8/8 12/14
12/17 13/15 13/16
17/5 21/3 21/8 21/9
21/15 21/25 22/3 30/3
30/20 30/21 30/25
31/1 34/11 37/5 37/22
49/15 50/25 54/1
57/23 57/24 59/1
businesses [17]
7/12 12/18 17/14
21/11 22/4 22/25 24/5
26/13 30/8 34/18
45/22 46/20 47/14
57/9 58/24 59/1 59/5
busy [1] 15/11
but [49] 5/10 10/18
11/24 12/9 12/25
13/15 16/8 20/3 23/15
24/5 25/24 29/1 29/15
30/1 30/15 31/5 31/15
31/19 32/1 32/17
33/22 35/19 37/4
37/17 39/6 40/18
41/15 41/19 42/24
45/22 45/24 46/10
46/14 47/14 47/19
50/1 52/2 52/21 53/2
53/22 53/23 55/21
56/19 57/18 58/4 59/7
59/22 60/14 60/21

buy [1] 7/8
buying [4] 7/7 8/3
16/12 16/23

**C**

C-E-R-T-I-F-I-C-A-T
-E [1] 61/17
C.E.O [2] 26/15 42/9
calculations [1] 36/6
Calle [12] 7/10 8/22
8/23 9/3 12/1 28/25
30/8 41/14 52/1 52/3
53/20 54/21
called [15] 4/19 5/20
8/24 12/6 13/5 16/22
18/3 18/4 18/5 18/25
19/3 19/15 30/4 37/8
47/20
came [3] 38/9 39/9
46/8
campaign [2] 9/16
9/17
can [46] 9/19 11/6
14/4 14/5 14/6 18/23
19/12 19/23 22/19
22/25 24/3 24/3 29/2
29/20 30/8 31/12
35/25 36/10 41/13
43/10 43/11 43/12
43/12 43/12 43/12
43/14 43/14 43/15
43/16 43/24 44/4 45/7
46/2 48/25 49/4 51/22
52/7 52/12 52/18 54/4
59/20 60/3 60/6 60/17
60/25 61/4
can't [3] 5/3 59/24
60/8
cancer [1] 35/11
candidate [1] 5/11
cannot [7] 13/16
43/10 43/18 43/20
43/21 44/4 44/23
Caprio [1] 1/11
car [2] 15/4 53/9
care [2] 48/10 48/11
careers [1] 7/14
careful [1] 56/3
CAROLLO [96]
Carollo's [10] 6/14
8/16 10/9 11/17 13/17
18/21 19/21 22/20
25/16 26/14
carried [1] 13/25
carrying [2] 11/16
21/5
cars [4] 51/4 51/23
52/2 52/10
Casamayor [1] 44/6
case [20] 1/2 4/8 4/9
5/19 6/24 7/2 7/5
15/9 31/4 31/4 33/12

34/4 34/15 39/10
46/14 46/15 46/16
47/17 57/22 60/4
catch [1] 36/10
caught [3] 37/3 37/4
37/20
causal [3] 47/7 47/9
47/24
cause [5] 21/15
46/13 46/14 46/15
47/13
caused [1] 30/10
causes [1] 35/11
cautery [1] 22/17
celebrating [1] 40/5
center [1] 8/11
centers [1] 10/6
10/7
central [1] 12/1
certify [1] 61/19
chain [20] 8/1 8/5
8/13 15/5 15/6 15/9
15/12 16/5 16/6 22/14
22/18 25/8 29/15
29/22 29/23 31/9 47/7
51/17 51/23 52/19
chairman [1] 9/1
challenging [1]
10/22
change [1] 13/20
changed [2] 23/13
60/2
changes [1] 41/10
character [1] 41/11
charge [2] 19/17
22/23
charity [1] 11/25
charter [1] 56/3
chasing [1] 13/5
Checking [1] 13/8
chest [1] 48/13
Chicago [1] 38/13
chief [9] 18/22 19/3
19/8 19/8 21/1 25/3
25/16 26/20 26/21
chiefs [1] 46/1
Children's [1] 11/21
Chirino [1] 40/8
chocolate [2] 16/21
29/21
choose [2] 28/11
28/13
Christmas [12]
11/25 12/2 12/3 12/3
12/5 29/14 39/20
39/25 49/3 49/11
49/17 50/8
church [4] 51/20
51/20 51/21 51/25
cigar [2] 8/2 9/23
citation [1] 43/23
citations [2] 17/19

42/15
cite [2] 19/18 42/14
cited [3] 17/22 27/5
50/2
cites [1] 24/13
citizen [4] 5/24 5/24
39/23 55/4
citizens [7] 4/21
32/3 35/4 40/14 41/16
43/6 53/13
city [116]
city's [3] 23/4 45/20
45/20
claim [6] 33/22
46/17 46/19 46/25
47/16 58/5
claimed [2] 27/7
52/25
claiming [2] 7/2
15/15
claims [1] 59/11
clean [1] 7/20
clear [10] 33/17 34/2
34/12 41/23 47/4 48/9
55/8 56/22 57/8 58/10
clearly [2] 30/15
48/5
client [1] 33/3
clips [1] 44/16
close [1] 26/13
closed [1] 44/23
coast [1] 9/9
Coconut [2] 9/13
27/3
code [59] 5/20 7/20
10/12 12/8 12/11 14/2
14/4 14/5 14/9 15/18
16/1 16/8 16/23 17/3
17/22 18/15 18/19
19/19 20/9 22/23
23/15 26/5 26/10
26/23 27/1 27/4 27/8
27/9 31/24 33/19
33/20 33/20 34/8 34/8
34/9 34/17 34/17
35/22 35/23 35/24
37/2 37/14 41/21
42/11 43/4 44/1 44/5
45/17 46/1 48/12
48/24 52/12 52/21
54/6 54/9 55/10 55/11
56/7 56/11
COLE [1] 2/2
Colina [1] 19/8
Colina's [1] 21/1
collecting [1] 18/23
College [1] 38/19
Colonel [1] 26/17
color [2] 5/21 6/7
Columbia [1] 5/23
combined [1] 30/24
come [21] 12/8

12/20 18/16 24/23
27/24 28/3 28/4 28/7
28/7 29/5 30/6 32/3
32/6 38/11 39/7 58/3
59/25 60/8 60/17
60/20 60/25
comfortable [1]
25/23
coming [1] 24/4
commence [1] 32/9
commenced [1]
48/23
comment [1] 28/21
comments [1] 44/19
commercial [1]
41/15
commission [22] 9/7
11/4 19/1 19/16 19/25
20/7 20/9 21/6 34/12
38/25 39/9 41/5 44/16
44/16 45/8 45/8 45/15
45/25 46/8 47/21 48/7
56/16
commissioner [85]
commissioner's [1]
26/8
commissioners [17]
22/21 22/22 29/7 42/6
42/8 42/22 43/1 43/5
44/17 44/19 44/21
45/4 45/25 46/2 55/8
55/11 58/23
commissioners' [1]
45/24
committed [1] 40/4
committing [1]
12/23
communication [1]
23/4
community [13]
8/11 33/16 35/14 38/6
38/19 38/25 39/3 39/7
39/14 39/15 40/23
41/7 45/5
companies [2] 16/19
34/6
company [1] 15/2
complained [2]
53/15 53/15
complaining [3]
17/3 29/2 50/18
complaint [6] 15/14
44/8 47/20 48/21
58/16 58/17
complaints [7]
15/18 24/1 43/2 43/3
53/1 53/4 56/10
complete [1] 50/12
Completely [1] 50/4
compliance [10]
17/3 26/10 31/24 37/9
37/10 50/6 53/25

# C

**compliance... [3]**
55/10 55/12 56/8
**compliant [1]** 17/8
**component [1]**
11/25
**concern [5]** 21/4
21/12 44/9 46/3 46/4
**concerns [11]** 5/19
20/20 20/24 43/7
44/10 45/1 55/13
56/14 56/23 56/23
59/23
**confrontation [1]**
14/19
**confronted [1]** 19/8
**confronting [1]** 15/1
**congratulate [1]**
11/3
**congratulations [1]**
11/3
**congratulatory [1]**
11/2
**Connect [1]** 11/22
**connected [1]** 47/25
**connection [3]** 47/8
47/9 47/24
**consciously [1]** 6/23
**consideration [1]**
59/9
**consistently [3]**
33/18 35/7 53/24
**constantly [1]** 50/2
**constituencies [1]**
43/8
**constituent [1]** 44/8
**constituents [7]**
39/16 39/22 39/23
44/13 48/18 55/14
56/23
**constitution [6]**
4/11 4/15 4/18 5/8
5/16 6/2
**constitutional [3]**
4/9 31/14 46/12
**construction [6]**
35/1 35/18 35/19
49/17 49/21 50/9
**construe [1]** 56/2
**contact [1]** 43/15
**contacted [1]** 10/19
**contacts [2]** 43/15
44/7
**container [3]** 50/21
50/24 51/2
**containers [1]** 54/3
**contested [1]** 16/3
**continue [1]** 34/19
**CONTINUED [1]** 2/1
**contract [2]** 37/10
37/11

**conversation [1]**
35/21
**cooperative [1]**
27/19
**coordinating [1]**
22/12
**coordination [1]**
11/21
**copies [1]** 13/25
**cops [1]** 18/15
**cord [1]** 54/25
**corner [2]** 8/1 51/2
**corners [1]** 36/8
**correctly [1]** 35/15
**corruption [2]** 26/23
26/25
**cost [1]** 59/1
**could [8]** 4/11 23/12
23/15 24/16 26/12
27/25 41/10 56/2
**couldn't [2]** 12/9
28/12
**counsel [6]** 32/18
41/22 45/11 46/22
51/10 59/16
**country [5]** 5/5 5/6
31/21 32/4 32/6
**county [1]** 34/8
**couple [6]** 6/15
11/10 33/2 49/14
50/11 60/23
**course [6]** 4/20 5/8
16/14 24/3 25/2 29/22
**court [7]** 1/1 6/12
32/11 58/17 58/20
60/21 61/23
**Courtney [1]** 1/11
**COVID [1]** 40/13
**cracked [1]** 50/12
**cream [3]** 7/25 25/9
25/10
**created [1]** 53/1
**creating [1]** 40/9
**creative [1]** 24/22
**crime [1]** 12/11
**crimes [1]** 19/17
**criminal [1]** 38/22
**criticizing [1]** 15/2
**CRR [1]** 61/22
**Cuba [4]** 6/10 16/20
32/5 38/9
**Cuban [1]** 13/2
**Cubanize [2]** 16/13
16/15
**culmination [1]**
19/15
**cultural [3]** 8/23
29/5 41/10
**Culturales [7]** 8/24
27/10 27/24 28/2
28/14 28/18 29/24
**Culturals [1]** 28/23

**culture [1]** 40/6
**Curtis [1]** 33/8
**custom [1]** 5/22
**customers [1]** 52/12
**cut [2]** 36/8 40/21
52/1 54/6
**cutting [2]** 8/13
13/19
**CV [1]** 1/2

# D

**D3 [1]** 20/9
**Dade [3]** 33/20 34/8
38/19
**Dadeland [1]** 2/3
**daily [1]** 31/6
**dais [2]** 44/18 44/25
**Daley [1]** 38/15
**damage [3]** 30/10
30/22 47/14
**damages [15]** 29/25
29/25 31/13 31/13
32/7 57/6 57/9 57/10
57/13 57/14 57/21
58/1 58/2 58/8 58/15
**dance [1]** 22/1
**dates [2]** 24/9 53/25
**DAVIS [1]** 1/18
**Dawson [1]** 2/3
**day [10]** 1/8 9/14
10/14 10/21 14/16
18/25 24/20 44/18
48/9 60/22
**days [3]** 4/10 4/14
60/15
**de [5]** 16/13 16/13
16/15 16/16 51/11
**de-Cubanize [2]**
16/13 16/15
**de-Latinize [2]**
16/13 16/16
**deadline [1]** 9/14
**deal [1]** 30/6
**debate [2]** 44/18
44/25
**December [1]** 34/14
**decided [7]** 9/6 9/18
28/10 38/25 51/1
52/23 54/5
**decision [1]** 58/22
**decking [1]** 50/14
**declared [3]** 41/3
41/6 49/21
**dedicated [2]** 7/13
39/8
**dedicating [1]** 40/12
**dedication [1]** 38/24
**deed [1]** 56/4
**deemed [1]** 50/3
**defamatory [1]**
16/11
**defame [2]** 16/24

