1              UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2                (FORT LAUDERDALE)
                   CASE NO.  18-CV-24190
3

4    **WILLIAM FULLER** and
     MARTIN PINILLA, II,
5            Plaintiffs,              Fort Lauderdale, Florida
     vs.                                April 11, 2023
6
     **JOE CAROLLO,**
7            Defendant.
     -------------------------------------------------------
8                      **Trial Day 2**
              BEFORE THE HONORABLE RODNEY SMITH
9                UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  **AXS LAW GROUP,** by:
11                        **Jeffrey W. Gutchess, Esq.,**
                          **Courtney Anne Caprio, Esq.,**
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:  **KRINZMAN, HUSS,**
                         **LUBETSKY, FELDMAN & HOTTE,** by:
16                       **Mason A. Pertnoy, Esq.,**
                         **169 E. Flagler Street, Suite** 500
17                       Miami, Florida  33131

18                       **KUEHNE DAVIS LAW,** by:
                         Benedict P. Kuehne, Esq.
19                       100 S.E. 2nd Street, Suite 3105
                         Miami, Florida  33131
20
                         **SHUTTS & BOWEN,** by:
21                       Marc D. Sarnoff, Esq.
                         200 S. Biscayne Blvd., Suite 4100
22                       Miami, Florida  33131

23

24

25

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                           Thomas E. Scott, Esq.
3                          Amber C. Dawson, Esq.
                           9150 South Dadeland Blvd., Suite 1400
4                          Miami, Florida  33156

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2    PLAINTIFF WITNESSES:

3                              DIRECT    CROSS    REDIRECT    RECROSS

4    EMILIO GONZALEZ            12        71

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          <u>TUESDAY AFTERNOON SESSION, APRIL 11, 2023</u>

2                  <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                         - - -

4              (Call to the Order of the Court.)

5          THE COURT:  Good afternoon, everyone.  You may be

6    seated.  You want to call the case, Patricia?

7          THE COURTROOM DEPUTY:  Yes, Judge.

8          THE COURT:  Thank you.

9          THE COURTROOM DEPUTY:  This is William Fuller, et al.

10   versus Joe Carollo.  Case number is 18-CV-24190, civil, Smith.

11   Counsel, please state your appearances for the record.

12         MR. GUTCHESS:  Good morning, Your Honor.  AXS Law for

13   the plaintiffs.  Jeff Gutchess, Courtney Caprio, Joanna

14   Niworowski and Amanda Suarez.

15         THE COURT:  Good afternoon.

16         MR. PERTNOY:  Good afternoon, Your Honor.  Mason

17   Pertnoy and Leah Gardner on behalf of Krinzman, Huss, Lubetsky,

18   Ben Kuehne of Kuehne Davis Law, Marc Sarnoff of Shutts Bowen

19   and Amber Dawson of Cole, Scott, Kissane.

20         THE COURT:  Good morning.  You have the first witness

21   ready to go?

22         MR. GUTCHESS:  We do, sir.

23         THE COURT:  All right.  We can bring in the jurors

24   first.

25         MR. GUTCHESS:  Your Honor, we were unable to resolve

```
 1   all of our objections over exhibits, so I don't know if you
 2   want to run through some of those before we bring them in.
 3               THE COURT:  Well, how many exhibits are there that
 4   you have that there are any objections for?
 5               MR. GUTCHESS:  How many --
 6               MR. PERTNOY:  I'm sorry, what was the question?
 7               THE COURT:  How many exhibits that you intend to
 8   object to?  If they're the standard objections just to be
 9   objecting where they shouldn't be, I don't want to waste this
10   Court's time or your time.
11               MR. PERTNOY:  12.
12               THE COURT:  What are the bases for the objections?
13               MR. PERTNOY:  The bases for the objections varies on
14   the exhibits obviously, but there's some hearsay issues,
15   there's some authenticity issues.  There's some unduly
16   prejudicial issues.
17               For example, with the unduly prejudicial issues, some
18   of the emails have forwards to them to the State Attorney's
19   Office, which we believe would be unduly prejudicial to show a
20   jury in a civil case that materials were being forwarded the
21   State Attorney's Office.
22               THE COURT:  If I may, I think counsel yesterday
23   mentioned even during opening statement you're not going to be
24   showing anything with respect to the State Attorney's Office.
25   Do you intend to do that today?
```

1      MR. GUTCHESS:  We would like to today.

2      THE COURT:  Why?

3      MR. GUTCHESS:  Because a lot of what Carollo was

4  asking to be done, the State Attorney's Public Corruption

5  Office had wanted Mr. Gonzalez to forward to them and so he has

6  a number of emails, maybe five or six where he's forwarding the

7  key evidence to the state attorney.

8      THE COURT:  Well, by forwarding to the state

9  attorney, how is that relevant in this particular matter where

10  you intend to introduce just the contents only?  What does the

11  state attorney have to do with this trial?

12      MR. GUTCHESS:  So it shows his state of mind, that he

13  thought Commissioner Carollo was breaking the law by targeting

14  Mr. Fuller and Mr. Pinilla.

15      THE COURT:  Did he file charges against Commissioner

16  Carollo?

17      MR. GUTCHESS:  He did not.

18      THE COURT:  It's not coming in.

19      MR. GUTCHESS:  Thank you.

20      MR. PERTNOY:  Also, Your Honor, within the unduly

21  prejudicial category, documents 207, 209 and 212, there are

22  some portions within that document, and aside from hearsay and

23  relevance issues, there are some references there to alleged

24  past of Commissioner Carollo, including racism and references

25  to the KKK.

1   I don't believe that has any bearing on this case

2   whatsoever, and would be only there to inflame the jury and I

3   think that those portions of those documents to the extent that

4   they're going to be admitted on other bases should be redacted

5   as to those portions.

6   MR. GUTCHESS:  Your Honor, we would agree to the

7   redaction.  I think that those documents are the recorded

8   recollection documents which we intend to have him read into

9   evidence.

10   THE COURT:  If you would agree to the redactions, why

11   are we having this conversation now when that could have done

12   beforehand?

13   MR. GUTCHESS:  We agreed beforehand.

14   MR. PERTNOY:  Yesterday we discussed it.  We didn't

15   reach a final resolution so it was on the list today so we

16   wanted to make sure it was raised with the Court accordingly.

17   With respect to the remaining documents, some of

18   these -- to Mr. Gutchess' point as it relates to recorded

19   recollection documents, we have a concern about the

20   authenticity of the documents because Mr. Gonzalez as a city

21   employee under Chapter 119 in Florida Sunshine law was supposed

22   to maintain all city business in the city files in the city

23   records.

24   These documents do not exist in the city files.  These

25   were kept and emailed between his AOL account and Mr. Ignacio

```
1    Petit's AOL account as well as created on a computer that no

2    one has ever seen, so there's a significant concern that some

3    of these documents from an authenticity standpoint may have

4    been created well after the fact, and there's no way to test

5    the authenticity of the document if it's being shown to show

6    his state of mind at a specific point in time.  And so we have

7    concerns with those documents, not to mention the hearsay

8    issues that are contained within them.

9              THE COURT:  Well, they're created by whom?

10             MR. GUTCHESS:  Your Honor, Mr. Gonzalez can testify

11   as to the authenticity of the documents.

12             THE COURT:  That's fine.  He can -- he also -- he

13   will be subject to cross examination as well.

14             Anything else?

15             MR. PERTNOY:  What's that?  Oh, yes.  Another

16   document that, document 374 is they wish to use and introduce

17   into evidence Commissioner Carollo's deposition transcript in

18   this case.  I don't know how that would be appropriate to be

19   added -- placed into evidence.

20             They can use it to cross-examine or to refresh

21   recollection, but with respect to Mr. Gonzalez, I don't know

22   how there's any evidentiary value to a deposition transcript.

23             MR. GUTCHESS:  Your Honor, I'm not going to introduce

24   that deposition transcript through Mr. Gonzalez.

25             THE COURT:  Well, why didn't you say that beforehand?
```

MR. GUTCHESS: I did not know they were objecting to that, Your Honor.

THE COURT: All right. Next?

MR. PERTNOY: Let me just continue to look through my notes here.

Well, do you want us to also raise the ones with respect to Mr. Miro now or we wait to see if we get to Mr. Miro?

MR. GUTCHESS: I would wait.

MR. PERTNOY: That's fine. With respect to the other documents such as document 150 which is the -- and the Colina document which is 146, and the Napoli document, 135, and I believe 136, maybe one of the other city managers, there is a reference to targeting where this is layperson testimony being given almost as if it's a legal opinion by these people and Mr. Gonzalez is not the maker of those statements, and it would seem inappropriate for him to testify as to whether or not those people correctly came to the legal conclusion of it being targeting where none of those people are lawyers. None of those people can make that determination within the scope of their roles, and it would seem to be unduly prejudicial and hearsay to allow such testimony.

MR. GUTCHESS: Your Honor, targeting is not a legal term. This was a layperson term and the point of these emails is Mr. Gonzalez responding immediately saying he agreed with

```
 1   the sentiments expressed by each of them, and he's going to

 2   explain why he agreed and what he did in response.

 3          THE COURT:  All right.  That objection is overruled

 4   as to that.  Anything else?

 5          MR. PERTNOY:  I believe that covers all of them.  Let

 6   me just review my notes for a minute to make sure I didn't miss

 7   anything so that we're efficient with the jury.

 8          Oh, yeah.  Sorry.  With respect to document 20 which

 9   is a public records request, it's a narrative from a lawyer by

10   the name of Orlofsky making a public records request and it

11   seems like that would be inappropriate hearsay.

12          MR. GUTCHESS:  Your Honor, I'm not going to introduce

13   that.

14          THE COURT:  Again, when you have these objections,

15   and I told both counsel as well, it should be resolved instead

16   of having this Court wasting its time and the jurors' time as

17   well to do so.  Before you come before in Court again, make

18   sure you take another opportunity and resolve what you need to

19   resolve here.

20          MR. PERTNOY:  Yes, Your Honor.

21          THE COURT:  I'm not done yet, sir.

22          MR. PERTNOY:  Sorry.

23          THE COURT:  Also, you're going to have three days to

24   do everything else.  There's no court from Wednesday, Thursday

25   and Friday.  Take those three days for the opportunity to
```

1    resolve all of those discovery issues and objections that you

2    need.  That's more than enough time to do so when it comes to

3    Monday, we shouldn't be wasting time resolving objections that

4    should be resolved, okay?

5            MR. PERTNOY:  Yes, Your Honor.  When we're on the

6    break, we'll discuss the Miro exhibits just to be more

7    efficient with time.

8            THE COURT:  Thank you.  You can bring the jurors in.

9    Thank you.

10           THE COURT SECURITY OFFICER:  All rise.

11        (Thereupon, the jury entered the courtroom.)

12           THE COURT:  You may be seated.  Thank you.  All

13    right.  Good evening, ladies and gentlemen of the jury.  How's

14    everyone?  Also, everyone has followed my instructions in terms

15    of about not watching the news, going on the Internet and

16    everything else, correct?  I didn't hear you.  Yes?

17           ALL JURORS:  Yes.

18           THE COURT:  All right.  Thank you.  With that said,

19    we're going to start with the plaintiffs' case.  They're going

20    to begin with their first witness.

21           Counsel, call your first witness for the plaintiff.

22           MR. GUTCHESS:  Plaintiffs call Mr. Emilio Gonzalez.

23           THE COURTROOM DEPUTY:  Please remain standing.  Raise

24    your right hand.

25

```
 1                         (Witness Sworn.)
 2              THE WITNESS:  Yes.
 3              THE COURTROOM DEPUTY:  Thank you.  You may be seated.
 4    Just give us your name again with the spelling for the record.
 5              THE WITNESS:  Yes, Emilio Gonzalez.  E-M-I-L-I-O,
 6    G-O-Z-A-L-E-Z.
 7              THE COURT:  You may proceed, sir.
 8                          -  -  -  -  -
 9             DIRECT EXAMINATION OF EMILIO GONZALEZ
10    BY MR. GUTCHESS:
11    Q.   Good afternoon, Mr. Gonzalez.  Can you please introduce
12    yourself to the jury?
13    A.   My name is Emilio Gonzalez and I don't know what other
14    introduction you would like.
15    Q.   Okay.  Let me just start by saying were you the city
16    manager for the City of Miami?
17    A.   I was for a little over two years.
18    Q.   Okay.  Tell us a little bit about your educational
19    background.
20    A.   I graduated from the University of South Florida with a
21    degree in international studies, joined the Army shortly
22    thereafter.  And I was able to go back to school as an Army
23    fellow getting a masters degree in Latin American studies from
24    Tulane University, and then coming back to the University of
25    Miami for a Ph.D. in international relations.
```

1    Q.   And then did you get into the Army when you were in

2    college?

3    A.   I was in the R.O.T.C. program and I was commissioned

4    shortly after I graduated.

5    Q.   Okay.  And tell us a little bit about your Army career,

6    just give us the highlights.  How long were you in the Army?

7    A.   I was in the Army for 26 years.

8    Q.   Okay.  So take us through just a few of the critical

9    events.

10   A.   I was commissioned as a field artillery officer, and I was

11   assigned my first assignment was in the 25th Infantry Division

12   at Schofield Barracks, Hawaii.

13        Shortly after I that, I transferred over to the

14   Intelligence Corps where I remained in the artillery as a

15   nuclear surety officer for the division.

16   Q.   What is a nuclear surety officer?

17   A.   Nuclear -- let me back up.  Back then, field artillery

18   battalions had a nuclear capable artillery, and our battalion

19   was the only nuclear capable unit within the 25th Division, and

20   it was my job to keep the nuclear codes to run the exercises,

21   to make sure that all of the critical materials needed to

22   activate were under safekeeping and pass all the numerous

23   inspections that we would have.

24   Q.   Okay.  And I guess if you didn't pass an inspection, there

25   would be severe consequences?

```
1    A.    I wouldn't be here.

2    Q.    And tell me what did you do after that?

3    A.    I was after that, I was assigned to the Defense

4    Intelligence Agency in Washington, DC where I was a strategic

5    intelligence analyst during our country's involvement in

6    Central America at that time.

7    Q.    Okay.  And then what?

8    A.    And then after that, I was assigned to El Salvador during

9    that country's civil war where I served as the assistant Army

10   attaché and liaison officer to the public security forces there

11   during our involvement in that country.

12   Q.    Okay.  And what about South Com, did you spend any time at

13   South Com?

14   A.    I finished actually my uniformed career at the U.S.

15   Southern Command where I was the -- I spent a short period of

16   time as a secretary of the joint staff, and then I spent the

17   bulk of my time as the senior special assistant to the

18   commander in chief running his personal staff and being his

19   military and political adviser for the hem miss fear.

20   Q.    Did you spend any time on the National Security Advisory?

21   A.    I did.  I spent two years on the National Security

22   Council.

23   Q.    Council.

24   A.    After I left South Com, I was invited to join the National

25   Security Council at the White House.
```

```
 1   Q.    And what was your role there?
 2   A.    I was the director for Western Hemisphere Affairs.
 3   Geographically, I was responsible for U.S. policies in Central
 4   America and the Caribbean, and a subject matter expert in
 5   defense, migration and I assisted with trade agreements.
 6   Q.    And who was it that hired you there?
 7   A.    Dr. Codoleezza Rice.
 8   Q.    And what was her position?
 9   A.    She was the National Security Advisor.
10   Q.    And did you have access to security clearance to the West
11   Wing?
12   A.    Yes.
13   Q.    And is that -- is that pin in your lapel, is that related
14   in any way?
15   A.    This is the -- it's a presidential staff badge.  When
16   you're in the military and you serve on the presidential staff
17   and you serve honorably, you're awarded the presidential staff
18   badge.  This is a miniature.
19   Q.    Okay.  And then do you have anything -- any significant
20   recollections regarding Nicaragua?
21   A.    When I was at South Com, we -- this is a while back, but
22   we were very concerned with ISIS being able to shoot down a
23   civilian aircraft, airliner, and we were very concerned that
24   you could buy a shoulder fired surface to air missile, call it
25   a man pack on the black market, and it would be relatively easy
```

1    to put together and shoot down an airliner in the western

2    hemisphere.

3        There are only two countries that use the Russian surface

4    to air missiles.  One is Cuba, the other one is Nicaragua, so

5    we decided that we needed to engage the Nicaraguan government

6    to provide an inventory of all of their surface to air missiles

7    for us to make sure none of them were ever sold on the black

8    market.  So I was asked to go down and I personally inventoried

9    every missile they had in the -- in their armed forces.

10   Q.   And what was your rank when you retired?

11   A.   I was a colonel.

12   Q.   Okay.  And does that mean I'm supposed to call you colonel

13   today?

14   A.   You can call me anything you want.

15   Q.   What did you do after you retired?

16   A.   When I retired, I went to work for a law firm helping them

17   establish their international consulting practice.  And then

18   before that -- I'm sorry, after that, I went to work for the

19   Department of Homeland Security again.

20   Q.   What was your position there?

21   A.   I was the head of immigration.  The director of

22   immigration and citizenship services.

23   Q.   Okay.  And was that an appointment for which you needed

24   Senate confirmation?

25   A.   Yes, sir, it was.

```
 1   Q.   And did you testify before the Senate?
 2   A.   I did.
 3   Q.   And were you confirmed?
 4   A.   I was.
 5   Q.   How long were you in that role?
 6   A.   A little over two years.
 7   Q.   Okay.  And what did you do after you were director of
 8   immigration?
 9   A.   I went to work for a Spanish IT company that wanted to
10   establish itself here in the United States, so I did that for
11   three years.
12   Q.   Okay.  And what did you do after that?
13   A.   I started my own consulting firm.
14   Q.   Okay.  Done a lot in your life.
15   A.   It's a function of being old.
16   Q.   We're getting up there.  What about -- what did you do
17   after your own consulting firm?
18   A.   I was asked by the county mayor if I would run the
19   Miami-Dade Aviation Department which consisted of Miami
20   International Airport and four other departments.
21   Q.   Okay.  And what were -- oh, when was that?
22   A.   That would have been 2013 to the end of 2017.
23   Q.   Okay.  And what were your responsibilities in that role?
24   A.   I was the chief executive officer of five airports, making
25   sure that we ran the airport in a very efficient, cost
```

1  effective safe way, attract foreign carriers which is where all

2  the job creation was.  I had a staff of around, I want to say

3  1300 people, a billion dollar budget.

4  Q.   And what did you do after you were C.E.O. of the Miami

5  International Airport?

6  A.   I was asked by the mayor if I would be the city manager of

7  the City of Miami.

8  Q.   Which mayor was that?

9  A.   Mayor Suarez.

10  Q.   And did you agree?

11  A.   I did.  I did.

12  Q.   Okay.  And you mentioned your management roles in the

13  past.  What's the largest number of employees you've managed?

14  A.   About 19,000.

15  Q.   And which position was that?

16  A.   That was the citizenship and immigration service.  We

17  started out with about 15 or 16,000, and then we started hiring

18  annuitants to help work on a lot of the backlog issues that we

19  had.

20  Q.   With the City of Miami, what were your responsibilities?

21  A.   I was chief administrator officer of the city, 1,400

22  employees, making sure that the city not only ran, but the city

23  grew.

24  Q.   And what were some of your major achievements in your two

25  years?

```
 1   A.   We had a great deal of foreign investment into the city,
 2   and not just foreign investment, domestic investment.  The city
 3   was growing.  Our crime rate was down.  Our bond ratings went
 4   up.  It was a very hectic time, but it was a very successful
 5   time for the administration.
 6   Q.   And what were your responsibilities as city manager?
 7   A.   I oversaw the city bureaucracy.  I was responsible for
 8   supervising the department heads.  I brought in some people
 9   that I trusted to be on my team, and to just be responsive to
10   the day-to-day operations of the city.
11   Q.   Okay.  And who were some of the people you brought in?
12   A.   I brought in my deputy city manager, Joseph Napoli.  I
13   brought in Alan Dodd who I put in our Capital Projects
14   Department.  And I brought -- I'm sorry, into our Public Works
15   Department, and Steve Williamson who was in our Capital
16   Projects Department.
17   Q.   Okay.  And what departments did you oversee?
18   A.   All of them through my deputy city manager and my
19   assistant city managers.
20   Q.   Okay.  What is the role of the Miami City Commission?
21   A.   It's a legislative body of the city.
22   Q.   Okay.  And how does that differ from the city manager?
23   A.   The city manager has direct day-to-day supervision over
24   the employees.  He -- the Commission is responsible for
25   legislative guidance on whatever issues come before them.
```

```
1    Q.   And does the Commission play a role in hiring the city

2    manager?

3    A.   They do.

4    Q.   And how many votes do you need to become city manager?

5    A.   I believe three.  I believe three.

6    Q.   Can the City Commission direct the city manager to take

7    certain actions?

8    A.   The City Commission can direct the city manager, yes.

9    Q.   Okay.  Can the city commissioners also direct the city

10   attorney to take certain actions?

11   A.   Yes.

12   Q.   And are you familiar with the Charter of the City of

13   Miami?

14   A.   I've read it a couple of times, but it's been a while.

15   Q.   Can you explain your understanding of whether the Miami

16   City Charter restricts in any way how commissioners can deal

17   with city staff?

18   A.   Not directly.  They have to go through the administration,

19   the manager's office if they need anything from any department,

20   if you will, or any member of the city staff.

21   Q.   And do you understand -- let me put up the City Charter.

22            MR. GUTCHESS:  May we publish Section 4-E of the City

23   Charter?  I don't think there's an objection to that.

24            THE COURT:  Is there any objection, counsel?

25            MR. KUEHNE:  No objection to the publication of the
```

1    section of the City Charter.

2             THE COURT:  All right.

3    **BY MR. GUTCHESS:**

4    Q.   Mr. Gonzalez, if you could take a look at Section 4-D.

5    A.   Okay.

6    Q.   And is that the section that you're referring to that

7    restricts the way the commissioners can interact with the

8    staff?

9    A.   Correct.

10   Q.   And what's your understanding of the reason such a

11   restriction is necessary?

12             MR. KUEHNE:  Objection.  Foundation.

13             THE COURT:  Overruled.  He can answer.

14             THE WITNESS:  To make sure that the city retains --

15   the city workers retain their professional status, and not be

16   particularly unduly influenced or forced, or feel like they

17   have to do something for political reasons as opposed to the

18   right thing to do.

19   **BY MR. GUTCHESS:**

20   Q.   Okay.  I guess when you took office, was what, January,

21   2018?

22   A.   Yes.

23   Q.   Okay.  And at that time, I think Commissioner Carollo had

24   just assumed office as well?

25   A.   Correct.

```
 1   Q.    Okay.  And did you have a good working relationship with
 2   Mr. Carollo at that time?
 3   A.    I thought we did, yes.
 4   Q.    Did you make an effort to cooperate with him on issues
 5   that he raised?
 6   A.    Correct, yes.
 7   Q.    Let's talk about a couple of tours that he took you on on
 8   Calle Ocho.  Do you recall any such tours in February, 2018?
 9   A.    Yes.
10   Q.    Tell us what you recall about them.
11   A.    He asked if I would accompany him on an evening tour of
12   8th Street starting at midnight and I met him at our agreed
13   upon place.  He invited, or had with him that I can recall, two
14   other individuals.  A member of the General Worker's Union,
15   Mary Lugo and his then the chief of staff, Steve Miro, and we
16   just walked down 8th Street.
17   Q.    Okay.  And what was the -- what did you talk about when
18   you were walking down 8th Street?
19   A.    Things that the commissioner felt were inappropriate,
20   didn't belong there; bothered him, if you will.  Concerns that
21   he had.
22   Q.    Right.  And at this time, did you have any reason to know
23   that any of those issues related to Mr. Fuller or Mr. Pinilla?
24   A.    No.
25   Q.    And did he point out any parking lots that night?
```

1  A.   Not that I can recall, no.

2  Q.   Okay.  And how about the next time?

3  A.   He mentioned a parking lot over near a church.

4  Q.   I mean, the next time you toured with him, was it during

5  the day?

6  A.   Yes.

7  Q.   And do you recall when that was?

8  A.   I don't.

9  Q.   Was it near in time to the first one?

10  A.   It was obviously after the evening tour.  It may have been

11  a couple of months later.  I don't recall exactly when.

12  Q.   And what do you recall about that second tour that

13  Mr. Carollo took you on?

14  A.   Just the businesses that he believed had no business being

15  on 8th Street, concerns that he had about foreign intelligence

16  infiltration into 8th Street.  Those are the things.

17  Q.   Okay.  And what were the businesses that he pointed out

18  that he said didn't belong?

19  A.   If I recall, he said I didn't like the oyster bar there

20  because it wasn't Cuban American.  He mentioned a couple of --

21  pointed out a couple of buildings that he thought were

22  problematic and he didn't like -- he mentioned a billboard that

23  he didn't like or a mural that he didn't like.  So essentially,

24  it was all of these businesses there that for whatever reason,

25  were not to his liking.

1    Q.   Okay.  And did you later come to learn that those

2    businesses belonged to plaintiffs?

3    A.   Eventually.

4         MR. KUEHNE:  Objection, Your Honor.  Way too general.

5    Those businesses.  He's -- he hasn't even identified a business

6    accept the oyster bar.

7         THE COURT:  You want to be more specific as to which

8    business you're referring?

9    **BY MR. GUTCHESS:**

10   Q.   Let us know which businesses he pointed out and what he

11   said about them.

12   A.   That I can recall, it would have been the Ball & Chain and

13   then there was another building that has -- it's a tall white

14   building that has a lot of small boutiques in it.

15   Q.   Futurama?

16   A.   That would be it, yes.

17   Q.   And what about Union Beer?

18   A.   Union Beer, we actually had an issue there with an event

19   that happened, but he was not very friendly towards Union Beer.

20   Q.   And was the mural that he pointed out also on plaintiffs'

21   property?

22   A.   I don't know particularly.  I just remember him pointing

23   out the mural.

24   Q.   And why do you remember that?

25   A.   Because he made disparaging remarks and said that the

```
 1   mural had too many black people in it.

 2             MR. KUEHNE:  Objection.

 3             THE COURT:  What's the objection?

 4             MR. KUEHNE:  Request a sidebar.

 5             THE COURT:  Denied.

 6             MR. KUEHNE:  Move to strike.

 7             THE COURT:  Overruled.

 8             MR. KUEHNE:  Request a cautionary instruction.

 9             THE COURT:  Overruled.  You may go ahead.

10   BY MR. GUTCHESS:

11   Q.   Okay.  And why would he not want that in Calle Ocho?

12   A.   Because he didn't want people to think that Calle Ocho, as

13   a very iconic neighborhood, was essentially a black

14   neighborhood.

15             MR. KUEHNE:  Objection, Your Honor.

16             THE COURT:  The objection is noted, Mr. Kuehne.  Have

17   a seat, please.

18             MR. KUEHNE:  Your Honor?

19             THE COURT:  Have a seat, counsel.  Thank you.

20             MR. KUEHNE:  Lack of foundation, Judge.

21             THE COURT:  You will have an opportunity to

22   cross-examine him, okay?

23   BY MR. GUTCHESS:

24   Q.   Mr. Gonzalez, as city manager, did you have any

25   understanding of what code compliance is?
```

```
 1   A.    In general.  The city manager has a great deal of

 2   responsibility far and wide.  I hired a very talented young

 3   lady to be my director of code compliance just to make sure

 4   that all the businesses were following whatever rules and

 5   regulations they needed to follow and if they needed help

 6   curing those, to also look after that.

 7   Q.    And why was it called code compliance instead of code

 8   enforcement?

 9   A.    Because we're not in the business or we shouldn't be in

10   the business of destroying businesses.  Code compliance like in

11   any municipality, tends to be word of mouth.  Usually somebody

12   will pick up the phone and say, hey, my next door neighbor's

13   growing chickens, or the front lawn looks really bad.  Somebody

14   needs to come out and take a look at it.  But you don't want to

15   take somebody's business away.  You want to be able to cure

16   whatever it is that they're failing at.

17         So I was very direct with my director of code that we

18   needed to help people along, and not use destroying a business

19   as step number one.  That should be at the very end of the

20   process if we had to go down that route.

21   Q.    I'm going to put up Defendant's 330.  Let me ask you,

22   Mr. Gonzalez, do you recall writing a letter to Mr. Kuehne?

23   A.    Yes, I recall signing that letter, yes.

24   Q.    And who's Mr. Kuehne?

25   A.    He is an attorney here.
```

```
 1    Q.    Okay.  Who does he represent?
 2    A.    He represents Mr. Carollo.
 3    Q.    And who did -- who asked you to send this letter?
 4    A.    Actually Commissioner Carollo asked if I would provide
 5    that letter for him.
 6    Q.    Okay.  And why did he say he needed this letter?
 7    A.    He needed it to send to his attorney and I had no problems
 8    doing it at the time, so I happily produced the letter and
 9    signed it for him.
10    Q.    What is the date of the letter?
11    A.    August 7, 2018.
12    Q.    And what does the letter say?
13    A.    Do you want me to read the whole thing?
14    Q.    Yeah, that would be great.
15    A.    This letter is to provide information regarding issues
16    involving City of Miami Commissioner Joe Carollo.  Shortly
17    after I was ratified as city manager on January 12,
18    Commissioner Carollo invited me to tour certain parts of the
19    district he represents to go over and address several concerns
20    he had on zoning matters and the general condition of the area.
21    I accompanied Commissioner Carollo on at least two occasions,
22    once during the day, once at night.  I always understood the
23    purpose of these tours to be informational.  At no time did
24    Commissioner Carollo ever order, instruct, direct, or otherwise
25    ask me to perform any action that would construe as a violation
```

1    of the City Charter.  In fact, Commissioner Carollo was very

2    careful in his observations as to not give the appearance in

3    word or deed that he was overstepping his authority or

4    responsibility.  Feel free to contact me if you need additional

5    information.

6    Q.    Was that true at that time you wrote it?

7    A.    It was.

8    Q.    And that refers to the two tours we just discussed?

9    A.    Correct.

10   Q.    Let's talk about one of the individuals who was on the

11   tours with you.  Ms. Mary Lugo?

12   A.    Mm-hmm.

13   Q.    Who is she?

14   A.    She is -- excuse me, she's actually -- officially, she's a

15   member of the city's Department of Code Compliance.  But in

16   reality, she works as a full-time member of the General

17   Worker's Union.  She's the vice president of the union.

18   Q.    Okay.  And what does that mean in practical terms in terms

19   of her relationship with the city staff and its employees?

20   A.    That she is still considered a code enforcement officer

21   but her full-time job is detailed to the union.

22   Q.    Okay.  And how was it you met her again?

23   A.    I met her during that first evening walk down 8th Street.

24   Q.    And was there any explanation given for why Mr. Carollo

25   was walking down 8th Street with a code enforcement officer who

1    was a member of the union?

2    A.   No, sir.

3    Q.   Okay.  And what is Mary Lugo's relation to Mr. Carollo?

4    A.   I assume they're very close and they've known each

5    other --

6                MR. KUEHNE:  Objection.

7                THE COURT:  What's the objection?

8                MR. KUEHNE:  Assumption.

9                THE COURT:  All right.  Sustained.

10   **BY MR. GUTCHESS:**

11   Q.   And in your experience, what you witnessed, what did you

12   see in terms of their working relationship?

13   A.   In one instance, we had lunch together and she was telling

14   me that she has a very long history with the commissioner.

15   Q.   Okay.  Let's talk for a minute about the city attorney,

16   okay?  Who the city attorney?

17   A.   Victoria Mendez.

18   Q.   And what is the role of the city attorney?

19   A.   Well, the city attorney works for the City Commission.

20   She is the chief legal officer for the city.  She works for the

21   Commission, not necessarily for the administration.

22   Q.   And who's responsible for hiring the city attorney?

23   A.   The City Commission is.

24   Q.   And who can fire the city attorney?

25   A.   The City Commission can.

```
 1    Q.   And when you were city manager, did you ever observe how
 2    the city attorney worked with Mr. Carollo?
 3    A.   They tended to work very closely.
 4              MR. KUEHNE:  Objection.  Foundation as well as
 5    relevance.
 6              THE COURT:  Overruled.  You can answer.
 7              THE WITNESS:  I'm sorry, I didn't hear.
 8              THE COURT:  You can answer.
 9              THE WITNESS:  Thank you.  They tended to work very
10    well together.
11    BY MR. GUTCHESS:
12    Q.   And were you all in the same building?
13    A.   At city hall, we were all just down the hall.  At the
14    Riverside Building, we were on different floors.
15    Q.   And did you witness her spending time in Commissioner
16    Carollo's office?
17    A.   Sometimes, yes.
18    Q.   Did the city attorney ever convey messages to you about
19    Mr. Carollo?
20    A.   I don't --
21    Q.   Did she ever convey messages to you about Commissioner
22    Carollo's concerns?
23    A.   She did and she emailed me about those concerns as well.
24    Q.   Do you believe that she was authorized to act on behalf of
25    Commissioner Carollo?
```

```
 1                    MR. KUEHNE:  Objection.  Foundation.

 2                    THE COURT:  Sustained.

 3    BY MR. GUTCHESS:

 4    Q.   What role did you think she was playing when she was

 5    conveying these messages to you?

 6                    MR. KUEHNE:  Objection.  Foundation, speculation.

 7                    THE COURT:  Overruled.  If he knows.

 8                    THE WITNESS:  I can answer?

 9                    THE COURT:  If you know, you can answer.

10                    THE WITNESS:  Yes, yes.  It was our understanding,

11    not just mine, that she was conveying the wishes of the

12    commissioner.

13    BY MR. GUTCHESS:

14    Q.   And did there come a point in time when the Miami mayor

15    hired a private attorney for the city?

16                    MR. KUEHNE:  Objection.  Foundation and scope.

17                    THE COURT:  Overruled.

18                    THE WITNESS:  Yes.  The mayor was concerned that he

19    was not getting --

20                    MR. KUEHNE:  Objection.  The mayor's concern, Your

21    Honor.

22                    THE COURT:  Overruled.

23    BY MR. GUTCHESS:

24    Q.   Were you involved in this process of --

25    A.   Yes, I was directly involved in this process.  The mayor
```

 1    was concerned that he was not getting adequate legal advice or

 2    representation from the city attorney, and he discussed options

 3    on either hiring outside counsel to represent the

 4    administration, if you will, or hiring somebody inside to be

 5    his own attorney.

 6    Q.    Okay.  And did you participate in interviewing any such

 7    attorneys?

 8    A.    I did.

 9    Q.    Do you recall who it was?

10    A.    It was -- I'm not sure if you would call it an interview,

11    but we had a visit with Raoul Cantero.

12    Q.    And who is Raoul Cantero?

13    A.    He's a practicing attorney and a former member of the

14    Florida Supreme Court.

15    Q.    And who was eventually hired?

16    A.    The mayor made the decision to hire somebody inside and he

17    hired Eddy Leal to be his special counsel.

18    Q.    And do you recall when it was that you became aware of

19    this lawsuit?

20    A.    I really don't to be honest with you.  I had a lot on my

21    plate.

22    Q.    And do you recall any incidents in which your name came up

23    in federal court in connection with this lawsuit?

24              MR. KUEHNE:  Objection.

25              THE COURT:  What's the objection?

```
 1              MR. KUEHNE:  Foundation.  Speculation.  Litigation in
 2    this case.
 3              THE COURT:  Sustained.
 4    BY MR. GUTCHESS:
 5    Q.   Do you recall receiving a call from the city attorney?
 6    A.   I did.
 7    Q.   Okay.  And did you believe she was speaking on behalf of
 8    Commissioner Carollo?
 9              MR. KUEHNE:  Objection.
10              THE COURT:  Sustained.
11    BY MR. GUTCHESS:
12    Q.   Can you tell me what the city attorney said to you?
13              MR. KUEHNE:  Objection.
14              THE COURT:  Overruled.
15              THE WITNESS:  I was walking into city hall, and I
16    received a phone call.  I had a hard time hearing because of
17    the wind, I think, so I put her on speakerphone.  I had my
18    chief of staff standing next to me, and she expressed her
19    concern to me that we needed to do something to keep the
20    commissioner happy and that I needed to do something to get him
21    off my back with -- with regards to the situation involving
22    Mr. Fuller.
23              And she kept saying that in Spanish, she used the term
24    pasa la mano which means to stroke the commissioner so that I
25    could get him off my back because he had been constantly, you
```

1    know, pressing for us to do something.

2    **BY MR. GUTCHESS:**

3    Q.   And how did you take that, sir?

4    A.   I was very concerned.  In fact, I was so concerned, that I

5    sat with my chief of staff who's also an attorney, and I

6    decided to put down a memo for record because I thought, you

7    know, it's kind of peculiar to receive that kind of -- I don't

8    know if it was a request or an order or demand but I just

9    thought it was inappropriate and it would be better for me to

10   just write this down.

11   Q.   Okay.  And did you file that in the city records?

12   A.   No.

13   Q.   Why not?

14   A.   Because it was mine.  It was my note to self and there was

15   no need for me to file it anywhere.

16   Q.   Okay.  And do you recall everything you said in that memo?

17   A.   Yeah, I guess, but I mean, if you have it, I'll look at it

18   but I was, again, very concerned that essentially we were being

19   told to do something about these properties and that I needed

20   to do something to placate the commissioner regarding all of

21   these issues regarding these properties.

22        If it's in front of me, I would tell you exactly what I

23   wrote down, but it was concerning enough for me to want to

24   memorialize it.

25   Q.   And do you know who Mr. Lazaro-Orta is?

```
 1    A.   He is -- he is a member of the Department of Code

 2    Compliance.  And at that time, he was either the -- I think he

 3    was the deputy director at the time.

 4    Q.   Okay.  And do you recall a meeting with Mr. Carollo at

 5    which he made some comments about Mr. Orta?

 6    A.   Yes, that he was crooked and that we needed to do

 7    something with regards to code compliance.  That, you know,

 8    they had all been paid off.  It just, you know, it was the

 9    usual stuff with regards to code compliance.

10    Q.   And with regard to code compliance generally or anyone in

11    particular?

12    A.   Well, code compliance.  Mr. Orta in particular but he

13    was -- he was convinced that there were some people there that

14    knew absolutely nothing about code compliance.  At that time, I

15    think my code compliance director was Jim Bernat, if I'm not

16    mistaken whom I had put in there temporarily.

17    Q.   And did he say anything about Mr. Fuller in that

18    conversation?

19    A.   Yes.  That they were -- I recall that something to the

20    effect that they were all -- they were working for him or they

21    were fronting for him or something along those lines.  That it

22    was -- that was his understanding of why things weren't getting

23    done in code compliance.  That the people there were inept and

24    that they were also being taken care of, if you will.

25    Q.   Did he use the phrase "in the pocket?"
```

```
 1   A.    Yes.

 2   Q.    In what context?

 3   A.    That all of the code inspectors were in Mr. Fuller's

 4   pocket and that's one of the reasons that his businesses

 5   weren't being shut down.

 6   Q.    Did he say anything about getting away with murder?

 7   A.    Yes, sir, he did.

 8   Q.    What did he say about that?

 9   A.    And that he wasn't going to allow it, but that the people

10   were getting away with murder with regards to code compliance.

11   Q.    And did you again write a memo to yourself about this

12   conversation?

13   A.    I did.

14   Q.    And why did you do that?

15   A.    Because, again, I thought it was inappropriate.  Whenever

16   you make accusations against a city employee, that that's very

17   harsh.  It's very serious stuff, and I wanted to write this

18   down in case it came up again or somebody else had an

19   accusation, that I would have an opportunity to refresh my

20   memory.

21   Q.    Mr. Gonzalez, I'd like to direct your attention to a

22   commission meeting that occurred on February 14th, 2019.  I'm

23   going to show an email that predated that by a day.  I don't

24   think there's an objection.

25         MR. KUEHNE:  Which exhibit?
```

```
 1              MR. GUTCHESS:  118.

 2              MR. KUEHNE:  There is no objection, Your Honor.

 3              THE COURT:  All right.

 4              MR. GUTCHESS:  May we publish?

 5              THE COURT:  Sure.

 6    BY MR. GUTCHESS:

 7    Q.   Mr. Gonzalez, do you recall getting a -- receiving this

 8    email?

 9    A.   I do.  I think, yes.  I received many, but yeah, this one,

10    yes.

11    Q.   And why do you recall this one?

12    A.   Because he was requesting employees to show up at a

13    commission meeting.

14    Q.   And what did you think about that?

15    A.   I thought that was wrong.  I don't want my employees

16    appearing before a commission meeting.  A department director

17    yes.  An assistant city manager, yes.  The deputy city manager,

18    yes.

19         But there's no need to have a police officer or an

20    inspector show up at a commission meeting and be subjected to

21    whatever type of accusations were going to be present.

22    Q.   And did you tell Mr. Carollo that at the commission

23    meeting?

24    A.   Yes, sir.  I believe I did.

25    Q.   And what do you recall about that meeting?
```

1   A.   There were so many.

2   Q.   Do you recall Mr. Carollo referencing it as the

3   Valentine's Day massacre?

4   A.   He did, but again -- listen, I see so many emails and I've

5   been to so many commission meetings and we've had so many of

6   these type episodes in the past, that it really doesn't stick

7   out as something spectacular.   This is more of the same.

8   Q.   Right.   Do you recall a meeting where Mr. Carollo put up a

9   PowerPoint presentation as to a particular business owner?

10  A.   I do.

11  Q.   And who was that business owner?

12  A.   It belonged -- the property belonged to Mr. Fuller.

13  Q.   Okay.   All of the property?

14  A.   The one that I recall specifically, yes.

15  Q.   Okay.   And tell us who was running the PowerPoint.

16  A.   That would have been -- actually his name is here, Anthony

17  Barcena.

18  Q.   And what do you recall about that presentation?

19  A.   That it was just an overhead photography of one business

20  with a -- with a room air conditioner if I recall sticking out,

21  and him getting very agitated because in one photo there was a

22  room air conditioner.   In another photo, there wasn't.   So

23  hence, they took out the room air conditioner.   Therefore, they

24  had to have central air now, and there wasn't any

25  documentation, and just went on and on and on about this

```
 1   particular property.

 2   Q.   Okay.  And do you -- did that remind you of anything in

 3   your military career?

 4   A.   Yeah.  It reminded of my days in the intelligence system

 5   where we would use overhead photography to identify enemy

 6   targets.  And in fact, I think I said that, that this looks

 7   like, you know, you're identifying the enemy using overhead

 8   photography.

 9             MR. GUTCHESS:  Your Honor, I think we have the

10   transcript of that meeting.  It's a public record.  I don't

11   think there's an objection to it so can we put that up on the

12   screen?

13             MR. KUEHNE:  Which exhibit is that?

14             MR. GUTCHESS:  121.

15             MR. KUEHNE:  Your Honor, could I have a moment with

16   Mr. Gutchess?

17             THE COURT:  Sure.

18             MR. KUEHNE:  Your Honor, I apologize.  It wasn't on

19   the list that we had looked at.  We don't object to the

20   exhibit, but depending on what is going to be shown, we may

21   have some specific objections.  I'm not certain what's going to

22   be shown, Your Honor.

23             MR. GUTCHESS:  Your Honor, one of the things I was

24   going to show is the Chief Colina exchange with Mr. Carollo.  I

25   can put that up on the video if you'd like from that meeting.
```

 1          MR. KUEHNE:  I don't think -- Your Honor, I believe I

 2    know what he's talking about.  I don't think I have an

 3    objection to that part.

 4          THE COURT:  All right.  Go ahead and play it.

 5          MR. GUTCHESS:  So let's play the video of Chief

 6    Colina from that meeting.  And then, Mr. Gonzalez, I want to

 7    ask you if you recall this exchange, anything about this

 8    exchange and anything Mr. Carollo said after.

 9                    (Video played.)

10          THE COURT:  Ladies and gentlemen, can you hear the

11    conversation?  Stop it.  Stop the tape.  Counsel, Mr. Gutchess,

12    stop the tape and replay it because they can't hear and I can't

13    hear it either.

14          MR. KUEHNE:  I can't either.

15          MR. GUTCHESS:  Okay.

16          THE COURT:  You can put the microphone towards the

17    speaker.

18                    (Video played.)

19    BY MR. GUTCHESS:

20    Q.   Do you recall that exchange?

21    A.   I do.

22    Q.   And did Mr. Carollo say anything about you after that?

23    A.   It was during -- it was during the exchange, I believe,

24    when he made the comment that the people you work for, he was

25    eluding to the fact that I'm the one that put the chief up to

```
 1   make the statements that he did.
 2   Q.   Okay.  And was that true?  Did you?
 3   A.   No.  My department directors have total autonomy and
 4   they're allowed to act on their own and I have faith and
 5   confidence in all of them and all of their judgment.
 6   Q.   Okay.  And is that -- the display we saw there, is that
 7   why you wanted to protect your employees?
 8   A.   Correct.
 9   Q.   And do you recall another exchange with the mayor about
10   calling a prosecutor?
11   A.   Yes.
12               MR. KUEHNE:  Objection.
13               THE COURT:  What's the objection?
14               MR. KUEHNE:  Your Honor, we discussed the matter
15   at -- before the jury came in.
16               THE COURT:  All right.
17               MR. GUTCHESS:  No.  This was Mr. Carollo's, the one
18   who was calling for a prosecutor to investigate city employees
19   and it's the mayor responding.
20               THE COURT:  All right.  That's overruled.
21               MR. GUTCHESS:  Let me show these two videos and ask
22   if you recall them.
23                         (Video played.)
24               MR. KUEHNE:  One moment, Your Honor.
25               MR. GUTCHESS:  Apologize, Your Honor.
```

```
 1              MR. KUEHNE:  I'm just trying to get the exhibit
 2    number.  Your Honor, it's not on our list.  433.
 3              MR. GUTCHESS:  This is from the same meeting.
 4                        (Video played.)
 5    BY MR. GUTCHESS:
 6    Q.   Okay.  And, Mr. Gonzalez, do you recall Mr. Carollo asking
 7    for a prosecutor to investigate the city employees?
 8    A.   Yes, I do.
 9              MR. KUEHNE:  Objection, Your Honor.
10              THE COURT:  Wait.
11              MR. KUEHNE:  We've raised this issue with regard to
12    privilege.
13              THE COURT:  Overruled.
14              MR. GUTCHESS:  And could we show the mayor's
15    response?
16                        (Video played.)
17    BY MR. GUTCHESS:
18    Q.   Do you recall that exchange?
19    A.   Yes, I do.
20    Q.   Let me start by asking what is the effect on the city
21    staff and the city employees of this type of behavior?
22              MR. KUEHNE:  Objection, Your Honor.  Speculation.
23    Foundation, as well as relevance to this complaint.
24              THE COURT:  Sustained.  You can rephrase the
25    question.
```

1    **BY MR. GUTCHESS:**

2    Q.    What impact did Commissioner Carollo achieve by using

3    these tactics?

4                MR. KUEHNE:  Objection, Your Honor.  First, way too

5    broad but it's the same thing.  Asking him to speculate about

6    some future conduct.

7                THE COURT:  Overruled.  You can answer, if you know,

8    sir.

9                THE WITNESS:  It's not speculation.  These types of

10   outbursts which I will tell you happen regularly and

11   fortuitously, they happen regularly and they were videoed,

12   really puts the city employees on ice.  They're all afraid to

13   not do something that is asked of them.  They're afraid for

14   their jobs.  They're afraid for their families.

15              This type of exchange back and forth, listen, I was

16   sitting next to the mayor there.  I would have welcomed an

17   investigation.  Welcomed it, but it never happens because

18   nothing ever happened.  When I resigned, I thought we needed an

19   investigation.  That hasn't happened.

20              MR. KUEHNE:  Objection.  Number one, it's beyond the

21   question.  And number two --

22              THE COURT:  Sustained.  I sustained the objection.

23   **BY MR. GUTCHESS:**

24   Q.    Okay.

25              THE COURT:  Next question.

1    **BY MR. GUTCHESS:**

2    Q.   Mr. Gonzalez, going back to the City Charter that

3    prohibits commissioners from giving orders to employees, is

4    there a way for a commissioner to give an order without giving

5    an order?

6            MR. KUEHNE:  Objection.

7            THE COURT:  What's the objection?

8            MR. KUEHNE:  First of all, legal.  And two, the

9    Charter says what the Charter says only.

10           THE COURT:  All right.  Sustained.  You can rephrase

11   the question.

12   **BY MR. GUTCHESS:**

13   Q.   Okay.  Mr. Gonzalez, in your experience, was Commissioner

14   Carollo able to give orders to employees without actually

15   giving orders?

16           MR. KUEHNE:  Objection.

17           THE COURT:  Overruled.

18           THE WITNESS:  Yes.  If he were to reach out to an

19   employee either to travel with him to visit an establishment or

20   so forth, they would be -- they would feel like they needed to

21   go.  It's kind of, like, you know, nobody in maybe --

22           MR. KUEHNE:  Objection, Your Honor.  Speculation and

23   foundation.  Unless he has personal knowledge and the question

24   is directed to that personal knowledge.

25

1   BY MR. GUTCHESS:

2   Q.   Can you explain your personal --

3           THE COURT:  Wait.  I'm going to sustain the

4   objection.  You can rephrase the question.

5   BY MR. GUTCHESS:

6   Q.   Mr. Gonzalez, can you explain what personal knowledge you

7   have of the employees' reaction to Mr. Carollo's orders that

8   weren't orders?

9   A.   I would hear from employees and from department directors

10  that they were terrified because either somebody from his

11  office or someone from his behalf would ask them to do

12  something, to go somewhere, and they were afraid to say no.

13  Q.   Do you recall any emails from the city attorney seeking to

14  implement the Commission's orders after this meeting?

15  A.   Yes.  We received an email with a list of properties that

16  we needed to check out.  I think it maybe for life safety

17  issues which is really one of the few instances where you can

18  shut down a business right away if there's a life safety issue.

19  Q.   Okay.  And did you ever see any evidence of any life

20  safety issues with respect to any of Mr. Fuller or

21  Mr. Pinilla's properties?

22  A.   No.

23          MR. KUEHNE:  Objection.

24          THE COURT:  What's the objection?

25          MR. KUEHNE:  Foundation.  It's not even talked about

```
 1  inspecting any of those properties.
 2          THE COURT:  Sustained.
 3  BY MR. GUTCHESS:
 4  Q.   Let me show you the exhibit, the email from -- oh, before
 5  I get to that, did any of your deputy managers or assistant
 6  managers object to the email?
 7  A.   Yes.  In fact, my deputy city manager, my assistant city
 8  manager, the police chief, in writing objected that this was
 9  tantamount to targeting a business and that they were very
10  uncomfortable doing this.
11      I also had other employees and directors come to me and
12  saying, hey, what's going on?  It's just wrong.  There's just
13  no way that this is right.
14          MR. GUTCHESS:  Your Honor, may we have a short
15  sidebar, just the two of us?
16          THE COURT:  Sure.
17                  (At the bench.)
18          MR. GUTCHESS:  I don't want to take a chance with
19  him.  He may on his own talk about the state attorney.  I
20  didn't tell him not to, so I don't want to take a risk of him
21  blurting that out.
22          THE COURT:  Don't ask him any questions along those
23  lines.  You want to ask a direct question only or a leading
24  question, that's fine, but don't lead him directly or
25  indirectly.
```

```
 1              MR. GUTCHESS:  Okay.

 2              THE COURT:  Okay?

 3              MR. GUTCHESS:  Okay.  I'm worried if I say --

 4              THE COURT:  Just don't do it.

 5              MR. GUTCHESS:  So he did two things, what did you do,

 6    he kind of made sure his staff followed the rules, the

 7    instruction to follow the rules and document everything.  I

 8    don't want that question to lead him to say he did it.

 9              THE COURT:  Look, I just told you how there's a way

10    that you accomplish this.  You can, one, don't ask the question

11    at all or ask a leading question, did you do this, yes or no?

12    All right?  And no further elaboration, okay?

13              MR. GUTCHESS:  Okay.

14              THE COURT:  All right.

15                        (In open court.)

16              MR. GUTCHESS:  Your Honor, we would like to show the

17    witness Exhibit 135 which you already ruled on.

18              THE COURT:  Do you have it?

19              MR. GUTCHESS:  Yeah, I think this was one of the ones

20    you overruled the objection already.

21              THE COURT:  That's fine.

22    BY MR. GUTCHESS:

23    Q.   Mr. Gonzalez, I'd like to show you Exhibit 135.

24              THE COURT:  Is this the correct exhibit?

25              MR. KUEHNE:  It is the correct exhibit, Your Honor.
```

```
 1              THE COURT:  All right.
 2   BY MR. GUTCHESS:
 3   Q.   Okay.  And who's that initial email from?
 4   A.   That's Joe Napoli, my deputy city manager.
 5   Q.   And what does Joe say to you?
 6   A.   You want me to read it?
 7   Q.   Please.
 8   A.   It says:  Emilio, please see below which is a directive
 9   given at the commission meeting which focuses on life safety
10   issues.  I'm concerned that what the city attorney is directing
11   our staff to do is beyond what was directed by the Commission
12   and can be interpreted as targeting businesses.  I think we
13   should have our staff hold off unilaterally acting until we
14   fully assess what is being asked and develop a coordinated
15   approach.
16   Q.   And what was your response?
17   A.   I said:  Thank you, Joe.  Agreed.
18   Q.   Okay.  And let's go down and just show them the rest of
19   the emails so we can see what the city attorney's email said.
20   Is that the list of properties?
21   A.   Correct.
22   Q.   Okay.  If we can go back to the top.
23        Why was it that you agreed with Mr. Napoli?
24   A.   Because it appears like we were targeting and I am very,
25   very clear with our staff that we always, always do things in a
```

```
 1   nonpolitical professional way.
 2       And that in summary, nothing that is ethically wrong can
 3   be politically right, and I wanted to make sure that before we
 4   head down this path, that we had all the information that we
 5   needed and that I listened to everybody's concerns and
 6   everybody was concerned.
 7       Universally, all of my assistant city managers, some put
 8   it in some writing, some would just tell me, say this is wrong,
 9   this is really wrong.
10   Q.   And then let me show you the next email from Zerry -- how
11   do you say his last name?
12   A.   Ihekwaba.
13   Q.   Who is Mr. Ihekwaba?
14   A.   Who is he?
15   Q.   Yeah.
16   A.   When I -- when I was manager, he was my assistant city
17   manager.  And now, he is I believe the deputy city manager.
18           MR. GUTCHESS:  Your Honor, I'd like to show the
19   witness and the jury Exhibit 136.
20           MR. KUEHNE:  Just make sure.
21           MR. GUTCHESS:  So we're going to introduce Exhibit
22   150.
23   BY MR. GUTCHESS:
24   Q.   This is the email you were referencing, Mr. Gonzalez?
25   A.   Yes.
```

```
 1   Q.   Can you read what Mr. Ihekwaba said?
 2   A.   By the way, he is a professional engineer and a superb
 3   administrator.  He says:  Attention all, and there's a laundry
 4   list of people that it's addressed to.  I have concerns about
 5   this directive.  We ought to be enforcing the code city-wide
 6   and not just targets, and the City Charter has provisions on
 7   the lines of communicating directions to staff.
 8   Q.   What is your response?
 9   A.   I say thank you, I agree.  Let's discuss.
10            THE COURT:  Before we go any further, for the record,
11   the correct spelling of the last name is I-H-E-K-W-A-B-A.
12            THE WITNESS:  Correct.
13   BY MR. GUTCHESS:
14   Q.   Thank you.  And can you tell us why you responded saying
15   you agreed?
16   A.   Because it was in keeping with the opinion of staff and
17   that is we're being asked to look at these properties, we're
18   being asked to look at them with the intention of essentially
19   finding a way to shut them down and it's wrong and my staff,
20   which are first rate professionals, they have no qualms
21   whatsoever about telling me something is wrong.
22            In this case, they wrote me to say something was wrong and
23   we should not be doing this.  We should not be in this line of
24   work.  We need to run a city.  We don't need to ruin a business
25   and my staff was adamant that this was going way, way too far.
```

```
 1   Q.    Okay.  Did anybody disagree with you?

 2   A.    No.

 3   Q.    Okay.  Let's go to the Colina letter.

 4         MR. GUTCHESS:  I apologize for a minute to get the

 5   right exhibit.  149.  So we're going to introduce redacted 146.

 6   If you can scroll down to the bottom and show Mr. Gonzalez the

 7   first email he received from Mr. Colina.

 8   BY MR. GUTCHESS:

 9   Q.    Right there.  And who is Mr. Colina?

10   A.    He was the chief of police.

11   Q.    And can you read for the jury what he wrote to you?

12   A.    Mr. Manager:  Please allow this message to humbly express

13   my concern regarding the city attorney's request for assistance

14   in carrying out a resolution passed last week at the

15   February 14, 2019 Commission meeting.

16         Through the resolution, the city attorney is requesting

17   that Miami Police personnel and other departments conduct new

18   site inspections at the direction of a city commissioner.  As

19   you know, the item on the agenda was a discussion item.

20   However, the main focus of the discussion was aimed at one

21   particular business owner in the city.  The resolution that the

22   city attorney prepared pertains to properties described at the

23   2-14-2019 city commission meeting.  However, the addresses

24   forwarded in her email targets the particular business owner

25   which gives the impression that the city is selectively
```

1    targeting his businesses for new investigations.

2        The concern is that this request, through the city

3    attorney, may amount to an unsanctioned and unlawful exercise

4    of powers beyond the limits of his legislative power as a city

5    commissioner to intentionally cause harm to a business owner.

6    As such, my department's actions under the resolution may be in

7    violation of the Code of Ethics Ordinance.

8        Furthermore, this is selective enforcement against the

9    business owner's properties using city ordinances.  This may be

10   deemed an indirect usurpation of the administration's powers to

11   interfere with the operations and procedures of various

12   departments including the Miami Police Department.

13       The Miami Police Department coordinates bar checks based

14   on established operational plans, not at the direction of an

15   elected official.  Lastly, I humbly request that any direction

16   given to the police department come from you or your designees

17   so that would not violate the Charter.

18   Q.   And what was your response?

19   A.   I wrote back to him that I -- let me see here.  Thank you,

20   Chief.  As always, I appreciate your candor and professionalism

21   on this matter of great concern to me, the mayor and the

22   administration.

23   Q.   And did you agree with Chief Colina's concerns?

24   A.   Absolutely.

25   Q.   Okay.  Did you ask him to write this letter to you?

```
 1   A.    No.
 2   Q.    Did you ask any of these people to send these emails to
 3   you?
 4   A.    No.
 5   Q.    Did you also get a call from the city attorney about this
 6   issue?
 7   A.    Yes.
 8   Q.    And did she tell you anything about the list of properties
 9   that Mr. Carollo wanted?
10         MR. KUEHNE:  Objection.
11         THE COURT:  What's the objection?
12         MR. KUEHNE:  Hearsay, number one.  And number two,
13   Judge, it's outside the scope of this case.
14         THE COURT:  Overruled.  You can answer.
15         THE WITNESS:  Yes, she had told -- because I had
16   expressed concerns that too many of these properties belonged
17   to Mr. Fuller, and that there was -- it was unseeming and she
18   responded that they would add more properties to the list so
19   that it would appear like we're not targeting anybody.
20   BY MR. GUTCHESS:
21   Q.    And what did you think of that?
22   A.    Again, very inappropriate and astonishing.
23   Q.    And did you also draft a memo to yourself on that issue?
24   A.    I did.
25   Q.    And why did you do that?
```

```
 1   A.   Because I thought that at some point, this would go south

 2   for the city and I needed to have an opportunity to remind

 3   myself of what happened.  You know, I wrote myself, if I may,

 4   memos for record whenever I thought --

 5             MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

 6   of his question.

 7             THE COURT:  All right.  Sustained.

 8   BY MR. GUTCHESS:

 9   Q.   Okay.  In this instance, not generally, but in this

10   instance, why did you write this memo to yourself?

11   A.   Because I thought it was important enough that I would

12   need to refresh my memory if this came back.

13             MR. GUTCHESS:  At this point, Your Honor, I'd like to

14   offer into evidence all of the memos to self Mr. Gonzalez

15   drafted.

16             THE COURT:  All right.

17             MR. KUEHNE:  Objection, Your Honor.

18             THE COURT:  All right.  Overruled.  Admitted.

19   BY MR. GUTCHESS:

20   Q.   137.  Mr. Gonzalez, could you read your memo to yourself

21   for the jury?

22   A.   On the afternoon of February 20, I received a phone call

23   from City Attorney Victoria Mendez to discuss City Commission

24   actions regarding code enforcement taken during the

25   February 14th meeting.  Mrs. Mendez let me know that she was
```

1   tasked with investigating what could be done with certain

2   properties identified at the meeting if life safety, in

3   quotation, issues were found.

4        She twice stated that because Commissioner Carollo was a

5   named plaintiff in a civil lawsuit regarding the targeted code

6   enforcement actions against properties owned by Mr. William

7   Fuller, Commissioner Carollo was going to ask for other

8   properties to be looked at to create the appearance that the

9   commissioner was not targeting Mr. Fuller.  She also once again

10  told me to give Carollo something so that I could get him off

11  my back, all in quotes.

12  Q.   And again, why did you draft this memo?

13  A.   Because I thought it was woefully inappropriate.

14  Q.   You can take that down.

15       Mr. Gonzalez, do you recall an audit that was done -- that

16  was asked to be done by - strike that.

17       Do you recall Mr. Carollo asking for and audit to be done

18  of the plaintiff's restaurant Taquerias?

19  A.   Yes, I do.

20  Q.   What do you recall about that?

21            MR. KUEHNE:  Objection, Your Honor.  We've discussed

22  this.  This is outside the four corners and allegations of the

23  complaint completely.

24            THE COURT:  Your objection is noted for the record.

25

1    **BY MR. GUTCHESS:**

2    Q.   What do you recall about that audit?

3    A.   I recall that we were required to do an audit to ascertain

4    whether a particular business was a restaurant or a bar

5    depending on if you sold more of one than the other, then other

6    issues would kick in.

7        We had never been asked to do that ever, and I tasked my

8    Chief Financial Officer, Sandra Bridgeman, if she could

9    coordinate, you know, this audit.  And it took her forever to

10   find a firm that would be willing to do it because she couldn't

11   find a firm that had ever done this.

12       And secondly, she couldn't find anything on file in the

13   city of another business that had an audited in this way

14   whether you're a bar or a restaurant, so this is something that

15   we talked about quite a bit.

16   Q.   And so this was an audit that had never been done before

17   and who was going to be audited?

18   A.   It was going to be Mr. Fuller's business.

19   Q.   Was there any other business in the city that was going to

20   be audited?

21   A.   At that time, not one.

22   Q.   Okay.  And what did you think about that?

23   A.   Well, I thought it was ludicrous, but we would do it to

24   make sure that we acted professionally.  We finally found I

25   believe it was an accounting firm that would do it.

1      And again, we followed the process.  We worked in a very

2  toxic environment then, and we wanted to make sure that

3  everybody was copacetic that things were being done, we were

4  moving forward.  And we went ahead and did it as we were asked

5  to do.  And eventually, the audit was finished.

6  Q.   Okay.  And what was the result of the audit?

7  A.   That it was a restaurant.

8  Q.   Okay.  And so Taquerias was not shut down at that time?

9  A.   I don't recall to be honest.

10 Q.   Well, during your time as city manager, do you recall if

11 Commissioner Carollo succeeded in shutting down any of

12 plaintiffs' businesses?

13          MR. KUEHNE:  Objection.

14          THE COURT:  What's the objection?

15          MR. KUEHNE:  First of all, leading, number one, and

16 number two, foundation.

17          THE COURT:  I'll sustain the objection.

18 **BY MR. GUTCHESS:**

19 Q.   Mr. Gonzalez, during your time as city manager, to your

20 knowledge, were any of Mr. Fuller's or Mr. Pinilla's businesses

21 shut down?

22 A.   I don't recall specifically but I believe that we were

23 able to mitigate the situation so that there would be no

24 shutdown and no business loss.

25 Q.   Okay.  Now, when was the first time you've met Mr. Fuller?

```
1    A.    I don't have the exact date but actually Mr. Fuller came
2    to see me at my office.
3    Q.    Had you ever met Mr. Fuller before you became city
4    manager?
5    A.    No.
6    Q.    Do you have any relationship with him whatsoever?
7    A.    None.
8    Q.    Have you ever had lunch with him?
9    A.    None.
10   Q.    How about Mr. Pinilla?
11   A.    I wouldn't recognize him in an elevator.
12   Q.    So to your knowledge, you've never met Mr. Pinilla?
13   A.    No.
14   Q.    And you mentioned that once you were a city manager,
15   Mr. Fuller came to meet with you.  What did he tell you?
16   A.    Just concerned about how his properties were being
17   targeted.  I made it a point to meet with everybody.  I would
18   give anybody 15 minutes of my time whether they were business
19   owners, they were lawyers, lobbyists.  I had no qualms meeting
20   with people, giving them the best information I could,
21   referring them to subject matter experts.  I treated him just
22   like I would any other resident coming into the city.
23   Q.    And do you recall any other meetings with Mr. Fuller?
24   A.    At a deposition.
25   Q.    After you were no longer the city manager?
```

```
 1    A.    Correct.
 2    Q.    Okay.  But during your time as city manager, you only met
 3    with Mr. Fuller once?
 4    A.    To my knowledge, that's right.
 5    Q.    Have you ever provided any selective protection services
 6    for Mr. Fuller?
 7    A.    That's nonsense.  No.
 8    Q.    Have you ever been accused of that?
 9    A.    Yes.
10    Q.    By whom?
11    A.    By Commissioner Carollo.
12    Q.    And what did he say?
13    A.    He went on television to say that the mayor and I were
14    providing a protection racket for businesses on 8th Street.
15    Q.    Was there any basis for that?
16    A.    None whatsoever.
17    Q.    Do you believe that defamed you?
18    A.    Absolutely.
19    Q.    And when you left the city, did you call Mr. Fuller?
20    A.    After I left the city.
21    Q.    Why did you call Mr. Fuller?
22    A.    Because as a private citizen, I felt obliged to call him
23    up and apologize for everything that he had gone through.
24    Q.    And why are you here today to testify?
25    A.    Because I've been subpoenaed.
```

```
 1   Q.   Okay.  And have you ever met -- or met with me before?
 2   A.   To go over documents.
 3   Q.   And why did you meet with me?
 4   A.   Pardon me?
 5   Q.   Why were you willing to meet with me and provide the
 6   documents?
 7   A.   Because you subpoenaed them from me.  I'm not a litigious
 8   person.  I left of my own volition and wanted to never again
 9   look in my rearview mirror.
10   Q.   And let me ask you just because it comes up later with --
11   Commissioner Carollo accused you of targeting him by sending
12   Code to his house.  Do you recall that?
13   A.   Yes.
14   Q.   Tell us how that unfolded.
15   A.   It was actually a press conference that Mr. Fuller had
16   right outside city hall where he provided the media with
17   documents --
18           MR. KUEHNE:  Objection, hearsay.  He's talking about
19   a press conference --
20           THE COURT:  Overruled.
21           MR. KUEHNE:  -- held by somebody else.
22           THE WITNESS:  I was there.
23           THE COURT:  Overruled.  You can answer.
24           THE WITNESS:  Held by Mr. Fuller, and he was alleging
25   egregious code violations at Mr. Carollo's residence.  My
```

```
 1   Director of Code Compliance came to me, a very talented young
 2   attorney and she said what do I do?  Because, again, the fear
 3   factor.
 4          And I said you send inspectors to his house and you
 5   treat him like any other citizen wants to be treated.  Again,
 6   code compliance is word of mouth.  It's a neighbor on neighbor
 7   and we needed to be very, very professional on how we handled
 8   this.
 9          To not send somebody there would have been an
10   egregious lack on our part by letting everybody think that we
11   were cutting him slack because he was an elected official.  So
12   yes, I authorized Code to go to his residence.
13   Q.   And what happened when they went to his residence.
14   A.   He was cited.
15   Q.   Do you recall what he was cited for?
16   A.   I don't at this moment.
17   Q.   Was Mr. Carollo angry with you about that?
18   A.   Very much so.
19   Q.   What did he say to you?
20   A.   About that one, I don't recall but he was angry all the
21   time.
22   Q.   There came a point in time that you decided to resign as
23   city manager?
24   A.   Yes.
25   Q.   Can you tell us about the events leading up to your
```

1    decision to resign?

2    A.    In -- I guess it was during Thanksgiving of 2017, my wife

3    was very, very ill.  She was hospitalized with congestive heart

4    failure, renal failure --

5            MR. KUEHNE:  Your Honor, if I could just have a

6    moment.

7            THE COURT:  Sure.

8    **BY MR. GUTCHESS:**

9    Q.    I think you may have said 2017.  Maybe you have the wrong

10   year.

11   A.    I'm sorry, my days all run together.  The Thanksgiving

12   before I left.  2019, I guess it was.

13   Q.    Okay.

14   A.    Correction.  She had been diagnosed with congestive heart

15   failure, renal failure, water in the lungs.  She's a brittle

16   diabetic and she lost her eyesight and her hearing in her right

17   ear.

18        We spent the better part of the Thanksgiving season with

19   her hospitalized.  I came home, still she was -- she was very,

20   very brittle and I missed the commission meeting on December

21   the 12th right before Christmas, and I'm home with my wife, and

22   I start getting text messages and phone calls from people

23   saying, hey, you've got to turn on the meeting and which I did.

24        And Commissioner Carollo spent the better part of an hour

25   and a half attacking me, attacking my performance, attacking my

1   good name, just attacks in general accusing me of wrongdoing.

2   And then calling into question that I be terminated at that

3   time in my absence.

4   Q.   And had you been given any notice?

5   A.   None.

6   Q.   Okay.  And what did you think about him providing no

7   notice and doing it while you were gone?

8   A.   I thought that that was cowardice.

9   Q.   And did you write down any notes of your thoughts of how

10  to respond?

11  A.   I did.

12  Q.   Okay.  Do you recall everything you put in those notes?

13  A.   Yeah, pretty much.  I went line by line addressing

14  everything he had to say about me personally, about me

15  professionally, about the city, about accusations, and then I

16  wrote an outline and then I proceeded to, with help, create

17  what would have been a rebuttal to all of these scurrilous

18  accusations.

19  Q.   Was one of the scurrilous accusations that he made about

20  Mr. Fuller and Mr. Pinilla?

21  A.   Yes.  Well, that I wrote down.

22  Q.   That you wrote down, and do you recall what it is you

23  wrote down?

24  A.   That he was trying to terminate me because I would not

25  weaponize city government against Mr. Fuller.

1   Q.   And who did you send these notes to?

2   A.   No one.

3   Q.   Did they become part of an effort to write a resignation

4   speech?

5   A.   Well, the resignation speech came after.  My intent was --

6   excuse me, my intent was to fashion this document into a point

7   by point rebuttal at the next commission meeting so that I

8   could at least look at me, when you're going to accuse me of

9   all of these things, look me in the face and do it.  And that

10  didn't happen.

11  Q.   Okay.  Why didn't that happen?

12  A.   Because at the next commission meeting, I was scheduled to

13  address the commission for the same amount of time that

14  Commissioner Carollo trashed me in my absence except I was

15  going to do it in front of him.  And at the last minute, they

16  attempted to change the agenda so that I would not be allowed

17  to speak.

18  Q.   And what happened after that?

19  A.   If I recall, the agenda was changed so that there were no

20  public speakers.  There were only four commissioners that day.

21  The chairman showed up late because he had been ill and he

22  demanded that I be allowed to speak.

23       And at that point, one commissioner called to adjourn the

24  meeting and another one seconded it, a third one approved and

25  the meeting ended after about 35 minutes, so I never had a

```
 1   chance to present my findings.
 2   Q.   And if you were not terminated, why did you decide to
 3   resign?
 4   A.   Because at that point, after that meeting, I realized that
 5   every subsequent meeting would be a clown show and it would be
 6   a circus and it would be about the city manager doing this,
 7   about the city manager doing that, about does the city manager
 8   wake up at 8:00 or 7:00.  Things got so bad throughout this,
 9   that there was even a private detective parked in front of my
10   house --
11           MR. GUTCHESS:  So, Your Honor --
12   A.   -- keeping tabs on my comings and goings.
13   BY MR. GUTCHESS:
14   Q.   And who did you believe hired that private inspector?
15   A.   I believe the --
16           MR. KUEHNE:  Objection.
17           THE COURT:  All right.  Sustained.
18           MR. GUTCHESS:  Okay.  Your Honor, I'd like to offer
19   into evidence the draft resignation speech that Mr. Gonzalez
20   and Mr. Ignacio Ortiz-Petit had prepared.
21           MR. KUEHNE:  Objection, Your Honor.  We've objected
22   to this on the exhibit list.  And in addition to it being
23   classic hearsay, it's never been published and there were also
24   some items that we need to have the Court review specifically.
25           THE COURT:  Look, you can show to him.  If he wants
```

 1    to read what he wrote, he can do so at that time, okay?

 2              MR. GUTCHESS:  May I approach the witness?

 3              THE COURT:  Yes.

 4              MR. GUTCHESS:  It's Exhibit 209.

 5         May I approach the witness, Your Honor?

 6              THE COURT:  Yes.

 7    **BY MR. GUTCHESS:**

 8    Q.   Mr. Gonzalez, is this a draft of the resignation speech?

 9    A.   This is a draft of the presentation I would have given had

10    I been allowed to speak at the following commission meeting.

11    Q.   Okay.

12    A.   It is because of this that I resigned.

13    Q.   Could you just read the pages that I've flagged with the

14    yellow flag and highlighted, just the highlighted portions?

15    A.   Just in the tabs or the highlighted portions?

16    Q.   Yeah, the highlighted portions on the pages I tabbed.

17    A.   Okay.  There's one that's highlighted but it hasn't been

18    tabbed.

19              MR. KUEHNE:  Your Honor, may I walk over there to see

20    which portion he's using?

21              THE COURT:  Sure.

22              THE WITNESS:  Okay.

23              MR. KUEHNE:  Thank you.

24    **BY MR. GUTCHESS:**

25    Q.   You can read.

A.   Just look what he's done to Mr. Fuller.  Shortly after I
was appointed to this position, the District 3 commissioner
accompanied by a staff member and a senior member of AFSME
Local 1907 took me on a late evening tour of Calle Ocho where
he pointed out businesses owned by Mr. Fuller.  The District 3
commissioner stated these businesses didn't belong in Little
Havana because they're not Cuban.  He complained that
Mr. Fuller isn't Cuban either and accused Mr. Fuller of being
an agent of the ***Nicholas you'll generally regime,
accusations he has repeated at various other times.

     The same tour was repeated with our administration
officials, including the deputy city manager, Joe Napoli and
our Code Compliance Director, Adele Vagli.

     While he never directed me to close these businesses, he
made it abundantly clear that these businesses were not welcome
in Little Havana.  The District 3 commissioner's hostility
towards me stems from, among other things, the fact that he has
on numerous occasions tried to weaponize the Code Compliance
Department against his perceived enemies and I would not go
along.

     He went so far as to have the city attorney suggest to me
ways that we could administratively close those businesses.
Because I would not weaponize city government, I made the
Carollo enemies list.  I then became the object of false and
defamatory accusations in an attempt to discredit and silence

```
 1   me.
 2        Since he couldn't terminate me on factual performance
 3   metrics, he proceeded to invent of series of knowingly false
 4   accusations.
 5        In late November, my office sent a memo highlighting the
 6   many accomplishments we have achieved in the last two years.
 7   These include a lower adjusted budget, the highest bond rating
 8   in the city's history, the second lowest millage rate in 55
 9   years, and the lowest homicide rate in recent memory.
10        As a former intelligence officer, I make a habit of
11   keeping written personal notes.  In November 2018, our city
12   attorney called me right after a status hearing on Mr. Fuller's
13   lawsuit against Commissioner Carollo.  She stated that during
14   the hearing, Mr. Fuller's attorneys mentioned that I would --
15             MR. KUEHNE:  Objection.  Objection, Your Honor.
16             THE COURT:  What's the objection?
17             MR. KUEHNE:  I objected to this when he said it the
18   first time, and now he's saying it again.  The city -- meeting
19   with the city attorney.  Not anybody associated with this case,
20   Judge.
21             THE COURT:  All right.
22             MR. GUTCHESS:  It was already in, Your Honor.
23             THE COURT:  You can cross-examine him when you have
24   an opportunity.  You may continue, sir.
25             THE WITNESS:  Thank you, Your Honor.  She stated that
```

1    during the hearing, Mr. Fuller's attorneys mentioned that I

2    would be subpoenaed once this case went to trial.

3          The city attorney also stated that Commissioner

4    Carollo was visibly shaken by the statement and she asked me to

5    pasa la mano, which in Spanish means smooth things over with

6    the commissioner.  At a December 11, 2018 meeting, the city

7    attorney reiterated that I ought to pasa la mano to

8    Commissioner Carollo.

9          The next day during a meeting with the commissioner

10   and others, he went on to tell me that he was present at a

11   federal court hearing on a matter brought forth by Mr. Fuller

12   and his business partners.  The Commissioner Carollo D3 stated

13   that during the hearing, he heard Mr. Fuller's attorneys state

14   that they planned to call me as a witness because I would never

15   lie under oath.

16         So on February 14th, Commissioner Carollo went off on

17   a tirade against our Code Compliance Department and its new

18   director.

19         Following that meeting on February 20th, I received a

20   call from city attorney to discuss the city commission action

21   taken on February 14th meeting.  She let me know she was tasked

22   with investigating what could be done to certain properties

23   discussed at the meetings if life safety issues were found.

24         She twice stated that because Commissioner Carollo was

25   the named plaintiff in a civil lawsuit regarding targeted code

```
 1   enforcement actions against properties owned by Mr. Fuller,

 2   Commissioner Carollo was going to ask for other properties to

 3   be looked at as to create the appearance that the commissioner

 4   was not targeting Mr. Fuller.

 5           She once again asked me to give Carollo something so

 6   that I could get him off my back.  Since I would not give

 7   Carollo something so I could get him off my back, on

 8   April 12th, 2019, the matter of the city manager appeared on

 9   the agenda with Commissioner Carollo waiting for the right time

10   to spring his accusations.  I think that's it.

11           MR. GUTCHESS:  No further questions.

12           THE COURT:  Any cross-examination?

13           MR. KUEHNE:  Thank you, Judge.

14           THE COURT:  First, is the jury fine?  Does anyone

15   need to take a break or not?  Remember my first instructions

16   from jury selection, what was that?

17           A JUROR:  Let you know?

18           THE COURT:  Raise your hand, let me know.  I can't

19   read your mind.  Again, by all means, if you need a break any

20   time, please let the court security officer get my attention.

21           Again, while you're on break recess, ladies and

22   gentlemen, please do not discuss this case with anyone.  Do not

23   formulate any opinion whatsoever.  Everyone understand that?

24           ALL JURORS:  Yes.

25           THE COURT:  Okay.  Thank you.
```

```
 1                (Thereupon, the jury exited the courtroom

 2                      and a short recess had.)

 3           THE COURT SECURITY OFFICER:  All rise.

 4           THE COURT:  All right.  The members are all present

 5   and accounted for.  You may be seated everyone.

 6           Mr. Kuehne, you may proceed with your

 7   cross-examination, sir.

 8           MR. KUEHNE:  Thank you, Your Honor.

 9                           -  -  -  -  -
```

 10                 **CROSS EXAMINATION OF EMILIO GONZALEZ**

 11   **BY MR. KUEHNE:**

```
 12   Q.   Good afternoon, Mr. Gonzalez.  You know me.  I'm Ben

 13   Kuehne.

 14   A.   Yes, sir.  How are you, counselor?

 15   Q.   You know I'm counsel with a number of other lawyers for

 16   Commissioner Joe Carollo?

 17   A.   Yes, sir.

 18   Q.   And you knew me during the time that you served as city

 19   manager for the City of Miami?

 20   A.   Yes, sir.

 21   Q.   Roughly a two year period?

 22   A.   Yes.

 23   Q.   You're not in -- in city government, municipal government

 24   at the present time?

 25   A.   No, sir, I'm not.
```

```
 1   Q.   I'm going to start with because my name is in it, Exhibit
 2   330, and that was the letter that was shown to you that's
 3   written to me.
 4   A.   Yes, sir.
 5   Q.   And let me try to pull it up on the screen if I can and
 6   ask you about that letter.
 7            MR. KUEHNE:  Your Honor, may I publish?
 8            MR. GUTCHESS:  No objection.
 9            MR. KUEHNE:  Defense Exhibit 330.
10            THE COURT:  Sure.
11   BY MR. KUEHNE:
12   Q.   You're able to read the screen okay?
13   A.   Yes, sir.
14   Q.   So this is a letter on City of Miami letterhead in your
15   capacity as the city manager for the City of Miami?
16   A.   Yes, sir.
17   Q.   And it's not uncommon in your capacity as the city manager
18   to write letters on city stationary?
19   A.   Not at all.
20   Q.   And it's not uncommon for you in your role as city manager
21   to write emails with your -- I'll call it a signature block but
22   the section that has the city seal and your name and title?
23   A.   Yes, sir.
24   Q.   And that's all part of your official city manager
25   function?
```

```
1   A.    Yes, sir.
2   Q.    And by the way, you learned municipal government in the
3   City of Miami during your two year duration as city manager,
4   right?
5   A.    Municipal government?
6   Q.    City of Miami Municipal Government?
7   A.    Yes, sir.
8   Q.    Prior to that, you explained your career.  You had been
9   working in county government as director of the airports?
10  A.    Yes, sir.
11  Q.    And that although you probably worked with city officials
12  in sort of a collegial basis, you were not a City of Miami
13  staff member?
14  A.    Correct.
15  Q.    Had you read the City of Miami Charter or Code of
16  Ordinances prior to becoming city manager?
17  A.    Actually, I did.
18  Q.    You did.  When did you do that?
19  A.    Shortly before becoming city manager.
20  Q.    So when you were asked if you were interested in being
21  city manager by Francis Suarez, the mayor, you sort of studied
22  up what's the role, the duties, the function of the city
23  manager?
24  A.    Correct.
25  Q.    So when you wrote this letter August 7th of 2018 to me,
```

1   you -- by the way, didn't I ask you for this letter?

2   A.    The commissioner asked me for that letter, I believe.

3   Maybe you, maybe him.  One of you two asked me for the letter.

4   I did not arbitrarily volunteer this letter.

5   Q.    That was not my question.  My question, if you can

6   remember, didn't I ask you for the letter on behalf of the

7   commissioner?

8   A.    You may have.

9   Q.    Okay.  And you knew that at the time, April 7, 2018, the

10  commissioner was seeking the dismissal of what he viewed as a

11  totally bogus complaint against him by Bill Fuller?

12  A.    Actually I did not.

13  Q.    You did not know that in August of 2018?

14  A.    I don't follow court proceedings or complaints.  I've got

15  enough on my plate.

16  Q.    So this letter -- by the way, it was not dictated to you?

17  A.    No.

18  Q.    It was not told by the city attorney write it this way?

19  A.    No.

20  Q.    Your staff didn't work up bullet points for you?

21  A.    No.

22  Q.    You prepared the letter because of a request either by me

23  or on behalf of Commissioner Carollo?

24  A.    That's correct.

25  Q.    Could you write about the subject and the subject included

```
 1    walking tours of the city?
 2    A.    Correct.
 3    Q.    Particularly District 3?
 4    A.    Correct.
 5    Q.    Now remind us, you started with the city in January of
 6    2018?
 7    A.    That's correct.
 8    Q.    Commissioner Carollo had just finished his election.  He
 9    was elected and sworn in just before you got into the city
10    manager's position, right?
11    A.    If you say so, yes.
12    Q.    Sworn in December, December 2, 2017, but you knew it
13    was -- he was a new again commissioner on the City of Miami
14    Commission?
15    A.    Correct.
16    Q.    And one of the first things he and his staff did when you
17    came on board in January of 2018 was to ask you, Mr. Manager,
18    would you come on a tour of the Little Havana area of
19    District 3?
20    A.    Correct.
21    Q.    A pretty important area for District 3, isn't it?
22    A.    Yes.
23    Q.    In fact, when you became city manager, you learned if you
24    did not know earlier, that Little Havana was the only historic
25    designated area by the National Historic Registry designated in
```

1    the City of Miami, wasn't it?

2    A.   Yes.

3    Q.   And that's because of the role that Calle Ocho, 8th

4    Street, Little Havana had in the historic City of Miami?

5    A.   I don't know how they came to that designation, but I'll

6    take your word for it.

7    Q.   And you certainly understand the value of that

8    designation?

9    A.   Yes.

10   Q.   And by the way, you knew that -- strike that.

11        Did you know that Joe Carollo as a private citizen and his

12   brother, then Commissioner Frank Carollo, were essentially

13   responsible for getting that historic designation?

14   A.   No, I did not.

15   Q.   So, by the way, had you been as director of the airports a

16   frequent visitor to Calle Ocho?

17   A.   I actually lived nearby, so yes.

18   Q.   So you live in District 3?

19   A.   I do.

20   Q.   And what area did you live?  Without telling us exactly

21   where, what area did you live?

22   A.   I still live there.

23   Q.   Okay.  I'm not looking for the address, but --

24   A.   The Roads.

25   Q.   Give us a sense, the Roads section is the part of

1    District 3 that really abuts U.S. 1 and abuts Coconut Grove,

2    that area?  And the reason it's called Roads, all the streets

3    instead of being streets and avenues are roads because they go

4    in different directions than streets and avenues?

5    A.    Correct.

6    Q.    And you know probably from your time with the city, that

7    the plat of the county generally has avenues going north and

8    south and streets going east and west?

9    A.    And we live in the Roads which is neither.

10   Q.    Right.  The Roads goes its own way.  So you're aware that

11   District 3 had some purely residential areas because you lived

12   in a purely residential area?

13   A.    Yes.

14   Q.    And what was interesting about the Little Havana/Calle

15   Ocho area is that it was a small strip, important strip of

16   commercial surrounded by a historically residential area?

17   A.    Yes.

18   Q.    And at the time, even in 2018, it was still largely known

19   as Little Havana and populated by many immigrants including

20   Cuban American immigrants, other Latin speaking immigrants and

21   many others in that area?

22   A.    Yes, sir.

23   Q.    And from the walking tour -- by the way, had you taken a

24   walking tower of Calle Ocho before you became city manager?

25   A.    I walked it all the time because I frequented the

1  businesses.

2  Q.   Okay.  So you went to the businesses and you also knew

3  that if you went one block behind the businesses, you would see

4  apartment buildings, ALFs, adult living facilities, single

5  family homes?

6  A.   Yes.

7  Q.   What you would call very typical middle class or maybe

8  entry level middle class?

9  A.   Okay.

10 Q.   Right?

11 A.   Mm-hmm.

12 Q.   The Roads would be --

13         THE COURT:  Also you have to say yes or no.

14 A.   Yes.

15 **BY MR. KUEHNE:**

16 Q.   The Roads probably is a little bit more upscale than the

17 area around Little Havana?

18 A.   Yes.

19 Q.   And Little Havana had its religious institutions,

20 churches, some big, some small?  If you could just answer yes

21 and no, if you know the answer.

22 A.   I've seen them on Calle Ocho, yes.

23 Q.   Okay.  And it also had -- Calle Ocho had some schools --

24 A.   Yes.

25 Q.   -- there?  And among the businesses, there were right on

```
 1    Calle Ocho, an automotive distributor, big, sold cars new and
 2    used?
 3    A.    Closer into the city.
 4    Q.    Okay.
 5    A.    Yeah, I believe so.
 6    Q.    Little Havana district?
 7    A.    Probably on the outskirts of Little Havana, yes.
 8    Q.    And then restaurants, shops?
 9    A.    Yes.
10    Q.    Co-mingling with the residential area around it?
11    A.    Yes.
12    Q.    So Commissioner Carollo takes you on this tour and you
13    mention that he had a longtime city employee who happened to be
14    an AFSME representative there?
15    A.    Correct, yes.
16    Q.    Who you understood Mary Lugo knew Commissioner Carollo
17    back from the days when Commissioner Carollo was mayor of the
18    City of Miami?
19    A.    Yes.
20    Q.    She had been an employee for that long?
21    A.    I don't know if she had been an employee from that long,
22    but she did tell me that she had known him for a very long
23    time.
24    Q.    And who else was with you?
25    A.    The president of the union.
```

```
1   Q.   Okay.  The president of the union came.  All right.

2   A.   Oh, no, I'm sorry.  You mean on the walking tour?

3   Q.   On the walking tour, right.

4   A.   It would have been Ms. Lugo and Mr. Steve Miro.

5   Q.   Steve Miro.  By the way, you -- did you mistake

6   yourself -- when you called Steve Miro chief of staff, wasn't

7   he district liaison?

8   A.   He had any number of titles.  When he first started there,

9   I assumed he was his chief of staff.  Call himself whatever he

10  wanted, he was an employee of the commissioner's.

11  Q.   He worked for Commission District 3?

12  A.   Correct.

13  Q.   City of Miami employee, but working for District 3.  You

14  call it D3?

15  A.   Correct.

16  Q.   So, let me ask you to read -- the letter's in evidence but

17  read what you wrote to me on August 7, 2018 that you wrote of

18  your own volition?

19  A.   You want me to read the whole thing?

20  Q.   Please.  You don't have to read my name.

21  A.   This letter serves to provide information regarding issues

22  involving City of Miami Commissioner Joe Carollo.  Shortly

23  after I was ratified as city manager on January 12, 2018,

24  Commissioner Carollo invited me to tour certain parts of the

25  district he represents to go over and address several concerns
```

1    he had on zoning matters and the general condition of the area.

2    I accompanied Commissioner Carollo on at least two occasions,

3    once during the day and another at night.

4        I always understood the purpose of these tours to be

5    purely informational.  At no time did Commissioner Carollo ever

6    order, instruct, direct or otherwise ask me to perform any

7    action that I could construe as a violation of the City

8    Charter.

9        In fact, Commissioner Carollo was very careful in his

10   observations so as to not give the appearance in word or deed

11   that he was overstepping his authority or responsibility as a

12   city commissioner.  Please feel free to contact me should you

13   need any additional information on this matter.

14   Q.   And whether related to in a letter or not, we had periodic

15   conversations during your time as city manager, didn't we?

16   A.   I think we did, yes.

17   Q.   So, August 7th, this is your letter to me talking about

18   Commissioner Carollo.  Prior to you becoming city manager, did

19   you have any working relationship with Commissioner Carollo,

20   Joe Carollo?

21   A.   No.

22   Q.   His time as a city commissioner and as a city mayor

23   predated your involvement, let's say, in the City of Miami?

24   A.   His time as a city commissioner was pretty much the same

25   time that I started in the city.  I had no relationship with

```
 1   him when he was mayor.
 2   Q.   I apologize for having misspoken.  His earlier tenure as a
 3   city commissioner and mayor of the City of Miami predated your
 4   coming to work for the city?
 5   A.   Correct.  I don't even think I lived here.
 6   Q.   Right.  You were doing either your public service in some
 7   form somewhere else?
 8   A.   Yes.
 9   Q.   And your first interaction with the commissioner came
10   around the time that you were considering the appointment to
11   the city manager position?
12   A.   No.
13   Q.   Okay.  Did it come after your appointment?
14   A.   I came before.
15   Q.   Before.
16   A.   Yes.
17   Q.   After you had been asked to be city manager?
18   A.   No.
19   Q.   Okay.  So tell us --
20   A.   I was at a NET office meeting and they had a meeting of
21   all the candidates for the neighborhood.
22   Q.   Okay.
23   A.   And I was in attendance and the commissioner showed up.
24   Q.   All right.  But not as commissioner, as --
25   A.   He was a candidate.
```

```
 1   Q.   Candidate, citizen Joe Carollo?
 2   A.   Correct.
 3   Q.   The commissioner at the time not to be confused was Frank
 4   Carollo?
 5   A.   Correct.
 6   Q.   Who was term limited, could not run for reelection?
 7   A.   Correct.
 8   Q.   So, you're there in your capacity as county airport
 9   director?
10   A.   I was in my capacity as a private citizen.
11   Q.   Private citizen.  Okay.  So you meet Commissioner Carollo.
12   He's a candidate, then Candidate Carollo.  And you find out
13   later that he's elected to District 3?
14   A.   Correct.
15   Q.   Did you vote in that election?
16   A.   I did.
17   Q.   Okay.  I'm not going -- you have a right to secret ballot.
18   I'm asking you, but you voted because you were a resident of
19   District 3 at the time?
20   A.   Correct.
21   Q.   And that's November of 2017?
22   A.   That would be correct, yes.
23   Q.   So, the walking tour, how long did you spend on the first
24   walking tour?  You said one was at night, one was during the
25   day?
```

```
1    A.    It was a midnight.  We were probably there a little over
2    an hour.
3    Q.    So midnight, that's the time when the Little Havana
4    business district has, let's say a fair amount of activity?
5    A.    That night, there wasn't much activity.
6    Q.    Slow night?
7    A.    Yeah.
8    Q.    Okay.  And did you go into any of the businesses?
9    A.    No.
10   Q.    You walked along -- and by the way, you as city manager
11   have an absolute right to walk along the streets, businesses
12   just as if you were a citizen, private citizen, right?
13   A.    Correct.
14   Q.    And Commissioner Carollo too?
15   A.    Correct.
16   Q.    So you guys are taking a tour and it's an informational
17   tour.  Nighttime.  And Commissioner Carollo is pointing out
18   things you have discussions about, what's going on in Little
19   Havana, SW 8th Street, Calle Ocho?
20   A.    Yes.
21   Q.    Do you mention that you shop at the shops?
22   A.    Did I mention it?
23   Q.    Yes.
24   A.    It didn't come up.
25   Q.    Okay.  So you finish that meeting and then you take
```

```
1    another tour --
2    A.   Yes.
3    Q.   -- sometime after that?
4    A.   Correct.
5    Q.   And this is a daytime tour?
6    A.   Yes.
7    Q.   Essentially the same thing, going through the Little
8    Havana district?
9    A.   A different part of Little Havana.
10   Q.   Different part of Little Havana?
11   A.   Yes.
12   Q.   And it was all part of the introduction to Little Havana
13   District 3 get to know it, et cetera?
14   A.   That, and then expressing some concerns he had on the
15   general appearance of the neighborhood.
16   Q.   Okay.  Concerns about sprucing it up?
17   A.   That's fair.
18   Q.   So, you thought enough about these jaunts into Little
19   Havana with Commissioner Carollo that you actually posted or
20   tweeted about it?
21   A.   I used to post my activities throughout the city on my
22   social media, yes.
23   Q.   Okay.  Could we pull up -- take down Exhibit 330 and pull
24   up Exhibit 331.
25            MR. GUTCHESS:  No objection.
```

1    **BY MR. KUEHNE:**

2    Q.   You see exhibit -- Defense Exhibit 331.  Obviously it's a

3    picture of you and Commissioner Carollo, and this is your

4    Twitter post?

5    A.   It is.

6    Q.   You -- and this is part of your -- what you viewed as

7    you're telling the citizens or anybody else interested what's

8    going on in the city?

9    A.   Which is also one of the reasons that your client wanted

10   to fire me.

11   Q.   Okay.  That wasn't an answer to the question.  But thank

12   you for volunteering that non-answer.

13        Let me try it again.  You regularly posted --

14   A.   Yes.

15   Q.   -- activities that you did in your capacity as city

16   manager on your social media?

17   A.   I did.

18   Q.   Okay.  Not just District 3?

19   A.   At all.

20   Q.   District 1, 2, 3, 4, 5?

21   A.   City-wide.

22   Q.   Each district -- and you were not here.  Each district,

23   the jury saw a map.  The five districts in color coded

24   combinations of where the different commissioners serve.

25   A.   Yes.

1    Q.   And you had an appreciation for the areas served by each

2    commissioner?

3    A.   I did, and I've made it a point to visit all of those

4    areas regularly.

5    Q.   Okay.  Because you wanted to be an involved city manager?

6    A.   Yes.

7    Q.   You also wanted to make sure that you could be attentive

8    to issues or concerns of the five elected commissioners?

9    A.   Yes.

10   Q.   Each of whom was elected for a particular district by the

11   citizens of that district?

12   A.   Yes.

13   Q.   So, this post, and it has the date 22 August, '18, and I'm

14   presuming that means August 18, 2022 but it's put in there --

15   is that put in there automatically by the social media?

16   A.   No, it says August 18 -- is that 2018?  Does it say that?

17   Q.   That's what I was asking, 22, August 18.  August 22, 2018?

18   A.   Correct.

19   Q.   And you say there -- and why don't you read it to us?

20   A.   Great to be in the City of Miami's iconic Little Havana

21   neighborhood with Commissioner Joe Carollo looking for ways to

22   improve quality of life and economic development issues for

23   this great Magic City community.

24   Q.   Okay.  And the slash service city, what is that?

25   A.   We had decided early on that we would have three buckets

1   of municipal involvement.  One would be servicing our citizens.

2   The other would be building for our future, and that was like

3   future city and then I forget, maybe safe city might have been

4   the third.  Providing safety and security for all the

5   residents.

6   Q.   Okay.  So --

7   A.   That was a tag line.

8   Q.   That's a tag line.  So you're here on the street, I

9   presume that's a street in Little Havana with Commissioner Joe

10  Carollo?

11  A.   Yes, it is.

12  Q.   And you reference that part of your role with the city is

13  to improve the life, quality of life and economic development

14  issues for the great Magic City?

15  A.   Correct.

16  Q.   And then the social media post below it, Emilio T.

17  Gonzalez, 21 August 18, so the day before, that deals with a

18  different district of the city, doesn't it?

19  A.   Yes.  That was in Liberty City.

20  Q.   Liberty City.  Is that District 5, by any chance?

21  A.   I believe it is.

22  Q.   Okay.  And that was Commissioner Hardemon was the district

23  commissioner?

24  A.   Yes.

25  Q.   For District 5?

```
 1   A.    Yes.

 2   Q.    Liberty City?

 3   A.    Yes.

 4   Q.    And he went on to become a county commissioner?

 5   A.    Correct.

 6   Q.    Thank you.  You can take that down.  Now, when you walk

 7   through the Calle Ocho area those two times, did you walk

 8   through on other occasions unaccompanied by Commissioner

 9   Carollo?

10   A.    All the time.

11   Q.    Okay.  All the time.  And one that you mentioned -- and

12   I'd like you to address this in passing.  One that you mention

13   was visiting Union Beer where you observed a problem?

14   A.    I was.

15   Q.    Is that right?

16   A.    I was alerted to a problem at Union Beer.

17   Q.    And you observed the problem at Union Beer?

18   A.    Correct.

19   Q.    With your eyes, city manager going to a property in the

20   City of Miami?

21   A.    Yes.

22   Q.    As you're allowed to do that?

23   A.    Yes.

24   Q.    But you actually in your capacity as city manager asked

25   other staff members to come to that property?
```

```
 1   A.   I believe I did.

 2   Q.   The Union Beer?

 3   A.   I believe I did, yes.

 4   Q.   And how about you can't run the city by yourself.  You

 5   said you had 14,000 employees, was it?

 6   A.   No, four --

 7   Q.   No, 1,400 employees in the city?

 8   A.   There's approximately -- I think there's more than that.

 9   I don't recall.

10   Q.   Anyway, a lot?

11   A.   Yes.

12   Q.   There are a lot of staff members of the city and you've

13   explained the hierarchy, that you have leaders of different

14   departments that do things?

15   A.   Yes.

16   Q.   But a lot of people work there?

17   A.   Yes.

18   Q.   So you asked for some city employees to come to Union

19   Beer?

20   A.   I believe I did.

21   Q.   And you have the authority to do that?

22   A.   Yes.

23   Q.   And Commissioner Carollo, in his capacity as commissioner,

24   is the one who alerted you to a potential problem at Union

25   Beer?
```

```
 1    A.    He did.
 2    Q.    And that's kind of the job of a city commissioner, isn't
 3    it?  To alert you to issues of concern?
 4    A.    He did.
 5    Q.    And that's part of his job?
 6    A.    Among many things, yes.
 7    Q.    And other commissioners, same thing.  Problem, Emilio,
 8    Mr. Gonzalez, Manager, whatever they called you when they were
 9    friendly, and you were regularly reporting to your staff
10    members to follow up on things --
11    A.    Correct.
12    Q.    -- that commissioners identified?
13    A.    Yes.
14    Q.    And commissioners' staffs as well?
15    A.    Yes.
16    Q.    And by the way, commissioners have an office in the city
17    hall, the historic Pan American building in city hall, right?
18    A.    They do, yes.
19    Q.    And you have an office there?
20    A.    Yes.
21    Q.    And then you also have an office, sort of the
22    administrative function office is called the MRC which is the
23    city building?
24    A.    Back then.  I don't know if it's used right now.
25    Q.    Back then.  I think it's going through a public private
```

1   project right now and commissioners have district offices.

2   Offices in the district?

3   A.   Yes.

4   Q.   Where people can come, Commissioner Carollo particularly

5   used to have informational sessions for the public and ways for

6   the public to see and experience government firsthand?

7   A.   I believe so.

8   Q.   So you get to Union Beer.  Had you been to Union Beer

9   before as far as you know?

10  A.   No.

11  Q.   But you see that it's a business and what was going on at

12  Union Beer?

13  A.   There was a boxing match in the backyard.

14  Q.   Was Union Beer a UFC competitor?

15  A.   I can't answer that.

16  Q.   There was a boxing ring in the backyard of Union Beer?

17  A.   Correct.

18  Q.   And by the way, is that commercial property?

19  A.   I don't know.

20  Q.   Is Union Beer commercial property?

21  A.   Yes, it is.

22  Q.   In Little Havana?

23  A.   Yes, it is.

24  Q.   Not far from where residents live?

25  A.   Correct.

1   Q.   And this boxing ring, did you determine that, hmm, this

2   boxing ring has no place at Union Beer and we didn't even know

3   about it?

4   A.   When my staff showed up, if I recall, I'm not sure that

5   they had a permit to conduct that kind of activity outside of

6   their business and there were a lot of people there.  And we

7   decided that it's best if they just cancel the boxing match.

8   Q.   By the way, matters or not, could they have had a boxing

9   match inside their Union Beer?

10  A.   No.

11  Q.   No.  No permits for the boxing match?

12  A.   Not, nothing was ever shown.

13  Q.   No notification to the city we're going to have a whole

14  lot of people coming here?

15  A.   If they did it, I didn't read it.

16  Q.   And obviously, you as city manager, you would have access

17  to pulling permits, letting people know, hey, there's going to

18  be a lot of people here.  We should have police presence

19  because the crowds are going to be larger than just a

20  storefront?

21  A.   Yes.  We have a special events coordinator that would

22  handle those issues.

23  Q.   And so as far as you were able to determine, and the

24  staff -- by the way, the staff members you brought, they were

25  professionals who knew about this area and what's required to

1   allow something like a boxing ring being set up at a beer hall?

2   A.   I don't remember staff by name, but I did invite employees

3   to join me there.

4   Q.   And the employees were resolute, working for you, doing

5   their job so the commissioner was right, this doesn't belong

6   here?

7   A.   In that instance, yes.

8   Q.   And you directed or maybe they did it on their own, the

9   city staff members to make sure that they professionally, the

10  boxing ring was shut down, dismantled?

11  A.   There was no boxing match that day.

12  Q.   Dismantled, no activity?

13  A.   I didn't stick around to see if they dismantled it or not.

14  Q.   You were told that by your staffers, weren't you?

15  A.   That they dismantled --

16  Q.   Took down the boxing ring.

17  A.   Then it was dismantled.

18  Q.   And let me ask you -- by the way, Union Beer, do you know

19  who owned Union Beer?

20  A.   No.

21  Q.   Did it matter to you who owned Union Beer when there was

22  an illegal boxing ring set up without permits?

23  A.   I didn't have a clue.  By the way, I still don't know who

24  owns Union Beer because I don't frequent the place.

25  Q.   Did it matter to you as city manager who owned Union Beer

1   that had an illegal boxing ring set up without permits and

2   without notice?

3   A.   Who owned an establishment to me made no difference.  If

4   they have something that is not right, we would ask them to

5   correct it.  They took down the boxing ring.  I am told there

6   was no event there.  Whoever owns the place, I have no idea

7   because like I said, I don't frequent the place.  I'm actually

8   not a big beer drinker.

9   Q.   And so the dismantling, the taking it down, the stopping,

10  whatever the directives were, this was a city directive to

11  whoever was in charge at Union Beer?

12  A.   Correct.

13  Q.   And the directive was implemented by, let's say your

14  office, meaning the administrative function of the city?

15  A.   I assume so, yes, because the place, they did not have a

16  boxing match that day.

17  Q.   Okay.  Now, let me ask you -- I'm going to show you some

18  photos.

19  A.   Mm-hmm.

20  Q.   And let me ask you about as city manager having seen these

21  places that are photographed, if at all.  So let's pull up I

22  think it's DX 66, Defense Exhibit 66.  I'm going to go call

23  that the 1450 Tower.

24        MR. GUTCHESS:  I would just object to authenticity

25  and foundation unless the witness can authenticate it or say

```
 1   what it is.  If he can, then no objection.
 2              THE COURT:  All right.  Give him an opportunity.
 3   You'll be given an opportunity.
 4              THE WITNESS:  There's nothing on the screen.
 5              MR. KUEHNE:  Can we show it on the screen to the
 6   witness, Your Honor?  The picture that's in front of you.
 7              THE WITNESS:  There's no picture.
 8   BY MR. KUEHNE:
 9   Q.   Tell us when something comes on.
10   A.   Okay.
11   Q.   Okay.  You know that building on SW 8th Street?
12   A.   I've probably driven by it.
13   Q.   Do you know that building as the Tower Hotel?
14   A.   No.
15   Q.   In the City of Miami?
16   A.   I've driven by the building.  I've never really researched
17   the building or analyzed the building.
18   Q.   But you've seen it.  It's on SW 8th Street, right?
19   A.   I've seen that building.  I've driven by it.
20   Q.   Okay.
21              MR. KUEHNE:  Your Honor, I move for the admission of
22   Defense Exhibit 66.
23              MR. GUTCHESS:  Your Honor, we object.  The witness
24   has never seen the photo, doesn't know who took it, doesn't
25   know when it was taken and apparently it's not even on 8th
```

```
 1   Street so --
 2           THE WITNESS:  I've driven by that building, wherever
 3   it is.
 4           MR. KUEHNE:  Your Honor, not to belabor the point,
 5   but this is one of the exhibits previously discussed for
 6   which --
 7           THE COURT:  He says he's driven by this particular
 8   building.
 9           MR. KUEHNE:  The parties did not object.
10           THE COURT:  That's fine.  He says he's driven by this
11   building.  You can show it to him.
12           MR. KUEHNE:  Would you publish Defense Exhibit 66?
13   BY MR. KUEHNE:
14   Q.   Okay.  So you see that building and the date showing on
15   the picture is 1-8-18.
16   A.   Yes.
17   Q.   That's four or five days before you become city manager?
18   A.   Yes.
19   Q.   And if I say to you that's 1450 SW 7th, would that ring a
20   bell?
21   A.   No.
22   Q.   Okay.  Do you know the Tower Hotel?  You've heard of the
23   Tower Hotel?
24   A.   I've heard of the Tower Theater, not the Tower Hotel.
25   Q.   Different things.  So I don't want to confuse, Tower
```

```
 1   Theater.  Now you see that this is a construction site?
 2   A.   Yes.
 3   Q.   2018 construction site, scaffolding and whatever is going
 4   on, some exterior work?
 5   A.   Yes.
 6   Q.   Was there construction going on inside this facility at
 7   the time, around this time or at the time you became city
 8   manager?
 9   A.   Inside, I don't recall.
10   Q.   Do you see --
11        MR. GUTCHESS:  Your Honor, we're going to object to
12   showing photos of the building.  He's never -- doesn't recall
13   being in it, doesn't know what building it is.
14        MR. KUEHNE:  Judge, this is all Defense Exhibits 66
15   previously noted and not --
16        THE COURT:  You can ask him questions about it if he
17   knows.  If he doesn't, he doesn't.  Go ahead, ask the question.
18   Are you asking him has he seen inside of this building?
19        MR. KUEHNE:  Yes.
20        THE WITNESS:  I don't recall any of these photos,
21   quite frankly.
22   BY MR. KUEHNE:
23   Q.   Okay.  Now with regard -- and let's go back to the third
24   picture.  With regard to DX 66 picture 3 --
25   A.   I've seen that sign.
```

1   Q.   Okay.  So here, let's go to the next one.  Now you see
2   outside that building, there's a pile of I'll call it refuse?
3   A.   Mm-hmm, yes.
4   Q.   Do inspectors in the City of Miami under your watch pay
5   attention to when construction debris is deposited outside a
6   building?
7   A.   Inspectors pay attention to those things that they're
8   required to inspect.  I am not a construction inspector.  I
9   can't tell whether they were specifically looking for that pile
10  or not.
11  Q.   Let me ask you a different way.  Did you expect your
12  inspectors, the professionals, when they are doing their job
13  and they see construction debris piled outside a commercial
14  building, to make inquiry whether there are permits to do
15  construction of that building?
16  A.   I expect my inspectors to do their jobs.
17  Q.   Okay.  To do their jobs.  So let's take a look at the next
18  photo.  Next one.  Next one.  Keep going.  Stop.  Back up.
19  This picture, I understand that you haven't seen it before.
20  Exhibit 66.
21       Does that appear to you in your capacity as city manager
22  to be construction material inside a room?
23  A.   There's a lot of things inside that room whether it's
24  construction material or not.  It could very well be.
25  Q.   You see two holes in the wall at the very end?

1   A.   Yes.

2   Q.   That appear to be some kind of an electrical something?

3   A.   Yes.

4   Q.   And let's go to the next one.  Stop.  Here, the building

5   has no walls, no fiberboard, and there's boxes stacked up to

6   the ceiling next to the bare concrete?

7   A.   I see it.

8   Q.   Let's go to the next picture.  Stop.

9        MR. GUTCHESS:  Your Honor, I'm also going to object.

10  It's beyond the scope.  I didn't cover any of this in my

11  examination.

12       THE COURT:  All right.  I'm going to overrule the

13  objection.  Go ahead.

14       MR. GUTCHESS:  Thank you.

15       MR. KUEHNE:  I'll move a little bit faster.

16  **BY MR. KUEHNE:**

17  Q.   Here, you see some holes in the wall with some

18  electrical --

19  A.   Mm-hmm, yes.

20  Q.   -- something?

21  A.   Yes.

22  Q.   You're not an electrician.  I'm not an electrician, but it

23  looks electrical?

24  A.   Yes.

25  Q.   The Code Compliance folks would know what was going on

1    there, right?

2    A.    That would be the expectation.

3    Q.    And in the City of Miami when you were city manager, you

4    would expect when electrical work is being done on a commercial

5    establishment in various states of construction, that there

6    would be permits pulled for that work, wouldn't you?

7    A.    I would expect that people who are doing this would have

8    permits and that inspectors would do their jobs when they go

9    out and inspect.

10   Q.    And one of the reasons for having permits for work like

11   this, electrical, is because electrical can be really

12   dangerous, right?

13   A.    Yes.

14   Q.    Fires and electrocutions can happen if it's not done

15   right?

16   A.    I assume so, yes.

17   Q.    And as city manager, you would want to make sure that

18   electrical work is done by licensed electricians in the State

19   of Florida authorized to do business in the City of Miami or

20   Miami-Dade County?

21   A.    I would think we all want electricians to do licensed

22   work.

23   Q.    All of us, and as city manager, that was one of the things

24   that you expected your staff with permits and building to make

25   sure that licensed professionals were doing construction,

1    repairs, electrical?

2    A.    Yes.

3    Q.    And there were permits for that purpose?

4    A.    Yes.

5    Q.    And the permits actually in 2018, you could get a permit

6    to start the application process online, couldn't you?

7    A.    I wouldn't know.

8    Q.    You didn't deal with permits, but there was a whole part

9    of the City of Miami in the MRC building that dealt with

10   permits?

11   A.    Yes.

12   Q.    New construction, old construction, rehabilitation,

13   commercial properties?

14   A.    Yes.

15   Q.    And the people there were specialists?

16   A.    Yes.

17   Q.    Who actually would work with applicants to help them get

18   it right?

19   A.    Yes.

20   Q.    And if an applicant doesn't come to the city to ask for

21   permits or how to do it, the city has no way of knowing if the

22   applicant is going to do it right, does it?

23   A.    If they don't know it, yes.

24   Q.    And one of the reasons to get permits is so that city

25   inspectors, licensed professionals, can look at the work to

```
 1   make sure that the work is up to code?
 2   A.   That would be, yes.
 3   Q.   I know you're not a specialist in the code, but just as a
 4   demonstrative, this big binder, it was shown during opening,
 5   this is the Florida Building Code, right?
 6   A.   If you tell me it is, it is.
 7   Q.   You would not be surprised that the Florida Building Code
 8   was a work out to pick up?
 9   A.   Not at all.
10   Q.   And this is one of many code books that govern
11   construction, rehabilitation, life safety issues involving
12   commercial properties and how to do it right?
13   A.   Yes.
14   Q.   And you had specialists at the City of Miami who were
15   there to help guide business owners to do it right if they
16   asked?
17   A.   That was their job.
18   Q.   And asking largely starts with a permit, right?
19   A.   Are you asking or telling?
20   Q.   Doesn't it?  Doesn't asking for the specialist to review
21   and help generally start with a permit, an application?
22   A.   If it's needed, yes.
23   Q.   If it's needed.  And when you were on the walking tours
24   with Commissioner Carollo early in your career and a little bit
25   later, did you walk into any buildings to see if buildings were
```

1   under construction without permits?

2   A.   You know, I really don't recall.  I may have but I don't

3   recall.

4   Q.   But as far as permits go, that's the specialty of people

5   in your office, meaning the City of Miami?

6   A.   Mm-hmm, yes.

7   Q.   And I apologize if you don't -- I'm an old Homestead guy

8   and I grew up saying Miami, I mean Miami?

9   A.   Yes.

10  Q.   But I can't get it out of my system.  The family goes back

11  to 1916 and that's always the way I've said it so I apologize

12  if you think I'm slurring.  I'm not.

13  A.   None needed.

14  Q.   So let's go to another property in the Little Havana area.

15  Exhibit 32.

16          MR. KUEHNE:  Your Honor, could I publish Defense

17  Exhibit 32?  It's on the witness list.

18          THE COURT:  Any objection?

19          MR. GUTCHESS:  May I see?

20          THE COURT:  Also to move things smoother, make sure

21  you show it to opposing counsel.  If there's no objection, say

22  so, okay?

23          MR. KUEHNE:  Yes, Your Honor.  I've been trying to.

24          MR. GUTCHESS:  Same objection as to authenticity and

25  foundation.  Other than that --

1            MR. KUEHNE:  Judge, I've been trying not to waste any

2   time but to use exhibits on the list that are not objected to

3   by any party.

4            THE COURT:  All right.

5            MR. KUEHNE:  Those are the ones I'm going through

6   now.  If I notice there's an issue, I will let counsel know.

7            THE COURT:  Sure.

8            MR. GUTCHESS:  We had assumed they would be

9   introduced through a witness who had knowledge of the exhibit

10  and could lay the foundation, say what it was.  Other than

11  that, we don't have any objection to this.

12            THE COURT:  All right.  You may proceed.

13            MR. KUEHNE:  Would you show exhibit, Defense Exhibit

14  32 to the witness?

15  **BY MR. KUEHNE:**

16  Q.   Okay.  So that you know, this is 1466, and I'm referring

17  to it as the Tower pool.  You see these are photos 7-2-20?

18  A.   Mm-hmm.

19  Q.   Now, 1460 SW 7th Street.  1460, I misspoke.  So, 7-2-2020,

20  you are finished with your service at the City of Miami?

21  A.   I am.

22  Q.   During your service, did you walk to the Tower pool area

23  and see this construction of a pool and this construction site?

24  A.   I don't recall, no.

25  Q.   If you had, during your time as city manager, walked to

 1   the Tower Hotel, walked next door, saw this construction of a

 2   pool without permits, what would be your reaction as city

 3   manager?

 4   A.   Well, I would need to know that, in fact, they were

 5   building this without permits first.

 6   Q.   And that's as simple as going to the computer, typing up

 7   the location to see what shows up?

 8   A.   I'm not -- I don't follow you.

 9   Q.   There's a software that the Code people use called City

10   View, a City of Miami software?

11   A.   I'm not a code person.

12   Q.   But you're aware of the software called City View?

13   A.   I'm aware that there's a software called City View, yes.

14   Q.   You can type in the address and to that address will be

15   linked permits, stages of permits, inspections, essentially a

16   go through list of what's going on for that property for the

17   commercial property?

18   A.   If you say so.

19   Q.   You don't know that?

20   A.   I don't do that as a living.

21   Q.   So as city manager, if there is some department that keeps

22   track electronically of permits, you don't know about it?

23   A.   If they keep track of it, I would know that the

24   departments would keep track of it but it's not something that

25   appears on my screen every single day.

```
1    Q.   All right.  So, this photo, if during the time you were
2    city manager, you saw this.  You were -- you or somebody on
3    your staff would easily almost instantaneously be able to
4    figure is this permitted?
5    A.   We would have that information readily available.
6    Q.   And if not permitted, that means this construction is
7    illegal?
8    A.   Depending on whatever the violation would be, yes.
9    Q.   Construction equipment going on, building this big trench,
10   diggers on the back side of the pool?
11   A.   I've never seen this photo before so you're asking me to
12   speculate --
13   Q.   I understand.
14   A.   -- what would I do if I had, in fact, seen this.
15   Q.   If it requires speculation, then I don't want you to
16   speculate.
17        Ditch digging equipment, earth moving equipment, cement
18   foundation being poured into a commercial property.  As far as
19   you understand as city manager, that requires a permit, doesn't
20   it?
21   A.   From what I'm seeing, I'm assuming when you build a pool,
22   it would require a permit.
23   Q.   It wouldn't matter to you who owns that property
24   whatsoever, would it?
25   A.   That's true.
```

```
1   Q.   Because the code, the permit requirements, those are
2   involved in life safety issues that require everybody to follow
3   the law?
4   A.   If there's, in fact, life safety issues, yes.
5   Q.   So, building a pool, excavating the ground, digging a
6   trench, do you, as city manager, call that life safety issues?
7   A.   If the pool were complete and it was full of water and
8   there were people swimming there and there were all sorts of
9   cracks in the pool, if there was no lifeguard, that would be
10  life safety.  You need to talk to the current city manager to
11  find out what he thinks of this photo because like I said, I've
12  never seen this before.
13  Q.   And the current city manager is Art Noriega?
14  A.   He is.
15  Q.   And he was your successor?  He came immediately after you?
16  A.   Yes.
17  Q.   Appointed by the mayor and approved by the Commission?
18  A.   Correct.
19  Q.   Let me go to another property.  Defense Exhibit 37.
20       MR. GUTCHESS:  Your Honor, same objection; just
21  showing the witness things he's never seen.
22       THE COURT:  If he's showing him pictures that he's
23  never seen before, he has no idea, it's totally improper.  If
24  he can't comment and authenticate, I don't know where we're
25  going with this.
```

 1          MR. KUEHNE:  Your Honor, I apologize.  It was not

 2   objected to on the exhibit lists and in his capacity as city

 3   manager, I'm going to ask him some questions about what he sees

 4   on that property during the time he's city manager and a few

 5   questions about what that means.

 6          THE COURT:  All right.  If he was there at the time

 7   and in that condition when he was city manager, that's

 8   appropriate.  If you're asking him before he has no knowledge,

 9   that would be inappropriate to do so.

10          MR. KUEHNE:  I understand, Judge.

11          THE COURT:  Okay.  Publish first to the witness

12   to see whether or not he can recognize it or not before you

13   show it to the jury.  Right now, he's saying he's speculating

14   on certain things you're showing to him.  Show it to him first

15   only.

16          MR. KUEHNE:  Judge, I apologize.  I withdrew the

17   question that asked for speculation asking him not to speculate

18   but if we could show it to the witness.

19   **BY MR. KUEHNE:**

20   Q.   Do you see the exhibit?  It's starts with a letter, City

21   of Miami letter?

22   A.   Yes.

23   Q.   And it's got a date that is within the time that you are

24   city manager?

25   A.   Yes.

```
 1   Q.   On city letterhead signed by somebody who works in the
 2   city department?
 3   A.   Yes.
 4   Q.   And that's your city department?
 5   A.   Yes.
 6   Q.   Unsafe Structures is one of your --
 7   A.   Yes.
 8   Q.   -- departments?  And does it appear that this letter is
 9   a letter from the City of Miami?
10   A.   It appears so, yes.
11        MR. KUEHNE:  Your Honor, I move to publish this.
12   There's some attachments to this as well, but it's dated March
13   30, 2018.
14        THE COURT:  All right.
15   Q.   So you're city manager --
16        MR. GUTCHESS:  I had an objection.  I don't think the
17   witness has testified he's ever seen it or knows what it is.
18        THE COURT:  Do you know what that is, sir?
19        THE WITNESS:  I've never seen this before.
20   BY MR. KUEHNE:
21   Q.   You know what it is, don't you?
22   A.   It's a letter from our Unsafe Structures Board from one of
23   our inspectors.
24   Q.   Called a repair or demolition first notice letter, right.
25   A.   That's what it says, but I've never seen this before.
```

1    Q.   This particular one, you're aware that the city Unsafe

2    Structures under your direction as city manager, ultimately

3    operational authority, issues notices to demolish in the

4    regular course of business, don't you?

5    A.   Yes.

6    Q.   And this appears to be exactly one of those that you've

7    never seen before?

8    A.   I have not seen this memo before.

9    Q.   How many notices of demolition have you seen as city

10   manager?

11   A.   Actually, very few.

12   Q.   Very few?

13   A.   Minimal.

14   Q.   That's done by subordinates?

15   A.   It is.

16   Q.   Your subordinates?

17   A.   Yes.

18   Q.   Who have the authority because they're professionals to

19   follow the rules and regulations and issue a notice to repair

20   or demolish?

21   A.   That would be correct.

22   Q.   And they don't just do it once.  They do it multiple times

23   to effect compliance consistent with your view that we want to

24   be code compliant, right?

25   A.   Right.

1   Q.   Okay.  So this has an address.  You see at the top, 827 SW

2   14th Street?

3          MR. GUTCHESS:  Again, Your Honor, I'm going to object

4   to any questions of this witness who's never seen this document

5   before.

6          THE COURT:  Overruled.

7   **BY MR. KUEHNE:**

8   Q.   You see the address in the City of Miami, right?

9   A.   Yes.

10   Q.   And so could you highlight this section?  You see the

11   section I'm highlighting?  Can you read that into the record?

12   A.   It looks like Volume Reference 7604, buildings or

13   structures that are unsafe, unsanitary or deficient, constitute

14   a fire or windstorm hazard or otherwise Chapter 8-5 of the Code

15   of Miami-Dade correction need to properly secure maintain,

16   obtain, demolish permit or start process to repair ASAP to

17   bring structures back into compliance, submit plans and obtain

18   required permits, inspections as per FBC and local ordinances,

19   double fine $110.

20   Q.   The unsafe structures, notice of demolition comes after a

21   process of figuring out that that property is subject to

22   demolition or repair, right?

23   A.   Yes.

24   Q.   And the code is long and complex, but the people at Unsafe

25   Structures know the requirements?

1    A.    Yes.

2    Q.    And this notice in the City of Miami at the time that you

3    were city manager goes through this process to make sure that

4    the rules are complied with?

5    A.    That would be correct.

6    Q.    Having no concern for who owns the property?

7    A.    That would be correct.

8    Q.    Could you go to the next page?  This is the property

9    that's attached.  This is all part of Defense Exhibit 37.  This

10   is the property, this is the house.  You see that?

11   A.    Mm-hmm.

12   Q.    With boards all over it.  Now you've never been to that

13   property, right?

14   A.    No.

15   Q.    But this is the property that the Unsafe Structures person

16   is saying demolish in March of 2018?

17           MR. GUTCHESS:  I'm going to object, Your Honor.

18   Mischaracterizes the document.  It says repair or demolish.

19           THE COURT:  Sustained.

20           MR. KUEHNE:  Let me correct that.

21   **BY MR. KUEHNE:**

22   Q.    This is the property that the Unsafe Structures specialist

23   says repair or demolish with the date of March, 2018?

24   A.    You're telling me that, yes.

25   Q.    I am telling you that.  That's part of Defense Exhibit 37.

1    A.    Perfect.

2    Q.    Admitted into evidence.

3    A.    Perfect, yes.

4    Q.    Let's go to the next page.  This is another picture of the

5    house that's part of the file that is notice to repair and

6    demolish done by an Unsafe Structures specialist in the City of

7    Miami.  Let's go to the next one.  Let's go to the next one.

8          MR. KUEHNE:  Can we go back three?

9    **BY MR. KUEHNE:**

10   Q.    Was it published when the letter was on?  So let's go to

11   this picture.  This is a picture of the house that is the

12   subject of the notice to repair or demolish.  Let's go to the

13   next picture.  And the next picture.  Keep going, the next one.

14   Next one.  Stop.  Stop.

15         This is a picture taken by the City of Miami personnel as

16   part of the notice to repair and demolish of the inside of that

17   building.

18         Did you, as city manager in March of 2018, expect that

19   that building would have permits to clear it and put up those

20   boards and do whatever it is that they're doing?

21   A.    Yes.

22   Q.    Let's go to the next picture.  This is another interior of

23   that picture that your staffer is saying repair or demolish.

24   Holes in the roof, do you see that?

25   A.    Mm-hmm.

1    Q.   Let's go to the next picture.  More pictures of the same.

2    By the way, do you notice some wiring up at the top that

3    appears to be electrical wiring on the roof or ceiling, I think

4    it would be called?

5    A.   Yeah, there's one wire there.

6    Q.   Let's go to the next one.  Do you see this?

7    A.   Mm-hmm.

8    Q.   Electrical wiring?

9    A.   Yes.

10   Q.   Yes.  Let's go.  As you look at these pictures, there's

11   no -- stop.  There's no doubt in your mind that the Unsafe

12   Structures person, professional doing his or her job, was

13   absolutely trying to do his or her job in notifying the owner

14   repair or demolish this delapidated building?

15   A.   Yes.

16   Q.   And you see here, there's electricity going into the

17   house?

18   A.   Yes.

19   Q.   Let's go to the next picture.  And here you see an

20   electrical wire going from the top into what looks like the

21   wall of the house?

22   A.   Yeah.  There's a wire there, yes.

23   Q.   Would -- should it concern one of your Unsafe Structures

24   persons whether that electricity is permitted and compliant

25   with the code?

1   A.   I would assume so.  Again, again, I'm not a code director

2   but I believe this would merit some sort of further scrutiny.

3   Q.   Let's go to the next picture.  Take a look here and if you

4   need to, if you need me to make it bigger, I will.  But

5   do you see that there appears to be a big electric wire over

6   the roof, going to the roof that appears to be a power supply?

7   A.   There's a wire there, yes.

8   Q.   Okay.  It's typical that Florida Power and Light, FP and L

9   in the City of Miami will actually connect electricity to

10  houses?  That's typical, isn't it?

11  A.   I have no idea how Florida Power does their business.

12  Q.   You're aware that in the City of Miami, in order to get

13  power, you get it from Florida Power and Light, the utility?

14  A.   Yes.

15  Q.   You have to have a meter?

16  A.   Yes.

17  Q.   And it has to be code compliant --

18  A.   Correct.

19  Q.   -- right?

20  A.   Correct.

21  Q.   Do you see a wire that's spliced, scotch taped and spliced

22  from the FP and L?  Electrical wire going down into the house?

23  A.   It looks like it.

24  Q.   You're not a code Unsafe Structures guy, but as manager,

25  would you expect that a code officer, Unsafe Structures officer

1   would ask, hmm, is that cut and spliced scotch tape stealing of

2   electricity from FP&L permitted?

3   A.   I would ask my Code Enforcement folks to do their jobs and

4   to follow up as they saw fit, yes.

5   Q.   I think that's the last one.

6          MR. GUTCHESS:  Your Honor, I'm just going to object

7   again.  This is beyond the scope of the direct, nothing to do

8   with Carollo's targeting of any businesses.  Just a bunch of

9   ugly pictures.  I think all construction sites look the same.

10  I don't know what relevance it has.

11         THE COURT:  Anything else you need to go through with

12  these pictures?

13         MR. KUEHNE:  I'll move on.

14  **BY MR. KUEHNE:**

15  Q.   Although that was an objection, you can let me try this

16  question.  Don't construction sites have permits in the City of

17  Miami?

18  A.   Yes.

19  Q.   Do all construction sites as far as you're concerned look

20  the same?

21  A.   No.

22  Q.   Every one is different depending on what's going on on

23  that construction site, right?

24  A.   Correct.

25  Q.   And if people are doing illegal construction on a site,

1   and the inspectors don't have a permit, do the inspectors have

2   any notification of when the inspections are supposed to take

3   place?

4   A.   That's beyond my scope.  I don't know what frequency the

5   inspections show up or what their checklist is.

6   Q.   And within the City of Miami, the Unsafe Structures and

7   Code Compliance Department typically find that people, owners

8   do illegal construction, including electrical without permits

9   so they don't have to get inspected, right?

10            MR. GUTCHESS:  Objection.  Calls for speculation.

11            THE COURT:  Overruled.  If he knows.

12   **BY MR. KUEHNE:**

13   Q.   You're aware of that, aren't you?

14   A.   I think that there are quite a few people here that do

15   construction in their homes, yes.

16   Q.   Let me try the question differently.  I've asked you about

17   commercial properties.

18   A.   Mm-hmm.

19   Q.   In the City of Miami, you know as city manager that there

20   are individuals caught by Code Compliance who have done

21   construction, construction that requires permits on life safety

22   issues, but without permits in order to avoid inspections?

23   A.   I don't know any individuals, but I'm sure that happens.

24   Q.   And if an inspector doesn't know to inspect the property,

25   that property could ultimately get built, people could go into

1   the property and it could be a completely unsafe, unpermitted

2   property, right?

3   A.   Hypothetically, yes.

4   Q.   And you rely on your Unsafe Structures/Code Compliance,

5   your officials to make sure that the City of Miami, all of its

6   businesses that are open to the public are to the best they can

7   be compliant with the code?

8   A.   Yes.

9   Q.   It doesn't matter to you who is committing the violations,

10  does it?

11  A.   No.

12  Q.   And in the City of Miami, in order for somebody to be

13  found in violation requires more than a complaint to your

14  office, doesn't it?

15  A.   They wouldn't call my office but yes, I understand your

16  point.

17  Q.   A complaint to the City of Miami?

18  A.   Yes.

19  Q.   A citizen, a commissioner, a staff member can contact the

20  City of Miami to register a complaint?

21  A.   A lot of people do, yes.

22  Q.   You actually have -- used to have, I think in your time

23  you did NET, N-E-T offices?  Did you have those?

24  A.   Yes, we did.

25  Q.   Neighborhood Enhancement Teams, N-E-T?

1    A.    Yes.

2    Q.    And the purpose was to have an office in the community

3    with different specialists so that people could go to those

4    offices to get issues straightened out without having to go

5    downtown to the MRC?

6    A.    And the NET offices also would receive complaints.

7    Q.    Right.  And those complaints in the system would get

8    directed to whoever is supposed to be?

9    A.    Yes.

10   Q.    And as far as you know, the complaints are supposed to be

11   followed up by the appropriate people in the city?

12   A.    It's tasked out, yes.

13   Q.    And if there are opportunities to correct, owners are

14   given opportunities to correct?

15   A.    They are.  They're given an opportunity to cure.

16   Q.    To cure.  Okay.  Cure.  That's like notice to repair?

17   Repair would be a cure?

18   A.    Right.

19   Q.    And this notice is a due process concept, isn't it?

20   A.    Yes.

21   Q.    That owners of commercial buildings, when they are doing

22   construction that is illegal without permits and they get

23   caught, they are given opportunities to cure?

24   A.    That's the expectation, yes.

25   Q.    If it's serious enough, there's a stop work order on the

1  illegal construction to stop anything going on that could be

2  hazardous or in violation of the code?

3  A.    If it seemed so, yes, by the inspectors.

4  Q.    And an owner can appeal that or seek to challenge it, file

5  a lawsuit about it, right?

6  A.    Yes.

7  Q.    All part of the normal way of the City of Miami enforcing

8  its important code rules?

9  A.    Yes.

10  Q.    And you expected that to be done from the day you were

11  appointed city manager to the day you resigned as city manager?

12  A.    Correct.

13  Q.    And in the course of that -- by the way, have you since

14  found out that the three properties, Defense Exhibit 32, 37 and

15  66 are part of the plaintiffs' companies' properties?

16  A.    I have no idea.

17  Q.    But it wouldn't matter to you who owned it because if

18  those are illegal, the city has an absolute obligation to get

19  them corrected or prevent danger?

20  A.    Correct.  If they are, in fact, illegal, the process

21  starts.

22  Q.    And that process is not determined by you?

23  A.    No.

24  Q.    And it's not even determined by a Code Enforcement officer

25  other than the notice?

```
 1   A.    Correct.

 2   Q.    It's reviewed by staff and ultimately, isn't there an

 3   agency that makes determinations if an owner complains about

 4   the violation?

 5   A.    They could go -- I believe they can go before a board.

 6   Q.    Code Enforcement Board, among others?

 7   A.    Mm-hmm.

 8   Q.    Right.  By the way, the Code Enforcement Board is a part

 9   of the City of Miami ordinances, rules and regulations that

10   every citizen could look at and say these are the rules, right?

11   A.    Right.

12   Q.    Is there anything in the city ordinances that tells you

13   complaints of violations can only be made by certain people?

14   A.    I couldn't answer that.

15   Q.    As far as you know, there's no provision that says a

16   citizen can't make a complaint about a house next door falling

17   down?

18   A.    I wouldn't know.  I'm not familiar with the workings of

19   the board.

20   Q.    And one of the five elected commissioners doesn't make the

21   determination that any of these rundown unpermitted properties

22   needs to be demolished because it's illegal and unsafe, right?

23   A.    Say that again.

24   Q.    One of the five elected commissioners is not the person

25   who says tear that down, here's the notice?
```

```
 1    A.    They should not be that person.
 2    Q.    And was Joe Carollo that person who wrote that letter that
 3    is signed by one of your subordinates?
 4    A.    No.
 5    Q.    The Code Enforcement Board, you mentioned that's part of
 6    the city code, right?
 7    A.    Yes.
 8    Q.    And that's what's called an administrative agency.  It
 9    administers the laws?
10    A.    Right.
11    Q.    And members are appointed to that Code Enforcement Board?
12    A.    Yes.
13    Q.    By action of the City Commission?
14    A.    Yes.
15    Q.    By vote of the city commissioners sitting in an official
16    city meeting publicly noticed?
17    A.    Yes.
18    Q.    And by the way, you were shown some video of a city
19    commission meeting.  I think I'll mention the Colina --
20    A.    Mm-hmm.
21    Q.    -- Colina sparring.  That's an official noticed publicly
22    accessible city commission meeting, right?
23    A.    Yes.
24    Q.    And the commissioners sit on the dias, meaning the raised
25    area and are allowed to make inquiry and make speeches if they
```

1    want?

2    A.    Yes.

3    Q.    And department heads, you attend when you can the city

4    commission meetings, right?

5    A.    I attended as many as I could, yes.

6    Q.    And a subordinate to you attends in your place if you're

7    not able to attend?

8    A.    Correct.

9    Q.    And department heads like chiefs of police come if there's

10   something on the agenda that might involve their department?

11   A.    Yes.

12   Q.    And the chief of police has an opportunity like Chief

13   Colina did to speak on the public record whatever is on his or

14   her mind when brought to the podium?

15   A.    Yes.

16   Q.    And a city commissioner can talk for the record and on the

17   public record so everything the city commissioners says is

18   recorded?

19   A.    That is correct.

20   Q.    And available for the public to watch in realtime on city

21   T.V.?

22   A.    Mm-hmm.

23   Q.    And every person who goes before the dias of the podium is

24   allowed to speak on the public record to speak their mind?

25   A.    Yes.

```
 1    Q.   Some have short periods of time because of the rules

 2    regarding that, and other presenters have longer periods of

 3    time?

 4    A.   Yes.

 5    Q.   And even the plaintiffs have an opportunity to appear

 6    before the commission if the plaintiffs so choose, stand at the

 7    podium, say their name and complain all they want, right?

 8    A.   Yes.

 9    Q.   And the plaintiffs have done that during your tenure,

10    haven't they?

11    A.   Yes.

12    Q.   And that's all part of due process, isn't it?  The process

13    that the Constitution gives us to make certain that decisions

14    made by the Commission are done on the public record?

15    A.   That would be correct, yes.

16    Q.   On those three properties, that last one, didn't you go to

17    that property on your first night visit with of the district

18    with Commissioner Carollo?

19    A.   I don't recall.  Especially if it was at night, I may

20    have.  I don't recall.

21    Q.   You didn't make any notes to self about the important

22    things that you did that day?

23    A.   No.

24    Q.   Now, you mentioned that you get hired -- you were asked on

25    direct, you get hired in January of 2018 after the mayor, Mayor
```

```
1    Suarez asked you to consider being city commissioner?
2    A.   Yes.
3    Q.   I mean, city manager?
4    A.   Yes.
5    Q.   You've never been a city commissioner?
6    A.   A city commissioner, no.
7    Q.   You've never been elected by the people?
8    A.   No, I've never served elected office.
9    Q.   And the first meeting that Commissioner Carollo attended
10   after being elected and sworn into office is the meeting that
11   you are appointed?
12   A.   I'm not sure exactly.  Either the same meeting or shortly
13   thereafter.
14   Q.   So soon after he's elected and he did not vote for you,
15   did he?
16   A.   No, he didn't.
17   Q.   And in fact, he said Mr. Mayor, I haven't had enough time
18   to look at Mr. Gonzalez's background.  I would like you to
19   defer it so that I could make sure that I can meet with him,
20   and make sure that his background fits the city manager duties
21   and responsibilities?
22   A.   But we did meet.
23   Q.   Let me go first.  That's what Commissioner Carollo asked
24   on the Commission dias, right?  To defer and delay so he could
25   have more of an opportunity, right?
```

```
 1   A.   If you say so.  I wasn't the manager there.  I was just
 2   there waiting for the vote.
 3   Q.   Okay.  But it took a vote of the commissioners?
 4   A.   It did.
 5   Q.   To make you city manager?
 6   A.   It did.
 7   Q.   Appointment by the mayor and then the commissioners, a
 8   majority has to --
 9   A.   Ratify.
10   Q.   -- ratify.  That's what it's called, ratify.  And
11   Commissioner Carollo even said now, Mr. Jiminez who I don't
12   know, I want some more time to learn his background.  He worked
13   as airport director for Mayor Jiminez who used to be city
14   manager of the City of Miami?
15   A.   Yes.
16   Q.   And you know that Mayor Jiminez who's now Congressman
17   Jiminez was city manager for the City of Miami when Joe Carollo
18   was mayor of the City of Miami?
19   A.   I believe so.
20   Q.   Years ago, and Joe Carollo put then Manager Jiminez on his
21   career path that led him to become not just an elected county
22   commissioner, but elected mayor of the county?
23   A.   I didn't know that.
24   Q.   He had been the fire chief before he was appointed city
25   manager, hadn't he?
```

```
 1   A.   I wasn't around when he was appointed city manager so I
 2   can't talk to the accuracy of that.  I'm sorry.
 3   Q.   And you don't know what Joe Carollo, Commissioner -- newly
 4   reelected commissioner spoke with Mayor Jiminez about you to
 5   try to get a feel who is this guy, Mr. Jiminez, who's now being
 6   asked to be appointed to the City of Miami?
 7   A.   I didn't know that, no.
 8   Q.   But you didn't get Commissioner Carollo's vote?
 9   A.   No.
10   Q.   And two years later, Commissioner Carollo at a public
11   meeting, publicly announced -- made a vote and asked the
12   commissioners to vote on your termination from office?
13            MR. GUTCHESS:  Objection.  Mischaracterizes evidence,
14   Mr. Gonzalez said it was not publicly announced.
15            THE COURT:  All right.  Sustained.
16   BY MR. KUEHNE:
17   Q.   Let me be real clear about this.  The public meeting was a
18   public meeting, wasn't it?
19   A.   It was.
20   Q.   The world could look at it on television?
21   A.   They could.
22   Q.   Anybody who was in attendance would hear everything said?
23   A.   They could, but it was my understanding that the
24   termination was not on the agenda.
25   Q.   Okay.  So your understanding is the termination was not on
```

1    the agenda but the motion was made, right?

2    A.    Yes.

3    Q.    And the commissioners voted?

4    A.    Yes.

5    Q.    And three commissioners voted to terminate your services

6    after two years?

7    A.    Yes.

8    Q.    But it requires four votes?

9    A.    Yes.

10    Q.    And only three voted on that meeting to terminate your

11    services?

12    A.    Correct.

13    Q.    However you want to describe it.  And before the next

14    meeting, you tendered your resignation to the mayor?

15    A.    I did.

16    Q.    And I think you said been there, done that, moved on?

17    A.    Correct.

18    Q.    Commissioner Diaz de la Portilla was one of the votes?

19    A.    Yes.

20    Q.    That was his either first or second meeting?

21    A.    That was his first meeting.

22    Q.    His first meeting.  He gets elected in 2019 to be a

23    commissioner and his first meeting, he votes to terminate the

24    manager?

25    A.    Yes.

1   Q.   And who was the other vote?

2   A.   Commissioner Reyes.

3   Q.   Commissioner Reyes.  Carollo, Reyes and de la Portilla and

4   two others didn't vote in favor of termination?

5   A.   Correct.

6   Q.   And ultimately, the city didn't -- the city commissioners

7   didn't have to vote because you resigned?

8   A.   No, the vote failed.

9   Q.   They didn't have to vote to terminate you after the vote

10  was three to two because you resigned?

11  A.   After that, yes.

12  Q.   Right.  Okay.  And it's fair to say that you believed that

13  Commissioner Carollo impugned your integrity at this public

14  meeting that called for your termination?

15  A.   Yes, sir.

16  Q.   So much so, that you prepared but never delivered a

17  multipage outline of your point by point rebuttal?

18  A.   Yes, sir.

19  Q.   And although you published a couple sections here, as far

20  as the public record goes, that rebuttal was not filed with the

21  City of Miami City Commission?

22  A.   I kept it.  No, it was not.

23  Q.   It was not made part of the official proceedings of the

24  City of Miami?

25  A.   Correct.

```
 1    Q.    It was not done on manager letterhead in your capacity as
 2    manager since you were still manager until you resigned with
 3    your resignation?
 4    A.    Correct.
 5    Q.    And the first time ever that appeared to anybody besides
 6    you and your maybe assistant was in this litigation, wasn't it?
 7    A.    My chief of staff, yes.
 8    Q.    That's what I meant.  Your chief of staff.  I didn't want
 9    to misstate.
10    A.    Yes.
11    Q.    In this litigation?
12    A.    Correct.
13    Q.    And the same is true as to those memos to self --
14    A.    Correct.
15    Q.    -- right?  You're the city manager.  You have letterhead,
16    you have an email.  You have an official seal but on a number
17    of occasions, including one that you published or it was
18    published to the jury, is a memo to self that you did and kept
19    only for yourself?
20    A.    These are memos that I wrote to myself, correct.
21    Q.    Memos you wrote as city manager involving city functions
22    that you wrote to yourself?
23    A.    These were memory aids of observations that I had.
24    Q.    I'm sorry?
25    A.    I didn't put them on city letterhead because they weren't
```

```
 1   going anywhere.  These are just for me.
 2   Q.   So, by the way, when you became city manager, you had
 3   already knowledge of the public records law and the records
 4   preservation law governing all governments in the State of
 5   Florida?
 6   A.   Pretty much so.  Not specifically, but yes.
 7   Q.   Director of Miami Airport Authority, everything you do is
 8   a public record although there's some exceptions for
 9   security --
10   A.   If you work for the Government --
11   Q.   -- and other statutory --
12   A.   If you work for the Government, everything you do is
13   public record.
14   Q.   But on these couple occasions, memos to self appear and by
15   the way, the only time they show up is in this litigation?
16   A.   Mm-hmm.
17   Q.   Right?
18   A.   That's correct.
19   Q.   You don't give it to anybody.  You don't give it to the
20   city -- strike that.  You don't give it to the city attorney.
21   A.   Why would I?
22   Q.   The answer is yes or no.  You didn't give it to the city
23   attorney?
24   A.   I did not give it to the city attorney.
25   Q.   You didn't give it to the mayor?
```

```
 1    A.    I did not give it to the mayor.

 2    Q.    The person who appointed you, and for whom you work under

 3    the Charter of the City of Miami?

 4    A.    That's correct.

 5    Q.    You didn't give it to the Commission?

 6    A.    I did not.

 7    Q.    None of these memos to self?

 8    A.    None of them.

 9    Q.    And by the way, these are not done on a city computer?

10    A.    No.

11    Q.    They were not emailed to anybody to show --

12    A.    No.

13    Q.    -- when they were done, where you did it?

14    A.    No.

15    Q.    You used a home computer?

16    A.    I'm trying to remember.  I -- the memos to self, I would

17    make, would make hand notes and I would work with my chief of

18    staff and we would type them together on his home computer.

19    Q.    So your chief of staff working for the City of Miami

20    making a payroll compensation to serve the interests of the

21    people of the City of Miami, went to his home computer at your

22    direction and typed a memo to self for you?

23    A.    That would be correct.  On his own time at home.

24    Q.    On his home computer with no record in the city records of

25    those memos to self ever having been prepared?
```

1    A.    No.

2    Q.    Did your chief of staff tell HR I'm taking time off so I'm

3    not working as a city employee so I can write -- do personal

4    things for my boss who's telling me that I have to do this?

5    A.    He wasn't working as a city employee.  He was working at

6    home.

7    Q.    So you tell your chief of staff who works for you but

8    really works for the City of Miami to type up these memos to

9    self but don't do it on city computers.  Make sure there's no

10   record of anything electronically, but go home and do it on

11   your own time?

12   A.    These were memory aids, yes.

13   Q.    Mm-hmm.  Was that a regular practice of the city manager

14   to tell your subordinates I want you on your own time to do

15   things for me but don't keep any record of it?

16   A.    It was my practice to write down things that I thought

17   were untoward, unethical or unprofessional and make a note of

18   it.

19   Q.    And you did that the times you said here and those are the

20   ones the jury's heard about and the ones I'm interested in.

21   And you did it all in the same process.  Your chief of staff

22   went home and typed it on his home computer?

23   A.    We would discuss it and then he would write it out and

24   give it to me.

25   Q.    And when he was asked to produce the electronic proof of

```
 1   those memos and him typing, somehow he had no computer to show,
 2   right?
 3              MR. GUTCHESS:  Objection.  Calls for speculation.
 4              THE WITNESS:  I'm not sure where you're headed.
 5              THE COURT:  Sustained.
 6   BY MR. KUEHNE:
 7   Q.   Who was your chief of staff?
 8   A.   Ignacio Ortiz was my chief of staff.
 9   Q.   Ignacio Ortiz is the one you're talking about, right?
10   A.   Mm-hmm.
11   Q.   And when he was asked to produce the computer or any
12   metadata to show that these memos to self were actually written
13   on his computer and when they were written, he had no
14   documents, documentation or evidence?
15              MR. GUTCHESS:  Objection.  There's been no evidence
16   of that.  It's speculation.
17              THE WITNESS:  I have no idea of any of this.
18              MR. KUEHNE:  You don't.  Okay.
19   BY MR. KUEHNE:
20   Q.   You certainly didn't produce any documentation of the
21   existence of these memos until you produced them in connection
22   with this litigation?
23   A.   When I was subpoenaed.
24   Q.   Right.  Well, you produced them in connection with this
25   litigation?
```

```
 1    A.    Mm-hmm.

 2              THE COURT:  That's a yes?

 3              THE WITNESS:  That's a yes, Your Honor.

 4    BY MR. KUEHNE:

 5    Q.   So, let me ask you about -- I'm going to put up

 6    Plaintiff's Exhibit 275.  It's the City of Miami Code

 7    Compliance Manual.

 8              THE COURT:  Before you ask the next question,

 9    Mr. Kuehne and Mr. Gutchess, approach the bench briefly.

10                           (At the bench.)

11              THE COURT:  I'm looking at the time.  I want to make

12    sure.  How much longer for cross-examination but we'll be

13    wrapping up at 5:00 so --

14              MR. KUEHNE:  Yes, Your Honor.  This is the best time

15    to tell Mr. Gutchess, we tried to keep the scope -- he took

16    about two hours and I told him I was going to be about as long

17    as his.  I'm getting through a bunch of stuff, but that's about

18    all I can say.  I still have a couple more, a number of other

19    points that I have to get there, so I'm not sure that I'm not

20    even 20 minutes --

21              THE COURT:  I'll say you have about 20 minutes.  What

22    you can do is if you're not done, you'll finish up on Monday,

23    depending how much time we have left.

24              MR. KUEHNE:  I'm not sure I can be done in 20

25    minutes.  It's not a huge amount of time longer, but I don't
```

```
 1  think it's going to be done before 5:00.
 2          THE COURT:  How much time do you think you need?
 3          MR. KUEHNE:  I have about 40 minutes from now.
 4          THE COURT:  We'll stop in 20 minutes.  You'll pick up
 5  the other 20 minutes on Monday.  That's fine.
 6                    (In open court.)
 7  BY MR. KUEHNE:
 8  Q.   Sorry for the interruption, Mr. Gonzalez.  Now, you had --
 9  had talked about the city code, and I asked you a bunch of
10  questions about it but I'm going to ask you to look at the City
11  of Miami Code Compliance Manual.  I think it was 375.  I mean
12  275.  Plaintiff's Exhibit 275.
13          MR. GUTCHESS:  No objection.
14  BY MR. KUEHNE:
15  Q.   Okay.  This Plaintiff's Exhibit 275.  City of Miami
16  Department of Code Compliance Process Manual.  It's got the
17  city seal.  You recognize this as a City of Miami document
18  dealing with one of your departments?
19  A.   Yes, sir.
20  Q.   Called Code Compliance.  Let's go to the next page.  Could
21  you highlight -- do you see where I've highlighted?
22  A.   Yes.
23  Q.   Overall philosophy?
24  A.   Yes.
25  Q.   And can you read that?  Publish it to the jury what page 1
```

```
 1    of the Code Compliance Manual says.
 2    A.    Overall philosophy.  This Code Compliance Process Manual
 3    shall serve as a tool for Code Compliance inspectors in
 4    performing their normal duties related to the goal of obtaining
 5    compliance.  Code Compliance inspectors strive to achieve
 6    several objectives.  Code Compliance inspectors work to promote
 7    health and safety, safeguard civic and community assets, and
 8    elevate the quality of life and aesthetics in the City of Miami
 9    by educating the public about and fairly enforcing our city's
10    codes.  They conduct themselves as a model for the community,
11    are accountable and take professional and personal ownership of
12    their work.  They make decisions free from prejudice, honor the
13    spirit and letter of the law and conduct themselves in a manner
14    that maintains public trust.
15    Q.    Okay.  And that -- when you had mentioned on direct
16    examination, it's not called Code Enforcement, it's called Code
17    Compliance.  That's essentially what you were saying, right?
18    A.    Correct.
19    Q.    That these professionals have an obligation to protect the
20    assets of the City of Miami?
21    A.    Yes.
22    Q.    Promote the quality of life for its residents and first
23    and foremost, promote health and safety --
24    A.    Yes.
25    Q.    -- right?  And all part of doing their job?
```

```
 1   A.   Yes.
 2   Q.   If there's a violation, they need to do what is proper to
 3   bring the violation to the attention of whoever the proper
 4   authorities are?
 5   A.   That's the expectation, yes.
 6   Q.   The expectation, of course, that's the ideal the goal, and
 7   see the matter through to completion, whatever the appropriate
 8   completion is?
 9   A.   Yes.
10   Q.   Now, during your tenure, your two years as city manager,
11   you instilled that philosophy in your Code Compliance
12   Department, didn't you?
13   A.   I tried, yes.
14   Q.   Through your head of Code Compliance, somebody appointed
15   by you?
16   A.   Correct.
17   Q.   And you expected through their subordinates, that's what
18   was done?
19   A.   Yes.
20   Q.   Because they are almost the first line in promoting and
21   ensuring public health and safety, aren't they?
22   A.   According to this, yes, absolutely.
23   Q.   But according to your philosophy?
24   A.   Yes.
25   Q.   By the way, did you -- did you need to get approval from
```

1    anybody, the city commissioners to put together this manual and

2    promote this philosophy?

3    A.   No, this was there probably when I got there or if not,

4    shortly thereafter.

5    Q.   And you found it to be quite acceptable?

6    A.   I have no problems with it.

7    Q.   Let me turn to your description of the City Charter,

8    Plaintiff's Exhibit 303, Section 4.  City Charter.  The City

9    Charter is a fair mouthful of a document, right?

10   A.   Yes.

11   Q.   It's got sections on what governs the city manager, the

12   city manager's authority?

13   A.   Yes.

14   Q.   Right, and the City Commission, the city mayor, the city

15   attorney.  Lots of activity discussed in the Charter?

16   A.   Yes.

17   Q.   And the Charter is the equivalent of the Constitution for

18   the City of Miami?

19   A.   Yes.

20   Q.   It's the governing document?

21   A.   Yes.

22   Q.   And then the Charter, there are ordinances and resolutions

23   that sort of follow a subordinate law of the City of Miami?

24   A.   Yes.

25   Q.   Do we have 303?  Plaintiff's 303.  It was published

1    earlier.  So you were directed to Sub D, 4-D.  You can see it's

2    a fairly lengthy document.  Okay.  You see the section that

3    says D, city commission shall be the judge?

4    A.    Yes.

5    Q.    And let's go to -- you quoted a section.  Let's highlight

6    this section.  I'm going to read it to you.  Except for purpose

7    of inquiry and as may be necessary as provided in Section 14,

8    the mayor, the city commission, any committees and members

9    thereof shall deal with the administrative service solely

10   through the city manager, and neither the mayor nor the city

11   commission, nor any committees nor members thereof shall give

12   orders to any subordinates of the city manager, city attorney,

13   city clerk, and independent auditor general, either publicly or

14   privately.  That's what it says, right?

15   A.    Yes.

16   Q.    And that's a provision that says commissioners can't order

17   the mayor, can't order city staffers to do anything?

18   A.    Correct.

19   Q.    Then it's got a violation section.  Let's go down to the

20   end of that paragraph.  The rest of it deals with a violation

21   of that provision, right?

22   A.    Correct.

23   Q.    Now -- thank you.  One of the reasons you included the

24   reference to the informational tours that you wrote in your

25   August letter to me that you looked at as the first exhibit was

```
 1   because you were explaining that Commissioner Carollo's info

 2   tours were in compliance with what you understood the City

 3   Charter to allow?

 4   A.    At that time, yes.

 5   Q.    In August of 2018, at that time?

 6   A.    Yes.

 7   Q.    You wrote that, and you have since come up with a

 8   different opinion, right?

 9   A.    Yes.

10   Q.    Was that in one of your memos to self that didn't find its

11   way into anything except this litigation?

12   A.    I'm not sure with what you're asking.

13   Q.    You wrote about that in your memo to self?

14   A.    What did I write?

15   Q.    That you had a different opinion about Carollo's

16   activities.

17   A.    Well, the memo that I wrote you in August of '18, I stand

18   by it.  We had a good working relationship and I had no

19   problems listening to him and any of his concerns.  The

20   relationship deteriorated after that.  I did not write a memo

21   to self on the deterioration of the relationship.

22   Q.    Okay.  And that deterioration came during the time that

23   the plaintiffs initiated a lawsuit against Commissioner

24   Carollo?

25   A.    No, I have no idea when the lawsuit was initiated.
```

```
1   Q.   Well, you're aware that there was a lawsuit?

2   A.   I was told by the city attorney later on, but I was not

3   following whether there was a lawsuit or whether it was

4   initiated.

5   Q.   So you don't know that the plaintiffs initiated this

6   lawsuit against Commissioner Carollo in 2018?

7   A.   No.

8   Q.   Shortly after, you wrote that letter to me?

9   A.   Believe it or not, I didn't.

10  Q.   And shortly before the complaint against Commissioner

11  Carollo was dismissed?

12  A.   I don't know which complaint was dismissed.

13  Q.   Okay.  But what you did know is that sometime after August

14  of 2018, the relationship deteriorated?

15  A.   Yes.

16  Q.   And what you learned is that the plaintiffs complained to

17  anybody who would listen about -- within the City of Miami,

18  about Commissioner Carollo?

19  A.   I don't know who else they spoke to.  Mr. Fuller did come

20  to see me.

21  Q.   He came to see you.  And you mentioned that you had two --

22  you had two meetings, conversations with Mr. Fuller?

23  A.   I had one in my office that I recall, and then I saw him

24  again at a deposition.  I don't recall meeting with him any

25  other time.
```

```
 1    Q.    Okay.  So you said the deposition and a meeting.  How did
 2    you talk to him on the phone?
 3    A.    I'm sorry, say that again.
 4    Q.    How did you talk to him on the phone?
 5    A.    What do you mean, how did I talk to him?
 6    Q.    Did you call him or he called you?
 7    A.    I believe I initiated that call.
 8    Q.    Okay.  And you had his phone number?
 9    A.    I was given his phone number.
10    Q.    By?
11    A.    Oh, wow.  I don't know.  I don't recall.  I'm sorry.
12    Q.    So you called him on his cellphone?
13    A.    Yes.
14    Q.    Let me just find a document, Your Honor.
15          So, when did you first talk to him?
16    A.    After I left.
17    Q.    No --
18    A.    On the phone?
19    Q.    On the phone.  While you were city manager?
20    A.    No.
21    Q.    Okay.
22    A.    No, I spoke with him in person while I was city manager.
23    Q.    You spoke with him in person.  About when was that?
24    A.    I really don't recall.  It was in my office.
25    Q.    Okay.  Came to your office.  And then the second time you
```

```
 1   spoke to him, telephone after you left the city's service?

 2   A.   Yeah, yeah.  That's about right.

 3   Q.   And then this deposition that you're talking about where

 4   you saw him?

 5   A.   Last year, I saw him in the same room.

 6   Q.   And you were no longer city manager?

 7   A.   Correct.

 8   Q.   So does it surprise you to know that Fuller claims that

 9   you, while employed as a city manager, met with him on two

10   occasions while you were city manager?

11   A.   I met with him one that I recall.  There may be another

12   one.

13   Q.   Oh, there might have been another one?

14   A.   I don't know.

15   Q.   Meeting with one of the plaintiffs in litigation against

16   Commissioner Carollo and the City of Miami while you were

17   manager is something that you don't remember if it was once or

18   twice?

19           MR. GUTCHESS:  Objection.  He completely

20   mischaracterizes the testimony.  Mr. Gonzalez testified that he

21   was not even aware of any lawsuit and the meeting occurred long

22   before.

23           THE COURT:  No speaking objections, counsel.  You can

24   make that on redirect, okay?

25           MR. GUTCHESS:  Okay.
```

1          THE WITNESS:  I'm sorry, what's the question?

2    **BY MR. KUEHNE:**

3    Q.   So you don't recall with precision the number of times

4    that Fuller, who was a plaintiff in a lawsuit against

5    Commissioner Carollo and the city while you were city manager,

6    met with you?

7    A.   With precision, no.  I remember one meeting we had in my

8    office.  I don't recall any other meeting.

9    Q.   So, if Fuller said under oath that you as city manager, as

10   city manager met with him twice, that certainly doesn't jive

11   with what you know happened, does it?

12   A.   As city manager, I know that I met with him once.  Again,

13   I met with a lot of people and I give everybody the time of day

14   to come see me.

15   Q.   Now one of the things that you do as city manager is you

16   have had regularly scheduled meetings with the city attorney?

17   A.   We would have agenda meetings, yes.

18   Q.   Agenda meetings.  The Commission meets on official agenda

19   once a month?

20   A.   Correct.

21   Q.   On a Thursday?

22   A.   Yes.

23   Q.   And in preparation for that meeting at least, you or a

24   representative of your city manager's office and the city

25   attorney or a representative, or maybe multiple representatives

1   meet to discuss the matters that are going on involving the

2   city attorney's function?

3   A.   We met with matters that were going on with regards to the

4   city.  She attended as the city attorney or her representative.

5   Q.   Okay.  And among the things that you learn from the city

6   attorney are pending litigation involving the City of Miami of

7   which you are the city manager?

8   A.   I would be informed in the agenda items of any conclusion

9   of litigation.  For example, if we needed a Commission vote to

10  make a settlement, that came to me.  I was not staring at, you

11  know, however many litigations we had.

12  Q.   Okay.  So your testimony is that the city attorney didn't

13  in these monthly meetings, monthly meetings to prepare, tell

14  you about new litigation that had been initiated against the

15  City of Miami and its commissioners?

16  A.   I recall keeping a mental tally of all of the settlements

17  the city had because it appeared that everybody was suing the

18  city and we were having to make settlements left and right and

19  I would just keep a mental tally and I would say, man, I can't

20  believe we're not defending ourselves.  That we're settling all

21  these cases.

22  Q.   So your testimony is that when the plaintiffs, Fuller and

23  Pinilla brought a lawsuit against the City of Miami and

24  Commissioner Carollo, you were not informed of it by the city

25  attorney of it being filed?

1    A.    I don't recall.  I don't recall.  I was busy.  And if

2    somebody wants to sue the city, let them sue the city.  That's

3    what we have city attorneys for, but I genuinely do not recall

4    her purposely coming in and saying, hey, we have this

5    litigation.  We discussed settlements.  Not pending

6    litigations.

7    Q.    And the city attorney didn't direct you to do what's known

8    as a litigation hold and make sure that no documents that are

9    created by anybody in their capacity at the city gets routinely

10   destroyed, not maintained because there's litigation going on

11   and there's going to be a request for documents?

12   A.    I don't recall ever having that conversation with her.

13   Q.    Never?

14   A.    I do not recall, no.

15   Q.    Aren't you the person that the city attorney would talk to

16   if the city attorney wants your subordinates to do things?

17   A.    She would come to me.

18   Q.    You or your city manager's staff?

19   A.    Mm-hmm, yes.

20   Q.    And the city attorney, Victoria Mendez never told you that

21   you recall we got this federal lawsuit, and make sure that

22   documents pertaining to this federal lawsuit are maintained and

23   not subject of the ordinary routine process when records are no

24   longer necessary?

25   A.    I genuinely do not recall that.

1          MR. KUEHNE:  Your Honor, this ends this subject.

2          THE COURT:  All right.  Well, again, 20 minutes on

3    Monday to pick up.

4          With that said, ladies and gentlemen, we're going to

5    be in recess again until Monday.  Of course, as it's a long

6    week break, do not have any discussions of this case even among

7    yourselves or with anyone else.  Do not watch anything on the

8    news or social media as I said before.  Be well, everyone.

9    Yes?

10          MR. GUTCHESS:  Mr. Gonzalez is I believe giving a

11    lecture in Canada on Monday.

12          MR. KUEHNE:  Your Honor, could we go sidebar on just

13    a brief scheduling matter?

14                         (At the bench.)

15          MR. KUEHNE:  Your Honor, it's possible and plaintiff

16    and defense will talk about the next witness, he might have a

17    conflict coming back on Monday.  If so, we don't have any

18    problem with rearranging witnesses to fit him in, but I don't

19    know for sure.

20          MR. GUTCHESS:  That's fine, Your Honor.  He has a

21    conflict Monday but he can come later in the week.

22          THE COURT:  That's fine.  Who are you going to call

23    Monday?

24          MR. GUTCHESS:  Steve Miro.

25          THE COURT:  Just make sure you have another witness

```
 1   lined up.
 2                         (In open court.)
 3           THE COURT:  The Court is in recess.  Have a good day.
 4           THE COURT SECURITY OFFICER:  All rise for the jury.
 5      (Thereupon, the jury exited the courtroom.)
 6           THE COURT:  With that said, we'll see everyone on
 7   Monday.  Have a good day.
 8           MR. KUEHNE:  Judge, 9:30 or 9:00?
 9           THE COURT:  9:00.
10           MR. GUTCHESS:  Your Honor, may I speak to the witness
11   just about scheduling matters?
12           THE COURT:  Sure.
13      (Thereupon, this proceeding was adjourned at 5:01 p.m.)
14                            - - -
15                   C-E-R-T-I-F-I-C-A-T-E
16           I hereby certify that the foregoing is an accurate
17   transcription of the proceedings in the above-entitled matter.
18
19   JULY 20, 2023        /s/:Ellen A. Rassie_____
                          ELLEN A. RASSIE, RMR-CRR
20                        Official Court Reporter
                          To the Honorable Rodney Smith
21                        299 East Broward Blvd., Room 202B
                          Fort Lauderdale, Florida  33301
22                        (954)769-5448
23
24
25
```

**A JUROR: [1]** 70/17
**ALL JURORS: [2]**
11/17 70/24
**MR. GUTCHESS:**
**[75]** 4/12 4/22 4/25
5/5 6/1 6/3 6/12 6/17
6/19 7/6 7/13 8/10
8/23 9/1 9/9 9/23
10/12 11/22 20/22
37/1 37/4 39/9 39/14
39/23 40/5 40/15
41/17 41/21 41/25
42/3 42/14 46/14
46/18 47/1 47/3 47/5
47/13 47/16 47/19
49/18 49/21 51/4
54/13 65/11 65/18
66/2 66/4 68/22 70/11
72/8 85/25 95/24
96/23 98/11 100/9
100/14 104/19 104/24
105/8 108/20 110/16
112/3 113/17 117/6
118/10 128/13 135/3
135/15 137/13 145/19
145/25 149/10 149/20
149/24 150/10
**MR. KUEHNE: [93]**
20/25 21/12 24/4 25/2
25/4 25/6 25/8 25/15
25/18 25/20 29/6 29/8
30/4 31/1 31/6 31/16
31/20 32/24 33/1 33/9
33/13 36/25 37/2
39/13 39/15 39/18
40/1 40/14 41/12
41/14 41/24 42/1 42/9
42/11 42/22 43/4
43/20 44/6 44/8 44/16
44/22 45/23 45/25
47/25 49/20 53/10
53/12 54/5 54/17
55/21 57/13 57/15
60/18 60/21 62/5
65/16 65/21 66/19
66/23 68/15 68/17
70/13 71/8 72/7 72/9
96/5 96/21 97/4 97/9
97/12 98/14 98/19
100/15 104/16 104/23
105/1 105/5 105/13
109/1 109/10 109/16
110/11 113/20 114/8
117/13 135/18 136/14
136/24 137/3 149/1
149/12 149/15 150/8
**MR. PERTNOY: [13]**
4/16 5/6 5/11 5/13
6/20 7/14 8/15 9/4
9/10 10/5 10/20 10/22

11/5
**THE COURT**
**SECURITY**
**OFFICER: [3]** 11/10
71/3 150/4
**THE COURT: [143]**
4/5 4/8 4/15 4/20
4/23 5/3 5/7 5/12
5/22 6/2 6/8 6/15
6/18 7/10 8/9 8/12
8/25 9/3 10/3 10/14
10/21 10/23 11/8
11/12 11/18 12/7
20/24 21/2 21/13 24/7
25/3 25/5 25/7 25/9
25/16 25/19 25/21
29/7 29/9 30/6 30/8
31/2 31/7 31/9 31/17
31/22 32/25 33/3
33/10 33/14 37/3 37/5
39/17 40/4 40/10
40/16 41/13 41/16
41/20 42/10 42/13
42/24 43/7 43/22
43/25 44/7 44/10
44/17 45/3 45/24 46/2
46/16 46/22 47/2 47/4
47/9 47/14 47/18
47/21 47/24 48/1
50/10 53/11 53/14
54/7 54/16 54/18
55/24 57/14 57/17
60/20 60/23 62/7
65/17 65/25 66/3 66/6
66/21 68/16 68/21
68/23 70/12 70/14
70/18 70/25 71/4
72/10 78/13 96/2 97/7
97/10 98/16 100/12
104/18 104/20 105/4
105/7 105/12 108/22
109/6 109/11 110/14
110/18 112/6 113/19
117/11 118/11 128/15
135/5 136/2 136/8
136/11 136/21 137/2
137/4 145/23 149/2
149/22 149/25 150/3
150/6 150/9 150/12
**THE COURTROOM**
**DEPUTY: [4]** 4/7 4/9
11/23 12/3
**THE WITNESS: [26]**
12/2 12/5 21/14 30/7
30/9 31/8 31/10 31/18
33/15 43/9 44/18
50/12 53/15 60/22
60/24 66/22 68/25
96/4 96/7 97/2 98/20
110/19 135/4 135/17
136/3 146/1

**$**
**$110 [1]** 112/19

**'**
**'18 [2]** 87/13 142/17

**/**
**/s:/Ellen [1]** 150/19

**1**
**1,400 [2]** 18/21 90/7
**1-8-18 [1]** 97/15
**100 [1]** 1/19
**11 [3]** 1/5 4/1 69/6
**118 [1]** 37/1
**119 [1]** 7/21
**12 [4]** 3/4 5/11 27/17
80/23
**121 [1]** 39/14
**12th [2]** 62/21 70/8
**1300 [1]** 18/3
**135 [3]** 9/12 47/17
47/23
**136 [2]** 9/13 49/19
**137 [1]** 54/20
**14 [2]** 51/15 141/7
**14,000 [1]** 90/5
**1400 [1]** 2/3
**1450 [2]** 95/23 97/19
**146 [2]** 9/12 51/5
**1460 [2]** 105/19
105/19
**1466 [1]** 105/16
**149 [1]** 51/5
**14th [5]** 36/22 54/25
69/16 69/21 112/2
**15 [2]** 18/17 58/18
**150 [2]** 9/11 49/22
**16,000 [1]** 18/17
**169 [1]** 1/16
**18 [5]** 87/14 87/16
87/17 88/17 97/15
**18-CV-24190 [2]**
1/2 4/10
**19,000 [1]** 18/14
**1907 [1]** 67/4
**1916 [1]** 104/11

**2**
**2-14-2019 [1]** 51/23
**20 [10]** 10/8 54/22
105/17 136/20 136/21
136/24 137/4 137/5
149/2 150/19
**200 [1]** 1/21
**201 [1]** 1/13
**2013 [1]** 17/22
**2017 [5]** 17/22 62/2
62/9 75/12 83/21
**2018 [25]** 21/21
22/8 27/11 68/11 69/6
73/25 74/9 74/13 75/6

75/17 77/18 80/17
80/23 87/16 87/17
98/3 102/5 110/13
113/16 113/23 114/18
125/25 142/5 143/6
143/14
**2019 [6]** 36/22 51/15
51/23 62/12 70/8
129/22
**2020 [1]** 105/19
**2022 [1]** 87/14
**2023 [3]** 1/5 4/1
150/19
**202B [1]** 150/21
**207 [1]** 6/21
**209 [2]** 6/21 66/4
**20th [1]** 69/19
**21 [1]** 88/17
**212 [1]** 6/21
**2121 [1]** 1/13
**22 [3]** 87/13 87/17
87/17
**24190 [2]** 1/2 4/10
**25th [2]** 13/11 13/19
**26 [1]** 13/7
**275 [4]** 136/6 137/12
137/12 137/15
**299 [1]** 150/21
**2nd [2]** 1/13 1/19

**3**
**30 [1]** 110/13
**303 [3]** 140/8 140/25
140/25
**3105 [1]** 1/19
**32 [4]** 104/15 104/17
105/14 121/14
**330 [4]** 26/21 72/2
72/9 85/23
**331 [2]** 85/24 86/2
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**33301 [1]** 150/21
**35 [1]** 64/25
**37 [4]** 108/19 113/9
113/25 121/14
**374 [1]** 8/16
**375 [1]** 137/11

**4**
**4-D [2]** 21/4 141/1
**4-E [1]** 20/22
**40 [1]** 137/3
**4100 [1]** 1/21
**433 [1]** 42/2

**5**
**500 [1]** 1/16
**5448 [1]** 150/22
**55 [1]** 68/8

**5:00 [2]** 136/13
137/1
**5:01 [1]** 150/13

**6**
**66 [8]** 95/22 95/22
96/22 97/12 98/14
98/24 99/20 121/15

**7**
**7-2-20 [1]** 105/17
**7-2-2020 [1]** 105/19
**71 [1]** 3/4
**7604 [1]** 112/12
**769-5448 [1]** 150/22
**7:00 [1]** 65/8
**7th [4]** 73/25 81/17
97/19 105/19

**8**
**8-5 [1]** 112/14
**827 [1]** 112/1
**8:00 [1]** 65/8
**8th [13]** 22/12 22/16
22/18 23/15 23/16
28/23 28/25 59/14
76/3 84/19 96/11
96/18 96/25

**9**
**9150 [1]** 2/3
**954 [1]** 150/22
**9:00 [2]** 150/8 150/9
**9:30 [1]** 150/8

**A**
**able [9]** 12/22 15/22
26/15 44/14 57/23
72/12 93/23 107/3
124/7
**about [107]** 7/19
11/15 12/18 13/5
14/12 17/16 18/14
18/17 22/7 22/10
22/17 23/2 23/12
23/15 24/11 24/17
28/10 29/15 30/18
30/21 30/23 34/19
35/5 35/14 35/17 36/6
36/8 36/11 37/14
37/25 38/18 38/25
40/2 40/7 40/22 41/9
43/5 45/25 46/19 50/4
50/21 53/5 53/8 55/20
56/2 56/15 56/22
58/10 58/16 60/18
61/17 61/20 61/25
63/6 63/14 63/14
63/15 63/15 63/19
64/25 65/6 65/7 65/7
72/6 74/25 77/14
81/17 84/18 85/16

**A**

**about... [38]** 85/18 85/20 90/4 93/3 93/25 95/20 98/16 106/22 109/3 109/5 118/16 121/5 122/3 122/16 125/21 128/4 128/17 134/20 135/9 136/5 136/16 136/16 136/17 136/21 137/3 137/9 137/10 138/9 142/13 142/15 143/17 143/18 144/23 145/2 145/3 147/14 149/16 150/11

**above [1]** 150/17

**above-entitled [1]** 150/17

**absence [2]** 63/3 64/14

**absolute [2]** 84/11 121/18

**absolutely [5]** 35/14 52/24 59/18 115/13 139/22

**abundantly [1]** 67/15

**abuts [2]** 77/1 77/1

**accept [1]** 24/6

**acceptable [1]** 140/5

**access [2]** 15/10 93/16

**accessible [1]** 123/22

**accompanied [3]** 27/21 67/3 81/2

**accompany [1]** 22/11

**accomplish [1]** 47/10

**accomplishments [1]** 68/6

**according [2]** 139/22 139/23

**accordingly [1]** 7/16

**account [2]** 7/25 8/1

**accountable [1]** 138/11

**accounted [1]** 71/5

**accounting [1]** 56/25

**accuracy [1]** 128/2

**accurate [1]** 150/16

**accusation [1]** 36/19

**accusations [9]** 36/16 37/21 63/15 63/18 63/19 67/10 67/25 68/4 70/10

**accuse [1]** 64/8

**accused [3]** 59/8 60/11 67/8

**accusing [1]** 63/1

**achieve [2]** 43/2 138/5

**achieved [1]** 68/6

**achievements [1]** 18/24

**act [2]** 30/24 41/4

**acted [1]** 56/24

**acting [1]** 48/13

**action [4]** 27/25 69/20 81/7 123/13

**actions [6]** 20/7 20/10 52/6 54/24 55/6 70/1

**activate [1]** 13/22

**activities [3]** 85/21 86/15 142/16

**activity [5]** 84/4 84/5 93/5 94/12 140/15

**actually [20]** 14/14 24/18 27/4 28/14 38/16 44/14 58/1 60/15 73/17 74/12 76/17 85/19 89/24 95/7 102/5 102/17 111/11 116/9 119/22 135/12

**adamant [1]** 50/25

**add [1]** 53/18

**added [1]** 8/19

**addition [1]** 65/22

**additional [2]** 28/4 81/13

**address [9]** 27/19 64/13 76/23 80/25 89/12 106/14 106/14 112/1 112/8

**addressed [1]** 50/4

**addresses [1]** 51/23

**addressing [1]** 63/13

**Adele [1]** 67/13

**adequate [1]** 32/1

**adjourn [1]** 64/23

**adjourned [1]** 150/13

**adjusted [1]** 68/7

**administers [1]** 123/9

**administration [6]** 19/5 20/18 29/21 32/4 52/22 67/11

**administration's [1]** 52/10

**administrative [4]** 91/22 95/14 123/8 141/9

**administratively [1]** 67/22

**administrator [2]** 18/21 50/3

**admission [1]** 96/21

**admitted [3]** 7/4 54/18 114/2

**adult [1]** 78/4

**advice [1]** 32/1

**adviser [1]** 14/19

**Advisor [1]** 15/9

**Advisory [1]** 14/20

**aesthetics [1]** 138/8

**Affairs [1]** 15/2

**afraid [4]** 43/12 43/13 43/14 45/12

**AFSME [2]** 67/3 79/14

**after [44]** 8/4 13/4 13/13 14/2 14/3 14/8 14/24 16/15 16/18 17/7 17/12 17/17 18/4 23/10 26/6 27/17 40/8 40/22 45/14 58/25 59/20 64/5 64/18 64/25 65/4 67/1 68/12 80/23 82/13 82/17 85/3 108/15 112/20 125/25 126/10 126/14 129/6 130/9 130/11 142/20 143/8 143/13 144/16 145/1

**afternoon [7]** 4/1 4/5 4/15 4/16 12/11 54/22 71/12

**again [33]** 10/14 10/17 12/4 16/19 28/22 34/18 36/11 36/15 36/18 38/4 53/22 55/9 55/12 57/1 60/8 61/2 61/5 68/18 70/5 70/19 70/21 75/13 86/13 112/3 116/1 116/1 117/7 122/23 143/24 144/3 146/12 149/2 149/5

**against [17]** 6/15 36/16 52/8 55/6 63/25 67/19 68/13 69/17 70/1 74/11 142/23 143/6 143/10 145/15 146/4 147/14 147/23

**agency [3]** 14/4 122/3 123/8

**agenda [11]** 51/19 64/16 64/19 70/9 124/10 128/24 129/1 146/17 146/18 146/18 147/8

**agent [1]** 67/9

**agitated [1]** 38/21

**ago [1]** 127/20

**agree [5]** 7/6 7/10 18/10 50/9 52/23

**agreed [7]** 7/13 9/25 10/2 22/12 48/17 48/23 50/15

**agreements [1]** 15/5

**ahead [5]** 25/9 40/4 57/4 98/17 100/13

**aids [2]** 131/23 134/12

**aimed [1]** 51/20

**air [7]** 15/24 16/4 16/6 38/20 38/22 38/23 38/24

**aircraft [1]** 15/23

**airliner [2]** 15/23 16/1

**airport [6]** 17/20 17/25 18/5 83/8 127/13 132/7

**airports [3]** 17/24 73/9 76/15

**al [1]** 4/9

**Alan [1]** 19/13

**alert [1]** 91/3

**alerted [2]** 89/16 90/24

**ALFs [1]** 78/4

**all [101]** 4/23 5/1 7/22 9/3 10/3 10/5 11/1 11/10 11/12 11/18 13/21 13/22 16/6 18/1 19/18 21/2 23/24 26/4 29/9 30/12 30/13 34/20 35/8 35/20 36/3 37/3 38/13 40/4 41/5 41/5 41/16 41/20 43/12 44/8 44/10 47/11 47/12 47/14 48/1 49/4 49/7 50/3 54/7 54/14 54/16 54/18 55/11 57/15 61/20 62/11 63/17 64/9 65/17 68/21 70/19 71/3 71/4 71/4 72/19 72/24 77/2 77/25 80/1 82/21 82/24 85/12 86/19 87/3 88/4 89/10 89/11 95/21 96/2 98/14 100/12 101/21 101/23 103/9 105/4 105/12 107/1 108/8 109/6 110/14 113/9 113/12 117/9 117/19 119/5 121/7 125/7 125/12 128/15 132/4 134/21 136/18 138/25 147/16 147/20 149/2 150/4

**allegations [1]** 55/22

**alleged [1]** 6/23

**alleging [1]** 60/24

**allow [5]** 9/22 36/9 51/12 94/1 142/3

**allowed [7]** 41/4 64/16 64/22 66/10

**89/22 123/25 124/24**

**almost [3]** 9/15 107/3 139/20

**along [6]** 26/18 35/21 46/22 67/20 84/10 84/11

**already [4]** 47/17 47/20 68/22 132/3

**also [25]** 6/20 8/12 9/6 10/23 11/14 20/9 24/20 26/6 34/5 35/24 46/11 53/5 53/23 55/9 65/23 69/3 78/2 78/13 78/23 86/9 87/7 91/21 100/9 104/20 120/6

**although [2]** 73/11 117/15 130/19 132/8

**always [6]** 27/22 48/25 48/25 52/20 81/4 104/11

**am [5]** 48/24 95/5 99/8 105/21 113/25

**Amanda [2]** 1/12 4/14

**Amber [2]** 2/3 4/19 15/4

**America [2]** 14/6 15/4

**American [4]** 12/23 23/20 77/20 91/17

**among [6]** 67/17 78/25 91/6 122/6 147/5 149/6

**amount [4]** 52/3 64/13 84/4 136/25

**analyst [1]** 14/5

**analyzed [1]** 96/17

**angry [2]** 61/17 61/20

**Anne [1]** 1/11

**announced [2]** 128/11 128/14

**annuitants [1]** 18/18

**another [16]** 8/15 10/18 24/13 38/22 41/9 56/13 64/24 81/3 85/1 104/14 108/19 114/4 114/22 145/11 145/13 149/25

**answer [15]** 21/13 30/6 30/8 31/8 31/9 43/7 53/14 60/23 78/20 78/21 86/11 86/12 92/15 122/14 132/22

**Anthony [1]** 38/16

**any [79]** 5/4 7/1 8/22 14/12 14/20 15/14 15/19 20/16 20/19 20/20 20/24 22/8 22/22 22/23 22/25 25/24 26/11 27/25 28/24 32/6

**A**

**any... [59]** 32/22
38/24 45/13 45/19
45/19 45/20 46/1 46/5
46/22 50/10 52/15
53/2 56/19 57/11
57/20 58/6 58/22
58/23 59/5 59/15 61/5
63/4 63/9 70/12 70/19
70/23 80/8 81/6 81/13
81/19 84/8 88/20
98/20 100/10 103/25
104/18 105/1 105/3
105/11 112/4 117/8
118/2 118/23 122/21
125/21 134/15 135/11
135/17 135/20 141/8
141/11 141/12 142/19
143/24 145/21 146/8
147/8 149/6 149/17
**anybody [12]** 51/1
53/19 58/18 68/19
86/7 128/22 131/5
132/19 133/11 140/1
143/17 148/9
**anyone [4]** 35/10
70/14 70/22 149/7
**anything [22]** 5/24
8/14 10/4 10/7 15/19
16/14 20/19 35/17
36/6 39/2 40/7 40/8
40/22 53/8 56/12
117/11 121/1 122/12
134/10 141/17 142/11
149/7
**Anyway [1]** 90/10
**anywhere [2]** 34/15
132/1
**AOL [2]** 7/25 8/1
**apartment [1]** 78/4
**apologize [9]** 39/18
41/25 51/4 59/23 82/2
104/7 104/11 109/1
109/16
**apparently [1]** 96/25
**appeal [1]** 121/4
**appear [6]** 53/19
99/21 100/2 110/8
125/5 132/14
**appearance [5]** 28/2
55/8 70/3 81/10 85/15
**appearances [3]**
1/10 2/1 4/11
**appeared [3]** 70/8
131/5 147/17
**appearing [1]** 37/16
**appears [7]** 48/24
106/25 110/10 111/6
115/3 116/5 116/6
**applicant [2]** 102/20
102/22

**applicants [1]**
102/17
**application [2]**
102/6 103/21
**appointed [10]** 67/2
108/17 121/11 123/11
126/11 127/24 128/1
128/6 133/2 139/14
**appointment [4]**
16/23 82/10 82/13
127/7
**appreciate [1]** 52/20
**appreciation [1]**
87/1
**approach [4]** 48/15
66/2 66/5 136/9
**appropriate [4]** 8/18
109/8 120/11 139/7
**approval [1]** 139/25
**approved [2]** 64/24
108/17
**approximately [1]**
90/8
**April [4]** 1/5 4/1 70/8
74/9
**April 12th [1]** 70/8
**arbitrarily [1]** 74/4
**are [69]** 5/3 5/4 5/12
6/21 6/23 7/7 7/11
8/8 9/19 16/3 20/12
23/16 50/20 59/24
71/4 71/14 77/3 84/16
90/12 93/19 95/21
98/18 99/12 99/14
101/7 103/19 105/2
105/5 105/17 105/20
108/1 109/23 112/13
113/4 117/25 118/2
118/14 118/20 119/6
119/6 120/10 120/13
120/13 120/15 120/21
120/23 121/15 121/18
121/20 122/10 123/11
123/25 125/14 126/11
131/20 132/1 133/9
134/19 138/11 139/4
139/20 140/22 147/1
147/6 147/7 148/8
148/22 148/23 149/22
**area [19]** 27/20
75/18 75/21 75/25
76/20 76/21 77/2
77/12 77/15 77/16
77/21 78/17 79/10
81/1 89/7 93/25
104/14 105/22 123/25
**areas [3]** 77/11 87/1
87/4
**aren't [3]** 118/13
139/21 148/15
**armed [1]** 16/9
**Army [7]** 12/21

12/22 13/1 13/5 13/6
13/7 14/9
**around [7]** 18/2
78/17 79/10 82/10
94/13 98/7 128/1
**Art [1]** 108/13
**artillery [4]** 13/10
13/14 13/17 13/18
**as [156]**
**ASAP [1]** 112/16
**ascertain [1]** 56/3
**aside [1]** 6/22
**ask [34]** 26/21 27/25
40/7 41/21 45/11
46/22 46/23 47/10
47/11 52/25 53/2 55/7
60/10 70/2 72/6 74/1
74/6 75/17 80/16 81/6
94/18 95/4 95/17
95/20 98/16 98/17
99/11 102/20 109/3
117/1 117/3 136/5
136/8 137/10
**asked [32]** 16/8
17/18 18/6 22/11 27/3
27/4 43/13 48/14
50/17 50/18 55/16
56/7 57/4 69/4 70/5
73/20 74/2 74/3 82/17
89/24 90/18 103/16
109/17 118/16 125/24
126/1 126/23 128/6
128/11 134/25 135/11
137/9
**asking [15]** 6/4 42/6
42/20 43/5 55/17
83/18 87/17 98/18
103/18 103/19 103/20
107/11 109/8 109/17
142/12
**assess [1]** 48/14
**assets [2]** 138/7
138/20
**assigned [3]** 13/11
14/3 14/8
**assignment [1]**
13/11
**assistance [1]** 51/13
**assistant [9]** 14/9
14/17 19/19 37/17
46/5 46/7 49/7 49/16
131/6
**assisted [1]** 15/5
**associated [1]** 68/19
**assume [4]** 29/4
95/15 101/16 116/1
**assumed [3]** 21/24
80/9 105/8
**assuming [1]** 107/21
**Assumption [1]** 29/8
**astonishing [1]**
53/22

**at [127]** 8/6 13/12
14/6 14/12 14/14
14/25 15/21 21/4
21/23 22/2 22/12
22/12 22/22 26/14
26/16 26/19 27/8
27/21 27/22 27/23
28/6 30/13 30/13
34/17 35/2 35/3 35/4
35/14 37/12 37/20
37/22 39/19 41/15
46/17 47/11 48/9
50/17 50/18 51/14
51/18 51/20 51/22
52/14 54/1 54/13 55/2
55/8 56/21 57/8 58/2
58/24 60/25 61/16
63/2 64/7 64/8 64/8
64/12 64/15 64/23
65/4 65/8 66/1 66/10
67/10 69/6 69/10
69/23 70/3 71/24
72/19 74/9 77/18 81/2
81/3 81/5 82/20 83/3
83/19 83/24 84/21
86/19 89/16 89/17
90/24 92/11 93/2 94/1
95/11 95/21 98/6 98/7
99/17 99/25 102/25
103/9 103/14 105/20
109/6 112/1 112/24
113/2 115/2 115/10
122/10 125/6 125/19
126/18 128/10 128/20
130/13 133/21 133/23
134/5 136/10 136/11
136/13 137/10 141/25
142/12 145/2 143/24
146/23 147/10 148/9
149/14 150/13
**attached [1]** 113/9
**attachments [1]**
110/12
**attaché [1]** 14/10
**attacking [3]** 62/25
62/25 62/25
**attacks [1]** 63/1
**attempt [1]** 67/25
**attempted [1]** 64/16
**attend [2]** 124/3
124/7
**attendance [2]**
82/23 128/22
**attended [3]** 124/5
126/9 147/4
**attends [1]** 124/6
**attention [6]** 36/21
50/3 70/20 99/5 99/7
139/3
**attentive [1]** 87/7
**attorney [53]** 6/7
6/9 6/11 20/10 26/25

27/7 29/15 29/16
29/18 29/19 29/22
29/24 30/2 30/18
31/15 32/2 32/5 32/13
33/5 33/12 34/5 45/13
46/19 48/10 51/16
51/22 52/3 53/5 54/23
61/2 67/21 68/12
68/19 69/3 69/7 69/20
74/18 132/20 132/23
132/24 140/15 141/12
143/2 146/16 146/25
147/4 147/6 147/12
147/25 148/7 148/15
148/16 148/20
**attorney's [7]** 5/18
5/21 5/24 6/4 48/19
51/13 147/2
**attorneys [5]** 32/7
68/14 69/1 69/13
148/3
**attract [1]** 18/1
**audit [8]** 55/15
55/17 56/2 56/3 56/9
56/16 57/5 57/6
**audited [3]** 56/13
56/17 56/20
**auditor [1]** 141/13
**August [15]** 27/11
73/25 74/13 80/17
81/17 87/13 87/14
87/16 87/17 87/17
88/17 141/25 142/5
142/17 143/13
**August 18 [1]** 88/17
**August 7th [1]**
73/25
**authenticate [2]**
95/25 108/24
**authenticity [7]**
5/15 7/20 8/3 8/5
8/11 95/24 104/24
**authorities [1]** 139/4
**authority [7]** 28/3
81/11 90/21 111/3
111/18 132/7 140/12
**authorized [3]** 30/24
61/12 101/19
**automatically [1]**
87/15
**automotive [1]** 79/1
**autonomy [1]** 41/3
**available [2]** 107/5
124/20
**Avenue [1]** 1/13
**avenues [3]** 77/3
77/4 77/7
**Aviation [1]** 17/19
**avoid [1]** 118/22
**awarded [1]** 15/17
**aware [9]** 32/18
77/10 106/12 106/13

## A

**aware... [5]** 111/1
116/12 118/13 143/1
145/21
**away [4]** 26/15 36/6
36/10 45/18
**AXS [2]** 1/10 4/12

## B

**back [25]** 12/22
12/24 13/17 13/17
15/21 33/21 33/25
43/15 44/2 48/22
52/19 54/12 55/11
70/6 70/7 79/17 91/24
91/25 98/23 99/18
104/10 107/10 112/17
114/8 149/17
**background [4]**
12/19 126/18 126/20
127/12
**backlog [1]** 18/18
**backyard [2]** 92/13
92/16
**bad [2]** 26/13 65/8
**badge [2]** 15/15
15/18
**Ball [1]** 24/12
**ballot [1]** 83/17
**bar [5]** 23/19 24/6
52/13 56/4 56/14
**Barcena [1]** 38/17
**bare [1]** 100/6
**Barracks [1]** 13/12
**based [1]** 52/13
**bases [3]** 5/12 5/13
7/4
**basis [2]** 59/15 73/12
**battalion [1]** 13/18
**battalions [1]** 13/18
**be [142]** 4/5 5/8 5/9
5/19 5/23 6/4 7/2 7/4
7/4 8/13 8/18 8/18
9/21 10/11 10/15 11/3
11/4 11/6 11/12 12/3
13/25 14/1 15/25 18/6
19/9 19/9 21/15 24/7
24/16 26/3 26/9 26/11
26/15 26/19 27/14
27/23 32/4 32/17
32/20 34/9 37/20
37/21 39/20 39/22
44/20 48/12 49/3 50/5
50/23 50/23 52/6 52/9
55/1 55/8 55/16 55/17
56/10 56/17 56/18
56/20 57/9 57/23 61/5
61/7 63/2 64/16 64/22
65/5 65/5 65/6 69/2
69/22 70/3 71/5 78/12
79/13 81/4 82/17 83/3
83/22 87/5 87/7 87/20

88/1 88/2 93/18 93/19
96/3 99/22 99/24
100/2 101/2 101/6
101/11 103/2 103/7
105/8 106/2 106/14
107/3 107/8 108/9
109/9 111/6 111/21
111/24 113/5 113/7
115/3 115/4 116/5
116/6 116/17 119/1
119/7 119/12 120/8
120/10 120/17 121/1
121/10 122/13 122/22
123/1 125/15 127/13
128/6 128/17 129/22
133/23 136/12 136/16
136/24 137/1 140/5
141/3 141/7 145/11
147/8 148/11 149/5
149/8
**bearing [1]** 7/1
**became [7]** 32/18
58/3 67/24 75/23
77/24 98/7 132/2
**because [65]** 6/3
7/20 23/20 24/25
25/12 26/9 33/16
33/25 34/6 34/14
36/15 37/12 38/21
40/12 43/17 45/10
48/24 50/16 53/15
54/1 54/11 55/4 55/13
56/10 59/22 59/25
60/7 60/10 61/2 61/11
63/24 64/12 64/21
65/4 66/12 67/7 67/23
69/14 69/24 72/1
74/22 76/3 77/3 77/11
77/25 83/18 87/5
93/19 94/24 95/7
95/15 101/11 108/1
108/11 111/18 121/17
122/22 125/1 130/7
130/10 131/25 139/20
142/1 147/17 148/10
**become [5]** 20/4
64/3 89/4 97/17
127/21
**becoming [3]** 73/16
73/19 81/18
**been [40]** 8/4 17/22
20/14 23/10 24/12
33/25 35/8 38/5 38/16
56/7 56/16 59/8 59/25
61/9 62/14 63/4 63/17
64/21 65/23 66/10
66/17 73/8 76/15
79/20 79/21 80/4
82/17 88/3 92/8
104/23 105/1 113/12
126/5 126/7 127/24
129/16 133/25 135/15

145/13 147/14
**beer [25]** 24/17
24/18 24/19 89/13
89/16 89/17 90/2
90/19 90/25 92/8 92/8
92/12 92/14 92/16
92/20 93/2 93/9 94/1
94/18 94/19 94/21
94/24 94/25 95/8
95/11
**before [46]** 1/8 5/2
10/17 10/17 16/18
17/1 19/25 37/16
41/15 46/4 49/3 50/10
56/16 58/3 60/1 62/12
62/21 73/19 75/9
77/24 82/14 82/15
88/17 92/9 97/17
99/19 107/11 108/12
108/23 109/8 109/12
110/19 110/25 111/7
111/8 112/5 122/5
124/23 125/6 127/24
129/13 136/8 137/1
143/10 145/22 149/8
**beforehand [3]** 7/12
7/13 8/25
**begin [1]** 11/20
**behalf [6]** 4/17
30/24 33/7 45/11 74/6
74/23
**behavior [1]** 42/21
**behind [1]** 78/3
**being [28]** 5/20 8/5
9/14 9/18 14/18 15/22
17/15 23/14 34/18
35/24 36/5 48/14
50/17 50/18 57/3
58/16 65/22 67/8
73/20 77/3 94/1 98/13
101/4 107/18 126/1
126/10 128/5 147/25
**belabor [1]** 97/4
**believe [31]** 5/19 7/1
9/13 10/5 20/5 20/5
30/24 33/7 37/24 40/1
40/23 49/17 56/25
57/22 59/17 65/14
65/15 74/2 79/5 88/21
90/1 90/3 90/20 92/7
116/2 122/5 127/19
143/9 144/7 147/20
149/10
**believed [2]** 23/14
130/12
**bell [1]** 97/20
**belong [4]** 22/20
23/18 67/6 94/5
**belonged [4]** 24/2
38/12 38/12 53/16
**below [2]** 48/8 88/16
**Ben [2]** 4/18 71/12

**bench [4]** 46/17
136/9 136/10 149/14
**Benedict [1]** 1/18
**Bernat [1]** 35/15
**besides [1]** 131/5
**best [4]** 58/20 93/7
119/6 136/14
**better [3]** 34/9 62/18
62/24
**between [1]** 7/25
**beyond [7]** 43/20
48/11 52/4 54/5
100/10 117/7 118/4
**big [6]** 78/20 79/1
95/8 103/4 107/9
116/5
**bigger [1]** 116/4
**Bill [1]** 74/11
**billboard [1]** 23/22
**billion [1]** 18/3
**binder [1]** 103/4
**Biscayne [1]** 1/21
**bit [6]** 12/18 13/5
56/15 78/16 100/15
103/24
**black [4]** 15/25 16/7
25/1 25/13
**block [2]** 72/21 78/3
**blurting [1]** 46/21
**Blvd [3]** 1/21 2/3
150/21
**board [8]** 75/17
110/22 122/5 122/6
122/8 122/19 123/5
123/11
**boards [2]** 113/12
114/20
**body [1]** 19/21
**bogus [1]** 74/11
**bond [2]** 19/3 68/7
**books [1]** 103/10
**boss [1]** 134/4
**both [1]** 10/15
**bothered [1]** 22/20
**bottom [1]** 51/6
**boutiques [1]** 24/14
**BOWEN [2]** 1/20
4/18
**boxes [1]** 100/5
**boxing [15]** 92/13
92/16 93/1 93/2 93/7
93/8 93/11 94/1 94/10
94/11 94/16 94/22
95/1 95/5 95/16
**break [5]** 11/6 70/15
70/19 70/21 149/6
**breaking [1]** 6/13
**Bridgeman [1]** 56/8
**brief [1]** 149/13
**briefly [1]** 136/9
**bring [5]** 4/23 5/2
11/8 112/17 139/3

**brittle [2]** 62/15
62/20
**broad [1]** 43/5
**brother [1]** 76/12
**brought [9]** 19/8
19/11 19/12 19/13
19/14 69/11 93/24
124/14 147/23
**Broward [1]** 150/21
**buckets [1]** 87/25
**budget [2]** 18/3 68/7
**build [1]** 107/21
**building [35]** 24/13
24/14 30/12 30/14
88/2 91/17 91/23
96/11 96/13 96/16
96/17 96/17 96/19
97/2 97/8 97/11 97/14
98/12 98/13 98/18
99/2 99/6 99/14 99/15
100/4 101/24 102/9
103/5 103/7 106/5
107/9 108/5 114/17
114/19 115/14
**buildings [6]** 23/21
78/4 103/25 103/25
112/12 120/21
**built [1]** 118/25
**bulk [1]** 14/17
**bullet [1]** 74/20
**bunch [3]** 117/8
136/17 137/9
**bureaucracy [1]**
19/7
**business [32]** 7/22
23/14 24/5 24/8 26/9
26/10 26/15 26/18
38/9 38/11 38/19
45/18 46/9 50/24
51/21 51/24 52/5 52/9
56/4 56/13 56/18
56/19 57/24 58/18
69/12 84/4 92/11 93/6
101/19 103/15 111/4
116/11
**businesses [27]**
23/14 23/17 23/24
24/2 24/5 24/10 26/4
26/10 36/4 48/12 52/1
57/12 57/20 59/14
67/5 67/6 67/14 67/15
67/22 78/1 78/2 78/3
78/25 84/8 84/11
117/8 119/6
**busy [1]** 148/1
**but [94]** 5/14 8/21
15/21 18/22 19/4
20/14 24/19 26/14
28/15 28/21 32/11
34/8 34/17 34/18
34/23 35/12 36/9 37/9
37/19 38/4 39/20 43/5

**B**

**but... [72]** 43/17 46/24 54/9 56/23 57/22 58/1 59/2 61/20 66/17 72/21 75/12 76/5 76/23 79/22 80/13 80/16 82/24 83/18 86/11 87/14 89/24 90/16 92/11 94/2 96/18 97/5 100/22 102/8 103/3 104/2 104/4 104/10 105/2 106/12 106/24 109/18 110/12 110/25 112/24 113/15 116/2 116/4 116/24 118/22 118/23 119/15 121/17 126/22 127/3 127/22 128/8 128/23 129/1 129/8 130/16 131/16 132/6 132/14 134/7 134/9 134/10 134/15 136/12 136/17 136/25 137/10 139/23 143/2 143/13 148/3 149/18 149/21

**buy [1]** 15/24

**C**

**C-E-R-T-I-F-I-C-A-T -E [1]** 150/15
**C.E.O [1]** 18/4
**call [28]** 4/4 4/6 11/21 11/22 15/24 33/5 33/16 53/5 54/22 59/19 59/21 59/22 69/14 69/20 72/21 78/7 80/9 80/14 95/22 99/2 108/6 119/15 144/6 144/7 149/22
**Calle [13]** 22/8 25/11 25/12 67/4 76/3 76/16 77/14 77/24 78/22 78/23 79/1 84/19 89/7
**called [20]** 26/7 64/23 68/12 77/2 80/6 91/8 91/22 106/9 106/12 106/13 110/24 115/4 123/8 127/10 130/14 137/20 138/16 138/16 144/6 144/12
**calling [3]** 41/10 41/18 63/2
**calls [3]** 62/22 118/10 135/3
**came [21]** 9/18 32/22 36/18 41/15 54/12 58/1 58/15 61/1 61/22 62/19 64/5 75/17 76/5 80/1 82/9 82/14 108/15 142/22

143/21 144/25 147/10
**can [86]** 4/23 8/10 8/12 8/20 9/20 11/8 12/11 16/14 20/6 20/8 20/9 20/15 20/16 21/7 21/13 22/13 23/1 24/12 29/24 29/25 30/6 30/8 31/8 31/9 33/12 39/11 39/25 40/10 40/16 42/24 43/7 44/10 45/2 45/4 45/6 45/17 47/10 48/12 48/19 48/22 49/2 50/1 50/14 51/6 51/11 53/14 55/14 60/23 61/25 65/25 66/1 66/25 68/23 72/5 74/5 89/6 92/4 95/25 96/1 96/5 97/11 98/16 101/11 101/14 102/25 106/14 109/12 112/11 114/8 117/15 119/6 119/19 121/4 122/5 122/13 124/3 124/16 126/19 134/3 136/18 136/22 136/24 137/25 141/1 145/23 149/21
**can't [14]** 40/12 40/12 40/14 70/18 90/4 92/15 99/9 104/10 108/24 122/16 128/2 141/16 141/17 147/19
**Canada [1]** 149/11
**cancel [1]** 93/7
**candidate [4]** 82/25 83/1 83/12 83/12
**candidates [1]** 82/21
**candor [1]** 52/20
**Cantero [2]** 32/11 32/12
**capable [2]** 13/18 13/19
**capacity [11]** 72/15 72/17 83/8 83/10 86/15 89/24 90/23 99/21 109/2 131/1 148/9
**Capital [2]** 19/13 19/15
**Caprio [2]** 1/11 4/13
**care [1]** 35/24
**career [6]** 13/5 14/14 39/3 73/8 103/24 127/21
**careful [2]** 28/2 81/9
**Caribbean [1]** 15/4
**CAROLLO [102]** 1/6 4/10 6/3 6/13 6/16 6/24 21/23 22/2 23/13 27/2 27/4 27/16 27/18 27/21 27/24 28/1

28/24 29/3 30/2 30/19 30/25 33/8 35/4 37/22 38/2 38/8 39/24 40/8 40/22 42/6 43/2 44/14 53/9 55/4 55/7 55/10 55/17 57/11 59/11 60/11 61/17 62/24 64/14 67/24 68/13 69/4 69/8 69/12 69/16 69/24 70/2 70/5 70/7 70/9 71/16 74/23 75/8 76/11 76/12 79/12 79/16 79/17 80/22 80/24 81/2 81/5 81/9 81/18 81/19 81/20 83/1 83/4 83/11 83/12 84/14 84/17 85/19 86/3 87/21 88/10 89/9 90/23 92/4 103/24 123/2 125/18 126/9 126/23 127/11 127/17 127/20 128/3 128/10 130/3 130/13 142/24 143/6 143/11 143/18 145/16 146/5 147/24
**Carollo's [10]** 8/17 30/16 30/22 41/17 45/7 60/25 117/8 128/8 142/1 142/15
**carriers [1]** 18/1
**carrying [1]** 51/14
**cars [1]** 79/1
**case [15]** 1/2 4/6 4/10 5/20 7/1 8/18 11/19 33/2 36/18 50/22 53/13 68/19 69/2 70/22 149/6
**cases [1]** 147/21
**category [1]** 6/21
**caught [2]** 118/20 120/23
**cause [1]** 52/5
**cautionary [1]** 25/8
**ceiling [2]** 100/6 115/3
**cellphone [1]** 144/12
**cement [1]** 107/17
**central [3]** 14/6 15/3 38/24
**certain [10]** 20/7 20/10 27/18 39/21 55/1 69/22 80/24 109/14 122/13 125/13
**certainly [3]** 76/7 135/20 146/10
**certify [1]** 150/16
**cetera [1]** 85/13
**Chain [1]** 24/12
**chairman [1]** 64/21
**challenge [1]** 121/4
**chance [3]** 46/18 65/1 88/20

**change [1]** 64/16
**changed [1]** 64/19
**Chapter [2]** 7/21 112/14
**charge [1]** 95/11
**charges [1]** 6/15
**Charter [21]** 20/12 20/16 20/21 20/23 21/1 28/1 44/2 44/9 44/9 50/6 52/17 73/15 81/8 133/3 140/7 140/8 140/9 140/15 140/17 140/22 142/3
**check [1]** 45/16
**checklist [1]** 118/5
**checks [1]** 52/13
**chickens [1]** 26/13
**chief [29]** 14/18 17/24 18/21 22/15 29/20 33/18 34/5 39/24 40/5 40/25 46/8 51/10 52/20 52/23 56/8 80/6 80/9 124/12 124/12 127/24 131/7 131/8 133/17 133/19 134/2 134/7 134/21 135/7 135/8
**chiefs [1]** 124/9
**choose [1]** 125/6
**Christmas [1]** 62/21
**church [1]** 23/3
**churches [1]** 78/20
**circus [1]** 65/6
**cited [2]** 61/14 61/15
**citizen [11]** 59/22 61/5 76/11 83/1 83/10 83/11 84/12 84/12 119/19 122/10 122/16
**citizens [3]** 86/7 87/11 88/1
**citizenship [2]** 16/22 18/16
**city [399]**
**city's [4]** 28/15 68/8 138/9 145/1
**city-wide [2]** 50/5 86/21
**civic [1]** 138/7
**civil [5]** 4/10 5/20 14/9 55/5 69/25
**civilian [1]** 15/23
**claims [1]** 145/8
**class [2]** 78/7 78/8
**classic [1]** 65/23
**clear [4]** 48/25 67/15 114/19 128/17
**clearance [1]** 15/10
**clerk [1]** 141/13
**client [1]** 86/9
**close [3]** 29/4 67/14 67/22
**closely [1]** 30/3

**Closer [1]** 79/3
**clown [1]** 65/5
**clue [1]** 94/23
**Co [1]** 79/10
**Co-mingling [1]** 79/10
**Coconut [1]** 77/1
**code [77]** 25/25 26/3 26/7 26/7 26/10 26/17 28/15 28/20 28/25 35/1 35/7 35/9 35/10 35/12 35/14 35/15 35/23 36/3 36/10 50/5 52/7 54/24 55/5 60/12 60/25 61/1 61/6 61/12 67/13 67/18 69/17 69/25 73/15 100/25 103/1 103/3 103/5 103/7 103/10 106/9 106/11 108/1 111/24 112/14 112/24 115/25 116/1 116/17 116/24 116/25 117/3 118/7 118/20 119/4 119/7 121/2 121/8 121/24 122/6 122/8 123/5 123/6 123/11 136/6 137/9 137/11 137/16 137/20 138/1 138/2 138/3 138/5 138/6 138/16 138/16 139/11 139/14
**coded [1]** 86/23
**codes [2]** 13/20 138/10
**Codoleezza [1]** 15/7
**COLE [2]** 2/2 4/19
**Colina [9]** 9/11 39/24 40/6 51/3 51/7 51/9 123/19 123/21 124/13
**Colina's [1]** 52/23
**college [1]** 13/2
**collegial [1]** 73/12
**colonel [1]** 16/11 16/12
**color [1]** 86/23
**Com [4]** 14/12 14/13 14/24 15/21
**combinations [1]** 86/24
**come [20]** 10/17 19/25 24/1 26/14 31/14 46/11 52/16 75/18 82/13 84/24 89/25 90/18 92/4 102/20 124/9 142/7 143/19 146/14 148/17 149/21
**comes [4]** 11/2 60/10 96/9 112/20
**coming [7]** 6/18

# C

coming... [6]  12/24
58/22 82/4 93/14
148/4 149/17
comings [1]  65/12
Command [1]  14/15
commander [1]
14/18
comment [2]  40/24
108/24
comments [1]  35/5
commercial [11]
77/16 92/18 92/20
99/13 101/4 102/13
103/12 106/17 107/18
118/17 120/21
commission [44]
19/20 19/24 20/1 20/6
20/8 29/19 29/21
29/23 29/25 36/22
37/13 37/16 37/20
37/22 38/5 48/9 48/11
51/15 51/23 54/23
62/20 64/7 64/12
64/13 66/10 69/20
75/14 80/11 108/17
123/13 123/19 123/22
124/4 125/6 125/14
126/24 130/21 133/5
140/14 141/3 141/8
141/11 146/18 147/9
Commission's [1]
45/14
commissioned [2]
13/3 13/10
commissioner [119]
6/13 6/15 6/24 8/17
21/23 22/19 27/4
27/16 27/18 27/21
27/24 28/1 29/14
30/15 30/21 30/25
31/12 33/8 33/20
33/24 34/20 43/2 44/4
44/13 51/18 52/5 55/4
55/7 55/9 57/11 59/11
60/11 62/24 64/14
64/23 67/2 67/6 68/13
69/3 69/6 69/8 69/9
69/12 69/16 69/24
70/2 70/3 70/9 71/16
74/2 74/7 74/10 74/23
75/8 75/13 76/12
79/12 79/16 79/17
80/22 80/24 81/2 81/5
81/9 81/12 81/18
81/19 81/22 81/24
82/3 82/9 82/23 82/24
83/3 83/11 84/14
84/17 85/19 86/3 87/2
87/21 88/9 88/22
88/23 89/4 89/8 90/23

90/23 91/2 92/4 94/5
103/24 119/19 124/16
125/18 126/1 126/5
126/6 126/9 126/23
127/11 127/22 128/3
128/4 128/8 128/10
129/18 129/23 130/2
130/3 130/13 142/1
142/23 143/6 143/10
143/18 145/16 146/5
147/24
commissioner's [2]
67/16 80/10
commissioners [25]
20/9 20/16 21/7 44/3
64/20 86/24 87/8 91/7
91/12 91/16 92/1
122/20 122/24 123/15
123/24 124/17 127/3
127/7 128/12 129/3
129/5 130/6 140/1
141/16 147/15
commissioners' [1]
91/14
committees [2]
141/8 141/11
committing [1]
119/9
communicating [1]
50/7
community [4]
87/23 120/2 138/7
138/10
companies' [1]
121/15
company [1]  17/9
compensation [1]
133/20
competitor [1]
92/14
complain [1]  125/7
complained [2]  67/7
143/16
complains [1]  122/3
complaint [9]  42/23
55/23 74/11 119/13
119/17 119/20 122/16
143/10 143/12
complaints [5]
74/14 120/6 120/7
120/10 122/13
complete [1]  108/7
completely [3]
55/23 119/1 145/19
completion [2]
139/7 139/8
complex [1]  112/24
compliance [39]
25/25 26/3 26/7 26/10
28/15 35/2 35/7 35/9
35/10 35/12 35/14
35/15 35/23 36/10

61/1 61/6 67/13 67/18
69/17 100/25 111/23
112/17 118/7 118/20
119/4 136/7 137/11
137/16 137/20 138/1
138/2 138/3 138/5
138/5 138/6 138/17
139/11 139/14 142/2
compliant [4]
111/24 115/24 116/17
119/7
complied [1]  113/4
computer [11]  8/1
106/6 133/9 133/15
133/18 133/21 133/24
134/22 135/1 135/11
135/13
computers [1]  134/9
concept [1]  120/19
concern [10]  7/19
8/2 31/20 33/19 51/13
52/2 52/21 91/3 113/6
115/23
concerned [11]
15/22 15/23 31/18
32/1 34/4 34/4 34/18
48/10 49/6 58/16
117/19
concerning [1]
34/23
concerns [15]  8/7
22/20 23/15 27/19
30/22 30/23 49/5 50/4
52/23 53/16 80/25
85/14 85/16 87/8
142/19
conclusion [2]  9/18
147/8
concrete [1]  100/6
condition [3]  27/20
81/1 109/7
conditioner [3]
38/20 38/22 38/23
conduct [5]  43/6
51/17 93/5 138/10
138/13
conference [2]
60/15 60/19
confidence [1]  41/5
confirmation [1]
16/24
confirmed [1]  17/3
conflict [2]  149/17
149/21
confuse [1]  97/25
confused [1]  83/3
congestive [2]  62/3
62/14
Congressman [1]
127/16
connect [1]  116/9
connection [3]

32/23 135/21 135/24
consequences [1]
13/25
consider [1]  126/1
considered [1]  28/20
considering [1]
82/10
consisted [1]  17/19
consistent [1]
111/23
constantly [1]  33/25
constitute [1]
112/13
Constitution [2]
125/13 140/17
construction [31]
98/1 98/3 98/6 99/5
99/8 99/13 99/15
99/22 99/24 101/5
101/25 102/12 102/12
103/11 104/1 105/23
105/23 106/11 107/6
107/9 117/9 117/16
117/19 117/23 117/25
118/8 118/15 118/21
118/21 120/22 121/1
construe [2]  27/25
81/7
consulting [3]  16/17
17/13 17/17
contact [3]  28/4
81/12 119/19
contained [1]  8/8
contents [1]  6/10
context [1]  36/2
continue [2]  9/4
68/24
CONTINUED [1]  2/1
conversation [5]
7/11 35/18 36/12
40/11 148/12
conversations [2]
81/15 143/22
convey [2]  30/18
30/21
conveying [2]  31/5
31/11
convinced [1]  35/13
cooperate [1]  22/4
coordinate [1]  56/9
coordinated [1]
48/14
coordinates [1]
52/13
coordinator [1]
93/21
copacetic [1]  57/3
corners [1]  55/22
Corps [1]  13/14
correct [76]  11/16
21/9 21/25 22/6 28/9
41/8 47/24 47/25

48/21 50/11 50/12
59/1 73/14 73/24
74/24 75/2 75/4 75/7
75/15 75/20 77/5
79/15 80/12 80/15
82/5 83/2 83/5 83/7
83/14 83/20 83/22
84/13 84/15 85/4
87/18 88/15 89/5
89/18 91/11 92/17
92/25 95/5 95/12
108/18 111/21 113/5
113/7 113/20 116/18
116/20 117/24 120/13
120/14 121/12 121/20
122/1 124/8 124/19
125/15 129/12 129/17
130/5 130/25 131/4
131/12 131/14 131/20
132/18 133/4 133/23
138/18 139/16 141/18
141/22 145/7 146/20
corrected [1]  121/19
correction [2]  62/14
112/15
correctly [1]  9/18
Corruption [1]  6/4
cost [1]  17/25
could [47]  7/11
15/24 21/4 33/25
39/15 42/14 54/20
55/1 55/10 56/8 58/20
62/5 64/8 66/13 67/22
69/22 70/6 70/7 74/25
78/20 81/7 83/6 85/23
87/7 93/8 99/24 102/5
104/16 105/10 109/18
112/10 113/8 118/25
118/25 119/1 120/3
121/1 122/5 122/10
124/5 126/19 126/24
128/20 128/21 128/23
137/20 149/12
couldn't [5]  56/10
56/12 68/2 102/6
122/14
Council [3]  14/22
14/23 14/25
counsel [13]  4/11
5/22 10/15 11/21
20/24 25/19 32/3
32/17 40/11 71/15
104/21 105/6 145/23
counselor [1]  71/14
countries [1]  16/3
country [1]  14/11
country's [2]  14/5
14/9
county [8]  17/18
73/9 77/7 83/8 89/4
101/20 127/21 127/22
couple [8]  20/14

**C**

**couple... [7]** 22/7
23/11 23/20 23/21
130/19 132/14 136/18
**course [4]** 111/4
121/13 139/6 149/5
**court [17]** 1/1 4/4
7/16 10/16 10/17
10/24 32/14 32/23
47/15 65/24 69/11
70/20 74/14 137/6
150/2 150/3 150/20
**Court's [1]** 5/10
**Courtney [1]** 1/11
4/13
**courtroom [3]** 11/11
71/1 150/5
**cover [1]** 100/10
**covers [1]** 10/5
**cowardice [1]** 63/8
**cracks [1]** 108/9
**create [3]** 55/8
63/16 70/3
**created [4]** 8/1 8/4
8/9 148/9
**creation [1]** 18/2
**crime [1]** 19/3
**critical [2]** 13/8
13/21
**crooked [1]** 35/6
**cross [9]** 3/3 8/13
8/20 25/22 68/23
70/12 71/7 71/10
136/12
**cross-examination
[3]** 70/12 71/7
136/12
**cross-examine [3]**
8/20 25/22 68/23
**crowds [1]** 93/19
**CRR [1]** 150/19
**Cuba [1]** 16/4
**Cuban [4]** 23/20
67/7 67/8 77/20
**cure [6]** 26/15
120/15 120/16 120/16
120/17 120/23
**curing [1]** 26/6
**current [2]** 108/10
108/13
**cut [1]** 117/1
**cutting [1]** 61/11
**CV [2]** 1/2 4/10

**D**

**D3 [2]** 69/12 80/14
**Dade [3]** 17/19
101/20 112/15
**Dadeland [1]** 2/3
**danger [1]** 121/19
**dangerous [1]**
101/12

**date [6]** 27/10 58/1
87/13 97/14 109/23
113/23
**dated [1]** 110/12
**DAVIS [2]** 1/18 4/18
**Dawson [2]** 2/3 4/19
**day [23]** 1/8 19/10
19/10 19/23 19/23
23/5 27/22 36/23 38/3
64/20 69/9 81/3 83/25
88/17 94/11 95/16
106/25 121/10 121/11
125/22 146/13 150/3
150/7
**days [6]** 10/23 10/25
39/4 62/11 79/17
97/17
**daytime [1]** 85/5
**DC [1]** 14/4
**de [2]** 129/18 130/3
**deal [5]** 19/1 20/16
26/1 102/8 141/9
**dealing [1]** 137/18
**deals [2]** 88/17
141/20
**dealt [1]** 102/9
**debris [2]** 99/5 99/13
**December [4]** 62/20
69/6 75/12 75/12
**December 11 [1]**
69/6
**decide [1]** 65/2
**decided [5]** 16/5
34/6 61/22 87/25 93/7
**decision [2]** 32/16
62/1
**decisions [2]** 125/13
138/12
**deed [2]** 28/3 81/10
**deemed [1]** 52/10
**defamatory [1]**
67/25
**defamed [1]** 59/17
**Defendant [3]** 1/7
1/15 2/2
**Defendant's [1]**
26/21
**defending [1]**
147/20
**defense [15]** 14/3
15/5 72/9 86/2 95/22
96/22 97/12 98/14
104/16 105/13 108/19
113/9 113/25 121/14
149/16
**defer [2]** 126/19
126/24
**deficient [1]** 112/13
**degree [2]** 12/21
12/23
**delapidated [1]**
115/14

**delay [1]** 126/24
**delivered [1]** 130/16
**demand [1]** 34/8
**demanded [1]** 64/22
**demolish [11]** 111/3
111/20 112/16 113/16
113/18 113/23 114/6
114/12 114/16 114/23
115/14
**demolished [1]**
122/22
**demolition [4]**
110/24 111/9 112/20
112/22
**demonstrative [1]**
103/4
**Denied [1]** 25/5
**department [26]**
16/19 17/19 19/8
19/14 19/15 19/16
20/19 28/15 35/1
37/16 41/3 45/9 52/12
52/13 52/16 67/19
69/17 106/21 110/2
110/4 118/7 124/3
124/9 124/10 137/16
139/12
**department's [1]**
52/6
**departments [8]**
17/20 19/17 51/17
52/12 90/14 106/24
110/8 137/18
**depending [5]** 39/20
56/5 107/8 117/22
136/23
**deposited [1]** 99/5
**deposition [7]** 8/17
8/22 8/24 58/24
143/24 144/1 145/3
**deputy [9]** 19/12
19/18 35/3 37/17 46/5
46/7 48/4 49/17 67/12
**describe [1]** 129/13
**described [1]** 51/22
**description [1]**
140/7
**designated [2]**
75/25 75/25
**designation [3]** 76/5
76/8 76/13
**designees [1]** 52/16
**destroyed [1]**
148/10
**destroying [2]** 26/10
26/18
**detailed [1]** 28/21
**detective [1]** 65/9
**deteriorated [2]**
142/20 143/14
**deterioration [2]**
142/21 142/22

**determination [2]**
9/20 122/21
**determinations [1]**
122/3
**determine [2]** 93/1
93/23
**determined [2]**
121/22 121/24
**develop [1]** 48/14
**development [2]**
87/22 88/13
**diabetic [1]** 62/16
**diagnosed [1]** 62/14
**dias [3]** 123/24
124/23 126/24
**Diaz [1]** 129/18
**dictated [1]** 74/16
**did [172]**
**did you go [1]** 84/8
**didn't [49]** 7/14 8/25
10/6 11/16 13/24
22/20 23/18 23/19
23/22 23/23 23/23
25/12 30/7 46/20
64/10 64/11 67/6 74/1
74/6 74/20 81/15
84/24 93/2 93/15
94/13 94/23 100/10
102/8 125/16 125/21
126/16 127/23 128/7
128/8 130/4 130/6
130/7 130/9 131/8
131/25 132/22 132/25
133/5 135/20 139/12
142/10 143/9 147/12
148/7
**differ [1]** 19/22
**difference [1]** 95/3
**different [13]** 30/14
77/4 85/9 85/10 86/24
88/18 90/13 97/25
99/11 117/22 120/3
142/8 142/15
**differently [1]**
118/16
**diggers [1]** 107/10
**digging [2]** 107/17
108/5
**direct [15]** 3/3 12/9
19/23 20/6 20/8 20/9
26/17 27/24 36/21
46/23 81/6 117/7
125/25 138/15 148/7
**directed [6]** 44/24
48/11 67/14 94/8
120/8 141/1
**directing [1]** 48/10
**direction [5]** 51/18
52/14 52/15 111/2
133/22
**directions [2]** 50/7
77/4

**directive [4]** 48/8
50/5 95/10 95/13
**directives [1]** 95/10
**directly [3]** 20/18
31/25 46/24
**director [17]** 15/2
16/21 17/7 26/3 26/17
35/3 35/15 37/16 61/1
67/13 69/18 73/9
76/15 83/9 116/1
127/13 132/7
**directors [3]** 41/3
45/9 46/11
**disagree [1]** 51/1
**discovery [1]** 11/1
**discredit [1]** 67/25
**discuss [7]** 11/6 50/9
54/23 69/20 70/22
134/23 147/1
**discussed [9]** 7/14
28/8 32/2 41/14 55/21
69/23 97/5 140/15
148/5
**discussion [2]** 51/19
51/20
**discussions [2]**
84/18 149/6
**dismantled [5]**
94/10 94/12 94/13
94/15 94/17
**dismantling [1]** 95/9
**dismissal [1]** 74/10
**dismissed [2]**
143/11 143/12
**disparaging [1]**
124/25
**display [1]** 41/6
**distributor [1]** 79/1
**district [36]** 1/1 1/1
1/9 27/19 67/2 67/5
67/16 75/3 75/19
75/21 76/18 77/1
77/11 79/6 80/7 80/11
80/13 80/25 83/13
83/19 84/4 85/8 85/13
86/18 86/20 86/22
86/22 87/10 87/11
88/18 88/20 88/22
88/25 92/1 92/2
125/17
**District 3 [2]** 75/19
77/1
**districts [1]** 86/23
**Ditch [1]** 107/17
**division [3]** 13/11
13/15 13/19
**do [161]**
**do you [6]** 5/25 20/4
39/2 84/21 108/6
115/2
**do you say [1]** 49/11
**do you see [7]** 98/10

**D**

**do you see... [6]** 109/20 114/24 115/6 116/5 116/21 137/21

**document [17]** 6/22 8/5 8/16 8/16 9/11 9/12 9/12 10/8 47/7 64/6 112/4 113/18 137/17 140/9 140/20 141/2 144/14

**documentation [3]** 38/25 135/14 135/20

**documents [19]** 6/21 7/3 7/7 7/8 7/17 7/19 7/20 7/24 8/3 8/7 8/11 9/11 60/2 60/6 60/17 135/14 148/8 148/11 148/22

**Dodd [1]** 19/13

**does [18]** 6/10 16/12 19/22 20/1 27/1 27/12 28/18 48/5 65/7 70/14 87/16 99/21 102/22 110/8 116/11 119/10 145/8 146/11

**doesn't [18]** 38/6 88/18 94/5 96/24 96/24 98/12 98/13 98/17 98/17 102/20 103/20 103/20 107/19 118/24 119/9 119/14 122/20 146/10

**doing [16]** 27/8 46/10 50/23 63/7 65/6 65/7 82/6 94/4 99/12 101/7 101/25 114/20 115/12 117/25 120/21 138/25

**dollar [1]** 18/3

**domestic [1]** 19/2

**don't [98]** 5/1 5/9 7/1 8/18 8/21 12/13 20/23 23/8 23/11 24/22 26/14 30/20 32/20 34/7 36/23 37/15 39/10 39/19 40/1 40/2 46/18 46/20 46/22 46/24 47/4 47/8 47/10 50/24 57/9 57/22 58/1 61/16 61/20 74/14 76/5 79/21 80/20 82/5 87/19 90/9 91/24 92/19 94/2 94/23 94/24 95/7 97/25 98/9 98/20 102/23 104/2 104/2 104/7 105/11 105/24 106/8 106/19 106/20 106/22 107/15 108/24 110/16 110/21 111/4 111/22 117/10

117/16 118/1 118/4 118/9 118/23 125/19 125/20 127/11 128/3 132/19 132/19 132/20 139/4 134/15 135/18 136/25 143/5 143/12 143/19 143/24 144/11 144/11 144/24 145/14 145/17 146/3 146/8 148/1 148/1 148/12 149/17 149/18

**done [31]** 6/4 7/11 10/21 17/14 35/23 55/1 55/15 55/16 55/17 56/11 56/16 57/3 67/1 69/22 101/4 101/14 101/18 111/14 114/6 118/20 121/10 125/9 125/14 129/16 131/1 133/9 133/13 136/22 136/24 137/1 139/18

**door [3]** 26/12 106/1 122/16

**double [1]** 112/19

**doubt [1]** 115/11

**down [39]** 15/22 16/1 16/8 19/3 22/16 22/18 26/20 28/23 28/25 30/13 34/6 34/10 34/23 36/5 36/18 45/18 48/18 49/4 50/19 51/6 55/14 57/8 57/11 57/21 63/9 63/21 63/22 63/23 85/23 89/6 94/10 94/16 95/5 95/9 116/22 122/17 122/25 134/16 141/19

**downtown [1]** 120/5

**Dr. [1]** 15/7

**Dr. Codoleezza [1]** 15/7

**draft [5]** 53/23 55/12 65/19 66/8 66/9

**drafted [1]** 54/15

**drinker [1]** 95/8

**driven [6]** 96/12 96/16 96/19 97/2 97/7 97/10

**due [2]** 120/19 125/12

**duration [1]** 73/3

**during [31]** 5/23 14/5 14/8 14/11 23/4 27/22 28/23 40/23 40/23 54/24 57/10 57/19 59/2 62/2 68/13 69/1 69/9 69/13 71/18 73/3 81/3 81/15 83/24 103/4 105/22 105/25 107/1 109/4 125/9

139/10 142/22

**duties [3]** 73/22 126/20 138/4

**DX [2]** 95/22 98/24

**E**

**E-M-I-L-I-O [1]** 12/5

**each [6]** 10/1 29/4 86/22 86/22 87/1 87/10

**ear [1]** 62/17

**earlier [3]** 75/24 82/2 141/1

**early [2]** 87/25 103/24

**earth [1]** 107/17

**easily [1]** 107/3

**east [2]** 77/8 150/21

**easy [1]** 15/25

**economic [2]** 87/22 88/13

**Eddy [1]** 32/17

**educating [1]** 138/9

**educational [1]** 12/18

**effect [3]** 35/20 42/20 111/23

**effective [1]** 18/1

**efficient [3]** 10/7 11/7 17/25

**effort [2]** 22/4 64/3

**egregious [2]** 60/25 61/10

**either [12]** 32/3 35/2 40/13 40/14 44/19 45/10 67/8 74/22 82/6 126/12 129/20 141/13

**El [1]** 14/8

**elaboration [1]** 47/12

**elected [15]** 52/15 61/11 75/9 83/13 87/8 87/10 122/20 122/24 126/7 126/8 126/10 126/14 127/21 127/22 126/12 129/20 141/13

**election [2]** 75/8 83/15

**electric [1]** 116/5

**electrical [13]** 100/2 100/18 100/23 101/4 101/11 101/11 101/18 102/1 115/3 115/8 115/20 116/22 118/8

**electrician [2]** 100/22 100/22

**electricians [2]** 101/18 101/21

**electricity [4]** 115/16 115/24 116/9 117/2

**electrocutions [1]**

101/14

**electronic [1]** 134/25

**electronically [2]** 106/22 134/10

**elevate [1]** 138/8

**elevator [1]** 58/11

**Ellen [2]** 150/19 150/19

**else [12]** 8/14 10/4 10/24 11/16 36/18 60/21 79/24 82/7 86/7 117/11 143/19 149/7

**eluding [1]** 40/25

**email [12]** 36/23 37/8 45/15 46/4 46/6 48/3 48/19 49/10 49/24 51/7 51/24 131/16

**emailed [3]** 7/25 30/23 133/11

**emails [8]** 5/18 6/6 9/24 38/4 45/13 48/19 53/2 72/21

**EMILIO [9]** 3/4 11/22 12/5 12/9 12/13 48/8 71/10 88/16 91/7

**employed [1]** 145/9

**employee [10]** 7/21 36/16 44/19 79/13 79/20 79/21 80/10 80/13 134/3 134/5

**employees [20]** 18/13 18/22 19/24 28/19 37/12 37/15 41/7 41/18 42/7 42/21 43/12 44/3 44/14 45/9 46/11 90/5 90/7 90/18 94/2 94/4

**employees' [1]** 45/7

**end [4]** 17/22 26/19 99/25 141/20

**ended [1]** 64/25

**ends [1]** 149/1

**enemies [2]** 67/19 67/24

**enemy [2]** 39/5 39/7

**enforcement [14]** 26/8 28/20 28/25 52/8 54/24 55/6 70/1 117/3 121/24 122/6 122/8 123/5 123/11 138/16

**enforcing [3]** 50/5 121/7 138/9

**engage [1]** 16/5

**engineer [1]** 50/2

**Enhancement [1]** 119/25

**enough [7]** 11/2 34/23 54/11 74/15 85/18 120/25 126/17

**ensuring [1]** 139/21

**entered [1]** 11/11

**entitled [1]** 150/17

**entry [1]** 78/8

**environment [1]** 57/2

**episodes [1]** 38/6

**equipment [3]** 107/9 107/17 107/17

**equivalent [1]** 140/17

**Especially [1]** 125/19

**Esq [9]** 1/11 1/11 1/12 1/12 1/16 1/18 1/21 2/2 2/3

**essentially [8]** 23/23 25/13 34/18 50/18 76/12 85/7 106/15 138/17

**establish [2]** 16/17 17/10

**established [1]** 52/14

**establishment [3]** 44/19 95/3 101/5

**et [2]** 4/9 85/13

**ethically [1]** 49/2

**Ethics [1]** 52/7

**even [14]** 5/23 24/5 45/25 65/9 77/18 82/5 93/2 96/25 121/24 125/5 127/11 136/20 145/21 149/6

**evening [5]** 11/13 22/11 23/10 28/23 67/4

**event [2]** 24/18 95/6

**events [3]** 13/9 61/25 93/21

**eventually [3]** 24/3 32/15 57/5

**ever [21]** 8/2 16/7 27/24 30/1 30/18 30/21 43/18 45/19 56/7 56/11 58/3 58/8 59/5 59/8 60/1 81/5 93/12 110/17 131/5 133/25 148/12

**every [6]** 16/9 65/5 106/25 117/22 122/10 124/23

**everybody [7]** 49/6 57/3 58/17 61/10 108/2 146/13 147/17

**everybody's [1]** 49/5

**everyone [7]** 4/5 11/14 11/14 70/23 71/5 149/8 150/6

**everything [11]** 10/24 11/16 34/16 47/7 59/23 63/12 63/14 124/17 128/22

**E**

**everything... [2]**
132/7 132/12
**evidence [12]** 6/7
7/9 8/17 8/19 45/19
54/14 65/19 80/16
114/2 128/13 135/14
135/15
**evidentiary [1]** 8/22
**exact [1]** 58/1
**exactly [5]** 23/11
34/22 76/20 111/6
126/12
**examination [8]**
8/13 12/9 70/12 71/7
71/10 100/11 136/12
138/16
**examine [3]** 8/20
25/22 68/23
**example [2]** 5/17
147/9
**excavating [1]**
108/5
**except [3]** 64/14
141/6 142/11
**exceptions [1]** 132/8
**exchange [8]** 39/24
40/7 40/8 40/20 40/23
41/9 42/18 43/15
**excuse [2]** 28/14
64/6
**executive [1]** 17/24
**exercise [1]** 52/3
**exercises [1]** 13/20
**exhibit [40]** 36/25
39/13 39/20 42/1 46/4
47/17 47/23 47/24
47/25 49/19 49/24
51/5 65/22 66/4 72/1
72/9 85/23 85/24 86/2
86/2 95/22 96/22
97/12 99/20 104/15
104/17 105/9 105/13
105/13 108/19 109/2
109/20 113/9 113/25
121/14 136/6 137/12
137/15 140/8 141/25
**exhibits [8]** 5/1 5/3
5/7 5/14 11/6 97/5
98/14 105/2
**exist [1]** 7/24
**existence [1]** 135/21
**exited [2]** 71/1 150/5
**expect [6]** 99/11
99/16 101/4 101/7
114/18 116/25
**expectation [4]**
101/2 120/24 139/5
139/6
**expected [3]** 101/24
121/10 139/17

**experience [3]**
29/11 44/13 92/6
**expert [1]** 15/4
**experts [1]** 58/21
**explain [4]** 10/2
20/15 45/2 45/6
**explained [2]** 73/8
90/13
**explaining [1]** 142/1
**explanation [1]**
28/24
**express [1]** 51/12
**expressed [3]** 10/1
33/18 53/16
**expressing [1]** 85/14
**extent [1]** 7/3
**exterior [1]** 98/4
**eyes [1]** 89/19
**eyesight [1]** 62/16

**F**

**face [1]** 64/9
**facilities [1]** 78/4
**facility [1]** 98/6
**fact [14]** 8/4 28/1
34/4 39/6 40/25 46/7
67/17 75/23 81/9
106/4 107/14 108/4
121/20 126/17
**factor [1]** 61/3
**factual [1]** 68/2
**failed [1]** 130/8
**failing [1]** 26/16
**failure [4]** 62/4 62/4
62/15 62/15
**fair [4]** 84/4 85/17
130/12 140/9
**fairly [2]** 138/9
141/2
**faith [1]** 41/4
**falling [1]** 122/16
**false [2]** 67/24 68/3
**familiar [2]** 20/12
122/18
**families [1]** 43/14
**family [2]** 78/5
104/10
**far [12]** 26/2 50/25
67/21 92/9 92/24
93/23 104/4 107/18
117/19 120/10 122/15
130/19
**fashion [1]** 64/6
**faster [1]** 100/15
**favor [1]** 130/4
**FBC [1]** 112/18
**fear [2]** 14/19 61/2
**February [8]** 22/8
36/22 51/15 54/22
54/25 69/16 69/19
69/21
**February 14 [1]**

51/15
**February 14th [4]**
36/22 54/25 69/16
69/21
**February 20th [1]**
69/19
**federal [4]** 32/23
69/11 148/21 148/22
**feel [5]** 21/16 28/4
44/20 81/12 128/5
**FELDMAN [1]** 1/15
**fellow [1]** 12/23
**felt [2]** 22/19 59/22
**few [6]** 13/8 45/17
109/4 111/11 111/12
118/14
**fiberboard [1]** 100/5
**field [2]** 13/10 13/17
**figure [1]** 107/4
**figuring [1]** 112/21
**file [6]** 6/15 34/11
34/15 56/12 114/5
121/4
**filed [2]** 130/20
147/25
**files [2]** 7/22 7/24
**final [1]** 7/15
**finally [1]** 56/24
**Financial [1]** 56/8
**find [8]** 56/10 56/11
56/12 83/12 108/11
118/7 142/10 144/14
**finding [1]** 50/19
**findings [1]** 65/1
**fine [10]** 8/12 9/10
46/24 47/21 70/14
97/10 112/19 137/5
149/20 149/22
**finish [2]** 84/25
136/22
**finished [4]** 14/14
57/5 75/8 105/20
**fire [4]** 29/24 86/10
112/14 127/24
**fired [1]** 15/24
**Fires [1]** 101/14
**firm [6]** 16/16 17/13
17/17 56/10 56/11
56/25
**first [36]** 4/20 4/24
11/20 11/21 13/11
23/9 28/23 43/4 44/8
50/20 51/7 57/15
57/25 68/18 70/14
70/15 75/16 80/8 82/9
83/23 106/5 109/11
109/14 110/24 125/17
126/9 126/23 129/20
129/21 129/22 129/23
131/5 138/22 139/20
141/25 144/15
**firsthand [1]** 92/6

**fit [2]** 117/4 149/18
**fits [1]** 126/20
**five [7]** 6/6 17/24
86/23 87/8 97/17
122/20 122/24
**flag [1]** 66/14
**flagged [1]** 66/13
**Flagler [1]** 1/16
**floors [1]** 30/14
**FLORIDA [18]** 1/1
1/5 1/13 1/17 1/19
1/22 2/4 7/21 12/20
32/14 101/19 103/5
103/7 116/8 116/11
116/13 132/5 150/21
**focus [1]** 51/20
**focuses [1]** 48/9
**folks [2]** 100/25
117/3
**follow [9]** 26/5 47/7
74/14 91/10 106/8
108/2 111/19 117/4
140/23
**followed [4]** 11/14
47/6 57/1 120/11
**following [4]** 26/4
66/10 69/19 143/3
**forced [1]** 21/16
**forces [2]** 14/10 16/9
**foregoing [1]** 150/16
**foreign [4]** 18/1 19/1
19/2 23/15
**foremost [1]** 138/23
**forever [1]** 56/9
**forget [1]** 88/3
**form [1]** 82/7
**former [2]** 32/13
68/10
**formulate [1]** 70/23
**FORT [3]** 1/2 1/5
150/21
**forth [3]** 43/15 44/20
69/11
**fortuitously [1]**
43/11
**forward [2]** 6/5 57/4
**forwarded [2]** 5/20
51/24
**forwarding [2]** 6/6
6/8
**forwards [1]** 5/18
**found [6]** 55/3 56/24
69/23 119/13 121/14
140/5
**foundation [15]**
21/12 25/20 30/4 31/1
31/6 31/16 33/1 42/23
44/23 45/25 57/16
95/25 104/25 105/10
107/18
**four [6]** 17/20 55/22
64/20 90/6 97/17

129/8
**FP [3]** 116/8 116/22
117/2
**Francis [1]** 73/21
**Frank [2]** 76/12 83/3
**frankly [1]** 98/21
**free [3]** 28/4 81/12
138/12
**frequency [1]** 118/4
**frequent [3]** 76/16
94/24 95/7
**frequented [1]**
77/25
**Friday [1]** 10/25
**friendly [2]** 24/19
91/9
**front [5]** 26/13 34/22
64/15 65/9 96/6
**fronting [1]** 35/21
**full [3]** 28/16 28/21
108/7
**full-time [2]** 28/16
28/21
**FULLER [38]** 1/4 4/9
6/14 22/23 33/22
35/17 38/12 45/20
53/17 55/7 55/9 57/25
58/1 58/3 58/15 58/23
59/3 59/6 59/19 59/21
60/15 60/24 63/20
63/25 67/1 67/5 67/8
67/8 69/11 70/1 70/4
74/11 143/19 143/22
145/8 146/4 146/9
147/22
**Fuller's [7]** 36/3
56/18 57/20 68/12
68/14 69/1 69/13
**fully [1]** 48/14
**function [6]** 17/15
72/25 73/22 91/22
95/14 147/2
**functions [1]** 131/21
**further [4]** 47/12
50/10 70/11 116/2
**Furthermore [1]**
52/8
**Futurama [1]** 24/15
**future [3]** 43/6 88/2
88/3

**G**

**G-O-Z-A-L-E-Z [1]**
12/6
**Gardner [1]** 4/17
**general [9]** 22/14
24/4 26/1 27/20 28/16
63/1 81/1 85/15
141/13
**generally [5]** 35/10
54/9 67/9 77/7 103/21
**gentlemen [4]** 11/13

**G**

gentlemen... [3] 40/10 70/22 149/4

genuinely [2] 148/3 148/25

Geographically [1] 15/3

get [32] 9/7 13/1 33/20 33/25 42/1 46/5 51/4 53/5 55/10 70/6 70/7 70/20 85/13 92/8 102/5 102/17 102/24 104/10 116/12 116/13 118/9 118/25 120/4 120/7 120/22 121/18 125/24 125/25 128/5 128/8 136/19 139/25

gets [2] 129/22 148/9

getting [12] 12/23 17/16 31/19 32/1 35/22 36/6 36/10 37/7 38/21 62/22 76/13 136/17

give [23] 12/4 13/6 28/2 44/4 44/14 55/10 58/18 70/5 70/6 76/25 81/10 96/2 132/19 132/19 132/20 132/22 132/24 132/25 133/1 133/5 134/24 141/11 146/13

given [11] 9/15 28/24 48/9 52/16 63/4 66/9 96/3 120/14 120/15 120/23 144/9

gives [2] 51/25 125/13

giving [5] 44/3 44/4 44/15 58/20 149/10

go [59] 4/21 12/22 16/8 20/18 25/9 26/20 27/19 40/4 44/21 45/12 48/18 48/22 50/10 51/3 54/1 60/2 61/12 67/19 77/3 80/25 84/8 95/22 98/17 98/23 99/1 100/4 100/8 100/13 101/8 104/4 104/14 106/16 108/19 113/8 114/4 114/7 114/7 114/8 114/10 114/12 114/22 115/1 115/6 115/10 115/19 116/3 117/11 118/25 120/3 120/4 122/5 122/5 125/16 126/23 134/10 137/20 141/5 141/19 149/12

goal [2] 138/4 139/6

goes [5] 77/10 104/10 113/3 124/23 130/20

going [80] 5/23 7/4 8/23 10/1 10/12 10/23 11/15 11/19 11/19 16/21 36/9 36/23 37/21 39/20 39/21 39/24 44/2 45/3 46/12 49/21 50/25 51/5 55/7 56/17 56/18 56/19 64/8 64/15 70/2 72/1 77/7 77/8 83/17 84/18 85/7 86/8 89/19 91/25 92/11 93/13 93/17 93/19 95/17 95/22 98/3 98/6 98/11 99/18 100/9 100/12 100/25 102/22 105/5 106/6 106/16 107/9 108/25 109/3 112/3 113/17 114/13 115/16 115/20 116/6 116/22 117/6 117/22 121/1 132/1 136/5 136/16 137/1 137/10 141/6 147/1 147/3 148/10 148/11 149/4 149/22

goings [1] 65/12

gone [2] 59/23 63/7

GONZALEZ [40] 3/4 6/5 7/20 8/10 8/21 8/24 9/16 9/25 11/22 12/5 12/9 12/11 12/13 21/4 25/24 26/22 36/21 37/7 40/6 42/6 44/2 44/13 45/6 47/23 49/24 51/6 54/14 54/20 55/15 57/19 65/19 66/8 71/10 71/12 88/17 91/8 128/14 137/8 145/20 149/10

Gonzalez's [1] 126/18

good [13] 4/5 4/12 4/15 4/16 4/20 11/13 12/11 22/1 63/1 71/12 142/18 150/3 150/7

got [10] 62/23 65/8 74/14 75/9 109/23 137/16 140/3 140/11 141/19 148/21

govern [1] 103/10

governing [2] 132/4 140/20

government [12] 16/5 63/25 67/23 71/23 71/23 73/2 73/5 73/6 73/9 92/6 132/10 132/12

governments [1]

132/4

governs [1] 140/11

graduated [2] 12/20 13/4

great [7] 19/1 26/1 27/14 52/21 87/20 87/23 88/14

grew [2] 18/23 104/8

ground [1] 108/5

GROUP [1] 1/10

Grove [1] 77/1

growing [2] 19/3 26/13

guess [5] 13/24 21/20 34/17 62/2 62/12

guidance [1] 19/25

guide [1] 103/15

Gutchess [6] 1/11 4/13 39/16 40/11 136/9 136/15

Gutchess' [1] 7/18

guy [3] 104/7 116/24 128/5

guys [1] 84/16

**H**

habit [1] 68/10

had [104] 6/5 13/18 16/9 18/2 18/19 19/1 21/23 22/13 22/21 23/14 23/15 24/18 25/1 26/20 27/7 27/20 29/13 32/11 32/20 33/16 33/17 33/25 35/8 35/16 36/18 38/5 38/24 39/19 46/11 49/4 53/15 53/15 56/7 56/11 56/13 56/16 58/3 58/8 58/19 59/23 60/15 62/14 63/4 63/14 64/21 64/25 65/20 66/9 71/2 73/8 73/15 75/8 76/4 76/15 77/11 77/23 78/19 78/23 78/23 79/13 79/20 79/21 79/22 80/8 81/1 81/14 81/25 82/17 82/20 85/14 87/1 87/25 90/5 92/8 93/5 93/8 95/1 103/14 105/8 105/9 105/25 107/14 110/16 126/17 127/24 131/23 132/2 135/1 135/13 137/8 137/9 138/15 142/15 142/18 142/18 143/21 143/22 143/23 144/8 146/7 146/16 147/11 147/14 147/17

hadn't [1] 127/25

half [1] 62/25

hall [7] 30/13 30/13 33/15 60/16 91/17 91/17 94/1

hand [1] 11/24 70/18 133/17

handle [1] 93/22

handled [1] 61/7

happen [5] 43/10 43/11 64/10 64/11 101/14

happened [8] 24/19 43/18 43/19 54/3 61/13 64/18 79/13 146/11

happens [2] 43/17 118/23

happily [1] 27/8

happy [1] 33/20

hard [1] 33/16

Hardemon [1] 88/22

harm [1] 52/5

harsh [1] 36/17

has [32] 6/5 7/1 8/2 11/14 19/23 24/13 24/14 26/1 29/14 44/23 50/6 67/10 67/17 72/22 77/7 84/4 87/13 93/2 96/24 98/18 100/5 102/21 108/23 109/8 110/17 112/1 116/17 117/10 121/18 124/12 127/8 149/20

hasn't [3] 24/5 43/19 66/17

Havana [22] 67/7 67/16 75/18 75/24 76/4 77/14 77/19 78/17 78/19 79/6 79/7 84/3 84/19 85/8 85/9 85/10 85/12 85/19 87/20 88/9 92/22 104/14

Havana/Calle [1] 77/14

have [142] 4/20 5/4 5/18 6/11 7/8 7/11 7/19 8/3 8/6 10/14 10/23 13/23 15/10 15/19 17/22 20/18 21/17 22/1 22/22 23/10 24/12 25/16 25/19 25/21 25/24 34/17 36/19 37/19 38/16 38/24 39/9 39/15 39/21 40/2 41/3 41/4 43/16 45/7 46/14 47/18 48/13 50/4 50/20 54/2 58/1 58/6 58/8 59/5 59/8 60/1 61/9 62/5 62/9 62/9 63/17 65/24 66/9

hall [7]... (see above)

h't... [continued]

132/4

governs [1] 140/11

67/21 68/6 68/23 74/8 78/13 80/4 80/20 81/19 83/17 84/11 84/18 87/25 88/3 90/13 90/21 91/16 91/19 91/21 92/1 92/5 93/8 93/13 93/16 93/18 93/21 94/23 95/4 95/6 95/15 101/7 104/2 105/11 107/5 111/8 111/9 111/18 114/19 116/11 116/15 116/15 117/16 118/1 118/1 118/9 118/20 119/22 119/22 119/23 120/2 121/13 121/16 125/1 125/2 125/5 125/9 125/20 126/25 130/7 130/9 131/15 131/16 131/16 134/4 135/17 136/18 136/19 136/21 136/23 137/3 138/19 140/6 140/25 142/7 142/25 145/13 146/16 146/17 148/3 148/4 149/6 149/16 149/17 149/25 150/3 150/7

haven't [3] 99/19 125/10 126/17

having [10] 7/11 10/16 82/2 95/20 101/10 113/6 120/4 133/25 147/18 148/12

Hawaii [1] 13/12

hazard [1] 112/14

hazardous [1] 121/2

he [185]

he's [22] 6/6 10/1 24/5 32/13 40/2 60/18 66/20 67/1 68/18 83/12 83/13 97/7 97/10 98/12 108/21 108/22 108/22 109/4 109/13 109/13 110/17 126/14

head [3] 16/21 49/4 139/14

headed [1] 135/4

heads [3] 19/8 124/3 124/9

health [3] 138/7 138/23 139/21

hear [7] 11/16 30/7 40/10 40/12 40/13 45/9 128/22

heard [4] 69/13 97/22 97/24 134/20

hearing [7] 33/16 62/16 68/12 68/14 69/1 69/11 69/13

hearsay [8] 5/14

**H**

**hearsay... [7]** 6/22
8/7 9/22 10/11 53/12
60/18 65/23
**heart [2]** 62/3 62/14
**hectic [1]** 19/4
**held [2]** 60/21 60/24
**help [7]** 18/18 26/5
26/18 63/16 102/17
103/15 103/21
**helping [1]** 16/16
**hem [1]** 14/19
**hemisphere [2]** 15/2
16/2
**hence [1]** 38/23
**her [20]** 15/8 28/19
28/21 28/22 28/23
30/15 33/17 33/18
51/24 56/9 62/16
62/16 62/16 62/19
115/12 115/13 124/14
147/4 148/4 148/12
**here [23]** 9/5 10/19
14/1 17/10 26/25
38/16 52/19 59/24
82/5 86/22 88/8 93/14
93/18 94/6 99/1 100/4
100/17 115/16 115/19
116/3 118/14 130/19
134/19
**here's [1]** 122/25
**hereby [1]** 150/16
**hey [5]** 26/12 46/12
62/23 93/17 148/4
**hierarchy [1]** 90/13
**highest [1]** 68/7
**highlight [3]** 112/10
137/21 141/5
**highlighted [6]**
66/14 66/14 66/15
66/16 66/17 137/21
**highlighting [2]**
68/5 112/11
**highlights [1]** 13/6
**him [79]** 7/8 9/17
22/4 22/11 22/12
22/13 22/20 23/4
24/22 25/22 27/5 27/9
33/20 33/25 35/20
35/21 38/21 43/5
44/19 46/19 46/20
46/20 46/22 46/24
47/8 52/19 52/25
55/10 58/6 58/8 58/11
58/21 59/22 60/11
61/5 61/11 63/6 64/15
65/25 68/23 70/6 70/7
74/3 74/11 79/22 82/1
96/2 97/11 98/16
98/18 108/22 109/3
109/8 109/14 109/14

109/17 126/19 127/21
135/1 136/16 142/19
143/23 143/24 144/2
144/4 144/5 144/6
144/12 144/15 144/22
144/23 145/1 145/4
145/5 145/9 145/11
146/10 146/12 149/18
**himself [1]** 80/9
**hire [1]** 32/16
**hired [8]** 15/6 26/2
31/15 32/15 32/17
65/14 125/24 125/25
**hiring [5]** 18/17 20/1
29/22 32/3 32/4
**his [64]** 6/12 7/25
8/6 14/18 14/18 22/15
23/25 27/7 28/2 28/3
32/5 32/17 35/22 36/4
38/16 45/10 45/11
46/19 47/6 49/11 52/1
52/4 54/6 58/16 60/12
61/4 61/12 61/13
67/19 69/12 70/10
75/8 75/16 76/11 80/9
81/9 81/11 81/22
81/24 82/2 90/23 91/5
109/2 115/12 115/13
124/13 126/20 127/12
127/20 129/20 129/21
129/22 129/23 133/18
133/21 133/23 133/24
134/22 135/13 136/17
142/19 144/8 144/9
144/12
**historic [5]** 75/24
75/25 76/4 76/13
91/17
**historically [1]**
77/16
**history [2]** 29/14
68/8
**hmm [21]** 28/12
78/11 93/1 95/19 99/3
100/19 104/6 105/18
113/11 114/25 115/7
117/1 118/18 122/7
123/20 124/22 132/16
134/13 135/10 136/1
148/19
**hold [2]** 48/13 148/8
**holes [3]** 99/25
100/17 114/24
**home [11]** 62/19
62/21 133/15 133/18
133/21 133/23 133/24
134/6 134/10 134/22
134/22
**Homeland [1]** 16/19
**homes [2]** 78/5
118/15
**Homestead [1]**

104/7
**homicide [1]** 68/9
**honest [2]** 32/20
57/9
**honor [73]** 4/12 4/16
4/25 6/20 7/6 8/10
8/23 9/2 9/23 10/12
10/20 11/5 24/4 25/15
25/18 31/21 37/2 39/9
39/15 39/18 39/22
39/23 40/1 41/14
41/24 41/25 42/2 42/9
42/22 43/4 44/22
46/14 47/16 47/25
49/18 54/5 54/13
54/17 55/21 62/5
65/11 65/18 65/21
66/5 66/19 68/15
68/22 68/25 71/8 72/7
96/6 96/21 96/23 97/4
98/11 100/9 104/16
104/23 108/20 109/1
110/11 112/3 113/17
117/6 136/3 136/14
138/12 144/14 149/1
149/12 149/15 149/20
150/10
**HONORABLE [2]** 1/8
150/20
**honorably [1]** 15/17
**hospitalized [2]**
62/3 62/19
**hostility [1]** 67/16
**Hotel [5]** 96/13
97/22 97/23 97/24
106/1
**HOTTE [1]** 1/15
**hour [2]** 62/24 84/2
**hours [1]** 136/16
**house [11]** 14/25
60/12 61/4 65/10
113/10 114/5 114/11
115/17 115/21 116/22
122/16
**houses [1]** 116/10
**how [36]** 5/3 5/5 5/7
6/9 8/18 8/22 13/6
17/5 19/22 20/4 20/16
23/2 28/22 30/1 34/3
47/9 49/10 58/10
58/16 60/14 61/7 63/9
71/14 76/5 83/23 90/4
102/21 103/12 111/9
116/11 136/12 136/23
137/2 144/1 144/4
144/5
**How's [1]** 11/13
**however [4]** 51/20
52/23 129/13 147/11
**HR [1]** 134/2
**huge [1]** 136/25
**humbly [2]** 51/12

52/15
**HUSS [1]** 1/15 4/17
**Hypothetically [1]**
119/3

**I**

**I will [3]** 43/10
105/6 116/4
**I'd [6]** 36/21 47/23
49/18 54/13 65/18
89/12
**I'll [9]** 34/17 57/17
72/21 76/5 99/2
100/15 117/13 123/19
136/21
**I'm [75]** 5/6 8/23
10/12 10/21 16/12
16/18 19/14 26/21
30/7 32/10 35/15
36/22 39/21 40/25
42/1 45/3 47/3 48/10
60/7 62/11 62/21
71/12 71/15 71/25
72/1 76/23 80/2 83/17
83/18 87/13 93/4 95/7
95/17 95/22 100/9
100/12 100/22 104/7
104/12 104/12 105/5
105/16 106/8 106/11
106/13 107/21 107/21
109/3 112/3 112/11
113/17 116/11 117/6
118/23 122/18 126/12
128/2 131/24 133/16
134/2 134/2 134/20
135/4 136/5 136/11
136/17 136/19 136/19
136/24 137/10 141/6
142/12 144/3 144/11
146/1
**I've [25]** 20/14 38/4
59/25 66/13 74/14
78/22 87/3 96/12
96/16 96/16 96/19
96/19 97/2 97/24
98/25 104/11 104/23
105/1 107/11 108/11
110/19 110/25 118/16
126/8 137/21
**I-H-E-K-W-A-B-A
[1]** 50/11
**ice [1]** 43/12
**iconic [2]** 25/13
87/20
**idea [6]** 95/6 108/23
116/11 121/16 135/17
142/25
**ideal [1]** 139/6
**identified [3]** 24/5
55/2 91/12
**identify [1]** 39/5
**identifying [1]** 39/7

**if [129]** 5/1 5/8 5/22
7/10 8/5 9/7 9/15
13/24 17/18 18/6
20/19 20/20 21/4
22/11 22/20 23/19
26/5 26/20 27/4 28/4
31/7 31/9 32/4 32/10
34/8 34/17 34/22
35/15 35/24 38/20
39/25 40/7 41/22 43/7
44/18 45/18 47/3
48/22 51/6 54/3 54/12
55/2 56/5 56/8 57/10
62/5 64/19 65/2 65/25
69/23 70/19 72/5
73/20 74/5 75/11
75/23 78/3 78/20
78/21 79/21 84/12
91/24 93/4 93/7 93/15
94/13 95/3 95/21 96/1
97/19 98/16 98/17
101/14 102/20 102/21
102/23 103/6 103/15
103/22 103/23 103/25
104/7 104/12 104/21
105/6 105/25 106/18
106/21 106/23 107/1
107/6 107/14 107/15
108/4 108/7 108/9
108/22 108/23 109/6
109/8 109/18 116/3
116/4 117/25 118/11
118/24 120/13 120/25
121/3 121/17 121/20
122/3 123/25 124/6
124/9 125/6 125/19
127/1 132/10 132/12
136/22 139/2 140/3
145/17 146/9 147/9
148/1 148/16 149/17
**if you can [1]** 74/5
**Ignacio [4]** 7/25
65/20 135/8 135/9
**Ihekwaba [3]** 49/12
49/13 50/1
**II [1]** 1/4
**ill [2]** 62/3 64/21
**illegal [10]** 94/22
95/1 107/7 117/25
118/8 120/22 121/1
121/18 121/20 122/22
**immediately [2]**
9/25 108/15
**immigrants [3]**
77/19 77/20 77/20
**immigration [4]**
16/21 16/22 17/8
18/16
**impact [1]** 43/2
**implement [1]** 45/14
**implemented [1]**
95/13

**I**

**important [5]** 54/11
75/21 77/15 121/8
125/21
**impression [1]**
51/25
**improper [1]** 108/23
**improve [2]** 87/22
88/13
**impugned [1]**
130/13
**in [321]**
**inappropriate [8]**
9/17 10/11 22/19 34/9
36/15 53/22 55/13
109/9
**incidents [1]** 32/22
**include [1]** 68/7
**included [2]** 74/25
141/23
**including [6]** 6/24
52/12 67/12 77/19
118/8 131/17
**independent [1]**
141/13
**indirect [1]** 52/10
**indirectly [1]** 46/25
**individuals [4]** 22/14
28/10 118/20 118/23
**inept [1]** 35/23
**Infantry [1]** 13/11
**infiltration [1]** 23/16
**inflame [1]** 7/2
**influenced [1]** 21/16
**info [1]** 142/1
**information [7]**
27/15 28/5 49/4 58/20
80/21 81/13 107/5
**informational [5]**
27/23 81/5 84/16 92/5
141/24
**informed [2]** 147/8
147/24
**initial [1]** 48/3
**initiated [6]** 142/23
142/25 143/4 143/5
144/7 147/14
**inquiry [3]** 99/14
123/25 141/7
**inside [9]** 32/4 32/16
93/9 98/6 98/9 98/18
99/22 99/23 114/16
**inspect [3]** 99/8
101/9 118/24
**inspected [1]** 118/9
**inspecting [1]** 46/1
**inspection [1]** 13/24
**inspections [7]**
13/23 51/18 106/15
112/18 118/2 118/5
118/22

**inspector [4]** 37/20
65/14 99/8 118/24
**inspectors [15]** 36/3
61/4 99/4 99/7 99/12
99/16 101/8 102/25
110/23 118/1 118/1
121/3 138/3 138/5
138/6
**instance [4]** 29/13
54/9 54/10 94/7
**instances [1]** 45/17
**instantaneously [1]**
107/3
**instead [3]** 10/15
26/7 77/3
**instilled [1]** 139/11
**institutions [1]**
78/19
**instruct [2]** 27/24
81/6
**instruction [2]** 25/8
47/7
**instructions [2]**
11/14 70/15
**integrity [1]** 130/13
**intelligence [6]**
13/14 14/4 14/5 23/15
39/4 68/10
**intend [4]** 5/7 5/25
6/10 7/8
**intent [2]** 64/5 64/6
**intention [1]** 50/18
**intentionally [1]**
52/5
**interact [1]** 21/7
**interaction [1]** 82/9
**interested [3]** 73/20
86/7 134/20
**interesting [1]** 77/14
**interests [1]** 133/20
**interfere [1]** 52/11
**interior [1]** 114/22
**international [5]**
12/21 12/25 16/17
17/20 18/5
**Internet [1]** 11/15
**interpreted [1]**
48/12
**interruption [1]**
137/8
**interview [1]** 32/10
**interviewing [1]**
32/6
**into [28]** 7/8 8/17
8/19 13/1 19/1 19/14
23/16 33/15 54/14
58/22 63/2 64/6 65/19
75/9 79/3 84/8 85/18
103/25 107/18 112/11
112/17 114/2 115/16
115/20 116/22 118/25
126/10 142/11

**introduce [7]** 6/10
8/16 8/23 10/12 12/11
49/21 51/5
**introduced [1]** 105/9
**introduction [2]**
12/14 85/12
**invent [1]** 68/3
**inventoried [1]** 16/8
**inventory [1]** 16/6
**investigate [2]**
41/18 42/7
**investigating [2]**
55/1 69/22
**investigation [2]**
43/17 43/19
**investigations [1]**
52/1
**investment [3]** 19/1
19/2 19/2
**invite [1]** 94/2
**invited [4]** 14/24
22/13 27/18 80/24
**involve [1]** 124/10
**involved [4]** 31/24
31/25 87/5 108/2
**involvement [4]**
14/5 14/11 81/23 88/1
**involving [7]** 27/16
33/21 80/22 103/11
131/21 147/1 147/6
**is [216]**
**ISIS [1]** 15/22
**isn't [7]** 67/8 75/21
91/2 116/10 120/19
122/2 125/12
**issue [7]** 24/18 42/11
45/18 53/6 53/23
105/6 111/19
**issues [32]** 5/14
5/15 5/16 5/17 6/23
8/8 11/1 18/18 19/25
22/4 22/23 27/15
34/21 45/17 45/20
48/10 55/3 56/6 69/23
80/21 87/8 87/22
88/14 91/3 93/22
103/11 108/2 108/4
108/6 111/3 118/22
120/4
**it [310]**
**it's [73]** 6/18 8/5
9/15 10/9 15/15 17/15
19/21 20/14 24/13
34/7 34/22 36/17
39/10 41/19 42/2 43/5
43/9 43/20 44/21
45/25 46/12 50/4
50/19 53/13 61/6
65/23 66/4 77/2
72/20 77/2 84/16 86/2
87/14 91/24 91/25
92/11 93/7 95/22

96/18 96/25 99/23
100/10 101/14 103/22
103/23 104/17 106/24
108/23 109/20 109/23
110/12 110/22 116/8
120/12 120/25 121/24
122/2 122/22 127/10
130/12 135/16 136/6
136/25 137/1 137/16
138/16 138/16 140/11
140/20 141/1 141/19
149/5 149/15
**item [2]** 51/19 51/19
**items [2]** 65/24
147/8
**its [10]** 16/10 28/19
69/17 77/10 78/19
119/5 121/8 138/22
142/10 147/15
**itself [1]** 17/10

**J**

**January [6]** 21/20
27/17 75/5 75/17
80/23 125/25
**jaunts [1]** 85/18
**Jeff [1]** 4/13
**Jeffrey [1]** 1/11
**Jim [1]** 35/15
**Jiminez [7]** 127/11
127/13 127/16 127/17
127/20 128/4 128/5
**jive [1]** 146/10
**Joanna [2]** 1/12 4/13
**job [11]** 13/20 18/2
28/21 91/2 91/5 94/5
99/12 103/17 115/12
115/13 138/25
**jobs [5]** 43/14 99/16
99/17 101/8 117/3
**JOE [18]** 1/6 4/10
27/16 48/4 48/5 48/17
67/12 71/16 76/11
80/22 81/20 83/1
87/21 88/9 123/2
127/17 127/20 128/3
**join [2]** 14/24 94/3
**joined [1]** 12/21
**joint [1]** 14/16
**Joseph [1]** 19/12
**judge [12]** 1/9 4/7
25/20 53/13 68/20
70/13 98/14 105/1
109/10 109/16 141/3
150/8
**judgment [1]** 41/5
**JULY [1]** 150/19
**jurors [2]** 4/23 11/8
**jurors' [1]** 10/16
**jury [19]** 5/20 7/2
10/7 11/11 11/13
12/12 41/15 49/19

51/11 54/21 70/14
70/16 71/1 86/23
109/13 131/18 137/25
150/4 150/5
**jury's [1]** 134/20
**just [64]** 5/8 6/10
9/4 10/6 11/6 12/4
12/15 13/6 13/8 19/2
19/9 21/24 22/16
23/14 24/22 26/3 28/8
30/13 31/11 34/8
34/10 35/8 38/19
38/25 42/1 46/12
46/12 46/15 47/4 47/9
48/18 49/8 49/20 50/6
58/16 58/21 60/10
62/5 63/1 66/13 66/14
66/15 67/1 75/8 75/9
78/20 84/12 86/18
93/7 93/19 95/24
103/3 108/20 111/22
117/6 117/8 127/1
127/21 132/1 144/14
147/19 149/12 149/25
150/11

**K**

**keep [9]** 13/20 33/19
99/18 106/23 106/24
114/13 134/15 136/15
147/19
**keeping [4]** 50/16
65/12 68/11 147/16
**keeps [1]** 106/21
**kept [4]** 7/25 33/23
130/22 131/18
**key [1]** 6/7
**kick [1]** 56/6
**kind [7]** 34/7 34/7
44/21 47/6 91/2 93/5
100/2
**KISSANE [2]** 2/2
4/19
**KKK [1]** 6/25
**knew [8]** 35/14
71/18 74/9 75/12
76/10 78/2 79/16
93/25
**know [88]** 5/1 8/18
8/21 9/1 12/13 22/22
24/10 24/22 31/9 34/1
34/7 34/8 34/25 35/7
35/8 39/7 40/2 43/7
44/21 51/19 54/3
54/25 56/9 69/21
70/17 70/18 71/12
71/15 74/13 75/24
76/5 76/11 77/6 78/21
79/21 85/13 91/24
92/9 92/19 93/2 93/17
94/18 94/23 96/11
96/13 96/24 96/25

**K**

know... **[41]** 97/22
98/13 100/25 102/7
102/23 103/3 104/2
105/6 105/16 106/4
106/19 106/22 106/23
108/24 110/18 110/21
112/25 117/10 118/4
118/19 118/23 118/24
120/10 122/15 122/18
127/12 127/16 127/23
128/3 128/7 143/5
143/12 143/13 143/19
144/11 145/8 145/14
146/11 146/12 147/11
149/19
**knowing [1]** 102/21
**knowingly [1]** 68/3
**knowledge [9]**
44/23 44/24 45/6
57/20 58/12 59/4
105/9 109/8 132/3
**known [4]** 29/4
77/18 79/22 148/7
**knows [4]** 31/7
98/17 110/17 118/11
**KRINZMAN [2]** 1/15
4/17
**KUEHNE [10]** 1/18
1/18 4/18 4/18 25/16
26/22 26/24 71/6
71/13 136/9

**L**

**la [5]** 33/24 69/5
69/7 129/18 130/3
**lack [2]** 25/20 61/10
**ladies [4]** 11/13
40/10 70/21 149/4
**lady [1]** 26/3
**lapel [1]** 15/13
**largely [2]** 77/18
103/18
**larger [1]** 93/19
**largest [1]** 18/13
**last [8]** 49/11 50/11
51/14 64/15 68/6
117/5 125/16 145/5
**Lastly [1]** 52/15
**late [3]** 64/21 67/4
68/5
**later [8]** 23/11 24/1
60/10 83/13 103/25
128/10 143/2 149/23
**Latin [2]** 12/23 77/20
**LAUDERDALE [3]**
1/2 1/5 150/21
**laundry [1]** 50/3
**law [12]** 1/10 1/18
4/12 4/18 6/13 7/21
16/16 108/3 132/3
132/4 138/13 140/23

**lawn [1]** 26/13
**laws [1]** 123/9
**lawsuit [16]** 32/19
32/23 55/5 68/13
69/25 121/5 142/23
142/25 143/1 143/3
143/6 145/21 146/4
147/23 148/21 148/22
**lawyer [1]** 10/9
**lawyers [3]** 9/19
58/19 71/15
**lay [1]** 105/10
**layperson [2]** 9/14
9/24
**Lazaro [1]** 34/25
**Lazaro-Orta [1]**
34/25
**lead [2]** 46/24 47/8
**leaders [1]** 90/13
**leading [4]** 46/23
47/11 57/15 61/25
**Leah [1]** 4/17
**Leal [1]** 32/17
**learn [3]** 24/1 127/12
147/5
**learned [3]** 73/2
75/23 143/16
**least [4]** 27/21 64/8
81/2 146/23
**lecture [1]** 149/11
**led [1]** 127/21
**left [9]** 14/24 59/19
59/20 60/8 62/12
136/23 144/16 145/1
147/18
**legal [6]** 9/15 9/18
9/23 29/20 32/1 44/8
**legislative [3]** 19/21
19/25 52/4
**lengthy [1]** 141/2
**let [36]** 9/4 10/5
12/15 13/17 20/21
24/10 26/21 41/21
42/20 46/4 49/10
52/19 54/25 60/10
69/21 70/17 70/18
70/20 72/5 80/16
86/13 94/18 95/17
95/20 99/11 105/6
108/19 113/20 117/15
118/16 126/23 128/17
136/5 140/7 144/14
148/2
**let's [32]** 22/7 28/10
29/15 40/5 48/18 50/9
51/3 81/23 84/4 95/13
95/21 98/23 99/1
99/17 100/4 100/8
104/14 114/4 114/7
114/7 114/10 114/12
114/22 115/1 115/6
115/10 115/19 116/3

137/20 141/5 141/5
141/19
**letter [36]** 26/22
26/23 27/3 27/5 27/6
27/8 27/10 27/12
27/15 51/3 52/25 72/2
72/6 72/14 73/25 74/1
74/2 74/3 74/4 74/6
74/16 74/22 80/21
81/14 81/17 109/20
109/21 110/8 110/9
110/22 110/24 114/10
123/2 138/13 141/25
143/8
**letter's [1]** 80/16
**letterhead [5]** 72/14
110/1 131/1 131/15
131/25
**letters [1]** 72/18
**letting [2]** 61/10
93/17
**level [1]** 78/8
**liaison [2]** 14/10
80/7
**Liberty [3]** 88/19
88/20 89/2
**licensed [4]** 101/18
101/21 101/25 102/25
**lie [1]** 69/15
**life [18]** 17/14 45/16
45/18 45/19 48/9 55/2
69/23 87/22 88/13
88/13 103/11 108/2
108/4 108/6 108/10
118/21 138/8 138/22
**lifeguard [1]** 108/9
**Light [2]** 116/8
116/13
**like [36]** 6/1 10/11
12/14 21/16 23/19
23/22 23/23 23/23
26/10 36/21 39/7
39/25 44/20 44/21
47/16 47/23 48/24
49/18 53/19 54/13
58/22 61/5 65/18 88/2
89/12 94/1 95/7
101/10 108/11 112/12
115/20 116/23 120/16
124/9 124/12 126/18
**liking [1]** 23/25
**limited [1]** 83/6
**limits [1]** 52/4
**line [6]** 50/23 63/13
63/13 88/7 88/8
139/20
**lined [1]** 150/1
**lines [3]** 35/21 46/23
50/7
**linked [1]** 106/15
**list [13]** 7/15 39/19
42/2 45/15 48/20 50/4

53/8 53/18 65/22
67/24 104/17 105/2
106/16
**listen [3]** 38/4 43/15
143/17
**listened [1]** 49/5
**listening [1]** 142/19
**lists [1]** 109/2
**litigation [14]** 33/1
131/6 131/11 132/15
135/22 135/25 142/11
145/15 147/6 147/9
147/14 148/5 148/8
148/10
**litigations [2]**
147/11 148/6
**litigious [1]** 60/7
**little [30]** 12/17
12/18 13/5 17/6 67/6
67/16 75/18 75/24
76/4 77/14 77/19
78/16 78/17 78/19
79/6 79/7 84/1 84/3
84/18 85/7 85/9 85/10
85/12 85/18 87/20
88/9 92/22 100/15
103/24 104/14
**live [6]** 76/18 76/20
76/21 76/22 77/9
92/24
**lived [3]** 76/17 77/11
82/5
**living [2]** 78/4
106/20
**lobbyists [1]** 58/19
**local [2]** 67/4 112/18
**location [1]** 106/7
**long [11]** 13/6 17/5
29/14 79/20 79/21
79/22 83/23 112/24
136/16 145/21 149/5
**longer [6]** 58/25
125/2 136/12 136/25
145/6 148/24
**longtime [1]** 79/13
**look [23]** 9/4 21/4
26/6 26/14 34/17 47/9
50/17 50/18 60/9 64/8
64/9 65/25 67/1 99/17
102/25 115/10 116/3
117/9 117/19 122/10
126/18 128/20 137/10
**looked [4]** 39/19
55/8 70/3 141/25
**looking [4]** 76/23
87/21 99/9 136/11
**looks [6]** 26/13 39/6
100/23 112/12 115/20
116/23
**loss [1]** 57/24
**lost [1]** 62/16
**lot [15]** 6/3 17/14

18/18 23/3 24/14
32/20 90/10 90/12
90/16 93/6 93/14
93/18 99/23 119/21
146/13
**lots [2]** 22/25 140/15
**lower [1]** 68/7
**lowest [2]** 68/8 68/9
**LUBETSKY [2]** 1/15
4/17
**ludicrous [1]** 56/23
**Lugo [4]** 22/15 28/11
79/16 80/4
**Lugo's [1]** 29/3
**lunch [2]** 29/13 58/8
**lungs [1]** 62/15

**M**

**made [16]** 24/25
32/16 35/5 40/24 47/6
58/17 63/19 67/15
67/23 87/3 95/3
122/13 125/14 128/11
129/1 130/23
**Magic [2]** 87/23
88/14
**main [1]** 51/20
**maintain [2]** 7/22
112/15
**maintained [2]**
148/10 148/22
**maintains [1]**
138/14
**major [1]** 18/24
**majority [1]** 127/8
**make [47]** 7/16 9/20
10/6 10/17 13/21 16/7
21/14 22/4 26/3 36/16
41/1 49/3 49/20 56/24
57/2 68/10 87/7 94/9
99/14 101/17 101/24
103/1 104/20 113/3
116/4 119/5 122/16
122/20 123/25 123/25
125/13 125/21 126/19
126/20 127/5 133/17
133/17 134/9 134/17
136/11 138/12 145/24
147/10 147/18 148/8
148/21 149/25
**maker [1]** 9/16
**makes [1]** 122/3
**making [4]** 10/10
17/24 18/22 133/20
**man [2]** 15/25
147/19
**managed [1]** 18/13
**management [1]**
18/12
**manager [123]**
12/16 18/6 19/6 19/12
19/18 19/22 19/23

**M**

**manager... [116]**
20/2 20/4 20/6 20/8 25/24 26/1 27/17 30/1 37/17 37/17 46/7 46/8 48/4 49/16 49/17 49/17 51/12 57/10 57/19 58/4 58/14 58/25 59/2 61/23 65/6 65/7 65/7 67/12 70/8 71/19 72/15 72/17 72/20 72/24 73/3 73/16 73/19 73/21 73/23 75/17 75/23 77/24 80/23 81/15 81/18 82/11 82/17 84/10 86/16 87/5 89/19 89/24 91/8 93/16 94/25 95/20 97/17 98/8 99/21 101/3 101/17 101/23 105/25 106/3 106/21 107/2 107/19 108/6 108/10 108/13 109/3 109/4 109/7 109/24 110/15 111/2 111/10 113/3 114/18 116/24 118/19 121/11 121/11 126/3 126/20 127/1 127/5 127/14 127/17 127/20 127/25 128/1 129/24 131/1 131/2 131/2 131/15 131/21 132/2 134/13 139/10 140/11 141/10 141/12 144/19 144/22 145/6 145/9 145/10 145/17 146/5 146/9 146/10 146/12 146/15 147/7
**manager's [5]** 20/19 75/10 140/12 146/24 148/18
**managers [5]** 9/13 19/19 46/5 46/6 49/7
**manner [1]** 138/13
**mano [3]** 33/24 69/5 69/7
**manual [6]** 136/7 137/11 137/16 138/1 138/2 140/1
**many [19]** 5/3 5/5 5/7 20/4 25/1 37/9 38/1 38/4 38/5 38/5 53/16 68/6 77/19 77/21 91/6 103/10 111/9 124/5 147/11
**map [1]** 86/23
**Marc [2]** 1/21 4/18
**March [4]** 110/12 113/16 113/23 114/18
**market [2]** 15/25

16/8
**MARTIN [1]** 1/4
**Mary [4]** 22/15 28/11 29/3 79/16
**Mason [2]** 1/16 4/16
**massacre [1]** 38/3
**masters [1]** 12/23
**match [6]** 92/13 93/7 93/9 93/11 94/11 95/16
**material [2]** 99/22 99/24
**materials [2]** 5/20 13/21
**matter [16]** 6/9 15/4 41/14 52/21 58/21 69/11 70/8 81/13 94/21 94/25 107/23 119/9 121/17 139/7 149/13 150/17
**matters [6]** 27/20 81/1 93/8 147/1 147/3 150/11
**may [33]** 4/5 5/22 8/3 11/12 12/3 12/7 20/22 23/10 25/9 37/4 39/20 46/14 46/19 52/3 52/6 52/9 54/3 62/9 66/2 66/5 66/19 68/24 71/5 71/6 72/7 74/8 104/2 104/19 105/12 125/19 141/7 145/11 150/10
**may be [7]** 4/5 11/12 12/3 52/6 52/9 71/5 145/11
**maybe [12]** 6/6 9/13 44/21 45/16 62/9 74/3 74/3 78/7 88/3 94/8 131/6 146/25
**mayor [35]** 17/18 18/6 18/8 18/9 31/14 31/18 31/25 32/16 41/9 41/19 43/16 52/21 59/13 73/21 79/17 81/22 82/1 82/3 108/17 125/25 125/25 126/17 127/7 127/13 127/16 127/18 127/22 128/4 129/14 132/25 133/1 140/14 141/8 141/10 141/17
**mayor's [2]** 31/20 42/14
**me [113]** 9/4 10/6 12/15 13/17 14/2 16/14 20/21 26/21 27/13 27/18 27/25 28/4 28/14 29/14 30/23 33/12 33/18 33/19 34/9 34/15 34/22 34/23 41/21

42/20 46/4 46/11 48/6 49/8 49/10 50/21 50/22 52/19 52/21 54/25 55/10 58/2 60/1 60/3 60/4 60/5 60/7 60/10 61/1 62/25 63/1 63/14 63/14 63/24 64/6 64/8 64/8 64/9 64/14 67/4 67/14 67/17 67/21 68/1 68/2 68/12 69/4 69/10 69/14 69/21 70/5 70/18 71/12 71/18 72/3 72/5 73/25 74/2 74/3 74/22 79/22 80/16 80/17 80/19 80/24 81/6 81/12 81/17 86/10 86/13 94/3 94/18 95/3 95/17 95/20 99/11 103/6 107/11 108/19 113/20 113/24 116/4 117/15 118/16 126/23 128/17 132/1 134/4 134/15 134/24 136/5 140/7 141/25 143/8 143/20 144/14 146/14 147/10 148/17
**mean [9]** 16/12 23/4 28/18 34/17 80/2 104/8 126/3 137/11 144/5
**meaning [3]** 95/14 104/5 123/24
**means [6]** 33/24 69/5 70/19 87/14 107/6 109/5
**meant [1]** 131/8
**media [6]** 60/16 85/22 86/16 87/15 88/16 149/8
**meet [8]** 58/15 58/17 60/3 60/5 83/11 126/19 126/22 147/1
**meeting [59]** 35/4 36/22 37/13 37/16 37/20 37/23 37/25 38/8 39/10 39/25 40/6 42/3 45/14 48/9 51/15 51/23 54/25 55/2 58/19 62/20 62/23 64/7 64/12 64/24 64/25 65/4 65/5 66/10 68/18 69/6 69/9 69/19 69/21 82/20 82/20 84/25 123/16 123/19 123/22 126/9 126/10 126/12 128/11 128/17 128/18 129/10 129/14 129/20 129/21 129/22 129/23 130/14 143/24 144/1 145/15 145/21

146/7 146/8 146/23
**meetings [10]** 38/5 58/23 69/23 124/4 143/22 146/16 146/17 146/18 147/13 147/13
**meets [1]** 146/18
**member [11]** 20/20 22/14 28/15 28/16 29/1 32/13 35/1 67/3 67/3 73/13 119/19
**members [9]** 71/4 89/25 90/12 91/10 93/24 94/9 123/11 141/8 141/11
**memo [14]** 34/6 34/16 36/11 53/23 54/10 54/20 55/12 68/5 111/8 131/18 133/22 142/13 142/17 142/20
**memorialize [1]** 34/24
**memory [5]** 36/20 54/12 68/9 131/23 134/12
**memos [14]** 54/4 54/14 131/13 131/20 131/21 132/14 133/7 133/16 133/25 134/8 135/1 135/12 135/21 142/10
**Mendez [4]** 29/17 54/23 54/25 148/20
**mental [2]** 147/16 147/19
**mention [6]** 8/7 79/13 84/21 84/22 89/12 123/19
**mentioned [13]** 5/23 18/12 23/3 23/20 23/22 58/14 68/14 69/1 89/11 123/5 125/24 138/15 143/21
**merit [1]** 116/2
**message [1]** 51/12
**messages [4]** 30/18 30/21 31/5 62/22
**met [16]** 22/12 22/22 28/23 57/25 58/3 58/12 59/2 60/1 60/1 145/9 145/11 146/6 146/10 146/12 146/13 147/3
**metadata [1]** 135/12
**meter [1]** 116/15
**metrics [1]** 68/3
**Miami [90]** 1/13 1/17 1/19 1/22 2/4 12/16 12/25 17/19 17/19 18/4 18/7 18/20 19/20 20/13 20/15 27/16 31/14 51/17

52/12 52/13 71/19 72/14 72/15 73/3 73/6 73/12 73/15 75/13 76/1 76/4 79/18 80/13 80/22 81/23 82/3 89/20 96/15 99/4 101/3 101/19 101/20 102/9 103/14 104/5 104/8 104/8 105/20 106/10 109/21 110/9 112/8 112/15 113/2 114/7 114/15 116/9 116/12 117/17 118/6 118/19 119/5 119/12 119/17 119/20 121/7 122/9 127/14 127/17 127/18 128/6 130/21 130/24 132/7 133/3 133/19 133/21 134/8 136/6 137/11 137/15 137/17 138/8 138/20 140/18 140/23 143/17 145/16 147/6 147/15 147/23
**Miami's [1]** 87/20
**Miami-Dade [3]** 17/19 101/20 112/15
**microphone [1]** 40/16
**middle [2]** 78/7 78/8
**midnight [3]** 22/12 84/1 84/3
**might [4]** 88/3 124/10 145/13 149/16
**migration [1]** 15/5
**military [3]** 14/19 15/16 39/3
**millage [1]** 68/8
**mind [6]** 6/12 8/6 70/19 115/11 124/14 124/24
**mine [2]** 31/11 34/14
**mingling [1]** 79/10
**miniature [1]** 15/18
**Minimal [1]** 111/13
**minute [4]** 10/6 29/15 51/4 64/15
**minutes [9]** 58/18 64/25 136/20 136/21 136/25 137/3 137/4 137/5 149/2
**Miro [8]** 9/7 9/8 11/6 22/15 80/4 80/5 80/6 149/24
**mirror [1]** 60/9
**mischaracterizes [3]** 113/18 128/13 145/20
**miss [2]** 10/6 14/19
**missed [1]** 62/20
**missile [2]** 15/24 16/9
**missiles [2]** 16/4

**M**

**missiles... [1]** 16/6
**misspoke [1]** 105/19
**misspoken [1]** 82/2
**misstate [1]** 131/9
**mistake [1]** 80/5
**mistaken [1]** 35/16
**mitigate [1]** 57/23
**Mm [19]** 28/12 78/11
95/19 99/3 100/19
104/6 105/18 113/11
114/25 115/7 118/18
122/7 123/20 124/22
132/16 134/13 135/10
136/1 148/19
**Mm-hmm [19]** 28/12
78/11 95/19 99/3
100/19 104/6 105/18
113/11 114/25 115/7
118/18 122/7 123/20
124/22 132/16 134/13
135/10 136/1 148/19
**model [1]** 138/10
**moment [4]** 39/15
41/24 61/16 62/6
**Monday [10]** 11/3
136/22 137/5 149/3
149/5 149/11 149/17
149/21 149/23 150/7
**month [1]** 146/19
**monthly [2]** 147/13
147/13
**months [1]** 23/11
**more [13]** 11/2 11/6
24/7 38/7 53/18 56/5
78/16 90/8 115/1
119/13 126/25 127/12
136/18
**morning [2]** 4/12
4/20
**motion [1]** 129/1
**mouth [2]** 26/11
61/6
**mouthful [1]** 140/9
**move [6]** 25/6 96/21
100/15 104/20 110/11
117/13
**moved [1]** 129/16
**moving [2]** 57/4
107/17
**Mr [117]** 6/5 6/14
6/14 7/18 7/20 7/25
8/10 8/21 8/24 9/7
9/25 11/22 12/11 21/4
22/2 22/23 22/23
25/16 25/24 26/22
26/24 27/2 28/24 29/3
30/2 30/19 34/25 35/4
35/5 35/12 35/17 36/3
36/21 37/7 37/22 38/2
38/8 38/12 39/16

39/24 40/6 40/8 40/22
41/17 42/6 42/6 44/2
44/13 45/6 45/7 45/20
47/23 48/23 49/13
49/24 50/1 51/7 51/9
51/12 53/9 53/17
54/14 54/20 55/6 55/9
55/15 55/17 56/18
57/19 57/20 57/20
57/25 58/1 58/3 58/10
58/12 58/23 59/3 59/6
59/19 59/21 60/15
60/24 60/25 61/17
63/20 63/20 63/25
65/19 65/20 66/8 67/1
67/5 67/8 68/12 68/14
69/1 69/11 69/13 70/1
70/4 71/6 71/12 75/17
80/4 126/17 126/18
127/11 128/5 128/14
136/9 136/15 137/8
143/19 143/22 145/20
149/10
**Mr. [12]** 9/8 9/16
23/13 26/22 33/22
40/11 45/21 51/6
58/15 67/8 91/8 136/9
**Mr. Carollo [1]**
23/13
**Mr. Fuller [3]** 33/22
58/15 67/8
**Mr. Gonzalez [4]**
9/16 26/22 51/6 91/8
**Mr. Gutchess [1]**
40/11
**Mr. Kuehne [1]**
136/9
**Mr. Miro [1]** 9/8
**Mr. Pinilla's [1]**
45/21
**MRC [3]** 91/22 102/9
120/5
**Mrs. [1]** 54/25
**Mrs. Mendez [1]**
54/25
**Ms. [2]** 28/11 80/4
**Ms. Lugo [1]** 80/4
**Ms. Mary [1]** 28/11
**much [9]** 61/18
63/13 81/24 84/5
130/16 132/6 136/12
136/23 137/2
**multipage [1]**
130/17
**multiple [2]** 111/22
146/25
**municipal [5]** 71/23
73/2 73/5 73/6 88/1
**municipality [1]**
26/11
**mural [4]** 23/23
24/20 24/23 25/1

**murder [2]** 36/6
36/10
**my [87]** 9/4 10/6
11/14 12/13 13/11
13/20 14/14 14/17
17/13 19/9 19/12
19/18 19/18 26/3
26/12 26/17 32/20
33/17 33/21 33/25
34/5 34/14 35/15
36/19 37/15 39/4 41/3
46/7 46/7 48/4 49/7
49/16 50/19 50/25
51/13 52/6 54/12
55/11 56/7 58/2 58/18
59/4 60/8 60/9 60/25
62/2 62/11 62/21
62/25 62/25 63/3 64/5
64/6 64/14 65/1 65/9
65/12 68/5 70/6 70/7
70/15 70/20 72/1 74/5
74/5 74/15 80/20
83/10 85/21 85/21
93/4 99/16 100/10
104/10 106/25 117/3
118/4 119/15 128/23
131/7 133/17 134/4
134/16 135/8 143/23
144/24 146/7
**myself [3]** 54/3 54/3
131/20

**N**

**N-E-T [2]** 119/23
119/25
**name [13]** 10/10
12/4 12/13 32/22
38/16 49/11 50/11
63/1 72/1 72/22 80/20
94/2 125/7
**named [2]** 55/5
69/25
**Napoli [5]** 9/12
19/12 48/4 48/23
67/12
**narrative [1]** 10/9
**National [5]** 14/20
14/21 14/24 14/9
75/25
**near [2]** 23/3 23/9
**nearby [1]** 76/17
**necessarily [1]**
29/21
**necessary [3]** 21/11
141/7 148/24
**need [23]** 10/18 11/2
20/4 20/19 28/4 34/15
37/19 50/24 50/24
54/12 65/24 70/15
70/19 81/13 106/4
108/10 112/15 116/4
116/4 117/11 137/2

139/2 139/25
**needed [22]** 13/21
16/5 16/23 26/5 26/5
26/18 27/6 27/7 33/19
33/20 34/19 35/6
43/18 44/20 45/16
49/5 54/2 61/7 103/22
103/23 104/13 147/9
**needs [2]** 26/14
122/22
**neighbor [2]** 61/6
61/6
**neighbor's [1]** 26/12
**neighborhood [6]**
25/13 25/14 82/21
85/15 87/21 119/25
**neither [2]** 77/9
141/10
**NET [3]** 82/20 119/23
120/6
**never [27]** 43/17
56/7 56/16 58/12 60/8
64/25 65/23 67/14
69/14 96/16 96/24
98/12 107/11 108/12
108/21 108/23 110/19
110/25 111/7 112/4
113/12 126/5 126/7
126/8 130/16 148/13
148/20
**new [7]** 51/17 52/1
69/17 75/13 79/1
102/12 147/14
**newly [1]** 128/3
**news [2]** 11/15
149/8
**next [37]** 9/3 23/2
23/4 26/12 33/18
43/16 43/25 49/10
64/7 64/12 69/9 99/1
99/17 99/18 99/18
100/4 100/6 100/8
106/1 113/8 114/4
114/7 114/7 114/13
114/13 114/13 114/14
114/22 115/1 115/6
115/19 116/3 122/16
129/13 136/8 137/20
149/16
**Nicaragua [2]** 15/20
16/4
**Nicaraguan [1]** 16/5
**Nicholas [1]** 67/9
**night [8]** 22/25
27/22 81/3 83/24 84/5
84/6 125/17 125/19
**Nighttime [1]** 84/17
**Niworowski [2]** 1/12
4/14
**no [126]** 1/2 8/1 8/4
10/24 20/25 22/24
23/1 23/14 27/7 27/23

29/2 34/12 34/15 37/2
37/19 41/3 41/17
45/12 45/22 46/13
47/11 47/12 50/20
51/2 53/1 53/4 57/23
57/24 58/5 58/13
58/19 58/25 59/7 63/6
64/2 64/19 70/11
71/25 72/8 74/17
74/19 74/21 76/14
78/13 78/21 80/2 81/5
81/21 81/25 82/12
82/18 84/9 85/25
87/16 90/6 90/7 92/10
93/2 93/10 93/11
93/11 93/13 94/11
94/12 94/20 95/3 95/6
95/6 96/1 96/7 96/14
97/21 100/5 100/5
102/21 104/21 105/24
108/9 108/23 109/8
113/6 113/14 115/11
115/11 116/11 117/21
119/11 121/16 121/23
122/15 123/4 125/23
126/6 126/8 126/16
128/7 128/9 130/8
130/22 132/22 133/10
133/12 133/14 133/24
134/1 134/9 135/1
135/13 135/15 135/17
137/13 140/3 140/6
142/18 142/25 142/25
143/7 144/17 144/20
144/22 145/6 145/23
146/7 148/8 148/14
148/23
**nobody [1]** 44/21
**non [1]** 86/12
**non-answer [1]**
86/12
**none [10]** 9/19 9/19
16/7 58/7 58/9 59/16
63/5 104/13 133/7
133/8
**nonpolitical [1]** 49/1
**nonsense [1]** 59/7
**nor [3]** 141/10
141/11 141/11
**Noriega [1]** 108/13
**normal [2]** 121/7
138/4
**north [1]** 77/7
**not [168]**
**note [2]** 34/14
134/17
**noted [3]** 25/16
55/24 98/15
**notes [8]** 9/5 10/6
63/9 63/12 64/1 68/11
125/21 133/17
**nothing [6]** 35/14

**N**

nothing... [5] 43/18
49/2 93/12 96/4 117/7
notice [16] 63/4
63/7 95/2 105/6
110/24 111/19 112/20
113/2 114/5 114/12
114/16 115/2 120/16
120/19 121/25 122/25
noticed [2] 123/16
123/21
notices [2] 111/3
111/9
notification [1]
93/13 118/2
notifying [1] 115/13
November [3] 68/5
68/11 83/21
November 2018 [1]
68/11
now [27] 7/11 9/7
38/24 49/17 57/25
68/18 75/5 89/6 91/24
92/1 95/17 98/1 98/23
99/1 105/6 105/19
109/13 113/12 125/24
127/11 127/16 128/5
137/3 137/8 139/10
141/23 146/15
nuclear [6] 13/15
13/16 13/17 13/18
13/19 13/20
number [18] 4/10
6/6 18/13 26/19 42/2
43/20 43/21 53/12
53/12 57/15 57/16
71/15 80/8 131/16
136/18 144/8 144/9
146/3
numerous [2] 13/22
67/18
NW [1] 1/13

**O**

oath [2] 69/15 146/9
object [12] 5/8
39/19 46/6 67/24
95/24 96/23 97/9
98/11 100/9 112/3
113/17 117/6
objected [5] 46/8
65/21 68/17 105/2
109/2
objecting [2] 5/9 9/1
objection [72] 10/3
20/23 20/24 20/25
21/12 24/4 25/2 25/3
25/15 25/16 29/6 29/7
30/4 31/1 31/6 31/16
31/20 32/24 32/25
33/9 33/13 36/24 37/2
39/11 40/3 41/12

41/13 42/9 42/22 43/4
43/20 43/22 44/6 44/7
44/16 44/22 45/4
45/23 45/24 47/20
53/10 53/11 54/5
54/17 55/21 55/24
57/13 57/14 57/17
60/18 65/16 65/21
68/15 68/15 68/16
72/8 85/25 96/1
100/13 104/18 104/21
104/24 105/11 108/20
110/16 117/15 118/10
128/13 135/3 135/15
137/13 145/19
objections [10] 5/1
5/4 5/8 5/12 5/13
10/14 11/1 11/3 39/21
145/23
objectives [1] 138/6
obligation [2]
121/18 138/19
obliged [1] 59/22
observations [3]
28/2 81/10 131/23
observe [1] 30/1
observed [2] 89/13
89/17
obtain [2] 112/16
112/17
obtaining [1] 138/4
obviously [4] 5/14
23/10 86/2 93/16
occasions [7] 27/21
67/18 81/2 89/8
131/17 132/14 145/10
occurred [2] 36/22
145/21
Ocho [13] 22/8
25/11 25/12 67/4 76/3
76/16 77/15 77/24
78/22 78/23 79/1
84/19 89/7
off [9] 33/21 33/25
35/8 48/13 55/10
69/16 70/6 70/7 134/2
offer [2] 54/14 65/18
office [29] 5/19 5/21
5/24 6/5 20/19 21/20
21/24 30/16 45/11
58/2 68/5 82/20 91/16
91/19 91/21 91/22
95/14 104/5 119/14
119/15 120/2 126/8
126/10 128/12 143/23
144/24 144/25 146/8
146/24
officer [16] 13/10
13/15 13/16 14/10
17/24 18/21 28/20
28/25 29/20 37/19
56/8 68/10 70/20

116/25 116/25 121/24
offices [5] 92/1 92/2
119/23 120/4 120/6
official [9] 52/15
61/11 72/24 123/15
123/21 130/23 131/16
146/18 150/20
officially [1] 28/14
officials [3] 67/12
73/11 119/5
oh [7] 8/15 10/8
17/21 46/4 80/2
144/11 145/13
okay [138] 11/4
12/15 12/18 13/5 13/8
13/24 14/7 14/12
15/19 16/12 16/23
17/7 17/12 17/14
17/21 17/23 18/12
19/11 19/17 19/20
19/22 20/9 21/5 21/20
21/23 22/1 22/17 23/2
23/17 24/1 25/11
25/22 27/1 27/6 28/18
28/22 29/3 29/15
29/16 32/6 33/7 34/11
34/16 35/4 38/13
38/15 39/2 40/15 41/2
41/6 42/6 43/24 44/13
45/19 47/1 47/2 47/3
47/12 47/13 48/3
48/18 48/22 51/1 51/3
52/25 54/9 56/22 57/6
57/8 57/25 59/2 60/1
62/13 63/6 63/12
64/11 65/18 66/1
66/11 66/17 66/22
70/25 72/12 74/9
76/23 78/2 78/9 78/23
79/4 80/1 82/13 82/19
82/22 83/11 83/17
84/8 84/25 85/16
85/23 86/11 86/18
87/5 87/24 88/6 88/22
89/11 95/17 96/10
96/11 96/20 97/14
97/22 98/23 99/1
99/17 104/22 105/16
109/11 112/1 116/8
120/16 127/3 128/25
130/12 135/18 137/15
138/15 141/2 142/22
143/13 144/1 144/8
144/21 144/25 145/24
145/25 147/5 147/12
old [3] 17/15 102/12
104/7
on [204]
once [12] 27/22
27/22 55/9 58/14 59/3
69/2 70/5 81/3 111/22
145/17 146/12 146/19

one [83] 8/2 9/13
16/4 16/4 23/9 26/19
28/10 29/13 36/4 37/9
37/11 38/14 38/19
38/21 39/23 40/25
41/17 41/24 43/20
45/17 47/10 47/19
51/20 53/12 56/5
56/21 57/15 61/20
63/19 64/2 64/23
64/24 64/24 66/17
74/3 75/16 78/3 83/24
83/24 86/9 88/1 89/11
89/12 90/24 97/5 99/1
99/18 99/18 100/4
101/10 101/23 102/24
103/10 110/6 110/22
111/1 111/6 114/7
114/7 114/13 114/14
115/5 115/6 115/23
117/5 117/22 122/20
122/24 123/3 125/16
129/18 131/17 135/9
137/18 141/23 142/10
143/23 145/11 145/12
145/13 145/15 146/7
146/15
ones [5] 9/6 47/19
105/5 134/20 134/20
online [1] 102/6
only [15] 6/10 7/2
13/19 16/3 18/22 44/9
46/23 59/2 64/20
75/24 109/15 122/13
129/10 131/19 132/15
open [4] 47/15 119/6
137/6 150/2
opening [2] 5/23
103/4
operational [2]
52/14 111/3
operations [2] 19/10
52/11
opinion [5] 9/15
50/16 70/23 142/8
142/15
opportunities [3]
120/13 120/14 120/23
opportunity [12]
10/18 10/25 25/21
36/19 54/2 68/24 96/2
96/3 120/15 124/12
125/5 126/25
opposed [1] 21/17
opposing [1] 104/21
options [1] 32/2
or [112] 5/10 6/6
8/20 9/7 9/17 18/17
20/20 21/16 21/16
22/13 22/23 23/23
26/9 26/13 27/24 28/3
28/3 32/1 32/4 34/8

34/8 35/10 35/20
35/21 36/18 37/19
44/19 45/11 45/20
46/5 46/23 46/24
47/11 47/11 52/16
56/4 56/14 57/20 60/1
65/8 66/15 70/15
73/15 74/14 74/23
78/7 78/13 81/6 81/10
81/11 81/14 85/19
86/7 87/8 93/8 94/8
94/13 95/25 96/17
97/17 98/7 99/10
99/24 101/19 102/21
103/19 107/2 109/12
109/12 110/17 110/24
111/20 112/12 112/13
112/14 112/14 112/16
112/22 113/18 113/23
114/12 114/23 115/3
115/12 115/13 115/14
118/5 121/2 121/4
121/19 124/13 126/12
129/20 131/17 132/22
134/17 135/11 135/14
140/3 141/13 143/3
143/9 144/6 145/17
146/23 146/25 146/25
147/4 148/18 149/7
149/8 150/8
order [12] 4/4 27/24
34/8 44/4 44/5 81/6
116/12 118/22 119/12
120/25 141/16 141/17
orders [7] 44/3
44/14 44/15 45/7 45/8
45/14 141/12
Ordinance [1] 52/7
ordinances [6] 52/9
73/16 112/18 122/9
122/12 140/22
ordinary [1] 148/23
Orlofsky [1] 10/10
Orta [3] 34/25 35/5
35/12
Ortiz [3] 65/20 135/8
135/9
Ortiz-Petit [1] 65/20
other [36] 7/4 9/10
9/13 12/13 16/4 17/20
22/14 29/5 46/11
51/17 55/7 56/5 56/5
56/19 58/22 58/23
61/5 67/10 67/17 70/2
71/15 77/20 88/2 89/8
89/25 91/7 104/25
105/10 121/25 125/2
130/1 132/11 136/18
137/5 143/25 146/8
others [4] 69/10
77/21 122/6 130/4
otherwise [3] 27/24

**O**

**otherwise... [2]** 81/6
112/14

**ought [2]** 50/5 69/7

**our [25]** 5/1 13/18
14/5 14/11 19/3 19/3
19/13 19/14 19/15
22/12 31/10 42/2
48/11 48/13 48/25
61/10 67/11 67/13
68/11 69/17 88/1 88/2
110/22 110/23 138/9

**ourselves [1]** 147/20

**out [27]** 18/17 22/25
23/17 23/21 24/10
24/20 24/23 26/14
38/7 38/20 38/23
44/18 45/16 46/21
51/14 67/5 83/12
84/17 101/9 103/8
104/10 108/11 112/21
120/4 120/12 121/14
134/23

**outbursts [1]** 43/10

**outline [2]** 63/16
130/17

**outside [8]** 32/3
53/13 55/22 60/16
93/5 99/2 99/5 99/13

**outskirts [1]** 79/7

**over [14]** 5/1 12/17
13/13 17/6 19/23 23/3
27/19 60/2 66/19 69/5
80/25 84/1 113/12
116/5

**Overall [2]** 137/23
138/2

**overhead [3]** 38/19
39/5 39/7

**overrule [1]** 100/12

**overruled [20]** 10/3
21/13 25/7 25/9 30/6
31/7 31/17 31/22
33/14 41/20 42/13
43/7 44/17 47/20
53/14 54/18 60/20
60/23 112/6 118/11

**oversaw [1]** 19/7

**oversee [1]** 19/17

**overstepping [2]**
28/3 81/11

**own [12]** 17/13
17/17 32/5 41/4 46/19
60/8 77/10 80/18 94/8
133/23 134/11 134/14

**owned [8]** 55/6 67/5
70/1 94/19 94/21
94/25 95/3 121/17

**owner [8]** 38/9
38/11 51/21 51/24
52/5 115/13 121/4

122/3

**owner's [1]** 52/9

**owners [5]** 58/19
103/15 118/7 120/13
120/21

**ownership [1]**
138/11

**owns [4]** 94/24 95/6
107/23 113/6

**oyster [2]** 23/19
24/6

**P**

**P-R-O-C-E-E-D-I-N-
G-S [1]** 4/2

**p.m [1]** 150/13

**pack [1]** 15/25

**page [4]** 113/8 114/4
137/20 137/25

**pages [2]** 66/13
66/16

**paid [1]** 35/8

**Pan [1]** 91/17

**paragraph [1]**
141/20

**Pardon [1]** 60/4

**parked [1]** 65/9

**parking [2]** 22/25
23/3

**part [25]** 40/3 61/10
62/18 62/24 64/3
72/24 76/25 85/9
85/10 85/12 86/6
88/12 91/5 102/8
113/9 113/25 114/5
114/16 121/7 121/15
122/8 123/5 125/12
130/23 138/25

**participate [1]** 32/6

**particular [11]** 6/9
35/11 35/12 38/9 39/1
51/21 51/24 56/4
87/10 97/7 111/1

**particularly [4]**
21/16 24/22 75/3 92/4

**parties [1]** 97/9

**partners [1]** 69/12

**parts [2]** 27/18
80/24

**party [1]** 105/3

**pasa [3]** 33/24 69/5
69/7

**pass [2]** 13/22 13/24

**passed [1]** 51/14

**passing [1]** 89/12

**past [3]** 6/24 18/13
38/6

**path [2]** 49/4 127/21

**Patricia [1]** 4/6

**pay [2]** 99/4 99/7

**payroll [1]** 133/20

**peculiar [1]** 34/7

**pending [2]** 147/6
148/5

**people [41]** 9/15
9/18 9/19 9/20 18/3
19/8 19/11 25/1 25/12
26/18 35/13 35/23
36/9 40/24 50/4 53/2
58/20 62/22 90/16
92/4 93/6 93/14 93/17
93/18 101/7 102/15
104/4 106/9 108/8
112/24 117/25 118/7
118/14 118/25 119/21
120/3 120/11 122/13
126/7 133/21 146/13

**per [1]** 112/18

**perceived [1]** 67/19

**Perfect [2]** 114/1
114/3

**perform [2]** 27/25
81/6

**performance [2]**
62/25 68/2

**performing [1]**
138/4

**period [2]** 14/15
71/21

**periodic [1]** 81/14

**periods [2]** 125/1
125/2

**permit [9]** 93/5
102/5 103/18 103/21
107/19 107/22 108/1
112/16 118/1

**permits [29]** 93/11
93/17 94/22 95/1
99/14 101/6 101/8
101/10 101/24 102/3
102/5 102/8 102/10
102/21 102/24 104/1
104/4 106/2 106/5
106/15 106/15 106/22
112/18 114/19 117/16
118/8 118/21 118/22
120/22

**permitted [4]** 107/4
107/6 115/24 117/2

**person [12]** 60/8
106/11 113/15 115/12
122/24 123/1 123/2
124/23 133/2 144/22
144/23 148/15

**personal [8]** 14/18
44/23 44/24 45/2 45/6
68/11 134/3 138/11

**personally [2]** 16/8
63/14

**personnel [2]** 51/17
114/15

**persons [1]** 115/24

**pertaining [1]**
148/22

**pertains [1]** 51/22

**Pertnoy [2]** 1/16
4/17

**Petit [1]** 65/20

**Petit's [1]** 8/1

**Ph.D [1]** 12/25

**philosophy [5]**
137/23 138/2 139/11
139/23 140/2

**phone [10]** 26/12
33/16 54/22 62/22
144/2 144/4 144/8
144/9 144/18 144/19

**photo [7]** 38/21
38/22 96/24 99/18
107/1 107/11 108/11

**photographed [1]**
95/21

**photography [3]**
38/19 39/5 39/8

**photos [4]** 95/18
98/12 98/20 105/17

**phrase [1]** 35/25

**pick [4]** 26/12 103/8
137/4 149/3

**picture [19]** 86/3
96/6 96/7 97/15 98/24
98/24 99/19 100/8
114/4 114/11 114/11
114/13 114/13 114/15
114/22 114/23 115/1
115/19 116/3

**pictures [5]** 108/22
115/1 115/10 117/9
117/12

**pile [2]** 99/2 99/9

**piled [1]** 99/13

**pin [1]** 15/13

**PINILLA [7]** 1/4 6/14
22/23 58/10 58/12
63/20 147/23

**Pinilla's [2]** 45/21
57/20

**placate [1]** 34/20

**place [8]** 22/13 93/2
94/24 95/6 95/7 95/15
118/3 124/6

**placed [1]** 8/19

**places [1]** 95/21

**plaintiff [6]** 3/2
11/21 55/5 69/25
146/4 149/15

**plaintiff's [6]** 55/18
136/6 137/12 137/15
140/8 140/25

**plaintiffs [13]** 1/5
1/10 4/13 11/22 24/2
125/5 125/6 125/9
142/23 143/5 143/16
145/15 147/22

**plaintiffs' [4]** 11/19
24/20 57/12 121/15

**planned [1]** 69/14

**plans [2]** 52/14
112/17

**plat [1]** 77/7

**plate [2]** 32/21 74/15

**play [3]** 20/1 40/4
40/5

**played [5]** 40/9
40/18 41/23 42/4
42/16

**playing [1]** 31/4

**please [11]** 4/11
11/23 12/11 25/17
48/7 48/8 51/12 70/20
70/22 80/20 81/12

**pocket [2]** 35/25
36/4

**podium [3]** 124/14
124/23 125/7

**point [18]** 7/18 8/6
9/24 22/25 31/14 54/1
54/13 58/17 61/22
64/6 64/7 64/23 65/4
87/3 97/4 119/16
130/17 130/17

**pointed [5]** 23/17
23/21 24/10 24/20
67/5

**pointing [2]** 24/22
84/17

**points [2]** 74/20
136/19

**police [10]** 37/19
46/8 51/10 51/17
52/12 52/13 52/16
93/18 124/9 124/12

**policies [1]** 15/3

**political [2]** 14/19
21/17

**politically [1]** 49/3

**pool [9]** 105/17
105/22 105/23 106/2
107/10 107/21 108/5
108/7 108/9

**populated [1]** 77/19

**Portilla [2]** 129/18
130/3

**portion [1]** 66/20

**portions [6]** 6/22 7/3
7/5 66/14 66/15 66/16

**position [6]** 15/8
16/20 18/15 67/2
75/10 82/11

**possible [1]** 149/15

**post [4]** 85/21 86/4
87/13 88/16

**posted [2]** 85/19
86/13

**potential [1]** 90/24

**poured [1]** 107/18

**power [6]** 52/4
116/6 116/8 116/11

**P**

power... [2]  116/13 116/13

PowerPoint [2]  38/9 38/15

powers [2]  52/4 52/10

practical [1]  28/18

practice [3]  16/17 134/13 134/16

practicing [1]  32/13

precision [2]  146/3 146/7

predated [1]  36/23 81/23 82/3

prejudice [1]  138/12

prejudicial [5]  5/16 5/17 5/19 6/21 9/21

preparation [1]  146/23

prepare [1]  147/13

prepared [5]  51/22 65/20 74/22 130/16 133/25

presence [1]  93/18

present [5]  37/21 65/1 69/10 71/4 71/24

presentation [3]  38/9 38/18 66/9

presenters [1]  125/2

preservation [1]  132/4

president [3]  28/17 79/25 80/1

presidential [3]  15/15 15/16 15/17

press [2]  60/15 60/19

pressing [1]  34/1

presume [1]  88/9

presuming [1]  87/14

pretty [4]  63/13 75/21 81/24 132/6

prevent [1]  121/19

previously [2]  97/5 98/15

prior [3]  73/8 73/16 81/18

private [9]  31/15 59/22 65/9 65/14 76/11 83/10 83/11 84/12 91/25

privately [1]  141/14

privilege [1]  42/12

probably [7]  73/11 77/6 78/16 79/7 84/1 96/12 140/3

problem [6]  89/13 89/16 89/17 90/24 91/7 149/18

problematic [1]

23/22

problems [3]  27/7 140/6 142/19

procedures [1]  52/11

proceed [3]  12/7 71/6 105/12

proceeded [2]  63/16 68/3

proceeding [1]  150/13

proceedings [3]  74/14 130/23 150/17

process [17]  26/20 31/24 31/25 57/1 102/6 112/16 112/21 113/3 120/19 121/20 121/22 125/12 125/12 134/21 137/16 138/2 148/23

produce [3]  134/25 135/11 135/20

produced [3]  27/8 135/21 135/24

professional [6]  21/15 49/1 50/2 61/7 115/12 138/11

professionalism [1]  52/20

professionally [3]  56/24 63/15 94/9

professionals [7]  50/20 93/25 99/12 101/25 102/25 111/18 138/19

program [1]  13/3

prohibits [1]  44/3

project [1]  92/1

Projects [2]  19/13 19/16

promote [4]  138/6 138/22 138/23 140/2

promoting [1]  139/20

proof [1]  134/25

proper [2]  139/2 139/3

properly [1]  112/15

properties [26]  34/19 34/21 45/15 45/21 46/1 48/20 50/17 51/22 52/9 53/8 53/16 53/18 55/2 55/6 55/8 58/16 69/22 70/1 70/2 102/13 103/12 118/17 121/14 121/15 122/21 125/16

property [27]  24/21 38/12 38/13 39/1 89/19 89/25 92/18 92/20 104/14 106/16 106/17 107/18 107/23

108/19 109/4 112/21 113/6 113/8 113/10 113/13 113/15 113/22 118/24 118/25 119/1 119/2 125/17

prosecutor [3]  41/10 41/18 42/7

protect [2]  41/7 138/19

protection [2]  59/5 59/14

provide [5]  16/6 27/4 27/15 60/5 80/21

provided [3]  59/5 60/16 141/7

providing [3]  59/14 63/6 88/4

provision [3]  122/15 141/16 141/21

provisions [1]  50/6

public [28]  6/4 10/9 10/10 14/10 19/14 39/10 64/20 82/6 91/25 92/5 92/6 119/6 124/13 124/17 124/20 124/24 125/14 128/10 128/17 128/18 130/13 130/20 132/3 132/8 132/13 138/9 138/14 139/21

publication [1]  20/25

publicly [5]  123/16 123/21 128/11 128/14 141/13

publish [8]  20/22 37/4 72/7 97/12 104/16 109/11 110/11 137/25

published [6]  65/23 114/10 130/19 131/17 131/18 140/25

pull [4]  72/5 85/23 85/23 95/21

pulled [1]  101/6

pulling [1]  93/17

purely [3]  77/11 77/12 81/5

purpose [5]  27/23 81/4 102/3 120/2 141/6

purposely [1]  148/4

put [21]  16/1 19/13 20/21 26/21 33/17 34/6 35/16 38/8 39/11 39/25 40/16 40/25 49/7 63/12 87/14 87/15 114/19 127/20 131/25 136/5 140/1

puts [1]  43/12

**Q**

quality [4]  87/22 88/13 138/8 138/22

qualms [2]  50/20 58/19

question [23]  5/6 42/25 43/21 43/25 44/11 44/23 45/4 46/23 46/24 47/8 47/10 47/11 54/6 63/2 74/5 74/5 86/11 98/17 109/17 117/16 118/16 136/8 146/1

questions [7]  46/22 70/11 98/16 109/3 109/5 112/4 137/10

quite [4]  56/15 98/21 118/14 140/5

quotation [1]  55/3

quoted [1]  141/5

quotes [1]  55/11

**R**

R.O.T.C [1]  13/3

racism [1]  6/24

racket [1]  59/14

raise [3]  9/6 11/23 70/18

raised [4]  7/16 22/5 42/11 123/24

ran [2]  17/25 18/22

rank [1]  16/10

Raoul [2]  32/11 32/12

Rassie [2]  150/19 150/19

rate [4]  19/3 50/20 68/8 68/9

ratified [2]  27/17 80/23

ratify [3]  127/9 127/10 127/10

rating [1]  68/7

ratings [1]  19/3

reach [2]  7/15 44/18

reaction [2]  45/7 106/2

read [22]  7/8 20/14 27/13 48/6 50/1 51/11 54/20 66/1 66/13 66/25 70/19 72/12 73/15 80/16 80/17 80/19 80/20 87/19 93/15 112/11 137/25 141/6

readily [1]  107/5

ready [1]  4/21

real [1]  128/17

reality [1]  28/16

realized [1]  65/4

really [12]  26/13 32/20 38/6 43/12

45/17 49/9 77/1 96/16 101/11 104/2 134/8 144/24

realtime [1]  124/20

rearranging [1]  149/18

rearview [1]  60/9

reason [4]  21/10 22/22 23/24 77/2

reasons [6]  21/17 36/4 86/9 101/10 102/24 141/23

rebuttal [4]  63/17 64/7 130/17 130/20

recall [73]  22/8 22/10 22/13 23/1 23/7 23/11 23/12 23/19 24/12 26/22 26/23 32/9 32/18 32/22 33/5 34/16 35/4 35/19 37/7 37/11 37/25 38/2 38/8 38/14 38/18 38/20 40/7 40/20 41/9 41/22 42/6 42/18 45/13 55/15 55/17 55/20 56/2 56/3 57/9 57/10 57/22 58/23 60/12 61/15 61/20 63/12 63/22 64/19 90/9 93/4 98/9 98/12 98/20 104/2 104/3 105/24 125/19 125/20 143/23 143/24 144/11 144/24 145/11 146/3 146/8 147/16 148/1 148/1 148/3 148/12 148/14 148/21 148/25

receive [2]  34/7 120/6

received [6]  33/16 37/9 45/15 51/7 54/22 69/19

receiving [2]  33/5 37/7

recent [1]  68/9

recess [4]  70/21 71/2 149/5 150/3

recognize [3]  58/11 109/12 137/17

recollection [3]  7/8 7/19 8/21

recollections [1]  15/20

record [19]  4/11 12/4 34/6 39/10 50/10 54/4 55/24 112/11 124/13 124/16 124/17 124/24 125/14 130/20 132/8 132/13 133/24 134/10 134/15

recorded [3]  7/7 7/18 124/18

**R**

**records [8]** 7/23 10/9 10/10 34/11 132/3 132/3 133/24 148/23
**RECROSS [1]** 3/3
**redacted [2]** 7/4 51/5
**redaction [1]** 7/7
**redactions [1]** 7/10
**redirect [2]** 3/3 145/24
**reelected [1]** 128/4
**reelection [1]** 83/6
**reference [4]** 9/14 88/12 112/12 141/24
**references [2]** 6/23 6/24
**referencing [2]** 38/2 49/24
**referring [4]** 21/6 24/8 58/21 105/16
**refers [1]** 28/8
**refresh [3]** 8/20 36/19 54/12
**refuse [1]** 99/2
**regard [4]** 35/10 42/11 98/23 98/24
**regarding [10]** 15/20 27/15 34/20 34/21 51/13 54/24 55/5 69/25 80/21 125/2
**regards [5]** 33/21 35/7 35/9 36/10 147/3
**regime [1]** 67/9
**register [1]** 119/20
**Registry [1]** 75/25
**regular [2]** 111/4 134/13
**regularly [6]** 43/10 43/11 86/13 87/4 91/9 146/16
**regulations [3]** 26/5 111/19 122/9
**rehabilitation [2]** 102/12 103/11
**reiterated [1]** 69/7
**related [4]** 15/13 22/23 81/14 138/4
**relates [1]** 7/18
**relation [1]** 29/3
**relations [1]** 12/25
**relationship [10]** 22/1 28/19 29/12 58/6 81/19 81/25 142/18 142/20 142/21 143/14
**relatively [1]** 15/25
**relevance [4]** 6/23 30/5 42/23 117/10
**relevant [1]** 6/9

**religious [1]** 78/19
**rely [1]** 119/4
**remain [1]** 11/23
**remained [1]** 13/14
**remaining [1]** 7/17
**remarks [1]** 24/25
**remember [8]** 24/22 24/24 70/15 74/6 94/2 133/16 145/17 146/7
**remind [3]** 39/2 54/2 75/5
**reminded [1]** 39/4
**renal [2]** 62/4 62/15
**repair [13]** 110/24 111/19 112/16 112/22 113/18 113/23 114/5 114/12 114/16 114/23 115/14 120/16 120/17
**repairs [1]** 102/1
**repeated [2]** 67/10 67/11
**rephrase [3]** 42/24 44/10 45/4
**replay [1]** 40/12
**Reporter [1]** 150/20
**reporting [1]** 91/9
**represent [2]** 27/1 32/3
**representation [1]** 32/2
**representative [1]** 79/14 146/24 146/25 147/4
**representatives [1]** 146/25
**represents [3]** 27/2 27/19 80/25
**request [10]** 10/9 10/10 25/4 25/8 34/8 51/13 52/2 52/15 74/22 148/11
**requesting [2]** 37/12 51/16
**require [2]** 107/22 108/2
**required [4]** 56/3 93/25 99/8 112/18
**requirements [2]** 108/1 112/25
**requires [5]** 107/15 107/19 118/21 119/13 129/8
**researched [1]** 96/16
**residence [3]** 60/25 61/12 61/13
**resident [2]** 58/22 83/18
**residential [4]** 77/11 77/12 77/16 79/10
**residents [3]** 88/5 92/24 138/22

**resign [3]** 61/22 62/1 65/3
**resignation [6]** 64/3 64/5 65/19 66/8 129/14 131/3
**resigned [6]** 43/18 66/12 121/11 130/7 130/10 131/2
**resolute [1]** 94/4
**resolution [5]** 7/15 51/14 51/16 51/21 52/6
**resolutions [1]** 140/22
**resolve [4]** 4/25 10/18 10/19 11/1
**resolved [2]** 10/15 11/4
**resolving [1]** 11/3
**respect [7]** 5/24 7/17 8/21 9/7 9/10 9/18 45/20
**respond [1]** 63/10
**responded [2]** 50/14 53/18
**responding [2]** 9/25 41/19
**response [5]** 10/2 42/15 48/16 50/8 52/18
**responsibilities [4]** 17/23 18/20 19/6 126/21
**responsibility [3]** 26/2 28/4 81/11
**responsible [5]** 15/3 19/7 19/24 29/22 76/13
**responsive [1]** 19/9
**rest [2]** 48/18 141/20
**restaurant [4]** 55/18 56/4 56/14 57/7
**restaurants [1]** 79/8
**restriction [1]** 21/11
**restricts [2]** 20/16 21/7
**result [1]** 57/6
**retain [1]** 21/15
**retains [1]** 21/14
**retired [3]** 16/10 16/15 16/16
**review [3]** 10/6 65/24 103/20
**reviewed [1]** 122/2
**Reyes [3]** 130/2 130/3 130/3
**Rice [1]** 15/7
**right [114]** 4/23 9/3 10/3 11/13 11/18 11/24 21/2 21/18 22/22 29/9 37/3 38/8 40/4 41/16 41/20

44/10 45/18 46/13 47/12 47/14 48/1 49/3 51/5 51/9 54/7 54/16 54/18 59/4 60/16 62/16 62/21 65/17 68/12 68/21 70/9 71/4 73/4 75/10 77/10 78/10 78/25 80/1 80/3 82/6 82/24 83/17 84/11 84/12 89/15 91/17 91/24 92/1 94/5 95/4 96/2 96/18 100/12 101/1 101/12 101/15 102/18 102/22 103/5 103/12 103/15 103/18 105/4 105/12 107/1 109/6 109/13 110/14 110/24 111/24 111/25 112/8 112/22 113/13 116/19 117/23 118/9 119/2 120/7 120/18 121/5 122/8 122/10 122/11 122/22 123/6 123/10 123/22 124/4 125/7 126/24 126/25 128/15 129/1 130/12 131/15 132/17 135/2 135/9 135/24 138/17 138/25 140/9 140/14 141/14 141/21 142/8 145/2 147/18 149/2
**ring [10]** 92/16 93/1 93/2 94/1 94/10 94/16 94/22 95/1 95/5 97/19
**rise [3]** 11/10 71/3 150/4
**risk [1]** 46/20
**Riverside [1]** 30/14
**RMR [1]** 150/19
**RMR-CRR [1]** 150/19
**roads [8]** 76/24 76/25 77/2 77/3 77/9 77/10 78/12 78/16
**RODNEY [2]** 1/8 150/20
**role [11]** 15/1 17/5 17/23 19/20 20/1 29/18 31/4 72/20 73/22 76/3 88/12
**roles [2]** 9/21 18/12
**roof [4]** 114/24 115/3 116/6 116/6
**room [7]** 38/20 38/22 38/23 99/22 99/23 145/5 150/21
**Roughly [1]** 71/21
**route [1]** 26/20
**routine [1]** 148/23
**routinely [1]** 148/9
**ruin [1]** 50/24
**ruled [1]** 47/17

**rules [9]** 26/4 47/6 47/7 111/19 113/4 121/8 122/9 122/10 125/1
**run [7]** 5/2 13/20 17/18 50/24 62/11 83/6 90/4
**rundown [1]** 122/21
**running [2]** 14/18 38/15
**Russian [1]** 16/3

**S**

**S.E [1]** 1/19
**s: [1]** 150/19
**safe [2]** 18/1 88/3
**safeguard [1]** 138/7
**safekeeping [1]** 13/22
**safety [16]** 45/16 45/18 45/20 48/9 55/2 69/23 88/4 103/11 108/2 108/4 108/6 108/10 118/21 138/7 138/23 139/21
**said [32]** 11/18 23/18 23/19 24/11 24/25 33/12 34/16 39/6 40/8 48/17 48/19 50/1 61/2 61/4 62/9 68/17 83/24 90/5 95/7 104/11 108/11 126/17 127/11 128/14 128/22 129/16 134/19 144/1 146/9 149/4 149/8 150/6
**Salvador [1]** 14/8
**same [18]** 30/12 38/7 42/3 43/5 64/13 67/11 81/24 85/7 91/7 104/24 108/20 115/1 117/9 117/20 126/12 131/13 134/21 145/5
**Sandra [1]** 56/8
**Sarnoff [2]** 1/21 4/18
**sat [1]** 34/5
**saw [8]** 41/6 86/23 106/1 107/2 117/4 143/23 145/4 145/5
**say [42]** 8/25 18/2 26/12 27/6 27/12 35/17 36/6 36/8 40/22 45/12 47/3 47/8 48/5 49/8 49/11 50/9 50/22 59/12 59/13 61/19 63/14 75/11 78/13 81/23 84/4 87/16 87/19 95/13 95/25 97/19 104/21 105/10 106/18 122/10 122/23 125/7 127/1 130/12

**S**

say... **[4]** 136/18
136/21 144/3 147/19
**saying [13]** 9/25
12/15 33/23 46/12
50/14 62/23 68/18
104/8 109/13 113/16
114/23 138/17 148/4
**says [17]** 44/9 44/9
48/8 50/3 87/16 97/7
97/10 110/25 113/18
113/23 122/15 122/25
124/17 138/1 141/3
141/14 141/16
**scaffolding [1]** 98/3
**scheduled [2]** 64/12
146/16
**scheduling [2]**
149/13 150/11
**Schofield [1]** 13/12
**school [1]** 12/22
**schools [1]** 78/23
**scope [8]** 9/20 31/16
53/13 54/5 100/10
117/7 118/4 136/15
**scotch [2]** 116/21
117/1
**SCOTT [3]** 2/2 2/2
4/19
**screen [6]** 39/12
72/5 72/12 96/4 96/5
106/25
**scroll [1]** 51/6
**scrutiny [1]** 116/2
**scurrilous [2]** 63/17
63/19
**seal [3]** 72/22 131/16
137/17
**season [1]** 62/18
**seat [2]** 25/17 25/19
**seated [4]** 4/6 11/12
12/3 71/5
**second [4]** 23/12
68/8 129/20 144/25
**seconded [1]** 64/24
**secondly [1]** 56/12
**secret [1]** 83/17
**secretary [1]** 14/16
**section [14]** 20/22
21/1 21/4 21/6 72/22
76/25 112/10 112/11
140/8 141/2 141/5
141/6 141/7 141/19
**sections [2]** 130/19
140/11
**secure [1]** 112/15
**security [10]** 14/10
14/20 14/21 14/25
15/9 15/10 16/19
70/20 88/4 132/9
**see [47]** 9/7 29/12

38/4 45/19 48/8 48/9
52/19 58/2 66/19 78/3
86/2 92/6 92/11 94/13
97/14 98/1 98/10 99/1
99/13 99/25 100/7
100/17 103/25 104/19
105/17 105/23 106/7
109/12 109/20 112/1
112/8 112/10 113/10
114/24 115/6 115/16
115/19 116/5 116/21
137/21 139/7 141/1
141/2 143/20 143/21
146/14 150/6
**seeing [1]** 107/21
**seek [1]** 121/4
**seeking [2]** 45/13
74/10
**seem [2]** 9/17 9/21
**seemed [1]** 121/3
**seems [1]** 10/11
**seen [21]** 8/2 78/22
95/20 96/18 96/19
96/24 98/18 98/25
99/19 107/11 107/14
108/12 108/21 108/23
110/17 110/19 110/25
111/7 111/8 111/9
112/4
**sees [1]** 109/3
**selection [1]** 70/16
**selective [2]** 52/8
59/5
**selectively [1]** 51/25
**self [15]** 34/14 54/14
125/21 131/13 131/18
132/14 133/7 133/16
133/22 133/25 134/9
135/12 142/10 142/13
142/21
**Senate [2]** 16/24
17/1
**send [6]** 27/3 27/7
53/2 61/4 61/9 64/1
**sending [1]** 60/11
**senior [2]** 14/17 67/3
**sense [1]** 76/25
**sent [1]** 68/5
**sentiments [1]** 10/1
**series [1]** 68/3
**serious [2]** 36/17
120/25
**serve [5]** 15/16
15/17 86/24 133/20
138/3
**served [4]** 14/9
71/18 87/1 126/8
**serves [1]** 80/21
**service [7]** 18/16
82/6 87/24 105/20
105/22 141/9 145/1
**services [4]** 16/22

59/5 129/5 129/11
**servicing [1]** 88/1
**SESSION [1]** 4/1
**sessions [1]** 92/5
**set [3]** 94/1 94/22
95/1
**settlement [1]**
147/10
**settlements [3]**
147/16 147/18 148/5
**settling [1]** 147/20
**several [3]** 27/19
80/25 138/6
**severe [1]** 13/25
**shaken [1]** 69/4
**shall [4]** 138/3 141/3
141/9 141/11
**she [48]** 15/9 28/13
28/14 28/16 28/20
29/13 29/14 29/20
29/20 30/21 30/23
30/23 30/24 31/4 31/4
31/11 33/7 33/18
33/23 33/23 53/8
53/15 53/17 54/25
55/4 55/9 56/8 56/10
56/12 61/2 62/3 62/14
62/16 62/19 62/19
68/13 68/25 69/4
69/21 69/21 69/24
70/5 79/20 79/21
79/22 79/22 147/4
148/17
**she had [5]** 53/15
62/14 79/20 79/21
79/22
**she's [4]** 28/14 28/14
28/17 62/15
**shoot [2]** 15/22 16/1
**shop [1]** 84/21
**shops [2]** 79/8 84/21
**short [4]** 14/15
46/14 71/2 125/1
**shortly [11]** 12/21
13/4 13/13 27/16 67/1
73/19 80/22 126/12
140/4 143/8 143/10
**should [11]** 7/4
10/15 11/4 26/19
48/13 50/23 50/23
81/12 93/18 115/23
123/1
**shoulder [1]** 15/24
**shouldn't [3]** 5/9
11/3 26/9
**show [30]** 5/19 8/5
36/23 37/12 37/20
39/24 41/21 42/14
46/4 47/16 47/23
48/18 49/10 49/18
51/6 65/5 65/25 95/17
96/5 97/11 104/21

105/13 109/13 109/14
109/18 118/5 132/15
133/11 135/1 135/12
**showed [3]** 64/21
82/23 93/4
**showing [6]** 5/24
97/14 98/12 108/21
108/22 109/14
**shown [7]** 8/5 39/20
39/22 72/2 93/12
103/4 123/18
**shows [2]** 6/12
106/7
**shut [6]** 36/5 45/18
50/19 57/8 57/21
94/10
**shutdown [1]** 57/24
**shutting [1]** 57/11
**SHUTTS [2]** 1/20
4/18
**side [1]** 107/10
**sidebar [3]** 25/4
46/15 149/12
**sign [1]** 98/25
**signature [1]** 72/21
**signed [3]** 27/9
110/1 123/3
**significant [2]** 8/2
15/19
**signing [1]** 26/23
**silence [1]** 67/25
**simple [1]** 106/6
**since [5]** 68/2 70/6
121/13 131/2 142/7
**single [2]** 78/4
106/25
**sir [27]** 4/22 10/21
12/7 16/25 29/2 34/3
36/7 37/24 43/8 68/24
71/7 71/14 71/17
71/20 71/25 72/4
72/13 72/16 72/23
73/1 73/7 73/10 77/22
110/18 130/15 130/18
137/19
**sit [1]** 123/24
**site [6]** 51/18 98/1
98/3 105/23 117/23
117/25
**sites [3]** 117/9
117/16 117/19
**sitting [2]** 43/16
123/15
**situation [2]** 33/21
57/23
**six [1]** 6/6
**slack [1]** 61/11
**slash [1]** 87/24
**Slow [1]** 84/6
**slurring [1]** 104/12
**small [3]** 24/14
77/15 78/20

**SMITH [3]** 1/8 4/10
150/20
**smooth [1]** 69/5
**smoother [1]** 104/20
**so [147]** 5/1 6/5 6/12
7/15 7/15 8/2 8/6
10/7 10/17 11/2 13/8
16/4 16/8 17/10 23/23
26/17 27/8 33/17
33/24 34/4 38/1 38/4
38/5 38/5 38/22 39/11
40/5 44/20 46/20 47/5
48/19 49/21 51/5
52/17 53/18 55/10
56/14 56/16 57/8
57/23 58/12 61/11
61/18 64/7 64/16
64/19 64/25 65/8
65/11 66/1 67/21
69/16 70/5 70/7 72/14
73/20 73/25 74/16
75/11 76/15 76/17
76/18 77/10 78/2 79/5
79/12 80/16 81/10
81/17 82/19 83/8
83/11 83/23 84/3
84/16 84/25 85/18
87/13 88/6 88/8 88/17
90/18 92/7 92/8 93/23
94/5 95/9 95/15 95/21
97/1 97/14 97/25 99/1
99/17 101/16 102/24
104/11 104/14 104/22
105/16 105/19 106/18
106/21 107/1 107/11
108/5 109/9 110/10
110/15 112/1 112/10
114/10 116/1 118/9
120/3 121/3 124/17
125/6 126/14 126/19
126/24 127/1 127/19
128/1 128/25 130/16
130/16 132/2 132/6
133/19 134/2 134/3
134/7 136/5 136/13
136/19 141/1 143/5
144/1 144/12 144/15
145/8 146/3 146/9
147/12 147/22 149/17
**social [5]** 85/22
86/16 87/15 88/6
149/8
**software [4]** 106/9
106/10 106/12 106/13
**sold [3]** 16/7 56/5
79/1
**solely [1]** 141/9
**some [42]** 5/2 5/14
5/15 5/15 5/17 6/22
6/23 7/17 8/2 18/24
19/8 19/11 35/5 35/13
39/21 43/6 49/7 49/8

**S**

**some... [24]** 49/8 54/1 65/24 77/11 78/20 78/20 78/23 82/6 85/14 90/18 95/17 98/4 100/2 100/17 100/17 106/21 109/3 110/12 115/2 116/2 123/18 125/1 127/12 132/8
**somebody [13]** 26/11 26/13 32/4 32/16 36/18 45/10 60/21 61/9 107/2 110/1 119/12 139/14 148/2
**somebody's [1]** 26/15
**somehow [1]** 135/1
**someone [1]** 45/11
**something [26]** 21/17 33/19 33/20 34/1 34/19 34/20 35/7 35/19 35/21 38/7 43/13 45/12 50/21 50/22 55/10 56/14 70/5 70/7 94/1 95/4 96/9 100/2 100/20 106/24 124/10 145/17
**sometime [2]** 85/3 143/13
**Sometimes [1]** 30/17
**somewhere [2]** 45/12 82/7
**soon [1]** 126/14
**sorry [14]** 5/6 10/8 10/22 16/18 19/14 30/7 62/11 80/2 128/2 131/24 137/8 144/3 144/11 146/1
**sort [5]** 73/12 73/21 91/21 116/2 140/23
**sorts [1]** 108/8
**south [8]** 2/3 12/20 14/12 14/13 14/24 15/21 54/1 77/8
**SOUTHERN [2]** 1/1 14/15
**Spanish [3]** 17/9 33/23 69/5
**sparring [1]** 123/21
**speak [7]** 64/17 64/22 66/10 124/13 124/24 124/24 150/10
**speaker [1]** 40/17
**speakerphone [1]** 33/17
**speakers [1]** 64/20
**speaking [3]** 33/7 77/20 145/23

**special [3]** 14/17 32/17 93/21
**specialist [4]** 103/3 103/20 113/22 114/6
**specialists [3]** 102/15 103/14 120/3
**specialty [1]** 104/4
**specific [3]** 8/6 24/7 39/21
**specifically [5]** 38/14 57/22 65/24 99/9 132/6
**spectacular [1]** 38/7
**speculate [4]** 43/5 107/12 107/16 109/17
**speculating [1]** 109/13
**speculation [10]** 31/6 33/1 42/22 43/9 44/22 107/15 109/17 118/10 135/3 135/16
**speech [4]** 64/4 64/5 65/19 66/8
**speeches [1]** 123/25
**spelling [2]** 12/4 50/11
**spend [3]** 14/12 14/20 83/23
**spending [1]** 30/15
**spent [5]** 14/15 14/16 14/21 62/18 62/24
**spirit [1]** 138/13
**spliced [3]** 116/21 116/21 117/1
**spoke [5]** 128/4 143/19 144/22 144/23 145/1
**spring [1]** 70/10
**sprucing [1]** 85/16
**stacked [1]** 100/5
**staff [50]** 14/16 14/18 15/15 15/16 15/17 18/22 20/17 20/20 21/8 22/15 28/19 33/18 34/5 42/21 47/6 48/11 48/13 48/25 50/7 50/16 50/19 50/25 67/3 73/13 74/20 75/16 80/6 80/9 89/25 90/12 91/9 93/4 93/24 93/24 94/2 94/9 101/24 107/3 119/19 122/2 131/7 131/8 133/18 133/19 134/2 134/7 134/21 135/7 135/8 148/18
**staffer [1]** 114/23
**staffers [2]** 94/14 141/17
**staffs [1]** 91/14

**stages [1]** 106/15
**stand [2]** 125/6 142/17
**standard [1]** 5/8
**standing [2]** 11/23 33/18
**standpoint [1]** 8/3
**staring [1]** 147/10
**start [8]** 11/19 12/15 42/20 62/22 72/1 102/6 103/21 112/16
**started [6]** 17/13 18/17 18/17 75/5 80/8 81/25
**starting [1]** 22/12
**starts [3]** 103/18 109/20 121/21
**state [14]** 4/11 5/18 5/21 5/24 6/6 6/7 6/8 6/11 6/12 8/6 46/19 69/13 101/18 132/4
**stated [7]** 55/4 67/6 68/13 68/25 69/3 69/12 69/24
**statement [2]** 5/23 69/4
**statements [2]** 9/16 41/1
**states [4]** 1/1 1/9 17/10 101/5
**stationary [1]** 72/18
**status [2]** 21/15 68/12
**statutory [1]** 132/11
**stealing [1]** 117/1
**stems [1]** 67/17
**step [1]** 26/19
**Steve [6]** 19/15 22/15 80/4 80/5 80/6 149/24
**stick [2]** 38/6 94/13
**sticking [1]** 38/20
**still [7]** 28/20 62/19 76/22 77/18 94/23 131/2 136/18
**stop [12]** 40/11 40/11 40/12 99/18 100/4 100/8 114/14 114/14 115/11 120/25 121/1 137/4
**stopping [1]** 95/9
**storefront [1]** 93/20
**straightened [1]** 120/4
**strategic [1]** 14/4
**street [19]** 1/16 1/19 22/12 22/16 22/18 23/15 23/16 28/23 28/25 59/14 76/4 84/19 88/8 88/9 96/11 96/18 97/1 105/19 112/2

**streets [5]** 77/2 77/3 77/4 77/8 84/11
**strike [4]** 25/6 55/16 76/10 132/20
**strip [2]** 77/15 77/15
**strive [1]** 138/5
**stroke [1]** 33/24
**structures [16]** 110/6 110/22 111/2 112/13 112/17 112/20 112/25 113/15 113/22 114/6 115/12 115/23 116/24 116/25 118/6 119/4
**Structures/Code [1]** 119/4
**studied [1]** 73/21
**studies [2]** 12/21 12/23
**stuff [3]** 35/9 36/17 136/17
**Suarez [5]** 1/12 4/14 18/9 73/21 126/1
**Sub [1]** 141/1
**subject [9]** 8/13 15/4 58/21 74/25 74/25 112/21 114/12 148/23 149/1
**subjected [1]** 37/20
**submit [1]** 112/17
**subordinate [2]** 124/6 140/23
**subordinates [7]** 111/14 111/16 123/3 134/14 139/17 141/12 148/16
**subpoenaed [4]** 59/25 60/7 69/2 135/23
**subsequent [1]** 65/5
**succeeded [1]** 57/11
**successful [1]** 19/4
**successor [1]** 108/15
**such [6]** 9/11 9/22 21/10 22/8 32/6 52/6
**sue [2]** 148/2 148/2
**suggest [1]** 67/21
**suing [1]** 147/17
**Suite [5]** 1/13 1/16 1/19 1/21 2/3
**summary [1]** 49/2
**Sunshine [1]** 7/21
**superb [1]** 50/2
**supervising [1]** 19/8
**supervision [1]** 19/23
**supply [1]** 116/6
**supposed [5]** 7/21 16/12 118/2 120/8 120/10
**Supreme [1]** 32/14
**sure [46]** 7/16 10/6

10/18 13/21 16/7 17/25 18/22 21/14 26/3 32/10 37/5 39/17 46/16 47/6 49/3 49/20 56/24 57/2 62/7 66/21 72/10 87/7 93/4 94/9 101/17 101/25 103/1 104/20 105/7 113/3 118/23 119/5 126/12 126/19 126/20 134/9 135/4 136/12 136/19 136/24 142/12 148/8 148/21 149/19 149/25 150/12
**surety [1]** 13/15 13/16
**surface [3]** 15/24 16/3 16/6
**surprise [1]** 145/8
**surprised [1]** 103/7
**surrounded [1]** 77/16
**sustain [2]** 45/3 57/17
**sustained [14]** 29/9 31/2 33/3 33/10 42/24 43/22 43/22 44/10 46/2 54/7 65/17 113/19 128/15 135/5 141/22
**SW [6]** 84/19 96/11 96/18 97/19 105/19 112/1
**swimming [1]** 108/8
**sworn [4]** 12/1 75/9 75/12 126/10
**system [3]** 39/4 104/10 120/7

**T**

**T.V [1]** 124/21
**tabbed [2]** 66/16 66/18
**tabs [2]** 65/12 66/15
**tactics [1]** 43/3
**tag [2]** 88/7 88/8
**take [21]** 10/18 10/25 13/8 20/6 20/10 21/4 26/14 26/15 34/3 46/18 46/20 55/14 70/15 76/6 84/25 85/23 89/6 99/17 116/3 118/2 138/11
**taken [6]** 35/24 54/24 69/21 77/23 96/25 114/15
**takes [1]** 79/12
**taking [3]** 84/16 95/9 134/2
**talented [2]** 26/2 61/1
**talk [14]** 22/7 22/17 28/10 29/15 46/19

**T**

**talk... [9]** 108/10
124/16 128/2 144/2
144/4 144/5 144/15
148/15 149/16
**talked [3]** 45/25
56/15 137/9
**talking [5]** 40/2
60/18 81/17 135/9
145/3
**tall [1]** 24/13
**tally [2]** 147/16
147/19
**tantamount [1]** 46/9
**tape [3]** 40/11 40/12
117/1
**taped [1]** 116/21
**Taquerias [2]** 55/18
57/8
**targeted [3]** 55/5
58/17 69/25
**targeting [13]** 6/13
9/14 9/19 9/23 46/9
48/12 48/24 52/1
53/19 55/9 60/11 70/4
117/8
**targets [3]** 39/6 50/6
51/24
**tasked [4]** 55/1 56/7
69/21 120/12
**team [1]** 19/9
**Teams [1]** 119/25
**tear [1]** 122/25
**telephone [1]** 145/1
**television [2]** 59/13
128/20
**tell [27]** 12/18 13/5
14/2 22/10 33/12
34/22 37/22 38/15
43/10 46/20 49/8
50/14 53/8 58/15
60/14 61/25 69/10
79/22 82/19 96/9 99/9
103/6 134/2 134/7
134/14 136/15 147/13
**telling [8]** 29/13
50/21 76/20 86/7
103/19 113/24 113/25
134/4
**tells [1]** 122/12
**temporarily [1]**
35/16
**tended [2]** 30/3 30/9
**tendered [1]** 129/14
**tends [1]** 26/11
**tenure [3]** 82/2
125/9 139/10
**term [4]** 9/24 9/24
33/23 83/6
**terminate [6]** 63/24
68/2 129/5 129/10

129/23 130/9
**terminated [2]** 63/2
65/2
**termination [5]**
128/12 128/24 128/25
130/4 130/14
**terms [4]** 11/14
28/18 28/18 29/12
**terrified [1]** 45/10
**test [1]** 8/4
**testified [2]** 110/17
145/20
**testify [4]** 8/10 9/17
17/1 59/24
**testimony [5]** 9/14
9/22 145/20 147/12
147/22
**text [1]** 62/22
**than [10]** 11/2 56/5
77/4 78/16 90/8 93/19
104/25 105/10 119/13
121/25
**thank [22]** 4/8 6/19
11/8 11/9 11/12 11/18
12/3 25/19 30/9 48/17
50/9 50/14 52/19
66/23 68/25 70/13
70/25 71/8 86/11 89/6
100/14 141/23
**Thanksgiving [3]**
62/2 62/11 62/18
**that [672]**
**that's [70]** 8/12 9/10
11/2 36/4 36/16 41/20
46/24 47/21 48/4 59/4
59/7 66/17 70/10 72/2
72/24 74/24 75/7 76/3
83/21 84/3 85/17
87/17 88/8 88/9 91/2
91/5 96/6 97/10 97/17
97/19 104/4 104/11
106/6 107/25 109/7
110/4 110/25 111/14
113/9 113/25 114/5
116/10 116/21 117/5
118/4 120/16 120/24
123/5 123/8 123/21
125/12 126/23 127/10
131/8 132/18 133/4
136/2 136/3 136/17
137/5 138/17 139/5
139/6 139/17 141/14
141/16 145/2 148/2
149/20 149/22
**Theater [2]** 97/24
98/1
**their [32]** 9/21 11/20
16/6 16/9 16/17 21/15
29/12 41/4 41/5 43/14
43/14 93/6 93/9 94/5
94/8 99/12 99/16
99/17 101/8 103/17

116/11 117/3 118/5
118/15 124/10 124/24
125/7 138/4 138/12
138/25 139/17 148/9
**them [32]** 5/2 5/18
6/5 8/8 10/1 10/5
16/7 16/16 19/18
19/25 22/10 24/11
41/5 41/22 43/13
45/11 48/18 50/18
50/19 58/20 58/21
60/7 78/22 95/4
102/17 121/19 131/25
133/8 133/18 135/21
135/24 148/2
**themselves [2]**
138/10 138/13
**then [40]** 12/24 13/1
13/17 14/7 14/8 14/16
15/19 16/17 18/17
22/15 24/13 40/6
49/10 56/5 57/2 63/2
63/15 63/16 67/24
76/12 79/8 83/12
84/25 85/14 88/3
88/16 91/21 91/24
91/25 94/17 96/1
107/15 127/7 127/20
134/23 140/22 141/19
143/23 144/25 145/3
**there [105]** 5/3 5/4
6/21 6/23 6/23 7/2
9/13 13/24 14/10 15/1
15/6 16/3 16/20 17/16
20/24 22/20 23/19
23/24 24/13 24/18
28/24 31/14 34/14
35/13 35/13 35/16
35/23 37/2 38/1 38/21
38/22 38/24 41/6
43/16 44/4 51/9 53/17
56/19 57/23 59/15
60/22 61/9 61/22
64/19 64/20 65/9
65/23 66/19 76/22
78/25 78/25 79/14
80/8 83/8 84/1 84/5
87/14 87/15 87/19
90/12 90/16 91/19
92/13 92/16 93/6 93/6
94/3 94/11 94/21 95/5
95/6 98/6 99/14 101/1
101/5 102/3 102/8
102/15 103/15 106/21
108/8 108/8 108/8
108/9 109/6 115/5
115/22 116/5 116/7
118/14 118/19 120/13
122/2 122/12 127/1
127/2 129/16 136/19
140/3 140/3 140/22
143/1 143/3 145/11

145/13
**there's [45]** 5/14
5/15 5/15 8/2 8/4
8/22 10/24 20/23
36/24 37/19 39/11
45/18 46/12 47/9 50/3
66/17 90/8 90/8 93/17
96/4 96/7 99/2 99/23
100/5 104/21 105/6
106/9 106/13 108/4
110/12 115/5 115/10
115/11 115/16 115/22
116/7 120/25 122/15
124/9 132/8 134/9
135/15 139/2 148/10
148/11
**thereafter [3]** 12/22
126/13 140/4
**Therefore [1]** 38/23
**thereof [2]** 141/9
141/11
**Thereupon [4]** 11/11
71/1 150/5 150/13
**these [50]** 7/18 7/24
7/24 8/3 9/15 9/24
10/14 23/24 27/23
31/5 34/19 34/21
34/21 38/6 41/21 43/3
43/9 50/17 53/2 53/2
53/16 63/17 64/1 64/9
67/6 67/14 67/15 68/7
81/4 85/18 95/20
98/20 105/17 115/10
117/12 122/10 122/21
131/20 131/23 132/1
132/14 133/7 133/9
134/8 134/12 135/12
135/21 138/19 147/13
147/21
**they [97]** 5/9 8/16
8/20 9/1 16/9 20/3
20/18 20/19 21/16
26/5 26/5 30/3 30/9
35/8 35/19 35/20
35/20 35/20 35/24
38/23 38/23 40/12
43/11 43/11 44/20
44/20 44/20 45/10
45/12 46/9 50/20
50/22 53/18 58/18
58/19 61/13 64/3
64/15 69/14 76/5 77/3
82/20 91/8 91/8 91/18
93/5 93/7 93/8 93/15
93/24 94/8 94/9 94/13
94/15 95/4 95/5 95/15
99/9 99/12 99/13
101/8 102/23 103/15
105/8 106/4 106/23
111/22 111/22 117/4
118/9 119/6 119/15
120/15 120/21 120/22

120/23 121/20 122/5
122/5 123/1 123/25
125/7 125/10 128/21
128/23 130/9 131/25
132/15 133/11 133/13
135/13 138/10 138/12
139/2 139/20 139/21
143/19
**they're [15]** 5/8 7/14
8/9 11/19 26/16 29/4
41/4 43/12 43/13
43/14 67/7 99/7
111/18 114/20 120/15
**they've [1]** 29/4
**thing [6]** 21/18
27/13 43/5 80/19 85/7
91/7
**things [30]** 22/19
23/16 35/22 39/23
47/5 48/25 57/3 64/9
65/8 67/17 69/5 75/16
84/18 90/14 91/6
91/10 97/25 99/7
99/23 101/23 104/20
108/21 109/14 125/22
134/4 134/15 134/16
146/15 147/5 148/16
**think [45]** 5/22 7/3
7/7 20/23 21/23 25/12
31/4 33/17 35/2 35/15
36/24 37/9 37/14 39/6
39/9 39/11 40/1 40/2
45/16 47/19 48/12
53/21 56/22 61/10
62/9 63/6 70/10 81/16
82/5 90/8 91/25 95/22
101/21 104/12 110/16
115/3 117/5 117/9
118/14 119/22 123/19
129/16 137/1 137/2
137/11
**thinks [1]** 108/11
**third [3]** 64/24 88/4
98/23
**this [204]**
**Thomas [1]** 2/2
**those [40]** 5/2 7/3
7/3 7/5 7/7 8/7 9/16
9/18 9/19 9/20 10/25
11/1 22/23 23/16 24/1
24/5 26/6 30/23 35/21
46/1 46/22 63/12
67/22 87/3 89/7 93/22
99/7 105/5 108/1
111/6 114/19 119/23
120/3 120/7 121/18
125/16 131/13 133/25
134/19 135/1
**thought [16]** 6/13
22/3 23/21 34/6 34/9
36/15 37/15 43/18
54/1 54/4 54/11 55/13

**T**

thought... [4]  56/23
63/8 85/18 134/16
thoughts [1]  63/9
three [12]  10/23
10/25 17/11 20/5 20/5
87/25 114/8 121/14
125/16 129/5 129/10
130/10
through [23]  5/2
8/24 9/4 13/8 19/18
20/18 51/16 52/2
59/23 85/7 89/7 89/8
91/25 105/5 105/9
106/16 113/3 117/11
136/17 139/7 139/14
139/17 141/10
throughout [2]  65/8
85/21
Thursday [2]  10/24
146/21
time [97]  5/10 5/10
8/6 10/16 10/16 11/2
11/3 11/7 14/6 14/12
14/16 14/17 14/20
19/4 19/5 21/23 22/2
22/22 23/2 23/4 23/9
27/8 27/23 28/6 28/16
28/21 30/15 31/14
33/16 35/2 35/3 35/14
56/21 57/8 57/10
57/19 57/25 58/18
59/2 61/21 61/22 63/3
64/13 66/1 68/18 70/9
70/20 71/18 71/24
74/9 77/6 77/18 77/25
79/23 81/5 81/15
81/22 81/24 81/25
82/10 83/3 83/19 84/3
89/10 89/11 98/7 98/7
98/7 105/2 105/25
107/1 109/4 109/6
109/23 113/2 119/22
125/1 125/3 126/17
127/12 131/5 132/15
133/23 134/2 134/11
134/14 136/11 136/14
136/23 136/25 137/2
142/4 142/5 142/22
143/25 144/25 146/13
times [6]  20/14
67/10 89/7 111/22
134/19 146/3
tirade [1]  69/17
title [1]  72/22
titles [1]  80/8
today [5]  5/25 6/1
7/15 16/13 59/24
together [6]  16/1
29/13 30/10 62/11
133/18 140/1

told [11]  10/15
34/19 47/9 53/15
55/10 74/18 94/14
95/5 136/16 143/2
148/20
too [6]  24/4 25/1
43/4 50/25 53/16
84/14
took [11]  21/20 22/7
23/13 38/23 56/9 67/4
94/16 95/5 96/24
127/3 136/15
tool [1]  138/3
top [4]  48/22 112/1
115/2 115/20
total [1]  41/3
totally [2]  74/11
108/23
tour [18]  22/11
23/10 23/12 27/18
67/4 67/11 75/18
77/23 79/12 80/2 80/3
80/24 83/23 83/24
84/16 84/17 85/1 85/5
toured [1]  23/4
tours [10]  22/7 22/8
27/23 28/8 28/11 75/1
81/4 103/23 141/24
142/2
towards [3]  24/19
40/16 67/17
tower [11]  77/24
95/23 96/13 97/22
97/23 97/24 97/24
97/25 105/17 105/22
106/1
toxic [1]  57/2
track [3]  106/22
106/23 106/24
trade [1]  15/5
transcript [4]  8/17
8/22 8/24 39/10
transcription [1]
150/17
transferred [1]
13/13
trashed [1]  64/14
travel [1]  44/19
treat [1]  61/5
treated [2]  58/21
61/5
trench [2]  107/9
108/6
trial [3]  1/8 6/11
69/2
tried [3]  67/18
136/15 139/13
true [4]  28/6 41/2
107/25 131/13
trust [1]  138/14
trusted [1]  19/9
try [5]  72/5 86/13

117/15 118/16 128/5
trying [6]  42/1 63/24
104/23 105/1 115/13
133/16
TUESDAY [1]  4/1
Tulane [1]  12/24
turn [2]  62/23 140/7
tweeted [1]  85/20
twice [4]  55/4 69/24
145/18 146/10
Twitter [1]  86/4
two [31]  12/17 14/21
16/3 17/6 18/24 22/13
27/21 28/8 41/21
43/21 44/8 46/15 47/5
53/12 57/16 68/6
71/21 73/3 74/3 81/2
89/7 99/25 128/10
129/6 130/4 130/10
136/16 139/10 143/21
143/22 145/9
type [7]  37/21 38/6
42/21 43/15 106/14
133/18 134/8
typed [2]  133/22
134/22
types [1]  43/9
typical [3]  78/7
116/8 116/10
typically [1]  118/7
typing [2]  106/6
135/1

**U**

U.S [3]  14/14 15/3
77/1
UFC [1]  92/14
ugly [1]  117/9
ultimately [4]  111/2
118/25 122/2 130/6
unable [1]  4/25
unaccompanied [1]
89/8
uncomfortable [1]
46/10
uncommon [2]
72/17 72/20
under [9]  7/21 13/22
52/6 69/15 99/4 104/1
111/2 133/2 146/9
understand [8]
20/21 70/23 76/7
99/19 107/13 107/19
109/10 119/15
understanding [7]
20/15 21/10 25/25
31/10 35/22 128/23
128/25
understood [4]
27/22 79/16 81/4
142/2
unduly [6]  5/15 5/17

5/19 6/20 9/21 21/16
unethical [1]  134/17
unfolded [1]  60/14
uniformed [1]  14/14
unilaterally [1]
48/13
union [30]  22/14
24/17 24/18 24/19
28/17 28/17 28/21
29/1 79/25 80/1 89/13
89/16 89/17 90/2
90/18 90/24 92/8 92/8
92/12 92/14 92/16
92/20 93/2 93/9 94/18
94/19 94/21 94/24
94/25 95/11
unit [1]  13/19
UNITED [3]  1/1 1/9
17/10
Universally [1]  49/7
University [3]  12/20
12/24 12/24
unlawful [1]  52/3
unless [2]  44/23
95/25
unpermitted [2]
119/1 122/21
unprofessional [1]
134/17
unsafe [17]  110/6
110/22 111/1 112/13
112/20 112/24 113/15
113/22 114/6 115/11
115/23 116/24 116/25
118/6 119/1 119/4
122/22
unsanctioned [1]
52/3
unsanitary [1]
112/13
unseeming [1]
53/17
until [4]  48/13 131/2
135/21 149/5
untoward [1]  134/17
up [54]  13/17 17/16
19/4 20/21 26/12
26/21 32/22 36/18
37/12 37/20 38/8
39/11 39/25 40/25
59/23 60/10 61/25
64/21 65/8 72/5 73/22
74/20 82/23 84/24
85/16 85/23 85/24
91/10 93/4 94/1 94/22
95/1 95/21 99/18
100/5 103/1 103/8
104/8 106/6 106/7
114/19 115/12 117/4
118/5 120/11 132/15
134/8 136/5 136/13
136/22 137/4 142/7

149/3 150/1
upon [1]  22/13
upscale [1]  78/16
us [23]  9/6 12/4
12/18 13/5 13/6 13/8
16/7 22/10 24/10 34/1
38/15 46/15 50/14
60/14 61/25 75/5
76/20 76/25 82/19
87/19 96/9 101/23
125/13
use [8]  8/16 8/20
16/3 26/18 35/25 39/5
105/2 106/9
used [8]  33/23 79/2
85/21 91/24 92/5
119/22 127/13 133/15
using [4]  39/7 43/2
52/9 66/20
usual [1]  35/9
Usually [1]  26/11
usurpation [1]  52/10
utility [1]  116/13

**V**

Vagli [1]  67/13
Valentine's [1]  38/3
value [2]  8/22 76/7
varies [1]  5/13
various [3]  52/11
67/10 101/5
versus [1]  4/10
very [40]  15/22
15/23 17/25 19/4 19/4
24/19 25/13 26/2
26/17 26/19 28/1 29/4
29/14 30/3 30/9 34/4
34/18 36/16 36/17
38/21 46/9 48/24
48/25 53/22 57/1 61/1
61/7 61/7 61/18 62/3
62/3 62/19 62/20 78/7
79/22 81/9 99/24
99/25 111/11 111/12
vice [1]  28/17
Victoria [3]  29/17
54/23 148/20
video [8]  39/25 40/5
40/9 40/18 41/23 42/4
42/16 123/18
videoed [1]  43/11
videos [1]  41/21
view [4]  106/10
106/12 106/13 111/23
viewed [2]  74/10
86/6
violate [1]  52/17
violation [11]  27/25
52/7 81/7 107/8
119/13 121/2 122/4
139/2 139/3 141/19
141/20

V

violations [3] 60/25
119/9 122/13
visibly [1] 69/4
visit [4] 32/11 44/19
87/3 125/17
visiting [1] 89/13
visitor [1] 76/16
volition [2] 60/8
80/18
Volume [1] 112/12
volunteer [1] 74/4
volunteering [1]
86/12
vote [15] 83/15
123/15 126/14 127/2
127/3 128/8 128/11
128/12 130/1 130/4
130/7 130/8 130/9
130/9 147/9
voted [4] 83/18
129/3 129/5 129/10
votes [4] 20/4 129/8
129/18 129/23

W

wait [4] 9/7 9/9
42/10 45/3
waiting [2] 70/9
127/2
wake [1] 65/8
walk [7] 28/23 66/19
84/11 89/6 89/7
103/25 105/22
walked [5] 22/16
77/25 84/10 105/25
106/1
walking [11] 22/18
28/25 33/15 75/1
77/23 77/24 80/2 80/3
83/23 83/24 103/23
wall [3] 99/25
100/17 115/21
walls [1] 100/5
want [33] 4/6 5/2
5/9 9/6 16/14 18/2
24/7 25/11 25/12
26/14 26/15 27/13
34/23 37/15 40/6
46/18 46/20 46/23
47/8 48/6 80/19 97/25
101/17 101/21 107/15
111/23 124/1 125/7
127/12 129/13 131/8
134/14 136/11
wanted [13] 6/5
7/16 17/9 36/17 41/7
49/3 53/9 57/2 60/8
80/10 86/9 87/5 87/7
wants [4] 61/5 65/25
148/2 148/16
war [1] 14/9

was [339]
Washington [1] 14/4
wasn't [14] 23/20
36/9 38/22 38/24
39/18 76/1 80/6 84/5
86/11 127/1 128/1
128/18 131/6 134/5
waste [2] 5/9 105/1
wasting [2] 10/16
11/3
watch [3] 99/4
124/20 149/7
watching [1] 11/15
water [2] 62/15
108/7
way [45] 8/4 15/14
18/1 20/16 21/7 24/4
43/4 44/4 46/13 47/9
49/1 50/2 50/19 50/25
50/25 56/13 73/2 74/1
74/16 74/18 76/10
76/15 77/10 77/23
80/5 84/10 91/16
92/18 93/8 93/24
94/18 94/23 99/11
102/21 104/11 115/2
121/7 121/13 122/8
123/18 132/2 132/15
133/9 139/25 142/11
ways [3] 67/22 87/21
92/5
we [136] 4/22 4/23
4/25 5/2 5/19 6/1 7/6
7/8 7/11 7/13 7/14
7/14 7/15 7/19 8/6
9/7 9/7 11/3 13/23
15/21 15/22 15/23
16/5 16/5 17/25 18/16
18/17 18/18 19/1
20/22 22/3 22/15
24/18 26/9 26/17
26/20 28/8 29/13
30/13 30/14 32/11
33/19 34/18 35/6 37/4
39/5 39/9 39/11 39/19
39/19 39/20 41/6
41/14 42/14 43/18
45/15 45/16 46/14
47/16 48/12 48/13
48/19 48/22 48/24
48/25 49/3 49/4 49/4
50/5 50/10 50/23
50/23 50/24 50/24
56/3 56/7 56/15 56/23
56/24 56/24 57/1 57/1
57/2 57/3 57/4 57/4
57/22 61/7 61/7 61/10
62/18 65/24 67/22
68/6 77/9 81/14 81/15
81/16 84/1 85/23
87/25 87/25 93/2 93/6
93/18 93/21 95/4 96/5

96/23 101/21 105/8
105/11 107/5 109/18
111/23 114/8 119/24
126/22 133/18 134/23
136/15 136/23 140/25
142/18 146/7 146/17
147/3 147/9 147/11
147/18 148/3 148/4
148/5 148/21 149/12
149/17
we'll [4] 11/6 136/12
137/4 150/6
we're [16] 10/7 11/5
11/19 17/16 26/9
49/21 50/17 50/17
51/5 53/19 93/13
98/11 108/24 147/20
147/20 149/4
we've [4] 38/5 42/11
55/21 65/21
weaponize [3] 63/25
67/18 67/23
Wednesday [1]
10/24
week [3] 51/14
149/6 149/21
welcome [1] 67/15
welcomed [2] 43/16
43/17
well [30] 5/3 6/8 8/1
8/4 8/9 8/13 8/25 9/6
10/15 10/17 21/24
29/19 30/4 30/10
30/23 35/12 42/23
56/23 57/10 63/21
64/5 91/14 99/24
106/4 110/12 135/24
142/17 143/1 149/2
149/8
went [18] 16/16
16/18 17/9 19/3 38/25
57/4 59/13 61/13
63/13 67/21 69/2
69/10 69/16 78/2 78/3
89/4 133/21 134/22
were [130] 4/25
5/20 7/25 9/1 12/15
13/1 13/6 13/22 15/22
15/23 16/7 17/3 17/5
17/7 17/21 17/23 18/4
18/20 18/24 19/6
19/11 22/18 22/19
23/17 23/21 23/25
26/4 30/1 30/12 30/13
30/14 31/24 34/18
35/13 35/19 35/20
35/20 35/21 35/23
35/24 36/3 36/10
37/21 38/1 43/11
44/18 45/10 45/12
46/9 48/24 49/24 55/3
56/3 57/3 57/3 57/4

57/20 57/22 58/14
58/16 58/18 58/19
58/25 59/13 60/5
61/11 63/7 64/19
64/20 65/2 65/23
67/15 69/23 73/12
73/20 73/20 76/12
78/25 82/6 82/10
83/18 84/1 84/12
86/22 91/8 91/9 93/6
93/23 93/24 94/4
94/14 95/10 99/9
101/3 101/25 102/3
102/15 103/14 103/23
103/25 106/4 107/1
107/2 108/7 108/8
108/8 113/3 121/10
123/18 125/24 131/2
131/23 133/11 133/13
134/12 134/17 135/12
135/13 138/17 141/1
142/1 142/2 144/19
145/6 145/10 145/16
146/5 147/3 147/18
147/24
weren't [5] 35/22
36/5 45/8 94/14
131/25
west [2] 15/10 77/8
western [2] 15/2
16/1
what [138] 5/6 5/12
6/3 6/10 10/2 10/18
12/13 13/16 14/2 14/7
14/12 15/1 15/8 16/10
16/15 16/20 17/7
17/12 17/16 17/16
17/21 17/23 18/4
18/20 18/24 19/6
19/17 19/20 21/20
22/10 22/17 22/17
23/12 23/17 24/10
24/17 25/25 27/10
27/12 28/18 29/3
29/11 29/11 29/18
31/4 33/12 34/22 36/2
36/8 37/14 37/25
38/18 39/20 40/2
42/20 43/2 44/9 45/6
47/5 48/5 48/10 48/11
48/14 48/16 48/19
50/1 50/8 51/11 52/18
53/21 54/3 55/1 55/20
56/2 56/22 57/6 58/15
59/12 61/2 61/13
61/15 61/19 63/6
63/17 63/22 64/18
66/1 67/1 69/22 70/16
74/10 76/20 76/21
77/14 78/7 80/17 86/6
87/17 87/24 92/11
96/1 98/13 100/25

105/10 106/2 106/7
107/14 107/21 108/11
109/3 109/5 110/17
110/18 110/21 110/25
115/20 117/10 118/4
118/5 126/23 127/10
128/3 131/8 136/21
137/25 138/17 139/2
139/17 140/11 141/14
142/12 142/12 142/14
143/13 143/16 144/5
146/11 148/3
what's [23] 8/15
18/13 21/10 25/3 29/7
32/25 39/21 41/13
44/7 45/24 46/12
53/11 57/14 68/16
73/22 84/18 86/7
93/25 106/16 117/22
123/8 146/1 148/7
whatever [13] 19/25
23/24 26/4 26/16
37/21 80/9 91/8 95/10
98/3 107/8 114/20
124/13 139/7
whatsoever [6] 7/2
50/21 58/6 59/16
70/23 107/24
when [72] 7/11
10/14 11/2 11/5 13/1
15/15 15/21 16/10
16/16 17/21 21/20
22/17 23/7 23/11 30/1
31/4 31/14 32/18
40/24 43/18 49/16
49/16 57/25 59/19
61/13 64/8 68/17
68/23 73/18 73/20
73/25 75/16 75/23
79/17 80/6 80/8 82/1
84/3 89/6 91/8 93/4
94/21 96/9 96/25 99/5
99/12 101/3 101/4
101/8 103/23 107/21
109/7 114/10 118/2
120/21 124/3 124/14
127/17 128/1 132/2
133/13 134/25 135/11
135/13 135/23 138/15
140/3 142/25 144/15
144/23 147/22 148/23
whenever [2] 36/15
54/4
where [25] 5/9 6/6
6/9 9/14 9/19 13/14
14/4 14/9 14/15 18/1
38/8 39/5 45/17 60/16
67/4 76/21 86/24
89/13 92/4 92/24
108/24 133/13 135/4
137/21 145/3
wherever [1] 97/2

**W**

**whether [13]** 9/17
20/15 56/4 56/14
58/18 81/14 99/9
99/14 99/23 109/12
115/24 143/3 143/3
**which [33]** 5/19 7/8
9/11 9/12 10/8 16/23
17/19 18/1 18/8 18/15
24/7 24/10 32/22
33/24 35/5 36/25
39/13 43/10 45/17
47/17 48/8 48/9 50/20
51/25 62/23 66/20
69/5 77/9 86/9 91/22
97/6 143/12 147/7
**while [11]** 15/21
20/14 63/7 67/14
70/21 144/19 144/22
145/9 145/10 145/16
146/5
**white [2]** 14/25
24/13
**who [63]** 15/6 19/11
19/13 19/15 27/1 27/3
27/3 28/10 28/13
28/25 29/16 29/24
32/9 32/12 32/15
34/25 38/11 38/15
41/18 49/13 49/14
51/9 56/17 64/1 65/14
79/13 79/16 79/24
83/6 90/24 93/25
94/19 94/21 94/23
94/25 95/3 96/24
101/7 102/17 103/14
105/9 107/23 110/1
111/18 113/6 118/20
119/9 121/17 122/25
123/2 124/23 127/11
127/13 128/5 128/22
130/1 133/2 134/7
135/7 143/17 143/19
146/4 149/22
**who's [8]** 26/24
29/22 34/5 48/3 112/4
127/16 128/5 134/4
**whoever [4]** 95/6
95/11 120/8 139/3
**whole [4]** 27/13
80/19 93/13 102/8
**whom [5]** 8/9 35/16
59/10 87/10 133/2
**why [27]** 6/2 7/10
8/25 10/2 24/24 25/11
26/7 27/6 28/24 34/13
35/22 36/14 37/11
41/7 48/23 50/14
53/25 54/10 55/12
59/21 59/24 60/3 60/5
64/11 65/2 87/19

**wide [3]** 26/2 50/5
86/21
**wife [2]** 62/2 62/21
**will [13]** 8/13 20/20
22/20 25/21 26/12
32/4 35/24 43/10
105/6 106/14 116/4
116/9 149/16
**WILLIAM [3]** 1/4 4/9
55/6
**Williamson [1]**
19/15
**willing [2]** 56/10
60/5
**wind [1]** 33/17
**windstorm [1]**
112/14
**Wing [1]** 15/11
**wire [7]** 115/5
115/20 115/22 116/5
116/7 116/21 116/22
**wiring [3]** 115/2
115/3 115/8
**wish [1]** 8/16
**wishes [1]** 31/11
**withdrew [1]** 109/16
**within [8]** 6/20 6/22
8/8 9/20 13/19 109/23
118/6 143/17
**without [13]** 44/4
44/14 76/20 94/22
95/1 95/2 104/1 106/2
106/5 118/8 118/22
120/4 120/22
**witness [24]** 4/20
11/20 11/21 12/1
30/15 47/17 49/19
66/2 66/5 69/14 95/25
96/6 96/23 104/17
105/9 105/14 108/21
109/11 109/18 110/17
112/4 149/16 149/25
150/10
**witnessed [1]** 29/11
**witnesses [2]** 3/2
149/18
**woefully [1]** 55/13
**word [5]** 26/11 28/3
61/6 76/6 81/10
**work [28]** 16/16
16/18 17/9 18/18 30/3
30/9 40/24 50/24
74/20 82/4 90/16 98/4
101/4 101/6 101/10
101/18 101/22 102/17
102/25 103/1 103/8
120/25 132/10 132/12
133/2 133/17 138/6
138/12
**worked [5]** 30/2
57/1 73/11 80/11

**127/12**
**Worker's [2]** 22/14
28/17
**workers [1]** 21/15
**working [12]** 22/1
29/12 35/20 73/9
80/13 81/19 94/4
133/19 134/3 134/5
134/5 142/18
**workings [1]** 122/18
**works [7]** 19/14
28/16 29/19 29/20
110/1 134/7 134/8
**world [1]** 128/20
**worried [1]** 47/3
**would [136]** 5/19
6/1 7/2 7/6 7/10 8/18
9/9 9/16 9/21 10/11
12/14 13/23 13/25
15/25 17/18 17/22
18/6 22/11 24/12
24/16 25/11 27/4
27/14 27/25 32/10
34/9 34/22 36/19
38/16 39/5 43/16
44/20 44/20 45/9
45/11 47/16 49/8
52/17 53/18 53/19
54/1 54/11 56/6 56/10
56/23 56/25 57/23
58/17 58/22 61/9
63/17 63/24 64/16
65/5 65/5 65/6 66/9
67/19 67/23 68/14
69/2 69/14 70/6 75/18
78/3 78/7 78/12 80/4
83/22 87/25 88/1 88/2
93/16 93/21 95/4
95/24 97/12 97/19
100/25 101/2 101/4
101/6 101/7 101/7
101/8 101/17 101/21
102/17 103/2 103/7
105/8 105/13 106/2
106/4 106/23 106/24
107/3 107/5 107/8
107/14 107/22 107/24
108/9 109/9 111/21
113/5 113/7 114/19
115/4 115/23 116/1
116/2 116/25 117/1
117/3 120/6 120/7
120/17 125/15 126/18
128/22 132/21 133/16
133/17 133/17 133/18
133/23 134/23 134/23
143/17 146/17 146/18
147/19 147/19 148/15
148/17
**wouldn't [8]** 14/1
58/11 101/6 102/7
107/23 119/15 121/17

**122/18**
**wow [1]** 144/11
**wrapping [1]** 136/13
**write [16]** 34/10
36/11 36/17 52/25
54/10 63/9 64/3 72/18
72/21 74/18 74/25
134/3 134/16 134/23
142/14 142/20
**writing [3]** 26/22
46/8 49/8
**written [4]** 68/11
72/3 135/12 135/13
**wrong [9]** 37/15
46/12 49/2 49/8 49/9
50/19 50/21 50/22
62/9
**wrongdoing [1]** 63/1
**wrote [23]** 28/6
34/23 50/22 51/11
52/19 54/3 63/16
63/21 63/22 63/23
66/1 73/25 80/17
80/17 123/2 131/20
131/21 131/22 141/24
142/7 142/13 142/17
143/8

**Y**

**yeah [15]** 10/8 27/14
34/17 37/9 39/4 47/19
49/15 63/13 66/16
79/5 84/7 115/5
115/22 145/2 145/2
**year [4]** 62/10 71/21
73/3 145/5
**years [12]** 12/17
13/7 14/21 17/6 77/11
18/25 68/6 68/9
127/20 128/10 129/6
139/10
**yellow [1]** 66/14
**yes [256]**
**yesterday [2]** 5/22
7/14
**yet [1]** 10/21
**you [730]**
**you were [27]** 13/1
18/4 22/18 30/1 49/24
58/14 58/25 63/7
73/12 73/20 82/6
83/18 84/12 86/22
91/9 93/23 94/14
107/1 107/2 121/10
125/24 131/2 138/17
141/1 142/1 145/6
146/5
**you'd [1]** 39/25
**you'll [4]** 67/9 96/3
136/22 137/4
**you're [38]** 5/23
10/23 15/16 15/17

**21/6 24/8 39/7 56/14**
64/8 70/21 71/23
72/12 77/10 83/8 86/7
88/8 89/22 100/22
103/3 106/12 107/11
109/8 109/14 110/15
111/1 113/24 116/12
116/24 117/19 118/13
124/6 131/15 135/4
135/9 136/22 142/12
143/1 145/3
**you've [11]** 18/13
57/25 58/12 62/23
90/12 96/18 97/22
111/6 113/12 126/5
126/7
**young [2]** 26/2 61/1
**your [215]**
**yourself [9]** 12/12
36/11 53/23 54/10
54/20 80/6 90/4
131/19 131/22
**yourselves [1]** 149/7

**Z**

**Zerry [1]** 49/10
**zoning [2]** 27/20
81/1