```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                     (FORT LAUDERDALE)
                       CASE NO.  18-CV-24190
 3

 4   WILLIAM FULLER and
     MARTIN PINILLA, II,
 5         Plaintiffs,              Fort Lauderdale, Florida
     vs.                              April 18, 2023
 6

 7   JOE CAROLLO,
           Defendant.
     -------------------------------------------------------
 8                          Trial Day 3
                  BEFORE THE HONORABLE RODNEY SMITH
 9                 UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                        Jeffrey W. Gutchess, Esq.,
                          Courtney Anne Caprio, Esq.,
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:  KRINZMAN, HUSS,
                          LUBETSKY, FELDMAN & HOTTE, by:
16                        Mason A. Pertnoy, Esq.,
                          169 E. Flagler Street, Suite 500
17                        Miami, Florida  33131

18                        KUEHNE DAVIS LAW, by:
                          Benedict P. Kuehne, Esq.
19                        100 S.E. 2nd Street, Suite 3105
                          Miami, Florida  33131
20
                          SHUTTS & BOWEN, by:
21                        Marc D. Sarnoff, Esq.
                          200 S. Biscayne Blvd., Suite 4100
22                        Miami, Florida  33131

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:   COLE, SCOTT & KISSANE, by:
                          Thomas E. Scott, Esq.
 3                        Amber C. Dawson, Esq.
                          9150 South Dadeland Blvd., Suite 1400
 4                        Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PLAINTIFFS' WITNESSES:**

|                  | DIRECT | CROSS | REDIRECT | RECROSS |
|------------------|--------|-------|----------|---------|
| JORGE COLINA     | 6      | 34    | 62       |         |
| ART ACEVEDO      | 75     | 121   | 162      |         |
| RICHARD BLOM     | 175    |       |          |         |

**PLAINTIFFS' EXHIBITS**                **Received**

| Exhibit | Received |
|---------|----------|
| 433     | 17       |
| 121     | 22       |
| 444     | 191      |
| 63      | 197      |
| 108     | 202      |
| 189     | 207      |
| 200     | 209      |

<u>**TUESDAY MORNING SESSION, APRIL 18, 2023**</u>

<u>P-R-O-C-E-E-D-I-N-G-S</u>

- - -

(Call to the Order of the Court.)

THE COURT:  Good morning, everyone.  You may be seated.

THE COURTROOM DEPUTY:  Calling case number 18-CV-24190, William Fuller, et al. versus Carollo, et al.

Counsel, please state your appearances beginning with the plaintiff.

MS. CAPRIO:  Good morning.  Courtney Caprio with Jeff Gutchess and Johanna Niworowski and lastly, Amanda Suarez on behalf of plaintiffs.

THE COURT:  Good morning.

MR. PERTNOY:  Good morning, Your Honor.  Mason Pertnoy and Leah Gardner on behalf of Commissioner Carollo along with Ben Kuehne, Marc Sarnoff and Amber Dawson.

THE COURT:  Good morning, as well.  All right.  I'm sure you have heard, of course, being tomorrow, we're going to be playing musical chairs and moving to another courtroom. I'll let you know, not courthouse, but courtroom.  I'll let you know today as to which courtroom we're going to be reassigned to.

And granted, Fort Lauderdale -- I need some binoculars to see you guys here, so far, but nonetheless, the jurors are

 1   here and we're ready to proceed.

 2           THE COURT SECURITY OFFICER:  All rise for the jury.

 3       (Thereupon, the jury entered the courtroom.)

 4           THE COURT:  Good morning, ladies and gentlemen.  You

 5   can be seated while we wait for your other jurors to come in

 6   from the restroom.  You may be seated, everyone.

 7           Good morning, ladies and gentlemen of the jury.  How

 8   is everyone?

 9           A JUROR:  Good morning.

10           THE COURT:  Also, tomorrow we're going to be moving

11   to another courtroom but not courthouse, so we have to play

12   musical chairs.  This is not my courtroom.  I think the setup

13   may be similar.  I don't know.

14           But, again, I'll let you know by the end of today

15   before we leave which courtroom you're going to be finishing

16   this trial until we hear news about Fort Lauderdale.  As you

17   know, it's been flooded, and unfortunately, we don't have power

18   in the building, part of it as well, so once we get updated,

19   maybe the end of the week, they'll let us know.

20           For the time being, life gives you lemons, make

21   lemonade.  I appreciate you all being patient with us.  We're

22   going to proceed.

23           With that said, plaintiff, you may present your case.

24           MS. CAPRIO:  Thank you, Your Honor.  Good morning.

25   Plaintiffs call Chief Jorge Colina.

```
 1              THE COURTROOM DEPUTY:  Please raise your right hand,
 2    sir.
 3                        (Witness sworn.)
 4              THE WITNESS:  Yes.
 5              THE COURTROOM DEPUTY:  Can you please state your name
 6    and spell it for the record?
 7              THE WITNESS:  Jorge Colina.  J-O-R-G-E, Colina,
 8    C-O-L-I-N-A.
 9              THE COURTROOM DEPUTY:  Thank you, sir.  You may be
10    seated.
11                        -  -  -  -  -
12              DIRECT EXAMINATION OF JORGE COLINA
13    BY MS. CAPRIO:
14    Q.   Good morning, Mr. Colina.  Could you please state your
15    name again for the record?
16    A.   Jorge Colina.
17    Q.   And where do you reside, Mr. Colina?
18    A.   I live in Miami Lakes.
19    Q.   Okay.  And with whom do you reside?
20    A.   I'm sorry?
21    Q.   With whom do you reside?
22    A.   With my wife and my son, Jordan.
23    Q.   And, sir, why are you here testifying today in court?
24    A.   I was subpoenaed.
25    Q.   And what is your current occupation?
```

```
 1   A.   I have a consulting company.

 2   Q.   Okay.  And could you please tell the jury briefly about

 3   your current business and your consulting company?

 4   A.   Sure.  So, when I retired from the City of Miami, I

 5   started a consulting company.  We do executive searches so we

 6   help other municipalities or counties find their executive,

 7   whether it's a police chief or a dean recently seated for

 8   Miami-Dade College.

 9        I do work for the Department of Justice, so I help

10   Charleston and Port Charleston Police Departments build crime

11   fighting capacity, establish good relationships with the

12   community, that kind of thing.

13        I help some vendors navigate government contracting.  We

14   do leadership training for police departments and some

15   businesses.

16   Q.   Excellent.  When did your start your consulting company?

17   A.   When did I start it?

18   Q.   Yes, sir.

19   A.   Just after I retired.  About two years ago.

20   Q.   Okay.  And what was your position when you retired?

21   A.   Chief of Police with the City of Miami Police Department.

22   Q.   Okay.  And how long were you Chief of the Miami Police

23   Department?

24   A.   Just over three years.

25   Q.   Okay.  And how long when you retired had you worked at the
```

1   Miami Police Department?

2   A.   I worked at the Miami Police Department for just over 30

3   years.

4   Q.   And if you could please briefly explain for the jury your

5   employment history with the Miami Police Department.

6   A.   I started as a police officer.  I went to the academy in

7   1989.  Graduated from the academy, became a police officer.  I

8   worked as an investigator, a detective, I worked undercover

9   operations.

10       I was then promoted to sergeant about a decade, maybe a

11   little bit more after I started, and then was promoted to

12   lieutenant, commander, major, assistant chief.  I worked over

13   every division of the police department and then ultimately,

14   Chief of Police.

15   Q.   Excellent.  So you worked your way up the ranks?

16   A.   I did, yes.

17   Q.   And when you were the Chief of Police, who did you report

18   to?

19   A.   The city manager.

20   Q.   And who was the city manager at that time?

21   A.   When I first made Chief of Police, it was Emilio Gonzalez.

22   Q.   And when did you first make Chief of Police?

23   A.   In January of 2018.

24   Q.   And how many officers and employees were in the Miami

25   Police Department when you were the chief?

1    A.    About 1,800 employees.

2    Q.    And what is the importance of chain of command based on

3    your experience in law enforcement?

4    A.    Well, there's a lot of reasons why a chain of command

5    would matter.  Number one, if you have a supervisor, that

6    person's responsible obviously for their subordinates and so

7    for example, a sergeant is responsible from anywhere to four to

8    seven police officers.

9         If an officer has an issue with something, the idea is you

10   go to your first line supervisor, bring that issue to them.  If

11   there isn't a resolution, then you can request to speak to a

12   higher up.  Almost like in any kind of business where there's a

13   hierarchy, you just don't go to the president of the company.

14   You would first go to your immediate supervisor.

15        You don't want a scenario where orders are being

16   commanded, maybe I get instruction from the person responsible

17   for me in this area, and then I go speak to someone else.

18   Maybe they give me a different order, and now there's like

19   well, this person said this, this person said that, what am I

20   supposed to do?  You really don't want to have a situation like

21   that and so it's important that you do follow that chain of

22   command.

23   Q.    Okay.  And are individuals who work within the chain of

24   command in the Miami Police Department free to ignore it?

25   A.    No, no, it's actually a rule.  It's in our policy.

1   Q.   And if you can please describe your role as the Chief of

2   Police briefly for the jury.

3   A.   So, obviously, I was responsible for the safety and the

4   well-being of the residents, visitors, and businesses of the

5   City of Miami through the leadership of the police department,

6   so I'm responsible for the men and women of the agency along

7   with all the civilian personnel.

8        I was responsible for advancing the department through

9   technology, managing the budget.  It's about a

10  265 million-dollar budget so it was a big budget.  Responsible

11  for the operations of the agency, the day-to-day.  Forecasting

12  where you're spending and forecasting where you think there's

13  going to be crime.

14       Of course, it depends on your philosophy.  As the chief,

15  my personal philosophy was that I want the absence of crime.

16  Plan B would be to catch the person that committed the crime

17  but ideally if I can prevent the crime, so if we were going to

18  put a camera somewhere, for example, I would literally say we

19  have a camera here so the idea would be you don't want to break

20  the law.  Plan B would be to be able to catch you if you did,

21  of course.

22  Q.   And did you ever speak publicly as the Chief of Police?

23  A.   Yes.

24  Q.   And what occasions generally would you speak publicly?

25  A.   Gosh, so obviously, if there was a serious crime, I would

1    speak.  If we had anything that happened in the police

2    department that was remotely controversial.  An issue with an

3    officer, obviously I would speak to the media.  If we made a

4    good arrest, right?  Someone who was victimizing residents, I

5    would speak to the media.

6         It just depends.  It could be civil unrest, it could be a

7    natural disaster.  Anything that involved public safety or the

8    well-being of the community in general, I would speak to the

9    media.  I had a philosophy of nothing was off the table.

10        So I never said no to the media when I was the chief.  If

11   somebody wanted to speak, I would always answer their questions

12   whether they were comfortable or not.  But everybody's

13   different.  Obviously, that was just my personal philosophy.

14   Q.   Thank you.  And, Chief, how would you characterize your

15   speaking style when you were the Chief of Police and speaking

16   publicly about police matters?

17   A.   Well, I always thought it was important to be frank and

18   honest.  I never want a scenario where I would embarrass the

19   agency or the citizens of Miami, and obviously my family.  It

20   is a high profile position when you're the chief of a

21   department like Miami.

22        Everyone's heard of Miami across the globe.  And so I

23   always thought it would be best just to say it whatever it was

24   and then that seemed the best policy for me.

25   Q.   Okay.  And would you choose your words carefully when

1   you were speaking publicly about police matters as Chief of

2   Police?

3   A.   Yes, of course.

4   Q.   And would you speak deliberately when you were speaking

5   publicly about police matters as Chief of Police?

6   A.   I certainly would try my best to, yes.

7   Q.   And why was that?

8   A.   Well, words matter, obviously.  And your credibility

9   matters.  In order for you to have expectations of the people

10  that are underneath you, they need to believe in what you're

11  saying.

12       Whether they agree with the directive or the policy or

13  they don't, obviously they should at least understand and

14  respect what you're saying.  Sometimes if it's a policy that's

15  not popular, even if originally or initially they're not

16  pleased with it, when they go home and kind of deliberate,

17  they'll understand the decision-making process.

18       Even if they still don't agree, at least they can

19  understand where it's coming from.  So I think it's important

20  to, you know, say what you're doing and why you're doing it.

21  Q.   Okay.  And Chief Colina, do you know who Commissioner

22  Carollo is?

23  A.   Yes.

24  Q.   Okay.  And who is he?

25  A.   Commissioner Carollo is a sitting commissioner for the

1    City of Miami.

2    Q.   Okay.  And when you were Chief of Police, did you have any

3    occasion to interact with Commissioner Carollo?

4    A.   Yes.

5    Q.   Okay.  And earlier you described chain of command for the

6    jury.  Do you believe that city employees hearing a command

7    from a commissioner, they would feel free to ignore that

8    directive?

9            MR. SARNOFF:  Objection, Your Honor.  Calls for

10   speculation.

11           THE COURT:  All right.  Sustained.

12   **BY MS. CAPRIO:**

13   Q.   Chief Colina, I want to ask you to explain the context and

14   your reasoning for making certain statements that you've made

15   to Commissioner Carollo.

16           MS. CAPRIO:  If we could please play Plaintiffs'

17   Exhibit 123.  It's a video clip that's already been admitted on

18   April 11th and also publish it to the jury, please, Your Honor.

19           THE COURT:  Yes.

20                    (Video played.)

21   **BY MS. CAPRIO:**

22   Q.   Okay.  I'd like to direct you to the statements that you

23   made, Chief.  And, first of all, let me ask you, do you recall

24   making that statement?

25   A.   Yes.

1    Q.    Okay.  And when was the statement made?

2    A.    The date, you mean?

3    Q.    Yes.

4    A.    In February of 2019, I believe.

5    Q.    And where were you when you made that statement?

6    A.    At city hall.

7    Q.    And what was happening at that city hall meeting in 2019

8    in connection with the Miami Police Department?

9    A.    There was -- well, there was a lot that was going on but a

10   little bit more specific to the clip that you showed, there was

11   a group of city employees that had gone to an establishment and

12   they didn't take action at the establishment.

13        I'm not sure that there were actual violations that had

14   occurred there.  Perhaps there was, I don't know.  But I

15   personally felt like the action of the officers were

16   criticized.  I thought it was an unfair categorization because

17   this is in the clarity of hindsight, of course, it's always

18   easy to look back and I didn't want -- I didn't want there to

19   be an idea that the officers should act differently.  If they

20   made a decision based on the information that they had, that

21   should be accepted.

22        Of course, we can always look at those decisions and

23   decide whether they could have done a better job or not, but I

24   just felt like it was being very critical of the actions of the

25   officers.

```
 1   Q.   Okay.  And what was your basis for stating that
 2   Commissioner Carollo had bullied other people?
 3   A.   Well, sometimes the tone, perhaps in the body language or
 4   the facial expression, you know, it's a sitting commissioner so
 5   it's a person of authority obviously.  Ideally, you want to
 6   please the people that you ultimately all are responsible to,
 7   right?
 8        Besides the commissioner, it's also a resident of the City
 9   of Miami.  Like the other commissioners, you have to live in
10   the city to sit on this commission.  And so, you know, I just
11   didn't want anyone to think that that's okay.
12   Q.   And did you see Commissioner Carollo bullying other people
13   the day that you made that statement?
14             MR. SARNOFF:  Object to the form, Your Honor.
15             THE COURT:  Overruled.  You can answer.
16             THE WITNESS:  It seemed that the tone certainly
17   was -- the demeanor appeared a bit aggressive to me.
18   BY MS. CAPRIO:
19   Q.   Okay.  And did you feel that this bullying was a form of
20   intimidation?
21             MR. SARNOFF:  Objection, Your Honor.
22             THE COURT:  What's the objection?
23             MR. SARNOFF:  The objection is that, number one, it's
24   leading.  Number two, she's putting words in his mouth and she
25   is forecasting a speculative homonym that he's been bringing up
```

1   and she doesn't have any foundational basis to do so.

2           THE COURT:  The objection is sustained.

3   **BY MS. CAPRIO:**

4   Q.   I'll rephrase.  What was the basis of your statement in

5   connection with telling Mr. Carollo that you were not

6   intimidated here?

7   A.   Well, I want the commissioner to understand that

8   regardless of the tone or the body language or the facial

9   expression, that it would ultimately not alter my

10  decision-making or what I would be doing at the police

11  department.

12  Q.   And, sir, do you know who Mr. Martin Pinilla is?

13  A.   Martin Pinilla?

14  Q.   Yes, sir.

15  A.   I don't believe so.

16  Q.   Okay.  And do you know who Mr. Bill Fuller is?

17  A.   I've heard the name, yes.

18  Q.   Have you ever met Mr. Fuller?

19  A.   I don't think so.  It's possible.  It just -- I'm not sure

20  what Mr. Fuller looks like.

21  Q.   Okay.  And approximately, when was the first time you

22  heard about Mr. Bill Fuller, if you recall?

23  A.   I don't recall.

24          MS. CAPRIO:  And we would like to offer Plaintiffs'

25  Exhibit 433.  It's an excerpt of you, Chief Colina.  And I

```
1   believe there's no objection to the exhibit?

2             MR. SARNOFF:  That's fine.

3             MS. CAPRIO:  Thank you.  May we please publish this

4   clip for the jury?

5             THE COURT:  Yes.  There's no objection?

6             MR. SARNOFF:  No, Your Honor.

7             THE COURT:  You may publish.

8             MS. CAPRIO:  Thank you.

9                  (Plaintiffs' Exhibit 433 Received.)

10                      (Video played.)

11  BY MS. CAPRIO:

12  Q.   Chief, do you recall making that statement at the

13  February 14th, 2019 commission meeting?

14  A.   I do, yes.

15  Q.   Okay.  And what did you mean by protecting anyone?

16  A.   Well, I didn't want anyone to think, right, that there's

17  been innuendo or even statements, I can't tell you specifically

18  what they were, but certainly in some of the language that was

19  used, that somehow the police department or that I would be

20  behaving in a way to either pander or protect someone.

21        And, of course, if you're doing that, then that would be

22  corruption, and I've worked really hard my entire career to

23  make sure that we didn't have that.

24        It's when you have a big agency, obviously, it's difficult

25  to be able to, you know, please everyone and so you really
```

1   align a list of people to help you that do because there's so

2   many people.  It's easy when you have your own group of five,

3   six, seven officers.

4        When I was a police sergeant, I was with them all the

5   time.  It's much easier to pull people aside and say I think

6   you were a little aggressive there.  You can't behave like

7   that.  Remember, you're a public servant.  Your duty is to --

8   when you have that many employees, it becomes hard, or

9   messaging, branding I guess is the best way of putting it.

10   You're responsible for the brand of the police department.

11        You don't want anyone thinking that you're not doing

12   what's proper.  I worked in Internal Affairs for quite some

13   time at different parts of my career, and, you know, we did

14   proactive investigations.

15        Even as a chief, we did proactive investigations where we

16   indicted our own police officers.  Not another agency that we

17   involved, or that came to us and said you guys are doing wrong,

18   but we did that.  Indicted officers, went to trial, found

19   guilty, fired police officers who didn't do the right thing.

20   So that's a painful thing to do because, you know, you're

21   altering people's lives.

22        Well, I don't want to live like that and still have people

23   think that we're not going to do or at least the leadership

24   isn't going to do what's proper.

25   Q.   And why did you mention the name of Bill Fuller to

 1   Commissioner Carollo if you didn't know who he was?

 2   A.   I wanted to reassure the commissioner that it doesn't

 3   matter to me who the people are.  And I don't mean that in an

 4   insensitive way.  I just mean that I understand what my charge

 5   is, what my responsibility is.  And even if it's uncomfortable,

 6   I'm going to have to ultimately do what's best.  So I just

 7   wanted to reassure him that it truly did not matter who the

 8   person was.

 9        If they're not doing something right, we're going to hold

10   them accountable and if they're doing the right thing, like I

11   said there, I'll certainly acknowledge them and thank them for

12   their good deeds.

13   Q.   And while you were the Chief of Police, did the city

14   manager, Mr. Emilio Gonzalez, ever give you an instruction to

15   protect Mr. Fuller?

16   A.   No.

17            MS. CAPRIO:  Okay.  We have another excerpt to play.

18   February 14, 2019 commission meeting.  I believe there's no

19   objection, counsel?

20            MR. SARNOFF:  What number is this?

21            MS. CAPRIO:  It's 433.  It's another clip, not the

22   entire --

23            MR. SARNOFF:  Okay.  No objection, Your Honor.

24            THE COURT:  All right.  Thank you.

25            MS. CAPRIO:  Will you please publish the next video?

```
 1                      (Video played.)

 2          You wanted them to take a specific action, they

 3  thought independently of what was best at the time with the

 4  information that they had and you were not pleased with their

 5  action and now you want to act like we're in a some type of

 6  Carollo court and we're a defendant here.

 7          One at a time.

 8          If we could please, I'd like to finish my response.

 9  That's not how we operate here.  If you're not happy with the

10  action of a police officer, you have every right to report that

11  to me and I will investigate it fully.  Other than that, you're

12  not pleased with this reaction that day but I can tell you that

13  the task force went back and took the appropriate action.

14  BY MS. CAPRIO:

15  Q.  Chief Colina, did you ever have any basis to believe that

16  Commissioner Carollo wanted the Miami Police Department to take

17  a specific action?

18          MR. SARNOFF:  Objection, Your Honor.

19          THE COURT:  What's the objection?

20          MR. SARNOFF:  Objection is speculation and calling

21  for a conclusion.

22          THE COURT:  Overruled.

23          THE WITNESS:  It seemed like that day, he certainly

24  was not pleased with the action or lack of action that was

25  taken by the group of employees who showed up at the
```

1    establishment that night.  Certainly, that's the way that it

2    appeared to me.

3    **BY MS. CAPRIO:**

4    Q.   And do you recall who owned that establishment?

5    A.   I'm making an assumption that it was Mr. Fuller but I

6    don't know.

7    Q.   And what was -- when you made the statement, your

8    understanding of the specific action that Commissioner Carollo

9    wanted your Miami Police Department to take?

10          MR. SARNOFF:  Objection, Your Honor.  Calls for

11   speculation.

12          THE COURT:  Overruled.

13          THE WITNESS:  It seemed to me that so when they

14   arrived there originally, they were welcomed in and then at

15   some point, they were told that they had to leave by the

16   management; that this was upsetting to the commissioner because

17   he felt that certainly they were within their purview and

18   authority to be there and to take whatever action should have

19   been taken at the time for whatever violations, if any,

20   existed.  They didn't take action and they left, and that

21   seemed to upset him.  That's the way that it seemed to me.

22   **BY MS. CAPRIO:**

23   Q.   And what did you mean by a Carollo court?

24          MR. SARNOFF:  Objection, Your Honor.  I'm going to

25   object just to 403 on that Carollo court.

 1            THE COURT:  I'm sustaining the objection.

 2            MS. CAPRIO:  And now we'll move to Plaintiffs'

 3   Exhibit 121.  This is an excerpt of the proceeding that was

 4   held before the Miami City Commission on February 14, 2019.  I

 5   believe there's no objection?

 6            MR. SARNOFF:  No objection, Your Honor.

 7            MS. CAPRIO:  And if we can publish it to the jury and

 8   to the witness, please.

 9                 (Plaintiffs' Exhibit 121 Received.)

10                    (Video excerpts played.)

11   **BY MS. CAPRIO:**

12   Q.   Chief Colina, if you could just briefly review the

13   excerpts of the clips we just reviewed and watched.  And let me

14   know if that reflects your statements that we just saw in the

15   videos.

16   A.   Yes, ma'am.

17            MS. CAPRIO:  Move to admit.

18            MR. SARNOFF:  No objection, Your Honor.

19            THE COURT:  All right.

20            MS. CAPRIO:  Okay.  And now if we could, we have

21   Plaintiffs' Exhibit 150.  This was admitted April 11th.

22            MR. SARNOFF:  Your Honor, we continue to maintain our

23   objection for a number of different reasons.  I don't know if

24   you want to do a sidebar, but it's unduly prejudicial.  It

25   provides a foundation for no opinion testimony, and it's been

```
 1    forwarded to an organization that we suggested should not be

 2    published.

 3              MS. CAPRIO:  Well, Your Honor --

 4              MR. SARNOFF:  You've already ruled partially on this.

 5              MS. CAPRIO:  Your Honor, this exhibit was already

 6    admitted.  It's already admitted into evidence with redactions.

 7              MR. SARNOFF:  I'm just trying to maintain our

 8    objections.

 9              THE COURT:  It's been already admitted.  The

10    objection is overruled.

11              MS. CAPRIO:  Will you please publish it 209 to the

12    jury?

13              THE COURT:  Sure.

14              MS. CAPRIO:  Thank you, Your Honor.

15    BY MS. CAPRIO:

16    Q.   Chief Colina, do you recognize this email?  I think if we

17    can go to the earlier page, we'll see that you were copied on

18    it.

19    A.   Yes, ma'am, I do.

20    Q.   For the record, this is --

21    A.   Yes.

22    Q.   For the record, this is a February 20, 2019 email from

23    Victoria Mendez to a variety of people at the City of Miami.

24    A.   Okay.

25    Q.   And, sir, if you could please read the capitalized letters
```

1   into the record for the jury?

2   A.   A Resolution of the City of Miami Commission directing the

3   city attorney to research properties described at the

4   February 14, 2019 city commission meeting during discussion of

5   Miami D3.1 code enforcement regarding violations related to no

6   certificate of use, certificate of use obtained under false

7   pretenses and/or properties with violations that pose life

8   safety issues and initiate injunctive proceedings against said

9   properties until the properties are brought into compliance.

10  Q.   Okay.  Sir, could you please explain your understanding of

11  this resolution to the jury?

12       MR. SARNOFF:  I'm going to object, Your Honor.  Calls

13  for speculation and it calls for a legal conclusion.

14       MS. CAPRIO:  I asked for his understanding.

15       THE COURT:  He can give his understanding, but it

16  speaks for itself, all right?  Go ahead.

17       THE WITNESS:  What is my understanding of the

18  resolution?

19  **BY MS. CAPRIO:**

20  Q.   Yes, sir.

21  A.   My understanding of the resolution is that this is the

22  City Commission giving authority to the city attorney that the

23  city attorney would not normally have.

24       So the Charter of the City of Miami which is kind of like

25  the Constitution for the city, right, the laws that we have

1   within the city, the Charter says that the city manager as the

2   chief executive of the city is the one that has purview that

3   has authority over the department, like the chief of police,

4   the fire chief, et cetera.

5        And in my opinion, this seemed like a way to give

6   authority to the city attorney and not essentially -- not

7   follow what the Charter essentially says.

8   Q.   And were you concerned about this resolution?

9             MR. SARNOFF:  Objection, Your Honor.  Again, calls

10  for a legal conclusion.  He's now testifying as a lawyer.

11            THE COURT:  The objection is overruled.  You can

12  answer.

13            THE WITNESS:  I was concerned with it, yes.

14  **BY MS. CAPRIO:**

15  Q.   And why were you concerned, sir?

16  A.   Well, as I explained, the way that the Charter reads, I

17  felt like this was essentially a means to get around the fact

18  that the manager's ultimately the one that has purview over

19  department heads.

20       The city attorney essentially reports to the commission,

21  and so it was concerning that this isn't a clear separation of

22  the powers the way that they're supposed to be separated.

23  Q.   Okay.  And then if you look below the resolution, there's

24  a list of properties.  Do you see that, sir?

25  A.   Yes.

```
 1   Q.   And were you familiar with these properties when you
 2   received this email?
 3   A.   Some.
 4   Q.   Okay.  And what was your understanding of these
 5   properties?
 6   A.   It appeared that these were properties that I had seen in
 7   the past related to the Fuller group.  I don't know what their
 8   actual name is.  When I say Fuller group, I just mean the
 9   individuals.
10   Q.   And did you do anything in response to this email from
11   Vicky Mendez, the Miami city attorney?
12   A.   Yeah, and just for the record, to be clear, I don't
13   remember receiving this.  I remember them being forwarded to me
14   so I could have been originally copied on it.  I don't remember
15   that.  I do remember it being forwarded to me.
16   Q.   We can just go to the first page of the document, please,
17   I think that your name is there.  If you go -- you see Jorge
18   Colina.  It's to Emilio Gonzalez, the first name and then --
19   A.   Yes, I do see that, yes.
20   Q.   Does that refresh your recollection that you received this
21   email from Vicky Mendez?
22   A.   Yes, ma'am.  Thank you.
23   Q.   Thank you, sir.
24        MS. CAPRIO:  Now, I'd like to call up, please,
25   Plaintiffs' Exhibit 146 which is already admitted into evidence
```

1    on April 11th.

2              MR. SARNOFF:  Same objection, Your Honor.  We need

3    redactions.  We're going to renew our objections for foundation

4    and hearsay.

5              THE COURT:  It's noted for the record.

6              MS. CAPRIO:  May we please publish the exhibit, Your

7    Honor?

8              THE COURT:  Yes.

9    **BY MS. CAPRIO:**

10   Q.   For the record, this is redacted.  If we go down,

11   Mr. Colina, Chief Colina, if you could please review briefly

12   this document and let me know when you are ready.

13   A.   I'm familiar with that.

14   Q.   You're familiar with the document, yes?

15   A.   Yes, ma'am.  I'm familiar.

16   Q.   Thank you.  And could you please describe this document to

17   the jury?

18   A.   This is an email that I sent the manager.

19   Q.   And the manager is?

20   A.   Emilio Gonzalez.  I apologize.

21   Q.   Okay.  And what is the date of the email?

22   A.   February 21, 2019.

23   Q.   And why did you write this email, Chief Colina?

24             MR. SARNOFF:  Objection, Your Honor.  Preserving.

25   I'm just preserving for the record.

 1          THE COURT:  All right.  I'll, go ahead, let her ask

 2     the question specifically as to what it pertains to.  Go ahead.

 3          THE WITNESS:  I'm sorry.  Repeat the question.

 4     **BY MS. CAPRIO:**

 5     Q.   Yes.  I just asked you why you wrote this email, Chief?

 6     A.   It was in response to the previous email that we showed

 7     here.  I had concerns of how this may be perceived.

 8     Q.   Okay.  And could you please read the first sentence of the

 9     second paragraph into the record, the highlighted text that

10     starts with "the main focus?"

11     A.   The -- you want me to start at the beginning or you want

12     me to start at "the main focus?"

13     Q.   You can start at the beginning actually.  Thank you.

14     A.   As you know, the item on the agenda was a discussion item.

15     However, the main focus of the discussion was aimed at one

16     particular business owner in the city.  The resolution of the

17     city attorney had prepared pertains to properties described at

18     the February 14th city commission meeting.  However, the

19     addresses forwarded in her email targets the particular

20     business owner which gives the impression that the city is

21     selectively targeting his businesses for new investigations.

22     Q.   And what was your basis for saying that the main focus of

23     the discussion was aimed at one particular business owner?

24          MR. SARNOFF:  Same objection, Your Honor.

25          THE COURT:  Overruled.

1          THE WITNESS:  It just seemed like this was

2     essentially a continuation of the commission meeting and the

3     discussion at the commission meeting on the 14th of February.

4     **BY MS. CAPRIO:**

5     Q.   And, again, who was that business owner?

6     A.   Fuller.

7     Q.   And now if you could please continue reading starting with

8     however the addresses, the next highlighted text, please?

9     A.   However -- so, there was his businesses.

10    Q.   So I think it's on two pages.  We'll kind of make the

11    exhibit -- other way.  It's on two pages.  There we go.

12    Starting with however, the last sentence of that paragraph on

13    that page?

14    A.   However, the addresses forwarded in her email targets the

15    particular business owner which gives the impression that the

16    city is selectively targeting his businesses for new

17    investigations.

18    Q.   Okay.  And what did you mean, selectively targeting the

19    particular business owner for new investigations?

20          MR. SARNOFF:  Same objection, Your Honor.

21    Continuing.

22          THE COURT:  All right.  Overruled.

23          THE WITNESS:  That they're listing the -- it appeared

24    to me addresses that were all owned by the same property group.

25

1    **BY MS. CAPRIO:**

2    Q.   And how did you define target when you said targets the

3    particular business owner?

4           MR. SARNOFF:  Objection, Your Honor.  Calls for

5    speculation and also calls for a legal conclusion.

6           THE COURT:  Overruled.

7           THE WITNESS:  I was just concerned that I didn't want

8    there to be the impression that it was giving locations that

9    are all owned by the same property group or the majority by the

10   same property group, then it would look like we are solely

11   going to those establishments to conduct inspections as opposed

12   to in general.

13   **BY MS. CAPRIO:**

14   Q.   Okay.  And who did you think was selectively targeting

15   Mr. Fuller's businesses for new investigations?

16   A.   Well, it seemed the email came from the city attorney.  It

17   seemed like perhaps that was at the direction of the

18   Commissioner Carollo.

19   Q.   Now, please, sir, if you could go on to read your next

20   sentence starting with "the concerns?"

21   A.   The concern is that this request through the city attorney

22   may amount to an usurpation and unlawful exercise of powers

23   beyond the limits of his legislative power as a city

24   commissioner to intentionally cause harm to the business owner.

25   As such, my department's actions under the resolution may be in

1    violation of the Code of Ethics ordinance.

2        Furthermore, this selective enforcement against the

3    business owner's properties using city ordinances, this may be

4    deemed an indirect usurpation of the administration's powers to

5    interfere with the operations and procedures of various

6    departments including the Miami Police Department.

7    Q.   Okay.  And, here, sir, are you referring to the City

8    Charter?

9    A.   I am, yes.

10   Q.   And why were you referring to the City Charter?

11   A.   Well, as I was explaining earlier, the Charter is

12   essentially our Constitution.  The Charter, it says that the

13   city manager is the only one with the authority to direct

14   department heads.

15       So if someone else is doing that, then that would be in

16   violation of the Charter and if we follow those instructions,

17   we, in essence, would knowingly be in violation of our own

18   Constitution.

19   Q.   Thank you.  And then if we can go to the first sentence of

20   that letter.  Go up, the first page.

21       Sir, let's -- I'd like to direct your attention to the

22   first sentence of the first paragraph.  Starting with the word

23   "through the resolution."  If you could please read that into

24   the record, Chief?

25   A.   Starting at the very top?

1   Q.   Yes.   The first paragraph starting with the word through,

2   the last sentence of the first paragraph, please.

3   A.   Through the resolution, the city attorney is requesting

4   that Miami Police personnel and other departments conduct new

5   site inspections at the direction of the city commissioner.

6   Q.   And which city commissioner were you referring to, sir?

7   A.   Commissioner Carollo.

8   Q.   And as the Chief of Police, what was your opinion on

9   Commissioner Carollo localizing city resources to cause harm to

10  a particular business owner?

11          MR. SARNOFF:  Objection, Your Honor.  Lacks

12  foundation.  Predicate.  403.

13          THE COURT:  Sustained.

14  **BY MS. CAPRIO:**

15  Q.   While you were the Chief of Police, could you explain if

16  you had any concerns regarding Commissioner Carollo's directive

17  as you state in your last letter to the city attorney?

18          MR. SARNOFF:  Objection, Your Honor.  Same basis.

19          THE COURT:  Overruled.  You can answer.

20          THE WITNESS:  Could I have explained it to the city

21  attorney, you're saying?

22  **BY MS. CAPRIO:**

23  Q.   No, my question was if you had -- while you were Chief of

24  Police, did you have any concerns regarding Commissioner

25  Carollo's directive to the city attorney to mobilize city

```
 1    resources to selectively target a business owner?
 2              MR. SARNOFF:  Objection, 403.
 3              THE COURT:  Overruled.  You can answer.
 4              THE WITNESS:  No, I was concerned, yes.
 5    BY MS. CAPRIO:
 6    Q.   And before this time, had you ever written a letter to a
 7    city manager raising a concern that a city commissioner may be
 8    unlawfully targeting a business owner?
 9              MR. SARNOFF:  Objection, Your Honor.  Calls for
10    speculation, and 403 as well.
11              THE COURT:  Overruled.
12              THE WITNESS:  No, ma'am.
13    BY MS. CAPRIO:
14    Q.   Before this time -- strike that.  Since then, have you
15    ever written a letter to a city manager raising a concern that
16    a city commissioner may be unlawfully targeting a business
17    owner?
18              MR. SARNOFF:  Objection, Your Honor.  403 and
19    leading.
20              THE COURT:  Overruled.  You can answer.
21              THE WITNESS:  No.
22    BY MS. CAPRIO:
23    Q.   When you were the Chief of Police, did you have any
24    concerns that Commissioner Carollo was targeting any business
25    owners other than Mr. Fuller?
```

1          MR. SARNOFF:  Objection, Your Honor.  Same basis.

2          THE COURT:  All right.  Overruled.

3          THE WITNESS:  Well, I certainly didn't want there to

4    be the perception of that, right?  So I didn't want anybody to

5    think that we were being mobilized to do anything like that.

6          MS. CAPRIO:  Thank you, Chief.

7          THE COURT:  Cross-examination.

8                        -  -  -  -  -

9                **CROSS EXAMINATION OF JORGE COLINA**

10   **BY MR. SARNOFF:**

11   Q.   Good morning, Chief.  How are you?

12   A.   Good morning.  How are you, sir?

13   Q.   Good.  So, Chief, two days prior to the February 14, 2019

14   commission meeting, you became aware that Commissioner Carollo

15   wanted to see any report, any written report concerning the

16   November 17, 2018 attempted inspection by your police officers

17   along with a Code officer.  You were aware of that, correct?

18   A.   I was aware that the commissioner was inquiring.  I don't

19   specifically remember if it was reports or just a briefing.

20   Q.   Well, it's fair to say, Chief, if one of your law officers

21   is denied entry, there would be some written document somewhere

22   somehow in the system that would have indicated the refusal,

23   correct?

24   A.   You'd like to think so, yes.

25   Q.   You would think so, correct?

```
 1    A.    I would like to think so, yes.

 2    Q.    Because you as a Chief of Police, that is CALEA certified

 3    knows that going on memory with 1,300 uniformed officers is

 4    just bad policy, isn't it?  Bad practice?

 5    A.    I think so, yes.

 6    Q.    So, you were seized with the knowledge that Commissioner

 7    Carollo wanted to know of any written document of that refusal,

 8    correct?

 9    A.    Yes.

10    Q.    And he emailed you through the chain of command asking for

11    that document?

12    A.    I don't remember if there was a document that was asked

13    for.  I do remember getting an email requesting to be able to

14    speak to the officers that were involved.  I mean, it's

15    certainly possible.  I just don't recall.

16    Q.    Fair enough.  We'll put up PX 112, if we could.

17          MR. SARNOFF:  Any objection?

18          MS. CAPRIO:  No objection.

19    BY MR. SARNOFF:

20    Q.    So, Chief, are you copied on this?

21    A.    Yes.

22    Q.    And correct me if I'm wrong, Deputy Chief of Police Ronald

23    Papier?  Do you know who he is?

24    A.    Yes.

25    Q.    As the Chief of Police, do you select your deputy?
```

```
 1   A.    Yes.

 2   Q.    Did you select Mr. Papier?

 3   A.    I did not select him, but I kept him as the deputy chief.

 4   Q.    Do you trust him?

 5   A.    Yes.

 6   Q.    Is he a good deputy?

 7   A.    He certainly was at the time, yes.

 8   Q.    And so you see that Commissioner Carollo, through this

 9   chain of email is asking two days ahead of time of the

10   February 14th meeting for any written report of the refusal by

11   Taquerias to allow people to go into the premises?

12               MS. CAPRIO:  Objection.  Foundation.

13               THE COURT:  Overruled.  He can answer if he knows.

14               THE WITNESS:  Yes.  I see here I'm following the

15   thread.  Yes, I see Casamayor to me saying FYI, in particular

16   the request for any police reports.  Is that what you're

17   referring to?

18   BY MR. SARNOFF:

19   Q.    Yes.  Any report of any kind.

20   A.    Yes.  I see that.

21   Q.    Could have been an information report, correct?

22   A.    Yes.

23   Q.    Could have been a note, a memo?

24   A.    Yes.

25   Q.    Could have been an incident report?
```

```
 1   A.    Yes.

 2   Q.    Could have been a refusal report?

 3   A.    Yes.

 4   Q.    So the issue that you were discussing with Commissioner

 5   Carollo that got heated was this November 17th attempt to

 6   inspect Taquerias as a result of construction debris that he

 7   came upon back in March 3rd of 2018, correct?

 8   A.    I do not know the basis for the inspection that night.

 9   The one that was ultimately discussed at the commission

10   meeting.

11   Q.    You were there at the commission meeting, right, Chief?

12   A.    Yes, I was there.

13   Q.    The Commissioner Carollo did a PowerPoint presentation,

14   correct?  You were paying attention, I hope.

15   A.    I don't remember a PowerPoint.  I apologize.  PowerPoint

16   presentation of the inspection where the officers went to?

17   Q.    Mm-hmm.

18   A.    I don't remember that.

19   Q.    So you attended the meeting, paid close attention because

20   you were -- it's not every day you can go up there and kind of

21   confront the commissioner, right?

22   A.    True.

23   Q.    I hope you were paying attention watching the PowerPoint

24   presentation, I would expect, right?

25   A.    I don't recall.  I typically do pay attention, yes.  Those
```

 1    meetings sometimes go on for quite a bit.  I can't tell you
 2    honestly, I do not recall a PowerPoint.  If you're saying a
 3    PowerPoint was shown, I'm sure that that happened.
 4    Q.   Well, we'll show it.  We'll show it, but you're aware,
 5    Chief, because you don't even write your letter or email -- I
 6    apologize, you didn't even write your email till eight days go
 7    by from that commission meeting, right?
 8    A.   Right.  Well, my email is a response to an email.
 9    Q.   That's not my point.  My point is you had eight days from
10    the time of the commission meeting to perform due diligence,
11    correct?  You're about to say something profound.  You had
12    eight days to perform due diligence?
13    A.   I'm not understanding the question.
14    Q.   Sure.  You had eight days, you're part of the city, right,
15    Chief?  There's a Building Department, there's a Code
16    Enforcement Department, there's your police department, but you
17    do have one thing in common.  You have what's called City View,
18    correct?
19    A.   City View?
20    Q.   Yes.
21    A.   Yes.
22    Q.   You're all part of a communication process.  You had the
23    ability for eight days to do due diligence, correct?
24    A.   When you're saying to do due diligence, what do you mean
25    specifically?

1  Q.   Could have contacted Building, you could have contacted

2  Code, you could have learned and even reviewed the

3  February 14th meeting once again to see the PowerPoint

4  presentation?

5  A.   Oh, I didn't know if that PowerPoint presentation was

6  presented for the purposes of the police department, then

7  certainly, we could have reviewed that.  I don't know if that

8  was presented to -- I certainly don't remember any questions or

9  shown a PowerPoint.  I don't know who was up at the podium at

10 the time when that was shown.

11 Q.   That's fair.

12 A.   I'd be surprised if that were me.

13 Q.   Well, let's start -- what, do we have a saying in the

14 police department, let's start at the beginning?

15 A.   Sure.

16 Q.   Fair enough?

17 A.   Sure.

18 Q.   On March 3rd, 2018, you became aware that Commissioner

19 Carollo did a drive along with Code Compliance Officer Dennis

20 Uriarte.  You're aware of that, right?

21 A.   No, not really.

22 Q.   Let put up PX 45 -- we'll put up 46, 48, 49, 50 and 51 in

23 front of you.  Do you see the email?

24 A.   Yes, I see the email.

25 Q.   And the concern that the code compliance officer is

```
 1    relating is construction debris found right on the outside of
 2    Taquerias which is 521 SW 8th Street, correct?
 3              MS. CAPRIO:  Objection, Your Honor.  He's not copied
 4    on this email.
 5              THE COURT:  Overruled.
 6              MR. SARNOFF:  It's admitted.
 7    BY MR. SARNOFF:
 8    Q.   Do you see the picture, Chief?
 9    A.   I see that picture.
10    Q.   Do you see what it depicts?
11    A.   Yes.
12    Q.   Happens to be those two people, the ones that were refused
13    entry by the code compliance officer to see what the
14    construction debris was.
15         Next picture, you see that, Chief?
16    A.   I do see that picture.
17    Q.   Okay.  Next picture.  And you can see the construction
18    debris.  You can see the plumbing and whatnot, correct, Chief?
19    A.   I see the debris.
20    Q.   Okay.  So we talked about a moment ago that Commissioner
21    Carollo did a PowerPoint presentation.  First of all, you're
22    familiar with PowerPoint, right, Chief?
23    A.   Yes.
24    Q.   You do them yourself?
25    A.   Sure.
```

```
 1   Q.   Matter of fact, the Colina Group I think last week did

 2   about four PowerPoints?

 3   A.   We do PowerPoints.

 4   Q.   And that's to help you communicate your point in a very

 5   efficient, photographic manner?

 6   A.   Yes.

 7   Q.   So can we put DX 338 and go through pages 4 through 8?  Do

 8   you see those pictures, Chief?

 9   A.   I see them.

10   Q.   Same pictures as Code Compliance Officer Dennis Uriarte

11   took on March 3rd of 2018; fair enough?

12   A.   I would not know who took those pictures.

13   Q.   But --

14   A.   I can see.

15   Q.   But you're familiar with the City View?

16   A.   I have never looked at City View in my life.

17   Q.   Okay.

18   A.   I'm sorry.

19   Q.   But you see those are submitted into the public record.

20   You see where it says that.  If you want to read the top

21   section?

22   A.   Yes.  Submitted into the public record for Items D3.1 on

23   February the 14th, 2019, city clerk.

24   Q.   Okay.  So now I'm sure you were paying attention.  On

25   November 17th, 2018, that would have been plaintiffs' second
```

1   refusal to allow the city to go into a premise that had direct

2   evidence of construction.  You can see how that would be

3   frustrating for a commissioner, wouldn't you?

4            MS. CAPRIO:  Objection.  Calls for speculation.

5            THE COURT:  Overruled.  He can answer.

6            THE WITNESS:  I don't want to minimize the role of

7   Code or Building, but I honestly would not know when they go

8   out, where they go.  And if this PowerPoint was presented for

9   the code director to answer questions, the likelihood that I

10  was paying attention to that is not high.

11           I would pay attention to the items that I thought were

12  police related, but code violations are not within the purview

13  of the police department.

14  **BY MR. SARNOFF:**

15  Q.   The gravamen of your argument with Commissioner Carollo

16  was the November 17, 2018 second refusal, that was the gravamen

17  of your argument and it wasn't over the refusal.  It was the

18  lack of documentation of the refusal, correct?

19  A.   My issue with the commissioner that day was that it

20  appeared to me that he was being critical of the police

21  officers that responded to a club as they drove by

22  club/restaurant on a few nights prior and took the initiative

23  to go in.

24           This wasn't the location that was preplanned and they

25  didn't take action there and the commissioner was displeased

 1    and was critical of their inaction, so that's what I took

 2    offense to.

 3    Q.   Chief, we're going to play the clip, the entire clip.  I'm

 4    going to ask this question directly to you one more time.

 5         Commissioner Carollo was concerned of the lack of

 6    documentation over the November 17, 2018 refusal.  It wasn't

 7    arguing the refusal.  He just wanted to know why it wasn't

 8    documented, isn't that correct?

 9    A.   There's a lot of things that he probably wasn't pleased

10    with.  It's okay for him to not be pleased with the lack of

11    documentation.

12         And by the way, to this day, I don't know if what was

13    documented in a worksheet or a pad or what was put down.  I do

14    know that they ultimately went back to the location and took

15    some action after they researched whatever it is that they

16    needed to research.  I'm not really familiar with Code or

17    Building Department protocol.

18    Q.   As long as you bring it up, Chief, you're aware that the

19    entire upstairs to Taquerias was built without one single

20    permit?

21    A.   I do not know that.  I'm not challenging that.  I just

22    don't know that.

23    Q.   You were aware that the staircase, both the

24    internal/external staircase were built without one single

25    permit?

```
 1   A.    I have no knowledge of that.
 2   Q.    Well, let me ask you a question, Chief.  Do you know
 3   stairs and risers, they need to be consistent, don't they, for
 4   a person to walk up and down; isn't that fair?
 5   A.    I think that's fair.  That sounds like it makes sense.
 6   Q.    And when a person consumes alcohol, do their motor senses
 7   improve or degrade?
 8             MS. CAPRIO:  Objection, Your Honor.  Irrelevant.
 9             THE COURT:  Sustained.
10   BY MR. SARNOFF:
11   Q.    In your experience, Chief, do people's motor responses
12   improve or degrade when they consume alcohol?
13             MS. CAPRIO:  Same objection.
14             THE COURT:  Sustained.
15   BY MR. SARNOFF:
16   Q.    You ever write a DUI ticket?
17             MS. CAPRIO:  Objection.  Relevance.
18             THE COURT:  Sustained.
19   BY MR. SARNOFF:
20   Q.    All right.  You're familiar that under Florida law, your
21   police officers can make entry to any premise that's selling
22   liquor?
23   A.    Yes.  They are allowed to go in and make sure that the
24   business has the ability to dispense or a license to dispense
25   liquor.
```

```
 1   Q.    Okay.  I want -- just going to DX 338 and just go to pages

 2   35, 36 and 37.  So, Chief, you're familiar with 521?

 3   A.    Yes.

 4   Q.    Okay.  Let's go to the next one.  And you see what's

 5   depicted in the back there, Chief?

 6   A.    Not --

 7   Q.    Do you see the benches?

 8   A.    What is it?

 9   Q.    The benches here?

10   A.    Those are benches?

11   Q.    Well, you're familiar with them.  Do you see them?

12   A.    I see the picture.

13   Q.    Okay.  And under the alcohol statutes, a licensee is

14   allowed to serve alcohol wherever the sketch depicts, correct?

15   A.    I don't know enough about that to comment intelligently.

16   Q.    Fair enough.  So you don't know if Taquerias was consuming

17   alcohol on those benches in the back in violation of their

18   sketch which would be in violation of Florida Statute 561.241?

19   A.    Right.  I would not know that.

20   Q.    Okay.  Let's do this, Chief.  Let's play the full version.

21   Let's listen really, really, really carefully for Commissioner

22   Carollo's concern and then I'll ask a question.  Fair enough?

23   A.    Sure.

24         MR. SARNOFF:  Can we go to PX 433 at 3:27:10, and

25   play it to 3:34:01.
```

```
 1                        (Video played.)
 2    BY MR. SARNOFF:
 3    Q.   This is the question that I'm going to have for the police
 4    chief if he's still around here.  Chief, is it normal operation
 5    if an officer that has a right to go into an establishment
 6    that's selling liquor with a Code Enforcement officer, we have
 7    every right to go there, is it normal that if that officer is
 8    refused to enter, that he just goes away and accepts that?
 9    Does he write a report?  Does he put anything in writing or
10    does he just tuck it under his pillow, leaves it there?
11         Well, let's speak specifically this officer, but I don't
12    want to speculate about what another officer, right?
13    Q.   Well, no, you brought it up so we'll talk about it.
14    A.   This officer went there with Code Enforcement.  This was
15    an improper check, not one that was preplanned so I appreciate
16    the initiative to see if that was a crowd.  They found that odd
17    and they went in.
18         The inspector was told after the gentleman was complying
19    with all the requests we'd like to see this, we'd like to see
20    that, we'd like to see this.  When they requested to go
21    upstairs is when the manager there then was less cooperative.
22    Told the inspector I no longer want you here.
23         The inspector went outside, the officer followed, and the
24    officer asked the inspector what would you like to do?  And the
25    inspector said, we'll, go back, we will check to see what they
```

1   have file and then we will schedule an inspection with the task

2   force and we will come back with ABT, inspectors armed with the

3   knowledge of what they're allowed to have and not have and then

4   take the appropriate action.

5   Q.   Are there any notes or reports that are usually made when

6   something like this happens that you remember, that you're

7   going to come back with that task force?

8   A.   There's an after action report that would be prepared on

9   the law enforcement side so when the task force responds to a

10  location, it will be an after action report that will be

11  generated that will state what action, if any, was taken.

12                      (From the video.)

13          COMMISSIONER CAROLLO:  So, let me see if I understand

14  what you're telling me.  And, again, I don't know Officer Coss.

15  I don't know this Inspector Marcus, I don't believe I ever met

16  him.  You're telling me that they would have done an after

17  action report so that the task force would know then where to

18  go, what to do, come, what to do.

19          No, I'm telling you that when the task force responds

20  that will be an after action report generated what action was

21  taken.

22          I'm talking about these two officers, your officer

23  police, you can't answer for Code.  Obviously, that they don't

24  do any kind of report of something like that then or anything,

25  what they want.

```
 1          I'm not going to speculate.  I don't know if they
 2   generate a report on that day.  If they wrote down on their
 3   notes let's come back next week or next month, I'm not going to
 4   speculate.
 5          Would you expect if an officer is going to a place
 6   like this, they'd put something in writing what they did,
 7   Chief?  I can't believe that they're told they can't go into a
 8   place, and there's nothing in writing.
 9          Well, I don't know that there is something in writing.
10   I don't know.
11          I've been told there's nothing in writing.  Again,
12   like some of the other stuff that I mentioned.
13          I don't know who tells you what and what their
14   motivation is and why.  Excuse me, the assistant city manager
15   came up and said they were told to get the F-U-C-K out.  That
16   didn't occur and that's what happens when we deal in rumor and
17   innuendo and conjecture.  That's not appropriate.  We should
18   deal in fact here.  These gentlemen went out, the inspector was
19   asked to leave and the police officer there who's essentially
20   there for his protection in case something gets violent asks
21   him what would you like to do.  We're going to go get prepared
22   and we will come back which I think is the appropriate action
23   because if there's only two people there, I don't think that's
24   the time to start playing gengus musmacho, go back, get
25   prepared.
```

 1           This is not gengus musmacho.  You've been around this

 2    force long enough to know this is not what we're talking about

 3    here.  You wanted them to take a specific action.  They thought

 4    independently of what was best at the time with the information

 5    that they wanted and you were not pleased with their action and

 6    now you want to act like we're in some kind of Carollo court

 7    and we're a defendant here and that doesn't fly with me.

 8           One at a time if we could, please.

 9           I'd like to finish my response.  That's not how we

10    operate here.  If you're not happy with the action of a police

11    officer, you have every right to report to that me and I will

12    investigate it fully.  I'm sorry you're not pleased with his

13    reaction that day, but I can tell you that the task force went

14    back and took the appropriate action.

15           COMMISSIONER CAROLLO:  Chief, I'm trying to get

16    information based upon what I was told and if I said I'm not

17    happy, I'm trying to --

18           That specific question --

19           I'm trying to get information from you, Chief.  I'm

20    here to help you.

21           I don't know what you're trying to defend but you're

22    certainly not trying to defend this officer because I'm not

23    accusing this officer of anything, Chief.

24           I'm not saying, I'm giving you the response.

25           I was told directly by someone in this administration

1    the assistant in charge of code that they were told to get the

2    F-U-C-K out of here.  Whether they were told that or not is

3    inconsequential to whatever happened there.  The bottom line by

4    law, no one that operates any kind of liquor establishment in

5    this town has a right to deny the Code Enforcement officer

6    that's accompanied by a police officer the right to go in.  And

7    because I'm asking questions trying to find out what was

8    written, what report, you're coming here super defensive,

9    Chief.

10          I'm not defensive.  I don't appreciate -- we're going

11   around in circles here when you can just ask a specific

12   question and I'll give you a specific answer.  You're not gonna

13   bully me like you do the other people.  I'm not intimidated

14   here.  This is absolutely ridiculous that we have spent this

15   much time on this already.

16          What's ridiculous, Chief, is your attitude coming

17   here.  It's obvious that the people that employ you --

18   **BY MR. SARNOFF:**

19   Q.   So, Chief, an after action report, that was what he was

20   after.  Were you able to develop one for him?

21   A.   Did I develop one?  No.

22   Q.   That's a poor choice of words.  Let me rephrase it.  As

23   the Chief of Police, were you able to learn, decipher, come up

24   with the after action report of the refusal by Taquerias to

25   allow a lawful entry?

1  A.   I don't know whether there was an after action report

2  generated or not.  I was speaking to what happens generally so

3  when they go out and do an operation on the police department's

4  side, they'll write an after action report.  I don't know what

5  other reports, if any, are written by the Code folks, you know,

6  Building, Fire, Code, et cetera.

7  Q.   And were you able to generate, find any report of that

8  Police Officer Coss regarding that November 17, 2018 refusal?

9  A.   I did not research whether there was a report written or

10  not.

11  Q.   But you were asked to two days before the meeting,

12  correct?

13  A.   I don't recall that, no.

14  Q.   We just went through this now.

15  A.   I understand that you showed me the email about were there

16  any reports written.  I'm telling you that I don't recall what

17  was written or not written, or whether a report was generated

18  or not.

19  Q.   But the conversation, the argument, the sausage as they

20  say, with resolutions was regarding that report, correct?

21  A.   No, there was a lot discussed there.  Even prior to me

22  going up, that was more than just whether there was an after

23  action report written or not.

24  Q.   Well, let's just talk about city commission because you've

25  been to numerous city commissions, correct?

```
 1   A.   Yes.

 2   Q.   No one commissioner can pass a resolution, correct?

 3   A.   Correct.

 4   Q.   What is a resolution?

 5   A.   Essentially, internal or not internal, but legislation

 6   that a commissioner would want, they would draft something to

 7   make it now part of policy or protocol.

 8   Q.   It's a law, right?

 9   A.   Basically.

10   Q.   It becomes a law of the City of Miami, but no one

11   commissioner, two commissioners can pass the law, correct?

12   A.   Correct.

13   Q.   It takes three or more commissioners to pass a law --

14   A.   Yes.

15   Q.   -- correct?  And in doing so, as I said a moment ago, the

16   sausage, it's a debate that goes on, correct?

17   A.   Yes.

18   Q.   And that debate is between five commissioners, correct?

19   A.   Yes.

20   Q.   On February 14th, there were five commissioners up there,

21   correct?

22   A.   Yes.

23   Q.   Do you remember who the commissioners were?

24   A.   Commissioner Hardemon, Commissioner Carollo, Commissioner

25   Russell, Commissioner Gort, I believe, and Commissioner
```

1   Carollo.

2   Q.   And do you remember the number of commissioners that voted

3   on the February 14, 2019 resolution which became the law?

4   A.   I don't remember.

5   Q.   It's four to one.  It's a super majority, isn't it?

6   A.   Yes.

7   Q.   That would override a mayoral veto?

8   A.   Yes.

9   Q.   So, in that debate, do you even know who the mover of that

10   law was?

11   A.   I do not.

12   Q.   It was Commissioner Hardemon.  Do you know who the

13   seconder was?

14   A.   No.

15   Q.   It was Commissioner Reyes.  Commissioner Carollo didn't

16   even participate as the mover or the seconder.  Is that your

17   recollection?

18   A.   I don't recall, but I certainly believe you.

19   Q.   Okay.  It's a public record, right?

20   A.   Absolutely.

21   Q.   And let's visit for a moment your email that you sent to

22   the manager.  If I said eight days, I apologize, Chief.  I

23   think it was seven days after the commission meeting.

24   A.   Yes, sir.

25   Q.   Just want to understand that you had the opportunity to do

1    due diligence.  Whether you took it or not, you had the

2    opportunity, meaning you could have contacted anyone within the

3    City of Miami to inform yourself of any code issues, building

4    issues, to better write what you were going to write?

5              MS. CAPRIO:  Objection.  Asked and answered.

6              THE COURT:  Overruled.  You can answer.

7              THE WITNESS:  My email was in response to an email

8    from the city attorney.

9    **BY MR. SARNOFF:**

10   Q.   Okay.  And it's fair to say, Chief, that you were not

11   aware on June 1, 2012, 1450 SW 7th Street, Tower Hotel was

12   performing demolition without a permit was issued to stop work

13   order.  You weren't aware of that?

14   A.   No, sir.

15   Q.   You equally weren't aware that the same property on

16   June 25, 2012 violated the stop work order, and continued to do

17   demolition construction.  You weren't aware of that?

18   A.   No, sir.

19   Q.   You know who owns that property?

20   A.   No, sir.

21   Q.   Okay.  It's fair to say then on September 6, 2016, 439

22   NW 4th Avenue was cited for work without a permit?

23             MS. CAPRIO:  Objection.  Lacks foundation.

24             THE COURT:  Overruled.  You can answer, if you know.

25             THE WITNESS:  I'm not familiar either.

1   **BY MR. SARNOFF:**

2   Q.   Okay.  Fair to say on December 5th, 2016, 1521 SW 8th

3   Street was cited for work without a permit.  Do you know who

4   owns that property, Chief?

5   A.   No, sir.

6   Q.   Okay.  On November 30, 2017, 1641 SW 8th Street was cited

7   for work without a permit.  Do you know who owns that property?

8   A.   No, sir.

9   Q.   All these properties, by the way, Chief, that I've just

10   read to you was before Commissioner Carollo was sworn into

11   office, correct?

12   A.   I'm not sure when the commissioner was sworn in but it's

13   public record.

14   Q.   December 2, 2017.

15   A.   Yes.  Before then, yes.

16   Q.   It's fair to say you don't even know that on January 8,

17   2018 -- 2018, 1460 SW 7th Street, a single family home adjacent

18   to the Tower Hotel was cited for work without a permit

19   including demolition and complete gutting.  You weren't aware

20   of that?

21          MS. CAPRIO:  Objection.  Outside the scope of direct.

22          THE COURT:  Sustained.

23   **BY MR. SARNOFF:**

24   Q.   Chief, before you wrote this email, you could have learned

25   of everything that was discussed or concerned on the

1    February 14th commission meeting so that you could have been

2    better informed when you wrote this email, correct?

3    A.    I certainly could have researched.

4    Q.    And let's just visit for a moment the last line of the

5    first paragraph.  You wrote:  Conduct new site inspections at

6    the direction of a city commissioner.  Let's just talk about

7    the word new site inspections.

8         521 SW 8th Street, Taquerias, had yet to be inspected

9    because of two refusals.  There wasn't a new site inspection it

10   was its first site inspection; fair enough?

11   A.    Well, when I put new site inspections, I'm only saying

12   inspections that are yet to happen.  In other words, if you're

13   going to go inspect something, then that would be new.  I don't

14   know if I'm explaining that right.

15   Q.    Fair to say, Chief, based on your knowledge, it had never

16   even been inspected by the time you wrote this?

17   A.    Well, honestly, I could not tell you how many places.

18   That's not something that's even shared with the police

19   department and if it was, honestly, I wouldn't be analyzing any

20   reports of what was inspected and what wasn't.

21   Q.    But you chose to write this yourself?

22   A.    I did write that, yes.

23   Q.    And you wrote it at the direction of a city commissioner,

24   but that wasn't true, right?  It was at the direction of the

25   direct body, the City of Miami Commission?

```
 1   A.   Well, the ordinance certainly had the four to five votes
 2   as you've stated directing the city attorney to now kind of
 3   have a purview over this.
 4   Q.   That's my point.  At that point, it wasn't the
 5   commissioner.  It was the City Commission, the juridic body?
 6   A.   For the ordinance, yes.
 7   Q.   So, your concern was over at the direction of the city
 8   commission, not the city commissioner?
 9   A.   Well, on the email my concern is that now because this
10   ordinance has been passed, a commissioner can communicate
11   directly with the city attorney and direct her to provide
12   instruction which would essentially violate the Charter.  That
13   was the concern.  I didn't want there to be the perception of
14   that.
15   Q.   Got it.  And when you write the city commissioner to
16   intentionally harm a business owner, once again, it was the
17   juridic body postdate, post deliberation, post resolution that
18   determined what properties should have been inspected, correct?
19   A.   Well, I don't know who specifically sent the city attorney
20   the addresses, right, so certainly the commission is the one
21   that voted to pass the ordinance.
22   Q.   Well, have we established -- did you know there was a
23   PowerPoint presentation at that hearing?
24   A.   Right.  I did not know that there was a PowerPoint.  I
25   know that you showed the pictures and that there was one.  I
```

1   certainly didn't pay any attention to a PowerPoint.  And again,

2   I'm not trying to minimize their job, but that would not be

3   under the purview of the police department if they're speaking

4   to Code or Building or Fire.

5   Q.   But, Chief, you wrote this?

6   A.   I did write that.

7   Q.   You didn't even know who was present at the commission?

8   A.   Because the email speaks specifically to what may be

9   perceived as this usurping when the city attorney is the one

10  that's providing direction.  That's the essence of the email.

11  Q.   Do you have a law degree?

12  A.   I do not.

13  Q.   Do you -- have you taken any kind of courses or I don't

14  know, postdoctorate degrees or anything like that with regard

15  to city charters or anything like that?

16  A.   No.

17  Q.   So it's fair to say this is just your opinion?

18  A.   That is my opinion, yes.

19  Q.   Now, you asked at the very end former manager Emilio

20  Gonzalez humbly request any direction.  Did he provide you any

21  direction?

22  A.   The manager?

23  Q.   Yes.

24  A.   Can you be more specific?

25  Q.   Sure.  You close by saying:  Lastly, I humbly request any

```
 1    direction.  Did he give you any direction?
 2    A.   Well, he gave a lot of direction.  I don't know what you
 3    mean specifically.
 4    Q.   Well, I'm not the one that wrote it, you did.  And I'm
 5    asking what direction did he give you?
 6    A.   Are you saying as it pertains to these addresses you're
 7    saying?
 8    Q.   It's your email.  Your email to Emilio Gonzalez, right?
 9    Former manager asks, I humbly request any direction?
10    A.   Yes, so what I'm telling the manager, I don't have it here
11    on the screen, but what I'm telling the manager there is for it
12    to be the city manager that's providing direction.  So, whether
13    it's to conduct inspections or not, that comes from the
14    manager's office, not the city attorney's office.
15    Q.   Okay.  Chief, I'm going to put up on the screen DX 73.
16              MR. SARNOFF:  Any objection?
17              MS. CAPRIO:  One second.  No objection.
18              THE COURT:  Okay.  It's admitted.
19    BY MR. SARNOFF:
20    Q.   So, Chief, this is what's called a compliance agreement,
21    and if you go to the very bottom, you'll see that the owner of
22    the property concedes that he is in violation of the City of
23    Miami, and you'll also see that he concedes that he's making
24    now a commitment to assure the property will be in compliance
25    with the Florida Building Code, the Fire Prevention Code, and
```

```
 1   all other state, federal, local codes as amended.  That's
 2   signed by Bill Fuller, and that's dated July 23, 2018 and
 3   that's regarding the Tower Hotel at 1460 SW 7th Street.
 4        Did you -- were you aware of that prior to writing this
 5   email?
 6             MS. CAPRIO:  Objection.  Outside the scope of direct.
 7             THE COURT:  Sustained.
 8   BY MR. SARNOFF:
 9   Q.  Chief, in retrospect, if any of the properties in that
10   resolution contained properties not that were Bill Fuller,
11   would you agree that in retrospect, your statement about
12   targeting would not be accurate?
13             MS. CAPRIO:  Objection.  Mischaracterizes the
14   evidence.  The city ordinance did not contain addresses.
15             THE COURT:  Overruled.  He can answer if he knows.
16             THE WITNESS:  Can you repeat the question?
17             MR. SARNOFF:  Sure.  Maybe it was a bad question.
18   BY MR. SARNOFF:
19   Q.  In retrospect, if that resolution passed as you said by
20   the city commission, the juridic body contained addresses that
21   included other properties, it's very possible your use of the
22   word "targeting" is a poor choice?
23   A.  Yes, that's true.
24   Q.  Chief, do you remember as a commander, you created
25   something called the Repeat Offenders List?
```

1    A.    Yes.

2    Q.    And could you describe what the Repeat Offenders List was?

3          MS. CAPRIO:  Objection.  Outside the scope of direct.

4          THE COURT:  Sustained.

5    **BY MR. SARNOFF:**

6    Q.    Do you believe the City of Miami has an obligation to

7    protect the health, safety, and welfare of not only the

8    residents of the City of Miami, but the visitors, as well?

9    A.    I do.

10   Q.    And in doing so, Chief, you perform one function which is

11   protection, sometimes detection, but sometimes no prosecution

12   but the other parts of the city, Building for instance, is

13   there to protect unknown dangerous conditions, correct?

14   A.    Yes.

15   Q.    That's part of the health, safety and welfare of the City

16   of Miami, isn't it?

17   A.    It is, yes.

18   Q.    You don't play a role in that, do you?

19   A.    In those elements, no, sir.

20   Q.    Finally, in the beginning of the pandemic, and I'm sorry

21   for your loss.  You lost your mother-in-law, and your

22   sister-in-law?

23   A.    I did.

24         MS. CAPRIO:  Objection.  Relevance.

25         THE COURT:  Sustained.

1    **BY MR. SARNOFF:**

2    Q.    Did Commissioner Carollo offer condolences to you as the

3    only elected official in the City of Miami to do so?

4              MS. CAPRIO:  Objection.  Relevance, 403.

5              THE COURT:  Sustained.

6              MR. SARNOFF:  Thank you, Chief.

7              THE WITNESS:  Thank you.

8              THE COURT:  Any redirect?

9              MS. CAPRIO:  Yes, Your Honor.  Just briefly.

10                          -  -  -  -  -

11            <u>**REDIRECT EXAMINATION OF JORGE COLINA**</u>

12   **BY MS. CAPRIO:**

13   Q.    Chief Colina, could you please describe for the jury the

14   rights a police officer has to inspect an alcohol liquor

15   license?

16   A.    Yeah.  The police officer has the right to ensure that an

17   establishment has a liquor license to have the ability to

18   dispense liquor.

19   Q.    Is that right an absolute right to enter an establishment

20   that serves liquor?

21            MR. SARNOFF:  Objection.  Leading.

22            THE COURT:  Overruled.

23            THE WITNESS:  The police officer has the ability to

24   go in and check for the license.  That's it.

25

**BY MS. CAPRIO:**

Q.   That's it, right?

A.   Yes, ma'am.

Q.   Okay.  And when we were talking about your email to City Manager Emilio Gonzalez, Plaintiffs' Exhibit 50, if you could please call that up?  150.

     While we're calling up, sir, Chief Colina, do you have any idea of the number of properties that Mr. Fuller and Mr. Pinilla own in the City of Miami?

A.   I do not know.

Q.   Do you have any idea of the number of permits they have pulled for those properties?

A.   I do not.

Q.   And, sir, you testified on cross-examination that this email was your opinion that you wrote on February 21, 2019.  Do you recall testifying as to that?

A.   Yes.

Q.   At that point on February 21, 2019, when you said that Commissioner Carollo was targeting -- selectively targeting business owners, how many years of experience was that opinion based on in law enforcement?

         MR. SARNOFF:  Objection, Your Honor.  Calls for speculation.  Still calls for that same legal opinion.

         THE COURT:  Overruled.  You can answer.

         THE WITNESS:  All my years of experience.

1    **BY MS. CAPRIO:**

2    Q.   And at that point in 2019, sir, could you recall how many

3    years of experience that was in law enforcement?

4    A.   About 28, I guess, roughly.  27, 28 years.

5         MS. CAPRIO:  Thank you very much, sir.  Your Honor,

6    I'm finished with the witness.  Does Your Honor or the jury

7    have any questions for him?

8         THE COURT:  The jurors understand if they have any

9    questions, they know the procedure.  Do you all have any

10   questions that's written down?  None?  You may be excused,

11   Chief.  Thank you.  Have a good day.  Thank you, sir.

12        MS. CAPRIO:  Thank you, Chief.  Thank you, Your

13   Honor.  Plaintiff --

14        THE COURT:  Plaintiff, call your next witness.

15        MR. PERTNOY:  Your Honor, before the witness takes

16   the stand, we have the objection to the use of this witness.

17        May I go to the podium and present my objection?

18        THE COURT:  Sure.

19        MR. PERTNOY:  Thank you.

20        THE COURT:  You can approach on the sidebar.

21                      (At the bench.)

22        MR. PERTNOY:  Mr. Acevedo came in as the Chief of

23   Police in April 20, 2021.  This is so far beyond the scope of

24   the second amended complaint, he has nothing relevant to offer

25   in this matter.

1          Moreover, he has no relevant knowledge of any of the

2    acts that are complained of in the complaint.  And furthermore,

3    we suspect that what plaintiffs are going to show is a

4    memorandum that he sent to the Department of Justice and to the

5    FBI trying to fish up an investigation into Commissioner

6    Carollo, City of Miami and other commissioners which is the

7    subject of another lawsuit across the hall in front of Judge

8    Williams and the memo itself has no reference to the

9    plaintiffs, no reference to their businesses, and this is just

10   going to be unduly prejudicial and is going to pollute this

11   case with issues that have nothing to do with this case.

12         The memo talks about police procedures, internal

13   investigations, things of that nature, and this would be

14   letting in Pandora's box if this witness was allowed to be here

15   today.

16         MS. GOMEZ:  The Chief of Police was present and was

17   working at the time that he was being -- that Mr. Fuller was

18   being targeted, and he was being instructed to go and inspect

19   businesses.  He's going to be able to testify directly to what

20   we've alleged in our complaint.  With respect to the memo --

21         THE COURT:  Excuse me, excuse me.  We have -- we're

22   having a sidebar.  Please keep it quiet.  Do not have any

23   conversation.  If you need to speak, you may speak outside of

24   the courtroom.  Thank you.

25                        (At the bench.)

1              MS. GOMEZ:  Your Honor, he's going to testify that

2     during the time that he was Chief of Police, on the first day

3     of the job, he was essentially told that he had to not go to

4     any of the Bill Fuller's properties, that Carollo was upset

5     with him and make sure that he got fired and that everybody

6     openly spoke in the community about how Carollo was targeting

7     Bill Fuller including the city manager, Art Noriega, and our

8     current Chief of Police Morales at the time he was in the

9     division.

10              THE COURT:  I don't know.  He's not able to comment

11     on those allegations in this case.  Anything else outside of

12     that, or letters sent to the Department of Justice, do not ask

13     that question.

14              MS. GOMEZ:  So that's the only memo that we have as

15     an exhibit.  It's not sent to the Department of Justice.  It's

16     to Art Noriega.  It's an internal memo sent to Art Noriega who

17     was his boss and to Mayor Suarez, and the only mention to any

18     authorities or the very last line that just very generically

19     that this is about reporting it to the authorities which could

20     be Art Noriega to his supervisors.  It doesn't mention any

21     police enforcement.

22              THE COURT:  We'll allow you to question that this

23     report was sent directly to his supervisor, yes or no.  If it's

24     anything beyond that, we're not going to do that.  We are going

25     to try this case, and it's going to be with respect to

1    businesses.  His comment about Commissioner Carollo targeting

2    is outside of the scope.  I will allow it to only specific

3    questions.  We are not going to sit up here and bring in other

4    lawsuits with respect to that.

5           MS. GOMEZ:  Well, Your Honor, the only question I was

6    going to ask and I'm anticipating that they're going to ask on

7    cross -- if they're not going to ask about this lawsuit, I

8    won't either.

9           THE COURT:  No one can ask about this lawsuit.

10   You're opening up the door.

11          MR. PERTNOY:  I'm concerned the testimony she's going

12   to elicit is hearsay between two city officials.  The city is

13   not a party and using documents in a timeframe that is beyond

14   three years after the second amended complaint and that we're

15   just opening Pandora's box by trial by ambush here.

16          MS. GOMEZ:  I have one document listed.

17          THE COURT:  Let me see the document.

18          MR. PERTNOY:  Here's the memo on the issue that I've

19   just raised.  I am going to provide one to counsel.  Here's a

20   memo with some of the issues.  Just for the record, I think

21   it's 256 which is the email sending it to the DOJ.

22          THE COURT:  Do not introduce any other document.  I

23   have Exhibit 555 which is addressed to Manager Art Noriega,

24   this memo to see what --

25          MS. GOMEZ:  It's documenting all of the issues that

```
 1   Chief Acevedo is having with defendant Carollo, and the
 2   importance of documents; just shows because after he sends this
 3   document, Carollo puts into effect a plan to get him fired.
 4           MR. PERTNOY:  Just to be clear, Your Honor, this is a
 5   September 24, 2021 email for a second amended complaint that's
 6   dated in 2019.
 7           As you can see from the title on the memo, starting
 8   with the first one, the NPD Internal Affairs.  This has nothing
 9   to do with our case.  NPD staffing issues, and the last one has
10   to do with Commissioner de la Portilla giving a target.  This
11   has nothing to do with our case.
12           THE COURT:  I'm going to sustain the objection as to
13   this memo.  You can question him as to role while he was there,
14   it's not coming in.  All right?
15           MR. PERTNOY:  Thank you, Your Honor, and I'll leave
16   this with you, Your Honor.
17           MR. KUEHNE:  Your Honor, were you considering a
18   personal break right now?  It's almost 11:30 to go to the
19   bathroom?
20           THE COURT:  All right.
21                      (In open court.)
22           THE COURT:  We're going to take a brief recess for
23   ten minutes.  Again, ladies and gentlemen, please do not
24   discuss this case with anyone.  Do not formulate any opinion as
25   well.
```

```
 1              THE COURTROOM DEPUTY:  All rise for the jury.

 2              (Thereupon, the jury exited the courtroom.)

 3              MS. GOMEZ:  I just wanted to clarify.  Sorry, I want

 4    to clarify the Court's ruling just so that I'm not planning on

 5    asking Mr. Acevedo whether he has filed a lawsuit, but I don't

 6    want to bring that up.  I don't want that coming out in

 7    cross-examination for the first time so I just want to make it

 8    clear that you are not going to ask him that.

 9              MR. PERTNOY:  I have no intention to talk about his

10    lawsuit in this case.

11              MS. GOMEZ:  Or to even ask whether he has filed a

12    lawsuit.

13              MR. PERTNOY:  I have no intention of referencing the

14    lawsuit with respect to this.

15              MS. GOMEZ:  Your Honor, the other objection we have

16    is Mr. Carollo is sitting next to his wife.  Usually, no party

17    sits next to his wife, holding hands and hugging throughout the

18    trial.  If you could please have her sit in the back with other

19    members of the public.

20              MR. PERTNOY:  Your Honor, the man is on trial for his

21    life.  If she wants to offer comfort and support, I mean, but

22    his professional career is being -- and his reputation is at

23    stake.  And if he wants to have his wife sitting in a chair

24    right next to him, this is not prejudicial in any way.  This is

25    absurd that it would even be raised.  If you want to have your
```

1    clients' wives sit next to your clients, you have every right

2    to do that.  I would have never thought --

3            THE COURT:  What's the problem with her sitting next

4    to him?

5            MS. GOMEZ:  They're hugging and holding hands.

6            THE COURT:  If you want to hug, you can do that

7    outside the presence of the jury.  If they want to sit next to

8    each other, I have no objection to that.  No type of hugging or

9    anything.

10           MS. GOMEZ:  Holding hands and touching.

11           MS. CAPRIO:  Rubbing shoulders.

12           THE COURT:  That's not necessary before the jury and

13   the Court.  If she wants to sit next to him, that's fine.  Any

14   type of display of affection before the jury is not --

15           MR. PERTNOY:  I don't even think the jury can see

16   them from where they're at.  I'll make sure if they're holding

17   hands, it's below the table.

18           THE COURT:  That's fine.  She doesn't have to do

19   that.

20           MS. GOMEZ:  Your Honor, the last point is it's my

21   understanding that the Court ruled that we cannot speak to the

22   media.

23           We have -- we believe that Mr. Sarnoff was out there

24   speaking to a member of the media, and if you could just please

25   instruct us nobody can speak to media.  Nobody speak to the

```
 1   media.

 2           MR. PERTNOY:  If he's speaking to the media, it's

 3   just because they know each other.  It has nothing to do with

 4   this case.  Mr. Sarnoff --

 5           THE COURT:  No conversations with the media about

 6   this.  How long -- how long is your direct examination?

 7           MS. GOMEZ:  I would think maybe 45 minutes.

 8           THE COURT:  Also I found out we have to move to

 9   another courtroom and go back to the 12th floor, 12-2.  I'll

10   tell you what.  We should just break now and have the jury

11   return at 1:15 as we have to move everything out.

12           MR. PERTNOY:  Move everything to 12-2?

13           THE COURT:  Judge Ruiz has a hearing here.

14           MS. GOMEZ:  We're breaking now?

15           THE COURT:  Yes, we'll break now.  I'll let the jury

16   know to go out for lunch.  We'll be in 12-2 until Fort

17   Lauderdale opens, whenever that may be.  We definitely have to

18   move again.

19           MS. GOMEZ:  Thank you, Your Honor.

20           MR. PERTNOY:  Thank you, Your Honor.

21                       (In open court.)

22           THE COURTROOM DEPUTY:  All rise for the jury.

23

24

25
```

1          (Thereupon, the jury entered the courtroom.)

2              THE COURT:  You may be seated, ladies and gentlemen.

3     Also I'm told, ladies and gentlemen, that we're going to be

4     moving to courtroom 12-2.  That would be our final move here

5     while we're in Miami.

6              So after lunch, if you report to courtroom 12-2, we're

7     going to take a recess now.  It will be at least till 1:15.

8              While you're on the lunch break, do not discuss this

9     case with anyone or among yourselves.  We'll see you in

10    courtroom 12-2 promptly at 1:15.  It's one floor.  We're 11-2,

11    12-2 above.  Everyone write that down, 12-2 at 1:15.  Enjoy

12    your lunch.  Thank you.

13             THE COURTROOM DEPUTY:  All rise for the jury.

14                  (Luncheon recess was taken.)

15

16

17

18

19

20

21

22

23

24

25

<u>TUESDAY AFTERNOON SESSION, APRIL 18, 2023</u>

<u>PROCEEDINGS</u>

- - -

(At the bench.)

MS. GOMEZ:  So, Your Honor, the defense plans to ask the Chief about his termination.  The response to the termination was the lawsuit.  The lawsuit that you said not to mention so I wanted to raise the issue again, but if the defense going to ask him about his termination, they're opening the door to the mentioning of that lawsuit.

THE COURT:  Do you intend to ask him any questions about his termination?

MR. PERTNOY:  Absolutely.  They're intending to talk to him about his hiring and his employment, and I get to tell the second side of that story which is his termination.

The lawsuit has nothing to do with that.  If you don't want to open the door asking about the termination, don't ask him about his employment.

THE COURT:  Look, if you ask him about termination, he discusses the lawsuit precipitating, you opened the door and I'm going to leave it at that.  It's your decision.  I'm not going to tell you how to try your case.  If you go down that route, that's what you're going to lead yourself into that.

Anything else?

MS. GOMEZ:  No, Your Honor.

```
 1            MR. PERTNOY:  With all due respect, I don't think
 2    that he filed the lawsuit.  Me asking about the fact that he
 3    got terminated for separate reasons, I have every right to ask
 4    him about that.
 5            THE COURT:  That's going to be his response to that,
 6    that's a fair reply, and then ask that question.  That's a fair
 7    reply, counsel, all right?
 8                        (In open court.)
 9            THE COURT SECURITY OFFICER:  All rise for the jury.
10            THE COURT:  The members of the jury are all present
11    and accounted for.  You may be seated.
12            Plaintiff, you may proceed.
13            MS. GOMEZ:  Your Honor, I believe the witness needs
14    to be sworn in.
15            THE COURTROOM DEPUTY:  Yes, sir.  Can you please
16    raise your right hand?
17                        (Witness sworn.)
18            THE WITNESS:  I do.
19            THE COURTROOM DEPUTY:  Can you please state your name
20    and spell it for the record?
21            THE WITNESS:  May I sit down?  Art Acevedo.  A-C-E-V,
22    as Victor, E-D-O.  That's what I'm known by and I'm also known
23    as Hubert, H-U-B-E-R-T, Arturo is A-R-T-U-R-O, Acevedo is
24    A-C-E-V-E-D-O.
25            THE COURTROOM DEPUTY:  Thank you, sir.
```

```
 1                          -  -  -  -  -

 2              DIRECT EXAMINATION OF ART ACEVEDO

 3    BY MS. GOMEZ:

 4    Q.   Good afternoon, Chief.  How are you doing?

 5    A.   I'm well.  Thank you.

 6    Q.   Could you please tell the jury where you currently work?

 7    A.   I'm currently the Chief of Police in Aurora, Colorado

 8    which is the third largest city in the State of Colorado and a

 9    multi-diverse city in Colorado.

10    Q.   How long have you been in law enforcement?

11    A.   Close to 36 years.

12    Q.   What year did you start?

13    A.   I began my career in 1986.  The California Highway Patrol

14    which is the largest state police agency in the country.  I

15    joined the highway patrol because it had a great reputation for

16    being professional.  Started there, made captain for five and a

17    half years and then went to East Los Angles which is probably

18    the most densely populated part of Los Angeles County and I

19    chose that because it's -- you don't see a lot of immigrants.

20    I felt that would be impactful.  That was my assignment of

21    choice.

22         Worked my way up over the years to -- all the way up to

23    chief and worked as an investigator, internal affairs

24    investigator.  I worked in special investigations unit where we

25    actually investigated officer misconduct, officer criminal
```

1    offenses, officer involved shootings, public corruption.  You

2    name it, we investigated it.  Then I kept going up the chain to

3    chief.

4    Q.   And once you left East Los Angeles, where did you go?

5    Sorry, Judge.  Once you left East Los Angles, where did you go?

6    A.   East Los Angeles, from the California Highway Patrol I

7    also worked as an investigator there.  East Los Angles, worked

8    in Walden Park, patrol officer.

9        My heart was in East Los Angeles.  I saw myself when I was

10   located and so I went back to East Los Angeles.  Promoted to

11   sergeant in East Los Angeles.

12       Then I went to internal affairs in Sacramento, internal

13   affairs.  Handled all the misconduct across the state.  Spent

14   about a year and a half in internal affairs as a sergeant

15   traveling the state, conducting a very serious investigations

16   involving, unfortunately, members of law enforcement in the

17   California Highway Patrol.

18       After internal affairs, I returned to Los Angeles for a

19   place called the Southern Division.  Actually, I went back to

20   East Los Angeles.  Then I went to Southern Division to be a

21   training sergeant where I was in charge of training the

22   Southern Division which was comprised 11 stations across Los

23   Angeles County.  Probably the most populous in the county in

24   the United States about 10 million residents.  About 1,400 of

25   sworn members of the department.

1      From there, I made lieutenant, went to -- I was a brand

2  new lieutenant, to Central Los Angeles CHP which is where the

3  110 and the 10 meet, if you're familiar with the program, CHPS.

4  I went to Central Los Angeles.  I was there as a field

5  operations officer in charge of patrol operations or swing

6  shift and graveyard.

7      From there, I went to Santa Fe Springs for a year.  And

8  then from there, I was selected by the commissioner of the

9  California Highway Patrol -- again, it's the largest police

10 agency in the country, about 11,000 employees, a little bit

11 over a two billion dollar budget.  I was selected to be the

12 lieutenant that basically is the chief of staff for the

13 commissioner, assistant commissioner of field operations was in

14 charge for all field operations for California Highway Patrol

15 across the entire state which included about 114 stations at

16 the time throughout the state and eight field divisions.

17     While I was there, I was asked by the commissioner who was

18 the head member for the department to be his administrative

19 assistant.  And I was able to -- actually was there, spend time

20 with him learning how to run an organization that's a public

21 service organization as well as educational.

22     After that, I made captain and went back to East Los

23 Angeles as a captain so it was kind of a homecoming where I

24 trained as to be sergeant, now I was the captain.  I went to

25 East Los Angles where I was the commander, and from there, I

 1   made assistant chief which was over Southern Division which was

 2   LA County and from there, I went to chief in headquarters.

 3        And during that time, I also worked in the special

 4   investigations/internal affairs.  All I would say the most

 5   sensitive investigations, I was a part of during my tenure with

 6   the department.

 7   Q.   Did you leave California to go become a chief at any other

 8   city in the United States?

 9   A.   Yes.  In -- in 2000 -- late 2006, early 2007, I saw an ad

10   in the International Association of Chiefs of Police, they were

11   looking for a police chief in the city of Austin.  They were

12   having some issues with use of force.

13        You know, the time I passed the department, they weren't

14   doing things the way they were supposed to be doing.  I applied

15   for it, and about 75 sitting chiefs from around the country

16   applied.  My wife told me you're not going to get that job,

17   they're not going to hire you, and I said nothing ventured,

18   nothing gained.

19        And I was selected as the police chief from the outside.

20   At that time, shortly after I got there, the Department of

21   Justice announced a pattern and practice investigation because

22   of disproportionality of uses of force against communities of

23   color, predominantly the African American community, Latino

24   community, and I was very happy for that because that was --

25   helped me actually reform that department.

1    Spent about a year and a half, two years really working,

2    very proud of the fact we were the only department that was in

3    the country under the Obama Administration that was subjected

4    to a full pattern and practice investigation, and we were the

5    only ones did not end up in a consent decree and I attribute

6    that the having the right team doing the right things.

7        I spent about a nine years in Austin, Texas as a police

8    chief which is the capital of Texas.  It is a blue dot in the

9    red sea.  It's a very unique and challenging environment.  It's

10   the state capital with a lot of protests and lots of things

11   that go on there.  We were to reduce crime to about 22 percent

12   during a very extensive period of growth.  I was then recruited

13   by the city of Houston, Texas in November 30th of 2016.

14   Q.   Did you go to Houston as a police chief?

15   A.   Yes.  I was the police chief in Houston, Texas.  Police

16   chief in Texas, Houston, selected by the mayor.  It's a strong

17   uniform of government.  Probably the strongest of -- strong

18   leader form of government.  Sylvester Turner selected me.

19       Houston is the fourth largest -- some would argue the

20   third largest city in the country.  And it's the most diverse

21   city in the country.  And I was sworn on November 30, 2016.

22       By August 30, 2016, a few months into it, we encountered

23   Hurricane Harvey where we responded.  No member of the

24   department was allowed to go home.  You lived, slept where we

25   could.  Very proud of my team when we went through that in my

1    community.  Our community, we went through it together.

2         We didn't see it turn into a Katrina.  You didn't see

3    75 percent of the officers went AWOL, what happened in Katrina.

4         We stood there with our community and we were able to

5    withstand that.  So that department was a department of about

6    5,200 sworn police officers, a total of about 75, 80,000,

7    employees with a budget of a little over one billion dollars,

8    which is more or less the city's budget.  The entire city

9    budget.

10   Q.   While you were there, were you recruited by any other

11   police departments?

12   A.   I was recruited -- I've been recruited in Austin.  I was

13   recruited on a regular basis to try to bring me to other

14   cities, and Houston, the same thing.  I was recruited by the

15   City of Miami, by the mayor of Miami.

16   Q.   Who was the mayor?  Was it Mayor Suarez?

17   A.   Yes.

18   Q.   What was Mayor Suarez's purpose in recruiting you?  What

19   was it -- why did he want to bring you to Miami?

20             MR. PERTNOY:  Object to form.  Calls for speculation.

21             THE COURT:  Overruled.  You can answer.

22             THE WITNESS:  I had met Mayor Suarez I believe the

23   year before in Boston, Massachusetts at the U.S. Conference of

24   Mayors.  I was the president of the Major City Chiefs

25   Association at the time where it was the 79th largest police

1    departments in the country.  New York, San Jose, San Francisco,

2    Miami, Boston, just all the big cities, and the nine largest in

3    Canada, and I was asked -- as you know, we have a real problem

4    with gun violence in our country unfortunately.

5            We're more cussed on politics in this country than we

6    are on the safety of the American people and the Conference of

7    Mayors asked the chiefs to have a joint press conference at

8    their annual conference in Boston, and I spoke on behalf of

9    America's chiefs calling for congressional action on gun

10   violence.  It's a scourge.  It's a public health epidemic and

11   unfortunately, we still haven't done enough.  Every day we see

12   what's going on.

13           That's where I met Mayor Suarez for the first time

14   along with Jorge Colina, who I already knew as a colleague, and

15   then I gave him my card part of our job as leaders is to always

16   not work and to do your very best to leverage relationships on

17   behalf of the people that we're sworn to protect and serve.

18           And in March of -- getting old, Your Honor, so I

19   apologize.  But in March of 2021, I found a voicemail from the

20   mayor asking me, hey, I need to talk to, Chief.  This is Mayor

21   Suarez.  I need to talk to you.  Can you please call me.

22           I called him and he was in the middle of a meeting.

23   He said I need to talk to you.  Can I call you tomorrow?  I'm

24   busy right now.  He told me he was going to call me at 3:00 the

25   next day which he did.

 1          The next day was a Wednesday, I believe.  He told me
 2     that they needed to reform the City of Miami Police Department.
 3     He felt that they were not -- the department was not well
 4     managed.  He felt that there were issues related to -- needed
 5     reform, and he said I want you to be my chief.  I wasn't
 6     looking for a job.  I wasn't looking for a job when they called
 7     me for Houston, but I agreed to have a meeting, a Zoom meeting
 8     the next day, unfortunately with the city manager, Art Noriega,
 9     the mayor, and they basically offered me the job that night and
10     I said I haven't even met with you.  Let me do this.  Let me
11     fly into Miami with my family, with my little boy, my wife and
12     let's have dinner.  And, you know, and let's talk about it.
13     And I'll pay it for myself.  You don't owe me anything.
14          We flew in and I had dinner, my wife and I with the
15     city manager and his wife and after about a couple of weeks of
16     just constantly trying to recruit me, this is -- I like to say
17     I'm a Cuban by birth but an American by the grace of God.  That
18     all this freedom, I wanted to finish my career and come here,
19     come to Miami, and finish my career here.  So I think my heart
20     strings is what brought me here more than anything.
21          And I've been known as a reformer my entire career
22     which is why the Obama Administration, I was asked to be the
23     police monitor in Puerto Rico which is under a ten-year consent
24     decree by the Department of Justice Civil Rights Division,
25     almost did it, but my wife wasn't sure she wanted to take our

1    little boy away from the family, so we didn't.

2         So that's how I ended up here in Miami to be a

3    reformer because that's what I like.  I like fixing the

4    problems of American policing.  It's not the cops, it's the

5    leadership.  I felt that I could make a difference for the men

6    and women of the police department, and for this great

7    community that they try to serve.

8    Q.   To round out your background, have you ever had any

9    presidential appointments?

10   A.   No, I've been -- appointments, yes, but presidential

11   appointments, I've been asked by the Obama Administration to --

12   if I would be interested to be secretary -- excuse me, the

13   customs -- not customs, ICE -- excuse me.  The director of ICE.

14        I met with them, and that's a job no matter what you do,

15   fifty percent of the country is angry at you.  I just feel like

16   that you can't have as much of an impact as you can, because

17   you have more of a free voice when you're not working for the

18   federal government so I turned them down.

19        But they did place me on the Homeland Security Advisory

20   Council which is a council of government and private sector

21   executives that meet with the Secretary of Homeland Security on

22   a regular basis.

23        And we actually -- they brief us, Homeland Security, and

24   we provide guidance dance to the secretary.  I was also on the

25   ODNI which is Office of the Director of National Intelligence

```
 1    on an advisory committee for them in my role as a major city
 2    chief.
 3          And then most recently, under the Biden Administration, I
 4    was also asked if I would consider custom and border protection
 5    and I have a little boy so I didn't want to live out of a
 6    suitcase at that time, so I said no.
 7          Then I ended up in Miami.  I was also on the Homeland
 8    Security Advisory Council starting with the Obama
 9    Administration into the Trump Administration, so I served
10    multiple secretaries throughout those years.
11    Q.   And did I understand you correctly that you were born in
12    Cuba?
13    A.   Oh, yes.  I'm Cuban despite what you might have heard from
14    the defendant here.
15                MR. PERTNOY:  Objection, Your Honor.  Move to strike.
16                THE COURT:  That's sustained.
17    BY MS. GOMEZ:
18    Q.   While you were the Chief of Police for the City of Miami,
19    did you have an opportunity to meet defendant Carollo?
20    A.   Yes.
21    Q.   How soon after starting your job did you meet him?
22    A.   Well, I first heard of him before I even started my job on
23    the Sunday that -- before I was announced that Monday as the
24    selection of the city manager at the mayor's home where they
25    had a little brunch for me and my wife.  They told me about Joe
```

1   Carollo for the first time.

2   Q.   And how soon after starting the job did you learn about

3   Mr. Fuller?

4   A.   Oh, well, I learned about Ball & Chain quite honestly

5   which is one of his businesses from the mayor and from the city

6   manager who was very open about the disdain that the defendant

7   had for him, so it was brought up and I learned about him.

8        Then on April 1st, I landed in Miami, kind of was an omen,

9   I should have figured on April Fools Day that I was landing in

10  Miami to take this new job, but you have to hit the ground

11  running.  First impressions are the lasting impressions and

12  they're very hard to change.

13       And so I went straight to the office at the Miami

14  headquarters.  And that Saturday, I told the city manager so I

15  was working for free because it was not about the money.  It's

16  sort about making a difference, not making money.

17       And I remember telling the city manager, hey, on Saturday,

18  I'm going to go out and patrol with the lieutenant over the

19  downtown command.  I think his name was Harrison, or something

20  like that.  I'd have to check my memory banks here, and I would

21  be there probably most of the night into the next morning.

22  Q.   Is this before you were sworn in?

23  A.   That's before I was sworn in, yeah, and about 11:30 or so

24  at night, I get a phone call from the city manager and the

25  manager says, hey, are you out here like you said you were

1    going to be?  I said yes, sir, I'm out here with Lieutenant

2    Harrison.  I'm going to call him Harrison.  I'm pretty sure

3    that's his name.

4    Q.   Who was the city manager at the time?

5    A.   The same one that's here today, Art Noriega, and he said

6    meet me over here on SW 8th Street at Little Havana and I

7    believe the cross street was 5th, 5th Avenue.  I said, yeah,

8    I'm on my way.

9         So the lieutenant and I drove in the police car, unmarked

10   police car because I hadn't been sworn in yet so I was on a

11   ride along.  We went to 5th and 8th Street which is if you know

12   anything about Miami city, it's kind of the cultural hub for

13   Cuba, part of Little Havana.

14        And I found the city manager in his vehicle, he got like

15   an Expedition, and the then and now police chief, he was an

16   assistant chief over field operations division, Manuel Morales

17   on a Saturday night is out with the city manager.  I'm like

18   what is this about?  That's very unusual that they're out

19   together.  I've never experienced that.

20   Q.   And around what time are we talking about?

21   A.   11:30 at night, something around there.  And that's when I

22   first learned from them about Mr. Fuller by name.  They talked

23   very openly about Mr. Fuller.  They were outside of some

24   taquerias place that I actually drove by there yesterday and

25   it's closed from the city, had something to do with that, but

```
 1    here's the city manager and the field operations division
 2    chief.  They're on a code enforcement matter allegedly and --
 3    Q.   Had you ever seen that before?
 4    A.   Oh, no.  That's highly unusual.  City managers normally
 5    work Monday through Friday, 8:00 to 5:00.  We don't really get
 6    involved in the enforcement of codes out there firsthand.  And
 7    they very openly talked about the disdain this defendant had
 8    for Bill Fuller because Bill Fuller -- this is my words
 9    describing my interpretation -- had the audacity to exercise
10    his First Amendment rights to have a fundraiser for
11    Mr. Carollo's or Crazy Joe I think they called him --
12              MR. PERTNOY:  Objection, Your Honor.  Move to strike.
13    It goes beyond the question and he's now just testifying about
14    rank hearsay.
15              THE COURT:  All right.  Sustained.  Ask a question,
16    counsel.
17    BY MS. GOMEZ:
18    Q.   So when you arrive -- was it Taquerias?  That was the name
19    of the place back then?
20    A.   I don't remember.  I know it was a taquerias business.
21    Q.   A Taquerias.  Okay.
22    A.   Yes.
23    Q.   And so when you arrived --
24    A.   It was tacos.  Whether it's a taquerias, that's all I
25    remember.
```

1   Q.   Okay.  And so when you arrive, you see the city manager,

2   Art Noriega?

3   A.   Yes, but they were off to the side.  They were actually on

4   the 5th Avenue.  It appeared to me like they're trying to be

5   out of sight of the folks at the taco place.

6              MR. PERTNOY:  Objection, Your Honor.  Beyond the

7   scope of the question and now he's just speculating.

8              THE COURT:  Overruled.

9              THE WITNESS:  And then in front of the -- I first

10  thought that the taquerias, you see all these police cars,

11  police activity, right, and I'm looking for the city manager,

12  I'm figuring the taquerias which was being basically raided was

13  a bunch of police officers and Code and everybody else is on

14  8th here and 5th Avenue is a little past it is my recollection,

15  just past it.

16             So I'm assuming the city manager and the assistant

17  police chief were going to be where the police are at.  I get

18  out of the car, Harrison gets out of the police car.  They were

19  directly around the corner on 5th Avenue in kind of a dark

20  little side street right there.  They called me over there.

21  Q.   Did you ever learn why they were on that side street?

22             MR. PERTNOY:  Objection.  Calls for hearsay.

23             THE COURT:  Overruled.

24             THE WITNESS:  They were observing, personally

25  observing and supervising the targeting operation of the city.

1  **BY MS. GOMEZ:**

2  Q.   And so what were all those police officers doing at

3  Taquerias at 11:30 at night?

4          MR. PERTNOY:  Objection.  Calls for speculation.

5          THE COURT:  Overruled.

6          THE WITNESS:  They were carrying out the political

7  desires and the political retribution against Mr. Fuller and

8  any Fuller related business at the direction of this defendant,

9  retaliation for Mr. Fuller's simply exercising his

10 Constitutional rights to have a fundraiser.

11 **BY MS. GOMEZ:**

12 Q.   And how do you know that?

13         MR. PERTNOY:  Objection, Your Honor.  Move to strike.

14 Goes beyond the question.  Goes beyond the question and is

15 clearly opinion and speculation.

16         THE COURT:  Overruled.  You'll have an opportunity to

17 cross-examine him.

18 **BY MS. GOMEZ:**

19 Q.   How do you know sitting here today that that's what was

20 happening back then?

21 A.   Because it's not speculation.  It is well known, spoken

22 about openly in the city government about how Joe Carollo has

23 absolute disdain for Mr. Fuller and anyone that would cross

24 him.  They call him Crazy Joe.

25         MR. PERTNOY:  Object.  This is -- objection.

```
 1   Argumentative.  Move to strike.
 2            THE COURT:  All right.  Sustained.  It's stricken.
 3            THE WITNESS:  Well, they have a not very favorable
 4   reputation.
 5   BY MS. GOMEZ:
 6   Q.   Were you given any warnings that day?
 7   A.   Yes.
 8            MR. PERTNOY:  Objection.  Calls for hearsay.
 9            THE COURT:  Overruled.
10   BY MS. GOMEZ:
11   Q.   What warnings were you given?
12   A.   The essence of it was, again, very open conversation as to
13   why they were there.  They were there on behalf of Mr. Carollo,
14   and they warned me to stay away from anything to do with Bill
15   Fuller, the Ball & Chain, any taquerias, anything that he's
16   associated with because I will experience the wrath of Joe
17   Carollo.
18            MR. PERTNOY:  Objection.  Hearsay between city
19   officials who are not parties to this case, and it's just
20   speculation on his part; should be stricken.
21            THE COURT:  Overruled.
22   BY MS. GOMEZ:
23   Q.   To be clear, when you say that you were warned not to
24   associate with, are you talking about patronizing, like you
25   can't go buy a drink or eat at one of the establishments owned
```

1  by Mr. Fuller?

2          MR. PERTNOY:  Objection.  Leading.

3          THE COURT:  Overruled.

4          THE WITNESS:  Absolutely.  I actually stepped into

5  Ball & Chain yesterday for the first time in my life because I

6  wanted to exercise my rights as an American to patronize any

7  business that's open for business.  I was told that I was

8  spotted there --

9          MR. PERTNOY:  Objection.

10          THE WITNESS:  -- that there would be consequences.

11          THE COURT:  When there's an objection, wait, sir.

12          MR. PERTNOY:  Objection.  Beyond the scope of the

13  question.  Now offering opinion testimony, and 403.

14          THE COURT:  All right.  I'm going to sustain that

15  question.  You may move on to your next question, counsel.

16          MS. GOMEZ:  Yes, Your Honor.

17  **BY MS. GOMEZ:**

18  Q.  Did you receive any other warnings about defendant

19  Carollo?

20  A.  Yes.

21  Q.  What were those warnings?

22          MR. PERTNOY:  Objection.  Calls for hearsay.

23          THE COURT:  Overruled.

24          THE WITNESS:  That I will be very busy and my

25  department will be very busy dealing with Mr. Carollo and his

1   obsession with Mr. Fuller, and it will be basically required to

2   inspect and to be going to his businesses on a regular basis

3   and be ready for that.

4            MR. PERTNOY:  Objection.  Move to strike his

5   speculation and opinion and again, 403.

6            THE COURT:  Overruled.

7   **BY MS. GOMEZ:**

8   Q.   Did you ever have a brunch where you also received more

9   warnings about defendant Carollo?

10           MR. PERTNOY:  Objection.  Calls for speculation and

11  it's also asking for hearsay statements.

12           THE COURT:  Overruled.

13           THE WITNESS:  Yes.  The Sunday before I was sworn

14  in -- excuse me, the Sunday before I was going to be announced

15  as the selection as the new police chief, I was at Mayor

16  Suarez's house.

17  **BY MS. GOMEZ:**

18  Q.   And what was the warning that you received?

19           MR. PERTNOY:  Objection.  Hearsay.

20           THE COURT:  Overruled.

21           THE WITNESS:  They were very open about Joe Carollo,

22  and they even brought up what they called the three headed

23  monsters, three Cubans on the Commission, and they were very

24  open about that Joe Carollo --

25           MR. PERTNOY:  Objection.  403.

```
 1              THE COURT:  Overruled.
 2   BY MR. GUTCHESS:
 3   Q.   If you can repeat, they were very open that if you didn't
 4   do what Joe Carollo said, what would happen?
 5   A.   Well, there would be consequences.  He'll come after you
 6   and others.  I was warned about Joe Carollo by many city
 7   officials.
 8              MR. PERTNOY:  Objection, hearsay.  403.  Highly
 9   prejudicial.
10              THE COURT:  Overruled.
11   BY MS. GOMEZ:
12   Q.   Was there a particular term that they used to describe
13   him?
14              MR. PERTNOY:  Objection.  Hearsay, 403.
15              THE COURT:  Sustained.
16   BY MS. GOMEZ:
17   Q.   Now, if we could talk a little bit about the city.  So you
18   arrived at Taquerias, and you said you see the city manager and
19   you see a field division chief.
20        Was seeing the field division chief at 11:30 a night at
21   Taquerias with a bunch of other officers conducting an
22   inspection, was that normal?
23              MR. PERTNOY:  Objection.  Calls for speculation and
24   leading.
25              THE COURT:  Overruled.  You can answer.
```

```
 1              THE WITNESS:  No.  For a simple code inspection,

 2    that's very abnormal to have the city manager and the field

 3    operations chief and then to bring in the new police chief, to

 4    bring them in on a little open secret.

 5              MR. PERTNOY:  Move to strike as highly prejudicial.

 6    Open secret.

 7              THE COURT:  Sustained.

 8    BY MS. GOMEZ:

 9    Q.   Remind us, again, what was your understanding of why the

10    city manager and this field division chief, why were they

11    there?

12              MR. PERTNOY:  Objection.  Asked and answered.  And

13    also calls for improper opinion testimony.

14              THE COURT:  Sustained.

15    BY MS. GOMEZ:

16    Q.   Now does the -- how many years again have you been a

17    police officer?

18    A.   I'm working on my 36th year.

19    Q.   Almost four decades.  In your four decades, have you ever

20    seen a city manager doing the bidding of a city commissioner?

21              MR. PERTNOY:  Objection.  Improper bolstering and

22    also seeking improper opinion testimony.

23              THE COURT:  Overruled.

24              THE WITNESS:  No.

25
```

1    **BY MS. GOMEZ:**

2    Q.   What about a division chief?  In your 36 years in law

3    enforcement, have you seen a division chief openly doing the

4    bidding of an elected official such as defendant Carollo?

5         MR. PERTNOY:  Objection.  Argumentative and leading.

6    And 403 and asking for improper opinion testimony.

7         THE COURT:  The objection is overruled.

8         THE WITNESS:  No.  I've never seen that ever.

9    **BY MS. GOMEZ:**

10   Q.   And now is there anything about the position in Miami, the

11   City Charter of Miami that is different from any of the other

12   locations where you've worked where it would be permissible

13   here and not elsewhere?

14        MR. PERTNOY:  Objection.  Calls for an improper legal

15   opinion.

16        THE COURT:  Overruled.

17        MR. PERTNOY:  Again, there's no foundation.

18        THE COURT:  Overruled.

19        THE WITNESS:  Could you please -- it's hard to follow

20   you.  Can you just repeat the question, please?

21   **BY MS. GOMEZ:**

22   Q.   Is there anything about the structure of the City of Miami

23   that makes it different from the other cities where you've

24   worked, and I'm talking about, you know, the city manager and

25   the field division chief being out there doing the bidding of

```
1    an elected official?

2             MR. PERTNOY:  Objection.  Leading.  And same

3    objection.  Calling for expert opinion.

4             THE COURT:  Overruled.

5             THE WITNESS:  Just this is the first time I've seen a

6    city manager, city attorney and basically the entire city

7    working to engage in political retribution.  In the pattern and

8    practice of political retribution.

9             MR. PERTNOY:  Objection.  Move to strike the

10   statement as improper opinion.  Highly prejudicial under 403.

11            THE COURT:  Sustained.

12   BY MS. GOMEZ:

13   Q.  Why did it strike you as odd that the city manager and the

14   division chief were out there at 11:30 at night?

15            MR. PERTNOY:  Objection.  Same objections.

16            THE COURT:  Overruled.

17            THE WITNESS:  Because Code Enforcement, the primary

18   department that handles that was Code with the assistance of

19   the police department which was necessary, but it's front line

20   folks that handle that.

21            The city manager and the field operations division

22   chief were there because they aimed to please Joe Carollo, and

23   they made it real clear that he was driving them crazy because

24   of it.

25            MR. PERTNOY:  Objection.  Move to strike anything to
```

```
 1   please Joe Carollo.  Speculation.  403, prejudicial.
 2           THE COURT:  Overruled.
 3   BY MS. GOMEZ:
 4   Q.   Does Code Enforcement answer -- who does Code Enforcement
 5   report to?
 6   A.   The city manager's office but that may been not a direct
 7   report.  I can't remember which one of the assistants city
 8   managers they were under.  I apologize.  I don't recall all of
 9   them specifically, but it's the city manager.
10   Q.   Is it appropriate for defendant Carollo to give
11   instructions to a Code Enforcement officer?
12           MR. PERTNOY:  Objection, leading.  Speculation.
13   Assumes facts not in evidence.  Prejudicial.
14           THE COURT:  Overruled.  He can answer it.
15           THE WITNESS:  Absolutely not.
16   BY MS. GOMEZ:
17   Q.   And are you familiar with the City Charter for the City of
18   Miami?
19   A.   Generally, yes, and they are not to give us direction.
20           MR. PERTNOY:  Move to strike.  Goes beyond the
21   question.
22           THE COURT:  Overruled.
23   BY MS. GOMEZ:
24   Q.   Were you going to finish your answer?
25   A.   Yes.  They violate the City Charter on a regular basis, I
```

```
 1   used to watch the commission meetings.  You can see it for
 2   yourself.
 3              MR. PERTNOY:  Objection, Your Honor.  403.  Opinions,
 4   speculation.  No foundation.  And no question.
 5              THE COURT:  Overruled.
 6   BY MS. GOMEZ:
 7   Q.   Has Carollo -- defendant Carollo ever ordered you to
 8   arrest someone?
 9   A.   Yes.
10   Q.   And how did that happen?  You can tell us the context.
11   A.   I'm trying to avoid some objections, Your Honor.  I
12   apologize.  Defendant Carollo, when he wanted, he's judge,
13   jury.  He's just whatever he thinks is right is what you are to
14   follow.
15              MR. PERTNOY:  Move to strike, Your Honor.  That does
16   not answer the question.  Highly prejudicial.
17              THE COURT:  Overruled.
18              THE WITNESS:  And so the first time that he called me
19   was I was with my wife and my little boy in Oakwood to attend
20   my older son's wedding.  And I remember getting a call from him
21   and he says there's a bunch of communists at this First Friday,
22   the First Friday that Mr. --
23   BY MS. GOMEZ:
24   Q.   At Viernes Culturales?
25   A.   Viernes Culturales, called First Fridays, and he said
```

```
 1   there's some communists agitators here.  You need to get SIS
 2   here right now.  They need to get them out of here.  We need to
 3   arrest them.
 4   Q.   What is SIS?
 5   A.   Special investigations Section I think is what they called
 6   it.  I could be wrong.
 7   Q.   And this is just a police officers?
 8   A.   It's like an intelligence unit of the police department.
 9   And so, again, here I am, I called my -- I call Tommy Carroll
10   who at the time was the main overseer over that unit.
11        And I said hey, I just got a call from Carollo.  He's
12   insisting there's some communist agitators that are, you know,
13   protesting.  Even though it's a protest, it's called First
14   Amendment right.  But anyway, he said there's some communist
15   agitators at this event and they're -- he wants them arrested,
16   he wants them out of there, do whatever it takes, he says.
17        And Tommy said, you know, he said, well, he's always doing
18   that.  He's constantly doing that stuff.  I said, well, just go
19   check it out to make sure by happenstance that there's no
20   violation of the law.
21            MR. PERTNOY:  Objection, Your Honor.  This is hearsay
22   statement after hearsay statement between city officials who
23   are not a party in this litigation.
24            THE COURT:  Sustained.
25
```

1  **BY MS. GOMEZ:**

2  Q.   So you get the call, you're -- there's communist agitators

3  at this Viernes Culturales event.  What did you do?

4            MR. PERTNOY:  Objection, Your Honor.  403 and

5  leading.

6            THE COURT:  Overruled.

7            THE WITNESS:  I called, as I said, Major Carroll, and

8  I told him what his concerns were and I told him to send some

9  investigators to assess and monitor, but they are to follow the

10 law and they're not to follow any direction that he might

11 receive from them.  They are to follow the law.  That was my

12 direction to them.

13 **BY MS. GOMEZ:**

14 Q.   And did Officer Carroll go to the scene, to Viernes

15 Culturales where this agitation was supposedly happening?

16 A.   I believe he did, but it's been almost two years.  Over

17 two years.

18 Q.   Did he report back to you?

19 A.   He did.

20 Q.   What was his report?

21 A.   He said --

22            MR. PERTNOY:  Objection.  Hearsay.

23            THE COURT:  Sustained.

24 **BY MS. GOMEZ:**

25 Q.   Did anything happen?  Were there communist agitators or

 1   any kind of agitator at the Viernes Culturales that required an

 2   arrest to take place that day?

 3           MR. PERTNOY:  Objection.  Lack of foundation.  Calls

 4   for speculation.

 5           THE COURT:  Overruled.  If he knows.

 6           THE WITNESS:  I received a report back that we

 7   responded -- did respond as I directed.  They observed, they

 8   monitored, and they found no violation of any criminal statute

 9   that would authorize an arrest.

10   **BY MS. GOMEZ:**

11   Q.   Now, did you -- do you remember the date of your first

12   commission meeting, your city commission meeting?

13   A.   Oh, yes.

14   Q.   What was the date?

15   A.   Well, it was April 22, 2021.

16   Q.   And do you recall --

17   A.   It was a Thursday.

18   Q.   Thursday.  And do you remember anything significant

19   happening that day?

20   A.   Yes.

21   Q.   What happened?

22   A.   Well, I witnessed two out of the three Cuban

23   commissioners --

24   Q.   Can you mention who are they?

25           MR. PERTNOY:  Objection, Your Honor.  This goes

```
 1    beyond the scope of these proceedings.

 2                THE COURT:  Overruled.

 3                THE WITNESS:  They were the two specific ones were

 4    Commissioner Carollo and Commissioner Alex de la Portilla.

 5    BY MS. GOMEZ:

 6    Q.   And what did you witness them doing?

 7    A.   Well, I witnessed them from the dais.  Again, it's on

 8    video, you can see it.  One had a -- I think Mr. Carollo had a

 9    recollection -- my recollection is that he had an item to

10    establish a unit to deal with code enforcement violations, a

11    multidisciplinary unit involving Fire, Code and the police

12    department.

13         And then Alex de la Portilla brought up, I believe, a

14    pocket item was my recollection where he wanted to do something

15    and I witnessed two commissioners from the dais talking about a

16    target list, who they wanted us to target, who they wanted us

17    to inspect based on their will, not based on anything

18    legitimate.

19                MR. PERTNOY:  Objection, Your Honor.  Move to strike.

20    These are the very things that we discussed on the sidebar and

21    the document that we reviewed.

22                THE COURT:  All right.  Sustained.

23    BY MS. GOMEZ:

24    Q.   What was your reaction to learning that two commissioners

25    had a list of businesses that they wanted visited by Code
```

```
 1   Enforcement --
 2             MR. PERTNOY:  Objection.
 3   Q.   -- and by police?
 4             MR. PERTNOY:  Objection, leading.  And also what we
 5   discussed at the sidebar, Your Honor.
 6             THE COURT:  Overruled.
 7             THE WITNESS:  It was incredulous.  I thought oh, my
 8   God, where have I landed or what have I done to myself.
 9   BY MS. GOMEZ:
10   Q.   And what was wrong about that?
11             MR. PERTNOY:  Objection.  Calls for speculation.
12   Calls for improper opinion.
13             THE COURT:  Overruled.
14             THE WITNESS:  They were openly violating the Charter.
15   BY MS. GOMEZ:
16   Q.   What did the Charter specify that they couldn't do?
17             MR. PERTNOY:  Objection.  Again, calling for an
18   improper opinion.
19             THE COURT:  Overruled.
20             THE WITNESS:  Well, the Charter prohibits them from
21   giving direction to the police department.  You watch the
22   video, you'll see them kind of trying to say that.  They made
23   it real clear we'll just do a workaround.  We'll just order the
24   city manager to order the police department because we can fire
25   the city manager.  It was a big game that was being played in
```

 1 | violation of the Charter.
 2 | MR. PERTNOY:  Objection, Your Honor.  Again, improper
 3 | opinion.  403.
 4 | THE COURT:  Your objection is noted for the record.
 5 | Overruled.
 6 | THE WITNESS:  And it was, again, I just -- why did
 7 | they bring me here?  I'm a soldier of the law.  The rule of law
 8 | is why we left Cuba to come in.  I'm starting to question why
 9 | would they bring me here of all people.
10 | MR. PERTNOY:  Objection, Your Honor.  This is not --
11 | it goes beyond the question and now is just into a personal
12 | narrative that's improper.
13 | THE COURT:  Sustained.
14 | **BY MS. GOMEZ:**
15 | Q.  When you say why did they bring me here, what are you
16 | referring to?
17 | MR. PERTNOY:  Objection.  Same objection, Your Honor.
18 | THE COURT:  Sustained.
19 | **BY MS. GOMEZ:**
20 | Q.  Were you ever under the impression that defendant Carollo
21 | genuinely had concerns about code violations on any of
22 | Mr. Fuller's properties?
23 | MR. PERTNOY:  Object to form.  Calls for speculation.
24 | THE COURT:  Overruled.
25 | THE WITNESS:  No.  He had disdain for the man.

 1   **BY MS. GOMEZ:**

 2   Q.   Is this something that you repeatedly heard while you were

 3   working in the City of Miami?

 4           MR. PERTNOY:  Objection.  Hearsay.

 5           THE COURT:  Sustained.

 6   **BY MS. GOMEZ:**

 7   Q.   Was it public knowledge that the disdain that defendant

 8   Carollo had for Mr. Fuller?

 9           MR. PERTNOY:  Same objection, Your Honor.

10           THE COURT:  Sustained.

11   **BY MS. GOMEZ:**

12   Q.   Was it openly discussed in the City of Miami the conflict

13   between the two?

14           MR. PERTNOY:  Objection, Your Honor.  We can keep

15   asking the same question, but it's the same hearsay that she's

16   seeking as well as speculation.

17           THE COURT:  Overruled.

18           MR. PERTNOY:  403.

19           THE COURT:  You can answer the question.

20           THE WITNESS:  He was pretty -- he, himself, was very

21   open discussing his disdain for Mr. Fuller and his businesses,

22   I learned from him himself.  He was very open about it and if

23   you didn't join in that opinion, then you must have been

24   corrupt which is another thing that he would throw out if we

25   wanted to follow the law.

```
 1            MR. PERTNOY:  Objection.  Move to strike the
 2   prejudicial statement.  Must be corrupt.  Improper opinion.
 3            THE COURT:  Overruled.
 4   BY MS. GOMEZ:
 5   Q.   Now did there ever come a time where properties other than
 6   Mr. Fuller's started being inspected?
 7   A.   Yes.
 8   Q.   And what was your take on why that was happening?
 9            MR. PERTNOY:  Objection.  Calls for improper
10   speculation and opinion.
11            THE COURT:  Overruled.  If he knows.
12            THE WITNESS:  Well, it was after that -- on the April
13   22nd commission meeting where they were establishing this new
14   unit of operation to legitimize what's been happening with
15   Mr. Fuller and that's when I got a list from de la Portilla to
16   go investigate.
17            MR. PERTNOY:  Objection, Your Honor.  This goes to
18   the sidebar, the document we reviewed, and the witness is
19   offering improper speculation and opinion.
20            THE COURT:  Overruled.
21            THE WITNESS:  So, you know, I called it political
22   theater where Mr. Carollo is saying start with my district,
23   right?  That was all to try to justify what had been happening
24   to Mr. Fuller and his businesses for two or three, four years,
25   whenever it happened at that time.
```

1  **BY MS. GOMEZ:**

2  Q.   So what was the purpose of adding properties other than

3  Mr. Fuller to the list visited that needed to be inspected?

4       MR. PERTNOY:  Objection.  Improper speculation.

5  Improper opinion.

6       THE COURT:  Overruled.

7       THE WITNESS:  Based on what I had seen and heard and

8  based on my 36 years, like I said, it might be my last rodeo,

9  it wasn't my first rodeo, they were again trying to -- in

10 hindsight, we have been targeting this guy.  We better start

11 figuring out how we can make it look like it's legitimate.

12      MR. PERTNOY:  Objection.  Move to strike.  Improper

13 opinion.

14      THE COURT:  Overruled.

15 **BY MS. GOMEZ:**

16 Q.   Why was that obvious to you that they were adding

17 properties to this list to make it look like Mr. Fuller wasn't

18 being targeted?  Why was that obvious?

19      MR. PERTNOY:  Objection.  Leading.

20      THE COURT:  Overruled.

21      THE WITNESS:  Because what had been going on was

22 openly known throughout the city.  I mean, Domino Park, people

23 talk about it.  The community talks about it.  It was in wide

24 open knowledge in Miami that he was being targeted.

25      MR. PERTNOY:  Move to strike.  Improper hearsay

 1   testimony.

 2          THE COURT:  Overruled.

 3   **BY MS. GOMEZ:**

 4   Q.   Was the city attorney present during that commission

 5   meeting on April 22, 2021?

 6   A.   Yes.

 7   Q.   And did she do anything about the proposal that Code

 8   Enforcement are going to go and target these list of

 9   businesses?

10   A.   No, she helped facilitate.  She works for him.  She works

11   for him.  She's an at will employee.  No, she did not.

12          MR. PERTNOY:  Move to strike.  Improper legal

13   opinion.

14          THE COURT:  Sustained.

15   **BY MS. GOMEZ:**

16   Q.   Did the city manager, was he present during that

17   commission meeting on April 22nd?

18   A.   Yes.

19   Q.   And what was his reaction to the proposal of here's a list

20   of properties?

21          MR. PERTNOY:  Objection.  Calls for speculation.

22          THE COURT:  Overruled.

23          THE WITNESS:  His reaction was you need to keep Joe

24   Carollo happy.

25

1   **BY MS. GOMEZ:**

2   Q.   Now, did anyone ever complain to you on behalf of

3   M. Fuller and Mr. Pinilla about what was happening to their

4   properties about all of the inspections?

5            MR. PERTNOY:  Objection.  Leading and hearsay.

6            THE COURT:  Overruled.

7            THE WITNESS:  At some point, sometime after the 22nd

8   of April, I recall receiving an email from someone.  I don't

9   remember specifically who, but related somehow connected to

10  Mr. Fuller and his businesses complaining about the raid, as

11  you will.  A lot of units were there, and complaining about the

12  characterization of a violation when it was they believed there

13  was no violation.

14           MR. PERTNOY:  Objection.  Improper testimony.  Giving

15  hearsay testimony and speculative testimony of third parties.

16           THE COURT:  Sustained.

17  **BY MS. GOMEZ:**

18  Q.   What did you do once -- after you received that complaint

19  on behalf of Mr. Fuller, what did you do?

20  A.   Well, that complaint came in in the form of an email from

21  someone associated with the Fuller businesses.  I don't know.

22  I don't remember exactly who.

23       I forwarded that to Manny Morales who's the field

24  operations division chief, the sitting chief who's now the

25  police chief by the way.

1    Q.    Manny Morales who's the police chief today?

2    A.    He replaced me, yes.  And I asked him to please follow up.

3    This is just based on my recollection.  Please follow up in

4    this matter.  I said I think it's really important that we

5    respond to the community.  We work for the people and they pay

6    the bills.  We're going to respond and he responded back to me.

7    He, being Chief Morales --

8            MR. PERTNOY:  Objection, Your Honor.  This is

9    hearsay.

10           THE COURT:  Sustained.

11   **BY MS. GOMEZ:**

12   Q.    So you received the complaint.  What did you do?  You

13   forwarded the email to Mr. Morales?

14   A.    Yes.  Officer Morales.

15   Q.    Did Officer Morales report to you looking into the

16   complaint?

17   A.    Yes, he did.

18   Q.    And were you satisfied that the complaint had been taken

19   care of?

20   A.    Well, he responded back to me.  Then I advised him to

21   please confirm some information, and then I told him once he

22   confirmed the information, I directed him as the Chief of

23   Police to reach out to the complainant and to let them know

24   what our review had found.

25   Q.    And did Mr. Morales -- did Officer Morales do that?  Did

```
 1   he reach out to Mr. Fuller and explain what he had found?
 2             MR. PERTNOY:  Objection.  Calls for speculation.
 3             THE COURT:  Overruled.
 4             THE WITNESS:  Then that division chief, field
 5   operations division Chief Morales told me he had reported back.
 6             MR. PERTNOY:  Objection.  Hearsay.
 7             THE COURT:  Sustained.
 8   BY MS. GOMEZ:
 9   Q.  And so after so the division Chief Morales, did he tell
10   you that he spoke to Mr. Fuller and gave him a report?
11             MR. PERTNOY:  Objection.  Hearsay.
12             THE COURT:  Sustained.
13   BY MS. GOMEZ:
14   Q.  Was it your understanding that division Chief Morales had
15   addressed the complaint with Mr. Fuller and his team?
16   A.  Yes, he did.  Mr. Morales, Chief Morales claimed that he
17   had done that.
18   Q.  And did you later learn differently?
19   A.  Yes.
20   Q.  And what did you learn?
21   A.  I never found an email to the complainant.  I read
22   somewhere, couple months later in a pleading in the federal
23   court that I had not followed up --
24             MR. PERTNOY:  Objection, Your Honor.  He's
25   referencing a lawsuit that's not this lawsuit.
```

```
 1                THE COURT:  Sustained.
 2                MR. PERTNOY:  That is exactly what we've discussed
 3   over and over again on sidebar.
 4                THE COURT:  The objection is sustained.
 5   BY MS. GOMEZ:
 6   Q.   So did you later learn that Officer Morales, Chief Morales
 7   now had reported incorrect information to you?
 8                MR. PERTNOY:  Objection.  Leading.
 9                THE COURT:  Overruled.
10                THE WITNESS:  Yes.  He had never followed up with the
11   complainant as he was directed to do.
12   BY MS. GOMEZ:
13   Q.   What was your belief of why he misled you into thinking
14   that he had?
15                MR. PERTNOY:  Objection.  Calls for speculation.
16                THE COURT:  Overruled.  If he knows.
17                THE WITNESS:  Well, he's, you know, he's cooperating
18   with Mr. Carollo's desires.
19   BY MS. GOMEZ:
20   Q.   Who are you referring to when you say he?
21   A.   Chief Morales.
22   Q.   Did you learn during your tenure here as chief, did you
23   notice a pattern with respect to Chief Morales?
24                MR. PERTNOY:  Objection.
25                THE COURT:  What's the objection?
```

1          MR. PERTNOY:  It's leading.  It's speculative.  And

2     it's prejudicial, and we're now on to a litigation that is the

3     subject of our sidebars.

4          THE COURT:  Overruled.

5     **BY MS. GOMEZ:**

6     Q.   I'll repeat the question.  During your tenure here as

7     Chief of Police, did you ever notice that there was a pattern,

8     something was happening with respect to Chief Morales, who back

9     then was a division chief, not the Chief of Police?

10         MR. PERTNOY:  Same objection, Your Honor.

11         THE COURT:  Overruled.

12         THE WITNESS:  Yes.  As it related to Mr. Fuller and

13    as it related to code inspections, I was taken out of the loop

14    and basically communication would come in from city hall

15    directing Mr. Carollo to the city manager and Morales.  I was

16    kind of removed from that piece of the operation.

17    **BY MS. GOMEZ:**

18    Q.   Why was that happening?  Why you were you being removed

19    from the communications?

20         MR. PERTNOY:  Objection.  Calls for speculation.

21         THE COURT:  Overruled.

22         THE WITNESS:  Because I take my oath of office to --

23    in 35 years, we're not going to violate the Constitution and

24    we're not going to violate someone else's Constitutional rights

25    which was what was happening with Mr. Fuller and I didn't want

```
 1   to be a part of it.
 2            MR. PERTNOY:  Move to strike.  Improper legal
 3   opinion.
 4            THE COURT:  Overruled.
 5   BY MS. GOMEZ:
 6   Q.   And during your tenure as the Miami Police Chief, did you
 7   want to bring to the city some of your former staff?
 8   A.   Yes.
 9   Q.   And can you tell us who was the person and what was the
10   role?
11   A.   Well, the --
12            MR. PERTNOY:  Your Honor, before the witness answers,
13   objection.  This is at the very core of the memo that we
14   discussed on sidebar.
15            THE COURT:  Overruled.
16            THE WITNESS:  When I met with the city manager and
17   the mayor and negotiated coming here, I told them that I wanted
18   to bring a lawyer by the name of Ann Spiegel that is a
19   brilliant lawyer that gives you what you need to know which is
20   the law, and provides you not what you want to hear but what
21   you need know as to the law.
22            So I was very clear that I wanted to bring her here,
23   and with the history of the department in terms of the consent
24   decree they wanted for ten years and the allegations of
25   disproportionate us of deadly force against communities of
```

     1   color, more specifically African American --

     2          MR. PERTNOY:  Objection, Your Honor.  I mean, we are

     3   very far afield of this litigation.  Can we go sidebar?

     4          THE COURT:  Denied.  Go on.

     5   **BY MS. GOMEZ:**

     6   Q.   So, Chief Acevedo, so if you can continue.  So, you wanted

     7   to bring --

     8   A.   I wanted to bring her and I wanted to bring her as the

     9   deputy director and create an office of constitutional policing

    10   to send a message to the work force that the Constitution

    11   matters, and we are going to be soldiers of the Constitution.

    12   And the city manager and the mayor said absolutely as far

    13   getting her here, you can bring her.

    14   Q.   And did they later change their opinion?

    15   A.   Well, yes, absolutely.  The defendant --

    16          MR. PERTNOY:  Objection.  Calls for speculation.

    17          THE COURT:  Overruled.

    18          THE WITNESS:  The defendant and the other two Cuban

    19   members of the commission, you can see us actually in one of

    20   the little hearings they had about me, had complete disdain for

    21   the thought of having an office with an independent lawyer,

    22   independent of this city attorney.

    23          MR. PERTNOY:  Objection, Your Honor.  This calls --

    24          THE COURT:  Wait, wait a minute.  There's an

    25   objection being made.  Let me hear the objection first.

```
 1                MR. PERTNOY:  The witness is speculating as to what

 2     the unnamed commissioners' point of view was and he's

 3     testifying that they had disdain.  He doesn't have personal

 4     knowledge of that.

 5                THE COURT:  Sustained.

 6     BY MS. GOMEZ:

 7     Q.   Sorry.  Did the position that Ms. Spiegel was going to

 8     come here and fill, did that position materialize?

 9     A.   No.  During the budget hearings, they openly said they

10     didn't want an outsider.  We don't need -- I have personal

11     knowledge, it's on video.  They don't need a constitutional

12     police here.  They don't need anybody from outside of Miami.

13                MR. PERTNOY:  Objection, Your Honor.  This is

14     hearsay, and we also are not even talking about people that are

15     in this litigation at this point.

16                THE COURT:  Overruled.

17     BY MS. GOMEZ:

18     Q.   Did defendant Carollo have an issue with the concept of

19     constitutional policing?

20                MR. PERTNOY:  Objection.  This is improper.  403,

21     it's speculation.  Lack of foundation.

22                THE COURT:  Sustained.

23     BY MS. GOMEZ:

24     Q.   Was the concept of constitutional policing discussed

25     during that hearing that you mentioned or during any hearings.
```

A.   Yes, those hearings, yes.

Q.   And what was the objection to constitutional policing?

MR. PERTNOY:  Objection, Your Honor.  This is a public -- this has been a public meeting.  There's a legislative privilege of whatever was discussed by any commissioner, any elected official on the dias, whatever they were debating.

THE COURT:  The objection is overruled.  Go ahead. You may answer.

THE WITNESS:  I'm trying to remember with these objections.  Can you repeat the question, please?

**BY MS. GOMEZ:**

Q.   Yes.  What was defendant Carollo's objection to the concept of constitutional policing?

MR. PERTNOY:  Same objection, Your Honor.

THE COURT:  Overruled.

THE WITNESS:  I'm going on memory, but it's all on video.  They did it in the open, it's all on video.  Just watch the commission hearings.  You don't have to take my word.

I remember I believe in my opinion it was him that even mentioned Anne Spiegel who's, again, an outsider and they were very clear they didn't need no outsider coming here and they don't need -- the Reyes and de la Portilla, we don't need some outsiders coming here and you can find an attorney here in Miami.  It's just, again, it's all on video.  It was a public

1  meeting.  It was all on video.

2  **BY MS. GOMEZ:**

3  Q.  Was the objection just that she was an outsider, or was

4  there any other objection?

5          MR. PERTNOY:  Objection, Your Honor.  Leading.

6  Speculation.

7          THE COURT:  Overruled.

8          THE WITNESS:  The constitutional policing was part of

9  it, the objection, and again --

10  **BY MS. GOMEZ:**

11  Q.  Can you elaborate on that?

12  A.  Well, when you have a city attorney that basically does

13  their bidding and a police chief from the outside is does want

14  them to do their bidding wants to get --

15          MR. PERTNOY:  Objection, Your Honor.

16          THE COURT:  What's the objection?

17          MR. PERTNOY:  Move to strike the argumentative

18  nature.  A city attorney that does quote, unquote their

19  bidding.

20          THE COURT:  Sustained.

21  **BY MS. GOMEZ:**

22  Q.  Sorry.  To the concept of Constitutional policing, what

23  was the objection other than Ms. Spiegel is an outsider?

24          MR. PERTNOY:  Objection.  Asked and answered.

25          THE COURT:  Overruled.

1          THE WITNESS:  It was a part of what I would say is

2    weaponizing the budget process to retaliate against me --

3          MR. PERTNOY:  Objection and argumentative.  403,

4    weaponizing.  And also he's speculating.

5          THE COURT:  Overruled.

6    **BY MS. GOMEZ:**

7    Q.   And what was constitutional policing supposed to be?

8    A.   It was supposed to be an independent person --

9          MR. PERTNOY:  Objection.  Improper opinion testimony.

10   Beyond the scope of these proceedings.

11         THE COURT:  Sustained.

12   **BY MS. GOMEZ:**

13   Q.   Has there ever been a constitutional policing office in

14   the City of Miami as far as you know?

15         MR. PERTNOY:  Objection again.  This is beyond the

16   scope of these proceedings.

17         THE COURT:  Overruled.  He can answer.

18         THE WITNESS:  Not to my knowledge.

19   **BY MS. GOMEZ:**

20   Q.   And you were -- the purpose of you being recruited was to

21   reform the department?

22   A.   So I was told.

23         MR. PERTNOY:  Objection.  Calls for speculation.

24         THE COURT:  Overruled.

25         THE WITNESS:  So I was told.

1   **BY MS. GOMEZ:**

2   Q.   And were your efforts to reform the department impeded by

3   defendant Carollo?

4   A.   Yes.

5            MR. PERTNOY:  Objection.  Calls for speculation.

6   Calls for improper opinion.  403.  Prejudicial and this is the

7   very subject of the sidebar regarding the memorandum that we

8   discussed earlier, Your Honor.

9            THE COURT:  Overruled.

10  **BY MS. GOMEZ:**

11  Q.   And how was it impeded?

12           MR. PERTNOY:  Same objection.

13           THE COURT:  Overruled.

14           THE WITNESS:  The commissioner took the lead in

15  through the budget process to eliminate funding, to eliminate

16  the position for the constitutional policing deputy director

17  and also to eliminate the deputy chief of police.  He

18  eliminated the deputy chief of police, number two position

19  because I brought someone from the outside.

20  **BY MS. GOMEZ:**

21  Q.   And what was the purpose in eliminating those two

22  positions?

23           MR. PERTNOY:  Objection.  Calls for speculation.

24           THE COURT:  Overruled.

25           THE WITNESS:  To hamper my efforts to reform the

1    department and as retaliation for my commitment to the rule of

2    law and for my refusal to play along with them.

3          MS. GOMEZ:  Your Honor, if I could have a second?

4    Your Honor, I have no further questions.

5          THE COURT:  Cross-examination.

6                    -  -  -  -  -

7          **CROSS EXAMINATION OF ART ACEVEDO**

8    **BY MR. PERTNOY:**

9    Q.   Good afternoon, Mr. Acevedo.  First, before we get

10   started, are you here under subpoena or are you here

11   voluntarily?

12   A.   I am voluntarily here as an American citizen, yes.

13   Q.   So, you have voluntarily flown here from Colorado in order

14   to bury a hatchet in the city's back and grind out your

15   personal grievances, is that correct?

16   A.   If you consider defending the Constitution under the law a

17   constitutional grievance, you're entitled to that opinion.

18   That is not correct.

19   Q.   We're going talk a little bit about personal knowledge.

20   When I say personal knowledge, I understand that to be you

21   either saw it with your own eyes or heard it with your own

22   ears.  Can you we agree to that?

23   A.   Yes.

24   Q.   Are you familiar the second amended complaint that's the

25   subject of this litigation?

1    A.    I might have read it, but I don't have it all.

2    Q.    Let me see if you have knowledge about the things that are

3    alleged in the second amended complaint by the plaintiffs to

4    see if you have any personal knowledge about what's actually

5    the subject of this litigation.

6          First off, the Tower Hotel Christmas party in 2017.  Do

7    you have any personal knowledge about that issue?

8    A.    No.

9    Q.    What about a food truck called Sanguich de Miami that was

10   placed on a property of Mr. Fuller and Mr. Pinilla's in about

11   2017/2018?  Any personal knowledge about that?

12   A.    I heard about that, but I wasn't here when that happened.

13   Q.    Okay.  What about Union Beer, did you ever hear about

14   the -- have any personal knowledge about the February 10, 2018

15   anniversary party where the tenants of Union Beer constructed

16   an illegal wrestling ring and Emilio Gonzalez had to order the

17   city to shut it down?

18   A.    No.

19   Q.    All right.  What about Ball & Chain valet operations, do

20   you have any knowledge of them using a church lawn illegally in

21   a residential neighborhood?

22         MS. GOMEZ:  Objection, Your Honor.  The legal

23   characterization.

24         THE COURT:  All right.  Sustained.

25

 1   **BY MR. PERTNOY:**

 2   Q.   With respect to Ball & Chain valet operations, do you have

 3   any personal knowledge of the valet operations for Ball & Chain

 4   using a church lawn in a residential neighborhood?

 5        MS. GOMEZ:  Objection, Your Honor.  Outside the

 6   scope.

 7        THE COURT:  Sustained.

 8        MR. PERTNOY:  Your Honor, this is the complaint

 9   that's alleged in this case.

10        THE COURT:  I'm going to overrule the objection.  You

11   can answer the question.

12        THE WITNESS:  May I answer it, Your Honor?

13        Can you repeat the question, please?

14   **BY MR. PERTNOY:**

15   Q.   Sure.  Do you have any personal knowledge about the Ball &

16   Chain's valet operator using a church lawn in a residential

17   neighborhood for valet parking operations?

18        MS. GOMEZ:  Objection, Your Honor.  That's not in the

19   complaint.

20        THE COURT:  Where is the complaint?

21        MR. PERTNOY:  I have it right here, Your Honor.

22        THE COURT:  May I see?

23        MR. PERTNOY:  May I approach?

24                    (At the bench.)

25        THE COURT:  Sure.  Where does it say --

 1                MR. PERTNOY:  Ball & Chain operation 141 SW 11,

 2    they're complaining about retaliation.

 3                MS. GOMEZ:  We're not talking about illegally

 4    parking.

 5                MR. PERTNOY:  I didn't is say the words illegal in my

 6    question.

 7                THE COURT:  If you're going to read it, read it

 8    exactly what's here, okay?

 9                MR. PERTNOY:  Yes, Your Honor.

10                THE COURT:  Anything else, it must be directly

11    exactly what is stated in the complaint.

12                MR. PERTNOY:  Yes, Your Honor.

13                THE COURT:  Okay.  That's it.  Thank you.

14                        (In open court.)

15    **BY MR. PERTNOY:**

16    Q.   With respect to Ball & Chain's valet operations, do you

17    have any personal knowledge about on February 18, 2018,

18    Commissioner Carollo, Ms. Lugo and Mr. Miro and Mr. Miro's wife

19    going to a parking lot at 1411 SW 11th Street, Miami, Florida,

20    33135?

21    A.   No.

22    Q.   With respect to -- do you have any personal knowledge

23    about allegations concerning a ride-along that Commissioner

24    Carollo went on on March 3rd, 2018?

25    A.   Was that with code inspection?

```
 1   Q.   It was with an inspector, March 3rd, 2018, do you have
 2   personal knowledge of that?
 3   A.   I think I saw his report on that somewhere on the
 4   Internet.
 5   Q.   You have no personal knowledge?
 6   A.   Other than what's on the Internet.
 7   Q.   Okay.  What about personal knowledge with regards to a
 8   park and walk on March 14, 2018?
 9   A.   Yes.  I've heard about it, yes.
10   Q.   But you have no personal knowledge of what occurred that
11   day?  You didn't see it, you didn't hear about it directly?
12   A.   I saw the video somewhere about that.
13   Q.   Again, no personal knowledge.  All right.  What about
14   plaintiffs' use of a parking lot on 7th Street?  Do you have
15   any personal knowledge of the plaintiffs' use of a parking lot
16   on 7th Street?
17   A.   No.
18   Q.   So, let's turn to things outside of the second amended
19   complaint because it doesn't appear as if you have any
20   knowledge -- any knowledge in the second amended complaint.
21          MS. GOMEZ:  Objection, Your Honor.
22   Mischaracterization.
23          THE COURT:  Sustained.
24   BY MR. PERTNOY:
25   Q.   Let's go to PX 258.
```

```
 1    A.   Is it right here?

 2    Q.   I'm asking my assistant to put up a document that you'll

 3    see in a moment.

 4            MR. PERTNOY:  It's not objected to, correct?

 5            MS. GOMEZ:  Yes.

 6            MR. PERTNOY:  May I publish it, Your Honor?

 7            THE COURT:  Yes.

 8            MR. PERTNOY:  Okay.

 9    BY MR. PERTNOY:

10    Q.   So, this is an email dated October 5, 2021, and it is from

11    Art Noriega and he forwards it to Colina.  Below that, you can

12    see an email and it's got a -- from October 5, 20121 and then

13    if we can go to the next page, please?

14            There's an interoffice memo dated October 4, 2021 and this

15    is from you to Mr. Noriega, the city manager, correct?

16    A.   Correct.

17    Q.   Do you recall writing this document?

18    A.   I recall being part of it.  The author, yes, not the whole

19    thing, just parts of it.

20    Q.   You had people in your -- under your control write this

21    down and then you reviewed it and approved it before sending it

22    to the city manager?

23    A.   Yes.

24    Q.   Okay.  So, in this document, I'd like to turn to the

25    section that's on page 4 of the document for a moment where
```

1   you're talking about the quality of life issues.  Do you see

2   that?

3   A.   Yes.

4   Q.   And you mentioned that at your very first commission

5   meeting, there was a proposal to engage in some sort of

6   operations.  Are you referring to these Operation Dry Hours?

7   Is that the operations when you testified earlier?

8   A.   I believe Dry Hours are already in existence.

9   Q.   But you engaged in and oversaw Operation Dry Hours as the

10  Chief of Police for the City of Miami, correct?

11  A.   I was Chief of Police but Manny Morales was in charge of

12  that operation.

13  Q.   And so at the bottom of this page, it reads October 17,

14  2021, MPD began a collaborative Operation Dry Hour, a

15  comprehensive multidisciplinary task force that brings together

16  police officers with members of the City of Miami Code

17  Compliance, Building Department, Fire Department, and the

18  Florida Division of Alcohol, Beverage and Tobacco to conduct

19  business inspections to ensure each establishment that serves

20  alcohol is in legal compliance with all laws, codes, and noise

21  ordinances.  Do you see that?

22  A.   Yes.

23  Q.   And then you then reported what Dry Hour operations did

24  during your tenure up to this point of writing this memo on

25  October 4th, correct?

```
 1    A.    Well, I'd have to go back to see what time period.

 2    Q.    So the memo is dated October 4, 2021.  And you started --

 3    A.    You're moving very quickly.  Is there a hard copy by any

 4    chance of the document?

 5          MR. PERTNOY:  Can you go to the second page of this

 6    document so he can see the date, October 4, 2021?  Do you see

 7    the date?

 8    A.    Yeah, I do see the date, correct.

 9    Q.    And then --

10          MS. GOMEZ:  Your Honor --

11    BY MR. PERTNOY:

12    Q.    -- page 4 --

13          THE COURT:  What's the objection?

14          MS. GOMEZ:  Your Honor, he asked for a hard copy.

15    I'm just wondering if there is a hard copy to provide Chief

16    Acevedo.

17          THE COURT:  Do you have a hard copy?

18          MR. PERTNOY:  I can provide him with my copy if you'd

19    like.

20          THE COURT:  All right.

21          MR. PERTNOY:  May I approach?

22          THE COURT:  Unless you don't need it.

23          MR. PERTNOY:  I can read off the screen.

24          THE COURT:  Sure.

25          MR. PERTNOY:  May I approach, Your Honor?
```

 1             THE COURT:  Yes, sir.

 2   **BY MR. PERTNOY:**

 3   Q.   I've highlighted for you, I'm going to be asking you about

 4   these things right here.

 5   A.   Great.  Thank you.

 6             THE WITNESS:  May I take a minute, Your Honor, to

 7   look at a little bit more of the document?

 8             THE COURT:  Sure.

 9   **BY MR. PERTNOY:**

10   Q.   Let me know when you're ready.

11   A.   Yes, sir.  Give me one second, please.  You want page 5?

12   Q.   Yes, I am.  I've highlighted a section.  So as I

13   indicated, if you go back to page 4 for a moment, you'll see

14   you say as of April 17th is when Dry Hour commenced which was

15   at the beginning of your tenure in the City of Miami, correct?

16   On page 4, the previous page?

17   A.   Yes.

18   Q.   And so these findings, these two bullet points represent

19   what has occurred with respect to Dry Hour operations during

20   your tenure from April 17th to October 5th when you prepared

21   this document, correct?

22   A.   October 5th.

23   Q.   2021?

24   A.   I believe so, yes.

25   Q.   And so it says 217 businesses were visited.  Do you see

1   that?

2   A.   Yes.

3   Q.   Those are not all Mr. Fuller and Mr. Pinilla's businesses,

4   correct?

5   A.   Correct.

6   Q.   And 40 businesses were shut down, correct?

7   A.   Yes.

8   Q.   And those were not all Mr. Fuller and Mr. Pinilla's

9   businesses, were they?

10   A.   No.

11   Q.   And four felony arrests occurred.  Those weren't

12   Mr. Pinilla and Mr. Fuller, were they?

13   A.   Not that I recall.

14   Q.   11 misdemeanor arrests, two traffic arrests, five traffic

15   summons.  Do you see that?

16   A.   Yes, I do see that.

17   Q.   Then the next line, 667 fire department violations.

18   Do you see that?

19   A.   Yes.

20   Q.   Those were not all for Mr. Fuller and Mr. Pinilla's

21   businesses, were they?

22   A.   No, but I do remember one arrest during that time period

23   for Mr. Fuller's businesses.

24   Q.   237 code violations.  Those were not all for Mr. Fuller

25   and Mr. Pinilla, were they?

1    A.    Correct.

2    Q.    46 building violations.  Those were not all for Mr. Fuller

3    and Mr. Pinilla, were they?

4    A.    No.

5    Q.    22 ABT violations.  Do you see that?

6    A.    Yes.

7    Q.    Those were not all for Mr. Fuller and Mr. Pinilla's

8    businesses, were they?

9    A.    Correct.

10   Q.    So this was a city-wide operation, not just targeting

11   Mr. Fuller and Mr. Pinilla, correct?

12   A.    Correct.  I'm sorry, I think that the paper -- I touched

13   it.  I think I touched the screen with the paper.

14   Q.    No worries.  Now you talked about raids a moment ago.  And

15   how you -- so I want to go to PX 246 for a second.

16             MR. PERTNOY:  Is there any objection to PX 246?

17             MS. GOMEZ:  No.

18             MR. PERTNOY:  May I publish, Your Honor?

19             THE COURT:  Yes, sir.

20   **BY MR. PERTNOY:**

21   Q.    All right.  So with respect to -- can you please turn to

22   the second page of this document?  Can they erase that blue

23   squiggly line?  So you see this document?  This is a Miami

24   Police Department Field Operations Division, Art Acevedo, Chief

25   of Police, Business Compliance Operation Dry Hour?

```
1   A.   Yes.

2   Q.   And so this is a report that is prepared in order to

3   institute a Dry Hour operation, correct?

4   A.   Yes.  This is an operations manager.

5   Q.   Do you review these operation plans, or do you rely on the

6   people under you to prepare these properly and correctly?

7   A.   Chief Morales was in charge of it.

8   Q.   And Dry Hour operations, they're not illegal, are they?

9   A.   What do you mean, Dry Hour operations?

10  Q.   Dry Hour operations.  It's not illegal to perform Dry Hour

11  operations, correct?

12  A.   No.

13  Q.   And because you wouldn't do Dry Hour operations if they

14  were illegal, correct?

15  A.   Correct.

16  Q.   And the purpose of Dry Hour operations is to make sure

17  that the law is being followed, correct?

18  A.   Well, or as an after in order to legitimize the pattern

19  that had already been taken against Mr. Fuller.

20          MR. PERTNOY:  Move to strike as unresponsive, Your

21  Honor.

22          THE COURT:  Overruled.

23  BY MR. PERTNOY:

24  Q.   So, with respect to -- I'd like you turn to the second

25  page, personnel assignments, because you talked about raids a
```

```
 1    moment ago.  So this is prepared by your -- the police

 2    officers, your division.  You're overseeing everybody who

 3    prepares this document, correct?

 4    A.   Not directly, no.  I'm in charge of the department.

 5    Q.   But the --

 6    A.   I'm not in charge over operations.

 7    Q.   But the buck stops with you, correct?

 8    A.   Correct.

 9    Q.   And so here, you can see the personnel assignments by the

10    memorandum prepared by the City of Miami Police Department

11    includes one lieutenant, one sergeant, and five police

12    officers.  Do you see that?

13              MS. GOMEZ:  Objection, Your Honor.  I believe that

14    the screen is not reflecting the page that you're reading from.

15              MR. PERTNOY:  No, it is.  It absolutely is personnel

16    assignments right there.

17              MS. GOMEZ:  Can you give him a copy?

18              THE WITNESS:  I like hard copies.

19              MR. PERTNOY:  No problem.  The only document I'm

20    going to show you -- I'm sorry, may I approach?  I apologize,

21    Your Honor.

22              THE WITNESS:  Thank you.  I like hard copies better.

23    BY MR. PERTNOY:

24    Q.   So you can see at the top, we've got personnel

25    assignments.  Do you see that?
```

1    A.    Yes.

2    Q.    And we have one lieutenant, one sergeant, and five police

3    officers from the City of Miami.  Do you see that?

4    A.    Yes.  Two fire department personnel.

5    Q.    We'll get there in a moment, but you see those seven

6    people from your department, City of Miami Police Department,

7    correct?

8    A.    Yes.

9    Q.    So, we've got seven folks from your department.  And then

10   in addition to that, we've got two members of the fire

11   department, correct?

12   A.    Correct.

13   Q.    And one from Code Enforcement, one from the Building

14   Department, and it looks like on this one not applicable for

15   this date, ABT, correct?

16   A.    Correct.

17   Q.    So, we have seven -- twelve people going to this based on

18   the personnel assignment prepared by the City of Miami Police

19   Department, correct?

20   A.    They're part of the team, yes.

21   Q.    Given the fact that you're characterizing it as a raid,

22   it's your department that is preparing the personnel for your

23   quote, unquote raid, correct?

24   A.    They're assigned to this function, yes, but it doesn't

25   mean that they are going to go up to the same location at the

```
 1   same time; doesn't necessarily mean that.
 2             MR. PERTNOY:  May I approach?
 3             THE COURT:  You may.
 4             THE WITNESS:  You want this?
 5             MR. PERTNOY:  Yeah, I'm taking it back.  Thank you.
 6             THE WITNESS:  You're welcome.
 7   BY MR. PERTNOY:
 8   Q.    Now, in your direct testimony, you were talking about your
 9   history and your experience and I think you indicated that you
10   know it's important to, quote, I think you said "do the right
11   thing," correct?
12   A.    Correct.
13   Q.    And I think you would agree with me that you believe that
14   leadership matters, yes?
15   A.    Yes.
16   Q.    Words matter?
17   A.    Yes.
18   Q.    Your actions matter, correct?
19   A.    Correct.
20   Q.    That you need to as the chief of police, lead by example,
21   correct?
22   A.    I don't think I said that, but I do believe that.
23   Q.    And I think you also said that as one of the roles as your
24   job as Chief of Police, as a leader, is leverage your
25   relationships, correct?
```

1  A.    Correct.

2  Q.    And you believe that's important to leverage your

3  relationships?

4  A.    To build relationships, yes.

5  Q.    When you first came to the City of Miami, your testimony

6  is if I heard you correctly from your -- I guess this would be

7  assessment of your predecessor is that the department was not

8  well managed.  Is that a fair test of what you said?

9  A.    No, I said that that was not my testimony.  That's what

10 the mayor and the city manager said.  Not what I said.

11 Q.    Okay.  Now, when you came to the City of Miami, you were

12 only here for six months, correct?  Came in April, and you

13 departed in October of 2021?

14 A.    Yes.  That's when they terminated me for standing up to

15 the corruption, yes.

16        MR. PERTNOY:  Move to strike.  I just asked his

17 timeframe, Your Honor.

18        THE COURT:  Sustained.

19 **BY MR. PERTNOY:**

20 Q.    And with respect to your performance in the City of Miami,

21 as you said in your memorandum that we looked at a few moments

22 ago from October 4th, I think your quote was while there have

23 been bumps in the road, I have hit the reset button.  That's

24 what you said in your memorandum to the city manager on October

25 4th, is that correct?  There was some bumps in the road with

1    respect to your performance here in the City of Miami?

2    A.   Yes.

3    Q.   In fact, there was a lot of bumps in the road while

4    you were here at the City of Miami, weren't there?

5    A.   The biggest bump is the defendant.

6            MS. GOMEZ:  Move to strike, Your Honor.

7            THE COURT:  Overruled.  You asked the question.

8    **BY MR. PERTNOY:**

9    Q.   So, isn't it true that you ultimately were suspended by

10   the city manager for your poor performance as the Chief of

11   Police in your short tenure of six months?

12   A.   I was suspended because that was the desire of the three

13   headed monsters that wanted me gone.

14           MR. PERTNOY:  Move to strike.  It's argumentative,

15   Your Honor.

16           THE COURT:  Overruled.

17   **BY MR. PERTNOY:**

18   Q.   Okay.  At least you don't have an axe to grind.  So one of

19   the things that you were suspended for was that the --

20           THE WITNESS:  May I respond to that axe to grind,

21   Your Honor?

22           MR. PERTNOY:  There's no question pending.

23           THE WITNESS:  Okay.

24   **BY MR. PERTNOY:**

25   Q.   Is that you lost the confidence and trust of the rank and

1   file of your department?  You lost the confidence of all your

2   officers, isn't that true, sir?

3   A.   Absolutely false.  They still call me to this day as a

4   matter of fact.

5   Q.   Isn't it true that you wanted to discipline employees who

6   didn't get vaccinated?

7   A.   I would say that it is true, that I wanted to protect my

8   employees and the public that they are -- that's at risk, and I

9   did want to use every lawful means to have them get vaccinated

10  against the COVID.

11  Q.   So isn't it also true that during a protest, you

12  interacted with citizen protestors and used inappropriate

13  language?

14  A.   That is correct.  One of the Proud Boys, unbeknownst to me

15  consistent with some of the people in this room, started

16  yelling at me calling me a socialist because I showed empathy

17  to the African American community while police chief in

18  Houston, Texas and I marched with them and I absolutely told

19  them -- I probably was a little bit stronger with my language.

20  Q.   So a Proud Boy yelled at you because you were protecting

21  other citizens.  That's your testimony?

22  A.   I'm sorry, what?

23  Q.   A Proud Boy yelled at you?

24       MS. GOMEZ:  Objection, Your Honor.

25

1    **BY MR. PERTNOY:**

2    Q.   You were protecting other citizens, is that correct?

3              THE COURT:   What's the objection?

4              MS. GOMEZ:   Objection.   Mischaracterizing the

5    testimony.

6              THE COURT:   Rephrase.   I'm going to sustain the

7    objection.   You can rephrase the question.

8    **BY MR. PERTNOY:**

9    Q.   You're saying that you got into an argument with a Proud

10   Boy, correct?

11   A.   My testimony was that a Proud Boy started yelling at me

12   about being a socialist because I took a knee you supported

13   Black Lives Matter, yes.

14   Q.   And so -- but isn't it also true that you ended up taking

15   a photograph with a Proud Boy where he's showing a white pride

16   symbol and posting it and it was posted on social media?

17   A.   Yes.   During a protest, people -- as you know,

18   Commissioner Carollo didn't like me taking -- policing, people

19   come up.   A lady takes a photo with me, I turn around and

20   there's this guy that says I can't take a picture.   I did not

21   inspect him because I was in the middle of a protest and I took

22   a picture, and that's what the Proud Boys do.   That's what

23   they're known for.

24        So, yes, I did take a picture with an individual.   If you

25   look -- I'm sure you have the photo somewhere, you will see

1  that it was that shirt was made to look like a Major League

2  Baseball type of shirt, the emblem of Major League Baseball and

3  so yes, that's an immature White Supremest got me because I'm

4  committed to communication.

5  Q.   That's you leveraging your relationships?

6  A.   Relationships matter.

7  Q.   And, in fact, you like to leverage these types of

8  relationships.  This is part of your pattern and practice in

9  your career, leveraging relationships with people who are on

10  the fringe, isn't that correct, sir?

11          MS. GOMEZ:  Objection, Your Honor.  Relevance.  No

12  foundation.

13          THE COURT:  Sustained.

14  **BY MR. PERTNOY:**

15  Q.   All right.  Isn't it true that when you were the mayor of

16  the City of Austin, that you were a regular visitor to Alex

17  Jones, the conspiracy theorist who shows to --

18          MS. GOMEZ:  Objection, Your Honor.  Relevance.

19          THE COURT:  Sustained.

20          MR. PERTNOY:  Your Honor, he's the one --

21          THE COURT:  I sustained the objection.  We're not

22  going to argue back and forth with this Court.  Ask the next

23  question please, counsel.

24  **BY MR. PERTNOY:**

25  Q.   Isn't it true that you accepted money from Alex Jones as a

 1  campaign donation while you were the City of Austin Police

 2  Chief?

 3           MS. GOMEZ:  Objection, Your Honor.  Relevance.

 4           THE COURT:  Sustained.

 5  **BY MR. PERTNOY:**

 6  Q.   Isn't it true that that money should probably go to the --

 7           MS. GOMEZ:  Let me be clear here.  When I make an

 8  objection, and it's sustained.  You intentionally ask questions

 9  that you shouldn't be asking, we're not going to have this back

10  and forth, counsel.  This will be my last time, anyone, counsel

11  here, or the plaintiff or defense, when an objection is

12  sustained, do not ask another question if you know it's going

13  to be sustained too, as well.  Move forward, please.

14           MR. PERTNOY:  Okay.

15  **BY MR. PERTNOY:**

16  Q.   You mentioned in your testimony, direct testimony about

17  your time at the California Highway Patrol, correct?

18  A.   Yes, I did.

19  Q.   Isn't it true that when you were with the California

20  Highway Patrol, that you were investigated for allegedly

21  showing nude photographs about --

22           MS. GOMEZ:  Objection.  Relevance.

23           MR. PERTNOY:  Goes to his credibility, Your Honor.

24           THE COURT:  Go ahead.  Ask the question.  Finish the

25  question first before the objection.

```
 1   BY MR. PERTNOY:
 2   Q.   Allegedly showing nude photographs of a fellow CHP officer
 3   to other high ranking officers while on duty?
 4           MS. GOMEZ:  Objection, Your Honor.  Relevance.
 5           THE COURT:  Overruled.  He can answer.
 6           MS. GOMEZ:  403, Your Honor.
 7           THE COURT:  Sustained.
 8           MR. PERTNOY:  Is he answering?
 9           THE COURT:  Next question.
10   BY MR. PERTNOY:
11   Q.   Now, one of the other reasons you were suspended by --
12           MS. GOMEZ:  Objection, Your Honor.  Relevance.
13           Can we have a sidebar?
14           MR. PERTNOY:  I'm talking about -- I was going to be
15   talking about the memo from Chief Noriega and the City of
16   Miami.
17           THE COURT:  Be specific to which one you're talking
18   about.
19           MR. PERTNOY:  Okay.  I was about to say Chief
20   Noriega, but I didn't get it out yet.
21   BY MR. PERTNOY:
22   Q.   Isn't it true --
23   A.   He's not a chief.  He's the city manger.
24   Q.   Thank you for the correction.  Isn't it true with respect
25   to the memorandum by City Manager Noriega suspending you on
```

```
 1  October 11, 2021 that one of the bases for it was that you made
 2  disparaging statements to departmental staff where you
 3  indicated that the City of Miami Police Department was run by
 4  the Cuban mafia?
 5  A.  Yes, and I stand by that statement.  That's why we're
 6  here.
 7  Q.  Now, another reason that Manager Noriega indicated that
 8  you were being suspended was because that you failed to
 9  initially report damage to a vehicle after finding out that
10  there was damage and, in fact, you waited about ten days to
11  report that damage, isn't that correct?
12  A.  That's not true.  He even told me that.  All of that was a
13  pretext firing for standing up to the corruption of your client
14  and others on that commission.  That is what the facts are in
15  this case.
16  Q.  Also isn't it true that one of the reasons you were
17  suspended by Manager Noriega was that on at least one occasion,
18  you announced city policy without authorization to speak on
19  behalf of the City of Miami?
20  A.  Again, it was a pretext and the truth of the matter is I
21  was fired for preparing a memo and putting it out to
22  prosecutors, the Department of Justice, the State Attorneys,
23  Office, the FBI, where I called him out.
24          MR. PERTNOY:  Your Honor, move to strike.  This was
25  the sidebar.
```

```
 1                THE COURT:  You asked the question, sir.

 2                THE WITNESS:  May I finish answering, Your Honor?

 3                THE COURT:  He asked the question.

 4                THE WITNESS:  It is clear and the record will show a

 5   review of the City Commission meetings where that man, I have

 6   an axe to grind because I've dedicated 35 years of my life to

 7   the Constitution.  I'll be darn if I come here and sell my soul

 8   which is what that man wanted.

 9                I am not for sale, and I will not target American

10   citizens for his political whims and you're right.  I do have

11   an axe to grind.  I'm a soldier of the law and I will continue

12   with that commitment, and I look forward to all the facts,

13   everything you brought up because as to that CHP case, that was

14   the subject of 14-day whistleblower hearing that I won, sir,

15   and I was smeared as a 71 page ruling, just like this man and

16   the defendant that will be in other cases did to me.

17   BY MS. GOMEZ:

18   Q.   So that memorandum that you mentioned, you wrote that as

19   the Chief of Police?

20   A.   No, I wrote that as an American citizen because

21   conveniently, they passed -- we couldn't even investigate them.

22   So I exercised my First Amendment rights using my own computer

23   in my home to document -- not on stationery of the police

24   department, but on my own personal paper the malfeasance and

25   the pattern and practice of violations of law by this defendant
```

1   and other defendants in the City of Miami and the weaponization

2   of the authority given to the city to go after this man for

3   engaging in a protected First Amendment activity and I don't

4   care how many violations you show.

5       This is like the speeder on the freeway where everyone's

6   speeding and one of my officers has a beef, like this man, has

7   with anyone that would cross him would pick that same speeder

8   time and again disproportionately impacting that man.

9       That's a violation of Constitutional rights, just like

10  disproportionally of uses of force against African Americans

11  and other communities of color and it is a violation of those

12  rights.

13  Q.   So you're saying this based on having made an independent

14  determination by reviewing the city records including all the

15  City View documents with respect to the plaintiffs' properties,

16  you've reviewed all those?

17  A.   If I lie in wait and I target you, whether you did it or

18  not, you're being targeted for political purposes and that is a

19  violation of your Constitutional rights.

20  Q.   So the answer to your question is -- to my question is no,

21  you did not review any records.  You're just making your wag

22  opinion here, here?

23  A.   No.  My opinion is based on 35 years of policing and my

24  knowledge of the Constitution which according to the chiefs in

25  this city quote, and I can name them if you'd like to for the

 1  record, do what he says and you will be fine.

 2       I have -- I've have keys to the city and I sold my soul.

 3  You have to put your integrity aside in the City of Miami.

 4  This is Miami, that's what your integrity is.

 5  Q.   Who is Major Fernandez?  You know Major Fernandez is?

 6  A.   Of course.

 7  Q.   Okay.  Do you know --

 8  A.   There's two major -- there were two Major Fernandezes.

 9  Which one?

10  Q.   Frederick Fernandez?  Is that the correct name?

11  A.   What's the first name?

12  Q.   One moment.  Jose Fernandez, sorry?

13  A.   Oh, yes.

14  Q.   Okay.  And Major Simmons, are you familiar with her?

15  A.   Yes, of course.

16  Q.   And isn't it true that you -- that Major Simmons was one

17  of the longest serving black female executives for the City of

18  Miami Police Department?

19            MS. GOMEZ:  Objection, Your Honor.  Relevance.

20            THE COURT:  Overruled.

21            THE WITNESS:  I don't know exactly what her tenure

22  was but I do know Major Simmons.

23  **BY MR. PERTNOY:**

24  Q.   What about Mr. Fernandez, he was one of the longest

25  serving Cuban American members of the Miami Police Department?

1    A.    I don't know his specific tenure, no.

2    Q.    And isn't it true that you made a staffing decision to

3    demote both of those majors when you came to the City of Miami?

4    A.    No.  Not when I came right away, no.

5    Q.    At some point during your six month brief tenure?

6    A.    Yes.  After meetings with a lot of -- all the command

7    staff, what we call, or they call staff officers.  They're

8    appointed, they're at-will, and looking at the structure of the

9    department, I did roll back -- I think I rolled back that Major

10   Fernandez, Jose, Major Simmons was rolled back.  I think we

11   saved about five positions and we saved the taxpayers about

12   $700,000 in the budget.

13   Q.    Actually, what you did was then announced that you thought

14   that the department needed more white male and white female

15   officers?

16         MS. GOMEZ:  Objection, Your Honor.  Counsel is

17   testifying.

18         MR. PERTNOY:  It's cross-examination.

19         THE COURT:  The Court determines what's appropriate

20   or not in cross-examination.  That objection is sustained.

21   **BY MR. PERTNOY:**

22   Q.    So isn't it true that you then brought in other officers

23   including Heather Morris to take these people's place?

24         THE COURT:  You can answer.

25         THE WITNESS:  No.  She did not replace those people.

1    She was not -- neither one of them were deputy chief of police.

2    That's not true.

3    **BY MR. PERTNOY:**

4    Q.   Ultimately, you proceeded -- after the suspension, there

5    was a public hearing in order to determine whether the

6    commission was going to retain you or let you go, correct?

7    A.   Are you talking about the final one where the final act of

8    retaliation against me was committed?

9    Q.   I guess that's a tomato/tomato.  There was a commission

10   hearing where you had an opportunity to be present, present

11   evidence in order to defend yourself and either fight for your

12   job or not, and you chose not to attend that, correct?

13   A.   You have not done your homework.  I was at that entire

14   hearing along with my attorney.  I'm not sure --

15   Q.   You did not present a defense that day.  You didn't call

16   any witnesses that day, correct?

17   A.   We didn't need to.  They put on a kangaroo court.  They

18   showed -- they -- they committed themselves to four silly

19   pretenses, false pretenses for the retaliatory act they took

20   against me for actually being a soldier of the law and for

21   standing up to their malfeasance.

22        And no, I'm not going to -- this is a court.  That is a

23   jury.  Those are corrupt.  I wasn't about to be part of the

24   kangaroo court and testify against them.  This was even planned

25   by Mr. Carollo.

1    Q.   So the whole commission, the whole City of Miami, they're

2    all crooks and they're all crooked?

3    A.   Oh, God no.  The majority of the people of Miami are

4    victims of this defendant and others like him that will be

5    defendants in other cases.

6    Q.   But the entire City Commission, they're all crooks?

7    A.   I didn't say that.

8    Q.   Okay.  Well --

9    A.   If they were all crooks, I would have mentioned all of

10   them.  I mentioned three.  The three head monsters, and the

11   three Cubans that are known as the three headed monsters and

12   Joe Carollo who's known as Crazy Joe and the Godfather and all

13   the other things they have for him.

14   Q.   And yet, it was the entire commission, all five

15   commissioners who voted to terminate you based on the reasons

16   that we went over in the suspension memo, isn't that correct,

17   sir?

18   A.   They did vote, correct.

19   Q.   All five.  It wasn't the three headed monster that you

20   proclaim.  It was all five, correct?

21   A.   Correct.  They had the three votes of the three headed

22   monsters.  You know how politics are.  When they're losing a

23   battle, they vote no because they're going to need those votes

24   to get their candidate through.  It's politics.  If I need to

25   explain to you --

1   Q.   It's politics.   It's axes to grind.   It's not having

2   anything to do with your actual performance or your choices as

3   a police officer or as the Chief of Police, correct?   It's

4   everybody else's fault but yours.   Is that your testimony here

5   today, sir?

6   A.   No, it is not a matter of fault.   It's a matter of law and

7   there's a reason that I have served for 36 years.   There's a

8   reason that the Obama Administration, my record speaks for

9   itself and the facts here.

10       The pattern of retaliation, the weaponization of the

11   budget process, the weaponization of the city.   I became a

12   threat because I wasn't playing their game.   No, you don't have

13   to put your integrity aside in the United States of America.

14   Q.   You mentioned this.   The first night before you became

15   sworn in, you met with City Manager Noriega, the chief at the

16   time I think you said Morales on the corner of 5th and 8th

17   Street and Commissioner Carollo wasn't there, correct?

18   A.   I don't remember.   I don't remember seeing him there.

19   Q.   And he didn't call you to go there, correct?

20   A.   No, he didn't call me for that location.

21   Q.   All of those actions, everything you witnessed that night

22   was by the city administration, not Commissioner Carollo,

23   correct?

24   A.   At the direction of Commissioner Carollo, yes, correct.

25   Q.   That's just based off of your imagination because you

```
 1   haven't testified to connect those dots.  It's just your guess,
 2   correct, sir?
 3   A.   No.  I testified that they were there, and I was warned to
 4   be ready because this guy named Bill Fuller has upset Carollo
 5   because he had a fundraiser.
 6   Q.   Mm-hmm.  And who you specifically told you that, sir?
 7   A.   Well, I've heard that personally from Mayor Francis
 8   Suarez.  I've heard it from his general counsel.  I've heard it
 9   from all the chiefs at the department that were there at the
10   time.
11       I've heard that specifically, the targeting pattern and
12   practice of targeting him, Mr. Fuller and his businesses from
13   my chiefs.  I've heard -- all you have to do ask most of all
14   those people.  If you do what he says, you'll be fine.  If you
15   don't --
16   Q.   And at any point, did you make any independent
17   corroboration or investigation of your own into the accuracy of
18   some of the things that Commissioner Carollo was saying, like
19   the fact that Mr. Fuller and Mr. Pinilla and their businesses
20   and their companies do work without permits?  They do work
21   without permits.  Did you look into that at all at any point in
22   time?
23   A.   Again, like I said it earlier, permits were not -- when
24   you are targeting an individual like that speeder, if I sat
25   outside your neighborhood waiting for you, lying in wait --
```

1   Q.   So permits or not --

2   A.   -- that's a problem.

3   Q.   Permits.  It doesn't matter.  So if I understand your

4   testimony correctly, it doesn't make a difference that I don't

5   follow the rules and I break the rules.  If I'm going after you

6   to protect health, life and safety, that's targeting regardless

7   of whether you're breaking the rules.  Is that your testimony

8   here today after 36 years?

9            MS. GOMEZ:  Objection, Your Honor.  Argumentative.

10            THE COURT:  Let him finish asking the question.  Go

11   ahead.

12            THE WITNESS:  Let me just say -- make it in terms I

13   think that hopefully that the members of America who do follow

14   the law, unlike your client, there's plenty of people that are

15   violating the law.

16            But when you're disproportionately just targeting an

17   individual for a political purpose, it's kind of like over

18   policing, in black and brown and poor communities I would add.

19   It's -- excuse me, may I finish the question, answering you?

20   Q.   Sure.

21   A.   It is very similar that when they actually decided to put

22   together an Operation Dry Hour to legitimize the pattern and

23   practice of targeting Mr. Fuller, you were right.  They found

24   there's a lot of people violating the law.

25            Just like there's a lot of people violating the law in

```
 1   affluent neighborhoods, in white neighborhoods and in this
 2   case, this man and his businesses -- and by the way, what we
 3   see in terms of what's happened to him is the tip of the
 4   iceberg.
 5       I wasn't kept around long enough and I was precluded from
 6   actually investigating to see what's under the water line.  So
 7   I fear for the people of Miami that want to engage in living
 8   their lives without the harassment of petty wannabe dictators
 9   which is what's happening in the city.
10   Q.   All of this is based off of things that you heard without
11   actually looking at any documents whatsoever, correct, sir?
12   A.   Well, I looked at documents.
13   Q.   So, you saw the pictures of the Tower Hotel, and --
14            MS. GOMEZ:  Objection, Your Honor.  Relevance.
15            THE COURT:  Overruled.
16   BY MR. PERTNOY:
17   Q.   You saw pictures of the Tower Hotel, and how work was --
18   demolition was performed without permits.  You saw that?
19   A.   No, I did not.
20            MS. GOMEZ:  Objection, Your Honor.  Lack of
21   foundation.  Mischaracterizing testimony.  Testifying for the
22   witness.
23            THE COURT:  Overruled.  He said he did not see it.
24   Go ahead.
25
```

1    **BY MR. PERTNOY:**

2    Q.   And you saw the email from Mr. Fuller to Emilio Gonzalez

3    telling Emilio Gonzalez that the Sanguich truck was not

4    lawfully in there and that the tenants needed to vacate

5    immediately?  You saw that?  Confirmed the accuracy of that as

6    well, sir?

7    A.   No.  What I saw was an overwhelming desire by Mr. Carollo

8    to disproportionately go after that plaintiff right there

9    because it was a political desire.

10         MR. PERTNOY:  I'm just going to check my notes for a

11   second, Your Honor.

12         THE COURT:  Sure.

13   **BY MR. PERTNOY:**

14   Q.   Just want to make sure that I have Noriega is -- City

15   Manager Noriega, he's, you know, not telling the truth and he's

16   corrupt, is that your position?

17   A.   Yes.

18   Q.   And Mr. Morales, Chief Morales, also corrupt and not

19   telling the truth?

20   A.   Absolutely, yes.  I can't say about not telling the truth.

21   About what?  That's a pretty general question, but I can tell

22   you that they will do whatever it takes in terms of this man's

23   bidding like the chickens that were just arrested the other day

24   in Bayfront Park that were exercising their First Amendment

25   rights that I refused to do on July 31, 2021 when he hosted a

1    fundraiser.  He wanted me to arrest people for engaging in

2    First Amendment activity, so, yes.  Absolutely, yes.

3    Q.   To be clear, without having looked at any documents,

4    without doing any due diligence whatsoever, based on the rank

5    hearsay of people that you claim to be corrupt --

6              MS. GOMEZ:  Objection, Your Honor.

7              THE COURT:  What's the objection?

8              MS. GOMEZ:  Argumentative.  Lack of foundation.

9    Relevance.

10             THE COURT:  Sustained.

11             MR. PERTNOY:  Rephrase the question.

12   **BY MR. PERTNOY:**

13   Q.   Essentially, your testimony is everybody is wrong and

14   against you, and you are correct.  Is that the sum and

15   substance of your testimony here today, sir?

16   A.   I never said everybody's wrong and against me.  This is

17   about Mr. Fuller.  It's not about me.

18             MR. PERTNOY:  Could have fooled me by your testimony.

19   Have a good day.

20             THE COURT:  Redirect.

21             MS. GOMEZ:  Your Honor, can we take a comfort break?

22             THE COURT:  All right.  Again, ten minutes.  We'll

23   be -- of course, ladies and gentlemen of the jury, please do

24   not formulate any opinions.  Do not discuss this case even

25   among yourselves.  We'll be in recess ten minutes, 3:25.

```
1              THE COURT SECURITY OFFICER:  All rise.

2              (Thereupon, the jury exited the courtroom and

3                    a short recess was taken.)

4              THE COURT:  Bring the jurors, please.

5              MS. GOMEZ:  Your Honor, can we have a sidebar?

6              THE COURT:  How long is the sidebar?  How much time?

7              MS. GOMEZ:  No, just a few minutes.

8              THE COURT:  Because I don't want to keep the jurors

9    waiting.

10                       (At the bench.)

11             MS. GOMEZ:  Your Honor, I just want to revisit a

12   prior ruling.  So we had originally talked about how I couldn't

13   get in the memo and any emails with the FBI and DOJ.  I believe

14   they opened the door to all of that questioning.  It's a

15   pretext.  Isn't it true that we have reason to suspend the

16   Manager Noriega, the city policy about the organization City of

17   the Miami.

18             The witness testified about preparing a memo and point

19   out to the prosecution the defendant objected, because they're

20   making it seem that he should not be bullied because he was

21   terminated when, in fact, without being able to explain the

22   reason for the termination and he tried to get these people in

23   trouble.  So it directly affects the credibility for the jury

24   not to know that the actions of these people.

25             THE COURT:  Counsel?
```

1          MR. PERTNOY:  I think you're going to open Pandora's

2    box to be highly prejudicial.  It doesn't go to the issues in

3    this case and ultimately when we go there, you're going to be

4    in a situation where we're going to be potentially coming up to

5    a mistrial because you're now litigating his litigation in

6    there, and I was very careful to talk about what was in the

7    suspension memo.  I asked him a simple question, is it true

8    what it said in the suspension memo, and never even touched on

9    any of it and if he then chose -- this is them getting him to

10   open up a door that they wanted to open up in order to pollute

11   this jury with nonsense.  And it's just going to cause more

12   highly prejudicial information being handed off to this jury

13   that has nothing to do with the facts of this case.

14         MS. GOMEZ:  Your Honor, you ruled prior that it's

15   been talked about the termination, that it was opening the door

16   and they did.  They just didn't talk about it.  They attacked

17   him on the termination.  They attacked his credibility.  They

18   gave multiple reasons, pre-textural reasons why he was

19   terminated.

20         The jury is now under the impression that Chief

21   Acevedo was fired for reasons other than the reasons -- talking

22   about the reasons for law enforcement.

23         MR. PERTNOY:  That's the allegations of his that was

24   brought on direct.  On cross-examination, I specifically said

25   if you go there, you're going to risk that he asked him now you

 1   have the jury to believe one way that he was terminated for

 2   these other reasons that we've disputed.  He had an opportunity

 3   to dispute it.  I don't know if you need to reopen it beyond.

 4   All it's going to do is prejudice it further.

 5          THE COURT:  No, it's not being -- you opened up

 6   Pandora's box.  You can't use it a shield on one incident and

 7   use it as a sword here.  You went there.  No one brought up

 8   anything else but you.

 9          You asked this -- now I'm not done.  Please do not

10   interrupt me.  You're not going to be able to use it in closing

11   to try to make the jury think one thing or the other.

12          He has a right to explain what happened here.  You led

13   him down that rabbit hole, and now you have one juror thinking

14   one way, he said this is not the reason.  Whether it's true or

15   not, you can explain the reason why he was terminated.  He has

16   the right to do so.

17          MR. PERTNOY:  I spoke about his suspension, Your

18   Honor.  Not his termination.  And that's the suspension memo,

19   not termination.  The termination was voted by the Commission.

20   The suspension memo is a suspension memo.  It is not the

21   termination.

22          MS. GOMEZ:  He asked repeatedly about termination.

23          MR. PERTNOY:  I did not.

24          MS. GOMEZ:  Your Honor, if you want, I can go ask

25   someone to help me find that.  He did ask about termination.

1          MR. PERTNOY:  I did not.

2          THE COURT:  Go ahead and find the termination.

3          MS. GOMEZ:  I'll be right back.

4                    (In open court.)

5          THE COURT:  Excuse me, ladies and gentlemen, in the

6     gallery.  Again, while I'm conducting a sidebar, I need

7     everyone to be absolutely quiet.  The court reporter can pick

8     up all sounds you're saying.  It's very disruptive.

9          Again, if there's another outburst, I'm going to clear

10    the courtroom.  I don't want to have to do that.  I'm going to

11    caution you one final time.  Please do not have any

12    conversations, none whatsoever while I'm in sidebar with the

13    attorneys.

14                    (At the bench.)

15         THE COURT:  "Is entire commission, all five

16    commissioners voted to terminate you based on the reasons that

17    we went over in the suspension memo, isn't that correct?"

18         MR. PERTNOY:  Then he went -- you said the word

19    termination, that he was terminated.  You clearly opened up the

20    door.  It's clear.  The defense counsel invited it.  To be

21    clear, what is she able to go into?

22         MS. GOMEZ:  I'm going to be introducing Exhibit 255,

23    256, 257.  It's an email to the DOJ, email to FBI and a memo

24    that he wrote.

25         THE COURT:  That's not coming in as evidence.  You

1  can ask him about that, but it's not coming in.

2          MR. PERTNOY:  The moment he says that, that's highly

3  prejudicial and we'd be moving for a mistrial based off of

4  that.

5          THE COURT:  You can't come up here and use it as a

6  shield and a sword about the FBI.

7          MS. GOMEZ:  The reasoning that he wrote an email to

8  the DOJ?

9          THE COURT:  You're not going to introduce the

10  documents.

11          MS. GOMEZ:  This is actions that he took and the

12  consequences.

13          THE COURT:  You want to ask him what actions he took,

14  that's fine.  You're not going to use those other two

15  documents.

16          MS. GOMEZ:  Okay.

17          MR. PERTNOY:  Will I be able to recross based off

18  what she does on redirect?

19          THE COURT:  There's no recross, counsel.

20          MR. PERTNOY:  I'm asking to know the parameters.

21          THE COURT:  It's a question you asked.  Let me

22  finish.  You said you were disputing -- of course, you said you

23  did not say -- evidently you did, because it's in the record,

24  you did say that.  It's not a suspension.  You were terminated

25  by these five commissioners, it's right here on -- this is on,

 1   for the record, line 144, line 20 at 3:06:18 and, again it's

 2   five commissioners.

 3        "All five commissioners voted based on the reasons

 4   that we went over in the suspension memo, isn't that correct?

 5        "And they did vote correct, all five.  You know, it

 6   wasn't the three headed monsters," I'm reading what I see here

 7   I don't want to alter the record.  I'm sure I heard monster,

 8   that they claimed it was all types.  Look, you're not going to

 9   introduce those documents.

10        MS. GOMEZ:  Fair enough.  On the DOJ and FBI, can I

11   introduce the memo that he wrote to Art Noriega and to Suarez

12   where he was complaining about the conduct?

13        THE COURT:  You can let him talk about that but as

14   far as the other two, they're not being introduced.

15        MS. GOMEZ:  I understand.  There's another memo.

16        MR. PERTNOY:  That was the memo that you looked at

17   before that has all about the IAD and staffing.

18        MS. GOMEZ:  IAD is his own internal investigation.

19        THE COURT:  You're not going to introduce that.  You

20   can question him about that.

21        MS. GOMEZ:  Thank you, Your Honor.

22        THE COURT:  Okay.

23        MS. GOMEZ:  Thank you.

24        MR. PERTNOY:  Thank you, Your Honor.

25                    (In open court.)

1          THE COURT SECURITY OFFICER:  All rise for the jury.

2      (Thereupon, the jury entered the courtroom.)

3          THE COURT:  The members of the jury all present and

4  accounted for.  You may be seated, everyone.

5          Counsel, you want to proceed with your redirect

6  examination.

7                    -  -  -  -  -

8          **REDIRECT EXAMINATION OF ART ACEVEDO**

9  **BY MS. GOMEZ:**

10 Q.    Hello again.

11 A.    Hi.

12 Q.    Do you remember writing a memo to Mayor Suarez and Arthur

13 Noriega who at the time was city manager?

14 A.    I'm sorry, could you repeat the question?

15 Q.    Do you remember writing a memo to Arthur Noriega who was

16 the city manager and to Mayor Francis Suarez?

17 A.    Yes, I do.

18 Q.    Okay.  And so I'm going to -- I believe you have it right

19 in front of you.  I'm going to show you for identification

20 Plaintiffs' Exhibit 255.

21     Now, what was the purpose of writing that memo?

22 A.    The purpose was to blow the whistle on a pattern of

23 conduct that I believed to be violations of civil rights and

24 law.

25 Q.    What was the conduct that the memo was memorializing and

```
 1   reporting on?
 2   A.   Conduct by this defendant or this defendant in this case,
 3   and two other members of the Miami City Commission, Alex de la
 4   Portilla who were engaged in committing malfeasance.  Openly
 5   doing it from the dias.
 6   Q.   What were the instances of malfeasance that they were
 7   engaging in?
 8            MR. PERTNOY:  Objection, Your Honor, as discussed on
 9   sidebar.
10            THE COURT:  Overruled.
11            THE WITNESS:  What I witnessed, I can start -- I can
12   just go over the --
13   BY MS. GOMEZ:
14   Q.   If you can review it and then just testify based on
15   your --
16   A.   Sure.  They were interfering with the department
17   operations.  They were dictating to me as the police chief
18   discipline that I was investigating.  I was investigating a
19   breach of security protocols involving the mayor and an
20   individual by the name of Frank Bischell who was working on
21   behalf of Commissioner Carollo that actually went to one of the
22   Keys and actually was -- he actually misidentified himself as
23   police officer when he wasn't.
24            MR. PERTNOY:  Objection, Your Honor.  This goes
25   beyond the cross and goes beyond what was discussed at sidebar,
```

```
 1   and is beyond the scope of these proceedings.  It's highly
 2   objectionable at this point.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  And I when I saw that breach of
 5   security protocols, I initiated -- ordered the initiation of an
 6   internal investigation.  From the dias, they were directing me
 7   on not only do not discipline an individual, in essence to I
 8   better bring him back and they were very clear what the
 9   consequences would be, they being the three Cuban commissioners
10   Alex de la Portilla, Manolo Reyes and Mr. Carollo.
11              MR. PERTNOY:  Objection, Your Honor.  Again, we're
12   beyond the scope of these proceedings.  And this is again
13   beyond the scope of what we discussed on the sidebar.
14              THE COURT:  The objection is overruled.
15   BY MS. GOMEZ:
16   Q.  Chief, in addition to interfering with an internal
17   investigation of a police officer and giving you directions
18   about having to reinstate the subject of the investigation,
19   what else did you document in this memo?
20   A.  I document --
21              MR. PERTNOY:  Objection, leading.
22              THE COURT:  Overruled.
23              THE WITNESS:  I documented my observations that
24   related to the retaliatory actions being taken against
25   Mr. Fuller and his businesses for -- again, at the direction of
```

```
 1   Commissioner Carollo and also giving direction from the dais.
 2            MR. PERTNOY:  Objection, Your Honor.  Now he's
 3   testifying about stuff that's not even contained in the
 4   memorandum.  This goes beyond the scope of the sidebar.
 5            THE COURT:  Overruled.
 6   BY MS. GOMEZ:
 7   Q.   Chief, take a moment, review your memo.
 8   A.   Thank you.  Okay.  I've reviewed it.
 9   Q.   Does your -- does the memo address the interference that
10   you were experiencing with your reform efforts?
11   A.   Yes, it does.
12   Q.   And does it address the issues that you were having with
13   your staffing, with Miami-Dade Police staffing as a result of
14   the interference?
15            MR. PERTNOY:  Objection.  Leading and goes beyond the
16   scope of the cross, Your Honor.
17            THE COURT:  Overruled.
18            THE WITNESS:  Not Miami-Dade, but Miami Police
19   Department.  Yes, ma'am.
20   BY MS. GOMEZ:
21   Q.   Sorry.  And what was -- if you could tell us what was the
22   interference?
23   A.   Well, the interference was actually the positions that I
24   was trying to obtain to help with my reform efforts.  The open
25   hostilities towards those positions, and they actually took
```

1    them out of the budget.

2        Like I said earlier, weaponizing the budget to hamper my

3    ability to properly supervise and reform the department to

4    ensure they were following the law and Constitution.

5    Q.   And does your memo also address the defendant's

6    interference and improper use of City of Miami Police

7    Department resources?

8    A.   Yes, it does.

9            MR. PERTNOY:  Objection, Your Honor.  Again, beyond

10   the scope and the issues we raised at sidebar.

11           THE COURT:  Overruled.

12   **BY MS. GOMEZ:**

13   Q.   What does your memo address with respect to that?

14   A.   Well, it addresses the fact that they were giving us, you

15   know, a list of who to go target, insisting that we make

16   arrests for protected activity, constitutionality conjured up

17   recently with the chickens and this park recently.

18           MR. PERTNOY:  Move to strike, Your Honor.  That goes

19   beyond the scope of everything.  It's not even one of the

20   issues in this case.  It's a 403.

21           THE COURT:  Sustained.

22   **BY MS. GOMEZ:**

23   Q.   And so if you could read -- if you can read the last

24   sentence of your memo to yourself.

25   A.   The very last page?

1   Q.   Yeah.   What was the purpose of writing this memo?

2           MR. PERTNOY:   Same objection as discussed at sidebar,

3   Your Honor.

4           THE COURT:   It's overruled.

5           THE WITNESS:   Well, I was precluded from

6   investigating them so I wanted to blow the whistle in my

7   capacity as an American citizen to expose the pattern of

8   corruption that I witnessed, and this was dated September 24th,

9   and as a result, I ended up getting fired less than a month

10  later.

11  **BY MS. GOMEZ:**

12  Q.   Did you report defendant Carollo's conduct to the

13  Department of Justice?

14          MR. PERTNOY:   Objection, Your Honor.   403 and as

15  discussed on sidebar.

16          THE COURT:   Overruled.

17          THE WITNESS:   I reported it.   Yes, I did to two

18  different entities in the Department of Justice.   I reported it

19  directly to the FBI Miami Field Office and Jorge -- I can't

20  remember his last name now, Pero, I think it was something like

21  that.

22          I reported it also to the Assistant United States

23  Attorney for which is -- I think she's number two or three at

24  the Department of Justice.   Medina Gupta, who I have worked

25  with many years on policing efforts and reform and she was part

1  of the Civil Rights Division in a previous administration.

2       I also reported it to Kristen Clark who was the United

3  States Assistant Attorney General over the Civil Rights

4  Division in the Washington headquarters.  And to my

5  recollection, those are the entities of the Department of

6  Justice that I reported it to.  I might have reported it to the

7  acting U.S. Attorney here in this district, but I can't recall.

8       MR. PERTNOY:  Objection, Your Honor.  Now we're

9  speculating as to who he may have sent the memo to.

10       THE COURT:  Sustained.

11  **BY MS. GOMEZ:**

12  Q.   Did you report it the State Attorney's Office here in

13  Florida?

14       MR. PERTNOY:  Objection.  Same objections as before.

15  This is highly prejudicial.

16       THE COURT:  Overruled.

17  **BY MS. GOMEZ:**

18  Q.   Did you report it to the State Attorney's Office in

19  Florida?

20  A.   I reported it to the office of -- I reported directly to

21  Katherine Fernandez Rundle who had previously received a report

22  of their malfeasance from --

23       MR. PERTNOY:  Objection, Your Honor.  That goes

24  beyond the scope of questioning.  Goes beyond the scope of the

25  sidebar, is a 403.

```
 1              THE COURT:  Sustained.
 2   BY MS. GOMEZ:
 3   Q.   Was there anybody aware that you were making these
 4   reports?  Anybody within the city?
 5   A.   Yes.
 6   Q.   Who was it who knew?
 7   A.   The mayor and the city manager.
 8   Q.   And what did they tell you about making those reports?
 9              MR. PERTNOY:  Objection.  Hearsay.
10              THE COURT:  Overruled.
11              THE WITNESS:  Well, I had quite a few conversations
12   about what I was witnessing with the mayor and the city
13   manager, and the mayor told me if you think you can make it
14   stick, good luck because I tried and I met -- me and Emilio met
15   the State Attorney --
16              MR. PERTNOY:  Objection, Your Honor.  This is rank
17   hearsay at this point.
18              THE COURT:  All right.  Sustained.
19              THE WITNESS:  And then --
20              THE COURT:  Wait.  The objection is sustained.
21              THE WITNESS:  I'm sorry, sir.
22   BY MS. GOMEZ:
23   Q.   So now that we've -- that you've told the jury about your
24   reports to law enforcement about defendant Carollo's conduct,
25   can you tell them why were you fired?  Why were you terminated?
```

```
 1              MR. PERTNOY:  Objection, leading.  And same
 2    objections raised at sidebar.
 3              THE COURT:  Overruled.  You may answer.
 4              THE WITNESS:  I was fired, again, when I gave this to
 5    the city manager and he said your days are numbered.
 6              MR. PERTNOY:  Objection.  He's testifying to hearsay.
 7              THE COURT:  Overruled.
 8              THE WITNESS:  So I was fired for engaging in First
 9    Amendment activity and for whistleblowing.
10    BY MS. GOMEZ:
11    Q.   And did you -- in addition to just writing the memos, did
12    you engage in any other First Amendment activity that really
13    displeased defendant Carollo?
14              MR. PERTNOY:  Objection, leading.  You're speculating
15    and it's also 403.  And it's also calling for a legal
16    conclusion.
17              THE COURT:  Overruled.
18              THE WITNESS:  Mr. Carollo and the two other Cuban
19    members that are mentioned here, Mr. de la Portilla and
20    Mr. Reyes took great exception with the fact during the George
21    Floyd protests in Houston --
22              MR. PERTNOY:  Objection, Your Honor.  This is highly
23    prejudicial and has nothing to do with these proceedings and is
24    contrary to what we discussed at sidebar.
25              THE COURT:  Sustained.
```

1   **BY MS. GOMEZ:**

2   Q.   There was a lot of talk about the Proud Boys and events

3   with the Proud Boys.  Can you tell us about that?  What was the

4   incident?

5   A.   Well, the counsel brought it up.  I was -- I had just

6   planned with my family coming back from a family wedding, and

7   when I landed, my executive officer called me and told me that

8   a protest had broken out in front of Versailles for the

9   retaliatory Cuban government.

10       So I went home immediately that night, put on my uniform,

11  and responded to the location of the protest.  I believe in the

12  First Amendment as long as it's not on freeways, I can't

13  protect you on freeways, they're just very reckless and very

14  dangerous.

15       I believe in First Amendment activity.  I think that's the

16  foundation of our country, and I wanted to make sure that our

17  officers balance, you know, First Amendment rights with making

18  sure that we protect properly and there's a pretty -- there's a

19  very clear line between First Amendment activity and criminal

20  activity and I just wanted to be there.

21       And it was about 1:30 in the morning, and we had given the

22  community, the streets because it was just so many people, I

23  think for safety, we wanted to make sure we keep everyone on

24  the sidewalk and so we were in the street.  It was late into

25  the evening, and you have to have a permit for a parade.

1    It was late in the evening, and I remember telling the

2    organizers, listen, there's a lot of people around here who

3    have been very, you know, accommodating, that we need to take

4    the streets back now so we can quiet down a little bit because

5    just out of respect for the neighborhood.

6    And we were clearing the streets, and a male started

7    screaming at me.  From the corner of my eyes, I see this male

8    screaming, I hear, it and see him and he started screaming at

9    me that I'm a socialist, you're a communist, things of that

10   nature, you know, you took a knee, you support Black Lives

11   Matter and things of that nature in response to the George

12   Floyd protests which I was police chief in Houston.

13   Q.   Did defendant Carollo have an issue with the fact that you

14   participated in that protest?

15           MR. PERTNOY:  Objection.  Calls for speculation.

16           THE COURT:  Overruled.  If he knows.

17           THE WITNESS:  Not that I'm aware of.  He took

18   exception to the fact that I stood up to a Proud Boy, and he

19   shared in the kind of the same attitude him and the other two

20   that I was out there Black Lives Matter.  I was marching with

21   them, I remember telling all three of them, empathy is a

22   wonderful thing --

23           MR. PERTNOY:  Objection, Your Honor.  This is 403 and

24   goes beyond what we discussed at sidebar once again.

25           THE COURT:  Overruled.

```
 1          THE WITNESS:  I told them empathy is a wonderful
 2   thing.  I remember asking him how many police cars burn in the
 3   City of Miami?  How many burn in a minority major city within a
 4   very large African American community?  Zero.
 5          So is when you show empathy, and we stand with the
 6   community that's hurting and when they saw George Floyd was
 7   calling for his mother, that they saw their own mothers --
 8          MR. PERTNOY:  Your Honor, we're so far beyond the
 9   scope of this litigation and this has gone beyond the scope of
10   our sidebar and it's clearly 403.
11          THE COURT:  It's not 403.  Speculation.  Overruled.
12   We can move forward.  I'm going to sustain the objection.  Move
13   on to the next question, counsel.
14          THE WITNESS:  I'm sorry, Your Honor, do I keep going?
15          THE COURT:  No, she can ask you the next question so
16   we can move forward.
17          THE WITNESS:  Yes, sir.
18   BY MS. GOMEZ:
19   Q.   Chief, do you have anything to say to Mr. Fuller here
20   today?
21          MR. PERTNOY:  Objection, Your Honor.
22          THE COURT:  Sustained.
23          MS. GOMEZ:  Your Honor, if I can have a minute?
24          THE COURT:  Sure.
25
```

1    **BY MS. GOMEZ:**

2    Q.    You mentioned disproportionate enforcement earlier.  Can

3    you tell us what did you mean by that?

4              MR. PERTNOY:  Objection.  Goes beyond the scope of my

5    cross.

6              THE COURT:  Sustained.

7              MS. GOMEZ:  Your Honor, it was addressed on cross.

8              THE COURT:  Sustained.

9              MS. GOMEZ:  Your Honor, I don't have any other

10   questions.

11             THE COURT:  All right.  Thank you, Chief.  Have a

12   good day, sir.

13             MR. PERTNOY:  Your Honor, opportunity to recross?

14             THE COURT:  There's no recross, sir.  There's a

15   direct examination and a cross-examination and there's redirect

16   and there's no re-recross, re-redirect.  All right?

17             With that said, you may be excused, sir.  Thank you.

18   Call your next witness, counsel.

19             MR. GUTCHESS:  Your Honor, plaintiffs call

20   Mr. Richard Blom.

21             THE COURTROOM DEPUTY:  Can you please raise your

22   right hand?

23

24

25

```
 1                        (Witness sworn.)

 2              THE WITNESS:  I do.

 3              THE COURTROOM DEPUTY:  Can you please say your name

 4    for the record and spell it, please.

 5              THE WITNESS:  My name is Richard Blom.  Last name B

 6    as in boy, L as in Lima, O as in Oscar, M as in Mike.

 7                         -  -  -  -  -
```

 8                  **DIRECT EXAMINATION OF RICHARD BLOM**

 9    **BY MR. GUTCHESS:**

```
10    Q.   Good afternoon, Mr. Blom.  Thank you for your patience.

11    Could you please tell the jury a little bit about your

12    educational background?

13    A.   Okay.  Good afternoon.  I have a bachelors degree in

14    criminal justice from Barry University and masters degree from

15    St. Thomas University in public administration.

16    Q.   Okay.  And could you please tell the jury a little bit

17    about your professional background?

18    A.   Training and background?

19    Q.   Yeah, just give us your history in law enforcement.

20    A.   Okay.  Well, I'll start with the training, take me just a

21    couple minutes.  I've been very fortunate in my 37 year career

22    to really receive a lot of what I call Grade A training.

23    Probably over 2,000 hours of training in the police profession.

24              THE COURT:  I'm sorry, Mr. Blom, could you speak into

25    the microphone, sir?
```

 1                THE WITNESS:  Yes, sir.  Is that good?

 2                THE COURT:  We can hear you now.

 3                THE WITNESS:  Is that better?  Okay.  So, yeah, I've

 4      got over 2,000 hours of training in police competency.  I think

 5      the police department did well in investing in me.  Some of the

 6      most prominent training I had is -- one is the FBI National

 7      Academy.  I went there in Quantico, Virginia for two and a half

 8      months as a police executive training.

 9                And I think that served me well, and also I went to

10      the FBI bomb school in Huntsville, Alabama for a month, I was a

11      bomb school commander in Miami for seven years.  And I've also

12      had the opportunity to go to Israel to observe their bomb

13      squad.

14                At the time, there was a lot of what they call

15      European pipe bombs, so I went to look at those and see how

16      they dismantle those.  I was so impressed with that, that I

17      sent my bomb squad, bomb technicians over there so they could

18      see firsthand how some of these newer type pipe bombs were

19      coming out.  They came back to the community of south Florida

20      to be able to serve a little bit better.  Then I picked about

21      2,000 hours or so.

22                And I guess the last training I'll talk about is the

23      crime prevention training.  That was a three week course here

24      in Florida given by the -- they still give it.  It's the

25      Florida Attorney General's Office at the time, 1989, the

```
 1  Attorney General was Bob Buckworth.  It was a three week course
 2  in residential, commercial and personal security.
 3          And the reason I liked that the most is because I
 4  probably used that the most in my career.  And even though I'm
 5  retired now, I still get to use it.  In fact, I used it a
 6  couple times today.  When I saw people, I was able to give them
 7  some tips on how they can better secure their homes, their
 8  families and their businesses.  So that's what I really liked.
 9  Because even though I'm retired, I still get to, you know, give
10  safety tips out and I think it makes me a better community
11  member and a better neighbor and I think the department, you
12  know, Miami invested in me a lot of money and stuff, I like to
13  give that back even though I'm retired.
14          As far as my law enforcement career, as I mentioned,
15  it spans 37 years.  I started in three departments.  Miami --
16  I'm sorry, Miami Police Department.  I was there for 33 years.
17  I did two years with the Miami-Dade School Police, and ended up
18  with less than two years as a police chief in the City of
19  Doral, and I have to tell you that the City of Doral, I was
20  hired by then city manager Joe Carollo.
21          And I was only there less than two years, and he was
22  there only 18 months.  I thought we did a good job in the
23  police department, and there were numerous issues at the time
24  that Joe Carollo did that actually moved that city forward.  I
25  think he really did a good job over there.
```

 1   **BY MR. GUTCHESS:**

 2   Q.   Just for -- I don't know if you know, you're the third

 3   police chief we've had here today and did you know Chief

 4   Colina?

 5   A.   Yes, I knew Chief Colina.  He had been in the department

 6   when I was in the department.  He actually worked for me when I

 7   was assistant chief and he was the commander in Coconut Grove.

 8   Q.   Did you learn anything from Chief Colina when he worked

 9   for you?

10   A.   It's funny that I admit that, you know, you can learn

11   things from your subordinates if you just pay attention.  And

12   with Colina, it was -- I was the assistant chief and I wanted

13   him to move a particular officer into his district was Coconut

14   Grove.

15        So I said Jorge, I need you to take this officer.  He had

16   interviewed for Coconut Grove and he passed the interview

17   process.  I said, well, Chief, you know, he wasn't number one

18   on the list.  I have somebody number one on the list, I'd like

19   to take them.  I said, yeah, I understand that, but I'm the

20   assistant chief and I'd prefer you take this person.  And he

21   says, well, I'm not really comfortable with that.

22        I said are you telling me your boss, the assistant chief,

23   are you telling me no?  And he goes no, I would never tell you

24   no.  I'm just telling you that I'm uncomfortable with that and

25   do you really want me to work outside my comfort level?  I said

```
 1    that's a good answer.  I said no, I do not want you working

 2    outside your comfort level.  So he took his first pick.

 3        Later on, months later, he was able to take the person I

 4    wanted, but I thought that was a good answer.  I'm not going

 5    to say no.  I'm not going to fire you, but it makes me

 6    uncomfortable.  So I use that a lot because it's a good

 7    expression.  It tells people you're not really good with what

 8    you're doing.  And I really respected Jorge for that.  I don't

 9    think I even told him.  I might call him tonight and tell him

10    Jorge, you know, I put a plug in for you.

11    Q.   Mr. Blom, who did you say it was that hired you as the

12    Chief of Police of Doral?

13    A.   It was Joe Carollo.

14    Q.   And how long were you the Chief of Police?

15    A.   Less than two years.  Probably 18, 19 months.

16    Q.   And you said that Mr. Carollo did some good things as city

17    manager?

18    A.   He did some very good things not only for the police

19    department -- first of all, the police department was in a

20    little office building, and they occupied part of this center

21    office building.

22        Then city manager Joe Carollo moved us out into a brand

23    new building that was built for Public Works, I believe.  And

24    Public Works only had, you know, less than 20 people and that

25    was a huge building.  So he moved us out of there and he moved
```

1    us into this Public Works building and converting and, you

2    know, he had plans to even make it bigger.  But that was a

3    really good move.

4        I think it really showed the police department's a

5    professional department, having their own building, their own

6    structure and since then, he's left, but they have added on to

7    that building.  I was up there a couple years ago, it's a great

8    building, it really should have his name on it and they don't.

9        The other thing I can tell you the first year -- I was

10   only there a year and a half -- the first year he reduced the

11   budget significantly, and we didn't lose a step in anything.  I

12   think he just found a lot of waste.

13   Q.   Let me ask you, what happened with his tenure as the

14   manager of the City of Doral?

15            MR. KUEHNE:  Your Honor, objection.  Your Honor --

16            THE COURT:  What's the objection?

17            MR. KUEHNE:  Foundation, relevance as well as

18   personal knowledge.

19            THE COURT:  Sustained.

20   **BY MR. GUTCHESS:**

21   Q.   When you were his Chief of Police, were you there when his

22   employment was terminated?

23   A.   Yes, I was.

24   Q.   Could you explain what you saw as to why he was

25   terminated?

```
 1                MR. KUEHNE:  Objection, Your Honor.

 2                THE COURT:  What's the objection?

 3                MR. KUEHNE:  Foundation.

 4                THE COURT:  Wait --

 5                MR. KUEHNE:  Objection, Your Honor.  The bounds of

 6     this lawsuit, and I could go sidebar on this issue.

 7                THE COURT:  All right.  I'm going to sustain the

 8     objection.
```

**BY MR. GUTCHESS:**

```
10     Q.   Can you explain the events that immediately preceded his

11     termination?

12     A.   He apparently fell out of favor with two of the

13     commissioners and the mayor.

14                MR. KUEHNE:  Objection.  It appears it's speculation

15     apparently.

16                THE COURT:  Sustained.
```

**BY MR. GUTCHESS:**

```
18     Q.   So, Mr. Blom, when Mr. Carollo was terminated, what did he

19     do next?

20     A.   I'm sorry, what did he do next?

21     Q.   Yeah.  Professionally, what did he do next?

22     A.   I don't know.  I know years later, maybe a couple years

23     later, he ran for city commission in Miami; won that race.

24     Q.   And what did you do next?

25     A.   Well, once the manager left, the mayor seemed to be
```

1    uncomfortable with the department directors that Joe Carollo

2    brought over.  And as a result, most of the directors,

3    including myself, resigned.

4         The mayor was not comfortable with us, and I'm not

5    comfortable working for somebody that doesn't want me there so

6    I think there was a number of the directors that were there

7    resigned and I did.  I resigned.

8    Q.   And what did you do after that?

9    A.   I relaxed.  And couple years later when Joe Carollo won

10   the race for commissioner, I think it was two years later,

11   maybe two and a half, I contacted him and we talked and we

12   agreed that I would be his chief of staff.  I started in early

13   2018.

14   Q.   And so how long were you Mr. Carollo's chief of staff?

15   A.   I would say probably about a year and a half.

16   Q.   Okay.  And what is the role of the chief of staff for the

17   commissioner?

18   A.   That's a good question.  It's different depending on the

19   commissioners.  There's no -- I don't think there's no set

20   category for what a chief of staff does.

21        I looked at it as doing maybe four basic things.  Number

22   one, being -- I wrote a memo to this effect.  Number one, to be

23   the advisor in my area of expertise which would be security and

24   probably the hiring and managing of personnel.

25        Number two, would be to enhance or maintain or even create

```
 1   good rapport with people that had initiatives with the district

 2   that the commissioners is running.

 3        Number three would make sure that the office ran

 4   efficiently.  And number four, I think I already mentioned was

 5   assisting the hiring of key personnel.

 6   Q.   And I want to go back to your comment about Chief Colina

 7   and things that make you feel uncomfortable.  Does sneaking

 8   around make you feel uncomfortable?

 9        MR. KUEHNE:  Objection.  Leading, number one, as well

10   as foundation and relevance to this lawsuit.

11        THE COURT:  Sustained.

12   BY MR. GUTCHESS:

13   Q.   Can you explain any incidents with Commissioner Carollo

14   with respect to Mr. Fuller that made you feel uncomfortable?

15   A.   Yeah, the one I recall top of my head, we had taken him --

16   I was driving him to a meeting out of town, Bayfront Park.

17        On the way back we were going down 7th Street and he asked

18   me to stop the car, and apparently he wanted to look at the

19   parking lot.  I guess it was owned by Mr. Fuller, but I pulled

20   up to the parking lot and he got excited because he said move

21   up, move up, move up.  I said what?  They're going to see us,

22   they're going to see us.

23        I went back to city hall.  I'm not comfortable with that.

24   You know, it feels like I'm doing something illegal, immoral,

25   unethical, wrong, stupid, silly or childish.
```

```
 1      I conduct myself every day like my mother's watching.
 2   She's been gone eight years, me and my brothers always conduct
 3   ourselves like mom's watching.  This kind of stuff I don't do.
 4   Q.   Was there a similar incident with respect to measuring
 5   distance?
 6   A.   Yeah.  He wanted us to measure from the beginning of
 7   Fuller's or the front door of Fuller's, I guess it's a
 8   nightclub, a mexicana on 8th Street and 5th Avenue.  He said
 9   that he found out that it was more -- less than 150 feet to the
10   storefront church.  He wouldn't be able to set up there.  So he
11   wanted myself and Jose Alvarez who worked in the office as well
12   to go down there and measure.
13      So go down there, and I have this measuring stick, you
14   know, with a little wheel on it and stuff, and we pull up right
15   in front of the club, and I'm about ready to get out and Jose
16   says, no, keep going, you can keep going.  I said what are you
17   talking about?  Get out of here.  So I didn't get out of the
18   car.  I just pulled out, and went down the block.  I said
19   what's the matter?  He goes Fuller was in the car in front of
20   you.  I said yeah, so what?
21      I said yeah so what?  He says no, we're not supposed to be
22   seen.  I said, listen, I tell you to do this.  I'm not doing
23   it.  You take the stick.  I'm going to get some coffee
24   somewhere.  Let me know when you're done.  I'll pick you up.  I
25   don't want to be seen around here like that.  You're out of
```

1    your mind.  This was another incident that I was uncomfortable

2    with.

3    Q.   Was there an incident where you were asked to take a photo

4    of the Ball & Chain logo?

5    A.   Yeah, I was in the car with Commissioner Carollo.  He said

6    look, those tourists are standing right under the ball for Ball

7    & Chain.  That's dangerous.  You need to get a picture of that.

8    Not a problem.  You want me to take a picture, so I got out of

9    the car in the middle of the sidewalk where everybody can see

10   me and I took a couple pictures.

11       I don't think he was very comfortable with that.  Never

12   asked me to take another picture again, but that's the way I

13   take pictures.  I'll be right out there.  I'm not doing

14   anything.

15   Q.   Why did he want you to take a picture of tourists

16   underneath the ball?

17   A.   He said it was dangerous for those people to be under

18   there.

19   Q.   Do you recall any conversations with Mr. Carollo about

20   murals that Mr. Fuller had on his building?

21   A.   Yeah, at least one mural, maybe two.  I would do a lot of

22   driving for him.  Every time we passed this mural at least the

23   one on 16th Avenue, he would complain there's too many

24   blacks --

25            MR. KUEHNE:  Objection.

1               THE COURT:  What's the objection?

2               MR. KUEHNE:  Your Honor, the scope of this lawsuit as

3      well as 403.

4               THE COURT:  All right.  Sustained.

5               MR. GUTCHESS:  Your Honor, this is one of

6      Mr. Fuller's murals and Mr. Carollo himself has testified under

7      oath --

8               MR. KUEHNE:  Objection, Your Honor.  Objection to the

9      speaking.

10              THE COURT:  All right.  Do you have any legal

11     objection, counsel?  What's your legal objection?

12              MR. GUTCHESS:  My objection -- may I approach

13     sidebar, Your Honor?

14              THE COURT:  Sure.

15                             (At the bench.)

16              MR. GUTCHESS:  So the commissioner himself has

17     testified that one of the things he did not like about

18     Mr. Fuller was his murals and he wanted to clean up his murals.

19     And that's his testimony.  I'm going to play it.  And he says

20     because they weren't Latin enough, right?  That's his

21     testimony.

22          I didn't know it had any black in it to be honest with

23     you.  I don't think that the fact that it did impacts the

24     reality that he didn't like the murals because they were

25     Mr. Fuller's murals that he had paid for and commissioned for

 1   the neighborhood.

 2           THE COURT:  Okay.

 3           MR. GUTCHESS:  So I don't see what's objectionable

 4   about the question, and Mr. Gonzalez has already testified

 5   about this and it's already in evidence from Mr. Gonzalez.

 6           MR. KUEHNE:  Your Honor, three things that are legal

 7   objections.  One, it's nowhere near anywhere in this complaint

 8   whatsoever.  So that's one.

 9           Number two, there is no evidence and there's no proof

10   of evidence of anything having to do with whatever he's talking

11   about as a Fuller or a Fuller associated mural.

12           In fact, if the Court remembers when there was an

13   objection to Mr. Gonzalez testimony, he had no idea where it

14   was and had no idea what it was.  Just remembered, oh, yeah,

15   there were black people in it and he didn't like it.

16           And third, none of this came up.  We saw a picture of

17   a mural that they -- the plaintiffs have not even identified

18   either last night or the night before when they gave us Exhibit

19   444 that we've never seen before.  We have no idea where it is.

20   We have no idea what it is and we've objected to that.

21           So for those three grounds, Your Honor, as well as the

22   403 inherently prejudicial in this case like this that has

23   nothing to do with this issue that they've raised and we

24   believe, Your Honor, and I will say we believe this issue came

25   up with Mr. Gonzalez for the first time only because of the

1   composition of our jury which includes African American jurors

2   of color.

3           I believe this is a targeted -- targeted effort to

4   paint Mr. Carollo as a racist, but there is no part of this

5   lawsuit that has anything to do with that.  None.

6           MR. GUTCHESS:  Your Honor, Mr. Gonzalez --

7           THE COURT:  Look, first and foremost, I disagree with

8   Mr. Kuehne as to painting Mr. Carollo as a racist.  This is not

9   about race.  What we have here also is Mr. Fuller's case and,

10  in fact, anything that Mr. Fuller has that evidence brought out

11  that he doesn't have anything to do with whether it's black,

12  white, Cuban or whatever.  That's not what it's about.  This is

13  not about race.

14          The statement having been said, so be it.  It's just

15  about -- just because we have black jurors on this, I want to

16  be clear.  There's nothing clear about race.  It's about

17  Mr. Fuller, their contention, what he has done.  This is not

18  about race.  We're not going to go there, sir.

19          MR. KUEHNE:  Thank you, Your Honor.  That's my point.

20  If it's not about race, the comment should be objected to about

21  the mural, period, to not make it about race.  He objected to

22  the mural.  If they can establish it is a Fuller mural, good

23  for them.  I don't know if they can because we have no idea

24  where that mural is, but for the purpose of injecting the race

25  card into this case --

```
 1              THE COURT:  I disagree with that, sir.  Number one is
 2    that we're going to move forward.  Go with another question.
 3    We're not going to address anything about this mural.
 4          What is your next question?
 5              MR. GUTCHESS:  I was going to show him the mural
 6    to see which one it was.
 7              THE COURT:  Does he know?
 8              MR. GUTCHESS:  Yes, he knows.
 9              THE COURT:  Don't ask him any questions about
10    anything else.  I will allow the leading question, did he
11    object to it because it belongs to Mr. Fuller, yes or no.  This
12    is specific.  Bottom line whatever, someone is black, Jewish,
13    green, it doesn't matter in my opinion.  It's about if he has a
14    gripe with Mr. Fuller.  Being black, white, Hispanic, it's
15    incidental to it.  It has nothing to do with that.  All right?
16              MR. KUEHNE:  That's been our position, Judge.
17              THE COURT:  It's incidental.  It happened to be a
18    black on it.  If he made those statements, so be it.  You can
19    cross-examine Mr. Carollo.  I don't know whether he made those
20    statements or not.  Whether it was black or anything is beside
21    the point.  You can ask about the particular mural.
22              MR. GUTCHESS:  I'm not going to ask anything about
23    just is this the mural you were referring to.  That's it.
24              THE COURT:  All right.
25                        (In open court.)
```

```
 1            MR. GUTCHESS:  Your Honor, we'd like to pull up

 2   Exhibit 444 which is an image of the mural.

 3            THE COURT:  Sure.

 4            MR. KUEHNE:  Your Honor, just renewing the objection

 5   to 444 and the timing of the disclosure.

 6            THE COURT:  All right.  It's noted.

 7   BY MR. GUTCHESS:

 8   Q.   And, Mr. Blom, is this a picture of the mural that you

 9   noted?

10   A.   It might have been more than one, but they might have

11   changed this one at one time, but this is one of them, yeah.  I

12   think this might be around 16th Avenue and 7th Street or 8th

13   Street.  I'm not exactly sure, but I know because when I drove

14   around, almost every time we passed that he would make a

15   comment that there were big representations in the community --

16            MR. KUEHNE:  Objection.

17            THE COURT:  Sustained.

18   BY MR. GUTCHESS:

19   Q.   Okay.  Mr. Blom, you said this was an objection every time

20   he went by?

21   A.   Well, I mean, I didn't look at it every time I went by,

22   but it seemed to be every time we went by, he would say

23   something.

24            MR. GUTCHESS:  Your Honor, move to admit Exhibit 444.

25            THE COURT:  All right.  It will be admitted.
```

 1              (Plaintiffs' Exhibit 444 Received.)

 2    **BY MR. GUTCHESS:**

 3    Q.   Okay.  Thank you.  You mentioned that you had seen a

 4    Fuller Street.  What do you recall about seeing a --

 5    A.   I was just taking the commissioner somewhere in Coconut

 6    Grove and we passed Fuller Street.  I just happened to mention

 7    that and he got pretty upset about that.  There's a street

 8    named Fuller Street.  That was it.

 9    Q.   Okay.  Did Mr. Carollo make any allegations to law

10    enforcement regarding Mr. Fuller?

11              MR. KUEHNE:  Objection, Your Honor.  Foundation, as

12    well as timing and scope.  It's an awfully broad question.

13              THE COURT:  Sustained.  You can rephrase the

14    question, counsel.

15    **BY MR. GUTCHESS:**

16    Q.   Mr. Blom, when you first began working with Mr. Carollo as

17    his chief of staff, do you recall Mr. Carollo going to the

18    Florida Department of Law Enforcement with respect to

19    Mr. Fuller?

20              MR. KUEHNE:  Objection, Your Honor.  Request a

21    sidebar.

22              THE COURT:  Denied.

23              THE WITNESS:  Yes.  He asked me to take him up to

24    FDLE, Florida Department Law Enforcement on more than one

25    occasion in regards to Mr. Fuller.

1  **BY MR. GUTCHESS:**

2  Q.   We'll talk about those occasions.  What is the first one

3  you recall?

4  A.   The first one I recall, he said he had some paperwork that

5  he wanted to show FDLE, that it could be something criminal,

6  could be money laundering, something of that nature so I took

7  him up to FDLE and we were met by a detective.  His name was

8  William Saladregas.  I don't know if he's still there.  He came

9  on probably when I came on in the '70s.

10       Anyway, so we met with him and the commissioner gave him a

11  stack of paperwork he wanted Saladregas to look into it to see

12  if there was any impropriety such as money laundering.

13  Q.   What is money laundering?

14  A.   Well, you would look -- you would use it to move your

15  illegal money.  Usually it's a business that takes cash only,

16  something like that, and you would use it to kind of move your

17  money through, your ill gotten proceeds.  Drug dealers use

18  money laundering all the time.  They find a business to run the

19  money through, things like that.

20  Q.   So Carollo was accusing Mr. Fuller of actually receiving

21  illicit funds and washing them?

22       MR. KUEHNE:  Objection, Your Honor.  First, it's a

23  leading question and second, it's --

24       THE COURT:  Sustained.

25

1  **BY MR. GUTCHESS:**

2  Q.   What was the crime underlying the alleged money laundering

3  that Mr. Carollo believed?

4  A.   He believed that he was maybe buying properties that

5  were -- he spent more money buying these properties than they

6  were worth, and he wanted FDLE to look into it to see if there

7  were any improprieties.

8  Q.   Where did he get all these documents from?

9  A.   I don't know.  He had them in his home.  I don't believe

10 he got them from the office.  He was rarely in the office but

11 when I visited him in his home, he always had piles of

12 documents, mostly regarding Fuller's properties at his house so

13 I don't know where he got them.

14 Q.   Did Mr. Carollo make any allegation of money laundering

15 against any other resident or business owner in District 3?

16        MR. KUEHNE:  Objection.  Foundation.  Scope.

17        THE COURT:  Overruled.

18        THE WITNESS:  I don't believe so.

19 **BY MR. GUTCHESS:**

20 Q.   Okay.  And you said there were a number of occasions you

21 went to the FDLE?

22 A.   The second time I went up to FDLE, I went by myself.

23 Commissioner Carollo had told me that he had additional

24 documents on Fuller that he wanted me to deliver to the

25 Detective Saladregas, FDLE.

```
 1        I went up there by myself and delivered those documents to
 2   him.  At the time, Saladregas said at the time, listen,
 3   Chief --
 4            MR. KUEHNE:  Objection, Your Honor.  Now we're into
 5   classic hearsay.  Somebody else telling.
 6            THE COURT:  Sustained.
 7   BY MR. GUTCHESS:
 8   Q.   Mr. Blom, can you just explain what -- when I say FDLE,
 9   what is the FDLE?
10   A.   I'm sorry, FDLE is the Florida Department of Law
11   Enforcement.
12   Q.   And when you're talking to Mr. Saladregas, did he tell you
13   anything about the merits of these allegations?
14            MR. KUEHNE:  Objection, Your Honor.  Hearsay.
15            THE COURT:  Sustained.
16   BY MR. GUTCHESS:
17   Q.   Did anything ever come of these allegations?
18   A.   No, sir.
19            MR. KUEHNE:  Objection, Your Honor.  Foundation.
20   Lack of knowledge.
21            THE COURT:  Sustained.
22   BY MR. GUTCHESS:
23   Q.   And why not?
24            MR. KUEHNE:  Objection, Your Honor.  Same.
25            THE COURT:  Again, sustained.
```

1  **BY MR. GUTCHESS:**

2  Q.   Mr. Blom, you said there was yet another occasion?

3  A.   The last occasion -- well, he came up with me, and when

4  you visit FDLE, when you visit the inside, there is a sign-in

5  log so I'm sure it will show that there's at least two

6  occasions that he went up there with me, and one that I went by

7  myself to show them I.D. just like in this building here, they

8  sign you in.

9      That third occasion he went up there with me, he thought

10  that maybe that Fuller had voted from an address that was

11  different from the address he should be voting from.  I think

12  he said he voted from an address in Little Havana and he was

13  living in Coconut Grove.  I'm sorry, in Coral Gables, and that

14  could be voter fraud.

15      So he went up there with me and when we visited, AG

16  Saladregas, he said Chief, you might know this, it's a

17  detective, he used to work for Miami.  I was being polite.  I

18  said how are you doing.  I can't remember the guy, but he said

19  I'll be looking into the allegations on the voter fraud.  I

20  said thank you very much, you have my number.

21      I don't know how long it was until he called me.  It could

22  have been a week or two and he called me and he said Chief,

23  there's nothing here that's improper that he did.  I don't know

24  if he didn't vote from there, or he could.  I know he told me

25  that there was no improprieties there with voting.  That's the

1    last time I went to FDLE.

2    Q.   Did Mr. Carollo ever ask you to go to FDLE regarding

3    alleged voter fraud for anyone else other than Mr. Fuller?

4    A.   No, sir.

5    Q.   Do you recall Carollo going to the county or fire

6    department with an inquiry about Ball & Chain?

7    A.   Yes, sir.

8    Q.   What do you recall about that?

9    A.   He went to the county fire department.  He said he didn't

10   trust the city, so he went to the county and wanted to find out

11   what the capacity was for the Ball & Chain as far as seating

12   capacity.

13        So he sat with one of the fire people at the county and

14   got some kind of formula so he could bring that back and figure

15   out if the Ball & Chain was in compliance or not with the

16   seating capacity.

17   Q.   And what was his purpose for inspecting the seating

18   capacity?

19   A.   Well, he thought that there might be a danger there.

20   Might be an outside the code limit or something of that nature.

21   Q.   Okay.  Let me show you briefly Plaintiffs' Exhibit 63, if

22   I could.

23             MR. GUTCHESS:  I think there's no objection, right?

24             MR. KUEHNE:  No objection to 63, Your Honor.

25             THE COURT:  Okay.

```
 1              (Plaintiffs' Exhibit 63 Received.)
 2    BY MR. GUTCHESS:
 3    Q.   If we could just scroll down to the last page on the last
 4    email, Ms. Cohen.  Go up to the email.  Right there.
 5    Do you see your name there?
 6    A.   Yes, I do.
 7    Q.   Okay.  And do you know who Adrian Placenti is?
 8    A.   Well, from -- I believe he's a fire marshal, but I can't
 9    recall off the top of my head.  Looking at this, I think he
10    might be the fire marshal.
11    Q.   Could we go down to the occupancy load certificates?  And
12    what is that, Mr. Blom?
13    A.   You know, I'm not familiar with this.  I see it, I can
14    read it but I'm not really familiar.  It's just the occupancy
15    load, City of Miami.  It says maximum exterior load 253.
16    Q.   Let's go down to the --
17    A.   That's for Ball & Chain.
18    Q.   Right.  And is that another one for the Ball & Chain?
19    A.   Yeah, it's a little harder to read.  Same type of thing,
20    but occupancy 225.  I'm not sure if it's inside or outside,
21    front, back or what.
22    Q.   Were there two areas of the Ball & Chain, an inside and an
23    outside?
24    A.   I believe there were.  I really have never been in the
25    Ball & Chain.  I've never been there.  I think there might be
```

```
1   an outside, inside.  Back, front.  I don't know.
2   Q.   Okay.  Well, Mr. Blom, if you're taking photos of Ball &
3   Chain and wandering around, why didn't you ever just go in for
4   lunch?
5   A.   I never took photos except for the outside photo.  Had no
6   interest in taking a photo.  It wasn't part of my job
7   description.
8   Q.   Let's go on to Exhibit 108.
9        MR. KUEHNE:  There's no objection to 108, Your Honor.
10       THE COURT:  Thank you.
11  BY MR. GUTCHESS:
12  Q.   Mr. Blom, I want you to take a moment, if you could, and I
13  believe these emails are all from you, and if we can start at
14  the bottom and make -- you can just read and tell the jury what
15  it was you were requesting.
16       Go down to the next page, Ms. Cohen.  Okay.  Start there,
17  at the bottom email.  Looks like this is an email from you to
18  Mr. Gonzalez, the city manager copying Mr. Carollo, February
19  11, 2019, could you read that first email for the jury?  Can
20  you read it out loud?
21  A.   Yeah, what would you like me to read?
22  Q.   The highlighted paragraph.
23  A.   Okay.  I can only see communications on or after.
24  Q.   No, the bottom part.
25  A.   The bottom part.  Per Commissioner Carollo's request
```

1    please provide my office with any and all permits and final

2    inspections, closeouts, if any, or demolition, plumbing,

3    electrical or any other kind of permits whatsoever for 521 SW

4    8th Street from January 1, 2017 to present.

5    Q.   And is 521 SW 8th, is that Taquerias?

6    A.   I believe so.

7    Q.   Let's go up to the next request.  And is this the same

8    date?

9    A.   I don't see the date here.

10   Q.   February 11th, 2019.

11   A.   Okay.  February 11.

12   Q.   Could you read for the jury what you're requesting there?

13   A.   Okay.  Again, per Commissioner Carollo, please provide my

14   office with all parking requirements for businesses operating

15   from 521 SW 8th, all floor plan, blueprints on file at the

16   building to include both the first and second floors and

17   parking in the rear of the address, any and all reports made by

18   Code Enforcement and/or police on or about November 17, 2018,

19   reference an attempt to inspect 521 SW 8th Street where they

20   were asked to leave the premises.

21   Q.   Then could you read the email below that as well?

22   A.   Sure.  Per Commissioner Carollo's request, please provide

23   my office with any and all reports.

24   Q.   It continues at the top there?

25   A.   I'm sorry?

1  Q.   It continues at the top.  If you can read that.

2  A.   Okay.  Reports, communications, or after action reports on

3  behalf of ABT -- that's Alcohol, Beverage and Tobacco, that's a

4  state agency -- on behalf of ABT or Agent Roberto Maquiera,

5  having to do with a visit to 521 SW 8th Street, otherwise known

6  as Los Altos Mexicanos conducted on or about Saturday, December

7  15, 2018.  Also provide the latest CU -- that would be

8  certificate, I'm not sure what that is -- and BTR which is

9  business transaction something, on -- I'm not sure what that

10  is, on file for Los Altos Mexicanos, and any other businesses

11  that operate at 521 SW 8th Street.

12      Per Commissioner Carollo's request, please provide my

13  office with any and all permits and final inspections,

14  closeouts and any demolition, plumbing, electrical and any

15  other kind of permits whatsoever for 521 SW 8th Street from

16  January 1, 2017 to present.

17      I apologize for not being able to tell you what BTR or CU

18  is.  That's not my field.  I am a retired police chief.  I

19  don't know a lot of the terms.  Code enforcement, I'm not

20  familiar with code enforcement.  And to be honest with you, I

21  don't want to deal with Code Enforcement at all.  I didn't

22  really want to learn that stuff.  That's not why I thought I

23  was there.  I apologize again if I don't know what CU means or

24  BTR.

25  Q.   Ms. Cohen, can you go to the very top email?  I think

 1    that's the only one we haven't read yet.

 2    A.    Okay.  Per Commissioner Carollo, please provide my office

 3    with any and all notices of violations and/or all tickets,

 4    citations from Code Enforcement to any business at 521 SW 8th

 5    Street from January 1, 2017 to present.  Per Commissioner

 6    Carollo, please provide my office with all parking requirements

 7    for businesses.

 8    Q.    That's fine.  I think you read that, Mr. Blom.

 9    A.    Yeah, I think so.

10    Q.    Mr. Blom, did you make similar requests for Mr. Carollo

11    for any other property owner other than Mr. Fuller?

12    A.    I don't recall that at all.  I recall Mr. Fuller because

13    that was a regular occurrence.

14    Q.    Okay.  And what was the singular focus on 521 SW 8th

15    Street here?

16    A.    I don't know if there was a singular focus.  The focus was

17    they were probably doing something wrong and they didn't have

18    paperwork in order, and, you know, it needed to be inspected.

19    Q.    Okay.  Let's go to Plaintiffs' Exhibit 115.

20          MR. KUEHNE:  No objection to Plaintiff's 115, Your

21    Honor.

22          THE COURT:  Thank you.

23          MR. GUTCHESS:  If we can move into evidence 108 which

24    we just saw.

25          THE COURT:  All right.  It's admitted.

```
 1                  (Plaintiffs' Exhibit 108 Received.)
 2   BY MR. GUTCHESS:
 3   Q.   Okay.  Mr. Blom, take a look at this email from February
 4   13, 2019 to Mr. Emilio Gonzalez copying Mr. Carollo and could
 5   you read that for the jury?
 6   A.   Per Commissioner Carollo, please have the Fire Chief, Fire
 7   Marshal, Code Enforcement Director, Zoning Director, Building
 8   Director and Code Enforcement Supervisor, Francisco Marcos,
 9   Code Compliance officer, Scarlet Morera, Police Officer A.
10   Coss -- gives her number, 43029 -- and Police Lieutenant R.
11   Lesia 3898 present at the city commission meeting for my
12   11:00 a.m. time certain item.
13   Q.   Okay.  Now, Mr. Blom, when you were Chief of Police, would
14   you have permitted your staff members to appear before a
15   commission meeting to answer questions to commissioners?
16            MR. KUEHNE:  Objection, Your Honor.  Foundation.
17   Timeframe.  This was a different city for which he was police
18   chief.
19            THE COURT:  Sustained, sustained.
20   BY MR. GUTCHESS:
21   Q.   Mr. Blom, do you see anything improper in Commissioner
22   Carollo requesting these staff members to appear before him?
23            MR. KUEHNE:  Objection, Your Honor.  403, 404 as well
24   as the framework of this lawsuit, anything improper.
25            THE COURT:  Sustained.
```

1   **BY MR. GUTCHESS:**

2   Q.   Mr. Blom, would you just tell me what was the genesis of

3   requesting these staff members to appear before Mr. Carollo?

4   A.   I believe he wanted to question them about the inspection

5   at 521 8th Street.

6   Q.   Why in the world would Mr. Carollo want to be questioning

7   employees about the inspection at 521 SW 8th Street?

8   A.   I can't answer that.

9   Q.   Let's go to Exhibit 171.

10          MR. KUEHNE:  Your Honor, we have an objection to

11  this.  We've raised this objection previously regarding the

12  scope of this litigation.  I can remind the Court if you wanted

13  a little head note on what that objection was.

14          THE COURT:  All right.  We can take brief sidebar,

15  counsel.

16                         (At the bench.)

17          MR. GUTCHESS:  Just a whole list of Fuller

18  properties.

19          THE COURT:  What is the objection?

20          MR. KUEHNE:  Your Honor, we would object to this

21  document because it deals with a property that's not part of

22  this complaint.

23          If you might remember, we named a couple items, Los

24  Altos Mexicanos and Taquerias and not being part of any of the

25  allegations --

```
 1              THE COURT:  Don't overtalk him.  Go ahead.

 2              MR. KUEHNE:  Not being part of any of the allegations

 3     of this complaint.  We've raised it at -- I don't know if it

 4     was at a pretrial or sidebar before, and the Court has

 5     repeatedly said we're trying this case on the complaint so --

 6              THE COURT:  Also, too, as I recall, there were other

 7     properties shown here that show -- there was like the pool and

 8     everything else that was not a part of the other houses.  You

 9     shows multiple, plethora of other properties here that was not

10     subject to this complaint showing that he also received some

11     type of violation as well.

12              MR. GUTCHESS:  We've been talking about Taquerias and

13     Los Altos the whole time.

14              THE COURT:  Also the pleadings may conform to the

15     evidence, so you can address it.

16          How much time do you have for this witness because I'm

17     looking at the time.  The driver is going to be here in a

18     couple of minutes.  How much time do you have remaining for

19     this witness?

20              MR. GUTCHESS:  I would think I have 20 to 30 minutes

21     left.

22              THE COURT:  The driver is there by 5:00.  They need

23     to leave in another five minutes.  We can wrap it up in five

24     minutes.

25              Also, we're going to be moving to another courtroom.
```

1   It's not my issue, 13-4, Judge Graham's courtroom, and I'll

2   tell the realtor who keeps moving things.

3          MR. KUEHNE:  Can I make one comment?  The pictures

4   that I showed with Mr. Gonzalez were all part of this

5   complaint.  The Tower Theater and the hotel pool that was built

6   at the property next door, the rundown building with the

7   containers and the property, that the containers that's a part

8   of this complaint.

9          I kept my examination to only photos that were part of

10  this complaint.  I did not raise any issue with this.  And it's

11  not -- in our view, it's not been raised properly in the

12  complaint or anything that we should be referring to.  But

13  that's my objection.

14         THE COURT:  All right.  Response?

15         MR. GUTCHESS:  My response is Mr. Kuehne's statement

16  is completely false.  This has nothing to do with the

17  complaint.  He showed photos from 2022.  It's --

18         THE COURT:  Anyway, you have five minutes, all right?

19  And that's it.

20         MR. GUTCHESS:  Thank you.

21         THE COURT:  Objection's overruled.

22                    (In open court.)

23  **BY MR. GUTCHESS:**

24  Q.   We were on Plaintiff's 171.  If you can take a look at

25  that.  It's from Mr. Joe Napoli.  Do you know who that is?

1    A.    Yes, he was, at the time, the deputy city manager.

2    Q.    Okay.  And it's to Mr. Carollo and to yourself.  And it

3    says attached is an update on all the properties the city

4    attorney directed us as staff to inspect.

5          What I want to do, I want to roll through the properties.

6    So let's take a look at the first one, Ms. Cohen.

7          Okay.  Do you recognize what address is 1450 SW 7th

8    Street?

9    A.    May I see the owner?  Tower Hotel, yes, I do now.  I'm

10   familiar with the Tower Hotel.

11   Q.    And is that a Fuller property?

12   A.    I learned that it was at the time.  I didn't know it was,

13   whose property it was but yeah, it was.

14   Q.    Let's go to the next one.  And 1551 SW 8th Street, do you

15   know if that's a Fuller property?

16   A.    I don't know.  I'm not familiar with that.

17   Q.    Let's go to the next one.  1512 SW 8th Street.  Do you

18   know if that's a Fuller property?

19   A.    No, I'm not sure if that's a Fuller property.

20   Q.    Let's go to the next one.  1742 NW 7th Street.  Do you

21   know if that's related to Fuller?

22   A.    Don't know.

23   Q.    Okay.  Let's go to the next one.  1700 NW 7th Street.  Do

24   you know if that's related?

25   A.    I do not know.

```
 1   Q.   Let's go to the next one.  601 NW 17th Street?

 2   A.   No, I'm not sure what the property is.

 3   Q.   At this point in time, Mr. Blom, you're not really

 4   familiar with what the addresses are that are associated with

 5   Mr. Fuller, is that right?

 6   A.   That's correct.

 7   Q.   Okay.  So let's take that down.  And then let's go on to

 8   Exhibit 189.

 9             MR. KUEHNE:  One moment.  189, sir?

10             MR. GUTCHESS:  Yeah, 189.

11             MR. KUEHNE:  No objection to 189, Plaintiffs', Your

12   Honor.

13             THE COURT:  Thank you.

14             (Plaintiffs' Exhibit 189 Received.)

15   BY MR. GUTCHESS:

16   Q.   And do you see that this is an email from you dated

17   April 15th, 2019 to Mr. Suarez, Jose Suarez.  Who's that?

18   A.   Jose Suarez was one of the liaisons in the office.  I

19   believe he later became chief of staff.

20   Q.   And the attachment is Los Altos doc, it says FYI?

21   A.   Yes.

22   Q.   Let's look at the attachments here.  What is the first

23   one, Los Altos, 531 SW 8th Street, is that a Fuller property?

24   A.   Yeah, it is.

25   Q.   What is this list here?  What are all these questions?
```

```
 1   A.   I believe that was maybe a public records request looking
 2   for these type things, full, temporary permits, all notices,
 3   all daily sales invoices, things of that nature.
 4   Q.   Okay.  And let's go to the next document.  Next page.
 5   Ball & Chain.  Is that a Fuller property?
 6   A.   Yes, basically the same thing, looking for the same thing.
 7   Q.   Okay.  Let's go to the next one.
 8   A.   Yes, that's a Fuller property.
 9   Q.   What are you looking for there?
10   A.   The same stuff.
11   Q.   Okay.  Let's go to the next one.
12   A.   Same thing, yes.  It's a Fuller property.
13   Q.   That's an ice cream store, right?
14   A.   Yes.
15   Q.   And looking for all these things regarding the ice cream
16   store?
17   A.   Yes.
18   Q.   Let's go to the next one.  El Taquito.  Is that also a
19   Fuller property?
20   A.   I believe so.  I can't say a hundred percent but I believe
21   it is.
22   Q.   What are you looking for there?
23   A.   Same thing.  Same thing.
24   Q.   And the Tower Hotel, let's go to the next page.  And the
25   Tower Hotel, is that a Bill Fuller property?
```

```
 1   A.    That's a Fuller property.

 2   Q.    Okay.  Any more pages?

 3   A.    I'm sorry?

 4   Q.    Any more pages here?  So, Mr. Blom, did you see anything

 5   on here that wasn't a Fuller property?

 6   A.    I don't believe so.

 7   Q.    Okay.  And then do you recall what happened the weekend of

 8   April 19th?

 9   A.    Yes.  I think if I remember, it was something to that

10   effect that I was asked by Commissioner Carollo to meet with

11   him and Jose Suarez.  I was home that weekend, so we can go

12   over these things, these public records requests and gather

13   this information on these properties.

14        I said listen, I really don't want to go to your house on

15   this weekend.  I can do this myself from home.

16   Q.    Let me show you Exhibit 200.  I want to point you to the

17   paragraph where you wrote about this weekend.

18             MR. KUEHNE:  This is which one?

19             MR. GUTCHESS:  200.  It's his resignation letter.

20             MR. KUEHNE:  No objection to Plaintiff's 200, Your

21   Honor.

22             THE COURT:  Okay.  Admitted.

23             (Plaintiffs' Exhibit 200 Received.)

24   BY MR. GUTCHESS:

25   Q.    Okay.  And, Mr. Blom, could you just take a moment to
```

```
 1   explain to the jury what is Exhibit 200?
 2   A.   I'm sorry?
 3   Q.   Could you explain to the jury what is Exhibit 200?
 4   A.   This is 200, I can't see the number down there but okay,
 5   got it.  Yeah, this is the memo I wrote to Joe Carollo on July
 6   1st letting him know -- do you want me to read it?
 7   Q.   You don't have to read the whole thing.
 8   A.   Letting him know that -- I'll read the first part.  That
 9   my role as your chief of staff this past year has been
10   confusing, frustrating and disturbing.  Although there's no
11   comprehensive job description that would describe my -- I'm
12   sorry -- to describe or encompass all the duties and
13   responsibilities as chief of staff, there are some I think
14   would be -- those I explained to you were to serve as an
15   advisor, to create and maintain relationships, to assume
16   day-to-day responsibilities for the office and to assist in
17   hiring key personnel -- each one of those four topics which I
18   said were for key for chief of staff.  I highlight letting the
19   commissioner know that he was actually making these things more
20   difficult for me when it was to serve him as an advisor and I
21   gave an example of how when he removed the security guard at
22   the Musi Park, and I told him I think that wasn't a good idea.
23   He overrode me.
24        He said that he had law enforcement experience and, you
25   know, he was going to do that anyway, so I felt that my job as
```

1  an advisor or my area of expertise was that it wasn't being

2  utilized and the -- can you move that up a little bit so I can

3  see the next page?

4  Q.   Yeah, let's go to the next page to the --

5  A.   So to assist with the hiring key personnel, he was -- I

6  wrote another memo where he was actually holding interviews --

7  and I'm sorry.

8  Q.   No, that's fine.

9  A.   He was holding interviews and I found that behind closed

10 doors, what's going on.  He's holding interviews, and I wanted

11 to remind him that, you know, he was complaining about that the

12 office staff throughout the whole year seemed like they don't

13 do shit.  And I said well, what is it that they don't do that

14 you need to be addressed?  And he wouldn't answer me.

15     But when I presented him -- after the staff had worked

16 there over a year, they had started putting in for their

17 vacation, so I came up with a vacation matrix which shows who

18 wants vacation and what particular week or what particular

19 month, and you can see if it overlaps with somebody else.

20 There are only seven people in the office.

21     So I presented him with this vacation matrix from -- I

22 think it was from February to July, and I said Joe, here's the

23 vacation matrix.  He goes what?  I said look, nobody overlaps.

24 They're all asking for days here or weeks here but nobody

25 overlaps, we're good to go.  He goes no, no, no, he says, they

1    only can only take vacation during the month of August.

2         I said, excuse me?  He said you can only take vacation

3    during the month of August.  I said really?  Spring break is

4    coming up.  He said I don't care.  Nobody has kids here.

5         So I wrote him a memo besides the fact that your vacation

6    shouldn't be contingent on whether or not you have children, if

7    you're going to tell these people that, they've here a year,

8    they can only take vacation during the month of August, that

9    should be a condition of employment when you're interviewing

10   people for the job.  Let them know that, listen, if you take

11   this job, you can only have vacation during the month of

12   August.  So I wrote him a memo to that effect and does nothing,

13   hiring key personal.

14   Q.   Mr. Blom --

15   A.   So he kind of blocked that too because he said that you

16   can only have vacation in August after they'd been there a

17   whole year.

18   Q.   Mr. Blom, if we can go to the last page in the highlighted

19   portion.  If you can read that for the jury.

20              THE COURT:  Also that will be the last question for

21   the day too.

22              MR. GUTCHESS:  Okay.

23              THE WITNESS:  Okay.  The one area that I received

24   your wholehearted support was in the area of researching

25   properties owned by William Fuller.  If you recall, you

 1   mandated on Friday afternoon, April 19, 2019, that I review a

 2   list of several of his properties and examine the various

 3   applications, permits, licenses that are associated with them

 4   over the weekend.

 5          You suggested that I as well as Jose Suarez come over

 6   to your home Saturday to accomplish this work.  I advised that

 7   I could accomplish this work from my own home and spent time on

 8   Friday evening, part of the day on Saturday and Sunday

 9   reviewing several -- which is I think is my birthday, April

10   21 -- reviewing several Fuller properties and --

11   Q.   Read the unhighlighted portion too.

12   A.   This is just one of the numerous occasions that you

13   notified me on a Friday that you required me to put in

14   additional work hours on the weekend.  I am not comfortable

15   doing this type of work research for a variety of reasons, but

16   I find that I'm being assigned more of this type of work

17   focusing on this one individual.

18   Q.   Okay.  And --

19          THE COURT:  All right.  As I mentioned, that was the

20   last question.

21          Ladies and gentlemen, we're going to be in recess

22   until tomorrow.  Also, there's other changes that took place.

23   We're going to be moving again.  This time it will be in 13-4

24   so make sure tomorrow morning, you report in the Courtroom

25   13-4.  Everyone have that down?  13-4.  You can report at

```
 1   9:00 a.m.  13-4 at 9:00 a.m. we'll start.

 2            With that said, again, we'll see everyone tomorrow.

 3   Again, do not formulate any opinions.  Do not watch any media

 4   accounts of this trial.  As I mentioned before, all those

 5   things remain in full force and effect as I explained to you

 6   earlier on day one.

 7            With that said, we'll see everyone tomorrow.

 8            THE COURTROOM DEPUTY:  All rise for the jury.

 9                      (Jury left the courtroom.)

10            MS. GOMEZ:  Your Honor, we have a matter for the

11   Court, if we can approach the bench?

12            THE COURT:  Sure.

13                          (At the bench.)

14            THE COURT:  Yes.

15            MS. GOMEZ:  Your Honor, we've been alerted by Marco

16   Jimenez who represents Chief Acevedo that Chief Acevedo was

17   being followed as he left the courtroom.

18            THE COURT:  I'm sorry, I can't hear.

19            MS. GOMEZ:  We were informed by Marco Jiminez who

20   represents Chief Acevedo that as soon as Chief Acevedo left the

21   Court, he was followed.  He was followed by I think it was two

22   cars and we have pictures.  He's asking that the Court refer

23   this matter to the U.S. Attorney's Office because it's witness

24   intimidation.

25            THE COURT:  Well, if he believes that, he can refer
```

 1    that himself.  I mean, I'm not going to do it, but if he wants

 2    to refer it.  If he believes there's a safety issue or there's

 3    some other unbeknownst to me, he may contact the U.S.

 4    Attorney's Office and do whatever he thinks it's appropriate.

 5    I don't think anything more about that other than what you have

 6    a picture, but okay?

 7            MR. KUEHNE:  It sounds like the plaintiffs' counsel

 8    are witnesses here, Your Honor, but Marco Jiminez is a former

 9    United States Attorney or a lawyer that she just mentioned so

10    we find --

11            THE COURT:  He's representing -- he was the U.S.

12    Attorney.  Any issue with that, he will definitely know what to

13    do.

14            MS. GOMEZ:  I guess the concern, Your Honor, is other

15    witnesses who are not similarly situated --

16            THE COURT:  The United States Attorney, if there's an

17    inclination he believes there's a safety issue or something,

18    they don't have to come to court here.  He knows what to do.

19            MR. KUEHNE:  Your Honor, we believe that this is a

20    blatant attempt by the plaintiff to prejudice our client to act

21    as a mouthpiece for a witness who mainly testified he has an

22    axe to grind or a grudge against Commissioner Carollo.  And we

23    object to this, and we ask the plaintiff's counsel to desist in

24    making claims like this.  They can refer it to the U.S.

25    Attorney's Office themselves.

```
 1            THE COURT:  Mr. Kuehne, as I just made myself clear,

 2   I'm not accepting whether it's true or false.  I just told you

 3   if he wants to go and make a report, Marc Jimenez was a former

 4   U.S. Attorney.  That's beyond this Court's control.  I'm not

 5   taking it at face value.

 6            MR. KUEHNE:  We agree, Judge.  We absolutely agree.

 7            THE COURT:  Thank you.  Have a good night.

 8      (Thereupon, this proceeding was adjourned at 5:02 p.m.)

 9                           - - -

10                  C-E-R-T-I-F-I-C-A-T-E

11

12            I hereby certify that the foregoing is an accurate

13   transcription of the proceedings in the above-entitled matter.

14

15   JULY 20, 2023        /s:/Ellen A. Rassie_____
                          ELLEN A. RASSIE, RMR-CRR
16                        Official Court Reporter
                          To the Honorable Rodney Smith
17                        299 East Broward Blvd., Room 202B
                          Fort. Lauderdale, Florida  33301
18                        (954)769-5448

19

20

21

22

23

24

25
```

**A JUROR: [1]** 5/9

**COMMISSIONER CAROLLO: [2]** 47/13 49/15

**MR. GUTCHESS: [21]** 174/19 186/5 186/12 186/16 187/3 188/6 189/5 189/8 189/22 190/1 190/24 196/23 201/23 203/17 204/12 204/20 205/15 205/20 207/10 209/19 212/22

**MR. KUEHNE: [40]** 68/17 180/15 180/17 181/1 181/3 181/5 181/14 183/9 185/25 186/2 186/8 187/6 188/19 189/16 190/4 190/16 191/11 191/20 192/22 193/16 194/4 194/14 194/19 194/24 196/24 198/9 201/20 202/16 202/23 203/10 203/20 204/2 205/3 207/9 207/11 209/18 209/20 215/7 215/19 216/6

**MR. PERTNOY: [186]** 4/15 64/15 64/19 64/22 67/11 67/18 68/4 68/15 69/9 69/13 69/20 70/15 71/2 71/12 71/20 73/13 74/1 80/20 84/15 87/12 88/6 88/22 89/4 89/13 89/25 90/8 90/18 91/2 91/9 91/12 91/22 92/4 92/10 92/19 92/25 93/8 93/14 93/23 94/5 94/12 94/21 95/5 95/14 95/17 96/2 96/9 96/15 96/25 97/12 97/20 98/3 98/15 99/21 100/4 100/22 101/3 101/25 102/19 103/2 103/4 103/11 103/17 104/2 104/10 104/17 104/23 105/4 105/9 105/14 105/18 106/1 106/9 106/17 107/4 107/12 107/19 107/25 108/12 108/21 109/5 109/14 110/8 111/2 111/6 111/11 111/24 112/2 112/8 112/15 112/24 113/1 113/10 113/20 114/2 114/12 115/2 115/16

115/23 116/1 116/13 116/20 117/3 117/15 118/5 118/15 118/17 118/24 119/3 119/9 119/15 119/23 120/5 120/12 120/23 123/8 123/21 123/23 124/1 124/5 124/9 124/12 126/4 126/6 126/8 128/5 128/18 128/21 128/23 128/25 131/16 131/18 132/20 133/15 133/19 135/2 135/5 136/16 137/14 137/22 140/20 141/14 141/23 142/8 142/14 142/19 143/24 147/18 154/10 155/11 155/18 157/1 157/23 158/17 158/23 159/1 159/18 160/2 160/17 160/20 161/16 161/24 163/8 163/24 164/11 164/21 165/2 165/15 166/9 166/18 167/2 167/14 168/8 168/14 168/23 169/9 169/16 170/1 170/6 170/14 170/22 172/15 172/23 173/8 173/21 174/4 174/13

**MR. SARNOFF: [38]** 13/9 15/14 15/21 15/23 17/2 17/6 19/20 19/23 20/18 20/20 21/10 21/24 22/6 22/18 22/22 23/4 23/7 24/12 25/9 27/2 27/24 28/24 29/20 30/4 32/11 32/18 33/2 33/9 33/18 34/1 35/17 40/6 45/24 59/16 60/17 62/6 62/21 63/22

**MS. CAPRIO: [41]** 4/11 5/24 13/16 16/24 17/3 17/8 19/17 19/21 19/25 22/2 22/7 22/17 22/20 23/3 23/5 23/11 23/14 24/14 26/24 27/6 34/6 35/18 36/12 40/3 42/4 44/8 44/13 44/17 54/5 54/23 55/21 59/17 60/6 60/13 61/3 61/24 62/4 62/9 64/5 64/12 70/11

**MS. GOMEZ: [73]** 65/16 66/1 66/14 67/5 67/16 67/25 69/3 69/11 69/15 70/5 70/10 70/20 71/7 71/14 71/19 73/5 73/25 74/13 91/16 121/3 122/22 123/5

123/18 124/3 125/21 126/5 128/10 128/14 131/17 133/13 133/17 137/6 138/24 139/4 140/11 140/18 141/3 141/7 141/22 142/4 142/6 142/12 146/19 147/16 152/9 153/14 153/20 155/6 155/8 155/21 156/5 156/7 156/11 157/14 158/22 158/24 159/3 159/22 160/7 160/11 160/16 161/10 161/15 161/18 161/21 161/23 173/23 174/7 174/9 214/10 214/15 214/19 215/14

**THE COURT SECURITY OFFICER: [4]** 5/2 74/9 156/1 162/1

**THE COURT: [331]**

**THE COURTROOM DEPUTY: [13]** 4/7 6/1 6/5 6/9 69/1 71/22 72/13 74/15 74/19 74/25 174/21 175/3 214/8

**THE WITNESS: [110]** 6/4 6/7 15/16 20/23 21/13 24/17 25/13 28/3 29/1 29/23 30/7 32/20 33/4 33/12 33/21 34/3 36/14 42/6 54/7 54/25 60/16 62/7 62/23 63/25 74/18 74/21 80/22 88/9 88/24 89/6 90/3 91/4 91/10 91/24 92/13 92/21 94/1 94/24 95/8 95/19 96/5 96/17 97/15 98/18 100/7 101/6 102/3 103/7 103/14 103/20 104/6 104/25 105/20 106/12 106/21 107/7 107/21 108/23 109/7 111/4 112/10 112/17 113/12 113/22 114/16 115/18 117/10 117/17 118/8 119/1 119/18 119/25 120/14 120/25 123/12 129/6 133/18 133/22 135/4 135/6 137/20 137/23 144/2 144/4 146/21 147/25 152/12 163/11 164/4 164/23 165/18 167/5 167/17 169/11 169/19 169/21 170/4 170/8 170/18 172/17 173/1 173/14 173/17 175/2 175/5

176/1 176/3 191/23 193/18 212/23

**$**

**$700,000 [1]** 147/12

**,**

**'70s [1]** 192/9

**/**

**/s:/Ellen [1]** 216/15

**1**

**1,300 [1]** 35/3
**1,400 [1]** 76/24
**1,800 [1]** 9/1
**10 [2]** 77/3 122/14
**10 million [1]** 76/24
**100 [1]** 1/19
**108 [5]** 3/9 198/8 198/9 201/23 202/1
**11 [6]** 76/22 124/1 130/14 143/1 198/19 199/11
**11,000 [1]** 77/10
**11-2 [1]** 72/10
**110 [1]** 77/3
**112 [1]** 35/16
**114 [1]** 77/15
**115 [2]** 201/19 201/20
**11:00 a.m [1]** 202/12
**11:30 [6]** 68/18 85/23 86/21 89/3 93/20 96/14
**11th [5]** 13/18 22/21 27/1 124/19 199/10
**12-2 [8]** 71/9 71/12 71/16 72/4 72/6 72/10 72/11 72/11
**121 [3]** 3/7 22/3 22/9
**123 [1]** 13/17
**12th [1]** 71/9
**13 [1]** 202/4
**13-4 [5]** 205/1 213/23 213/25 213/25 214/1
**14 [6]** 19/18 22/4 24/4 34/13 53/3 125/8
**14-day [1]** 144/14
**1400 [1]** 2/3
**141 [1]** 124/1
**1411 [1]** 124/19
**144 [1]** 161/1
**1450 [2]** 54/11 206/7
**146 [1]** 26/25
**1460 [2]** 55/17 60/3
**14th [8]** 17/13 28/18 29/3 36/10 39/3 41/23 52/20 56/1

**15 [1]** 200/7
**150 [3]** 22/21 63/6 184/9
**1512 [1]** 206/17
**1521 [1]** 55/2
**1551 [1]** 206/14
**15th [1]** 207/17
**1641 [1]** 55/6
**169 [1]** 1/16
**16th [2]** 185/23 190/12
**17 [7]** 3/7 34/16 42/16 43/6 51/8 127/13 199/18
**1700 [1]** 206/23
**171 [2]** 203/9 205/24
**1742 [1]** 206/20
**17th [5]** 37/5 41/25 129/14 129/20 207/1
**18 [6]** 1/5 4/1 73/1 124/17 177/22 179/15
**18-CV-24190 [2]** 1/2 4/8
**189 [6]** 3/9 207/8 207/9 207/10 207/11 207/14
**19 [2]** 179/15 213/1
**191 [1]** 3/8
**197 [1]** 3/8
**1986 [1]** 75/13
**1989 [2]** 8/7 176/25
**19th [1]** 209/8
**1:15 [4]** 71/11 72/7 72/10 72/11
**1:30 [1]** 171/21
**1st [2]** 85/8 210/6

**2**

**2,000 [3]** 175/23 176/4 176/21
**20 [6]** 23/22 64/23 161/1 179/24 204/20 216/15
**200 [9]** 1/21 3/10 209/16 209/19 209/20 209/23 210/1 210/3 210/4
**2000 [1]** 78/9
**2006 [1]** 78/9
**2007 [1]** 78/9
**201 [1]** 1/13
**2012 [2]** 54/11 54/16
**20121 [1]** 126/12
**2016 [5]** 54/21 55/2 79/13 79/21 79/22
**2017 [6]** 55/6 55/14 122/6 199/4 200/16 201/5
**2017/2018 [1]** 122/11
**2018 [21]** 8/23 34/16 37/7 39/18

**2**

**2018... [17]** 41/11
41/25 42/16 43/6 51/8
55/17 55/17 60/2
122/11 122/14 124/17
124/24 125/1 125/8
182/13 199/18 200/7
**2019 [20]** 14/4 14/7
17/13 19/18 22/4
23/22 24/4 27/22
34/13 41/23 53/3
63/15 63/18 64/2 68/6
198/19 199/10 202/4
207/17 213/1
**202 [1]** 3/9
**2021 [14]** 64/23
68/5 81/19 101/15
108/5 126/10 126/14
127/14 128/2 128/6
129/23 136/13 143/1
154/25
**2022 [1]** 205/17
**2023 [4]** 1/5 4/1
73/1 216/15
**202B [1]** 216/17
**207 [1]** 3/9
**209 [2]** 3/10 23/11
**21 [4]** 27/22 63/15
63/18 213/10
**2121 [1]** 1/13
**217 [1]** 129/25
**22 [4]** 3/7 101/15
108/5 131/5
**22 percent [1]** 79/11
**225 [1]** 197/20
**22nd [3]** 106/13
108/17 109/7
**23 [1]** 60/2
**237 [1]** 130/24
**24 [1]** 68/5
**24190 [2]** 1/2 4/8
**246 [2]** 131/15
131/16
**24th [1]** 167/8
**25 [1]** 54/16
**253 [1]** 197/15
**255 [2]** 159/22
162/20
**256 [2]** 67/21 159/23
**257 [1]** 159/23
**258 [1]** 125/25
**265 million-dollar
[1]** 10/10
**27 [1]** 64/4
**28 [2]** 64/4 64/4
**299 [1]** 216/17
**2nd [2]** 1/13 1/19

**3**

**30 [5]** 8/2 55/6 79/21
79/22 204/20
**30th [1]** 79/13

**31 [1]** 154/25
**3105 [1]** 1/19
**33 [1]** 177/16
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33135 [1]** 124/20
**33156 [1]** 2/4
**33301 [1]** 216/17
**338 [2]** 41/7 45/1
**35 [4]** 45/2 113/23
144/6 145/23
**36 [6]** 45/2 75/11
95/2 107/8 150/7
152/8
**36th [1]** 94/18
**37 [3]** 45/2 175/21
177/15
**3898 [1]** 202/11
**3:00 [1]** 81/24
**3:06:18 [1]** 161/1
**3:25 [1]** 155/25
**3:27:10 [1]** 45/24
**3:34:01 [1]** 45/25
**3rd [5]** 37/7 39/18
41/11 124/24 125/1

**4**

**40 [1]** 130/6
**403 [32]** 21/25 32/12
33/2 33/10 33/18 62/4
91/13 92/5 92/25 93/8
93/14 95/6 96/10 97/1
98/3 100/4 104/3
105/18 116/20 119/3
120/6 142/6 166/20
167/14 168/25 170/15
172/23 173/10 173/11
186/3 187/22 202/23
**404 [1]** 202/23
**4100 [1]** 1/21
**43029 [1]** 202/10
**433 [5]** 3/7 16/25
17/9 19/21 45/24
**439 [1]** 54/21
**444 [6]** 3/8 187/19
190/2 190/5 190/24
191/1
**45 [2]** 39/22 71/7
**46 [2]** 39/22 131/2
**48 [1]** 39/22
**49 [1]** 39/22
**4th [4]** 54/22 127/25
136/22 136/25

**5**

**5,200 [1]** 80/6
**50 [2]** 39/22 63/5
**500 [1]** 1/16
**51 [1]** 39/22
**521 [14]** 40/2 45/2
56/8 199/3 199/5

199/15 199/19 200/5
200/11 200/15 201/4
201/14 203/5 203/7
**531 [1]** 207/23
**5448 [1]** 216/18
**555 [1]** 67/23
**561.241 [1]** 45/18
**5:00 [2]** 87/5 204/22
**5:02 [1]** 216/8
**5th [11]** 55/2 86/7
86/7 86/11 88/4 88/14
88/19 129/20 129/22
150/16 184/8

**6**

**601 [1]** 207/1
**63 [4]** 3/8 196/21
196/24 197/1
**667 [1]** 130/17

**7**

**71 [1]** 144/15
**73 [1]** 59/15
**75 [2]** 78/15 80/6
**75 percent [1]** 80/3
**769-5448 [1]** 216/18
**79th [1]** 80/25
**7th [10]** 54/11 55/17
60/3 125/14 125/16
183/17 190/12 206/7
206/20 206/23

**8**

**80,000 [1]** 80/6
**8:00 [1]** 87/5
**8th [24]** 40/2 55/2
55/6 56/8 86/6 86/11
88/14 150/16 184/8
190/12 199/4 199/5
199/15 199/19 200/5
200/11 200/15 201/4
201/14 203/5 203/7
206/14 206/17 207/23

**9**

**9150 [1]** 2/3
**954 [1]** 216/18
**9:00 [1]** 214/1
**9:00 a.m [1]** 214/1

**A**

**a.m [3]** 202/12 214/1
214/1
**ability [5]** 38/23
44/24 62/17 62/23
166/3
**able [19]** 10/20
17/25 35/13 50/20
50/23 51/7 65/19
66/10 77/19 80/4
156/21 158/10 159/21
160/17 176/20 177/6

179/3 184/10 200/17
**abnormal [1]** 94/2
**about [207]** 5/16 7/2
7/9 8/10 9/1 10/9
11/16 12/1 12/5 16/22
25/8 38/11 40/20 41/2
45/15 46/12 46/13
47/22 49/2 51/15
51/24 56/6 60/11 63/4
64/4 65/12 66/6 66/19
67/1 67/7 67/9 69/9
71/5 73/6 73/9 73/12
73/14 73/17 73/18
73/19 74/2 74/4 76/14
76/24 76/24 77/10
77/15 78/15 79/1 79/7
79/11 80/5 80/6 82/12
82/15 84/25 85/2 85/4
85/6 85/7 85/15 85/16
85/23 86/12 86/18
86/20 86/22 86/23
87/7 87/13 89/22
89/22 90/24 91/18
92/9 92/21 92/24 93/6
93/17 95/2 95/10
95/22 95/24 102/15
103/10 104/21 105/22
107/23 107/23 108/7
109/3 109/4 109/10
109/11 115/20 116/14
121/19 122/2 122/4
122/7 122/9 122/10
122/11 122/12 122/13
122/13 122/14 122/19
123/15 124/2 124/3
124/17 124/23 125/7
125/9 125/11 125/12
125/13 127/1 129/3
131/14 132/25 135/8
139/12 141/16 141/21
142/14 142/15 142/18
142/19 143/10 146/24
147/11 147/11 148/7
148/23 154/20 154/21
155/17 155/17 156/12
156/16 156/18 157/6
157/15 157/16 157/22
158/17 158/22 158/25
160/1 160/6 161/12
161/13 161/17 161/20
164/18 165/3 169/8
169/12 169/23 169/24
171/2 171/3 171/21
175/11 175/17 176/20
176/22 182/15 183/6
184/15 184/17 185/19
186/17 187/4 187/5
187/11 188/9 188/12
188/13 188/15 188/16
188/16 188/18 188/20
188/20 188/21 189/3
189/9 189/13 189/21

189/22 191/4 191/7
192/2 194/13 196/6
196/8 199/18 200/6
203/4 203/7 204/12
209/17 211/11 215/5
216/13
**above [2]** 72/11
216/13
**above-entitled [1]**
216/13
**absence [1]** 10/15
**absolute [2]** 62/19
89/23
**absolutely [14]**
50/14 53/20 73/13
91/4 97/15 115/12
115/15 133/15 138/3
138/18 154/20 155/2
159/7 216/6
**absurd [1]** 69/25
**ABT [5]** 47/2 131/5
134/15 200/3 200/4
**academy [3]** 8/6 8/7
176/7
**accepted [2]** 14/21
140/25
**accepting [1]** 216/2
**accepts [1]** 46/8
**accommodating [1]**
172/3
**accompanied [1]**
50/6
**accomplish [2]**
213/6 213/7
**according [1]** 145/24
**accountable [1]**
19/10
**accounted [2]** 74/11
162/4
**accounts [1]** 214/4
**accuracy [2]** 151/17
154/5
**accurate [2]** 60/12
216/12
**accusing [2]** 49/23
192/20
**Acevedo [17]** 64/22
68/1 69/5 74/21 74/23
75/2 115/6 121/7
121/9 128/16 131/24
157/21 162/8 214/16
214/16 214/20 214/20
**acknowledge [1]**
19/11
**across [5]** 11/22
65/7 76/13 76/22
77/15
**act [6]** 14/19 20/5
49/6 148/7 148/19
215/20
**acting [1]** 168/7
**action [33]** 14/12
14/15 20/2 20/5 20/10

**A**

**action... [28]** 20/13
20/17 20/24 20/24
21/8 21/18 21/20
42/25 43/15 47/4 47/8
47/10 47/11 47/17
47/20 47/20 48/22
49/3 49/5 49/10 49/14
50/19 50/24 51/1 51/4
51/23 81/9 200/2
**actions [8]** 14/24
30/25 135/18 150/21
156/24 160/11 160/13
164/24
**activity [9]** 88/11
145/3 155/2 166/16
170/9 170/12 171/15
171/19 171/20
**acts [1]** 65/2
**actual [3]** 14/13 26/8
150/2
**actually [27]** 9/25
28/13 75/25 76/19
77/19 78/25 83/23
86/24 88/3 91/4
115/19 122/4 147/13
148/20 152/21 153/6
153/11 163/21 163/22
163/22 165/23 165/25
177/24 178/6 192/20
210/19 211/6
**ad [1]** 78/9
**add [1]** 152/18
**added [1]** 180/6
**adding [2]** 107/2
107/16
**addition [3]** 134/10
164/16 170/11
**additional [2]**
193/23 213/14
**address [11]** 165/9
165/12 166/5 166/13
189/3 195/10 195/11
195/12 199/17 204/15
206/7
**addressed [4]** 67/23
111/15 174/7 211/14
**addresses [10]**
28/19 29/8 29/14
29/24 57/20 59/6
60/14 60/20 166/14
207/4
**adjacent [1]** 55/17
**adjourned [1]** 216/8
**administration [11]**
49/25 79/3 82/22
83/11 84/3 84/9 84/9
150/8 150/22 168/1
175/15
**administration's [1]**
31/4

**administrative [1]**
77/18
**admit [3]** 22/17
178/10 190/24
**admitted [11]** 13/17
22/21 23/6 23/6 23/9
26/25 40/6 59/18
190/25 201/25 209/22
**Adrian [1]** 197/7
**advancing [1]** 10/8
**advised [2]** 110/20
213/6
**advisor [4]** 182/23
210/15 210/20 211/1
**advisory [3]** 83/19
84/1 84/8
**affairs [8]** 18/12
68/8 75/23 76/12
76/13 76/14 76/18
78/4
**affection [1]** 70/14
**affects [1]** 156/23
**affluent [1]** 153/1
**afield [1]** 115/3
**African [6]** 78/23
115/1 138/17 145/10
173/4 188/1
**after [43]** 7/19 8/11
43/15 46/18 47/8
47/10 47/16 47/20
50/19 50/20 50/24
51/1 51/4 51/22 53/23
67/14 68/2 72/6 76/18
77/22 78/20 82/15
84/21 85/2 93/5 99/22
106/12 109/7 109/18
111/9 132/18 143/9
145/2 147/6 148/4
152/5 152/8 154/8
182/8 198/23 200/2
211/15 212/16
**afternoon [6]** 73/1
75/4 121/9 175/10
175/13 213/1
**AG [1]** 195/15
**again [51]** 5/14 6/15
25/9 29/5 39/3 47/14
48/11 57/16 58/1
68/23 71/18 73/8 77/9
90/12 92/5 94/9 94/16
95/17 99/9 102/7
103/17 104/2 104/6
107/9 112/3 117/21
117/25 118/9 119/15
125/13 143/20 145/8
151/23 155/22 159/6
159/9 161/1 162/10
164/11 164/12 164/25
166/9 170/4 172/24
185/12 194/25 199/13
200/23 213/23 214/2
214/3

**against [17]** 24/8
31/2 78/22 89/7
114/25 119/2 132/19
138/10 145/10 148/8
148/20 148/24 155/14
155/16 164/24 193/15
215/22
**agency [8]** 10/6
10/11 11/9 17/24
18/16 75/14 77/10
200/4
**agenda [1]** 28/14
**Agent [1]** 200/4
**aggressive [2]** 15/17
18/6
**agitation [1]** 100/15
**agitator [1]** 101/1
**agitators [5]** 99/1
99/12 99/15 100/2
100/25
**ago [7]** 7/19 40/20
52/15 131/14 133/1
136/22 180/7
**agree [7]** 12/12
12/18 60/11 121/22
135/13 216/6 216/6
**agreed [2]** 82/7
182/12
**agreement [1]** 59/20
**ahead [10]** 24/16
28/1 28/2 36/9 117/8
141/24 152/11 153/24
159/2 204/1
**aimed [3]** 28/15
28/23 96/22
**al [2]** 4/8 4/8
**Alabama [1]** 176/10
**alcohol [9]** 44/6
44/12 45/13 45/14
45/17 62/14 127/18
127/20 200/3
**alerted [1]** 214/15
**Alex [6]** 102/4
102/13 140/16 140/25
163/3 164/10
**align [1]** 18/1
**all [143]** 4/18 5/2
5/21 10/7 13/11 13/23
15/6 18/4 19/24 22/19
24/16 28/1 29/22
29/24 30/9 34/2 38/22
40/21 44/20 46/19
55/9 60/1 63/25 64/9
67/25 68/14 68/20
69/1 71/22 72/13 74/1
74/7 74/9 74/10 75/22
76/13 77/14 78/4 81/2
82/18 87/15 87/24
88/10 89/2 90/2 91/14
97/8 102/22 104/9
106/23 109/4 117/17
117/18 117/25 118/1

122/1 122/19 122/24
125/13 127/20 128/20
130/3 130/8 130/20
130/24 131/2 131/7
131/21 138/1 140/15
143/12 144/12 145/14
145/16 147/6 149/2
149/2 149/6 149/9
149/9 149/12 149/14
149/19 149/20 150/21
151/9 151/13 151/13
151/21 153/10 155/22
156/1 156/14 158/4
159/8 159/15 161/3
161/5 161/8 161/17
162/1 162/3 169/18
172/21 174/11 174/16
179/19 181/7 186/4
186/10 189/15 189/24
190/6 190/25 192/18
193/8 198/13 199/1
199/14 199/15 199/17
199/23 200/13 200/21
201/3 201/3 201/6
201/12 201/25 203/14
205/4 205/14 205/18
206/3 207/25 208/2
208/3 208/15 210/12
211/24 213/19 214/4
214/8
**allegation [1]**
193/14
**allegations [10]**
66/11 114/24 124/23
157/23 191/9 194/13
194/17 195/19 203/25
204/2
**alleged [5]** 65/20
122/3 123/9 193/2
196/3
**allegedly [3]** 87/2
141/20 142/2
**allow [6]** 36/11 42/1
50/25 66/22 67/2
189/10
**allowed [5]** 44/23
45/14 47/3 65/14
79/24
**almost [6]** 9/12
68/18 82/25 94/19
100/16 190/14
**along [9]** 4/17 10/6
34/17 39/19 81/14
86/11 121/2 124/23
148/14
**already [13]** 13/17
23/4 23/5 23/6 23/9
26/25 50/15 81/14
127/8 132/19 183/4
187/4 187/5
**also [43]** 5/10 13/18
15/8 30/5 59/23 71/8

72/3 74/22 76/7 78/3
83/24 84/4 84/7 92/8
92/11 94/13 94/22
103/4 116/14 119/4
120/17 135/23 138/11
139/14 143/16 154/18
165/1 166/5 167/22
168/2 170/15 170/15
176/9 176/11 188/9
200/7 204/6 204/10
204/14 204/25 208/18
212/20 213/22
**alter [2]** 16/9 161/7
**altering [1]** 18/21
**Although [1]** 210/10
**Altos [6]** 200/6
200/10 203/24 204/13
207/20 207/23
**Alvarez [1]** 184/11
**always [9]** 11/11
11/17 11/23 14/17
14/22 81/15 99/17
184/2 193/11
**am [9]** 9/19 31/9
67/19 99/9 121/12
129/12 144/9 200/18
213/14
**Amanda [2]** 1/12
4/12
**Amber [2]** 2/3 4/17
**ambush [1]** 67/15
**amended [8]** 60/1
64/24 67/14 68/5
121/24 122/3 125/18
125/20
**Amendment [12]**
87/10 99/14 144/22
145/3 154/24 155/2
170/9 170/12 171/12
171/15 171/17 171/19
**America [2]** 150/13
152/13
**America's [1]** 81/9
**American [14]** 78/23
81/6 82/17 83/4 91/6
115/1 121/12 138/17
144/9 144/20 146/25
167/7 173/4 188/1
**Americans [1]**
145/10
**among [2]** 72/9
155/25
**amount [1]** 30/22
**analyzing [1]** 56/19
**Angeles [12]** 75/18
76/4 76/6 76/9 76/10
76/11 76/18 76/20
76/23 77/2 77/4 77/23
**Angles [4]** 75/17
76/5 76/7 77/25
**angry [1]** 83/15
**Ann [1]** 114/18

**A**

**Anne [2]** 1/11 117/21
**anniversary [1]**
122/15
**announced [5]**
78/21 84/23 92/14
143/18 147/13
**annual [1]** 81/8
**another [21]** 4/20
5/11 18/16 19/17
19/21 46/12 65/7 71/9
105/24 141/12 143/7
159/9 161/15 185/1
185/12 189/2 195/2
197/18 204/23 204/25
211/6
**answer [35]** 11/11
15/15 25/12 32/19
33/3 33/20 36/13 42/5
42/9 47/23 50/12 54/6
54/24 60/15 63/24
80/21 93/25 97/4
97/14 97/24 98/16
105/19 117/9 119/17
123/11 123/12 142/5
145/20 147/24 170/3
179/1 179/4 202/15
203/8 211/14
**answered [3]** 54/5
94/12 118/24
**answering [3]** 142/8
144/2 152/19
**answers [1]** 114/12
**anticipating [1]** 67/6
**any [128]** 9/12 13/2
16/1 20/15 21/19
32/16 32/24 33/23
33/24 34/15 34/15
35/7 35/17 36/10
36/16 36/19 36/19
39/8 44/21 47/5 47/11
47/24 50/4 51/5 51/7
51/16 54/3 56/19 58/1
58/13 58/20 58/20
58/25 59/1 59/9 59/16
60/9 62/8 63/7 63/11
64/7 64/8 64/9 65/1
65/22 66/4 66/17
66/20 67/22 68/24
69/24 70/13 73/11
78/7 80/10 83/8 89/8
90/6 90/15 91/6 91/18
95/11 100/10 101/1
101/8 104/21 116/25
117/5 117/6 118/4
122/4 122/7 122/11
122/14 122/20 123/3
123/15 124/17 124/22
125/15 125/19 125/20
128/3 131/16 145/21
148/16 151/16 151/16

151/21 153/11 155/3
155/4 155/24 156/13
157/9 159/11 170/12
174/9 183/13 185/19
186/10 186/22 189/9
191/9 192/12 193/7
193/14 193/15 199/1
199/2 199/3 199/17
199/23 200/10 200/13
200/14 200/14 201/3
201/4 201/11 203/24
204/2 205/10 209/2
209/4 214/3 214/3
215/12
**anybody [4]** 34/4
116/12 169/3 169/4
**anyone [12]** 15/11
17/15 17/16 18/11
54/2 68/24 72/9 89/23
109/2 141/10 145/7
196/3
**anything [47]** 11/1
11/7 26/10 34/5 46/9
47/24 49/23 58/14
58/15 66/11 66/24
70/9 73/24 82/13
82/20 86/12 90/14
90/15 95/10 95/22
96/25 100/25 101/18
102/17 108/7 124/10
150/2 158/8 173/19
178/8 180/11 185/14
187/10 188/5 188/10
188/11 189/3 189/10
189/20 189/22 194/13
194/17 202/21 202/24
205/12 209/4 215/5
**anyway [4]** 99/14
192/10 205/18 210/25
**anywhere [2]** 9/7
187/7
**apologize [10]** 27/20
37/15 38/6 53/22
81/19 97/8 98/12
133/20 200/17 200/23
**apparently [3]**
181/12 181/15 183/18
**appear [4]** 125/19
202/14 202/22 203/3
**appearances [3]**
1/10 2/1 4/9
**appeared [6]** 15/17
21/2 26/6 29/23 42/20
88/4
**appears [1]** 181/14
**applicable [1]**
134/14
**applications [1]**
213/3
**applied [2]** 78/14
78/16
**appointed [1]** 147/8

**appointments [3]**
83/9 83/10 83/11
**appreciate [3]** 5/21
46/15 50/10
**approach [8]** 64/20
123/23 128/21 128/25
133/20 135/2 186/12
214/11
**appropriate [8]**
20/13 47/4 48/17
48/22 49/14 97/10
147/19 215/4
**approved [1]** 126/21
**approximately [1]**
16/21
**April [21]** 1/5 4/1
13/18 22/21 27/1
64/23 73/1 85/8 85/9
101/15 106/12 108/5
108/17 109/8 129/14
129/20 136/12 207/17
209/8 213/1 213/9
**April 11th [2]** 13/18
27/1
**April 15th [1]**
207/17
**April 17th [1]**
129/20
**April 19 [1]** 213/1
**April 19th [1]** 209/8
**are [96]** 4/25 6/23
9/15 9/23 12/10 15/6
18/17 19/3 24/9 27/12
30/9 30/10 31/7 34/11
34/12 35/20 41/19
42/12 44/23 45/10
47/5 47/5 51/5 56/12
59/6 65/2 65/3 66/24
67/3 69/8 74/10 75/4
81/6 85/11 85/25
86/20 88/17 90/19
90/24 97/17 97/19
98/13 99/12 99/23
100/9 100/11 101/24
102/20 104/15 108/8
112/20 115/2 115/11
116/14 116/14 121/10
121/10 121/24 122/2
127/6 127/8 130/3
132/8 134/25 138/8
140/9 143/14 146/14
148/7 148/23 149/3
149/11 149/22 151/24
152/14 155/14 168/5
170/5 170/19 178/22
178/23 184/16 185/6
187/6 195/18 198/13
207/4 207/4 207/25
208/9 208/22 210/13
211/20 213/23 215/8
215/15
**area [5]** 9/17 182/23

211/1 212/23 212/24
**areas [1]** 197/22
**argue [2]** 79/19
140/22
**arguing [1]** 43/7
**argument [4]** 42/15
42/17 51/19 139/9
**argumentative [7]**
90/1 95/5 118/17
119/3 137/14 152/9
155/8
**armed [1]** 47/2
**around [16]** 25/17
46/4 49/1 50/11 78/15
86/20 86/21 88/19
139/19 153/5 172/2
183/8 184/25 190/12
190/14 198/3
**arrest [7]** 11/4 98/8
99/3 101/2 101/9
130/22 155/1
**arrested [2]** 99/15
154/23
**arrests [4]** 130/11
130/14 130/14 166/16
**arrive [2]** 87/18 88/1
**arrived [3]** 21/14
87/23 93/18
**Art [15]** 66/7 66/16
66/16 66/20 67/23
74/21 75/2 82/8 86/5
88/2 121/7 126/11
131/24 161/11 162/8
**Arthur [2]** 162/12
162/15
**Arturo [1]** 74/23
**as [201]** 4/18 4/22
5/16 5/18 8/6 8/8
10/1 10/14 10/22 12/1
12/5 18/15 25/1 25/10
25/16 28/2 28/14
30/11 30/23 30/25
31/11 32/8 32/17
33/10 35/2 35/25 36/3
37/6 41/10 42/21
43/18 43/18 50/22
51/19 52/15 53/16
57/2 58/9 59/6 60/1
60/19 60/24 61/8 62/2
63/16 64/22 66/14
68/7 68/12 68/13
68/24 71/11 74/22
74/23 75/23 76/7
76/14 77/4 77/21
77/21 77/23 77/24
78/19 79/7 79/14 81/3
81/14 81/15 82/21
83/16 83/16 84/1
84/23 90/12 91/6
92/15 92/15 94/5 95/4
96/10 96/13 100/7
101/7 105/16 105/16

109/10 110/22 112/11
112/22 113/6 113/12
113/13 114/6 114/21
115/8 115/12 116/1
119/14 119/14 121/1
121/12 125/19 127/9
129/12 129/14 132/18
132/20 134/21 135/20
135/23 135/23 135/24
135/24 136/21 137/10
138/3 139/17 140/25
141/13 144/13 144/15
144/18 144/20 149/11
149/12 150/2 150/3
154/5 158/7 159/25
160/5 161/13 161/14
163/8 163/17 163/22
165/13 167/2 167/7
167/9 167/14 168/9
168/14 171/12 171/12
175/6 175/6 175/6
175/6 176/8 177/14
177/14 177/14 177/18
179/11 179/16 180/13
180/17 180/17 180/24
182/2 182/21 183/9
183/10 184/11 186/2
186/3 187/11 187/21
187/21 188/4 188/8
188/8 191/11 191/12
191/16 192/12 196/11
196/11 199/21 200/6
202/23 202/24 204/6
204/11 206/4 210/9
210/13 210/14 210/20
210/25 213/5 213/5
213/19 214/4 214/5
214/17 214/20 214/20
215/21 216/1
**aside [3]** 18/5 146/3
150/13
**ask [38]** 13/13 13/23
28/1 43/4 44/2 45/22
50/11 66/12 67/6 67/6
67/7 67/9 69/8 69/11
73/5 73/9 73/11 73/17
73/19 74/3 74/6 87/15
140/22 141/8 141/12
141/24 151/13 158/24
158/25 160/1 160/13
173/15 180/13 189/9
189/21 189/22 196/2
215/23
**asked [33]** 24/14
28/5 35/12 46/24
48/19 51/11 54/5
58/19 77/17 81/3 81/7
82/22 83/11 84/4
94/12 110/2 118/24
128/14 136/16 137/7
144/1 144/3 157/7
157/25 158/9 158/22

**A**

**asked... [7]** 160/21
183/17 185/3 185/12
191/23 199/20 209/10
**asking [19]** 35/10
36/9 50/7 59/5 69/5
73/17 74/2 81/20
92/11 95/6 105/15
126/2 129/3 141/9
152/10 160/20 173/2
211/24 214/22
**asks [2]** 48/20 59/9
**assess [1]** 100/9
**assessment [1]**
136/7
**assigned [2]** 134/24
213/16
**assignment [2]**
75/20 134/18
**assignments [4]**
132/25 133/9 133/16
133/25
**assist [2]** 210/16
211/5
**assistance [1]** 96/18
**assistant [15]** 8/12
48/14 50/1 77/13
77/19 78/1 86/16
88/16 126/2 167/22
168/3 178/7 178/12
178/20 178/22
**assistants [1]** 97/7
**assisting [1]** 183/5
**associate [1]** 90/24
**associated [5]** 90/16
109/21 187/11 207/4
213/3
**Association [2]**
78/10 80/25
**assume [1]** 210/15
**Assumes [1]** 97/13
**assuming [1]** 88/16
**assumption [1]** 21/5
**assure [1]** 59/24
**at [199]** 7/25 8/2
8/20 12/13 12/18 14/6
14/7 14/12 14/22
16/10 17/12 18/13
18/23 20/3 20/7 20/25
21/14 21/19 23/23
24/3 28/11 28/12
28/13 28/15 28/17
28/23 29/3 30/17
31/25 32/5 36/7 37/9
37/11 39/9 39/9 39/14
41/16 45/24 49/4 49/8
56/5 56/23 56/24 57/4
57/7 57/23 58/7 58/19
60/3 63/18 64/2 64/21
65/17 65/25 66/8
69/22 70/16 71/11

72/7 72/10 72/11 73/4
73/21 77/15 78/7
78/20 80/23 80/25
81/7 81/24 83/15 84/6
84/24 85/13 85/24
86/4 86/6 86/21 88/5
88/17 89/2 89/3 89/3
89/8 90/25 92/15
93/18 93/20 93/20
96/14 96/14 98/21
98/24 99/10 99/15
100/3 101/1 103/5
106/25 108/11 109/7
114/13 116/15 123/24
124/19 127/4 127/13
129/7 129/15 133/24
134/25 136/21 137/4
137/18 138/8 138/16
138/20 138/23 139/11
141/17 143/17 147/5
147/8 147/8 148/13
150/15 150/24 151/9
151/9 151/16 151/21
151/21 153/11 153/12
155/3 156/10 159/14
161/1 161/16 162/13
163/25 164/2 164/25
166/10 167/2 167/23
169/17 170/2 170/24
172/7 172/8 172/24
176/14 176/15 176/25
177/23 182/21 183/18
185/21 185/22 186/15
190/11 190/21 193/12
194/2 194/2 195/5
196/13 197/9 198/13
198/17 199/15 199/24
200/1 200/11 200/21
201/4 201/12 202/3
202/11 203/5 203/7
203/16 204/3 204/4
204/17 205/6 205/24
206/1 206/6 206/12
207/3 207/22 210/21
213/25 214/1 214/13
216/5 216/8
**at-will [1]** 147/8
**attached [1]** 206/3
**attachment [1]**
207/20
**attachments [1]**
207/22
**attacked [2]** 157/16
157/17
**attempt [3]** 37/5
199/19 215/20
**attempted [1]** 34/16
**attend [2]** 98/19
148/12
**attended [1]** 37/19
**attention [10]** 31/21
37/14 37/19 37/23

37/25 41/24 42/10
42/11 58/1 178/11
**attitude [2]** 50/16
172/19
**attorney [36]** 24/3
24/22 24/23 25/6
25/20 26/11 28/17
30/16 30/21 32/3
32/17 32/21 32/25
54/8 57/2 57/11 57/19
58/9 96/6 108/4
115/22 117/24 118/12
118/18 148/14 167/23
168/3 168/7 169/15
176/25 177/1 206/4
215/9 215/12 215/16
216/4
**attorney's [6]** 59/14
168/12 168/18 214/23
215/4 215/25
**attorneys [2]** 143/22
159/13
**attribute [1]** 79/5
**audacity [1]** 87/9
**August [6]** 79/22
212/1 212/3 212/8
212/12 212/16
**Aurora [1]** 75/7
**Austin [5]** 78/11
79/7 80/12 140/16
141/1
**author [1]** 126/18
**authorities [2]** 66/18
66/19
**authority [7]** 15/5
21/18 24/22 25/3 25/6
31/13 145/2
**authorization [1]**
143/18
**authorize [1]** 101/9
**Avenue [9]** 1/13
54/22 86/7 88/4 88/14
88/19 184/8 185/23
190/12
**avoid [1]** 98/11
**aware [16]** 34/14
34/17 34/18 38/4
39/18 39/20 43/18
43/23 54/11 54/13
54/15 54/17 55/19
60/4 169/3 172/17
**away [4]** 46/8 83/1
90/14 147/4
**awfully [1]** 191/12
**AWOL [1]** 80/3
**axe [5]** 137/18
137/20 144/6 144/11
215/22
**axes [1]** 150/1
**AXS [1]** 1/10

**B**

**bachelors [1]** 175/13
**back [47]** 14/18
20/13 37/7 43/14 45/5
45/17 46/25 47/2 47/7
48/3 48/22 48/24
49/14 69/18 71/9
76/10 76/19 77/22
87/19 89/20 100/18
101/6 110/6 110/20
111/5 113/8 121/14
128/1 129/13 135/5
140/22 141/9 147/9
147/9 147/10 159/3
164/8 171/6 172/4
176/19 177/13 183/6
183/17 183/23 196/14
197/21 198/1
**background [4]** 83/8
175/12 175/17 175/18
**bad [3]** 35/4 35/4
60/17
**balance [1]** 171/17
**ball [22]** 85/4 90/15
91/5 122/19 123/2
123/3 123/15 124/1
124/16 185/4 185/6
185/6 185/16 196/6
196/11 196/15 197/17
197/18 197/22 197/25
198/2 208/5
**banks [1]** 85/20
**Barry [1]** 175/14
**Baseball [2]** 140/2
140/2
**based [22]** 9/2 14/20
49/16 56/15 63/21
102/17 102/17 107/7
107/8 110/3 134/17
145/13 145/23 149/15
150/25 153/10 155/4
159/16 160/3 160/17
161/3 163/14
**bases [1]** 143/1
**basic [1]** 182/21
**basically [9]** 52/9
77/12 82/9 88/12 92/1
96/6 113/14 118/12
208/6
**basis [12]** 15/1 16/1
16/4 20/15 28/22
32/18 34/1 37/8 80/13
83/22 92/2 97/25
**bathroom [1]** 68/19
**battle [1]** 149/23
**Bayfront [2]** 154/24
183/16
**be [193]** 4/5 4/20
4/22 5/5 5/6 5/10
5/13 5/15 6/9 10/13
10/16 10/19 10/20

10/20 11/6 11/6 11/17
11/23 14/19 14/21
16/10 17/19 17/21
17/25 21/18 23/1
25/22 26/12 28/7 30/8
30/25 31/3 31/15
31/17 33/7 33/16 34/4
34/21 35/13 39/12
40/12 42/2 43/10 44/3
45/18 47/8 47/10
47/10 47/20 56/8
56/13 56/19 57/13
58/2 58/8 58/24 59/12
59/24 60/12 64/10
65/10 65/13 65/14
65/19 66/20 66/25
68/4 69/25 71/16
71/17 72/2 72/3 72/4
72/7 74/5 74/11 74/14
75/20 76/20 77/11
77/18 77/24 78/14
82/5 82/22 83/2 83/12
83/12 85/21 86/1 88/4
88/17 90/20 90/23
91/10 91/24 91/25
92/1 92/2 92/3 92/14
93/5 95/12 99/6 106/2
107/3 107/8 114/1
115/11 119/7 119/8
121/20 124/10 129/3
136/6 141/7 141/9
141/10 141/13 142/14
142/17 144/7 144/16
146/1 148/10 148/23
149/4 151/4 151/14
155/3 155/5 155/23
155/25 156/20 157/2
157/3 157/4 158/10
159/3 159/7 159/20
159/22 160/3 160/17
162/4 162/23 164/9
171/20 174/17 176/20
181/25 182/12 182/22
182/23 182/25 184/10
184/21 184/25 185/13
185/17 186/22 188/14
188/16 188/20 189/17
189/18 190/12 190/22
190/25 192/5 192/6
195/11 195/14 195/19
196/19 196/20 197/10
197/25 200/7 200/20
201/18 203/6 204/17
204/25 205/12 210/14
211/14 212/6 212/9
212/20 213/21 213/23
213/23
**became [7]** 8/7
34/14 39/18 53/3
150/11 150/14 207/19
**because [78]** 14/16
18/1 18/20 21/16 35/2

**B**

**because... [73]**
37/19 38/5 48/23
49/22 50/7 51/24 56/9
57/9 58/8 68/2 71/3
75/15 75/19 78/21
78/24 83/3 83/16
85/15 86/10 87/8
89/21 90/16 91/5
96/17 96/22 96/23
103/24 107/21 113/22
120/19 125/19 132/13
132/25 137/12 138/16
138/20 139/12 139/21
140/3 143/8 144/6
144/13 144/20 149/23
150/12 150/25 151/4
151/5 154/9 156/8
156/19 156/20 157/5
160/23 169/14 171/22
172/4 177/3 177/9
179/6 183/20 186/20
186/24 187/25 188/15
188/23 189/11 190/13
201/12 203/21 204/16
212/15 214/23
**become [1]** 78/7
**becomes [2]** 18/8
52/10
**beef [1]** 145/6
**been [55]** 5/17 13/17
15/25 17/17 21/19
22/25 23/9 26/14
36/21 36/23 36/25
37/2 41/25 48/11 49/1
51/25 56/1 56/16
57/10 57/18 75/10
80/12 82/21 83/10
83/11 86/10 94/16
97/6 100/16 105/23
106/14 106/23 107/10
107/21 110/18 117/4
119/13 132/19 136/23
157/15 172/3 175/21
178/5 184/2 188/14
189/16 190/10 195/22
197/24 197/25 204/12
205/11 210/9 212/16
214/15
**Beer [2]** 122/13
122/15
**before [34]** 1/8 5/15
22/4 33/6 33/14 51/11
55/10 55/15 55/24
64/15 70/12 70/14
80/23 84/22 84/23
85/22 85/23 87/3
92/13 92/14 114/12
121/9 126/21 141/25
150/14 161/17 168/14
187/18 187/19 202/14

202/22 203/3 204/4
214/4
**began [3]** 75/13
127/14 191/16
**beginning [7]** 4/9
28/11 28/13 39/14
61/20 129/15 184/6
**behalf [11]** 4/13
4/16 81/8 81/17 90/13
109/2 109/19 143/19
163/21 200/3 200/4
**behave [1]** 18/6
**behaving [1]** 17/20
**behind [1]** 211/9
**being [47]** 4/19 5/20
5/21 9/15 10/4 11/8
14/24 26/13 26/15
34/5 42/20 65/17
65/18 65/18 69/22
75/16 88/12 95/25
103/25 106/6 107/18
107/24 110/7 113/18
115/25 119/20 126/18
132/17 139/12 143/8
145/18 148/20 156/21
157/12 158/5 161/14
164/9 164/24 182/22
189/14 195/17 200/17
203/24 204/2 211/1
213/16 214/17
**belief [1]** 112/13
**believe [49]** 12/10
13/6 14/4 16/15 17/1
19/18 20/15 22/5
47/15 48/7 52/25
53/18 61/6 70/23
74/13 80/22 82/1 86/7
100/16 102/13 117/20
127/8 129/24 133/13
135/13 135/22 136/2
156/13 158/1 162/18
171/11 171/15 179/23
187/24 187/24 188/3
193/9 193/18 197/8
197/24 198/13 199/6
203/4 207/19 208/1
208/20 208/20 209/6
215/19
**believed [4]** 109/12
162/23 193/3 193/4
**believes [3]** 214/25
215/2 215/17
**belongs [1]** 189/11
**below [4]** 25/23
70/17 126/11 199/21
**Ben [1]** 4/17
**bench [10]** 64/21
65/25 73/4 123/24
156/10 159/14 186/15
203/16 214/11 214/13
**benches [4]** 45/7
45/9 45/10 45/17

**Benedict [1]** 1/18
**beside [1]** 189/20
**besides [2]** 15/8
212/5
**best [8]** 11/23 11/24
12/6 18/9 19/6 20/3
49/4 81/16
**better [11]** 14/23
54/4 56/2 107/10
133/22 164/8 176/3
176/20 177/7 177/10
177/11
**between [6]** 52/18
67/12 90/18 99/22
105/13 171/19
**Beverage [2]** 127/18
200/3
**beyond [31]** 30/23
64/23 66/24 67/13
87/13 88/6 89/14
89/14 91/12 97/20
102/1 104/11 119/10
119/15 158/3 163/25
163/25 164/1 164/12
164/13 165/4 165/15
166/9 166/19 168/24
168/24 172/24 173/8
173/9 174/4 216/4
**bidding [7]** 94/20
95/4 95/25 118/13
118/14 118/19 154/23
**Biden [1]** 84/3
**big [5]** 10/10 17/24
81/2 103/25 190/15
**bigger [1]** 180/2
**biggest [1]** 137/5
**Bill [12]** 16/16 16/22
18/25 60/2 60/10 66/4
66/7 87/8 87/8 90/14
151/4 208/25
**billion [2]** 77/11 80/7
**bills [1]** 110/6
**binoculars [1]** 4/24
**birth [1]** 82/17
**birthday [1]** 213/9
**Biscayne [1]** 1/21
**Bischell [1]** 163/20
**bit [14]** 8/11 14/10
15/17 38/1 77/10
93/17 121/19 129/7
138/19 172/4 175/11
175/16 176/20 211/2
**black [13]** 139/13
146/17 152/18 172/10
172/20 186/22 187/15
188/11 188/15 189/12
189/14 189/18 189/20
**blacks [1]** 185/24
**blatant [1]** 215/20
**block [1]** 184/18
**blocked [1]** 212/15
**Blom [26]** 174/20

175/5 175/8 175/10
175/24 179/11 181/18
190/8 190/19 191/16
194/8 195/2 197/12
198/12 198/12 201/8
201/10 202/3 202/13
202/21 203/2 207/3
209/4 209/25 212/14
212/18
**blow [2]** 162/22
167/6
**blue [2]** 79/8 131/22
**blueprints [1]**
199/15
**Blvd [3]** 1/21 2/3
216/17
**Bob [1]** 177/1
**body [6]** 15/3 16/8
56/25 57/5 57/17
60/20
**bolstering [1]** 94/21
**bomb [5]** 176/10
176/11 176/12 176/17
176/17
**bombs [2]** 176/15
176/18
**border [1]** 84/4
**born [1]** 84/11
**boss [2]** 66/17
178/22
**Boston [3]** 80/23
81/2 81/8
**both [3]** 43/23 147/3
199/16
**bottom [8]** 50/3
59/21 127/13 189/12
198/14 198/17 198/24
198/25
**bounds [1]** 181/5
**BOWEN [1]** 1/20
**box [4]** 65/14 67/15
157/2 158/6
**boy [11]** 82/11 83/1
84/5 98/19 138/20
138/23 139/10 139/11
139/15 172/18 175/6
**Boys [4]** 138/14
139/22 171/2 171/3
**brand [3]** 18/10 77/1
179/22
**branding [1]** 18/9
**breach [2]** 163/19
164/4
**break [8]** 10/19
68/18 71/10 71/15
72/8 152/5 155/21
212/3
**breaking [2]** 71/14
152/7
**brief [4]** 68/22 83/23
147/5 203/14
**briefing [1]** 34/19

**briefly [7]** 7/2 8/4
10/2 22/12 27/11 62/9
196/21
**brilliant [1]** 114/19
**bring [21]** 9/10
43/18 67/3 69/6 80/13
80/19 94/3 94/4 104/7
104/9 104/15 114/7
114/18 114/22 115/7
115/8 115/8 115/13
156/4 164/8 196/14
**bringing [1]** 15/25
**brings [1]** 127/15
**broad [1]** 191/12
**broken [1]** 171/8
**brothers [1]** 184/2
**brought [14]** 24/9
46/13 82/20 85/7
92/22 102/13 120/19
144/13 147/22 157/24
158/7 171/5 182/2
188/10
**Broward [1]** 216/17
**brown [1]** 152/18
**brunch [2]** 84/25
92/8
**BTR [3]** 200/8
200/17 200/24
**buck [1]** 133/7
**Buckworth [1]** 177/1
**budget [15]** 10/9
10/10 10/10 77/11
80/7 80/8 80/9 116/9
119/2 120/15 147/12
150/11 166/1 166/2
180/11
**build [2]** 7/10 136/4
**building [26]** 5/18
38/15 39/1 42/7 43/17
51/6 54/3 58/4 59/25
61/12 127/17 131/2
134/13 179/20 179/21
179/23 179/25 180/1
180/5 180/7 180/8
185/20 195/7 199/16
202/7 205/6
**built [4]** 43/19 43/24
179/23 205/5
**bullet [1]** 129/18
**bullied [2]** 15/2
156/20
**bully [1]** 50/13
**bullying [2]** 15/12
15/19
**bump [1]** 137/5
**bumps [3]** 136/23
136/25 137/3
**bunch [3]** 88/13
93/21 98/21
**burn [2]** 173/2 173/3
**bury [1]** 121/14
**business [30]** 7/3

**B**

business... [29] 9/12
28/16 28/20 28/23
29/5 29/15 29/19 30/3
30/24 31/3 32/10 33/1
33/8 33/16 33/24
44/24 57/16 63/20
87/20 89/8 91/7 91/7
127/19 131/25 192/15
192/18 193/15 200/9
201/4

businesses [32]
7/15 10/4 28/21 29/9
29/16 30/15 65/9
65/19 67/1 85/5 92/2
102/25 105/21 106/24
108/9 109/10 109/21
129/25 130/3 130/6
130/9 130/21 130/23
131/8 151/12 151/19
153/2 164/25 177/8
199/14 200/10 201/7

busy [3] 81/24 91/24
91/25

but [114] 4/21 4/25
5/11 5/14 10/17 11/12
14/9 14/14 14/23
17/18 18/18 20/12
21/5 22/24 24/15 36/3
38/4 38/16 41/13
41/15 41/19 42/7
42/12 46/11 49/13
49/21 51/11 51/19
52/5 52/10 53/18
55/12 56/21 56/24
58/2 58/5 59/11 61/8
61/11 61/12 69/5
69/21 73/8 81/19 82/7
82/17 82/25 83/10
83/19 85/10 86/25
88/3 96/19 97/6 97/9
99/14 100/9 100/16
105/15 109/9 114/20
117/17 122/1 122/12
125/10 127/9 127/11
130/22 133/5 133/7
134/5 134/24 135/22
139/14 142/20 144/24
146/22 149/6 150/4
152/16 154/21 158/8
160/1 161/13 165/18
168/7 178/19 179/4
179/5 180/2 180/6
183/19 185/12 188/4
188/24 190/10 190/11
190/13 190/22 193/10
195/18 197/8 197/14
197/20 205/12 206/13
208/20 210/4 211/15
211/24 213/15 215/1
215/6 215/8

**button [1]** 136/23

**buy [1]** 90/25

**buying [2]** 193/4
193/5

**C**

C-E-R-T-I-F-I-C-A-T
-E [1] 216/10
C-O-L-I-N-A-A [1] 6/8
**CALEA [1]** 35/2
**California [8]** 75/13
76/6 76/17 77/9 77/14
78/7 141/17 141/19
**call [26]** 4/4 5/25
26/24 63/6 64/14
81/21 81/23 81/24
85/24 86/2 89/24
98/20 99/9 99/11
100/2 138/3 147/7
147/17 148/15 150/19
150/20 174/18 174/19
175/22 176/14 179/9
**called [21]** 38/17
59/20 60/25 76/19
81/22 82/6 87/11
88/20 92/22 98/18
98/25 99/5 99/9 99/13
100/7 106/21 122/9
143/23 171/7 195/21
195/22
**calling [9]** 4/7 20/20
63/7 81/9 96/3 103/17
138/16 170/15 173/7
**calls [36]** 13/9 21/10
24/12 24/13 25/9 30/4
30/5 33/9 42/4 63/22
63/23 80/20 88/22
89/4 90/8 91/22 92/10
93/23 94/13 95/14
101/3 103/11 103/12
104/23 106/9 108/21
111/2 112/15 113/20
115/16 115/23 119/23
120/5 120/6 120/23
172/15
**came [18]** 18/17
30/16 37/7 48/15
64/22 109/20 136/5
136/11 136/12 147/3
147/4 176/19 187/16
187/24 192/8 192/9
195/3 211/17
**camera [2]** 10/18
10/19
**campaign [1]** 141/1
**can [162]** 5/5 6/5
9/11 10/1 10/17 12/18
14/22 15/15 20/12
22/7 23/17 24/15
25/11 26/16 28/13
31/19 32/19 33/3
33/20 36/13 37/20

40/17 40/18 41/7
41/14 42/2 42/5 44/21
45/24 49/13 50/11
52/2 52/11 54/6 54/24
57/10 58/24 60/15
60/16 63/24 64/20
67/9 68/7 68/13 70/6
70/15 70/25 74/15
74/19 80/21 81/21
81/23 83/16 93/3
93/25 95/20 97/14
98/1 98/10 101/24
102/8 103/24 105/14
105/19 107/11 114/9
115/3 115/6 115/13
115/19 117/11 117/24
118/11 119/17 121/22
123/11 123/13 126/11
126/13 128/5 128/6
128/18 128/23 131/21
131/22 133/9 133/17
133/24 139/7 142/5
142/13 145/25 147/24
154/21 155/21 156/5
158/15 158/24 159/7
160/1 161/10 161/13
161/20 163/11 163/11
163/14 166/23 169/13
169/25 171/3 172/4
173/12 173/15 173/16
173/23 174/2 174/21
175/3 176/2 177/7
178/10 180/9 181/10
183/13 184/16 185/9
188/22 188/23 189/18
189/21 191/13 194/8
198/19 198/23 200/1
200/25 201/23 203/12
203/14 204/15 204/23
205/3 205/24 209/11
209/15 211/2 211/2
211/19 212/1 212/12
212/8 212/11 212/16
212/18 212/19 213/25
214/11 214/25 215/24
**can't [22]** 17/17 18/6
38/1 47/23 48/7 48/7
83/16 90/25 97/7
139/20 154/20 158/6
160/5 167/19 168/7
171/12 195/18 197/8
203/8 208/20 210/4
214/18
**Canada [1]** 81/3
**candidate [1]**
149/24
**cannot [1]** 70/21
**capacity [6]** 7/11
167/7 196/11 196/12
196/16 196/18
**capital [2]** 79/8

79/10
**capitalized [1]** 23/25
**Caprio [2]** 1/11 4/11
**captain [4]** 75/16
77/22 77/23 77/24
**car [9]** 86/9 86/10
88/18 88/18 183/18
184/18 184/19 185/5
185/9
**card [2]** 81/15
188/25
**care [3]** 110/19
145/4 212/4
**career [1]** 17/22
18/13 69/22 75/13
82/18 82/19 82/21
140/9 175/21 177/4
177/14
**careful [1]** 157/6
**carefully [2]** 11/25
45/21
**CAROLLO [127]** 1/6
4/8 4/16 12/22 12/25
13/3 13/15 15/2 15/12
16/5 19/1 20/6 20/16
21/8 21/23 21/25
30/18 32/7 32/9 33/24
34/14 35/7 36/8 37/5
37/13 39/19 40/21
42/15 43/5 49/6 52/24
53/1 53/15 55/10 62/2
63/19 65/6 66/4 66/6
67/1 68/1 68/3 69/16
84/19 85/1 89/22
90/13 90/17 91/19
91/25 92/9 92/21
92/24 93/4 93/6 95/4
96/22 97/1 97/10 98/7
98/7 98/12 99/11
102/4 102/8 104/20
105/8 106/22 108/24
113/15 116/18 120/3
124/18 124/24 139/18
148/25 149/12 150/17
150/22 150/24 151/4
151/18 154/7 163/21
164/10 165/1 170/13
170/18 172/13 177/20
177/24 179/13 179/16
179/22 181/18 182/1
182/9 183/13 185/5
185/19 186/6 188/4
188/8 189/19 191/9
191/16 191/17 192/20
193/3 193/14 193/23
196/2 196/5 198/18
199/13 201/2 201/6
201/10 202/4 202/6
202/22 203/3 203/6
206/2 209/10 210/5
215/22
**Carollo's [12]** 32/16

32/25 45/22 87/11
112/18 117/13 167/12
169/24 182/14 198/25
199/22 200/12
**Carroll [3]** 99/9
100/7 100/14
**carrying [1]** 89/6
**cars [3]** 88/10 173/2
214/22
**Casamayor [1]**
36/15
**case [29]** 1/2 4/7
5/23 48/20 65/11
65/11 66/11 66/25
68/9 68/11 68/24
69/10 71/4 72/9 73/22
90/19 123/9 143/15
144/13 153/2 155/24
157/3 157/13 163/2
166/20 187/22 188/9
188/25 204/5
**cases [2]** 144/16
149/5
**cash [1]** 192/15
**catch [2]** 10/16
10/20
**categorization [1]**
14/16
**category [1]** 182/20
**cause [3]** 30/24 32/9
157/11
**caution [1]** 159/11
**center [1]** 179/20
**Central [2]** 77/2 77/4
**certain [2]** 13/14
202/12
**certainly [18]** 12/6
15/16 17/18 19/11
20/23 21/1 21/17 34/3
35/15 36/7 39/7 39/8
49/22 53/18 56/3 57/1
57/20 58/1
**certificate [3]** 24/6
24/6 200/8
**certificates [1]**
197/11
**certified [1]** 35/2
**certify [1]** 216/12
**cetera [2]** 25/4 51/6
**chain [26]** 9/2 9/4
9/21 9/23 13/5 35/10
36/9 76/2 85/4 90/15
91/5 122/19 123/2
123/3 124/1 185/4
185/7 196/6 196/11
196/15 197/17 197/18
197/22 197/25 198/3
208/5
**Chain's [2]** 123/16
124/16
**chair [1]** 69/23
**chairs [2]** 4/20 5/12

**C**

**challenging [2]**
43/21 79/9
**chance [1]** 128/4
**change [2]** 85/12
115/14
**changed [1]** 190/11
**changes [1]** 213/22
**characterization [2]**
109/12 122/23
**characterize [1]**
11/14
**characterizing [1]**
134/21
**charge [9]** 19/4 50/1
76/21 77/5 77/14
127/11 132/7 133/4
133/6
**Charleston [2]** 7/10
7/10
**Charter [17]** 24/24
25/1 25/7 25/16 31/8
31/10 31/11 31/12
31/16 57/12 95/11
97/17 97/25 103/14
103/16 103/20 104/1
**charters [1]** 58/15
**check [6]** 46/15
46/25 62/24 85/20
99/19 154/10
**chickens [2]** 154/23
166/17
**chief [214]** 5/25 7/7
7/21 7/22 8/12 8/14
8/17 8/21 8/22 8/25
10/1 10/14 10/22
11/10 11/14 11/15
11/20 12/1 12/5 12/21
13/2 13/13 13/23
16/25 17/12 18/15
19/13 20/15 22/12
23/16 25/2 25/3 25/4
27/11 27/23 28/5
31/24 32/8 32/15
32/23 33/23 34/6
34/11 34/13 34/20
35/2 35/20 35/22
35/25 36/3 37/11 38/5
38/15 40/8 40/15
40/18 40/22 41/8 43/3
43/18 44/2 44/11 45/2
45/5 45/20 46/4 46/4
48/7 49/15 49/19
49/23 50/9 50/16
50/19 50/23 53/22
54/10 55/4 55/9 55/24
56/15 58/5 59/15
59/20 60/9 60/24
61/10 62/6 62/13 63/7
64/11 64/12 64/22
65/16 66/2 66/8 68/1

73/6 74/5 74/7 75/23
76/3 77/12 78/1 78/2
78/7 78/11 78/19 79/8
79/14 79/15 79/16
81/20 82/5 84/2 84/18
86/15 86/16 87/2
88/17 92/15 93/19
93/20 94/3 94/3 94/10
95/2 95/3 95/25 96/14
96/22 109/24 109/24
109/25 110/1 110/7
110/22 111/4 111/5
111/9 111/14 111/16
112/6 112/21 112/22
112/23 113/7 113/8
113/9 113/9 114/6
115/6 118/13 120/17
120/18 127/10 127/11
128/15 131/24 132/7
135/20 135/24 137/10
138/17 141/2 142/15
142/19 142/23 144/19
148/1 150/3 150/15
154/18 157/20 163/17
164/16 165/7 172/12
173/19 174/11 177/18
178/3 178/3 178/5
178/7 178/8 178/12
178/17 178/20 178/22
179/12 179/14 180/21
182/12 182/14 182/16
182/20 183/6 191/17
194/3 195/16 195/22
200/18 202/6 202/13
202/18 207/19 210/9
210/13 210/18 214/16
214/16 214/20 214/20
**chiefs [8]** 78/10
78/15 80/24 81/7 81/9
145/24 151/9 151/13
**childish [1]** 183/25
**children [1]** 212/6
**choice [3]** 50/22
60/22 75/21
**choices [1]** 150/2
**choose [1]** 11/25
**chose [4]** 56/21
75/19 148/12 157/9
**CHP [3]** 77/2 142/2
144/13
**CHPS [1]** 77/3
**Christmas [1]** 122/6
**church [4]** 122/20
123/4 123/16 184/10
**circles [1]** 50/11
**citations [1]** 201/4
**cited [4]** 54/22 55/3
55/6 55/18
**cities [3]** 80/14 81/2
95/23
**citizen [4]** 121/12
138/12 144/20 167/7

**citizens [4]** 11/19
138/21 139/2 144/10
**city [238]**
**city's [2]** 80/8
121/14
**city-wide [1]** 131/10
**civil [5]** 11/6 82/24
162/23 168/1 168/3
**civilian [1]** 10/7
**claim [1]** 155/5
**claimed [2]** 111/16
161/8
**claims [1]** 215/24
**clarify [2]** 69/3 69/4
**clarity [1]** 14/17
**Clark [1]** 168/2
**classic [1]** 194/5
**clean [1]** 186/18
**clear [20]** 25/21
26/12 68/4 69/8 90/23
96/23 103/23 114/22
117/22 141/7 144/4
155/3 159/9 159/20
159/21 164/8 171/19
188/16 188/16 216/1
**clearing [1]** 172/6
**clearly [3]** 89/15
159/19 173/10
**clerk [1]** 41/23
**client [3]** 143/13
152/14 215/20
**clients [1]** 70/1
**clients' [1]** 70/1
**clip [6]** 13/17 14/10
17/4 19/21 43/3 43/3
**clips [1]** 22/13
**close [3]** 37/19 58/25
75/11
**closed [2]** 86/25
211/9
**closeouts [2]** 199/2
200/14
**closing [1]** 158/10
**club [3]** 42/21 42/22
184/15
**club/restaurant [1]**
42/22
**Coconut [5]** 178/7
178/13 178/16 191/5
195/13
**code [51]** 24/5 31/1
34/17 38/15 39/2
39/19 39/25 40/13
41/10 42/7 42/9 42/12
43/16 46/6 46/14
47/23 50/1 50/5 51/5
51/6 54/3 58/4 59/25
59/25 87/2 88/13 94/1
96/17 96/18 97/4 97/4
97/11 102/10 102/11
102/25 104/21 108/7
113/13 124/25 127/16

130/24 134/13 196/20
199/18 200/19 200/20
200/21 201/4 202/7
202/8 202/9
**codes [3]** 60/1 87/6
127/20
**coffee [1]** 184/23
**Cohen [4]** 197/4
198/16 200/25 206/6
**COLE [1]** 2/2
**Colina [29]** 5/25 6/7
6/7 6/12 6/14 6/16
6/17 12/21 13/13
16/25 20/15 22/12
23/16 26/18 27/11
27/11 27/23 34/9 41/1
62/11 62/13 63/7
81/14 126/11 178/4
178/5 178/8 178/12
183/6
**collaborative [1]**
127/14
**colleague [1]** 81/14
**College [1]** 7/8
**color [4]** 78/23 115/1
145/11 188/2
**Colorado [4]** 75/7
75/8 75/9 121/13
**come [20]** 5/5 47/2
47/7 47/18 48/3 48/22
50/23 82/18 82/19
93/5 104/8 106/5
113/14 116/8 139/19
144/7 160/5 194/17
213/5 215/18
**comes [1]** 59/13
**comfort [4]** 69/21
155/21 178/25 179/2
**comfortable [7]**
11/12 178/21 182/4
182/5 183/23 185/11
213/14
**coming [14]** 12/19
50/8 50/16 68/14 69/6
114/17 117/22 117/24
157/4 159/25 160/1
171/6 176/19 212/4
**command [9]** 9/2
9/4 9/22 9/24 13/5
13/6 35/10 85/19
147/6
**commanded [1]**
9/16
**commander [5]** 8/12
60/24 77/25 176/11
178/7
**commenced [1]**
129/14
**comment [7]** 45/15
66/10 67/1 183/6
188/20 190/15 205/3
**commercial [1]**

177/2
**commission [48]**
15/10 17/13 19/18
22/4 24/2 24/4 24/22
25/20 28/18 29/2 29/3
34/14 37/9 37/11 38/7
38/10 51/24 53/23
56/1 56/25 57/5 57/8
57/20 58/7 60/20
92/23 98/1 101/12
101/12 106/13 108/4
108/17 115/19 117/19
127/4 143/14 144/5
148/6 148/9 149/1
149/6 149/14 158/19
159/15 163/3 181/23
202/11 202/15
**commissioned [1]**
186/25
**commissioner [104]**
4/16 12/21 12/25
12/25 13/3 13/7 13/15
15/2 15/4 15/8 15/12
16/7 19/1 19/2 20/16
21/8 21/16 30/18
30/24 32/5 32/6 32/7
32/9 32/16 32/24 33/7
33/16 33/24 34/14
34/18 35/6 36/8 37/4
37/13 37/21 39/18
40/20 42/3 42/15
42/19 42/25 43/5
45/21 52/2 52/6 52/11
52/24 52/24 52/24
52/25 52/25 53/12
53/15 53/15 55/10
55/12 56/6 56/23 57/5
57/8 57/10 57/15 62/2
63/19 65/5 67/1 68/10
77/8 77/13 77/13
77/17 94/20 102/4
102/4 117/6 120/14
124/18 124/23 139/18
150/17 150/22 150/24
151/18 163/21 165/1
182/10 182/17 183/13
185/5 186/16 191/5
192/10 193/23 198/25
199/13 199/22 200/12
201/2 201/5 202/6
202/21 209/10 210/19
215/22
**commissioners [21]**
15/9 52/11 52/13
52/18 52/20 52/23
53/2 65/6 101/23
102/15 102/24 149/15
159/16 160/25 161/2
161/3 164/9 181/13
182/19 183/2 202/15
**commissioners' [1]**
116/2

**C**

commissions [1]
51/25
commitment [3]
59/24 121/1 144/12
committed [4] 10/16
140/4 148/8 148/18
committee [1] 84/1
committing [1]
163/4
common [1] 38/17
communicate [2]
41/4 57/10
communication [3]
38/22 113/14 140/4
communications [3]
113/19 198/23 200/2
communist [5]
99/12 99/14 100/2
100/25 172/9
communists [2]
98/21 99/1
communities [4]
78/22 114/25 145/11
152/18
community [18]
7/12 11/8 66/6 78/23
78/24 80/1 80/1 80/4
83/7 107/23 110/5
138/17 171/22 173/4
173/6 176/19 177/10
190/15
companies [1]
151/20
company [5] 7/1 7/3
7/5 7/16 9/13
competency [1]
176/4
complain [2] 109/2
185/23
complainant [3]
110/23 111/21 112/11
complained [1] 65/2
complaining [5]
109/10 109/11 124/2
161/12 211/11
complaint [29]
64/24 65/2 65/20
67/14 68/5 109/18
109/20 110/12 110/16
110/18 111/15 121/24
122/3 123/8 123/19
123/20 124/11 125/19
125/20 187/7 203/22
204/3 204/5 204/10
205/5 205/8 205/10
205/12 205/17
complete [2] 55/19
115/20
completely [1]
205/16

compliance [12]
24/9 39/19 39/25
40/13 41/10 59/20
59/24 127/17 127/20
131/25 196/15 202/9
complying [1] 46/18
composition [1]
188/1
comprehensive [2]
127/15 210/11
comprised [1] 76/22
computer [1] 144/22
concedes [2] 59/22
59/23
concept [4] 116/18
116/24 117/14 118/22
concern [9] 30/21
33/7 33/15 39/25
45/22 57/7 57/9 57/13
215/14
concerned [8] 25/8
25/13 25/15 30/7 33/4
43/5 55/25 67/11
concerning [3]
25/21 34/15 124/23
concerns [7] 28/7
30/20 32/16 32/24
33/24 100/8 104/21
conclusion [5] 20/21
24/13 25/10 30/5
170/16
condition [1] 212/9
conditions [1] 61/13
condolences [1]
62/2
conduct [13] 30/11
32/4 56/5 59/13
127/18 161/12 162/23
162/25 163/2 167/12
169/24 184/1 184/2
conducted [1] 200/6
conducting [3]
76/15 93/21 159/6
conference [4]
80/23 81/6 81/7 81/8
confidence [2]
137/25 138/1
confirm [1] 110/21
confirmed [2]
110/22 154/5
conflict [1] 105/12
conform [1] 204/14
confront [1] 37/21
confusing [1] 210/10
congressional [1]
81/9
conjecture [1] 48/17
conjured [1] 166/16
connect [1] 151/1
connected [1] 109/9
connection [2] 14/8
16/5

consent [3] 79/5
82/23 114/23
consequences [4]
91/10 93/5 160/12
164/9
consider [2] 84/4
121/16
considering [1]
68/17
consistent [2] 44/3
138/15
conspiracy [1]
140/17
constantly [2] 82/16
99/18
Constitution [10]
24/25 31/12 31/18
113/23 115/10 115/11
121/16 144/7 145/24
166/4
constitutional [16]
89/10 113/24 115/9
116/11 116/19 116/24
117/2 117/14 118/8
118/22 119/7 119/13
120/16 121/17 145/9
145/19
constitutionality [1]
166/16
constructed [1]
122/15
construction [6]
37/6 40/1 40/14 40/17
42/2 54/17
consulting [4] 7/1
7/3 7/5 7/16
consume [1] 44/12
consumes [1] 44/6
consuming [1] 45/16
contact [1] 215/3
contacted [4] 39/1
39/1 54/2 182/11
contain [1] 60/14
contained [3] 60/10
60/20 165/3
containers [2] 205/7
205/7
contention [1]
188/17
context [2] 13/13
98/10
contingent [1] 212/6
continuation [1]
29/2
continue [4] 22/22
29/7 115/6 144/11
continued [2] 2/1
54/16
continues [2] 199/24
200/1
Continuing [1]
29/21

contracting [1] 7/13
contrary [1] 170/24
control [2] 126/20
216/4
controversial [1]
11/2
conveniently [1]
144/21
conversation [3]
51/19 65/23 90/12
conversations [4]
71/5 159/12 169/11
185/19
converting [1] 180/1
cooperating [1]
112/17
cooperative [1]
46/21
copied [4] 23/17
26/14 35/20 40/3
copies [2] 133/18
133/22
cops [1] 83/4
copy [6] 128/3
128/14 128/15 128/17
128/18 133/17
copying [2] 198/18
202/4
Coral [1] 195/13
core [1] 114/13
corner [3] 88/19
150/16 172/7
correct [98] 34/17
34/23 34/25 35/8
35/22 36/21 37/7
37/14 38/11 38/18
38/23 40/2 40/18
42/18 43/8 45/14
51/12 51/20 51/25
52/2 52/3 52/11 52/12
52/15 52/16 52/18
52/21 55/11 56/2
57/18 61/13 121/15
121/18 126/4 126/15
126/16 127/10 127/25
128/8 129/15 129/21
130/4 130/5 130/6
131/1 131/9 131/11
131/12 132/3 132/11
132/14 132/15 132/17
133/3 133/7 133/8
134/7 134/11 134/12
134/15 134/16 134/19
134/23 135/11 135/12
135/18 135/19 135/21
135/25 136/1 136/12
136/25 138/14 139/2
139/10 140/10 141/17
143/11 146/10 148/6
148/12 148/16 149/16
149/18 149/20 149/21
150/3 150/17 150/19

150/23 150/24 151/2
153/11 155/14 159/17
161/4 161/5 207/6
correction [1]
142/24
correctly [4] 84/11
132/6 136/6 152/4
corroboration [1]
151/17
corrupt [6] 105/24
106/2 148/23 154/16
154/18 155/5
corruption [5] 17/22
76/1 136/15 143/13
167/8
Coss [3] 47/14 51/8
202/10
could [77] 6/14 7/2
8/4 11/6 11/6 13/16
14/23 20/8 22/12
22/20 23/25 24/10
26/14 27/11 27/16
28/8 29/7 30/19 31/23
32/15 32/20 35/16
36/21 36/23 36/25
37/2 39/1 39/1 39/2
39/7 49/8 54/2 55/24
56/1 56/3 56/17 61/2
62/13 63/5 64/2 66/19
69/18 70/24 75/6
79/25 83/5 93/17
95/19 99/6 121/3
155/18 162/14 165/21
166/23 175/11 175/16
175/24 176/17 180/24
181/6 192/5 192/6
195/14 195/21 195/24
196/14 196/22 197/3
197/11 198/12 198/19
199/12 199/21 202/4
209/25 210/3 213/7
couldn't [3] 103/16
144/21 156/12
council [3] 83/20
83/20 84/8
counsel [23] 4/9
19/19 67/19 74/7
87/16 91/15 140/23
141/10 141/10 147/16
151/8 156/25 159/20
160/19 162/5 171/5
173/13 174/18 186/11
191/14 203/15 215/7
215/23
counties [1] 7/6
country [11] 75/14
77/10 78/15 79/3
79/20 79/21 81/1 81/4
81/5 83/15 171/16
county [8] 75/18
76/23 76/23 78/2
196/5 196/9 196/10

**C**

**county... [1]**  196/13
**couple [10]**  82/15
111/22 175/21 177/6
180/7 181/22 182/9
185/10 203/23 204/18
**course [13]**  4/19
10/14 10/21 12/3
14/17 14/22 17/21
146/6 146/15 155/23
160/22 176/23 177/1
**courses [1]**  58/13
**court [32]**  1/1 4/4
6/23 20/6 21/23 21/25
49/6 68/21 70/13
70/21 71/21 74/8
111/23 124/14 140/22
147/19 148/17 148/22
148/24 159/4 159/7
161/25 187/12 189/25
203/12 204/4 205/22
214/11 214/21 214/22
215/18 216/16
**Court's [2]**  69/4
216/4
**courthouse [2]**  4/21
5/11
**Courtney [2]**  1/11
4/11
**courtroom [22]**  4/20
4/21 4/22 5/3 5/11
5/12 5/15 65/24 69/2
71/9 72/1 72/4 72/6
72/10 156/2 159/10
162/2 204/25 205/1
213/24 214/9 214/17
**COVID [1]**  138/10
**crazy [4]**  87/11
89/24 96/23 149/12
**cream [2]**  208/13
208/15
**create [3]**  115/9
182/25 210/15
**created [1]**  60/24
**credibility [4]**  12/8
141/23 156/23 157/17
**crime [9]**  7/10 10/13
10/15 10/16 10/17
10/25 79/11 176/23
193/2
**criminal [5]**  75/25
101/8 171/19 175/14
192/5
**critical [3]**  14/24
42/20 43/1
**criticized [1]**  14/16
**crooked [1]**  149/2
**crooks [3]**  149/2
149/6 149/9
**cross [21]**  3/3 34/7
34/9 63/14 67/7 69/7

86/7 89/17 89/23
121/5 121/7 145/7
147/18 147/20 157/24
163/25 165/16 174/5
174/7 174/15 189/19
**cross-examination
[8]**  34/7 63/14 69/7
121/5 147/18 147/20
157/24 174/15
**cross-examine [2]**
89/17 189/19
**crowd [1]**  46/16
**CRR [1]**  216/15
**CU [3]**  200/7 200/17
200/23
**Cuba [3]**  84/12 86/13
104/8
**Cuban [10]**  82/17
84/13 101/22 115/18
143/4 146/25 164/9
170/18 171/9 188/12
**Cubans [2]**  92/23
149/11
**cultural [1]**  86/12
**Culturales [5]**  98/24
98/25 100/3 100/15
101/1
**current [3]**  6/25 7/3
66/8
**currently [2]**  75/6
75/7
**cussed [1]**  81/5
**custom [1]**  84/4
**customs [2]**  83/13
83/13
**CV [2]**  1/2 4/8

**D**

**D3.1 [2]**  24/5 41/22
**Dade [4]**  7/8 165/13
165/18 177/17
**Dadeland [1]**  2/3
**daily [1]**  208/3
**dais [3]**  102/7
102/15 165/1
**damage [3]**  143/9
143/10 143/11
**dance [1]**  83/24
**danger [1]**  196/19
**dangerous [4]**  61/13
171/14 185/7 185/17
**dark [1]**  88/19
**darn [1]**  144/7
**date [10]**  14/2 27/21
101/11 101/14 128/6
128/7 128/8 134/15
199/8 199/9
**dated [7]**  60/2 68/6
126/10 126/14 128/2
167/8 207/16
**DAVIS [1]**  1/18
**Dawson [2]**  2/3 4/17

**day [35]**  1/8 10/11
10/11 15/13 20/12
20/23 37/20 42/19
43/12 48/2 49/13
64/11 66/2 81/11
81/25 82/1 82/8 85/9
90/6 101/2 101/19
125/11 138/3 144/14
148/15 148/16 154/23
155/19 174/12 184/1
210/16 210/16 212/21
213/8 214/6
**days [13]**  34/13 36/9
38/6 38/9 38/12 38/14
38/23 51/11 53/22
53/23 143/10 170/5
211/24
**de [9]**  68/10 102/4
102/13 106/15 117/23
122/9 163/3 164/10
170/19
**deadly [1]**  114/25
**deal [4]**  48/16 48/18
102/10 200/21
**dealers [1]**  192/17
**dealing [1]**  91/25
**deals [1]**  203/21
**dean [1]**  7/7
**debate [3]**  52/16
52/18 53/9
**debating [1]**  117/7
**debris [5]**  37/6 40/1
40/14 40/18 40/19
**decade [1]**  8/10
**decades [2]**  94/19
94/19
**December [3]**  55/2
55/14 200/6
**December 5th [1]**
55/2
**decide [1]**  14/23
**decided [1]**  152/21
**decipher [1]**  50/23
**decision [5]**  12/17
14/20 16/10 73/21
147/2
**decision-making [2]**
12/17 16/10
**decisions [1]**  14/22
**decree [3]**  79/5
82/24 114/24
**dedicated [1]**  144/6
**deeds [1]**  19/12
**deemed [1]**  31/4
**defend [3]**  49/21
49/22 148/11
**defendant [35]**  1/7
1/15 2/2 20/6 49/7
68/1 84/14 84/19 85/6
87/7 89/8 91/18 92/9
95/4 97/10 98/7 98/12
104/20 105/7 115/15

115/18 116/18 117/13
120/3 137/5 144/16
144/25 149/4 156/19
163/2 163/2 167/12
169/24 170/13 172/13
**defendant's [1]**
166/5
**defendants [2]**
145/1 149/5
**defending [1]**
121/16
**defense [5]**  73/5
73/9 141/11 148/15
159/20
**defensive [2]**  50/8
50/10
**define [1]**  30/2
**definitely [2]**  71/17
215/12
**degrade [2]**  44/7
44/12
**degree [3]**  58/11
175/13 175/14
**degrees [1]**  58/14
**deliberate [1]**  12/16
**deliberately [1]**  12/4
**deliberation [1]**
57/17
**deliver [1]**  193/24
**delivered [1]**  194/1
**demeanor [1]**  15/17
**demolition [6]**  54/12
54/17 55/19 153/18
199/2 200/14
**demote [1]**  147/3
**denied [3]**  34/21
115/4 191/22
**Dennis [2]**  39/19
41/10
**densely [1]**  75/18
**deny [1]**  50/5
**departed [1]**  136/13
**department [107]**
7/9 7/21 7/23 8/1 8/2
8/5 8/13 8/25 9/24
10/5 10/8 11/2 11/21
14/8 16/11 17/19
18/10 20/16 21/9 25/3
25/19 31/6 31/14
38/15 38/16 38/16
39/6 39/14 42/13
43/17 56/19 58/3 65/4
66/12 66/15 76/25
77/18 78/6 78/13
78/20 78/25 79/2
79/24 80/5 80/5 82/2
82/3 82/24 83/6 91/25
96/18 96/19 99/8
102/12 103/21 103/24
114/23 119/21 120/2
121/1 127/17 127/17
130/17 131/24 133/4

133/10 134/4 134/6
134/6 134/9 134/11
134/14 134/19 134/22
136/7 138/1 143/3
143/22 144/24 146/18
146/25 147/9 147/14
151/9 163/16 165/19
166/3 166/7 167/13
167/18 167/24 168/5
176/5 177/11 177/16
177/23 178/5 178/6
179/19 179/19 180/5
182/1 191/18 191/24
194/10 196/6 196/9
**department's [3]**
30/25 51/3 180/4
**departmental [1]**
143/2
**departments [7]**
7/10 7/14 31/6 32/4
80/11 81/1 177/15
**depending [1]**
182/18
**depends [2]**  10/14
11/6
**depicted [1]**  45/5
**depicts [2]**  40/10
45/14
**deputy [10]**  35/22
35/25 36/3 36/6 115/9
120/16 120/17 120/18
148/1 206/1
**describe [7]**  10/1
27/16 61/2 62/13
93/12 210/11 210/12
**described [3]**  13/5
24/3 28/17
**describing [1]**  87/9
**description [2]**
198/7 210/11
**desire [3]**  137/12
154/7 154/9
**desires [2]**  89/7
112/18
**desist [1]**  215/23
**despite [1]**  84/13
**detection [1]**  61/11
**detective [4]**  8/8
192/7 193/25 195/17
**determination [1]**
145/14
**determine [1]**  148/5
**determined [1]**
57/18
**determines [1]**
147/19
**develop [2]**  50/20
50/21
**dias [3]**  117/6 163/5
164/6
**dictating [1]**  163/17
**dictators [1]**  153/8

**D**

**did [171]** 7/16 7/17
8/16 8/17 8/22 10/20
10/22 13/2 15/12
15/19 17/15 18/13
18/15 18/18 18/25
19/7 19/13 20/15
21/23 26/10 27/23
29/18 30/2 30/14
32/24 33/23 36/2 36/3
37/13 39/19 40/21
41/1 48/6 50/21 51/9
56/22 57/22 57/24
58/6 58/20 59/1 59/4
59/5 60/4 60/14 61/23
62/2 75/12 76/4 76/5
78/7 79/5 79/14 80/19
81/25 82/25 83/19
84/11 84/19 84/21
85/2 88/21 91/18 92/8
96/13 98/10 100/3
100/14 100/16 100/18
100/19 100/25 101/7
101/11 102/6 103/16
104/6 104/15 106/5
108/7 108/11 108/16
109/2 109/18 109/19
110/12 110/15 110/17
110/25 110/25 110/25
111/9 111/16 111/18
111/20 112/6 112/22
112/22 113/7 114/6
115/14 116/7 116/8
116/18 117/18 122/13
127/23 138/9 139/20
139/24 141/18 144/16
145/17 145/21 147/9
147/13 147/25 148/15
149/18 151/16 151/21
153/19 153/23 157/16
158/23 158/25 159/1
160/23 160/23 160/24
161/5 164/19 167/12
167/17 168/12 168/18
169/8 170/11 170/11
172/13 174/3 176/5
177/17 177/22 177/24
177/25 178/3 178/8
179/11 179/16 179/18
181/18 181/20 181/21
181/24 182/7 182/8
185/15 186/17 186/23
189/10 191/9 193/8
193/14 194/12 194/17
195/23 196/2 201/10
205/10 209/4
**did you go [3]** 76/4
76/5 79/14
**didn't [53]** 14/12
14/18 14/18 15/11
17/16 17/23 18/19

19/1 21/20 30/7 34/3
34/4 38/6 39/5 42/25
48/16 53/15 57/13
58/1 58/7 80/2 80/2
83/1 84/5 93/3 105/23
113/25 116/10 117/22
124/5 125/11 125/11
138/6 139/18 142/20
148/15 148/17 149/7
150/19 150/20 157/16
180/11 184/17 186/22
186/24 187/15 190/21
195/24 196/9 198/3
200/21 201/17 206/12
**difference [3]** 83/5
85/16 152/4
**different [10]** 9/18
11/13 18/13 22/23
95/11 95/23 167/18
182/18 195/11 202/17
**differently [2]** 14/19
111/18
**difficult [2]** 17/24
210/20
**diligence [6]** 38/10
38/12 38/23 38/24
54/1 155/4
**dinner [2]** 82/12
82/14
**direct [19]** 3/3 6/12
13/22 31/13 31/21
42/1 55/21 56/25
57/11 60/6 61/3 71/6
75/2 97/6 135/8
141/16 157/24 174/15
175/8
**directed [4]** 101/7
110/22 112/11 206/4
**directing [4]** 24/2
57/2 113/15 164/6
**direction [23]** 30/17
32/5 56/6 56/23 56/24
57/7 58/10 58/20
58/21 59/1 59/1 59/2
59/5 59/9 59/12 89/8
97/19 100/10 100/12
103/21 150/24 164/25
165/1
**directions [1]**
164/17
**directive [4]** 12/12
13/8 32/16 32/25
**directly [12]** 43/4
49/25 57/11 65/19
66/23 88/19 124/10
125/11 133/4 156/23
167/19 168/20
**director [8]** 42/9
83/13 83/25 115/9
120/16 202/7 202/7
202/8
**directors [3]** 182/1

182/2 182/6
**disagree [2]** 188/7
189/1
**disaster [1]** 11/7
**discipline [3]** 138/5
163/18 164/7
**disclosure [1]** 190/5
**discuss [3]** 68/24
72/8 155/24
**discussed [18]** 37/9
51/21 55/25 102/20
103/5 105/12 112/2
114/14 116/24 117/5
120/8 163/8 163/25
164/13 167/2 167/15
170/24 172/24
**discusses [1]** 73/20
**discussing [2]** 37/4
105/21
**discussion [5]** 24/4
28/14 28/15 28/23
29/3
**disdain [8]** 85/6 87/7
89/23 104/25 105/7
105/21 115/20 116/3
**dismantle [1]**
176/16
**disparaging [1]**
143/2
**dispense [3]** 44/24
44/24 62/18
**display [1]** 70/14
**displeased [2]** 42/25
170/13
**disproportionality
[1]** 78/22
**disproportionally [1]**
145/10
**disproportionate [2]**
114/25 174/2
**disproportionately
[3]** 145/8 152/16
154/8
**dispute [1]** 158/3
**disputed [1]** 158/2
**disputing [1]** 160/22
**disruptive [1]** 159/8
**distance [1]** 184/5
**district [8]** 1/1 1/1
1/9 106/22 168/7
178/13 183/1 193/15
**disturbing [1]**
210/10
**diverse [2]** 75/9
79/20
**division [28]** 8/13
66/9 76/19 76/20
76/22 78/1 82/24
86/16 87/1 93/19
93/20 94/10 95/2 95/3
95/25 96/14 96/21
109/24 111/4 111/5

111/9 111/14 113/9
127/18 131/24 133/2
168/1 168/4
**divisions [1]** 77/16
**do [239]**
**do you [15]** 6/17
6/19 6/21 23/16 35/25
36/4 58/13 61/18 64/9
73/11 132/5 132/5
162/12 178/25 206/7
**do you see [19]**
25/24 39/23 40/8
40/10 45/7 45/11
127/1 127/21 128/6
129/25 130/15 130/18
131/5 133/12 133/25
134/3 197/5 202/21
207/16
**doc [1]** 207/20
**document [31]**
26/16 27/12 27/14
27/16 34/21 35/7
35/11 35/12 67/16
67/17 67/22 68/3
102/21 106/18 126/2
126/17 126/24 126/25
128/4 128/6 129/7
129/21 131/22 131/23
133/3 133/19 144/23
164/19 164/20 203/21
208/4
**documentation [3]**
42/18 43/6 43/11
**documented [3]**
43/8 43/13 164/23
**documenting [1]**
67/25
**documents [13]**
67/13 68/2 145/15
153/11 153/12 155/3
160/10 160/15 161/9
193/8 193/12 193/24
194/1
**does [25]** 26/20 46/9
46/9 46/10 64/6 94/16
97/4 97/4 98/15
118/12 118/13 118/18
123/25 160/18 165/9
165/9 165/11 165/12
166/5 166/8 166/13
182/20 183/7 189/7
212/12
**doesn't [15]** 16/1
19/2 49/7 66/20 70/18
116/3 125/19 134/24
135/1 152/3 152/4
157/2 182/5 188/11
189/13
**doing [32]** 12/20
12/20 16/10 17/21
18/11 18/17 19/9
19/10 31/15 52/15

61/10 75/4 78/14
78/14 79/6 89/2 94/20
95/3 95/25 99/17
99/18 102/6 155/4
163/5 179/8 182/21
183/24 184/22 185/13
195/18 201/17 213/15
**DOJ [5]** 67/21 156/13
159/23 160/8 161/10
**dollar [2]** 10/10
77/11
**dollars [1]** 80/7
**Domino [1]** 107/22
**don't [138]** 5/13
5/17 9/13 9/15 9/20
10/19 12/13 12/18
14/14 16/15 16/19
16/23 18/11 18/22
19/3 21/6 22/23 26/7
26/12 26/14 34/18
35/12 35/15 37/15
37/18 37/25 38/5 39/7
39/8 39/9 42/6 43/12
43/22 44/3 45/15
45/16 46/11 47/14
47/15 47/15 47/23
48/1 48/9 48/10 48/13
48/23 49/21 50/10
51/1 51/4 51/13 51/16
53/4 53/18 55/16
56/13 57/19 58/13
59/2 59/10 61/18
66/10 69/5 69/6 70/15
73/16 73/17 74/1
75/19 82/13 87/5
87/20 97/8 109/8
109/21 109/22 116/10
116/11 116/12 117/19
117/23 117/23 122/1
128/22 135/22 137/18
145/3 146/21 147/1
150/12 150/18 150/18
151/15 152/4 156/8
158/3 159/10 161/7
174/9 178/2 179/8
180/8 181/22 182/19
184/3 184/25 185/11
186/23 187/3 188/23
189/9 189/19 192/8
193/9 193/9 193/13
193/18 195/21 195/23
198/1 199/9 200/19
200/21 200/23 201/12
201/16 204/1 204/3
206/16 206/22 209/6
209/14 210/7 211/12
211/13 212/4 215/5
215/18
**donation [1]** 141/1
**done [9]** 14/23 47/16
81/11 103/8 111/17
148/13 158/9 184/24

**D**

**done... [1]** 188/17
**done enough [1]**
81/11
**door [10]** 67/10
73/10 73/17 73/20
156/14 157/10 157/15
159/20 184/7 205/6
**doors [1]** 211/10
**Doral [4]** 177/19
177/19 179/12 180/14
**dot [1]** 79/8
**dots [1]** 151/1
**down [25]** 27/10
43/13 44/4 48/2 64/10
72/11 73/22 74/21
83/18 122/17 126/21
130/6 158/13 172/4
183/17 184/12 184/13
184/18 197/3 197/11
197/16 198/16 207/7
210/4 213/25
**downtown [1]** 85/19
**draft [1]** 52/6
**drink [1]** 90/25
**drive [1]** 39/19
**driver [2]** 204/17
204/22
**driving [3]** 96/23
183/16 185/22
**drove [4]** 42/21 86/9
86/24 190/13
**Drug [1]** 192/17
**Dry [16]** 127/6 127/8
127/9 127/14 127/23
129/14 129/19 131/25
132/3 132/8 132/9
132/10 132/10 132/13
132/16 152/22
**due [7]** 38/10 38/12
38/23 38/24 54/1 74/1
155/4
**DUI [1]** 44/16
**during [24]** 24/4
66/2 78/3 78/5 79/12
108/4 108/16 112/22
113/6 114/6 116/9
116/25 116/25 127/24
129/19 130/22 138/11
139/17 147/5 170/20
212/1 212/3 212/8
212/11
**duties [1]** 210/12
**duty [2]** 18/7 142/3
**DX [3]** 41/7 45/1
59/15

**E**

**E-D-O [1]** 74/22
**each [24]** 70/8 71/3
127/19 210/17
**earlier [9]** 13/5

23/17 31/11 120/8
127/7 151/23 166/2
174/2 214/6
**early [2]** 78/9 182/12
**ears [1]** 121/22
**easier [1]** 18/5
**East [12]** 75/17 76/4
76/5 76/6 76/7 76/9
76/10 76/11 76/20
77/22 77/25 216/17
**easy [2]** 14/18 18/2
**eat [1]** 90/25
**educational [2]**
77/21 175/12
**effect [5]** 68/3
182/22 209/10 212/12
214/5
**efficient [1]** 41/5
**efficiently [1]** 183/4
**effort [1]** 188/3
**efforts [5]** 120/2
120/25 165/10 165/24
167/25
**eight [8]** 38/6 38/9
38/12 38/14 38/23
53/22 77/16 184/2
**either [6]** 17/20
54/25 67/8 121/21
148/11 187/18
**El [1]** 208/18
**elaborate [1]** 118/11
**elected [4]** 62/3 95/4
96/1 117/6
**electrical [2]** 199/3
200/14
**elements [1]** 61/19
**elicit [1]** 67/12
**eliminate [3]** 120/15
120/15 120/17
**eliminated [1]**
120/18
**eliminating [1]**
120/21
**Ellen [2]** 216/15
216/15
**else [13]** 9/17 31/15
66/11 73/24 88/13
124/10 158/8 164/19
189/10 194/5 196/3
204/8 211/19
**else's [2]** 113/24
150/4
**elsewhere [1]** 95/13
**email [57]** 23/16
23/22 26/2 26/10
26/21 27/18 27/21
27/23 28/5 28/6 28/19
29/14 30/16 35/13
36/9 38/5 38/6 38/8
38/8 39/23 39/24 40/4
51/15 53/21 54/7 54/7
55/24 56/2 57/9 58/8

58/10 59/8 59/8 60/5
63/4 63/15 67/21 68/5
109/8 109/20 110/13
111/21 126/10 126/12
154/2 159/23 159/23
160/7 197/4 197/4
198/17 198/17 198/19
199/21 200/25 202/3
207/16
**emailed [1]** 35/10
**emails [2]** 156/13
198/13
**embarrass [1]** 11/18
**emblem [1]** 140/2
**Emilio [12]** 8/21
19/14 26/18 27/20
58/19 59/8 63/5
122/16 154/2 154/3
169/14 202/4
**empathy [4]** 138/16
172/21 173/1 173/5
**employ [1]** 50/17
**employee [1]** 108/11
**employees [11]** 8/24
9/1 13/6 14/11 18/8
20/25 77/10 80/7
138/5 138/8 203/7
**employment [5]** 8/5
73/14 73/18 180/22
212/9
**encompass [1]**
210/12
**encountered [1]**
79/22
**end [4]** 5/14 5/19
58/19 79/5
**ended [5]** 83/2 84/7
139/14 167/9 177/17
**enforcement [41]**
9/3 24/5 31/2 38/16
46/6 46/14 47/9 50/5
63/21 64/3 66/21
75/10 76/16 87/2 87/6
95/3 96/17 97/4 97/4
97/11 102/10 103/1
108/8 134/13 157/22
169/24 174/2 175/19
177/14 191/10 191/18
191/24 194/11 199/18
200/19 200/20 200/21
201/4 202/7 202/8
210/24
**Enforcement answer**
**[1]** 97/4
**engage [4]** 96/7
127/5 153/7 170/12
**engaged [2]** 127/9
163/4
**engaging [4]** 145/3
155/1 163/7 170/8
**enhance [1]** 182/25
**Enjoy [1]** 72/11

**enough [12]** 35/16
39/16 41/11 45/15
45/16 45/22 49/2
56/10 81/11 153/5
161/10 186/20
**ensure [3]** 62/16
127/19 166/4
**enter [2]** 46/8 62/19
**entered [3]** 5/3 72/1
162/2
**entire [12]** 17/22
19/22 43/3 43/19
77/15 80/8 82/21 96/6
148/13 149/6 149/14
159/15
**entities [2]** 167/18
168/5
**entitled [2]** 121/17
216/13
**entry [4]** 34/21
40/13 44/21 50/25
**environment [1]**
79/9
**epidemic [1]** 81/10
**equally [1]** 54/15
**erase [1]** 131/22
**Esq [9]** 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
**essence [4]** 31/17
58/10 90/12 164/7
**essentially [11]** 25/6
25/7 25/17 25/20 29/2
31/12 48/19 52/5
57/12 66/3 155/13
**establish [3]** 7/11
102/10 188/22
**established [1]**
57/22
**establishing [1]**
106/13
**establishment [9]**
14/11 14/12 21/1 21/4
46/5 50/4 62/17 62/19
127/19
**establishments [2]**
30/11 90/25
**et [4]** 4/8 4/8 25/4
51/6
**Ethics [1]** 31/1
**European [1]** 176/15
**even [38]** 12/15
12/18 17/17 18/15
19/5 38/5 38/6 39/2
51/21 53/9 53/16
55/16 56/16 56/18
58/7 69/11 69/25
70/15 82/10 84/22
92/22 99/13 116/14
117/21 143/12 144/21
148/24 155/24 157/8
165/3 166/19 177/4

177/9 177/13 179/9
180/2 182/25 187/17
**evening [3]** 171/25
172/1 213/8
**event [2]** 99/15
100/3
**events [2]** 171/2
181/10
**ever [24]** 10/22
16/18 19/14 20/15
33/6 33/15 44/16
47/15 83/8 87/3 88/21
92/8 94/19 95/8 98/7
104/20 106/5 109/2
113/7 119/13 122/13
194/17 196/2 198/3
**every [15]** 8/13
20/10 37/20 46/7
49/11 70/1 74/3 81/11
138/9 184/1 185/22
190/14 190/19 190/21
190/22
**everybody [6]** 66/5
88/13 133/2 150/4
155/13 185/9
**everybody's [2]**
11/12 155/16
**everyone [11]** 4/5
5/6 5/8 17/25 72/11
159/7 162/4 171/23
213/25 214/2 214/7
**everyone's [2]** 11/22
145/5
**everything [7]** 55/25
71/11 71/12 144/13
150/21 166/19 204/8
**evidence [13]** 23/6
26/25 42/2 60/14
97/13 148/11 159/25
187/5 187/9 187/10
188/10 201/23 204/15
**evidently [1]** 160/23
**exactly [6]** 109/22
112/2 124/8 124/11
146/21 190/13
**examination [19]**
6/12 34/7 34/9 62/11
63/14 69/7 71/6 75/2
121/5 121/7 147/18
147/20 157/24 162/6
162/8 174/15 174/15
175/8 205/9
**examine [3]** 89/17
189/19 213/2
**example [4]** 9/7
10/18 135/20 210/21
**Excellent [2]** 7/16
8/15
**except [1]** 198/5
**exception [2]** 170/20
172/18
**excerpt [3]** 16/25

**E**

**excerpt... [2]** 19/17 22/3
**excerpts [2]** 22/10 22/13
**excited [1]** 183/20
**excuse [9]** 48/14 65/21 65/21 83/12 83/13 92/14 152/19 159/5 212/2
**excused [2]** 64/10 174/17
**executive [5]** 7/5 7/6 25/2 171/7 176/8
**executives [2]** 83/21 146/17
**exercise [3]** 30/22 87/9 91/6
**exercised [1]** 144/22
**exercising [2]** 89/9 154/24
**exhibit [32]** 13/17 16/25 17/1 17/9 22/3 22/9 22/21 23/5 26/25 27/6 29/11 63/5 66/15 67/23 159/22 162/20 187/18 190/2 190/24 191/1 196/21 197/1 198/8 201/19 202/1 203/9 207/8 207/14 209/16 209/23 210/1 210/3
**EXHIBITS [1]** 3/6
**existed [1]** 21/20
**existence [1]** 127/8
**exited [2]** 69/2 156/2
**expect [2]** 37/24 48/5
**expectations [1]** 12/9
**Expedition [1]** 86/15
**experience [8]** 9/3 44/11 63/20 63/25 64/3 90/16 135/9 210/24
**experienced [1]** 86/19
**experiencing [1]** 165/10
**expert [1]** 96/3
**expertise [2]** 182/23 211/1
**explain [15]** 8/4 13/13 24/10 32/15 111/1 149/25 156/21 158/12 158/15 180/24 181/10 183/13 194/8 210/1 210/3
**explained [4]** 25/16 32/20 210/14 214/5
**explaining [2]** 31/11

56/14
**expose [1]** 167/7
**expression [3]** 15/4 16/9 179/7
**extensive [1]** 79/12
**exterior [1]** 197/15
**external [1]** 43/24
**eyes [2]** 121/21 172/7

**F**

**F-U-C-K [2]** 48/15 50/2
**face [1]** 216/5
**facial [2]** 15/4 16/8
**facilitate [1]** 108/10
**fact [21]** 25/17 41/1 48/18 74/2 79/2 134/21 137/3 138/4 140/7 143/10 151/19 156/21 166/14 170/20 172/13 172/18 177/5 186/23 187/12 188/10 212/5
**facts [5]** 97/13 143/14 144/12 150/9 157/13
**failed [1]** 143/8
**fair [20]** 34/20 35/16 39/11 39/16 41/11 44/4 44/5 45/16 45/22 54/10 54/21 55/2 55/16 56/10 56/15 58/17 74/6 74/6 136/8 161/10
**false [5]** 24/6 138/3 148/19 205/16 216/2
**familiar [21]** 26/1 27/13 27/14 27/15 40/22 41/15 43/16 44/20 45/2 45/11 54/25 77/3 97/17 121/24 146/14 197/13 197/14 200/20 206/10 206/16 207/4
**families [1]** 177/8
**family [6]** 11/19 55/17 82/11 83/1 171/6 171/6
**far [9]** 4/25 64/23 115/3 115/12 119/14 161/14 173/8 177/14 196/11
**fault [2]** 150/4 150/6
**favor [1]** 181/12
**favorable [1]** 90/3
**FBI [9]** 65/5 143/23 156/13 159/23 160/6 161/10 167/19 176/6 176/10
**FDLE [13]** 191/24 192/5 192/7 193/6

193/21 193/22 193/25 194/8 194/9 194/10 195/4 196/1 196/2
**Fe [1]** 77/7
**fear [1]** 153/7
**February [25]** 14/4 17/13 19/18 22/4 23/22 24/4 27/22 28/18 29/3 34/13 36/10 39/3 41/23 52/20 53/3 56/1 63/15 63/18 122/14 124/17 198/18 199/10 199/11 202/3 211/22
**February 11 [1]** 199/11
**February 14 [5]** 19/18 22/4 24/4 34/13 53/3
**February 14th [6]** 17/13 28/18 36/10 39/3 52/20 56/1
**February 18 [1]** 124/17
**federal [3]** 60/1 83/18 111/22
**feel [6]** 13/7 15/19 83/15 183/7 183/8 183/14
**feels [1]** 183/24
**feet [1]** 184/9
**FELDMAN [1]** 1/15
**fell [1]** 181/12
**fellow [1]** 142/2
**felony [1]** 130/11
**felt [9]** 14/15 14/24 21/17 25/17 75/20 82/3 82/4 83/5 210/25
**female [2]** 146/17 147/14
**Fernandez [7]** 146/5 146/5 146/10 146/12 146/24 147/10 168/21
**Fernandezes [1]** 146/8
**few [5]** 42/22 79/22 136/21 156/7 169/11
**field [17]** 77/4 77/13 77/14 77/16 86/16 87/1 93/19 93/20 94/2 94/10 95/25 96/21 109/23 111/4 131/24 167/19 200/18
**fifty [1]** 83/15
**fight [1]** 148/11
**fighting [1]** 7/11
**figure [1]** 196/14
**figured [1]** 85/9
**figuring [2]** 88/12 107/11
**file [4]** 47/1 138/1 199/15 200/10

**filed [3]** 69/5 69/11 74/2
**fill [1]** 116/8
**final [6]** 72/4 148/7 148/7 159/11 199/1 200/13
**Finally [1]** 61/20
**find [10]** 7/6 50/7 51/7 117/24 158/25 159/2 192/18 196/10 213/16 215/10
**finding [1]** 143/9
**findings [1]** 129/18
**fine [8]** 17/2 70/13 70/18 146/1 151/14 160/14 201/8 211/8
**finish [10]** 20/8 49/9 82/18 82/19 97/24 141/24 144/2 152/10 152/19 160/22
**finished [1]** 64/6
**finishing [1]** 5/15
**fire [18]** 25/4 51/6 58/4 59/25 102/11 103/24 127/17 130/17 134/4 134/10 179/5 196/5 196/9 196/13 197/8 197/10 202/6 202/6
**fired [9]** 18/19 66/5 68/3 143/21 157/21 167/9 169/25 170/4 170/8
**firing [1]** 143/13
**first [70]** 8/21 8/22 9/10 9/14 13/23 16/21 26/16 26/18 28/8 31/19 31/20 31/22 31/22 32/1 32/2 40/21 56/5 56/10 66/2 68/8 69/7 81/13 84/22 85/1 85/11 86/22 87/10 88/9 91/5 96/5 98/18 98/21 98/22 98/25 99/13 101/11 107/9 115/25 121/9 122/6 127/4 136/5 141/25 144/22 145/3 146/11 150/14 154/24 155/2 170/8 170/12 171/12 171/15 171/17 171/19 179/2 179/19 180/9 180/10 187/25 188/7 191/16 192/2 192/4 192/22 198/19 199/16 206/6 207/22 210/8
**firsthand [2]** 87/6 176/18
**fish [1]** 65/5
**five [20]** 18/2 52/18 52/20 57/1 75/16 130/14 133/11 134/2

147/11 149/14 149/19 149/20 159/15 160/25 161/2 161/3 161/5 204/23 204/23 205/18
**fixing [1]** 83/3
**Flagler [1]** 1/16
**flew [1]** 82/14
**flooded [1]** 5/17
**floor [3]** 71/9 72/10 199/15
**floors [1]** 199/16
**FLORIDA [21]** 1/1 1/5 1/13 1/17 1/19 1/22 2/4 44/20 45/18 59/25 124/19 127/18 168/13 168/19 176/19 176/24 176/25 191/18 191/24 194/10 216/17
**flown [1]** 121/13
**Floyd [3]** 170/21 172/12 173/6
**fly [2]** 49/7 82/11
**focus [7]** 28/10 28/12 28/15 28/22 201/14 201/16 201/16
**focusing [1]** 213/17
**folks [4]** 51/5 88/5 96/20 134/9
**follow [13]** 9/21 25/7 31/16 95/19 98/14 100/9 100/10 100/11 105/25 110/2 110/3 152/5 152/13
**followed [7]** 46/23 111/23 112/10 132/17 214/7 214/21 214/21
**following [2]** 36/14 166/4
**food [1]** 122/9
**fooled [1]** 155/18
**Fools [1]** 85/9
**force [15]** 20/13 47/2 47/7 47/9 47/17 47/19 49/2 49/13 78/12 78/22 114/25 115/10 127/15 145/10 214/5
**forecasting [3]** 10/11 10/12 15/25
**foregoing [1]** 216/12
**foremost [1]** 188/7
**form [6]** 15/14 15/19 79/18 80/20 104/23 109/20
**former [5]** 58/19 59/9 114/7 215/8 216/3
**formula [1]** 196/14
**formulate [3]** 68/24 155/24 214/3
**FORT [6]** 1/2 1/5 4/24 5/16 71/16

**F**

**FORT... [1]** 216/17
**forth [2]** 140/22 141/10
**fortunate [1]** 175/21
**forward [6]** 141/13 144/12 173/12 173/16 177/24 189/2
**forwarded [7]** 23/1 26/13 26/15 28/19 29/14 109/23 110/13
**forwards [1]** 126/11
**found [14]** 18/18 40/1 46/16 71/8 81/19 86/14 101/8 110/24 111/1 111/21 152/23 180/12 184/9 211/9
**foundation [20]** 22/25 27/3 32/12 36/12 54/23 95/17 98/4 101/3 116/21 140/12 153/21 155/8 171/16 180/17 181/3 183/10 191/11 193/16 194/19 202/16
**foundational [1]** 16/1
**four [12]** 9/7 41/2 53/5 57/1 94/19 94/19 106/24 130/11 148/18 182/21 183/4 210/17
**fourth [1]** 79/19
**framework [1]** 202/24
**Francis [2]** 151/7 162/16
**Francisco [2]** 81/1 202/8
**frank [2]** 11/17 163/20
**fraud [3]** 195/14 195/19 196/3
**Frederick [1]** 146/10
**free [4]** 9/24 13/7 83/17 85/15
**freedom [1]** 82/18
**freeway [1]** 145/5
**freeways [2]** 171/12 171/13
**Friday [6]** 87/5 98/21 98/22 213/1 213/8 213/13
**Fridays [1]** 98/25
**fringe [1]** 140/10
**front [11]** 39/23 65/7 88/9 96/19 162/19 171/8 184/7 184/15 184/19 197/21 198/1
**frustrating [2]** 42/3 210/10
**full [4]** 45/20 79/4

208/2 214/5
**FULLER [103]** 1/4 4/8 16/16 16/18 16/20 16/22 18/25 19/15 21/5 26/7 26/8 29/6 33/25 60/2 60/10 63/8 65/17 66/7 85/3 86/22 86/23 87/8 87/8 89/7 89/8 89/23 90/15 91/1 92/1 105/8 105/21 106/15 106/24 107/3 107/17 109/3 109/10 109/19 109/21 111/1 111/10 111/15 113/12 113/25 122/10 130/3 130/8 130/12 130/20 130/24 131/2 131/7 131/11 132/19 151/4 151/12 151/19 152/23 154/2 155/17 164/25 173/19 183/14 183/19 184/19 185/20 186/18 187/11 187/11 188/10 188/17 188/22 189/11 189/14 191/4 191/6 191/8 191/10 191/19 191/25 192/20 193/24 195/10 196/3 201/11 201/12 203/17 206/11 206/15 206/18 206/19 206/21 207/5 207/23 208/5 208/8 208/12 208/19 208/25 209/1 209/5 212/25 213/10
**Fuller's [12]** 30/15 66/4 89/9 104/22 106/6 130/23 184/7 184/7 186/6 186/25 188/9 193/12
**fully [2]** 20/11 49/12
**function [2]** 61/10 134/24
**funding [1]** 120/15
**fundraiser [4]** 87/10 89/10 151/5 155/1
**funds [1]** 192/21
**funny [1]** 178/10
**further [2]** 121/4 158/4
**furthermore [2]** 31/2 65/2
**FYI [2]** 36/15 207/20

**G**

**Gables [1]** 195/13
**gained [1]** 78/18
**gallery [1]** 159/6
**game [2]** 103/25 150/12
**Gardner [1]** 4/16
**gather [1]** 209/12
**gave [8]** 59/2 81/15

111/10 157/18 170/4 187/18 192/10 210/21
**general [6]** 11/8 30/12 151/8 154/21 168/3 177/1
**General's [1]** 176/25
**generally [3]** 10/24 51/2 97/19
**generate [2]** 48/2 51/7
**generated [4]** 47/11 47/20 51/2 51/17
**generically [1]** 66/18
**genesis [1]** 203/2
**gengus [2]** 48/24 49/1
**gentleman [1]** 46/18
**gentleman was [1]** 46/18
**gentlemen [9]** 5/4 5/7 48/18 68/23 72/2 72/3 155/23 159/5 213/21
**genuinely [1]** 104/21
**George [3]** 170/20 172/11 173/6
**get [35]** 5/18 9/16 25/17 48/15 48/21 48/24 49/15 49/19 50/1 68/3 73/14 78/16 85/24 87/5 88/17 99/1 99/2 100/2 118/14 121/9 134/5 138/6 138/9 142/20 149/24 156/13 156/22 177/5 177/9 184/15 184/17 184/17 184/23 185/7 193/8
**gets [2]** 48/20 88/18
**getting [6]** 35/13 81/18 98/20 115/13 157/9 167/9
**give [16]** 9/18 19/14 24/15 25/5 50/12 59/1 59/5 97/10 97/19 129/11 133/17 175/19 176/24 177/6 177/9 177/13
**given [6]** 90/6 90/11 134/21 145/2 171/21 176/24
**gives [5]** 5/20 28/20 29/15 114/19 202/10
**giving [9]** 24/22 30/8 49/24 68/10 103/21 109/14 164/17 165/1 166/14
**globe [1]** 11/22
**go [123]** 9/10 9/13 9/14 9/17 12/16 23/17 24/16 26/16 26/17

27/10 28/1 28/2 29/11 30/19 31/19 31/20 36/11 37/20 38/1 38/6 41/7 42/1 42/7 42/8 42/23 44/23 45/1 45/4 45/24 46/5 46/7 46/20 46/25 47/18 48/7 48/21 48/24 50/6 51/3 56/13 59/21 62/24 64/17 65/18 66/3 68/18 71/9 71/16 73/22 76/4 76/5 78/7 79/11 79/14 79/24 85/18 90/25 99/18 100/14 106/16 108/8 115/3 115/4 117/8 125/25 126/13 128/1 128/5 129/13 131/15 134/25 141/6 141/24 145/2 148/6 150/19 152/10 153/24 154/8 157/2 157/3 157/25 158/24 159/2 159/21 163/12 166/15 176/12 181/6 183/6 184/12 184/13 188/18 189/2 196/2 197/4 197/11 197/16 198/3 198/8 198/16 199/7 200/25 203/9 204/1 206/14 206/17 206/20 206/23 207/1 207/7 208/4 208/7 208/11 208/18 208/24 209/11 209/14 211/4 211/25 212/18 216/3
**God [3]** 82/17 103/8 149/3
**Godfather [1]** 149/12
**goes [23]** 46/8 52/16 87/13 89/14 89/14 97/20 101/25 104/11 106/17 141/23 163/24 163/25 165/4 165/15 166/18 168/23 168/24 172/24 174/4 178/23 184/19 211/23 211/25
**going [137]** 4/19 4/22 5/10 5/15 5/22 10/13 10/17 14/9 18/23 18/24 19/6 19/9 21/24 24/12 27/3 30/11 35/3 43/3 43/4 45/1 46/3 47/7 48/1 48/3 48/5 48/21 50/10 51/22 54/4 56/13 59/15 65/3 65/10 65/10 65/19 66/1 66/24 66/24 66/25 67/3 67/6 67/6 67/7 67/11 67/19 68/12

68/22 69/8 72/3 72/7 73/9 73/21 73/22 73/23 74/5 76/2 78/16 78/17 81/12 81/24 85/18 86/1 86/2 88/17 91/14 92/2 92/14 97/24 107/21 108/8 110/6 113/23 113/24 115/11 116/7 117/17 121/19 123/10 124/7 124/19 129/3 133/20 134/17 134/25 139/6 140/22 141/9 141/12 142/14 148/6 148/22 149/23 152/5 154/10 157/1 157/3 157/4 157/11 157/25 158/4 158/10 159/9 159/10 159/22 160/9 160/14 161/8 161/19 162/18 162/19 173/12 173/14 179/4 179/5 181/7 183/17 183/21 183/22 184/16 184/16 184/23 186/19 188/18 189/2 189/3 189/5 189/22 191/17 196/5 204/17 204/25 210/25 211/10 212/7 213/21 213/23 215/1
**gone [4]** 14/11 137/13 173/9 184/2
**gonna [1]** 50/12
**Gonzalez [18]** 8/21 19/14 26/18 27/20 58/20 59/8 63/5 122/16 154/2 154/3 187/4 187/5 187/13 187/25 188/6 198/18 202/4 205/4
**good [41]** 4/5 4/11 4/14 4/15 4/18 5/4 5/7 5/9 5/24 6/14 7/11 11/4 19/12 34/11 34/12 34/13 36/6 64/11 75/4 121/9 155/19 169/14 174/12 175/10 175/13 176/1 177/22 177/25 179/1 179/4 179/6 179/7 179/16 179/18 180/3 182/18 183/1 188/22 210/22 211/25 216/7
**Gort [1]** 52/25
**Gosh [1]** 10/25
**got [22]** 37/5 57/15 66/5 74/3 78/20 86/14 99/11 106/15 126/12 133/24 134/9 134/10 139/9 140/3 176/4 183/20 185/8 191/7 193/10 193/13 196/14

**G**

**got... [1]** 210/5
**gotten [1]** 192/17
**government [7]**
7/13 79/17 79/18
83/18 83/20 89/22
171/9
**grace [1]** 82/17
**Grade [1]** 175/22
**Graduated [1]** 8/7
**Graham's [1]** 205/1
**granted [1]** 4/24
**gravamen [2]** 42/15
42/16
**graveyard [1]** 77/6
**great [5]** 75/15 83/6
129/5 170/20 180/7
**green [1]** 189/13
**grievance [1]** 121/17
**grievances [1]**
121/15
**grind [7]** 121/14
137/18 137/20 144/6
144/11 150/1 215/22
**gripe [1]** 189/14
**ground [1]** 85/10
**grounds [1]** 187/21
**group [10]** 1/10
14/11 18/2 20/25 26/7
26/8 29/24 30/9 30/10
41/1
**Grove [5]** 178/7
178/14 178/16 191/6
195/13
**growth [1]** 79/12
**grudge [1]** 215/22
**guard [1]** 210/21
**guess [9]** 18/9 64/4
136/6 148/9 151/1
176/22 183/19 184/7
215/14
**guidance [1]** 83/24
**guilty [1]** 18/19
**gun [2]** 81/4 81/9
**Gupta [1]** 167/24
**Gutchess [2]** 1/11
4/12
**gutting [1]** 55/19
**guy [4]** 107/10
139/20 151/4 195/18
**guys [2]** 4/25 18/17

**H**

**H-U-B-E-R-T [1]**
74/23
**had [97]** 7/25 11/1
11/9 14/11 14/13
14/20 15/2 20/4 21/15
26/6 28/7 28/17 32/16
32/23 33/6 38/9 38/11
38/14 38/22 42/1
53/25 54/1 56/8 56/15

57/1 66/3 75/15 80/22
82/14 83/8 84/25 85/7
86/25 87/3 87/7 87/9
102/8 102/8 102/9
102/25 104/21 104/25
105/8 106/23 107/7
107/21 110/18 110/24
111/1 111/5 111/14
111/17 111/23 112/7
112/10 112/14 115/20
115/20 116/3 122/16
126/20 132/19 148/10
149/21 151/5 156/12
158/2 168/21 169/11
171/5 171/8 171/21
176/6 176/12 178/3
178/5 178/15 179/24
180/2 183/1 183/15
185/20 186/22 186/25
187/13 187/14 191/3
192/4 193/9 193/11
193/23 193/23 195/10
198/5 210/24 211/15
211/16
**hadn't [1]** 86/10
**half [7]** 75/17 76/14
79/1 176/7 180/10
182/11 182/15
**hall [5]** 14/6 14/7
65/7 113/14 183/23
**hamper [2]** 120/25
166/2
**hand [3]** 6/1 74/16
174/22
**handed [1]** 157/12
**handle [1]** 96/20
**Handled [1]** 76/13
**handles [1]** 96/18
**hands [4]** 69/17 70/5
70/10 70/17
**happen [4]** 56/12
93/4 98/10 100/25
**happened [13]** 11/1
38/3 50/3 80/3 101/21
106/25 122/12 153/3
158/12 180/13 189/17
191/6 209/7
**happening [12]** 14/7
89/20 100/15 101/19
106/8 106/14 106/23
109/3 113/8 113/18
113/25 153/9
**happens [4]** 40/12
47/6 48/16 51/2
**happenstance [1]**
99/19
**happy [5]** 20/9 49/10
49/17 78/24 108/24
**harassment [1]**
153/8
**hard [10]** 17/22 18/8
85/12 95/19 128/3

128/14 128/15 128/17
133/18 133/22
**Hardemon [2]** 52/24
53/12
**harder [1]** 197/19
**harm [3]** 30/24 32/9
57/16
**Harrison [4]** 85/19
86/2 86/2 88/18
**Harvey [1]** 79/23
**has [52]** 9/9 25/2
25/3 25/18 44/24 46/5
50/5 57/10 61/6 62/14
62/16 62/17 62/23
64/24 65/1 65/8 68/8
68/9 68/11 69/5 69/11
71/3 71/13 73/16
89/22 98/7 117/4
119/13 129/19 145/6
145/6 151/4 157/13
158/12 158/15 161/17
170/23 173/9 186/6
186/16 187/4 187/22
188/5 188/10 188/17
189/13 189/15 204/4
205/16 210/9 212/4
215/21
**hatchet [1]** 121/14
**Havana [3]** 86/6
86/13 195/12
**have [227]**
**haven't [4]** 81/11
82/10 151/1 201/1
**having [14]** 65/22
68/1 78/12 79/6
115/21 145/13 150/1
155/3 164/18 165/12
180/5 187/10 188/14
200/5
**he [304]**
**He'll [1]** 93/5
**he's [37]** 15/25
25/10 40/3 46/4 59/23
65/19 66/1 66/10 71/2
87/13 88/7 90/15
98/12 98/13 99/11
99/17 99/18 111/24
112/17 112/17 116/2
119/4 139/15 140/20
142/23 142/23 154/15
154/15 165/2 170/6
180/6 187/10 192/8
197/8 211/10 214/22
215/11
**head [5]** 77/18
149/10 183/15 197/9
203/13
**headed [6]** 92/22
137/13 149/11 149/19
149/21 161/6
**headquarters [3]**
78/2 85/14 168/4

**heads [2]** 25/19
31/14
**health [4]** 61/7
61/15 81/10 152/6
**hear [8]** 5/16 114/20
115/25 122/13 125/11
172/8 176/2 214/18
**heard [19]** 4/19
11/22 16/17 16/22
84/13 84/22 105/2
107/7 121/21 122/12
125/9 136/6 151/7
151/8 151/8 151/11
151/13 153/10 161/7
**hearing [8]** 13/6
57/23 71/13 116/25
144/14 148/5 148/10
148/14
**hearings [5]** 115/20
116/9 116/25 117/1
117/19
**hearsay [29]** 27/4
67/12 87/14 88/22
90/8 90/18 91/22
92/11 92/19 93/8
93/14 99/21 99/22
100/22 105/4 105/15
107/25 109/5 109/15
110/9 111/6 111/11
116/14 155/5 169/9
169/17 170/6 194/5
194/14
**heart [2]** 76/9 82/19
**heated [1]** 37/5
**Heather [1]** 147/23
**held [1]** 22/4
**Hello [1]** 162/10
**help [8]** 7/6 7/9 7/13
18/1 41/4 49/20
158/25 165/24
**helped [2]** 78/25
108/10
**her [14]** 28/1 28/19
29/14 57/11 69/18
70/3 114/22 115/8
115/8 115/13 115/13
146/14 146/21 202/10
**here [114]** 4/25 5/1
6/23 10/19 16/6 20/6
20/9 28/7 31/7 36/14
45/9 46/4 46/22 48/18
49/3 49/7 49/10 49/20
50/2 50/8 50/11 50/14
50/17 59/10 65/14
67/3 67/15 71/13 72/4
82/18 82/19 82/20
83/2 84/14 85/20
85/25 86/1 86/5 86/6
88/14 89/19 95/13
99/1 99/2 99/2 99/9
104/7 104/9 104/15
112/22 113/6 114/17

114/22 115/13 116/8
116/12 117/22 117/24
117/24 121/10 121/10
121/12 121/13 122/12
123/21 124/8 126/1
129/4 133/9 136/12
137/1 137/4 141/7
141/11 143/6 144/7
145/22 145/22 150/4
150/9 152/8 155/15
158/7 158/12 160/5
160/25 161/6 168/7
168/12 170/19 172/2
173/19 176/23 178/3
184/17 184/25 188/9
195/7 195/23 199/9
201/15 204/7 204/9
204/17 207/22 207/25
209/4 209/5 211/24
211/24 212/4 212/7
215/8 215/18
**here's [5]** 67/18
67/19 87/1 108/19
211/22
**hereby [1]** 216/12
**hey [4]** 81/20 85/17
85/25 99/11
**Hi [1]** 162/11
**hierarchy [1]** 9/13
**high [3]** 11/20 42/10
142/3
**higher [1]** 9/12
**highlight [1]** 210/18
**highlighted [6]** 28/9
29/8 129/3 129/12
198/22 212/18
**highly [11]** 87/4
93/8 94/5 96/10 98/16
157/2 157/12 160/2
164/1 168/15 170/22
**highway [8]** 75/13
75/15 76/6 76/17 77/9
77/14 141/17 141/20
**him [100]** 19/7
21/21 36/3 36/3 36/4
43/10 47/16 48/21
50/20 64/7 66/5 68/3
68/13 69/8 69/24 70/4
70/13 73/9 73/11
73/14 73/18 73/19
74/4 77/20 81/15
81/22 84/21 84/22
85/7 85/7 86/2 87/11
89/17 89/24 89/24
93/13 98/20 100/8
100/8 105/22 108/10
108/11 110/2 110/20
110/21 110/22 111/10
117/20 128/18 133/17
139/21 143/23 145/7
149/4 149/13 150/18
151/12 152/10 153/3

**H**

**him... [41]** 157/7
157/9 157/17 157/25
158/13 160/1 160/13
161/13 161/20 164/8
172/8 172/19 173/2
178/13 179/9 179/9
179/9 182/11 183/15
183/16 185/22 189/5
189/9 191/23 192/7
192/10 192/10 193/11
194/2 202/22 204/1
209/11 210/6 210/8
210/20 210/22 211/11
211/15 211/21 212/5
212/12
**himself [6]** 105/20
105/22 163/22 186/6
186/16 215/1
**hindsight [2]** 14/17
107/10
**hire [1]** 78/17
**hired [2]** 177/20
179/11
**hiring [6]** 73/14
182/24 183/5 210/17
211/5 212/13
**his [88]** 15/24 24/14
24/15 28/21 29/9
29/16 30/23 46/10
48/20 49/12 66/17
66/20 66/23 67/1 69/9
69/16 69/17 69/20
69/22 69/22 69/23
73/6 73/9 73/12 73/14
73/14 73/15 73/18
74/5 77/18 82/15 85/5
85/19 86/3 86/14
87/10 89/9 90/20
91/25 92/2 92/4 100/8
100/20 105/21 105/21
106/24 108/19 108/23
109/10 111/15 125/3
136/16 141/23 144/10
147/1 151/8 151/12
153/2 157/5 157/17
157/23 158/17 158/18
161/18 164/25 167/20
173/7 178/13 179/2
180/8 180/13 180/21
180/21 181/10 182/12
185/20 186/18 186/18
186/19 186/20 191/17
192/7 193/9 193/11
193/12 196/17 209/19
213/2
**Hispanic [1]** 189/14
**history [4]** 8/5
114/23 135/9 175/19
**hit [2]** 85/10 136/23
**hmm [2]** 37/17 151/6

**hold [1]** 19/9
**holding [7]** 69/17
70/5 70/10 70/16
211/6 211/9 211/10
**hole [1]** 158/13
**home [12]** 12/16
55/17 79/24 84/24
144/23 171/10 193/9
193/11 209/11 209/15
213/6 213/7
**homecoming [1]**
77/23
**Homeland [4]** 83/19
83/21 83/23 84/7
**homes [1]** 177/7
**homework [1]**
148/13
**homonym [1]** 15/25
**honest [3]** 11/18
186/22 200/20
**honestly [5]** 38/2
42/7 56/17 56/19 85/4
**Honor [193]** 4/15
5/24 13/9 13/18 15/14
15/21 17/6 19/23
20/18 21/10 21/24
22/6 22/18 22/22 23/3
23/5 23/14 24/12 25/9
27/2 27/7 27/24 28/24
29/20 30/4 32/11
32/18 33/9 33/18 34/1
40/3 44/8 62/9 63/22
64/5 64/6 64/13 64/15
66/1 67/5 68/4 68/15
68/16 68/17 69/15
69/20 70/20 71/19
71/20 73/5 73/25
74/13 81/18 84/15
87/12 88/6 89/13
91/16 98/3 98/11
98/15 99/21 100/4
101/25 102/19 103/5
104/2 104/10 104/17
105/9 105/14 106/17
110/8 111/24 113/10
114/12 115/2 115/23
116/13 117/3 117/15
118/5 118/15 120/8
121/3 121/4 122/22
123/5 123/8 123/12
123/18 123/21 124/9
124/12 125/21 126/6
128/10 128/14 128/25
129/6 131/18 132/21
133/13 133/21 136/17
137/6 137/15 137/21
138/24 140/11 140/18
140/20 141/3 141/23
142/4 142/6 142/12
143/24 144/2 146/19
147/16 152/9 153/14
153/20 154/11 155/6

155/21 156/5 156/11
157/14 158/18 158/24
161/21 161/24 163/8
163/24 164/11 165/2
165/16 166/9 166/18
167/3 167/14 168/8
168/23 169/16 170/22
172/23 173/8 173/14
173/21 173/23 174/7
174/9 174/13 174/19
180/15 180/15 181/1
181/5 186/2 186/5
186/8 186/13 187/6
187/21 187/24 188/6
188/19 190/1 190/4
190/24 191/11 191/20
192/22 194/4 194/14
194/19 194/24 196/24
198/9 201/21 202/16
202/23 203/10 203/20
207/12 209/21 214/10
214/15 215/8 215/14
215/19
**HONORABLE [2]** 1/8
216/16
**hope [2]** 37/14 37/23
**hopefully [1]** 152/13
**hosted [1]** 154/25
**hostilities [1]** 165/25
**hotel [11]** 54/11
55/18 60/3 122/6
153/13 153/17 205/5
206/9 206/10 208/24
208/25
**HOTTE [1]** 1/15
**Hour [13]** 127/14
127/23 129/14 129/19
131/25 132/3 132/8
132/9 132/10 132/10
132/13 132/16 152/22
**hours [7]** 127/6
127/8 127/9 175/23
176/4 176/21 213/14
**house [3]** 92/16
193/12 209/14
**houses [1]** 204/8
**Houston [10]** 79/13
79/14 79/15 79/16
79/19 80/14 82/7
138/18 170/21 172/12
**how [51]** 5/7 7/22
7/25 8/24 11/14 20/9
28/7 30/2 34/11 34/12
42/2 49/9 56/17 63/20
64/2 66/6 71/6 71/6
73/22 75/4 75/10
77/20 83/2 84/21 85/2
89/12 89/19 89/22
94/16 98/10 107/11
120/11 131/15 145/4
149/22 153/17 156/6
156/6 156/12 173/2

173/3 176/15 176/18
177/7 179/14 182/14
195/18 195/21 204/16
204/18 210/21
**however [6]** 28/15
28/18 29/8 29/9 29/12
29/14
**hub [1]** 86/12
**Hubert [1]** 74/23
**hug [1]** 70/6
**huge [1]** 179/25
**hugging [3]** 69/17
70/5 70/8
**humbly [3]** 58/20
58/25 59/9
**hundred [1]** 208/20
**Huntsville [1]**
176/10
**Hurricane [1]** 79/23
**hurting [1]** 173/6
**HUSS [1]** 1/15

**I**

**I get [2]** 9/16 73/14
**I got [2]** 106/15
185/8
**I will [9]** 20/11
49/11 67/2 90/16
91/24 144/9 144/11
187/24 189/10
**I'd [12]** 13/22 20/8
26/24 31/21 39/12
49/9 85/20 126/24
128/1 132/24 178/18
178/20
**I'll [23]** 4/21 4/21
5/14 16/4 19/11 28/1
45/22 50/12 68/15
70/16 71/9 71/15
82/13 113/6 144/7
159/3 175/20 176/22
184/24 185/13 195/19
205/1 210/8
**I'm [169]** 4/18 6/20
10/6 14/13 16/19 19/6
21/5 21/24 22/1 23/7
24/12 27/13 27/15
27/25 28/3 35/22
36/14 38/3 38/13
41/18 41/24 43/3
43/16 43/21 46/3
47/19 47/22 48/1 48/3
49/12 49/15 49/16
49/17 49/19 49/19
49/22 49/24 49/24
50/7 50/10 50/13
51/16 54/25 55/12
56/11 56/14 58/2 59/4
59/4 59/10 59/11
59/15 61/20 64/6 67/6
67/11 68/12 69/4 72/3
73/21 73/21 74/22

74/22 75/5 75/7 81/23
82/17 84/13 85/18
86/1 86/2 86/2 86/8
86/17 88/11 88/12
88/16 91/14 94/18
95/24 98/11 104/7
104/8 117/10 117/17
123/10 126/2 128/15
129/3 131/12 133/4
133/6 133/19 133/20
135/5 138/22 139/6
139/25 140/3 142/14
144/11 148/14 148/22
152/5 154/10 158/9
159/6 159/9 159/10
159/12 159/22 160/20
161/6 161/7 162/14
162/18 162/19 169/21
172/9 172/17 173/12
173/14 175/24 177/4
177/9 177/13 177/16
178/19 178/21 178/24
178/24 179/4 179/5
181/7 181/20 182/4
183/23 183/24 184/15
184/22 184/23 185/13
186/19 189/22 190/13
194/10 195/5 195/13
197/13 197/14 197/20
199/25 200/8 200/9
200/19 204/16 206/9
206/16 206/19 207/2
209/3 210/2 210/11
211/7 213/16 214/18
215/1 216/2 216/4
**I've [27]** 16/17 17/22
48/11 55/9 67/18
80/12 82/21 83/10
83/11 86/19 95/8 96/5
125/9 129/3 129/12
146/6 146/2 151/7
151/8 151/8 151/11
151/13 165/8 175/21
176/3 176/11 197/25
**I.D [1]** 195/7
**IAD [2]** 161/17
161/18
**ice [4]** 83/13 83/13
208/13 208/15
**iceberg [1]** 153/4
**idea [11]** 9/9 10/19
14/19 63/8 63/11
187/13 187/14 187/19
187/20 188/23 210/22
**ideally [2]** 10/17
15/5
**identification [1]**
162/19
**identified [1]** 187/17
161/18
**if [199]** 8/4 9/5 9/9
9/10 10/1 10/17 10/17
10/20 10/25 11/1 11/3

**I**

**if... [188]** 11/10
12/14 12/15 12/18
13/16 14/19 16/22
17/21 19/1 19/5 19/9
19/10 20/8 20/9 21/19
22/7 22/12 22/14
22/20 22/23 23/16
23/25 25/23 26/17
27/10 27/11 29/7
30/19 31/15 31/16
31/19 31/23 32/15
32/23 34/19 34/20
35/12 35/16 35/22
36/13 38/2 39/5 39/7
39/12 41/20 42/8
43/12 45/16 46/4 46/5
46/7 46/16 47/11
47/13 48/1 48/2 48/5
48/23 49/8 49/10
49/16 51/5 53/22
54/24 56/12 56/14
56/19 58/3 59/21 60/9
60/15 60/19 63/5 64/8
65/14 65/23 66/23
67/7 69/18 69/21
69/23 69/25 70/6 70/7
70/13 70/16 70/24
71/2 72/6 73/8 73/16
73/19 73/22 77/3
83/12 84/4 86/11 93/3
93/3 93/17 101/5
105/22 105/24 106/11
112/16 115/6 121/3
121/16 122/2 122/4
124/7 125/19 126/13
128/15 128/18 129/13
132/13 136/6 139/24
141/12 144/7 145/17
145/25 149/9 149/24
151/14 151/14 151/24
152/3 152/5 157/9
157/25 158/3 158/24
159/9 163/14 165/21
166/23 166/23 169/13
172/16 173/23 178/2
178/11 187/12 188/20
188/22 188/23 189/13
189/18 192/8 192/12
193/6 195/24 196/15
196/21 197/3 197/20
198/2 198/12 198/13
199/2 200/1 200/23
201/16 201/23 203/12
203/23 204/3 205/24
206/15 206/18 206/19
206/21 206/24 209/9
211/19 212/6 212/10
212/18 212/19 212/25
214/11 214/25 215/1
215/2 215/16 216/3

**if you can [8]** 10/1
93/3 115/6 163/14
166/23 200/1 205/24
212/19
**ignore [2]** 9/24 13/7
**II [1]** 1/4
**ill [1]** 192/17
**illegal [7]** 122/16
124/5 132/8 132/10
132/14 183/24 192/15
**illegally [2]** 122/20
124/3
**illicit [1]** 192/21
**image [1]** 190/2
**imagination [1]**
150/25
**immature [1]** 140/3
**immediate [1]** 9/14
**immediately [3]**
154/5 171/10 181/10
**immigrants [1]**
75/19
**immoral [1]** 183/24
**impact [1]** 83/16
**impactful [1]** 75/20
**impacting [1]** 145/8
**impacts [1]** 186/23
**impeded [2]** 120/2
120/11
**importance [2]** 9/2
68/2
**important [6]** 9/21
11/17 12/19 110/4
135/10 136/2
**impressed [1]**
176/16
**impression [5]**
28/20 29/15 30/8
104/20 157/20
**impressions [2]**
85/11 85/11
**improper [28]** 46/15
94/13 94/21 94/22
95/6 95/14 96/10
103/12 103/18 104/2
104/12 106/2 106/9
106/19 107/4 107/5
107/12 107/25 108/12
109/14 114/2 116/20
119/9 120/6 166/6
195/23 202/21 202/24
**improprieties [2]**
193/7 195/25
**impropriety [1]**
192/12
**improve [2]** 44/7
44/12
**in [448]**
**inaction [1]** 43/1
**inappropriate [1]**
138/12
**incident [6]** 36/25

158/6 171/4 184/4
185/1 185/3
**incidental [2]**
189/15 189/17
**incidents [1]** 183/13
**inclination [1]**
215/17
**include [1]** 199/16
**included [2]** 60/21
77/15
**includes [2]** 133/11
188/1
**including [6]** 31/6
55/19 66/7 145/14
147/23 182/3
**inconsequential [1]**
50/3
**incorrect [1]** 112/7
**incredulous [1]**
103/7
**independent [5]**
115/21 115/22 119/8
145/13 151/16
**independently [2]**
20/3 49/4
**indicated [5]** 34/22
129/13 135/9 143/3
143/7
**indicted [2]** 18/16
18/18
**indirect [1]** 31/4
**individual [6]**
139/24 151/24 152/17
163/20 164/7 213/17
**individuals [2]** 9/23
26/9
**inform [1]** 54/3
**information [11]**
14/20 20/4 36/21 49/4
49/16 49/19 110/21
110/22 112/7 157/12
209/13
**informed [2]** 56/2
214/19
**inherently [1]**
187/22
**initially [2]** 12/15
143/9
**initiate [1]** 24/8
**initiated [1]** 164/5
**initiation [1]** 164/5
**initiative [2]** 42/22
46/16
**initiatives [1]** 183/1
**injecting [1]** 188/24
**injunctive [1]** 24/8
**innuendo [2]** 17/17
48/17
**inquiring [1]** 34/18
**inquiry [1]** 196/6
**insensitive [1]** 19/4
**inside [4]** 195/4

197/20 197/22 198/1
**insisting [2]** 99/12
166/15
**inspect [9]** 37/6
56/13 62/14 65/18
92/2 102/17 139/21
199/19 206/4
**inspected [7]** 56/8
56/16 56/20 57/18
106/6 107/3 201/18
**inspecting [1]**
196/17
**inspection [11]**
34/16 37/8 37/16 47/1
56/9 56/10 93/22 94/1
124/25 203/4 203/7
**inspections [12]**
30/11 32/5 56/5 56/7
56/11 56/12 59/13
109/4 113/13 127/19
199/2 200/13
**inspector [8]** 46/18
46/22 46/23 46/24
46/25 47/15 48/18
125/1
**inspectors [1]** 47/2
**instance [1]** 61/12
**instances [1]** 163/6
**institute [1]** 132/3
**instruct [1]** 70/25
**instructed [1]** 65/18
**instruction [3]** 9/16
19/14 57/12
**instructions [2]**
31/16 97/11
**integrity [3]** 146/3
146/4 150/13
**intelligence [2]**
83/25 99/8
**intelligently [1]**
45/15
**intend [1]** 73/11
**intending [1]** 73/13
**intention [2]** 69/9
69/13
**intentionally [3]**
30/24 57/16 141/8
**interact [1]** 13/3
**interacted [1]**
138/12
**interest [1]** 198/6
**interested [1]** 83/12
**interfere [1]** 31/5
**interference [5]**
165/9 165/14 165/22
165/23 166/6
**interfering [2]**
163/16 164/16
**internal [16]** 18/12
43/24 52/5 52/5 65/12
66/16 68/8 75/23
76/12 76/12 76/14

76/18 78/4 161/18
164/6 164/16
**internal/external
[1]** 43/24
**International [1]**
78/10
**Internet [2]** 125/4
125/6
**interoffice [1]**
126/14
**interpretation [1]**
87/9
**interrupt [1]** 158/10
**interview [1]** 178/16
**interviewed [1]**
178/16
**interviewing [1]**
212/9
**interviews [3]** 211/6
211/9 211/10
**intimidated [2]** 16/6
50/13
**intimidation [2]**
15/20 214/24
**into [40]** 23/6 24/1
24/9 26/25 28/9 31/23
36/11 41/19 41/22
42/1 46/5 48/7 55/10
65/5 68/3 73/23 79/22
80/2 82/11 84/9 85/21
91/4 104/11 110/15
112/13 139/9 151/17
151/21 159/21 171/24
175/24 178/13 179/22
180/1 188/25 192/11
193/6 194/4 195/19
201/23
**introduce [5]** 67/22
160/9 161/9 161/11
161/19
**introduced [1]**
161/14
**introducing [1]**
159/22
**invested [1]** 177/12
**investigate [4]**
20/11 49/12 106/16
144/21
**investigated [3]**
75/25 76/2 141/20
**investigating [4]**
153/6 163/18 163/18
167/6
**investigation [8]**
65/5 78/21 79/4
151/17 161/18 164/6
164/17 164/18
**investigations [12]**
18/14 18/15 28/21
29/17 29/19 30/15
65/13 75/24 76/15
78/4 78/5 99/5

**I**

**investigations/internal [1]** 78/4
**investigator [4]** 8/8 75/23 75/24 76/7
**investigators [1]** 100/9
**investing [1]** 176/5
**invited [1]** 159/20
**invoices [1]** 208/3
**involved [5]** 11/7 18/17 35/14 76/1 87/6
**involving [3]** 76/16 102/11 163/19
**Irrelevant [1]** 44/8
**is [369]**
**isn't [29]** 9/11 18/24 25/21 35/4 43/8 44/4 53/5 61/16 137/9 138/2 138/5 138/11 139/14 140/10 140/15 140/25 141/6 141/19 142/22 142/24 143/11 143/16 146/16 147/2 147/22 149/16 156/15 159/17 161/4
**Israel [1]** 176/12
**issue [18]** 9/9 9/10 11/2 37/4 42/19 67/18 73/8 116/18 122/7 172/13 181/6 187/23 187/24 205/1 205/10 215/2 215/12 215/17
**issued [1]** 54/12
**issues [15]** 24/8 54/3 54/4 65/11 67/20 67/25 68/9 78/12 82/4 127/1 157/2 165/12 166/10 166/20 177/23
**it [411]**
**it's [185]** 5/17 7/7 9/21 9/25 9/25 10/9 12/14 12/19 12/19 13/17 14/17 15/4 15/5 15/8 15/23 16/19 16/25 17/24 17/24 18/2 18/5 19/5 19/21 19/21 22/24 22/25 23/6 23/9 26/18 27/5 29/10 29/11 34/20 35/14 37/20 40/6 43/10 50/17 52/8 52/16 53/5 53/5 53/19 54/10 54/21 55/12 55/16 58/17 59/8 59/13 59/18 60/21 66/15 66/15 66/16 66/23 66/25 67/21 67/25 68/14 68/18 70/17 70/20 71/2 72/10 73/21 75/19

77/9 79/9 79/9 79/16 79/20 81/10 81/10 83/4 83/4 85/15 86/12 86/25 87/24 89/21 90/2 90/19 92/11 95/19 96/19 97/9 99/8 99/13 99/13 100/16 102/7 105/15 107/11 110/4 113/1 113/1 113/2 116/11 116/21 117/17 117/18 117/25 117/25 126/4 126/12 132/10 134/22 135/10 137/14 141/8 141/12 147/18 149/24 150/1 150/1 150/1 150/3 150/6 151/1 152/17 152/19 155/17 156/14 157/11 157/14 158/4 158/5 158/14 159/8 159/20 159/23 160/1 160/21 160/23 160/24 160/25 161/1 164/1 166/19 166/20 167/4 170/15 170/15 171/12 173/10 173/11 176/24 178/10 179/6 180/7 181/14 182/18 184/7 187/5 187/7 188/11 188/12 188/14 188/16 188/20 189/13 189/14 189/17 190/6 191/12 192/15 192/22 192/23 195/16 197/14 197/19 197/20 201/25 205/1 205/10 205/11 205/17 205/25 206/2 208/12 209/19 214/23 215/4 216/2
**item [5]** 28/14 28/14 102/9 102/14 202/12
**items [3]** 41/22 42/11 203/23
**its [1]** 56/10
**itself [3]** 24/16 65/8 150/9

**J**

**J-O-R-G-E [1]** 6/7
**January [5]** 8/23 55/16 199/4 200/16 201/5
**Jeff [1]** 4/11
**Jeffrey [1]** 1/11
**Jewish [1]** 189/12
**Jimenez [2]** 214/16 216/3
**Jiminez [2]** 214/19 215/8
**Joanna [1]** 1/12
**job [22]** 14/23 58/2 66/3 78/16 81/15 82/6

82/6 82/9 83/14 84/21 84/22 85/2 85/10 135/24 148/12 177/22 177/25 198/6 210/11 210/25 212/10 212/11
**JOE [24]** 1/6 84/25 87/11 89/22 89/24 90/16 92/21 92/24 93/4 93/6 96/22 97/1 108/23 149/12 149/12 177/20 177/24 179/13 179/22 182/1 182/9 205/25 210/5 211/22
**Johanna [1]** 4/12
**join [1]** 105/23
**joined [1]** 75/15
**joint [1]** 81/7
**Jones [2]** 140/17 140/25
**Jordan [1]** 6/22
**Jorge [12]** 5/25 6/7 6/12 6/16 26/17 34/9 62/11 81/14 167/19 178/15 179/8 179/10
**Jose [9]** 81/1 146/12 147/10 184/11 184/15 207/17 207/18 209/11 213/5
**judge [8]** 1/9 65/7 71/13 76/5 98/12 189/16 205/1 216/6
**July [5]** 60/2 154/25 210/5 211/22 216/15
**July 23 [1]** 60/2
**June [2]** 54/11 54/16
**June 1 [1]** 54/11
**June 25 [1]** 54/16
**juridic [3]** 57/5 57/17 60/20
**juror [1]** 158/13
**jurors [7]** 4/25 5/5 64/8 156/4 156/8 188/1 188/15
**jury [56]** 5/2 5/3 5/7 7/2 8/4 10/2 13/6 13/18 17/4 22/7 23/12 24/1 24/11 27/17 62/13 64/6 69/1 69/2 70/7 70/12 70/14 70/15 71/10 71/15 71/22 72/1 72/13 74/9 74/10 75/6 98/13 148/23 155/23 156/2 156/23 157/11 157/12 157/20 158/1 158/11 162/1 162/2 162/3 169/23 175/11 175/16 188/1 198/14 198/19 199/12 202/5 210/1 210/3 212/19 214/8 214/9
**just [132]** 7/19 7/24

8/2 9/13 11/6 11/13 11/23 14/24 15/10 16/19 19/4 19/6 21/25 22/12 22/13 22/14 23/7 26/8 26/12 26/16 27/25 28/5 29/1 30/7 34/19 35/4 35/15 43/7 43/21 45/1 45/1 46/8 46/10 50/11 51/14 51/22 51/24 53/25 55/9 56/4 56/6 58/17 62/9 65/9 66/18 67/15 67/19 67/20 68/2 68/4 69/3 69/4 69/7 70/24 71/3 71/10 81/2 82/16 83/15 87/13 88/7 88/15 90/19 95/20 96/5 98/13 99/7 99/11 99/18 103/23 103/23 104/6 104/11 110/3 117/18 117/25 118/3 126/19 128/15 131/10 136/16 144/15 145/9 145/21 150/25 151/1 152/12 152/16 152/25 154/10 154/14 154/23 156/7 156/11 157/11 157/16 163/12 163/14 170/11 171/5 171/13 171/20 171/22 172/5 175/19 175/20 178/2 178/11 178/24 180/12 184/18 187/14 188/13 188/15 189/23 190/4 191/5 191/6 194/8 195/7 197/3 197/14 198/3 198/14 201/24 203/2 203/17 209/25 213/12 215/9 216/1 216/2
**justice [12]** 7/9 65/4 66/12 66/15 78/21 82/24 143/22 167/13 167/18 167/24 168/6 175/14
**justify [1]** 106/23

**K**

**kangaroo [2]** 148/17 148/24
**Katherine [1]** 168/21
**Katrina [2]** 80/2 80/3
**keep [8]** 65/22 105/14 108/23 156/8 171/23 173/14 184/16 184/16
**keeps [1]** 205/2
**kept [4]** 36/3 76/2 153/5 205/9
**key [5]** 183/5 210/17 210/18 211/5 212/13

**keys [2]** 146/2 163/22
**kids [1]** 212/4
**kind [27]** 7/12 9/12 12/16 24/24 29/10 36/19 37/20 47/24 49/6 50/4 57/2 58/13 77/23 85/8 86/12 88/19 101/1 103/22 113/16 152/17 172/19 184/3 192/16 196/14 199/3 200/15 212/15
**KISSANE [1]** 2/2
**knee [2]** 139/12 172/10
**knew [3]** 81/14 169/6 178/5
**know [159]** 4/21 4/22 5/13 5/14 5/17 5/19 12/20 12/21 14/14 15/4 15/10 16/12 16/16 17/25 18/13 18/20 19/1 21/6 22/14 22/23 26/7 27/12 28/14 35/7 35/23 37/8 39/5 39/7 39/9 41/12 42/7 43/7 43/12 43/14 43/21 43/22 44/2 45/15 45/16 45/19 47/14 47/15 47/17 48/1 48/9 48/10 48/13 49/2 49/21 51/1 51/4 51/5 53/9 53/12 54/19 54/24 55/3 55/7 55/16 56/14 57/19 57/22 57/24 57/25 58/7 58/14 59/2 63/10 64/9 66/10 71/3 71/16 78/13 81/3 82/12 86/11 87/20 89/12 89/19 95/24 99/12 99/17 106/21 109/21 110/23 112/17 114/19 114/21 119/14 129/10 135/10 139/17 141/12 146/5 146/7 146/21 146/22 147/1 149/22 154/15 156/24 158/3 160/20 161/5 166/15 171/17 172/3 172/10 177/9 177/12 178/2 178/2 178/3 178/10 178/17 179/10 179/24 180/2 181/22 181/22 183/24 184/14 184/24 186/22 188/23 189/7 189/19 190/13 192/8 193/9 193/13 195/16 195/21 195/23 195/24 197/7 197/13 198/1 200/19 200/23 201/16

**K**

**know... [18]** 201/18
204/3 205/25 206/12
206/15 206/16 206/18
206/21 206/22 206/24
206/25 210/6 210/8
210/19 210/25 211/11
212/10 215/12
**knowingly [1]** 31/17
**knowledge [33]**
35/6 44/1 47/3 56/15
65/1 105/7 107/24
116/4 116/11 119/18
121/19 121/20 122/2
122/4 122/7 122/11
122/14 122/20 123/3
123/15 124/17 124/22
125/2 125/5 125/7
125/10 125/13 125/15
125/20 125/20 145/24
180/18 194/20
**known [9]** 74/22
74/22 82/21 89/21
107/22 139/23 149/11
149/12 200/5
**knows [9]** 35/3
36/13 60/15 101/5
106/11 112/16 172/16
189/8 215/18
**KRINZMAN [1]** 1/15
**Kristen [1]** 168/2
**KUEHNE [5]** 1/18
1/18 4/17 188/8 216/1
**Kuehne's [1]** 205/15

**L**

**la [9]** 68/10 78/2
102/4 102/13 106/15
117/23 163/3 164/10
170/19
**lack [9]** 20/24 42/18
43/5 43/10 101/3
116/21 153/20 155/8
194/20
**Lacks [2]** 32/11
54/23
**ladies [8]** 5/4 5/7
68/23 72/2 72/3
155/23 159/5 213/21
**lady [1]** 139/19
**Lakes [1]** 6/18
**landed [3]** 85/8
103/8 171/7
**landing [1]** 85/9
**language [5]** 15/3
16/8 17/18 138/13
138/19
**large [1]** 173/4
**largest [7]** 75/8
75/14 77/9 79/19
79/20 80/25 81/2
**last [23]** 29/12 32/2

32/17 41/1 56/4 66/18
68/9 70/20 107/8
141/10 166/23 166/25
167/20 175/5 176/22
187/18 195/3 196/1
197/3 197/3 212/18
212/20 213/20
**lasting [1]** 85/11
**lastly [2]** 4/12 58/25
**late [3]** 78/9 171/24
172/1
**later [12]** 111/18
111/22 112/6 115/14
167/10 179/3 179/3
181/22 181/23 182/9
182/10 207/19
**latest [1]** 200/7
**Latin [1]** 186/20
**Latino [1]** 78/23
**LAUDERDALE [6]**
1/2 1/5 4/24 5/16
71/17 216/17
**laundering [6]** 192/6
192/12 192/13 192/18
193/2 193/14
**law [52]** 1/10 1/18
9/3 10/20 34/20 44/20
47/9 50/4 52/8 52/10
52/11 52/13 53/3
53/10 58/11 61/21
61/22 63/21 64/3
75/10 76/16 95/2
99/20 100/10 100/11
104/7 104/7 105/25
114/20 114/21 121/2
121/16 132/17 144/11
144/25 148/20 150/6
152/14 152/15 152/24
152/25 157/22 162/24
166/4 169/24 175/19
177/14 191/9 191/18
191/24 194/10 210/24
**lawful [2]** 50/25
138/9
**lawfully [1]** 154/4
**lawn [3]** 122/20
123/4 123/16
**laws [2]** 24/25
127/20
**lawsuit [20]** 65/7
67/7 67/9 69/5 69/10
69/12 69/14 73/7 73/7
73/10 73/16 73/20
74/2 111/25 111/25
181/6 183/10 186/2
188/5 202/24
**lawsuits [1]** 67/4
**lawyer [5]** 25/10
114/18 114/19 115/21
215/9
**lead [3]** 73/23
120/14 135/20

**leader [2]** 79/18
135/24
**leaders [1]** 81/15
**leadership [5]** 7/14
10/5 18/23 83/5
135/14
**leading [22]** 15/24
33/19 62/21 91/2
93/24 95/5 96/2 97/12
100/5 103/4 107/19
109/5 112/8 113/1
118/5 164/21 165/15
170/1 170/14 183/9
189/10 192/23
**League [2]** 140/1
140/2
**Leah [1]** 4/16
**learn [10]** 50/23
85/2 88/21 111/18
111/20 112/6 112/22
178/8 178/10 200/22
**learned [7]** 39/2
55/24 85/4 85/7 86/22
105/22 206/12
**learning [2]** 77/20
102/24
**least [9]** 12/13 12/18
18/23 72/7 137/18
143/17 185/21 185/22
195/5
**leave [8]** 5/15 21/15
48/19 68/15 73/21
78/7 199/20 204/23
**leaves [1]** 46/10
**led [1]** 158/12
**left [10]** 21/20 76/4
76/5 104/8 180/6
181/25 204/21 214/9
214/17 214/20
**legal [13]** 24/13
25/10 30/5 63/23
95/14 108/12 114/2
122/22 127/20 170/15
186/10 186/11 187/6
**legislation [1]** 52/5
**legislative [2]** 30/23
117/5
**legitimate [2]**
102/18 107/11
**legitimize [3]** 106/14
132/18 152/22
**lemonade [1]** 5/21
**lemons [1]** 5/20
**Lesia [1]** 202/13
**less [8]** 46/21 80/8
167/9 177/18 177/21
179/15 179/24 184/9
**let [31]** 4/21 4/21
5/14 5/19 13/23 22/13
27/12 28/1 39/22 44/2
47/13 50/22 67/17
71/15 82/10 82/10

110/23 115/25 122/2
129/10 141/7 148/6
152/10 152/12 160/21
161/13 180/13 184/24
196/21 209/16 212/10
**let's [37]** 31/21
39/13 39/14 45/4
45/20 45/20 45/21
46/11 48/3 51/24
53/21 56/4 56/6 82/12
82/12 125/18 125/25
197/16 198/8 199/7
201/19 203/9 206/6
206/14 206/17 206/20
206/23 207/1 207/7
207/7 207/22 208/4
208/7 208/11 208/18
208/24 211/4
**letter [6]** 31/20
32/17 33/6 33/15 38/5
209/19
**letters [2]** 23/25
66/12
**letting [4]** 65/14
210/6 210/8 210/18
**level [2]** 178/25
179/2
**leverage [4]** 81/16
135/24 136/2 140/7
**leveraging [2]** 140/5
140/9
**liaisons [1]** 207/18
**license [4]** 44/24
62/15 62/17 62/24
**licensee [1]** 45/13
**licenses [1]** 213/3
**lie [1]** 145/17
**lieutenant [10]** 8/12
77/1 77/2 77/12 85/18
86/1 86/9 133/11
134/2 202/10
**life [8]** 5/20 24/7
41/16 69/21 91/5
127/1 144/6 152/6
**like [100]** 9/12 9/18
9/20 11/21 13/22
14/15 14/24 15/9
16/20 16/24 18/6
18/22 19/10 20/5 20/8
20/23 24/24 25/3 25/5
25/17 26/24 29/1
30/10 30/17 31/21
34/5 34/24 35/1 44/5
46/19 46/19 46/20
46/24 47/6 47/24 48/6
48/12 48/21 49/6 49/9
50/13 58/14 58/15
82/16 83/3 83/3 83/15
85/20 85/25 86/14
86/17 88/4 90/24 99/8
107/8 107/11 107/17
126/24 128/19 132/24

133/18 133/22 134/14
139/18 140/1 140/7
144/15 145/5 145/6
145/9 145/25 149/4
151/18 151/23 151/24
152/17 152/25 154/23
166/2 167/20 177/12
178/18 183/24 184/1
184/3 184/25 186/17
186/24 187/15 187/22
190/1 192/16 192/19
195/7 198/17 198/21
204/7 211/12 215/7
215/24
**liked [2]** 177/3 177/8
**likelihood [1]** 42/9
**Lima [1]** 175/6
**limit [1]** 196/20
**limits [1]** 30/23
**line [12]** 9/10 50/3
56/4 66/18 96/19
130/17 131/23 153/6
161/1 161/1 171/19
189/12
**liquor [8]** 44/22
44/25 46/6 50/4 62/14
62/17 62/18 62/20
**list [17]** 18/1 25/24
60/25 61/2 102/16
102/25 106/15 107/3
107/17 108/8 108/19
166/15 178/18 178/18
203/17 207/25 213/2
**listed [1]** 67/16
**listen [6]** 45/21
172/2 184/22 194/2
209/14 212/10
**listing [1]** 29/23
**literally [1]** 10/18
**litigating [1]** 157/5
**litigation [9]** 99/23
113/2 115/3 116/15
121/25 122/5 157/5
173/9 203/12
**little [30]** 8/11 14/10
18/6 77/10 80/7 82/11
83/1 84/5 84/25 86/6
86/13 88/14 88/20
93/17 94/4 98/19
115/20 121/19 129/7
138/19 172/4 175/11
175/16 176/20 179/20
184/14 195/12 197/19
197/24 197/24 200/24
**live [4]** 6/18 15/9
18/22 84/5
**lived [1]** 79/24
**lives [5]** 18/21
139/13 153/8 172/10
172/20
**living [2]** 153/7
195/13

**L**

**load [3]** 197/11
197/15 197/15
**local [1]** 60/1
**localizing [1]** 32/9
**located [1]** 76/10
**location [6]** 42/24
43/14 47/10 134/25
150/20 171/11
**locations [2]** 30/8
95/12
**log [1]** 195/5
**logo [1]** 185/4
**long [13]** 7/22 7/25
43/18 49/2 71/6 71/6
75/10 153/5 156/6
171/12 179/14 182/14
195/21
**longer [1]** 46/22
**longest [2]** 146/17
146/24
**look [26]** 14/18
14/22 25/23 30/10
73/19 107/11 107/17
129/7 139/25 140/1
144/12 151/21 161/8
176/15 183/18 185/6
188/7 190/21 192/11
192/14 193/6 202/3
205/24 206/6 207/22
211/23
**looked [6]** 41/16
136/21 153/12 155/3
161/16 182/21
**looking [15]** 78/11
82/6 82/6 88/11
110/15 147/8 153/11
195/19 197/9 204/17
208/1 208/6 208/9
208/15 208/22
**looks [3]** 16/20
134/14 198/17
**loop [1]** 113/13
**Los [22]** 75/17 75/18
76/4 76/5 76/6 76/7
76/9 76/10 76/11
76/18 76/20 76/22
77/2 77/4 77/22 77/25
200/6 200/10 203/23
204/13 207/20 207/23
**lose [1]** 180/11
**losing [1]** 149/22
**loss [1]** 61/21
**lost [3]** 61/21 137/25
138/1
**lot [26]** 9/4 14/9
43/9 51/21 59/2 75/19
79/10 109/11 124/19
125/14 125/15 137/3
147/6 152/24 152/25
171/2 172/2 175/22

176/14 177/12 179/6
180/12 183/19 183/20
185/21 200/19
**lots [1]** 79/10
**loud [1]** 198/20
**LUBETSKY [1]** 1/15
**luck [1]** 169/14
**Lugo [1]** 124/18
**lunch [5]** 71/16 72/6
72/8 72/12 198/4
**Luncheon [1]** 72/14
**lying [1]** 151/25

**M**

**M. [1]** 109/3
**M. Fuller [1]** 109/3
**ma'am [7]** 22/16
23/19 26/22 27/15
33/12 63/3 165/19
**made [26]** 8/21 11/3
13/14 13/23 14/1 14/5
14/20 15/13 21/7 47/5
75/16 77/1 77/22 78/1
96/23 103/22 115/25
140/1 143/1 145/13
147/2 183/14 189/18
189/19 199/17 216/1
**mafia [1]** 143/4
**main [5]** 28/10 28/12
28/15 28/22 99/10
**mainly [1]** 215/21
**maintain [4]** 22/22
23/7 182/25 210/15
**major [16]** 8/12
80/24 84/1 100/7
140/1 140/2 146/5
146/5 146/8 146/8
146/14 146/16 146/22
147/9 147/10 173/3
**majority [3]** 30/9
53/5 149/3
**majors [1]** 147/3
**make [38]** 5/20 8/22
17/23 29/10 44/21
44/23 52/7 66/5 69/7
70/16 83/5 99/19
107/11 107/17 132/16
141/7 151/16 152/4
152/12 154/14 158/11
166/15 169/13 171/16
171/23 180/2 183/3
183/7 183/8 188/21
190/14 191/9 193/14
198/14 201/10 205/3
213/24 216/3
**makes [4]** 44/5
95/23 177/10 179/5
**making [16]** 12/17
13/14 13/24 16/10
17/12 21/5 59/23
85/16 85/16 145/21
156/20 169/3 169/8

171/17 210/19 215/24
**male [3]** 147/14
172/6 172/7
**malfeasance [5]**
144/24 148/21 163/4
163/6 168/22
**man [9]** 69/20
104/25 144/5 144/8
144/15 145/2 145/6
145/8 153/2
**man's [1]** 154/22
**managed [2]** 82/4
136/8
**management [1]**
21/16
**manager [75]** 8/19
8/20 19/14 25/1 27/18
27/19 31/13 33/7
33/15 46/21 48/14
53/22 58/19 58/22
59/9 59/10 59/11
59/12 63/5 66/7 67/23
82/8 82/15 84/24 85/6
85/14 85/17 85/24
85/25 86/4 86/14
86/17 87/1 88/1 88/11
88/16 93/18 94/2
94/10 94/20 95/24
96/6 96/13 96/21 97/9
103/24 103/25 108/16
113/15 114/16 115/12
126/15 126/22 132/4
136/10 136/24 137/10
142/25 143/7 143/17
150/15 154/15 156/16
162/13 162/16 169/7
169/13 170/5 177/20
179/17 179/22 180/14
181/25 198/18 206/1
**manager's [3]** 25/18
59/14 97/6
**managers [2]** 87/4
97/8
**managing [2]** 10/9
182/24
**mandated [1]** 213/1
**manger [1]** 142/23
**manner [1]** 41/5
**Manny [3]** 109/23
110/1 127/11
**Manolo [1]** 164/10
**Manuel [1]** 86/16
**many [14]** 8/24 18/2
18/8 56/17 63/20 64/2
93/6 94/16 145/4
167/25 171/22 173/2
173/3 185/23
**Maquiera [1]** 200/4
**Marc [3]** 1/21 4/17
216/3
**March [8]** 37/7 39/18
41/11 81/18 81/19

124/24 125/1 125/8
**marched [1]** 138/18
**marching [1]** 172/20
**Marco [3]** 214/15
214/19 215/8
**Marcos [1]** 202/8
**Marcus [1]** 47/15
**marshal [3]** 197/8
197/10 202/7
**MARTIN [3]** 1/4
16/12 16/13
**Mason [2]** 1/16 4/15
**Massachusetts [1]**
80/23
**masters [1]** 175/14
**materialize [1]**
116/8
**matrix [3]** 211/17
211/21 211/23
**matter [25]** 9/5 12/8
19/3 19/7 41/1 64/25
83/14 87/2 110/4
135/16 135/18 138/4
139/13 140/6 143/20
150/6 150/6 152/3
172/11 172/20 184/19
189/13 214/10 214/23
216/13
**matters [6]** 11/16
12/1 12/5 12/9 115/11
135/14
**maximum [1]**
197/15
**may [48]** 4/5 5/6
5/13 5/23 6/9 17/3
17/7 27/6 28/7 30/22
30/25 31/3 33/7 33/16
58/8 64/10 64/17
65/23 71/17 72/2
74/11 74/12 74/21
91/15 97/6 117/9
123/12 123/22 123/23
126/6 128/21 128/25
129/6 131/18 133/20
135/2 135/3 137/20
144/22 152/19 162/4
168/9 170/3 174/17
186/12 204/14 206/9
215/3
**may be [10]** 4/5 5/6
5/13 6/9 33/16 64/10
71/17 72/2 74/11
162/4
**maybe [13]** 5/19
8/10 9/16 9/18 60/17
71/7 181/22 182/11
182/21 185/21 193/4
195/10 208/1
**mayor [27]** 66/17
79/16 80/15 80/16
80/16 80/18 80/22
81/13 81/20 81/20

82/9 85/5 92/15
114/17 115/12 136/10
140/15 151/7 162/12
162/16 163/19 169/7
169/12 169/13 181/13
181/25 182/4
**mayor's [1]** 84/24
**mayoral [1]** 53/7
**Mayors [2]** 80/24
81/7
**me [151]** 9/17 9/18
11/24 13/23 15/17
19/3 20/11 21/2 21/13
21/21 22/13 26/13
26/15 27/12 28/11
28/12 29/24 35/22
36/15 39/12 42/20
44/2 47/13 47/14
47/16 48/14 49/7
49/11 50/13 50/22
51/15 51/21 65/21
65/21 67/17 74/2
78/16 78/25 79/18
80/13 81/20 81/21
81/24 81/24 82/1 82/7
82/9 82/10 82/10
82/13 82/16 82/20
83/12 83/13 83/19
84/25 84/25 86/6 88/4
88/20 90/14 92/14
98/18 104/7 104/9
104/15 110/2 110/6
110/20 111/5 115/20
115/25 119/2 122/2
129/10 129/11 135/13
136/14 137/13 138/3
138/14 138/16 138/16
139/11 139/18 139/19
140/3 141/7 143/12
144/16 148/8 148/20
150/20 152/12 152/19
155/1 155/16 155/17
155/18 158/10 158/25
159/5 160/21 163/17
164/6 169/13 169/14
171/7 171/7 172/7
172/9 175/20 176/5
176/9 177/10 177/12
178/6 178/22 178/23
178/25 179/5 180/13
182/5 183/18 184/2
184/24 185/8 185/10
185/12 191/23 193/23
193/24 195/3 195/6
195/9 195/15 195/21
195/22 195/24 196/21
198/21 203/2 209/16
210/6 210/20 210/23
211/14 212/2 213/13
213/13 215/3
**mean [19]** 14/2
17/15 19/3 19/4 21/23

**M**

**mean... [14]** 26/8
29/18 35/14 38/24
59/3 69/21 107/22
115/2 132/9 134/25
135/1 174/3 190/21
215/1
**meaning [1]** 54/2
**means [3]** 25/17
138/9 200/23
**measure [2]** 184/6
184/12
**measuring [2]** 184/4
184/13
**media [12]** 11/3
11/5 11/9 11/10 70/22
70/24 70/25 71/1 71/2
71/5 139/16 214/3
**Medina [1]** 167/24
**meet [6]** 77/3 83/21
84/19 84/21 86/6
209/10
**meeting [32]** 14/7
17/13 19/18 24/4
28/18 29/2 29/3 34/14
36/10 37/10 37/11
37/19 38/7 38/10 39/3
51/11 53/23 56/1
81/22 82/7 82/7
101/12 101/12 106/13
108/5 108/17 117/4
118/1 127/5 183/16
202/11 202/15
**meetings [4]** 38/1
98/1 144/5 147/6
**member [4]** 70/24
77/18 79/23 177/11
**members [15]** 69/19
74/10 76/16 76/25
115/19 127/16 134/10
146/25 152/13 162/3
163/3 170/19 202/14
202/22 203/3
**memo [48]** 36/23
65/8 65/12 65/20
66/14 66/16 67/18
67/20 67/24 68/7
68/13 114/13 126/14
127/24 128/2 142/15
143/21 149/16 156/13
156/18 157/7 157/8
158/18 158/20 158/20
159/17 159/23 161/4
161/11 161/15 161/16
162/12 162/15 162/21
162/25 164/19 165/7
165/9 166/5 166/13
166/24 167/1 168/9
182/22 210/5 211/6
212/5 212/12
**memorandum [8]**

65/4 120/7 133/10
136/21 136/24 142/25
144/18 165/4
**memorializing [1]**
162/25
**memory [3]** 35/3
85/20 117/17
**memos [1]** 170/11
**men [2]** 10/6 83/5
**Mendez [3]** 23/23
26/11 26/21
**mention [6]** 18/25
66/17 66/20 73/8
101/24 191/6
**mentioned [17]**
48/12 116/25 117/21
127/4 141/16 144/18
149/9 149/10 150/14
170/19 174/2 177/14
183/4 191/3 213/19
214/4 215/9
**mentioning [1]**
73/10
**merits [1]** 194/13
**message [1]** 115/10
**messaging [1]** 18/9
**met [12]** 16/18
47/15 80/22 81/13
82/10 83/14 114/16
150/15 169/14 169/14
192/7 192/10
**mexicana [1]** 184/8
**Mexicanos [3]** 200/6
200/10 203/24
**Miami [111]** 1/13
1/17 1/19 1/22 2/4
6/18 7/4 7/8 7/21
7/22 8/1 8/2 8/5 8/24
9/24 10/5 11/19 11/21
11/22 13/1 14/8 15/9
20/16 21/9 22/4 23/23
24/2 24/5 24/24 26/11
31/6 32/4 52/10 54/3
56/25 59/23 61/6 61/8
61/16 62/3 63/9 65/6
72/5 80/15 80/15
80/19 81/2 82/2 82/11
82/19 83/2 84/7 84/18
85/8 85/10 85/13
86/12 95/10 95/11
95/22 97/18 105/3
105/12 107/24 114/6
116/12 117/25 119/14
122/9 124/19 127/10
127/16 129/15 131/23
133/10 134/3 134/6
134/18 136/5 136/11
136/20 137/1 137/4
142/16 143/3 143/19
145/1 146/3 146/4
146/18 146/25 147/3
149/1 149/3 153/7

156/17 163/3 165/13
165/18 165/18 166/6
167/19 173/3 176/11
177/12 177/15 177/16
177/17 181/23 195/17
197/15
**Miami-Dade [4]** 7/8
165/13 165/18 177/17
**microphone [1]**
175/25
**middle [3]** 81/22
139/21 185/9
**might [15]** 84/13
100/10 107/8 122/1
168/6 179/9 190/10
190/10 190/12 195/16
196/19 196/20 197/10
197/25 203/23
**Mike [1]** 175/6
**million [2]** 10/10
76/24
**mind [1]** 185/1
**minimize [2]** 42/6
58/2
**minority [1]** 173/3
**minute [3]** 115/24
129/6 173/23
**minutes [11]** 68/23
71/7 155/22 155/25
156/7 175/21 204/18
204/20 204/23 204/24
205/18
**Miro [1]** 124/18
**Miro's [1]** 124/18
**Mischaracterization
[1]** 125/22
**Mischaracterizes [1]**
60/13
**Mischaracterizing
[2]** 139/4 153/21
**misconduct [2]**
75/25 76/13
**misdemeanor [1]**
130/14
**misidentified [1]**
163/22
**misled [1]** 112/13
**mistrial [2]** 157/5
160/3
**Mm [2]** 37/17 151/6
**Mm-hmm [2]** 37/17
151/6
**mobilize [1]** 32/25
**mobilized [1]** 34/5
**mom's [1]** 184/3
**moment [16]** 40/20
52/15 53/21 56/4
126/3 126/25 129/13
131/14 133/1 134/5
146/12 160/2 165/7
198/12 207/9 209/25
**moments [1]** 136/21

**Monday [2]** 84/23
87/5
**money [15]** 85/15
85/16 140/25 141/6
177/12 192/6 192/12
192/13 192/15 192/17
192/18 192/19 193/2
193/5 193/14
**monitor [2]** 82/23
100/9
**monitored [1]** 101/8
**monster [2]** 149/19
161/7
**monsters [6]** 92/23
137/13 149/10 149/11
149/22 161/6
**month [9]** 48/3
147/5 167/9 176/10
211/19 212/1 212/3
212/8 212/11
**months [8]** 79/22
111/22 136/12 137/11
176/8 177/22 179/3
179/15
**Morales [26]** 66/8
86/16 109/23 110/1
110/7 110/13 110/14
110/15 110/25 110/25
111/5 111/9 111/14
111/16 111/16 112/6
112/6 112/21 112/23
113/8 113/15 127/11
132/7 150/16 154/18
154/18
**more [24]** 8/11
14/10 43/4 51/22
52/13 58/24 80/8 81/5
82/20 83/17 92/8
115/1 129/7 147/14
157/11 184/9 190/10
191/24 193/5 209/2
209/4 210/19 213/16
215/5
**Moreover [1]** 65/1
**Morera [1]** 202/9
**morning [16]** 4/1
4/5 4/11 4/14 4/15
4/18 5/4 5/7 5/9 5/24
6/14 34/11 34/12
85/21 171/21 213/24
**Morris [1]** 147/23
**most [11]** 75/18
76/23 78/4 79/20 84/3
85/21 151/13 176/6
177/3 177/4 182/2
**mostly [1]** 193/12
**mother [2]** 61/21
173/7
**mother's [1]** 184/1
**mother-in-law [1]**
61/21
**mothers [1]** 173/7

**motivation [1]** 48/14
**motor [2]** 44/6 44/11
**mouth [1]** 15/24
**mouthpiece [1]**
215/21
**move [46]** 22/2
22/17 71/8 71/11
71/12 71/18 72/4
84/15 87/12 89/13
90/1 91/15 92/4 94/5
96/9 96/25 97/20
98/15 102/19 106/1
107/12 107/25 108/12
114/2 118/17 132/20
136/16 137/6 137/14
141/13 143/24 166/18
173/12 173/12 173/16
178/13 180/3 183/20
183/21 183/21 189/2
190/24 192/14 192/16
201/23 211/2
**moved [4]** 177/24
179/22 179/25 179/25
**mover [2]** 53/9
53/16
**moving [8]** 4/20
5/10 72/4 128/3 160/3
204/25 205/2 213/23
**MPD [1]** 127/14
**Mr [158]** 6/14 6/17
16/5 16/12 16/16
16/18 16/20 16/22
19/14 19/15 21/5
33/25 36/2 63/8 64/22
65/17 69/5 69/16
70/23 71/4 85/3 86/22
86/23 89/7 89/9 89/23
90/13 91/1 91/25 92/1
98/22 102/8 105/8
105/21 106/6 106/22
106/24 107/3 107/17
109/3 109/19 110/13
110/25 111/1 111/10
111/15 111/16 112/18
113/12 113/15 113/25
121/9 122/10 122/10
124/18 124/18 126/15
130/3 130/3 130/8
130/8 130/12 130/20
130/20 130/23 130/24
130/25 131/2 131/3
131/7 131/7 131/11
132/19 146/24 148/25
151/12 151/19 151/19
152/23 154/2 154/7
154/18 155/17 164/10
170/18 170/19 173/19
175/10 175/24 179/11
179/16 181/18 181/18
182/14 183/14 183/19
185/19 185/20 186/6
187/4 187/5 187/13

**M**

**Mr... [56]** 187/25
188/4 188/6 188/8
188/8 188/9 188/10
189/11 189/14 189/19
190/8 190/19 191/9
191/10 191/16 191/16
191/17 191/25 192/20
193/3 193/14 194/8
194/12 195/2 196/2
196/3 197/12 198/2
198/12 198/18 198/18
201/8 201/10 201/10
201/11 201/12 202/3
202/4 202/4 202/13
202/21 203/2 203/3
203/6 205/4 205/15
205/25 206/2 207/3
207/5 207/17 209/4
209/25 212/14 212/18
216/1

**Mr. [17]** 27/11 30/15
63/9 87/11 104/22
106/15 109/10 130/12
131/11 164/25 170/20
174/20 186/6 186/18
186/25 188/17 191/19

**Mr. Carollo's [1]**
87/11

**Mr. Colina [1]** 27/11

**Mr. Fuller [7]** 106/15
109/10 131/11 164/25
186/18 188/17 191/19

**Mr. Fuller's [4]**
30/15 104/22 186/6
186/25

**Mr. Pinilla [2]** 63/9
130/12

**Mr. Reyes [1]**
170/20

**Mr. Richard [1]**
174/20

**Ms. [7]** 116/7 118/23
124/18 197/4 198/16
200/25 206/6

**Ms. Cohen [4]** 197/4
198/16 200/25 206/6

**Ms. Lugo [1]** 124/18

**Ms. Spiegel [2]**
116/7 118/23

**much [8]** 18/5 50/15
64/5 83/16 156/6
195/20 204/16 204/18

**multi [1]** 75/9

**multi-diverse [1]**
75/9

**multidisciplinary [2]**
102/11 127/15

**multiple [3]** 84/10
157/18 204/9

**municipalities [1]**

7/6

**mural [14]** 185/21
185/22 187/11 187/17
188/21 188/22 188/22
188/24 189/3 189/5
189/21 189/23 190/2
190/8

**murals [6]** 185/20
186/6 186/18 186/18
186/24 186/25

**Musi [1]** 210/22

**musical [2]** 4/20
5/12

**musmacho [2]** 48/24
49/1

**must [3]** 105/23
106/2 124/10

**my [149]** 5/12 6/22
6/22 10/15 11/13
11/19 12/6 16/9 17/22
18/13 19/4 19/5 20/8
24/17 24/21 25/5
30/25 32/23 38/8 38/9
38/9 41/16 42/19 49/9
54/7 57/4 57/9 58/18
63/25 64/17 70/20
75/13 75/20 75/22
76/9 78/5 78/16 79/25
79/25 81/15 82/5
82/11 82/11 82/11
82/14 82/18 82/19
82/19 82/21 82/25
84/1 84/22 84/25
85/20 86/8 87/8 87/9
88/14 91/5 91/6 91/24
94/18 98/19 98/19
98/20 99/9 100/11
102/9 102/14 103/7
106/22 107/8 107/8
107/9 110/3 113/22
117/19 117/20 119/18
120/25 121/1 121/2
124/5 126/2 128/18
136/9 138/7 138/19
139/11 141/10 144/6
144/7 144/22 144/22
144/23 144/24 145/6
145/20 145/23 145/23
146/2 148/14 150/8
151/13 154/10 164/23
165/24 166/2 167/6
168/4 171/6 171/7
171/10 172/7 174/4
175/5 175/21 176/17
177/4 177/14 178/25
182/23 183/15 184/1
184/2 186/12 188/19
189/13 195/20 197/9
198/6 199/1 199/13
199/23 200/12 200/18
201/2 201/6 202/11
205/1 205/9 205/13

205/15 210/9 210/11
210/25 211/1 213/7
213/9

**myself [11]** 76/9
82/13 103/8 182/3
184/1 184/11 193/22
194/1 195/7 209/15
216/1

**N**

**name [25]** 6/5 16/15
16/17 18/25 26/8
26/17 26/18 74/19
76/2 85/19 86/3 86/22
87/18 114/18 145/25
146/10 146/11 163/20
167/20 175/3 175/5
175/5 180/8 192/7
197/5

**named [3]** 151/4
191/8 203/23

**Napoli [1]** 205/25

**narrative [1]** 104/12

**National [2]** 83/25
176/6

**natural [1]** 11/7

**nature [7]** 65/13
118/18 172/10 172/11
192/6 196/20 208/3

**navigate [1]** 7/13

**near [1]** 187/7

**necessarily [1]**
135/1

**necessary [2]** 70/12
96/19

**need [32]** 4/24 12/10
27/2 44/3 65/23 81/20
81/21 81/23 99/1 99/2
99/2 108/23 114/19
114/21 116/10 116/11
116/12 117/22 117/23
117/23 128/22 135/20
148/17 149/23 149/24
158/3 159/6 172/3
178/15 185/7 204/22
211/14

**needed [7]** 43/16
82/2 82/4 107/3
147/14 154/4 201/18

**needs [1]** 74/13

**negotiated [1]**
114/17

**neighbor [1]** 177/11

**neighborhood [6]**
122/21 123/4 123/17
151/25 172/5 187/1

**neighborhoods [2]**
153/1 153/1

**neither [1]** 148/1

**never [17]** 11/10
11/18 41/16 56/15
70/2 86/19 95/8

111/21 112/10 155/16
157/8 178/23 185/11
187/19 197/24 197/25
198/5

**new [17]** 28/21
29/16 29/19 30/15
32/4 56/5 56/7 56/9
56/11 56/13 77/2 81/1
85/10 92/15 94/3
106/13 179/23

**newer [1]** 176/18

**news [1]** 5/16

**next [49]** 19/25 29/8
30/19 40/15 40/17
45/4 48/3 48/3 64/14
69/16 69/17 69/24
70/1 70/3 70/7 70/13
81/25 82/1 82/8 85/21
91/15 126/13 130/17
140/22 142/9 173/13
173/15 174/18 181/19
181/20 181/21 181/24
189/4 198/16 199/7
205/6 206/14 206/17
206/20 206/23 207/1
208/4 208/4 208/7
208/11 208/18 208/24
211/3 211/4

**night [16]** 21/1 37/8
82/9 85/21 85/24
86/17 86/21 89/3
93/20 96/14 150/14
150/21 171/10 187/18
187/18 216/7

**nightclub [1]** 184/8

**nights [1]** 42/22

**nine [2]** 79/7 81/2

**Niworowski [2]** 1/12
4/12

**no [151]** 1/2 9/25
9/25 11/10 17/1 17/5
17/6 19/16 19/18
19/23 22/5 22/6 22/18
22/25 24/5 32/23 33/4
33/12 33/21 35/18
39/21 44/1 46/13
46/22 47/19 50/4
50/21 51/13 51/21
52/2 52/10 53/14
54/14 54/18 54/20
55/5 55/8 58/16 59/17
61/11 61/19 65/1 65/8
65/9 66/23 67/9 69/9
69/13 69/16 70/8 70/8
71/5 73/25 79/23
83/10 83/14 84/6 87/4
94/1 94/24 95/8 95/17
98/4 98/4 99/19 101/8
104/25 108/10 108/11
109/13 116/9 117/22
121/4 122/8 122/18
124/21 125/5 125/10

125/13 125/17 130/10
130/22 131/4 131/14
131/17 132/12 133/4
133/15 133/19 136/9
137/22 140/11 144/20
145/20 145/23 147/1
147/4 147/4 147/25
148/22 149/3 149/23
150/6 150/12 150/20
151/3 153/19 154/7
156/7 158/5 158/7
160/19 173/15 174/14
174/16 178/23 178/23
178/24 179/1 179/5
182/19 182/19 184/16
184/21 187/9 187/9
187/13 187/14 187/19
187/20 188/4 188/23
189/11 194/18 195/25
196/4 196/23 196/24
198/5 198/9 198/24
201/20 206/19 207/2
207/11 209/20 210/10
211/8 211/25 211/25
211/25

**nobody [5]** 70/25
70/25 211/23 211/24
212/4

**noise [1]** 127/20

**none [4]** 64/10
159/12 187/16 188/5

**nonetheless [1]**
4/25

**nonsense [1]** 157/11

**Noriega [22]** 66/7
66/16 66/16 66/20
67/23 82/8 86/5 88/2
126/11 126/15 142/15
142/20 142/25 143/7
143/17 150/15 154/14
154/15 156/16 161/11
162/13 162/15

**normal [3]** 46/4 46/7
93/22

**normally [2]** 24/23
87/4

**not [294]**

**not going [1]** 78/16

**note [2]** 36/23
203/13

**noted [4]** 27/5 104/4
190/6 190/9

**notes [3]** 47/5 48/3
154/10

**nothing [19]** 11/9
48/8 48/11 64/24
65/11 68/8 68/11 71/3
73/16 78/17 78/18
157/13 170/23 187/23
188/16 189/15 195/23
205/16 212/12

**notice [2]** 112/23

**N**

notice... [1] 113/7
notices [2] 201/3
208/2
notified [1] 213/13
November [10]
34/16 37/5 41/25
42/16 43/6 51/8 55/6
79/13 79/21 199/18
November 30 [1]
55/6
November 30th [1]
79/13
now [59] 9/18 20/5
22/2 22/20 25/10
26/24 29/7 30/19
41/24 49/6 51/14 52/7
57/2 57/9 58/19 59/24
68/18 71/10 71/14
71/15 72/7 77/24
81/24 86/15 87/13
88/7 91/13 93/17
94/16 95/10 99/2
101/11 104/11 106/5
109/2 109/24 112/7
113/2 131/14 135/8
136/11 142/11 143/7
157/5 157/20 157/25
158/9 158/13 162/21
165/2 167/20 168/8
169/23 172/4 176/2
177/5 194/4 202/13
206/9
nowhere [1] 187/7
NPD [2] 68/8 68/9
nude [2] 141/21
142/2
number [26] 4/7 9/5
15/23 15/24 19/20
22/23 53/2 63/8 63/11
120/18 167/23 178/17
178/18 182/6 182/21
182/22 182/25 183/3
183/4 183/9 187/9
189/1 193/20 195/20
202/10 210/4
numbered [1] 170/5
numerous [3] 51/25
177/23 213/12
NW [5] 1/13 54/22
206/20 206/23 207/1
NW 4th [1] 54/22

**O**

Oakwood [1] 98/19
oath [2] 113/22
186/7
Obama [5] 79/3
82/22 83/11 84/8
150/8
object [9] 15/14
21/25 24/12 80/20

89/25 104/23 189/11
203/20 215/23
objected [5] 126/4
156/19 187/20 188/20
188/21
objection [253]
Objection's [1]
205/21
objectionable [2]
164/2 187/3
objections [8] 23/8
27/3 96/15 98/11
117/11 168/14 170/2
187/7
obligation [1] 61/6
observations [1]
164/23
observe [1] 176/12
observed [1] 101/7
observing [2] 88/24
88/25
obsession [1] 92/1
obtain [1] 165/24
obtained [1] 24/6
obvious [3] 50/17
107/16 107/18
obviously [11] 9/6
10/3 10/25 11/3 11/13
11/19 12/8 12/13 15/5
17/24 47/23
occasion [6] 13/3
143/17 191/25 195/2
195/3 195/9
occasions [5] 10/24
192/2 193/20 195/6
213/12
occupancy [3]
197/11 197/14 197/20
occupation [1] 6/25
occupied [1] 179/20
occur [1] 48/16
occurred [4] 14/14
125/10 129/19 130/11
occurrence [1]
201/13
October [13] 126/10
126/12 126/14 127/13
127/25 128/2 128/6
129/20 129/22 136/13
136/22 136/24 143/1
October 5 [2] 126/10
126/12
October 5th [2]
129/20 129/22
odd [2] 46/16 96/13
ODNI [1] 83/25
off [10] 11/9 88/3
122/6 128/23 150/25
153/10 157/12 160/3
160/17 197/9
Offenders [2] 60/25
61/2

offense [1] 43/2
offenses [1] 76/1
offer [4] 16/24 62/2
64/24 69/21
offered [1] 82/9
offering [2] 91/13
106/19
office [35] 55/11
59/14 59/14 83/25
85/13 97/6 113/22
115/9 115/21 119/13
143/23 167/19 168/12
168/18 168/20 176/25
179/20 179/21 183/3
184/11 193/10 193/10
199/1 199/14 199/23
200/13 201/2 201/6
207/18 210/16 211/12
211/20 214/23 215/4
215/25
officer [52] 8/6 8/7
9/9 11/3 20/10 34/17
39/19 39/25 40/13
41/10 46/5 46/6 46/7
46/11 46/12 46/14
46/23 46/24 47/14
47/22 48/5 48/19
49/11 49/22 49/23
50/5 50/6 51/8 62/14
62/16 62/23 75/25
75/25 76/1 76/8 77/5
94/17 97/11 100/14
110/14 110/15 110/25
112/6 142/2 150/3
163/23 164/17 171/7
178/13 178/15 202/9
202/9
officers [34] 8/24
9/8 14/15 14/19 14/25
18/3 18/16 18/18
18/19 34/16 34/20
35/3 35/14 37/16
42/21 44/21 47/22
80/3 80/6 88/13 89/2
93/21 99/7 127/16
133/2 133/12 134/3
138/2 142/3 145/6
147/7 147/15 147/22
171/17
official [5] 62/3 95/4
96/1 117/6 216/10
officials [4] 67/12
90/19 93/7 99/22
oh [9] 39/5 84/13
85/4 87/4 101/13
103/7 146/13 149/3
187/14
okay [108] 6/19 7/2
7/20 7/22 7/25 9/23
11/25 12/21 12/24
13/2 13/5 13/22 14/1
15/1 15/11 15/19

16/16 16/21 17/15
19/17 19/23 22/20
23/24 24/10 25/23
26/4 27/21 28/8 29/18
30/14 31/7 40/17
40/20 41/17 41/24
43/10 45/1 45/4 45/13
45/20 53/19 54/10
54/21 55/2 55/6 59/15
59/18 63/4 87/21 88/1
122/13 124/8 124/13
125/7 126/8 126/24
136/11 137/18 137/23
141/14 142/19 146/7
146/14 149/8 160/16
161/22 162/18 165/8
175/13 175/16 175/20
176/3 182/16 187/2
190/19 191/3 191/9
193/20 196/21 196/25
197/7 198/2 198/16
198/23 199/11 199/13
200/2 201/2 201/14
201/19 202/3 202/13
206/2 206/7 206/23
207/7 208/4 208/7
208/11 209/2 209/7
209/22 209/25 210/4
212/22 212/23 213/18
215/6
old [1] 81/18
older [1] 98/20
omen [1] 85/8
on [235]
once [9] 5/18 39/3
57/16 76/4 76/5
109/18 110/21 172/24
181/25
one [121] 9/5 15/23
20/7 25/2 25/18 28/15
28/23 31/13 34/20
37/9 38/17 43/4 43/19
43/24 45/4 46/15 49/8
50/4 50/20 50/21 52/2
52/10 53/5 57/20
57/25 58/9 59/4 59/17
61/10 67/9 67/16
67/19 68/8 68/9 72/10
80/7 85/5 86/5 90/25
97/7 102/8 115/19
129/11 130/22 133/11
133/11 134/2 134/2
134/13 134/13 134/14
135/23 137/18 138/14
140/20 142/11 142/17
143/1 143/16 143/17
145/6 146/9 146/12
146/16 146/24 148/1
148/7 158/1 158/6
158/7 158/11 158/13
158/14 159/11 163/21
166/19 176/6 178/17

178/18 182/22 182/22
183/9 183/15 185/21
185/23 186/5 186/17
187/7 187/8 189/1
189/6 190/10 190/11
190/11 190/11 191/24
192/2 192/4 195/6
196/13 197/18 201/1
205/3 206/6 206/14
206/17 206/20 206/23
207/1 207/9 207/18
207/23 208/7 208/11
208/18 209/18 210/17
212/23 213/12 213/17
214/6
ones [3] 40/12 79/5
102/3
only [31] 31/13
48/23 56/11 61/7 62/3
66/14 66/17 67/2 67/5
79/2 79/5 133/19
136/12 164/7 177/21
177/22 179/18 179/24
180/10 187/25 192/15
198/23 201/1 205/9
211/20 212/1 212/1
212/2 212/8 212/11
212/16
open [25] 68/21
71/21 73/17 74/8 85/6
90/12 91/7 92/21
92/24 93/3 94/4 94/6
105/21 105/22 107/24
117/18 124/14 157/1
157/10 157/10 159/4
161/25 165/24 189/25
205/22
opened [4] 73/20
156/14 158/5 159/19
opening [4] 67/10
67/15 73/9 157/15
openly [10] 66/6
86/23 87/7 89/22 95/3
103/14 105/12 107/22
116/9 163/4
opens [1] 71/17
operate [3] 20/9
49/10 200/11
operates [1] 50/4
operating [1] 199/14
operation [15] 46/4
51/3 88/25 106/14
113/16 124/1 127/6
127/9 127/12 127/14
131/10 131/25 132/3
132/5 152/22
operations [32] 8/9
10/11 31/5 77/5 77/5
77/13 77/14 86/16
87/1 94/3 96/21
109/24 111/5 122/19
123/2 123/3 123/17

**O**

**operations... [15]**
124/16 127/6 127/7
127/23 129/19 131/24
132/4 132/8 132/9
132/10 132/11 132/13
132/16 133/6 163/17
**operator [1]** 123/16
**opinion [37]** 22/25
25/5 32/8 58/17 58/18
63/15 63/20 63/23
68/24 89/15 91/13
92/5 94/13 94/22 95/6
95/15 96/3 96/10
103/12 103/18 104/3
105/23 106/2 106/10
106/19 107/5 107/13
108/13 114/3 115/14
117/20 119/9 120/6
121/17 145/22 145/23
189/13
**opinions [3]** 98/3
155/24 214/3
**opportunity [8]**
53/25 54/2 84/19
89/16 148/10 158/2
174/13 176/12
**opposed [1]** 30/11
**or [136]** 7/6 7/7 11/7
11/12 11/19 12/12
12/12 12/15 14/23
15/3 16/8 16/8 16/10
17/17 17/19 17/20
18/8 18/17 18/23
20/24 24/7 28/11 30/9
34/19 38/5 39/8 42/7
43/13 43/13 43/16
44/7 44/12 44/24 46/9
47/5 47/24 48/3 50/2
51/2 51/9 51/17 51/17
51/18 51/23 52/5 52/7
52/13 53/16 54/1
55/25 58/4 58/4 58/13
58/14 58/15 59/13
64/6 66/12 66/18
66/23 69/11 70/8 72/9
77/5 80/8 85/19 85/23
87/11 90/25 100/25
103/8 106/24 116/25
118/3 121/10 121/21
132/5 132/18 141/11
141/11 145/17 147/7
147/20 148/6 148/12
150/2 150/3 151/17
152/1 158/11 158/14
163/2 167/23 176/21
182/25 182/25 183/25
184/7 187/11 187/18
188/12 189/11 189/20
189/20 190/12 193/15
195/22 195/24 196/5

196/15 196/20 197/20
197/21 198/23 199/2
199/3 199/18 199/18
200/2 200/4 200/6
200/17 200/23 201/3
204/4 205/12 210/12
211/1 211/18 211/24
212/6 215/2 215/9
215/17 215/22 216/2
**order [15]** 4/4 9/18
12/9 54/13 54/16
103/23 103/24 121/13
122/16 132/2 132/18
148/5 148/11 157/10
201/18
**ordered [2]** 98/7
164/5
**orders [1]** 9/15
**ordinance [6]** 31/1
57/1 57/6 57/10 57/21
60/14
**ordinances [2]** 31/3
127/21
**organization [4]**
23/1 77/20 77/21
156/16
**organizers [1]** 172/2
**originally [4]** 12/15
21/14 26/14 156/12
**Oscar [1]** 175/6
**other [72]** 5/5 7/6
15/2 15/9 15/12 20/11
29/11 32/4 33/25
48/12 50/13 51/5
56/12 60/1 60/21
61/12 65/6 67/3 67/22
69/15 69/18 70/8 71/3
78/7 80/10 80/13
91/18 93/21 95/11
95/23 106/5 107/2
115/18 118/4 118/23
125/6 138/21 139/2
142/3 142/11 144/16
145/1 145/11 147/22
149/5 149/13 154/23
157/21 158/2 158/11
160/14 161/14 163/3
170/12 170/18 172/19
174/9 180/9 193/15
196/3 199/3 200/10
200/15 201/11 201/11
204/6 204/8 204/9
213/22 215/3 215/5
215/14
**others [3]** 93/6
143/14 149/4
**otherwise [1]** 200/5
**our [26]** 9/25 18/16
22/22 23/7 27/3 31/12
31/17 65/20 66/7 68/9
68/11 72/4 80/1 80/4
81/4 81/15 82/25

110/24 113/3 171/16
171/16 173/10 188/1
189/16 205/11 215/20
**ourselves [1]** 184/3
**out [62]** 42/8 48/15
48/18 50/2 50/7 51/3
69/6 70/23 71/8 71/11
71/16 83/8 84/5 85/18
85/25 86/1 86/17
86/18 87/6 88/5 88/18
88/18 89/6 95/25
96/14 99/2 99/16
99/19 101/22 105/24
107/11 110/23 111/1
113/13 121/14 142/20
143/9 143/21 143/23
156/19 166/1 171/8
172/5 172/20 176/19
177/10 179/22 179/25
181/12 183/16 184/9
184/15 184/17 184/17
184/18 184/25 185/8
185/13 188/10 196/10
196/15 198/20
**outburst [1]** 159/9
**outside [24]** 40/1
46/23 55/21 60/6 61/3
65/23 66/11 67/2 70/7
78/19 86/23 116/12
118/13 120/19 123/5
125/18 151/25 178/25
179/2 196/20 197/20
197/23 198/1 198/5
**outsider [5]** 116/10
117/21 117/22 118/3
118/23
**outsiders [1]** 117/24
**over [37]** 7/24 8/2
8/12 25/3 25/18 42/17
43/6 57/3 57/7 75/22
77/11 78/1 80/7 85/18
86/6 86/16 88/20
99/10 100/16 112/3
112/3 133/6 149/16
152/17 159/17 161/4
163/12 168/3 175/23
176/4 176/17 177/25
182/2 209/12 211/16
213/4 213/5
**overlaps [3]** 211/19
211/23 211/25
**override [1]** 53/7
**overrode [1]** 210/23
**overrule [1]** 123/10
**overruled [111]**
15/15 20/22 21/12
23/10 25/11 28/25
29/22 30/6 32/19 33/3
33/11 33/20 34/2
36/13 40/5 42/5 54/6
54/24 60/15 62/22
63/24 80/21 88/8

88/23 89/5 89/16 90/9
90/21 91/3 91/23 92/6
92/12 92/20 93/1
93/10 93/25 94/23
95/7 95/16 95/18 96/4
96/16 97/2 97/14
97/22 98/5 98/17
100/6 101/5 102/2
103/6 103/13 103/19
104/5 104/24 105/17
106/3 106/11 106/20
107/6 107/14 107/20
108/2 108/22 109/6
111/3 112/9 112/16
113/4 113/11 113/21
114/4 114/15 115/17
116/16 117/8 117/16
118/7 118/25 119/5
119/17 119/24 120/9
120/13 120/24 132/22
137/7 137/16 142/5
146/20 153/15 153/23
163/10 164/3 164/14
164/22 165/5 165/17
166/11 167/4 167/16
168/16 169/10 170/3
170/7 170/17 172/16
172/25 173/11 193/17
205/21
**oversaw [1]** 127/9
**overseeing [1]**
133/2
**overseer [1]** 99/10
**overtalk [1]** 204/1
**overwhelming [1]**
154/7
**owe [1]** 82/13
**own [14]** 18/2 18/16
31/17 63/9 121/21
121/21 144/22 144/24
151/17 161/18 173/7
180/5 180/5 213/7
**owned [6]** 21/4
29/24 30/9 90/25
183/19 212/25
**owner [17]** 28/16
28/20 28/23 29/5
29/15 29/19 30/3
30/24 32/10 33/1 33/8
33/17 57/16 59/21
193/15 201/11 206/9
**owner's [1]** 31/3
**owners [2]** 33/25
63/20
**owns [3]** 54/19 55/4
55/7

**P**

**P-R-O-C-E-E-D-I-N-
G-S [1]** 4/2
**p.m [1]** 216/8
**pad [1]** 43/13

**page [25]** 23/17
26/16 29/13 31/20
126/13 126/25 127/13
128/5 128/12 129/11
129/13 129/16 129/16
131/22 132/25 133/14
144/15 166/25 197/3
198/16 208/4 208/24
211/3 211/4 212/18
**pages [6]** 29/10
29/11 41/7 45/1 209/2
209/4
**paid [2]** 37/19
186/25
**painful [1]** 18/20
**paint [1]** 188/4
**painting [1]** 188/8
**pandemic [1]** 61/20
**pander [1]** 17/20
**Pandora's [4]** 65/14
67/15 157/1 158/6
**paper [3]** 131/12
131/13 144/24
**paperwork [3]** 192/4
192/11 201/18
**Papier [2]** 35/23
36/2
**parade [1]** 171/25
**paragraph [8]** 28/9
29/12 31/22 32/1 32/2
56/5 198/22 209/17
**parameters [1]**
160/20
**park [7]** 76/8 107/22
125/8 154/24 166/17
183/16 210/22
**parking [10]** 123/17
124/4 124/19 125/14
125/15 183/19 183/20
199/14 199/17 201/6
**part [32]** 5/18 38/14
38/22 52/7 61/15
75/18 78/5 81/15
86/13 90/20 114/1
118/8 119/1 126/18
134/20 140/8 148/23
167/25 179/20 188/4
198/6 198/24 198/25
203/21 203/24 204/2
204/8 205/4 205/7
205/9 210/8 213/8
**partially [1]** 23/4
**participate [1]** 53/16
**participated [1]**
172/14
**particular [13]**
28/16 28/19 28/23
29/15 29/19 30/3
32/10 36/15 93/12
178/13 189/21 211/18
211/18
**parties [2]** 90/19

**P**

parties... [1] 109/15
parts [3] 18/13
61/12 126/19
party [5] 67/13
69/16 99/23 122/6
122/15
pass [4] 52/2 52/11
52/13 57/21
passed [8] 57/10
60/19 78/13 144/21
178/16 185/22 190/14
191/6
past [4] 26/7 88/14
88/15 210/9
patience [1] 175/10
patient [1] 5/21
patrol [11] 75/13
75/15 76/6 76/8 76/17
77/5 77/9 77/14 85/18
141/17 141/20
patronize [1] 91/6
patronizing [1]
90/24
pattern [13] 78/21
79/4 96/7 112/23
113/7 132/18 140/8
144/25 150/10 151/11
152/22 162/22 167/7
pay [6] 37/25 42/11
58/1 82/13 110/5
178/11
paying [4] 37/14
37/23 41/24 42/10
pending [1] 137/22
people [52] 12/9
15/2 15/6 15/12 18/1
18/2 18/5 18/22 19/3
23/23 36/11 40/12
48/23 50/13 50/17
81/6 81/17 104/9
107/22 110/5 116/14
126/20 132/6 134/6
134/17 138/15 139/17
139/18 140/9 147/25
149/3 151/14 152/14
152/24 152/25 153/7
155/1 155/5 156/22
156/24 171/22 172/2
177/6 179/7 179/24
183/1 185/17 187/15
196/13 211/20 212/7
212/10
people's [3] 18/21
44/11 147/23
per [7] 198/25
199/13 199/22 200/12
201/2 201/5 202/6
perceived [2] 28/7
58/9
percent [4] 79/11

80/3 83/15 208/20
perception [2] 34/4
57/13
perform [4] 38/10
38/12 61/10 132/10
performance [4]
136/20 137/1 137/10
150/2
performed [1]
153/18
performing [1]
54/12
perhaps [3] 14/14
15/3 30/17
period [4] 79/12
128/1 130/22 188/21
permissible [1]
95/12
permit [8] 43/20
43/25 54/12 54/22
55/3 55/7 55/18
171/25
permits [13] 63/11
151/20 151/21 151/23
152/1 152/3 153/18
199/1 199/3 200/13
200/15 208/2 213/3
permitted [1]
202/14
Pero [1] 167/20
person [12] 9/16
9/19 9/19 10/16 15/5
19/8 44/4 44/6 114/9
119/8 178/20 179/3
person's [1] 9/6
personal [27] 10/15
11/13 68/18 104/11
116/3 116/10 121/15
121/19 121/20 122/4
122/7 122/11 122/14
123/3 123/15 124/17
124/22 125/2 125/5
125/7 125/10 125/13
125/15 144/24 177/2
180/18 212/13
personally [3] 14/15
88/24 151/7
personnel [13] 10/7
32/4 132/25 133/9
133/15 133/24 134/4
134/18 134/22 182/24
183/5 210/17 211/5
pertains [3] 28/2
28/17 59/6
Pertnoy [2] 1/16
4/16
petty [1] 153/8
philosophy [4] 10/14
10/15 11/9 11/13
phone [1] 85/24
photo [5] 139/19
139/25 185/3 198/5

198/6
photograph [1]
139/15
photographic [1]
41/5
photographs [2]
141/21 142/2
photos [4] 198/2
198/5 205/9 205/17
pick [4] 145/7 159/7
179/2 184/24
picked [1] 176/20
picture [16] 40/8
40/9 40/15 40/16
40/17 45/12 139/20
139/22 139/24 185/7
185/8 185/12 185/15
187/16 190/8 215/6
pictures [10] 41/8
41/10 41/12 57/25
153/13 153/17 185/10
185/13 205/3 214/22
piece [1] 113/16
piles [1] 193/11
pillow [1] 46/10
PINILLA [10] 1/4
16/12 16/13 63/9
109/3 130/12 130/25
131/3 131/11 151/19
Pinilla's [5] 122/10
130/3 130/8 130/20
131/7
pipe [2] 176/15
176/18
place [10] 48/5 48/8
76/19 83/19 86/24
87/19 88/5 101/2
147/23 213/22
placed [1] 122/10
Placenti [1] 197/7
places [1] 56/17
plaintiff [8] 4/10
5/23 64/13 64/14
74/12 141/11 154/8
215/20
plaintiff's [4] 201/20
205/24 209/20 215/23
plaintiffs [9] 1/5
1/10 4/13 5/25 65/3
65/9 122/3 174/19
187/17
plaintiffs' [24] 3/2
3/6 13/16 16/24 17/9
22/2 22/9 22/21 26/25
41/25 63/5 125/14
125/15 145/15 162/20
191/1 196/21 197/1
201/19 202/1 207/11
207/14 209/23 215/7
plan [4] 10/16 10/20
68/3 199/15
planned [2] 148/24

171/6
planning [1] 69/4
plans [3] 73/5 132/5
180/2
play [9] 5/11 13/16
19/17 43/3 45/20
45/25 61/18 121/2
186/19
played [6] 13/20
17/10 20/1 22/10 46/1
103/25
playing [3] 4/20
48/24 150/12
pleading [1] 111/22
pleadings [1] 204/14
please [70] 4/9 6/1
6/5 6/14 7/2 8/4 10/1
13/16 13/18 15/6 17/3
17/25 19/25 20/8 22/8
23/11 23/25 24/10
26/16 26/24 27/6
27/11 27/16 28/8 29/7
29/8 30/19 31/23 32/2
49/8 62/13 63/6 65/22
68/23 69/18 70/24
74/15 74/19 75/6
81/21 95/19 95/20
96/22 97/1 110/2
110/3 110/21 117/11
123/13 126/13 129/11
131/21 140/23 141/13
155/23 156/4 158/9
159/11 174/21 175/3
175/4 175/11 175/16
199/1 199/13 199/22
200/12 201/2 201/6
202/6
pleased [8] 12/16
20/4 20/12 20/24 43/9
43/10 49/5 49/12
plenty [1] 152/14
plethora [1] 204/9
plug [1] 179/10
plumbing [3] 40/18
199/2 200/14
pocket [1] 102/14
podium [2] 39/9
64/17
point [23] 21/15
38/9 38/9 41/4 57/4
57/4 63/18 64/2 70/20
109/7 116/2 116/15
127/24 147/5 151/16
151/21 156/18 164/2
169/17 188/19 189/21
207/3 209/16
points [1] 129/18
police [179] 7/7
7/10 7/14 7/21 7/21
7/22 8/1 8/2 8/5 8/6
8/7 8/13 8/14 8/17
8/21 8/22 8/25 9/8

9/24 10/2 10/5 10/22
11/1 11/15 11/16 12/1
12/2 12/5 12/5 13/2
14/8 16/10 17/19 18/4
18/10 18/16 18/19
19/13 20/10 20/16
21/9 25/3 31/6 32/4
32/8 32/15 32/24
33/23 34/16 35/2
35/22 35/25 36/16
38/16 39/6 39/14
42/12 42/13 42/20
44/21 46/3 47/23
48/19 49/10 50/6
50/23 51/3 51/8 56/18
58/3 62/14 62/16
62/23 64/23 65/12
65/16 66/2 66/8 66/21
75/7 75/14 77/9 78/10
78/11 78/19 79/7
79/14 79/15 79/15
80/6 80/11 80/25 82/2
82/23 83/6 84/18 86/9
86/10 86/15 88/10
88/11 88/13 88/17
88/17 88/18 89/2
92/15 94/3 94/17
96/19 99/7 99/8
102/11 103/3 103/21
103/24 109/25 110/1
110/23 113/7 113/9
114/6 116/12 118/13
120/17 120/18 127/10
127/11 127/16 131/24
131/25 133/1 133/10
133/11 134/2 134/6
134/18 135/20 135/24
137/11 138/17 141/1
143/3 144/19 144/23
146/18 146/25 148/1
150/3 150/3 163/17
163/23 164/17 165/13
165/18 166/6 172/12
173/2 175/23 176/4
176/5 176/8 177/16
177/17 177/18 177/23
178/3 179/12 179/14
179/18 179/19 180/4
180/21 199/18 200/18
202/9 202/10 202/13
202/17
policing [15] 83/4
115/9 116/19 116/24
117/2 117/14 118/8
118/22 119/7 119/13
120/16 139/18 145/23
152/18 167/25
policy [8] 9/25 11/24
12/12 12/14 35/4 52/7
143/18 156/16
polite [1] 195/17
political [9] 89/6

**P**

**political... [8]** 89/7 96/7 96/8 106/21 144/10 145/18 152/17 154/9
**politics [4]** 81/5 149/22 149/24 150/1
**pollute [2]** 65/10 157/10
**pool [2]** 204/7 205/5
**poor [4]** 50/22 60/22 137/10 152/18
**popular [1]** 12/15
**populated [1]** 75/18
**populous [1]** 76/23
**Port [1]** 7/10
**Portilla [8]** 68/10 102/4 102/13 106/15 117/23 163/4 164/10 170/19
**portion [2]** 212/19 213/11
**pose [1]** 24/7
**position [9]** 7/20 11/20 95/10 116/7 116/8 120/16 120/18 154/16 189/16
**positions [4]** 120/22 147/11 165/23 165/25
**possible [3]** 16/19 35/15 60/21
**post [2]** 57/17 57/17
**postdate [1]** 57/17
**postdoctorate [1]** 58/14
**posted [1]** 139/16
**posting [1]** 139/16
**potentially [1]** 157/4
**power [2]** 5/17 30/23
**PowerPoint [15]** 37/13 37/15 37/15 37/23 38/2 38/3 39/3 39/5 39/9 40/21 40/22 42/8 57/23 57/24 58/1
**PowerPoints [2]** 41/2 41/3
**powers [3]** 25/22 30/22 31/4
**practice [8]** 35/4 78/21 79/4 96/8 140/8 144/25 151/12 152/23
**pre [1]** 157/18
**pre-textural [1]** 157/18
**preceded [1]** 181/10
**precipitating [1]** 73/20
**precluded [2]** 153/5 167/5
**predecessor [1]**

136/7
**Predicate [1]** 32/12
**predominantly [1]** 78/23
**prefer [1]** 178/20
**prejudice [2]** 158/4 215/20
**prejudicial [18]** 22/24 65/10 69/24 93/9 94/5 96/10 97/1 97/13 98/16 106/2 113/2 120/6 157/2 157/12 160/3 168/15 170/23 187/22
**premise [2]** 42/1 44/21
**premises [2]** 36/11 199/20
**prepare [1]** 132/6
**prepared [9]** 28/17 47/8 48/21 48/25 129/20 132/2 133/1 133/10 134/18
**prepares [1]** 133/3
**preparing [3]** 134/22 143/21 156/18
**preplanned [2]** 42/24 46/15
**presence [1]** 70/7
**present [15]** 5/23 58/7 64/17 65/16 74/10 108/4 108/16 148/10 148/10 148/15 162/3 199/4 200/16 201/5 202/11
**presentation [7]** 37/13 37/16 37/24 39/4 39/5 40/21 57/23
**presented [5]** 39/6 39/8 42/8 211/15 211/21
**preserving [2]** 27/24 27/25
**president [2]** 9/13 80/24
**presidential [2]** 83/9 83/10
**press [1]** 81/7
**pretenses [3]** 24/7 148/19 148/19
**pretext [3]** 143/13 143/20 156/15
**pretrial [1]** 204/4
**pretty [5]** 86/2 105/20 154/21 171/18 191/7
**prevent [1]** 10/17
**prevention [2]** 59/25 176/23
**previous [3]** 28/6 129/16 168/1
**previously [2]**

168/21 203/11
**pride [1]** 139/15
**primary [1]** 96/17
**prior [6]** 34/13 42/22 51/21 60/4 156/12 157/14
**private [1]** 83/20
**privilege [1]** 117/5
**proactive [2]** 18/14 18/15
**probably [14]** 43/9 75/17 76/23 79/17 85/21 138/19 141/6 175/23 177/4 179/15 182/15 182/24 192/9 201/17
**problem [5]** 70/3 81/3 133/19 152/2 185/8
**problems [1]** 83/4
**procedure [1]** 64/9
**procedures [2]** 31/5 65/12
**proceed [4]** 5/1 5/22 74/12 162/5
**proceeded [1]** 148/4
**proceeding [2]** 22/3 216/8
**proceedings [9]** 24/8 73/2 102/1 119/10 119/16 164/1 164/12 170/23 216/13
**proceeds [1]** 192/17
**process [6]** 12/17 38/22 119/2 120/15 150/11 178/17
**proclaim [1]** 149/20
**profession [1]** 175/23
**professional [4]** 69/22 75/16 175/17 180/5
**Professionally [1]** 181/21
**profile [1]** 11/20
**profound [1]** 38/11
**program [1]** 77/3
**prohibits [1]** 103/20
**prominent [1]** 176/6
**promoted [3]** 8/10 8/11 76/10
**promptly [1]** 72/10
**proof [1]** 187/9
**proper [2]** 18/12 18/24
**properly [4]** 132/6 166/3 171/18 205/11
**properties [37]** 24/3 24/7 24/9 24/9 25/24 26/1 26/5 26/6 28/17 31/3 55/9 57/18 60/9 60/10 60/21 63/8

63/12 66/4 104/22 106/5 107/2 107/17 108/20 109/4 145/15 193/4 193/5 193/12 203/18 204/7 204/9 206/3 206/5 209/13 212/25 213/2 213/10
**property [28]** 29/24 30/9 30/10 54/15 54/19 55/4 55/7 59/22 59/24 122/10 201/11 203/21 205/6 205/7 206/11 206/13 206/15 206/18 206/19 207/2 207/23 208/5 208/8 208/12 208/19 208/25 209/1 209/5
**proposal [3]** 108/7 108/19 127/5
**prosecution [2]** 61/11 156/19
**prosecutors [1]** 143/22
**protect [7]** 17/20 19/15 61/7 61/13 81/17 138/7 152/6 171/13 171/18
**protected [2]** 145/3 166/16
**protecting [3]** 17/15 138/20 139/2
**protection [3]** 48/20 61/11 84/4
**protest [7]** 99/13 138/11 139/17 139/21 171/8 171/11 172/14
**protesting [1]** 99/13
**protestors [1]** 138/12
**protests [3]** 79/10 170/21 172/12
**protocol [2]** 43/17 52/7
**protocols [2]** 163/19 164/5
**proud [12]** 79/2 79/25 138/14 138/20 138/23 139/9 139/11 139/15 139/22 171/2 171/3 172/18
**provide [13]** 57/11 58/20 67/19 83/24 128/15 128/18 199/1 199/13 199/22 200/7 200/12 201/2 201/6
**provides [2]** 22/25 114/20
**providing [2]** 58/10 59/12
**public [22]** 11/7 18/7 41/19 41/22 53/19 55/13 69/19 76/1

77/20 81/10 105/7 117/4 117/4 117/25 138/8 148/5 175/15 179/23 179/24 180/1 208/1 209/12
**publicly [5]** 10/22 10/24 11/16 12/1 12/5
**publish [9]** 13/18 17/3 17/7 19/25 22/7 23/11 27/6 126/6 131/18
**published [1]** 23/2
**Puerto [1]** 82/23
**pull [3]** 18/5 184/14 190/1
**pulled [3]** 63/12 183/19 184/18
**purpose [11]** 80/18 107/2 119/20 120/21 132/16 152/17 162/21 162/22 167/1 188/24 196/17
**purposes [2]** 39/6 145/18
**purview [6]** 21/17 25/2 25/18 42/12 57/3 58/3
**put [18]** 10/18 35/16 39/22 39/22 41/7 43/13 46/9 48/6 56/11 59/15 126/2 146/3 148/17 150/13 152/21 171/10 179/10 213/13
**puts [1]** 68/3
**putting [4]** 15/24 18/9 143/21 211/16
**PX [6]** 35/16 39/22 45/24 125/25 131/15 131/16

**Q**

**quality [1]** 127/1
**Quantico [1]** 176/7
**question [71]** 28/2 28/3 32/23 38/13 43/4 44/2 45/22 46/3 49/18 50/12 60/16 60/17 66/13 66/22 67/5 68/13 74/6 87/13 87/15 88/7 89/14 89/14 91/13 91/15 91/15 95/20 97/21 98/4 98/16 104/8 104/11 105/15 105/19 113/6 117/11 123/11 123/13 124/6 137/7 137/22 139/7 140/23 141/12 141/24 141/25 142/9 144/1 144/3 145/20 145/20 152/10 152/19 154/21 155/11 157/7 160/21 161/20

**Q**

**question... [14]**
162/14 173/13 173/15
182/18 187/4 189/2
189/4 189/10 191/12
191/14 192/23 203/4
212/20 213/20
**questioning [3]**
156/14 168/24 203/6
**questions [15]**
11/11 39/8 42/9 50/7
64/7 64/9 64/10 67/3
73/11 121/4 141/8
174/10 189/9 202/15
207/25
**quickly [1]** 128/3
**quiet [3]** 65/22 159/7
172/4
**quite [4]** 18/12 38/1
85/4 169/11
**quote [5]** 118/18
134/23 135/10 136/22
145/25

**R**

**rabbit [1]** 158/13
**race [9]** 181/23
182/10 188/9 188/13
188/16 188/18 188/20
188/21 188/24
**racist [2]** 188/4
188/8
**raid [3]** 109/10
134/21 134/23
**raided [1]** 88/12
**raids [2]** 131/14
132/25
**raise [5]** 6/1 73/8
74/16 174/21 205/10
**raised [8]** 67/19
69/25 166/10 170/2
187/23 203/11 204/3
205/11
**raising [2]** 33/7
33/15
**ran [2]** 181/23 183/3
**rank [4]** 87/14
137/25 155/4 169/16
**ranking [1]** 142/3
**ranks [1]** 8/15
**rapport [1]** 183/1
**rarely [1]** 193/10
**Rassie [2]** 216/15
216/15
**re [2]** 174/16 174/16
**re-recross [1]**
174/16
**re-redirect [1]**
174/16
**reach [2]** 110/23
111/1
**reaction [5]** 20/12

49/13 102/24 108/19
108/23
**read [30]** 23/25 28/8
30/19 31/23 41/20
55/10 111/21 122/1
124/7 124/7 128/23
166/23 166/23 197/14
197/19 198/14 198/19
198/20 198/21 199/12
199/21 200/1 201/1
201/8 202/5 210/6
210/7 210/8 212/19
213/11
**reading [3]** 29/7
133/14 161/6
**reads [2]** 25/16
127/13
**ready [6]** 5/1 27/12
92/3 129/10 151/4
184/15
**real [3]** 81/3 96/23
103/23
**reality [1]** 186/24
**really [28]** 9/20
17/22 17/25 39/21
43/16 45/21 45/21
45/21 79/1 87/5 110/4
170/12 175/22 177/8
177/25 178/21 178/25
179/7 179/8 180/3
180/4 180/8 197/14
197/24 200/22 207/3
209/14 212/3
**realtor [1]** 205/2
**rear [1]** 199/17
**reason [8]** 143/7
150/7 150/8 156/15
156/22 158/14 158/15
177/3
**reasoning [2]** 13/14
160/7
**reasons [15]** 9/4
22/23 74/3 142/11
143/16 149/15 157/18
157/18 157/21 157/21
157/22 158/2 159/16
161/3 213/15
**reassigned [1]** 4/22
**reassure [2]** 19/2
19/7
**recall [34]** 13/23
16/22 16/23 17/12
21/4 35/15 37/25 38/2
51/13 51/16 53/18
63/16 64/2 97/8
101/16 109/8 126/17
126/18 130/13 168/7
183/15 185/19 191/4
191/17 192/3 192/4
196/5 196/8 197/9
201/12 201/12 204/6
209/7 212/25

**receive [3]** 91/18
100/11 175/22
**received [18]** 3/6
17/9 22/9 26/2 26/20
92/8 92/18 101/6
109/18 110/12 168/21
191/1 197/1 202/1
204/10 207/14 209/23
212/23
**receiving [3]** 26/13
109/8 192/20
**recently [4]** 7/7 84/3
166/17 166/17
**recess [6]** 68/22
72/7 72/14 155/25
156/3 213/21
**reckless [1]** 171/13
**recognize [2]** 23/16
206/7
**recollection [8]**
26/20 53/17 88/14
102/9 102/9 102/14
110/3 168/5
**record [25]** 6/6 6/15
23/20 23/22 24/1
26/12 27/5 27/10
27/25 28/9 31/24
41/19 41/22 53/19
55/13 67/20 74/20
104/4 144/4 146/1
150/8 160/23 161/1
161/7 175/4
**records [4]** 145/14
145/21 208/1 209/12
**recross [6]** 3/3
160/17 160/19 174/13
174/14 174/16
**recruit [1]** 82/16
**recruited [7]** 79/12
80/10 80/12 80/12
80/13 80/14 119/20
**recruiting [1]** 80/18
**red [1]** 79/9
**redacted [1]** 27/10
**redactions [2]** 23/6
27/3
**redirect [9]** 3/3 62/8
62/11 155/20 160/18
162/5 162/8 174/15
174/16
**reduce [1]** 79/11
**reduced [1]** 180/10
**refer [4]** 214/22
214/25 215/2 215/24
**reference [3]** 65/8
65/9 199/19
**referencing [2]**
69/13 111/25
**referring [9]** 31/7
31/10 32/6 36/17
104/16 112/20 127/6
189/23 205/12

**reflecting [1]** 133/14
**reflects [1]** 22/14
**reform [10]** 78/25
82/2 82/5 119/21
120/2 120/25 165/10
165/24 166/3 167/25
**reformer [2]** 82/21
83/3
**refresh [1]** 26/20
**refusal [13]** 34/22
35/7 36/10 37/2 42/1
42/16 42/17 42/18
43/6 43/7 50/24 51/8
121/2
**refusals [1]** 56/9
**refused [3]** 40/12
46/8 154/25
**regard [1]** 58/14
**regarding [12]** 24/5
32/16 32/24 51/8
51/20 60/3 120/7
191/10 193/12 196/2
203/11 208/15
**regardless [2]** 16/8
152/6
**regards [2]** 125/7
191/25
**regular [6]** 80/13
83/22 92/2 97/25
140/16 201/13
**reinstate [1]** 164/18
**related [11]** 24/5
26/7 42/12 82/4 89/8
109/9 113/12 113/13
164/24 206/21 206/24
**relating [1]** 40/1
**relationships [10]**
7/11 81/16 135/25
136/3 136/4 140/5
140/6 140/8 140/9
210/15
**relaxed [1]** 182/9
**relevance [14]**
44/17 61/24 62/4
140/11 140/18 141/3
141/22 142/4 142/12
146/19 153/14 155/9
180/17 183/10
**relevant [2]** 64/24
65/1
**rely [1]** 132/5
**remain [1]** 214/5
**remaining [1]**
204/18
**remember [39]** 18/7
26/13 26/13 26/14
26/15 34/19 35/12
35/13 37/15 37/18
39/8 47/6 52/23 53/2
53/4 60/24 85/17
87/20 87/25 97/7
98/20 101/11 101/18

109/9 109/22 117/10
117/20 130/22 150/18
150/18 162/12 162/15
167/20 172/1 172/21
173/2 195/18 203/23
209/9
**remembered [1]**
187/14
**remembers [1]**
187/12
**remind [3]** 94/9
203/12 211/11
**remotely [1]** 11/2
**removed [3]** 113/16
113/18 210/21
**renew [1]** 27/3
**renewing [1]** 190/4
**reopen [1]** 158/3
**repeat [10]** 28/3
60/16 60/25 61/2 93/3
95/20 113/6 117/11
123/13 162/14
**repeatedly [3]** 105/2
158/22 204/5
**rephrase [6]** 16/4
50/22 139/6 139/7
155/11 191/13
**replace [1]** 147/25
**replaced [1]** 110/2
**reply [2]** 74/6 74/7
**report [47]** 8/17
20/10 34/15 34/15
36/10 36/19 36/21
36/25 37/2 46/9 47/8
47/10 47/17 47/20
47/24 48/2 49/11 50/8
50/19 50/24 51/1 51/4
51/7 51/9 51/17 51/20
51/23 66/23 72/6 97/5
97/7 100/18 100/20
101/6 110/15 111/10
125/3 132/2 143/9
143/11 167/12 168/12
168/18 168/21 213/24
213/25 216/3
**reported [11]** 111/5
112/7 127/23 167/17
167/18 167/22 168/2
168/6 168/6 168/20
168/20
**reporter [2]** 159/7
216/16
**reporting [2]** 66/19
163/1
**reports [14]** 25/20
34/19 36/16 47/5 51/5
51/16 56/20 169/4
169/8 169/24 199/17
199/23 200/2 200/2
**represent [1]** 129/18
**representations [1]**
190/15

**R**

**representing [1]** 215/11
**represents [2]** 214/16 214/20
**reputation [3]** 69/22 75/15 90/4
**request [12]** 9/11 30/21 36/16 58/20 58/25 59/9 191/20 198/25 199/7 199/22 200/12 208/1
**requested [1]** 46/20
**requesting [6]** 32/3 35/13 198/15 199/12 202/22 203/3
**requests [3]** 46/19 201/10 209/12
**required [3]** 92/1 101/1 213/13
**requirements [2]** 199/14 201/6
**research [4]** 24/3 43/16 51/9 213/15
**researched [2]** 43/15 56/3
**researching [1]** 212/24
**reset [1]** 136/23
**reside [3]** 6/17 6/19 6/21
**resident [2]** 15/8 193/15
**residential [4]** 122/21 123/4 123/16 177/2
**residents [4]** 10/4 11/4 61/8 76/24
**resignation [1]** 209/19
**resigned [3]** 182/3 182/7 182/7
**resolution [17]** 9/11 24/2 24/11 24/18 24/21 25/8 25/23 28/16 30/25 31/23 32/3 52/2 52/4 53/3 57/17 60/10 60/19
**resolutions [1]** 51/20
**resources [3]** 32/9 33/1 166/7
**respect [23]** 12/14 65/20 66/25 67/4 69/14 74/1 112/23 113/8 123/2 124/16 124/22 129/19 131/21 132/24 136/20 137/1 142/24 145/15 166/13 172/5 183/14 184/4 191/18

**respected [1]** 179/8
**respond [4]** 101/7 110/5 110/6 137/20
**responded [6]** 42/21 79/23 101/7 110/6 110/20 171/11
**responds [2]** 47/9 47/19
**response [12]** 20/8 26/10 28/6 38/8 49/9 49/24 54/7 73/6 74/5 172/11 205/14 205/15
**responses [1]** 44/11
**responsibilities [2]** 210/13 210/16
**responsibility [1]** 19/5
**responsible [9]** 9/6 9/7 9/16 10/3 10/6 10/8 10/10 15/6 18/10
**restaurant [1]** 42/22
**restroom [1]** 5/6
**result [4]** 37/6 165/13 167/9 182/2
**retain [1]** 148/6
**retaliate [1]** 119/2
**retaliation [5]** 89/9 121/1 124/2 148/8 150/10
**retaliatory [3]** 148/19 164/24 171/9
**retired [8]** 7/4 7/19 7/20 7/25 177/5 177/9 177/13 200/18
**retribution [3]** 89/7 96/7 96/8
**retrospect [3]** 60/9 60/11 60/19
**return [1]** 71/11
**returned [1]** 76/18
**review [9]** 22/12 27/11 110/24 132/5 144/5 145/21 163/14 165/7 213/1
**reviewed [8]** 22/13 39/2 39/7 102/21 106/18 126/21 145/16 165/8
**reviewing [3]** 145/14 213/9 213/10
**revisit [1]** 156/11
**Reyes [4]** 53/15 117/23 164/10 170/20
**Richard [3]** 174/20 175/5 175/8
**Rico [1]** 82/23
**ride [2]** 86/11 124/23
**ride-along [1]** 124/23
**ridiculous [2]** 50/14 50/16
**right [113]** 4/18 6/1

11/4 13/11 15/7 17/16 18/19 19/9 19/10 19/24 20/10 22/19 24/16 24/25 28/1 29/22 34/2 34/4 37/11 37/21 37/24 38/7 38/8 38/14 39/20 40/1 40/22 44/20 45/19 46/5 46/7 46/12 49/11 50/5 50/6 52/8 53/19 56/14 56/24 57/20 57/24 59/8 62/16 62/19 62/19 63/2 68/14 68/18 68/20 69/24 70/1 74/3 74/7 74/16 79/6 79/6 81/24 87/15 88/11 88/20 90/2 91/14 98/13 99/2 99/14 102/22 106/23 122/19 122/24 123/21 125/13 126/1 128/20 129/4 131/21 133/16 135/10 140/15 144/10 147/4 152/23 154/8 155/22 158/12 158/16 159/3 160/25 162/18 169/18 174/11 174/16 174/22 181/7 184/14 185/6 185/13 186/4 186/10 186/20 189/15 189/24 190/6 190/25 196/23 197/4 197/18 201/25 203/14 205/14 205/18 207/5 208/13 213/19
**rights [15]** 62/14 82/24 87/10 89/10 91/6 113/24 144/22 145/9 145/12 145/19 154/25 162/23 168/1 168/3 171/17
**ring [1]** 122/16
**rise [8]** 5/2 69/1 71/22 72/13 74/9 156/1 162/1 214/8
**risers [1]** 44/3
**risk [2]** 138/8 157/25
**RMR [1]** 216/15
**RMR-CRR [1]** 216/15
**road [3]** 136/23 136/25 137/3
**Roberto [1]** 200/4
**rodeo [2]** 107/8 107/9
**RODNEY [2]** 1/8 216/16
**role [8]** 10/1 42/6 61/18 68/13 84/1 114/10 182/16 210/9
**roles [1]** 135/23
**roll [2]** 147/9 206/5
**rolled [2]** 147/9

147/10
**Ronald [1]** 35/22
**room [2]** 138/15 216/17
**roughly [1]** 64/4
**round [1]** 83/8
**route [1]** 73/23
**Rubbing [1]** 70/11
**Ruiz [1]** 71/13
**rule [3]** 9/25 104/7 121/1
**ruled [1]** 23/4 70/21 157/14
**rules [3]** 152/5 152/5 152/7
**ruling [3]** 69/4 144/15 156/12
**rumor [1]** 48/16
**run [3]** 77/20 143/3 192/18
**Rundle [1]** 168/21
**rundown [1]** 205/6
**running [2]** 85/11 183/2
**Russell [1]** 52/25

**S**

**S.E [1]** 1/19
**s: [1]** 216/15
**Sacramento [1]** 76/12
**safety [11]** 10/3 11/7 24/8 61/7 61/15 81/6 152/6 171/23 177/10 215/2 215/17
**said [105]** 5/23 9/19 9/19 11/10 18/17 19/11 24/8 30/2 46/25 48/15 49/16 52/15 53/22 60/19 63/18 73/7 78/17 81/23 82/5 82/10 84/6 85/25 86/1 86/5 86/7 93/4 93/18 98/25 99/11 99/14 99/17 99/17 99/18 100/7 100/21 107/8 110/4 115/12 116/9 135/10 135/22 135/23 136/8 136/9 136/10 136/10 136/21 136/24 150/16 151/23 153/23 155/16 157/8 157/24 158/14 159/18 160/22 160/22 166/2 170/5 174/17 178/15 178/17 178/19 178/22 178/25 179/1 179/16 183/20 183/21 184/8 184/16 184/18 184/20 184/21 184/22 185/5 185/17 188/14 190/19 192/4 193/20 194/2 195/2

195/12 195/16 195/18 195/18 195/20 195/22 196/9 204/5 209/14 210/18 210/24 211/13 211/22 211/23 212/2 212/2 212/3 212/4 212/15 214/2 214/7
**Saladregas [6]** 192/8 192/11 193/25 194/2 194/12 195/16
**sale [1]** 144/9
**sales [1]** 208/3
**same [39]** 27/2 28/24 29/20 29/24 30/9 30/10 32/18 34/1 41/10 44/13 54/15 63/23 80/14 86/5 96/2 96/15 104/17 105/9 105/15 105/15 113/10 117/15 120/12 134/25 135/1 145/7 167/2 168/14 170/1 172/19 194/24 197/19 199/7 208/6 208/6 208/10 208/12 208/23 208/23
**San [2]** 81/1 81/1
**Sanguich [2]** 122/9 154/3
**Santa [1]** 77/7
**Sarnoff [4]** 1/21 4/17 70/23 71/4
**sat [2]** 151/24 196/13
**satisfied [1]** 110/18
**Saturday [6]** 85/14 85/17 86/17 200/6 213/6 213/8
**sausage [2]** 51/19 52/16
**saved [2]** 147/11 147/11
**saw [19]** 22/14 76/9 78/9 121/21 125/3 125/12 153/13 153/17 153/18 154/2 154/5 154/7 164/4 173/6 173/7 177/6 180/24 187/16 201/24
**say [41]** 10/18 11/23 12/20 18/5 26/8 34/20 38/11 51/20 54/10 54/21 55/2 55/16 56/15 58/17 78/4 82/16 90/23 103/22 104/15 112/20 119/1 121/20 123/25 124/5 129/14 138/7 142/19 149/7 152/12 154/20 160/23 160/24 173/19 175/3 179/5 179/11 182/15 187/24 190/22 194/8 208/20

**S**

**saying [18]** 12/11 12/14 28/22 32/21 36/15 38/2 38/24 39/13 49/24 56/11 58/25 59/6 59/7 106/22 139/9 145/13 151/18 159/8
**says [20]** 25/1 25/7 31/12 41/20 85/25 98/21 99/16 129/25 139/20 146/1 151/14 160/2 178/21 184/16 184/21 186/19 197/15 206/3 207/20 211/25
**Scarlet [1]** 202/9
**scenario [2]** 9/15 11/18
**scene [1]** 100/14
**schedule [1]** 47/1
**school [3]** 176/10 176/11 177/17
**scope [27]** 55/21 60/6 61/3 64/23 67/2 88/7 91/12 102/1 119/10 119/16 123/6 164/1 164/12 164/13 165/4 165/16 166/10 166/19 168/24 168/24 173/9 173/9 174/4 186/2 191/12 193/16 203/12
**SCOTT [2]** 2/2 2/2
**scourge [1]** 81/10
**screaming [3]** 172/7 172/8 172/8
**screen [5]** 59/11 59/15 128/23 131/13 133/14
**scroll [1]** 197/3
**sea [1]** 79/9
**searches [1]** 7/5
**seated [8]** 4/6 5/5 5/6 6/10 7/7 72/2 74/11 162/4
**seating [3]** 196/11 196/16 196/17
**second [22]** 28/9 41/25 42/16 59/17 64/24 67/14 68/5 73/15 121/3 121/24 122/3 125/18 125/20 128/5 129/11 131/15 131/22 132/24 154/11 192/23 193/22 199/16
**seconder [2]** 53/13 53/16
**seconder was [1]** 53/13
**secret [2]** 94/4 94/6
**secretaries [1]**

84/10
**secretary [3]** 83/12 83/21 83/24
**section [4]** 41/21 99/5 126/25 129/12
**sector [1]** 83/20
**secure [1]** 177/7
**security [9]** 83/19 83/21 83/23 84/8 163/19 164/5 177/2 182/23 210/21
**see [112]** 4/25 15/12 23/17 25/24 26/17 26/19 34/15 36/8 36/14 36/15 36/20 39/3 39/23 39/24 40/8 40/9 40/10 40/13 40/15 40/16 40/17 40/18 40/19 41/8 41/9 41/14 41/19 41/20 42/2 45/4 45/7 45/11 45/12 46/16 46/19 46/19 46/20 46/25 47/13 59/21 59/23 67/17 67/24 68/7 70/15 72/9 75/19 80/2 80/2 81/11 88/1 88/10 93/18 93/19 98/1 102/8 103/22 115/19 122/2 122/4 123/22 125/11 126/3 126/12 127/1 127/21 128/1 128/6 128/6 128/8 129/13 129/25 130/15 130/16 130/18 131/5 131/23 133/9 133/12 133/24 133/25 134/3 134/5 139/25 153/3 153/6 153/23 161/6 172/7 172/8 176/15 176/18 183/21 183/22 185/9 187/3 189/6 192/11 193/6 197/5 197/13 198/23 199/9 202/21 206/9 207/16 209/4 210/4 211/3 211/19 214/2 214/7
**seeing [3]** 93/20 150/18 191/4
**seeking [2]** 94/22 105/16
**seem [1]** 156/20
**seemed [13]** 11/24 15/16 20/23 21/13 21/21 21/21 25/5 29/1 30/16 30/17 181/25 190/22 211/12
**seen [11]** 26/6 87/3 94/20 95/3 95/8 96/5 107/7 184/22 184/25 187/19 191/3
**seized [1]** 35/6

**select [3]** 35/25 36/2 36/3
**selected [5]** 77/8 77/11 78/19 79/16 79/18
**selection [2]** 84/24 92/15
**selective [1]** 31/2
**selectively [6]** 28/21 29/16 29/18 30/14 33/1 63/19
**sell [1]** 144/7
**selling [2]** 44/21 46/6
**send [2]** 100/8 115/10
**sending [2]** 67/21 126/21
**sends [1]** 68/2
**sense [1]** 44/5
**senses [1]** 44/6
**sensitive [1]** 78/5
**sent [10]** 27/18 53/21 57/19 65/4 66/12 66/15 66/16 66/23 168/9 176/17
**sentence [7]** 28/8 29/12 30/20 31/19 31/22 32/2 166/24
**separate [1]** 74/3
**separated [1]** 25/22
**separation [1]** 25/21
**September [3]** 54/21 68/5 167/8
**September 24th [1]** 167/8
**sergeant [9]** 8/10 9/7 18/4 76/11 76/14 76/21 77/24 133/11 134/2
**serious [2]** 10/25 76/15
**servant [1]** 18/7
**serve [6]** 45/14 81/17 83/7 176/20 210/14 210/20
**served [3]** 84/9 150/7 176/9
**serves [2]** 62/20 127/19
**service [1]** 77/21
**serving [2]** 146/17 146/25
**SESSION [2]** 4/1 73/1
**set [2]** 182/19 184/10
**setup [1]** 5/12
**seven [8]** 9/8 18/3 53/23 134/5 134/9 134/17 176/11 211/20
**several [3]** 213/2

213/9 213/10
**shared [2]** 56/18 172/19
**she [19]** 15/24 16/1 69/21 70/13 70/18 82/25 108/7 108/10 108/10 108/10 108/11 118/3 147/25 148/1 159/21 160/18 167/25 173/15 215/9
**she's [6]** 15/24 67/11 105/15 108/11 167/23 184/2
**shield [2]** 158/6 160/6
**shift [1]** 77/6
**shirt [2]** 140/1 140/2
**shit [1]** 211/13
**shootings [1]** 76/1
**short [2]** 137/11 156/3
**shortly [1]** 78/20
**should [17]** 12/13 14/19 14/21 21/18 23/1 48/17 57/18 71/10 85/9 90/20 141/6 156/20 180/8 188/20 195/11 205/12 212/9
**shoulders [1]** 70/11
**shouldn't [2]** 141/9 212/6
**show [15]** 38/4 38/4 65/3 133/20 144/4 145/4 162/19 173/5 189/5 192/5 195/5 195/7 196/21 204/7 209/16
**showed [10]** 14/10 20/25 28/6 51/15 57/25 138/16 148/18 180/4 205/4 205/17
**showing [4]** 139/15 141/21 142/2 204/10
**shown [4]** 38/3 39/9 39/10 204/7
**shows [4]** 68/2 140/17 204/9 211/17
**shut [2]** 122/17 130/6
**SHUTTS [1]** 1/20
**side [6]** 47/9 51/4 73/15 88/3 88/20 88/21
**sidebar [33]** 22/24 64/20 65/22 102/20 103/5 106/18 112/3 114/14 115/3 120/7 142/13 143/25 156/5 156/6 159/6 159/12 163/9 163/25 164/13 165/4 166/10 167/2

167/15 168/25 170/2 170/24 172/24 173/10 181/6 186/13 191/21 203/14 204/4
**sidebars [1]** 113/3
**sidewalk [2]** 171/24 185/9
**sight [1]** 88/5
**sign [2]** 195/4 195/8
**sign-in [1]** 195/4
**signed [1]** 60/2
**significant [1]** 101/18
**significantly [1]** 180/11
**silly [2]** 148/18 183/25
**similar [4]** 5/13 152/21 184/4 201/10
**similarly [1]** 215/15
**Simmons [4]** 146/14 146/16 146/22 147/10
**simple [2]** 94/1 157/7
**simply [1]** 89/9
**since [2]** 33/14 180/6
**single [3]** 43/19 43/24 55/17
**singular [2]** 201/14 201/16
**sir [60]** 6/2 6/9 6/23 7/18 16/12 16/14 23/25 24/10 24/20 30/19 31/7 31/21 32/6 34/12 53/24 54/14 54/18 54/20 55/5 55/8 61/19 63/7 63/14 64/2 64/5 64/11 74/15 74/25 86/1 91/11 129/1 129/11 131/19 138/2 140/10 144/1 144/14 149/17 150/5 151/2 151/6 153/11 154/6 155/15 169/21 173/17 174/12 174/14 174/17 175/25 176/1 188/18 189/1 194/18 196/4 196/7 207/9
**SIS [2]** 99/1 99/4
**sister [1]** 61/22
**sister-in-law [1]** 61/22
**sit [7]** 15/10 67/3 69/18 70/1 70/7 70/13 74/21
**site [6]** 32/5 56/5 56/7 56/9 56/10 56/11
**sits [1]** 69/17
**sitting [8]** 12/25 15/4 69/16 69/23 70/3 78/15 89/19 109/24

**S**

**situated [1]** 215/15
**situation [2]** 9/20
157/4
**six [4]** 18/3 136/12
137/11 147/5
**sketch [2]** 45/14
45/18
**slept [1]** 79/24
**smeared [1]** 144/15
**SMITH [2]** 1/8
216/16
**sneaking [1]** 183/7
**so [224]**
**social [1]** 139/16
**socialist [3]** 138/16
139/12 172/9
**sold [1]** 146/2
**soldier [3]** 104/7
144/11 148/20
**soldiers [1]** 115/11
**solely [1]** 30/10
**some [41]** 4/24 7/13
7/14 17/18 18/12 20/5
21/15 26/3 34/21
43/15 48/12 49/6
67/20 78/12 79/19
86/23 98/11 99/1
99/12 99/14 100/8
109/7 110/21 114/7
117/24 127/5 136/25
138/15 147/5 151/18
176/5 176/18 177/7
179/16 179/18 184/23
192/4 196/14 204/10
210/13 215/3
**somebody [5]** 11/11
178/18 182/5 194/5
211/19
**somehow [3]** 17/19
34/22 109/9
**someone [12]** 9/17
11/4 17/20 31/15
49/25 98/8 109/8
109/21 113/24 120/19
158/25 189/12
**something [29]** 9/9
19/9 38/11 47/6 47/24
48/6 48/9 48/20 52/6
56/13 56/18 60/25
85/19 86/21 86/25
102/14 105/2 113/8
167/20 183/24 190/23
192/5 192/6 192/16
196/20 200/9 201/17
209/9 215/17
**sometime [10]** 109/7
**sometimes [5]** 12/14
15/3 38/1 61/11 61/11
**somewhere [8]**
10/18 34/21 111/22

125/3 125/12 139/25
184/24 191/5
**son [1]** 6/22
**son's [1]** 98/20
**soon [3]** 84/21 85/2
214/20
**sorry [28]** 6/20 28/3
41/18 49/12 61/20
69/3 76/5 116/7
118/22 131/12 133/20
138/22 146/12 162/14
165/21 169/21 173/14
175/24 177/16 181/20
194/10 195/13 199/25
209/3 210/2 210/12
211/7 214/18
**sort [2]** 85/16 127/5
**soul [2]** 144/7 146/2
**sounds [3]** 44/5
159/8 215/7
**south [2]** 2/3 176/19
**SOUTHERN [5]** 1/1
76/19 76/20 76/22
78/1
**spans [1]** 177/15
**speak [19]** 9/11 9/17
10/22 10/24 11/1 11/3
11/5 11/8 11/11 12/4
35/14 46/11 65/23
65/23 70/21 70/25
70/25 143/18 175/24
**speaking [9]** 11/15
11/15 12/1 12/4 51/2
58/3 70/24 71/2 186/9
**speaks [3]** 24/16
58/8 150/8
**special [3]** 75/24
78/3 99/5
**specific [14]** 14/10
20/2 20/17 21/8 49/3
49/18 50/11 50/12
58/24 67/2 102/3
142/17 147/1 189/12
**specifically [14]**
17/17 28/2 34/19
38/25 46/11 57/19
58/8 59/3 97/9 109/9
115/1 151/6 151/11
157/24
**specify [1]** 103/16
**speculate [3]** 46/12
48/1 48/4
**speculating [5]** 88/7
116/1 119/4 168/9
170/14
**speculation [39]**
13/10 20/20 21/11
24/13 30/5 33/10 42/4
63/23 80/20 89/4
89/15 89/21 90/20
92/5 92/10 93/23 97/1
97/12 98/4 101/4

103/11 104/23 105/16
106/10 106/19 107/4
108/21 111/2 112/15
113/20 115/16 116/21
118/6 119/23 120/5
120/23 172/15 173/11
181/14
**speculative [3]**
15/25 109/15 113/1
**speeder [3]** 145/5
145/7 151/24
**speeding [1]** 145/6
**spell [3]** 6/6 74/20
175/4
**spend [1]** 77/19
**spending [1]** 10/12
**spent [6]** 50/14
76/13 79/1 79/7 193/5
213/7
**Spiegel [4]** 114/18
116/7 117/21 118/23
**spoke [4]** 66/6 81/8
111/10 158/17
**spoken [1]** 89/21
**spotted [1]** 91/8
**Spring [1]** 212/3
**Springs [1]** 77/7
**squad [2]** 176/13
176/17
**squiggly [1]** 131/23
**St [1]** 175/15
**stack [1]** 192/11
**staff [20]** 77/12
114/7 143/2 147/7
147/7 182/12 182/14
182/16 182/20 191/17
202/14 202/22 203/3
206/4 207/19 210/9
210/13 210/18 211/12
211/15
**staffing [5]** 68/9
147/2 161/17 165/13
165/13
**staircase [2]** 43/23
43/24
**stairs [1]** 44/3
**stake [1]** 69/23
**stand [3]** 64/16
143/5 173/5
**standing [4]** 136/14
143/13 148/21 185/6
**start [16]** 7/16 7/17
28/11 28/12 28/13
39/13 39/14 48/24
75/12 106/22 107/10
163/11 175/20 198/13
198/16 214/1
**started [15]** 7/5 8/6
8/11 75/16 84/22
106/6 121/10 128/2
138/15 139/11 172/6
172/8 177/15 182/12

211/16
**starting [11]** 29/7
29/12 30/20 31/22
31/25 32/1 68/7 84/8
84/21 85/2 104/8
**starts [1]** 28/10
**state [19]** 4/9 6/5
6/14 32/17 47/11 60/1
74/19 75/8 75/14
76/13 76/15 77/15
77/16 79/10 143/22
168/12 168/18 169/15
200/4
**stated [2]** 57/2
124/11
**statement [15]**
13/24 14/1 14/5 15/13
16/4 17/12 21/7 60/11
96/10 99/22 99/22
106/2 143/5 188/14
205/15
**statements [8]**
13/14 13/22 17/17
22/14 92/11 143/2
189/18 189/20
**STATES [9]** 1/1 1/9
76/24 78/8 150/13
167/22 168/3 215/9
215/16
**stating [1]** 15/1
**stationery [1]**
144/23
**stations [2]** 76/22
77/15
**statute [2]** 45/18
101/8
**statutes [1]** 45/13
**stay [1]** 90/14
**step [1]** 180/11
**stepped [1]** 91/4
**stick [3]** 169/14
184/13 184/23
**still [10]** 12/18 18/22
46/4 63/23 81/11
138/3 176/24 177/5
177/9 192/8
**stood [2]** 80/4
172/18
**stop [3]** 54/12 54/16
183/18
**stops [1]** 133/7
**store [2]** 208/13
208/16
**storefront [1]**
184/10
**story [1]** 73/15
**straight [1]** 85/13
**street [43]** 1/16 1/19
40/2 54/11 55/3 55/6
55/17 56/8 60/3 86/6
86/7 86/11 88/20
88/21 124/19 125/14

125/16 150/17 171/24
183/17 184/8 190/12
190/13 191/4 191/6
191/7 191/8 199/4
199/19 200/5 200/11
200/15 201/5 201/15
203/5 203/7 206/8
206/14 206/17 206/20
206/23 207/1 207/23
**streets [3]** 171/22
172/4 172/6
**stricken [2]** 90/2
90/20
**strike [25]** 33/14
84/15 87/12 89/13
90/1 92/4 94/5 96/9
96/13 96/25 97/20
98/15 102/19 106/1
107/12 107/25 108/12
114/2 118/17 132/20
136/16 137/6 137/14
143/24 166/18
**strings [1]** 82/20
**strong [2]** 79/16
79/17
**stronger [1]** 138/19
**strongest [1]** 79/17
**structure [3]** 95/22
147/8 180/6
**stuff [8]** 48/12 99/18
165/3 177/12 184/3
184/14 200/22 208/10
**stupid [1]** 183/25
**style [1]** 11/15
**Suarez [16]** 1/12
4/12 66/17 80/16
80/22 81/13 81/21
151/8 161/11 162/12
162/16 207/17 207/17
207/18 209/11 213/5
**Suarez's [2]** 80/18
92/16
**subject [8]** 65/7
113/3 120/7 121/25
122/5 144/14 164/18
204/10
**subjected [1]** 79/3
**submitted [2]** 41/19
41/22
**subordinates [2]** 9/6
178/11
**subpoena [1]** 121/10
**subpoenaed [1]**
6/24
**substance [1]**
155/15
**such [3]** 30/25 95/4
192/12
**suggested [2]** 23/1
213/5
**suitcase [1]** 84/6
**Suite [5]** 1/13 1/16

**S**

**Suite... [3]** 1/19 1/21 2/3
**sum [1]** 155/14
**summons [1]** 130/15
**Sunday [4]** 84/23 92/13 92/14 213/8
**super [2]** 50/8 53/5
**supervise [1]** 166/3
**supervising [1]** 88/25
**supervisor [5]** 9/5 9/10 9/14 66/23 202/8
**supervisors [1]** 66/20
**support [3]** 69/21 172/10 212/24
**supported [1]** 139/12
**supposed [6]** 9/20 25/22 78/14 119/7 119/8 184/21
**supposedly [1]** 100/15
**Supremest [1]** 140/3
**sure [52]** 4/19 7/4 14/13 16/19 17/23 23/13 38/3 38/14 39/15 39/17 40/25 41/24 44/23 45/23 55/12 58/25 60/17 64/18 66/5 70/16 82/25 86/2 99/19 123/15 123/25 128/24 129/8 132/16 139/25 148/14 152/20 154/12 154/14 161/7 163/16 171/16 171/18 171/23 173/24 183/3 186/14 190/3 190/13 195/5 197/20 199/22 200/8 200/9 206/19 207/2 213/24 214/12
**surprised [1]** 39/12
**suspect [1]** 65/3
**suspend [1]** 156/15
**suspended [6]** 137/9 137/12 137/19 142/11 143/8 143/17
**suspending [1]** 142/25
**suspension [11]** 148/4 149/16 157/7 157/8 158/17 158/18 158/20 158/20 159/17 160/24 161/4
**sustain [5]** 68/12 91/14 139/6 173/12 181/7
**sustained [73]** 13/11 16/2 32/13 44/9

44/14 44/18 55/22 60/7 61/4 61/25 62/5 84/16 87/15 90/2 93/15 94/7 94/14 96/11 99/24 100/23 102/22 104/13 104/18 105/5 105/10 108/14 109/16 110/10 111/7 111/12 112/1 112/4 116/5 116/22 118/20 119/11 122/24 123/7 125/23 136/18 140/13 140/19 140/21 141/4 141/8 141/12 141/13 142/7 147/20 155/10 166/21 168/10 169/1 169/18 169/20 170/25 173/22 174/6 174/8 180/19 181/16 183/11 186/4 190/17 191/13 192/24 194/6 194/15 194/21 194/25 202/19 202/19 202/25
**sustaining [1]** 22/1
**SW [24]** 40/2 54/11 55/2 55/6 55/17 56/8 60/3 86/6 124/1 124/19 199/3 199/5 199/15 199/19 200/5 200/11 200/15 201/4 201/14 203/7 206/7 206/14 206/17 207/23
**swing [1]** 77/5
**sword [2]** 158/7 160/6
**sworn [15]** 6/3 55/10 55/12 74/14 74/17 76/25 79/21 80/6 81/17 85/22 85/23 86/10 92/13 150/15 175/1
**Sylvester [1]** 79/18
**symbol [1]** 139/16
**system [1]** 34/22

**T**

**table [2]** 11/9 70/17
**taco [1]** 88/5
**tacos [1]** 87/24
**take [47]** 14/12 20/2 20/16 21/9 21/18 21/20 42/25 47/4 49/3 68/22 72/7 82/25 85/10 101/2 106/8 113/22 117/19 129/6 139/20 139/24 147/23 155/21 165/7 172/3 175/20 178/15 178/19 178/20 179/3 184/23 185/3 185/8 185/12 185/13 185/15 191/23 198/12 202/3 203/14

205/24 206/6 207/7 209/25 212/1 212/2 212/8 212/10
**taken [12]** 20/25 21/19 47/11 47/21 58/13 72/14 110/18 113/13 132/19 156/3 164/24 183/15
**takes [6]** 52/13 64/15 99/16 139/19 154/22 192/15
**taking [7]** 135/5 139/14 139/18 191/5 198/2 198/6 216/5
**talk [18]** 46/13 51/24 56/6 69/9 73/13 81/20 81/21 81/23 82/12 93/17 107/23 121/19 157/6 157/16 161/13 171/2 176/22 192/2
**talked [8]** 40/20 86/22 87/7 131/14 132/25 156/12 157/15 182/11
**talking [20]** 47/22 49/2 63/4 86/20 90/24 95/24 102/15 116/14 124/3 127/1 135/8 142/14 142/15 142/17 148/7 157/21 184/17 187/10 194/12 204/12
**talks [2]** 65/12 107/23
**taquerias [21]** 36/11 37/6 40/2 43/19 45/16 50/24 56/8 86/24 87/18 87/20 87/21 87/24 88/10 88/12 89/3 90/15 93/18 93/21 199/5 203/24 204/12
**Taquito [1]** 208/18
**target [9]** 30/2 33/1 68/10 102/16 102/16 108/8 144/9 145/17 166/15
**targeted [6]** 65/18 107/18 107/24 145/18 188/3 188/3
**targeting [22]** 28/21 29/16 29/18 30/14 33/8 33/16 33/24 60/12 60/22 63/19 63/19 66/6 67/1 88/25 107/10 131/10 151/11 151/12 151/24 152/6 152/16 152/23
**targets [3]** 28/19 29/14 30/2
**task [8]** 20/13 47/1 47/7 47/9 47/17 47/19 49/13 127/15

**taxpayers [1]** 147/11
**team [4]** 79/6 79/25 111/15 134/20
**technicians [1]** 176/17
**technology [1]** 10/9
**tell [32]** 7/2 17/17 20/12 38/1 49/13 56/17 71/10 73/14 73/22 75/6 98/10 111/9 114/9 154/21 165/21 169/8 169/25 171/3 174/3 175/11 175/16 177/19 178/23 179/9 180/9 184/22 194/12 198/14 200/17 203/2 205/2 212/7
**telling [18]** 16/5 47/14 47/16 47/19 51/16 59/10 59/11 85/17 154/3 154/15 154/19 154/20 172/1 172/21 178/22 178/23 178/24 194/5
**tells [2]** 48/13 179/7
**temporary [1]** 208/2
**ten [6]** 68/23 82/23 114/24 143/10 155/22 155/25
**ten-year [1]** 82/23
**tenants [2]** 122/15 154/4
**tenure [12]** 78/5 112/22 113/6 114/6 127/24 129/15 129/20 137/11 146/21 147/1 147/5 180/13
**term [1]** 93/12
**terminate [2]** 149/15 159/16
**terminated [12]** 74/3 136/14 156/21 157/19 158/1 158/15 159/19 160/24 169/25 180/22 180/25 181/18
**termination [19]** 73/6 73/7 73/9 73/12 73/15 73/17 73/19 156/22 157/15 157/17 158/18 158/19 158/19 158/21 158/22 158/25 159/2 159/19 181/11
**terms [5]** 114/23 152/12 153/3 154/22 200/19
**test [1]** 136/8
**testified [9]** 63/14 127/7 151/1 151/3 156/18 186/6 186/17 187/4 215/21
**testify [4]** 65/19

66/1 148/24 163/14
**testifying [9]** 6/23 25/10 63/16 87/13 116/3 147/17 153/21 165/3 170/6
**testimony [29]** 22/25 67/11 91/13 94/13 94/22 95/6 108/1 109/14 109/15 109/15 119/9 135/8 136/5 136/9 138/21 139/5 139/11 141/16 141/16 150/4 152/4 152/7 153/21 155/13 155/15 155/18 186/19 186/21 187/13
**Texas [6]** 79/7 79/8 79/13 79/15 79/16 138/18
**text [2]** 28/9 29/8
**textural [1]** 157/18
**than [22]** 20/11 33/25 51/22 81/5 82/20 106/5 107/2 118/23 125/6 157/21 167/9 177/18 177/21 179/15 179/24 184/9 190/10 191/24 193/5 196/3 201/11 215/5
**thank [49]** 5/24 6/9 11/14 17/3 17/8 19/11 19/24 23/14 26/22 26/23 27/16 28/13 31/19 34/6 62/6 62/7 64/5 64/11 64/11 64/12 64/12 64/19 65/24 68/15 71/19 71/20 72/12 74/25 75/5 124/13 129/5 133/22 135/5 142/24 161/21 161/23 161/24 165/8 174/11 174/17 175/10 188/19 191/3 195/20 198/10 201/22 205/20 207/13 216/7
**that [980]**
**that's [133]** 12/14 13/17 15/11 17/2 18/20 20/9 21/1 21/21 38/9 39/11 41/4 43/1 44/5 44/21 46/6 48/16 48/17 48/23 49/9 50/6 50/22 56/18 56/18 57/4 58/10 58/10 59/12 60/1 60/2 60/3 60/23 61/15 62/24 63/2 64/10 66/14 68/5 70/12 70/13 70/18 73/23 74/5 74/6 74/6 74/22 77/20 81/13 83/2 83/3 83/14 84/16 85/23 86/3 86/5 86/18

**T**

**that's... [78]** 86/21
87/4 87/24 89/19 91/7
94/2 104/12 106/15
111/25 121/24 123/9
123/18 124/13 126/25
136/2 136/9 136/14
136/23 138/8 138/21
139/22 139/22 140/3
140/5 143/5 143/12
145/9 146/4 148/2
148/9 150/25 152/2
152/6 154/21 157/23
158/18 159/25 160/2
160/14 165/3 171/15
173/6 177/8 179/1
182/18 185/7 185/12
186/19 186/20 187/8
188/12 188/19 189/16
189/23 195/23 195/25
197/17 200/3 200/3
200/18 200/22 201/1
201/8 203/21 205/7
205/13 205/19 206/15
206/18 206/19 206/21
206/24 207/6 208/8
208/13 209/1 211/8
216/4
**theater [2]** 106/22
205/5
**their [39]** 7/6 9/6
11/11 19/12 20/4
21/17 26/7 43/1 44/6
45/17 48/2 48/13 49/5
58/2 65/9 81/8 102/17
109/3 115/14 118/13
118/14 118/18 148/21
149/24 150/12 151/19
151/20 153/8 154/24
168/22 173/7 176/12
177/7 177/7 177/8
180/5 180/5 188/17
211/16
**them [62]** 9/10 18/4
19/10 19/11 19/11
20/2 26/13 40/24 41/9
45/11 45/11 49/3
70/16 83/14 83/18
84/1 86/22 94/4 96/23
97/9 99/2 99/3 99/15
99/16 100/11 100/12
102/6 102/7 103/20
103/22 110/23 114/17
118/14 121/2 122/20
138/9 138/18 138/19
144/21 145/25 148/1
148/24 149/10 157/9
166/1 167/6 169/25
172/21 172/21 173/1
177/6 178/19 188/23
190/11 192/21 193/9

193/10 193/13 195/7
203/4 212/10 213/3
**themselves [2]**
148/18 215/25
**then [66]** 8/10 8/11
8/13 9/11 9/17 11/24
17/21 21/14 25/23
26/18 30/10 31/15
31/19 33/14 39/6
45/22 46/21 47/1 47/3
47/17 47/24 54/21
55/15 56/13 74/6
75/17 76/2 76/12
76/20 77/8 79/12
81/15 84/3 84/7 85/8
86/15 87/19 88/9
89/20 94/3 102/13
105/23 110/20 110/21
111/4 113/9 126/12
126/21 127/23 127/23
128/9 130/17 134/9
147/13 147/22 157/9
159/18 163/14 169/19
176/20 177/20 179/22
180/6 199/21 207/7
209/7
**theorist [1]** 140/17
**there [186]** 9/11
10/25 14/9 14/9 14/10
14/13 14/14 14/14
14/18 18/6 19/11
21/14 21/18 26/17
29/9 29/11 30/8 34/3
34/21 35/12 37/11
37/12 37/20 42/25
45/5 46/7 46/10 46/14
46/21 47/5 48/9 48/19
48/20 48/23 50/3 51/1
51/9 51/15 51/21
51/21 51/22 52/20
52/20 56/9 57/13
57/22 57/24 57/25
59/11 61/13 68/13
70/23 75/16 76/7 77/1
77/4 77/7 77/8 77/17
77/19 77/25 78/2
78/20 79/11 80/4
80/10 82/4 85/21
86/21 86/24 87/6
88/20 88/20 90/13
90/13 91/8 91/10 93/5
93/12 94/11 95/10
95/22 95/25 96/14
96/22 99/16 100/25
106/5 109/11 109/12
113/7 118/4 119/13
127/5 128/3 128/15
131/16 133/16 134/5
136/22 136/25 137/3
137/4 143/10 146/8
148/4 148/9 150/17
150/18 150/19 151/3

151/9 154/4 154/8
157/3 157/6 157/25
158/7 169/3 171/2
171/20 172/20 176/7
176/14 176/17 177/16
177/21 177/22 177/23
177/25 179/25 180/7
180/10 180/21 182/5
182/6 182/6 184/4
184/10 184/12 184/13
185/3 185/13 185/18
187/9 187/12 187/15
188/4 188/18 190/15
192/8 192/12 193/6
193/20 194/1 195/2
195/4 195/6 195/9
195/15 195/24 195/25
195/25 196/19 196/19
197/4 197/5 197/22
197/24 197/25 197/25
198/16 199/12 199/24
200/23 201/16 204/6
204/7 204/22 208/9
208/22 210/4 210/13
211/16 211/20 212/16
**there's [64]** 9/4 9/12
9/18 10/12 17/1 17/5
17/16 18/1 19/18 22/5
25/23 38/15 38/15
38/16 43/9 47/8 48/8
48/11 48/23 91/11
95/17 98/21 99/1
99/12 99/14 99/19
100/2 115/24 117/4
126/14 137/22 139/20
146/8 150/7 150/7
152/14 152/24 152/25
159/9 160/19 161/15
171/18 171/18 172/2
174/14 174/14 174/15
174/16 182/19 182/19
185/23 187/9 188/16
191/7 195/5 195/23
196/23 198/9 210/10
213/22 215/2 215/2
215/16 215/17
**Thereupon [6]** 5/3
69/2 72/1 156/2 162/2
216/8
**these [46]** 26/1 26/4
26/6 47/22 48/18 55/9
59/6 88/10 102/1
102/20 108/8 117/10
119/10 119/16 127/6
129/4 129/18 129/18
132/5 132/6 140/7
147/23 156/22 156/24
158/2 160/25 164/1
164/12 169/3 170/23
176/18 193/5 193/8
194/13 194/17 198/13
202/22 203/3 207/25

208/2 208/15 209/12
209/12 209/13 210/19
212/7
**they [217]**
**they'd [2]** 48/6
212/16
**they'll [3]** 5/19 12/17
51/4
**they're [40]** 12/15
19/9 19/10 25/22
29/23 47/3 48/7 58/3
67/6 67/7 70/5 70/16
70/16 73/9 73/13
78/17 85/12 86/18
87/2 88/4 99/15
100/10 124/2 132/8
134/20 134/24 139/23
147/7 147/8 149/1
149/2 149/6 149/22
149/23 156/19 161/14
171/13 183/21 183/22
211/24
**they've [2]** 187/23
212/7
**thing [20]** 7/12
18/19 18/20 19/10
38/17 80/14 105/24
126/19 135/11 158/11
172/22 173/2 180/9
197/19 208/6 208/6
208/12 208/23 208/23
210/7
**things [30]** 43/9
65/13 78/14 79/6
79/10 102/20 122/2
125/18 129/4 137/19
149/13 151/18 153/10
172/9 172/11 178/11
179/16 179/18 182/21
183/7 186/17 187/6
192/19 205/2 208/2
208/3 208/15 209/12
210/19 214/5
**think [82]** 5/12
10/12 12/19 15/11
16/19 17/16 18/5
18/23 23/16 26/17
29/10 30/14 34/5
34/24 34/25 35/1 35/5
41/1 44/5 48/22 48/23
53/23 67/20 70/15
71/7 74/1 82/19 85/19
87/11 99/5 102/8
110/4 125/3 131/12
131/13 135/9 135/10
135/13 135/22 135/23
136/22 147/9 147/10
150/16 152/13 157/1
158/11 167/20 167/23
169/13 171/15 171/23
176/4 176/9 177/10
177/11 177/25 179/9

180/4 180/12 182/6
182/10 182/19 183/4
185/11 186/23 190/12
195/11 196/23 197/9
197/25 200/25 201/8
201/9 204/20 209/9
210/13 210/22 211/22
213/9 214/21 215/5
**thinking [3]** 18/11
112/13 158/13
**thinks [2]** 98/13
215/4
**third [6]** 75/8 79/20
109/15 178/2 187/16
195/9
**this [334]**
**Thomas [2]** 2/2
175/15
**those [52]** 14/22
30/11 31/16 37/25
40/12 41/8 41/12
41/19 45/10 45/17
61/19 63/12 66/11
84/10 89/2 91/21
117/1 120/21 130/3
130/8 130/11 130/20
130/24 131/2 131/7
134/5 145/11 145/16
147/3 147/25 148/23
149/23 150/21 151/1
151/14 160/14 161/9
165/25 168/5 169/8
176/15 176/16 185/6
185/17 187/21 189/18
189/19 192/2 194/1
210/14 210/17 214/4
**though [4]** 99/13
177/4 177/9 177/13
**thought [16]** 11/17
11/23 14/16 20/3
42/11 49/3 70/2 88/10
103/7 115/21 147/13
177/22 179/4 195/9
196/19 200/22
**thread [1]** 36/15
**threat [1]** 150/12
**three [25]** 7/24
52/13 67/14 92/22
92/23 101/22 106/24
137/12 149/10 149/10
149/11 149/11 149/19
149/21 149/21 161/6
164/9 167/23 172/21
176/23 177/1 177/15
183/3 187/6 187/21
**through [19]** 10/5
10/8 30/21 31/23 32/1
32/3 35/10 36/8 41/7
41/7 51/14 79/25 80/1
87/5 120/15 149/24
192/17 192/19 206/5
**throughout [5]**

**T**

**throughout... [5]**
69/17 77/16 84/10
107/22 211/12
**throw [1]** 105/24
**Thursday [2]** 101/17
101/18
**ticket [1]** 44/16
**tickets [1]** 201/3
**till [2]** 38/6 72/7
**time [78]** 5/20 8/20
16/21 18/5 18/13 20/3
20/7 21/19 33/6 33/14
36/7 36/9 38/10 39/10
43/4 48/24 49/4 49/8
50/15 56/16 65/17
66/2 66/8 69/7 77/16
77/19 78/3 78/13
78/20 80/25 81/13
84/6 85/1 86/4 86/20
91/5 96/5 98/18 99/10
106/5 106/25 128/1
130/22 135/1 141/10
141/17 145/8 150/16
151/10 151/22 156/6
159/11 162/13 176/14
176/25 177/23 185/22
187/25 190/11 190/14
190/19 190/21 190/22
192/18 193/22 194/2
194/2 196/1 202/12
204/13 204/16 204/17
204/18 206/1 206/12
207/3 213/7 213/23
**timeframe [3]** 67/13
136/17 202/17
**times [1]** 177/6
**timing [2]** 190/5
191/12
**tip [1]** 153/3
**tips [2]** 177/7 177/10
**title [1]** 68/7
**Tobacco [2]** 127/18
200/3
**today [13]** 4/22 5/14
6/23 65/15 86/5 89/19
110/1 150/5 152/8
155/15 173/20 177/6
178/3
**together [4]** 80/1
86/19 127/15 152/22
**told [37]** 21/15
46/18 46/22 48/7
48/11 48/15 49/16
49/25 50/1 50/2 66/3
72/3 78/16 81/24 82/1
84/25 85/14 91/7
100/8 100/8 110/21
111/5 114/17 119/22
119/25 138/18 143/12
151/6 169/13 169/23

171/7 173/1 179/9
193/23 195/24 210/22
216/2
**tomato [2]** 148/9
148/9
**tomato/tomato [1]**
148/9
**Tommy [2]** 99/9
99/17
**tomorrow [7]** 4/19
5/10 81/23 213/22
213/24 214/2 214/7
**tone [3]** 15/3 15/16
16/8
**tonight [1]** 179/9
**too [6]** 141/13
185/23 204/6 212/15
212/21 213/11
**took [23]** 20/13
41/11 41/12 42/22
43/1 43/14 49/14 54/1
120/14 139/12 139/21
148/19 160/11 160/13
165/25 170/20 172/10
172/17 179/2 185/10
192/6 198/5 213/22
**top [8]** 31/25 41/20
133/24 183/15 197/9
199/24 200/1 200/25
**topics [1]** 210/17
**total [1]** 80/6
**touched [3]** 131/12
131/13 157/8
**touching [1]** 70/10
**tourists [2]** 185/6
185/15
**towards [1]** 165/25
**Tower [11]** 54/11
55/18 60/3 122/6
153/13 153/17 205/5
206/9 206/10 208/24
208/25
**town [2]** 50/5 183/16
**traffic [2]** 130/14
130/14
**trained [1]** 77/24
**training [12]** 7/14
76/21 76/21 175/18
175/20 175/22 175/23
176/4 176/6 176/8
176/22 176/23
**transaction [1]**
200/9
**transcription [1]**
216/13
**traveling [1]** 76/15
**trial [7]** 1/8 5/16
18/18 67/15 69/18
69/20 214/4
**tried [2]** 156/22
169/14
**trouble [1]** 156/23

**truck [2]** 122/9
154/3
**true [25]** 37/22
56/24 60/23 137/9
138/2 138/5 138/7
138/11 139/14 140/15
140/25 141/6 141/19
142/22 142/24 143/12
143/16 146/16 147/2
147/22 148/2 156/15
157/7 158/14 216/2
**truly [1]** 19/7
**Trump [1]** 84/9
**trust [3]** 36/4 137/25
196/10
**truth [4]** 143/20
154/15 154/19 154/20
**try [7]** 12/6 66/25
73/22 80/13 83/7
106/23 158/11
**trying [17]** 23/7
49/15 49/17 49/19
49/21 49/22 50/7 58/2
65/5 82/16 88/4 98/11
103/22 107/9 117/10
165/24 204/5
**tuck [1]** 46/10
**TUESDAY [2]** 4/1
72/15
**turn [6]** 80/2 125/18
126/24 131/21 132/24
139/19
**turned [1]** 83/18
**Turner [1]** 79/18
**twelve [1]** 134/17
**two [54]** 7/19 15/24
29/10 29/11 34/13
36/9 40/12 47/22
48/23 51/11 52/11
56/9 67/12 77/11 79/1
100/16 100/17 101/22
102/3 102/15 102/24
105/13 106/24 115/18
120/18 120/21 129/18
130/14 134/4 134/10
146/8 146/8 160/14
161/14 163/3 167/17
167/23 170/18 172/19
176/7 177/17 177/18
177/21 179/15 181/12
182/10 182/11 182/25
185/21 187/9 195/5
195/22 197/22 214/21
**type [10]** 20/5 70/8
70/14 140/2 176/18
197/19 204/11 208/2
213/15 213/16
**types [2]** 140/7
161/8
**typically [1]** 37/25

**U**

**U.S [7]** 80/23 168/7
214/23 215/3 215/11
215/24 216/4
**ultimately [10]** 8/13
15/6 16/9 19/6 25/18
37/9 43/14 137/9
148/4 157/3
**unbeknownst [2]**
138/14 215/3
**uncomfortable [8]**
19/5 178/24 179/6
182/1 183/7 183/8
183/14 185/1
**under [21]** 24/6
30/25 44/20 45/13
46/10 58/3 79/3 82/23
84/3 96/10 97/8
104/20 121/10 121/16
126/20 132/6 153/6
157/20 185/6 185/17
186/6
**undercover [1]** 8/8
**underlying [1]** 193/2
**underneath [2]**
12/10 185/16
**understand [14]**
12/13 12/17 12/19
16/7 19/4 47/13 51/15
53/25 64/8 84/11
121/20 152/3 161/15
178/19
**understanding [11]**
21/8 24/10 24/14
24/15 24/17 24/21
26/4 38/13 70/21 94/9
111/14
**unduly [2]** 22/24
65/10
**unethical [1]** 183/25
**unfair [1]** 14/16
**unfortunately [5]**
5/17 76/16 81/4 81/11
82/8
**unhighlighted [1]**
213/11
**uniform [2]** 79/17
171/10
**uniformed [1]** 35/3
**Union [2]** 122/13
122/15
**unique [1]** 79/9
**unit [6]** 75/24 99/8
99/10 102/10 102/11
106/14
**UNITED [9]** 1/1 1/9
76/24 78/8 150/13
167/22 168/2 215/9
215/16
**units [1]** 109/11
**University [2]**

175/14 175/15
**unknown [1]** 61/13
**unlawful [1]** 30/22
**unlawfully [2]** 33/8
33/16
**Unless [1]** 128/22
**unlike [1]** 152/14
**unmarked [1]** 86/9
**unnamed [1]** 116/2
**unquote [2]** 118/18
134/23
**unresponsive [1]**
132/20
**unrest [1]** 11/6
**until [5]** 5/16 24/9
71/16 195/21 213/22
**unusual [2]** 86/18
87/4
**up [86]** 8/15 9/12
15/25 20/25 26/24
31/20 35/16 37/20
39/9 39/22 39/22
43/18 44/4 46/13
48/15 50/23 51/22
52/20 59/15 63/6 63/7
65/5 67/3 67/10 69/6
75/22 75/22 76/2 79/5
83/2 84/7 85/7 92/22
102/13 110/2 110/3
111/23 112/10 126/2
127/24 134/25 136/14
139/14 139/19 143/13
144/13 148/21 157/4
157/10 157/10 158/5
158/7 159/8 159/19
160/5 166/16 167/9
171/5 172/18 177/17
180/7 183/20 183/21
183/21 183/21 184/10
184/14 184/24 186/18
187/16 187/25 190/1
191/23 192/7 193/22
194/1 195/3 195/6
195/9 195/15 197/4
199/7 204/23 211/2
211/17 212/4
**update [1]** 206/3
**updated [1]** 5/18
**upon [2]** 37/7 49/16
**upset [4]** 21/21 66/4
151/4 191/7
**upsetting [1]** 21/16
**upstairs [2]** 43/19
46/21
**Uriarte [2]** 39/20
41/10
**us [27]** 5/19 5/21
18/17 70/25 83/23
94/9 97/19 98/10
102/16 102/16 114/9
114/25 115/19 165/21
166/14 171/3 174/3

**U**

**us... [10]** 175/19
179/22 179/25 180/1
182/4 183/21 183/22
184/6 187/18 206/4
**use [19]** 24/6 24/6
60/21 64/16 78/12
125/14 125/15 138/9
158/6 158/7 158/10
160/5 160/14 166/6
177/5 179/6 192/14
192/16 192/17
**used [7]** 17/19 93/12
98/1 138/12 177/4
177/5 195/17
**uses [2]** 78/22
145/10
**using [6]** 31/3 67/13
122/20 123/4 123/16
144/22
**usually [3]** 47/5
69/16 192/15
**usurpation [2]** 30/22
31/4
**usurping [1]** 58/9
**utilized [1]** 211/2

**V**

**vacate [1]** 154/4
**vacation [11]** 211/17
211/17 211/18 211/21
211/23 212/1 212/2
212/5 212/8 212/11
212/16
**vaccinated [2]** 138/6
138/9
**valet [6]** 122/19
123/2 123/3 123/16
123/17 124/16
**value [1]** 216/5
**variety [2]** 23/23
213/15
**various [2]** 31/5
213/2
**vehicle [2]** 86/14
143/9
**vendors [1]** 7/13
**ventured [1]** 78/17
**Versailles [1]** 171/8
**version [1]** 45/20
**versus [1]** 4/8
**very [54]** 14/24
31/25 41/4 58/19
59/21 60/21 64/5
66/18 66/18 76/15
78/24 79/2 79/9 79/12
79/25 81/16 85/6
85/12 86/18 86/23
87/7 90/3 90/12 91/24
91/25 92/21 92/23
93/3 94/2 102/20
105/20 105/22 114/13

114/22 115/3 117/22
120/7 127/4 128/3
152/21 157/6 159/8
164/8 166/25 171/13
171/13 171/19 172/3
173/4 175/21 179/18
185/11 195/20 200/25
**veto [1]** 53/7
**Vicky [2]** 26/11
26/21
**victimizing [1]** 11/4
**victims [1]** 149/4
**Victor [1]** 74/22
**Victoria [1]** 23/23
**video [16]** 13/17
13/20 17/10 19/25
20/1 22/10 46/1 47/12
102/8 103/22 116/11
117/18 117/18 117/25
118/1 125/12
**videos [1]** 22/15
**Viernes [5]** 98/24
98/25 100/3 100/14
101/1
**view [7]** 38/17 38/19
41/15 41/16 116/2
145/15 205/11
**violate [4]** 57/12
97/25 113/23 113/24
**violated [1]** 54/16
**violating [4]** 103/14
152/15 152/24 152/25
**violation [15]** 31/1
31/16 31/17 45/17
45/18 59/22 99/20
101/8 104/1 109/12
109/13 145/9 145/11
145/19 204/11
**violations [15]**
14/13 21/19 24/5 24/7
42/12 102/10 104/21
130/17 130/24 131/2
131/5 144/25 145/4
162/23 201/3
**violence [2]** 81/4
81/10
**violent [1]** 48/20
**Virginia [1]** 176/7
**visit [5]** 53/21 56/4
195/4 195/4 200/5
**visited [5]** 102/25
107/3 129/25 193/11
195/15
**visitor [1]** 140/16
**visitors [2]** 10/4 61/8
**voice [1]** 83/17
**voicemail [1]** 81/19
**voluntarily [3]**
121/11 121/12 121/13
**vote [4]** 149/18
149/23 161/5 195/24
**voted [8]** 53/2 57/21

149/15 158/19 159/16
161/3 195/10 195/12
**voter [3]** 195/14
195/19 196/3
**votes [3]** 57/1
149/21 149/23
**voting [2]** 195/11
195/25

**W**

**wag [1]** 145/21
**wait [8]** 5/5 91/11
115/24 115/24 145/17
151/25 169/20 181/4
**waited [1]** 143/10
**waiting [2]** 151/25
156/9
**Walden [1]** 76/8
**walk [2]** 44/4 125/8
**wandering [1]** 198/3
**wannabe [1]** 153/8
**want [77]** 9/15 9/20
10/15 10/19 11/18
13/13 14/18 14/18
15/5 15/11 16/7 17/16
18/11 18/22 20/5
22/24 28/11 28/11
30/7 34/3 34/4 41/20
42/6 45/1 46/12 46/22
47/25 49/6 52/6 53/25
57/13 69/3 69/6 69/6
69/7 69/25 70/6 70/7
73/17 80/19 82/5 84/5
113/25 114/7 114/20
116/10 118/13 129/11
131/15 135/4 138/9
153/7 154/14 156/8
156/11 158/24 159/10
160/13 161/7 162/5
178/25 179/1 182/5
183/6 184/25 185/8
185/15 188/15 198/12
200/21 200/22 203/6
206/5 206/5 209/14
209/16 210/6
**wanted [52]** 11/11
19/2 19/7 20/2 20/16
21/9 34/15 35/7 43/7
49/3 49/5 69/3 73/8
82/18 82/25 91/6
98/12 102/14 102/16
102/16 102/25 105/25
114/17 114/22 114/24
115/6 115/8 115/8
137/13 138/5 138/7
144/8 155/1 157/10
167/6 171/16 171/20
171/23 178/12 179/4
183/18 184/6 184/11
186/18 192/5 192/11
193/6 193/24 196/10
203/4 203/12 211/10

**wants [9]** 69/21
69/23 70/13 99/15
99/16 118/14 211/18
215/1 216/3
**warned [4]** 90/14
90/23 93/6 151/3
**warning [1]** 92/18
**warnings [5]** 90/6
90/11 91/18 91/21
92/9
**was [558]**
**washing [1]** 192/21
**Washington [1]**
168/4
**wasn't [27]** 42/17
42/24 43/6 43/7 43/9
56/9 56/20 56/24 57/4
82/5 82/6 82/25 107/9
107/17 122/12 148/23
149/19 150/12 150/17
153/5 161/6 163/23
178/17 198/6 209/5
210/22 211/1
**waste [1]** 180/12
**watch [4]** 98/1
103/21 117/18 214/3
**watched [1]** 22/13
**watching [3]** 37/23
184/1 184/3
**water [1]** 153/6
**way [23]** 8/15 17/20
18/9 19/4 21/1 21/21
25/5 25/16 25/22
29/11 43/12 55/9
69/24 75/22 75/22
78/14 86/8 109/25
153/2 158/1 158/14
183/17 185/12
**we [213]** 5/5 5/11
5/15 5/16 5/17 5/18
7/5 7/5 7/13 10/17
10/18 11/1 11/3 13/16
14/22 16/24 17/3
17/23 18/13 18/15
18/15 18/16 18/18
19/17 20/8 20/9 22/7
22/13 22/14 22/20
22/20 22/22 23/1
23/16 24/25 26/16
27/2 27/6 27/10 28/6
29/11 30/10 31/16
31/17 31/19 34/5
35/16 39/7 39/13
40/20 41/3 41/7 45/24
46/6 46/25 47/1 47/2
48/16 48/17 48/22
49/8 49/9 50/14 51/14
57/22 63/4 64/16 65/3
65/21 66/14 66/24
67/3 69/15 70/21
70/23 70/23 71/8
71/10 71/11 71/17

75/24 76/2 79/2 79/4
79/11 79/22 79/23
79/24 79/25 80/1 80/2
80/4 80/4 81/3 81/5
81/11 81/11 82/14
83/1 83/23 83/24
86/11 86/20 87/5
93/17 99/2 101/6
102/20 102/21 103/4
103/24 104/8 105/14
105/24 106/18 107/10
107/10 107/11 110/4
110/5 114/13 115/2
115/3 115/11 116/10
116/14 117/23 120/7
121/9 121/22 126/13
134/2 134/17 136/21
142/13 144/21 147/7
147/10 147/11 148/17
149/16 153/2 155/21
156/5 156/12 156/15
157/3 159/17 161/4
164/13 166/10 166/15
170/24 171/18 171/21
171/23 171/23 171/24
172/3 172/4 172/6
172/24 173/5 173/12
173/16 176/2 177/22
180/11 182/11 182/11
183/15 183/17 184/14
185/22 187/16 187/19
187/20 187/23 187/24
188/9 188/15 188/23
190/14 190/22 191/6
192/7 192/10 195/15
197/3 197/11 198/13
201/1 201/23 201/24
203/10 203/14 203/20
203/23 204/23 205/12
205/24 209/11 212/18
214/10 214/11 214/19
214/22 215/10 215/19
215/22 215/23 216/6
**we'd [5]** 46/19 46/19
46/20 160/3 190/1
**we'll [22]** 22/2 23/17
29/10 35/16 38/4 38/4
39/22 46/13 46/25
66/22 71/5 71/16
72/9 103/23 103/23
134/5 155/22 155/25
192/2 214/1 214/2
214/7
**we're [51]** 4/19 4/22
5/1 5/10 5/21 18/23
19/9 20/5 20/6 27/3
43/3 48/21 49/2 49/6
49/7 50/10 63/7 65/21
66/24 67/14 68/22
71/14 72/3 72/5 72/6
72/10 81/5 81/17

**W**

**we're... [23]** 110/6
113/2 113/23 113/24
121/19 124/3 140/21
141/9 143/5 157/4
164/11 168/8 173/8
184/21 188/18 189/2
189/3 194/4 204/5
204/25 211/25 213/21
213/23

**we've [14]** 65/20
112/2 133/24 134/9
134/10 158/2 169/23
178/3 187/19 187/20
203/11 204/3 204/12
214/15

**weaponization [3]**
145/1 150/10 150/11

**weaponizing [3]**
119/2 119/4 166/2

**wedding [2]** 98/20
171/6

**Wednesday [1]** 82/1

**week [7]** 5/19 41/1
48/3 176/23 177/1
195/22 211/18

**weekend [6]** 209/7
209/11 209/15 209/17
213/4 213/14

**weeks [2]** 82/15
211/24

**welcome [1]** 135/6

**welcomed [1]** 21/14

**welfare [2]** 61/7
61/15

**well [99]** 4/18 5/18
9/4 9/19 10/4 11/8
11/17 12/8 14/9 15/3
16/7 17/16 18/22 23/3
25/16 30/16 31/11
33/10 34/3 34/20 38/4
38/8 39/13 44/2 45/11
46/11 46/13 48/9
51/24 56/11 56/17
57/1 57/9 57/19 57/22
59/2 59/4 61/8 67/5
68/25 75/5 77/21 82/3
84/22 85/4 89/21 90/3
93/5 99/17 99/18
101/15 101/22 102/7
103/20 105/16 106/12
109/20 110/20 112/17
114/11 115/15 118/12
128/1 132/18 136/8
141/13 149/8 151/7
153/12 154/6 165/23
166/14 167/5 169/11
171/5 175/20 176/5
176/9 178/17 178/21
180/17 181/25 183/9
184/11 186/3 187/21

190/21 191/12 192/14
195/3 196/19 197/8
198/2 199/21 202/23
204/11 211/13 213/5
214/25

**well-being [2]** 10/4
11/8

**went [54]** 8/6 18/18
20/13 37/16 43/14
46/14 46/17 46/23
48/18 49/13 51/14
75/17 76/10 76/12
76/19 76/20 77/1 77/4
77/7 77/22 77/24 78/2
79/25 80/1 80/3 85/13
86/11 124/24 149/16
158/7 159/17 159/18
161/4 163/21 171/10
176/7 176/9 176/15
183/23 184/18 190/20
190/21 190/22 193/21
193/22 193/22 194/1
195/6 195/6 195/9
195/15 196/1 196/9
196/10

**were [206]** 7/22
8/17 8/24 8/25 10/17
11/12 11/15 12/1 12/4
13/2 14/5 14/13 14/15
16/5 17/18 18/6 19/13
20/4 21/14 21/15
21/17 23/17 25/8
25/15 26/1 26/6 29/24
31/10 32/6 32/15
32/23 33/23 34/5
34/17 35/6 35/14 37/4
37/11 37/14 37/20
37/23 39/12 40/12
41/24 42/11 43/23
43/24 48/15 49/5 50/1
50/2 50/20 50/23 51/7
51/11 51/15 52/20
52/23 54/4 54/10 60/4
60/10 63/4 68/17
78/10 78/11 78/14
79/2 79/4 79/11 80/4
80/10 80/10 82/3 82/4
84/11 84/18 85/22
85/25 86/23 88/3 88/3
88/17 88/18 88/21
88/24 89/2 89/6 90/6
90/11 90/13 90/13
90/23 91/21 92/21
92/23 93/3 94/10
96/14 96/22 97/8
97/24 100/8 100/25
102/3 102/3 103/14
104/20 105/2 106/13
107/9 107/16 109/11
110/18 113/18 117/7
117/22 119/20 120/2
129/25 130/6 130/8

130/9 130/12 130/20
130/21 130/24 130/25
131/2 131/3 131/7
131/8 132/14 135/8
136/11 137/4 137/9
137/19 138/20 139/2
140/15 140/16 141/1
141/19 141/20 142/11
143/8 143/16 146/8
148/1 149/9 151/3
151/9 151/23 152/23
154/23 154/24 160/22
160/24 163/4 163/6
163/6 163/16 163/17
164/6 164/8 165/10
165/12 166/4 166/14
169/3 169/25 169/25
171/24 172/6 176/18
177/23 179/14 180/21
180/21 182/6 182/14
183/17 185/3 186/24
187/15 189/23 190/15
192/7 193/5 193/6
193/7 193/20 197/22
197/24 198/15 199/20
201/17 202/13 204/6
205/4 205/9 205/24
210/14 210/18 214/19

**weren't [8]** 54/13
54/15 54/17 55/19
78/13 130/11 137/4
186/20

**what [262]**

**what's [32]** 15/22
18/12 18/24 19/6
20/19 38/17 45/4
50/16 59/20 70/3
81/12 106/14 112/25
118/16 122/4 124/8
125/6 128/13 139/3
146/11 147/19 153/3
153/6 153/9 155/7
180/16 181/2 184/19
186/1 186/11 187/3
211/10

**whatever [14]** 11/23
21/18 21/19 43/15
50/3 98/13 99/16
117/5 117/6 154/22
187/10 188/12 189/12
215/4

**whatnot [1]** 40/18

**whatsoever [6]**
153/11 155/4 159/12
187/8 199/3 200/15

**wheel [1]** 184/14

**when [120]** 7/4 7/16
7/17 7/20 7/25 8/17
8/21 8/22 8/25 11/10
11/15 11/20 11/25
12/4 12/16 13/2 14/1
14/5 16/21 17/24 18/2

18/4 18/8 21/7 21/13
26/1 26/8 27/12 30/2
33/23 38/24 39/10
42/7 44/6 44/12 46/20
46/21 47/5 47/9 47/19
48/16 50/11 51/3
55/12 56/2 56/11
57/15 58/9 63/4 63/18
76/9 79/25 82/6 83/17
86/21 87/18 87/23
88/1 90/23 91/11
98/12 104/15 106/15
109/12 112/20 114/16
118/12 121/20 122/12
127/7 129/10 129/14
129/20 136/5 136/11
136/14 140/15 141/7
141/11 141/19 147/3
147/4 149/22 151/23
152/16 152/21 154/25
156/21 157/3 163/23
164/4 170/4 171/7
173/5 173/6 177/6
178/6 178/6 178/8
180/21 180/21 181/18
182/9 184/24 187/12
187/18 190/13 191/16
192/9 193/11 194/8
194/12 195/3 195/4
195/15 202/13 210/20
210/21 211/15 212/9

**whenever [2]** 71/17
106/25

**where [61]** 6/17
9/12 9/15 10/12 10/12
11/18 12/19 14/5
18/15 37/16 41/20
42/8 47/17 70/16 75/6
75/24 76/4 76/5 76/21
77/2 77/23 77/25
79/23 79/24 80/25
81/13 84/24 88/17
92/8 95/12 95/12
95/23 100/15 102/14
103/8 106/5 106/13
106/22 122/15 123/20
123/25 126/25 139/15
143/2 143/23 144/5
145/5 148/7 148/10
157/4 161/12 185/3
185/9 187/13 187/19
188/24 193/8 193/13
199/19 209/17 211/6

**wherever [1]** 45/14

**whether [23]** 7/7
11/12 12/12 14/23
50/2 51/1 51/9 51/17
51/22 54/1 59/12 69/5
69/11 87/24 145/17
148/5 152/7 158/14
188/11 189/19 189/20
212/6 216/2

**which [60]** 4/22 5/15
24/24 26/25 28/20
29/15 32/6 40/2 45/18
48/22 53/3 57/12
61/10 65/6 66/19
67/21 67/23 73/15
75/8 75/14 75/17
76/22 77/2 77/15 78/1
78/1 79/8 80/8 81/25
82/22 82/23 83/20
83/25 85/5 86/11
88/12 96/19 99/7
105/24 113/25 114/19
129/14 142/17 144/8
145/24 146/9 153/9
167/23 172/12 182/23
188/1 189/6 190/2
200/8 201/23 202/17
209/18 210/17 211/17
213/9

**while [19]** 5/5 19/13
32/15 32/23 63/7
68/13 72/5 72/8 77/17
80/10 84/18 105/2
136/22 137/3 138/17
141/1 142/3 159/6
159/12

**whims [1]** 144/10

**whistle [2]** 162/22
167/6

**whistleblower [1]**
144/14

**whistleblowing [1]**
170/9

**white [7]** 139/15
140/3 147/14 147/14
153/1 188/12 189/14

**who [76]** 8/17 8/20
9/23 11/4 12/21 12/24
16/12 16/16 18/19
19/1 19/3 19/7 20/25
21/4 29/5 30/14 35/23
39/9 41/12 48/13
52/23 53/9 53/12
54/19 55/3 55/7 57/19
58/7 66/16 77/17
80/16 81/14 85/6 86/4
90/19 97/4 99/10
99/22 101/24 102/16
102/16 109/9 109/22
112/20 113/8 114/9
133/2 138/5 140/9
140/17 146/5 149/15
151/6 152/13 162/13
162/15 163/4 163/20
166/15 167/24 168/2
168/9 168/21 169/6
169/6 172/2 179/11
184/11 197/7 205/2
205/25 211/17 214/16
214/19 215/15 215/21

**who's [7]** 48/19

**W**

**who's... [6]** 109/23
109/24 110/1 117/21
149/12 207/17

**whole [8]** 126/18
149/1 149/1 203/17
204/13 210/7 211/12
212/17

**wholehearted [1]**
212/24

**whom [2]** 6/19 6/21

**whose [1]** 206/13

**why [39]** 6/23 9/4
12/7 12/20 18/25
25/15 27/23 28/5
31/10 43/7 48/14
80/19 82/22 88/21
90/13 94/9 94/10
96/13 104/6 104/8
104/8 104/15 106/8
107/16 107/18 112/13
113/18 113/18 143/5
157/18 158/15 169/25
169/25 180/24 185/15
194/23 198/3 200/22
203/6

**wide [2]** 107/23
131/10

**wife [12]** 6/22 69/16
69/17 69/23 78/16
82/11 82/14 82/15
82/25 84/25 98/19
124/18

**will [40]** 19/25 20/11
23/11 46/25 47/1 47/2
47/10 47/10 47/11
47/20 48/22 49/11
59/24 67/2 72/7 90/16
91/24 91/25 92/1
102/17 108/11 109/11
139/25 141/10 144/4
144/9 144/11 144/16
146/1 147/8 149/4
154/22 160/17 187/24
189/10 190/25 195/5
212/20 213/23 215/12

**WILLIAM [4]** 1/4 4/8
192/8 212/25

**Williams [1]** 65/8

**within [7]** 9/23
21/17 25/1 42/12 54/2
169/4 173/3

**without [16]** 43/19
43/24 54/12 54/22
55/3 55/7 55/18
143/18 151/20 151/21
153/8 153/10 153/18
155/3 155/4 156/21

**withstand [1]** 80/5

**witness [21]** 6/3
22/8 64/6 64/14 64/15

64/16 65/14 74/13
74/17 102/6 106/18
114/12 116/1 153/22
156/18 174/18 175/1
204/16 204/19 214/23
215/21

**witnessed [6]**
101/22 102/7 102/15
150/21 163/11 167/8

**witnesses [4]** 3/2
148/16 215/8 215/15

**witnessing [1]**
169/12

**wives [1]** 70/1

**women [2]** 10/6 83/6

**won [3]** 144/14
181/23 182/9

**won't [1]** 67/8

**wonderful [2]**
172/22 173/1

**wondering [1]**
128/15

**word [6]** 31/22 32/1
56/7 60/22 117/19
159/18

**words [8]** 11/25 12/8
15/24 50/22 56/12
87/8 124/5 135/16

**work [23]** 7/9 9/23
54/12 54/16 54/22
55/3 55/7 55/18 75/6
81/16 87/5 110/5
115/10 151/20 151/20
153/17 178/25 195/17
213/6 213/7 213/14
213/15 213/16

**workaround [1]**
103/23

**worked [21]** 7/25
8/2 8/8 8/8 8/12 8/15
17/22 18/12 75/22
75/23 75/24 76/7 76/7
78/3 95/12 95/24
167/24 178/6 178/8
184/11 211/15

**working [11]** 65/17
79/1 83/17 85/15
94/18 96/7 105/3
163/20 179/1 182/5
191/16

**works [5]** 108/10
108/10 179/23 179/24
180/1

**worksheet [1]** 43/13

**world [1]** 203/6

**worries [1]** 131/14

**worth [1]** 193/6

**would [105]** 9/5
9/14 10/16 10/18
10/19 10/20 10/24
10/25 11/3 11/5 11/8
11/11 11/14 11/18

11/23 11/25 12/4 12/6
13/7 16/9 16/10 16/24
17/19 17/21 24/23
30/10 31/15 31/17
34/21 34/22 34/25
35/1 37/24 41/12
41/25 42/2 42/7 42/11
45/18 45/19 46/24
47/8 47/16 47/17 48/5
48/21 52/6 52/6 53/7
56/13 57/12 58/2
60/11 60/12 65/13
69/25 70/2 71/7 72/4
75/20 78/4 79/19
83/12 84/4 85/20
89/23 91/10 93/4 93/5
95/12 101/9 104/9
105/24 113/14 119/1
135/13 136/6 138/7
145/7 145/7 149/9
152/18 164/9 178/23
182/12 182/15 182/23
182/25 183/3 185/21
185/23 190/14 190/22
192/14 192/14 192/16
198/21 200/7 202/13
203/2 203/6 203/20
204/20 210/11 210/14

**wouldn't [5]** 42/3
56/19 132/13 184/10
211/14

**wrap [1]** 204/23

**wrath [1]** 90/16

**wrestling [1]** 122/16

**write [14]** 27/23
38/5 38/6 44/16 46/9
51/4 54/4 54/4 56/21
56/22 57/15 58/6
72/11 126/20

**writing [13]** 46/9
48/6 48/8 48/9 48/11
60/4 126/17 127/24
162/12 162/15 162/21
167/1 170/11

**written [14]** 33/6
33/15 34/15 34/21
35/7 36/10 50/8 51/5
51/9 51/16 51/17
51/17 51/23 64/10

**wrong [8]** 18/17
35/22 99/6 103/10
155/13 155/16 183/25
201/17

**wrote [21]** 28/5 48/2
55/24 56/2 56/5 56/16
56/23 58/5 59/4 63/15
144/18 144/20 159/24
160/7 161/11 182/22
209/17 210/5 211/6
212/5 212/12

**Y**

**yeah [27]** 26/12
62/16 85/23 86/7
128/8 135/5 167/1
175/19 176/3 178/19
181/21 183/15 184/6
184/20 184/21 185/5
185/21 187/14 190/11
197/19 198/21 201/9
206/13 207/10 207/24
210/5 211/4

**year [17]** 75/12
76/14 77/7 79/1 80/23
82/23 94/18 175/21
180/9 180/10 180/10
182/15 210/9 211/12
211/16 212/7 212/17

**years [40]** 7/19 7/24
8/3 63/20 63/25 64/3
64/4 67/14 75/11
75/17 75/22 79/1 79/7
84/10 94/16 95/2
100/16 100/17 106/24
107/8 113/23 114/24
144/6 145/23 150/7
152/8 167/25 176/11
177/15 177/16 177/17
177/18 177/21 179/15
180/7 181/22 181/22
182/9 182/10 184/2

**yelled [2]** 138/20
138/23

**yelling [2]** 138/16
139/11

**yes [194]** 6/4 7/18
8/16 10/23 12/3 12/6
12/23 13/4 13/19
13/25 14/3 16/14
16/17 17/5 17/14
22/16 23/19 23/21
24/20 25/13 25/25
26/19 26/19 26/22
27/8 27/14 27/15 28/5
31/9 32/1 33/4 34/24
35/1 35/5 35/9 35/21
35/24 36/1 36/5 36/7
36/14 36/15 36/19
36/20 36/22 36/24
37/1 37/3 37/12 37/25
38/20 38/21 39/24
40/11 40/23 41/6
41/22 44/23 45/3 52/1
52/14 52/17 52/19
52/22 53/6 53/8 53/24
55/15 55/15 56/22
57/6 58/18 58/23
59/10 60/23 61/1
61/14 61/17 62/9 63/3
63/17 66/23 71/15
74/15 78/9 79/15
80/17 83/10 84/13

84/20 86/1 87/22 88/3
90/7 91/16 91/20
92/13 97/9 97/19 97/25
98/9 101/13 101/20
106/7 108/6 108/18
110/2 110/14 110/17
111/16 111/19 112/10
113/12 114/8 115/15
117/1 117/1 117/13
120/4 121/12 121/23
124/9 124/12 125/9
125/9 126/5 126/7
126/18 126/23 127/3
127/22 129/1 129/11
129/12 129/17 129/24
130/2 130/7 130/16
130/19 131/6 131/19
132/1 132/4 134/1
134/4 134/8 134/20
134/24 135/14 135/15
135/17 136/4 136/14
136/15 137/2 139/13
139/17 139/24 140/3
141/18 143/5 146/13
146/15 147/6 150/24
154/17 154/20 155/2
155/2 162/17 165/11
165/19 166/8 167/17
169/5 173/17 176/1
178/5 180/23 189/8
189/11 191/23 196/7
197/6 206/1 206/9
207/21 208/6 208/8
208/12 208/14 208/17
209/9 214/14

**yesterday [2]** 86/24
91/5

**yet [7]** 56/8 56/12
86/10 142/20 149/14
195/2 201/1

**York [1]** 81/1

**you [1016]**

**you were [55]** 8/17
8/25 11/15 12/1 12/4
13/2 16/5 18/6 19/13
20/4 23/17 32/15
32/23 34/17 35/6 37/4
37/11 37/14 37/20
37/23 41/24 43/23
49/5 51/11 54/4 54/10
80/10 84/11 84/18
85/22 85/25 90/23
105/2 113/18 119/20
135/8 137/4 137/19
138/20 139/2 140/15
141/1 141/19 141/20
143/8 143/16 152/23
160/22 165/10 165/12
169/3 180/21 185/3
189/23 198/15

**you'd [3]** 34/24
128/18 145/25

**Y**

**you'll [7]**  59/21
59/23 89/16 103/22
126/2 129/13 151/14
**you're [88]**  5/15
10/12 11/20 12/10
12/14 12/20 12/20
17/21 18/7 18/10
18/11 18/20 20/9
20/11 27/14 32/21
36/16 38/2 38/4 38/11
38/14 38/22 38/24
39/20 40/21 41/15
43/18 44/20 45/2
45/11 47/6 47/14
47/16 49/10 49/12
49/21 49/21 50/8
50/12 56/12 59/6
67/10 72/8 73/23 77/3
78/16 83/17 100/2
121/17 124/7 127/1
128/3 129/10 133/2
133/14 134/21 135/6
139/9 142/17 144/10
145/13 145/18 145/21
152/7 152/16 157/1
157/3 157/5 157/25
158/10 159/8 160/9
160/14 161/8 161/19
170/14 172/9 178/2
179/7 179/8 184/24
184/25 194/12 198/2
199/12 207/3 212/7
212/9
**you've [9]**  13/14
23/4 49/1 51/24 57/2
95/12 95/23 145/16
169/23
**your [387]**
**yours [1]**  150/4
**yourself [8]**  40/24
54/3 56/21 73/23 98/2
148/11 166/24 206/2
**yourselves [2]**  72/9
155/25

**Z**

**Zero [1]**  173/4
**Zoning [1]**  202/7
**Zoom [1]**  82/7