17/7
**Defendant [5]** 1/7
1/15 2/2 3/3 32/23
**defendants [1]**
33/17
**defense [4]** 32/8
32/21 34/1 61/12
**degrees [1]** 38/22
**delapidated [1]** 54/7
**delay [2]** 37/5 37/6
**demo [3]** 35/8 35/12
49/10
**demolished [1]** 55/2
**demolition [5]** 34/25
35/6 37/8 41/8 54/18
**department [5]**
12/22 18/1 19/3 24/18
43/4
**departments [1]**
42/11
**deposition [1]** 6/15
**deprivation [1]** 6/1
**described [1]** 20/8
**details [1]** 36/2
**determination [2]**
49/1 57/3
**determinations [1]**
48/22
**developers [1]** 34/5
**development [1]**
41/8
**diagnoses [1]** 57/19
**Diaz [1]** 17/2
**did [45]** 10/2 10/4
14/16 17/5 17/16 18/5
18/6 19/9 20/1 20/3
23/13 26/24 27/5
27/20 27/22 28/7
28/12 31/18 41/23
42/19 43/19 45/3 46/8
47/1 47/2 47/12 47/13
47/19 48/20 51/13
51/15 54/3 54/12
54/13 55/16 55/17
55/22 55/23 55/25
57/22 57/23 57/24
58/10 58/11 58/14
**didn't [10]** 10/22
14/10 14/11 14/15
16/16 25/2 25/12
38/11 42/2 51/18
**different [6]** 24/9
24/9 28/11 29/19 42/7
45/21
**digging [2]** 25/10
50/13
**dilapidated [1]** 8/7
**direct [3]** 37/2 56/1
59/19
**directing [2]** 20/4
20/7
**directly [1]** 44/10

**director [3]** 17/2
17/6 26/18
**discussion [2]** 20/9
21/7
**disparage [2]** 16/24
17/7
**disparity [1]** 23/14
**displaced [1]** 28/23
**displacement [1]**
41/9
**disputes [1]** 4/25
**disregarding [1]**
6/23
**dissatisfaction [1]**
46/7
**distress [2]** 31/2
57/15
**district [19]** 1/1 1/1
1/9 5/23 9/7 9/8 9/8
9/12 10/23 10/23 26/8
39/18 39/24 40/4
40/14 41/1 41/2 44/13
55/13
**districts [2]** 9/8 42/6
**divided [1]** 42/5
**do [42]** 5/16 11/6
13/16 14/15 21/17
22/10 22/22 24/23
27/5 27/13 27/22 28/8
28/12 28/25 30/20
30/25 33/23 34/20
35/16 37/4 37/5 42/14
42/21 42/22 43/10
43/11 43/18 43/24
44/4 48/16 48/20
48/25 52/22 52/24
54/23 55/11 55/14
57/5 58/7 58/13 59/22
60/7
**doctor [1]** 57/19
**doctor's [2]** 57/15
57/16
**document [3]** 13/21
19/7 23/2
**documentation [1]**
17/19
**documents [7]** 18/8
22/25 25/7 32/12
57/17 57/19 58/4
**does [10]** 12/18
15/19 17/10 31/15
31/16 31/23 34/13
52/12 57/20 59/10
**doesn't [7]** 7/22 15/1
23/17 29/4 35/14 47/6
58/7
**doing [28]** 6/23 7/4
7/20 8/4 10/2 10/11
11/18 12/13 12/25
14/1 15/3 16/25 17/4
18/19 21/16 22/9
25/23 29/12 33/16

## D

**doing... [9]** 37/25 38/1 38/7 46/11 47/9 49/10 49/16 56/13 58/18
**Dollar [2]** 7/16 7/17
**dollars [2]** 58/4 59/2
**Domino [1]** 28/9
**don't [24]** 22/22 23/5 27/14 27/15 32/4 35/4 35/18 37/4 37/20 40/21 48/3 48/10 48/11 48/11 51/7 52/2 52/7 59/15 59/24 60/1 60/5 60/5 60/10 60/13
**done [19]** 14/7 14/8 24/25 27/2 27/4 35/15 35/22 36/7 36/8 42/15 42/17 50/10 50/10 50/14 54/9 54/15 58/9 59/24 60/22
**doors [1]** 44/23
**doorway [1]** 34/23
**Doral [2]** 7/2 7/3
**down [22]** 8/8 10/13 10/19 12/7 12/8 21/25 22/2 22/4 24/5 24/17 25/1 27/20 30/6 30/9 31/7 36/9 38/18 49/15 51/2 51/25 52/4 54/22
**downstairs [1]** 18/4
**drafted [1]** 21/20
**drawings [1]** 36/6
**drawn [1]** 13/24
**drives [2]** 39/17 39/20
**driveway [1]** 51/5
**driving [1]** 13/15
**drove [1]** 12/7
**due [1]** 9/5
**during [7]** 8/5 8/17 8/18 14/16 20/9 40/13 49/8

## E

**each [9]** 25/5 42/6 46/18 46/20 47/1 47/3 47/13 47/14 56/25
**earlier [2]** 12/4 32/10
**early [2]** 10/6 10/7
**earned [1]** 38/22
**east [2]** 51/25 61/24
**economic [2]** 57/21 58/8
**edge [1]** 51/2
**efforts [1]** 9/5
**eight [1]** 37/19
**either [3]** 35/19 56/9 58/15
**El [3]** 16/22 25/11 54/11

**Elan [2]** 14/20 51/20
**elected [12]** 6/16 33/15 34/12 34/12 38/6 39/1 39/3 39/4 39/5 39/13 44/7 53/2
**election [9]** 10/5 10/20 10/22 12/25 15/11 39/12 42/4 48/16 49/6
**electrical [2]** 54/14 54/14
**Eleven [1]** 7/16
**Ellen [2]** 61/22 61/22
**else [3]** 53/10 60/10 61/10
**email [5]** 19/4 20/11 21/1 21/9 51/13
**emails [3]** 11/9 31/24 44/3
**emergency [1]** 15/10
**Emilio [6]** 14/14 26/2 51/9 55/18 55/22 55/23
**emotional [2]** 31/2 57/15
**employee [1]** 58/21
**employees [7]** 17/7 19/17 20/2 20/3 30/5 43/14 43/15
**empty [1]** 15/21
**enact [1]** 42/24
**end [4]** 24/11 31/22 32/7 57/7
**endangered [1]** 41/6
**enemies [2]** 26/6 26/11
**enemy [1]** 26/14
**enforcement [17]** 10/13 12/8 12/11 12/23 14/2 16/1 16/8 18/1 18/16 20/10 21/19 22/23 23/15 26/23 42/11 43/4 48/24
**enforcing [1]** 34/17
**engage [4]** 47/2 47/19 54/1 58/10
**engaged [2]** 46/21 47/3
**engineering [1]** 36/5
**English [1]** 15/2
**enjoin [1]** 58/17
**enjoy [1]** 40/10
**enough [2]** 18/19 24/24
**enter [5]** 5/3 37/8 37/12 37/18 37/20
**entering [1]** 50/6
**entire [4]** 26/16 35/8 39/8 45/15
**entitled [1]** 61/20

**equipment [1]** 35/13
**equity [1]** 6/3
**escape [1]** 32/6
**Esq [9]** 1/11 1/11 1/12 1/12 1/16 1/18 1/21 2/2 2/3
**essential [1]** 41/17
**establish [1]** 15/20
**established [4]** 8/10 28/13 29/5 29/6
**establishment [1]** 13/17
**estate [1]** 7/7
**Estefan [1]** 40/8
**ethics [1]** 47/21
**even [6]** 4/8 11/12 11/25 12/1 29/8 54/25
**evening [1]** 61/14
**event [8]** 8/23 11/21 11/25 27/19 27/25 28/7 28/18 29/5
**events [2]** 24/7 28/8
**ever [3]** 23/9 49/8 55/25
**every [15]** 5/21 8/24 19/1 22/18 23/1 23/2 27/17 28/10 28/13 30/3 30/3 30/7 37/13 40/1 56/25
**everybody [5]** 21/17 30/19 48/6 48/9 59/15
**everybody's [2]** 22/5 29/7
**everyone [2]** 6/19 60/12
**everything [2]** 25/7 50/13
**evidence [76]**
**exactly [4]** 45/3 46/8 55/15 55/17
**examine [1]** 25/20
**example [1]** 15/14
**except [1]** 29/8
**exciting [1]** 11/5
**excuse [3]** 51/21 60/24 61/7
**executive [1]** 21/13
**exercise [1]** 21/13
**exercised [1]** 56/20
**exhibits [1]** 32/21
**exist [4]** 47/6 57/17 57/20 58/7
**existed [1]** 49/14
**existing [1]** 41/9
**exists [1]** 54/14
**experienced [1]** 31/5
**experts [1]** 58/5
**explained [1]** 32/14
**express [2]** 21/4 46/6
**expressed [1]** 28/22

**extend [1]** 28/3
**extended [1]** 28/2
**extension [2]** 16/2 54/25
**eye [2]** 17/23 57/22

## F

**facilities [1]** 41/16
**facility [5]** 24/15 30/12 53/13 53/15 53/16
**facing [1]** 41/7
**fact [11]** 26/9 38/17 42/20 44/3 46/7 51/7 53/3 53/6 55/18 56/3 58/7
**factor [1]** 6/24
**failure [1]** 19/18
**fall [2]** 33/25 36/9
**Familias [1]** 11/22
**family [2]** 12/2 38/18
**famous [4]** 8/1 8/5 8/20 40/7
**far [2]** 26/11
**farmer's [5]** 15/21 15/23 16/7 53/20 54/2
**father [1]** 16/19
**favorite [1]** 28/20
**February [7]** 9/3 19/2 20/8 21/6 36/20 48/7 51/9
**February 14th [3]** 19/2 21/6 48/7
**fed [1]** 26/3
**feet [1]** 24/15
**FELDMAN [1]** 1/15
**festival [2]** 28/10 50/23
**few [2]** 55/20 57/6
**field [1]** 40/12
**file [1]** 37/6
**filed [6]** 7/1 10/21 15/9 15/15 47/20 54/17
**filing [1]** 51/15
**film [2]** 9/23 9/24
**filmed [1]** 9/24
**finalized [1]** 36/18
**finally [2]** 40/13 51/16
**financing [1]** 10/24
**find [5]** 6/8 13/9 14/4 25/24 60/24
**finds [1]** 17/22
**fine [3]** 60/19 60/21 61/7
**fire [4]** 19/3 36/10 42/11 43/5
**first [22]** 4/20 5/7 5/8 5/19 8/22 8/24 9/10 15/9 18/10 30/10 32/9 32/25 33/3 33/6

**38/9 38/13 39/1 46/18 59/17 59/21 59/22 60/25
**FIU [1]** 38/22
**five [7]** 9/8 26/18 36/15 37/18 42/5 42/6 42/8 44/21 45/7 59/2
**fix [1]** 37/15
**Flagler [1]** 1/16
**flavor [1]** 38/14
**flea [2]** 28/19 53/20
**flip [1]** 13/21
**floor [1]** 58/25
**FLORIDA [15]** 1/1 1/5 1/13 1/17 1/19 1/22 2/4 12/22 13/15 33/19 34/7 37/2 38/12 38/16 61/24
**flying [1]** 54/7
**focus [7]** 7/9 21/7 46/14 46/24 47/1 47/11 48/19
**focused [3]** 40/9 47/16 50/20
**focuses [3]** 18/1 39/15 40/18
**focusing [2]** 25/25 50/19
**folded [1]** 13/25
**folks [1]** 40/7
**follow [6]** 14/6 43/2 48/3 48/12 51/16 52/7
**following [15]** 4/1 22/20 23/20 23/24 24/14 24/19 33/19 33/19 33/20 38/4 41/21 41/21 48/16 52/6 52/21
**food [4]** 24/24 39/17 39/18 39/20
**force [1]** 38/20
**forced [2]** 10/5 59/24
**foregoing [1]** 61/19
**foremost [1]** 30/11
**forever [1]** 34/16
**forgiveness [1]** 37/23
**formal [1]** 24/23
**former [1]** 55/19
**FORT [3]** 1/2 1/5 61/24
**forth [4]** 33/22 36/6 36/7 45/1
**forum [2]** 44/17 56/16
**forward [4]** 11/5 44/22 59/10 60/12
**forwarded [1]** 21/9
**found [3]** 10/18 18/8 24/8
**Foundation [2]** 29/7

**F**

**Foundation... [1]** 50/12
**four [1]** 31/6
**FP [1]** 54/25
**Frank [2]** 8/16 13/18
**fraud [1]** 12/24
**free [4]** 5/9 6/11 34/15 56/20
**Friday [6]** 8/23 8/24 25/19 28/9 28/13 28/21
**Fridays [1]** 28/12
**full [4]** 16/23 29/6 34/25 34/25
**FULLER [56]** 1/4 7/5 7/21 8/9 8/13 8/18 9/1 9/17 9/18 9/23 9/25 10/7 10/16 10/17 10/24 11/1 11/10 11/11 11/15 11/20 12/5 12/13 12/21 12/23 13/16 13/23 14/12 15/20 16/22 17/5 17/10 18/19 18/23 19/18 20/13 20/18 21/23 25/4 25/18 26/6 26/24 26/25 27/13 27/23 28/6 28/15 28/20 28/24 29/9 29/13 30/20 46/8 48/8 51/8 51/11 54/17
**Fuller's [7]** 12/14 12/17 12/21 13/3 13/4 28/14 30/16
**fully [2]** 8/14 51/8
**fundamental [3]** 5/18 6/9 6/13
**Futurama [4]** 13/5 28/24 29/18 29/19

**G**

**garbage [1]** 40/23
**Garcia [3]** 14/20 14/21 51/20
**gather [1]** 5/15
**gathering [2]** 22/24 25/7
**gatherings [1]** 8/11
**General [1]** 7/17
**generally [1]** 16/10
**gentleman [5]** 8/15 9/22 14/13 14/21 30/12
**gentleman as [1]** 14/21
**gentleman in [1]** 8/15
**gentleman is [1]** 9/22
**gentleman who [1]** 30/12

**gentleman with [1]** 14/13
**gentlemen [6]** 4/5 9/5 23/9 31/6 31/19 32/24
**get [38]** 4/7 9/11 15/18 16/1 20/1 22/10 23/22 23/25 24/22 29/1 29/15 30/6 31/3 35/4 35/14 37/3 37/4 37/20 38/14 42/23 44/18 44/21 45/4 45/6 45/25 46/3 46/5 48/10 51/5 51/23 52/2 53/9 54/20 55/8 55/9 55/11 56/15 59/24
**gets [5]** 6/25 17/21 32/2 44/19 46/5
**getting [6]** 13/1 18/20 30/4 34/11 40/16 50/3
**give [1]** 56/4
**gives [4]** 4/24 5/8 21/10 43/25
**Gloria [1]** 40/8
**go [34]** 4/9 4/14 7/17 9/17 9/19 10/12 14/16 19/12 22/8 23/15 24/16 24/22 26/11 27/17 27/21 29/20 35/13 35/19 37/21 40/10 44/2 44/23 45/12 51/25 52/3 52/4 55/12 59/23 60/1 60/7 60/13 60/15 60/20 61/4
**God [2]** 6/19 29/2
**Godfather [1]** 16/23
**Godfathers [1]** 30/23
**goes [4]** 12/22 15/19 36/6 40/1
**going [109]**
**gone [4]** 31/8 31/8 31/9 31/10
**Gonzalez [10]** 14/14 20/16 20/25 21/20 26/2 51/9 55/19 55/22 55/23 61/6
**good [7]** 4/5 18/15 30/13 32/24 53/18 61/13 61/14
**goods [1]** 39/21
**got [17]** 8/7 22/16 27/5 27/11 28/8 29/15 33/24 33/24 34/12 38/13 39/3 39/4 46/9 49/3 49/15 49/15 60/14
**gotten [5]** 40/7
**government [10]**

**4/16 4/17 4/22 4/25 5/13 5/17 6/12 22/3 26/7 26/14
**grade [1]** 23/12
**great [1]** 5/6
**grew [1]** 38/13
**group [3]** 1/10 16/12 16/18
**Grove [2]** 9/13 27/3
**guess [1]** 37/15
**Gutchess [1]** 1/11
**gutted [1]** 50/4
**guy [2]** 26/16 42/10

**H**

**had [35]** 4/1 7/9 8/18 10/18 10/23 10/24 11/25 12/2 12/3 12/7 13/24 15/15 15/22 15/23 17/23 19/2 20/2 20/5 20/24 21/21 24/25 26/22 27/3 27/4 27/12 27/12 27/14 28/13 28/18 40/15 50/22 51/14 56/22 56/23 61/1
**half [2]** 49/3 59/19
**hallway [1]** 18/18
**hams [1]** 39/25
**hand [4]** 7/25 11/1 49/4 49/4
**handed [1]** 45/9
**handful [1]** 49/2
**handing [2]** 39/21 39/25
**happen [1]** 27/6
**happened [5]** 8/23 10/14 15/24 19/2 22/8
**happening [3]** 23/25 24/2 52/5
**happens [1]** 32/2
**harass [1]** 6/7
**harassing [3]** 22/9 53/6 53/7
**harassment [3]** 6/12 30/2 30/2
**hard [1]** 30/14
**harm [3]** 7/23 21/15 31/2
**harmed [1]** 23/9
**has [21]** 6/19 7/1 18/24 20/20 22/10 24/8 26/9 29/19 30/10 31/11 42/20 42/24 43/22 45/10 46/18 46/20 47/25 48/1 55/14 57/4 57/9
**Havana [13]** 7/10 9/12 15/22 16/13 16/14 38/9 40/6 40/8 40/25 41/1 41/1 41/14 48/13**

**have [65]**
**having [4]** 14/19 27/2 27/11 36/3
**he [187]**
**he's [28]** 7/19 7/20 7/21 9/10 10/15 12/25 15/3 15/18 16/7 16/8 16/24 16/25 17/3 17/11 24/1 24/14 24/15 24/17 26/3 26/4 29/13 29/14 39/21 40/4 40/9 41/12 56/11 59/24
**head [1]** 44/5
**heads [1]** 32/15
**health [5]** 35/3 38/2 52/8 52/16 56/12
**hear [26]** 7/19 8/6 9/2 11/14 11/17 13/1 13/13 14/15 14/20 14/21 14/24 18/12 18/22 20/16 20/23 22/21 24/6 26/19 27/3 30/17 31/7 42/2 44/15 51/18 57/18 59/21
**heard [14]** 12/4 33/21 40/17 41/22 45/11 46/13 49/2 50/16 51/17 52/19 53/19 54/11 55/7 57/6
**hearing [3]** 16/3 19/25 53/25
**heart [2]** 7/10 17/13
**heartbeat [1]** 41/17
**heated [1]** 46/9
**height [1]** 23/13
**help [1]** 30/14
**Herald [2]** 28/17 28/17
**here [29]** 4/23 6/5 6/19 9/10 11/19 12/14 13/10 14/4 14/9 14/19 14/24 17/2 17/17 19/4 20/11 20/19 24/14 24/23 25/3 25/4 31/25 34/24 38/9 57/17 58/6 58/7 59/16 60/10 60/16
**here's [24]** 7/24 15/5 15/14 17/9 17/15 21/20 22/20 22/24 23/4 23/20 24/2 24/6 25/16 27/23 27/25 28/5 36/13 36/16 39/22 39/25 40/20 50/3 50/5 50/10
**hereby [1]** 61/19
**hesitate [1]** 11/6
**hey [3]** 10/10 10/16 14/4
**high [3]** 4/10 4/14 38/17

**highlighted [3]** 20/5 20/13 41/7
**him [34]** 6/15 7/3 7/19 10/10 10/25 11/17 11/18 14/19 15/2 15/11 18/18 18/18 18/22 22/11 26/4 26/19 26/22 27/7 27/23 28/15 30/22 31/12 39/7 39/25 40/20 59/24 59/25 60/1 60/3 60/5 60/7 60/8 60/20 61/5
**himself [8]** 18/24 20/21 21/20 22/9 27/3 38/10 38/21 56/10
**his [69]**
**historic [5]** 9/4 16/13 41/1 41/4 41/8
**history [2]** 36/12 39/2
**hmm [1]** 32/17
**hold [3]** 10/8 27/17 35/25
**Holliday [1]** 8/7
**Hollywood [1]** 38/17
**home [4]** 5/3 12/4 27/3 61/5
**homes [1]** 39/24
**Honor [5]** 4/4 4/11 32/9 32/19 61/2
**HONORABLE [2]** 1/8 61/23
**hood [1]** 25/10
**hostility [1]** 26/8
**hosting [1]** 12/5
**hosts [1]** 39/20
**hotel [10]** 8/20 8/21 8/22 12/6 25/13 29/17 49/3 49/7 49/25 50/1
**HOTTE [1]** 1/15
**hour [4]** 33/9 59/18 59/18 59/19
**house [4]** 54/5 54/7 54/21 54/24
**housing [2]** 41/15 41/18
**how [15]** 6/13 22/1 26/12 27/25 30/2 36/2 44/22 46/10 48/13 55/8 55/9 55/14 57/3 58/6 59/17
**However [1]** 9/18
**humbly [1]** 21/4
**hundreds [1]** 7/13
**hurt [1]** 35/5
**HUSS [1]** 1/15

**I**

**I will [1]** 30/20
**I'd [2]** 30/14 30/15
**I'll [1]** 31/3

| | | | | |
|---|---|---|---|---|
| **I** | **indoors [1]** 52/21 | 50/20 50/22 51/17 | **jurisdiction [2]** 5/24 | **later [4]** 9/2 38/11 |

**I**

**I'm [12]** 8/1 9/19
11/8 11/12 13/9 13/21
25/23 25/25 28/25
46/25 60/24 61/7
**I've [6]** 30/1 31/5
33/24 33/24 36/11
48/9
**ice [3]** 7/25 25/9
25/10
**iconic [1]** 40/5
**idea [3]** 24/23 45/11
57/14
**ideas [1]** 45/1
**if [34]** 4/9 4/14 6/17
9/10 9/19 11/6 11/19
11/22 24/16 24/24
25/19 27/9 28/25 29/1
30/13 30/19 31/19
37/3 42/14 43/5 44/7
47/5 47/13 48/1 58/25
59/16 59/21 59/23
59/24 60/1 60/6 60/8
60/17 60/25
**ignoring [1]** 34/7
**II [1]** 1/4
**illegal [1]** 54/18
**illegally [1]** 15/16
**imagine [3]** 18/13
52/7 52/12
**immediately [4]**
11/15 20/18 51/13
51/14
**immunities [1]** 6/1
**impact [1]** 41/10
**implicates [1]** 4/9
**important [8]** 5/7
31/4 32/1 33/10 35/20
36/10 44/20 45/24
**importantly [2]**
40/18 52/9
**impression [1]**
21/10
**improved [1]** 27/25
**in [200]**
**including [4]** 41/8
44/4 49/2 58/24
**income [2]** 31/1 58/6
**incrimination [1]**
5/4
**independent [4]**
44/2 48/22 49/1 57/2
**indication [1]** 15/25
**individual [12]** 26/1
34/6 45/24 46/18
46/19 46/20 47/13
47/14 57/10 58/1 58/2
58/14
**individually [4]**
45/16 57/5 57/8 57/25
**individuals [1]** 5/5

**indoors [1]** 52/21
**information [15]**
23/22 43/4 43/13
43/16 43/17 44/1 44/8
44/12 46/3 48/10
48/20 49/20 55/9 55/9
57/1
**informational [1]**
55/25
**initially [1]** 54/24
**injunction [1]** 15/10
**injured [1]** 6/3
**injury [2]** 23/11
23/18
**inquire [2]** 43/1
43/12
**insecurity [1]** 39/18
**inspect [2]** 14/17
22/18
**inspection [1]** 22/13
**inspectors [4]** 44/1
44/1 45/17 46/2
**instances [1]** 47/18
**instead [2]** 27/23
29/2
**institution [2]** 28/4
31/10
**instruct [2]** 32/12
56/1
**intentionally [1]**
21/15
**international [1]**
38/23
**interpreting [1]** 22/5
**intimidated [1]**
21/18
**into [14]** 10/5 18/20
27/11 35/14 37/8
37/12 37/18 37/20
42/5 46/9 50/6 53/9
54/25 60/13
**introduce [1]** 33/3
**invested [1]** 7/12
**investigate [6]** 18/7
19/17 20/2 26/22 43/3
43/12
**investigation [1]**
21/11
**invitation [1]** 28/1
**invitations [1]** 27/23
**invite [1]** 28/1
**inviting [3]** 9/16
27/23 28/6
**involved [2]** 22/16
29/1
**involves [1]** 36/3
**is [270]**
**isn't [3]** 14/5 24/1
49/22
**issue [15]** 5/20 6/9
23/8 23/14 37/24
39/10 41/19 41/19

50/20 50/22 51/17
52/8 52/19 54/11
60/13
**issued [2]** 14/9
17/19
**issues [12]** 4/9 16/2
23/11 23/16 44/18
44/21 45/2 46/3 46/25
50/16 53/22 55/13
**issuing [3]** 17/9
17/17 27/7
**it [109]**
**it's [49]** 5/10 5/14
5/19 8/20 11/20 16/5
16/6 18/1 18/14 18/22
24/21 27/9 27/16
27/25 31/8 31/10
31/16 32/5 32/7
32/22 33/10 33/11
33/11 33/13 34/2
35/15 35/25 35/25
37/7 41/14 42/3 42/24
45/9 46/15 47/19 48/1
48/3 48/3 48/15 48/16
49/4 49/5 49/7 49/17
49/20 49/21 52/20
58/9 60/19
**Item [1]** 20/9
**its [5]** 21/14 41/10
48/21 57/2 57/2
**itself [1]** 50/21

**J**

**jail [2]** 5/10 5/12
**James [2]** 44/5 56/7
**January [4]** 18/20
36/19 41/4 49/12
**Jeffrey [1]** 1/11
**Joanna [1]** 1/12
**job [14]** 33/16 38/1
38/2 38/7 42/12 44/11
45/2 46/11 46/23
47/10 48/17 55/14
56/12 58/18
**jobs [1]** 7/13
**JOE [27]** 1/6 11/21
19/5 20/23 33/6 33/15
38/8 38/8 38/9 38/20
39/3 39/8 39/12 39/13
39/14 39/15 40/1
40/18 41/2 41/5 41/12
41/18 46/19 48/16
48/20 48/24 49/19
**Joe's [3]** 39/11 44/11
45/2
**joined [1]** 38/20
**joint [1]** 22/13
**judge [3]** 1/9 15/11
60/13
**July [2]** 27/22 61/22
**June [2]** 27/21 36/14
**junior [1]** 38/17

**jurisdiction [2]** 5/24
5/25
**jurors [1]** 61/8
**jury [10]** 4/1 4/5 4/8
4/12 4/23 4/25 32/12
32/14 32/25 46/23
**just [38]** 5/9 7/17
7/20 8/3 11/12 11/18
12/10 14/11 14/15
15/2 15/12 16/5 18/13
18/17 19/2 19/7 20/17
20/22 22/3 24/20 27/9
27/16 28/5 29/11 30/1
32/4 33/9 33/11 33/11
35/19 36/3 39/13 49/4
51/1 53/4 59/16 60/11
60/23
**justice [1]** 38/22

**K**

**keep [5]** 17/6 24/5
33/11 37/1 57/22
**keeps [1]** 37/3
**Ken [2]** 9/9 59/22
**kept [1]** 27/23
**key [1]** 47/7
**keystone [1]** 23/13
**kids [4]** 33/23 40/1
40/2 40/11
**kind [5]** 23/10 25/14
25/14 26/25 31/20
**kiosks [3]** 15/22
54/2 54/8
**KISSANE [1]** 2/2
**knew [4]** 21/16
21/17 31/17 48/9
**know [16]** 5/2 10/3
11/22 14/10 14/11
23/6 23/7 27/15 30/7
33/4 35/10 45/24
46/10 60/1 60/6 60/16
**knowingly [1]** 31/15
**known [2]** 7/9 10/3
**knows [7]** 6/22 7/3
7/23 31/16 39/14
39/14 41/24
**KRINZMAN [1]** 1/15
**KUEHNE [2]** 1/18
1/18
**Kunert [2]** 24/6
24/11

**L**

**lackluster [1]** 28/18
**ladies [3]** 4/5 23/9
32/24
**lady [1]** 16/21
**language [1]** 16/11
**large [1]** 41/14
**last [6]** 4/19 8/23
21/6 28/2 28/9 28/13
**late [1]** 59/21

**later [4]** 9/2 38/11
50/11 60/3
**Latin [1]** 40/7
**Latinize [2]** 16/13
16/16
**LAUDERDALE [3]**
1/2 1/5 61/24
**law [16]** 1/10 1/18
6/3 6/7 6/12 6/23
12/23 14/22 18/1
21/19 34/19 44/24
45/7 45/10 45/12 48/3
**lawn [2]** 51/21 51/25
**laws [4]** 6/2 42/24
45/6 48/12
**lawsuit [8]** 10/21
10/25 24/13 37/6
37/25 45/20 45/21
45/22
**lawsuits [1]** 51/15
**leadership [1]** 11/4
**Leah [2]** 33/8 35/25
**learned [1]** 49/19
**learning [2]** 4/10
4/15
**lease [1]** 7/9
**least [2]** 53/4 60/1
**left [3]** 7/25 39/6
53/12
**legislative [2]** 21/14
42/22
**legitimately [1]**
14/11
**Leon [9]** 9/19 10/1
10/6 10/8 10/21 39/11
46/22 47/20 56/21
**lest [1]** 27/1
**let [14]** 6/14 7/5
7/17 10/12 11/22 12/9
19/12 23/15 24/22
27/21 42/17 53/10
57/7 60/17
**let's [21]** 27/10
29/25 34/2 34/23 38/8
47/3 49/11 53/21 55/8
57/8 60/24
**letter [1]** 21/1
**level [2]** 19/16 30/2
**liability [2]** 34/5
34/6
**liable [1]** 6/2
**license [1]** 42/11
**licenses [2]** 24/8
25/21
**life [22]** 23/7 23/11
23/14 23/16 23/17
27/9 35/3 36/10 37/24
38/2 38/3 39/8 40/19
40/19 41/19 42/1
44/13 48/17 48/17
50/16 52/16 56/12
**light [1]** 35/2

## L

**lights [1]** 50/8
**like [30]** 7/22 16/16
16/17 16/22 18/6 18/6
18/14 20/17 21/22
23/12 25/12 28/2
30/14 31/3 31/4 31/5
32/2 32/4 32/4 32/5
32/5 33/23 34/23 40/8
46/1 48/11 49/12
49/18 50/11 54/24
**likes [1]** 48/10
**limit [1]** 52/7
**limited [2]** 34/5
42/21
**limiting [2]** 4/16
4/17
**limits [2]** 21/14
40/21
**line [3]** 24/7 37/15
54/25
**list [7]** 12/20 13/23
20/12 25/8 25/9 25/20
26/14
**listening [2]** 33/9
43/7
**lists [1]** 14/1
**litigation [1]** 53/25
**little [22]** 7/10 9/12
13/4 15/22 16/13
16/14 17/24 28/19
28/22 29/16 38/8 40/5
40/8 40/25 41/1 41/1
41/14 46/13 48/13
49/11 53/19 55/7
**live [5]** 6/18 10/22
31/21 49/17 49/21
**lived [1]** 9/13
**livelihood [1]** 30/7
**lives [1]** 37/23
**living [4]** 41/16
53/13 53/15 53/16
**load [1]** 36/5
**local [2]** 7/13 7/24
**location [2]** 23/3
28/9
**long [3]** 25/8 25/9
59/17
**longer [2]** 58/20
58/22
**longstanding [2]**
34/6 34/21
**look [18]** 11/5 12/15
13/21 14/4 20/17
21/22 22/16 22/17
22/19 24/12 25/5 25/6
28/21 30/11 32/1
45/13 49/12 59/9
**looked [3]** 49/12
49/18 54/24
**looking [3]** 21/24

22/3 25/8
**looks [1]** 50/11
**Los [4]** 18/5 25/6
29/24 31/8
**lose [1]** 30/21
**lost [4]** 30/14 31/1
31/1 58/6
**lot [18]** 5/4 13/1
15/21 29/19 33/2 33/5
34/22 35/9 35/24
40/20 40/25 43/9
44/15 51/20 54/4 54/6
54/8 57/6
**lots [4]** 14/17 20/14
36/1 36/2
**lounge [1]** 18/14
**love [1]** 11/20
**lower [1]** 58/25
**LUBETSKY [1]** 1/15
**Lugo [2]** 12/11 15/19

## M

**made [14]** 13/25
14/23 16/11 17/18
18/18 24/25 26/14
26/22 30/21 41/23
47/25 48/1 48/21
56/22
**mafiosos [1]** 30/24
**main [3]** 21/7 41/14
49/25
**maintained [1]**
54/22
**major [1]** 29/5
**make [24]** 5/5 5/14
5/15 6/21 20/17 21/22
34/2 34/3 35/11 35/15
35/21 36/7 38/5 40/2
41/20 42/12 43/6
43/16 44/2 44/12
44/19 48/25 58/20
60/12
**makers [1]** 42/23
**makes [2]** 15/17
32/3
**making [8]** 18/11
24/1 39/21 40/13
40/15 40/16 52/15
56/13
**mall [1]** 13/7
**Malone [1]** 31/23
**man [1]** 31/23
**manage [1]** 20/3
**manager [29]** 14/14
15/16 18/17 19/3 19/5
20/20 20/21 20/22
21/2 26/2 26/15 27/6
27/7 42/9 42/9 42/13
42/16 42/18 42/24
43/20 43/25 44/5 45/9
45/17 48/9 51/9 51/11
55/9 55/20

**manager's [1]** 44/11
**managers [2]** 22/22
55/12
**mandated [1]** 25/19
**many [5]** 5/1 27/4
30/10 30/16 38/4
**map [1]** 9/7
**Marc [2]** 1/21 33/8
**March [4]** 27/21
36/21 36/21 36/22
**Marjorie [2]** 33/7
39/22
**market [7]** 15/21
15/23 16/7 28/19
53/20 53/21 54/2
**Marketplace [2]**
53/20 54/21
**MARTIN [1]** 1/4
**Mary [1]** 12/11
**Mason [2]** 1/16 33/7
**Massacre [1]** 18/25
**match [1]** 46/9
**material [1]** 10/1
**Matt [1]** 30/11
**matter [3]** 33/12
39/15 61/20
**matters [2]** 39/14
58/23
**may [13]** 11/19
21/12 24/15 27/21
30/13 36/17 46/7
51/12 58/23 59/12
59/16 59/18 60/14
**May 22 [1]** 36/17
**may be [1]** 59/18
**maybe [1]** 11/20
**mayor [8]** 7/2 7/2
8/13 19/22 29/6 38/14
39/4 39/5
**me [26]** 6/14 7/5
7/17 10/12 11/6 11/22
12/10 17/4 19/12
24/22 26/6 26/8 26/12
30/15 31/5 33/24
42/17 48/10 48/11
48/11 48/11 51/21
53/10 56/1 57/7 60/17
**mean [2]** 23/17
24/20
**means [2]** 49/22
58/25
**measure [2]** 24/16
31/22
**meet [1]** 9/17
**meeting [7]** 12/1
19/15 20/9 21/7 40/15
46/8 48/7
**meetings [4]** 19/1
27/24 44/16 44/17
**memo [3]** 18/17
21/20 21/24
**mentee [1]** 38/14

**merchants [1]** 28/22
**mess [1]** 18/19
**metal [1]** 54/7
**Mexican [2]** 18/4
29/16
**Miami [41]** 1/13
1/17 1/19 1/22 2/4
7/6 7/11 8/11 8/19
9/6 19/22 20/7 26/18
26/22 28/3 28/17 29/6
31/9 33/20 33/20 34/8
34/9 34/16 34/17 35/4
36/13 37/9 37/11
37/14 38/18 38/19
39/2 39/4 39/19 40/5
42/10 45/13 48/14
51/11 52/12 59/2
**Miami's [1]** 42/5
**Miami-Dade [3]**
33/20 34/8 38/19
**middle [2]** 8/15 30/5
**midnight [1]** 14/17
**might [3]** 11/23
28/22 59/25
**military [1]** 26/17
**millionaires [2]**
14/23 15/3
**millions [1]** 58/3
**mind [5]** 29/4 29/8
33/11 37/1 60/5
**minor [1]** 34/23
**minute [3]** 4/20 30/1
60/23
**minutes [2]** 55/21
57/6
**Miro [10]** 9/16 10/9
10/18 11/14 11/16
11/23 12/15 13/13
14/23 14/24
**Miro's [2]** 10/14
10/16
**Mm [1]** 32/17
**Mm-hmm [1]** 32/17
**moment [2]** 47/24
57/8
**money [2]** 30/14
51/14
**month [6]** 8/24
13/20 27/17 28/2
28/10 28/13
**monthly [1]** 29/5
**months [1]** 38/11
**more [9]** 4/8 19/10
19/18 23/21 24/19
25/25 28/19 40/20
52/9
**morning [5]** 15/1
30/13 52/6 52/25
60/12
**most [3]** 5/7 7/23
40/18
**mother [1]** 12/22

**motive [2]** 58/15
59/5
**move [1]** 44/22
**moved [4]** 9/13
10/23 38/15 38/18
**Moving [1]** 60/12
**Mr [127]**
**Mr. [8]** 8/16 9/13
10/6 11/15 15/25
21/23 25/5 51/8
**Mr. Carollo [3]** 9/13
11/15 15/25
**Mr. Carollo's [1]**
8/16
**Mr. Fuller [2]** 21/23
51/8
**Mr. Leon [1]** 10/6
**Mr. Pinilla's [1]** 25/5
**Ms. [1]** 15/19
**Ms. Lugo [1]** 15/19
**much [3]** 4/4 16/17
32/7
**multimillionaire [1]**
34/5
**multiple [2]** 29/4
30/1
**murals [2]** 40/5 40/6
**music [10]** 8/12
10/17 22/2 24/3 24/4
31/9 52/20 52/21
52/24 53/16
**my [13]** 17/6 17/23
21/4 23/13 29/2 33/3
33/4 33/23 49/4 49/4
56/11 57/23 57/24
**myself [1]** 33/3

## N

**named [1]** 59/16
**Napoli [2]** 19/5
20/23
**nasty [1]** 55/20
**Nation [1]** 7/16
**national [7]** 7/18
7/18 7/21 9/4 41/3
41/3 41/5
**near [2]** 20/14 54/7
**need [3]** 33/23 35/15
59/15
**needed [3]** 40/15
40/16 54/22
**needs [1]** 41/25
**neighborhood [16]**
7/14 11/5 38/6 40/2
40/12 40/23 41/6
41/17 41/20 41/25
42/7 51/21 51/25 52/1
52/5 52/11
**neighborhoods [1]**
52/13
**neighbors [2]** 14/18
53/18

**N**

**never [12]** 11/8 11/9 11/11 12/24 23/19 23/18 24/25 27/16 28/5 32/5 31/5 54/22

**new [3]** 11/2 11/12 21/11

**next [6]** 10/14 10/21 24/21 33/2 60/8 61/5

**nice [5]** 16/7 16/20 50/17 52/20 52/20

**night [11]** 12/4 13/8 14/16 15/5 18/16 22/8 28/9 28/11 29/7 30/5 52/11

**nightclub [2]** 8/1 8/5

**Niworowski [1]** 1/12

**no [28]** 1/2 8/18 12/9 18/8 23/7 24/8 26/24 26/24 27/20 27/21 35/7 43/18 43/21 45/6 47/8 51/14 53/24 55/25 57/4 57/15 57/17 57/19 57/20 58/2 58/20 58/22 60/10 61/11

**nobody's [1]** 23/9

**nodding [1]** 32/15

**noise [4]** 42/15 52/20 52/25 53/15

**nondescript [1]** 13/7

**None [2]** 54/9 57/16

**noneconomic [1]** 57/14

**nor [1]** 58/12

**not [103]**

**note [1]** 32/1

**notes [1]** 57/16

**nothing [3]** 17/5 55/16 57/20

**notice [6]** 36/13 36/18 36/20 42/14 48/6 52/17

**November [1]** 34/13

**now [29]** 6/9 9/6 10/17 11/8 12/13 13/6 18/20 22/6 22/8 22/10 22/16 27/1 27/9 33/22 34/15 37/25 44/15 46/13 47/17 47/23 48/9 49/2 50/17 52/25 53/19 54/14 54/20 55/7 57/6

**number [4]** 7/11 7/12 11/9 17/15

**numerous [2]** 26/9 37/18

**NW [1]** 1/13

**O**

**oath [2]** 6/15 11/10

**objections [1]** 32/10

**observations [1]** 56/4

**occasions [1]** 26/9

**Ocho [12]** 7/10 8/22 8/23 9/3 12/1 28/25 30/8 41/14 52/1 52/3 53/20 54/21

**October [1]** 27/22

**off [5]** 10/17 33/6 38/9 45/9 57/1

**office [8]** 11/16 22/24 23/5 27/11 30/19 34/13 36/15 44/11

**officer [2]** 38/21 56/8

**officers [2]** 18/12 55/12

**official [4]** 6/17 44/7 46/6 61/23

**officials [2]** 18/7 26/23

**often [2]** 52/7 55/11

**Oftentimes [1]** 37/15

**Oh [1]** 29/11

**okay [5]** 32/22 56/17 59/20 60/21 61/9

**old [3]** 8/21 35/10 38/10

**on [98]**

**once [4]** 6/6 11/10 28/3 32/25

**one [54]** 5/7 5/18 7/7 8/3 10/9 11/16 12/1 12/14 12/16 13/22 14/15 14/17 15/18 15/21 16/20 16/21 17/16 18/7 18/12 19/1 20/22 20/22 21/7 23/7 24/20 25/17 26/1 26/5 26/21 28/6 28/19 29/2 29/15 30/8 31/23 31/24 33/5 36/16 36/17 37/13 39/10 39/17 39/23 42/6 43/18 44/4 44/22 46/20 48/23 50/17 51/19 52/3 56/15 59/25

**ones [2]** 20/12 31/12

**only [13]** 10/18 16/8 26/5 31/11 31/14 31/18 41/19 44/20 46/15 49/3 51/15 53/5 59/16

**open [3]** 8/22 13/9 30/12

**opened [4]** 13/3 13/17 18/4 51/3

**opening [5]** 3/2 3/3 4/3 32/23 40/11

**operate [2]** 16/22 34/19

**operating [1]** 50/23

**operatives [1]** 10/9

**opinion [1]** 6/16

**opponent [1]** 6/18

**opponents [1]** 39/11

**opportunities [1]** 31/1

**opportunity [1]** 30/14

**or [44]** 5/12 5/22 5/23 5/25 6/1 6/3 11/7 11/11 11/20 12/21 12/21 14/17 14/17 16/5 16/6 18/14 18/15 18/15 23/11 23/11 23/17 26/6 28/12 28/25 29/21 29/21 31/20 32/5 32/5 34/24 41/24 42/4 44/7 44/8 46/4 46/7 47/12 53/6 56/1 56/4 56/5 56/10 57/11 59/4

**orange [1]** 13/13

**orchestrated [1]** 15/25

**order [6]** 35/11 43/20 44/7 51/23 56/1 60/8

**ordered [1]** 56/9

**orders [1]** 11/17

**ordinance [1]** 5/22

**ordinances [4]** 34/18 42/24 44/23 45/6

**organizers [1]** 39/17

**organizing [1]** 40/23

**Orlando [1]** 17/2

**other [19]** 5/1 5/25 6/3 11/1 14/2 15/19 21/24 22/10 22/12 26/6 26/9 36/4 46/7 47/11 48/2 48/3 48/19 49/24 50/1 50/5

**others [1]** 45/14

**otherwise [1]** 56/1

**our [7]** 5/16 5/16 9/10 11/5 26/7 26/7 48/12

**out [37]** 7/6 7/9 8/8 11/1 11/6 12/11 13/6 14/3 14/11 14/16 14/25 15/8 17/22 21/5 28/15 29/10 30/6 31/5 39/21 39/23 39/25 40/13 43/14 44/2 44/12 45/7 48/21 51/5 52/2 55/13 56/9 57/1 58/16 60/1 60/8 60/17 60/24

**outdoor [4]** 25/11

**outdoors [1]** 40/11

**outer [1]** 11/16

**outside [3]** 12/6 15/5 28/24

**over [15]** 9/17 22/18 23/19 24/12 24/12 25/22 30/4 33/2 35/17 35/17 38/9 38/11 50/15 50/15 50/15

**overstepping [1]** 56/5

**own [16]** 6/14 12/3 12/18 15/2 15/17 25/16 28/10 30/4 42/21 44/2 48/14 48/21 57/2 57/2 57/5 57/10

**owned [3]** 13/23 25/18 48/13

**owner [6]** 13/10 14/20 21/8 21/9 21/15 35/21

**owner's [1]** 6/17

**owners [4]** 7/7 21/3 30/18 30/18

**P**

**p.m [2]** 61/8 61/15

**pad [1]** 40/11

**Padrino [1]** 16/22

**pages [1]** 13/22

**Pan [1]** 38/10

**Panama [1]** 16/19

**paragraph [1]** 18/10

**parents [1]** 38/11

**park [1]** 40/12

**parking [1]** 14/17 15/16 20/14 29/23 51/4 51/18 51/19 51/20 52/10 52/13 53/12

**Parks [1]** 40/9

**part [6]** 4/16 9/5 16/13 41/2 50/22 54/2

**participate [3]** 28/7 58/22 59/3

**particular [5]** 7/9 7/14 7/22 21/8 21/9

**parties [3]** 22/7 56/10 59/12

**partner [1]** 12/10

**partners [2]** 8/10 12/14

**party [15]** 6/2 12/2 12/3 12/4 12/5 12/7 12/12 13/12 29/14 45/20 45/21 49/3 49/11 49/14 50/8

**pass [7]** 20/3 34/15 43/2 43/16 44/11 45/7 48/25

**passed [10]** 20/1 20/6 21/6 45/6 45/10 45/12 48/20 48/20 49/19 57/1

**passing [2]** 39/22 43/7

**passionately [1]** 45/1

**past [1]** 31/6

**paths [1]** 51/4

**patio [2]** 25/11 25/12

**pattern [5]** 34/7 34/21 36/24 37/5 37/22

**peaceably [1]** 5/14

**people [26]** 5/15 9/24 14/9 16/12 20/18 22/10 22/16 29/1 29/11 29/20 30/25 32/5 35/4 35/12 37/3 38/4 39/6 40/10 40/21 41/20 48/12 49/20 50/23 51/5 52/17 56/15

**people's [1]** 37/23

**per [1]** 50/25

**perceived [2]** 26/6 26/10

**percent [1]** 39/12

**perfectly [1]** 44/9

**perform [1]** 56/1

**performed [2]** 36/18

**performers [1]** 8/6

**performing [1]** 49/10

**period [2]** 30/4 56/19

**permission [1]** 37/23

**permit [20]** 15/25 27/16 28/8 35/20 36/3 36/13 36/14 36/17 36/18 36/19 36/19 36/20 36/21 36/22 36/22 36/24 37/1 49/16 52/12 54/17

**permits [31]** 25/15 25/21 27/2 27/4 27/14 27/14 27/20 28/16 28/24 34/22 34/22 35/2 35/7 35/15 35/16 35/18 42/11 49/10 49/10 50/2 50/4 50/10 50/10 50/12 50/14 52/24 53/24 54/10 54/12 54/15 54/23

**permitted [1]** 15/24

**permitting [1]** 58/24

**person [2]** 5/21 5/25

**personally [2]** 55/22 55/23

**personification [1]**

**P**

**personification... [1]** 38/12
**personnel [4]** 14/3 17/17 22/12 22/17
**persuade [1]** 44/22
**Pertnoy [1]** 1/16
**Peter [1]** 38/10
**photo [1]** 51/22
**photos [6]** 10/14 13/7 14/6 14/9 15/9 17/18
**pick [1]** 40/24
**pick-ups [1]** 40/24
**picking [1]** 7/22
**picture [6]** 8/12 8/20 15/4 29/15 41/13 50/13
**pictures [2]** 40/20 50/3
**piece [1]** 54/20
**PINILLA [15]** 1/4 7/6 8/9 8/18 9/18 10/7 11/11 11/15 12/5 13/24 15/20 18/23 19/18 20/13 29/13
**Pinilla's [5]** 7/21 9/25 14/12 17/11 25/5
**place [2]** 18/3 40/10
**placed [2]** 9/3 54/4
**places [2]** 12/1 16/23
**plaintiff [6]** 33/21 46/18 47/1 47/14 47/15 61/10
**plaintiff's [10]** 22/25 23/10 23/22 33/10 41/22 42/2 45/11 46/22 51/10 57/7
**plaintiffs [33]** 1/5 1/10 3/2 4/3 6/7 33/18 34/4 34/14 34/19 35/7 36/12 37/3 37/11 45/14 46/19 46/20 47/17 47/21 51/1 52/22 52/23 53/16 53/18 54/1 54/3 54/23 55/3 57/13 58/10 58/12 58/14 58/16 59/7
**plaintiffs' [5]** 45/22 49/15 58/24 59/5 59/11
**plans [2]** 36/5 36/5
**platform [1]** 38/4
**Plato [1]** 31/22
**play [6]** 19/12 19/23 22/2 24/3 24/3 52/24
**played [4]** 9/21 13/11 16/4 19/24
**playgrounds [1]**

40/10
**playing [5]** 10/17 15/7 15/13 19/13 19/20
**Plaza [1]** 28/9
**pleading [1]** 58/19
**please [2]** 11/6 19/5
**plenty [1]** 31/17
**plop [1]** 51/1
**plots [1]** 29/10
**plotted [1]** 28/5
**pocket [1]** 14/1
**point [3]** 44/6 48/8 55/13
**pointed [1]** 46/22
**pointing [3]** 14/3 14/11 56/9
**pole [2]** 54/14 54/15
**police [12]** 5/3 19/3 19/8 26/20 26/21 27/18 30/6 38/20 38/21 42/11 43/4 46/1
**political [4]** 5/11 5/15 8/11 10/3
**politics [3]** 38/14 38/24 39/6
**pool [1]** 50/13
**popular [1]** 13/2
**portfolio [2]** 7/8 7/15
**possible [2]** 11/22 59/16
**posting [1]** 36/18
**potentially [1]** 55/5
**pounding [1]** 48/13
**power [7]** 4/16 21/14 31/23 32/2 32/3 55/1 57/4
**PowerPoint [1]** 4/11
**powers [1]** 21/14
**practice [6]** 34/7 34/21 36/24 37/5 37/22 54/1
**practices [2]** 34/11 50/25
**predate [2]** 34/11 53/22
**predates [1]** 36/14
**premise [1]** 51/12
**prepared [2]** 60/13 60/14
**prescriptions [2]** 57/16 57/20
**presence [1]** 27/18
**present [1]** 19/4
**Preservation [2]** 9/4 41/4
**pressure [1]** 41/8
**pretty [1]** 46/9
**previously [1]** 7/1
**prior [1]** 44/10
**privileges [1]** 6/1

**probably [1]** 31/24
**problem [3]** 31/18 35/8 59/25
**problems [2]** 8/19 25/2
**proceeded [1]** 57/3
**proceeding [1]** 61/15
**proceedings [3]** 4/1 6/4 61/20
**process [6]** 35/1 35/2 35/20 36/4 45/25 46/10
**produce [1]** 29/2
**producing [2]** 9/24 9/25
**program [1]** 38/10
**progresses [1]** 36/3
**promote [1]** 35/3
**promptly [1]** 61/8
**proof [1]** 33/25
**proper [3]** 35/13 51/8 56/17
**properly [2]** 35/12 56/8
**properties [36]** 7/8 7/11 8/3 8/4 9/25 12/16 12/18 12/18 12/20 13/15 13/23 14/11 14/12 15/21 17/11 17/13 20/5 20/8 20/12 20/13 20/17 21/22 23/6 23/8 23/10 23/18 23/23 25/5 25/18 25/20 35/1 35/9 35/10 45/13 45/13 49/25
**property [23]** 7/7 8/9 10/8 10/18 13/3 13/5 16/12 18/7 25/5 28/24 30/3 35/8 35/11 35/12 35/21 36/16 37/13 49/12 50/5 51/3 51/12 53/19 55/2
**proposal [1]** 19/22
**propose [1]** 42/23
**proposed [1]** 4/18
**prosecutor [2]** 19/16 20/1
**protect [8]** 4/21 6/12 35/4 38/2 41/13 41/18 41/25 48/17
**protected [6]** 40/14 46/21 47/2 47/5 58/10 58/13
**protecting [3]** 40/19 44/12 52/16
**protest [1]** 5/15
**protested [1]** 20/19
**protesting [1]** 21/2
**provide [1]** 44/8
**provided [3]** 7/12

10/8 23/1
**providing [1]** 23/21
**public [13]** 17/9 17/17 22/20 23/25 24/19 39/8 40/9 44/17 44/19 46/5 46/6 49/22 56/16
**publish [1]** 4/11
**pull [6]** 27/16 28/23 34/22 35/7 35/16 35/18
**punitive [3]** 31/12 31/13 32/6
**purely [1]** 55/25
**purple [1]** 9/9
**purpose [2]** 32/16 55/24
**pursuant [1]** 4/23
**pursuit [1]** 30/2
**purview [1]** 44/9
**pushed [2]** 37/6 51/15
**put [8]** 9/7 23/13 27/18 28/10 32/7 38/21 45/1 48/6
**puts [3]** 37/23 37/24 52/17
**putting [1]** 40/20

**Q**

**quality [10]** 35/3 37/24 38/2 40/19 41/19 42/1 44/13 48/17 52/16 56/12
**question [1]** 47/11
**questions [9]** 22/1 24/2 25/3 25/4 25/6 43/2 43/3 46/2 56/16
**quick [2]** 9/19 13/10
**quote [1]** 31/22

**R**

**racing [1]** 52/11
**radio [5]** 16/11 16/24 17/4 30/23 41/23
**radios [1]** 16/10
**raid [3]** 18/13 23/22 30/6
**raided [1]** 19/9
**raiding [1]** 12/12
**raids [2]** 18/3 24/10
**raised [1]** 32/10
**rally [6]** 10/9 10/10 10/13 10/15 46/22 47/20
**rampant [1]** 31/20
**ran [5]** 16/21 38/3 39/9 41/5 41/12
**Rassie [2]** 61/22 61/22
**re [4]** 23/13 39/3

39/5 39/13
**re-did [1]** 23/13
**re-elected [3]** 39/3 39/5 39/13
**reach [4]** 11/1 11/6 43/14 44/12
**real [4]** 7/7 26/6 49/12 50/16
**realized [3]** 24/14 27/12 27/14
**really [6]** 10/22 34/4 34/14 37/25 44/20 46/14
**reason [5]** 26/3 26/4 36/7 47/25 48/2
**reasons [3]** 25/24 48/3 48/7
**recall [2]** 4/15 25/19
**receipt [1]** 59/1
**receipts [1]** 33/24
**received [2]** 15/15 25/17
**recently [1]** 39/13
**recess [1]** 61/1
**recording [1]** 14/23
**records [6]** 17/9 17/12 17/17 22/20 23/25 24/20
**redress [1]** 6/4
**reference [2]** 18/10 19/6
**refurbishing [1]** 8/21
**refuse [2]** 11/12 26/7
**refused [1]** 11/24
**regarding [2]** 21/4 23/2
**regret [1]** 30/20
**regulation [1]** 5/22
**rehabilitation [1]** 34/25
**related [1]** 47/5
**relates [1]** 46/25
**relating [2]** 26/23 26/24
**relation [1]** 23/6
**relations [1]** 38/23
**relationship [1]** 58/23
**released [1]** 35/14
**relentless [2]** 24/21 30/3
**religious [1]** 24/15
**remember [1]** 17/16
**remind [1]** 32/11
**rent [2]** 7/16 9/14
**rented [1]** 28/16
**renting [2]** 8/3 55/4
**reopened [1]** 8/10
**repeatedly [5]** 14/16 17/10 18/6 18/13 22/9

## R

**report [4]** 17/23 17/25 18/2 21/19
**reporter [2]** 12/6 61/23
**reporting [2]** 10/15 21/21
**reports [2]** 17/18 18/23
**representing [1]** 42/7
**reputation [2]** 30/22 31/2
**request [7]** 17/9 17/18 18/21 21/5 21/12 23/25 43/3
**requests [6]** 18/11 22/20 24/20 29/5 43/16 58/21
**required [1]** 27/16 45/7
**reraise [1]** 32/10
**reschedule [1]** 61/5
**research [6]** 12/13 12/17 20/4 20/8 25/24 27/12
**researching [2]** 25/18 27/11
**residence [1]** 55/5
**resident's [1]** 43/2
**residential [15]** 40/21 40/22 41/6 41/25 51/21 51/24 51/24 52/1 52/5 52/10 52/13 54/4 54/6 54/8 54/21
**residents [7]** 7/13 26/7 38/3 41/9 43/6 44/14 52/17
**resigning [1]** 26/4
**resigns [1]** 26/2
**resolution [7]** 20/1 20/4 20/5 20/6 20/7 21/6 58/25
**resolutions [2]** 44/23 45/5
**resolve [1]** 4/25
**respect [9]** 28/20 32/10 32/12 35/6 35/18 41/13 42/21 57/14 57/21
**respond [2]** 29/4 44/9
**responded [3]** 11/8 11/9 28/5
**response [1]** 19/22
**responsibilities [1]** 17/6
**responsibility [2]** 4/6 56/5
**rest [2]** 50/11 52/4

**restaurant [5]** 18/4 18/13 19/7 25/11 29/16
**restaurants [1]** 18/2
**restoring [1]** 8/4
**result [1]** 17/19
**resulted [1]** 12/24
**retaliate [2]** 47/2 58/11
**retaliated [1]** 7/3
**retaliating [4]** 27/7 31/15 56/19 56/20
**retaliation [8]** 5/12 5/19 7/1 46/17 47/12 47/12 48/1 58/12
**return [1]** 60/6
**returns [1]** 58/5
**review [1]** 25/20
**reviewed [1]** 23/1
**revitalizing [1]** 7/14
**ribbon [2]** 8/13 13/19
**Richey [1]** 18/21
**richness [1]** 41/10
**ride [1]** 55/7
**ridiculous [1]** 30/16
**right [26]** 4/24 5/2 5/3 5/9 5/11 5/14 6/11 6/19 13/13 13/22 23/12 24/4 25/8 27/15 29/1 29/4 30/7 51/2 51/4 51/23 53/11 53/12 55/17 59/12 60/1 60/21
**rights [10]** 4/19 4/21 4/24 5/5 5/18 6/1 31/15 32/4 46/12 46/18
**risk [3]** 23/11 23/17 23/17
**RMR [1]** 61/22
**RMR-CRR [1]** 61/22
**RODNEY [2]** 1/8 61/23
**room [2]** 50/1 61/24
**round [1]** 39/21
**rule [1]** 42/23
**rules [8]** 33/18 34/20 38/5 41/21 42/23 48/4 48/16 51/16
**rum [1]** 30/12
**run [8]** 8/8 9/6 9/14 31/20 38/25 42/12 60/13 60/17
**running [1]** 22/8
**runoff [1]** 10/5 10/20
**runs [1]** 42/10
**Russell [2]** 9/9 59/22 61/4
**Russia [2]** 6/11 32/5

## S

**S.E [1]** 1/19
**s: [1]** 61/22
**safe [2]** 37/3 49/20
**safely [3]** 35/12 36/8 40/11
**safety [15]** 23/7 23/11 23/14 23/16 27/9 35/3 36/10 38/2 40/19 41/19 48/17 50/16 52/8 52/16 56/12
**said [25]** 5/18 6/16 10/10 10/19 10/24 11/12 14/22 15/10 16/12 17/5 20/23 21/21 23/7 27/13 28/25 36/11 38/4 43/22 44/6 46/21 48/8 56/9 58/9 59/23 61/10
**same [9]** 9/23 10/13 19/7 26/21 28/8 28/9 30/17 32/20 52/3
**sandwich [3]** 13/2 13/2 51/3
**sang [1]** 8/7
**Sanguich [12]** 13/1 13/1 13/2 13/3 13/8 13/10 16/6 29/17 30/17 50/17 50/18 51/11
**Sarnoff [1]** 1/21
**Saturdays [1]** 28/12
**saw [11]** 19/7 26/21 31/23 42/5 44/16 46/1 49/11 50/17 53/6 53/7 55/20
**say [8]** 5/9 7/19 14/7 14/21 32/15 42/17 57/12 58/19
**saying [18]** 10/16 10/17 10/22 11/3 13/16 15/3 18/8 19/5 19/8 20/20 20/21 23/1 24/7 25/3 25/16 28/3 30/5 30/23
**says [5]** 5/21 16/18 21/4 25/23 30/13
**schedule [2]** 22/13 60/15
**school [5]** 4/10 4/15 38/21 40/1 40/3
**scope [1]** 32/11
**SCOTT [2]** 2/2 2/2
**scrap [1]** 23/2
**screen [1]** 32/18
**searches [1]** 5/2
**searching [1]** 22/3
**second [4]** 26/21 28/12 36/1 47/23
**secretly [2]** 10/2

10/4
**Section [2]** 5/20 7/1
**secure [1]** 43/15
**secured [1]** 6/1
**see [46]** 9/22 10/12 11/18 11/23 12/14 13/6 14/13 15/17 17/2 17/11 17/15 17/21 18/8 18/10 19/4 19/5 19/14 19/22 20/12 20/21 21/1 21/25 22/5 22/7 24/11 24/16 24/24 25/11 31/25 32/15 35/6 37/12 41/13 43/22 49/4 49/16 51/22 54/4 55/19 57/18 58/3 58/4 58/5 58/5 59/12 60/17
**seeing [1]** 45/2
**seeking [1]** 44/10
**seen [2]** 29/12 31/17
**seizures [1]** 5/2
**selected [1]** 4/2
**selection [2]** 7/15 7/24
**selectively [1]** 21/10
**self [2]** 5/4 57/18
**self-serving [1]** 57/18
**sell [1]** 29/21
**selling [1]** 24/24
**sending [1]** 24/17
**senior [5]** 39/23 40/14 41/16 53/13 55/4
**sense [1]** 29/16
**sent [5]** 11/2 12/11 18/7 18/13 24/12
**September [1]** 27/22
**serious [1]** 4/9
**servant [1]** 39/8
**serve [3]** 38/24 39/7 43/5
**served [1]** 39/2
**service [2]** 33/1 40/23
**serving [4]** 4/5 4/8 4/23 57/18
**set [2]** 28/24 33/22
**seven [1]** 37/19
**Seventh [1]** 4/24
**several [2]** 25/20 38/11
**shall [1]** 6/2
**share [1]** 44/8
**she [1]** 21/21
**shipping [1]** 54/3
**shirt [1]** 14/13
**shocking [1]** 6/8
**shop [8]** 7/25 8/2 9/23 13/2 16/21 25/9 25/10 51/3

**short [2]** 33/25 61/1
**should [4]** 19/10 19/10 57/12 60/1
**shouldn't [4]** 10/10 14/22 15/3 29/1
**shouting [1]** 46/9
**show [66]**
**showed [1]** 16/2
**showing [7]** 10/13 16/8 32/16 34/1 43/19 58/6 59/10
**shown [3]** 30/1 32/12 32/21
**shows [2]** 35/7 52/17
**shut [13]** 10/13 10/19 12/8 21/25 22/2 22/4 24/4 24/17 25/1 27/20 30/19 37/17 49/15
**SHUTTS [1]** 1/20
**side [1]** 33/10
**sidebar [1]** 59/13
**sides [1]** 49/4
**significant [6]** 4/16 5/1 5/4 6/24 9/4 23/11
**silence [1]** 53/17
**similar [1]** 25/8
**simple [1]** 33/13
**since [1]** 33/1
**singers [1]** 40/7
**single [5]** 30/3 30/8 37/13 45/6 46/17
**sir [1]** 6/18
**sister [1]** 12/21
**sit [1]** 44/18
**site [3]** 24/7 49/17 50/9
**sites [1]** 49/21
**situation [1]** 31/14
**six [4]** 37/18 38/10 53/4 53/5
**small [2]** 7/6 16/18
**SMITH [2]** 1/8 61/23
**so [52]** 4/8 6/9 7/19 8/2 9/3 14/25 15/16 16/5 16/24 17/2 17/6 19/25 20/6 21/7 21/16 23/16 24/4 24/17 25/5 25/16 27/20 28/16 31/1 33/4 33/21 34/4 34/22 35/4 35/12 35/13 36/10 36/11 38/8 40/10 40/21 44/25 45/11 45/23 46/2 46/25 48/9 52/3 52/7 52/17 52/24 56/18 57/2 57/7 59/7 59/24 60/13 61/2
**some [13]** 8/6 13/6 13/7 16/2 18/2 30/14 31/3 40/20 41/7 44/16

**S**

**some... [3]** 45/13
48/2 59/23
**somebody [4]** 23/14
31/14 42/14 50/21
**someone [1]** 32/2
**something [2]** 4/19
50/22
**sometimes [3]** 15/17
15/18 15/19
**somewhat [1]** 20/2
**sorts [3]** 8/12 22/1
40/6
**south [5]** 2/3 16/17
38/12 38/15 41/24
**SOUTHERN [1]** 1/1
**space [1]** 40/9
**Spanish [2]** 14/24
16/10
**sparks [1]** 54/7
**speak [3]** 11/12 15/1
29/9
**special [3]** 19/16
20/1 28/8
**specific [2]** 21/3
43/21
**specifically [1]** 4/21
**speech [8]** 5/9 46/21
47/9 47/18 47/19
47/25 48/1 56/20
**speed [2]** 40/21 52/7
**spelled [1]** 58/16
**spend [1]** 51/14
**spending [2]** 33/2
33/5
**spent [1]** 33/9
**splash [1]** 40/11
**spoke [1]** 11/11
**spotted [1]** 10/9
**stadium [1]** 20/15
**staff [6]** 11/7 18/22
20/12 25/3 25/16 44/7
**staffer [1]** 9/16
**stage [1]** 27/18
**staircase [1]** 23/12
**stake [1]** 37/24
**stalking [1]** 53/5
**stand [1]** 7/1
**standing [2]** 17/1
26/5
**stands [1]** 16/15
**start [7]** 35/19 36/9
40/8 53/21 60/11 61/5
61/8
**started [8]** 6/7 7/6
12/13 14/2 14/3 15/2
21/24 27/10
**starting [3]** 12/17
17/7 60/5
**state [2]** 5/22 19/16
**statement [7]** 3/2

3/3 4/3 5/15 6/14
32/23 42/2
**statements [1]**
16/11
**STATES [3]** 1/1 1/9
5/25
**station [1]** 17/4
**statute [2]** 5/20 5/22
**stay [2]** 15/12 59/20
**stems [1]** 26/8
**steps [1]** 23/13
**steroids [1]** 41/24
**Steve [1]** 9/16
**Steven [1]** 12/15
**still [4]** 10/17 15/16
49/16 50/11
**stone [1]** 22/19
**stop [2]** 31/12 58/18
**stopped [1]** 38/5
**stopping [1]** 18/18
**story [5]** 33/10 33/11
33/14 38/12 49/3
**straightforward [1]**
33/14
**street [12]** 1/16 1/19
7/10 10/8 12/7 12/16
17/12 22/14 22/14
23/3 50/22 52/3
**streets [1]** 40/22
**stressed [1]** 31/4
**stresses [1]** 31/5
**strike [1]** 33/17
**strip [1]** 13/7
**structure [5]** 49/9
49/18 49/22 50/5
54/18
**structures [1]** 50/3
**studio [1]** 55/5
**stuff [2]** 22/22 31/20
**Suarez [1]** 1/12
**subjugates [1]** 5/24
**subordinate [1]**
43/20
**succeed [1]** 34/1
**succeeded [3]** 31/8
31/11 31/11
**success [1]** 38/12
**successful [1]** 13/5
**such [1]** 5/1
**sudden [2]** 13/20
22/10
**sued [3]** 45/22 53/16
57/8
**suggest [1]** 26/12
**suggesting [1]**
28/23
**suggestions [1]**
43/16
**suing [1]** 38/1
**suit [1]** 6/3
**Suite [5]** 1/13 1/16
1/19 1/21 2/3

**summary [1]** 29/11
**Sunshine [1]** 44/24
**super [1]** 43/5
**supervisors [1]** 14/8
**supplies [1]** 40/3
**support [14]** 5/11
6/20 6/20 8/14 9/18
13/14 25/17 27/17
29/7 30/15 39/10
48/11 58/4 59/10
**supported [5]** 6/18
16/18 42/4 42/4 48/11
**supporting [2]** 26/25
56/21
**supposed [1]** 50/24
**sure [18]** 4/13 6/21
35/12 35/15 35/22
36/7 38/5 39/21 40/2
40/14 40/15 40/16
41/20 43/6 44/12
52/15 56/13 60/12
**surprisingly [1]** 16/2
**suspicious [1]** 24/11
**SW [7]** 12/15 17/12
19/6 22/13 22/14 23/2
54/20
**switch [1]** 35/2
**sympathy [1]** 28/22

**T**

**tabs [1]** 36/2
**taco [1]** 29/16
**take [10]** 13/21 14/6
30/11 34/13 43/20
49/12 52/18 59/17
60/3 60/7
**taken [2]** 45/16
54/22
**taking [6]** 10/14
11/4 11/16 14/2 15/9
36/15
**talk [15]** 8/2 14/17
18/12 23/16 27/10
27/24 28/4 29/25
34/22 35/24 38/8 44/3
44/21 45/11 57/23
**talking [5]** 18/2
40/20 40/25 43/9
47/24
**tapped [1]** 54/25
**Taquerias [12]** 18/3
18/4 19/6 22/15 22/18
23/3 24/7 24/20 24/24
29/24 31/7 31/8
**Taquito [2]** 25/11
54/11
**Taquitos [1]** 29/16
**target [16]** 6/17
29/13 29/14 29/14
29/17 29/17 29/17
29/18 29/18 29/22
29/22 29/23 29/24

29/24 30/21 59/7
**targeted [3]** 7/18
8/19 29/12
**targeting [10]** 9/2
20/18 20/20 20/24
21/2 21/11 21/22
29/13 52/15 59/7
**targets [1]** 21/9
**taste [1]** 38/24
**tax [2]** 58/5 59/1
**team [1]** 33/4
**tell [4]** 7/5 16/15
31/3 33/24
**telling [3]** 18/18
30/19 30/24
**ten [2]** 4/20 13/25
**tenants [6]** 7/15
7/18 7/18 7/21 7/22
7/24
**tent [1]** 50/19
**tenure [1]** 49/9
**terrifying [1]** 20/3
**territory [1]** 5/23
**testify [2]** 11/14
11/23
**testifying [1]** 51/10
**testimony [6]** 13/13
20/16 22/21 46/24
56/7 57/18
**text [5]** 10/16 11/2
11/19 11/23 30/11
**texts [2]** 10/14 11/9
**than [1]** 28/19
**thank [10]** 4/4 6/19
32/7 32/22 32/25 59/8
59/8 59/9 59/11 61/11
**Thanksgiving [1]**
39/20
**that [328]**
**that's [73]**
**their [61]** 7/13 7/15
8/10 10/8 10/18 11/24
12/16 12/17 13/14
15/21 15/25 16/16
16/21 17/13 19/18
21/9 29/4 29/20 29/21
29/21 30/22 31/2
31/14 32/2 32/15 34/2
34/2 34/18 35/1 35/8
36/16 36/24 37/5
37/13 37/22 40/7
40/17 43/6 43/7 44/2
45/1 45/1 45/1 45/5
46/20 47/14 47/16
48/13 51/2 52/11
55/13 55/14 56/20
57/9 57/10 58/1 58/6
58/6 58/16 58/17 59/5
**them [49]** 7/6 7/23
7/25 10/19 12/11 13/6
13/14 13/15 13/25
13/25 16/8 16/9 16/11

16/20 16/24 16/25
19/17 21/18 21/18
21/19 22/18 23/22
24/17 25/1 25/22
27/18 27/20 27/21
29/9 29/10 30/21
30/25 31/15 34/18
34/20 37/12 37/18
40/15 40/16 42/25
46/7 46/20 52/11
53/17 54/4 56/11
57/25 59/20 60/24
**then [47]** 7/9 9/22
10/21 12/2 12/7 12/10
12/20 12/22 14/6
18/24 19/22 20/11
20/21 20/25 24/11
24/22 24/23 28/16
28/25 29/2 29/11 31/2
37/6 37/14 37/20
38/15 38/17 39/3 39/3
39/4 39/6 39/6 39/13
44/1 45/7 45/9 45/16
48/23 51/15 52/1 52/2
52/11 53/12 54/8
54/23 57/3 60/22
**there [50]** 4/18 5/1
8/7 9/23 9/24 10/6
10/6 12/9 12/12 12/15
13/4 13/13 14/13
14/25 14/25 18/14
23/1 23/7 24/19 25/12
27/17 29/15 34/24
35/1 35/2 35/13 40/13
41/12 41/18 41/20
42/6 43/6 43/18 44/2
44/3 46/5 47/8 49/23
50/9 50/23 50/24 51/3
51/23 53/4 53/5 54/5
57/1 57/15 58/1 58/25
**there's [37]** 5/4 7/16
7/25 8/1 8/2 8/12
8/22 9/8 10/12 10/14
10/16 15/4 15/8 16/12
16/18 18/3 20/13
23/10 23/17 23/18
23/24 24/15 25/10
25/13 26/24 29/12
29/13 29/23 30/5 38/4
42/8 43/21 46/17
49/25 50/8 56/10
57/17
**thereof [1]** 5/25
**Thereupon [1]** 61/15
**these [31]** 4/25 5/16
5/18 9/5 13/7 14/1
14/9 14/15 15/22
16/10 17/10 17/12
17/15 18/11 22/24 22/7
22/16 23/6 24/5 24/9
26/13 31/5 31/19
34/11 50/16 52/25

**T**

**these... [5]** 54/2 54/3 54/8 54/16 55/24

**they [157]**

**They'd [2]** 27/18 27/18

**they're [27]** 8/3 12/16 13/8 16/6 18/19 21/25 22/22 24/4 24/24 25/6 25/7 25/8 25/10 29/9 30/23 32/13 32/15 33/25 37/6 37/7 38/1 42/14 48/23 52/10 57/22 58/16 59/7

**they've [7]** 7/11 7/13 8/4 23/1 35/9 50/6 58/6

**thing [9]** 10/13 30/17 32/20 36/9 43/18 43/23 44/15 47/23 48/19

**things [17]** 8/4 8/12 13/20 26/9 29/20 30/16 31/3 35/22 36/7 39/15 39/23 42/12 42/15 47/15 49/2 50/17 55/20

**think [8]** 8/6 8/18 27/1 27/9 30/1 30/22 33/10 59/18

**third [3]** 28/12 54/20 56/10

**this [184]**

**Thomas [1]** 2/2

**those [13]** 7/17 7/24 24/2 25/6 27/5 37/16 42/8 42/15 44/10 45/23 47/15 55/20 57/16

**though [2]** 11/12 11/25

**thought [6]** 10/24 14/10 16/16 28/17 32/1 57/3

**threat [1]** 30/7

**threatened [3]** 21/18 21/19 37/8

**threats [1]** 41/7

**three [3]** 13/22 20/14 45/7

**through [13]** 5/20 9/11 13/21 15/19 18/16 21/12 37/21 38/21 40/21 40/22 51/24 52/1 52/4

**throughout [6]** 33/23 39/8 39/18 47/1 55/12 57/22

**throw [1]** 54/8

**Thursday [1]** 19/2

**Thursdays [1]** 19/1

**till [2]** 52/24 59/20

**time [30]** 7/7 8/14 8/15 8/17 8/18 9/10 11/5 14/10 18/15 23/7 23/8 24/7 30/14 30/23 32/25 33/2 33/5 37/4 37/4 37/7 37/12 37/15 39/1 44/6 44/20 51/14 55/25 57/1 59/8 60/8

**times [4]** 37/18 37/18 37/19 37/19

**tired [1]** 28/18

**Tobacco [3]** 18/1 23/21 24/18

**today [6]** 4/23 6/5 9/10 35/9 59/23 59/24

**together [1]** 33/2

**told [9]** 13/14 15/11 17/16 28/17 30/15 51/10 59/20 60/15 61/4

**tomorrow [12]** 26/19 51/11 55/19 59/24 59/25 60/9 60/12 60/20 60/25 61/6 61/8 61/9

**ton [1]** 30/21

**too [4]** 9/2 15/11 16/17 38/4

**took [1]** 54/3

**tool [1]** 56/15

**top [3]** 23/13 26/15 51/22

**touch [1]** 57/7

**tours [5]** 14/3 14/15 55/8 55/22 55/24

**touted [1]** 35/9

**towards [1]** 26/8

**Tower [7]** 8/20 12/6 25/13 29/17 49/3 49/7 49/25

**town [1]** 30/19

**tracking [1]** 13/8

**transcription [1]** 61/20

**treasure [1]** 41/3

**Tree [1]** 7/17

**tremendous [1]** 30/10

**trial [5]** 1/8 33/23 43/9 47/1 60/15

**tried [1]** 26/10

**trip [1]** 23/15

**true [3]** 16/14 58/15 59/5

**Trust [4]** 9/4 11/22 41/3 41/5

**try [2]** 12/8 44/22

**trying [19]** 7/20 8/21 11/1 13/9 15/18 15/23 16/7 16/15 18/14 22/9

23/22 23/25 24/5 25/7 30/9 48/10 51/5 53/8 53/17

**turn [1]** 22/18

**turned [2]** 10/10 19/11

**two [12]** 9/5 10/6 10/7 13/22 19/1 23/6 31/6 38/22 47/17 49/4 50/1 53/11

**type [2]** 25/24 25/25

**U**

**U.S [4]** 4/10 4/15 5/8 5/20

**ultimately [5]** 45/4 56/18 57/11 58/7 59/6

**under [7]** 5/21 6/7 6/15 11/10 25/10 30/7 37/15

**understand [3]** 6/22 34/23 44/20

**understood [1]** 55/24

**unfounded [1]** 12/24

**Union [3]** 25/9 29/17 30/18

**UNITED [1]** 1/1 1/9 5/24

**unlawful [1]** 21/13

**unreasonable [1]** 5/2

**unsafe [5]** 49/9 49/18 49/22 50/3 50/5

**unsanctioned [1]** 21/13

**unsecured [1]** 54/8

**until [2]** 34/13 61/8

**up [44]** 7/8 7/20 8/22 9/7 10/13 12/7 12/20 13/3 13/24 13/25 14/5 14/6 16/2 16/8 22/20 23/20 23/24 24/4 24/14 24/19 24/23 24/25 26/3 27/18 28/24 29/15 30/12 36/1 37/6 38/13 43/2 46/1 46/5 46/8 48/25 49/17 50/9 51/4 52/4 54/8 58/3 58/5 59/15 60/19

**upon [1]** 11/15

**upper [1]** 7/25

**ups [1]** 40/24

**upset [2]** 17/21 27/6

**upstairs [2]** 18/5 18/6

**urge [1]** 57/21

**us [5]** 4/24 5/9 6/12 28/4 32/3

**usage [1]** 5/22

**use [2]** 28/20 54/5

**using [4]** 30/18 34/5 51/20 55/4

**usual [1]** 50/25

**V**

**vacate [2]** 51/13 51/13

**vaccines [1]** 40/16

**Valentine's [1]** 18/25

**valet [7]** 14/20 15/1 16/6 29/23 51/19 51/24 52/13

**valets [2]** 51/18 52/6

**variety [1]** 25/24

**various [1]** 25/21

**vein [2]** 41/14 41/15

**vendettas [1]** 10/4

**vendors [1]** 15/22

**Venezuela [2]** 6/10 32/5

**Venezuelan [2]** 16/20 30/24

**Venezuelans [1]** 16/19

**versus [1]** 24/24

**very [14]** 4/4 6/22 11/4 13/2 17/21 27/19 32/7 33/13 33/13 41/23 42/21 48/5 56/3 56/22

**video [20]** 9/20 9/21 11/18 13/10 13/11 14/19 15/5 15/7 15/13 16/4 19/12 19/13 19/20 19/24 46/1 49/11 50/18 53/6 53/7 53/8

**Viernes [8]** 8/24 27/10 27/24 28/2 28/14 28/18 28/23 29/24

**violates [1]** 31/14

**violating [2]** 34/7 46/12

**violation [15]** 12/9 14/5 14/9 17/5 36/13 36/20 37/2 37/14 42/15 44/24 46/17 54/6 54/9 54/9 56/2

**violations [18]** 7/20 13/9 14/4 16/23 17/22 18/9 19/19 24/9 25/14 27/2 27/4 27/5 27/8 44/6 48/24 53/24 54/17 56/10

**vision [1]** 51/4

**visits [1]** 57/16

**vital [1]** 5/16

**voice [4]** 33/15 38/6 39/14 45/5

**voices [1]** 40/17

**voluntarily [1]** 47/21

**vote [2]** 39/12 59/4

**voter [1]** 12/23

**votes [1]** 10/21

**voting [2]** 10/6 10/7

**W**

**waiver [1]** 27/15

**waivers [1]** 27/15

**walk [2]** 17/16 17/19

**walking [2]** 55/7 55/22

**want [19]** 5/10 5/11 6/20 6/21 10/3 11/3 31/22 32/10 32/11 32/25 34/15 34/19 34/20 41/23 52/10 53/23 59/21 60/7 60/19

**wanted [8]** 15/20 17/23 21/18 28/15 33/3 38/5 46/14 59/23

**wanting [1]** 48/16

**warrant [1]** 5/3

**was [118]**

**wasn't [3]** 20/22 50/9 50/20

**watching [2]** 12/7 32/21

**way [9]** 17/1 26/5 30/13 43/23 47/21 52/3 52/3 52/4 55/17

**ways [6]** 6/8 15/19 21/24 22/4 26/12 30/10

**we [36]** 4/11 5/5 5/10 5/11 6/5 6/5 6/9 6/10 6/10 6/11 6/12 6/18 9/11 15/9 18/8 21/17 22/8 24/12 26/12 31/21 31/23 33/4 33/11 46/13 47/23 49/2 50/16 51/12 53/6 54/20 55/7 59/9 59/20 59/24 60/3 60/13

**we'll [6]** 11/23 56/7 60/11 61/5 61/5 61/8

**we're [14]** 6/19 31/12 33/1 33/4 34/22 35/24 40/19 40/25 43/9 44/15 48/19 60/15 60/22 61/13

**We've [1]** 33/9

**weaponize [4]** 26/5 26/7 26/10 26/14

**week [4]** 21/6 22/9 22/9 61/5

**weekend [1]** 25/22

**weeks [6]** 6/15 11/10 12/25 19/1 33/2 49/14

**W**

**weight [1]** 30/19
**well [14]** 6/22 7/20
8/17 14/15 14/21
14/24 15/11 27/13
30/21 31/13 32/20
37/16 50/8 60/11
**went [18]** 8/8 8/25
10/20 11/15 12/4 12/6
16/1 16/10 18/3 26/11
28/5 28/8 28/16 28/17
38/17 38/18 48/21
57/1
**were [32]** 4/1 4/7
4/21 8/21 10/2 10/6
12/5 14/12 15/23
16/15 16/17 20/17
21/22 24/2 27/16
32/11 39/7 40/14
41/20 45/13 45/14
47/23 48/7 49/9 50/2
50/18 53/1 53/4 54/25
55/3 55/3 56/14
**weren't [5]** 8/19
17/22 20/17 50/24
56/14
**what [107]**
**what's [7]** 7/9 22/7
23/25 33/12 35/10
39/10 44/20
**whatever [5]** 5/10
29/21 45/10 46/6
60/14
**whatsoever [1]**
57/17
**when [45]** 4/18 6/25
7/19 10/23 11/23 12/4
13/18 15/9 16/1 16/6
17/21 18/14 19/9
21/17 23/12 23/16
25/13 27/11 29/6
31/16 32/2 36/8 36/9
37/3 37/3 37/5 37/6
38/14 38/15 45/25
48/20 49/14 49/15
49/19 49/21 51/8
51/15 52/17 53/14
54/16 55/2 55/21 56/8
56/14 58/9
**where [28]** 9/23
13/6 17/13 18/8 21/1
25/17 30/4 30/7 30/15
31/14 32/4 33/25 34/1
37/7 38/13 43/22
44/17 44/18 44/25
45/4 45/5 45/12 45/21
46/5 50/6 51/3 53/8
54/13
**wherever [1]** 52/10
**whether [2]** 13/8
56/8

**which [12]** 8/18
12/18 12/18 20/2
21/10 39/9 41/2 45/13
47/21 48/7 50/1 54/20
**whichever [1]** 5/11
**while [3]** 8/7 38/20
39/6
**whitewashing [1]**
20/18
**who [32]** 5/21 8/16
11/14 14/14 15/2 16/2
16/21 16/25 17/7
18/12 24/6 26/21
28/22 29/4 30/12
31/12 33/4 33/15 34/5
35/13 38/8 40/7 42/4
42/4 44/5 48/10 51/10
53/7 53/7 55/4 55/20
59/21
**who's [1]** 18/21
**whoever [1]** 6/20
**whole [2]** 28/16
31/19
**wholehearted [1]**
25/17
**why [17]** 6/5 6/9
6/10 6/10 6/16 24/1
24/12 28/11 28/11
28/12 31/12 32/5 35/8
35/19 36/10 49/19
56/22
**wife [2]** 33/7 39/22
**will [48]** 6/8 6/25
9/10 11/14 16/14 17/8
18/12 19/6 21/25
30/20 30/20 31/21
32/7 34/2 34/20 35/6
35/7 35/17 36/9 37/11
37/21 42/18 43/11
43/18 43/22 45/2 47/6
50/4 51/10 52/14 53/2
53/24 55/3 55/6 55/11
55/12 55/16 55/18
55/19 56/24 56/25
57/15 57/18 58/2 58/2
58/3 58/4 58/9
**WILLIAM [1]** 1/4
**Willie [1]** 40/8
**win [2]** 10/20 11/4
**window [1]** 34/24
**withdrew [1]** 47/22
**within [6]** 5/23 5/25
12/25 13/20 24/15
44/9
**without [31]** 5/3
5/10 5/12 5/12 27/2
27/4 36/12 36/14
36/17 36/18 36/19
36/19 36/20 36/21
36/22 36/22 36/24
37/1 44/10 49/10
49/10 49/16 50/2 50/4

50/10 50/12 50/14
52/23 54/12 54/15
54/23
**witness [6]** 9/10
55/19 59/17 59/21
59/22 60/14
**woman [1]** 53/8
**won [1]** 39/12
**won't [3]** 29/8 58/5
58/5
**wonderful [1]** 27/19
**wooden [2]** 13/4
54/5
**word [1]** 56/4
**words [1]** 28/20
**work [21]** 25/25
27/2 27/4 34/23 36/12
36/12 36/14 36/17
36/17 36/19 36/19
36/20 36/21 36/21
36/22 36/23 37/1
49/10 49/16 50/2
54/23
**worked [1]** 9/1
**workers [1]** 41/17
**working [6]** 11/5
14/22 15/3 22/6 22/11
38/21
**works [1]** 46/11
**worry [1]** 31/3
**worse [1]** 28/25
**would [19]** 6/16 7/8
11/20 13/14 14/6 14/8
14/16 21/17 23/15
26/11 26/13 27/17
28/2 44/24 45/12 59/2
59/3 59/4 59/18
**wouldn't [1]** 28/11
**wreath [1]** 49/17
**write [2]** 14/5 43/22
**writes [3]** 21/1 26/3
26/22
**writing [1]** 55/20
**wrong [9]** 6/16 6/23
7/4 21/17 23/12 29/15
31/16 31/18 55/16
**wrote [4]** 51/9 51/11
55/21 55/24
**Wynwood [1]** 41/24

**Y**

**year [7]** 28/16 36/23
36/23 36/23 39/21
40/1 41/5
**years [9]** 8/25 23/19
26/18 28/4 30/4 31/6
36/15 38/10 50/11
**Yes [5]** 4/4 24/3
32/19 32/20 61/3
**yet [3]** 32/13 51/13
53/22
**you [129]**

**you were [1]** 32/11
**you'll [22]** 4/15 8/6
9/2 9/22 10/12 11/14
12/13 13/6 14/13
14/23 15/17 17/2
17/11 18/8 18/10 19/4
19/22 20/12 20/21
22/5 24/11 57/18
**you're [28]** 4/23
11/17 11/17 13/1
13/13 14/14 14/20
14/21 17/15 17/21
18/11 18/14 18/22
19/14 20/16 20/23
20/25 22/7 22/21 24/6
26/18 27/2 30/4 30/17
31/7 31/25 45/2 47/11
**you've [4]** 29/12
31/17 33/21 60/14
**youngest [1]** 39/1
**your [34]** 4/4 4/10
4/11 4/14 5/3 6/16
6/18 11/3 11/7 11/12
22/3 25/17 26/5 30/5
30/7 30/8 32/9 32/18
32/19 32/25 33/1 44/7
44/9 46/6 46/23 55/14
57/22 59/8 59/8 59/9
59/17 59/21 60/3 61/2

**Z**

**zoning [3]** 15/24
41/9 58/24