```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                       (FORT LAUDERDALE)
                      CASE NO.  18-CV-24190
 3

 4   WILLIAM FULLER and
     MARTIN PINILLA, II,
 5          Plaintiffs,               Fort Lauderdale, Florida
     vs.                              April 19, 2023
 6
     JOE CAROLLO,
 7          Defendant.
     -------------------------------------------------------
 8                          Trial Day 4
                  BEFORE THE HONORABLE RODNEY SMITH
 9                  UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                          Jeffrey W. Gutchess, Esq.,
                            Courtney Anne Caprio, Esq.,
12                          Joanna Niworowski, Esq.
                            Amanda Suarez, Esq.
13                          2121 NW 2nd Avenue, Suite 201
                            Miami, Florida  33127
14

15   FOR THE DEFENDANT:   KRINZMAN, HUSS,
                          LUBETSKY, FELDMAN & HOTTE, by:
16                          Mason A. Pertnoy, Esq.,
                            169 E. Flagler Street, Suite 500
17                          Miami, Florida  33131

18                        KUEHNE DAVIS LAW, by:
                            Benedict P. Kuehne, Esq.
19                          100 S.E. 2nd Street, Suite 3105
                            Miami, Florida  33131
20
                          SHUTTS & BOWEN, by:
21                          Marc D. Sarnoff, Esq.
                            200 S. Biscayne Blvd., Suite 4100
22                          Miami, Florida  33131

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                           Thomas E. Scott, Esq.
 3                         Amber C. Dawson, Esq.
                           9150 South Dadeland Blvd., Suite 1400
 4                         Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<u>**INDEX**</u>

<u>**PLAINTIFFS' WITNESSES:**</u>

|                     | <u>DIRECT</u> | <u>CROSS</u> | <u>REDIRECT</u> | <u>RECROSS</u> |
|---------------------|---------------|--------------|-----------------|----------------|
| RICHARD BLOM        | 9             | 20           | 104             |                |
| KEN RUSSELL         | 113           | 137          | 164             |                |
| JAMES M. MALONE     | 167           | 181          | 221             |                |
| ALAIN GARCIA        | 229           |              |                 |                |

<u>**PLAINTIFFS' EXHIBITS**</u>          **RECEIVED**

| PLAINTIFFS' EXHIBITS | RECEIVED |
|----------------------|----------|
| 40                   | 69       |
| 3                    | 173      |
| 265                  | 180      |
| 293, 316             | 237      |
| 344                  | 243      |
| 370                  | 253      |

<u>**DEFENDANT'S EXHIBITS**</u>          **RECEIVED**

| DEFENDANT'S EXHIBITS | RECEIVED |
|----------------------|----------|
| 593                  | 64       |
| 643                  | 207      |
| 16                   | 209      |
| 37                   | 210      |

```
 1              WEDNESDAY MORNING SESSION, APRIL 19, 2023

 2                     P-R-O-C-E-E-D-I-N-G-S

 3                           - - -

 4             (Call to the Order of the Court.)

 5             THE COURTROOM DEPUTY:  Case number 18-24190, United

 6   States of America versus Joe Carollo.  Counsel, please state

 7   your name and appearance for the record, starting with the

 8   Government?

 9             THE COURT:  Well, it would be the plaintiff.  It's a

10   civil.

11             THE COURTROOM DEPUTY:  Plaintiff.

12             MR. GUTCHESS:  Good morning, Your Honor.  Jeff

13   Gutchess, Courtney Caprio, and Amanda Suarez on behalf of the

14   plaintiffs.

15             THE COURT:  Good morning.

16             MR. PERTNOY:  Good morning, Your Honor.  Mason

17   Pertnoy, Ben Kuehne, Leah Garner, Amber Dawson, and Marc

18   Sarnoff on behalf of Commissioner Joe Carollo.

19             THE COURT:  Thank you.  You may be seated, everyone.

20   Who's the plaintiff calling next as to their witness?  Who's

21   your next witness?

22             MR. GUTCHESS:  Your Honor, sorry.  I couldn't hear.

23             THE COURT:  My mic was off.

24             MR. GUTCHESS:  What was the question?

25             THE COURT:  Who's your next witness?
```

1          MR. GUTCHESS:  Ritchie Blom is still on the stand,

2     Your Honor.

3          THE COURT:  After Mr. Blom, who's next?

4          MR. GUTCHESS:  After that, it's Commissioner Ken

5     Russell.

6          THE COURT:  How long is his testimony?

7          MR. GUTCHESS:  With me, I would say 45 minutes.

8          THE COURT:  Okay.

9          MR. GUTCHESS:  And I think, Your Honor, we have one

10    issue to raise regarding Matt Malone, another witness.  I think

11    Ms. Caprio would like to address it.

12          MS. CAPRIO:  Yes, Your Honor.  Good morning, Your

13    Honor.  Matt Malone was one of the witnesses that Your Honor

14    authorized to be -- to testify at trial during the calendar

15    call.  And we were coordinating dates with him for his

16    deposition, which you also authorized during the last week, the

17    interim week.  I think it was last week.  We texted him, we

18    emailed him, we had no response from him, so we finally served

19    a subpoena for his trial testimony which was served on Friday

20    to his son via substitute service.

21          We had no contact with him until yesterday when he

22    showed up pursuant to his subpoena to the Fort Lauderdale

23    courthouse and found out it was closed.

24          At that point, he finally reached out to us to let us

25    know he can testify today, that was the only day he can.  He

 1    had booked a nonrefundable travel for business, he leaves

 2    tomorrow.  We have 15 minutes we'd like to go through him.

 3    We'd like for him to testify today if Your Honor so allows.

 4            MR. PERTNOY:  Your Honor, we would oppose this.  This

 5    is one of the reasons we moved for a continuance.  This is

 6    highly prejudicial.

 7            In fact, when we raised this with you at the calendar

 8    call, we advised you that it wasn't until March 31st that

 9    Mr. Malone was even disclosed as a witness when they updated

10    their anticipated witnesses.

11            And, in fact, there's case law in the Southern

12    District, Lawson v. Plantation General Hospital LP, which talks

13    about late disclosed witnesses and where the Court even said in

14    Lawson, that even when you're given the opportunity to depose

15    them in the midst of trial, even that's unduly prejudicial

16    because you're preparing for trial.

17            Here, we all showed up at plaintiffs' counsel's office

18    on Friday to take the depositions that you allowed us to take.

19    Mr. Malone did not show up, and we should not have to allow him

20    to be testifying where it's effectively going to be trial by

21    ambush on a witness that was never disclosed until the very eve

22    of trial.  So we would vociferously object to this in that it

23    would cause significant undue prejudice to our case.

24            MS. CAPRIO:  Your Honor, if I may respond briefly?

25            THE COURT:  No.  I'm talking about my microphone, is

```
 1   it working?  Great.

 2          MS. CAPRIO:  Your Honor, if I can briefly respond.

 3   Defendants subpoenaed Matt Malone for his deposition.  We do

 4   not control him.  We tried to get in touch with him to have him

 5   show up as a request.  He did not.

 6          We also want to address the point about the late

 7   disclosures of a witness.  They have a witness, William Ortiz,

 8   who was also equally disclosed late and we have not objected to

 9   him testifying nor was he deposed in this case.

10          THE COURT:  I understand no deposition was even

11   sought after in this matter.  First of all, what does this

12   witness intend to testify about?

13          MS. CAPRIO:  He intends to testify about an exchange

14   that he had with Commissioner Carollo regarding a rum

15   distillery that he wanted to put on our client's property and

16   Mr. Carollo had told him he could do it anywhere in Little

17   Havana, but on Mr. Fuller's property.  We have a text message

18   to that effect, and we have also the contract for the

19   distillery that was presented to our clients that was thwarted

20   by Mr. Carollo.

21          THE COURT:  Have you given that text message to the

22   defense?

23          MS. CAPRIO:  Yes, Your Honor.

24          MR. PERTNOY:  Your Honor, can I speak to that point

25   though?  That information was provided to us pursuant to
```

Magistrate Louis' order for them to update and provide all of
their damage materials, and that was provided to us after the
close of the discovery in January of this year.  So, we didn't
even learn of it until well after discovery.

And now they want to say, well, we didn't subpoena
their witness who they're wanting to use for their damages and
everything else where you told them to make him available for
deposition.  For him to not show up there, but then magically
appear here, that is unduly prejudicial.

THE COURT:  First of all, it's not unduly prejudicial
by any stretch of the imagination.  He went to the courthouse
in Fort Lauderdale without knowing that the courthouse had
flood issues as well.  You were aware who this witness was, as
well, and unfortunately, it is what it is.  There's no undue
prejudice by any stretch of the imagination here.

You can talk to him before he takes the stand.  I will
give you -- you can do it over the break, if you will, and you
can get the substance of what he's going to be testifying to.
There's no surprise what he's going to state here before the
Court at all.

With that said, you can the bring jurors so we can
move forward with this.

MS. CAPRIO:  Thank you, Your Honor.

MR. KUEHNE:  Your Honor, I have one brief matter I
want to mention?

1          THE COURT:  We can address it after we're done with

2   the jury.

3          MR. KUEHNE:  Yes, Judge.

4       (Thereupon, the jury entered the courtroom.)

5          THE COURT:  All right.  You may be seated everyone.

6   Good morning, ladies and gentlemen of the jury.  How's

7   everyone?  Well rested?  Everyone ready to go?  All right.

8   Good.

9          With that said, we're going to continue with the

10  testimony.  This is Mr. Blom from yesterday.

11         Remember my instruction.  If you at any time need to

12  take a comfort break or restroom, please raise your hand to let

13  me know or let the court security officer know, all right?

14  Thank you.

15         THE WITNESS:  Good morning, Your Honor.

16         THE COURT:  Good morning.  You're still under oath.

17  You may be seated.

18                      -  -  -  -  -

19      **CONTINUED DIRECT EXAMINATION OF RICHARD BLOM**

20  **BY MR. GUTCHESS:**

21  Q.   Good morning, Mr. Blom.

22  A.   Good morning, sir.

23  Q.   Thank you for coming back.

24  A.   Oh, just have a little bit of gas left in my car.

25  Q.   Long lines out there.  Sir, when we broke yesterday, we

```
 1    were looking at your resignation letter which was Exhibit 200.
 2    I'd like to put that back up on the screen.  All right.
 3        And I want to ask you a couple questions about the
 4    statements that you put in there.  And the first statement is
 5    you say that you received Mr. Carollo's wholehearted support in
 6    researching Fuller's property.  What did you mean by
 7    wholehearted support?
 8    A.   Well, in the beginning of the letter, I noted several
 9    occasions where I was -- I wasn't getting support on different
10    issues.
11        So this is the one area where I was getting support.  It
12    wasn't blocking any progress on something like this.  What he
13    did block progress on was when it came to hiring personnel,
14    security, things of that nature.
15    Q.   Was that an area you wanted to be doing or you were
16    mandated to do it?
17    A.   I was mandated to do this.  I'm not trained to do that.  I
18    didn't really want to do this.
19    Q.   Okay.  And then you actually say you were mandated.  If
20    you recall, you mandated on Friday afternoon, April 19, 2019,
21    that I review a list of several of his properties and examine
22    the various applications, permits and licenses associated with
23    them over the weekend.  You said he wanted you to come to his
24    house?
25    A.   Well, I wrote that in the letter so it must have been that
```

1    he wanted myself and Jose Suarez to --

2    Q.    Which house was this?  The one in Coconut Grove?

3    A.    No, it was the one off of 8th Street.

4    Q.    And did he actually have stacks of documents about Fuller

5    at his house?

6    A.    Yes, he did.

7    Q.    Do you recall what types of documents they were?

8    A.    A lot of them were real estate documents, but all sorts

9    of, I guess, the public records that he had asked for, things

10   like you put up yesterday.  Occupancy code, things of that

11   nature.  All sorts of documents.  I didn't give it to him.

12   Q.    And then at the bottom, you say that I find I'm being

13   assigned more of this type of work focusing on this one

14   individual.  Who was that individual?

15   A.    Mr. Fuller.

16   Q.    And did that start to take over your day-to-day

17   operations?

18   A.    It took over a good part of the day, yes.

19   Q.    And I want to talk about this word focusing.  And

20   Ms. Cohen, could you put up the definition of focusing from

21   Miriam Webster?

22             MR. KUEHNE:  Objection.

23             THE COURT:  What's the objection?

24             MR. KUEHNE:  Your Honor, objection to showing a

25   document not in evidence as well as using the dictionary with

```
 1    this witness.

 2              THE COURT:  Sustained.

 3    BY MR. GUTCHESS:

 4    Q.    Okay.  Mr. Blom -- you can put that back up, Lina.

 5    Because we've used the word targeting a lot here for -- other

 6    witnesses have used the word targeting and you're using the

 7    word focus.  Did you also see any evidence of targeting?

 8    A.    In regards to Mr. Fuller you're talking about?

 9    Q.    Yes.

10    A.    Yes.

11    Q.    And what was that?

12    A.    We went up to FDLE specifically to see if they would

13    investigate Mr. Fuller.

14    Q.    Okay.  And, Mr. Blom, is there anything -- as you read

15    this, is there anything that's untrue or inaccurate in what you

16    wrote?

17    A.    No, sir.

18    Q.    Let me show you -- when I showed this paragraph to

19    Mr. Carollo, and I asked him that same question.  I want to

20    play his video for you where he answers.

21                     (Video played.)

22              MR. KUEHNE:  Objection, Your Honor.

23              THE COURT:  Grounds?

24              MR. KUEHNE:  The witness was not present at the

25    deposition.  It was a litigation matter and he knows nothing
```

```
 1  about what Mr. Carollo said during a deposition in connection
 2  with this litigation.
 3          THE COURT:  It's a deposition.  It could be played
 4  and used at trial for any purpose.  Overruled.
 5          MR. GUTCHESS:  Thank you, Your Honor.
 6                      (Video played.)
 7          MR. GUTCHESS:  Could you turn up the volume?
 8          MR. KUEHNE:  Your Honor, could I have an exhibit
 9  number so that I can keep track of this document being shown to
10  the jury?
11          THE COURT:  Sure.  What exhibit is this?
12          MR. GUTCHESS:  It's his deposition.  I'm not sure we
13  even marked it as an exhibit.  374.  We have the transcript
14  available if the sound doesn't work.  Give it one more try.
15          Does the Court have any control over the sound?
16          THE COURT:  I don't.
17          THE COURTROOM DEPUTY:  No, it should be there.
18          MR. GUTCHESS:  Let's put up the transcript to keep
19  moving.
20  BY MR. GUTCHESS:
21  Q.  All right.  Mr. Blom, can you read that?
22  A.  Yes.  Would you like me to read that?
23  Q.  Yeah.  So I asked Mr. Carollo:
24      Is there anything untrue or inaccurate about Mr. Blom's
25  statement?  And see right above there is the statement.  And he
```

1    answers "all of it."

2    A.    All of it.

3    Q.    And then I ask him:  So you did not direct him, you did

4    not mandate him on April 19th that he spend his weekend

5    researching Mr. Fuller's properties, and then perhaps you can

6    read the rest for the jury?

7    A.    Okay.  For that weekend, I believe, if it was April 19th

8    or so, Mr. Blom was asked by me in a meeting between Jose

9    Suarez and Mr. Blom and myself if he would with Jose Suarez and

10   myself could meet at my city hall office so that we could go

11   over a series of requests that you had made in discovery that

12   was impossible for me to do on my own.  And my attorney at the

13   time had said that we had to get done fairly -- I'm sorry --

14   Q.    Go to the next page.

15   A.    We have to get done fairly quick, I believe.

16   Q.    And so, Mr. Blom, do you have any recollection of ever

17   being asked to gather documents to produce in this matter?

18   A.    I don't recall.  I don't recall being asked to go to city

19   hall on the weekend.  I don't recall that.

20   Q.    Do you believe Mr. Carollo's statement was true or false?

21               MR. KUEHNE:  Objection.

22               THE COURT:  What's the objection?

23               MR. KUEHNE:  Comment on the credibility of

24   Mr. Carollo.

25               THE COURT:  All right.  Sustained.

```
1    BY MR. GUTCHESS:

2    Q.   You see that he said that your statement was -- that all

3    of your statement was false, and I want the witness to respond

4    to that.

5              MR. KUEHNE:  Objection, Your Honor.

6              THE COURT:  Overruled.  This --

7              MR. KUEHNE:  If I could just offer a foundation

8    sidebar on this particular item?

9              THE COURT:  Sure.

10                         (At the bench.)

11             THE COURT:  Mr. Kuehne?

12             MR. KUEHNE:  Your Honor, I object because he can ask

13   whatever questions he wants in a deposition, and it's just a

14   deposition and the witness cannot be instructed not to answer

15   the questions in a deposition.

16             Therefore, the fact that he was asked in the

17   deposition means nothing in terms of whether this witness can

18   comment on the credibility of Mr. Carollo in this particular

19   case.

20             We don't have a chance to make the witness not answer

21   a question.  He's not our client, and the plaintiff essentially

22   can set up the introduction of a question that would otherwise

23   be inadmissible and then allow a witness to offer a credibility

24   determination which is not before this witness.  It's the

25   jury's determination, and it's not for him to offer a
```

```
 1   credibility assessment no matter how Mr. Gutchess phrases the
 2   questions.
 3            THE COURT:  All right.
 4            MR. GUTCHESS:  So Mr. Carollo denied in his
 5   deposition --
 6            MR. KUEHNE:  Objection.
 7            MR. GUTCHESS:  And this is the way we prove it, by
 8   having his chief of staff who wrote this letter say no, my
 9   answer is true.  His explanation that he gave was false.
10            THE COURT:  Well, look, you can ask him whether or
11   not does he agree with that.  I mean, it was true as to him so
12   to say whether or not he believed that Mr. Carollo was telling
13   a lie, you can't ask that question.  You can only ask him
14   whether or not if it's true or false for him.  Okay?  But you
15   can't comment about Mr. Carollo.
16            MR. GUTCHESS:  Okay.
17            THE COURT:  Okay.
18            MR. GUTCHESS:  I'll ask him that.
19            MS. CAPRIO:  Thank you, Your Honor.
20                      (In open court.)
21   BY MR. GUTCHESS:
22   Q.   Mr. Blom, if you look at Mr. Carollo's statement, is there
23   anything in there that you agree with?
24   A.   No, I don't agree with this statement.  I can't find
25   anything in there that I agree with.
```

1   Q.   Okay.  You can take that down, Lina.

2        Let's talk a moment about what's called Viernes

3   Culturales.  Do you recall Mr. Carollo starting a Friday night

4   cultural event?

5   A.   Yes, I do.

6   Q.   And what was Mr. Carollo's called?

7   A.   I'm not sure.  I can't remember.  Mr. Fuller had one

8   prior, was ongoing.  And Mr. Carollo started one, I just can't

9   remember which one was which.

10  Q.   Okay.  And does Viernes Culturales sound like Mr. Fuller's

11  event?

12  A.   I couldn't say.  They both sound the same.  It was

13  something of that nature.

14  Q.   And how did Mr. Carollo refer to it?

15  A.   I can't remember.

16  Q.   Now did he refer to it as Mr. Fuller's event?

17  A.   Oh, yeah, yeah.

18  Q.   What would happen if you happened to confuse the two

19  things?

20  A.   I just stopped.  I called it Fuller's event and Carollo's

21  event.

22  Q.   Why would he get upset if you confused the events?

23  A.   You have to ask him.

24  Q.   Do you recall any noise complaints associated with

25  Mr. Carollo's event?

1    A.    Yes, I do.

2    Q.    Tell us about that.

3    A.    Well, I would be at the event, and the music was quite

4    loud.  The residents from the apartment complex adjacent to the

5    park, Domino Park, would come out and I would talk to them and

6    they were not happy about the music and they said the kids were

7    trying to sleep.  They try and watch television.

8         Then there was another instance where the Tower Theater

9    which is right next to the park, the manager came out and he

10   asked if we could lower the music because they had patrons

11   inside trying to watch a movie and the music was so loud, they

12   couldn't watch the movie.

13        So I let Mr. Carollo know, the manager I believe his name

14   was Nick, asked if we could just lower it down and he just

15   dismissed that.  Not at all.  No, you're not going to do that.

16   Q.    Mr. Blom, who is Joe Napoli?

17   A.    Joe Napoli was the deputy city manager.

18   Q.    Okay.  And when you decided to resign, what did Mr. Napoli

19   tell you?

20        MR. KUEHNE:  Objection.

21   **BY MR. GUTCHESS:**

22   Q.    What advice did he give you?

23        MR. KUEHNE:  Objection, Your Honor.  Asking for what

24   somebody else not present told Mr. Blom.

25        THE COURT:  All right.  That objection is sustained.

```
 1   BY MR. GUTCHESS:
 2   Q.   Did Mr. Blom give you any advice when you were considering
 3   resigning?
 4   A.   Mr. Napoli?
 5   Q.   Mr. Napoli.
 6   A.   He just said they'll be coming after you.
 7           MR. KUEHNE:  Objection.
 8           THE COURT:  What's the objection?
 9           MR. KUEHNE:  Did Mr. Napoli give you any advice.
10           THE COURT:  He already responded to that, sir.
11           MR. KUEHNE:  Then I could not hear what the witness
12   said, Judge, so I withdraw the objection if he was not
13   answering that question.
14           THE COURT:  Thank you.
15   BY MR. GUTCHESS:
16   Q.   I don't think we all heard that.  Could you repeat that
17   for --
18   A.   I'm sorry.  I'm a little confused on what question I'm
19   answering.
20   Q.   What was the advice that Mr. Napoli gave you?
21   A.   He said --
22           MR. KUEHNE:  Objection.
23           THE COURT:  Sustained.
24   BY MR. GUTCHESS:
25   Q.   Did Mr. Napoli tell you anything about Mr. Carollo?
```

```
 1                  MR. KUEHNE:  Objection.

 2                  THE COURT:  Sustained.

 3   BY MR. GUTCHESS:

 4   Q.   Okay.  Did Mr. Napoli provide you any opinion about

 5   Mr. Carollo when you resigned?

 6                  MR. KUEHNE:  Objection.  Same question.

 7                  THE COURT:  Sustained.

 8                  MR. GUTCHESS:  Okay.  Thank you, Your Honor.  No

 9   further questions.

10                  THE COURT:  All right.  Cross-examination.

11                  MR. KUEHNE:  Yes, Judge.  If I could just have a

12   minute to set up.

13                       -  -  -  -  -

14              CROSS EXAMINATION OF RICHARD BLOM

15   BY MR. KUEHNE:

16   Q.   Good morning, Mr. Blom.

17   A.   Good morning, Mr. Kuehne.  How are you?

18   Q.   Good, thanks.  We have known each other for quite some

19   time, don't we?

20   A.   Yes, sir.

21   Q.   The -- you have had a significant career in both the City

22   of Miami and in Doral?

23   A.   Yes, sir.  Couple years in the Miami-Dade School Board as

24   well.

25   Q.   And then with the school board.  I did not have any
```

1    interaction with you during your school board sojourn, did I?

2    A.   No, sir.

3    Q.   But with regard to your time in the City of Miami as chief

4    of staff, as I understand it, you followed Mr. Carollo's

5    election to District 3, you were aware of his running for

6    office for District 3 City of Miami?

7    A.   Yes.  I was aware he was running, yes, sir.

8    Q.   And at the time, you were essentially retired as Police

9    Chief in Doral?

10   A.   Actually, I retired from the city as a captain but yes, I

11   left Doral.  Not as a retiree but yes, I left.

12   Q.   That wasn't a retiree but you finished your tenure with

13   the City of Doral?

14   A.   Correct.

15   Q.   And that was largely because the City of Doral had new

16   administration and new department heads that were essentially

17   being selected in the City of Doral?

18   A.   That's correct.

19   Q.   And you voluntarily resigned, terminated, however you want

20   to call it, to finish that law enforcement career?

21   A.   Yes.  The mayor was comfortable with the people that Joe

22   Carollo brought in, and I didn't really want to work with

23   somebody that wasn't comfortable with me.

24   Q.   And you had mentioned that you believed that Joe Carollo

25   as city manager for Doral brought in some terrific topnotch

1    people?

2    A.   Well, he brought in some good people.  He did an effective

3    job.

4    Q.   You being one of them?

5    A.   Yeah, I would say I did a good job, yes, sir.

6    Q.   And as far as you know, Joe Carollo when you talked about

7    him about appointing you city manager for Doral, that was the

8    first time that Joe Carollo had been the chief administrative

9    officer of a municipality, wasn't it?

10   A.   Correct, I believe so.

11   Q.   And so you know his history, he was -- you know his

12   history as a public servant, don't you?

13   A.   Yes.

14   Q.   He was a young City of Miami commissioner years ago?

15   A.   Yes, sir.

16   Q.   And that was around the time that you were a young police

17   officer working your way up in the City of Miami?

18   A.   Yes, sir.

19   Q.   And then you know that in those early days, Joe Carollo

20   ran for mayor and there was some significant election fraud

21   controversy over that election, right?

22   A.   Yes, sir.

23   Q.   And you're aware that that election when Joe Carollo while

24   you were with the City of Miami Police Department was running

25   for mayor was actually taken away from him by fraudulent votes

1    and dead voters, right?

2    A.   I believe that's what the newspaper reported.

3    Q.   And there was litigation over that and the courts, the

4    Florida courts found that there was massive voter fraud and

5    instated him, ruled that he was the winner of the election and

6    became mayor?

7    A.   Correct.

8    Q.   And it was during that tenure as mayor after having to

9    fight for the mayor position against voter fraud, that Joe

10   Carollo brought in a city manager who essentially saved the

11   City of Miami from default and bankruptcy?

12   A.   Okay, I really can't answer that.

13   Q.   Well, you weren't aware that at the time that Joe Carollo

14   was mayor, it affected the police department and all the

15   departments that the city was going into default because of

16   some financial shenanigans?

17   A.   Yes.

18   Q.   And that Joe Carollo brought in Meritt Steerhiem, an

19   esteemed -- probably the most revered public administrator to

20   straighten the City of Miami ship?

21   A.   Yes.

22   Q.   And that as a result of Joe Carollo's mayor bringing in a

23   talented city manager, the city avoided default and was able to

24   fulfill all its obligations?

25   A.   Yes, sir.

1    Q.   And you're also aware as moving up in the police

2    department, that Joe Carollo as mayor was credited with saving

3    the City of Miami?

4    A.   Okay, I'm not aware of that, but if that's what you say.

5    Q.   Okay.  It impacted the police department, didn't it?

6    A.   It impacted the whole city, all of it.

7    Q.   The whole city.  So, it was your understanding that Joe

8    Carollo had a fairly comprehensive knowledge of the importance

9    of a city manager to a municipality?

10   A.   Yes, sir.

11   Q.   And he was able to put into practice his talents as a city

12   manager in Doral as you had mentioned at least with regard to a

13   number of projects you're aware of?

14   A.   Yes, sir.

15   Q.   Now the city manager, unlike a political person, is not

16   voted by the citizens?

17   A.   Correct.

18   Q.   But a commissioner or a mayor comes into office

19   essentially by being the choice of the citizens?

20   A.   Yes, sir.

21   Q.   So when Joe Carollo finished his term at Doral, you're

22   aware that sometime later, you heard that he was a candidate

23   for District 3 City of Miami?

24   A.   Yes, sir.

25   Q.   And you actually expressed some appreciation for him and

1   some vote of confidence, so to speak?

2   A.   For the job that he did in Doral, yes, sir.

3   Q.   Now, in his effort to become commissioner again, an effort

4   to be elected by the people, right?

5   A.   No, I didn't get involved in that at all.

6   Q.   You didn't express to him your support congratulations?

7   A.   When he won I probably congratulated him.

8   Q.   That would be common for you to do, right?

9   A.   Yes, sir.

10  Q.   So, when Joe Carollo was elected by the people for

11  District 3, you're aware that the loser challenged that

12  election?

13  A.   Yes, sir.

14  Q.   And that was before Joe Carollo could even be sworn into

15  office as commissioner in 2017, the loser filed a lawsuit to

16  essentially overturn the vote of the people?

17  A.   Correct.

18  Q.   And that lawsuit you know took some time to resolve?

19  A.   Yes, sir.

20  Q.   But ultimately, the lawsuit was resolved in Joe Carollo's

21  favor?

22  A.   Correct.

23  Q.   And the loser in that election was a fellow named -- known

24  as Alfie Leon, right?

25  A.   Yes, sir.

1    Q.   And Alfie Leon and his supporters sued Joe Carollo, the

2    winner of that election to claim Joe Carollo really was not

3    validly elected?

4    A.   Correct.

5    Q.   And although Joe Carollo got sworn in as a District 3

6    commissioner with the City of Miami on December 2, 2017, you

7    know that that litigation lasted into 2018?

8    A.   I'm not sure how far it lasted into 2018, sir.

9    Q.   Okay.  I'm going to ask you to -- give me just a minute.

10   I'm going to ask you to take a look -- and I'd like to pull up

11   Defense Exhibit 417.  Defense Exhibit 417.

12           MR. KUEHNE:  Your Honor, not to show it to the jury

13   yet.  Let me check with plaintiffs' counsel.

14           MR. GUTCHESS:  No objection.

15   **BY MR. KUEHNE:**

16   Q.   So, if I could put Defense Exhibit 417 on the screen for

17   the witness and the jury, and I'd like to go to the last page

18   of that and we'll work backwards.  So, Mr. Blom, Defense

19   Exhibit 417, you can see that it's a series of texts?

20   A.   Yes, sir.

21   Q.   Between you and Joe Carollo, right?

22   A.   Yep.  Yes, sir.

23   Q.   So the last page which is the earliest text in defense

24   Exhibit 417 is dated November 11, 2017, at 3:56 p.m.?

25   A.   Yes, sir.

```
 1   Q.    Right?

 2   A.    Yes, sir.

 3   Q.    And this is your text to Joe Carollo, right?

 4   A.    That's correct.

 5   Q.    And by the way, you had experience with Joe Carollo's

 6   chief of police, he was not really a tech savvy person, was he?

 7   A.    I'm sorry, Joe wasn't a tech?

 8   Q.    Joe was not a tech savvy person?

 9   A.    No, sir.

10   Q.    Not at all.  Email was not his forte?

11   A.    Nor was it mine, but yes, you're correct.

12   Q.    Probably not mine either.

13   A.    Yes, sir.

14   Q.    But email was not his forte, social media stuff was not

15   his forte as far as you knew when you worked closely with him

16   in the City of Doral, right?

17   A.    Yes, correct.

18   Q.    Okay.  So, you text him.  And could you read the text to

19   the jury, please, publish it?

20   A.    Yes, sir.  It says:  Boss, I hope all is well with you and

21   the family.  I tried calling to see if I can assist in any way

22   with your runoff but your mailbox is full so I was unable to

23   leave a message.  Please let me know if I can assist.  Thanks,

24   Ritchie.

25   Q.    And November 11, 2017 is while the District 3 election is
```

1    going on?

2    A.    Correct.

3    Q.    And this is just sort of a friendly heads up, hey, Boss --

4    is that what you called him, Boss?

5    A.    Yeah, in Doral, oftentimes I would call him Boss.

6    Q.    And by the same token, he generally referred to you as

7    chief or in an informal sense, Ritchie?

8    A.    Correct.

9    Q.    And, by the way, I might use the phrase chief at various

10   times but just you did earn that title, right?

11   A.    Yes, sir.

12   Q.    So you asked him hey, can I assist you, just being

13   friendly, can I assist.  What you mean is I'm there for you.  I

14   understand you've got an election.  If you need me for

15   anything, I'm there to help you?

16   A.    That's correct.

17   Q.    Because you believed at the time, November 11, 2017, that

18   Joe Carollo would be an unbelievable representative of

19   District 3 for the City of Miami?

20   A.    Correct.

21   Q.    He knew how to serve the public interest?

22   A.    I would say I was impressed with his job at Doral.  I

23   thought he would do a good job as a commissioner as well.

24   Q.    And you also knew him from his time as you're working in

25   the police department in the City of Miami in a leadership

1    capacity?

2    A.   Yes, sir.

3    Q.   So, let's go to the next page in your text and I want to

4    apologize.  This does not have the date on the top of it but it

5    goes from November 11, 2017, to later, so this would be a next

6    text.  And this is also part of a text that you wrote to Joe

7    Carollo?

8    A.   I'm not sure who I wrote this to.  If I can read it, I

9    might be able to figure it out.

10   Q.   Why don't you take a look at it and you can read it?

11   A.   As a special advisory on public safety I could effectively

12   fulfill these efforts in conjunction with a 20 hour work week

13   and keep elected officials who I would report to regularly

14   informed of my findings, recommendations and suggestions.

15   Please give me your thoughts.  Thanks.

16   Q.   Let's go to the next.  Day, and you see it's repeated

17   there, but please give me your thoughts, thanks.  And it's at

18   least text signed Ritchie?

19   A.   Yeah, and I'm not sure who I wrote that to.

20   Q.   Okay.  It might have been Joe Carollo, you're not sure?

21   A.   Yeah, it was either Joe Carollo or Francis Suarez.

22   Q.   Okay.  Now, let's go to the next text.  The next page.

23   A.   Okay.

24   Q.   Is it up?

25   A.   Mm-hmm.

1   Q.   The next page.  Okay.  So December 9, 2017, this goes on

2   for a little while so we'll start here.  So December 9, 2017,

3   the election for Joe Carollo is over.  And Joe Carollo is the

4   District 3 commissioner voted in by the people of District 3,

5   as you understood it?

6   A.   Yes, sir.

7   Q.   And this is a post election congratulations as well as

8   letting him know that you're thinking about him?

9   A.   Yes, sir.

10  Q.   So could you read to the jury what you wrote on December

11  9, 2017?

12  A.   Okay.  Boss, just as we did in Doral, begin a new

13  administration with an assurance that all firearms, currency

14  and drugs are acted for and police reports are written for

15  items that are unable to be located.  It protects the mayor,

16  commissioners --

17  Q.   Next page.

18  A.   Protect the mayor, commissioners, manager and police chief

19  from embarrassing situations.  Once the inventory is completed

20  a regular and ongoing review of compliance issues in all areas

21  of police department would give a higher level of assurance

22  that risk exposure is significantly diminished.

23  Q.   Okay.  And what you're doing here is telling Joe Carollo

24  that there were some positives that happened in Doral and if

25  you could be part of that positive change in the City of Miami,

1   that would be something you'd welcome the opportunity?

2   A.   Correct.

3   Q.   Now, let's go to by the way, that date, December 9, Joe

4   Carollo had been sworn in -- December 2, 2017, was his swearing

5   in, right?

6   A.   Yes, sir.

7   Q.   By the way did you attend the swearing in at city hall?

8   A.   I don't believe so.

9   Q.   All right.  So let's go to -- let's go two pages up.

10  Starts with January 8, so January 8, 2018.  So now we're in

11  2018.  By the way, you started as chief of staff for Joe

12  Carollo District 3 some time in early 2018?

13  A.   Yeah, yes, I'm sorry.  I think it was maybe February.

14  Q.   Okay.  So a little transition and then you were hired as

15  chief of staff.  So on January 8, 2018, why don't you tell the

16  jury what you wrote to Joe Carollo?

17  A.   Boss, sorry I didn't realize that you were tied up with

18  this ridiculous trial.  I thought that this case would have

19  been thrown out by now.  I'm sorry you have to go through this

20  and will contact you when it's over.  Of course if there is

21  anything I can assist you with before, then please call.

22  Q.   Next page.  Sort of halfway it finishes?

23  A.   Please call.

24  Q.   You say thanks, and Ritchie?

25  A.   Thanks, Ritchie, yes.

1   Q.   That reference is that lawsuit by Alfie Leon and his

2   supporters trying to throw Joe Carollo out of his elected

3   office, right?

4   A.   Yes.  I believe it was based on saying that Joe Carollo

5   did not live in I think he was living in Brickell, didn't live

6   there, and I knew better because I had to visit him there.

7   Q.   Right.  You had seen where Joe Carollo lived with his

8   wife.  You know his wife?

9   A.   Yes, sir.

10  Q.   Who's his wife?

11  A.   Marjorie.

12  Q.   You see her in the courtroom or she's been in the

13  courtroom?

14  A.   Yes, sir.

15  Q.   And so you actually had been to his place in District 3,

16  knew he was a resident of District 3?

17  A.   That's why I referred to it as ridiculous the trial

18  because I knew where he was living.

19  Q.   And this ridiculous lawsuit brought by Alfie Leon and his

20  supporters was resolved, concluded, finalized in Joe Carollo's

21  favor.  Joe Carollo was in truth and in fact the elected

22  representative of District 3?

23  A.   Correct.

24  Q.   But it took a little while?

25  A.   Yes, sir.

1   Q.   And go to the bottom of this text.  January 22, 2018.

2   Do you see that?  Can you read that?

3   A.   Yes, sir.  Congratulations.  Glad that nonsense is over

4   and you and your family can focus on your lives again.

5   Q.   So, this is now more than a month after Joe Carollo was

6   sworn in, well after the results of the election were

7   certified.  And you hear that, wow, finally the lawsuit's over,

8   right?

9   A.   Yes, sir.

10  Q.   And you thought it was a point of congratulations because

11  that lawsuit brought by Alfie Leon and his supporters was, your

12  words, ridiculous?

13  A.   Well, it brought the commissioner a lot of heartache and

14  pain when he could have been serving the community.

15  Q.   Right.  Essentially that litigation was hugely distracting

16  to the commissioner and District 3 as you understood it?

17  A.   Correct.

18  Q.   And that's because you know that litigation sometimes

19  consumes all of your time and attention?

20  A.   Correct.

21  Q.   So you're appreciative, you think what a relief and you

22  let Joe Carollo know that?

23  A.   Yes, sir.

24  Q.   And at some time after that, January 22, is when you begin

25  essentially letting Joe Carollo know I'm available, retired, we

1  worked together well, if there's an opportunity for me to join

2  your team, glad to do it?

3  A.   Yes.  In a way, I actually sat with Francis Suarez who was

4  the mayor at the time and I was looking into continue to do

5  something with public safety.  So I talked to him about a

6  position of public safety it was actually a position that's in

7  the charter, it's public safety director.  It would be

8  equivalent to an assistant city manager.  We would actually

9  give guidance to direction to the city manager in regards to

10  planning and functioning of the police department so that's the

11  position I was looking for.

12      And Francis thought about it, and he said really it wasn't

13  something he was looking for.  So I had talked to Joe about

14  that position and when I told him I didn't get it, we had

15  talked about the chief of staff position for him.

16  Q.   And that discussion of a chief of staff, that was pretty

17  informal, wasn't it?

18  A.   Yes, sir.

19  Q.   And at the time, Joe Carollo had really not even put

20  together his District 3 staff?

21  A.   He had a full office.  He just didn't have a chief of

22  staff.

23  Q.   Didn't have a chief of staff.  And you had to deal

24  ultimately with some personnel issues in that office in the

25  relatively early days of your chief of staff ship?

1    A.    Yes, sir.

2    Q.    But you had never been a chief of staff for politician

3    before, had you?

4    A.    No, sir.

5    Q.    But you were pretty good at organizing, and you got along

6    well with Joe?

7    A.    Yes, sir.

8    Q.    Right?  So, he said essentially let's give it a shot.  And

9    the job of a chief of staff was never really formalized with a

10   written description I'm going do this, that or the other thing?

11   A.    That's correct.  I didn't see a lot of chief of staff

12   positions where they had job announcement or job descriptions.

13   Q.    Right.  You kind of figured we'd work it out as we went

14   along?

15   A.    Correct.

16   Q.    Now, by the way, you had mentioned that you were retired

17   from the City of Miami police force?

18   A.    Correct.

19   Q.    Coming back to the City of Miami, it raised some issues

20   about working for the same employer from which you had been

21   retired some years ago, right?

22   A.    The issue was working in the same pension system.

23   Q.    In the same pension system, so you're in the City of Miami

24   pension, and by the way, you were drawing a pension?

25   A.    Correct.

1   Q.   Law enforcement is allowed to by age, and so you're

2   drawing a pension.  And so the pension rules say if you're

3   going to be an employee where that employee is part of that

4   same pension system, there was some restrictions?

5   A.   Correct.

6   Q.   And some of those restrictions have to do with time and

7   hours you're allowed to work?

8   A.   Correct, if you're going to be in that pension system.

9   Q.   Right.  So, with regard to talking to Joe Carollo about

10  the chief of staff and taking on that job, it was actually a

11  job for you that required you to dedicate as an official

12  position less than 40 hours a week?

13  A.   No, that was my choice.  When I talked to the pension

14  board, they said Ritchie, there's no problem, because it's not

15  about the city, it's about the pension.

16       If you're working for Joe Carollo, you will not be in the

17  police pension, it's actually police and fire pension system so

18  you're good, you can work the full week.

19  Q.   Okay.

20  A.   I said no, I'm not comfortable with that.  You know what,

21  I'd rather just be a part time employee and then there would be

22  no doubt about it at all, if that's what you choose, fine.  So

23  I erred on the side of caution, and I said I want to just be a

24  part time employee and this way, there will be no doubt at all

25  about the pension system even though the pension board said

1    you're going to go because you're not in the pension system of

2    the police if you work for an elected official.

3    Q.    Okay.  So you decided in an abundance of caution, let me

4    just make sure that my job is less than full-time?

5    A.    Correct.  Part-time, yes.

6    Q.    I didn't mean to stop you.

7    A.    I'm sorry.  I couldn't work more than 35 hours.

8    Q.    No more than 35 hours?

9    A.    A week.

10   Q.    As it turns out, as you learned over time the job of chief

11   of staff for an active politician is a lot of hours?

12   A.    It could be.  It can be a lot of hours, yes.

13   Q.    And you also learned that it's not necessarily a clock in,

14   9:00 a.m, leave at 5:00 p.m.?

15   A.    Yes, sir.  I learned that.

16   Q.    And so you started in early 2018, and you worked until mid

17   2019, as chief of staff?

18   A.    Yes, sir.

19   Q.    And during that time, that's pre COVID and I say that

20   because you were in the office, you were at that time, early

21   on, before everybody got used to it you were actually doing

22   some remote work doing some work at home?

23   A.    Yes, sir.

24   Q.    As chief of staff?

25   A.    Yes, sir.

```
1    Q.   And most of the other people working for District 3 either
2    worked in the office physically, city hall office or the
3    District 3 office?
4    A.   The city hall office.
5    Q.   Okay.
6    A.   Yes, sir.
7    Q.   Where was the District 3 office?
8    A.   The District 3 office is the city hall.
9    Q.   Was there a District 3 office in the district?
10   A.   There's another office.  It's called the NET office.
11   Q.   NET office, right?
12   A.   I can't remember the name of the park but it's in the
13   Roads area.
14   Q.   So you are starting as chief of staff working with Joe
15   Carollo to kind of get his priorities going for the city,
16   right?
17   A.   Yes, sir.
18   Q.   And you had understood, by the way, when you started, that
19   Joe Carollo was a regular as commissioner, D3, District 3
20   commissioner in the community.  That's what he loved to do?
21   A.   Yes, sir.
22   Q.   He would go out to events, he would meet people, shake
23   hands, learn about the district?
24   A.   Yes.
25   Q.   Their thoughts?
```

```
 1   A.    Yes, sir.
 2   Q.    And you also knew in the early days that one of the things
 3   Joe did was he wanted to become very familiar with the
 4   district?
 5   A.    Correct.
 6   Q.    And it was not unusual for him to set up meetings and go
 7   through and just see different parts of the district?
 8   A.    Correct.  He was particularly focused on one part of the
 9   district but yes, he cared about his whole district.
10   Q.    The Little Havana Business District, right?
11   A.    Correct.  On 8th Street between 12th Avenue and 17th
12   Avenue.
13   Q.    12th and 17th, and that we've heard testimony about this
14   already, but that was designated a historic district, Little
15   Havana/Calle Ocho, designated by the National Register, right?
16   A.    Correct.
17   Q.    And that's really the primary business district for D3,
18   isn't it?
19   A.    Correct.
20   Q.    The rest is residential, and although it varies, it's
21   primarily a middle class or a lower middle class neighborhood?
22   A.    Yes, there's some businesses on Flagler Street, but I
23   think you're correct.  Primarily it's the 8th Street area.
24   Q.    And because of the historic designation, it was important
25   to Joe Carollo, as you understood it, that it retain its
```

1    vibrancy because that's the reason people come to Calle

2    Ocho/Little Havana?

3    A.    Yes, he had some I call visionary plans for that area.

4    Q.    Now, when you get started at the City of Miami, again, as

5    chief of staff, no sooner do you get started than Fuller brings

6    a lawsuit against Joe Carollo, right?

7    A.    I'm not aware of that.

8    Q.    You're not aware that in the very early days of your being

9    chief of staff, Fuller files a lawsuit with the Commission on

10   Ethics against Joe Carollo?

11   A.    I heard something about that, yes, but I wasn't that

12   familiar with it.  I think there were several lawsuits going on

13   at the time.

14   Q.    We'll get to that.

15   A.    Sure.  I'm just telling you, I just -- as a chief of

16   staff, I'm not pinpoint -- I'm not focusing on these lawsuits

17   so.

18   Q.    You have an office to run?

19   A.    When -- yes, when you say, you know, are you aware, I'm

20   really not aware, but I agree with you if you say that's what

21   happened.

22   Q.    And this lawsuit by Fuller following Joe Carollo's

23   successful resolution of the Alfie Leon and supporters of him,

24   became another litigation consuming activity, didn't it?

25            MR. GUTCHESS:  Your Honor, I'm going to object to the

```
 1   mischaracterization here.
 2   A.    That one --
 3              THE COURT:  Wait.  Overruled.
 4              THE WITNESS:  I just don't recall.
 5              THE COURT:  The objection is overruled.  The witness
 6   stated he doesn't recall.  Next question.
 7              THE WITNESS:  I don't recall.
 8   BY MR. KUEHNE:
 9   Q.    And as far as you recall, it took months, months, before
10   that Fuller lawsuit against Joe Carollo was dismissed?
11              MR. GUTCHESS:  Again, Your Honor, I'm going to
12   object.
13              THE COURT:  Sustained.
14   BY MR. KUEHNE:
15   Q.    You've seen in the time you've spent with Joe Carollo as
16   chief of staff in the district, that when it comes to attention
17   to litigation, Joe Carollo is very focused?
18   A.    I would say Joe is focused on anything he's interested in.
19   Q.    Okay.  And when it comes to litigation, interested or not,
20   that becomes a strong focus for Joe Carollo?
21   A.    Again, if he's interested in something, he's normally
22   focused on it.
23   Q.    Now, it was during those early days when Fuller brought
24   the litigation against Carollo, that you had at least
25   interaction with me as counsel for Joe Carollo in that matter?
```

```
 1    A.   Can you recall our interaction because I can't?

 2    Q.   You don't recall that?

 3    A.   I'm not sure what you're talking about.  If you can just

 4    jog my memory, tell me.

 5    Q.   Let's try it this way.  You recall me, Ben Kuehne, coming

 6    to the District 3 office with some frequency to deal with the

 7    litigation?

 8    A.   I probably --

 9              MR. GUTCHESS:  Your Honor, may I --

10    A.   Once or twice in the office, but I just never recall you

11    coming in.

12              MR. GUTCHESS:  Your Honor, may we approach sidebar?

13              THE COURT:  Sure .

14                        (At the bench.)

15              MR. GUTCHESS:  Your Honor, what Mr.  Kuehne -- what

16    Mr. Kuehne is referring to here is an ethics complaint that was

17    filed.  It's not a lawsuit or litigation.  And rather than just

18    continuing to object to mischaracterization of the

19    conversation, we'll just call it the ethics complaint which is

20    what it was.

21              THE COURT:  All right.  Look, let me be clear.

22    Yesterday, the plaintiffs vehemently objected about other

23    lawsuits being brought in.  Essentially you're doing the very

24    same thing that he argued that issue of doing.

25              If they open up the doors, do not come to this Court
```

```
 1    complaining because you spent almost five or ten minutes

 2    arguing about this lawsuit, whether it was ethics on

 3    Mr. Carollo, you're doing the same thing over and over.  If he

 4    says indeed they have complaint, call it that.

 5            You're spending a very part of the essence arguing

 6    about something else that is not part of this lawsuit here.

 7    Listen, I'm going to go ahead and let you continue with your

 8    cross-examination, but again, call it what it is.

 9            If it's, indeed, an ethics complaint that you brought

10    that out, it has nothing to do with this case here but again,

11    I'm going to let move you forward.  Call it what it is okay,

12    counsel?

13            MR. KUEHNE:  Judge, if I could just make two points.

14    One, this happened in connection with what we're litigating

15    here.

16            MR. GUTCHESS:  No, it didn't.

17            MR. KUEHNE:  It is part of -- Your Honor, it is part

18    of this matter.

19            THE COURT:  That's not the question.  The question is

20    if it's indeed an ethics complaint, an ethics complaint is not

21    a lawsuit, counsel, so you understand.  Call it exactly what it

22    is.

23            MR. KUEHNE:  Judge, okay.  I will use the words you

24    want me to use.  It's --

25            THE COURT:  Use -- I'm not done.  Call it exactly
```

```
 1   what it is.  It's not a lawsuit.  You know all too well an
 2   ethics complaint is not a lawsuit.
 3            MR. KUEHNE:  Judge, I've been --
 4            THE COURT:  You can't get damages from an ethics
 5   complaint.  Can Fuller get damages from an ethics complaint?
 6   That's heard by a different administrative body.  Just call it
 7   exactly what it is.
 8            This is a lawsuit before this Court.  Plaintiff is
 9   suing the defendant and an ethics complaint has nothing to do
10   with plaintiffs.  He doesn't make that decision.  The committee
11   does.  The ethics committee, whether it's a violation of an
12   ethic issue or not.  So if it's indeed a complaint, just call
13   it exactly what it is.  Let's not mince words and mislead this
14   jury thinking he brought an additional lawsuit here.
15            That's what it is.  Not based on your questioning, you
16   call it an ethics complaint.  When you say it was dismissed,
17   you said a lawsuit was dismissed, no.  It was an ethics
18   complaint.  What happened, why it was dismissed or not, that's
19   not my concern.  Stick to the legality of what it is, okay?
20            MR. KUEHNE:  Judge, I'll follow your instructions,
21   I've been trying to use the phrase litigation because it's
22   administrative litigation.  That's what it is, Judge.  It has
23   penalties.  There's a complainant and --
24            THE COURT:  They don't have to accept the complaint.
25   You know about these things, I think.  Anyone can make an
```

1    ethics complaint.  It's up to an administrator.  Call it

2    litigation between the plaintiff.  It has nothing to do with

3    the complaint.  The committee makes the decision.  Call it the

4    legal terminology exactly what it is.

5          I'm not saying you can't use it.  Call it exactly what

6    it is.  Just like, for example, I heard the CRD who's in

7    training called you the Government.  There's no Government

8    here.  It's the plaintiff.  You were not here at the time.  You

9    came in late.  They're not the Government.  They're the

10   plaintiff.  Call the parties exactly what they are.  That's it.

11         MR. KUEHNE:  I was in the men's room, Your Honor.  I

12   apologize for being late.

13         THE COURT:  When the parties were introduced, this is

14   not the Government.  There's no prosecution.

15         MR. KUEHNE:  I'll use the terminology that you used.

16   I do want to make certain that Your Honor understands it has

17   not been my intention to mislead this jury, and I'm being very

18   careful with my questions so that I can point out to this

19   witness on cross-examination what I'm talking about.

20         I've referred to it as litigation.  He asked, I

21   explained it, and that's the term I've used.  If the Court

22   requires me to use ethics complaint, I will do that.

23         THE COURT:  Why don't you call it exactly what it is,

24   sir?

25         MR. KUEHNE:  Judge, I call -- I was the lawyer there.

```
 1    I call it litigation.  That's what I do.

 2             THE COURT:  Litigation is between parties.  This is

 3    an ethics complaint.  Has nothing -- he can't control that.

 4    It's up to the commission as to whether or not how they're

 5    going to proceed for any type of investigation but again, what

 6    his intention was or not, that's not the issue.  It was brought

 7    out, what was said.  All right?

 8             So, you know, in other words, you can move forward

 9    with your questioning, but call it exactly what it is.

10             MR. KUEHNE:  Yes, sir.

11             THE COURT:  All right.  Thank you.

12                         (In open court.)

13             THE COURT:  You may proceed, sir.

14    BY MR. KUEHNE:

15    Q.  Let me make certain that your understanding is clear.  I

16    want to just get at least some word definition for you.  This

17    matter that I've asked you about as you understand it is an

18    ethics complaint, right?

19    A.  Yes, sir.

20    Q.  And as far as you understand, the ethics complaint brought

21    by Fuller took some time to resolve?

22    A.  Yes, sir.

23    Q.  During which time Joe Carollo was trying to be the elected

24    representative of District 3, right?

25    A.  Correct.
```

```
 1    Q.    While also having to contend with Fuller's ethics
 2    complaint against Joe Carollo?
 3    A.    Correct.
 4    Q.    And that happens almost soon after Joe Carollo becomes an
 5    office holder?
 6    A.    Okay.
 7    Q.    So you're doing your work as chief of staff.  And you
 8    understand now that the chief of staff essentially works for
 9    the legislative branch of the City of Miami government?
10    A.    Correct.
11    Q.    Unlike when Joe Carollo was city manager, he was the
12    operations guy, the administrative guy, right?
13    A.    Right.
14    Q.    Now, he and four other commissioners and the mayor --
15    strike that.  Four other commissioners are essentially the
16    Legislature.  They make the laws and set the policy, right?
17    A.    Yes, sir.
18    Q.    But it's the administration that carries it out?
19    A.    Correct.
20    Q.    So in the City of Miami, you're aware that there's a
21    Charter, right?
22    A.    Correct.
23    Q.    And the Charter is like the Constitution?
24    A.    Yes.  In fact, the Charter is what I was referring to when
25    I talked about Francis Suarez and that position of public
```

1    safety director.  It's written in the Charter.

2    Q.   Okay.  And, in fact, I might then use that as an

3    opportunity to bring up the Charter on the screen in a minute.

4         But you at least familiarized yourself with some of the

5    Charter of the City of Miami?

6    A.   At least that part.

7    Q.   And you understood that there's an administrative branch

8    which is headed by the city manager, right?

9    A.   Correct.

10   Q.   Appointed by the mayor?

11   A.   Correct.

12   Q.   There are five commissioners of equal standing who act as

13   the Legislature?

14   A.   Correct.

15   Q.   Right.  They make the laws and set policy, and there's

16   also a branch that I'm going to refer to as the judicial but

17   headed by the city attorney, right?

18   A.   Correct.

19   Q.   Yes?

20   A.   Yes, correct.

21   Q.   And the city attorney at the time you were there was

22   Victoria Mendez?

23   A.   Correct.

24   Q.   And she was city attorney under the Charter for the whole

25   City of Miami?

```
1    A.    Correct.

2    Q.    For the elected officials, right?

3    A.    Correct.

4    Q.    For the administration, the city manager and staff, right?

5    A.    Yes.

6    Q.    The city attorney for the Commission, the legislative

7    body?

8    A.    Correct.

9    Q.    Including the staff that worked for the commissioners, the

10   district staff?

11   A.    I'm sorry?

12   Q.    The city attorney was also the city attorney for the

13   Legislature, the commissioners and their staffs?

14   A.    Yes.

15   Q.    And by the way, did you have interaction with the city

16   attorney?

17   A.    Yes.

18   Q.    Not an unusual part of the job of a senior district

19   staffer?

20   A.    Correct.  I had interaction with her and some of the

21   staff.

22   Q.    Meaning other city attorneys, assistant city attorneys?

23   A.    Correct.

24   Q.    Kevin Jones being one of them?

25   A.    Yes, sir.
```

```
1    Q.    Pretty regular?

2    A.    Yes, sir.

3    Q.    And by the way, the city attorney would regularly meet

4    with the commissioners individually to brief them on the agenda

5    for the upcoming commission meeting?

6    A.    That's correct.

7    Q.    Identify lawsuits that are pending?

8    A.    Correct.

9    Q.    Let the commissioners individually know what to expect

10   with things?

11   A.    That's correct.

12   Q.    And the commissioners also had the ability to ask the city

13   attorney for advice and counsel?

14   A.    That's right.

15   Q.    As did you?

16   A.    Yes, sir.

17   Q.    So when it came to the operation of the City of Miami,

18   you were familiar with the Charter, generally?

19   A.    Generally.

20   Q.    And you knew that as a commissioner, Joe Carollo, of

21   course, was supposed to represent the best interests of his

22   constituents in his district, right, by himself?  He just had

23   one vote out of five.

24   A.    Correct.

25   Q.    And although a politician is obviously very good at
```

1    meeting with the people and trying to understand the will of

2    the people, when it comes to governing, he's one vote out of

3    five on the Commission?

4    A.   That's correct.

5    Q.   Now you also understood since you worked in government

6    that the role of government when it comes to making decisions

7    for the city by the commissioners is always done in public?

8    A.   Yes, sir.

9    Q.   That's called a commission meeting?

10   A.   Yes, sir.

11   Q.   And by the way, under the Charter, and Florida law, the

12   only time commissioners, the five elected district

13   commissioners are allowed to talk to one another about city

14   matters is on the dais at a public commission meeting, right?

15   A.   That's correct, yes.

16   Q.   And by the way, your office was in city hall?

17   A.   Yes, sir.

18   Q.   15 steps away from where the city commission meets?

19   A.   Yes, sir.

20   Q.   And sometimes you would sit in and observe the city

21   commission meetings?

22   A.   Sometimes, yes.

23   Q.   And other times you would essentially have it on either

24   the T.V. screen or the audio so you could hear what's going on?

25   A.   Yes, sir.

1    Q.   And there were times when the different commissioners

2    including Joe Carollo would say something and essentially

3    causing one of the staff members, maybe you, to come into the

4    commission chambers for some purpose?

5    A.   Normally, Jose Suarez would have those duties if the

6    commissioner needed something or some documentation.

7    Q.   Jose Suarez was deputy?

8    A.   Yes.  He was deputy chief of staff.

9    Q.   And the meetings in your early days and through the

10   remainder of your term, the meetings of the city commission in

11   addition to being public also had an opportunity for citizens

12   and other people to address the commission?

13   A.   Yes.

14   Q.   And any communications about city matters that the

15   commissioners wanted to express with other commissioners was

16   done on the dais, on that platform and we've seen some pictures

17   of it, the five commissioners and all the other staff members

18   sitting around this semicircle?

19   A.   Correct.

20   Q.   And it was not unusual for you to hear that various

21   commissioners were essentially letting other commissioners know

22   their position as they tried to politic for votes?

23   A.   I tried to keep aware of what was going on at the

24   commission meetings.

25   Q.   You also were aware that resolutions, laws were generally

1   sponsored by a commissioner?

2   A.   Correct.

3   Q.   And there were agenda items that say who the sponsor is,

4   right?

5   A.   Right.

6   Q.   Seconded by somebody else and ultimately voted on?

7   A.   Correct.

8   Q.   And in most things, it takes three votes, a majority to

9   make a law?

10  A.   Yes, sir.

11  Q.   And Joe Carollo was one of those votes needed to make a

12  law?

13  A.   Yes.

14  Q.   But he couldn't do it himself?

15  A.   Correct.

16  Q.   So with regard to the commission passing laws, and

17  making -- by the way, laws are called ordinances?

18  A.   Yes, sir.

19  Q.   And resolutions?

20  A.   Yes, sir.

21  Q.   Maybe some other language, but ordinances or resolutions

22  are city laws?

23  A.   Okay.  Yes, sir.

24  Q.   It's up to the administration, the city manager and all

25  that administrative staff to carry out those laws?

1   A.    That is correct.

2   Q.    And do all the other things under the Charter that the

3   city manager and administration is supposed to do?

4   A.    Correct.

5   Q.    So all the department heads are responsible to the city

6   manager and the city manager's office?

7   A.    Yes, sir.

8   Q.    Like when you were a police chief, you were a department

9   head.  All those department heads in the City of Miami, similar

10  thing?

11  A.    I'm sorry, police chief -- I was police chief in Doral.

12  Q.    Right, in Doral.  That's a department head in a different

13  municipality?

14  A.    Correct.

15          MR. GUTCHESS:  Your Honor, I'm going to object just

16  on relevance and scope.

17          THE COURT:  All right.  Sustained.

18          MR. GUTCHESS:  Thank you.

19  **BY MR. KUEHNE:**

20  Q.    So when you -- strike that.

21      When you were talking in your direct examination about

22  inspections and enforcement in the district, you were referring

23  to work carried out by the departments of the City of Miami?

24  A.    Correct.

25  Q.    And so Code Enforcement, when you were asked questions

1    about reporting and getting updates on violations of

2    properties, that's all done by essentially the administration?

3    A.   Yes.  Whatever department has the expertise, they're the

4    ones that would do it.

5    Q.   And you understood at the time and certainly now that a

6    commissioner can raise issues with management, administration

7    that come to the commissioner's attention involving the

8    district or maybe even not the district?

9    A.   Correct.

10   Q.   I want to ask you right now about that exhibit we were

11   looking at just before.  417.  Could we pull that up again?

12   I'm not going to do that now.  I'll do something else.

13        So now, let me ask you about some questions regarding

14   public records.  Do you remember in your direct examination,

15   you were shown some document and asked some questions about

16   public records?

17   A.   Yes, sir.

18   Q.   And it is not unusual -- in fact, it's sort of the

19   obligation that when a city commissioner is looking for

20   information about the city, that's done through a public

21   records request?

22   A.   It can be, yes, yes.

23   Q.   And that's because the commissioner who's subject to

24   Sunshine Law is allowed to ask for records of the City of

25   Miami?

```
 1    A.    That's correct.

 2    Q.    Records that include records that are held by the

 3    different departments?

 4    A.    Yes, sir.

 5    Q.    And because the City Charter, in fact, that's what I want

 6    to bring up.  I think Exhibit 303 is the City Charter.

 7          Okay.  This City Charter, it's been introduced already,

 8    Plaintiffs' Exhibit 303.  Let's go to Section 4.  We've seen

 9    that already, but you're aware that Section 4 deals with the

10    4D, the legislative branch or the commissioners, right?

11          So you see it the bottom of 4A, general description of

12    government and you've already testified about that.  Let's go

13    to the next page.  Next page.  You see D, city commission to be

14    judge of its own elections?

15    A.    City commission to be judge of its own elections, yes.

16    Q.    Now this part of the Charter essentially sets out the

17    lines of authority between the city commissioners and the

18    administration, right?

19    A.    If you say so, yes, sir.

20    Q.    Well, you're familiar with it?

21    A.    Yes, sir.

22    Q.    And let's go to the fourth line and highlight where it

23    says "neither the mayor nor the commission."

24    A.    Okay.

25              MR. GUTCHESS:  I'm going to object again.  Beyond the
```

```
 1   scope of the direct.

 2              THE COURT:  Sustained.

 3   BY MR. KUEHNE:

 4   Q.   All right.  You can take that down.  So then with regard

 5   to these public records requests, Commissioner Carollo and you

 6   made public records requests to the administration for getting

 7   records of different things?

 8   A.   Yes, sir.

 9   Q.   And it included property records that you mentioned?

10   A.   Yes, sir.

11   Q.   And those property records included the Little Havana

12   business district?

13   A.   Yes, sir.

14   Q.   And all of the requests for records that you were aware of

15   and which you participated in, all came after -- all came after

16   the time that Fuller brought his ethics complaint against Joe

17   Carollo?

18   A.    I'm sorry, did you say all the records requests were

19   public records came?

20   Q.   All the records requests that you were a part of occurred

21   after Fuller brought his ethics complaint against Joe Carollo?

22   A.   So then there would be no public records request prior to

23   then is what you're saying?

24   Q.   That you were involved in.

25   A.   That I was involved in?
```

```
1    Q.    Right.
2    A.    I believe so.
3    Q.    And that's because the timing of when you got in was
4    around the time that Fuller was bringing his complaint against
5    Joe Carollo --
6    A.    Yes, sir.
7    Q.    -- right?  And by the way, there came to be during your
8    first year there another complaint brought by Fuller against
9    Joe Carollo, right?
10   A.    I imagine so.  There were several complaints against Joe
11   Carollo during that first year.
12   Q.    And one of them was the complaint in this case, right?
13   A.    Right.
14   Q.    In October of 2018, Fuller sued City Commissioner Joe
15   Carollo, right?
16   A.    Yes, sir.
17   Q.    And we're here handling that lawsuit now, but that
18   occurred in your first year of work as a chief of staff, right?
19   A.    That's correct.
20   Q.    And that lawsuit became for Joe Carollo one of those
21   consuming litigation matters with lots of activity required?
22   A.    Yes.
23   Q.    And it included requests by Fuller to produce documents in
24   connection with that case?
25   A.    Yes, sir.
```

```
 1   Q.    And by the way, you as chief of staff were not primarily
 2   handling Joe Carollo's obligations under that lawsuit?
 3   A.    That's correct.
 4   Q.    Others actually had to spend a lot of time assisting Joe
 5   Carollo in answering and responding to that lawsuit brought by
 6   Fuller?
 7   A.    Yes, sir.
 8   Q.    And among those things that needed to be done because of
 9   the lawsuit was gathering information about District 3, Little
10   Havana and different properties that were owned by Fuller's,
11   plaintiffs' companies, right?
12   A.    Yes, it did.
13   Q.    Who spent a lot of time assisting in the official function
14   of responding to all of those?
15              MR. GUTCHESS:  I'm going to object again.
16   Q.    All of those requests --
17              MR. GUTCHESS:  Could we approach sidebar?
18                        (At the bench.)
19              THE COURT:  What's the objection?
20              MR. GUTCHESS:  I'm very concerned about
21   misrepresentations on the ethics.  This Court knows very well
22   the discovery was stayed in this action for five years and that
23   the defendant produced zero documents, so I think a false
24   representation is being created by his questioning of a witness
25   who doesn't know anything about what he's asking.
```

1          If he wants to show him a document request that they

2     gathered documents and responded to, then that's appropriate,

3     but creating a false narrative is not, Judge.

4          MR. KUEHNE:  Judge, let me make this very clear.  The

5     request for documents from Joe Carollo made by the plaintiff

6     occurred in 2018 and 2019.  The lawsuit occurred in 2018.  Lots

7     of allegations.  Discovery submitted, there was a motion to

8     compel discovery in April of 2019.

9          Commissioner Carollo, from the day the lawsuit was

10    filed and I'm going to bring out some testimony about that, was

11    obligated -- and the witnesses are going to say this -- to pay

12    attention to that lawsuit that made scandalous allegations that

13    included allegations of various properties.

14         And as a result of having to defend that lawsuit,

15    Mr. Carollo was guided to gather documents, voluminous

16    documents.

17         The response to discovery made by the plaintiff in

18    this case was probably 60 paragraphs of information.

19    Mr.Carollo, through me, objected.  That objection was the

20    subject of a motion to compel.

21         Whatever happened to that, Mr. Carollo was actively

22    engaged in the discovery necessary for this case.  And the

23    testimony is going to be that these requests for public

24    records, this information about Fuller's properties was

25    directly related to Mr. Carollo as city commissioner having to

```
 1   defend himself against these allegations.

 2             THE COURT:  Look, Mr. Kuehne --

 3             MR. KUEHNE:  That the entire --

 4             THE COURT:  Let's cut to the chase.  I've never seen

 5   anyone to try to argue prediscovery issues in a trial through

 6   witnesses.  That's totally improper and it's not going to

 7   allowed here where a suit has been pending or four or five

 8   years.

 9             It's been on appeal twice to the Eleventh Circuit and

10   also be rejected by the U.S. Supreme Court as well.  This is

11   becoming unbearable with respect what you are asking him.  What

12   it does, the case is hearing all through this time here we're

13   not going to get into discovery issues.  That's for the Court

14   to handle discovery issues.  No question will be asked of that

15   at all.

16             MR. KUEHNE:  Judge, I need some clarification because

17   all of these public records requests, including some documents

18   that the plaintiff showed on direct examination, were the

19   result of Commissioner Carollo having to gather records to

20   defend the lawsuit.  They have a different version of what was

21   going on, but this is the accurate version.

22             THE COURT:  Look, you can ask him specifically about

23   the public records request.  We're not getting into about what

24   was going on with discovery.  I think what it does is it leaves

25   a missing piece of the puzzle how this case has been filed.
```

 1  It's been litigated for almost four, five years now.

 2        We're not going to be spending our time on what went

 3  out on throughout this Court.  You can ask him specifically

 4  about this public records request.  We're not getting into

 5  discovery, what was propounded to him.

 6        MR. KUEHNE:  I apologize because that's not the point

 7  about propounding.  It's not.

 8        THE COURT:  You can ask him the question.

 9        MR. KUEHNE:  I'm going to ask him if these public

10  records requests -- I'm going to show him some -- are all

11  taking place during the time of information gathering by Joe

12  Carollo for purposes of this lawsuit, and that's what we're

13  going to hear over and over and over again.

14        The document -- the document that was shown to the

15  witness yesterday that had lists of properties is all part of

16  the process of we need this information for purposes of this

17  case.  Fuller initiated this.

18        It's not Carollo going off and doing things on his

19  own.  Carollo is properly responding to the fact that he's got

20  a serious litigation that was brought by Fuller.  That's it.

21  They can paint it a different way but that's what happened.

22        These efforts to get information is responsive to

23  gathering information for the lawsuit.  That's all.  I'm not

24  going to ask him about compelling discovery, interrogatories,

25  et cetera.  Just this is going on at the time when Carollo has

1    this lawsuit that the City of Miami is defending.

2            MR. GUTCHESS:  Okay.  First of all, Mr. Carollo, even

3    if you were gathering documents in response to a document

4    request which he never did would not have any obligation to

5    make public records requests, producing a response so it's

6    ridiculous to say that he was submitting public records

7    requests to respond to a document request that he never

8    responded to, number one.

9            Number two, I'm going to ask the Court to compel

10   Commissioner Carollo and all of their lawyers to produce their

11   time records so we can see if there's any truth that the

12   lawyers were collecting documents.  I think it's entirely

13   false.  I think we need to know that.

14           THE COURT:  I'm not going to do that.  I'm going to

15   sustain the objection.  You can ask him specifically about

16   public records requests, but not relating to a discovery

17   matter.  I'm not going to allow that, sir.  I'm not going to

18   allow them to compel a time sheet.  That's improper, all right?

19           MR. GUTCHESS:  Thank you.

20                          (In open court.)

21           THE COURT:  All right.  The jury needs a break.

22   Okay.  Thanks for letting me know.  Ten minutes.  Again, please

23   remember my instruction.  Do not discuss this case with anyone

24   even among yourselves.  Do not formulate any opinions.  We'll

25   see you back here at 10:43, okay?  Thank you.

```
 1                    THE COURT SECURITY OFFICER:  All rise for the jury.
 2                    (Thereupon, the jury exited the courtroom.)
 3                    THE COURT:  Court is in recess till 10:43.
 4                         (Short recess had.)
 5                    THE COURT:  Bring the jurors, please.
 6                    (Thereupon, the jury entered the courtroom.)
 7                    THE COURT:  All right.  The members of the jury are
 8   all present and accounted for.  Please be seated, everyone.
 9   You may continue with your cross-examination, Mr. Kuehne.
10                    MR. KUEHNE:  Thank you, Your Honor.  Could we pull up
11   Defense Exhibit 593?  Defense Exhibit 593, Your Honor, could I
12   put up on the screen?  I do not believe it has an objection to
13   it, and I move to admit?
14                    THE COURT:  That's correct, plaintiff?
15                    MR. GUTCHESS:  Correct.
16                    THE COURT:  All right.  It will be admitted.  Thank
17   you.
18                         (Defendant's Exhibit 593 Received.)
19   BY MR. KUEHNE:
20   Q.   So Defense Exhibit 593, are you able to see it on your
21   screen?
22   A.   Could you please just have it a little bigger?
23   Q.   Okay.
24   A.   My eyes are going.
25   Q.   Curtis -- I wear glasses.
```

1    A.    Thank you.

2    Q.    Okay.  So let me just set the stage for the question.

3    Defense Exhibit 593, it's an email chain.  The top one,

4    Fernando Casamayor, April 24, 2018 and it's to Richard Blom,

5    rblom@miamigov.com, do you see that?

6    A.    Yes, sir.

7    Q.    And remind us who Fernando Casamayor is?

8    A.    He's an assistant city manager.

9    Q.    The administrative side?

10   A.    Yes, sir.

11   Q.    So this email transmits to you from Fernando Casamayor,

12   the assistant city manager, says:  Chief, it was great to meet

13   with you earlier today.  As promised, here's a copy of the

14   email that I sent to our Code Director regarding communications

15   with elected officials.  Sincerely, Fernando Casamayor.

16        And then he's referring up the earlier email from April 4,

17   2018?

18   A.    Okay.  Yes, sir.

19   Q.    Do you see that?

20   A.    No.

21   Q.    So --

22   A.    That's okay.

23   Q.    Do you need to look at it?

24   A.    Yes, sir.

25   Q.    Okay.  Take a look.  I'm going to highlight the second

1    paragraph -- the first and second paragraph?  As per?  Once

2    you're finished looking at it, let me know, please.

3    A.    Yes, sir.  I've read it.

4    Q.    The highlighted section, can we pull that up?  I'd like

5    you to read that highlighted section into the record on this

6    document.  Wait just a second as we'll make it a little bigger

7    for you.

8    A.    Thank you.  Okay.  As per our previous conversations, I am

9    giving you some written clarity regarding my interpretation of

10   the Charter language addressing directives from elected

11   officials.

12        If an elected official contacts you or your staff in order

13   to provide information or share a constituent

14   complaint/concern, it is perfectly within your purview to

15   respond directly and address those concerns without seeking

16   prior approval from the manager's office.

17        However, if an elected official or their staff directs you

18   to provide a special service, implement a new policy, change an

19   existing policy, make personnel change, et cetera, then you

20   must get the manager's approval before responding.

21   Q.    All right.  Thank you.  You can take that down.  And that

22   directive/explanation was implemented by your office?

23   A.    I'm sorry?  I had asked for clarity.

24   Q.    Right.  And that gave you clarity on the subject?

25   A.    Yes, sir.

1    Q.   And allowed you to be chief of staff and understand the

2    dynamics between commission, legislative function and

3    administrative?

4    A.   Correct.

5    Q.   And with regard to public records requests from you and

6    the office, that came within the gambit of what that

7    explanation clarification was?

8    A.   The explanation clarification when I came on board as the

9    manager, I kept hearing that -- I'm sorry, as the chief of

10   staff, I kept hearing that the city manager had some type of

11   directive out forbidding the elected officials from contacting

12   department directors, and I had a concern with that so I went

13   to the city manager and asked him if he could give me some

14   clarity on that, or show me the original memo and this is what

15   came of it.

16   Q.   And what you had heard made no sense, right?

17   A.   Made no sense.

18   Q.   No way government could work?

19   A.   Yeah, I mean, you need to contact department directors and

20   ask for things but not run them around.  You go through the

21   city manager for that; doesn't mean you couldn't have

22   correspondence with the department directors.

23   Q.   So, with --

24   A.   If I may, if I could just, Ben, if I could just jump in

25   again because a gentleman by the name of Bernat, he was acting

1    I think Code Director at the time and I had asked him

2    something.

3        He used to be a policeman, so we talked a little bit and

4    he said I really can't talk to you.  I said why not?  He says

5    I'm a director and you're working for an elected official.

6    That's when I got really concerned and asked for clarity.

7    Q.   James Bernat at one time the director was of Code

8    Compliance?

9    A.   I think it might have been Code Compliance on a temporary

10   basis.

11   Q.   You knew him from your prior lives as police officers?

12   A.   Correct.

13   Q.   And you wanted to be helpful, but he felt constrained, oh,

14   no.  I'm not allowed to talk to you guys?

15   A.   Exactly.

16   Q.   You told him that made no sense, but I'm not going to put

17   you on the spot.  Let me get clarification from your boss and

18   that's what you did?

19   A.   Yes.

20   Q.   And that was consistent with your understanding of how the

21   City of Miami could operate and was supposed to operate?

22   A.   Correct.

23   Q.   So let me then show you Plaintiffs' Exhibit 40.  This

24   comes the next day, April 25, 2018, and I'll make it a little

25   bit bigger for you.

```
 1             MR. KUEHNE:  But just, Your Honor, I should not have

 2   shown it on the screen.  I don't think it's objected to, but I

 3   just need to make sure.

 4             THE COURT:  Is there an objection?

 5             MR. GUTCHESS:  I would be surprised if I objected to

 6   my own exhibit.

 7             THE COURT:  Okay.

 8             MR. KUEHNE:  Plaintiffs' Exhibit 40.

 9                  (Plaintiffs' Exhibit 40 Received.)

10   BY MR. KUEHNE:

11   Q.   So you see it's April 25, 2018, from Victoria Mendez.

12   You've mentioned her being the city attorney for the entire

13   City of Miami, right?

14   A.   Correct.

15   Q.   And you're shown there as a 2, right after Commissioner

16   Carollo?

17   A.   Correct.

18   Q.   Richard Blom?

19   A.   Yes, sir.

20   Q.   By the way, when you got email at rblom@maimigov.com,

21   rblom@miamigov.com, you actually would try to look at those

22   emails?

23   A.   Yes, sir.

24   Q.   Contrary, when Joe Carollo, commissioner, got emails at

25   his miamigov.com, it's your understanding he rarely, if ever,
```

1  opened those?

2  A.   Correct.

3  Q.   And that was another staff person essentially did the tech

4  version of trying to figure out what documents, emails he

5  needed to look at?

6  A.   Correct.  Normally Joe didn't participate too much in

7  emails, but if we saw something that was serious enough or

8  concerning enough, we said we'd alert him to it.

9  Q.   You actually printed out -- your photocopy machine was

10  going on all the time with printing out the things that you

11  thought merited his attention?

12  A.   Correct.

13  Q.   And essentially, the staff act as the gatekeeper for all

14  of these probably nonstop emails?

15  A.   That's correct.

16  Q.   So this one is an email regarding Calle Ocho Marketplace

17  application and site plan for a temporary farmer's market.

18  Do you see that?

19  A.   Barely, yes, sir.

20  Q.   Okay.  Let's make that first part a little bit bigger.

21  A.   Thank you.

22  Q.   And --

23        MR. GUTCHESS:  Just for the record, Your Honor, I

24  don't object to the exhibit, but I'm going to object to the

25  scope.  It wasn't asked about on his direct.  I'm not sure

1   there's any relevance.

2           THE COURT:  Sustained.

3   **BY MR. KUEHNE:**

4   Q.   You can take that down.  So we'll go through some of them.

5   On the exhibits that were public records that you were asked

6   about, you were -- you talked about photographing Ball & Chain.

7   Do you remember that?

8   A.   Yes, sir.

9   Q.   And you explained this issue that Jose Suarez wanted it to

10  be discreet?

11  A.   Yes, sir.

12  Q.   Not with the tourists there taking a picture of it?

13  A.   It was two different things.  The picture of the Ball &

14  Chain was me, and the Jose being discreet was the measurement

15  of the ball.

16  Q.   So with the Ball & Chain, that was not to be public in

17  taking the pictures?

18  A.   I got out of the car and took the pictures.  I was very

19  public about it.

20  Q.   And you sensed that that was different from Commissioner

21  Carollo's view of how you should do it?

22  A.   Yes.

23  Q.   And there was an issue about the picture at Ball & Chain.

24  The Ball & Chain regarding that big -- I'm going to call it a

25  sculpture that had a big ball, heavy ball suspended by a chain?

```
 1    A.    It was a ball suspended by a chain, correct.
 2    Q.    And the issue at the time is that -- by the way, this was
 3    over the sidewalk --
 4    A.    Yes, sir.
 5    Q.    -- right?  And the issue was there's no permit for this
 6    sign that's hanging over the sidewalk outside of Ball & Chain?
 7    A.    I wasn't aware that that was the issue.  I thought the
 8    issue was Joe wanted me to take a picture because he said it
 9    was dangerous for people to standing under there, but I don't
10    know anything about permits issued or not issued.
11    Q.    Okay.  And as far as that goes with the permits issued or
12    not issued, that's what Code Compliance does, right?
13    A.    Yes, sir.
14    Q.    And whether that -- let me see.  I might be able to find
15    you a photograph of that.  Whether that was an authorized
16    sculpture, sign, or an unpermitted sign, is something Code
17    Enforcement would do?
18    A.    Correct.
19    Q.    But if it was unpermitted, this heavy sign on the sidewalk
20    could be a significant potential risk to passersby, right?
21    A.    It could be, yes, sir.
22    Q.    It was not your job to make that determination, right?
23    A.    Correct.
24    Q.    That's for Code Compliance, or Code Enforcement to make
25    that determination if it's brought to their attention?
```

```
1   A.   Correct.
2   Q.   And you understand that one of the reasons for making that
3   photograph was to be able to have Code Compliance check out
4   this potentially illegal sign?
5   A.   I imagine, yes, sir.
6   Q.   And you don't know whether Code Compliance in fact, cited
7   Ball & Chain for having an illegal sign?
8   A.   I'm not sure if it was illegal or not.  I'm not sure if
9   they were cited, sir.
10  Q.   You don't know that.  That would be presumably in the Code
11  Enforcement records?
12  A.   Correct.
13  Q.   That you did not really pay attention?
14  A.   Correct.
15  Q.   Now you were asked I think on direct about going to FDLE,
16  Florida Department of Law Enforcement?
17  A.   Yes, sir.
18  Q.   Either with Joe Carollo so that he could bring material to
19  the FDLE, some package of papers, or that you submitted them on
20  his behalf, right?
21  A.   We actually went three times.  The first time I went with
22  him or he went with me.  The second time he sent additional
23  documents just with me, and then the third time he came with me
24  again.
25  Q.   So one of the times as you describe it, a report to FDLE
```

1   about possible money laundering.  Do you remember that?

2   A.   Yes, sir.

3   Q.   And that was -- at the time, that was a fairly significant

4   issue going on, wasn't it?  Money laundering by cash based

5   businesses in Miami?

6   A.   I think it always is.  It's a concern.

7   Q.   But certainly your experience with Joe Carollo as city

8   manager in Doral when you were a police chief had some

9   component of money laundering investigations by foreign

10  investors investing in South Florida, didn't it?

11  A.   He never came to the police department in that regard.  He

12  might have been doing something like this on his own.

13  Q.   But you're aware that that was a burgeoning issue in

14  Doral, particularly with foreign nationals who were investing

15  funds?

16  A.   Correct.

17  Q.   Investigations and task forces over what's the flow of

18  cash money?

19  A.   Yes, sir.

20  Q.   And by the way, as far as you know, FDLE is one of those

21  Florida Department of Law Enforcement agencies that does, in

22  fact, have a task force on money laundering?

23  A.   They have several task forces, yes, sir.

24  Q.   That's one of them?

25  A.   Yes, sir.

1    Q.    And one of the concerns as you understand it with Joe
2    Carollo was whether there was any money laundering activity
3    going on and he had had some documentation that he brought to
4    FDLE?
5    A.    Correct.  That's what I understood.
6    Q.    For FDLE to make whatever review and evaluation it decided
7    to do?
8    A.    Correct.
9    Q.    And you understood that Joe Carollo as a commissioner,
10   citizen, bringing something to the attention of FDLE is what
11   citizens can and are allowed to do?
12   A.    Yes, sir.
13   Q.    And no consequence by virtue of sending something over to
14   FDLE, whether it's in person or sending it through the mail or
15   electronic?
16   A.    He can do that, yes, sir.
17   Q.    And the same with the -- with the other reports.  You
18   mentioned that one had to do with -- another one had to do with
19   illegal voting?
20   A.    Yes, sir.
21   Q.    And that was not your issue, right?
22   A.    I'm sorry?
23   Q.    That was not your issue about illegal voting.  It wasn't
24   something that you focused on?
25   A.    No, sir.

```
 1   Q.   But you're aware that Joe Carollo with the litigation over

 2   his D3 election and his prior experience, he was attuned to the

 3   issue of voter fraud, illegal voting?

 4   A.   Yes, he was.

 5   Q.   Thought that that is an outrageous assault on elections to

 6   have people voting illegally or when they're not supposed to?

 7   A.   Yes, sir.

 8   Q.   And the concern was that information had come to his

 9   attention that multiple people were voting out of a small

10   residence in D3, right?

11   A.   I'm not sure it was multiple people.  I know he talked

12   about Fuller.

13   Q.   Right.  That Fuller and others were voting from the same

14   address in District 3?

15   A.   Okay.  I just can't recall the others, but I remember

16   hearing Fuller's name.

17   Q.   And what you understood is how could somebody be voting

18   from an address in D3 when the person owns a huge house at

19   which his family lives in Coral Gables, right?

20   A.   I'm sorry, can you repeat the question?

21   Q.   The concern was how could somebody be voting legally out

22   of District 3 when that person owns a big house where his

23   family lives in Coral Gables?

24   A.   That was Joe's concerns, yes, sir.

25   Q.   And whatever the facts are, as you understood it at the
```

```
 1   time, that's a legitimate concern for voter fraud?
 2              MR. GUTCHESS:  Object to form.
 3              THE WITNESS:  Joe had a concern about that, yes.
 4              THE COURT:  Overruled.
 5   BY MR. KUEHNE:
 6   Q.   And as a law enforcement officer retired, that could raise
 7   a concern about voter fraud, right?
 8   A.   Yes, sir.
 9   Q.   FDLE was entirely the agency that could conduct an
10   inquiry, a nonpublic inquiry is anything going on there, right?
11   A.   Yes, sir.
12   Q.   And it's your understanding that going to FDLE, that's not
13   a public matter, is it?
14   A.   No.  You can go up there and walk in.  Public can walk in
15   there, yes, sir.
16   Q.   But what FDLE does is confidential.  They don't put it out
17   in a press release?
18   A.   No, no.
19   Q.   That's sort of law enforcement investigation?
20   A.   Yes, sir.
21   Q.   And whatever the outcome of that report was is for FDLE to
22   determine, if anything, right?
23   A.   Correct.
24   Q.   You were not involved in any of the investigation?
25   A.   No, sir.
```

1   Q.   Now, you had -- you were shown some documents and

2   Plaintiffs' Exhibit 63 is the document that you were shown and

3   why don't we just pull it up to remind you?  Plaintiffs'

4   Exhibit 63.

5        So, this is Plaintiffs' Exhibit 63 and it dealt with I'm

6   going to call it the load capacity issue.  Do you remember that

7   on direct examination?

8   A.   Yes, sir.

9   Q.   And can we go to the next page of this?  And the next

10  page, keep going.  Next.  Next.  Okay.  Stop right there.

11       Sir, remember you were shown these two occupancy load

12  documents?

13  A.   Yes, sir.

14  Q.   Okay.  You can take that down.  The -- this Plaintiffs'

15  Exhibit 63.  If you need to see it again, I will bring it up,

16  but it dealt the load capacity at one of the Fuller company

17  properties, right?

18  A.   Yes, sir.

19  Q.   And what you understood is that Joe Carollo or somebody on

20  his behalf went to Miami-Dade County to seek county records

21  about load capacity, right?

22  A.   Actually, I'm not sure about the records.  He was seeking

23  the ordinance, county ordinance in that regard.

24  Q.   To determine what the law is on load capacity, right?

25  A.   Correct.

1    Q.   And that's you noted that to be a county function, county

2    certificate of load capacity, right?

3    A.   What it was explained to me, Joe told me he didn't trust

4    the fire department so we can go and get the statute or

5    whatever ordinance.  It was from the county.

6    Q.   And he, Joe Carollo, was not a county commissioner; had no

7    role with the county other than being a citizen?

8    A.   Yes, sir.

9    Q.   And as a citizen, he can get those documents?

10   A.   Yes, sir.

11   Q.   And the documents that you saw in Plaintiffs' Exhibit 63

12   include county produced documents, official documents that are

13   available on the public record?

14   A.   Yes, sir.

15   Q.   It was your understanding that what the City of Miami does

16   as part of its code process is make sure that load compliance

17   issues are complied with --

18   A.   Yes, sir.

19   Q.   -- right?  And that one of the issues is that when

20   somebody does -- when an owner does illegal construction,

21   unpermitted construction of properties, that could affect the

22   load compliance formula?

23   A.   Yes, sir.

24   Q.   That's why pulling permits is really important as you

25   understood it within the city when reconstruction, construction

```
 1   is done on existing buildings?

 2   A.   Yes, sir.

 3            MR. GUTCHESS:  Objection.

 4            THE COURT:  What's the objection?

 5            MR. GUTCHESS:  The witness has already testified he

 6   didn't know anything about this.

 7            THE COURT:  Sustained.

 8   BY MR. KUEHNE:

 9   Q.   Well, you were asked some questions about

10   Plaintiffs'Plaintiffs' Exhibit 63 and load compliance, right?

11   A.   Yes, sir.

12   Q.   And it's your understanding that load compliance is a

13   matter that Code Compliance is responsible for, right?

14   A.   That's how I understand it, yes, sir.

15   Q.   And that bringing matters of load compliance to the

16   attention of Code Compliance assists them in doing their job?

17   A.   Correct.

18   Q.   And that without -- strike that.

19        So did you become aware that on multiple occasions,

20   properties owned by Fuller's companies refused entrance to law

21   enforcement or Code Compliance for purposes of looking to see

22   the status of construction and permits?

23   A.   I'm aware of at least one occasion where -- I'm not sure

24   who it was, but someone in the inspection team or the Code team

25   wasn't allowed access.  I can't totally recall the reason why.
```

1   Q.   Okay.  And that was within the D3 office a fairly alarming

2   situation, wasn't it?

3   A.   Yes, sir.

4   Q.   You were asked some questions about generally other

5   property owners in the district.  Did you hear of any other

6   property owners besides the Fuller company properties refusing

7   to allow Code or law enforcement to come in and inspect the

8   property for permits?

9   A.   Like I said, it's the only one I do remember was just that

10  one.

11  Q.   And this was such an important issue, refusal to allow

12  Code to do its job, that Joe Carollo and the District 3 staff

13  asked for documentation of that refusal, right?

14  A.   I believe so.  As I stated, I'm not quite sure what that

15  reason was, whether they were refused.

16  Q.   Okay.  But that was the issue that was discussed on the

17  February 14 -- February 14, 2019 commission meeting?

18  A.   Correct.

19  Q.   Right?  And that lots of stuff goes on at that commission

20  meeting.  By the way, you're aware of the commission meeting.

21  Did you actually attend, sit in part of it?

22  A.   I probably did.  I can't absolutely say for sure.  I

23  normally attended every commission meeting.

24  Q.   You attended them sometimes.  You walk in and out?

25  A.   Correct.

1    Q.   Right.  And that commission meeting has some, let's call

2    it a political sparring on the dais about is the City of Miami

3    law being followed, right?

4    A.   They spar on a number of things.  I'm sure that's one of

5    them.

6    Q.   That's not unusual at all at a city commission meeting?

7    A.   No, sir.

8    Q.   Counter debate between commissioners, right?

9    A.   Yes, sir.

10   Q.   As well as presenters including department heads?

11   A.   Yes, sir.

12   Q.   Not at all unusual for department heads to appear at

13   commission meetings?

14   A.   No, sir.  It's not unusual.

15   Q.   In fact, that's the standard procedure, isn't it?

16   A.   They have what we call a cow room behind the chambers and

17   normally that's where the department directors, if you will,

18   for a better term, huddling up and they sit there in case

19   they're needed by the manager to answer a question or present

20   something.

21   Q.   Right.

22   A.   It normally happens during a commission meeting.  If you

23   go back into that cow room, you can talk to all the department

24   directors.

25   Q.   When there's an agenda item that involves a particular

1  department or an issue within the administration, it's not

2  unusual for the commissioners staff to notify the manager, we

3  want to make sure people who know about this issue are going to

4  be here for the commission meeting?

5  A.   Well, I'm not saying it's not unusual.  Usually what they

6  do is they have an agenda briefing prior to the meeting.  I

7  think it might be the day before or two days before and the

8  manager is there and some of the department directors are

9  there, but the manager is definitely there.

10      And they go to each commissioner's office and they go over

11 the agenda, and if the commissioner requests a department head,

12 usually that's when they're there.  Otherwise, the manager will

13 take care of it himself.  Normally that's the way it works.

14 Q.   Okay.  So on a particular issue, the manager should be

15 there to be able to be responsive, but mainly the manager, as

16 you understood it, doesn't know everything going on in the

17 departments?

18 A.   Correct.  If you want to get into what I say the nuts and

19 the bolts, things of that nature, you want to have somebody

20 that knew more about it.  Usually that's the department head.

21 Q.   Right.  And that's why it's not unusual, irregular for

22 commissioners, their staff to give the manager a heads up about

23 an issue so that it can be addressed in this public meeting?

24 A.   Correct.

25 Q.   But by the way, the Commission generally meets once a

1    month?

2    A.    Yes, sir.

3    Q.    Unless they set a special meeting during the time that you

4    were there?

5    A.    Yes, sir.

6    Q.    So if business doesn't get done and questions answered on

7    that meeting, it may take a whole another 30 days before the

8    issue gets raised again?

9    A.    Yeah, it could.

10   Q.    So --

11   A.    Of course, I'm sorry, they take the month of August off.

12   No meeting then.

13   Q.    That's right.  The month of August.  Let me ask you about

14   that because Commissioner Carollo had a preference that

15   vacations within his district office should preferably be

16   during August, right?

17   A.    When you say preferably, the way he told it to me was it's

18   mandated.

19   Q.    Okay.

20   A.    Do not take vacation unless it was the month of August.

21   Q.    And the month of August coincides with -- that's when at

22   least the commission responsibility ends because the commission

23   officials are in recess during the month of August?

24   A.    Correct.

25   Q.    And, of course, the City of Miami continues to operate as

```
 1   it does 24/7, but at least with regard to that legislative
 2   function --
 3   A.    Right.
 4   Q.    -- there's no activity?
 5   A.    His policy was not to tell the employees for a whole year.
 6   That's unusual for most businesses.  This is an unusual
 7   business.
 8         If you're going to mandate that, you should make it a
 9   condition of employment when you're going to hire the person.
10   Not wait after a year and then let them know they can't take
11   vacation till August.
12   Q.    Obviously, that was one of those employment type of issues
13   that you had as one of your four central factors and obviously
14   you and the commissioner didn't get in sync on that?
15   A.    Correct.
16   Q.    During that, but as far as you know, none of Joe
17   Carollo -- Commissioner Carollo's staff members were demoted or
18   terminated because of their vacation plans?
19   A.    None of them -- no, no.  I -- no, no.
20   Q.    Now you were asked some questions and let me pull up
21   Plaintiffs' Exhibit 115.  Plaintiffs' Exhibit 115.  You were
22   shown this exhibit.  Let me just ask you about that.  So, this
23   one you identified and I'll make it bigger for you.
24   A.    I'm familiar with it now, yes, sir.
25   Q.    Plaintiffs' Exhibit 115.  It's a request from you in
```

1    preparation for the February 14, 2019 commission meeting to

2    have the manager, if the manager agree, certain department

3    directors and other people for an item that was going to be on

4    the agenda?

5    A.   Yes.  This is more than likely a request from the

6    commissioner saying I want these people here.

7    Q.   Right.  And you made that request, not the manager?

8    A.   Correct.

9    Q.   And it's the manager's job -- in this case, you send it to

10   Emilio Gonzalez to decide who is best to deal with that agenda

11   item?

12   A.   Correct.

13   Q.   And Joe Napoli, the deputy manager says this is in

14   reference to 521 SW 8th Street which was one of the agenda

15   items to be discussed?

16   A.   Okay.

17   Q.   Right?

18   A.   Yes, sir.

19   Q.   And that particular discussion dealt with, as far as you

20   had been aware, an unprecedented situation where 521 SW 8th

21   Street refused to allow an inspector to come into the property?

22   A.   Yes.

23           MR. GUTCHESS:  Objection.  Mischaracterizes the

24   evidence.

25           THE COURT:  Objection's overruled.

1   **BY MR. KUEHNE:**

2   Q.   And that was property that you're aware had evidence of

3   active construction taking place on the property without, at

4   least in City View, permits?

5            MR. GUTCHESS:   Objection.

6            THE COURT:   Wait.   What's the legal objection,

7   counsel?

8            MR. GUTCHESS:   It's mischaracterizing evidence.

9            THE COURT:   You'll get an opportunity to have

10  redirect examination.

11           MR. GUTCHESS:   Thank you.

12           THE WITNESS:   I'm sorry.   Could you repeat that?

13  **BY MR. KUEHNE:**

14  Q.   Yes.   And that agenda item with the unprecedented refusal

15  dealt with a property that had evidence of active construction

16  and being an active construction site without any permitting

17  within City View, the official city database?

18  A.   Yeah, I'm not sure about that.   I know it was about the

19  refusal of entry of a certain area, but as far as the permit or

20  non-permit or construction, I'm not aware of that.

21  Q.   And the next day, the city commission meeting, that whole

22  process is discussed, right?

23  A.   Yes, sir, I believe so.

24  Q.   You were asked on direct about the -- you said there were

25  seven people who comprised the Commission District 3 staff, is

```
 1    that what you said, seven?

 2    A.   I said seven or eight.  I think it was seven.

 3    Q.   A handful?

 4    A.   Yes, sir.

 5    Q.   And they work for D3.  They were city employees.

 6    Everybody, including you, city employees, but this is not a

 7    manager employment?

 8    A.   That's correct.

 9    Q.   You work for the commissioner.  You're allowed to talk to

10    the commissioner.  The commissioner can tell you what to do as

11    boss.  You could tell them what to do?

12    A.   Yes, sir.

13    Q.   And when -- when you were chief of staff in the fairly

14    early days, you had to make some of your own personnel

15    decisions, didn't you?

16    A.   Yes, sir.

17    Q.   And one of those was to terminate -- make the decision to

18    terminate one of the staff members, a fellow named Steve Miro?

19             MR. GUTCHESS:  Objection.  Beyond the scope.

20             THE COURT:  Sustained.

21    BY MR. KUEHNE:

22    Q.   You were asked about Steve Miro during your direct

23    examination, weren't you?

24    A.   I can't recall that.  I don't recall that.

25    Q.   Was Steve Miro one of the employees of the D3 office?
```

A.   Yes, sir.

          MR. KUEHNE:  Your Honor, could I have a sidebar on this particular point?

          THE COURT:  Sure.

                         (At the bench.)

          THE COURT:  Yes, sir.

          MR. KUEHNE:  Your Honor, he was -- the plaintiff asked this witness about his job responsibilities as chief of staff.  That included hiring, firing, et cetera.

          One of the decisions he had to make in the early days was to terminate Steve Miro and I intend to ask him some questions about that.  A decision to terminate, et cetera, as one of his responsibilities that he was carrying out as chief of staff when he had described his different responsibilities.

          The issue is relevant here because Steve Miro is listed as a plaintiff witness is featured in the complaint, and makes assertions regarding Commissioner Carollo's conduct.

          He also claims that his termination was for various reasons that were found to be not substantiated, and I'm not going to ask about that.

          So I intend to ask him about the termination process that he made, not Commissioner Carollo, and he reported to Commissioner Carollo about Steve Miro and why he was not a fit for that office.  And if the Court declines to allow me to examine this witness about that at this time, I'm going to ask

1    the Court to keep him under subpoena because Mr. Miro will be a

2    witness and this is appropriate, at a minimum, if not

3    substantive evidence of how the office works and what

4    Mr. Blom's responsibilities were.  Impeachment evidence of

5    Steve Miro.

6            THE COURT:  Is Steve Miro testifying?

7            MR. GUTCHESS:  Yes, Your Honor.

8            THE COURT:  You can ask Steve whether he was

9    terminated.

10            MR. KUEHNE:  He's not going to tell the truth.

11            THE COURT:  If he denies that, you can call this

12    witness back for that matter.  If he tells the truth, then you

13    don't have to call the witness.

14            MR. KUEHNE:  If the Court requires me to do it that

15    way, I would ask the witness be kept under subpoena.

16            THE COURT:  You can keep him under subpoena.  That's

17    fine.

18            MR. KUEHNE:  And I want the opportunity now to have

19    advance cross-examination on an issue that I expect will

20    happen.  I've looked at the testimony and statements of Steve

21    Miro.  He's going to testify in a way that, in my view, is

22    contradicted by the facts and contradicted by the person who

23    actually made that decision.

24            THE COURT:  Look, give me a second to ask about this

25    matter.  Is Steve going to deny that he was terminated?

```
 1              MR. GUTCHESS:  No, he won't deny it.

 2              THE COURT:  Just be clear, if he does, I'm going to

 3    allow defense counsel to explore that issue so there's no

 4    misunderstanding here.  We don't need to have a sidebar on that

 5    issue.  I'm telling you up front that's what's going to happen.

 6              Also, too, just to clarify my issue with respect to

 7    the commissioner's wife.  If she's not a party, she can't sit

 8    at counsel table next to defense counsel.  If she wants to sit

 9    in the pew like the plaintiff, I have no issue with that.

10              Only the parties are allowed to sit at counsel's table

11    unless she's a party to the suit.  She's not a party to the

12    suit so it's inappropriate to do so.

13              Now outside the presence of the jury, if he wants to

14    embrace her, hug her, kiss her, I don't care about that.  Only

15    the parties who are litigants shall sit at counsel table.

16              If he wants to move from here and join her in the

17    back, that's fine.  I have no issues with that but she cannot

18    sit at counsel table because it gives the impression one, she's

19    a party to this suit which she's not.  The Court is only going

20    to allow litigants at the tables.  If he wants to move and join

21    her back there, I have no issues with that.

22              MR. KUEHNE:  Judge, the only reason that's happening

23    now is the configuration of this courtroom.

24              THE COURT:  Doesn't matter.

25              MR. KUEHNE:  Because --
```

 1           THE COURT:  I understand that.  I noticed that

 2    yesterday.  The courthouse is configured differently, but the

 3    rules are the rules.  She's not allowed to sit at counsel

 4    table.

 5           It's just like the plaintiff, they have their spouse,

 6    they can sit with her.  I don't care who the spouse is or

 7    children but nonetheless, they cannot sit on the side where the

 8    litigants are.  She's not a litigant in this case.

 9           MR. KUEHNE:  I fully understand, Judge.  We did not

10    want to move the chairs around without permission.  Like in the

11    previous courtrooms that we have, our intention would be to

12    move the chairs back so she's not sitting at counsel table, and

13    she's there with Commissioner Carollo.

14           THE COURT:  She has to sit in the pew, sir, like any

15    other -- anybody else in this audience.  It's an open

16    courtroom.  She has to sit in the pew.  It's not appropriate to

17    have her sitting at the defense counsel table.  The plaintiff

18    is not allowed the same, too.  I don't know who the plaintiffs'

19    spouse is or family members are, but as you can see, they're

20    not allowed in any courtroom at all.  So you can tell her she

21    has to move and sit in the pew, okay?

22           MR. KUEHNE:  I do want to make sure that the Court --

23    maybe I did not articulate it correctly.  Mr. Miro is going to

24    agree he was fired, but he's going to offer his own

25    self-serving version of who fired him and what the firing was

```
 1    for.  He won't deny what Mr. Blom has testified to, and will

 2    testify to as to who made the decision and what the reasons

 3    were.

 4              THE COURT:  Mr. Kuehne, I told you that's fine, sir.

 5    If you ask him why he was fired because of "x" and you believe

 6    that Mr. Blom said it was "y".  You can call Mr. Blom to say it

 7    was "y" and not "x".  It's a credibility issue as to what the

 8    jury's going to believe, so if you asked him was he fired

 9    because of "x," you believe Mr. Blom says "x", there's no need

10    to call Mr. Blom because he agrees.

11              MR. KUEHNE:  Yes, Judge.  I was just attempting for

12    the convenience of this case anticipatory cross-examination on

13    an issue I know is going to come up.

14              THE COURT:  If the plaintiff wants to stipulate, he

15    can.  He says that they don't believe Mr. Steve is going to

16    testify contrary to what you're going to ask him.  I did give

17    you the option.  If they do otherwise, you're going to bring

18    him back so you do have the opportunity.

19              MR. KUEHNE:  Yes, sir.

20              THE COURT:  All right.  So, again, Ms. Carollo has to

21    sit in the pew.

22              MR. KUEHNE:  Should we do that now?

23              THE COURT:  We can wait till the recess.  That's not

24    necessary now, okay?

25              MR. KUEHNE:  Yes, Judge.
```

```
 1              THE COURT:  Just wanted to bring it to your
 2    attention.  We'll do it after recess.
 3              MR. GUTCHESS:  In terms of schedules, we have former
 4    Commissioner Ken Russell waiting.  It's the third day he has
 5    come.
 6              THE COURT:  How much time do you have, Mr. Kuehne?
 7    It's 11:28 now.
 8              MR. KUEHNE:  I think probably around 20 minutes or
 9    so.
10              THE COURT:  So 20 minutes.  That's it.
11              MR. GUTCHESS:  Can we try to get Mr. Russell before
12    the lunch break?
13              THE COURT:  How long is Mr. Russell's testimony?
14              MR. GUTCHESS:  I think 45 minutes.
15              THE COURT:  No, we're not going to do that.  If he's
16    got 20 minutes, we may get into some of it maybe and also are
17    you going to be doing any redirect examination?
18              MR. GUTCHESS:  Very short.
19              THE COURT:  I heard that before.  So at any rate --
20              MR. GUTCHESS:  Less than three minutes.
21              THE COURT:  I'll play it by ear, all right?
22                        (In open court.)
23              MR. KUEHNE:  So may I continue, Your Honor?
24              THE COURT:  Yes, sir.
25
```

1    **BY MR. KUEHNE:**

2    Q.   I was asking you, Steve Miro worked for a period of time

3    in D3?

4    A.   Yes, sir.

5    Q.   And you made the decision to terminate him?

6    A.   I recommended termination.

7    Q.   Recommended, okay.  And the commissioner agreed with your

8    recommendation?

9    A.   Yes, sir.

10   Q.   Now, I'm going to go to -- it seems like the end of the

11   line at least with your career.  But Plaintiffs' Exhibit 200

12   was your July letter that was -- I think it was shown toward

13   the end of your examination.  Do you remember that?

14   A.   Yes.  I wrote I believe three letters.

15   Q.   Okay.  Well, let's pull up the letter that you were shown

16   on direct, Plaintiffs' Exhibit 200.  So this, you take three

17   pages and you go to Joe Carollo, you explain the relationship

18   and what you were able to do and not do as chief of staff,

19   right?

20   A.   That's correct.  This is I think the second of three

21   letters I wrote.

22   Q.   Now, by the way, just to note, consistent with the way Joe

23   Carollo worked as commissioner, this is a letter that was

24   printed out and left for Joe Carollo, right?  In paper copy?

25   A.   I'm sorry?

```
 1   Q.   This paper copy?
 2   A.   I believe the first letter was the one I left for him.
 3   Q.   Okay.  Well, this is not emailed to Joe Carollo?
 4   A.   Okay.  I'm not aware.
 5   Q.   Let me -- I'm sorry.
 6   A.   I thought I did.
 7   Q.   I didn't mean to ask it that way.  Did you email this to
 8   Joe Carollo?
 9   A.   I believe so, yes, sir.
10   Q.   And there's no email reference on this particular
11   document.  You don't see -- we can go through the three pages.
12   A.   Yes.  It might be in a Word form and you just print it
13   out.
14   Q.   Okay.  And printing it out is -- strike that.  If you
15   emailed it to Joe Carollo, there would be no assurance he would
16   open it up unless you opened it up and printed it out for him?
17   A.   Correct.  So this might not have been emailed, correct.
18   Q.   Okay.  And so you go through in July of 2019 and explain
19   how you could be a better chief of staff in his D3 office?
20   A.   Basically I'm letting him know what I believe the chief of
21   staff role is and how it's become more than challenging under
22   his rule.
23   Q.   Okay.  Under his, the boss, his handling of the D3?
24   A.   Correct.
25   Q.   And you also soon after this make a proposal to -- make a
```

1   proposal that you actually would be better suited with the

2   commissioner's District 3 office to change your function or

3   responsibilities, have a part time job, and just do certain

4   specific projects in your areas of expertise?

5   A.   Could you bring that letter up?

6   Q.   You don't remember that?

7   A.   I'm -- that's not what I said.  I said could you bring the

8   letter up?

9   Q.   Okay.  We'll see if you need to see that again.  You wrote

10  three letters?

11  A.   I'd like to see it is what I'm saying.

12  Q.   I understand that, but right now I have Plaintiffs'

13  Exhibit 200 up for you.

14  A.   Okay.

15  Q.   So with regard to 200, your opening is that the job has

16  been confusing, frustrating and disturbing with no

17  comprehensive job description, right?

18  A.   Correct.

19  Q.   And you proceed to offer your views of where you have been

20  and some of the butting of heads you had with Joe Carollo as

21  his chief of staff?

22  A.   You put it "butting heads."  I'm saying that he created

23  obstacles for me.

24  Q.   Butting heads, creating obstacles and you got the sense

25  that you were not the -- at least by July, not the right fit

1   for that chief of staff role as Joe Carollo envisioned it?

2   A.   Yes, sir.  I didn't believe that it was a good fit for me.

3   Q.   Now, the plaintiff asked you to go to the last page of

4   this.  And let's go to the last page of it.  And that's the

5   Fuller reference, right?

6   A.   Yes, sir.

7   Q.   Now you explain there you're not comfortable.  Discomfort

8   with doing this type of research, right?

9   A.   Yes, sir.

10  Q.   Not your skill?  Not your specialty?

11  A.   Yes, sir.

12  Q.   And you also didn't like not doing it in the open?

13  A.   Absolutely.

14  Q.   And this -- while you were working as chief of staff, you

15  didn't refer to this paragraph as his request to have you do

16  anything improper or unethical at all, did you?

17  A.   I'm sorry, I'm not sure I understand the question.

18  Q.   Sure.  With regard to this paragraph where you say

19  uncomfortable, it was not your intention to say that you were

20  being asked to do anything improper or unethical by Joe

21  Carollo?

22  A.   Well, I might not have said that in this paragraph, but

23  I've certainly felt that sneaking around taking pictures,

24  covert pictures and covert activities like taking measurements

25  and stuff is either improper, immoral, illegal, wrong, silly,

1  childish.  I might not have said that there, but that's how I

2  felt.

3  Q.   So it was the manner of doing it surreptitiously?

4  A.   Yes, sir.

5  Q.   So when you were asked about this very issue on January

6  13, 2021, under oath, and you were asked:  Did Commissioner Joe

7  Carollo ever ask you to do anything that you thought was

8  somehow illegal or unethical or improper?  Your answer was:

9  No, sir.  Wasn't it?

10  A.   It's still my answer.

11  Q.   And when you were asked why were you uncomfortable doing

12  that on January 13, 2021, you said because he didn't want

13  Mr. Fuller and anybody else to see it while taking pictures of

14  the property.  And I said if I can't do something out in the

15  open, I'm not going to do it at all.  So I wasn't comfortable

16  doing it on the sly if you would.

17     And you were asked:  You don't think that qualifies as

18  something that was unethical or improper that he was asking you

19  to do?

20     And your response:  No.  It's fine to take pictures of

21  somebody's property and things of that nature but if you're

22  going to ask me not to be seen, then I'm uncomfortable with

23  that.  I'm doing it out in the open.  Right?

24  A.   Yes, sir.

25  Q.   And that's your testimony today?

1    A.    Yes, sir.

2    Q.    And you were also asked:  Did you ever let anybody else

3    other than Commissioner Joe Carollo know that you were quote,

4    uncomfortable doing is this?  And your response was:  I don't

5    believe so.

6    A.    Yeah, I let the commissioner know and I'm sure although I

7    didn't let Jose Suarez know, he saw I was uncomfortable doing

8    it.

9    Q.    But the testimony that I just read to you that you've

10   agreed that was under oath on January 13, 2021, is your

11   testimony today?

12   A.    That's my testimony today, yes, sir.

13   Q.    I'd asked you about the picture of Ball & Chain that

14   you were asked to take.

15   A.    Yes.

16   Q.    I want to show you -- if I find the right page -- a

17   picture of the sculpture and signage in Defense Exhibit 39.

18        Could we pull up Defense Exhibit 39 and let me go to find

19   the right page here.  Do you have it?  I think it's the second

20   to the last page or maybe the third to the last page of Defense

21   Exhibit 39.

22              MR. GUTCHESS:  May I see that before it's published?

23              MR. KUEHNE:  Sure.  Wait just a second.

24              MR. GUTCHESS:  That's fine.

25              MR. KUEHNE:  So you found it on page 42.  Could you

1    pull that up?

2    **BY MR. KUEHNE:**

3    Q.   Defense Exhibit 39, page 42 of that compilation and I'm

4    publishing it to you.  Can you see that picture?

5    A.   Yes.

6    Q.   The color picture?

7    A.   Yes, sir.

8    Q.   And you see what looks like a ball and chain.  A metal

9    ball with a heavy chain?

10   A.   Yes, sir.

11   Q.   It says Ball & Chain on it.  That's what you were

12   photographing, right?

13   A.   Yes, sir.  I believe so.

14   Q.   And you see in this picture, Defendant's Exhibit 39 page

15   42, this is hanging over the sidewalk connected to a pole,

16   right?

17   A.   Yes, sir.

18   Q.   And obviously above where passerby would be?

19   A.   Correct.

20   Q.   And whether this was allowed or not allowed, whether this

21   could fall down and hurt somebody or not was not your issue,

22   was it?

23   A.   No, sir.

24   Q.   That was an issue for Code Compliance?

25   A.   Correct.

```
 1   Q.   And you have no idea what Code Compliance did with regard
 2   to photographs that you took of this sign hanging over the
 3   sidewalk?
 4   A.   Yes, sir.
 5   Q.   All right.  You can take that down.  Without going into
 6   all the various public records requests, you're aware that
 7   public records were made and you participated in them to get
 8   information from the City of Miami public records, material
 9   that's available to be identified, right?
10   A.   Yes, sir.
11   Q.   And you're unaware of any evidence that Joe Carollo
12   directed anybody under the city manager's administration to go
13   to plaintiffs' properties or to do anything on plaintiffs'
14   properties, are you?
15   A.   I'm unaware.
16   Q.   Whatever happened on plaintiffs' properties, as far as you
17   understand, was done by the administrative staff members of the
18   city, right?
19   A.   I would assume so, yes.
20   Q.   Working under the direction of the city manager's office?
21   A.   Correct.
22            THE COURT:  Five minutes, counsel.
23            MR. KUEHNE:  Yes, Judge.
24   BY MR. KUEHNE:
25   Q.   Let me close by asking you to refer again to Defense
```

```
 1   Exhibit 417.  That's the text that we started out with.
 2        And let's go to the first page of that document.  December
 3   25th, Tuesday.  Let's go to the page before.  Just to get the
 4   date.  I'm sorry, the page after that earlier in time.  Later
 5   in time, January 8, 2018.  You see that?  That's the one that
 6   follows this?
 7   A.   Correct.
 8   Q.   So let's go to page 1, January 25th.  So January --
 9   December -- I'm sorry, December 25th, Christmas Day, you're
10   sending the boss, this is Joe Carollo, a text?
11   A.   Yes.
12   Q.   Could you read that to the jury?
13   A.   Okay.  This is prior to me working as a chief of staff.
14   Q.   This is before you worked as chief of staff?
15   A.   I believe so.  This is -- what year is that?
16   Q.   Could you read that?
17   A.   I see December 25th.  I don't see a year.
18   Q.   December 25, 2018.
19   A.   Oh.
20   Q.   Doesn't that jog --
21   A.   If it was 2018, then I was his chief of staff.
22   Q.   Read this to the jury.
23   A.   Thank you for your guidance and assistance, most of all
24   trust and confidence in me to take appropriate actions.  It's
25   very rewarding to work with a truly ethical and principled
```

```
 1   individual.  Hopefully, you'll be able to relax a bit and enjoy
 2   the holiday season with your loved ones.
 3   Q.   Signed, Ritchie?
 4   A.   Yes.
 5          MR. KUEHNE:  Judge, one moment.
 6   BY MR. KUEHNE:
 7   Q.   And that's how you felt during the time of Christmastime,
 8   working as chief of staff about Joe Carollo?
 9   A.   Yes, sir.
10          MR. KUEHNE:  Nothing further from this witness, Your
11   Honor.
12          THE COURT:  All right.
13          MR. KUEHNE:  Although subject to the sidebar comment.
14          THE COURT:  I understand, sir.  Redirect examination.
15                        -  -  -  -  -
16          REDIRECT EXAMINATION OF RICHARD BLOM
17   BY MR. GUTCHESS:
18   Q.   Mr. Blom, I'm going to be very quick.  You recall the
19   picture of the Ball & Chain?
20   A.   Yes, sir.
21   Q.   You recall tourists standing under that taking photos
22   with it?
23   A.   Yes, sir.
24   Q.   And do you know whether that was hollow?
25   A.   I don't know, sir.
```

```
 1   Q.   Painted to look like it was metal?

 2   A.   I don't know.

 3   Q.   Okay.  But it was a nice tourist spot, right?

 4   A.   Yes, sir.

 5   Q.   Okay.  And then you know more about policing than I do,

 6   but what is the concept of having a warrant to do an

 7   inspection?

 8   A.   I'm sorry?

 9   Q.   What was the concept of getting a warrant to come into

10   somebody's --

11   A.   Permits you entry into a closed area.

12   Q.   So, Mr. Blom, if you're still in office as a police

13   officer and you show up in my house and you all want to inspect

14   my house, am I well within my rights to say get the hell out of

15   here unless you have a warrant?

16             MR. KUEHNE:  Objection.

17             THE WITNESS:  Yes.

18             MR. KUEHNE:  Scope.  As well as a legal conclusion;

19   not part of this case.

20             THE COURT:  Sustained.

21   BY MR. GUTCHESS:

22   Q.   Mr. Blom, as to scope, counsel asked him about the

23   allegation that the police officers were not allowed into

24   Taquerias suggesting there was something wrong with that.

25             THE COURT:  Well, if it's your question about if they
```

1    said get the hell out, that's not appropriate for this Court.

2    **BY MR. GUTCHESS:**

3    Q.   Most people wouldn't get as passionate like I do on that.

4    If I respectfully said to the police officer I'm not allowing

5    you in my house without a warrant, would I be perfectly within

6    my rights?

7    A.   Yes.

8            THE COURT:  Overruled.  You can answer.

9            THE WITNESS:  You'd be within your rights.  I'd have

10   to go get a warrant to get permission to come into your home.

11   **BY MR. GUTCHESS:**

12   Q.   If it was my law office, I could do the same thing, right?

13           MR. KUEHNE:  Same objection, Judge.

14           THE COURT:  Overruled.

15           THE WITNESS:  Correct.  It's your private space.

16   **BY MR. GUTCHESS:**

17   Q.   Right.  Could we call up Exhibit 165?  Do you see this?

18           MR. KUEHNE:  Your Honor, before this is shown to the

19   jury, this was the subject of an objection.

20           THE COURT:  Let me see 165.

21           MR. KUEHNE:  Yes.  Plaintiff 165.  I can explain.

22           THE COURT:  You have a hard copy of it?

23           MR. KUEHNE:  I think so, Judge.

24           THE COURT:  Approach.

25                   (At the bench.)

1          MR. GUTCHESS:  This is an email.  It's made out to

2    Mr. Blom that attaches a letter with -- it was on my

3    letterhead, that we told the city that they could not inspect

4    the properties without following the law.  We cite the law and

5    we told them to go away.  They then come back a few days and

6    did it correctly, got the right request and they were allowed

7    to inspect.

8          Mr. Kuehne has created the appearance that they were

9    just refusing to allow entry to their establishment, and that's

10   not correct.  We were within our rights.  We wanted the city to

11   get the proper --  Mr. Blom was a witness to that.  He was on

12   the email.

13          THE COURT:  What's the issue?  What's the objection?

14          MR. KUEHNE:  Judge, the objection is his letter,

15   during litigation letter, self-serving, written by

16   Mr. Gutchess.  That sets out Mr. Gutchess' position.  It's

17   completely hearsay.  It's not a public record.  It was made in

18   the course of litigation in this case, and it sets forth all

19   kinds of legal claims that may or may not be at issue in this

20   case.  But it's not part of any public record for which this

21   witness is authorized to comment.

22          If he wants to just put the email part of it, that's

23   fine, but it's that letter as a lawyer essentially testifying

24   in a favorable manner for their position to advance their

25   litigation.

1          This issue was raised -- this issue was raised

2    previously, and this is the reason for the objection.  No

3    objection to the email part of it but his attachment.

4          THE COURT:  Listen, I know there are a number of

5    objections.  What the problem is when you're asking questions

6    on cross-examination which is opening up the door, then you

7    can't use it as a sword on one hand and a shield on the other.

8    They can show the email portion.

9          MR. GUTCHESS:  The letter is where he says you're not

10   allowed in unless they follow the proper procedure.  That's not

11   hearsay.

12         THE COURT:  That's fine.  You tell him you're not

13   allowing this unless they follow the procedure.  You can ask

14   him that question.  Anything that's beyond that is not going to

15   come in.

16         MR. GUTCHESS:  That's fine.  Thank you.

17         MR. KUEHNE:  I didn't understand the Court's ruling.

18         THE COURT:  My ruling is that as far as the email

19   portion, he can address all of that.  He's going to address him

20   with respect to telling him that you cannot enter his space

21   into the property without proper procedure.  He can ask that

22   question.

23         MR. KUEHNE:  That was not my objection.

24         THE COURT:  Your objection has been sustained.

25         MR. KUEHNE:  I was just asking for clarification.

1   Thank you, Judge.

2   **BY MR. GUTCHESS:**

3   Q.   I think you said before, police have the right to go to a

4   bar and ask to look at their liquor license, right?

5   A.   Yes, sir.

6   Q.   But they don't have the right to go into the bar beyond

7   the liquor license, see the liquor license, they don't have the

8   right to do any inspection?

9   A.   Not really.  They can't go into locked areas; things of

10  that nature.

11  Q.   Thank you.  You were asked some questions about voter

12  fraud.  Is it your understanding that a citizen who's not

13  homesteaded can vote in any district they want to vote in?

14  A.   I'm not sure about that.  If that's what you say, yes,

15  sir.

16  Q.   And then I think you were asked some questions about

17  Commissioner Carollo's motivation.  And did you personally see

18  personal animus towards Fuller on the part of Commissioner

19  Carollo?

20  A.   He changed his attitude when he spoke about Fuller if he

21  saw Fuller.

22  Q.   Right.  And you characterized that as personal animus,

23  right?

24  A.   Yes, sir.

25  Q.   And an animus is hatred, right?

```
 1   A.    Dislike.   Disdain.

 2   Q.    And did -- from your view, did the personal animus stem

 3   from his belief there may be code violations, or did the search

 4   for the code violations stem from his personal animus?

 5              MR. KUEHNE:   Objection.

 6              THE COURT:   What's the objection?

 7              MR. KUEHNE:   Leading at least, Judge.

 8              THE COURT:   Overruled.

 9              MR. KUEHNE:   As well as speculation.

10              THE COURT:   Overruled.   You can answer.

11              THE WITNESS:   I believe it comes from -- can you

12   repeat the question again?

13   BY MR. GUTCHESS:

14   Q.    Did Carollo's personal animus towards Fuller stem from his

15   belief that there may be code violations or did his search for

16   code violations stem from his personal animus?

17   A.    No, I believe -- my opinion is it was from his personal

18   animus of Mr. Fuller.   Not necessarily code violations.

19              MR. GUTCHESS:   All right.   Thank you very much.

20              THE COURT:   All right.   At this point, ladies and

21   gentlemen, we're going to break for lunch.   We will return here

22   at promptly 1:00 p.m.

23              Again, while on the break, please do not discuss this

24   case with anyone else, even among yourselves.   Do not formulate

25   any opinions.   We'll see you at that time.   Thank you.
```

1           THE COURT SECURITY OFFICER:  All rise for the jury.

2       (Thereupon, the jury exited the courtroom.)

3               (Luncheon recess was taken.)

1          **WEDNESDAY AFTERNOON SESSION, APRIL 19, 2023**

2                     P-R-O-C-E-E-D-I-N-G-S

3                            - - -

4               (Call to the Order of the Court.)

5          THE COURTROOM DEPUTY:  All rise.  Court is now back

6    in session.

7          THE COURT:  You may be seated, everyone.  You can

8    bring the jurors in, please.

9          MR. KUEHNE:  Your Honor, just one item.  It will be

10   quick.  I wanted the Court to know that with regard to my

11   April 25 oral argument, I filed a motion asking the Court for

12   extraordinary leave to allow me to appear by Zoom and I

13   reference this case.  I don't expect they're going to contact

14   chambers, but I referenced this case as potentially having

15   difficult scheduling.

16          I will let the Court know if the Court allows me to

17   appear by Zoom, and if that's the case, I would only need an

18   hour to get a good connection and handle that argument by Zoom.

19   If the Court declines, I will let Your Honor know.

20          THE COURT:  All right.  Thank you.

21          (Thereupon, the jury entered the courtroom.)

22          THE COURT:  Welcome back, ladies and gentlemen of the

23   jury.  You may be seated, and everyone else.  All right.

24   Plaintiff, call your next witness.

25          MR. GUTCHESS:  Plaintiffs call former Commissioner

```
 1    Ken Russell.
 2            MS. DAWSON:  Your Honor, sorry.  Before the witness
 3    comes and testifies, there's one brief thing that we can
 4    address sidebar.
 5            THE COURT:  Sure.
 6                        (At the bench.)
 7            MS. DAWSON:  So, Your Honor, with regards to the
 8    areas of testimony that Mr. Russell will be testifying to, we
 9    have concerns that improper expert testimony is going to be
10    elicited through his testimony.  Specifically, the application
11    of ordinances and introduced in past and by Carollo and how
12    they targeted plaintiffs.
13            I don't think that he's qualified to testify to that.
14    I don't know that he's ever testified in a federal or state
15    court, and we'd be asking the Court to make a Rule 104 inquiry
16    if that is the testimony that is going to be elicited from
17    Mr. Russell.
18            MR. GUTCHESS:  Your Honor, I don't plan to call him
19    as an expert in any way, shape or form.
20            THE COURT:  All right.  That solves that problem.
21            MR. GUTCHESS:  Thank you.
22                        (In open court.)
23            THE COURTROOM DEPUTY:  Please raise your right hand.
24                        (Witness sworn.)
25            THE WITNESS:  I do.
```

```
 1              THE COURTROOM DEPUTY:  Please state your full name
 2    and spell it for the record.
 3              THE WITNESS:  Ken Russell.  K-E-N, R-U-S-S-E-L-L.
 4              THE COURTROOM DEPUTY:  Thank you.
 5                       -   -   -   -   -
```

**DIRECT EXAMINATION OF KEN RUSSELL**

**BY MR. GUTCHESS:**

Q.   Good afternoon, Mr. Russell.

A.   Good afternoon.

Q.   Thank you for your patience.  Are you a former
commissioner of the City of Miami?

A.   Yes.

          MS. DAWSON:  Object to the form.  Leading.

          THE COURT:  Overruled.

**BY MR. GUTCHESS:**

Q.   And could you tell the jury a little bit about your
educational background?

A.   Sure.  I went to elementary school in Coconut Grove.  Then
I grew up further in Stuart, Florida where I went to high
school, Martin County High School.  Then I went to University
of North Carolina Chapel Hill.  That's where I did my
educational career.

Q.   What you did you study at Chapel Hill?

A.   Business administration with a minor in Japanese.

Q.   And did you do any school in Japan?

```
 1   A.   I did.  I went to Kwansei Gakuin University in Nishinomiya

 2   for a full year as a study abroad program.

 3   Q.   And can you tell me a little bit about your career after

 4   college?

 5   A.   Sure.  I joined my family company.  It was international

 6   marketing.  The fun part of that business I was a professional

 7   yo-yo player.  I sold about 20 million yo-yos in 50 countries

 8   traveling the world running my family's small business.

 9        After that, I went into the watersports business.  I was a

10   surfboard salesman.  I ran a wholesale business around the U.S.

11   and Central South America selling standup paddleboards, kite

12   surfing gear, surfboards, et cetera.

13   Q.   And when did you -- what's your current position?

14   A.   After leaving politics, I joined a sustainability advisory

15   firm.  It's environmental consulting.

16   Q.   Okay.  Thank you.  And when did you first run for

17   commissioner?

18   A.   The first election was in 2015.  November, 2015.

19   Q.   Okay.  And were you elected?

20   A.   Yes.

21   Q.   And how long did you serve?

22   A.   Two terms.  Seven years.

23   Q.   And when did you resign?

24   A.   The end of this past year.

25   Q.   And why did you resign?
```

1  A.   I had resigned to run for U.S. Congress and under state

2  law, you need to resign your city position in order to run for

3  higher office.

4  Q.   And which for which district were you the commissioner?

5  A.   District 2 which is the waterfront of the City of Miami,

6  Coconut Grove, Brickell, downtown, Edgewater and other

7  neighborhoods.

8  Q.   And how many -- approximately how many residents live in

9  District 2?

10  A.   We're at about 100,000 more or less at this point.

11  Q.   Are all of the districts basically 100,000 people?

12  A.   Yes.

13  Q.   Okay.  Is that part of the effort, drawing the district

14  maps to have equal people in the five different districts?

15  A.   Yes.  We're just hitting about a half a million people in

16  the City of Miami so about 100,000 per district, but District 2

17  had grown faster than the others with downtown and Brickell

18  within the district, so we needed to adjust the lines according

19  to the census.

20  Q.   And have you held any other positions within the City of

21  Miami?

22  A.   Sure.  Inherent to this position, I also became the

23  chairman of the Business Improvement District of Coconut Grove.

24  For a time, I was also the chairman of the Downtown Development

25  Authority, chairman of a couple of other community

1    redevelopment agencies.  I was a board member for the Frost

2    Science Museum and those were my municipal positions.

3    Q.   Any major accomplishments with the Downtown Development

4    Authority?

5    A.   Sure.  We laid a lot of the groundwork for trying to

6    welcome business to Miami which now we're seeing the fruits of

7    that labor, but one of the main things I was trying to do there

8    was streamline the Downtown Development Authority.  It was a

9    little overburdened with committees, and it wasn't getting its

10   full mission done, but we were able to focus on the business

11   health of the downtown area as well as the quality of life for

12   residents.

13   Q.   And can you explain what your duties are and

14   responsibilities are as a city commissioner?

15   A.   Sure.  And this is -- I mean, people -- a lot of people

16   don't know what a commissioner does.  But we're mandated by the

17   Charter of the city which is like our Constitution, and it lays

18   out very clearly our job description.

19        And for the most part, we are the legislators of the city.

20   We're the ones who write the ordinances, rules, and our code

21   which are like the laws of the City of Miami.

22   Q.   And how about do you have constituent services?

23   A.   Yes, the -- within your office, obviously you're elected

24   by your constituents so you serve them.  Not only are we

25   writing the ordinances that will govern the city, we're hearing

```
 1   from our residents all of their issues, and we're responding
 2   the best we can.  But we are limited though.  We cannot
 3   actually act upon the constituents' needs.  We have to go to
 4   the city manager to get those needs taken care of.
 5   Q.   Can you explain what restrictions are placed on you as a
 6   commissioner in terms of communicating with city staff?
 7   A.   Yes.  Our Charter, that Constitutional document that tells
 8   us what we can and can't do has a section called 4-D, and it
 9   basically says that a city commissioner, in addition to
10   legislation, they can confer the powers of the city except the
11   powers that belong exclusively to another department within the
12   city which is the executive, administrative, we're not allowed
13   to interfere; actually specifically says we're not allowed to
14   do the job of the administration.  We're not allowed to
15   interfere with the job of the administration.  Very important.
16   That was expressed to me many times.  We're not allowed to
17   direct administration and tell them what to do.
18   Q.   In terms of your constituent services, did you actually
19   meet with your constituents and hear their concerns?
20   A.   Yes.  All the time we would regularly have meetings within
21   the community.  We go to HOAs, hear the issues, talk about the
22   latest objectives, what we were trying to work on.  So yes.
23   Q.   How about with business owners in your community, would
24   you speak with them and work with them?
25   A.   Sure.  As the chairman of the Business Improvement
```

```
 1   District for the Grove, it was all about helping businesses be

 2   successful in the area, helping them survive the pandemic, and

 3   yeah.

 4   Q.   And when you were a commissioner, did you have any

 5   responsibility for code compliance?

 6   A.   No.

 7   Q.   Did you ever draw up a list of properties that belonged to

 8   a particular individual and go on a ride-along with a Code

 9   Compliance officer?

10   A.   No.

11   Q.   Did you ever issue any public records requests to see what

12   Code Compliance was doing with respect to particular businesses

13   in your district?

14   A.   No.

15   Q.   Have you ever prepared a list of properties owned by one

16   of your business owners?

17   A.   No.

18   Q.   Putting aside Commissioner Carollo, are you aware of any

19   other commissioners whosoever done that?

20   A.   I don't.

21          MS. DAWSON:  Object.

22   BY MR. GUTCHESS:

23   Q.   And do you know either Mr. Fuller or Mr. Pinilla?

24   A.   Yes, we met.

25   Q.   And have you met them?
```

```
1    A.    Yes.
2    Q.    And how many times have you met them?
3    A.    I was trying to remember back.  I think I've had coffee
4    with Mr. Fuller twice over the seven years.
5    Q.    And do you know if Mr. Fuller, Mr. Pinilla have any
6    businesses in your district?
7    A.    Yes.
8    Q.    Can you tell us about that?
9    A.    I know that at least one which was -- well, actually two.
10   One was a coffee shop right on the edge of District 3/District
11   2 in the Brickell area, and one was -- if I'm not mistaken, one
12   was an art studio in Coconut Grove.
13   Q.    Is that the Kroma Art Gallery?
14   A.    Yes.
15   Q.    What can you tell us about that?
16   A.    That was a community art space to help local artists and
17   especially in the Little Bahamas area of West Coconut Grove be
18   successful and show their art.
19   Q.    What is the Little Bahamas area?
20   A.    So that's the part of Coconut Grove that was settled by a
21   Bahamian.  It was in the late 1800's that helped build the area
22   and I led an initiative at the end of last year to rename that
23   community as Little Bahamas of Coconut Grove.
24   Q.    And did the Kroma Art Gallery, was that part of
25   revitalizing Coconut Grove in any way?
```

```
1   A.   Yes.  That was definitely one of the anchor tenants where
2   we'd have a lot of community meetings and gatherings.  It was a
3   cultural space for the community.
4   Q.   And did you ever have any issue with any of the
5   plaintiffs' buildings in your district?
6   A.   No.
7   Q.   Are you aware of any code violations on any of plaintiffs'
8   properties in your district?
9   A.   No.
10  Q.   Have you ever received any complaints from any residents
11  in your district about any of the plaintiffs' properties?
12  A.   No.
13  Q.   Outside of Mr. Carollo, are you aware of anyone
14  complaining about plaintiffs' properties in any of Miami's
15  districts?
16        MS. DAWSON:  Objection.  Argumentative.  Calls for
17  speculation.
18        THE COURT:  Sustained.
19  BY MR. GUTCHESS:
20  Q.   Are you aware of any corruption in Miami's Code Compliance
21  Department?
22  A.   No.
23  Q.   Are you aware of any corruption involving Miami's Code
24  Compliance Department not enforcing the rules against
25  Mr. Fuller?
```

```
 1              MS. DAWSON:  Objection.  Leading.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  Could you repeat the question, please?
```

**BY MR. GUTCHESS:**

```
 5   Q.   Are you aware of any corruption in the Code Compliance

     Department with respect to not enforcing code against

 7   Mr. Fuller or Mr. Pinilla?

 8   A.   No.

 9   Q.   Do you recall any commission meetings where a commissioner

10   made such an allegation?

11   A.   Yes.

12   Q.   And who made that allegation?

13   A.   Commissioner Carollo brought items at the commission --

14              MS. DAWSON:  Objection.  Improper opinion testimony.

15   Calls for speculation.  Relevance, confusing, and lack of

16   personal knowledge.

17              THE COURT:  Overruled.
```

**BY MR. GUTCHESS:**

```
19   Q.   Were you at the commission meeting on February 14, 2019

20   when Commissioner Carollo made those allegations?

21   A.   Yes.  I was the chairman I believe at that time.

22   Q.   Okay.  Can you explain for the jury how that item was

23   placed on the agenda?

24   A.   I honestly don't recall if it was a discussion item or an

25   ordinance at the time.
```

```
1   Q.   What is a pocket item?

2   A.   Pocket items, if -- so normally, we have a published

3   agenda, not only so the commissioners can study what we're

4   going to be voting on before we actually are on the commission

5   date, but also so the public can see what we're going to vote

6   on so if they want to come and speak to us, they can study it,

7   if they want to.

8        So there's a lot of rules about when we have to submit

9   something to the administration who prepares the agenda so that

10  they can publish it on the website and create the paper

11  version.

12       If there's an emergency item, a commissioner can bring

13  what's called a pocket item.  It's called like taking out of

14  your pocket.  Nobody's seen it before then, but you have to

15  give a reason for that timeliness.  It has to be of an

16  emergency nature or it should be.

17  Q.   Do you recall if Mr. Fuller or Mr. Pinilla were given any

18  notice as to what Commissioner Carollo was going to do on?

19            MS. DAWSON:  Objection.  Legislative privilege.

20            THE COURT:  Overruled.

21            THE WITNESS:  I don't.

22  BY MR. GUTCHESS:

23  Q.   And have you heard that commission meeting referred to as

24  the Valentine's Day massacre?

25  A.   I have.
```

```
 1              MS. DAWSON:  Objection, Your Honor.  403.

 2              THE COURT:  Overruled.

 3   BY MR. GUTCHESS:

 4   Q.   And what is your understanding as to why people refer to

 5   that as the Valentine's Day massacre?

 6              MS. DAWSON:  Same objection.  403.

 7              THE COURT:  It's overruled.  You may answer.

 8              THE WITNESS:  It was commission meeting on

 9   Valentine's Day that got very heated.

10   BY MR. GUTCHESS:

11   Q.   And do you recall Commissioner Carollo attacking any

12   properties that did not belong to Mr. Fuller?

13   A.   I don't recall.

14              MS. DAWSON:  Objection, Your Honor.  Leading,

15   confusing, argumentative.

16              THE COURT:  He said he doesn't recall but I will

17   sustain the objection on those grounds.  Next question,

18   counsel.

19   BY MR. GUTCHESS:

20   Q.   Was Mr. Carollo's presentation in any way limited to mere

21   concern about code compliance?

22   A.   I recall in the meeting that I even stated that I was

23   ashamed of the city that day.  This went way beyond simple code

24   infraction items, and there did seem to be a personal animus

25   over the issue.
```

1    Q.   And what was Mr. Carollo's tone?

2    A.   Accusatory.

3    Q.   Do you recall if Mr. Carollo expressed his personal view

4    towards Mr. Fuller's business either verbally or through tone

5    or otherwise?

6    A.   Yes.  I don't remember the exact words that were used, but

7    it became a personal confrontation between Mr. Fuller and

8    Commissioner Carollo.

9    Q.   And was the possibility of the city closing any of

10   Mr. Fuller's businesses brought up during the meeting?

11   A.   I'm sure it was.  I don't recall exactly verbatim.

12   Q.   Do you recall who it was who expressed a desire to shut

13   down Mr. Fuller's businesses?

14        MS. DAWSON:  Objection.  Leading and argumentative.

15        THE COURT:  Overruled.

16        THE WITNESS:  Yes.  I do remember Commissioner

17   Carollo talking a lot about Little Havana, about the businesses

18   that were moving in there and who should and shouldn't be

19   there.

20   **BY MR. GUTCHESS:**

21   Q.   Okay.  And how was it that Commissioner Carollo was

22   striving to shut down these businesses?

23   A.   The effort was led to say that they were in violation of

24   life safety issues with code, and so that they needed to be

25   shut down and we need to shift to a zero tolerance policy as a

1    city.

2         We actually don't have a Code Enforcement Department.  We

3    have a Code Compliance Department, and I think that was a bit

4    of the shift toward that tone of zero tolerance accountability

5    versus how can people can come into compliance.

6    Q.   And yeah, could you explain the difference between code

7    enforcement and code compliance?

8    A.   Well, when somebody has an infraction on their property,

9    it's easy to rack up hundreds of thousands of dollars in fines.

10   You could be a small business owner.  You could be a resident.

11   You forgot to cut your grass, you've got a broken window and

12   what we realized, we were getting a lot of really heavy fines

13   and fees on people that they weren't able to pay and we had to

14   ask ourselves -- this is long before I even came into office,

15   what is our goal here as a city and it's really about

16   compliance.

17        It's not about making money off of infractions.  It's

18   about making sure people follow the code.  So if we can do

19   through education over heavy-handed enforcement, perhaps it

20   would have a better result.

21        And so I remember coming into office, and I had called it

22   code enforcement.  They corrected me.  They said no, it's code

23   compliance.

24   Q.   Can you describe any pressure that Mr. Carollo was

25   applying to get the businesses shut down?

```
 1   A.    Only legislatively on the dais and the items that were
 2   brought.
 3   Q.    And could you describe how he was treating the employees
 4   that he called before the dais?
 5             MS. DAWSON:  Objection.  Argumentative, leading.
 6   Calls for speculation and improper opinion testimony.
 7             THE COURT:  Overruled.
 8             THE WITNESS:  Which employees are you speaking of?
 9   BY MR. GUTCHESS:
10   Q.    Chief Colina or Adele Valencia, the new Code Compliance
11   Director?
12             MS. DAWSON:  Objection.  Leading.
13             THE COURT:  Overruled.
14             THE WITNESS:  The way that Commissioner Carollo spoke
15   to city staff was embarrassing to the city for us to treat our
16   staff in such a humiliating way.
17   BY MR. GUTCHESS:
18   Q.    Did you have any concerns that it was demoralizing to the
19   city staff?
20   A.    Absolutely.  I said so.
21   Q.    Did you have any concern that it was intimidating to the
22   city staff?
23   A.    Let's put it this way.  The City of Miami has become a
24   revolving door of talent because if someone can find a better
25   job, they go and take it.
```

1    Q.   In your nearly eight years as a commissioner, do you

2    recall any other time where a commissioner ever focused on a

3    specific property owner?

4    A.   No, not off the top of my head.

5    Q.   At that meeting, did you express any view as to whether

6    the commission should be used to attack individual business

7    owners?

8              MS. DAWSON:  Objection.  Best evidence.

9              THE COURT:  Overruled.

10             THE WITNESS:  Yes.  I voted against the item.  In

11   fact -- and I clearly stated that this is not our job as

12   legislators.  And within that Charter, we do have investigative

13   powers, but not over other residents and businesses.

14             Our investigative powers are over the city's finances,

15   other elected officials, but I was very clear that this was not

16   our job.  This was above and beyond our job and this was

17   personal.

18   **BY MR. GUTCHESS:**

19   Q.   Let's take a look at Plaintiffs' Exhibit 150.

20             THE COURT:  Is this stipulated between the parties?

21             MR. GUTCHESS:  Yeah.  This has been admitted already.

22             THE COURT:  Okay.

23   **BY MR. GUTCHESS:**

24   Q.   Go down to the part where it quotes the Resolution.  All

25   right.  Mr. Russell, do you see the Resolution, the middle of

1    the page?

2    A.   Highlighted, yes.

3    Q.   And is this the Resolution that you said you voted

4    against?

5    A.   If I recall correctly, yes.

6    Q.   Could you tell the jury just how that works in terms of,

7    you know, the political horsetrading that goes on on the dais

8    where one commissioner wants a resolution passed concerning the

9    district?

10             MS. DAWSON:  Objection.  Leading, argumentative.

11             THE COURT:  Overruled.  You may answer.

12             THE WITNESS:  So the City of Miami has five

13   commissioners, and it's the largest city in the country with

14   the least number of commissioners.  There's no other major city

15   in the country that only has five which means that if I want to

16   pass something, I just need to convince two other commissioners

17   to make a majority to change the code of the city.

18             We can't change that Charter which is the

19   Constitution, but we can change the code which are the basic

20   rules and laws of the city.

21             And so if you bring an item, you're the sponsor of

22   that item.  You want like, for example, if I wanted to bring

23   something to protect the environment, or, you know, deal with

24   tree protections, et cetera, I would draft that item and try to

25   gain the support of two other commissioners to get it passed

1    which would be a majority of three.

2    **BY MR. GUTCHESS:**

3    Q.   Okay.  And do you see this email here is from the City

4    Attorney Victoria Mendez?

5    A.   Yes.

6    Q.   And do you see the Resolution as directing the city

7    attorney to research the properties?

8              MS. DAWSON:  Objection.  Calls for a legal

9    conclusion.  The document speaks for itself.

10             THE COURT:  Overruled.

11             THE WITNESS:  Yes, I see it.

12   **BY MR. GUTCHESS:**

13   Q.   Does the city attorney act on behalf of the commissioners?

14   A.   This city commission is the client of the city attorney.

15   Q.   Okay.  And how would you describe the relationship of the

16   city attorney, Ms. Victoria Mendez with Mr. Carollo?

17             MS. DAWSON:  Objection, Your Honor.  Lack of personal

18   knowledge, calls for speculation.  It's confusing and it's an

19   improper opinion.

20             THE COURT:  Overruled, if he knows.

21             THE WITNESS:  The city attorney is not an elected

22   position.  The city attorney keeps their job through the votes

23   of the city commission.  If the city commission chose to change

24   the city attorney, they could vote to remove the city attorney.

25             So, I used to joke that the best politician up there

```
 1   is actually the city attorney because they constantly have to

 2   count votes as well in order to keep their job.

 3   BY MR. GUTCHESS:

 4   Q.   Would you say the city attorney is loyal to Mr. Carollo?

 5        MS. DAWSON:  Objection.  Lack of personal knowledge.

 6        THE COURT:  Sustained.

 7   BY MR. GUTCHESS:

 8   Q.   Just with respect to -- not with respect to Ms. Mendez's

 9   relationship with the commission generally, but can you just

10   describe her relationship with Mr. Carollo in particular?

11   A.   I don't know their relationship.

12        MS. DAWSON:  Objection.  Calls for speculation.

13        THE COURT:  Sustained.  And also, he just stated he

14   doesn't know the relationship and also the objection is

15   sustained.  Move on, counsel.

16   BY MR. GUTCHESS:

17   Q.   Are you aware of the city attorney taking any action to

18   protect Mr. Carollo against Mr. Fuller's lawsuit?

19        MS. DAWSON:  Objection, Your Honor.  Same grounds.

20        THE COURT:  Overruled.  If he knows.

21        THE WITNESS:  Yes.  I did have a conversation once

22   with the city attorney regarding actions that were being taken

23   against businesses in my district.

24   BY MR. GUTCHESS:

25   Q.   And what were those actions?
```

1    A.   So the owner of a pizza restaurant -- I didn't know him,

2    but he had reached out to me, got my phone number and said he

3    was being shut down by Code, police and fire and this is in the

4    Brickell area which is in my district.

5         So I reached out to our city manager, our chief of police,

6    and their city attorney to learn on behalf of the owner what he

7    was being accused of and why they were in his restaurant during

8    peak eating hours with police, fire and Code which was, as he

9    stated, intimidating to his staff and his patrons.

10        And the answer I got back from the city attorney concerned

11   me enough that I called the restaurant owner back and told

12   him -- apologized to him because I was told that we are taking

13   this heavy-handed approach --

14             MS. DAWSON:  Objection.  Hearsay.

15             THE COURT:  Overruled.

16             THE WITNESS:  We were taking this strong heavy-handed

17   approach because of Carollo and Ball & Chain.  I don't remember

18   her exact words verbatim, but I called the restaurant owner

19   back and I said are you familiar with this situation with

20   another restaurant in another part of town, and he said

21   somewhat, yes.  I said, well, I'm really sorry to tell you this

22   but this is my understanding of why this is happening.

23   **BY MR. GUTCHESS:**

24   Q.   I don't understand what you're saying.  Why would a

25   lawsuit involving the Ball & Chain have anything to do with

1  another restaurant being raided?

2          MS. DAWSON:  Objection.  Argumentative.

3          THE COURT:  Overruled.  You may answer.

4          THE WITNESS:  So this concept of code enforcement

5  versus compliance, it really shifted.  It changed because we

6  didn't do this when I first came into office.  But suddenly, a

7  group of seven or eight police, fire and Code could show up at

8  your restaurant or bar at any time, start demanding papers --

9  in this case of this restaurant, there were accusations they

10  were running a second illegal establishment in the back of this

11  restaurant.

12          And what it was, it's my understanding is as you see

13  these days a lot of restaurants and bars have a different

14  sections which is meant to be sort of their speakeasy section

15  they call it.  So they'll have food, wine, drink out front, but

16  in the back, they have more of a bar setting.

17          So there were questions as whether he had the right

18  paperwork for that type of use.  And so I'm very careful when a

19  business owner comes to me because I don't know if the thing

20  they're complaining about they're actually guilty of or not, so

21  I always am very careful when I reach out to the police chief

22  or the city manager to ask them can you help enlighten me on

23  the situation, tell me what's going on here.  I'm hearing this

24  from this business owner.

25          And so each one of them told me something different.

1    The Police Chief Acevedo didn't respond but the Deputy Police

2    Chief Manny Morales did, and he went to inquire because

3    apparently one of the managers of the restaurant was being

4    threatened --

5          MS. DAWSON:  Objection.  Hearsay.  Calls for

6    speculation.  No personal knowledge.

7          THE COURT:  Overruled.

8          THE WITNESS:  The restaurant owner told me that his

9    manager was being threatened with being arrested and was

10   sending me the documentation that they were being given by

11   Code.  So when I asked why we're doing this and I was told

12   because of Ball & Chain and Commissioner Carollo.

13         My understanding is that this shift was happening for

14   a reason, and if that reason is Ball & Chain and Commissioner

15   Carollo, it's that we are now attacking all businesses to

16   justify the attack on one business.  And I said clearly, this

17   is wrong.  We are hurting businesses around the city just to

18   cover ourselves.

19   **BY MR. GUTCHESS:**

20   Q.   You described this as white washing?

21   A.   Those are my words, yes.

22   Q.   Mr. Russell, do you recall a noise ordinance that was

23   enacted in 2020 concerning outdoor music?

24   A.   Yes.

25   Q.   Do you recall if that allowed commissioners to request any

```
 1   exemption from the ordinance?
 2              MS. DAWSON:  Objection.  Legislative privilege.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  Yes.
 5   BY MR. GUTCHESS:
 6   Q.   And do you recall if you requested an exemption from the
 7   ordinance for District 2?
 8   A.   Yes.
 9   Q.   So your bars and restaurants would not be impacted?
10   A.   Yes.
11   Q.   Are you aware of any bars and restaurants that were ever
12   impacted by this ordinance other than Ball & Chain?
13   A.   No.
14   Q.   I want to talk for a brief minute about any possible bias
15   that you may have against Commissioner Carollo.  Is there any
16   reason you're here today other than to tell the truth?
17   A.   I would call us political adversaries, not personal.
18   Q.   And has Mr. Carollo ever attacked you personally?
19              MS. DAWSON:  Objection, Your Honor.  It's an
20   improper -- the witness lacks the ability to address a response
21   to this question without providing evidence that's unduly
22   prejudicial.
23              THE COURT:  Overruled.
24              THE WITNESS:  Yes.  We went many rounds on the dais
25   at commission.  Never off the dais, but yes.
```

```
 1   BY MR. GUTCHESS:

 2   Q.   Did he ever accuse you of a crime?

 3   A.   Yes.

 4   Q.   Was there any basis for that?

 5   A.   His basis was that I disagreed with something he was

 6   trying to do legislatively so he accused me of a crime.

 7   Q.   What was he trying to do legislatively?

 8   A.   To redistrict the city so that --

 9             MS. DAWSON:  Objection, Your Honor.  Relevance.

10             THE COURT:  Overruled.

11             THE WITNESS:  There was an effort to redistrict the

12   city to break up my district.  As I mentioned, it had grown

13   larger than it should be compared to the other districts.  But

14   the end result was that Commissioner Carollo's home was brought

15   up into his district.  You have to live in your district and

16   his longtime home was in my district.

17             So the new line which I was the only one to vote

18   against it, but I was very vocal against it because it was

19   breaking up Coconut Grove which had been a single district

20   since our single member districts had been conceived.  That

21   U.S. 1 was the boundary, but now other than U.S. 1, it goes

22   around his house and comes back up and so I was very vocal

23   about it.  I never went into his personal issues of his home or

24   finances.

25             MS. DAWSON:  Objection, Your Honor.  It's
```

1    non-responsive and he's already answered the question.

2              THE COURT:  Sustained.

3    **BY MR. GUTCHESS:**

4    Q.   Okay.  And because you opposed him politically, he accused

5    you publicly of a crime that had no basis?

6              MS. DAWSON:  Objection.  Leading.

7              THE COURT:  Overruled.

8              THE WITNESS:  Yes.  So on the morning of the vote of

9    that redistricting, Commissioner Carollo asked the chairwoman

10   if he could have the floor, and said that there's a

11   commissioner here that shouldn't be allowed to serve and I have

12   evidence and he should be removed.

13             And then he brought out a dossier and went on for the

14   next almost an hour with all these false accusations about my

15   personal finances at the end of which he called for an

16   investigation by the I.R.S., and FDLE and the State Attorney's

17   office to have me --

18             MS. DAWSON:  Objection, Your Honor.

19             THE COURT:  What's the objection?

20             MS. DAWSON:  The issues that we addressed with

21   Officer Acevedo as to admissible testimony with reference the

22   State Attorney's Office.  Unduly prejudicial, 403.

23             THE COURT:  Overruled.

24   **BY MR. GUTCHESS:**

25   Q.   And tell me was there any basis for any of that?  Did

1   anything ever come of it?

2   A.   No, of course not.  It was very easily debunked as my real

3   estate agent came that morning and explained to the Commission

4   how I bought my home, how I sold my old home and that was the

5   end of it.

6           MR. GUTCHESS:  Okay.  Thank you.  No further

7   questions.

8           THE COURT:  Cross-examination.

9                   -  -  -  -  -

10              **CROSS EXAMINATION OF KEN RUSSELL**

11  **BY MS. DAWSON:**

12  Q.   Good afternoon, Mr. Russell.  How are you?

13  A.   I'm well.  Thank you.

14  Q.   You'd agree with me that under the City of Miami Charter,

15  a commissioner can make inquiries?

16  A.   Yes.

17  Q.   And commissioners have the ability to make inquiries of

18  administrative department heads?

19  A.   Yes.

20  Q.   They also have the ability to make inquiries of

21  administrative department heads' subordinates; is that fair?

22  A.   Through the proper channels, yes.

23  Q.   And you say that -- I would actually like to bring up

24  defense exhibit, I think it's 325.  The email.  It's Napoli 1.

25  It's DX 593.

1           MR. GUTCHESS:  No objection.

2           MS. DAWSON:  Your Honor, permission to publish?

3           THE COURT:  Yes.

4  **BY MS. DAWSON:**

5  Q.   Mr. Russell, I'm showing you what's been admitted into

6  evidence as Defendant's Exhibit 593.  Do you know who Fernando

7  Casamayor was around 2018?

8  A.   Yes.

9  Q.   Who was he?

10 A.   He worked at the city administration under the manager.

11 Q.   Okay.  I'd like to draw your attention to the second email

12 dated Wednesday, April 4, 2018, 9:42 a.m.  Can you please read

13 out loud what Mr. Casamayor is sending to James Bernat, Emilio

14 Gonzalez and Joe Napoli?

15 A.   Yes.  Subject:  Information from elected officials'

16 offices.  Hello, Director Bernat.  As per our previous

17 conversation, I'm giving you some written clarity regarding my

18 interpretation of the Charter language addressing directive

19 from elected officials.  If an elected official contacts you or

20 your staff to provide information or share a constituent

21 complaint/concern, it is perfectly within your purview to

22 respond directly and address those concerns without seeking

23 prior approval from the manager's office.  If, however, an

24 elected official or their staff directs you to provide a

25 special service, implement a new policy, change an existing

1   policy, make a personnel change, et cetera, then you must seek

2   the manager's approval before responding.  Please share with

3   your staff and of course, I'm always available to assist if

4   anything falls within the gray area not covered by the text

5   above.

6   Q.   So Mr. Russell, you just testified Mr. Casamayor, he's

7   assistant to the city manager at the time, correct?

8   A.   Yes.

9   Q.   And he's explaining that it is perfectly within the

10   purview for people to be able to respond directly and address

11   the concerns of elected officials without seeking prior

12   approval from the manager's office on specific subject items,

13   correct?  Is that fair?

14   A.   That is the policy that they're setting out in this.

15   That's their interpretation of the policy as the administrative

16   body.

17   Q.   As an administrative body.  I know we talked about your

18   educational background, but you never went to law school,

19   correct?

20   A.   Correct.

21   Q.   Your interpretation of something might be different than

22   another person's interpretation, correct?

23   A.   I'm not saying my interpretation.  I'm saying their

24   interpretation because a previous manager said something

25   different.  Their interpretation of the Charter was different

1    or their preference of how it was to be handled was different.

2    Q.   Okay.  So my question to you is based on this email,

3    there's nothing wrong with reaching out to a subordinate as

4    long you're not directing them or dealing with one of these

5    gray areas that he mentions?

6    A.   At the discretion of the city manager, yes, it's fine.

7    Q.   Okay.  You also gave a lot of testimony this afternoon as

8    it related to the passage of ordinances and legislation.

9         As a commissioner, Mr. Russell, is it fair to say that

10   you were very careful in your communications with other

11   commissioners?

12   A.   Oh, yes.

13   Q.   You were very judicious in ensuring that you never

14   discussed anything that might possibly come before you on the

15   dais?

16   A.   Correct.

17   Q.   And, you know, we're still all human beings, right?  We

18   have each other's cellphones as commissioners?

19   A.   Yes.

20   Q.   You can talk to each other?

21   A.   Some.

22   Q.   About personal things, just not things that are going to

23   potentially come before you, correct?

24   A.   Correct.

25   Q.   Okay.  And the reason for that is the Sunshine laws,

1    right?

2    A.    Government Sunshine, yes.

3    Q.    Because we want everything to be done in the sunlight.

4    Do you agree?

5    A.    Yes.

6    Q.    Okay.  And when you were a sitting commissioner in Miami

7    District 2, you were a member of a juridic body?

8    A.    I'm sorry?

9    Q.    A juridic body?

10   A.    Could you explain?

11   Q.    It's an entity as affirmed that is not a single natural

12   person authorized by law with legal rights recognized as a body

13   to pass legislation?

14   A.    Yes.

15   Q.    Okay.  And as a member of that juridic body, you couldn't

16   act alone as it came to legislation, correct?

17   A.    Yes.

18   Q.    There were five elected commissioners at the time,

19   correct?

20   A.    Correct.

21   Q.    And the commission itself passed legislation as a juridic

22   body, didn't it?

23   A.    Yes.

24   Q.    So when a commissioner votes for or against legislation,

25   you agree with me that they're just doing their job?

```
 1   A.   When a commissioner votes for legislation --
 2   Q.   For or against it.  They're just voting.  Is that apart of
 3   the job?
 4   A.   Yes.
 5   Q.   Okay.  And when you pass -- when a resolution passes, it's
 6   not passed by a single commissioner, correct?
 7   A.   Correct.
 8   Q.   It's passed by the commission as a juridic body?
 9   A.   Yes.
10   Q.   And no commissioner is working individually in that
11   context; would you agree?
12   A.   Correct.
13   Q.   I'd actually like to draw your attention back to that
14   February 14, 2019 meeting that you spoke about on direct
15   examination.  I'm pretty sure you referred to it as -- they
16   were your words, but a bloody Valentine's Day or something.
17        Anyway, you've testified on direct examination that
18   Commissioner Carollo was targeting Mr. Fuller's businesses,
19   correct?
20   A.   Yes.
21   Q.   And during that February 14, 2019 meeting that we're
22   discussing, Commissioner Hardemon actually acknowledged
23   Commissioner Carollo's concerns.  Didn't he explain -- he
24   addressed them by speaking about them publicly on the dais,
25   didn't he?
```

```
 1   A.    Which concerns?

 2   Q.    Concerns about work going on, unpermitted in District 3.

 3   A.    Yes.

 4   Q.    And he actually stated to him that these sound like some

 5   very serious life safety issues, didn't he?

 6   A.    My recollection is that Commissioner Hardemon didn't

 7   necessarily agree with the accusations, but said there's merit

 8   in investigating them, and if there were infractions found,

 9   then that action should be taken.  I do remember Commissioner

10   Hardemon saying that.

11   Q.    Is that your testimony?  Is that exactly what he said?

12   A.    That's what I recall.

13   Q.    Okay.  Would the video from that hearing or that actual

14   commission meeting, would that be the best evidence of what

15   Commissioner Hardemon stated on the dais?

16   A.    Sure.  That or the transcript of the meeting, yes.

17   Q.    Okay.  I'd like to bring up Plaintiffs' Exhibit 433.  Clip

18   1.  It's starts on the transcript page 134.

19                     (Video played.)

20         Well, there was never not a CU.  There should be a CU and

21   if there is a CU that was obtained under false pretenses

22   because the bottom line enforce, that is true, then I would

23   like to direct our city attorney to investigate that and come

24   back with a file a motion for an injunction to keep them from

25   moving forward with that business so that the March meeting for
```

1    the Code Enforcement Board, whatever it may be continues, but

2    there's not a continuing violation because -- because what

3    could happen, what could happen is you could have -- you have a

4    fire, you could have a collapsing roof, you could have work

5    that was done, albeit professionally, it was done legally,

6    there was a -- if you skirt the law, then you skirt it another

7    way.  There's a number of things that could happen, and the

8    fact of the matter is, yes, is it a life safety -- could it be

9    a life safety, yes.

10       Is it a quality of life issue for the residents around

11   there, possibly.  We don't know if that space is going to be

12   allowed to be the way it's going to be.  And the bottom line is

13   that we have to hold these businesses accountable and we're not

14   holding them accountable and they're using our rules against

15   us.  We have to use our rules against them.  So it's perfectly

16   within our resolve, I would move that our city attorney

17   investigates whether or not there is a life safety argument.

18   **BY MS. DAWSON:**

19   Q.   Mr. Russell, we heard a lot in that short brief portion of

20   this meeting.  I think there's one point where I hear you

21   mentioning enforce -- you're saying enforce?

22   A.   Yes.

23   Q.   Yes.  There's also someone else who's making a comment

24   about a potential fire?

25   A.   Yes.

```
 1   Q.   These are life safety issues; would you agree?
 2   A.   Yes.
 3   Q.   Okay.  And at the time of this meeting, are you aware of
 4   the fact that Commissioner Carollo had addressed his concerns
 5   with the administration before the meeting?
 6   A.   Yes.
 7   Q.   And this had actually gone on for almost a year before
 8   this item was ever heard, correct?
 9   A.   I don't know.
10   Q.   You don't know.  You don't recall whether or not this item
11   was deferred?
12   A.   I don't recall the exact legislative path of the item, how
13   long it was out there.
14   Q.   So the Resolution went to the idea of bringing injunctive
15   proceedings, correct?
16   A.   Yes.
17   Q.   And that's the city attorney who would be bringing
18   injunctive proceedings, correct?
19   A.   If I recall, yes.
20   Q.   That's the job of the city attorney, isn't it?
21   A.   Sure.
22   Q.   The city attorney is the quote, unquote judicial branch of
23   city government; is that fair?
24   A.   Okay, yes.
25   Q.   Okay.  You're the legislative branch, or you were when
```

1  you were a former commissioner, and there are three separate

2  branches, correct?

3  A.   I never thought of the city attorney's office as the

4  judicial branch as to be able to pass judgment.  We have a

5  legislative branch which is us.  We have an administrative

6  branch which is the city manager and his staff and then we have

7  an executive branch which is the mayor's office.

8  Q.   Where do you put the city attorney in there?

9  A.   Working for the city commission.

10  Q.   Okay.  So you actually did mention the administrative

11  branch.  Isn't it true that only the administrative branch

12  could enforce legislation?

13  A.   Yes, that's true.

14  Q.   Those individuals who work as part of the administrative

15  branch are responsible for enforcing the code, correct?

16  A.   Yes.

17  Q.   Ensuring compliance, attempting to facilitate and help

18  individuals come into compliance which happens often, correct?

19  A.   Yes.

20  Q.   And ultimately, if they can't come into compliance, some

21  businesses have to be shut down, correct?

22  A.   Yes.

23  Q.   Okay.  So I know you say you didn't recall how this item

24  came to be, but you did recall that all of these properties

25  that were discussed were Mr. Fuller's, correct?

```
 1   A.    I believe there were a couple that were not.

 2   Q.    A couple?

 3   A.    Yeah.

 4   Q.    Okay.  Well, if I showed you a list of those properties,

 5   would you be able to tell me which ones were not?

 6   A.    I would not be able to.

 7   Q.    Okay.  So do you have personal knowledge as to how many

 8   were or were not Mr. Fuller's properties?

 9   A.    What I recall is my briefing from the city administration

10   as well as my staff on the legislative items that come before

11   us.  And when this list was generated, I don't recall who in my

12   staff but I was told, yeah, we're going after Fuller's

13   properties and a few are thrown in there as well.

14   Q.    So you have no idea how many properties were or were not

15   Mr. Fuller's properties?

16   A.    I do not know.

17   Q.    Thank you.  That was my question.  And going back to this

18   meeting again, I know you said that Commissioner Carollo

19   brought this item.  A commissioner has to move for an item to

20   be heard as a resolution, correct?

21   A.    For it to be -- yes.

22   Q.    Okay.  And in this case, it was actually Commissioner

23   Hardemon who moved for this resolution to be passed, wasn't it?

24   A.    Yes.

25   Q.    And it was Commissioner Reyes who seconded that motion,
```

1    wasn't it?

2    A.   Yes.

3    Q.   I didn't say Carollo in any of those two instances, did I?

4    A.   Correct.

5    Q.   And ultimately, you were the only commissioner who didn't

6    vote in favor of this item, isn't that true?

7    A.   It is.

8    Q.   And regardless of who moved the item to become a

9    resolution, it was introduced into legislation by the

10   commission itself, wasn't it?

11   A.   Yes.

12   Q.   And we spoke a little bit briefly about Sunshine Law in

13   Florida, and how these mission -- these -- sorry, these

14   meetings take place in the light.

15        Isn't it true that this is the only place where

16   commissioners are able to discuss legislation that's -- that

17   they're attempting to have passed with the rest of the

18   commission?

19   A.   Yes.

20   Q.   Okay.  And when they do this, the public has the ability

21   to be present, don't they?

22   A.   Yes.

23   Q.   It is open for anyone to be there, correct?

24   A.   Yes.

25   Q.   And Mr. Fuller actually was there, wasn't he?

```
 1   A.   Yes.

 2   Q.   And he spoke?

 3   A.   Yes.

 4   Q.   You allowed him to speak?

 5   A.   Yes.

 6   Q.   It was an open engagement, is that fair to say?

 7   A.   Yes.

 8   Q.   And ultimately the entire commission voted in favor of

 9   that item, correct?

10   A.   The entire commission including myself, which --

11   Q.   Aside from yourself?

12   A.   Then not the entire commission.

13   Q.   The entire commission aside from yourself voted in favor

14   of this item?

15   A.   Correct.

16   Q.   Okay.  And former Commissioner Russell, you agree that

17   there are legitimate reasons why people are required to get

18   permits, correct?

19   A.   Yes.

20   Q.   Okay.  Especially before undergoing a construction

21   project, correct?

22   A.   Yes.

23   Q.   Commissioner Carollo voiced his concern that he was

24   terrified for the health, safety and welfare of the people in

25   his district, didn't he?
```

```
 1    A.    Yes.
 2    Q.    Isn't it true that as the elected commissioner for
 3    District 3, Commissioner Carollo would know the concerns of his
 4    constituents better than any of the other commissioners?
 5    A.    I can't speak to that.
 6    Q.    You can't speak to that.  As to District 2 when you were a
 7    commissioner, you were the one who knew your constituents the
 8    best.  Would you agree with that?
 9    A.    Yes.
10    Q.    So that only applies to you?
11    A.    I didn't say that.
12    Q.    It doesn't apply to Commissioner Carollo?
13    A.    I have no idea what Commissioner Carollo's relationship
14    with his constituents is.
15    Q.    Okay.  Would you agree that as the elected official for
16    District 3, Commissioner Carollo was the closest voice to the
17    members of his district?
18    A.    Yes.
19    Q.    He was the tie between the city administration and the
20    people who are living there?
21    A.    Yes.
22    Q.    Okay.  And because of that, the residents needed someone
23    to voice their concerns to, correct?
24    A.    Yes.  That's why we're elected.
25    Q.    Oh, you testified that you're elected so they can voice
```

1   their concerns to you, correct?

2   A.   Yes.

3   Q.   And ultimately, you have to forward along those concerns

4   to the proper people who can actually do something about it,

5   correct?

6   A.   Yes.

7   Q.   Because all a commissioner can do is vote for or against

8   an ordinance or resolution, correct?

9   A.   Correct.

10  Q.   That work has to be done by the administrative branch,

11  correct?

12  A.   Yes.

13  Q.   And looking back on that February 14, 2019 meeting, at the

14  time you weren't aware whether or not Mr. Fuller's properties

15  had any potential violations, were you?

16  A.   No.

17  Q.   At some point in time, you did become aware, weren't you?

18  A.   Yes.

19  Q.   And when you became aware, you still never knew the

20  significance of those violations, did you?

21  A.   No.

22  Q.   Didn't you run for office on the theory of environmental

23  protection?

24  A.   Yes.

25  Q.   Okay.

1    A.   It was a contaminated park.

2    Q.   So you agree with the theory of removing environmental

3    toxins and not just covering them up, correct?

4    A.   Yes.

5    Q.   So can we agree that when business owners conceal

6    violations of law in their building and construction, no one

7    deserves multiple free passes?

8              MR. GUTCHESS:  Objection.

9              THE COURT:  What's the objection?

10             MR. GUTCHESS:  Foundation.  Calling for expert

11   opinion on an area where he's not an expert.

12             THE COURT:  Overruled.  He can answer.

13             THE WITNESS:  What would you like to know?

14   **BY MS. DAWSON:**

15   Q.   Whether someone who completes multiple violations of the

16   law in the construction of their buildings should just get free

17   passes, multiple free passes.

18   A.   They should be subject to whatever the provisions of the

19   code allow, period.

20   Q.   So in your words, that would be enforcement?

21   A.   Yes.  So if the code says you have three strikes, then you

22   have three strikes.  If the code says this is a one-time

23   offense and you're out, yes.

24   Q.   You're not expert on the code, correct?

25   A.   No.

```
 1   Q.   But you are an expert on environmental concerns?
 2   A.   I'm not an expert but that's why I ran for office.
 3   Q.   That's why you ran for office.  So going back to
 4   environmental concerns, your office at city hall, do you recall
 5   that during your time there former Commissioner Russell --
 6   A.   Yes.
 7   Q.   Do you recall that there was an instance where there was
 8   asbestos in the carpet in your office at city hall?
 9   A.   I don't recall.
10   Q.   You don't recall.  Okay.  You'd agree that most of the
11   buildings in Miami and specifically on Calle Ocho are older
12   buildings?
13   A.   Sure.
14   Q.   Okay.  And older buildings are generally more likely to
15   contain asbestos, aren't they?
16            MR. GUTCHESS:  Objection, relevance.
17            THE COURT:  Sustained.
18   BY MS. DAWSON:
19   Q.   Okay.  When a building is demolished, Mr. Russell, you'd
20   agree that a permit is required, correct?
21   A.   Yes.
22            MR. GUTCHESS:  Objection.  Relevance and scope.
23            THE COURT:  Sustained.
24   BY MS. DAWSON:
25   Q.   Okay.  And just this will be my last point from that
```

1  meeting, but going back to February 14, 2019 again, you have no

2  personal knowledge of Commissioner Carollo's motivation

3  regarding his inquiries, do you?

4  A.   Only what he said on the dais.

5  Q.   And you'd agree that that's not personal knowledge,

6  something that you saw and heard?

7  A.   I heard Commissioner Carollo talk about how he felt about

8  these business owners and what should be done so --

9  Q.   But you'd agree that you don't know what was in his heart?

10 A.   No, just what he said.

11 Q.   Okay.  And you'd agree that it's important for people to

12 play by the rules?

13 A.   Yes.

14 Q.   And by people, I mean everyone so that includes commercial

15 business owners as well, correct?

16 A.   Yes.

17 Q.   You'd agree that it's important to comply with Florida

18 Building Code, correct?

19 A.   Yes, of course.

20 Q.   Okay.  We had a lot of conversation about the proper

21 method of speaking with different individuals throughout the

22 administration.  You've received email inquiries regarding

23 constituents' complaints, correct?

24 A.   Yes.

25 Q.   Okay.  And you'd received one from Dan O'Malley of Deal

```
 1   Volkswagen, correct?

 2   A.   I don't recall.

 3   Q.   If I showed you, would it help refresh your recollection?

 4           MR. GUTCHESS:  Objection.  Relevance and scope.

 5           THE COURT:  Sustained.

 6   BY MS. DAWSON:

 7   Q.   But you do agree that you've received constituent

 8   complaints?

 9   A.   Yes.

10   Q.   You wanted to do whatever you could to help your

11   constituents, correct?

12   A.   Within my legal abilities, yes.

13   Q.   So you sent emails inquiring as to how you could assist

14   them in some instances?

15   A.   Usually I would just forward it to the city manager.

16   Q.   Okay.  So you would do something to ensure that it

17   eventually got to the proper place, correct?

18   A.   Of course.

19   Q.   And when you received phone calls, you would ensure that

20   it got to the -- that information got to the proper place?

21   A.   Yes.

22   Q.   So that it could be addressed?

23   A.   Yes.

24   Q.   Because you care about the people of your district?

25   A.   Yes.
```

```
 1   Q.   That's why you ran in your district, correct?
 2   A.   Yes.
 3   Q.   Even though you ran for the House of Representatives in
 4   2016, correct?
 5   A.   What do you mean, "even though?"
 6   Q.   You cared about the people in your district but you ran
 7   for the House of Representatives a year after taking your oath
 8   to serve them?
 9   A.   Yes.
10   Q.   And you also ran again after taking your second oath to
11   serve them in 2022, didn't you?
12   A.   Yes.
13   Q.   You ran for Senate?
14   A.   Yes.
15   Q.   And then House of Representatives?
16   A.   Yes.
17   Q.   And then you resigned?
18   A.   Yes.
19   Q.   So they didn't have anyone at that point, did they?
20   A.   What's your question?
21   Q.   They didn't have anyone to represent.  You weren't the
22   representative voice of your people at that point, were you?
23   A.   So once I resigned, no, I was not.
24   Q.   All right.  Isn't it true that you recruited two of the
25   closest people to you to lead a recall against Commissioner
```

```
 1   Carollo that failed?
 2   A.   That is absolutely false.  I had nothing to do with the
 3   recall.
 4   Q.   Okay.  Isn't it true that you spoke earlier about the DC
 5   Pipe Company having issues, correct?
 6   A.   Yes.
 7   Q.   And as it related to the DC Pipe Company, you stated that
 8   you had a phone call with the city attorney?
 9   A.   Yes.
10   Q.   You also had a phone call with Mr. Fuller, didn't you?
11   A.   Yes.
12   Q.   And on that phone call was Mr. Fuller's wife, correct?
13   A.   I don't recall.
14   Q.   You don't recall.  Okay.  Would your deposition transcript
15   refresh your recollection?
16   A.   Yes.  I remember during the transcript saying that I don't
17   recall.
18   Q.   Okay.  But at this point some time you learned she was on
19   the call?
20   A.   Yes.
21   Q.   And a Florida Bar licensed attorney, correct?
22            MR. GUTCHESS:  Objection.  Relevance and scope.
23            THE COURT:  Sustained.
24   BY MS. DAWSON:
25   Q.   Mr. Russell, you spoke about issues that were concerning
```

1  city business, correct?

2  A.   Yes.

3  Q.   And you were still an elected official working in the City

4  of Miami, correct?

5  A.   Yes.

6  Q.   You were an employee of the City of Miami?

7  A.   Yes.

8  Q.   You had a fiduciary duty for the City of Miami?

9  A.   Yes.

10 Q.   You took an oath all while this lawsuit was pending?

11 A.   Yes.

12 Q.   Yet, you still thought that it was proper to speak about

13 what was going on with the plaintiff in this case when you were

14 still employed with the City of Miami?

15 A.   Yes, I spoke with Mr. Fuller.

16 Q.   You still thought that it was proper to speak with the

17 plaintiff about the facts of this case?

18      MR. GUTCHESS:  Objection.  What is it?

19      THE COURT:  Sustained.

20 **BY MS. DAWSON:**

21 Q.   Mr. Russell, you're aware of what compliance agreements

22 are, correct?

23 A.   Compliance agreement?

24      MR. GUTCHESS:  Objection.  Again, relevance and

25 scope.

```
 1   A.   I'm not --
 2            THE COURT:  Overruled.
 3   BY MS. DAWSON:
 4   Q.   You've never had a conversation with Mr. Fuller regarding
 5   compliance agreements?
 6   A.   No.  I don't know what a compliance agreement is.
 7   Q.   Okay.  So if I showed you a copy of your deposition
 8   transcript, would that help refresh your recollection?
 9   A.   If you explain to me what a compliance agreement is I
10   could probably tell you.
11   Q.   Let's tell you what a compliance agreement is.  So, in
12   order for a building to -- or a business owner or property
13   owner to enter into a compliance agreement, their property has
14   to be determined unsafe or subject to demolition.
15   A.   Okay.
16            MR. GUTCHESS:  Again, Your Honor, I'm going on
17   object.  Relevance and scope.
18            THE COURT:  Overruled.
19            THE WITNESS:  What's your question?
20   BY MS. DAWSON:
21   Q.   You asked me what is a compliance agreement.
22   A.   Right.  Only you asked me if I discussed compliance
23   agreements with Mr. Fuller.
24   Q.   Correct.
25   A.   Not to my recollection.
```

```
 1   Q.   Okay.  So you did give a deposition for the facts related

 2   to this case, correct?

 3   A.   For the fact --

 4   Q.   Regarding the facts related to this case?

 5   A.   Yes.  Of course.

 6   Q.   And at that deposition, there was a court reporter

 7   present?

 8   A.   Yes.

 9   Q.   There was an attorney present?

10   A.   Yes.

11   Q.   You raised your right hand and swore to tell the truth?

12            MR. GUTCHESS:  Your Honor, may we have a sidebar?

13            THE COURT:  Sure.

14                         (At the bench.)

15            MR. GUTCHESS:  So --

16            THE COURT:  Wait.  What's the objection?

17            MR. GUTCHESS:  Counsel is talking about a deposition

18   of a different case and the evidence in a different case.  The

19   defendant is saying anything relating to that case, would come,

20   we have nothing to do with compliance agreements, no reference

21   to it in our complaint.  I don't think there's any compliance

22   agreements in the timeframe and so we don't even know what

23   she's talking about.

24            MS. DAWSON:  There's five within the timeframe but

25   I'd be happy to point them out.
```

```
 1            MR. GUTCHESS:  Does he have any?

 2            THE COURT:  It's a deposition relating to this

 3    particular case?

 4            MR. GUTCHESS:  His deposition is in a different case.

 5            MS. DAWSON:  In the deposition of the Mad Room case

 6    in which he spoke -- it was a deposition in the Mad Room case

 7    in which he gave testimony regarding the facts of this case.

 8            MR. GUTCHESS:  He didn't.  There was nobody there.  I

 9    wasn't there.  Nobody from this case was there.

10            MS. DAWSON:  You provided us the transcript, counsel.

11            MR. GUTCHESS:  Russell's transcript?

12            MS. DAWSON:  Yeah.

13            MR. GUTCHESS:  I didn't provide that.  I got it from

14    Sterns Weaver.

15            THE COURT:  Where is the transcript?

16            MR. GUTCHESS:  I don't know what you're talking

17    about.

18            MS. DAWSON:  I apologize, Your Honor.

19            THE COURT:  Who are the parties in this particular

20    deposition?

21            MS. CAPRIO:  Mad Room LLC versus the City of Miami.

22            MS. DAWSON:  The plaintiffs' businesses.

23            THE COURT:  That's the subject of the other lawsuit

24    that's pending before Judge --

25            MS. CAPRIO:  Judge Altman.
```

 1          THE COURT:  I'm going to sustain the objection.  I
 2    just want to be clear.  It's been made a feature of this case
 3    to not discuss this other case.  The defendants will violate
 4    that term intending to exclude.
 5          If you want to go down these lines here which you
 6    already have, you have opened up the door beyond reproach.
 7    This is the first I'm hearing about this lawsuit with Judge
 8    Altman in a different matter -- no, before Judge Williams.
 9          MR. PERTNOY:  I mentioned this before in openings.  I
10    even showed you the --
11          THE COURT:  At any rate, in terms of this whole
12    compliance issue, I'm going to limit it.  You can ask him some
13    questions but, again, this is the case of United States --
14    civil case number 1:21-CV-23485 before Judge Altman.  Plaintiff
15    versus City of Miami.  Were any of the plaintiffs' counsel
16    present at this deposition?
17          MR. GUTCHESS:  No, no, Your Honor.  I don't think any
18    of the defense counsel were present.
19          THE COURT:  All right.  So this was the subject
20    matter of the Little Havana Office and Building La Grand Fiesta
21    LLC.  I'm going to sustain the objection.
22          MS. DAWSON:  Thank you.
23          MS. CAPRIO:  Thank you.
24                    (In open court.)
25    BY MS. DAWSON:

1   Q.   Commissioner -- former Commissioner Russell, sorry, going

2   back to that February 14, 2019 commission meeting, remember

3   saying that you don't know what he was -- Mr. Carollo was

4   motivated by?

5   A.   Do I recall saying that?  I don't know.

6   Q.   That what Mr. Carollo as a sitting commissioner was

7   motivated by in passing this ordinance?

8   A.   Are you asking me what I believe?

9   Q.   No, I'm not asking --

10  A.   You're asking if I knew his motivations?

11  Q.   Correct.

12  A.   I don't know what was in his heart, no.

13  Q.   So I'm going back to that meeting now.  I'm quoting from

14  the deposition -- or sorry, meeting transcript.  Commissioner

15  Carollo:  Now, Mr. Manager, I've been trying to get

16  information, I don't care who likes me, don't like me,

17  supported me, don't support me.  What I care is for people to

18  follow our code and building laws, not to be pounding their

19  chest and bragging how they own Little Havana, they own Miami.

20       Do you recall him making that statement?

21  A.   Yes.

22  Q.   Okay.  And just out of curiosity, you never had a

23  conversation with Commissioner Carollo about who supported him

24  in his campaign, did you?

25  A.   No.

```
 1   Q.   And you have no knowledge of whether or not Commissioner
 2   Carollo even knows who supported him prior to this lawsuit
 3   being filed?
 4   A.   No.
 5   Q.   You don't know who Mr. Fuller supported, do you?
 6   A.   Only by what's in campaign finance records.  I don't go
 7   through those, so no.
 8   Q.   You don't know who Mr. Pinilla supported, correct?
 9   A.   Nope.
10   Q.   Mr. Fuller did support you in your House bid for Congress
11   in 2022, didn't he?
12   A.   Yes.
13   Q.   No?
14   A.   I said yes.
15   Q.   To the tune of $5,800, correct?
16   A.   I don't recall.
17         MS. DAWSON:  Okay.  No further questions, Judge.
18   Thank you.
19         MR. GUTCHESS:  Your Honor, very briefly.
20         THE COURT:  Thank you.
21                    -  -  -  -  -
22         **REDIRECT EXAMINATION OF KEN RUSSELL**
23   BY MR. GUTCHESS:
24   Q.   Mr. Russell, you recall being asked questions about the
25   Resolution that was passed at the February 14th meeting?
```

1    A.    Yes.

2    Q.    That wasn't the Resolution Mr. Carollo had proposed, was

3    it?

4    A.    Meaning it had been amended or --

5    Q.    Yeah.  It was different from what he had proposed?

6    A.    I don't recall specifically.

7              MS. DAWSON:  Objection.  Beyond the scope of

8    cross-examination.

9              THE COURT:  Overruled.

10   **BY MR. GUTCHESS:**

11   Q.    Let me play the video of Mr. Carollo's proposal.  Proposed

12   resolution.  Hopefully, we have sound this time.  We didn't

13   have sound in the morning.

14                        (Video played.)

15       But this is a resolution of the Miami City Commission

16   requesting the Governor of the State of Florida and/or the

17   Director of the Florida Department of Law Enforcement to assign

18   a prosecutor from the state wide grand jury to investigate any

19   possible acts of wrongdoing and/or corruption in the building,

20   Code Compliance, and Building in the City of Miami Florida,

21   further directing the city clerk to submit copy of this

22   resolution, or minutes from this meeting of February 24, 2019

23   and all exceptions provided by elected officials to the

24   official stated herein.

25

1    **BY MR. GUTCHESS:**

2    Q.   Now is that you on the chair seat there, Mr. Russell?

3    A.   Yes.

4    Q.   Did you hear anything in there about life safety?

5    A.   No.

6    Q.   Commissioner Carollo was proposing a Resolution that had

7    the Governor appoint a prosecutor to investigate city

8    employees, right?

9    A.   It very similar to the one he tried to bring against me.

10   Q.   And what did you think of that proposal to investigate

11   city employees for not executing code compliance against

12   Mr. Fuller?

13   A.   This is -- I didn't it take personally when he did it

14   against me.  He did it because I was voting against his issue

15   so his retribution was to bring an investigation against me.

16   This was his M.O.  But I'm an elected official.  That's -- you

17   know, we take the political punches.

18        In this case, this was against a business owner who had

19   disagreed with him or supported someone else.  I remember

20   finding it very heavy-handed.

21   Q.   And what about the impact on the city staff employees who

22   were going to be investigated?

23             MS. DAWSON:  Objection.  Beyond the scope of

24   cross-examination.

25             THE COURT:  Overruled.

```
 1              THE WITNESS:  I did speak with city employees and
 2   they were demoralized and those who were brought before the
 3   Commission were humiliated.
 4              MR. GUTCHESS:  Thank you.  No further questions.
 5              THE COURT:  You may step down, sir.  Have a good day.
 6   Plaintiff, call your next witness.
 7              MS. CAPRIO:  Yes, Your Honor.  Plaintiffs are calling
 8   Matt Malone.
 9              MR. PERTNOY:  Your Honor, I would renew my objections
10   regarding this witness as set forth on our previous arguments.
11              THE COURT:  The objection is noted.  Thank you, sir.
12              THE COURTROOM DEPUTY:  Please raise your right hand.
13                        (Witness sworn.)
14              THE WITNESS:  Yes.
15              THE COURTROOM DEPUTY:  Please state your name and
16   spell it for the record, please.
17              THE WITNESS:  James Matthew Malone.  J-A-M-E-S,
18   M-A-T-T-H-E-W, M-A-L-O-N-E.
19                      -  -  -  -  -
20          **DIRECT EXAMINATION OF JAMES M. MALONE**
21   BY MS. CAPRIO:
22   Q.   Good afternoon, Mr. Malone.  Could you please tell the
23   jury where you reside?
24   A.   In Miami, Florida.
25   Q.   Okay.  And whereabout in Miami, Florida?
```

```
 1   A.    3555 Crystal Court, Miami, Florida, 33133.  Coconut Grove.

 2   Q.    With whom do you reside?

 3   A.    My wife and my children.

 4   Q.    Okay.  And can you please tell the jury a bit about what

 5   you do for a living?

 6   A.    We have several businesses.  But my full-time job is with

 7   our spirits manufacturing and branding business.

 8   Q.    What's the name of your spirits manufacturing and branding

 9   business?

10   A.    Destileria Caneca, LLC.

11   Q.    Destileria Caneca, LLC?

12   A.    Yes.

13   Q.    Can you tell me about where the origin of that name came

14   from?

15   A.    It's originated with my wife's family in Puerto Rico.

16   They started making rum in 1911 in Puerto Rico.  The rum was

17   called Ron Canega.

18   Q.    Excellent.  How long have you had the Destileria Caneca

19   business?

20   A.    Since 2011.

21   Q.    Okay.  And do you have any business partners in your rum

22   distilling company?

23   A.    I do.

24   Q.    And who were those business partners?

25   A.    Well, I have Mike Torres, Lilia Estefan, William Levy.  We
```

1    partner with Louis Gostello and Eric Wittenberg.

2    Q.   And do you have any other businesses, sir?

3    A.   We do.  We own a small group of Montessori schools here in

4    Miami.  I have an FFL -- ownership interest in an FFL in

5    Arizona and we have some real estate holdings.

6    Q.   Okay.  And when you say we, who are you referencing?

7    A.   My wife and I.

8    Q.   And what types of spirits does your company Destileria

9    Caneca produce?

10   A.   We produce vodka and rum and then we bottle bourbon and

11   rye whiskey and some other blended products for third parties.

12   Q.   Okay.  And now, Mr. Malone, are you familiarize with

13   Mr. Bill Fuller?

14   A.   I am.

15   Q.   And could you explain to the jury how your familiar with

16   Mr. Fuller?

17   A.   I'm -- I met Mr.  Fuller at an event, fund raising event

18   at our first distillery in Wynwood in 2011.  And I'm aware of

19   his businesses in the industry.  He's -- he has several food

20   and beverage businesses as well as real estate.

21   Q.   Okay.  And are you familiar with Mr. Martin Pinilla?

22   A.   Yes.

23   Q.   And how are you familiar with Mr. Pinilla?

24   A.   Through Bill Fuller.

25   Q.   Okay.  And do you understand that Mr. Fuller and

1   Mr. Pinilla do business together?

2   A.   Yes.

3   Q.   What type of business is that to your understanding?

4   A.   I believe real estate investment and development.  And

5   then other corporations have lease those spaces or work in

6   those spaces in food and beverage.

7   Q.   Where do you understand that their businesses or their

8   real estate holdings are located?

9   A.   Primarily in Miami.  Particularly like in Calle Ocho, the

10  Little Havana area.

11  Q.   And have you -- currently, do you and Mr. Fuller and

12  Mr. Pinilla do any business together?

13  A.   No.

14  Q.   And have you ever had plans to do business with Mr. Fuller

15  around Mr. Pinilla?

16  A.   Yes.

17  Q.   Okay.  Could you please explain what those plans to do

18  business with Mr. Fuller and Mr. Pinilla are for the jury?

19  A.   We contemplated leasing a space from their company on

20  Calle Ocho and building out a small micro-distillery with a

21  tasting room and gift shop.

22  Q.   And what type of tasting would you be offering at that

23  business that you had planned to undergo with Mr. Fuller and

24  Mr. Pinilla?

25  A.   So the law is pretty clear about that.  Anything that we

1  either produce or blend and bottle in that location, we'd be

2  able to offer that in tastings to customers as they come in and

3  then for sale in bottles.

4  Q.   And where exactly was that planned business to have a rum

5  distillery and tasting room and gift shop?  Where was that

6  address?

7  A.   It was 1386 SW 8th Street.

8  Q.   Calle Ocho?

9  A.   Yes.

10  Q.   And when did you and Mr. Fuller and Mr. Pinilla start

11  talking about the rum distillery business on Calle Ocho and

12  their property?

13  A.   Sometime in the middle of 2017.

14  Q.   And how long did you and Mr. Fuller and Mr. Pinilla

15  discuss opening the rum distillery and tasting room on their

16  property in Calle Ocho?

17  A.   We came to kind of a structured agreement I think in

18  November of 2017.  And then it became a process of trying to

19  get that approved for the use.

20  Q.   Okay.  And did you spend any money on trying to create

21  this rum distillery and tasting room business at Mr. Pinilla

22  and Mr. Fuller's property on Calle Ocho?

23         MR. PERTNOY:  Objection, Your Honorer.  Relevance.

24  His money spent is not an issue in this case.

25         THE COURT:  Overruled.  You can answer.

```
1              THE WITNESS:  So, yes.
2    BY MS. CAPRIO:
3    Q.    Could you tell me what your expenditures were like?
4              MR. PERTNOY:  Same objection, Your Honor.
5              THE COURT:  Overruled.
6              THE WITNESS:  We invested in engineering and
7    architectural services, some legal fees and some expedite fees
8    for zoning and permitting and things like that.
9    BY MS. CAPRIO:
10   Q.    Okay.  And do you know approximately how much that
11   amounted to?
12             MR. PERTNOY:  Objection, Your Honor.  Same objection.
13             THE COURT:  Overruled.
14             THE WITNESS:  The professional fees were around --
15   all together around $80,000.
16   BY MS. CAPRIO:
17   Q.    And I'd like to call up Plaintiffs' Exhibit 3 and not
18   publish it yet to the jury.  If we can publish it to the
19   witness and to opposing counsel.
20             MR. PERTNOY:  1 through 19?
21             MS. CAPRIO:  Yes.
22             MR. PERTNOY:  No objection.
23             THE COURT:  All right.
24                  (Plaintiffs' Exhibit 3 Received.)
25
```

1    **BY MS. CAPRIO:**

2    Q.   Mr. Malone, are you familiar with this document?

3    A.   Yes.  This looks like the initial structure of our lease.

4    Q.   Okay.  And what is the date of this lease?

5         MS. CAPRIO:  Excuse me, we're not publishing it?

6         THE COURT:  Can you all see it?

7         MS. CAPRIO:  Thank you very much.

8    **BY MS. CAPRIO:**

9    Q.   Mr. Malone, what is the date of this -- first of all, what

10   is this document, please?

11   A.   This is a red-lined version of a lease.  This is like an

12   initial like document to create a lease, like permanent lease

13   from.

14   Q.   And a lease of what?

15   A.   The lease of the space on Calle Ocho that we talked about.

16   Q.   Okay.  And is that the lease for the rum distillery that

17   we just talked about?

18   A.   Yes.

19   Q.   And is the -- on this lease, Calle Ocho Marketplace,

20   do you see that, the first line?

21   A.   Yes.

22   Q.   And is that the landlord?

23   A.   Yes.

24   Q.   Okay.  And do you understand that company, Calle Ocho

25   Marketplace, to be owned by Mr. Fuller and Mr. Pinilla?

```
 1  A.   That's my understanding, yes.

 2  Q.   And your company, Distiliaria Conectica, LLC, do you see

 3  that?

 4  A.   That's correct, yes.

 5  Q.   Great.  So this is a draft lease?

 6  A.   Right.

 7  Q.   And do you recall how much rent would be due under this

 8  lease to Mr. Pinilla and Mr. Fuller for the rum distillery on

 9  their property in Calle Ocho?

10  A.   Yes.  This has -- this might be an early version but

11  approximately $14,000 a month.

12  Q.   Okay.

13  A.   With a little of abated rent in the beginning.

14  Q.   What was the term of the lease supposed to be?

15  A.   Five years plus five years.

16  Q.   Okay.  So $14,000 a month times ten years, is that fair?

17  A.   Yes, if we renewed the lease, yeah.

18  Q.   And I hate to ask you to do math but do you have any

19  calculation that you could provide to the jury as to how much

20  that approximates?

21            MR. PERTNOY:  Objection, Your Honor.

22            THE COURT:  What's the objection?

23            MR. PERTNOY:  Calls for speculation.

24            THE COURT:  Overruled.

25            THE WITNESS:  So, around -- let's see, 140, plus 28,
```

1    168, so 1.68 million or something like that.

2    **BY MS. CAPRIO:**

3    Q.   Okay.  And what was your feeling about this rum distillery

4    that was supposed to be developed on Mr. Pinilla and

5    Mr. Fuller's property?

6            MR. PERTNOY:  Object to form.  Vague.  His feeling.

7            THE COURT:  Sustained.

8    **BY MS. CAPRIO:**

9    Q.   Could you please describe for the jury what your

10   understanding of this project would be in connection with your

11   business, Distiliaria Conectica?

12   A.   Well, this was designed to be our interaction point with

13   consumers directly.  Our industry is controlled by a three step

14   tiered system, so our company only sells -- for the majority of

15   our business, we only sell to wholesale distributors.  Those

16   distributors sell to all the restaurants and bars and liquor

17   stores.

18          So the law in Florida does allow us to have like a tasting

19   room and a visitor center where we can control more directly

20   that interaction with customers so that we're not at the whim

21   of goliath distributors to promote or not promote our products.

22          We wanted to have a very visible connection to consumers

23   so they could see what we do and then go out and hopefully buy

24   it after they visit with us.

25   Q.   What flavors rum were going to offer at this distillery on

```
 1    Mr. Pinilla and Mr. Fuller's property?
 2    A.    Everything that we produced which is in the rum category
 3    which is a platinum rum, an aged rum which is like a dark
 4    golden rum, a coconut rum.  And then particularly we were going
 5    to focus on a very successful product that we have which is
 6    Miami Cuban coffee liquor and Cafe Con Leche which is a cream
 7    liquor.
 8    Q.    And what was your understanding of the impact that this
 9    distillery would have had on your business, sir?
10    A.    Massive to use the word.  When we have that kind of
11    traffic as you do on Calle Ocho, we understood it to be
12    millions of people per year in a very visible location.
13          Our estimate of top line sales were about six million.
14    But more important, we drive the value of our brand and the
15    knowledge of our brand directly to consumers in one place.  We
16    love the fact that it was and is a very tourist center.
17    Q.    And, sir, have you ever met Commissioner Carollo?
18    A.    I believe I met him once.
19    Q.    Okay.  And we can call up --
20          MS. CAPRIO:  Your Honor, move to admit.
21          THE COURT:  Yes.
22          MS. CAPRIO:  Thank you.
23    BY MS. CAPRIO:
24    Q.    You've met him once?
25    A.    That I recall.
```

```
 1    Q.    Do you recall when that meeting was?

 2    A.    It was sometime I think in December of 2017.

 3    Q.    Okay.  And do you remember where the meeting occurred?

 4    A.    It was at the park on the water in the downtown Miami

 5    area.  Bayfront Park I think it's called.

 6    Q.    And were you with anybody aside from Mr. Carollo at that

 7    meeting?

 8    A.    Well, there was a lot of people there.  And I was

 9    accompanied with a gentleman named Monte Trainer.

10    Q.    And who is Mr. Trainer?

11    A.    He's a friend of mine and he's the president of the

12    Coconut Grove Arts Festival.

13    Q.    And do you recall what -- did you and Mr. Carollo have a

14    conversation?

15    A.    Yeah, very brief.

16    Q.    Okay.  And do you recall what Commissioner Carollo told

17    you?

18    A.    Yes.

19              MR. PERTNOY:  Object to form.  Calls for hearsay.

20              THE COURT:  Overruled.

21              THE WITNESS:  I was introduced to him by Monte

22    Trainer.  Monte explained that we are putting a distillery on

23    Calle Ocho --

24              MR. PERTNOY:  Objection.  He's talking about hearsay

25    from Monte Trainer at this point.
```

1          THE COURT:  Sustained.

2  **BY MS. CAPRIO:**

3  Q.   What did Mr. Carollo tell you?

4  A.   He said that a distillery on Calle Ocho was a great idea

5  and then he asked me where the distillery was going to be.  And

6  I gave him the address, and he said I hope you can get out of

7  your lease.

8  Q.   Okay.  And do you recall anything else that Mr. Carollo

9  told you?

10  A.   I thought he was joking and I said what do you mean?  And

11  he said you picked the wrong landlord.

12  Q.   And who was that landlord for the record?

13  A.   The corporation that was on that lease, the Marketplace

14  corporation that Bill and Martin own.

15  Q.   And if we can please call up not for the jury, Plaintiffs'

16  Exhibit 265 which we've redacted at defendant's request.

17          MR. PERTNOY:  May I see it before it's published?

18          MS. CAPRIO:  Absolutely.  I don't have the redacted

19  copy with me but perhaps we can call it up to Mr. Pertnoy.

20          MR. PERTNOY:  I see it here.  Okay.  Other than the

21  hearsay, no objection.

22          THE COURT:  All right.

23          MS. CAPRIO:  Move to admit.

24          THE COURT:  It's admitted.

25          MS. CAPRIO:  Thank you.  If we can publish to the

```
 1   jury, please.
 2             (Plaintiffs' Exhibit 265 Received.)
 3   BY MS. CAPRIO:
 4   Q.   All right.  Mr. Malone --
 5   A.   Yes.
 6   Q.   Do you recognize this document?
 7   A.   Yes.
 8   Q.   Okay.  And you see the top MM, Matt; is that you, sir?
 9   A.   Yes.
10   Q.   Is this a screenshot of a text message?
11   A.   Yes.
12   Q.   Okay.  And who was this text message written to?
13   A.   Bill Fuller.
14   Q.   Okay.  And do you recall approximately when you wrote this
15   text message?
16   A.   Stated November 19th of -- well, now it disappeared
17   November 19th of '22.
18   Q.   Thank you.  If you can please read that text message into
19   the record, sir.
20   A.   GM Bill.  If I may assist in any way, I'd like to help.  I
21   lost time, lost opportunity and some hard dollars where he
22   clearly told me I'd support you anyplace but not in Bill
23   Fuller's building among many other ridiculous things.
24   Q.   And in that message, who was the "he" that you're
25   referring to?
```

```
 1   A.    Joe Carollo.

 2   Q.    Okay.  And are you -- and you're also referring to lost

 3   time, lost opportunity and some hard money.  Do you see that

 4   sir?

 5   A.    I do.

 6   Q.    And is that describing what we just discussed in

 7   connection with your investment in the failed rum distillery on

 8   Calle Ocho?

 9   A.    Yeah, the corporate investment, yes.

10   Q.    Is that the statement that Commissioner Carollo told you

11   during your one meeting?

12   A.    That's a synopsis of that.  I don't know if it's here in

13   parenthesis.  I don't know if that's the exact words or not.

14   That's the synopsis, short version, yeah.

15   Q.    That was the gist of it?

16   A.    Yes.

17   Q.    That's what you understood him to mean, that he would

18   support you anyplace but in Bill Fuller's building?

19   A.    Yes.

20   Q.    And, sir, why are you here testifying today in court?

21             MR. PERTNOY:  Objection, Your Honor.  Relevance.

22             THE COURT:  Overruled.

23             THE WITNESS:  I was subpoenaed.

24   BY MS. CAPRIO:

25   Q.    And did you appear to testify yesterday in court?
```

```
 1   A.   I went --

 2             MR. PERTNOY:  Objection, Your Honor.  Relevance.

 3             THE COURT:  Overruled.

 4             THE WITNESS:  Yes.  I went to the wrong courthouse.

 5   BY MS. CAPRIO:

 6   Q.   Was that courthouse in Fort Lauderdale?

 7   A.   Yes.

 8   Q.   And did you have any concerns about coming here to testify

 9   today?

10             MR. PERTNOY:  Objection, Your Honor.  403.

11             THE COURT:  Sustained.

12             MS. CAPRIO:  Thank you, Mr. Malone.  I'll pass the

13   witness.

14                            -  -  -  -  -

15              CROSS EXAMINATION OF JAMES M. MALONE

16   BY MR. PERTNOY:

17   Q.   Good afternoon, Mr. Malone.

18   A.   Good afternoon.

19   Q.   So I'd like to start at the beginning of your conversation

20   or your testimony here today where you talked about this

21   project for a distillery at the property at Little Havana that

22   belonged to Calle Ocho Marketplace.

23        So you stated it was going to be a micro distillery.  What

24   is a micro distillery?

25   A.   By the State of Florida, the really -- they describe it as
```

1    a craft distillery which is a distilled spirits manufacturing
2    license that has a designation of certain quantity, under a
3    certain quantity of production every year.  And, in this case,
4    we were going to be very, very small, almost like a display
5    kind of distillation.
6    Q.   So there was going to be equipment placed in the premises
7    in order to produce -- I think you testified it would be
8    producing vodka and rum?
9    A.   Correct, yes.
10   Q.   And so I assume there's going to be tanks and pipes and
11   water feeds and electricity, all those things in order to
12   create the ability to brew or distill liquor?
13   A.   Yes.
14   Q.   And when we say tanks, are we talking, you know, small
15   little kegs like this or are we talking something that's the
16   size of like a table or the size of, you know, how high on the
17   wall?  What are we talking about here?
18   A.   Similar in size to the podium that's in front of you for
19   this particular place.
20   Q.   There would be multiple ones of these for the different
21   types of liquors that you were distilling?
22   A.   No.  They're done in kind of a linear fashion.  We make
23   one thing and bottle it.  Then we'd do another.  There would be
24   two tanks like that.
25   Q.   Then there would be equipment for bottling it, storing the

1    products that you would use, the grains, the potatoes, whatever

2    you need in order to distill the liquor, correct?

3    A.    Yes, but the bottling is done by hand so there's a little

4    machine that's about one foot by four foot and has a tank on

5    top and you just go from that tank like the one in front of you

6    through a little pump and it fills it up and then you just fill

7    and cork it and put it in cases.

8    Q.    Sure.  But you're going to need that equipment, you're

9    going to need the tanks, you're going to need a place to store

10   the bottles.  You're going to need refrigeration.  You're going

11   to need electricity.  You're going to need all of these things

12   for this distillery?

13   A.    With the exception of refrigeration, yes.

14   Q.    But certainly electricity and running water?

15   A.    Correct, yes.

16   Q.    And in addition to that, you're -- I think you testified

17   that there was going to be some sort of tasting room or gift

18   shop, so you were going to need to build out retail space as

19   well, correct?

20   A.    Yes, and the property has three distinct areas so one we

21   had contemplated to be for the production which again is a very

22   small kind of a show.

23   Q.    Sure.

24   A.    One that's a small area for the gift shop and then another

25   area for the storage that you described, which we had another

1   location so the storage would be very minimal.

2   Q.   Okay.  And I think you also testified that you started

3   talking about this with Mr. Fuller and Mr. Pinilla in December

4   of 2016?

5   A.   I don't know if I testified to that but mainly that's

6   true, yeah.

7   Q.   So we can -- you understand that Commissioner Carollo

8   wasn't even elected until December 2nd of -- didn't even take

9   office until December 2nd, 2017.  You understand that, correct?

10  A.   I'm aware of that, yes.

11  Q.   So all of your interactions with Mr. Fuller and

12  Mr. Pinilla with respect to that red-lined lease that we looked

13  at a few moments ago, which I think even showed a start date

14  for the lease of November, 2017, all takes place before

15  Commissioner Carollo is even elected as commissioner for

16  District 3, correct?

17  A.   And in that red-lined lease, there was a great deal of

18  time that went by where both the owners of that property and

19  our interests were distracted so we really didn't get from

20  let's say December of 2016 until November of 2017, we really

21  didn't address that lease much at all.

22  Q.   Okay.  And then so your testimony then is starting in

23  November of 2017, your interest piqued again on getting into

24  this lease?

25  A.   That's correct, yeah.  Approximately that timeframe, yeah.

```
 1   Q.   And again, November, 2017, before Commissioner Carollo was
 2   ever even elected for as D3 commissioner, correct?
 3   A.   That's correct.  And I wasn't even aware of him at that
 4   time.
 5   Q.   Okay.  And so you're now restarting your negotiations in
 6   November of 2017, maybe even a little bit before November of
 7   2017, correct?
 8   A.   Probably November of 2017.
 9   Q.   Okay.  And so on November 1, 2017, you're not ready to
10   flip the switch and actually go in there and sign the lease on
11   that day, correct?
12   A.   That's correct, but we put it together in short order.
13   There was one major obstacle that we needed to address which we
14   did, I'm going to say maybe the first week of December.
15   Q.   And what was that major obstacle that you needed to
16   address in the first week of December, 2017?
17   A.   When we came back to the table to put this together and we
18   had a meeting of the minds to do it, one of the items in the
19   original draft lease was not allowed.  As a distilled spirits
20   manufacturer, we can't have a percentage of sales lease it has
21   to be a triple net, you know, fixed amount.
22   Q.   Okay.  So let's make sure we understand what that means.
23   So in the original lease, Mr. Fuller and Mr. Pinilla through
24   their Calle Ocho Marketplace wanted a percentage of your
25   profits from your distillery, correct.
```

1   A.   No, they wanted a percentage of the top line sales because

2   that's I think fairly common for retail.

3   Q.   Sure.

4   A.   Yeah, but that's not allowed for us.

5   Q.   Because you're selling alcohol, you're not allowed to do

6   that, correct?

7   A.   Well, I only know for distilled spirits plant, we're not

8   allowed to do that.

9   Q.   So instead of it being a percentage of sales along with

10  some rent, it now needed to be a more traditional fixed rent

11  arrangement of this is the amount for rent, this is the amount

12  for taxes, insurance, to be a triple net lease, correct?

13  A.   That's correct, yes.

14  Q.   And so the rent amount is the same month over month over

15  month, year over year over year as set forth in the lease with

16  whatever percentage increase it would have year over year?

17  A.   That's right.  And in this case, I think we said it was

18  like a CTI increase year over year and then an option of five

19  years to renew.

20  Q.   So that amount would have been -- and it's a five years

21  with an option to renew where either you can choose I'm not

22  going to go forward with this for the next five years, or they

23  can choose I'm not going to go forward with it for five years,

24  correct?

25  A.   Yeah.  In this case, it was our option.

1   Q.   Right.  And that's because there's always uncertainty in a

2   business.  You don't know if it's going to perform how you

3   expect it to.  There's a lot of uncertainty as to whether or

4   not the lease will be something that you want to go on for five

5   years or for just ten years, correct?

6   A.   Absolutely, yes.

7   Q.   Now, you testified a moment ago that the address was 1386

8   SW 8th Street, but I don't believe that's the correct address.

9   Can we put up the proposed lease?

10      All right.  So, as you can see here, in the section that

11  says premises, first page, stay right there.  Where it says

12  number 8, premises, it describes the premises, do you see that?

13  A.   Yes.

14  Q.   We're going to make it a little bigger so even the jury

15  and folks with bad eyes like myself can see.  So the premises

16  consists of approximately 1,200 square feet of space.

17  Do you see that, sir?

18  A.   Yes.

19  Q.   And it's on two parcels.  You have the 1380, not 1386, are

20  we correct?  Is that refreshing your recollection?

21  A.   Well, you'll see number 7 above, it's 1386 and then below,

22  it's a different address so there's in a red line like this,

23  sometimes there's errors.  I just remember the 1386.

24  Q.   That's fine.  And then you also have the second part of

25  the premises which is 827 SW 14th which is a casita as it's

1   called?

2   A.   Yes.

3   Q.   Was it a casita where you were going to put the

4   distillery?

5   A.   No.  That was just kind of almost like a piece of artwork

6   that was to be in the back because it's a very old structure,

7   that wasn't fit for occupation.  So we were just going to put

8   like a little seating garden and have that in the back as

9   something to look at, a historic house.

10  Q.   I see.  So the premises in the front was going to have the

11  distillery?

12  A.   That's correct, yes.

13  Q.   Now one of the issues you testified about with respect to

14  this lease was there was a concern with respect to zoning and

15  use of the premises, is that correct?

16  A.   Yes, always, you know, that's an issue really for any

17  business, yeah.

18  Q.   Sure.  But particularly with your type of business,

19  liquor, or distillery of spirits, you need to make sure that

20  you are -- that the location that you are leasing complies with

21  the zoning for that area, correct?

22  A.   That's correct.  On both sides, we have to have a lease

23  that states that this is the use so that we present that to the

24  state liquor licensing and then, of course, the use through the

25  city or the county depending on where it is has to be approved.

1   Q.   Because as you're aware, with respect to distilleries and

2   bars and liquor licenses and the like, with respect to zoning,

3   you can't be too close to a school, you can't be too close to a

4   religious facility.  You have to be in a place that's distanced

5   from those things according to local zoning, correct?

6   A.   Well, according to our attorney at the time, there was

7   some question as to whether or not we would be categorized as a

8   liquor establishment or a liquor service establishment.  So

9   there was some question as to whether or not those distance

10  rules applied to us, but we did see in this location that we

11  felt an exception would be granted normally because there were

12  literally in the same area a liquor establishment between us

13  and the school across the street and one proximal or close to

14  the school and church on the other side of Calle Ocho which

15  were closer than our location, so we felt like that wasn't a

16  big obstacle.

17  Q.   To be clear, there were religious facilities and schools

18  within the unpermitted zoning distances for this property but

19  you felt that you might be able to get an exemption for that,

20  correct?

21  A.   Yes, on Calle Oche those have been granted routinely.

22  Q.   And, in fact, in order to protect yourself in this red

23  line lease starting on page 4, if you turn to page 4 at the

24  bottom, the red lines are yours; is that fair to say?

25  A.   I don't know because when anyone makes a change on it, it

```
 1   appears as a red line.

 2   Q.   Well, there's a red line edit to this lease that -- can

 3   you see that starting on page 4 where it says tenant's

 4   acceptance of this lease is conditioned upon?

 5   A.   Yes.

 6   Q.   And then if we go to page 5, and if you blow up the top of

 7   page 5, scroll to the top.  Right there, further up.  Thank

 8   you.  Right there, please stop.  You see where it continues

 9   landlord's guarantee?

10   A.   Yes.

11   Q.   So can you read that section so this lease was going to be

12   conditioned upon and then can you read where it starts

13   "landlord's guarantee?"

14   A.   Yeah, landlord's guarantee that the current zoning of the

15   property allows for the permitted use and that the tenant, at

16   tenant's sole cost and expense, shall be able to obtain all

17   necessary permits and operating in the permitted use.

18   Q.   All right.  So, in other words, this lease would not even

19   take effect unless the zoning and for the use that you wished

20   to use the property for would be allowed by the city, the

21   state, the county, the governmental entities that needed to

22   approve it, correct?

23   A.   That's correct.  And during that period that we had in,

24   let's say, December of 2016 to December of 2017, we worked with

25   a law firm to work with the City of Miami to affirm that
```

1    distilleries along with breweries would be allowed in these

2    special entertainment districts which that change was made.  So

3    short of that exception for the distance, this would be allowed

4    and that was one of the other factors now that I remember that

5    helped us move forward on the lease.

6    Q.   Sure.

7    A.   This line, I don't think we would have signed anyway.

8    Q.   If we go to page 11 of the lease.  There's an additional

9    uses and restrictions where there's additional red lines were

10   placed in here.  Can you blow that up, 11.1?

11        And I'll ask that you read this to the jury, the

12   additional use restrictions.

13   A.   Sure.  The parties acknowledge that the tenant's business

14   purpose in renting the premises includes the operation of the

15   distillery and the sale and consumption of alcoholic beverage

16   and food items.  In the event that any current or future use

17   restrictions or covenants whether or not available in public

18   record inhibit the aforementioned business purposes, tenant

19   shall be permitted to terminate the agreement upon written

20   notice to landlord and shall be entitled to a return of any

21   portion of the security deposit that is not appropriately

22   withheld in accordance with the terms of this agreement.

23   Q.   So, again, in this lease, somebody, whether it was your

24   attorneys or somebody wrote in this provision which is very

25   much there to protect you as the potential tenant in order to

1  make sure that if you are unable to do that which you intend to

2  do, you have an out clause, correct?

3  A.   That's correct, yes.

4  Q.   And that's because there was -- from starting in 2016, and

5  including in November of 2017, when you were continuing to

6  negotiate this lease, uncertainty as to whether or not you can

7  even use the properties that you're seeking to lease for your

8  purpose, correct?

9  A.   Well, we overcame the primary obstacle in that period

10 which was the inclusion of the distilled spirits plant as well

11 as beer breweries in the special entertainment district so we

12 felt that cleared us to go forward with the lease.

13 Q.   So, yet, you didn't sign the lease in November or December

14 of 2017, correct?

15 A.   That's correct.  We had like an understanding in principle

16 and we moved forward to start with the city.

17 Q.   So at this time in November of 2017, is this the point in

18 time where you have testified that you had engaged in engineers

19 and architectural plans and other professionals in order to get

20 this property ready for whatever your future use might be

21 should it be permitted?

22 A.   Yes, approximately, yeah.

23 Q.   So, in other words, without knowing with certainty that

24 you have a signed lease, let alone that the city or the state

25 or the county and the liquor licenses, that you had the

1   necessary approvals to do your permitted use, you started to at

2   your own volition spend what you testified I believe to be

3   $80,000 on professionals for a use that you may not have just

4   yet on a lease that you haven't signed, is that correct?

5   A.   Yeah, we felt like we had all of the major obstacles out

6   of the way so we began to move forward.  The only obstacle that

7   we knew of were the exception or what would be the exception

8   for that use.  That is an administrative exception.

9   Q.   I see.  But it was an exception that you hadn't officially

10  received yet, correct?

11  A.   That's correct.

12  Q.   Had you sought it at that time?

13  A.   You know, we're talking about vague dates so I'm not sure.

14  But we felt since there were exceptions in that neighborhood

15  closer to the same school and actually between us and the

16  exception being the only thing that we needed to move forward,

17  that it seemed like pretty reasonable that to go forward and

18  begin the process.

19  Q.   And that exception that you were seeking, who were you

20  seeking that exception from?

21  A.   My understanding is that is signed off by Zoning and the

22  commissioner of the area has to sign off on it.  That was my

23  understanding.

24  Q.   Okay.  So, to be clear, it's got to be signed off

25  initially first before anything by the city administration, the

1   head of Zoning, correct?

2   A.   Yes, but approved I think by the commissioner and the

3   Commission at some formal capacity.

4   Q.   Right.  First Zoning approves it.  Then once that's done,

5   you can pass it through to the entire Commission for approval,

6   correct?

7   A.   In this case, my understanding is what I was told is that

8   it's an administrative exception which does not require the

9   Zoning, but it does require the sign off of the commissioner.

10  Q.   Okay.  But it starts with the administrative approval by

11  the Zoning Director, and then once that's been cleared from a

12  legal perspective, then you check with the commissioner at the

13  time, correct?

14  A.   That's correct.  And I did meet with the zoning director

15  on the subject several times.

16  Q.   You did that in the 2016 timeframe or the 2017 timeframe?

17  A.   2017 timeframe.

18  Q.   And so that would have been in and around the November,

19  2017 timeframe?

20  A.   Perhaps in between because my interaction with Bill and

21  his group was from December of 2016 and then when we picked it

22  up again at the end of 2017, I was having periodic meetings

23  and, you know, working with our attorneys about that change for

24  the city and things like that.  So it was a side line that I

25  reached out to people periodically through that year.

1   Q.   So between the 2016 and the 2017 timeframe, before
2   Commissioner Carollo is even in office, you're working on
3   trying to get the approval from the Zoning administrator at the
4   City of Miami, correct?
5   A.   That's correct, and his requirement at that time was
6   simply that we get the language added to that special
7   entertainment district to include distillery along with the
8   word brewery which we finally did.
9   Q.   Okay.  And so that was, again, so before Commissioner
10  Carollo but you never then got the final sign-off from the
11  Zoning administrator in that 2016/2017 timeframe, correct?
12  A.   Correct, because with the change, we would have that use
13  by right so it wasn't required any longer.
14  Q.   And when you say with that change, you're saying change to
15  language in an ordinance?
16  A.   Yeah.  Well, I'm not an attorney but, yeah, change in the
17  ordinance or the rules for that area that allow not only a
18  brewery but also the use of the word micro distillery.
19  Q.   So in order that language change, you were going to need
20  the approval of the full Commission, at least three fifths of
21  the Commission because that that's how an ordinance is enacted,
22  correct?
23  A.   Well, again, because I'm not a lawyer, I don't know if it
24  was an ordinance or not, but the rule change did happen.
25  Q.   Okay.

```
 1   A.    Yeah.
 2   Q.    So, now moving on to page 15 of this proposed lease, I
 3   want to look at Exhibit B which is the language on the
 4   landlord's improvement obligations.
 5         So, as you can see here, the landlord's work letter, this
 6   was work that the landlord was going to do before the tenant
 7   took the premises, is that correct?
 8   A.    Yes.
 9   Q.    And so the landlord was going to do electrical panel and
10   service minimum requirements, the rear of the casita for
11   sufficient for tenant's specified use?
12   A.    That's correct, yeah.
13   Q.    So when it says rear and casita, the landlord was going to
14   do electrical panel work in the casita?
15   A.    No.  Again, this is the red line lease.  The casita is
16   really just an art object.  It was never intended to actually
17   be occupied, but it needed lighting or something.  I'm not
18   sure.
19   Q.    Which would have required electrical and the like?
20   A.    Perhaps, yeah.
21   Q.    And then you've got bathrooms finished as-is, rear and
22   casita, so they were going to make sure there was bathrooms in
23   the rear and at the casita?
24   A.    Not in the casita.
25   Q.    And then H.V.A.C., rear and casita.  That's what it says
```

1   here in this proposed lease?

2   A.   Right, but very early version, but everybody at the table

3   understood that the casita was not going to be occupied.

4   That's just a vision thing because it required far too much

5   work and just getting to a certain percentage of work on the

6   property, the entire building had to be brought up to code, and

7   my understanding was that was not possible that was just let's

8   call an architectural feature of the property.

9   Q.   So just to go back a moment on the zoning stuff so just so

10  we're clear, it's your understanding and we all agree, that

11  commissioners do not approve zoning.  That's the administrative

12  function, correct?  That's the Zoning Director?

13  A.   Yeah, my understanding is that that's the Zoning Director.

14  The exception had to be approved by the commissioner.  That's

15  my understanding.  Again, I'm not a lawyer so.

16  Q.   And then in order to -- but you're familiar with the

17  Planning and Zoning Appeals Board?

18  A.   Yes.

19  Q.   And so part of that process is going before the Planning

20  and Zoning Appeals Board, correct?

21  A.   In this case, I was told by counsel that it was

22  administrative.  Therefore, did not need to go through that

23  process, meaning there was discretion at that level to have

24  someone at the city sign off on it.

25  Q.   Sure.  At any point in time when you're looking to do this

1   with this property, did anybody tell you that the property has

2   code violations or has open unsafe structure issues with the --

3   that you couldn't go forward and seek approvals?

4   A.   Well, I think we understood that, you know, from our

5   experience and from our counsel that in general, but we were

6   never made aware of anything that was specific to that property

7   that would have prevented us from moving forward aside from

8   obvious things that we needed to provide an as built and then

9   engineering plans and architectural plans and things to bring

10  it up to code for the use.  We understood what our was then.

11  Q.   So with respect to -- you can take down the lease.  With

12  respect to November, December, 2017 comes and goes.  And you do

13  not get into a lease with them.  You never signed the lease,

14  correct?

15  A.   That's correct.

16  Q.   Now, I think you testified and -- that somewhere in

17  December, '17, you happen to be introduced to Commissioner

18  Carollo at Bayfront Park, correct?

19  A.   Yeah, that was like mid December of 2017.

20  Q.   So mid December, do you remember whether it was a Monday

21  or was it a Sunday?  Do you remember anything more specific

22  than mid December, 2017?

23  A.   Well, I remember specifically that it was a City of Miami

24  publicity event talking about the New Year's Eve party that's

25  going to be at Bayfront and the dropping of the orange and

 1   several people gave speeches including the commissioner and the

 2   mayor.

 3       And I was there invited because we often support those

 4   kind of things with sponsorships, so we can find the date of

 5   that but that was a publicity event for New Year's Eve.

 6   Q.   So there was a lot of people at that event I would

 7   imagine?

 8   A.   Yeah, yeah.

 9   Q.   It wasn't just the three of you at this event, correct?

10   A.   That's correct, yes.

11   Q.   And was there any entertainment at that event or was it

12   just a few speeches, or there was like a high school band or

13   something?  Anything like that?

14   A.   I don't recall any entertainment.  It was more of just

15   announcement speeches -- and yeah.

16   Q.   And then afterwards, as part of the after -- so did you

17   meet the commissioner before the event or after the event?

18   A.   After the event.

19   Q.   After the event.  So this is at the point where people who

20   were in attendance come up, meet and greet, real quick, how are

21   you doing, good to see you, that type of thing?

22   A.   Yes.

23   Q.   As you described it yourself.  It was a very brief

24   encounter, correct?

25   A.   That's correct.  And it was very friendly because Monte

1   and Mr. Carollo are very close.

2   Q.   And would you say that it lasted less than a minute?

3   A.   Maybe a couple of minutes.

4   Q.   More than two minutes?

5   A.   I don't recall because there was a little back and forth

6   between Monte and Mr. Carollo.  Two or three.

7   Q.   And I think what you testified to is that you mentioned to

8   the commissioner that you were doing a distillery, and that he

9   inquired as to where.  You told him where that lease was going

10  to be, and he said -- I think your words were I hope you can

11  get out of your lease, correct?

12  A.   That's correct, yes.

13  Q.   And did he give an explanation or did you ask him what do

14  you mean?

15  A.   I asked him what do you mean, I thought he was joking.

16  And he said you picked the wrong landlord.

17  Q.   And besides that, did he say anything else?

18  A.   No, so I didn't know what he meant.

19  Q.   And did you follow up with anybody after that meeting to

20  inquire as to what he meant?

21  A.   I did.  I talked to Bill Fuller and I asked, you know, I

22  had this interaction, and he said I'm having some issues with

23  Joe Carollo and we'll take care of it.

24  Q.   I see.  Did he get into details on any of that?

25  A.   No.

1   Q.   And so you thought nothing of it at that point, correct?

2   A.   I thought it was odd but other than that, I had no idea

3   what it was about.

4   Q.   But yet, you didn't sign the lease, correct?

5   A.   That's correct.  We had an understanding in principle and

6   as soon as we had all of our permits and, you know, the actual

7   permission to go forward, we were going to sign the lease.

8   Q.   But you never got the lease signed.  Is that because you

9   just never got the permission?

10  A.   That's correct, yeah.

11  Q.   And that permission -- now when did you next seek that

12  permission?

13  A.   Well, there's a series of steps that we took where we

14  created the architectural drawings and things like that and

15  submitted them to the city, and I don't recall the timeframes.

16  We have a lot of different things going on.

17  Q.   Now, ultimately, off and on, you were involved in this

18  project, so you didn't sign the lease in 2017, correct?

19  A.   That's correct.

20  Q.   Didn't sign it in 2018?

21  A.   That's correct.

22  Q.   Didn't sign it in 2019, and then all the way through to

23  today, you have never signed this lease, correct?

24  A.   That's correct.

25  Q.   Now, in -- do you recall in 2021, getting a letter from

```
 1   the Zoning Administrator, Dan Goldberg in regards to this
 2   property?
 3   A.   I don't, but if you can refresh my memory.
 4           MR. PERTNOY:  May I approach, Your Honor?
 5           THE COURT:  Sure.
 6   BY MR. PERTNOY:
 7   Q.   So I've handed you a letter that is dated May 12, 2021 to
 8   yourself, Matt Malone of Distiliaria Conectica.  It's from
 9   Daniel Goldberg, Esquire.  Does this refresh your recollection
10   that you received a letter?
11   A.   Yeah, I remember this.
12           MR. PERTNOY:  I'd like to enter this letter into
13   evidence.  Is there any objection to that?
14           MS. CAPRIO:  No objection.
15           THE COURT:  It's admitted.  Can you mark it as to
16   what number?
17           MR. PERTNOY:  I'll have to get a number for it
18   because it was something we weren't --
19           THE COURT:  You can mark it and admit it.
20           MR. PERTNOY:  That's fine.  Can we publish this
21   letter to the jury, please?
22           THE COURT:  Sure.
23   BY MR. PERTNOY:
24   Q.   I'll ask that you read the letter to the jury while we're
25   trying to get it up on the screen, but this is a letter from
```

1    the City of Miami Zoning Director, Daniel Goldberg, and this is

2    re alcohol reservation letter, manufacturers of spirits, craft

3    distillery alcohol license located at 1380 SW 8th Street, Suite

4    3 within the 8th Street Specialty District.

5           Can you read the letter that you received from

6    Mr. Goldberg, please?

7    A.   Yes.   Dear Mr. Malone:   The Office of Zoning has received

8    your request for an alcohol reservation letter, reservation

9    dated December 11, 2020 for the property located at 1380 SW 8th

10   Street, Suite 3, Miami, Florida, 33135 for AD/CD which is a

11   craft distillery license manufacturer of spirits craft

12   distillery alcohol license within the 8th Street Specialty

13   District.

14          After careful review of the liquor survey by the Office of

15   Zoning, your proposed location does not meet the distance

16   separation requirements in Section 45 of the Miami Code of

17   Ordinances due to it being located within 500 feet from a

18   school at approximately 405 feet and then 300 feet of a

19   religious facility at approximately 395.   Please be advised

20   that a reservation for your proposed alcohol beverage service

21   establishment cannot be issued at this time and your request is

22   denied.

23   Q.   I think you misread that as 295, not 395, is that correct,

24   sir?

25   A.   It is, yeah, 295.   Did I say 395?

```
1    Q.    You did.

2    A.    You're testing my public reading skills.

3    Q.    No problem.  Just wanted to make sure our record is clear.

4    So this is the letter -- a letter from the City of Miami

5    administration advising you that the use that you wished to

6    have for this property is not available in -- please take this

7    down.  Is not available in May of 2021, is that correct?

8    A.    That's correct, and we expected this.

9    Q.    Now, prior to May of 2021 because you started all the way

10   back in 2017, so you have all this time where you're not having

11   the permitted use that you wanted for this property, correct?

12   A.    That's correct.

13   Q.    And then in 2021, the City of Miami's administration

14   through the Zoning Director made it very clear specifically

15   that this property would not meet your use because it is too

16   close to a school and too close to a religious facility,

17   correct?

18   A.    That's correct.  We expected this letter.  And this is

19   what triggers the request for the exception and, again, we felt

20   that we had a very good chance to get that exception because

21   between this location -- directly between this location and the

22   school is an alcoholic service, and then on the other side of

23   the street, there's one with similar distance or even closer

24   that also received an exception so we felt like we were in a

25   good standing.
```

1   Q.   So if I understand you correctly, the request for

2   exception comes after this letter in 2021, corrected?

3   A.   That's correct.

4   Q.   So from 2017 all the way to 2021, there hasn't been the

5   request for exception.  It's after this letter in 2021?

6   A.   That's correct.  That's the process, and this is COVID so

7   there was a lot of halting and nothing going on.

8   Q.   Now, with respect to the property that you were seeking to

9   rent where a part of it, the permitted use would be -- would be

10  you having this distillery and this tasting room and the like,

11  was the property at 827 SW 14th Avenue, correct?  That's the

12  little casita.

13  A.   The little casita, what about it?

14  Q.   Part of the property, the premises, the lease would be

15  that -- the lot of where the casita is, the lawn area, all that

16  stuff, that would be all part of your use for your distillery,

17  correct?

18  A.   No.  That has a separate zoning and so we wouldn't be able

19  to use it for that.  There's only the outside space around the

20  distillery and that casita would be just a visual behind the

21  distillery.

22  Q.   So part of the --

23          THE COURT:  Wait, we're going to pause for a break.

24  The juror needs to break.  We'll be in recess for 15 minutes.

25  Again, do not discuss this case with anyone.  Do not have any

```
 1    conversation about it.  We'll see you back here at
 2    approximately 3:20, 3:25.
 3              THE COURT SECURITY OFFICER:  All rise.
 4              THE COURT:  Also, while on break, you can let my
 5    clerk know which number that exhibit has been introduced into
 6    evidence.  Thank you.
 7              (Thereupon, the jury exited the courtroom and a
 8                      short recess was had.)
 9              THE COURT:  Bring the jurors, please.
10              THE COURT SECURITY OFFICER:  Yes, sir.
11              THE COURT:  For the record, what exhibit has it been
12    marked, the number?
13              MS. DAWSON:  643.
14              THE COURT:  643 will be introduced as a defense
15    exhibit.
16              (Defendant's Exhibit 643 Received.)
17              MS. CAPRIO:  Just one housekeeping matter.  If we
18    could redact Mr. Malone's address from the record.
19              THE COURT:  Sure.
20              (Thereupon, the jury entered the courtroom.)
21              THE COURT:  All right.  The members of the jury are
22    all present and accounted for.  You can be seated, everyone.
23    Where is our witness, Mr. Malone?  You may be seated, sir.
24              THE WITNESS:  Thank you, Your Honor.
25
```

1          MR. PERTNOY:  May I continue, Your Honor?

2          THE COURT:  Yes, sir, please.

3          MR. PERTNOY:  Thank you.

4    **BY MR. PERTNOY:**

5    Q.   So, Mr. Malone, with respect to the 1380 and the 827

6    properties, the Calle Ocho properties as we'll call them just

7    to make it easier for you and that were going to be part of

8    your proposed lease that you didn't sign, have you ever

9    actually gone out to the properties and inspected the

10   properties and see what the properties looked like?

11   A.   Yes.

12   Q.   Okay.  And did you do any due diligence to see what the

13   status of the properties were for zoning, whether there was any

14   open violations, anything like that with respect to the

15   properties?

16   A.   Well, we hired an attorney to do that.

17   Q.   And do you recall being advised by your attorney that

18   there were issues with these properties?

19   A.   No.

20          MR. PERTNOY:  Okay.  Can we put up DX 16, please?

21   Before you publish it to the jury, let counsel see it, see if

22   there's any objection.  Before we publish, I was just going to

23   let counsel make sure.

24          THE COURT:  Okay.

25          MS. CAPRIO:  No objection.

1              THE COURT:  All right.  It will be admitted.

2                   (Defendant's Exhibit 16 Received.)

3              MR. PERTNOY:  Thank you.  Can we publish it to the

4    jury, Your Honor?

5              THE COURT:  Sure.  This is --

6              MR. PERTNOY:  This is DX 16.

7              THE COURT:  It will be admitted into evidence.  Thank

8    you.

9              MR. PERTNOY:  Thank you.

10   **BY MR. PERTNOY:**

11   Q.   So I'm showing you DX 16.  As you can see here, this is a

12   notice of violation from the City of Miami, and you can see it

13   is to Calle Ocho Marketplace, LLC, and it's dated May 22, 2017.

14   And it's discussing work performed without a finalized permit.

15        Were you aware that this was out there with respect to the

16   property you were trying to lease?

17   A.   No.

18   Q.   And you would understand that you would not be able to

19   change zoning or get exceptions or anything like that if there

20   were notices of violation that were still out there and

21   pending, correct?

22   A.   That's my understanding, yes.

23   Q.   Understood.  And you can see that this is from May 22,

24   2017 and that's before Commissioner Carollo even took office,

25   correct?

1   A.   That's correct, yes.

2         MR. PERTNOY:  Let's now turn to DX 37 and before we

3   publish to the jury, let's make sure that defense counsel can

4   see it.

5         MS. CAPRIO:  No objection.

6         MR. PERTNOY:  May I publish, Your Honor?

7         THE COURT:  Yes, sir.

8         MR. PERTNOY:  And this is admitted as DX 37.

9         THE COURT:  All right.

10        (Defendant's Exhibit 37 Received.)

11  **BY MR. PERTNOY:**

12  Q.   So publish, please.  So, now, I'm showing you a repair or

13  demolish notice from March 30, 2018 also for Calle Ocho

14  Marketplace.  This time for the 827 SW 14th Avenue portion of

15  the property.  That's the casita, correct?

16  A.   Correct.

17  Q.   And again, were you aware that on March 30, 2018, that it

18  was declared an unsafe structure that needed to be demolished?

19  Were you aware of that?

20  A.   No, not that I recall.

21  Q.   You said you went out there and you viewed the property

22  and you would have been there in 2017 to see the property,

23  correct?

24  A.   Yes.

25  Q.   And did you go out there at other points in time over the

1    course of negotiating this lease, correct?

2    A.    Yes, occasionally.

3    Q.    So you have familiarity with the property and would

4    recognize the structures and the like, correct?

5    A.    Yes.

6    Q.    Okay.  So let's turn to -- I'm going to show you some

7    photos -- or strike that.

8          I'm going to take you to the next thing that happened

9    which is can you take -- go to page 42 of the PDF?  So this is

10   April 23, 2018 after the notice of first notice for repair or

11   demolish.  There was a notice of hearing for Calle Ocho

12   Marketplace with respect to that the casita, correct?

13   Do you see that?

14   A.    I see that.

15   Q.    Were you aware of that?

16   A.    No.

17   Q.    Let's continue on to page 49.  Now, this is on May 25,

18   2018.  After the notice of hearing, this is the Order of Unsafe

19   Structures Panel in which the order was to demolish the

20   structure within 30 days.  Were you aware of that?

21   A.    No.

22   Q.    Mr. Fuller never made you aware of these things as

23   you were negotiating this lease?

24   A.    No, but I don't know that it would be relevant because we

25   were not planning to use that.  It was just a feature so maybe.

 1    I don't recall.

 2    Q.    Well, a moment ago, you had testified that you wanted to

 3    have -- it was going to being lit up and it was going to have

 4    electricity as a feature and that you were going to be using

 5    part of that area in front of the building as seating, correct?

 6            MS. CAPRIO:  Objection.  Mischaracterizes his

 7    testimony, Your Honor.

 8            THE COURT:  Overruled.  He can answer.

 9            THE WITNESS:  So, I don't know if I got my point

10    across.  The casita is of no interest or was of no interest to

11    us.  It was just an architectural feature that we perceived in

12    the back.  I didn't pay any attention to it.

13    BY MR. PERTNOY:

14    Q.    Let's see if these pictures align with what you recall

15    seeing.  So if we can go to -- let's start at 67, please.  This

16    was a final notice to vacate the unsafe structure for

17    demolition in September of 2018.  Were you aware of that?

18    A.    No.

19    Q.    And now let's flip through these photos.  Can you just

20    turn to the photos to see if this reflects your recollection of

21    the -- go back, stop.  Next photo, please.  Is this the casita

22    that we're talking about?

23    A.    Yes.

24    Q.    And you can see at the top where the boarded windows are,

25    you can see electricity coming through the boarded windows.

1   Do you see that, sir?

2   A.   I do.

3   Q.   Does that reflect what you recall it being at the time?

4   A.   I don't recall that but I recall the casita.

5   Q.   Is this part of the landlord's work that was going to be

6   part of the negotiated lease with respect to the electric for

7   the casita?

8   A.   Clearly not.

9   Q.   Okay.  Turn to the next picture, please.  Did you ever go

10  inside the casita?

11  A.   No.

12  Q.   Keep going.  Again, you can see the -- again, you can see

13  the electronic coming off of the FP & L wire here.  Do you see

14  that, sir?

15  A.   I do.

16  Q.   Do you recall seeing that when you visited the property?

17  A.   I do not.

18  Q.   Turn to the next one, please.  Keep going.  Keep going.

19  Let's now go to PDF 78, please.  Do you recall going -- just

20  hold right there for a second.

21       Do you recall going out to the property at any point in

22  time after 2000 -- in the 2020 timeframe after the pandemic?

23  Did you ever go back out to the property?

24  A.   I did occasionally.

25  Q.   Okay.  So let's start with -- do you recall that at that

1    point, the property, that casita was painted pink?  Do you

2    recall seeing it painted pink?

3    A.   No, and, again, really didn't pay much attention to the

4    casita so maybe it was.

5    Q.   Can we turn to PDF 78, please?  So, now you can see the

6    casita in 2022 was painted pink.  Do you see that?

7    A.   I see that, yes.

8    Q.   And this front area, this driveway area that we're looking

9    at here, was this where you were going to have some of the

10   seating?

11   A.   This is where I had a meeting with the zoning director and

12   he said that they might grandfather that in for parking and

13   what we had contemplated is if you see there's a small gain on

14   the left side of this picture along the building here to the

15   left, along the actual structure that we were going to use,

16   have outdoor seating.

17   Q.   And can we go to PDF 100, please?  So, I want to -- you

18   can see here now in 2022, that new windows were placed on this

19   structure.  Was this part of the landlord's work that you were

20   going to have done pursuant to the lease?

21   A.   No.

22   Q.   Can you -- do you know if this work was done without

23   permits?

24   A.   I don't know.

25   Q.   Move on to the next picture, please.  Again, here's the

```
 1   electric running along the grass and the side and above.  Is
 2   this the landlord's work that they were going to do for your
 3   electricity with respect to this casita?
 4   A.   No.
 5   Q.   Next picture, please.  Here's the interior.  Do you recall
 6   going into the interior in the 2022 timeframe at all?
 7   A.   I did not.
 8   Q.   Can you go to 138, please.  Is it published?  138?  There
 9   we go.  So do you recognize this as being the roof over this
10   structure?
11   A.   I don't because I didn't go in, but it very well could be.
12   Q.   And then turn to the next picture, please.  Can you see
13   the lighting that's been installed here?  Is this the lighting
14   that was going to be part of the landlord's work?
15             MS. CAPRIO:  Objection, Your Honor.  He just
16   testified he's never been inside the house.  This is
17   cumulative.
18             THE COURT:  Sustained.
19   BY MR. PERTNOY:
20   Q.   Can you go to 146, please?  Are you aware that this casita
21   was eventually knocked down by the City of Miami as being an
22   unsafe structure?
23   A.   I was told that that happened, yes.
24   Q.   And before it was knocked down, the city gave notice in a
25   letter I'd like to -- can you expand that a little bit and
```

1    bring that up so that we can see that letter?

2        So this is for the property that you were going to lease.

3    A little smaller than that.  And a little smaller, please.

4    That's good right there.

5        Hopefully that's -- this is dated May 12, 2022.  And you

6    can see in the letter, it reads:  In July of 2018, you were

7    informed that the property structure was to be demolished for

8    failure to comply with the Unsafe Structure Panel Order.  It's

9    your understanding that this was an unsafe structure, sir?

10           MS. CAPRIO:  Objection, Your Honor.  He didn't ask

11   whether this witness had ever seen this document before.  It's

12   addressed to Calle Ocho Marketplace.  It was not Mr. Malone.

13   There's a lack of foundation.

14           THE COURT:  Overruled.  He can answer if he knows.

15           THE WITNESS:  No, I'm not aware of it.  But again, I

16   wasn't paying any attention to that.  We had plans and drawings

17   and things to what we were going to do for the other space and

18   that's the only thing that really I focused on.

19           MS. CAPRIO:  Your Honor, can I request a sidebar,

20   please?

21                         (At the bench.)

22           MS. CAPRIO:  Your Honor, I'm going to ask that they

23   have 30 minutes for cross.  I had 35 minutes for direct.  A lot

24   of the cross is duplicative.

25           THE COURT:  Which area are we going to be going into

1 now?

2          MR. PERTNOY:  I have maybe two more items to go

3 through with him.  Probably another ten to 15.

4          THE COURT:  Okay.  That's it.

5          MR. PERTNOY:  Appreciate it.  Thank you.

6                    (In open court.)

7 **BY MR. PERTNOY:**

8 Q.   When you went out to the property in 2021/22, were you

9 aware that Mr. -- that the plaintiffs' Calle Ocho Marketplace,

10 anybody rented this, the casita to anybody at that time?  Were

11 you aware of that?

12 A.   No.

13 Q.   And you can see in this letter in the last sentence it

14 says that the placing of persons inside this unsafe structure

15 is a direct violation of the city code and an Unsafe Structure

16 Panel Order and evinces a disregard for human life and the rule

17 of law.  Do you disagree with that statement?

18 A.   No, I don't disagree with that statement.

19 Q.   You can take this down.  Now, with respect to that parking

20 lot that we just -- you just talked about that, the parking in

21 front casita was you were going to use that.

22          Do you know whether there was permits or that whether that

23 was allowed for that property?

24 A.   I had a meeting with the zoning director specifically

25 about that subject, and there was a change in zoning directors

1  during this process but I don't recall his name at the first

2  person that I met with on a couple of occasions said that he

3  was going to grandfather that parking in for commercial use and

4  so that parking lot seemed to be like available to us but it

5  wasn't definitive.

6  Q.   But it wasn't definitive.  And, in fact, it never

7  happened.  It was never approved by the city, and, in fact, it

8  couldn't happen because that zoning of that property is

9  residential.  Isn't that correct, sir?

10  A.   I don't know.  I mean, my understanding was that there

11  was -- it's a totally different zoning, and that that parking

12  would be grandfathered from the first director that I spoke

13  with.

14  Q.   That was Mr. Zahas?

15  A.   What's his first I name?

16  Q.   Devon Zahas?

17  A.   Yes.

18  Q.   That never came to be because as you are aware that where

19  the casita is, that part of the property is residential and

20  zoned residential, correct?

21  A.   I'm aware of that as you're stating it, yeah.

22  Q.   Now, you had talked a little bit in your previous

23  testimony about Village Montessori Day School?

24  A.   Yes.

25  Q.   That's your Montessori school.  You're on the Board of

1   Directors?  You're an owner of that?

2   A.   Yes.

3   Q.   And that one of your Montessori schools for that is in

4   District 3?

5   A.   Two of them are.

6   Q.   Two of them.  And isn't it true that you were seeking,

7   that those Montesorri schools, yourself, your wife, whoever is

8   in charge of all that is seeking a special exception to

9   encroach on a residential neighborhood for one of the schools?

10          MS. CAPRIO:  Objection.  Relevance.

11          THE WITNESS:  We did, yeah.

12          THE COURT:  Overruled.  He may answer.

13          THE WITNESS:  We did at one time, yes.

14  **BY MR. PERTNOY:**

15  Q.   And, in fact, you went in front of the Planning Zoning

16  Appeals Board some time in 2020, 2021 seeking to get that

17  exception, isn't that correct?

18  A.   That's correct, yeah.

19  Q.   And, in fact, the PZAB said no to that exception, correct?

20  A.   That's correct.

21  Q.   And that's because many residents came out and opposed

22  that -- opposed that, isn't that correct?

23  A.   I don't know the reason for the vote, but it was voted a

24  no.  Probably a majority.

25  Q.   But effectively, it was turned down by the PZAB because

1   you were seeking to encroach on a residential neighborhood so

2   that you can increase the amount of students that could go to

3   the school which, in turn, was going to increase the traffic

4   and the cars in the residential neighborhood, correct?

5   A.   No.  We were seeking parking for the building on that area

6   and it may or may not have related to the number of students

7   but the building does not have parking so that we were seeking

8   that change to provide a parking lot for the school.

9   Q.   Right, which would have been encroaching into the

10  residential neighborhood which in turn was going to increase

11  traffic in a residential neighborhood, correct?

12  A.   The traffic study wasn't clear in that regard.

13  Q.   Okay.  And with respect to that no vote of the Planning

14  and Zoning Appeals Board, your option then would be to appeal

15  to the whole Commission, correct?

16  A.   I believe so, yes.

17  Q.   And to date, you have not done that, have you?

18  A.   Not that I'm aware of, no.

19  Q.   No.  And --

20  A.   I mean, no, no.

21  Q.   Now, is there a reason you've held off on doing that?

22  A.   Well, we are content with the use that we're -- the

23  building has now, and we have not decided to move forward on

24  anything at this time.

25  Q.   So, next week, you're not going to be going to the

1    Commission and claiming that you want the Commission to

2    override this and trying to disqualify Commissioner Carollo or

3    claim that he's now quashing your First Amendment rights simply

4    because you testified against him here today?  Is that

5    something you intend to do?

6              MS. CAPRIO:  Objection, Your Honor.

7              THE COURT:  Sustained.

8              MR. PERTNOY:  Let me check my notes, Your Honor, see

9    if I have any follow ups.

10             THE COURT:  Sure.

11             MR. PERTNOY:  One more issue on the Montessori

12   school.

13   **BY MR. PERTNOY:**

14   Q.   When you were trying to get the Planning and Zoning

15   Appeals Board issue and the like, did your wife, in fact, try

16   to lobby Commissioner Carollo's daughter in order to try to get

17   some approval of that, gain favor?

18   A.   I think that's absurd and I don't recall anything like

19   that.

20   Q.   And finally, with respect to the text message we looked at

21   where you were texting Mr. Fuller in November of 2019, it seems

22   to me that you talked about talking to Mr. Fuller in 2017, but

23   it seems here in your message in 2022 that you are talking to

24   Mr. Fuller for the first time about when you met with

25   Commissioner Carollo.  Isn't it a fact that you basically sat

1   on this until 2022, is that correct?

2   A.   No, that's not true.  We had an exchange contemporaneously

3   the same day that I had that conversation with Joe Carollo

4   because I didn't understand what it meant, and he said that he

5   had -- you know, he was dealing with the commissioner on some

6   issues and that was it.

7   Q.   And you didn't inquire into it any further than that,

8   correct?

9   A.   No.

10  Q.   And to this day, that lease has never been signed and

11  you've moved on to other locations for your business, correct?

12  A.   That's correct.

13          MR. PERTNOY:  No further questions.

14          THE COURT:  All right.  Thank you.  Any redirect?

15          MS. CAPRIO:  Yes, Your Honor.  Thank you.

16                  -  -  -  -  -

17  **REDIRECT EXAMINATION OF JAMES M. MALONE**

18  **BY MS. CAPRIO:**

19  Q.   Good afternoon again, Mr. Malone.  I'll be brief.  We

20  talked a lot about the casita.  Could you please describe what

21  the casita was, or what you envisioned the casita to be for the

22  jury when you were trying to implement your rum distillery and

23  tasting room project with Mr. Pinilla and Mr. Fuller?

24  A.   Well, as I mentioned before, we looked at it as an

25  architectural feature.  It's an old house.  My understanding

1  was over a hundred years old, one of the first homes built in

2  that area so it's kind of a shame that it was torn down.

3       But it was clearly in a state that wasn't, you know,

4  something we could habitate or even, you know, refurbish

5  because it was way too far gone but it would have been a very

6  interesting visual to have and that we had talked about the

7  developing the history and having may be a plaque so people

8  could look at the house and with some real data on it and have

9  a historical perspective about Miami and that area.

10 Q.   And what happened to the house, the casita?

11 A.   My understanding is it was torn down.

12 Q.   And we looked at some notices of violations in connection

13 with the property where your rum distillery and tasting room

14 was going to be housed.  Do you recall looking at those with

15 Mr. Pertnoy?

16 A.   I do.

17 Q.   And, sir, you testified you have a lawyer that handles

18 zoning and planning, is that right?

19 A.   Yes.

20 Q.   And would your lawyer have been in charge of handling

21 those types of issues that would come across the property and

22 the rum distillery that you wanted to have at my client's

23 property?

24 A.   Yes.  And moreover, we would expect that that would be

25 handled by the property owner and then we wouldn't get

1    involved.

2    Q.    Was that ever a concern to you?

3    A.    No, because we wouldn't be able to move forward unless we

4    had the opportunity to make those changes so I assume that he

5    would take care of that.

6    Q.    Okay.  And you spoke a bit about your Montessori school.

7    Was there ever any incident in a parking lot in connection with

8    your Montessori school while it was trying to seek a zoning

9    approval in front of the Commission?

10   A.    An incident in a parking lot?

11   Q.    Yes.

12   A.    Can you elaborate?

13   Q.    No.  I was just wondering if you could, if there was

14   anything that happened there.

15   A.    Well, we've had a lot of things happen there.

16   Q.    Okay.

17   A.    And as we've had a Montesorri school one block away from

18   this one for 14 years and have had zero violations or problems.

19   When we purchased this building one block away, there seems to

20   be a neighborhood effort to make sure that we don't get

21   anything done that we want to get done but we tried to do

22   everything within the law and with permits and properly so I'm

23   not sure what you're referring to but --

24   Q.    Thank you.  That's the response to my question.  And you

25   talked about the neighborhood effort not to allow your

```
 1    Montesorri school to get the necessary approvals.  What did you
 2    mean by that?
 3    A.   Well, I don't want to propose there's a great conspiracy
 4    theory.  There is a few neighbors who have either written or
 5    called complaints in the beginning virtually every day while we
 6    were doing the renovations on the building.
 7         Even though we have permits and architects and general
 8    contractors doing the actual work, there were complaints that
 9    were filed on almost a daily basis, so it was very clear to us
10    that some of the neighbors just didn't want us to proceed in a
11    peaceful kind of orderly way and I only suppose that that is
12    because they didn't want us to have that parking lot change and
13    so they were making sure that we had our hands full of their
14    complaints.
15    Q.   Okay.  And we talked a lot about timing on
16    cross-examination.  And the first time you met Mr. Carollo was
17    in the middle of December, 2017, is that right?
18    A.   Yes.  That's my recollection.  Maybe towards the end of
19    December.
20    Q.   And if we could please call up -- I think it's Plaintiffs'
21    Exhibit 296 -- 255.
22              MR. PERTNOY:  Can you wait to show it to me before --
23              MS. CAPRIO:  265.  I apologize.
24              MR. PERTNOY:  That's fine.
25
```

1    **BY MS. CAPRIO:**

2    Q.   Then what was the date that you wrote this, Mr. Malone?

3    A.   Looks like November 19th of '21 -- I'm sorry, '22.

4    Q.   Okay.  And what is the number of years between 2017 and

5    2022?

6              MR. PERTNOY:  Objection.

7    Q.   Five years?

8    A.   Something like that, yeah.

9    Q.   And you were referencing what Mr. Carollo had said.  I

10   support you any place but not in Bill Fuller's building, and

11   this text message is five years after you first met him and he

12   admitted that to you, correct?

13             MR. PERTNOY:  Objection.  Leading.

14             THE COURT:  Overruled.

15             THE WITNESS:  That's correct, yeah.

16   **BY MS. CAPRIO:**

17   Q.   And you said that in the first line:  Good morning, Bill.

18   If I may assist in any way, I'd like to help, is that correct?

19   A.   That's correct.

20   Q.   What did you mean by that, sir?

21   A.   No, I understood that he was having issues and this case

22   was underway and I offered to help.

23   Q.   And you're here to testify today pursuant to subpoena,

24   correct?

25   A.   Yeah, that's why I'm here.  I had a subpoena.

1          MS. CAPRIO:  Thank you very much for attending the

2    trial and testifying here today.  Your Honor, I have no further

3    questions.

4          THE COURT:  All right.  Thank you.  You are excused,

5    sir.  Have a good day.

6          THE WITNESS:  Thank you.

7          MR. PERTNOY:  Your Honor, I would renew my objections

8    to this witness as previously discussed.

9          THE COURT:  All right.  Thank you.  The objection is

10   noted for the record.

11          Plaintiff, call your next witness, please.

12          MS. SUAREZ:  Plaintiffs call Mr. Alain Garcia.  Your

13   Honor, can we briefly address one matter to Mr. Garcia's

14   testimony?

15          THE COURT:  Sure.

16                    (At the bench.)

17          MS. SUAREZ:  Judge, there's just one exhibit that's a

18   video that I understand they object to.  I just thought it

19   would be cleaner than trying to play it for the witness while

20   they lay their objections.

21          It's a video of Mr. Garcia speaking to Mr. Carollo.

22   In his deposition, Mr. Carollo discussed that video.  Audio was

23   taken and Mr. Garcia was obviously there.  I intend to

24   introduce it, but I understand they have objections.

25          THE COURT:  It's a video of what?

 1          MS. SUAREZ:  Mr. Garcia speaking to Mr. Carollo.

 2          THE COURT:  Where?

 3          MR. PERTNOY:  Technically, it's a video face down so

 4     it's audio only.  In the translation, in Spanish is Man 1, Man

 5     2 so there's an authentication issue and I have no problem

 6     having him authenticate that that's his voice on the recording.

 7          But until I know that, I never had an opportunity to

 8     depose this person so I would think we'd have that opportunity

 9     and the other issue is he's going to testify that there's this

10     conversation goes beyond the scope of that recording, and we

11     don't I think the best evidence would be solely what's on that

12     recording and the translation because then we're into hearsay

13     and it's not -- the best evidence would be the recording.

14          And I just wanted make sure that A, you can

15     authenticate it and B, be limited to what's on the recording.

16     Not claim additional things were said when there was a

17     recording.

18          THE COURT:  You can ask the questions, see whether or

19     not he recognizes that's his voice, that's the voice.  You have

20     an interpretation of that?

21          MS. SUAREZ:  We have a certified translation

22     so on about being limited to the video, Mr. Garcia was present.

23     There are admissions by Mr. Carollo played to Mr. Garcia.  We

24     shouldn't be limited to the video when Mr. Garcia was live

25     present speaking to Mr. Carollo at that time.

```
 1              THE COURT:  You can ask additional questions beyond

 2   that.  Okay?

 3              MR. PERTNOY:  Your Honor, it's just a matter they're

 4   now getting the best both worlds of here.  There's an audio

 5   they're going to claim in addition all these other things were

 6   said and if it wasn't on the audio, I think that's the best

 7   evidence here.

 8              THE COURT:  You can cross-examine him on that, sir.

 9              MR. PERTNOY:  I'm raising my objection, Your Honor.

10              THE COURT:  That's noted.

11              MR. PERTNOY:  Thank you, Your Honor.

12                         (In open court.)

13              THE COURTROOM DEPUTY:  Raise right hand, please.

14              THE COURT:  Swear in the interpreter too.

15                         (Interpreter sworn.)

16              THE INTERPRETER:  I do.

17              THE COURTROOM DEPUTY:  Please state your name for the

18   record and spell it, please.

19              THE INTERPRETER:  Niorella Warger.  N-I-O-R-E-L-L-A.

20   Last name is W-A-R-G-E-R.

21              THE COURTROOM DEPUTY:  Can you raise your hand,

22   please?

23                         (Witness sworn.)

24              THE WITNESS:  Yes.

25              THE COURTROOM DEPUTY:  Can you state your full name
```

```
 1   and spell it for the record, please?
 2            THE WITNESS:  My name is Alain Garcia Martinez.
 3   A-L-A-I-N, Garcia, G-A-R-C-I-A, Martinez, M-A-R-T-I-N-E-Z.
 4            THE COURTROOM DEPUTY:  You can have a seat, sir.
 5                        -  -  -  -  -
 6            DIRECT EXAMINATION OF ALAIN GARCIA
 7   BY MS. SUAREZ:
 8   Q.   Good afternoon, Mr. Garcia.
 9   A.   How are you doing today?
10   Q.   Good afternoon.  How are you doing today?
11   A.   Well, I'm a little bit nervous and I'm a little bit scared
12   about what may happen after this court date but anyway, I am
13   here to tell the truth about everything that has happened in
14   the past years.
15   Q.   Where do you work?
16   A.   I work at a company GMA as in apple Parking.  Valet
17   parking.
18   Q.   Do you own that company?
19   A.   Yes.
20   Q.   And how did you come to own that property?  That business,
21   I'm sorry?
22   A.   Well, I used to work -- when I arrived in this country, I
23   started working at the airport in Fort Lauderdale.  When the
24   company S.H. Valet was created on 8th street on Calle Ocho, we
25   did a partnership with the owner and myself.  And we started
```

1    working on 8th Street.  Restaurant Catharsis, 1642 SW 8th

2    Street, and in Casa Ponza on 1620 -- if I remember correctly,

3    SW 8th Street.

4    Q.   And did that company also provide services for the Ball &

5    Chain?

6    A.   Yes.  When the project Ball & Chain started, the owner of

7    Ball & Chain contacted me to start a valet operation for the

8    property.  And when the operation in Ball & Chain started, I

9    started the operation, the valet operation.  I am also the

10   founder of that project.

11   Q.   And did you park cars for different businesses solely in

12   Little Havana?

13   A.   Yes.

14   Q.   And in what year did you start GMA Valet Parking?

15   A.   2018.  November, 2018.

16   Q.   And how long have you been involved in parking cars in

17   Miami?

18   A.   I've been in the United States 16 years, and I've only

19   done valet parking in that period of time.

20   Q.   And is the owner of Ball & Chain Mr. Bill Fuller?

21   A.   Yes.

22   Q.   And how has your working relationship been with

23   Mr. Fuller?

24   A.   It's an excellent relationship.  It's a friendly

25   relationship, and it's like a family relationship because we

```
 1   are like two in one.  We started together a project on 8th

 2   Street that has been very successful.

 3   Q.   Do you also know Mr. Pinilla?

 4   A.   Yes.

 5   Q.   And how has your relationship been with him?

 6   A.   Same.  The same.  It's always been with a lot of

 7   familiarity.  We are not business partners.  We're a family.

 8   Q.   And when did Ball & Chain open?

 9   A.   To the best of my recollection, it was 2014.  September,

10   2014 we started the operation.

11   Q.   And you've been valeting cars for Ball & Chain since 2014?

12   A.   Yes, always up to this day.

13   Q.   And in all of your time parking cars for Ball & Chain, how

14   many times before 2018 did Commissioner Joe Carollo inspect the

15   parking areas at night?

16            MR. PERTNOY:  Objection.  Lack of foundation.  Calls

17   for speculation.

18            THE COURT:  Overruled.  If he knows.

19            THE WITNESS:  Never.  Never.  Since 2014, until this

20   date of the incident, we were never inspected.  We were never

21   verified, never.

22   BY MS. SUAREZ:

23   Q.   Did Code Enforcement ever go out before 2018?

24            MR. PERTNOY:  Objection, Your Honor.  Lack of

25   foundation.  Lacks specific what location.
```

1        THE COURT:  Rephrase the question.  The objection is

2   sustained.

3   **BY MS. SUAREZ:**

4   Q.   Did code inspectors go out to any of your valet lots prior

5   to the year 2018?

6        MR. PERTNOY:  Same objection, Your Honor.  Compound.

7        THE COURT:  Sustained.  You can ask a specific

8   question.

9   **BY MS. SUAREZ:**

10  Q.   Did any code inspectors go out to the valet lots you used

11  to park cars for Ball & Chain prior to 2018?

12        MR. PERTNOY:  Again, lack of foundation.  Same

13  objection.

14        THE COURT:  Overruled.  You may answer.

15        THE WITNESS:  Never.

16  **BY MS. SUAREZ:**

17  Q.   Now, at some point in 2018, did you see Commissioner

18  Carollo in the valet lot that you used for Ball & Chain?

19        MR. PERTNOY:  Objection.  Lacks foundation and hasn't

20  been established which lot we're referring to yet.

21        THE COURT:  All right.  Objection is sustained.

22  Rephrase the question.

23  **BY MS. SUAREZ:**

24  Q.   Which lot do you use to park vehicles for Ball & Chain?

25        MR. PERTNOY:  Objection.  Timeframe.

1          THE COURT:  All right.  Rephrase the question.

2     **BY MS. SUAREZ:**

3     Q.   In 2018 -- in February of 2018, which lot did you use to

4     park cars for Ball & Chain?

5     A.   The same ones as 2014.  They've always been the same.

6     Q.   What are the addresses to those lots?

7     A.   We have a lot on 15th Street between 8th and 7th.  We used

8     to have one on 7th Street behind Ball & Chain, and we had a lot

9     on 16th and 14th.

10    Q.   On February 18, of 2018, did you see Commissioner Carollo

11    on one of those three lots?

12          MR. PERTNOY:  Objection.

13          THE COURT:  Overruled.

14          THE WITNESS:  Okay.  Well, it was Friday night, and

15    we were at the Ball & Chain operation approximately at 1:00

16    a.m. if I remember correctly.  An employee who used to work at

17    Ball & Chain saw Commissioner Joe Carollo inside of the lot

18    taking pictures undercover in his private car of the cars and

19    of the lot.

20          So this employee called me urgently, and he told him

21    that that was a private property, that he was violating the

22    private property.

23          MR. PERTNOY:  Objection.  Hearsay, Your Honor.

24          THE COURT:  All right.  Sustained.

25

```
 1   BY MS. SUAREZ:
 2   Q.   Did you, yourself, interact with Commissioner Carollo on
 3   that night?
 4   A.   Okay.  When I arrived at the place, I saw his car in the
 5   company of three other people, two women and one man in the
 6   outside of the lot already so I asked him what was he doing,
 7   why was he doing that.
 8       His first reaction was if I didn't know him and I told him
 9   that yes, that I do know that he is the Commissioner Joe
10   Carollo, but I told him that why was he doing that?  That why
11   had he not approached the valet?  We had gone together to the
12   lot, but his intention was not to be detected, that the next
13   day, it wouldn't appear if he had done that.
14           MR. PERTNOY:  Objection.  Move to strike his
15   testimony regarding the commissioner's intentions.
16           THE COURT:  Overruled.
17           THE WITNESS:  During the conversation, as we were
18   talking, so he told me if I didn't know him, that he was
19   allowed to be there because he was the law.  And I answered no,
20   you are not the law.  You represent, you are just a
21   representative of the law.
22           So he said okay, no problem.  Tomorrow, I'll show you
23   who is the law.  So I told him that yes, it is easier to fight
24   against a poor business, or a poor person with a family
25   business than fighting with a millionaire.  His answer was yes,
```

1    but you work for that millionaire.

2              MS. SUAREZ:  At this point, if we could show the

3    witness Exhibit 293.

4                        (Video played in Spanish.)

5              MR. PERTNOY:  Your Honor, the objection I raised on

6    sidebar with respect to authentication and identification.

7              THE COURT:  You can ask him that.  Go ahead.

8    **BY MS. SUAREZ:**

9    Q.   Was that your voice on that video?

10   A.   Yes.

11   Q.   Do you recognize the other voice as that of Commissioner

12   Joe Carollo?

13   A.   Yes.

14             MS. SUAREZ:  Your Honor, I would move to admit 293

15   and also 316 which is certified translation of the video.

16             THE COURT:  Any objection?

17             MR. PERTNOY:  Your Honor, I would request that they

18   remove the highlighting from the exhibit, and with the same

19   objections previously raised preserved.

20             THE COURT:  Other than removing the highlights, any

21   other objection?

22             MR. PERTNOY:  No, other than what was preserved.

23   Just preserving what I've previously raised.

24             THE COURT:  Noted.  Go ahead.

25             MS. SUAREZ:  Thank you, Judge.

```
 1              (Plaintiffs' Exhibits 293 and 316 Received.)

 2   BY MS. SUAREZ:

 3   Q.   And, Mr. Garcia, Mr. Carollo claims that before the video,

 4   you said to him something to the effect of what are you doing

 5   messing with a millionaire?  Did you say that?

 6              MR. PERTNOY:  Objection.  She's stating what

 7   Mr. Carollo claimed in the question.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  No.

10   BY MS. SUAREZ:

11   Q.   What was it that you said?

12   A.   No.

13              MR. PERTNOY:  Objection, Your Honor.  The translation

14   speaks for itself.  He's now being asked to say what he said,

15   what we've just seen the translation at this point.

16              THE COURT:  Overruled.

17              THE WITNESS:  No.  The correct thing was that it was

18   easier to fight against a poor man than a millionaire.

19   BY MS. SUAREZ:

20   Q.   And how did this interaction with Commissioner Carollo

21   make you feel?

22              MR. PERTNOY:  Objection.  Relevance.

23              THE COURT:  Overruled.

24              THE WITNESS:  Okay.  Okay.  At that time, I was

25   coming from Cuba which is a country where the oppression causes
```

```
 1   an impact on us --
 2           MR. PERTNOY:  Objection, Your Honor.  Move to strike.
 3   403.
 4           THE COURT:  Sustained.  Next question.
 5   BY MS. SUAREZ:
 6   Q.   Did anything happen to the valet parking lots the next
 7   day?
 8   A.   The next day at 10:00 a.m., I received a notification from
 9   Miami Parking Authority stating that my business was closed.
10           MR. PERTNOY:  Objection.  It's lack of foundation.
11   Assumes facts not in evidence.
12           THE COURT:  Overruled.
13   BY MS. SUAREZ:
14   Q.   At what time had you seen Commissioner Carollo?
15   A.   1:00 a.m.
16   Q.   So just nine hours later, you received that notification,
17   is that right?
18   A.   Yes.
19   Q.   And was the valet permit revoked at that point?
20   A.   Yes.
21           MR. PERTNOY:  Object.  Object to the question.  Vague
22   in that there's multiple parking lots that we've been
23   discussing.
24           THE COURT:  All right.  You can rephrase the question
25   to address which specifically you're referring to.
```

1    **BY MS. SUAREZ:**

2    Q.   Which lot could you no longer operate?

3    A.   None.  The business was closed.

4    Q.   And what did you do when you found that out?

5    A.   Okay.  I reached out to Mr. Bill Fuller, the owner of Ball

6    & Chain, and told him about the decision -- about the decision

7    from Miami Parking Authority.  He got in touch with the

8    director of Miami Parking --

9             MR. PERTNOY:  Objection.  Hearsay.

10            THE COURT:  Sustained.

11   **BY MS. SUAREZ:**

12   Q.   Without saying what was discussed, what occurred to the

13   permit of the valet lots?

14            MR. PERTNOY:  Objection.  Lack of foundation.

15            THE COURT:  Overruled.  If he knows.

16            THE WITNESS:  Okay.  We closed at 10:00 a.m., and by

17   12:00, one lot was authorized on 12th Avenue and I don't

18   remember the street.  That was about a mile and a half or two

19   miles away.

20   **BY MS. SUAREZ:**

21   Q.   And what exactly were the issues with the three lots that

22   were closed?

23            MR. PERTNOY:  Objection.  Compound.  Lack of

24   foundation.

25            THE COURT:  Overruled.

1          THE WITNESS:  At that moment, in less than eight

2    hours, all lots needed stripes and lights.

3    **BY MS. SUAREZ:**

4    Q.   And just to make sure, did the lots you were using have

5    stripes and lights?

6          MR. PERTNOY:  Objection.  Lack of foundation.

7    Assumes facts not in evidence.

8          THE COURT:  Overruled.  If he knows.

9          THE WITNESS:  No, they didn't need it.

10   **BY MS. SUAREZ:**

11   Q.   Prior to 2018 on this night, had that ever been an issue

12   on those lots that you operated before?

13   A.   No.

14   Q.   So once you relocated to the lot on -- did you say it was

15   12th Avenue?

16   A.   On 12th.

17   Q.   Was that closer or farther than the original three lots

18   from the Ball & Chain?

19         MR. PERTNOY:  Objection.  Relevance.

20         THE COURT:  Overruled.

21         THE WITNESS:  No.  Further away.  Approximately two

22   miles.

23   **BY MS. SUAREZ:**

24   Q.   Does Ball & Chain have its own parking lot?

25   A.   No.

1  Q.   What is the affect of having a lot that is farther away

2  from the Ball & Chain?

3          MR. PERTNOY:  Objection.  Lacks foundation.

4  Speculation.  She's asking him what the affect on Ball & Chain

5  is.

6          THE COURT:  Overruled.

7          THE INTERPRETER:  Counsel, this is the interpreter.

8  May I have the question again?

9  **BY MS. SUAREZ:**

10  Q.   Yes.  What is the impact on Ball & Chain of having to use

11  a parking lot that is farther away than the other three they

12  were using?

13  A.   Okay, okay.  The way I see it, I think that when this

14  happened, I see it as the easiest way to attack the heart of

15  Ball & Chain because there is no parking for Ball & Chain.  If

16  we closed the valet or if the valet for Ball & Chain is closed,

17  the impact was going to be negative.  Ball & Chain would not

18  exist today.

19  Q.   And did the customers have to wait longer for their

20  vehicles?

21  A.   Yes, ten, 15 minutes.  The impact was negative.  I had --

22  that night, I had to appoint an employee with his own personal

23  car to move the runners to the lot and to bring them back in

24  order to try to speed up the process, but it was impossible for

25  me.

```
 1    Q.   Did you ever have to issue refunds?

 2    A.   Yes.

 3    Q.   And on that weekend that you were at that lot, did you see

 4    Commissioner Joe Carollo again?

 5              MR. PERTNOY:  Objection.  Vague.

 6              THE COURT:  Overruled.

 7              THE WITNESS:  Yes.  That was Saturday night, and Joe

 8    Carollo passed by in his personal car in front of Ball & Chain,

 9    and he followed the employee who was working in the shuttle to

10    go to the lot we were operating.

11              THE INTERPRETER:  And the interpreter needs to

12    clarify.  And a picture was taken of the Commissioner in that

13    lot also.

14              MS. SUAREZ:  And if we can show the witness

15    Plaintiffs' Exhibit 344.

16              THE COURT:  Is this in evidence?

17              MS. SUAREZ:  No.  I'm just showing it to the witness

18    for now.  I believe they have an authentication objection.

19              THE COURT:  I didn't hear you.

20              MS. SUAREZ:  I believe they have an authentication

21    objection.

22    BY MS. SUAREZ:

23    Q.   Do you see the photo on your screen?

24              MR. PERTNOY:  Can it be shown on counsel's screen as

25    well, please?
```

```
 1                THE COURT:  And the Court's as well.

 2                THE WITNESS:  Yes.  Yes.  That was the lot, our lot.

 3    BY MS. SUAREZ:

 4    Q.   Do you recognize the person in this picture?

 5    A.   Yes.  Joe Carollo.

 6    Q.   And does this appear to be the car that he was in on that

 7    night that you were referring to?

 8    A.   The night before, it was a GMC Terrain, if I remember

 9    correctly.

10    Q.   And is that what you recall him wearing on that night when

11    you saw him?

12    A.   Yes.

13                MS. SUAREZ:  At this point, Your Honor, I would ask

14    to admit Plaintiffs' Exhibit 344 and publish for the jury.

15                THE COURT:  Any objection?

16                MR. PERTNOY:  Yes, Your Honor.  We would object on

17    the grounds that they haven't established the date of this

18    picture, the location of this picture.

19                THE COURT:  Overruled.

20                MS. SUAREZ:  Permission to publish, Judge?

21                THE COURT:  Yes.

22                (Plaintiffs' Exhibit 344 Received.)

23    BY MS. SUAREZ:

24    Q.   And did you see Commissioner Carollo after this photo was

25    taken?
```

1          MR. PERTNOY:  Objection, Your Honor.  We haven't

2    established when the picture was taken.

3          THE COURT:  He can repeat it for the record.  He

4    stated the night before.  Again, you want to be more specific

5    to refer to a date so we can have a clear record.  Go ahead.

6    **BY MS. SUAREZ:**

7    Q.   Was this photo taken on February 19th of 2018?

8          MR. PERTNOY:  Objection.  Same objections.

9          THE COURT:  Overruled.

10          THE WITNESS:  Yes.

11   **BY MS. SUAREZ:**

12   Q.   And did you see Commissioner Carollo on that day?

13   A.   Yes.

14   Q.   How did it make you feel to see him once again around the

15   valet lot?

16          MR. PERTNOY:  Object to form.

17          THE COURT:  Overruled.

18          THE WITNESS:  I was -- I was afraid because these

19   things had already happened and his promise -- his promise that

20   he was the law was being fulfilled.

21   **BY MS. SUAREZ:**

22   Q.   How long did you stay in this location, the parking lot on

23   12th Avenue?

24   A.   No, this was only Saturday.  On Monday morning, I left my

25   house and I had to look for a location to continue my operation

```
 1   with Ball & Chain.

 2        Thank God I was able to find a lot which is currently in

 3   operation.  It's approximately 150 meters away.  I talked to

 4   the owner and we did a lease contract.

 5        I got really happy, and I went to the office of the owner

 6   of Ball & Chain, Bill Fuller, and I told him that I had

 7   resolved the issue with the law, that we were going to do the

 8   operation.

 9        Excellent.  And I had to present all the documents, the

10   pictures, the site plans at the Department of the Miami Parking

11   Authority.  So Bill had told me he would go with me, knowing

12   the problems that I was going to face.  He came along with me

13   all the way to Miami Parking Authority, and we were received by

14   Mr. Humberto Escandone.

15        He took us to an office and I started showing him the site

16   plan and pictures and everything as it had been established

17   just eight hours before.  This gentleman told us that he could

18   not give us a permit --

19             MR. PERTNOY:  Objection.  Hearsay, Your Honor.

20             THE COURT:  Overruled.

21             THE WITNESS:  -- because he had to inspect the lot.

22   He had to send a Code inspector to investigate.  But the

23   parking lot has lines, it has the -- I mean the stripes, it has

24   the lights.  It has everything.  It's a parking lot.  Dollar

25   Family.
```

```
 1            No, I cannot give you the permit.  That's when
 2   Mr. Bill Fuller asked him why?  That he's the owner of Ball &
 3   Chain and that why was he doing that?  And so he told him that
 4   was --
 5            MR. PERTNOY:  Objection.  Hearsay, Your Honor.
 6            THE COURT:  Overruled.
 7            THE WITNESS:  It was the law.  After that, after
 8   having a conversation, Mr. Fuller tells him or asks him --
 9            MR. PERTNOY:  Objection.  Hearsay.
10            THE COURT:  Sustained.
11   BY MS. SUAREZ:
12   Q.   Was the lot ultimately approved for use?
13   A.   Yes.
14   Q.   Was any investigation done?
15   A.   No.  He just told us not to do anything.
16            MR. PERTNOY:  Objection.  Hearsay.
17            THE COURT:  Overruled.
18            THE WITNESS:  Because he had his family and that he
19   had his family and there was an order from Joe Carollo.
20            MR. PERTNOY:  Move to strike.  Hearsay, Your Honor.
21            THE COURT:  Overruled.
22   BY MS. SUAREZ:
23   Q.   Did you ever see Commissioner Carollo driving around the
24   streets of the valet lots again?
25            MR. PERTNOY:  Objection, Your Honor.  Vague.
```

```
 1              THE COURT:  Overruled.

 2              MR. PERTNOY:  Timeframe.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  No.  The normal thing on the streets in

 5    front of Ball & Chain; things like that.

 6    BY MS. SUAREZ:

 7    Q.   You saw him in those locations?

 8    A.   Yes.

 9    Q.   And is your valet business a family business?

10              MR. PERTNOY:  Objection.  Relevance.

11              THE COURT:  Sustained.

12    BY MS. SUAREZ:

13    Q.   Has the valet lot been fined?

14              MR. PERTNOY:  Objection.  Vague.  Which lot?

15              THE COURT:  All right.  I'm going to sustain the

16    question.  Which lot are you referring to, counsel?  You can

17    ask more of a specific question so we can get a direct answer

18    from the witness, please.

19    BY MS. SUAREZ:

20    Q.   Mr. Garcia, which lot is in operation for the Ball & Chain

21    today?

22    A.   Currently the same one.

23    Q.   And which lot is that?  What's the address?

24    A.   1753 SW 8th Street.

25    Q.   And did a company perform audits of this parking lot?
```

```
 1              MR. PERTNOY:  Objection.  Lack of foundation.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  Okay.  Since they couldn't close the

 4   parking by Miami Parking Authority because everything had

 5   already been resolved, there is a company in the City of Miami,

 6   a consulting company that charges us 15 percent of the money

 7   that's made in the valet parking.

 8              Okay.  We had never seen these people, never.  Two

 9   weeks or one week later, these two people get there and dressed

10   normally in regular cars, no uniforms or anything.

11              MR. PERTNOY:  Objection, Your Honor.  Move to strike

12   as non-responsive and speculative --

13              THE COURT:  Overruled.

14              THE WITNESS:  -- with a document from the City of

15   Miami attorney just for me, not for signature.  These gentlemen

16   were -- inspected my business 36 times in that month.

17              MR. PERTNOY:  Objection, Your Honor.  Speculative.

18   Beyond the scope of the question and vague.  Move to strike.

19   403.

20              THE COURT:  Overruled.

21   BY MS. SUAREZ:

22   Q.   Did you keep track of how many times they visited?

23              MR. PERTNOY:  Objection, Your Honor.  We don't even

24   know who "they" is at this point.

25              THE COURT:  You can rephrase the question.
```

```
 1   BY MS. SUAREZ:

 2   Q.    Mr. Garcia --

 3            THE COURT:  Sustained.

 4   BY MS. SUAREZ:

 5   Q.    Mr. Garcia, who did they say they were when they came to

 6   audit?

 7            MR. PERTNOY:  Objection.  Hearsay.

 8            THE COURT:  Overruled.

 9            THE WITNESS:  We are a consulting company and we

10   collect 15 percent of the gross money from the valet.

11   BY MS. SUAREZ:

12   Q.    Did they tell you the audits were in connection with the

13   City of Miami?

14            MR. PERTNOY:  Objection.  Assumes facts not in

15   evidence.  Lack of foundation.

16            THE COURT:  Overruled.  He can answer if he knows.

17            THE WITNESS:  They said it was ordered by Joe

18   Carollo.

19            MR. PERTNOY:  Objection.  Move to strike.  Hearsay.

20            THE COURT:  Overruled.

21   BY MS. SUAREZ:

22   Q.    What was the outcome of the audits?

23   A.    Okay.  In approximately ten days, they determined that

24   more cars would park there than what we were reporting.

25            MR. PERTNOY:  Objection, Your Honor.  Speculation.
```

```
 1   Hearsay.  Assumes facts not in evidence.  He's testifying as to
 2   a report that he didn't prepare.
 3            THE COURT:  Overruled.
 4            THE WITNESS:  And they imposed a fine of over
 5   $11,000.  I don't remember the exact amount.  And that fine or
 6   the name was there, not the signature by attorney Victoria
 7   Mendez and the financial director at the time of the city
 8   Morash.  I don't remember the last name.
 9        When I saw this fine, I went to the financial
10   department of the City of Miami.  No one knows about this.
11   Okay.  They told me that I need to go to the department.
12            MR. PERTNOY:  Objection.  Hearsay.
13            THE COURT:  Overruled.
14            THE WITNESS:  On Biscayne Boulevard.  When I
15   complained, I asked what was the basis for this penalty because
16   even you are stating here that we were working on Thursday and
17   Thursdays, we did not work.  It means that that was something
18   just to put something down.
19        Okay.  We're going to rectify that.  They corrected
20   the penalty and/or the fine, and four or five days later, I get
21   a second fine.  This time it's not -- this time, it was not
22   signed by the financial director, just the attorney of the
23   city.
24        And this one got there with a higher amount because
25   they reduced -- they reduced it by Thursday, but they imposed
```

1   penalties and interest because going back two years.  So it

2   doesn't -- it means that it doesn't make sense.  One penalty

3   one day and four days later, another penalty.  A higher

4   penalty.

5   **BY MS. SUAREZ:**

6   Q.   How much was the final penalty?

7   A.   Because it was $6,637, it was, $12,400 four.  I don't

8   remember the amount but it was over $12,000.

9   Q.   And who paid this fine?

10  A.   I paid the fine.  I want to make something clear to this

11  Court.  This department was supposed to be created in

12  Tallahassee --

13          MR. PERTNOY:  Objection.  Move to strike.

14  Non-responsive to the answer.

15          THE COURT:  Sustained.

16  **BY MS. SUAREZ:**

17  Q.   How did having to pay that $12,000 fine affect you?

18          MR. PERTNOY:  Objection.  Relevance.

19          THE COURT:  Overruled.

20          THE WITNESS:  A lot.  A lot.  A lot.  A lot.  Because

21  I have to say this, the state regulates only seven percent of

22  taxes.  They charge us 15 percent.

23          MR. PERTNOY:  Objection, Your Honor.

24          THE COURT:  What's the objection?

25          MR. PERTNOY:  Speculation.  Assumes facts not in

1    evidence and it's also non-layperson, non-expert testimony.

2              THE COURT:  Overruled.

3              THE WITNESS:  This money -- this money cannot be paid

4    in the financial department of the city.  It may not be paid

5    with a credit card.  It may not be paid with a business card.

6    Only by check to a PO box in Orlando and now in Atlanta.  That

7    means that money came out of my pocket directly.

8    **BY MS. SUAREZ:**

9    Q.  And why did you keep trying to work with the City of Miami

10   after these issues?

11   A.  Because it's my family business.  It's a family that

12   supports -- sorry.  It's a business that supports my family and

13   because I have a lot of love for Ball & Chain because I started

14   it.

15   Q.  And did there ever come a time where there was changes to

16   the hours where you could operate the valet parking in front of

17   Ball & Chain?

18             MR. PERTNOY:  Objection.  Relevance.

19             THE COURT:  Overruled.

20             THE WITNESS:  Okay, so not enough with all this

21   closing the business by the Miami Parking Authority, the taxes.

22   Once this has all been resolved, then the second part came.

23             I came to work one day and my ramp permit which I paid

24   for 24 hours the same as all City of Miami was limited in Ball

25   & Chain from 6:00 p.m. to 2:00 a.m. which is not the hours of

```
 1    Ball & Chain is open.  Ball & Chain opens at noon, and it
 2    closes at 3:00 a.m.  The objective was how can we affect the
 3    valet parking operation completely.
 4              MR. PERTNOY:  Objection, Your Honor.  Speculation.
 5    And at this point -- objection.  Speculation.
 6              THE COURT:  Overruled.
 7              MS. SUAREZ:  Your Honor, at this point, if we can
 8    show the witness Exhibit 370.
 9              MR. PERTNOY:  Show it on the screen real quick just
10    to make sure.  No objection.
11              THE COURT:  We have about five minutes remaining.
12    Then we can resume tomorrow.  Are you almost done?
13              MS. SUAREZ:  I'm almost done, Judge.
14              THE COURT:  If not, you still have five minutes.  You
15    can start tomorrow, all right?
16              MS. SUAREZ:  I move to admit and publish 370, Your
17    Honor.
18              THE COURT:  Any objection as to Exhibit 370?
19              MR. PERTNOY:  No objection.
20              THE COURT:  It's admitted.
21                  (Plaintiffs' Exhibit 370 Received.)
22    BY MS. SUAREZ:
23    Q.   Mr. Garcia, are these the signs that you're referring to?
24    A.   Yes.
25    Q.   We can move down to the second page.  And why did the
```

```
 1   hours change in this second sign?
 2           MR. PERTNOY:  Objection.  Calls for speculation.
 3           THE COURT:  Overruled.
 4           THE WITNESS:  Because a series of regulations and
 5   penalties began against my company.
 6           MR. PERTNOY:  Objection, Your Honor.  Move to strike.
 7   She asked why these signs were in place and he's putting up a
 8   non-responsive answer.
 9           THE COURT:  Overruled.
10           THE WITNESS:  Because until some restaurants, a new
11   nightclub opened on 8th Street so they gave them the same, the
12   same permits.  One ramp.
13           MR. PERTNOY:  Objection, Your Honor.  Move to strike.
14   Non-responsive and vague as to who "they" is.
15           THE COURT:  All right.  Sustained.
16   BY MS. SUAREZ:
17   Q.   I'm specifically asking about the hours.  So the hours in
18   this second photo increased a little bit, right?  Was that a
19   result of anything that you did?
20           MR. PERTNOY:  Object to the form.  Calls for
21   speculation.
22           THE COURT:  Overruled.
23           THE WITNESS:  Yes.  It's a complaint that was
24   presented at Miami Parking Authority and Mr. Humberto Escandone
25   told me that it was an order by Commissioner Joe Carollo.
```

```
 1                MR. PERTNOY:  Objection.  Hearsay.
 2                THE COURT:  Overruled.
 3                THE WITNESS:  That he couldn't do anything.
 4    BY MS. SUAREZ:
 5    Q.   Do you know of other valet operators in the Little Havana
 6    area?
 7    A.   Yes.
 8    Q.   Are you aware of them having of these same issues?
 9                MR. PERTNOY:  Objection.  Calls for speculation.
10                THE COURT:  Overruled.
11                THE WITNESS:  No, no.  As a matter of fact, they gave
12    them a permit and a ramp.
13                MR. PERTNOY:  Objection.  Move to strike as vague.
14    Again, "they" is unspecified.
15                THE COURT:  All right.  Sustained.  You can rephrase
16    the question to address who was the "they."
17    BY MS. SUAREZ:
18    Q.   Did any of the other valet operators have the same
19    restrictions about the hours that Ball & Chain did?
20                MR. PERTNOY:  Same objection, Your Honor.
21                THE COURT:  Overruled.
22                THE WITNESS:  Now, yes.  When it started, no.
23    BY MS. SUAREZ:
24    Q.   Are you aware of any of the valet operators in Little
25    Havana being audited 36 times in one month?
```

1             MR. PERTNOY:  Objection.  Assumes facts not in

2    evidence.  Misstates the testimony.

3             THE COURT:  Overruled.

4             THE WITNESS:  No.

5    **BY MS. SUAREZ:**

6    Q.  Based on what Commissioner Carollo told you personally,

7    did you believe he wanted to shut down the valet lots?

8             MR. PERTNOY:  Objection.  Calls for speculation as to

9    the belief that the Commissioner had.

10            THE COURT:  Overruled.

11            THE WITNESS:  It's like saying that today and in

12   here, Mr. Joe Carollo has created or had a demonic power in the

13   City of Miami which doesn't comply with the law.

14            MR. PERTNOY:  Object.  Objection, Your Honor.  Move

15   to strike.  403.

16            THE COURT:  Overruled.

17            THE WITNESS:  He doesn't comply with the law.

18            MS. SUAREZ:  I think he said one last piece,

19   Ms. Interpreter.  If you can just --

20            THE WITNESS:  And this has become a problem, a

21   retaliation against my business.

22            MR. PERTNOY:  Objection.  Move to strike.

23   Irrelevant.  That's not what we're here on.

24            THE COURT:  Overruled.

25            THE WITNESS:  And as I said before, if -- in this

```
 1   chain, I am the weakest link so it was easier to attack and to

 2   close Ball & Chain's parking lot and the Ball & Chain business

 3   would end.

 4           MR. PERTNOY:  Objection.  Move to strike.

 5   Speculation.

 6           THE COURT:  Sustained.  Look, ladies and gentlemen,

 7   we're going to be in recess until tomorrow.  We'll see you at

 8   9:00 a.m.  Also, the new schedule will be for tomorrow, we will

 9   conclude at approximately 2:35 p.m. tomorrow.

10           With that said again, do not watch the media, the news

11   as I told you.  Please remember my instructions.  Do not

12   formulate any opinion at all regarding this matter.  We'll see

13   everyone tomorrow.  Be safe.  Have a good night.

14           THE COURT SECURITY OFFICER:  All rise for the jurors.

15       (Thereupon, the jury exited the courtroom.)

16       (This proceeding was adjourned at 4:59 p.m.)

17                              - - -

18                    C-E-R-T-I-F-I-C-A-T-E

19           I hereby certify that the foregoing is an accurate

20   transcription of the proceedings in the above-entitled matter.

21

22   JULY 20, 2023              /s:/Ellen A. Rassie
                                ELLEN A. RASSIE, RMR-CRR
23                              Official Court Reporter
                                To the Honorable Rodney Smith
24                              299 East Broward Blvd., Room 202B
                                Fort Lauderdale, Florida  33301
25                              (954)769-5448
```

**MR. GUTCHESS:**
**[82]** 4/12 4/22 4/24
5/1 5/4 5/7 5/9 13/5
13/7 13/12 13/18 16/4
16/7 16/16 16/18 20/8
26/14 40/25 41/11
42/9 42/12 42/15
43/16 54/15 54/18
56/25 59/15 59/17
59/20 63/2 63/19
64/15 69/5 70/23 77/2
80/3 80/5 86/23 87/5
87/8 87/11 88/19 90/7
91/1 94/3 94/11 94/14
94/18 94/20 100/22
100/24 107/1 108/9
108/16 110/19 112/25
113/18 113/21 128/21
138/6 139/1 153/8
153/10 154/16 154/22
156/4 158/22 159/18
159/24 160/16 161/12
161/15 161/17 162/1
162/4 162/8 162/11
162/13 162/16 163/17
165/19 168/4

**MR. KUEHNE: [75]**
8/24 9/3 11/22 11/24
12/22 12/24 13/8
14/21 14/23 15/5 15/7
15/12 16/6 18/20
18/23 19/7 19/9 19/11
19/22 20/1 20/6 20/11
26/12 43/13 43/17
43/23 44/3 44/20
45/11 45/15 45/25
46/10 60/4 61/3 61/16
62/6 62/9 64/10 69/1
69/8 89/2 89/7 90/10
90/14 90/18 91/22
91/25 92/9 92/22
93/11 93/19 93/22
93/25 94/8 94/23
100/23 100/25 102/23
104/5 104/10 104/13
105/16 105/18 106/13
106/18 106/21 106/23
107/14 108/17 108/23
108/25 110/5 110/7
110/9 112/9

**MR. PERTNOY:**
**[116]** 4/16 6/4 7/24
163/9 168/9 172/23
173/4 173/12 173/20
173/22 175/21 175/23
176/6 178/19 178/24
179/17 179/20 181/21
182/2 182/10 203/4
203/12 203/17 203/20
207/25 208/3 208/20

209/3 209/6 209/9
210/2 210/6 210/8
217/2 217/5 221/8
221/11 222/13 225/22
225/24 226/6 226/13
227/7 228/3 229/3
229/9 229/11 232/16
232/24 233/6 233/12
233/19 233/25 234/12
234/23 235/14 236/5
236/17 236/22 237/6
237/13 237/22 238/2
238/10 238/21 239/9
239/14 239/23 240/6
240/19 241/3 242/5
242/24 243/16 244/1
244/8 244/16 245/19
246/5 246/9 246/16
246/20 246/25 247/2
247/10 247/14 248/1
248/11 248/17 248/23
249/7 249/14 249/19
249/25 250/12 251/13
251/18 251/23 251/25
252/18 253/4 253/9
253/19 254/2 254/6
254/13 254/20 255/1
255/9 255/13 255/20
256/1 256/8 256/14
256/22 257/4

**MS. CAPRIO: [34]**
5/12 6/24 7/2 7/13
7/23 8/23 16/19
162/21 162/25 163/23
168/7 173/21 174/5
174/7 177/20 177/22
179/18 179/23 179/25
182/12 203/14 207/17
208/25 210/5 212/6
215/15 216/10 216/19
216/22 219/10 221/6
222/15 225/23 227/1

**MS. DAWSON: [43]**
113/2 113/7 114/13
119/21 121/16 122/1
122/14 123/19 124/1
124/6 124/14 125/14
127/5 127/12 128/8
129/10 130/8 130/17
131/5 131/12 131/19
132/14 133/2 134/5
135/2 135/19 136/9
136/25 137/6 137/18
137/20 139/2 161/24
162/5 162/10 162/12
162/18 162/22 163/22
165/17 166/7 167/23
207/13

**MS. SUAREZ: [16]**
227/12 227/17 228/1
228/21 236/2 236/14
236/25 242/14 242/17

242/20 243/13 243/20
253/7 253/13 253/16
256/18

**THE COURT
SECURITY
OFFICER: [5]** 64/1
111/1 207/3 207/10
257/14

**THE COURT: [308]**
**THE COURTROOM
DEPUTY: [14]** 4/5
4/11 13/17 112/5
113/23 114/1 114/4
168/12 168/15 229/13
229/17 229/21 229/25
230/4

**THE INTERPRETER:
[4]** 229/16 229/19
241/7 242/11

**THE WITNESS: [89]**
9/15 41/4 41/7 77/3
87/12 105/17 106/9
106/15 110/11 113/25
114/3 122/3 123/21
124/8 125/16 127/8
127/14 128/10 129/12
130/11 130/21 131/21
132/16 133/4 134/8
135/4 135/24 136/11
137/8 153/13 160/19
168/1 168/14 168/17
173/1 173/6 173/14
175/25 178/21 181/23
182/4 207/24 212/9
216/15 219/11 219/13
226/15 227/6 229/24
230/2 232/19 233/15
234/14 235/17 237/9
237/17 237/24 239/16
240/1 240/9 240/21
242/7 243/2 244/10
244/18 245/21 246/7
246/18 247/4 248/3
248/14 249/9 249/17
250/4 250/14 251/20
252/3 252/20 254/4
254/10 254/23 255/3
255/11 255/22 256/4
256/11 256/17 256/20
256/25

**$**

**$11,000 [1]** 250/5
**$12,000 [2]** 251/8
251/17
**$12,400 [1]** 251/7
**$14,000 [2]** 175/11
175/16
**$5,800 [1]** 165/15
**$6,637 [1]** 251/7
**$80,000 [2]** 173/15
194/3

**'**
**'17 [1]** 199/17
**'21 [1]** 226/3
**'22 [2]** 180/17 226/3

**/**
**/s:/Ellen [1]** 257/22

**1**
**1,200 [1]** 188/16
**1.68 million [1]**
176/1
**100 [2]** 1/19 214/17
**100,000 [3]** 116/10
116/11 116/16
**104 [1]** 113/15
**10:00 [2]** 238/8
239/16
**10:43 [2]** 63/25 64/3
**11 [6]** 26/24 27/25
28/17 29/5 192/8
204/9
**11.1 [1]** 192/10
**115 [3]** 85/21 85/21
85/25
**11:28 [1]** 94/7
**12 [2]** 203/7 216/5
**12:00 [1]** 239/17
**12th [6]** 39/11 39/13
239/17 240/15 240/16
244/23
**13 [3]** 99/6 99/12
100/10
**134 [1]** 144/18
**138 [2]** 215/8 215/8
**1380 [4]** 188/19
204/3 204/9 208/5
**1386 [5]** 172/7 188/7
188/19 188/21 188/23
**14 [10]** 81/17 81/17
86/1 122/19 143/14
143/21 152/13 155/1
164/2 224/18
**140 [1]** 175/25
**1400 [1]** 2/3
**146 [1]** 215/20
**14th [5]** 165/25
188/25 206/11 210/14
234/9
**15 [6]** 6/2 51/18
197/2 206/24 217/3
241/21
**15 percent [3]** 248/6
249/10 251/22
**150 [1]** 128/19
**150 meters [1]**
245/3
**15th [1]** 234/7
**16 [6]** 3/12 208/20
209/2 209/6 209/11
231/18
**1620 [1]** 231/2

**1642 [1]** 231/1
**165 [3]** 106/17
106/20 106/21
**168 [1]** 176/1
**169 [1]** 1/16
**16th [1]** 234/9
**173 [1]** 3/8
**1753 [1]** 247/24
**17th [2]** 39/11 39/13
**18 [1]** 234/10
**18-24190 [1]** 4/5
**18-CV-24190 [1]**
1/2
**180 [1]** 3/8
**1800's [1]** 120/21
**19 [5]** 1/5 4/1 10/20
112/1 173/20
**1911 [1]** 169/16
**19th [6]** 14/4 14/7
180/16 180/17 226/3
244/7
**1:00 [3]** 110/22
234/15 238/15
**1:21-CV-23485 [1]**
163/14

**2**
**20 [5]** 29/12 94/8
94/10 94/16 257/22
**20 million [1]** 115/7
**200 [6]** 1/21 10/1
95/11 95/16 97/13
97/15
**2000 [1]** 213/22
**201 [1]** 1/13
**2011 [2]** 169/20
170/18
**2014 [5]** 232/9
232/10 232/11 232/19
234/5
**2015 [2]** 115/18
115/18
**2016 [8]** 157/4 185/4
185/20 191/24 193/4
195/16 195/21 196/1
**2016/2017 [1]**
196/11
**2017 [45]** 25/15
26/6 26/24 27/25
28/17 29/5 30/1 30/2
30/11 31/4 172/13
172/18 178/2 185/9
185/14 185/20 185/23
186/1 186/6 186/7
186/8 186/9 186/16
191/24 193/5 193/14
193/17 195/16 195/17
195/19 195/22 196/1
196/11 199/12 199/19
199/22 202/18 205/10
206/4 209/13 209/24
210/22 221/22 225/17

**2**

**2017... [1]** 226/4
**2018 [39]** 26/7 26/8
31/10 31/11 31/12
31/15 33/1 37/16
58/14 60/6 60/6 65/4
65/17 68/24 69/11
103/5 103/18 103/21
139/7 139/12 202/20
210/13 210/17 211/10
211/18 212/17 216/6
231/15 231/15 232/14
232/23 233/5 233/11
233/17 234/3 234/3
234/10 240/11 244/7
**2019 [16]** 10/20
37/17 60/6 60/8 81/17
86/1 96/18 122/19
143/14 143/21 152/13
155/1 164/2 166/22
202/22 221/21
**2020 [4]** 134/23
204/9 213/22 219/16
**2021 [12]** 99/6
99/12 100/10 202/25
203/7 205/7 205/9
205/13 206/2 206/4
206/5 219/16
**2021/22 [1]** 217/8
**2022 [9]** 157/11
165/11 214/6 214/18
215/6 216/5 221/23
222/1 226/5
**2023 [4]** 1/5 4/1
112/1 257/22
**202B [1]** 257/24
**207 [1]** 3/12
**209 [1]** 3/12
**210 [1]** 3/13
**2121 [1]** 1/13
**22 [5]** 33/1 33/24
209/13 209/23 217/8
**23 [1]** 211/10
**23485 [1]** 163/14
**237 [1]** 3/9
**24 [3]** 65/4 166/22
252/24
**24/7 [1]** 85/1
**24190 [2]** 1/2 4/5
**243 [1]** 3/9
**25 [5]** 68/24 69/11
103/18 112/11 211/17
**253 [1]** 3/10
**255 [1]** 225/21
**25th [4]** 103/3 103/8
103/9 103/17
**265 [4]** 3/8 179/16
180/2 225/23
**28 [1]** 175/25
**293 [4]** 3/9 236/3
236/14 237/1

**295 [2]** 204/23
204/25
**296 [1]** 225/21
**299 [1]** 257/24
**2:00 [1]** 252/25
**2:35 p.m [1]** 257/9
**2nd [4]** 1/13 1/19
185/8 185/9

**3**

**3/District [1]** 120/10
**30 [5]** 84/7 210/13
210/17 211/20 216/23
**300 [1]** 204/18
**303 [2]** 56/6 56/8
**3105 [1]** 1/19
**316 [3]** 3/9 236/15
237/1
**31st [1]** 6/8
**325 [1]** 138/24
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33133 [1]** 169/1
**33135 [1]** 204/10
**33156 [1]** 2/4
**33301 [1]** 257/24
**344 [4]** 3/9 242/15
243/14 243/22
**35 [3]** 37/7 37/8
216/23
**3555 [1]** 169/1
**36 [2]** 248/16 255/25
**37 [4]** 3/13 210/2
210/8 210/10
**370 [5]** 3/10 253/8
253/16 253/18 253/21
**374 [1]** 13/13
**39 [5]** 100/17 100/18
100/21 101/3 101/14
**395 [3]** 204/19
204/23 204/25
**3:00 [1]** 253/2
**3:20 [1]** 207/2
**3:25 [1]** 207/2
**3:56 p.m [1]** 26/24

**4**

**4-D [1]** 118/8
**40 [5]** 3/7 36/12
68/23 69/8 69/9
**403 [7]** 124/1 124/6
137/22 182/10 238/3
248/19 256/15
**405 [1]** 204/18
**4100 [1]** 1/21
**417 [7]** 26/11 26/11
26/16 26/19 26/24
55/11 103/1
**42 [4]** 100/25 101/3
101/15 211/9
**433 [1]** 144/17

**45 [3]** 5/7 94/14
204/16
**49 [1]** 211/17
**4:59 [1]** 257/16
**4A [1]** 56/11
**4D [1]** 56/10

**5**

**50 [1]** 115/7
**500 [2]** 1/16 204/17
**521 [2]** 86/14 86/20
**5448 [1]** 257/25
**593 [8]** 3/11 64/11
64/11 64/18 64/20
65/3 138/25 139/6
**5:00 [1]** 37/14

**6**

**60 [1]** 60/18
**63 [6]** 78/2 78/4 78/5
78/15 79/11 80/10
**64 [1]** 3/11
**643 [4]** 3/12 207/13
207/14 207/16
**67 [1]** 212/15
**69 [1]** 3/7
**6:00 p.m [1]** 252/25

**7**

**769-5448 [1]** 257/25
**78 [2]** 213/19 214/5
**7th [2]** 234/7 234/8

**8**

**827 [4]** 188/25
206/11 208/5 210/14
**8th [19]** 11/3 39/11
39/23 86/14 86/20
172/7 188/8 204/3
204/4 204/9 204/12
230/24 231/1 231/1
231/3 232/1 234/7
247/24 254/11

**9**

**9150 [1]** 2/3
**954 [1]** 257/25
**9:00 [2]** 37/14 257/8
**9:42 [1]** 139/12

**A**

**a.m [9]** 37/14 139/12
234/16 238/8 238/15
239/16 252/25 253/2
257/8
**abated [1]** 175/13
**abilities [1]** 156/12
**ability [6]** 50/12
135/20 138/17 138/20
149/20 183/12
**able [23]** 23/23
24/11 29/9 64/20

72/14 73/3 83/15
95/18 104/1 117/10
126/13 140/10 147/4
148/5 148/6 149/16
172/2 190/19 191/16
206/18 209/18 224/3
245/2
**about [200]** 6/13
6/25 7/6 7/12 7/13
10/3 11/4 11/19 12/8
13/1 13/24 16/15 17/2
18/2 18/6 19/25 20/4
22/6 22/7 30/8 34/5
34/12 34/13 34/15
35/20 36/9 36/15
36/15 36/22 36/25
38/23 39/9 39/13
40/11 42/3 42/22 43/2
43/6 44/25 45/19
46/17 47/25 51/13
52/14 54/21 55/1
55/10 55/13 55/15
55/20 56/12 59/9
59/20 59/25 60/10
60/24 61/22 61/23
62/4 62/7 62/24 63/15
70/25 71/6 71/6 71/19
71/23 72/10 73/15
74/1 75/23 76/12 77/3
77/7 78/21 78/22 80/6
80/9 81/4 82/2 83/3
83/20 83/22 84/13
85/22 87/18 87/18
87/24 88/22 89/8
89/12 89/20 89/21
89/23 89/25 90/24
91/14 99/5 100/13
104/8 105/5 105/22
105/25 109/11 109/14
109/16 109/20 114/16
115/3 115/7 116/10
116/15 116/16 117/22
118/21 118/23 119/1
120/8 120/15 121/11
121/14 123/8 124/21
125/17 125/17 126/15
126/17 126/18 133/20
135/14 136/23 137/14
140/17 141/22 143/14
143/24 144/2 145/24
145/7 155/20 156/24
157/6 158/4 158/25
159/12 159/17 161/17
161/23 162/17 163/7
164/23 165/24 167/4
167/21 169/4 169/13
171/25 172/11 174/15
174/17 176/3 177/13
178/24 182/8 182/20
183/17 184/4 185/3
189/13 194/13 195/23

199/24 202/3 206/13
207/1 212/22 217/20
217/25 218/23 221/22
221/24 222/20 223/6
223/9 224/6 224/25
225/15 228/22 230/12
230/13 239/6 239/6
239/18 250/10 253/11
254/17 255/19
**above [7]** 13/25
101/18 128/16 140/5
188/21 215/1 257/20
**above-entitled [1]**
257/20
**abroad [1]** 115/2
**absolutely [6]** 81/22
98/13 127/20 158/2
179/18 188/6
**absurd [1]** 221/18
**abundance [1]** 37/3
**accept [1]** 44/24
**acceptance [1]**
191/4
**access [1]** 80/25
**accompanied [1]**
178/9
**accomplishments
[1]** 117/3
**accordance [1]**
192/22
**according [3]** 116/18
190/5 190/6
**accountability [1]**
126/4
**accountable [2]**
145/13 145/14
**accounted [2]** 64/8
207/22
**accurate [2]** 61/21
257/19
**accusations [3]**
133/9 137/14 144/7
**Accusatory [1]**
125/2
**accuse [1]** 136/2
**accused [3]** 132/7
136/6 137/4
**Acevedo [2]** 134/1
137/21
**acknowledge [1]**
192/13
**acknowledged [1]**
143/22
**across [3]** 190/13
212/10 223/21
**act [5]** 48/12 70/13
118/3 130/13 142/16
**acted [1]** 30/14
**acting [1]** 67/25
**action [2]** 59/22
131/17 144/9
**actions [3]** 103/24

**A**

**actions... [2]** 131/22
131/25
**active [4]** 37/11 87/3
87/15 87/16
**actively [1]** 60/21
**activities [1]** 98/24
**activity [4]** 40/24
58/21 75/2 85/4
**acts [1]** 166/19
**actual [4]** 144/13
202/6 214/15 225/8
**actually [41]** 10/19
11/4 21/10 22/25
24/25 32/15 34/3 34/6
34/8 36/10 36/17
37/21 59/4 69/21 70/9
73/21 78/22 81/21
90/23 97/1 118/3
118/13 118/18 120/9
123/4 126/2 131/1
133/20 138/23 143/13
143/22 144/4 146/7
147/10 148/22 149/25
152/4 186/10 194/15
197/16 208/9
**AD [1]** 204/10
**AD/CD [1]** 204/10
**added [1]** 196/6
**addition [4]** 52/11
118/9 184/16 229/5
**additional [7]** 44/14
73/22 192/8 192/9
192/12 228/16 229/1
**address [26]** 5/11
7/6 9/1 52/12 66/15
76/14 76/18 108/19
108/19 113/4 135/20
139/22 140/10 172/6
179/6 185/21 186/13
186/16 188/7 188/8
188/22 207/18 227/13
238/25 247/23 255/16
**addressed [6]** 83/23
137/20 143/24 146/4
156/22 216/12
**addresses [1]** 234/6
**addressing [2]**
66/10 139/18
**Adele [1]** 127/10
**adjacent [1]** 18/4
**adjourned [1]**
257/10
**adjust [1]** 116/18
**administration [25]**
21/16 30/13 47/18
49/4 53/24 54/3 55/2
55/6 56/18 57/6 83/1
102/12 114/24 118/14
118/15 118/17 123/9
139/10 146/5 148/9

151/19 155/22 194/25
205/5 205/13
**administrative [24]**
22/8 44/6 44/22 47/12
48/7 53/25 65/9 67/3
102/17 118/12 138/18
138/21 140/15 140/17
147/5 147/10 147/11
147/14 152/10 194/8
195/8 195/10 198/11
198/22
**administrator [5]**
23/19 45/1 196/3
196/11 203/1
**admissible [1]**
137/21
**admissions [1]**
228/23
**admit [7]** 64/13
177/20 179/23 203/19
236/14 243/14 253/16
**admitted [10]** 64/16
128/21 139/5 179/24
203/15 209/1 209/7
210/8 226/12 253/20
**advance [2]** 90/19
107/24
**adversaries [1]**
135/17
**advice [5]** 18/22
19/2 19/9 19/20 50/13
**advised [3]** 6/8
204/19 208/17
**advising [1]** 205/5
**advisory [2]** 29/11
115/14
**affect [5]** 79/21
241/1 241/4 251/17
253/2
**affected [1]** 23/14
**affirm [1]** 191/25
**affirmed [1]** 142/11
**aforementioned [1]**
192/18
**afraid [1]** 244/18
**after [45]** 5/3 5/4
7/11 8/2 8/4 9/1 19/6
23/8 33/5 33/6 33/24
47/4 57/15 57/15
57/21 69/15 85/10
94/2 96/25 103/4
115/3 115/9 115/14
148/12 157/7 157/10
176/24 200/16 200/17
200/18 200/19 201/19
204/14 206/2 206/5
211/10 211/18 213/22
213/22 226/11 230/12
243/24 246/7 246/7
252/10
**afternoon [12]**
10/20 112/1 114/8

114/9 138/12 141/7
168/22 182/17 182/18
222/19 230/8 230/10
**afterwards [1]**
200/16
**again [54]** 25/3 33/4
40/4 41/11 41/21 43/8
43/10 46/5 55/11
56/25 59/15 62/13
63/22 67/25 73/24
78/15 84/8 93/20 97/9
102/25 110/12 110/23
148/18 155/1 157/10
159/24 160/16 163/13
184/21 185/23 186/1
192/23 195/22 196/9
196/23 197/15 198/15
205/19 206/25 210/17
213/12 213/12 214/3
214/25 216/15 222/19
233/12 241/8 242/4
244/4 244/14 246/24
255/14 257/10
**against [38]** 23/9
40/6 40/10 41/10
41/24 47/2 57/16
57/21 58/4 58/8 58/10
61/1 121/24 122/6
128/10 129/4 131/18
131/23 135/15 136/18
136/18 142/24 143/2
145/14 145/15 152/7
157/25 167/9 167/11
167/14 167/14 167/15
167/18 221/4 235/24
237/18 254/5 256/21
**age [1]** 36/1
**aged [1]** 177/3
**agencies [2]** 74/21
117/1
**agency [1]** 77/9
**agenda [12]** 50/4
53/3 82/25 83/6 83/11
86/4 86/10 86/14
87/14 122/23 123/3
123/9
**agent [1]** 138/3
**ago [5]** 22/14 35/21
185/13 188/7 212/2
**agree [26]** 16/11
16/23 16/24 16/25
40/20 86/2 92/24
138/14 142/4 142/25
143/11 144/7 146/1
150/16 151/8 151/15
153/2 153/5 154/10
154/20 155/5 155/9
155/11 155/17 156/7
198/10
**agreed [2]** 95/7
100/10
**agreement [9]**

159/23 160/6 160/9
160/11 160/13 160/21
172/17 192/19 192/22
**agreements [5]**
159/21 160/5 160/23
161/20 161/22
**agrees [1]** 93/10
**ahead [4]** 43/7 236/7
236/24 244/5
**airport [1]** 230/23
**Alain [3]** 227/12
230/2 230/6
**alarming [1]** 81/1
**albeit [1]** 145/5
**alcohol [6]** 187/5
204/2 204/3 204/8
204/12 204/20
**alcoholic [2]** 192/15
205/22
**alert [1]** 70/8
**Alfie [6]** 25/24 26/1
32/1 32/19 33/11
40/23
**align [1]** 212/14
**all [157]** 6/17 7/11
8/1 8/10 8/20 9/5 9/7
9/13 10/2 11/8 11/11
13/21 14/1 14/2 14/25
15/2 16/3 18/15 18/25
19/16 20/10 23/14
23/24 24/6 25/5 27/10
27/20 30/13 30/20
31/9 33/19 36/22
36/24 42/21 44/1 46/7
46/11 52/17 53/24
54/2 54/5 54/9 54/17
55/2 57/4 57/14 57/15
57/15 57/18 57/20
59/14 59/16 61/12
61/15 61/17 62/10
62/15 62/23 63/2
63/10 63/18 63/21
64/1 64/7 64/8 64/16
66/21 70/10 70/13
82/6 82/12 82/23
92/20 93/20 94/21
98/16 99/15 102/5
102/6 103/23 104/12
105/13 107/18 108/19
110/19 110/20 111/1
112/5 112/20 112/23
113/20 116/11 118/1
118/20 119/1 128/24
134/15 137/14 141/17
147/24 152/7 157/24
159/10 163/19 166/23
173/15 173/23 174/6
174/9 176/16 179/22
180/4 183/11 184/11
185/11 185/14 185/21
188/10 191/16 191/18
194/5 198/10 202/6

202/22 205/9 205/10
206/4 206/15 206/16
207/3 207/21 207/22
209/1 210/9 215/6
219/8 222/14 227/4
227/9 229/5 232/13
233/21 234/1 234/24
238/24 240/2 245/9
245/13 247/15 252/20
252/22 252/24 253/15
254/15 255/15 257/12
257/14
**allegation [3]**
105/23 122/10 122/12
**allegations [5]** 60/7
60/12 60/13 61/1
122/20
**allow [16]** 6/19
15/23 63/17 63/18
81/7 81/11 86/21
89/24 91/3 91/20
107/9 112/12 153/19
176/18 196/17 224/25
**allowed [37]** 6/18
36/1 36/7 51/13 55/24
61/7 67/1 68/14 75/11
80/25 88/9 91/10 92/3
92/18 92/20 101/20
101/20 105/23 107/6
108/10 118/12 118/13
118/14 118/16 134/25
137/11 145/12 150/4
186/19 187/4 187/5
187/8 191/20 192/1
192/3 217/23 235/19
**allowing [2]** 106/4
108/13
**allows [3]** 6/3
112/16 191/15
**almost [10]** 43/1
47/4 62/1 137/14
146/7 183/4 189/5
225/9 253/12 253/13
**alone [2]** 142/16
193/24
**along [11]** 35/5
35/14 119/8 152/3
187/9 192/1 196/7
214/14 214/15 215/1
245/12
**already [12]** 19/10
39/14 56/7 56/9 56/12
80/5 128/21 137/1
163/6 235/6 244/19
248/5
**also [48]** 5/16 7/6
7/8 7/18 12/7 24/1
28/24 29/6 37/13 39/2
47/1 48/16 49/12
50/12 51/5 52/11
52/25 61/10 89/18
91/6 94/16 96/25

**A**

**also... [26]** 98/12
100/2 116/22 116/24
123/5 131/13 131/14
138/20 141/7 145/23
157/10 158/10 181/2
185/2 188/24 196/18
205/24 207/4 210/13
231/4 231/9 232/3
236/15 242/13 252/1
257/8

**although [5]** 26/5
39/20 50/25 100/6
104/13

**Altman [3]** 162/25
163/8 163/14

**always [9]** 51/7 74/6
133/21 140/3 188/1
189/16 232/6 232/12
234/5

**am [7]** 66/8 105/14
133/21 170/14 230/12
231/9 257/1

**Amanda [2]** 1/12
4/13

**Amber [2]** 2/3 4/17

**ambush [1]** 6/21

**amended [1]** 166/4

**Amendment [1]**
221/3

**America [2]** 4/6
115/11

**among [4]** 59/8
63/24 110/24 180/23

**amount [9]** 186/21
187/11 187/17 187/14
187/20 220/2 250/5
250/24 251/8

**amounted [1]**
173/11

**anchor [1]** 121/1

**animus [9]** 109/18
109/22 109/25 110/2
110/4 110/14 110/16
110/18 124/24

**Anne [1]** 1/11

**announcement [2]**
35/12 200/15

**another [20]** 5/10
18/8 38/10 40/24
51/13 58/8 70/3 75/18
84/7 118/11 132/20
132/20 133/1 140/22
145/6 183/23 184/24
184/25 217/3 251/3

**answer [24]** 15/14
15/20 16/9 23/12
82/19 99/8 99/10
106/8 110/10 124/7
129/11 132/10 133/3
153/12 172/25 212/8

216/14 219/12 233/14
235/25 247/17 249/16
251/24 254/8

**answered [3]** 84/6
137/1 235/19

**answering [3]** 19/13
19/19 59/5

**answers [2]** 12/20
14/1

**anticipated [1]** 6/10

**anticipatory [1]**
93/12

**any [120]** 8/11 8/15
9/11 10/12 12/7 13/4
13/15 14/16 17/24
19/2 19/9 20/4 20/25
27/21 46/5 52/14 63/4
63/11 63/24 71/1 75/2
77/24 81/5 87/16
92/14 92/20 94/17
94/19 102/11 107/20
109/8 109/13 110/25
113/19 114/25 116/20
117/3 119/4 119/11
119/18 120/5 120/25
121/4 121/4 121/7
121/7 121/10 121/10
121/11 121/14 121/20
121/23 122/5 122/9
123/17 124/11 124/20
125/9 126/24 127/18
127/21 128/2 128/5
131/17 133/8 134/25
135/11 135/14 135/15
136/4 137/25 137/25
149/3 151/4 152/15
161/21 162/1 163/11
163/15 163/17 166/18
169/21 170/2 171/12
172/20 175/18 180/20
182/8 189/16 192/16
192/20 196/13 198/25
200/11 200/14 201/24
203/13 206/25 208/12
208/13 208/22 212/12
213/21 216/16 221/9
222/7 222/14 224/7
226/10 226/18 233/4
233/10 236/16 236/20
243/15 246/14 253/18
255/18 255/24 257/12

**anybody [9]** 92/15
99/13 100/2 102/12
178/6 199/1 201/19
217/10 217/10

**anyone [10]** 44/25
61/5 63/23 110/24
121/13 149/23 157/19
157/21 190/25 206/25

**anyplace [2]** 180/22
181/18

**anything [43]** 12/14

12/15 13/24 16/23
16/25 19/25 28/15
31/21 41/18 59/25
72/10 77/10 77/22
80/6 98/16 98/20 99/7
102/13 108/14 132/25
138/1 140/4 141/14
161/19 167/4 171/25
179/8 194/25 199/6
199/21 200/13 201/17
208/14 209/19 220/24
221/18 224/14 224/21
238/6 246/15 248/10
254/19 255/3

**anyway [3]** 143/17
192/7 230/12

**anywhere [1]** 7/16

**apart [1]** 143/2

**apartment [1]** 18/4

**apologize [5]** 29/4
45/12 62/6 162/18
225/23

**apologized [1]**
132/12

**apparently [1]** 134/3

**appeal [2]** 61/9
220/14

**Appeals [5]** 198/17
198/20 219/16 220/14
221/15

**appear [7]** 8/9 82/12
112/12 112/17 181/25
235/13 243/6

**appearance [2]** 4/7
107/8

**APPEARANCES [2]**
1/10 2/1

**appears [1]** 191/1

**apple [1]** 230/16

**application [2]**
70/17 113/10

**applications [1]**
10/22

**applied [1]** 190/10

**applies [1]** 151/10

**apply [1]** 151/12

**applying [1]** 126/25

**appoint [2]** 167/7
241/22

**Appointed [1]** 48/10

**appointing [1]** 22/7

**Appreciate [1]** 217/5

**appreciation [1]**
24/25

**appreciative [1]**
33/21

**approach [6]** 42/12
59/17 106/24 132/13
132/17 203/4

**approached [1]**
235/11

**appropriate [5]** 60/2

90/2 92/16 103/24
106/1

**appropriately [1]**
192/21

**approval [11]** 66/16
66/20 139/23 140/2
140/12 195/5 195/10
196/3 196/20 221/17
224/9

**approvals [3]** 194/1
199/3 225/1

**approve [2]** 191/22
198/11

**approved [6]** 172/19
189/25 195/2 198/14
218/7 246/12

**approves [1]** 195/4

**approximately [15]**
116/8 173/10 175/11
180/14 185/25 188/16
193/22 204/18 204/19
207/2 234/15 240/21
245/3 249/23 257/9

**approximates [1]**
175/20

**April [14]** 1/5 4/1
10/20 14/4 14/7 60/8
65/4 65/16 68/24
69/11 112/1 112/11
139/12 211/10

**April 19 [1]** 10/20

**April 19th [2]** 14/4
14/7

**April 23 [1]** 211/10

**April 25 [1]** 112/11

**architects [1]** 225/7

**architectural [7]**
173/7 193/19 198/8
199/9 202/14 212/11
222/25

**are [125]** 20/17
30/14 30/14 30/15
38/14 40/19 45/10
47/15 48/12 50/7
51/13 53/17 53/22
54/5 56/2 60/11 61/11
62/10 64/7 64/20
64/24 75/11 76/25
79/12 79/17 83/3 83/8
84/23 91/10 91/15
92/3 92/8 92/19 94/16
102/14 108/4 114/10
116/11 117/13 117/14
117/19 117/21 117/24
118/2 118/5 119/18
121/7 121/13 121/20
121/23 122/5 123/4
127/8 128/14 129/19
131/17 132/12 132/19
134/15 134/17 134/21
135/11 138/12 141/22
146/1 146/3 147/1

147/15 148/13 149/16
150/17 150/17 151/20
154/1 154/11 154/14
159/22 162/19 164/8
168/7 170/6 170/12
170/21 170/23 171/8
171/18 174/2 178/22
181/2 181/20 183/14
183/15 183/17 188/19
189/20 189/20 190/24
193/1 200/20 201/1
207/21 212/24 215/20
216/25 218/18 219/5
220/22 221/23 227/4
228/23 230/9 230/10
232/1 232/7 234/6
235/20 235/20 237/4
247/16 249/9 250/16
253/12 253/23 255/8
255/24

**area [33]** 10/11
10/15 38/13 39/23
40/3 87/19 105/11
117/11 119/2 120/11
120/17 120/19 120/21
132/4 140/4 153/11
171/10 178/5 184/24
184/25 189/21 190/12
194/22 196/17 206/15
212/5 214/8 214/8
216/25 220/5 223/2
223/9 255/6

**areas [7]** 30/20 97/4
109/9 113/8 141/5
184/20 232/15

**aren't [1]** 154/15

**argue [1]** 61/5

**argued [1]** 42/24

**arguing [2]** 43/2
43/5

**argument [3]** 112/11
112/18 145/17

**argumentative [6]**
121/16 124/15 125/14
127/5 129/10 133/2

**arguments [1]**
168/10

**Arizona [1]** 170/5

**around [20]** 22/16
52/18 58/4 67/20
92/10 94/8 98/23
115/10 134/17 136/22
139/7 145/10 171/15
173/14 173/15 175/25
195/18 206/19 244/14
246/23

**arrangement [1]**
187/11

**arrested [1]** 134/9

**arrived [2]** 230/22
235/4

**art [6]** 120/12 120/13

**A**

art... **[4]** 120/16
120/18 120/24 197/16
articulate **[1]** 92/23
artists **[1]** 120/16
Arts **[1]** 178/12
artwork **[1]** 189/5
as **[269]**
as-is **[1]** 197/21
asbestos **[2]** 154/8
154/15
ashamed **[1]** 124/23
aside **[5]** 119/18
150/11 150/13 178/6
199/7
ask **[54]** 10/3 14/3
15/12 16/10 16/13
16/13 16/18 17/23
26/9 26/10 50/12
55/10 55/13 55/24
61/22 62/3 62/8 62/9
62/24 63/9 63/15
67/20 84/13 85/22
89/11 89/20 89/21
89/25 90/8 90/15
90/24 93/5 93/16 96/7
99/7 99/22 108/13
108/21 109/4 126/14
133/22 163/12 175/18
192/11 201/13 203/24
216/10 216/22 228/18
229/1 233/7 236/7
243/13 247/17
asked **[55]** 11/9
12/19 13/23 14/8
14/17 14/18 15/16
18/10 18/14 28/12
45/20 46/17 54/25
55/15 61/14 66/23
67/13 68/1 68/6 70/25
71/5 73/15 80/9 81/4
81/13 85/20 87/24
88/22 89/8 93/8 98/3
98/20 99/5 99/6 99/11
99/17 100/2 100/13
109/16 134/11 137/9
160/21 160/22 165/24
179/5 201/15 201/21
235/6 237/14 246/2
250/15 254/7
asking **[15]** 18/23
59/25 61/11 95/2
99/18 102/25 108/5
108/25 112/11 113/15
164/8 164/9 164/10
241/4 254/17
asks **[1]** 246/8
assault **[1]** 76/5
assertions **[1]** 89/17
assessment **[1]** 16/1

assign **[1]** 166/17
assigned **[1]** 11/13
assist **[9]** 27/21
27/23 28/12 28/13
31/21 140/3 156/13
180/20 226/18
assistance **[1]**
103/23
assistant **[5]** 34/8
49/22 65/8 65/22
140/7
assisting **[2]** 59/4
59/13
assists **[1]** 80/16
associated **[2]** 10/22
17/24
assume **[3]** 102/19
183/10 224/4
Assumes **[6]** 238/11
240/7 249/14 250/1
251/25 256/1
assurance **[3]** 30/13
30/21 96/15
at **[238]** 5/14 5/24
6/7 6/17 8/20 9/11
10/1 11/5 11/12 12/24
13/4 14/10 14/12
15/10 16/22 18/3
18/15 21/8 23/13
24/12 24/21 25/5
26/24 27/10 28/9
28/17 28/22 29/10
29/17 31/7 33/24 34/4
34/19 35/5 36/22
36/24 37/14 37/20
37/22 40/4 40/13
41/24 42/14 45/8
46/16 48/4 48/6 48/21
50/25 51/14 52/23
55/5 55/11 59/18
61/15 62/25 63/25
65/23 66/2 68/1 68/7
69/20 69/21 69/24
70/5 71/23 72/2 74/3
76/18 76/25 78/16
80/23 81/19 82/6 82/6
82/12 82/12 84/21
85/1 87/3 89/5 89/25
90/2 90/20 91/8 91/10
91/15 91/18 91/20
92/3 92/12 92/17
92/20 94/19 95/11
97/25 98/16 99/15
106/25 107/19 109/4
110/7 110/20 110/22
110/25 113/6 114/23
116/10 116/10 120/9
120/22 122/13 122/19
122/21 122/25 128/5
128/19 133/7 133/8
135/25 137/15 139/10
140/7 141/6 142/18

146/3 152/13 152/17
154/4 154/8 157/19
157/22 158/18 161/6
161/14 163/11 163/16
165/25 170/17 170/18
171/22 172/21 176/20
176/25 178/4 178/6
178/25 179/16 182/19
182/21 182/21 185/13
185/21 186/3 189/9
190/6 190/23 191/15
193/17 194/1 194/12
195/3 195/12 195/22
196/3 196/5 196/20
197/3 197/23 198/2
198/23 198/24 198/25
199/18 199/25 200/6
200/9 200/11 200/19
202/1 204/3 204/9
204/18 204/19 204/21
206/11 207/1 210/25
212/15 212/24 213/3
213/21 213/25 214/9
215/6 216/21 217/10
218/1 219/13 220/24
221/20 222/24 223/8
223/12 223/14 223/22
227/16 228/25 230/16
230/23 232/15 233/17
234/15 234/15 234/16
235/4 236/2 237/15
237/24 238/8 238/14
238/19 239/16 240/1
242/3 243/13 245/10
248/24 250/7 253/1
253/2 253/5 253/7
254/24 257/7 257/9
257/12 257/16
Atlanta **[1]** 252/6
attaches **[1]** 107/2
attachment **[1]**
108/3
attack **[4]** 128/6
134/16 241/14 257/1
attacked **[1]** 135/18
attacking **[2]** 124/11
134/15
attempting **[3]**
93/11 147/17 149/17
attend **[2]** 31/7
81/21
attendance **[1]**
200/20
attended **[2]** 81/23
81/24
attending **[1]** 227/1
attention **[16]** 33/19
41/16 55/7 60/12
70/11 72/25 73/13
75/10 76/9 80/16 94/2
139/11 143/13 212/12
214/3 216/16

attitude **[1]** 109/20
attorney **[42]** 14/12
48/17 48/21 48/24
49/6 49/12 49/12
49/16 50/3 50/13
69/12 130/4 130/7
130/13 130/14 130/16
130/21 130/22 130/24
130/24 131/1 131/4
131/17 131/22 132/6
132/10 144/23 145/16
146/17 146/20 146/22
147/8 158/8 158/21
161/9 190/6 196/16
208/16 208/17 248/15
250/6 250/22
attorney's **[3]**
137/16 137/22 147/3
attorneys **[4]** 49/22
49/22 192/24 195/23
attuned **[1]** 76/2
audience **[1]** 92/15
audio **[5]** 51/24
227/22 228/4 229/4
229/6
audit **[1]** 249/6
audited **[1]** 255/25
audits **[3]** 247/25
249/12 249/22
August **[7]** 84/11
84/13 84/16 84/20
84/21 84/23 85/11
authenticate **[2]**
228/6 228/15
authentication **[4]**
228/5 236/6 242/18
242/20
authority **[11]** 56/17
116/25 117/4 117/8
238/9 239/7 245/11
245/13 248/4 252/21
254/24
authorized **[6]** 5/14
5/16 72/15 107/21
142/12 239/17
available **[10]** 8/7
13/14 33/25 79/13
102/9 140/3 192/17
205/6 205/7 218/4
Avenue **[8]** 1/13
39/11 39/12 206/11
210/14 239/17 240/15
244/23
avoided **[1]** 23/23
aware **[64]** 8/13
21/5 21/7 22/23 23/13
24/1 24/4 24/13 24/22
25/11 40/7 40/8 40/19
40/20 47/20 52/23
52/25 56/9 57/14 72/7
74/13 76/1 80/19
80/23 81/20 86/20

87/2 87/20 96/4 102/6
119/18 121/7 121/13
121/20 121/23 122/5
131/17 135/11 146/3
152/14 152/17 152/19
159/21 170/18 185/10
186/3 190/1 199/6
209/15 210/17 210/19
211/15 211/20 211/22
212/17 215/20 216/15
217/9 217/11 218/18
218/21 220/18 255/8
255/24
away **[10]** 22/25
51/18 107/5 224/17
224/19 239/19 240/21
241/1 241/11 245/3
AXS **[1]** 1/10

**B**

back **[41]** 9/23 10/2
12/4 35/19 63/25
82/23 90/12 91/17
91/21 92/12 93/18
107/5 112/5 112/22
120/3 132/10 132/11
132/19 133/10 133/16
136/22 143/13 144/24
148/17 152/13 154/3
155/1 164/2 164/13
186/17 189/6 189/8
198/9 201/5 205/10
207/1 212/12 212/21
213/23 241/23 251/1
background **[2]**
114/17 140/18
backwards **[1]** 26/18
bad **[1]** 188/15
Bahamas **[3]** 120/17
120/19 120/23
Bahamian **[1]**
120/21
ball **[60]** 71/6 71/13
71/15 71/16 71/23
71/24 71/25 71/25
72/1 72/6 73/7 100/13
101/8 101/9 101/11
104/19 132/17 132/25
134/12 134/14 135/12
231/4 231/6 231/7
231/8 231/20 232/8
232/11 232/13 233/11
233/18 233/24 234/4
234/8 234/15 234/17
239/5 240/18 240/24
241/2 241/4 241/10
241/15 241/15 241/16
241/17 242/8 245/1
245/6 246/2 247/5
247/20 252/13 252/17
252/24 253/1 253/1
255/19 257/2 257/2

**B**

band [1] 200/12
bankruptcy [1] 23/11
bar [5] 109/4 109/6 133/8 133/16 158/21
Barely [1] 70/19
bars [5] 133/13 135/9 135/11 176/16 190/2
based [5] 32/4 44/15 74/4 141/2 256/6
basic [1] 129/19
basically [4] 96/20 116/11 118/9 221/25
basis [7] 68/10 136/4 136/5 137/5 137/25 225/9 250/15
bathrooms [2] 197/21 197/22
Bayfront [3] 178/5 199/18 199/25
be [258]
became [7] 23/6 40/24 58/20 116/22 125/7 152/19 172/18
because [107] 6/16 12/5 15/12 18/10 21/15 23/15 28/17 32/6 32/18 33/10 33/18 36/14 37/1 37/20 39/24 40/1 42/1 43/1 44/21 55/23 56/5 58/3 59/8 61/16 62/6 67/25 72/8 84/14 84/22 85/18 89/15 90/1 91/18 91/25 93/5 93/9 93/10 99/12 127/24 131/1 132/12 132/17 133/5 133/19 134/2 134/12 136/18 137/4 140/24 142/3 144/22 145/2 145/2 151/22 152/7 156/24 167/14 187/1 187/5 188/1 189/6 190/1 190/11 190/25 193/4 195/20 196/12 196/21 196/23 198/4 200/3 200/25 201/5 202/8 203/18 205/9 205/15 205/20 211/24 215/11 218/8 218/18 219/21 219/25 221/4 222/4 223/5 224/3 225/12 228/12 231/25 235/19 241/15 244/18 245/21 246/18 248/4 250/15 250/24 251/1 251/7 251/20 252/11 252/13 252/13 254/4 254/10

become [8] 25/3 39/3 80/19 96/21 127/23 149/8 152/17 256/20
becomes [2] 41/20 47/4
becoming [1] 61/11
been [61] 10/25 22/8 29/20 31/4 31/19 32/12 32/15 33/14 35/2 35/20 44/3 44/21 45/17 56/7 61/7 61/9 61/25 62/1 68/9 74/12 86/20 96/17 97/16 97/19 108/24 128/21 136/19 136/20 139/5 163/2 164/15 166/4 187/20 190/21 195/11 195/18 206/4 207/5 207/11 210/22 215/13 215/16 220/9 222/10 223/5 223/20 231/16 231/18 231/22 232/2 232/5 232/6 232/11 233/20 234/5 238/22 240/11 245/16 247/13 248/5 252/22
beer [1] 193/11
before [65] 1/8 8/16 8/19 15/24 25/14 31/21 35/3 37/21 41/9 44/8 55/11 66/20 83/7 83/7 84/7 94/11 94/19 100/22 103/3 103/14 106/18 109/3 113/2 123/4 123/14 126/14 127/4 140/2 141/14 141/23 146/5 146/7 148/10 150/20 162/24 163/8 163/9 163/14 168/2 179/17 185/14 186/1 186/6 194/25 196/1 196/9 197/6 198/19 200/17 208/21 208/22 209/24 210/2 215/24 216/11 222/24 225/22 232/14 232/23 237/3 240/12 243/8 244/4 245/17 256/25
began [2] 194/6 254/5
begin [3] 30/12 33/24 194/18
beginning [4] 10/8 175/13 182/19 225/5
behalf [6] 4/13 4/18 73/20 78/20 130/13 132/6
behind [3] 82/16 206/20 234/8
being [43] 11/12 13/9 14/17 14/18

21/17 22/4 24/19 28/12 40/8 42/23 45/12 45/17 49/24 52/11 59/24 69/12 71/14 79/7 82/3 87/16 98/20 131/22 132/3 132/7 133/1 134/3 134/9 134/9 134/10 165/3 165/24 187/9 194/16 204/17 208/17 212/3 213/3 215/9 215/21 228/22 237/14 244/20 255/25
beings [1] 141/17
belief [3] 110/3 110/15 256/9
believe [37] 14/7 14/15 14/20 18/13 22/10 23/2 31/8 32/4 58/2 64/12 81/14 87/23 93/5 93/8 93/9 93/15 95/14 96/2 96/9 96/20 98/2 100/5 101/13 103/15 110/11 110/17 122/21 148/1 164/8 171/4 177/18 188/8 194/2 220/16 242/18 242/20 256/7
believed [3] 16/12 21/24 28/17
belong [2] 118/11 124/12
belonged [2] 119/7 182/22
below [1] 188/21
Ben [3] 4/17 42/5 67/24
bench [9] 15/10 42/14 59/18 89/5 106/25 113/6 161/14 216/21 227/16
Benedict [1] 1/18
Bernat [4] 67/25 68/7 139/13 139/16
besides [2] 81/6 201/17
best [12] 50/21 86/10 118/2 128/8 130/25 144/14 151/8 228/11 228/13 229/4 229/6 232/9
better [7] 32/6 82/18 96/19 97/1 126/20 127/24 151/4
between [21] 14/8 26/21 39/11 45/2 46/2 56/17 67/2 82/8 125/7 126/6 128/20 151/19 190/12 194/15 195/20 196/1 201/6 205/21 205/21 226/4 234/7
beverage [4] 170/20

171/6 192/15 204/20
beyond [12] 56/25 88/19 108/14 109/6 124/23 128/16 163/6 166/7 167/23 228/10 229/1 248/18
bias [1] 135/14
bid [1] 165/10
big [4] 71/24 71/25 76/22 190/16
bigger [6] 64/22 66/6 68/25 70/20 85/23 188/14
Bill [16] 170/13 170/24 179/14 180/13 180/20 180/22 181/18 195/20 201/21 226/10 226/17 231/20 239/5 245/6 245/11 246/2
Biscayne [2] 1/21 250/14
bit [17] 9/24 68/3 68/25 70/20 104/1 114/16 115/3 126/3 149/12 169/4 186/6 215/25 218/22 224/6 230/11 230/11 254/18
blend [1] 172/1
blended [1] 170/11
block [3] 10/13 224/17 224/19
blocking [1] 10/12
Blom [31] 5/1 5/3 9/10 9/19 9/21 12/4 12/14 13/21 14/8 14/9 14/16 16/22 18/16 18/24 19/2 20/14 20/16 26/18 65/4 69/18 93/1 93/6 93/6 93/9 93/10 104/16 104/18 105/12 105/22 107/2 107/11
Blom's [2] 13/24 90/4
bloody [1] 143/16
blow [2] 191/6 192/10
Blvd [3] 1/21 2/3 257/24
board [14] 20/23 20/25 21/1 36/14 36/25 67/8 117/1 145/1 198/17 198/20 218/25 219/16 220/14 221/15
boarded [2] 212/24 212/25
body [10] 44/6 49/7 140/16 140/17 142/7 142/9 142/12 142/15 142/22 143/8
bolts [1] 83/19

booked [1] 6/1
boss [10] 27/20 28/3 28/4 28/5 30/12 31/17 68/17 88/11 96/23 103/10
both [5] 17/12 20/21 185/18 189/22 229/4
bottle [3] 170/10 172/1 183/23
bottles [2] 172/3 184/10
bottling [2] 183/25 184/3
bottom [6] 11/12 33/1 56/11 144/22 145/12 190/24
bought [1] 138/4
Boulevard [1] 250/14
boundary [1] 136/21
bourbon [1] 170/10
BOWEN [1] 1/20
box [1] 252/6
bragging [1] 164/19
branch [14] 47/9 48/7 48/16 56/10 146/22 146/25 147/4 147/5 147/6 147/7 147/11 147/11 147/15 152/10
branches [1] 147/2
brand [2] 177/14 177/15
branding [2] 169/7 169/8
break [10] 8/17 9/12 63/21 94/12 110/21 110/23 136/12 206/23 206/24 207/4
breaking [1] 136/19
brew [1] 183/12
breweries [2] 192/1 193/11
brewery [2] 196/8 196/18
Brickell [5] 32/5 116/6 116/17 120/11 132/4
brief [8] 8/24 50/4 113/3 135/14 145/19 178/15 200/23 222/19
briefing [2] 83/6 148/9
briefly [5] 6/24 7/2 149/12 165/19 227/13
bring [23] 8/21 48/3 56/6 60/10 64/5 73/18 78/15 93/17 94/1 97/5 97/7 112/8 123/12 129/21 129/22 138/23 144/17 167/9 167/15 199/9 207/9 216/1

**B**

**bring... [1]** 241/23
**bringing [6]** 23/22
58/4 75/10 80/15
146/14 146/17
**brings [1]** 40/5
**broke [1]** 9/25
**broken [1]** 126/11
**brought [29]** 21/22
21/25 22/2 23/10
23/18 32/19 33/11
33/13 41/23 42/23
43/9 44/14 46/6 46/20
57/16 57/21 58/8 59/5
62/20 72/25 75/3
122/13 125/10 127/2
136/14 137/13 148/19
168/2 198/6
**Broward [1]** 257/24
**build [2]** 120/21
184/18
**building [20]** 153/6
154/19 155/18 160/12
163/20 164/18 166/19
166/20 171/20 180/23
181/18 198/6 212/5
214/14 220/5 220/7
220/23 224/19 225/6
226/10
**buildings [6]** 80/1
121/5 153/16 154/11
154/12 154/14
**built [2]** 199/8 223/1
**burgeoning [1]**
74/13
**business [68]** 6/1
39/10 39/17 57/12
84/6 85/7 114/24
115/6 115/8 115/9
115/10 116/23 117/6
117/10 118/23 118/25
119/16 125/4 126/10
128/6 133/19 133/24
134/16 144/25 153/5
155/8 155/15 159/1
160/12 167/18 169/7
169/9 169/19 169/21
169/24 171/1 171/3
171/12 171/14 171/18
171/23 172/4 172/11
172/21 176/11 176/15
177/9 188/2 189/17
189/18 192/13 192/18
222/11 230/20 232/7
235/24 235/25 238/9
239/3 247/9 247/9
248/16 252/5 252/11
252/12 252/21 256/21
257/2
**businesses [25]**
39/22 74/5 85/6 119/1

119/12 120/6 125/10
125/13 125/17 125/22
126/25 128/13 131/23
134/15 134/17 143/18
145/13 147/21 162/22
169/6 170/2 170/19
170/20 171/7 231/11
**but [187]** 7/17 8/8
11/8 16/14 21/3 21/10
21/11 21/12 24/4
24/18 25/20 27/11
27/14 27/22 28/10
29/4 29/17 32/24 35/2
35/5 38/12 39/9 39/14
39/22 40/11 40/20
42/10 43/8 43/10 46/5
46/9 47/18 48/4 48/16
53/14 53/21 56/9
58/17 60/3 61/21
62/21 63/16 67/20
68/13 68/16 69/1 69/2
70/7 70/24 72/9 72/19
74/7 74/13 76/1 76/15
77/16 78/16 80/24
81/16 83/9 83/15
83/25 85/1 85/16
87/19 88/6 91/17 92/2
92/7 92/19 92/24
95/11 97/12 98/22
99/1 99/21 100/9
105/3 105/6 107/20
107/23 108/3 109/6
112/14 116/16 117/7
117/10 117/16 118/2
123/5 123/14 124/16
125/6 128/13 128/15
129/19 131/9 132/2
132/18 132/22 133/6
133/15 134/1 135/25
136/13 136/18 136/21
140/18 143/16 144/7
145/1 147/24 148/12
154/1 154/2 155/1
155/9 156/7 157/6
158/18 161/24 163/13
166/15 167/16 169/6
175/10 175/18 177/14
179/19 180/22 181/18
184/3 184/8 184/14
185/5 186/12 187/4
188/8 189/18 190/10
190/18 194/9 194/14
195/2 195/9 195/10
196/10 196/16 196/18
196/24 197/17 198/2
198/2 198/16 199/5
200/5 202/2 202/4
202/8 203/3 203/25
211/24 213/4 215/11
216/15 218/1 218/4
218/6 219/23 219/25
220/7 221/22 223/3

223/5 224/21 224/23
226/10 227/24 228/7
230/12 235/10 235/12
236/1 241/24 245/22
250/25 251/8
**butting [3]** 97/20
97/22 97/24
**buy [1]** 176/23

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 257/18
**Cafe [1]** 177/6
**calculation [1]**
175/19
**calendar [2]** 5/14
6/7
**call [54]** 4/4 5/15 6/8
21/20 28/5 31/21
31/23 40/3 42/19 43/4
43/8 43/11 43/21
43/25 44/6 44/12
44/16 45/1 45/3 45/5
45/10 45/23 45/25
46/1 46/9 71/24 78/6
82/1 82/16 90/11
90/13 93/6 93/10
106/17 112/4 112/24
112/25 113/18 133/15
135/17 158/8 158/10
158/12 158/19 168/6
173/17 177/19 179/15
179/19 198/8 208/6
225/20 227/11 227/12
**Calle [29]** 39/15 40/1
70/16 154/11 171/9
171/20 172/8 172/11
172/16 172/22 174/15
174/19 174/24 175/9
177/11 178/23 179/4
181/8 182/22 186/24
190/14 190/21 208/6
209/13 210/13 211/11
216/12 217/9 230/24
**called [21]** 17/2 17/6
17/20 28/4 38/10 45/7
51/9 53/17 118/8
123/13 123/13 126/21
127/4 132/11 132/18
137/15 169/17 178/5
189/1 225/5 234/20
**calling [4]** 4/20
27/21 153/10 168/7
**calls [15]** 121/16
122/15 127/6 130/8
130/18 131/12 134/5
156/19 175/23 178/19
232/16 254/2 254/20
255/9 256/8
**came [28]** 10/13
18/9 45/9 50/17 57/15
57/15 57/19 58/7 67/6

67/8 67/15 73/23
74/11 126/14 133/6
138/3 142/16 147/24
169/13 172/17 186/17
218/18 219/21 245/12
249/5 252/7 252/22
252/23
**campaign [2]** 164/24
165/6
**can [210]** 5/25 5/25
7/2 7/24 8/16 8/17
8/18 8/21 8/21 9/1
12/4 13/9 13/21 14/5
15/12 15/17 15/22
16/10 16/13 17/1
26/19 27/21 27/23
28/12 28/13 29/8
29/10 31/21 33/2 33/4
36/18 37/12 42/1 42/3
44/5 44/25 45/18 46/8
55/6 55/22 57/4 61/22
62/3 62/8 62/21 63/11
63/15 66/4 66/21 71/4
75/11 75/16 76/20
77/14 77/14 78/9
78/14 79/4 79/9 82/23
83/23 88/10 90/8
90/11 90/16 92/6
92/19 92/20 93/6
93/15 93/23 94/11
96/11 101/4 102/5
106/8 106/21 108/8
108/13 108/19 108/21
109/13 110/10 110/11
112/7 113/3 115/3
117/13 118/2 118/5
118/8 118/10 120/8
120/15 122/22 123/3
123/5 123/6 123/10
123/12 126/5 126/5
126/18 126/24 127/24
129/19 131/9 133/22
138/15 139/12 141/20
151/25 152/4 152/7
153/5 153/12 163/12
169/4 169/13 172/25
173/18 174/6 176/19
177/19 179/6 179/15
179/19 179/25 180/18
185/7 187/21 187/23
188/9 188/10 188/15
191/2 191/11 191/12
192/10 193/6 195/5
197/5 199/11 200/4
201/10 203/3 203/15
203/19 203/20 204/5
207/4 207/22 208/20
209/3 209/11 209/12
209/23 210/3 211/9
212/8 212/15 212/19
212/24 212/25 213/12
213/12 214/5 214/5

214/17 214/18 214/22
215/8 215/12 215/20
215/25 216/1 216/6
216/14 216/19 217/13
217/19 220/2 224/12
225/22 227/13 228/14
228/18 229/1 229/8
229/21 229/25 230/4
233/7 236/7 238/24
242/14 242/24 244/3
244/5 247/16 247/17
248/25 249/16 253/2
253/7 253/12 253/15
253/25 255/15 256/19
**can't [30]** 16/13
16/15 16/24 17/7 17/8
17/15 23/12 38/12
42/1 44/4 45/5 46/3
68/4 76/15 80/25
81/22 85/10 88/24
91/7 99/14 108/7
109/9 118/8 129/18
147/20 151/5 151/6
186/20 190/3 190/3
**candidate [1]** 24/22
**Caneca [4]** 169/10
169/11 169/18 170/9
**Canega [1]** 169/17
**cannot [8]** 15/14
91/17 92/7 108/20
118/2 204/21 246/1
252/3
**capacity [7]** 29/1
78/6 78/16 78/21
78/24 79/2 195/3
**Caprio [3]** 1/11 4/13
5/11
**captain [1]** 21/10
**car [7]** 9/24 71/18
234/18 235/4 241/23
242/8 243/6
**card [2]** 252/5 252/5
**care [9]** 83/13 91/14
92/6 118/4 156/24
164/16 164/17 201/23
224/5
**cared [2]** 39/9 157/6
**career [5]** 20/21
21/20 95/11 114/22
115/3
**careful [5]** 45/18
133/18 133/21 141/10
204/14
**Carolina [1]** 114/21
**CAROLLO [220]** 1/6
4/6 4/18 7/14 7/16
7/20 12/19 13/1 13/23
14/24 15/18 16/4
16/12 16/15 17/3 17/8
17/14 18/13 19/25
20/5 21/22 21/24 22/6
22/8 22/19 22/23

**C**

**CAROLLO... [194]**
23/10 23/13 23/18
24/2 24/8 24/21 25/10
25/14 26/1 26/2 26/5
26/21 27/3 28/18 29/7
29/20 29/21 30/3 30/3
30/23 31/4 31/12
31/16 32/2 32/4 32/7
32/21 33/5 33/22
33/25 34/19 36/9
36/16 38/15 38/19
39/25 40/6 40/10
41/10 41/15 41/17
41/20 41/24 41/25
43/3 46/23 47/2 47/4
47/11 50/20 52/2
53/1 57/5 57/17
57/21 58/5 58/9 58/11
58/15 58/20 59/5 60/5
60/9 60/15 60/21
60/25 61/19 62/12
62/18 62/19 62/25
63/2 63/10 69/16
69/24 73/18 74/7 75/2
75/9 76/1 78/19 79/6
81/12 84/14 85/17
89/22 89/23 92/13
93/20 95/17 95/23
95/24 96/3 96/8 96/15
97/20 98/1 98/21 99/7
100/3 102/11 103/10
104/8 109/19 113/11
119/18 121/13 122/13
122/20 123/18 124/11
125/3 125/8 125/17
125/21 126/24 127/14
130/16 131/4 131/10
131/18 132/17 134/12
134/15 135/15 135/18
137/9 143/18 146/4
148/18 149/3 150/23
151/3 151/12 151/16
155/7 158/1 164/3
164/6 164/15 164/23
165/2 166/2 167/6
177/17 178/6 178/13
178/16 179/3 179/8
181/1 181/10 185/7
185/15 186/1 196/2
196/10 199/18 201/1
201/6 201/23 209/24
221/2 221/25 222/3
225/16 226/9 227/21
227/22 228/1 228/23
228/25 232/14 233/18
234/10 234/17 235/22
235/10 236/12 237/3
237/7 237/20 238/14
242/4 242/8 243/5
243/24 244/12 246/19

246/23 249/18 254/25
256/6 256/12
**Carollo's [26]** 10/5
14/20 16/22 17/6
17/20 17/25 21/4
23/22 25/20 27/5
32/20 40/22 59/2
71/21 85/17 89/17
109/17 110/14 124/20
125/1 136/14 143/23
151/13 155/2 166/11
221/16
**carpet [1]** 154/8
**carried [1]** 54/23
**carries [1]** 47/18
**carry [1]** 53/25
**carrying [1]** 89/13
**cars [10]** 220/4
231/11 231/16 232/11
232/13 233/11 234/4
234/18 248/10 249/24
**Casa [1]** 231/2
**Casamayor [7]** 65/4
65/7 65/11 65/15
139/7 139/13 140/6
**case [55]** 1/2 4/5
6/11 6/23 7/9 15/19
31/18 43/10 58/12
58/24 60/18 60/22
61/12 61/25 62/17
63/23 82/18 86/9 92/8
93/12 105/19 107/18
107/20 110/24 112/13
112/14 112/17 133/9
148/22 159/13 159/17
161/2 161/4 161/18
161/18 161/19 162/3
162/4 162/5 162/6
162/7 162/9 162/2
163/3 163/13 163/14
167/18 172/24 183/3
187/17 187/25 195/7
198/21 206/25 226/21
**cases [1]** 184/7
**cash [2]** 74/4 74/18
**casita [34]** 188/25
189/3 197/10 197/13
197/14 197/15 197/22
197/23 197/24 197/25
198/3 206/12 206/13
206/15 206/20 210/15
211/12 212/10 212/21
213/4 213/7 213/10
214/1 214/4 214/6
215/3 215/20 217/10
217/21 218/19 222/20
222/21 222/21 223/10
**categorized [1]**
190/7
**category [1]** 177/2
**Catharsis [1]** 231/1
**cause [1]** 6/23

**causes [1]** 237/25
**causing [1]** 52/3
**caution [2]** 36/23
37/3
**CD [1]** 204/10
**cellphones [1]**
141/18
**census [1]** 116/19
**center [2]** 176/19
177/16
**central [2]** 85/13
115/11
**certain [8]** 45/16
46/15 86/2 87/19 97/3
183/2 183/3 198/5
**certainly [4]** 55/5
74/7 98/23 184/14
**certainty [1]** 193/23
**certificate [1]** 79/2
**certified [3]** 33/7
228/21 236/15
**certify [1]** 257/19
**cetera [7]** 62/25
66/19 89/9 89/12
115/12 129/24 140/1
**chain [59]** 65/3 71/6
71/14 71/16 71/23
71/24 71/25 72/1 72/6
73/7 100/13 101/8
101/9 101/11 104/19
132/17 132/25 134/12
134/14 135/12 231/5
231/6 231/7 231/8
231/20 232/8 232/11
232/13 233/11 233/18
233/24 234/4 234/8
234/15 234/17 239/6
240/18 240/24 241/2
241/4 241/10 241/15
241/15 241/16 241/17
242/8 245/1 245/6
246/3 247/5 247/20
252/13 252/17 252/25
253/1 253/1 255/19
257/1 257/2
**Chain's [1]** 257/2
**chair [1]** 167/2
**chairman [5]** 116/23
116/24 116/25 118/25
122/21
**chairs [2]** 92/10
92/12
**chairwoman [1]**
137/9
**challenged [1]** 25/11
**challenging [1]**
96/21
**chambers [3]** 52/4
82/16 112/14
**chance [2]** 15/20
205/20
**change [24]** 30/25

66/18 66/19 97/2
129/17 129/18 129/19
130/23 139/25 140/1
190/25 192/2 195/23
196/12 196/14 196/14
196/16 196/19 196/24
209/19 217/25 220/8
225/12 254/1
**changed [2]** 109/20
133/5
**changes [2]** 224/4
252/15
**channels [1]** 138/22
**Chapel [2]** 114/21
114/23
**characterized [1]**
109/22
**charge [3]** 219/8
223/20 251/22
**charges [1]** 248/6
**charter [23]** 34/7
47/21 47/23 47/24
48/1 48/3 48/5 48/24
50/18 51/11 54/2 56/5
56/6 56/7 56/16 66/10
117/17 118/7 128/12
129/18 138/14 139/18
140/25
**chase [1]** 61/4
**check [5]** 26/13 73/3
195/12 221/8 252/6
**chest [1]** 164/19
**chief [57]** 16/8 21/3
21/9 22/8 27/6 28/7
28/9 30/18 31/11
31/15 34/15 34/16
34/21 34/23 34/25
35/2 35/9 35/11 36/10
37/10 37/17 37/24
38/14 40/5 40/9 40/15
41/16 47/7 47/8 52/8
54/8 54/11 54/11
58/18 59/1 65/12 67/1
67/9 74/8 88/13 89/8
89/13 95/18 96/19
96/20 97/21 98/1
98/14 103/13 103/14
103/21 104/8 127/10
132/5 133/21 134/1
134/2
**childish [1]** 99/1
**children [2]** 92/7
169/3
**choice [2]** 24/19
36/13
**choose [3]** 36/22
187/21 187/23
**chose [1]** 130/23
**Christmas [1]** 103/9
**Christmastime [1]**
104/7
**church [1]** 190/14

**Circuit [1]** 61/9
**cite [1]** 107/4
**cited [2]** 73/6 73/9
**citizen [4]** 75/10
79/7 79/9 109/12
**citizens [4]** 24/16
24/19 52/11 75/11
**city [231]** 14/10
14/18 18/17 20/21
21/3 21/6 21/10 21/13
21/15 21/17 21/25
22/7 22/14 22/17
22/24 23/10 23/11
23/15 23/20 23/23
23/23 24/3 24/6 24/7
24/9 24/11 24/15
24/23 26/6 27/16
28/19 28/25 30/25
31/7 34/8 34/9 35/17
35/19 35/23 36/15
38/2 38/4 38/8 38/15
40/4 47/9 47/11 47/20
48/5 48/8 48/17 48/21
48/24 48/25 49/4 49/6
49/12 49/12 49/15
49/22 49/12 50/3
50/12 50/17 51/7
51/13 51/16 51/18
51/20 52/10 52/14
53/22 53/24 54/3 54/5
54/6 54/9 54/23 55/19
55/20 55/24 56/5 56/6
56/7 56/13 56/15
56/17 58/14 60/25
63/1 65/8 65/12 67/10
67/13 67/21 68/21
69/12 69/13 74/7
79/15 79/25 82/2 82/6
84/25 87/4 87/17
87/17 87/21 88/5 88/6
102/8 102/12 102/18
102/20 107/3 107/10
114/11 116/2 116/5
116/16 116/20 117/14
117/17 117/19 117/21
117/25 118/4 118/6
118/9 118/10 118/12
124/23 125/9 126/1
126/15 127/15 127/15
127/19 127/22 127/23
129/12 129/13 129/14
129/17 129/20 130/3
130/6 130/13 130/14
130/14 130/16 130/21
130/22 130/23 130/23
130/24 130/24 131/1
131/4 131/17 131/22
132/5 132/6 132/10
133/22 134/17 136/8
136/12 138/14 139/10
140/7 141/6 144/23
145/16 146/17 146/20

**C**

**city... [55]** 146/22
146/23 147/3 147/6
147/8 147/9 148/9
151/19 154/4 154/8
156/15 158/8 159/1
159/3 159/6 159/8
159/14 162/21 163/15
166/15 166/20 166/21
167/7 167/11 167/21
168/1 189/25 191/20
191/25 193/16 193/24
194/25 195/24 196/4
198/24 199/23 202/15
204/1 205/4 205/13
209/12 215/21 215/24
217/15 218/7 248/5
248/14 249/13 250/7
250/10 250/23 252/4
252/9 252/24 256/13
**city's [1]** 128/14
**civil [2]** 4/10 163/14
**claim [4]** 26/2 221/3
228/16 229/5
**claimed [1]** 237/7
**claiming [1]** 221/1
**claims [3]** 89/18
107/19 237/3
**clarification [5]**
61/16 67/7 67/8 68/17
108/25
**clarify [2]** 91/6
242/12
**clarity [6]** 66/9
66/23 66/24 67/14
68/6 139/17
**class [2]** 39/21 39/21
**clause [1]** 193/2
**cleaner [1]** 227/19
**clear [16]** 42/21
46/15 60/4 91/2
128/15 163/2 171/25
190/17 194/24 198/10
205/3 205/14 220/12
225/9 244/5 251/10
**cleared [2]** 193/12
195/11
**clearly [6]** 117/18
128/11 134/16 180/22
213/8 223/3
**clerk [2]** 166/21
207/5
**client [2]** 15/21
130/14
**client's [2]** 7/15
223/22
**clients [1]** 7/19
**Clip [1]** 144/17
**clock [1]** 37/13
**close [10]** 8/3
102/25 190/3 190/3

190/13 201/1 205/16
205/16 248/3 257/2
**closed [8]** 5/23
105/11 238/9 239/3
239/16 239/22 241/16
241/16
**closely [1]** 27/15
**closer [4]** 190/15
194/15 205/23 240/17
**closes [1]** 253/2
**closest [2]** 151/16
157/25
**closing [2]** 125/9
252/21
**coconut [13]** 11/2
114/18 116/6 116/23
120/12 120/17 120/20
120/23 120/25 136/19
169/1 177/4 178/12
**code [73]** 11/10
54/25 65/14 68/1 68/7
68/9 72/12 72/16
72/24 72/24 73/3 73/6
73/10 79/16 80/13
80/16 80/21 80/24
81/7 81/12 101/24
102/1 110/3 110/4
110/15 110/16 110/18
117/20 119/5 119/8
119/12 121/7 121/20
121/23 122/5 122/6
124/21 124/23 125/24
126/2 126/3 126/6
126/7 126/18 126/22
126/22 127/10 129/17
129/19 132/3 132/8
133/4 133/7 134/11
145/1 147/15 153/19
153/21 153/22 153/24
155/18 164/18 166/20
167/11 198/6 199/2
199/10 204/16 217/15
232/23 233/4 233/10
245/22
**coffee [3]** 120/3
120/10 177/6
**Cohen [1]** 11/20
**coincides [1]** 84/21
**COLE [1]** 2/2
**Colina [1]** 127/10
**collapsing [1]** 145/4
**collect [1]** 249/10
**collecting [1]** 63/12
**college [1]** 115/4
**color [1]** 101/6
**come [30]** 10/23
18/5 40/1 42/25 52/3
55/7 76/8 81/7 86/21
93/13 94/5 105/9
106/10 107/5 108/15
123/6 126/5 138/1
141/14 141/23 144/23

147/18 147/20 148/10
161/19 172/2 200/20
223/21 230/20 252/15
**comes [12]** 24/18
41/16 41/19 51/2 51/6
68/24 110/11 113/3
133/19 136/22 199/12
206/2
**comfort [1]** 9/12
**comfortable [5]**
21/21 21/23 36/20
98/7 99/15
**coming [10]** 9/23
19/6 35/19 42/5 42/11
126/21 182/8 212/25
213/13 237/25
**comment [6]** 14/23
15/18 16/15 104/13
107/21 145/23
**commercial [2]**
155/14 218/3
**commission [67]**
40/9 46/4 49/6 50/5
51/3 51/9 51/14 51/18
51/21 52/4 52/10
52/12 52/24 53/16
56/13 56/15 56/23
67/2 81/17 81/19
81/20 81/23 82/1 82/6
82/13 82/22 83/4
83/25 84/22 84/22
86/1 87/21 87/25
122/9 122/13 122/19
123/4 123/23 124/8
128/6 130/14 130/23
130/23 131/9 135/25
138/3 142/21 143/8
144/14 147/9 149/10
149/18 150/8 150/10
150/12 150/13 164/2
166/15 168/3 195/3
195/5 196/20 196/21
220/15 221/1 221/1
224/9
**commissioner [161]**
4/18 5/4 7/14 22/14
24/18 25/3 25/15 26/6
28/23 30/4 33/13
35/16 38/19 38/20
50/20 52/6 53/1 55/6
55/19 55/23 57/5
58/14 60/9 60/25
61/19 63/10 69/15
69/24 71/20 75/9 79/6
83/11 84/14 85/14
85/17 86/6 88/9 88/10
88/10 89/17 89/22
89/23 92/13 94/4 95/7
95/23 99/6 100/3
100/6 109/17 109/18
112/25 114/11 115/17
116/4 117/14 117/16

118/6 118/9 119/4
119/18 122/9 122/13
122/20 123/12 123/18
124/11 125/8 125/16
125/21 127/14 128/1
128/2 129/8 134/12
134/14 135/15 136/14
137/9 137/11 138/15
141/9 142/6 142/24
143/1 143/6 143/10
143/18 143/22 143/23
144/6 144/9 144/15
146/4 147/1 148/18
148/19 148/22 148/25
149/5 150/16 150/23
151/2 151/3 151/7
151/12 151/13 151/16
152/7 154/5 155/2
155/7 157/25 164/1
164/1 164/6 164/14
164/23 165/1 167/6
177/17 178/16 181/10
185/7 185/15 185/15
186/1 186/2 194/22
192/5 195/9 195/12
196/2 196/9 198/14
199/17 200/1 200/17
201/8 209/24 221/2
221/16 221/25 222/5
232/14 233/17 234/10
234/17 235/2 235/9
236/11 237/20 238/14
242/4 242/12 243/24
244/12 246/23 254/25
256/6 256/9
**commissioner's [5]**
55/7 83/10 91/7 97/2
235/15
**commissioners [39]**
30/16 30/18 47/14
47/15 48/12 49/9
49/13 50/4 50/9 50/12
51/7 51/12 51/13 52/1
52/15 52/15 52/17
52/21 52/21 56/10
56/17 82/8 83/2 83/22
119/19 123/3 129/13
129/14 129/16 129/25
130/13 134/25 138/17
141/11 141/18 142/18
149/16 151/4 198/11
**committee [3]** 44/10
44/11 45/3
**committees [1]**
117/9
**common [2]** 25/8
187/2
**communicating [1]**
118/6
**communications [3]**
52/14 65/14 141/10
**community [9]**

33/14 38/20 116/25
118/21 118/23 120/16
120/23 121/2 121/3
**companies [2]** 59/11
80/20
**company [21]** 78/16
81/6 115/5 158/5
158/7 169/22 170/8
171/19 174/24 175/2
176/14 230/16 230/18
230/24 231/4 235/5
247/25 248/5 248/6
249/9 254/5
**compared [1]**
136/13
**compel [4]** 60/8
60/20 63/9 63/18
**compelling [1]**
62/24
**compilation [1]**
101/3
**complainant [1]**
44/23
**complained [1]**
250/15
**complaining [3]**
43/1 121/14 133/20
**complaint [31]**
42/16 42/19 43/4 43/9
43/20 43/20 44/2 44/5
44/5 44/9 44/12 44/16
44/18 44/24 45/1 45/3
45/22 46/3 46/18
46/20 47/2 57/16
57/21 58/4 58/8 58/12
66/14 89/16 139/21
161/21 254/23
**complaint/concern
[2]** 66/14 139/21
**complaints [8]**
17/24 58/10 121/10
155/23 156/8 225/5
225/8 225/14
**completed [1]** 30/19
**completely [2]**
107/17 253/3
**completes [1]**
153/15
**complex [1]** 18/4
**compliance [48]**
30/20 68/8 68/9 72/12
72/24 73/3 73/6 79/16
79/22 80/10 80/12
80/13 80/15 80/16
80/21 101/24 102/1
119/5 119/9 119/12
121/20 121/24 122/5
124/21 126/3 126/5
126/7 126/16 126/23
127/10 133/5 147/17
147/18 147/20 159/21
159/23 160/5 160/6

**C**

**compliance... [10]** 160/9 160/11 160/13 160/21 160/22 161/20 161/21 163/12 166/20 167/11

**complied [1]** 79/17

**complies [1]** 189/20

**comply [4]** 155/17 216/8 256/13 256/17

**component [1]** 74/9

**Compound [2]** 233/6 239/23

**comprehensive [2]** 24/8 97/17

**comprised [1]** 87/25

**Con [1]** 177/6

**conceal [1]** 153/5

**conceived [1]** 136/20

**concept [3]** 105/6 105/9 133/4

**concern [15]** 44/19 66/14 67/12 74/6 76/8 76/21 77/1 77/3 77/7 124/21 127/21 139/21 150/23 189/14 224/2

**concerned [3]** 59/20 68/6 132/10

**concerning [4]** 70/8 129/8 134/23 158/25

**concerns [19]** 66/15 75/1 76/24 113/9 118/19 127/18 139/22 140/11 143/23 144/1 144/2 146/4 151/3 151/21 152/1 152/3 154/1 154/4 182/8

**conclude [1]** 257/9

**concluded [1]** 32/20

**conclusion [2]** 105/18 130/9

**condition [1]** 85/9

**conditioned [2]** 191/4 191/12

**conduct [2]** 77/9 89/17

**Conectica [3]** 175/2 176/11 203/8

**confer [1]** 118/10

**confidence [2]** 25/1 103/24

**confidential [1]** 77/16

**configuration [1]** 91/23

**configured [1]** 92/2

**confrontation [1]** 125/7

**confuse [1]** 17/18

**confused [2]** 17/22

19/18

**confusing [4]** 97/16 122/15 124/15 130/18

**congratulated [1]** 25/7

**congratulations [4]** 25/6 30/7 33/3 33/10

**Congress [2]** 116/1 165/10

**conjunction [1]** 29/12

**connected [1]** 101/15

**connection [10]** 13/1 43/14 58/24 112/18 176/10 176/22 181/7 223/12 224/7 249/12

**consequence [1]** 75/13

**considering [1]** 19/2

**consistent [2]** 68/20 95/22

**consists [1]** 188/16

**conspiracy [1]** 225/3

**constantly [1]** 131/1

**constituent [5]** 66/13 117/22 118/18 139/20 156/7

**constituents [7]** 50/22 117/24 118/19 151/4 151/7 151/14 156/11

**constituents' [2]** 118/3 155/23

**Constitution [3]** 47/23 117/17 129/19

**Constitutional [1]** 118/7

**constrained [1]** 68/13

**construction [11]** 79/20 79/21 79/25 80/22 87/3 87/15 87/16 87/20 150/20 153/6 153/16

**consulting [3]** 115/15 248/6 249/9

**consumers [3]** 176/13 176/22 177/15

**consumes [1]** 33/19

**consuming [2]** 40/24 58/21

**consumption [1]** 192/15

**contact [4]** 5/21 31/20 67/19 112/13

**contacted [1]** 231/7

**contacting [1]** 67/11

**contacts [2]** 66/12 139/19

**contain [1]** 154/15

**contaminated [1]** 153/1

**contemplated [3]** 171/19 184/21 214/13

**contemporaneously [1]** 222/2

**contend [1]** 47/1

**content [1]** 220/22

**context [1]** 143/11

**continuance [1]** 6/5

**continue [8]** 9/9 34/4 43/7 64/9 94/23 208/1 211/17 244/25

**CONTINUED [2]** 2/1 9/19

**continues [3]** 84/25 145/1 191/8

**continuing [3]** 42/18 145/2 193/5

**contract [2]** 7/18 245/4

**contractors [1]** 225/8

**contradicted [2]** 90/22 90/22

**contrary [2]** 69/24 93/16

**control [4]** 7/4 13/15 46/3 176/19

**controlled [1]** 176/13

**controversy [1]** 22/21

**convenience [1]** 93/12

**conversation [13]** 42/19 131/21 139/17 155/20 160/4 164/23 178/14 182/19 207/1 222/3 228/10 235/17 246/8

**conversations [1]** 66/8

**convince [1]** 129/16

**coordinating [1]** 5/15

**copy [7]** 65/13 95/24 96/1 106/22 160/7 166/21 179/19

**Coral [2]** 76/19 76/23

**cork [1]** 184/7

**corporate [1]** 181/9

**corporation [2]** 179/13 179/14

**corporations [1]** 171/5

**correct [276]**

**corrected [3]** 126/22 206/2 250/19

**correctly [7]** 92/23 107/6 129/5 206/1

231/2 234/16 243/9

**correspondence [1]** 67/22

**corruption [4]** 121/20 121/23 122/5 166/19

**cost [1]** 191/16

**could [98]** 7/16 11/20 13/3 13/7 13/8 14/10 14/10 15/7 18/10 18/14 19/11 19/16 20/11 25/14 26/16 27/18 29/11 30/10 30/25 33/14 37/12 43/13 51/24 55/11 59/17 64/10 64/11 64/22 67/13 67/18 67/24 67/24 68/21 72/20 72/21 73/18 76/17 76/21 77/6 77/9 79/21 84/9 87/12 88/11 89/2 96/19 97/5 97/7 100/18 100/25 101/21 103/12 103/16 106/12 106/17 107/3 114/16 122/3 126/6 126/10 126/10 127/3 129/6 130/24 133/7 137/10 142/10 145/3 145/3 145/3 145/4 145/4 145/7 145/8 147/12 156/10 156/13 156/22 160/10 168/22 170/15 171/17 173/3 175/19 176/9 176/23 207/18 215/11 220/2 222/20 223/4 223/8 224/13 225/20 236/2 239/2 245/17 252/16

**couldn't [11]** 4/22 17/12 18/12 37/7 53/14 67/21 142/15 199/3 218/8 248/3 255/3

**counsel [31]** 4/6 26/13 41/25 43/12 43/21 50/13 87/7 91/3 91/8 91/8 91/15 91/18 92/3 92/12 92/17 102/22 105/22 124/18 131/15 161/17 162/10 163/15 163/18 173/19 198/21 199/5 208/21 208/23 210/3 241/7 247/16

**counsel's [3]** 6/17 91/10 242/24

**count [1]** 131/2

**Counter [1]** 82/8

**countries [1]** 115/7

**country [4]** 129/13

129/15 230/22 237/25

**county [13]** 78/20 78/20 78/23 79/1 79/1 79/5 79/6 79/7 79/12 114/20 189/25 191/21 193/25

**couple [7]** 10/3 20/23 116/25 148/1 148/2 201/3 218/2

**course [12]** 31/20 50/21 84/11 84/25 107/18 138/2 140/3 155/19 156/18 161/5 189/24 211/1

**court [45]** 1/1 4/4 6/13 8/20 9/13 13/15 16/20 42/25 44/8 45/21 46/12 59/21 61/10 61/13 62/3 63/9 63/20 64/3 89/24 90/1 90/14 91/19 92/22 94/22 106/1 112/4 112/5 112/10 112/11 112/16 112/16 112/19 113/15 113/15 113/22 161/6 163/24 169/1 181/20 181/25 217/6 229/12 230/12 251/11 257/23

**Court's [2]** 108/17 243/1

**courthouse [6]** 5/23 8/11 8/12 92/2 182/4 182/6

**Courtney [2]** 1/11 4/13

**courtroom [13]** 9/4 32/12 32/13 64/2 64/6 91/23 92/16 92/20 111/2 112/21 207/7 207/20 257/15

**courtrooms [1]** 92/11

**courts [2]** 23/3 23/4

**covenants [1]** 192/17

**cover [1]** 134/18

**covered [1]** 140/4

**covering [1]** 153/3

**covert [2]** 98/24 98/24

**COVID [2]** 37/19 206/6

**cow [2]** 82/16 82/23

**craft [4]** 183/1 204/2 204/11 204/11

**CRD [1]** 45/6

**cream [1]** 177/6

**create [4]** 123/10 172/20 174/12 183/12

**created [7]** 59/24 97/22 107/8 202/14

**C**

created... [3] 230/24
251/11 256/12
creating [2] 60/3
97/24
credibility [5] 14/23
15/18 15/23 16/1 93/7
credit [1] 252/5
credited [1] 24/2
crime [3] 136/2
136/6 137/5
cross [18] 3/3 20/10
20/14 43/8 45/19 64/9
90/19 93/12 108/6
138/8 138/10 166/8
167/24 182/15 216/23
216/24 225/16 229/8
cross-examination
[11] 20/10 43/8
45/19 64/9 90/19
93/12 108/6 138/8
166/8 167/24 225/16
cross-examine [1]
229/8
CRR [1] 257/22
Crystal [1] 169/1
CTI [1] 187/18
CU [3] 144/20 144/20
144/21
Cuba [1] 237/25
Cuban [1] 177/6
cultural [2] 17/4
121/3
Culturales [2] 17/3
17/10
cumulative [1]
215/17
curiosity [1] 164/22
currency [1] 30/13
current [3] 115/13
191/14 192/16
currently [3] 171/11
245/2 247/22
Curtis [1] 64/25
customers [3] 172/2
176/20 241/19
cut [2] 61/4 126/11
CV [2] 1/2 163/14

**D**

D3 [12] 38/19 39/17
76/2 76/10 76/18 81/1
88/5 88/25 95/3 96/19
96/23 186/2
Dade [2] 20/23 78/20
Dadeland [1] 2/3
daily [1] 225/9
dais [12] 51/14
52/16 82/2 127/1
127/4 129/7 135/24
135/25 141/15 143/24
144/15 155/4

damage [1] 8/2
damages [3] 8/6
44/4 44/5
Dan [2] 155/25 203/1
dangerous [1] 72/9
Daniel [2] 203/9
204/1
dark [1] 177/3
data [1] 223/8
database [1] 87/17
date [14] 29/4 31/3
103/4 123/5 174/4
174/9 185/13 200/4
220/17 226/2 230/12
232/20 243/17 244/5
dated [6] 26/24
139/12 203/7 204/9
209/13 216/5
dates [2] 5/15
194/13
daughter [1] 221/16
DAVIS [1] 1/18
Dawson [2] 2/3 4/17
day [31] 1/8 5/25
11/16 11/16 11/18
29/16 60/9 68/24 83/7
87/21 94/4 103/9
123/24 124/5 124/9
124/23 143/16 168/5
186/11 218/23 222/3
222/10 225/5 227/5
232/12 235/13 238/7
238/8 244/12 251/3
252/23
days [16] 22/19
34/25 39/2 40/8 41/23
52/9 83/7 84/7 88/14
89/10 107/5 133/13
211/20 249/23 250/20
251/3
DC [2] 158/4 158/7
dead [1] 23/1
deal [6] 34/23 42/6
86/10 129/23 155/25
185/17
dealing [2] 141/4
222/5
deals [1] 56/9
dealt [4] 78/5 78/16
86/19 87/15
Dear [1] 204/7
debate [1] 82/8
debunked [1] 138/2
December [30] 26/6
30/1 30/2 30/10 31/3
31/4 103/2 103/9
103/9 103/17 103/18
178/2 185/3 185/8
185/9 185/20 186/14
186/16 191/24 191/24
193/13 195/21 199/12
199/17 199/19 199/20

199/22 204/9 225/17
225/19
December 25 [1]
103/18
decide [1] 86/10
decided [4] 18/18
37/3 75/6 220/23
decision [9] 44/10
45/3 88/17 89/12
90/23 93/2 95/5 239/6
239/6
decisions [3] 51/6
88/15 89/10
declared [1] 210/18
declines [2] 89/24
112/19
dedicate [1] 36/11
default [3] 23/11
23/15 23/23
defend [3] 60/14
61/1 61/20
defendant [6] 1/7
1/15 2/2 44/9 59/23
161/19
defendant's [8] 3/11
64/18 101/14 139/6
179/16 207/16 209/2
210/10
defendants [2] 7/3
163/3
defending [1] 63/1
defense [22] 7/22
26/11 26/11 26/16
26/18 26/23 64/11
64/11 64/20 65/3 91/3
91/8 92/17 100/17
100/18 100/20 101/3
102/25 138/24 163/18
207/14 210/3
deferred [1] 146/11
definitely [2] 83/9
121/1
definition [2] 11/20
46/16
definitive [2] 218/5
218/6
demanding [1]
133/8
demolish [3] 210/13
211/11 211/19
demolished [3]
154/19 210/18 216/7
demolition [2]
160/14 212/17
demonic [1] 256/12
demoralized [1]
168/2
demoralizing [1]
127/18
demoted [1] 85/17
denied [2] 16/4
204/22

denies [1] 90/11
deny [3] 90/25 91/1
93/1
department [43]
21/16 22/24 23/14
24/2 24/5 28/25 30/21
34/10 54/5 54/8 54/9
54/12 55/3 67/12
67/19 67/22 73/16
74/11 74/21 79/4
82/10 82/12 82/17
82/23 83/1 83/8 83/11
83/20 86/2 118/11
121/21 121/24 122/6
126/2 126/3 138/18
138/21 166/17 245/10
250/10 250/11 251/11
252/4
departments [4]
23/15 54/23 56/3
83/17
depending [1]
189/25
depose [2] 6/14
228/8
deposed [1] 7/9
deposit [1] 192/21
deposition [26] 5/16
7/3 7/10 8/8 12/25
13/1 13/3 13/12 15/13
15/14 15/15 15/17
16/5 158/14 160/7
161/1 161/6 161/17
162/2 162/4 162/5
162/6 162/20 163/16
164/14 227/22
depositions [1] 6/18
deputy [5] 18/17
52/7 52/8 86/13 134/1
describe [8] 73/25
126/24 127/3 130/15
131/10 176/9 182/25
222/20
described [4] 89/14
134/20 184/25 200/23
describes [1] 188/12
describing [1] 181/6
description [4]
35/10 56/11 97/17
117/18
descriptions [1]
35/12
deserves [1] 153/7
designated [2]
39/14 39/15
designation [2]
39/24 183/2
designed [1] 176/12
desire [1] 125/12
Destileria [5] 169/10
169/11 169/18 170/8
details [1] 201/24

detected [1] 235/12
determination [4]
15/24 15/25 72/22
72/25
determine [2] 77/22
78/24
determined [2]
160/14 249/23
developed [1] 176/4
developing [1]
223/7
development [4]
116/24 117/3 117/8
171/4
Devon [1] 218/16
dictionary [1] 11/25
did [172] 6/19 7/5
10/6 10/13 11/4 11/6
11/16 12/7 14/3 14/3
17/14 17/16 18/18
18/22 19/2 19/9 19/25
20/4 20/25 21/1 22/2
22/5 25/2 28/10 30/12
31/7 32/5 39/3 49/15
50/15 57/18 59/12
63/4 68/18 70/3 73/13
80/19 81/5 81/21
81/22 92/9 92/23
93/16 96/6 96/7 98/16
99/6 100/2 102/1
107/6 109/17 110/2
110/2 110/3 110/14
110/15 114/21 114/23
114/25 115/1 115/13
115/16 115/21 115/23
115/25 118/18 119/4
119/7 119/11 120/24
121/4 124/12 124/24
127/18 127/21 128/5
131/21 134/2 136/2
137/25 147/10 147/24
149/3 152/17 152/20
157/19 161/1 164/24
165/10 167/4 167/10
167/13 167/14 168/1
172/10 172/14 172/20
178/13 179/3 181/25
182/8 186/14 190/10
195/14 195/16 196/8
196/24 198/22 199/1
200/16 201/13 201/13
201/17 201/19 201/21
201/24 202/11 204/25
205/1 208/12 210/25
213/9 213/23 213/24
215/7 219/11 219/13
221/15 225/1 226/20
230/20 230/25 231/4
231/11 231/14 232/8
232/14 232/23 233/4
233/10 233/17 234/3
234/10 235/2 237/5

**D**

**did... [27]** 237/20
238/6 239/4 240/4
240/14 241/19 242/1
242/3 243/24 244/12
244/14 244/22 245/4
246/23 247/25 248/22
249/5 249/12 250/17
251/17 252/9 252/15
253/25 254/19 255/18
255/19 256/7

**Did you ever [1]**
213/23

**did you go [1]**
210/25

**didn't [76]** 8/3 8/5
10/18 11/11 21/22
24/5 25/5 25/6 31/17
32/5 34/14 34/21
34/23 35/11 37/6
40/24 43/16 70/6
74/10 79/3 80/6 85/14
88/15 96/7 98/2 98/12
98/15 99/12 100/7
108/17 132/1 133/6
134/1 142/22 143/23
143/25 144/5 144/6
147/23 149/3 149/5
150/25 151/11 152/22
157/11 157/19 157/21
158/10 162/8 162/13
165/11 166/12 167/13
185/8 185/19 185/21
193/13 201/18 202/4
202/18 202/20 202/22
208/8 212/12 214/3
215/11 216/10 222/4
222/7 225/10 225/12
235/8 235/18 240/9
242/19 250/2

**difference [1]** 126/6
**different [31]** 10/9
39/7 44/6 52/1 54/12
56/3 57/7 59/10 61/20
62/21 71/13 71/20
89/14 116/14 133/13
133/25 140/21 140/25
140/25 141/1 155/21
161/18 161/18 162/4
163/8 166/5 183/20
188/22 202/16 218/11
231/11

**differently [1]** 92/2
**difficult [1]** 112/15
**diligence [1]** 208/12
**diminished [1]**
30/22

**direct [23]** 3/3 9/19
14/3 54/21 55/14 57/1
61/18 70/25 73/15
78/7 87/24 88/22

95/16 114/6 118/17
143/14 143/17 144/23
168/20 216/23 217/15
230/6 247/17

**directed [1]** 102/12
**directing [3]** 130/6
141/4 166/21
**direction [2]** 34/9
102/20
**directive [3]** 66/22
67/11 139/18
**directive/explanatio
n [1]** 66/22
**directives [1]** 66/10
**directly [9]** 60/25
66/15 139/22 140/10
176/13 176/19 177/15
205/21 252/7
**director [21]** 34/7
48/1 65/14 68/1 68/5
68/7 127/11 139/16
166/17 195/11 195/14
198/12 198/13 204/1
205/14 214/11 217/24
218/12 239/8 250/7
250/22
**directors [9]** 67/12
67/19 67/22 82/17
82/24 83/8 86/3
217/25 219/1
**directs [2]** 66/17
139/24
**disagree [2]** 217/17
217/18
**disagreed [2]** 136/5
167/19
**disappeared [1]**
180/16
**disclosed [4]** 6/9
6/13 6/21 7/8
**disclosures [1]** 7/7
**Discomfort [1]** 98/7
**discovery [14]** 8/3
8/4 14/11 59/22 60/7
60/8 60/17 60/22
61/13 61/14 61/24
62/5 62/24 63/16
**discreet [2]** 71/10
71/14
**discretion [2]** 141/6
198/23
**discuss [6]** 63/23
110/23 149/16 163/3
172/15 206/25
**discussed [10]**
81/16 86/15 87/22
141/14 147/25 160/22
181/6 227/8 227/22
239/12
**discussing [3]**
143/22 209/14 238/23
**discussion [3]** 34/16

86/19 122/24
**Disdain [1]** 110/1
**Dislike [1]** 110/1
**dismissed [5]** 18/15
41/10 44/16 44/17
44/18
**display [1]** 183/4
**disqualify [1]** 221/2
**disregard [1]** 217/16
**distance [4]** 190/9
192/3 204/15 205/23
**distanced [1]** 190/4
**distances [1]** 190/18
**Distiliaria [3]** 175/2
176/11 203/8
**distill [2]** 183/12
184/2
**distillation [1]** 183/5
**distilled [4]** 183/1
186/19 187/7 193/10
**distilleries [2]** 190/1
192/1
**distillery [40]** 7/15
7/19 170/18 171/20
172/5 172/11 172/15
172/21 174/16 175/8
176/3 176/25 177/9
178/22 179/4 179/5
181/7 182/21 182/23
182/24 183/1 184/12
186/25 189/4 189/11
189/19 192/15 196/7
196/18 201/8 204/3
204/11 204/12 206/10
206/16 206/20 206/21
222/22 223/13 223/22
**distilling [2]** 169/22
183/21
**distinct [1]** 184/20
**distracted [1]**
185/19
**distracting [1]** 33/15
**distributors [3]**
176/15 176/16 176/21
**district [95]** 1/1 1/1
1/9 6/12 21/5 21/6
24/23 25/11 26/5
27/25 28/19 30/4 30/4
31/12 32/15 32/16
32/22 33/16 34/20
38/1 38/3 38/7 38/8
38/9 38/9 38/19 38/23
39/4 39/7 39/9 39/9
39/10 39/14 39/17
41/16 42/6 46/24
49/10 49/18 50/22
51/12 54/22 55/8 55/8
57/12 59/9 76/14
76/22 81/5 81/12
84/15 87/25 97/2
109/13 116/4 116/5
116/9 116/13 116/16

116/16 116/18 116/23
119/1 119/13 120/6
120/10 120/10 121/5
121/8 121/11 129/9
131/23 132/4 135/7
136/12 136/15 136/15
136/16 136/19 142/7
144/2 150/25 151/3
151/6 151/16 151/17
156/24 157/1 157/6
185/16 193/11 196/7
204/4 204/13 219/4
**District 3 [1]** 28/19
**districts [6]** 116/11
116/14 121/15 136/13
136/20 192/2
**disturbing [1]** 97/16
**do [239]** 7/3 7/16
8/17 10/16 10/17
10/17 10/18 11/7
14/12 14/16 14/20
17/3 17/5 17/24 18/1
18/15 25/8 28/23 33/2
34/2 34/4 35/10 36/6
38/20 40/5 42/25
43/10 44/9 45/2 45/16
45/22 46/1 53/14 54/2
54/3 55/4 55/12 55/12
55/14 63/14 63/23
63/24 64/12 65/5
65/19 65/23 70/18
71/7 71/21 72/17 74/1
75/7 75/11 75/16
75/18 75/18 78/6 81/9
81/12 83/6 84/20
88/10 88/11 90/14
91/12 92/22 93/17
93/18 93/22 94/2 94/6
94/15 95/13 95/18
95/18 97/3 98/15
98/20 99/7 99/14
99/15 99/19 100/19
102/13 104/24 105/5
105/6 106/3 106/12
106/17 109/8 110/23
110/24 113/25 114/25
117/7 117/22 118/8
118/14 118/17 119/23
120/5 122/9 123/17
123/18 124/11 125/3
125/12 125/16 126/18
128/1 128/12 128/25
130/3 130/6 132/25
133/6 134/22 134/25
135/6 136/6 136/7
139/6 142/4 144/9
147/8 148/7 148/16
149/20 152/4 152/7
154/4 154/7 155/3
156/7 156/10 156/16
157/5 158/2 161/20
164/5 164/20 165/5

169/2 169/5 169/21
169/23 170/2 170/3
170/25 171/1 171/7
171/11 171/12 171/14
171/17 173/10 174/20
174/24 175/2 175/7
175/18 175/18 176/23
177/11 178/1 178/3
178/13 178/16 179/8
179/10 180/6 180/14
181/3 181/5 183/23
186/18 187/5 187/8
188/12 188/17 193/1
193/2 194/1 197/6
197/9 197/14 198/11
198/25 199/12 199/20
199/21 201/13 201/15
202/25 206/25 206/25
208/12 208/16 208/17
211/13 213/1 213/2
213/13 213/15 213/16
213/17 213/19 213/21
213/25 214/1 214/6
214/22 215/2 215/5
215/9 216/17 217/17
217/22 221/5 223/14
223/16 224/21 229/16
230/15 230/18 232/3
233/24 235/9 236/11
239/4 242/23 243/4
245/7 246/15 255/3
255/5 257/10 257/11
**do you [16]** 65/23
128/1 142/4 147/8
155/3 165/5 169/2
171/11 180/6 215/9
217/17 230/18 232/3
233/24 236/11 243/4
**do you see [17]** 33/2
65/5 65/19 70/18
106/17 128/25 130/3
130/6 174/20 175/2
181/3 188/17 211/13
213/1 213/13 214/6
242/23
**document [20]**
11/25 13/9 55/15 60/1
62/14 62/14 63/3 63/7
66/6 78/2 96/11 103/2
118/7 130/9 174/2
174/10 174/12 180/6
216/11 248/14
**documentation [4]**
52/6 75/3 81/13
134/10
**documents [23]**
11/4 11/7 11/8 11/11
14/17 58/23 59/23
60/2 60/5 60/15 60/16
61/17 63/3 63/12 70/4
73/23 78/1 78/12 79/9
79/11 79/12 79/12

**D**

**documents... [1]**
245/9
**does [29]** 7/11 13/15
16/11 17/10 29/4
44/11 61/12 61/24
72/12 74/21 77/16
79/15 79/20 79/20
85/1 91/2 117/16
130/13 162/1 170/8
176/18 195/8 195/9
203/9 204/15 213/3
220/7 240/24 243/6
**doesn't [16]** 13/14
41/6 44/10 59/25
67/21 83/16 84/6
91/24 103/20 124/16
131/14 151/12 251/2
251/2 256/13 256/17
**doing [35]** 10/15
30/23 37/21 37/22
42/23 42/24 43/3 47/7
62/18 74/12 80/16
94/17 98/8 98/12 99/3
99/11 99/16 99/23
100/4 100/7 119/12
134/11 142/25 200/21
201/8 220/21 225/6
225/8 230/9 230/10
235/6 235/7 235/10
237/4 246/3
**Dollar [1]** 245/24
**dollars [2]** 126/9
180/21
**Domino [1]** 18/5
**don't [118]** 13/16
14/18 14/18 14/19
15/20 16/24 19/16
20/19 22/12 29/10
31/8 31/15 41/4 41/7
42/2 44/24 45/23 69/2
70/24 72/9 73/6 73/10
77/16 78/3 88/24
90/13 91/4 91/14 92/6
92/18 93/15 96/11
97/6 99/17 100/4
103/17 104/25 105/2
109/6 109/7 112/13
113/13 113/14 113/18
117/16 119/20 122/24
123/21 124/13 125/6
125/11 126/2 131/11
132/17 132/24 133/19
145/11 146/9 146/10
146/10 146/12 148/11
149/21 154/9 154/10
155/9 156/2 158/13
158/14 158/16 160/6
161/21 161/22 162/16
163/17 164/3 164/5
164/12 164/16 164/16

164/17 165/5 165/6
165/8 165/16 166/6
179/18 181/12 181/13
185/5 188/2 188/8
190/25 192/7 196/23
200/14 201/5 202/15
203/3 211/24 212/1
212/9 213/4 214/24
215/11 217/18 218/1
218/10 219/23 221/18
224/20 225/3 228/11
239/17 248/23 250/5
250/8 251/7
**done [32]** 9/1 14/13
14/15 43/25 51/7
52/16 55/2 55/20 59/8
80/1 84/6 102/17
117/10 119/19 142/3
145/5 145/5 152/10
155/8 183/22 184/3
195/4 214/20 214/22
220/17 224/21 224/21
231/19 235/13 246/14
253/12 253/13
**door [3]** 108/6
127/24 163/6
**doors [1]** 42/25
**Doral [20]** 20/22
21/9 21/11 21/13
21/15 21/17 21/25
22/7 24/12 24/21 25/2
27/16 28/5 28/22
30/12 30/24 54/11
54/12 74/8 74/14
**dossier [1]** 137/13
**doubt [2]** 36/22
36/24
**down [29]** 17/1
18/14 57/4 66/21 71/4
78/14 101/21 102/5
125/13 125/22 125/25
126/25 128/24 132/3
147/21 163/5 168/5
199/11 205/7 215/21
215/24 217/19 219/25
223/2 223/11 228/3
250/18 253/25 256/7
**downtown [7]** 116/6
116/17 116/24 117/3
117/8 117/11 178/4
**draft [3]** 129/24
175/5 186/19
**draw [3]** 119/7
139/11 143/13
**drawing [3]** 35/24
36/2 116/13
**drawings [2]** 202/14
216/16
**dressed [1]** 248/9
**drink [1]** 133/15
**drive [1]** 177/14
**driveway [1]** 214/8

**driving [1]** 246/23
**dropping [1]** 199/25
**drugs [1]** 30/14
**due [3]** 175/7 204/17
208/12
**duplicative [1]**
216/24
**during [28]** 5/14
5/16 13/1 21/1 23/8
37/19 41/23 46/23
58/7 58/11 62/11
82/22 84/3 84/16
84/23 85/16 88/22
104/7 107/15 125/10
132/7 143/21 154/5
158/16 181/11 191/23
218/1 235/17
**duties [2]** 52/5
117/13
**duty [1]** 159/8
**DX [6]** 138/25 208/20
209/6 209/11 210/2
210/8
**dynamics [1]** 67/2

**E**

**each [5]** 20/18 83/10
133/25 141/18 141/20
**ear [1]** 94/21
**earlier [4]** 65/13
65/16 103/4 158/4
**earliest [1]** 26/23
**early [13]** 22/19
31/12 34/25 37/16
37/20 39/2 40/8 41/23
52/9 88/14 89/10
175/10 198/2
**earn [1]** 28/10
**easier [4]** 208/7
235/23 237/18 257/1
**easiest [1]** 241/14
**easily [1]** 138/2
**East [1]** 257/24
**easy [1]** 126/9
**eating [1]** 132/8
**edge [1]** 120/10
**Edgewater [1]** 116/6
**edit [1]** 191/2
**education [1]**
126/19
**educational [3]**
114/17 114/22 140/18
**effect [3]** 7/18
191/19 237/4
**effective [1]** 22/2
**effectively [3]** 6/20
29/11 219/25
**effort [7]** 25/3 25/3
116/13 125/23 136/11
224/20 224/25
**efforts [2]** 29/12
62/22

**eight [5]** 88/2 128/1
133/7 240/1 245/17
**either [17]** 27/12
29/21 38/1 51/23
73/18 98/25 119/23
125/4 172/1 187/21
225/4
**elaborate [1]** 224/12
**elected [36]** 25/4
25/10 26/3 29/13 32/2
32/21 37/2 46/23 49/2
51/12 65/15 66/10
66/12 66/17 67/11
68/5 115/19 117/23
128/15 130/21 139/15
139/19 139/19 139/24
140/11 142/18 151/2
151/15 151/24 151/25
159/3 166/23 167/16
185/8 185/15 186/2
**election [15]** 21/5
22/20 22/21 22/23
23/5 25/12 25/23 26/2
27/25 28/14 30/3 30/7
33/6 76/2 115/18
**elections [3]** 56/14
55/15 76/5
**electric [2]** 213/6
215/1
**electrical [3]** 197/9
197/14 197/19
**electricity [6]**
183/11 184/11 184/14
212/4 212/25 215/3
**electronic [2]** 75/15
213/13
**elementary [1]**
114/18
**Eleventh [1]** 61/9
**elicited [2]** 113/10
113/16
**Ellen [2]** 257/22
257/22
**else [14]** 8/7 18/24
43/6 53/6 55/12 92/15
99/13 100/2 110/24
112/23 145/23 167/19
179/8 201/17
**email [21]** 27/10
27/14 65/3 65/11
65/14 65/16 69/20
70/16 96/7 96/10
107/1 107/12 107/22
108/3 108/8 108/18
130/3 138/24 139/11
141/2 155/22
**emailed [4]** 5/18
96/3 96/15 96/17
**emails [6]** 69/22
69/24 70/4 70/7 70/14
156/13
**embarrassing [2]**

30/19 127/15
**embrace [1]** 91/14
**emergency [2]**
123/12 123/16
**Emilio [2]** 86/10
139/13
**employed [1]** 159/14
**employee [9]** 36/3
36/3 36/21 36/24
159/6 234/16 234/20
241/22 242/9
**employees [10]** 85/5
88/5 88/6 88/25 127/3
127/8 167/8 167/11
167/21 168/1
**employer [1]** 35/20
**employment [3]**
85/9 85/12 88/7
**enacted [2]** 134/23
196/21
**encounter [1]**
200/24
**encroach [2]** 219/9
220/1
**encroaching [1]**
220/9
**end [10]** 95/10 95/13
115/24 120/22 136/14
137/15 138/5 195/22
225/18 257/3
**ends [1]** 84/22
**enforce [4]** 144/22
145/21 145/21 147/12
**enforcement [22]**
21/20 36/1 54/22
54/25 72/17 72/24
73/11 73/16 74/21
77/6 77/19 80/21 81/7
126/2 126/7 126/19
126/22 133/4 145/1
153/20 166/17 232/23
**enforcing [3]** 121/24
122/6 147/15
**engaged [1]** 60/22
193/18
**engagement [1]**
150/6
**engineering [2]**
173/6 199/9
**engineers [1]**
193/18
**enjoy [1]** 104/1
**enlighten [1]** 133/22
**enough [4]** 70/7
70/8 132/11 252/20
**ensure [2]** 156/16
156/19
**ensuring [2]** 141/13
147/17
**enter [3]** 108/20
160/13 203/12
**entered [4]** 9/4 64/6

**E**

entered... [2] 112/21 207/20
entertainment [5] 192/2 193/11 196/7 200/11 200/14
entire [8] 61/3 69/12 150/8 150/10 150/12 150/13 195/5 198/6
entirely [2] 63/12 77/9
entities [1] 191/21
entitled [2] 192/20 257/20
entity [1] 142/11
entrance [1] 80/20
entry [3] 87/19 105/11 107/9
environment [1] 129/23
environmental [5] 115/15 152/22 153/2 154/1 154/4
envisioned [2] 98/1 222/21
equal [2] 48/12 116/14
equally [1] 7/8
equipment [3] 183/6 183/25 184/8
equivalent [1] 34/8
Eric [1] 170/1
erred [1] 36/23
errors [1] 188/23
Escandone [2] 245/14 254/24
especially [2] 120/17 150/20
Esq [9] 1/11 1/11 1/12 1/12 1/16 1/18 1/21 2/2 2/3
Esquire [1] 203/9
essence [1] 43/5
essentially [20] 15/21 21/8 21/16 23/10 24/19 25/16 33/15 33/25 35/8 42/23 47/8 47/15 51/23 52/2 52/21 55/2 56/16 70/3 70/13 107/23
established [4] 233/20 243/17 244/2 245/16
establishment [6] 107/9 133/10 190/8 190/8 190/12 204/21
estate [6] 11/8 138/3 170/5 170/20 171/4 171/8
esteemed [1] 23/19

Estefan [1] 169/25
estimate [1] 177/13
et [7] 62/25 66/19 89/9 89/12 115/12 129/24 140/1
ethic [1] 44/12
ethical [1] 103/25
ethics [23] 40/10 42/16 42/19 43/2 43/9 43/20 43/20 44/2 44/4 44/5 44/9 44/11 44/16 44/17 45/1 45/22 46/3 46/18 46/20 47/1 57/16 57/21 59/21
evaluation [1] 75/6
eve [3] 6/21 199/24 200/5
even [38] 6/9 6/13 6/14 6/15 7/10 8/4 13/13 25/14 34/19 36/25 55/8 63/2 63/24 110/24 124/22 126/14 157/3 157/5 161/22 163/10 165/2 185/8 185/8 185/13 185/15 186/2 186/3 186/6 188/14 191/18 193/7 196/2 205/23 209/24 223/4 225/7 248/23 250/16
event [19] 17/4 17/11 17/16 17/20 17/21 17/25 18/3 170/17 170/17 192/16 199/24 200/5 200/6 200/9 200/11 200/17 200/17 200/18 200/19
events [2] 17/22 38/22
eventually [2] 156/17 215/21
ever [30] 14/16 69/25 99/7 100/2 113/14 119/7 119/11 119/15 121/4 121/10 128/2 135/11 135/18 136/2 138/1 146/8 171/14 177/17 186/2 208/8 213/9 213/23 216/11 224/2 224/7 232/23 240/11 242/1 246/23 252/15
every [3] 81/23 183/3 225/5
everybody [3] 37/21 88/6 198/2
everyone [10] 4/19 9/5 9/7 9/7 64/8 112/7 112/23 155/14 207/22 257/13
everything [9] 8/7 83/16 142/3 177/2

224/22 230/13 245/16 245/24 248/4
evidence [28] 11/25 12/7 86/24 87/2 87/8 87/15 90/3 90/4 102/11 128/8 135/21 137/12 139/6 144/14 161/18 203/13 207/6 209/7 228/11 228/13 229/7 238/11 240/7 242/16 249/15 250/1 252/1 256/2
evinces [1] 217/16
exact [5] 125/6 132/18 146/12 181/13 250/5
exactly [14] 43/21 43/25 44/7 44/13 45/4 45/5 45/10 45/23 46/9 68/15 125/11 144/11 172/4 239/21
examination [32] 9/19 20/10 20/14 43/8 45/19 54/21 55/14 61/18 64/9 78/7 87/10 88/23 90/19 93/12 94/17 95/13 104/14 104/16 108/6 114/6 138/8 138/10 143/15 143/17 165/22 166/8 167/24 168/20 182/15 222/17 225/16 230/6
examine [3] 10/21 89/25 229/8
example [2] 45/6 129/22
excellent [3] 169/18 231/24 245/9
except [1] 118/10
exception [20] 184/13 190/11 192/3 194/7 194/7 194/8 194/9 194/16 194/19 194/20 195/8 198/14 205/19 205/20 205/24 206/2 206/5 219/8 219/17 219/19
exceptions [3] 166/23 194/14 209/19
exchange [2] 7/13 222/2
exclude [1] 163/4
exclusively [1] 118/11
Excuse [1] 174/5
excused [1] 227/4
executing [1] 167/11
executive [2] 118/12 147/7
exemption [3] 135/1 135/6 190/19

exhibit [67] 10/1 13/8 13/11 13/13 26/11 26/11 26/16 26/19 26/24 55/10 56/6 56/8 64/11 64/11 64/18 64/20 65/3 68/23 69/6 69/8 69/9 70/24 78/2 78/4 78/5 78/15 79/11 80/10 85/21 85/21 85/22 85/25 95/11 95/16 97/13 100/17 100/18 100/21 101/3 101/14 103/16 103/17 128/19 138/24 139/6 144/17 173/17 173/24 179/16 180/2 197/3 207/5 207/11 207/15 207/16 209/2 210/10 225/21 227/7 236/3 236/18 242/15 243/14 243/22 253/8 253/18 253/21
exhibits [4] 3/7 3/11 71/5 237/1
exist [2] 241/18
existing [3] 66/19 80/1 139/25
exited [4] 64/2 111/2 207/7 257/15
expand [1] 215/25
expect [5] 50/9 90/19 112/13 188/3 223/24
expected [2] 205/8 205/18
expedite [1] 173/7
expenditures [1] 173/3
expense [1] 191/16
experience [4] 27/5 74/7 76/2 199/5
expert [8] 113/9 113/19 153/10 153/11 153/24 154/1 154/2 252/1
expertise [2] 55/3 97/4
explain [13] 95/17 96/18 98/7 106/21 117/13 118/5 122/22 126/6 142/10 143/23 160/9 170/15 171/17
explained [5] 45/21 71/9 79/3 138/3 178/22
explaining [1] 140/9
explanation [5] 16/9 66/22 67/7 67/8 201/13
explore [1] 91/3
exposure [1] 30/22
express [3] 25/6

52/15 128/5
expressed [4] 24/25 118/16 125/3 125/12
extraordinary [1] 112/12
eyes [2] 64/24 188/15

**F**

face [2] 228/3 245/12
facilitate [1] 147/17
facilities [1] 190/17
facility [3] 190/4 204/19 205/16
fact [25] 6/7 6/11 15/16 32/21 47/24 48/2 55/18 56/5 62/19 73/6 74/22 82/15 128/11 145/8 146/4 161/3 177/16 190/22 218/6 218/7 219/15 219/19 221/15 221/25 255/11
factors [2] 85/13 192/4
facts [12] 76/25 90/22 159/17 161/1 161/4 162/7 238/11 240/7 249/14 250/1 251/25 256/1
failed [2] 158/1 181/7
failure [1] 216/8
fair [7] 138/21 140/13 141/9 146/23 150/6 175/16 190/24
fairly [7] 14/13 14/15 24/8 74/3 81/1 88/13 187/2
fall [1] 101/21
falls [1] 140/4
false [10] 14/20 15/3 16/9 16/14 59/23 60/3 63/13 137/14 144/21 158/2
familiar [11] 39/3 40/12 50/18 56/20 85/24 132/19 170/15 170/21 170/23 174/2 198/16
familiarity [2] 211/3 232/7
familiarize [1] 170/12
familiarized [1] 48/4
family [17] 27/21 33/4 76/19 76/23 92/19 115/5 169/15 231/25 232/7 235/24 245/25 246/18 246/19 247/9 252/11 252/11

**F**

**family... [1]** 252/12
**family's [1]** 115/8
**far [14]** 22/6 26/8
27/15 41/9 46/20
72/11 74/20 85/16
86/19 87/19 102/16
108/18 198/4 223/5
**farmer's [1]** 70/17
**farther [3]** 240/17
241/1 241/11
**fashion [1]** 183/22
**faster [1]** 116/17
**favor [6]** 25/21
32/21 149/6 150/8
150/13 221/17
**favorable [1]** 107/24
**FDLE [14]** 12/12
73/15 73/19 73/25
74/20 75/4 75/6 75/10
75/14 77/9 77/12
77/16 77/21 137/16
**feature [6]** 163/2
198/8 211/25 212/4
212/11 222/25
**featured [1]** 89/16
**February [15]** 31/13
81/17 81/17 86/1
122/19 143/14 143/21
152/13 155/1 164/2
165/25 166/22 234/3
234/10 244/7
**February 14 [9]**
81/17 81/17 86/1
122/19 143/14 143/21
152/13 155/1 164/2
**February 14th [1]**
165/25
**February 19th [1]**
244/7
**federal [1]** 113/14
**feeds [1]** 183/11
**feel [2]** 237/21
244/14
**feeling [2]** 176/3
176/6
**fees [4]** 126/13
173/7 173/7 173/14
**feet [4]** 188/16
204/17 204/18 204/18
**FELDMAN [1]** 1/15
**fellow [2]** 25/23
88/18
**felt [13]** 68/13 98/23
99/2 104/7 155/7
190/11 190/15 190/19
193/12 194/5 194/14
205/19 205/24
**Fernando [5]** 65/4
65/7 65/11 65/15
139/6

**Festival [1]** 178/12
**few [5]** 107/5 148/13
185/13 200/12 225/4
**FFL [2]** 170/4 170/4
**fiduciary [1]** 159/8
**Fiesta [1]** 163/20
**fifths [1]** 196/20
**fight [3]** 23/9 235/23
237/18
**fighting [1]** 235/25
**figure [2]** 29/9 70/4
**figured [1]** 35/13
**file [1]** 144/24
**filed [7]** 25/15 42/17
60/10 61/25 112/11
165/3 225/9
**files [1]** 40/9
**fill [1]** 184/6
**fills [1]** 184/6
**final [3]** 196/10
212/16 251/6
**finalized [2]** 32/20
209/14
**finally [5]** 5/18 5/24
33/7 196/8 221/20
**finance [1]** 165/6
**finances [3]** 128/14
136/24 137/15
**financial [5]** 23/16
250/7 250/9 250/22
252/4
**find [8]** 11/12 16/24
72/14 100/16 100/18
127/24 200/4 245/2
**finding [1]** 167/20
**findings [1]** 29/14
**fine [21]** 36/22 90/17
91/17 93/4 99/20
100/24 107/23 108/12
108/16 141/6 188/24
203/20 225/24 250/4
250/5 250/9 250/20
250/21 251/9 251/10
251/17
**fined [1]** 247/13
**fines [2]** 126/9
126/12
**finish [1]** 21/20
**finished [4]** 21/12
24/21 66/2 197/21
**finishes [1]** 31/22
**fire [7]** 36/17 79/4
132/3 132/8 133/7
145/4 145/24
**firearms [1]** 30/13
**fired [4]** 92/24 92/25
93/5 93/8
**firing [2]** 89/9 92/25
**firm [2]** 115/15
191/25
**first [36]** 7/11 8/10
10/4 22/8 58/8 58/11

58/18 63/2 66/1 70/20
73/21 96/2 103/2
115/16 115/18 133/6
163/7 170/18 174/9
174/20 186/14 186/16
188/11 194/25 195/4
211/10 218/1 218/12
218/15 221/3 221/24
223/1 225/16 226/11
226/17 235/8
**fit [4]** 89/23 97/25
98/2 189/7
**five [27]** 43/1 48/12
50/23 51/3 51/12
52/17 59/22 61/7 62/1
102/22 116/14 129/12
129/15 142/18 161/24
175/15 175/15 187/18
187/20 187/22 187/23
188/4 226/7 226/11
250/20 253/11 253/14
**fixed [2]** 186/21
187/10
**Flagler [2]** 1/16
39/22
**flavors [1]** 176/25
**flip [2]** 186/10
212/19
**flood [1]** 8/13
**floor [1]** 137/10
**FLORIDA [26]** 1/1
1/5 1/13 1/17 1/19
1/22 2/4 23/4 51/11
73/16 74/10 74/21
114/19 149/15 155/17
158/21 166/16 166/17
166/20 168/24 168/25
169/1 176/18 182/25
204/10 257/24
**flow [1]** 74/17
**focus [5]** 12/7 33/4
41/20 117/10 177/5
**focused [7]** 39/8
41/17 41/18 41/22
75/24 128/2 216/18
**focusing [4]** 11/13
11/19 11/20 40/16
**folks [1]** 188/15
**follow [7]** 44/20
108/10 108/13 126/18
164/18 201/19 221/9
**followed [3]** 21/4
82/3 242/9
**following [2]** 40/22
107/4
**follows [1]** 103/6
**food [4]** 133/15
170/19 171/6 192/16
**foot [2]** 184/4 184/4
**forbidding [1]** 67/11
**force [2]** 35/17 74/22
**forces [2]** 74/17

74/23
**foregoing [1]** 257/19
**foreign [2]** 74/9
74/14
**forgot [1]** 126/11
**form [8]** 77/2 96/12
113/19 114/13 176/6
178/19 244/16 254/20
**formal [1]** 195/3
**formalized [1]** 35/9
**former [7]** 94/3
112/25 114/10 147/1
150/16 154/5 164/1
**formula [1]** 79/22
**formulate [3]** 63/24
110/24 257/12
**FORT [7]** 1/2 1/5
5/22 8/12 182/6
230/23 257/24
**forte [3]** 27/10 27/14
27/15
**forth [4]** 107/18
168/10 187/15 201/5
**forward [19]** 8/22
43/11 46/8 144/25
152/3 156/15 187/22
187/23 192/5 193/12
193/16 194/6 194/16
194/17 199/3 199/7
202/7 220/23 224/3
**found [6]** 5/23 23/4
89/19 100/25 144/8
239/4
**foundation [14]**
15/7 153/10 216/13
232/16 232/25 233/12
233/19 238/10 239/14
239/24 240/6 241/3
248/1 249/15
**founder [1]** 231/10
**four [9]** 47/14 47/15
61/7 62/1 85/13 184/4
250/20 251/3 251/7
**fourth [1]** 56/22
**FP [1]** 213/13
**Francis [4]** 29/21
34/3 34/12 47/25
**fraud [7]** 22/20 23/4
23/9 76/3 77/1 77/7
109/12
**fraudulent [1]** 22/25
**free [3]** 153/7 153/16
153/17
**frequency [1]** 42/6
**Friday [5]** 5/19 6/18
10/20 17/3 234/14
**friend [1]** 178/11
**friendly [4]** 28/3
28/13 200/25 231/24
**front [13]** 91/5
133/15 183/18 184/5
189/10 212/5 214/8

217/21 219/15 224/9
242/8 247/5 252/16
**Frost [1]** 117/1
**fruits [1]** 117/6
**frustrating [1]** 97/16
**fulfill [2]** 23/24
29/12
**fulfilled [1]** 244/20
**full [11]** 27/22 34/21
36/18 37/4 114/1
115/2 117/10 169/6
196/20 225/13 229/25
**full-time [2]** 37/4
169/6
**FULLER [78]** 1/4
11/4 11/15 12/8 12/13
17/7 40/5 40/9 40/22
41/10 41/23 44/5
46/21 57/16 57/21
58/4 58/8 58/14 58/23
59/6 62/17 62/20
76/12 76/13 78/16
81/6 98/5 99/13
109/18 109/20 109/21
110/14 110/18 119/23
120/4 120/5 121/25
122/7 123/17 124/12
125/7 149/25 158/10
159/15 160/4 160/23
165/5 165/10 167/12
170/13 170/16 170/17
170/24 170/25 171/11
171/14 171/18 171/23
172/10 172/14 174/25
175/8 180/13 185/3
185/11 186/23 201/21
211/22 221/21 221/22
221/24 222/23 231/20
231/23 239/5 245/6
246/2 246/8
**Fuller's [28]** 7/17
10/6 14/5 17/10 17/16
17/20 47/1 59/10
60/24 76/16 80/20
125/4 125/10 125/13
131/18 143/18 147/25
148/8 148/12 148/15
152/14 158/12 172/22
176/5 177/1 180/23
181/18 226/10
**fully [1]** 92/9
**fun [1]** 115/6
**function [6]** 59/13
67/2 79/1 85/2 97/2
198/12
**functioning [1]**
34/10
**fund [1]** 170/17
**funds [1]** 74/15
**further [12]** 20/9
104/10 114/19 138/6
165/17 166/21 168/4

**F**

**further... [5]** 191/7
222/7 222/13 227/2
240/21
**future [2]** 192/16
193/20

**G**

**G-A-R-C-I-A [1]**
230/3
**Gables [2]** 76/19
76/23
**gain [3]** 129/25
214/13 221/17
**Gakuin [1]** 115/1
**Gallery [2]** 120/13
120/24
**gambit [1]** 67/6
**Garcia [16]** 227/12
227/21 227/23 228/1
228/22 228/23 228/24
230/2 230/3 230/6
230/8 237/3 247/20
249/2 249/5 253/23
**Garcia's [1]** 227/13
**garden [1]** 189/8
**Garner [1]** 4/17
**gas [1]** 9/24
**gatekeeper [1]**
70/13
**gather [3]** 14/17
60/15 61/19
**gathered [1]** 60/2
**gathering [4]** 59/9
62/11 62/23 63/3
**gatherings [1]** 121/2
**gave [10]** 16/9 19/20
66/24 141/7 162/7
179/6 200/1 215/24
254/11 255/11
**gear [1]** 115/12
**general [4]** 6/12
56/11 199/5 225/7
**generally [8]** 28/6
50/18 50/19 52/25
81/4 83/25 131/9
154/14
**generated [1]**
148/11
**gentleman [3]** 67/25
178/9 245/17
**gentleman by [1]**
67/25
**gentleman named
[1]** 178/9
**gentleman told [1]**
245/17
**gentlemen [5]** 9/6
110/21 112/22 248/15
257/6
**get [65]** 7/4 8/18
14/13 14/15 17/22

25/5 34/14 38/15 40/4
40/5 40/14 44/4 44/5
46/16 61/13 62/22
66/20 68/17 79/4 79/9
83/18 84/6 85/14 87/9
94/11 94/16 102/7
103/3 105/14 106/1
106/3 106/10 106/10
107/11 112/18 118/4
126/25 129/25 150/17
153/16 164/15 172/19
179/6 185/19 190/19
193/19 196/3 196/6
199/13 201/11 201/24
203/17 203/25 205/20
209/19 219/16 221/14
221/16 223/25 224/20
224/21 225/1 247/17
248/9 250/20
**gets [1]** 84/8
**getting [13]** 10/9
10/11 55/1 57/6 61/23
62/4 105/9 117/9
126/12 185/23 198/5
202/25 229/4
**gift [4]** 171/21 172/5
184/17 184/24
**gist [1]** 181/15
**give [21]** 8/17 11/11
13/14 18/22 19/2 19/9
26/9 29/15 29/17
30/21 34/9 35/8 67/13
83/22 90/24 93/16
123/15 161/1 201/13
245/18 246/1
**given [4]** 6/14 7/21
123/17 134/10
**gives [1]** 91/18
**giving [2]** 66/9
139/17
**glad [2]** 33/3 34/2
**glasses [1]** 64/25
**GM [1]** 180/20
**GMA [2]** 230/16
231/14
**GMC [1]** 243/8
**go [89]** 6/2 9/7 14/10
14/14 14/18 26/17
29/3 29/16 29/22 31/3
31/9 31/9 31/19 33/1
37/1 38/22 39/6 43/7
56/8 56/12 56/22
67/20 71/4 77/14 78/9
79/4 82/23 83/10
83/10 95/10 95/17
96/11 96/18 98/3 98/4
100/18 102/12 103/2
103/3 103/8 106/10
107/5 109/3 109/6
109/9 118/3 118/21
119/8 127/25 128/24
163/5 165/6 176/23

184/5 186/10 187/22
187/23 188/4 191/6
192/8 193/12 194/17
198/9 198/22 199/3
202/7 210/25 211/9
212/15 212/21 213/9
213/19 213/23 214/17
215/8 215/9 215/11
215/20 217/2 220/2
232/23 233/4 233/10
236/7 236/24 242/10
244/5 245/11 250/11
**goal [1]** 126/15
**God [1]** 245/2
**goes [8]** 29/5 30/1
72/11 81/19 129/7
136/21 199/12 228/10
**going [189]** 6/20
8/18 8/19 9/9 18/15
23/15 26/9 26/10 28/1
35/10 36/3 36/8 37/1
38/15 40/12 40/25
41/11 43/7 43/11 46/5
48/16 51/24 52/23
54/15 55/12 56/25
59/15 60/10 60/11
60/23 61/6 61/13
61/21 61/24 62/2 62/9
62/10 62/13 62/18
62/24 62/25 63/9
63/14 63/14 63/17
63/17 64/24 65/25
68/16 70/10 70/24
71/24 73/15 74/4 75/3
77/10 77/12 78/6
78/10 83/3 83/16 85/8
85/9 86/3 89/20 89/25
90/10 90/21 90/25
91/2 91/5 91/19 92/23
92/24 93/8 93/13
93/15 93/16 93/17
94/15 94/17 95/10
99/15 99/22 102/5
104/18 108/14 108/19
110/21 112/13 113/9
113/16 123/4 123/5
123/18 133/23 141/22
144/2 145/11 145/12
148/12 148/17 154/3
155/1 159/13 160/16
163/1 163/12 163/21
164/1 164/13 167/22
176/25 177/4 179/5
182/23 183/4 183/6
183/10 184/8 184/9
184/9 184/10 184/10
184/11 184/17 184/18
186/14 187/22 187/23
188/2 188/14 189/3
189/7 189/10 191/11
196/19 197/6 197/9
197/13 197/22 198/3

198/19 199/25 201/9
202/7 202/16 206/7
206/23 208/7 208/22
211/6 211/8 212/3
212/3 212/4 213/5
213/12 213/18 213/18
213/19 213/21 214/9
214/15 214/20 215/2
215/6 215/14 216/2
216/17 216/22 216/25
216/25 217/21 218/3
220/3 220/10 220/25
220/25 223/14 228/9
229/5 241/17 245/7
245/12 247/15 250/19
251/1 257/7
**Goldberg [4]** 203/1
203/9 204/1 204/6
**golden [1]** 177/4
**goliath [1]** 176/21
**gone [4]** 146/7 208/9
223/5 235/11
**Gonzalez [2]** 86/10
139/14
**good [39]** 4/12 4/15
4/16 5/12 9/6 9/8
9/15 9/16 9/21 9/22
11/18 20/16 20/17
20/18 22/2 22/5 28/23
35/5 36/18 50/25 98/2
112/18 114/8 114/9
138/12 168/5 168/22
182/17 182/18 200/21
205/20 205/25 216/4
222/19 226/17 227/5
230/8 230/10 257/13
**Gostello [1]** 170/1
**got [30]** 26/5 28/14
35/5 37/21 58/3 62/19
68/6 69/20 69/24
71/18 94/16 97/24
107/6 124/9 126/11
132/2 132/10 156/17
156/20 156/20 162/13
194/24 196/10 197/21
202/8 202/9 212/9
239/7 245/5 250/24
**govern [1]** 117/25
**governing [1]** 51/2
**government [12]**
4/8 45/7 45/7 45/9
45/14 47/9 51/5 51/6
56/12 67/18 142/2
146/23
**governmental [1]**
191/21
**Governor [2]** 166/16
167/7
**grains [1]** 184/1
**grand [2]** 163/20
166/18
**grandfather [2]**

214/12 218/3
**grandfathered [1]**
218/12
**granted [2]** 190/11
190/21
**grass [2]** 126/11
215/1
**gray [2]** 140/4 141/5
175/5 179/4 185/17
225/3
**greet [1]** 200/20
**grew [1]** 114/19
**gross [1]** 249/10
**grounds [4]** 12/23
124/7 131/19 243/17
**groundwork [1]**
117/5
**group [4]** 1/10 133/7
170/3 195/21
**Grove [13]** 11/2
114/18 116/6 116/23
119/1 120/12 120/17
120/20 120/23 120/25
136/19 169/1 178/12
**grown [2]** 116/17
136/12
**guarantee [3]** 191/9
191/13 191/14
**guess [1]** 11/9
**guidance [2]** 34/9
103/23
**guided [1]** 60/15
**guilty [1]** 133/20
**Gutchess [4]** 1/11
4/13 16/1 107/16
**Gutchess' [1]** 107/16
**guy [2]** 47/12 47/12
**guys [1]** 68/14

**H**

**H.V.A.C [1]** 197/25
**habitate [1]** 223/4
**had [156]** 5/18 5/21
6/1 7/14 7/16 8/12
11/9 14/11 14/13
14/13 17/7 18/10
20/21 21/15 21/24
22/8 24/8 24/12 27/5
31/4 32/6 32/7 32/15
34/13 34/14 34/19
34/21 34/23 35/2 35/3
35/12 35/16 35/20
38/18 40/3 41/24
49/20 50/12 50/22
52/11 59/4 62/15 64/4
66/23 67/10 67/12
67/16 68/1 71/25 74/8
75/3 75/3 75/18 75/18
76/8 77/3 78/1 79/6
84/14 85/13 86/20
87/2 87/15 88/14

**H**

had... **[92]** 89/10
89/14 97/20 116/1
116/17 120/3 126/13
126/21 132/2 133/17
136/12 136/19 136/20
137/5 146/4 146/7
152/15 155/20 158/2
158/8 158/10 159/8
160/4 164/22 166/2
166/4 166/5 167/6
167/18 169/18 171/14
171/23 177/9 184/21
184/25 186/18 191/23
193/15 193/18 193/25
194/5 194/12 198/6
198/14 201/22 202/2
202/5 202/6 205/20
207/8 212/2 214/11
214/13 216/11 216/16
216/23 217/24 218/22
222/2 222/3 222/5
223/6 224/4 224/15
224/17 224/18 225/13
226/9 226/25 228/7
234/8 235/11 235/11
235/13 238/14 240/11
241/21 241/22 244/19
244/25 245/6 245/9
245/11 245/16 245/21
245/22 246/18 246/19
248/4 248/8 256/9
256/12
**hadn't [1]** 194/9
**half [2]** 116/15
239/18
**halfway [1]** 31/22
**hall [9]** 14/10 14/19
31/7 38/2 38/4 38/8
51/16 154/4 154/8
**halting [1]** 206/7
**hand [8]** 9/12 108/7
113/23 161/11 168/12
184/3 229/13 229/21
**handed [5]** 126/19
132/13 132/16 167/20
203/7
**handful [1]** 88/3
**handle [2]** 61/14
112/18
**handled [2]** 141/1
223/25
**handles [1]** 223/17
**handling [4]** 58/17
59/2 96/23 223/20
**hands [2]** 38/23
225/13
**hanging [3]** 72/6
101/15 102/2
**happen [12]** 17/18
90/20 91/5 145/3

145/3 145/7 196/24
199/17 218/8 224/15
230/12 238/6
**happened [16]**
17/18 30/24 40/21
43/14 44/18 60/21
62/21 102/16 211/8
215/23 218/7 223/10
224/14 230/13 241/14
244/19
**happening [3]** 91/22
132/22 134/13
**happens [3]** 47/4
82/22 147/18
**happy [3]** 18/6
161/25 245/5
**hard [3]** 106/22
180/21 181/3
**Hardemon [5]**
143/22 144/6 144/10
144/15 148/23
**has [62]** 43/10 44/9
44/22 45/2 45/16 46/3
55/3 61/7 61/25 62/25
64/12 80/5 82/1 92/14
92/16 92/21 93/1
93/20 94/4 97/15
107/8 108/24 118/8
123/15 126/8 127/23
128/21 129/12 129/15
135/18 148/19 149/20
152/10 160/13 170/19
175/10 183/2 184/4
184/20 186/20 189/25
194/22 199/1 199/2
204/7 206/18 207/5
207/11 220/23 222/10
230/13 231/22 232/2
232/5 245/23 245/23
245/23 245/24 247/13
252/22 256/12 256/20
**hasn't [2]** 206/4
233/19
**hate [1]** 175/18
**hatred [1]** 109/25
**Havana [14]** 7/17
39/10 39/15 40/2
57/11 59/10 125/17
163/20 164/19 171/10
182/21 231/12 255/5
255/25
**Havana/Calle [1]**
39/15
**have [251]** 5/9 6/2
6/19 7/4 7/7 7/8 7/17
7/18 7/21 8/24 9/24
10/25 11/4 12/6 13/8
13/13 13/15 14/15
14/16 15/20 17/23
20/11 20/18 20/21
20/25 29/4 29/20
31/18 31/19 33/14

34/21 34/23 36/6
40/18 43/4 44/24
49/15 51/23 52/5
61/20 63/4 64/22
67/21 68/9 69/1 73/3
74/12 74/22 74/23
76/6 82/16 83/6 83/19
86/2 87/9 89/2 90/13
90/18 91/4 91/9 91/17
91/21 92/5 92/11
92/17 93/18 94/3 94/6
96/17 97/3 97/12
97/19 98/15 98/22
99/1 100/19 102/1
105/15 106/9 106/22
109/3 109/6 109/7
113/9 116/14 116/20
117/22 118/3 118/20
119/4 119/15 119/25
120/2 120/5 121/2
121/4 121/10 123/2
123/8 123/14 123/23
123/25 126/2 126/3
126/20 127/18 127/21
128/12 131/1 131/21
132/25 133/13 133/15
133/16 135/15 136/15
137/10 137/11 137/17
138/17 138/20 141/18
145/3 145/3 145/4
145/4 145/13 145/15
147/4 147/5 147/6
147/21 148/7 148/14
149/17 151/13 152/3
153/21 153/22 155/1
157/19 157/21 161/12
161/20 162/1 163/6
163/6 165/1 166/12
166/13 168/5 169/6
169/18 169/21 169/25
170/2 170/4 170/5
171/5 171/11 171/14
172/4 175/18 176/18
176/22 177/5 177/9
177/10 177/17 178/13
179/18 182/8 186/20
187/16 187/20 188/19
188/24 189/8 189/10
189/22 189/22 190/4
190/21 192/7 193/2
193/18 193/24 194/3
195/18 196/12 197/19
198/23 199/7 202/16
202/23 203/17 205/6
205/10 206/25 208/8
210/22 211/3 212/3
212/3 214/9 214/16
214/20 216/23 217/2
220/6 220/7 220/9
220/17 220/17 220/23
221/9 223/5 223/6
223/8 223/17 223/20

223/22 224/18 225/4
225/7 225/12 227/2
227/5 227/24 228/5
228/8 228/19 228/21
230/4 231/16 234/7
234/8 240/4 240/24
241/8 241/19 242/1
242/18 242/20 244/5
251/21 252/13 253/11
253/14 255/18 257/13
**haven't [3]** 194/4
243/17 244/1
**having [22]** 16/8
23/8 47/1 60/14 60/25
61/19 73/7 105/6
112/14 158/5 195/22
201/22 205/10 206/10
223/7 226/21 228/6
241/1 241/10 246/8
251/17 255/8
**he [279]**
**he's [33]** 8/18 8/19
15/21 41/18 41/21
41/21 51/2 59/25
62/19 65/8 65/16
90/10 90/21 92/24
94/15 108/19 113/13
113/14 137/1 140/6
140/9 153/11 170/19
178/11 178/11 178/24
215/16 221/3 228/9
237/14 246/2 250/1
254/7
**head [6]** 54/9 54/12
83/11 83/20 128/4
195/1
**headed [2]** 48/8
48/17
**heads [11]** 21/16
28/3 54/5 54/9 82/10
82/12 83/22 97/20
97/22 97/24 138/18
**heads' [1]** 138/21
**health [2]** 117/11
150/24
**hear [12]** 4/22 19/11
33/7 51/24 52/20
62/13 81/5 118/19
118/21 145/20 167/4
242/19
**heard [14]** 19/16
24/22 39/13 40/11
44/6 45/6 67/16 94/19
123/23 145/19 146/8
148/20 155/6 155/7
**hearing [10]** 61/12
67/9 67/10 76/16
117/25 133/23 144/13
163/7 211/11 211/18
**hearsay [20]** 107/17
108/11 132/14 134/5
178/19 178/24 179/21

228/12 234/23 239/9
245/19 246/5 246/9
246/16 246/20 249/7
249/19 250/1 250/12
255/1
**heart [3]** 155/9
164/12 241/14
**heartache [1]** 33/13
**heated [1]** 124/9
**heavy [8]** 71/25
72/19 101/9 126/12
126/19 132/13 132/16
167/20
**heavy-handed [4]**
126/19 132/13 132/16
167/20
**held [3]** 56/2 116/20
220/21
**hell [2]** 105/14 106/1
**Hello [1]** 139/16
**help [10]** 28/15
120/16 133/22 147/17
156/3 156/10 160/8
180/20 226/18 226/22
**helped [2]** 120/21
192/5
**helpful [1]** 68/13
**helping [2]** 119/1
119/2
**her [13]** 32/12 49/20
69/12 91/14 91/14
91/14 91/16 91/21
92/6 92/17 92/20
131/10 132/18
**here [62]** 6/17 8/9
8/15 8/19 12/5 30/2
30/23 41/1 42/16 43/6
43/10 43/15 44/14
45/8 45/8 58/17 61/7
61/12 63/25 83/4 86/6
89/15 91/4 91/16
100/19 105/15 110/21
126/15 130/3 133/23
135/16 137/11 163/5
170/3 179/20 181/12
181/20 182/8 182/20
183/17 188/10 192/10
197/5 198/1 207/1
209/11 213/13 214/9
214/14 214/18 215/13
221/4 221/23 226/23
226/25 227/2 229/4
229/7 230/13 250/16
256/12 256/23
**here's [3]** 65/13
214/25 215/5
**hereby [1]** 257/19
**herein [1]** 166/24
**hey [2]** 28/3 28/12
**high [4]** 114/19
114/20 183/16 200/12
**higher [4]** 30/21

**H**

**higher... [3]** 116/3
250/24 251/3
**highlight [2]** 56/22
65/25
**highlighted [3]** 66/4
66/5 129/2
**highlighting [1]**
236/18
**highlights [1]**
236/20
**highly [1]** 6/6
**Hill [2]** 114/21
114/23
**him [130]** 5/15 5/17
5/18 5/18 5/21 6/2
6/3 6/19 7/4 7/4 7/4
7/9 7/16 8/7 8/8 8/16
11/11 12/19 14/3 14/3
14/4 15/25 16/10
16/11 16/13 16/14
16/18 17/23 22/7
22/25 23/5 24/25 25/6
25/7 27/15 27/18 28/4
28/5 28/12 28/24 30/8
30/8 32/6 34/5 34/14
34/15 39/6 40/23 60/1
61/11 61/22 62/3 62/5
62/8 62/9 62/10 62/24
63/15 67/13 68/1
68/11 68/16 70/8
73/22 89/11 89/21
90/1 90/16 92/25 93/5
93/8 93/16 93/18 95/5
96/2 96/16 96/20
105/22 108/12 108/14
108/19 108/20 113/18
132/1 132/12 132/12
137/4 144/4 150/4
163/12 164/20 164/23
165/2 167/19 177/18
177/24 178/21 179/6
181/17 186/3 201/9
201/13 201/15 217/3
221/4 226/11 228/6
229/8 232/5 234/20
235/6 235/8 235/8
235/10 235/18 235/23
236/7 237/4 239/6
241/4 243/10 243/11
244/14 245/6 245/15
246/2 246/3 246/8
246/8 247/7
**himself [4]** 50/22
53/14 61/1 83/13
**hire [1]** 85/9
**hired [2]** 31/14
208/16
**hiring [2]** 10/13 89/9
**his [134]** 5/6 5/15
5/19 5/20 5/22 7/3

10/21 10/23 11/5
12/20 13/12 14/4 16/4
16/8 16/9 18/13 21/5
22/11 22/11 24/11
24/21 25/3 26/1 27/10
27/14 27/15 28/22
28/24 31/4 32/1 32/2
32/7 32/8 32/10 32/15
32/19 33/11 34/20
38/15 39/9 46/6 50/21
50/22 57/16 57/21
58/4 59/24 62/18
69/25 70/11 70/25
73/20 74/12 76/2 76/2
76/8 76/19 76/22
78/20 84/15 85/5 89/8
89/13 89/14 89/18
92/24 96/19 96/22
96/23 96/23 97/21
98/15 103/21 107/14
108/3 108/20 109/20
110/3 110/4 110/14
110/15 110/16 110/17
113/10 125/3 132/7
132/9 132/9 134/8
136/5 136/15 136/16
136/22 136/23 136/23
146/4 147/6 150/23
150/25 151/3 151/14
151/17 155/3 155/9
162/4 164/10 164/12
164/24 167/14 167/15
167/16 170/19 172/24
176/6 195/21 196/5
212/6 218/1 218/15
227/22 228/6 228/19
234/18 235/4 235/8
235/12 235/14 235/25
241/22 242/8 244/19
244/19 246/18 246/19
**historic [3]** 39/14
39/24 189/9
**historical [1]** 223/9
**history [3]** 22/11
22/12 223/7
**hitting [1]** 116/15
**hmm [1]** 29/25
**HOAs [1]** 118/21
**hold [2]** 145/13
213/20
**holder [1]** 47/5
**holding [1]** 145/14
**holdings [2]** 170/5
171/8
**holiday [1]** 104/2
**hollow [1]** 104/24
**home [7]** 37/22
106/10 136/14 136/16
136/23 138/4 138/4
**homes [1]** 223/1
**homesteaded [1]**
109/13

**honestly [1]** 122/24
**Honor [120]** 4/12
4/16 4/22 5/2 5/9
5/12 5/13 5/13 6/3
6/4 6/24 7/2 7/23
7/24 8/23 8/24 9/15
11/24 12/22 13/5 13/8
15/5 15/12 16/19
18/23 20/8 26/12
40/25 41/11 42/9
42/12 42/15 43/17
45/11 45/16 54/15
64/10 64/11 69/1
70/23 89/2 89/7 90/7
94/23 104/11 106/18
112/9 112/19 113/2
113/7 113/18 124/1
124/14 130/17 131/19
135/19 136/9 136/25
137/18 139/2 160/16
161/12 162/18 163/17
165/19 168/7 168/9
173/4 173/12 175/21
177/20 181/21 182/2
182/10 203/4 207/24
208/1 209/4 210/6
212/7 215/15 216/10
216/19 216/22 221/6
221/8 222/15 227/2
227/7 227/13 229/3
229/9 229/11 232/24
233/6 234/23 236/5
236/14 236/17 237/13
238/2 243/13 243/16
244/1 245/19 246/5
246/20 246/25 248/11
248/17 248/23 249/25
251/23 253/4 253/7
253/17 254/6 254/13
255/20 256/14
**HONORABLE [2]** 1/8
257/23
**Honorer [1]** 172/23
**hope [3]** 27/20 179/6
201/10
**hopefully [4]** 104/1
166/12 176/23 216/5
**horsetrading [1]**
129/7
**Hospital [1]** 6/12
**HOTTE [1]** 1/15
**hour [3]** 29/12
112/18 137/14
**hours [17]** 36/7
36/12 37/7 37/8 37/11
37/12 132/8 238/16
240/2 245/17 252/16
252/24 252/25 254/1
254/17 254/17 255/19
**house [19]** 10/24
11/2 11/5 76/18 76/22
105/13 105/14 106/5

136/22 157/3 157/7
157/15 165/10 189/9
215/16 222/25 223/8
223/10 244/25
**housed [1]** 223/14
**housekeeping [1]**
207/17
**how [70]** 5/6 16/1
17/14 20/17 26/8
28/21 46/4 61/25
68/20 71/21 76/17
76/21 80/14 90/3 94/6
94/13 96/19 96/21
99/1 104/7 113/11
115/21 116/8 116/8
117/22 118/23 120/2
122/22 125/21 126/5
127/3 129/6 130/15
138/4 138/4 138/12
141/1 146/12 147/23
148/7 148/14 149/13
155/7 156/13 164/19
169/18 170/15 170/23
172/14 173/10 175/7
175/19 183/16 188/2
196/21 200/20 230/9
230/10 230/20 231/16
231/22 232/5 232/13
237/20 244/14 244/22
248/22 251/6 251/17
253/2
**How's [1]** 9/6
**however [3]** 21/19
66/17 139/23
**huddling [1]** 82/18
**hug [1]** 91/14
**huge [1]** 76/18
**hugely [1]** 33/15
**human [2]** 141/17
217/16
**Humberto [2]**
245/14 254/24
**humiliated [1]** 168/3
**humiliating [1]**
127/16
**hundred [1]** 223/1
**hundreds [1]** 126/9
**hurt [1]** 101/21
**hurting [1]** 134/17
**HUSS [1]** 1/15

**I**

**I got [1]** 132/10
**I want [1]** 129/15
**I will [7]** 8/16 43/23
45/22 78/15 112/16
112/19 124/16
**I'd [19]** 10/2 26/10
26/17 36/21 66/4
97/11 100/13 106/9
139/11 143/13 144/17
161/25 173/17 180/20

180/22 182/19 203/12
215/25 226/18
**I'll [13]** 16/18 44/20
45/15 55/12 68/24
85/23 94/21 182/12
192/11 203/17 203/24
222/19 235/22
**I'm [163]** 6/25 10/17
11/12 13/12 14/13
17/7 19/18 19/18
19/18 24/4 26/8 26/9
26/10 27/7 28/13
28/15 29/8 29/19
31/13 31/19 33/25
35/10 36/20 37/7 40/7
40/15 40/16 40/16
40/19 40/25 41/11
42/3 43/7 43/11 43/25
45/5 45/17 45/19
48/16 49/11 54/11
54/15 55/12 56/25
57/18 59/15 59/20
60/10 62/9 62/10
62/23 63/9 63/14
63/14 63/17 63/17
65/25 66/23 67/9 68/5
68/14 68/16 70/24
70/25 71/24 73/8 73/8
75/22 76/11 76/20
78/5 78/22 80/23
80/23 81/14 82/4 83/5
84/11 85/24 87/12
87/18 87/20 89/19
89/25 91/2 91/5 95/10
95/25 96/4 96/5 96/20
97/7 97/11 97/22
98/17 98/17 99/15
99/22 99/23 100/6
101/3 102/15 103/4
103/9 104/18 105/8
106/4 109/14 120/11
125/11 132/21 133/18
133/23 138/13 139/5
139/17 140/3 140/23
140/23 142/8 143/15
154/2 160/1 160/16
163/1 163/7 163/12
163/21 164/9 164/13
164/13 167/16 170/17
170/18 185/10 186/14
187/21 187/23 194/13
196/16 196/23 197/17
198/15 201/22 209/11
210/12 211/6 211/8
216/15 216/22 218/21
220/18 224/22 226/3
226/25 229/9 230/11
230/11 230/21 242/17
247/15 253/13 254/17
**I've [15]** 44/3 44/21
45/20 45/21 46/17
61/4 66/3 90/20 98/23

**I**

**I've... [6]** 120/3
164/15 203/7 231/18
231/18 236/23
**I.R.S [1]** 137/16
**idea [6]** 102/1
146/14 148/14 151/13
179/4 202/2
**identification [1]**
236/6
**identified [2]** 85/23
102/9
**Identify [1]** 50/7
**if [199]** 6/3 6/24 7/2
8/17 9/11 10/19 12/12
13/14 14/7 14/9 15/7
16/14 16/22 17/18
17/22 18/10 18/14
19/12 20/11 24/4
26/16 27/21 27/23
28/14 29/8 30/24
31/20 34/1 36/2 36/8
36/16 36/22 37/2
40/20 41/21 42/3
42/25 43/3 43/9 43/13
43/20 44/12 45/21
52/5 56/19 60/1 62/9
63/3 63/11 66/12
66/17 67/13 67/24
67/24 67/24 69/5
69/25 70/7 72/19
72/25 73/8 73/8 77/22
78/15 82/17 82/22
83/11 83/18 84/6 85/8
86/2 89/24 90/2 90/11
90/12 90/14 91/2 91/7
91/8 91/13 91/16
91/20 93/5 93/8 93/14
93/17 94/15 96/14
97/9 99/14 99/16
99/21 100/16 103/21
105/12 105/25 105/25
106/4 106/12 107/22
109/14 109/20 112/16
112/17 112/19 113/16
120/5 120/11 122/24
123/2 123/6 123/7
123/12 123/17 125/3
126/18 127/24 129/5
129/15 129/21 129/22
130/20 130/23 131/20
133/19 134/14 134/25
135/6 137/10 139/19
139/23 140/3 144/8
144/21 145/6 145/11
146/19 147/20 148/4
153/21 153/22 156/3
160/7 160/9 160/22
163/5 164/10 173/18
175/17 179/15 179/25
180/18 180/20 181/12

181/13 185/5 188/2
190/23 191/6 191/6
192/8 193/1 196/23
203/3 206/1 207/17
208/21 209/19 212/9
212/14 212/15 212/20
214/13 214/22 216/14
221/9 224/13 224/13
225/20 226/18 229/6
231/2 232/18 234/16
235/8 235/13 235/18
236/2 239/15 240/8
241/15 241/16 242/14
243/8 249/16 253/7
253/14 256/19 256/25
**if I remember [1]**
231/2
**if you can [4]** 42/3
180/18 203/3 256/19
**II [1]** 1/4
**illegal [10]** 73/4
73/7 73/8 75/19 75/23
76/3 79/20 98/25 99/8
133/10
**illegally [1]** 76/6
**imagination [2]** 8/11
8/15
**imagine [3]** 58/10
73/5 200/7
**immoral [1]** 98/25
**impact [6]** 167/21
177/8 238/1 241/10
241/17 241/21
**impacted [4]** 24/5
24/6 135/9 135/12
**Impeachment [1]**
90/4
**implement [3]** 66/18
139/25 222/22
**implemented [1]**
66/22
**importance [1]** 24/8
**important [7]** 39/24
79/24 81/11 118/15
155/11 155/17 177/14
**imposed [2]** 250/4
250/25
**impossible [2]** 14/12
241/24
**impressed [1]** 28/22
**impression [1]**
91/18
**improper [12]** 61/6
63/18 98/16 98/20
98/25 99/8 99/18
113/9 122/14 127/6
130/19 135/20
**improvement [3]**
116/23 118/25 197/4
**in [636]**
**inaccurate [2]** 12/15
13/24

**inadmissible [1]**
15/23
**inappropriate [1]**
91/12
**incident [3]** 224/7
224/10 232/20
**include [3]** 56/2
79/12 196/7
**included [5]** 57/9
57/11 58/23 60/13
89/9
**includes [2]** 155/14
192/14
**including [8]** 49/9
52/2 61/17 82/10 88/6
150/10 193/5 200/1
**inclusion [1]** 193/10
**increase [5]** 187/16
187/18 220/2 220/3
220/10
**increased [1]** 254/18
**indeed [4]** 43/4 43/9
43/20 44/12
**INDEX [1]** 2/10
**individual [5]** 11/14
11/14 104/1 119/8
128/6
**individually [3]** 50/4
50/9 143/10
**individuals [3]**
147/14 147/18 155/21
**industry [2]** 170/19
176/13
**informal [2]** 28/7
34/17
**information [16]**
7/25 55/20 59/9 60/18
60/24 62/11 62/16
62/22 62/23 66/13
76/8 102/8 139/15
139/20 156/20 164/16
**informed [2]** 29/14
216/7
**infraction [2]** 124/24
126/8
**infractions [2]**
126/17 144/8
**Inherent [1]** 116/22
**inhibit [1]** 192/18
**initial [2]** 174/3
174/12
**initially [1]** 194/25
**initiated [1]** 62/17
**initiative [1]** 120/22
**injunction [1]**
144/24
**injunctive [2]**
146/14 146/18
**inquire [3]** 134/2
201/20 222/7
**inquired [1]** 201/9
**inquiries [5]** 138/15

138/17 138/20 155/3
155/22
**inquiring [1]** 156/13
**inquiry [3]** 77/10
77/10 113/15
**inside [5]** 18/11
213/10 215/16 217/14
234/17
**inspect [6]** 81/7
105/13 107/3 107/7
232/14 245/21
**inspected [3]** 208/9
232/20 248/16
**inspection [3]** 80/24
105/7 109/8
**inspections [1]**
54/22
**inspector [2]** 86/21
245/22
**inspectors [2]** 233/4
233/10
**installed [1]** 215/13
**instance [2]** 18/8
154/7
**instances [2]** 149/3
156/14
**instated [1]** 23/5
**instead [1]** 187/9
**instructed [1]** 15/14
**instruction [2]** 9/11
63/23
**instructions [2]**
44/20 257/11
**insurance [1]** 187/12
**intend [6]** 7/12
89/11 89/21 193/1
221/5 227/23
**intended [1]** 197/16
**intending [1]** 163/4
**intends [1]** 7/13
**intention [5]** 45/17
46/6 92/11 98/19
235/12
**intentions [1]**
235/15
**interact [1]** 235/2
**interaction [10]**
21/1 41/25 42/1 49/15
49/20 176/12 176/20
195/20 201/22 237/20
**interactions [1]**
185/11
**interest [6]** 28/21
170/4 185/23 212/10
212/10 251/1
**interested [3]** 41/18
41/19 41/21
**interesting [1]** 223/6
**interests [2]** 50/21
185/19
**interfere [2]** 118/13
118/15

**interim [1]** 5/17
**interior [2]** 215/5
215/6
**international [1]**
115/5
**interpretation [9]**
66/9 139/18 140/15
140/21 140/22 140/23
140/24 140/25 228/20
**interpreter [5]**
229/14 229/15 241/7
242/11 256/19
**interrogatories [1]**
62/24
**intimidating [2]**
127/21 132/9
**into [48]** 23/15
24/11 24/18 25/14
26/7 26/8 34/4 52/3
61/13 61/23 62/4 66/5
82/23 83/18 86/21
94/16 102/5 105/9
105/11 105/23 106/10
108/21 109/6 109/9
115/9 126/5 126/14
126/21 133/6 136/15
136/23 139/5 147/18
147/20 149/9 160/13
180/18 185/23 199/13
201/24 203/12 207/5
209/7 215/6 216/25
220/9 222/7 228/12
**introduce [1]** 227/24
**introduced [8]** 45/13
56/7 113/11 149/9
178/21 199/17 207/5
207/14
**introduction [1]**
15/22
**inventory [1]** 30/19
**invested [1]** 173/6
**investigate [6]**
12/13 144/23 166/18
167/7 167/10 245/22
**investigated [1]**
167/22
**investigates [1]**
145/17
**investigating [1]**
144/8
**investigation [6]**
46/5 77/19 77/24
137/16 167/15 246/14
**investigations [2]**
74/9 74/17
**investigative [2]**
128/12 128/14
**investing [2]** 74/10
74/14
**investment [3]**
171/4 181/7 181/9
**investors [1]** 74/10

**I**

**invited [1]** 200/3
**involved [7]** 25/5
57/24 57/25 77/24
202/17 224/1 231/16
**involves [1]** 82/25
**involving [3]** 55/7
121/23 132/25
**irregular [1]** 83/21
**Irrelevant [1]**
256/23
**is [445]**
**isn't [14]** 39/18
82/15 146/20 147/11
149/6 149/15 151/2
157/24 158/4 218/9
219/6 219/17 219/22
221/25
**issue [54]** 5/10
35/22 42/24 44/12
46/6 71/9 71/23 72/2
72/5 72/7 72/8 74/4
74/13 75/21 75/23
76/3 78/6 81/11 81/16
83/1 83/3 83/14 83/23
84/8 89/15 90/19 91/3
91/5 91/6 91/9 93/7
93/13 99/5 101/21
101/24 107/13 107/19
108/1 108/1 119/11
121/4 124/25 145/10
163/12 167/14 172/24
189/16 221/11 221/15
228/5 228/9 240/11
242/1 245/7
**issued [5]** 72/10
72/10 72/11 72/12
204/21
**issues [33]** 8/13
10/10 30/20 34/24
35/19 55/6 61/5 61/13
61/14 79/17 79/19
85/12 91/17 91/21
118/1 118/21 125/24
136/23 137/20 144/5
146/1 158/5 158/25
189/13 199/2 201/22
208/18 222/6 223/21
226/21 239/21 252/10
255/8
**it [600]**
**it's [161]** 4/9 5/4
6/20 8/10 13/3 13/12
15/13 15/24 15/25
16/14 26/19 29/16
29/17 31/20 34/7
36/14 36/15 36/17
37/13 38/10 38/12
39/20 39/23 42/17
43/9 43/20 43/24 44/1
44/11 44/12 44/21

45/1 45/8 46/4 47/18
48/1 53/24 55/18 56/7
61/6 61/9 62/1 62/7
62/18 63/5 63/12 65/3
65/4 69/2 69/11 69/25
72/25 74/6 75/14
77/12 80/12 81/9
82/14 83/1 83/5 83/21
84/17 85/25 86/9 87/8
91/12 92/5 92/15
92/16 93/7 94/4 94/7
96/21 99/10 99/20
100/19 100/22 103/24
105/25 106/15 107/1
107/16 107/17 107/20
107/23 115/15 123/13
124/7 126/9 126/15
126/17 126/17 126/22
129/13 130/18 130/18
133/12 134/15 135/19
136/25 138/24 138/24
138/25 141/6 142/11
143/5 143/8 144/18
145/12 145/15 155/11
155/17 162/2 163/2
169/15 178/5 179/17
179/24 181/12 187/20
188/2 188/19 188/21
188/22 188/25 189/6
194/24 195/8 198/10
203/8 203/15 206/5
209/13 209/14 216/8
216/11 218/11 222/25
223/2 225/20 227/21
227/25 228/3 228/4
228/13 229/3 231/24
231/24 231/25 232/6
238/10 245/3 245/24
250/21 252/1 252/11
252/11 252/12 253/20
254/23 256/11
**item [25]** 15/8 82/25
86/3 86/11 87/14
112/9 122/22 122/24
123/1 123/12 123/13
128/10 129/21 129/22
129/24 146/8 146/10
146/12 147/23 148/19
148/19 149/6 149/8
150/9 150/14
**items [12]** 30/15
53/3 86/15 122/13
123/2 124/24 127/1
140/12 148/10 186/18
192/16 217/2
**its [8]** 23/24 39/25
56/14 56/15 79/16
81/12 117/9 240/24
**itself [4]** 130/9
142/21 149/10 237/14

**J**

**J-A-M-E-S [1]**
168/17
**James [6]** 68/7
139/13 168/17 168/20
182/15 222/17
**January [12]** 8/3
31/10 31/10 31/15
33/1 33/24 99/5 99/12
100/10 103/5 103/8
103/8
**Japan [1]** 114/25
**Japanese [1]** 114/24
**Jeff [1]** 4/12
**Jeffrey [1]** 1/11
**Joanna [1]** 1/12
**job [34]** 22/3 22/5
25/2 28/22 28/23 35/9
35/12 35/12 36/10
36/11 37/4 37/10
49/18 72/22 80/16
81/12 86/9 89/8 97/3
97/15 97/17 117/18
118/14 118/15 127/25
128/11 128/16 128/16
130/22 131/2 142/25
143/3 146/20 169/6
**JOE [127]** 1/6 4/6
4/18 18/16 18/17
21/21 21/24 22/6 22/8
22/19 22/23 23/9
23/13 23/18 23/22
24/2 24/7 24/21 25/10
25/14 25/20 26/1 26/2
26/5 26/21 27/3 27/5
27/7 27/8 28/18 29/6
29/20 29/21 30/3 30/3
30/23 31/3 31/11
31/16 32/2 32/4 32/7
32/20 32/21 33/5
33/22 33/25 34/13
34/19 35/6 36/9 36/16
38/14 38/19 39/3
39/25 40/6 40/10
40/22 41/10 41/15
41/17 41/18 41/20
41/25 46/23 47/2 47/4
47/11 50/20 52/2
53/11 57/16 57/21
58/5 58/9 58/10 58/14
58/20 59/2 59/4 60/5
62/11 69/24 70/6 72/8
73/18 74/7 75/1 75/9
76/1 77/3 78/19 79/3
79/6 81/12 85/16
86/13 95/17 95/22
95/24 96/3 96/8 96/15
97/20 98/1 98/20 99/6
100/3 102/11 103/10
104/8 139/14 181/1
201/23 222/3 232/14

234/17 235/9 236/12
242/4 242/7 243/5
246/19 249/17 254/25
256/12
**Joe's [1]** 76/24
**jog [2]** 42/4 103/20
**join [3]** 34/1 91/16
91/20
**joined [2]** 115/5
115/14
**joke [1]** 130/25
**joking [2]** 179/10
201/15
**Jones [1]** 49/24
**Jose [8]** 11/1 14/8
14/9 52/5 52/7 71/9
71/14 100/7
**judge [36]** 1/9 9/3
19/12 20/11 43/13
43/23 44/3 44/20
44/22 45/25 56/14
56/15 60/3 60/4 61/16
91/22 92/9 93/11
93/25 102/23 104/5
106/13 106/23 107/14
109/1 110/7 162/24
162/25 163/7 163/8
163/14 165/17 227/17
236/25 243/20 253/13
**judgment [1]** 147/4
**judicial [3]** 48/16
146/22 147/4
**judicious [1]** 141/13
**July [5]** 95/12 96/18
97/25 216/6 257/22
**jump [1]** 67/24
**juridic [5]** 142/7
142/9 142/15 142/21
143/8
**juror [1]** 206/24
**jurors [5]** 8/21 64/5
112/8 207/9 257/14
**jury [51]** 9/2 9/4 9/6
13/10 14/6 26/12
26/17 27/19 30/10
31/16 44/14 45/17
63/21 64/1 64/2 64/6
64/7 91/13 103/12
103/22 106/19 111/1
111/2 112/21 112/23
114/16 122/22 129/6
166/18 168/23 169/4
170/15 171/18 173/18
175/19 176/19 179/15
180/1 188/14 192/11
203/21 203/24 207/7
207/20 207/21 208/21
209/4 210/3 222/22
214/14 257/15
**jury's [2]** 15/25 93/8
**just [131]** 9/24 15/7
15/13 17/8 17/20

18/14 18/14 19/6
20/11 26/9 28/3 28/10
28/12 30/12 34/21
36/21 36/23 37/4 39/7
40/15 40/15 41/4 42/3
42/10 42/17 42/19
43/13 44/6 44/12 45/6
46/16 50/22 54/15
55/11 62/25 64/22
65/2 66/6 67/24 67/24
69/1 69/3 70/23 73/23
76/15 78/3 81/9 85/22
91/2 91/6 92/5 93/11
94/1 95/22 96/12 97/3
100/9 100/23 103/3
107/9 107/22 108/25
112/9 116/15 129/6
129/16 131/8 131/9
131/13 134/17 140/6
141/22 142/25 143/2
153/3 153/16 154/25
155/10 156/15 163/2
164/22 174/17 181/6
184/5 184/6 188/5
188/23 189/5 189/7
194/3 197/16 198/4
198/5 198/7 198/9
198/9 200/9 200/12
200/14 202/9 205/3
206/20 207/17 208/6
208/22 211/25 212/11
212/19 213/19 215/15
217/20 217/20 224/13
225/10 227/17 227/18
228/14 229/3 235/20
236/23 237/15 238/16
240/4 242/17 245/17
246/15 248/15 250/18
250/22 253/9 256/19
**justify [1]** 134/16

**K**

**K-E-N [1]** 114/3
**keep [14]** 13/9 13/18
29/13 52/23 78/10
90/1 90/16 131/2
144/24 213/12 213/18
213/18 248/22 252/9
**keeps [1]** 130/22
**kegs [1]** 183/15
**Ken [7]** 5/4 94/4
113/1 114/3 114/6
138/10 165/22
**kept [3]** 67/9 67/10
90/15
**Kevin [1]** 49/24
**kids [1]** 18/6
**kind [11]** 35/13
38/15 172/17 177/10
183/5 183/22 184/22
189/5 200/4 223/2
225/11

**K**

**kinds [1]** 107/19
**kiss [1]** 91/14
**KISSANE [1]** 2/2
**kite [1]** 115/11
**knew [14]** 27/15
28/21 28/24 32/6
32/16 32/18 39/2
50/20 68/11 83/20
151/7 152/19 164/10
194/7
**knocked [2]** 215/21
215/24
**know [120]** 5/25
9/13 9/13 18/13 22/6
22/11 22/11 22/19
25/18 26/7 27/23 30/8
32/8 33/18 33/22
33/25 36/20 40/19
44/1 44/25 46/8 50/9
52/21 59/25 63/13
63/22 66/2 72/10 73/6
73/10 74/20 76/11
80/6 83/3 83/16 85/10
85/16 87/18 92/18
93/13 96/20 100/3
100/6 100/7 104/24
104/25 105/2 105/5
108/4 112/10 112/16
112/19 113/14 117/16
119/23 120/5 120/9
129/7 129/23 131/11
131/14 132/1 133/19
139/6 140/17 141/17
145/11 146/9 146/10
147/23 148/16 148/18
151/3 153/13 155/9
160/6 161/22 162/16
164/3 164/5 164/12
165/5 165/8 167/17
173/10 181/12 181/13
183/14 183/16 185/5
186/21 187/7 188/2
189/16 190/25 194/13
195/23 196/23 199/4
201/18 201/21 202/6
207/5 211/24 212/9
214/22 214/24 217/22
218/10 219/23 222/5
223/3 223/4 228/7
232/3 235/8 235/9
235/18 248/24 255/5
**knowing [3]** 8/12
193/23 245/11
**knowledge [10]**
24/8 122/16 130/18
131/5 134/6 148/7
155/2 155/5 165/1
177/15
**known [2]** 20/18
25/23

**knows [11]** 12/25
59/21 130/20 131/20
165/2 216/14 232/18
239/15 240/8 249/16
250/10
**KRINZMAN [1]** 1/15
**Kroma [2]** 120/13
120/24
**KUEHNE [13]** 1/18
1/18 4/17 15/11 20/17
42/5 42/15 42/16 61/2
64/9 93/4 94/6 107/8
**Kwansei [1]** 115/1

**L**

**La [1]** 163/20
**labor [1]** 117/7
**lack [13]** 122/15
130/17 131/5 216/13
232/16 232/24 233/12
238/10 239/14 239/23
240/6 248/1 249/15
**lacks [4]** 135/20
232/25 233/19 241/3
**ladies [4]** 9/6 110/20
112/22 257/6
**laid [1]** 117/5
**landlord [8]** 174/22
179/11 179/12 192/20
197/6 197/9 197/13
201/16
**landlord's [9]** 191/9
191/13 191/14 197/4
197/5 213/5 214/19
215/2 215/14
**language [7]** 53/21
66/10 139/18 196/6
196/15 196/19 197/3
**largely [1]** 21/15
**larger [1]** 136/13
**largest [1]** 129/13
**last [14]** 5/16 5/17
26/17 26/23 98/3 98/4
100/20 100/20 120/22
154/25 217/13 229/20
250/8 256/18
**lasted [3]** 26/7 26/8
201/2
**late [6]** 6/13 7/6 7/8
45/9 45/12 120/21
**later [7]** 24/22 29/5
103/4 238/16 248/9
250/20 251/3
**latest [1]** 118/22
**LAUDERDALE [7]**
1/2 1/5 5/22 8/12
182/6 230/23 257/24
**laundering [5]** 74/1
74/4 74/9 74/22 75/2
**law [42]** 1/10 1/18
6/11 21/20 36/1 51/11
53/9 53/12 55/24

73/16 74/21 77/6
77/19 78/24 80/20
81/7 82/3 106/12
107/4 107/4 116/2
140/18 142/12 145/6
149/12 153/6 153/16
166/17 171/25 176/18
191/25 217/17 224/22
235/19 235/20 235/21
235/23 244/20 245/7
246/7 256/13 256/17
**lawn [1]** 206/15
**laws [11]** 47/16
48/15 52/25 53/16
53/17 53/22 53/25
117/21 129/20 141/25
164/18
**Lawson [2]** 6/12
6/14
**lawsuit [38]** 25/15
25/18 25/20 32/1
32/19 33/11 40/6 40/9
40/22 41/10 42/17
43/2 43/6 43/21 44/1
44/2 44/8 44/14 44/17
58/17 58/20 59/2 59/5
59/9 60/6 60/9 60/12
60/14 61/20 62/12
62/23 63/1 131/18
132/25 159/10 162/23
163/7 165/2
**lawsuit's [1]** 33/7
**lawsuits [4]** 40/12
40/16 42/23 50/7
**lawyer [6]** 45/25
107/23 196/23 198/15
223/17 223/20
**lawyers [2]** 63/10
63/12
**lay [1]** 227/20
**layperson [1]** 252/1
**lays [1]** 117/17
**lead [1]** 157/25
**leadership [1]** 28/25
**leading [10]** 110/7
114/13 122/1 124/14
125/14 125/17 127/12
129/10 137/6 226/13
**Leah [1]** 4/17
**learn [3]** 8/4 38/23
132/6
**learned [4]** 37/10
37/13 37/15 158/18
**lease [68]** 171/5
174/3 174/4 174/11
174/12 174/12 174/14
174/15 174/16 174/19
175/5 175/8 175/14
175/17 179/7 179/13
185/12 185/14 185/17
185/21 185/24 186/10
186/19 186/20 186/23

187/12 187/15 188/4
188/9 189/14 189/22
190/23 191/2 191/4
191/11 191/18 192/5
192/8 192/23 193/6
193/7 193/12 193/13
193/24 194/4 197/2
197/15 198/1 199/11
199/13 199/13 201/9
201/11 202/4 202/7
202/8 202/18 202/23
206/14 208/8 209/16
211/1 211/23 213/6
214/20 216/2 222/10
245/4
**leasing [2]** 171/19
189/20
**least [16]** 24/12
29/18 41/24 46/16
48/4 48/6 80/23 84/22
85/1 87/4 95/11 97/25
110/7 120/9 129/14
196/20
**leave [3]** 27/23
37/14 112/12
**leaves [2]** 6/1 61/24
**leaving [1]** 115/14
**Leche [1]** 177/6
**led [2]** 120/22
125/23
**left [8]** 9/24 21/11
21/11 95/24 96/2
214/14 214/15 244/24
**legal [9]** 45/4 87/6
105/18 107/19 130/8
142/12 156/12 173/7
195/12
**legality [1]** 44/19
**legally [2]** 76/21
145/5
**legislation [10]**
118/10 141/8 142/13
142/16 142/21 142/24
143/1 147/12 149/9
149/16
**legislative [11]** 47/9
49/6 56/10 67/2 85/1
123/19 135/2 146/12
146/25 147/5 148/10
**legislatively [3]**
127/1 136/6 136/7
**legislators [2]**
117/19 128/12
**Legislature [3]**
47/16 48/13 49/13
**legitimate [2]** 77/1
150/17
**Leon [6]** 25/24 26/1
32/1 32/19 33/11
40/23
**less [6]** 36/12 37/4
94/20 116/10 201/2

240/1
**let [40]** 5/24 9/12
9/13 12/18 18/13
26/13 27/23 33/22
37/3 42/21 43/7 43/11
46/15 50/9 55/13 60/4
65/2 66/2 68/17 68/23
72/14 84/13 85/10
85/20 85/22 96/5
100/2 100/6 100/7
100/18 102/25 106/20
112/16 112/19 166/11
193/24 207/4 208/21
208/23 221/8
**let's [39]** 13/18 17/2
29/3 29/16 29/22 31/3
31/9 31/9 35/8 42/5
44/13 56/8 56/12
56/22 61/4 70/20 82/1
95/15 98/4 103/2
103/3 103/8 127/23
128/19 160/11 175/25
185/20 186/22 191/24
198/7 210/2 210/3
211/6 211/17 212/14
212/15 212/19 213/19
213/25
**letter [35]** 10/1 10/8
10/25 16/8 95/12
95/15 95/23 96/2 97/5
97/8 107/2 107/14
107/15 107/23 108/9
197/5 202/25 203/7
203/10 203/12 203/21
203/24 203/25 204/2
204/5 204/8 205/4
205/4 205/18 206/2
206/5 215/25 216/1
216/6 217/13
**letterhead [1]** 107/3
**letters [34]** 95/14
95/21 97/10
**letting [5]** 30/8
33/25 52/21 63/22
96/20
**level [2]** 30/21
198/23
**Levy [1]** 169/25
**license [7]** 109/4
109/7 109/7 183/2
204/3 204/11 204/12
**licensed [1]** 158/21
**licenses [3]** 10/22
190/2 193/25
**licensing [1]** 189/24
**lie [1]** 16/13
**life [10]** 117/11
125/24 144/5 145/8
145/9 145/10 145/17
146/1 167/4 217/16
**light [1]** 149/14
**lighting [3]** 197/17

**L**

**lighting...** [2] 215/13 215/13
**lights** [3] 240/2 240/5 245/24
**like** [91] 5/11 6/2 6/3 10/2 10/12 11/10 13/22 17/10 26/10 26/17 45/6 47/23 54/8 66/4 74/12 81/9 91/9 92/5 92/10 92/14 95/10 97/11 98/12 98/24 101/8 105/1 106/3 117/17 117/21 123/13 129/22 138/23 139/11 143/13 144/4 144/17 144/23 153/13 164/16 171/9 173/3 173/8 173/17 174/3 174/11 174/12 174/12 176/1 176/18 177/3 180/20 182/19 183/4 183/15 183/16 183/24 184/5 187/18 188/15 188/22 189/5 189/8 190/2 190/15 193/15 194/5 194/17 195/24 197/19 199/19 200/12 200/13 202/14 203/12 205/24 206/10 208/10 208/14 209/19 211/4 215/25 218/4 221/15 221/18 226/3 226/8 226/18 231/25 232/1 247/5 256/11
**likely** [2] 86/5 154/14
**likes** [1] 164/16
**Lilia** [1] 169/25
**limit** [1] 163/12
**limited** [6] 118/2 124/20 228/15 228/22 228/24 252/24
**Lina** [2] 12/4 17/1
**line** [16] 56/22 95/11 136/17 144/22 145/12 174/20 177/13 187/1 188/22 190/23 191/1 191/2 192/7 195/24 197/15 226/17
**linear** [1] 183/22
**lined** [3] 174/11 185/12 185/17
**lines** [7] 9/25 56/17 116/18 163/5 190/24 192/9 245/23
**link** [1] 257/1
**liquor** [16] 109/4 109/7 109/7 176/16 177/6 177/7 183/12 184/2 189/19 189/24

190/2 190/8 190/8 190/12 193/25 204/14
**liquors** [1] 183/21
**list** [5] 10/21 119/7 119/15 148/4 148/11
**listed** [1] 89/16
**Listen** [2] 43/7 108/4
**lists** [1] 62/15
**lit** [1] 212/3
**literally** [1] 190/12
**litigant** [1] 92/8
**litigants** [3] 91/15 91/20 92/8
**litigated** [1] 62/1
**litigating** [1] 43/14
**litigation** [24] 12/25 13/2 23/3 26/7 33/15 33/18 40/24 41/17 41/19 41/24 42/7 42/17 44/21 44/22 45/2 45/20 46/1 46/2 58/21 62/20 76/1 107/15 107/18 107/25
**little** [48] 7/16 9/24 19/18 30/2 31/14 32/24 39/10 39/14 40/2 57/11 59/9 64/22 66/6 68/3 68/24 70/20 114/16 115/3 117/9 120/17 120/19 120/23 125/17 149/12 163/20 164/19 171/10 175/13 182/21 183/15 184/3 184/6 186/6 188/14 189/8 201/5 206/12 206/13 215/25 216/3 216/3 218/22 230/11 230/11 231/12 254/18 255/5 255/24
**live** [5] 32/5 32/5 116/8 136/15 228/24
**lived** [1] 32/7
**lives** [4] 33/4 68/11 76/19 76/23
**living** [4] 32/5 32/18 151/20 169/5
**LLC** [6] 162/21 163/21 169/10 169/11 175/2 209/13
**load** [11] 78/6 78/11 78/16 78/21 78/24 79/2 79/16 79/22 80/10 80/12 80/15
**lobby** [1] 221/16
**local** [2] 120/16 190/5
**located** [5] 30/15 171/8 204/3 204/9 204/17
**location** [13] 172/1 177/12 185/1 189/20 190/10 190/15 204/15

205/21 205/21 232/25 243/18 244/22 244/25
**locations** [2] 222/11 247/7
**locked** [1] 109/9
**long** [11] 5/6 9/25 94/13 115/21 126/14 141/4 146/13 169/18 172/14 231/16 244/22
**longer** [3] 196/13 239/2 241/19
**longtime** [1] 136/16
**look** [20] 16/10 16/22 26/10 29/10 42/21 61/2 61/22 65/23 65/25 69/21 70/5 90/24 105/1 109/4 128/19 189/9 197/3 223/8 244/25 257/6
**looked** [6] 90/20 185/12 208/10 221/20 222/24 223/12
**looking** [12] 10/1 34/4 34/11 34/13 55/11 55/19 66/2 80/21 152/13 198/25 214/8 223/14
**looks** [3] 101/8 174/3 226/3
**loser** [3] 25/11 25/15 25/23
**lost** [4] 180/21 180/21 181/2 181/3
**lot** [76] 11/8 12/5 33/13 35/11 37/11 37/12 59/4 59/13 117/5 117/15 121/12 123/8 125/17 126/12 133/13 141/7 145/19 155/20 178/8 188/3 200/6 202/16 206/7 206/15 216/23 217/20 218/4 220/8 222/20 224/7 224/10 224/15 225/12 225/15 232/6 233/18 233/20 233/24 234/3 234/7 234/8 234/17 234/19 235/6 235/12 239/2 239/17 240/14 240/24 241/1 241/11 241/23 242/3 242/10 242/13 243/2 245/2 245/21 245/23 245/24 246/12 247/13 247/14 247/16 247/20 247/23 247/25 251/20 251/20 251/20 251/20 252/13 257/2
**lots** [17] 58/21 60/6 81/19 233/4 233/10

234/6 234/11 238/6 238/22 239/13 239/21 240/2 240/4 240/12 240/17 246/24 256/7
**loud** [3] 18/4 18/11 139/13
**Louis** [1] 170/1
**Louis'** [1] 8/1
**love** [2] 177/16 252/13
**loved** [2] 38/20 104/2
**lower** [3] 18/10 18/14 39/21
**loyal** [1] 131/4
**LP** [1] 6/12
**LUBETSKY** [1] 1/15
**lunch** [2] 94/12 110/21
**Luncheon** [1] 111/3

**M**

**M-A-L-O-N-E** [1] 168/18
**M-A-R-T-I-N-E-Z** [1] 230/3
**M-A-T-T-H-E-W** [1] 168/18
**M.O** [1] 167/16
**machine** [2] 70/9 184/4
**Mad** [3] 162/5 162/6 162/21
**made** [25] 14/11 57/6 60/5 60/12 60/17 67/16 67/17 68/16 86/7 89/22 90/23 93/2 95/5 102/7 107/1 107/17 122/10 122/12 122/20 163/2 192/2 199/6 205/14 211/22 248/7
**magically** [1] 8/8
**Magistrate** [1] 8/1
**mail** [1] 75/14
**mailbox** [1] 27/22
**maimigov.com** [1] 69/20
**main** [1] 117/7
**mainly** [2] 83/15 185/5
**major** [5] 117/3 129/14 186/13 186/15 194/5
**majority** [5] 53/8 129/17 130/1 176/14 219/24
**make** [57] 8/7 15/20 37/4 43/13 44/10 44/25 45/16 46/15 47/16 48/15 53/9 53/11 60/4 63/5 66/6

66/19 68/24 69/3 70/20 72/22 72/24 75/6 79/16 83/3 85/8 85/23 88/14 88/17 89/10 92/22 96/25 96/25 113/15 129/17 138/15 138/17 138/20 140/1 183/22 186/22 188/14 189/19 193/1 197/22 205/3 208/7 208/23 210/3 224/4 224/20 228/14 237/21 240/4 244/14 251/2 251/10 253/10
**makes** [3] 45/3 89/17 190/25
**making** [9] 51/6 53/17 73/2 126/17 126/18 145/23 164/20 169/16 225/13
**Malone** [24] 5/10 5/13 6/9 6/19 7/3 168/8 168/17 168/20 168/22 170/12 174/2 174/9 180/4 182/12 182/15 182/17 203/8 204/7 207/23 208/5 216/12 222/17 222/19 226/2
**Malone's** [1] 207/18
**man** [4] 228/4 228/4 235/5 237/18
**management** [1] 55/6
**manager** [50] 18/9 18/13 18/17 21/25 22/7 23/10 23/23 24/9 24/12 24/15 30/18 34/8 34/9 47/11 48/8 49/4 53/24 54/3 54/6 65/8 65/12 67/9 67/10 67/13 67/21 74/8 82/19 83/2 83/8 83/9 83/12 83/14 83/15 83/22 86/2 86/2 86/7 86/13 88/7 118/4 132/5 133/22 134/9 139/10 140/7 140/24 141/6 147/6 156/15 164/15
**manager's** [9] 54/6 66/16 66/20 86/9 102/12 102/20 139/23 140/2 140/12
**managers** [1] 134/3
**mandate** [2] 14/4 85/8
**mandated** [6] 10/16 10/17 10/19 10/20 84/18 117/16
**manner** [2] 99/3 107/24

**M**

**Manny [1]** 134/2
**manufacturer [2]** 186/20 204/11
**manufacturers [1]** 204/2
**manufacturing [3]** 169/7 169/8 183/1
**many [11]** 116/8 116/8 118/16 120/2 135/24 148/7 148/14 180/23 219/21 232/14 248/22
**maps [1]** 116/14
**Marc [2]** 1/21 4/17
**March [4]** 6/8 144/25 210/13 210/17
**March 30 [1]** 210/17
**Marjorie [1]** 32/11
**mark [2]** 203/15 203/19
**marked [2]** 13/13 207/12
**market [1]** 70/17
**marketing [1]** 115/6
**Marketplace [11]** 70/16 174/19 174/25 179/13 182/22 186/24 209/13 210/14 211/12 216/12 217/9
**MARTIN [4]** 1/4 114/20 170/21 179/14
**Martinez [2]** 230/2 230/3
**Mason [2]** 1/16 4/16
**massacre [2]** 123/24 124/5
**massive [2]** 23/4 177/10
**material [2]** 73/18 102/8
**materials [1]** 8/2
**math [1]** 175/18
**Matt [6]** 5/10 5/13 7/3 168/8 180/8 203/8
**matter [23]** 7/11 8/24 12/25 14/17 16/1 41/25 43/18 46/17 63/17 77/13 80/13 90/12 90/25 91/24 145/8 163/8 163/20 207/17 227/13 229/3 255/11 257/12 257/20
**matters [4]** 51/14 52/14 58/21 80/15
**Matthew [1]** 168/17
**may [50]** 4/19 6/24 9/5 9/17 42/9 42/12 46/13 64/9 67/24 84/7 94/16 94/23 100/22 107/19 107/19 110/3

110/15 112/7 112/23 124/7 129/11 133/3 135/15 145/1 161/12 168/5 179/17 180/20 194/3 203/4 203/7 205/7 205/9 207/23 207/25 209/13 209/23 210/6 211/17 216/5 219/12 220/6 220/6 223/7 226/18 230/12 233/14 241/8 252/4 252/5
**may be [10]** 4/19 9/5 9/17 110/3 110/15 112/7 112/23 145/1 207/23 223/7
**maybe [14]** 31/13 52/3 53/21 55/8 92/23 94/16 100/20 186/6 186/14 201/3 211/25 214/4 217/2 225/18
**mayor [17]** 21/21 22/20 22/25 23/6 23/8 23/9 23/14 23/22 24/2 24/18 30/15 30/18 34/4 47/14 48/10 56/23 200/2
**mayor's [1]** 147/7
**me [106]** 5/7 9/13 12/18 13/22 14/8 14/12 21/23 26/9 26/13 27/23 28/14 29/15 29/17 34/1 37/3 41/25 42/4 42/5 42/21 43/24 45/22 46/15 55/13 60/4 60/19 63/22 65/2 66/2 67/13 67/14 68/17 68/23 71/14 72/8 72/14 73/22 73/23 73/23 79/3 79/3 84/13 84/17 85/20 85/22 89/24 90/14 90/24 96/5 97/23 98/2 99/22 100/18 102/25 103/13 103/24 106/20 112/12 112/16 115/3 118/16 126/22 132/2 132/11 133/19 133/22 133/23 133/25 134/8 134/10 136/6 137/17 137/25 138/14 142/25 148/5 160/9 160/21 160/22 164/8 164/16 164/16 164/17 164/17 166/11 167/9 167/14 167/15 169/13 173/3 174/5 179/5 179/19 180/22 221/8 221/22 225/22 231/7 234/20 235/18 241/25 245/11 245/11 245/12 248/15 250/11

254/25
**mean [19]** 10/6 16/11 28/13 37/6 67/19 67/21 96/7 117/15 155/14 157/5 179/10 181/17 201/14 201/15 218/10 220/20 225/2 226/20 245/23
**meaning [3]** 49/22 166/4 198/23
**means [6]** 15/17 129/15 186/22 250/17 251/2 252/7
**meant [4]** 133/14 201/18 201/20 222/4
**measurement [1]** 71/14
**measurements [1]** 98/24
**media [2]** 27/14 257/10
**meet [10]** 14/10 38/22 50/3 65/12 118/19 195/14 200/17 200/20 204/15 205/15
**meeting [50]** 14/8 50/5 51/1 51/9 51/14 81/17 81/20 81/20 81/23 82/1 82/6 82/22 83/4 83/6 83/23 84/3 84/7 84/12 86/1 87/21 122/19 123/23 124/8 124/22 125/10 128/5 143/14 143/21 144/14 144/16 144/25 145/20 146/3 146/5 148/18 152/13 155/1 164/2 164/13 164/14 165/25 166/22 178/1 178/3 178/7 181/11 186/18 201/19 214/11 217/24
**meetings [11]** 39/6 51/21 52/9 52/10 52/24 82/13 118/20 121/2 122/9 149/14 195/22
**meets [2]** 51/18 83/25
**member [4]** 117/1 136/20 142/7 142/15
**members [9]** 52/3 52/17 64/7 85/17 88/18 92/19 102/17 151/17 207/21
**memo [1]** 67/14
**memory [2]** 42/4 203/3
**men's [1]** 45/11
**Mendez [5]** 48/22 69/11 130/4 130/16 250/7
**Mendez's [1]** 131/8

**mention [2]** 8/25 147/10
**mentioned [10]** 21/24 24/12 35/16 57/9 69/12 75/18 136/12 163/9 201/7 222/24
**mentioning [1]** 145/21
**mentions [1]** 141/5
**mere [1]** 124/20
**merit [1]** 144/7
**merited [1]** 70/11
**Meritt [1]** 23/18
**message [11]** 7/17 7/21 27/23 180/10 180/12 180/15 180/18 180/24 221/20 221/23 226/11
**messing [1]** 237/5
**met [11]** 119/24 119/25 120/2 170/17 177/17 177/18 177/24 218/2 221/24 225/16 226/11
**metal [2]** 101/8 105/1
**meters [1]** 245/3
**method [1]** 155/21
**Miami [94]** 1/13 1/17 1/19 1/22 2/4 20/22 20/23 21/3 21/6 22/14 22/17 22/24 23/11 23/20 24/3 24/23 26/6 28/19 28/25 30/25 35/17 35/19 35/23 40/4 47/9 47/20 48/5 48/25 50/17 54/9 54/23 55/25 63/1 68/21 69/13 74/5 78/20 79/15 82/2 84/25 102/8 114/11 116/5 116/16 116/21 117/6 117/21 127/23 129/12 138/14 142/6 154/11 159/4 159/6 159/8 159/14 162/21 163/15 164/19 166/15 166/20 168/24 168/25 169/1 170/4 171/9 177/6 178/4 191/25 196/4 199/23 204/1 204/10 204/16 205/4 209/12 215/21 223/9 231/17 238/9 239/7 239/8 245/10 245/13 248/4 248/5 248/15 249/13 250/10 252/9 252/21 252/24 254/24 256/13
**Miami's [4]** 121/14 121/20 121/23 205/13

**Miami-Dade [2]** 20/23 78/20
**miamigov.com [3]** 65/5 69/21 69/25
**mic [1]** 4/23
**micro [4]** 171/20 182/23 182/24 196/18
**micro-distillery [1]** 171/20
**microphone [1]** 6/25
**mid [4]** 37/16 199/19 199/20 199/22
**middle [5]** 39/21 39/21 128/25 172/13 225/17
**midst [1]** 6/15
**might [18]** 28/9 29/9 29/20 48/2 68/9 72/14 74/12 83/7 96/12 96/17 98/22 99/1 140/21 141/14 175/10 190/19 193/20 214/12
**Mike [1]** 169/25
**mile [1]** 239/18
**miles [2]** 239/19 240/22
**million [4]** 115/7 116/15 176/1 177/13
**millionaire [4]** 235/25 236/1 237/5 237/18
**millions [1]** 177/12
**mince [1]** 44/13
**minds [1]** 186/18
**mine [3]** 27/11 27/12 178/11
**minimal [1]** 185/1
**minimum [2]** 90/2 197/10
**minor [1]** 114/24
**minute [5]** 20/12 26/9 48/3 135/14 201/2
**minutes [19]** 5/7 6/2 43/1 63/22 94/8 94/10 94/14 94/16 94/20 102/22 166/22 201/3 201/4 206/24 216/23 216/23 241/21 253/11 253/14
**Miriam [1]** 11/21
**Miro [12]** 88/18 88/22 88/25 89/11 89/15 89/23 90/1 90/5 90/6 90/21 92/23 95/2
**mischaracterization [2]** 41/1 42/18
**Mischaracterizes [2]** 86/23 212/6
**mischaracterizing [1]** 87/8
**mislead [2]** 44/13

**M**

mislead... [1] 45/17
misread [1] 204/23
misrepresentations
[1] 59/21
missing [1] 61/25
mission [2] 117/10
149/13
Misstates [1] 256/2
mistaken [1] 120/11
misunderstanding
[1] 91/4
Mm [2] 29/25 180/8
Mm-hmm [1] 29/25
moment [6] 17/2
104/5 188/7 198/9
212/2 240/1
moments [1] 185/13
Monday [2] 199/20
244/24
money [15] 74/1
74/4 74/9 74/18 74/22
75/2 126/17 172/20
172/24 181/3 248/6
249/10 252/3 252/3
252/7
Monte [6] 178/9
178/21 178/22 178/25
200/25 201/6
Montesorri [3] 219/7
224/17 225/1
Montessori [7]
170/3 218/23 218/25
219/3 221/11 224/6
224/8
month [14] 33/5
84/1 84/11 84/13
84/20 84/21 84/23
175/11 175/16 187/14
187/14 187/15 248/16
255/25
months [2] 41/9
41/9
Morales [1] 134/2
Morash [1] 250/8
more [23] 11/13
13/14 33/5 37/7 37/8
83/20 86/5 96/21
105/5 116/10 133/16
154/14 176/19 177/14
187/10 199/21 200/14
201/4 217/2 221/11
244/4 247/17 249/24
moreover [1] 223/24
morning [17] 4/1
4/12 4/15 4/16 5/12
9/6 9/15 9/16 9/21
9/22 20/16 20/17
137/8 138/3 166/13
226/17 244/24
most [8] 23/19 38/1

53/8 85/6 103/23
106/3 117/19 154/10
motion [5] 60/7
60/20 112/11 144/24
148/25
motivated [2] 164/4
164/7
motivation [2]
109/17 155/2
motivations [1]
164/10
move [37] 8/22
43/11 46/8 64/13
91/16 91/20 92/10
92/12 92/21 131/15
145/16 148/19 177/20
179/23 192/5 194/6
194/16 214/25 220/23
224/3 235/14 236/14
238/2 241/23 246/20
248/11 248/18 249/19
251/13 253/16 253/25
254/6 254/13 255/13
256/14 256/22 257/4
moved [5] 6/5
148/23 149/8 193/16
222/11
movie [2] 18/11
18/12
moving [6] 13/19
24/1 125/18 144/25
197/2 199/7
Mr [226] 5/3 6/19
7/16 7/17 7/20 9/10
9/21 10/5 11/15 12/4
12/8 12/13 12/14 13/1
13/21 13/23 13/24
14/5 14/8 14/9 14/16
14/20 15/11 15/18
16/1 16/4 16/12 16/15
16/22 16/22 17/3 17/6
17/7 17/8 17/14 17/16
18/13 18/16 18/24
19/2 19/4 19/5 19/9
19/20 19/25 19/25
20/4 20/16 20/17 21/4
26/18 42/15 42/16
60/21 60/25 61/2 63/2
64/9 90/1 92/23 93/1
93/4 93/6 93/6 93/9
93/10 93/15 94/6
94/11 94/13 104/18
105/12 105/22 107/2
107/8 107/11 107/16
110/18 113/8 114/8
119/23 119/23 120/4
120/5 120/5 121/13
122/7 123/17 123/17
124/12 124/20 125/1
125/3 125/4 125/7
125/13 126/24 128/25
130/16 131/4 131/10

131/18 131/18 134/22
135/18 138/12 139/5
139/13 140/6 140/6
141/9 143/18 145/19
147/25 148/18 148/19
149/25 152/14 154/19
158/10 158/12 158/25
159/15 159/21 160/4
160/23 164/3 164/6
164/15 165/5 165/8
165/10 165/24 166/2
166/11 167/2 168/22
170/12 170/16 170/17
170/21 170/23 170/25
171/11 171/14 171/15
171/18 171/18 171/23
171/24 172/10 172/10
172/14 172/14 172/21
172/22 174/2 174/9
174/25 174/25 175/8
175/8 176/4 177/1
177/1 178/6 178/10
178/13 179/3 179/8
179/19 180/4 182/12
182/17 185/3 185/3
185/11 186/23 186/23
201/1 201/6 204/7
207/18 207/23 208/5
211/22 216/12 217/9
218/14 221/21 221/22
221/24 222/19 222/23
222/23 223/15 225/16
226/2 226/9 227/12
227/13 227/21 227/21
227/22 227/23 228/1
228/1 228/22 228/23
228/23 228/24 228/25
230/8 231/20 232/3
237/3 237/3 239/5
245/14 246/8 247/20
249/2 249/5 253/23
254/24 256/12
Mr. [26] 6/9 12/19
14/24 17/10 17/25
18/18 20/5 43/3 60/15
90/4 99/13 107/16
113/17 121/25 122/7
125/10 167/12 170/13
171/1 171/12 176/5
185/12 204/6 231/23
237/7 246/2
Mr. Bill [2] 170/13
246/2
Mr. Blom's [1] 90/4
Mr. Carollo [6]
12/19 14/24 20/5 43/3
60/15 237/7
Mr. Carollo's [1]
17/25
Mr. Fuller [5] 99/13
121/25 122/7 167/12
231/23

Mr. Fuller's [3]
17/10 125/10 176/5
Mr. Goldberg [1]
204/6
Mr. Gutchess [1]
107/16
Mr. Malone [1] 6/9
Mr. Napoli [1] 18/18
Mr. Pinilla [3] 171/1
171/12 185/12
Mr. Russell [1]
113/17
Mr.Carollo [1] 60/19
Ms. [6] 5/11 11/20
93/20 130/16 131/8
256/19
Ms. Caprio [1] 5/11
Ms. Carollo [1]
93/20
Ms. Cohen [1] 11/20
Ms. Interpreter [1]
256/19
Ms. Mendez's [1]
131/8
Ms. Victoria [1]
130/16
much [13] 70/6 94/6
110/19 173/10 174/7
175/7 175/19 185/21
192/25 198/4 214/3
227/1 251/6
multiple [8] 76/9
76/11 80/19 153/7
153/15 153/17 183/20
238/22
municipal [1] 117/2
municipality [3]
22/9 24/9 54/13
Museum [1] 117/2
music [5] 18/3 18/6
18/10 18/11 134/23
must [3] 10/25 66/20
140/1
my [104] 4/23 6/25
9/11 9/24 14/10 14/12
14/12 16/8 29/14
36/13 37/4 42/4 44/19
45/17 45/18 63/23
64/24 66/9 69/6 90/21
91/6 99/10 100/12
105/13 105/14 105/14
106/5 106/6 106/12
107/2 108/18 108/23
110/17 112/10 114/21
115/5 115/8 117/2
128/4 131/23 132/2
132/4 132/22 133/12
134/13 134/21 136/12
136/16 137/14 138/2
138/4 138/4 139/17
140/23 141/2 144/6
148/9 148/10 148/11

148/17 154/25 156/12
160/25 168/9 169/3
169/3 169/6 169/15
170/7 175/1 194/21
194/22 195/7 195/20
198/7 198/13 198/15
203/3 205/2 207/4
209/22 212/9 218/10
221/8 222/25 223/11
223/22 224/24 225/18
227/7 229/9 230/2
232/9 238/9 244/24
244/25 248/16 252/7
252/11 252/12 252/23
254/5 256/21 257/11
myself [6] 11/1 14/9
14/10 150/10 188/15
230/25

**N**

N-I-O-R-E-L-L-A [1]
229/19
name [17] 4/7 18/13
38/12 67/25 76/16
114/1 168/15 169/8
169/13 218/1 218/15
229/17 229/20 229/25
230/2 250/6 250/8
named [3] 25/23
88/18 178/9
Napoli [12] 18/16
18/17 18/18 19/4 19/5
19/9 19/20 19/25 20/4
86/13 138/24 139/14
narrative [1] 60/3
National [1] 39/15
nationals [1] 74/14
natural [1] 142/11
nature [7] 10/14
11/11 17/13 83/19
99/21 109/10 123/16
nearly [1] 128/1
necessarily [3]
37/13 110/18 144/7
necessary [5] 60/22
93/24 191/17 194/1
225/1
need [29] 9/11 28/14
61/16 62/16 63/13
65/23 67/19 69/3
78/15 91/4 93/9 97/9
112/17 116/2 125/25
129/16 184/2 184/8
184/9 184/9 184/10
184/11 184/11 184/18
189/19 196/19 198/22
240/9 250/11
needed [17] 52/6
53/11 59/8 70/5 82/19
116/18 125/24 151/22
186/13 186/15 187/10
191/21 194/16 197/17

**N**

needed... [3] 199/8
210/18 240/2
needs [5] 63/21
118/3 118/4 206/24
242/11
negative [2] 241/17
241/21
negotiate [1] 193/6
negotiated [1] 213/6
negotiating [2]
211/1 211/23
negotiations [1]
186/5
neighborhood [9]
39/21 194/14 219/9
220/1 220/4 220/10
220/11 224/20 224/25
neighborhoods [1]
116/7
neighbors [2] 225/4
225/10
neither [1] 56/23
nervous [1] 230/11
net [4] 38/10 38/11
186/21 187/12
never [39] 6/21 35/2
35/9 42/10 61/4 63/4
63/7 74/11 135/25
136/23 140/18 141/13
144/20 147/3 152/19
160/4 164/22 196/10
197/16 199/6 199/13
202/8 202/9 202/23
211/22 215/16 218/6
218/7 218/18 222/10
228/7 232/19 232/19
232/20 232/20 232/21
233/15 248/8 248/8
new [12] 21/15
21/16 30/12 66/18
127/10 136/17 139/25
199/24 200/5 214/18
254/10 257/8
news [1] 257/10
newspaper [1] 23/2
next [43] 4/20 4/21
4/25 5/3 14/14 18/9
29/3 29/5 29/16 29/22
29/22 30/1 30/17
31/22 41/6 56/13
56/13 68/24 78/9 78/9
78/10 78/10 87/21
91/8 112/24 124/17
137/14 168/6 187/22
202/11 211/8 212/21
213/9 213/18 214/25
215/5 215/12 220/25
227/11 235/12 238/4
238/6 238/8
nice [1] 105/3

Nick [1] 18/14
night [12] 17/3
232/15 234/14 235/3
240/11 241/22 242/7
243/7 243/8 243/10
244/4 257/13
nightclub [1] 254/11
nine [1] 238/16
Niorella [1] 229/19
Nishinomiya [1]
115/1
Niworowski [1] 1/12
no [186] 1/2 5/18
5/21 6/25 7/10 8/14
8/19 11/3 12/17 13/17
16/1 16/8 16/24 18/15
20/8 21/2 25/5 26/14
27/9 35/4 36/13 36/14
36/20 36/22 36/24
37/8 40/5 43/16 44/17
45/7 45/14 57/22
61/14 65/20 67/16
67/17 67/18 68/14
68/16 72/5 75/13
75/25 77/14 77/18
77/18 77/25 79/6 82/7
82/14 84/12 85/4
85/19 85/19 85/19
85/19 91/1 91/3 91/9
91/17 91/21 93/9
94/15 96/10 96/15
97/16 99/9 99/20
101/23 102/1 108/2
110/17 119/6 119/10
119/14 119/17 121/6
121/9 121/12 121/22
122/8 126/22 128/4
129/14 134/6 135/13
137/5 138/2 138/6
139/1 143/10 148/14
151/13 152/16 152/21
153/6 153/25 155/1
155/10 157/23 160/6
161/20 163/8 163/17
163/17 164/9 164/12
164/25 165/1 165/4
165/7 165/13 165/17
167/5 168/4 171/13
173/22 179/21 183/22
187/1 189/5 197/15
201/18 201/25 202/2
203/14 205/3 206/18
208/19 208/25 209/17
210/5 210/20 211/16
211/21 211/24 212/10
212/10 212/18 213/11
214/3 214/21 215/4
216/15 217/12 217/18
219/19 219/24 220/5
220/13 220/18 220/19
220/20 220/20 222/2
222/9 222/13 224/3

224/13 226/21 227/2
228/5 235/19 235/22
236/22 237/9 237/12
237/17 239/2 240/9
240/13 240/21 240/25
241/15 242/17 244/24
246/1 246/15 247/4
248/10 250/10 253/10
253/19 255/11 255/11
255/22 256/4
nobody [2] 162/8
162/9
Nobody's [1] 123/14
noise [2] 17/24
134/22
non [8] 87/20 137/1
248/12 251/14 252/1
252/1 254/8 254/14
non-expert [1]
252/1
non-layperson [1]
252/1
non-permit [1]
87/20
non-responsive [5]
137/1 248/12 251/14
254/8 254/14
none [3] 85/16 85/19
239/3
nonetheless [1]
92/7
nonpublic [1] 77/10
nonrefundable [1]
6/1
nonsense [1] 33/3
nonstop [1] 70/14
noon [1] 253/1
Nope [1] 165/9
nor [3] 7/9 27/11
56/23
normal [1] 247/4
normally [10] 41/21
52/5 70/6 81/23 82/17
82/22 83/13 123/2
190/11 248/10
North [1] 114/21
not [351]
note [1] 95/22
noted [6] 10/8 79/1
168/11 227/10 229/10
236/24
notes [1] 221/8
nothing [12] 12/25
15/17 43/10 44/9 45/2
46/3 104/10 141/3
158/2 161/20 202/1
206/7
notice [10] 123/18
192/20 209/12 210/13
211/10 211/10 211/11
211/18 212/16 215/24
noticed [1] 92/1

notices [2] 209/20
223/12
notification [2]
238/8 238/16
notify [1] 83/2
November [24]
26/24 27/25 28/17
29/5 115/18 172/18
180/16 180/17 185/14
185/20 185/23 186/1
186/6 186/6 186/8
186/9 193/5 193/13
193/17 195/18 199/12
221/21 226/3 231/15
November 19th [3]
180/16 180/17 226/3
now [77] 8/5 17/16
24/15 25/3 29/22 31/3
31/10 31/19 33/5
35/16 40/4 41/23 47/8
47/14 51/5 55/5 55/10
55/12 55/13 56/16
58/17 62/1 73/15 78/1
85/20 85/24 90/18
91/13 91/23 93/22
93/24 94/7 95/10
95/22 97/12 98/3 98/7
112/5 117/6 134/15
136/21 164/13 164/15
167/2 170/12 180/16
186/5 187/10 188/7
189/13 192/4 197/2
199/16 202/11 202/17
202/25 205/9 206/8
210/2 210/12 211/17
212/19 213/19 214/5
214/18 217/1 217/19
218/22 220/21 220/23
221/3 229/4 233/17
237/14 242/18 252/6
255/22
number [19] 4/5
13/9 24/13 63/8 63/9
82/4 108/4 129/14
132/2 145/7 163/14
188/12 188/21 203/16
203/17 207/5 207/12
220/6 226/4
nuts [1] 83/18
NW [1] 1/13

**O**

O'Malley [1] 155/25
oath [6] 9/16 99/6
100/10 157/7 157/10
159/10
object [24] 6/22
15/12 40/25 41/12
42/18 54/15 56/25
59/15 70/24 70/24
77/2 114/13 119/21
160/17 176/6 178/19

197/16 227/18 238/21
238/21 243/16 244/16
254/20 256/14
objected [5] 7/8
42/22 60/19 69/2 69/5
objection [180]
11/22 11/23 11/24
12/22 14/21 14/22
15/5 16/6 18/20 18/23
18/25 19/7 19/8 19/12
19/22 20/1 20/6 26/14
41/5 59/19 60/19
63/15 64/12 69/4 80/3
80/4 86/23 87/5 87/6
88/19 105/16 106/13
106/19 107/13 107/14
108/2 108/3 108/23
108/24 110/5 110/6
121/16 122/1 122/14
123/19 124/1 124/6
124/14 124/17 125/14
127/5 127/12 128/8
129/10 130/8 130/17
131/5 131/12 131/14
131/19 132/14 132/2
134/5 135/2 135/19
136/9 136/25 137/6
137/18 137/19 139/1
153/8 153/9 154/16
154/22 156/4 158/22
159/18 159/24 161/16
163/1 163/21 166/7
167/23 168/11 172/23
173/4 173/12 173/12
173/22 175/21 175/22
178/24 179/21 181/21
182/2 182/10 203/13
203/14 208/22 208/25
210/5 212/6 215/15
216/10 219/10 221/6
226/6 226/13 227/9
229/9 232/16 232/24
233/1 233/6 233/13
233/19 233/21 233/25
234/12 234/23 235/14
236/5 236/16 236/21
237/6 237/13 237/22
238/2 238/10 239/9
239/14 239/23 240/6
240/19 241/3 242/5
242/18 242/21 243/15
244/1 244/8 245/19
246/5 246/9 246/16
246/25 247/10 247/14
248/1 248/11 248/17
248/23 249/7 249/14
249/19 249/25 250/12
251/13 251/18 251/23
251/24 252/18 253/4
253/5 253/10 253/18
253/19 254/2 254/6
254/13 255/1 255/9

# O

**objection... [7]**
255/13 255/20 256/1
256/8 256/14 256/22
257/4
**Objection's [1]**
86/25
**objections [7]** 108/5
168/9 227/7 227/20
227/24 236/19 244/8
**objective [1]** 253/2
**objectives [1]**
118/22
**obligated [1]** 60/11
**obligation [2]** 55/19
63/4
**obligations [3]**
23/24 59/2 197/4
**observe [1]** 51/20
**obstacle [5]** 186/13
186/15 190/16 193/9
194/6
**obstacles [3]** 97/23
97/24 194/5
**obtain [1]** 191/16
**obtained [1]** 144/21
**obvious [1]** 199/8
**obviously [6]** 50/25
85/12 85/13 101/18
117/23 227/23
**occasion [1]** 80/23
**occasionally [2]**
211/2 213/24
**occasions [3]** 10/9
80/19 218/2
**occupancy [2]** 11/10
78/11
**occupation [1]**
189/7
**occupied [2]** 197/17
198/3
**occurred [6]** 57/20
58/18 60/6 60/6 178/3
239/12
**Oche [1]** 190/21
**Ocho [28]** 39/15
40/2 70/16 154/11
171/9 171/20 172/8
172/11 172/16 172/22
174/15 174/19 174/24
175/9 177/11 178/23
179/4 181/8 182/22
186/24 190/14 208/6
209/13 210/13 211/11
216/12 217/9 230/24
**Ocho/Little [1]** 40/2
**October [1]** 58/14
**odd [1]** 202/2
**off [16]** 4/23 11/3
62/18 84/11 126/17
128/4 135/25 194/21

194/22 194/24 195/9
196/10 198/24 202/17
213/13 220/21
**offense [1]** 153/23
**offer [7]** 15/7 15/23
15/25 92/24 97/19
172/2 176/25
**offered [1]** 226/22
**offering [1]** 171/22
**office [63]** 6/17
14/10 21/6 24/18
25/15 32/3 34/21
34/24 37/20 38/2 38/2
38/3 38/4 38/7 38/8
38/9 38/10 38/10
38/11 40/18 42/6
42/10 47/5 51/16 54/6
66/16 66/22 67/6 81/1
83/10 84/15 88/25
89/24 90/3 96/19 97/2
102/20 105/12 106/12
116/3 117/23 126/14
126/21 133/6 137/17
137/22 139/23 140/12
147/3 147/7 152/22
154/2 154/3 154/4
154/8 163/20 185/9
196/2 204/7 204/14
209/24 245/5 245/15
**officer [8]** 9/13 22/9
22/17 77/6 105/13
106/4 119/9 137/21
**officers [2]** 68/11
105/23
**offices [1]** 139/16
**official [15]** 36/11
37/2 59/13 66/12
66/17 68/5 79/12
87/17 139/19 139/24
151/15 159/3 166/24
167/16 257/23
**officially [1]** 194/9
**officials [10]** 29/13
49/2 65/15 66/11
67/11 84/23 128/15
139/19 140/11 166/23
**officials' [1]** 139/15
**often [2]** 147/18
200/3
**oftentimes [1]** 28/5
**oh [6]** 9/24 17/17
68/13 103/19 141/12
151/25
**okay [182]** 5/8 10/19
12/4 12/14 14/7 16/14
16/16 16/17 17/1
17/10 18/18 20/4 20/8
23/12 24/4 24/5 26/9
27/18 29/20 29/22
29/23 30/1 30/12
30/23 31/14 36/19
37/3 38/5 41/19 43/11

43/23 44/19 47/6 48/2
53/23 56/7 56/24 63/2
63/22 63/25 64/23
65/2 65/18 65/22
65/25 66/8 69/7 70/20
72/11 76/15 78/10
78/14 81/1 81/16
83/14 84/19 86/16
92/21 93/24 95/7
95/15 96/3 96/4 96/14
96/18 96/23 97/9
97/14 103/13 105/3
105/5 115/16 115/19
116/13 122/22 125/21
128/22 130/3 130/15
137/4 138/6 139/11
141/2 141/7 141/25
142/6 142/15 143/5
144/13 144/17 146/3
146/24 146/25 147/10
147/23 148/4 148/7
148/22 149/20 150/16
150/20 151/15 151/22
152/25 154/10 154/14
154/19 154/25 155/11
155/20 155/25 156/16
158/4 158/14 158/18
160/7 160/15 161/1
164/22 165/17 168/25
169/4 169/21 170/6
170/12 170/21 170/25
171/17 172/20 173/10
174/4 174/16 174/24
175/12 175/16 176/3
177/19 178/3 178/16
179/8 179/20 180/8
180/12 180/14 181/2
185/2 185/22 186/5
186/9 186/22 194/24
195/10 196/9 196/25
208/12 208/20 208/24
211/6 213/9 213/25
217/4 220/13 224/6
224/16 225/15 226/4
229/2 234/14 235/4
235/22 237/24 237/24
239/5 239/16 241/13
241/13 248/3 248/8
249/23 250/11 250/19
252/20
**old [4]** 138/4 189/6
222/25 223/1
**older [2]** 154/11
154/14
**on [299]**
**on our [1]** 168/10
**once [13]** 30/19
42/10 66/1 83/25
131/21 157/23 177/18
177/24 195/4 195/11
240/14 244/14 252/22
**one [117]** 5/9 5/13

6/5 8/24 10/11 11/2
11/3 11/13 13/14 17/7
17/8 17/9 22/4 39/2
39/8 41/2 43/14 49/24
50/23 51/2 51/13 52/3
53/11 58/12 58/20
63/8 65/3 68/7 70/16
73/2 73/25 74/20
74/24 75/1 75/18
75/18 78/16 79/19
80/23 81/9 81/10 82/4
85/12 85/13 85/23
86/14 88/17 88/18
88/25 89/10 89/13
91/18 96/2 103/5
104/5 108/7 112/9
113/3 117/7 119/15
120/9 120/10 120/11
120/11 121/1 129/8
133/25 134/3 134/16
136/17 141/4 145/20
151/7 153/6 153/22
155/25 167/9 177/15
181/11 183/23 184/4
184/5 184/20 184/24
186/13 186/18 189/13
190/13 192/4 205/23
207/17 213/18 219/3
219/9 219/13 221/11
223/1 224/17 224/18
224/19 227/13 227/17
232/1 234/8 234/11
235/5 239/17 247/22
248/9 250/10 250/24
251/2 251/3 252/23
254/12 255/25 256/18
**one-time [1]** 153/22
**ones [6]** 55/4 104/2
117/20 148/5 183/20
234/5
**ongoing [2]** 17/8
30/20
**only [35]** 5/25 16/13
51/12 81/9 91/10
91/14 91/19 91/22
112/17 117/24 123/3
127/1 129/15 136/17
147/11 149/5 149/15
151/10 155/4 160/22
165/6 176/14 176/15
187/7 194/6 194/16
196/17 206/19 216/18
225/11 228/4 231/18
244/24 251/21 252/6
**open [20]** 16/20
42/25 46/12 63/20
92/15 94/22 96/16
98/12 99/15 99/23
113/22 149/23 150/6
163/24 199/2 208/14
217/6 229/12 232/8
253/1

**opened [4]** 70/1
96/16 163/6 254/11
**opening [3]** 97/15
108/6 172/15
**openings [1]** 163/9
**opens [1]** 253/1
**operate [5]** 68/21
68/21 84/25 239/2
252/16
**operated [1]** 240/12
**operating [2]** 191/17
242/10
**operation [13]**
50/17 192/14 231/7
231/8 231/9 231/9
232/10 234/15 244/25
245/3 245/8 247/20
253/3
**operations [2]** 11/17
47/12
**operators [3]** 255/5
255/18 255/24
**opinion [7]** 20/4
110/17 122/14 127/6
130/19 153/11 257/12
**opinions [2]** 63/24
110/25
**opportunity [13]**
6/14 31/1 34/1 48/3
52/11 87/9 90/18
93/18 180/21 181/3
224/4 228/7 228/8
**oppose [1]** 6/4
**opposed [3]** 137/4
219/21 219/22
**opposing [1]** 173/19
**oppression [1]**
237/25
**option [5]** 93/17
187/18 187/21 187/25
220/14
**or [189]** 9/12 9/13
10/15 12/15 13/24
14/8 14/20 16/10
16/12 16/14 16/14
24/18 28/7 29/21
32/12 35/10 35/12
38/2 39/21 41/19
42/10 42/17 43/1
44/12 44/18 46/4 46/6
51/24 52/6 53/21 55/8
56/10 61/7 61/7 66/12
66/13 66/17 67/14
70/7 72/10 72/11
72/16 72/24 73/8
73/19 73/22 75/14
75/14 76/6 78/19 79/4
80/21 80/24 81/7
82/19 83/1 83/7 85/17
87/19 87/20 88/2 92/6
92/19 94/8 97/2 98/16
98/20 99/8 99/8 99/18

**O**

**or... [119]** 100/20
101/20 101/21 102/13
107/19 110/3 110/15
113/14 113/19 116/10
119/23 122/7 122/24
123/16 123/17 125/4
125/5 127/10 129/23
133/7 133/8 133/20
133/22 136/23 139/19
139/20 139/24 141/1
141/4 142/24 143/2
143/16 144/13 144/16
145/17 146/10 146/25
148/8 148/14 152/7
152/8 152/14 160/12
160/12 160/14 164/14
165/1 166/4 166/16
166/19 166/22 167/19
171/5 171/7 172/1
176/1 176/21 181/13
182/20 183/12 183/15
183/16 184/17 187/22
188/3 188/5 189/19
189/25 190/7 190/8
190/9 190/13 192/16
192/17 192/17 192/24
193/6 193/13 193/24
193/25 194/7 195/16
196/17 196/24 197/17
199/2 199/21 200/11
200/12 200/12 200/17
201/6 201/13 205/23
209/19 209/19 210/12
211/7 211/10 212/10
217/22 220/6 221/2
222/21 223/4 224/18
225/4 228/18 235/24
239/18 240/17 241/16
246/8 248/9 248/10
250/5 250/20 250/20
256/12

**oral [1]** 112/11
**orange [1]** 199/25
**order [24]** 4/4 8/1
66/12 112/4 116/2
131/2 160/12 183/7
183/11 184/2 186/12
190/22 192/25 193/19
196/19 198/16 211/18
211/19 216/8 217/16
221/16 241/24 246/19
254/25
**ordered [1]** 249/17
**orderly [1]** 225/11
**ordinance [14]**
78/23 78/23 79/5
122/25 134/22 135/1
135/7 135/12 152/8
164/7 196/15 196/17
196/21 196/24

**ordinances [7]**
53/17 53/21 113/11
117/20 117/25 141/8
204/17
**organizing [1]** 35/5
**origin [1]** 169/13
**original [4]** 67/14
186/19 186/23 240/17
**originated [1]**
169/15
**Orlando [1]** 252/6
**Ortiz [1]** 7/7
**other [68]** 12/5
20/18 35/10 38/1
42/22 46/8 47/14
47/15 49/22 51/23
52/12 52/15 52/17
52/21 53/21 54/2
75/17 79/7 81/4 81/5
86/3 92/15 100/3
108/7 116/6 116/20
116/25 119/19 128/2
128/13 128/15 129/14
129/16 129/25 135/12
135/16 136/13 136/21
141/10 141/20 151/4
162/23 163/3 170/2
170/11 171/5 179/20
180/23 190/14 191/18
192/4 193/19 193/23
202/2 205/22 210/25
216/17 222/11 228/9
229/5 235/5 236/11
236/20 236/21 236/22
241/11 255/5 255/18
**other's [1]** 141/18
**others [4]** 59/4
76/13 76/15 116/17
**otherwise [4]** 15/22
83/12 93/17 125/5
**our [57]** 6/23 7/15
7/19 15/21 42/1 62/2
65/14 66/8 92/11
107/10 117/7 117/18
117/20 118/1 118/7
126/15 127/15 128/11
128/14 128/16 128/16
132/5 132/5 136/20
139/16 144/23 145/14
145/15 145/16 145/16
161/21 164/18 168/10
169/7 170/18 174/3
176/12 176/13 176/14
176/15 176/21 177/13
177/14 177/15 185/19
187/25 190/6 190/15
195/23 199/4 199/5
199/10 202/6 205/3
207/23 225/13 243/2
**ourselves [2]** 126/14
134/18
**out [81]** 5/23 5/24

9/25 18/5 18/9 29/9
31/19 32/2 35/13
37/10 38/22 43/10
45/18 46/7 47/18
50/23 51/2 53/25
54/23 56/16 60/10
62/3 67/11 70/4 70/9
70/10 71/18 73/3 76/9
76/21 77/16 81/24
89/13 95/24 96/13
96/14 96/16 99/14
99/23 103/1 105/14
106/1 107/1 107/16
117/18 123/13 132/2
132/5 133/15 133/21
137/13 139/13 140/14
141/3 146/13 153/23
161/25 164/22 171/20
176/23 179/6 184/18
193/2 194/5 195/25
201/11 208/9 209/15
209/20 210/21 210/25
213/21 213/23 217/8
219/21 232/23 233/4
233/10 239/4 239/5
252/7
**outcome [2]** 77/21
249/22
**outdoor [2]** 134/23
214/16
**outrageous [1]** 76/5
**outside [5]** 72/6
91/13 121/13 206/19
235/6
**over [42]** 8/17 10/23
11/16 11/18 13/15
14/11 22/21 23/3 30/3
31/20 33/3 37/7 37/10
43/3 43/3 62/13 62/13
62/13 72/3 72/6 74/17
75/13 76/1 83/10
101/15 102/2 120/4
124/25 126/19 128/13
128/14 187/14 187/14
187/15 187/15 187/16
187/18 210/25 215/9
223/1 250/4 251/8
**overburdened [1]**
117/9
**overcame [1]** 193/9
**override [1]** 221/2
**overruled [93]** 13/4
15/6 41/3 41/5 77/4
86/25 106/8 106/14
110/8 110/10 114/14
122/2 122/17 123/20
124/2 124/7 125/15
127/7 127/13 128/9
129/11 130/10 130/20
131/20 132/15 133/3
134/7 135/3 135/23
136/10 137/7 137/23

153/12 160/2 160/18
166/9 167/25 172/25
173/5 173/13 175/24
178/20 181/22 182/3
212/8 216/14 219/12
226/14 232/18 233/14
234/13 235/16 237/8
237/16 237/23 238/12
239/15 239/25 240/8
240/20 241/6 242/6
243/19 244/9 244/17
245/20 246/6 246/17
246/21 247/1 247/3
248/2 248/13 248/20
249/8 249/16 249/20
250/3 250/13 251/19
252/2 252/19 253/6
254/3 254/9 254/22
255/2 255/10 255/21
256/3 256/10 256/16
256/24
**overturn [1]** 25/16
**own [17]** 14/12
56/14 56/15 62/19
69/6 74/12 88/14
92/24 164/19 164/19
170/3 179/14 194/2
230/18 230/20 240/24
241/22
**owned [4]** 59/10
80/20 119/15 174/25
**owner [22]** 79/20
126/10 128/3 132/1
132/6 132/11 132/18
133/19 133/24 134/8
160/12 160/13 167/18
219/1 223/25 230/25
231/6 231/20 239/5
245/4 245/5 246/2
**owners [9]** 81/5 81/6
118/23 119/16 128/7
153/5 155/8 155/15
185/18
**ownership [1]** 170/4
**owns [2]** 76/18
76/22

**P**

**P-R-O-C-E-E-D-I-N-G-S [2]** 4/2 112/2
**p.m [6]** 26/24 37/14
110/22 252/25 257/9
257/16
**package [1]** 73/19
**paddleboards [1]**
115/11
**page [38]** 14/14
26/17 26/23 29/3
29/22 30/1 30/17
31/22 56/13 56/13
78/9 78/10 98/3 98/4
100/16 100/19 100/20

100/20 100/25 101/3
101/14 103/2 103/3
103/4 103/8 129/1
144/18 188/11 190/23
190/23 191/3 191/6
191/7 192/8 197/2
211/9 211/17 253/25
**pages [3]** 31/9 95/17
96/11
**paid [6]** 251/9
251/10 252/3 252/4
252/5 252/23
**pain [1]** 33/14
**paint [1]** 62/21
**painted [4]** 105/1
214/1 214/2 214/6
**pandemic [2]** 119/2
213/22
**panel [5]** 197/9
197/14 211/19 216/8
217/16
**paper [3]** 95/24 96/1
123/10
**papers [2]** 73/19
133/8
**paperwork [1]**
133/18
**paragraph [6]** 12/18
66/1 66/1 98/15 98/18
98/22
**paragraphs [1]**
60/18
**parcels [1]** 188/19
**parenthesis [1]**
181/13
**park [13]** 18/5 18/5
18/9 38/12 153/1
178/4 178/5 199/18
231/11 233/11 233/24
234/4 249/24
**parking [41]** 214/12
217/19 217/20 218/3
218/4 218/11 220/5
220/7 220/8 224/7
224/10 225/12 230/16
230/17 231/14 231/16
231/19 232/13 232/15
238/6 238/9 238/22
239/7 239/8 240/24
241/11 241/15 244/22
245/10 245/13 245/23
245/24 247/25 248/4
248/4 248/7 252/16
252/21 253/3 254/24
257/2
**part [49]** 11/18 29/6
30/25 36/3 36/21
36/24 37/5 39/8 43/5
43/6 43/17 43/17 48/6
49/18 56/16 57/20
62/15 70/20 79/16
81/21 97/3 105/19

**P**

**part... [27]** 107/20 107/22 108/3 109/18 115/6 116/13 117/19 120/20 120/24 128/24 132/20 147/14 188/24 198/19 200/16 206/9 206/14 206/16 206/22 208/7 212/5 213/5 213/6 214/19 215/14 218/19 252/22
**Part-time [1]** 37/5
**participate [1]** 70/6
**participated [2]** 57/15 102/7
**particular [13]** 15/8 15/18 82/25 83/14 86/19 89/3 96/10 119/8 119/12 131/10 162/3 162/19 183/19
**particularly [5]** 39/8 74/14 171/9 177/4 189/18
**parties [9]** 45/10 45/13 46/2 91/10 91/15 128/20 162/19 170/11 192/13
**partner [1]** 170/1
**partners [3]** 169/21 169/24 232/7
**partnership [1]** 230/25
**parts [1]** 39/7
**party [5]** 91/7 91/11 91/11 91/19 199/24
**pass [6]** 129/16 142/13 143/5 147/4 182/12 195/5
**passage [1]** 141/8
**passed [9]** 129/8 129/25 142/21 143/6 143/8 148/23 149/17 165/25 242/8
**passerby [1]** 101/18
**passersby [1]** 72/10
**passes [4]** 143/5 153/7 153/17 153/17
**passing [2]** 53/16 164/7
**passionate [1]** 106/3
**past [3]** 113/11 115/24 230/14
**path [1]** 146/12
**patience [1]** 114/10
**patrons [2]** 18/10 132/9
**pause [1]** 206/23
**pay [6]** 60/11 73/13 126/13 212/12 214/3 251/17
**paying [1]** 216/16

**PDF [4]** 211/9 213/19 214/5 214/17
**peaceful [1]** 225/11
**peak [1]** 132/8
**penalties [3]** 44/23 251/1 254/5
**penalty [6]** 250/15 250/20 251/2 251/3 251/4 251/6
**pending [5]** 50/7 61/7 159/10 162/24 209/21
**pension [15]** 35/22 35/23 35/24 35/24 36/2 36/2 36/4 36/8 36/13 36/15 36/17 36/17 36/25 36/25 37/1
**people [53]** 21/21 22/1 22/2 25/4 25/10 25/16 30/4 38/1 38/22 40/1 51/1 51/2 52/12 72/9 76/6 76/9 76/11 83/3 86/3 86/6 87/25 106/3 116/11 116/14 116/15 117/15 117/15 124/4 126/5 126/13 126/18 140/10 150/17 150/24 151/20 152/4 155/11 155/14 156/24 157/6 157/22 157/25 164/17 177/12 178/8 195/25 200/1 200/6 200/19 223/7 235/5 248/8 248/9
**per [5]** 66/1 66/8 116/16 139/16 177/12
**perceived [1]** 212/11
**percent [4]** 248/6 249/10 251/21 251/22
**percentage [6]** 186/20 186/24 187/1 187/9 187/16 198/5
**perfectly [5]** 66/14 106/5 139/21 140/9 145/15
**perform [2]** 188/2 247/25
**performed [1]** 209/14
**perhaps [5]** 14/5 126/19 179/19 195/20 197/20
**period [5]** 95/2 153/19 191/23 193/9 231/19
**periodic [1]** 195/22
**periodically [1]** 195/25
**permanent [1]** 174/12
**permission [8]**

92/10 106/10 139/2 202/7 202/9 202/11 202/12 243/20
**permit [11]** 72/5 87/19 87/20 154/20 209/14 238/19 239/13 245/18 246/1 252/23 255/12
**permits [16]** 10/22 72/10 72/11 79/24 80/22 81/8 87/4 105/11 150/18 191/17 202/6 214/23 217/22 224/22 225/7 254/12
**permitted [7]** 191/15 191/17 192/19 193/21 194/1 205/11 206/9
**permitting [2]** 87/16 173/8
**person [14]** 24/15 27/6 27/8 70/3 75/14 76/18 76/22 85/9 90/22 142/12 218/2 228/8 235/24 243/4
**person's [1]** 140/22
**personal [24]** 109/18 109/22 110/2 110/4 110/14 110/16 110/17 122/16 124/24 125/3 125/7 128/17 130/17 131/5 134/6 135/17 136/23 137/15 141/22 148/7 155/2 155/5 241/22 242/8
**personally [4]** 109/17 135/18 167/13 256/6
**personnel [5]** 10/13 34/24 66/19 88/14 140/1
**persons [1]** 217/14
**perspective [2]** 195/12 223/9
**Pertnoy [4]** 1/16 4/17 179/19 223/15
**pew [5]** 91/9 92/14 92/16 92/21 93/21
**phone [5]** 132/2 156/19 158/8 158/10 158/12
**photo [5]** 212/21 242/23 243/24 244/7 254/18
**photocopy [1]** 70/9
**photograph [2]** 72/15 73/3
**photographing [2]** 71/6 101/12
**photographs [1]** 102/2
**photos [4]** 104/21

211/7 212/19 212/20
**phrase [2]** 28/9 44/21
**phrases [1]** 16/1
**physically [1]** 38/2
**picked [3]** 179/11 195/21 201/16
**picture [20]** 71/12 71/13 71/23 72/8 100/13 100/17 101/4 101/6 101/14 104/19 213/9 214/14 214/25 215/5 215/12 242/12 243/4 243/18 243/18 244/2
**pictures [11]** 52/16 71/17 71/18 98/23 98/24 99/13 99/20 212/14 234/18 245/10 245/16
**piece [3]** 61/25 189/5 256/18
**PINILLA [25]** 1/4 119/23 120/5 122/7 123/17 165/8 170/21 170/23 171/1 171/12 171/15 171/18 171/24 172/10 172/14 172/21 174/25 175/8 176/4 177/1 185/3 185/12 186/23 222/23 232/3
**pink [3]** 214/1 214/2 214/6
**pinpoint [1]** 40/16
**Pipe [2]** 158/5 158/7
**pipes [1]** 183/10
**piqued [1]** 185/23
**pizza [1]** 132/1
**place [15]** 32/15 62/11 87/3 149/14 149/15 156/17 156/20 177/15 183/19 184/9 185/14 190/4 226/10 235/4 254/7
**placed [5]** 118/5 122/23 183/6 192/10 214/18
**placing [1]** 217/14
**plaintiff [26]** 4/9 4/11 4/20 15/21 44/8 45/2 45/8 45/10 60/5 60/17 61/18 64/14 89/7 89/16 91/9 92/5 92/17 93/14 98/3 106/21 112/24 159/13 159/17 163/14 168/6 227/11
**plaintiffs [9]** 1/5 1/10 4/14 42/22 44/10 112/25 113/12 168/7 227/12
**plaintiffs' [43]** 3/2

3/7 6/17 26/13 56/8 59/11 68/23 69/8 69/9 78/2 78/3 78/5 78/14 79/11 85/21 85/21 85/25 92/18 95/11 95/16 97/12 102/13 102/13 102/16 121/5 121/7 121/11 121/14 128/19 144/17 162/22 163/15 173/17 173/24 179/15 180/2 217/9 225/20 237/1 242/15 243/14 243/22 253/21
**Plaintiffs'Plaintiffs' [1]** 80/10
**plan [3]** 70/17 113/18 245/16
**planned [2]** 171/23 172/4
**planning [8]** 34/10 198/17 198/19 211/25 219/15 220/13 221/14 223/18
**plans [9]** 40/3 85/18 171/14 171/17 193/19 199/9 199/9 216/16 245/10
**plant [2]** 187/7 193/10
**Plantation [1]** 6/12
**plaque [1]** 223/7
**platform [1]** 52/16
**platinum [1]** 177/3
**play [5]** 12/20 94/21 155/12 166/11 227/19
**played [7]** 12/21 13/3 13/6 144/19 166/14 228/23 236/4
**player [1]** 115/7
**please [65]** 4/6 9/12 27/19 27/23 29/15 29/17 31/21 31/23 63/22 64/5 64/8 64/22 66/2 110/23 112/8 113/23 114/1 122/3 139/12 140/2 168/12 168/15 168/16 168/22 169/4 171/17 174/10 176/9 179/15 180/1 180/18 191/8 203/21 204/6 204/19 205/6 207/9 208/2 208/20 210/12 212/15 212/21 213/9 213/18 213/19 214/5 214/17 214/25 215/5 215/8 215/12 215/20 216/3 216/20 222/20 225/20 227/11 229/13 229/17 229/18 229/22 230/1 242/25 247/18 257/11
**plus [2]** 175/15

**P**

**plus... [1]** 175/25
**PO [1]** 252/6
**pocket [5]** 123/1
123/2 123/13 123/14
252/7
**podium [1]** 183/18
**point [33]** 5/24 7/6
7/24 33/10 45/18 62/6
89/3 110/20 116/10
145/20 152/17 154/25
157/19 157/22 158/18
161/25 176/12 178/25
193/17 198/25 200/19
202/1 212/9 213/21
214/1 233/17 236/2
237/15 238/19 243/13
248/24 253/5 253/7
**points [2]** 43/13
210/25
**pole [1]** 101/15
**police [33]** 21/8
22/16 22/24 23/14
24/1 24/5 27/6 28/25
30/14 30/18 30/21
34/10 35/17 36/17
36/17 37/2 54/8 54/11
54/11 68/11 74/8
74/11 105/12 105/23
106/4 109/3 132/3
132/5 132/8 133/7
133/21 134/1 134/1
**policeman [1]** 68/3
**policing [1]** 105/5
**policy [10]** 47/16
48/15 66/18 66/19
85/5 125/25 139/25
140/1 140/14 140/15
**politic [1]** 52/22
**political [5]** 24/15
82/2 129/7 135/17
167/17
**politically [1]** 137/4
**politician [4]** 35/2
37/11 50/25 130/25
**politics [1]** 115/14
**Ponza [1]** 231/2
**poor [3]** 235/24
235/24 237/18
**portion [5]** 108/8
108/19 145/19 192/21
210/14
**position [15]** 23/9
34/6 34/6 34/11 34/14
34/15 36/12 47/25
52/22 107/16 107/24
115/13 116/2 116/22
130/22
**positions [3]** 35/12
116/20 117/2
**positive [1]** 30/25

**positives [1]** 30/24
**possibility [1]** 125/9
**possible [4]** 74/1
135/14 166/19 198/7
**possibly [2]** 141/14
145/11
**post [1]** 30/7
**potatoes [1]** 184/1
**potential [4]** 72/20
145/24 152/15 192/25
**potentially [1]** 73/4
112/14 141/23
**pounding [1]** 164/18
**power [1]** 256/12
**powers [4]** 118/10
118/11 128/13 128/14
**practice [1]** 24/11
**pre [1]** 37/19
**prediscovery [1]**
61/5
**preferably [2]** 84/15
84/17
**preference [2]** 84/14
141/1
**prejudice [2]** 6/23
8/15
**prejudicial [6]** 6/6
6/15 8/9 8/10 135/22
137/22
**premises [11]** 183/6
188/11 188/12 188/12
188/15 188/25 189/10
189/15 192/14 197/7
206/14
**preparation [1]** 86/1
**prepare [1]** 250/2
**prepared [1]** 119/15
**prepares [1]** 123/9
**preparing [1]** 6/16
**presence [1]** 91/13
**present [14]** 12/24
18/24 64/8 82/19
149/21 161/7 161/9
163/16 163/18 189/23
207/22 228/22 228/25
245/9
**presentation [1]**
124/20
**presented [2]** 7/19
254/24
**presenters [1]** 82/10
**preserved [2]**
236/19 236/22
**preserving [1]**
236/23
**president [1]** 178/11
**press [1]** 77/17
**pressure [1]** 126/24
**presumably [1]**
73/10
**pretenses [1]** 144/21
**pretty [6]** 34/16 35/5

50/1 143/15 171/25
194/17
**prevented [1]** 199/7
**previous [6]** 66/8
92/11 139/16 140/24
168/10 218/22
**previously [4]** 108/2
227/8 236/19 236/23
**primarily [4]** 39/21
39/23 59/1 171/9
**primary [2]** 39/17
193/9
**principle [2]** 193/15
202/5
**principled [1]**
103/25
**print [1]** 96/12
**printed [3]** 70/9
95/24 96/16
**printing [2]** 70/10
96/14
**prior [14]** 17/8 57/22
66/16 68/11 76/2 83/6
103/13 139/23 140/11
165/2 205/9 233/4
233/11 240/11
**priorities [1]** 38/15
**private [4]** 106/15
234/18 234/21 234/22
**privilege [2]** 123/19
135/2
**probably [12]** 23/19
25/7 27/12 42/8 60/18
70/14 81/22 94/8
160/10 186/8 217/3
219/24
**problem [7]** 36/14
108/5 113/20 205/3
228/5 235/22 256/20
**problems [2]** 224/18
245/12
**procedure [4]** 82/15
108/10 108/13 108/21
**proceed [4]** 46/5
46/13 97/19 225/10
**proceeding [1]**
257/16
**proceedings [3]**
146/15 146/18 257/20
**process [11]** 62/16
79/16 87/22 89/3
172/18 194/18 198/19
198/23 206/6 218/1
241/24
**produce [7]** 14/17
58/23 63/10 170/9
170/10 172/1 183/7
**produced [3]** 59/23
79/12 177/2
**producing [2]** 63/5
183/8
**product [1]** 177/5

**production [2]** 183/3
184/21
**products [3]** 170/11
176/21 184/1
**professional [2]**
115/6 173/14
**professionally [1]**
145/5
**professionals [2]**
193/19 194/3
**profits [1]** 186/25
**program [1]** 115/2
**progress [2]** 10/12
10/13
**project [8]** 150/21
176/10 182/21 202/18
222/23 231/6 231/10
232/1
**projects [2]** 24/13
97/4
**promise [2]** 244/19
244/19
**promised [1]** 65/13
**promote [2]** 176/21
176/21
**promptly [1]** 110/22
**proper [10]** 107/11
108/10 108/21 138/22
152/4 155/20 156/17
156/20 159/12 159/16
**properly [2]** 62/19
224/22
**properties [38]**
10/21 14/5 55/2 59/10
60/13 60/24 62/15
78/17 79/21 80/20
81/6 102/13 102/14
102/16 107/4 119/7
119/15 121/8 121/11
121/14 124/12 130/7
147/24 148/4 148/8
148/13 148/14 148/15
152/14 193/7 208/6
208/6 208/9 208/10
208/10 208/13 208/15
208/18
**property [68]** 7/15
7/17 10/6 57/9 57/11
81/5 81/6 81/8 86/21
87/2 87/3 87/15 99/14
99/21 108/21 126/8
128/3 160/12 160/13
172/12 172/16 172/22
175/9 176/5 177/1
182/21 184/20 185/18
190/18 191/15 191/20
193/20 198/6 198/8
199/1 199/1 199/6
203/2 204/9 205/6
205/11 205/15 206/8
206/11 206/14 209/16
210/15 210/21 210/22

211/3 213/16 213/21
213/23 214/1 216/2
216/7 217/8 217/23
218/8 218/19 223/13
223/21 223/23 223/25
230/20 231/8 234/21
234/22
**proposal [4]** 96/25
97/1 166/11 167/10
**propose [1]** 225/3
**proposed [9]** 166/2
166/5 166/11 188/9
197/2 198/1 204/15
204/20 208/8
**proposing [1]** 167/6
**propounded [1]**
62/5
**propounding [1]**
62/7
**prosecution [1]**
45/14
**prosecutor [2]**
166/18 167/7
**protect [5]** 30/18
129/23 131/18 190/22
192/25
**protection [1]**
152/23
**protections [1]**
129/24
**protects [1]** 30/15
**prove [1]** 16/7
**provide [11]** 8/1
20/4 66/13 66/18
139/20 139/24 162/13
175/19 199/8 220/8
231/4
**provided [4]** 7/25
8/2 162/10 166/23
**providing [1]** 135/21
**provision [1]** 192/24
**provisions [1]**
153/18
**proximal [1]** 190/13
**public [45]** 11/9
22/12 23/19 28/21
29/11 34/5 34/6 34/7
47/25 51/7 51/14
52/11 55/14 55/16
55/20 57/5 57/6 57/19
57/22 60/23 61/17
61/23 62/4 62/9 63/5
63/6 63/16 67/5 71/5
71/16 71/19 77/13
77/14 79/13 83/23
102/6 102/7 102/8
107/17 107/20 119/11
123/5 149/20 192/17
205/2
**publicity [2]** 199/24
200/5
**publicly [2]** 137/5

**P**

**publicly... [1]** 143/24
**publish [16]** 27/19
123/10 139/2 173/18
173/18 179/25 203/20
208/21 208/22 209/3
210/3 210/6 210/12
243/14 243/20 253/16
**published [4]** 100/22
123/2 179/17 215/8
**publishing [2]** 101/4
174/5
**Puerto [2]** 169/15
169/16
**pull [9]** 26/10 55/11
64/10 66/4 78/3 85/20
95/15 100/18 101/1
**pulling [1]** 79/24
**pump [1]** 184/6
**punches [1]** 167/17
**purchased [1]**
224/19
**purpose [4]** 13/4
52/4 192/14 193/8
**purposes [4]** 62/12
62/16 80/21 192/18
**pursuant [4]** 5/22
7/25 214/20 226/23
**purview [3]** 66/14
139/21 140/10
**put [25]** 7/15 10/2
10/4 11/10 11/20 12/4
13/18 24/11 26/16
34/19 64/12 68/16
77/16 97/22 107/22
127/23 147/8 184/7
186/12 186/17 188/9
189/3 189/7 208/20
250/18
**putting [3]** 119/18
178/22 254/7
**puzzle [1]** 61/25
**PZAB [2]** 219/19
219/25

**Q**

**qualified [1]** 113/13
**qualifies [1]** 99/17
**quality [2]** 117/11
145/10
**quantity [2]** 183/2
183/3
**quashing [1]** 221/3
**question [46]** 4/24
12/19 15/21 15/22
16/13 19/13 19/18
20/6 41/6 43/19 43/19
61/14 62/8 65/2 76/20
82/19 98/17 105/25
108/14 108/22 110/12
122/3 124/17 135/21
137/1 141/2 148/17

157/20 160/19 190/7
190/9 224/24 233/1
233/8 233/22 234/1
237/7 238/4 238/21
238/24 241/8 247/16
247/17 248/18 248/25
255/16
**questioning [3]**
44/15 46/9 59/24
**questions [27]** 10/3
15/13 15/15 16/2 20/9
45/18 54/25 55/13
55/15 80/9 81/4 84/6
85/20 89/12 108/5
109/11 109/16 133/17
138/7 163/13 165/17
165/24 168/4 222/13
227/3 228/18 229/1
**quick [5]** 14/15
104/18 112/10 200/20
253/9
**quite [3]** 18/3 20/18
81/14
**quote [2]** 100/3
146/22
**quotes [1]** 128/24
**quoting [1]** 164/13

**R**

**R-U-S-S-E-L-L [1]**
114/3
**rack [1]** 126/9
**raided [1]** 133/1
**raise [8]** 5/10 9/12
55/6 77/6 113/23
168/12 229/13 229/21
**raised [9]** 6/7 35/19
84/8 108/1 108/1
161/11 236/5 236/19
236/23
**raising [2]** 170/17
229/9
**ramp [3]** 252/23
254/12 255/12
**ran [9]** 22/20 115/10
154/2 154/3 157/1
157/3 157/6 157/10
157/13
**rarely [1]** 69/25
**Rassie [2]** 257/22
257/22
**rate [2]** 94/19
163/11
**rather [2]** 36/21
42/17
**rblom [3]** 65/5 69/20
69/21
**re [1]** 204/2
**reach [1]** 133/21
**reached [5]** 5/24
132/2 132/5 195/25
239/5

**reaching [1]** 141/3
**reaction [1]** 235/8
**read [22]** 12/14
13/21 13/22 14/6
27/18 29/8 29/10
30/10 33/2 66/3 66/5
100/9 103/12 103/16
103/22 139/12 180/18
191/11 191/12 192/11
203/24 204/5
**reading [1]** 205/2
**reads [1]** 216/6
**ready [3]** 9/7 186/9
193/20
**real [9]** 11/8 138/2
170/5 170/20 171/4
171/8 200/20 223/8
253/9
**realize [1]** 31/17
**realized [1]** 126/12
**really [27]** 10/18
21/22 23/12 26/2 27/6
34/12 34/19 35/9
39/17 40/20 68/4 68/6
73/13 79/24 109/9
126/12 126/15 132/21
133/5 182/25 185/19
185/20 189/16 197/16
214/3 216/18 245/5
**rear [5]** 197/10
197/13 197/21 197/23
197/25
**reason [12]** 40/1
80/25 81/15 91/22
108/2 123/15 134/14
134/14 135/16 141/25
219/23 220/21
**reasonable [1]**
194/17
**reasons [5]** 6/5 73/2
89/19 93/2 150/17
**recall [87]** 10/20
11/7 14/18 14/18
14/19 17/3 17/24 41/4
41/6 41/7 41/9 42/1
42/2 42/5 42/10 76/15
80/25 88/24 88/24
104/18 104/21 122/9
122/24 123/17 124/11
124/13 124/16 124/22
125/3 125/11 125/12
128/2 129/5 134/22
134/25 135/6 144/12
146/10 146/12 146/19
147/23 147/24 148/9
148/11 154/4 154/7
154/9 154/10 156/2
157/25 158/3 158/13
158/14 158/17 164/5
164/20 165/16 165/24
166/6 175/7 177/25
178/1 178/13 178/16

179/8 180/14 200/14
201/5 202/15 202/25
208/17 210/20 212/1
212/14 213/3 213/4
213/4 213/16 213/19
213/21 213/25 214/2
215/5 218/1 221/18
223/14 243/10
**received [26]** 3/7
3/11 10/5 64/18 69/9
121/10 155/22 155/25
156/7 156/19 173/24
180/2 194/10 203/10
204/5 204/7 205/24
207/16 209/2 210/10
237/1 238/8 238/16
243/22 245/13 253/21
**recess [9]** 64/3 64/4
84/23 93/23 94/2
111/3 206/24 207/8
257/7
**recognize [5]** 180/6
211/4 215/9 236/11
243/4
**recognized [1]**
142/12
**recognizes [1]**
228/19
**recollection [11]**
14/16 144/6 156/3
158/15 160/8 160/25
188/20 203/9 212/20
225/18 232/9
**recommendation [1]**
95/8
**recommendations
[1]** 29/14
**recommended [2]**
95/6 95/7
**reconstruction [1]**
79/25
**record [19]** 4/7 66/5
70/23 79/13 107/17
107/20 114/2 168/16
179/12 180/19 192/18
205/3 207/11 207/18
227/10 229/18 230/1
244/3 244/5
**recording [6]** 228/6
228/10 228/12 228/13
228/15 228/17
**records [37]** 11/9
55/14 55/16 55/21
55/24 56/2 56/2 57/5
57/6 57/7 57/9 57/11
57/14 57/18 57/19
57/20 57/22 60/24
61/17 61/19 61/23
62/4 62/10 63/5 63/6
63/11 63/16 67/5 71/5
73/11 78/20 78/22
102/6 102/7 102/8

119/11 165/6
**RECROSS [1]** 3/3
**recruited [1]** 157/24
**rectify [1]** 250/19
**red [10]** 174/11
185/12 185/17 188/22
190/22 190/24 191/1
191/2 192/9 197/15
**red-lined [3]** 174/11
185/12 185/17
**redact [1]** 207/18
**redacted [2]** 179/16
179/18
**redevelopment [1]**
117/1
**redirect [8]** 3/3
87/10 94/17 104/14
104/16 165/22 222/14
222/17
**redistrict [2]** 136/8
136/11
**redistricting [1]**
137/9
**reduced [2]** 250/25
250/25
**refer [7]** 17/14 17/16
48/16 98/15 102/25
124/4 244/5
**reference [7]** 32/1
86/14 96/10 98/5
112/13 137/21 161/20
**referenced [1]**
112/14
**referencing [2]**
170/6 226/9
**referred [5]** 28/6
32/17 45/20 123/23
143/15
**referring [12]** 42/16
47/24 54/22 65/16
180/25 181/2 224/23
233/20 238/25 243/7
247/16 253/23
**reflect [1]** 213/3
**reflects [1]** 212/20
**refresh [5]** 156/3
158/15 160/8 203/3
203/9
**refreshing [1]**
188/20
**refrigeration [2]**
184/10 184/13
**refunds [1]** 242/1
**refurbish [1]** 223/4
**refusal [4]** 81/11
81/13 87/14 87/19
**refused [3]** 80/20
81/15 86/21
**refusing [2]** 81/6
107/9
**regard [14]** 21/3
24/12 36/9 53/16 57/4

**R**

**regard... [9]** 67/5 74/11 78/23 85/1 97/15 98/18 102/1 112/10 220/12
**regarding [18]** 5/10 7/14 55/13 65/14 66/9 70/16 71/24 89/17 131/22 139/17 155/3 155/22 160/4 161/4 162/7 168/10 235/15 257/12
**regardless [1]** 149/8
**regards [4]** 12/8 34/9 113/7 203/1
**Register [1]** 39/15
**regular [4]** 30/20 38/19 50/1 248/10
**regularly [3]** 29/13 50/3 118/20
**regulates [1]** 251/21
**regulations [1]** 254/4
**rejected [1]** 61/10
**related [6]** 60/25 141/8 158/7 161/1 161/4 220/6
**relating [3]** 63/16 161/19 162/2
**relationship [12]** 95/17 130/15 131/9 131/10 131/11 131/14 151/13 231/22 231/24 231/25 231/25 232/5
**relatively [1]** 34/25
**relax [1]** 104/1
**release [1]** 77/17
**relevance [19]** 54/16 71/1 122/15 136/9 154/16 154/22 156/4 158/22 159/24 160/17 172/23 181/21 182/2 219/10 237/22 240/19 247/10 251/18 252/18
**relevant [2]** 89/15 211/24
**relief [1]** 33/21
**religious [4]** 190/4 190/17 204/19 205/16
**relocated [1]** 240/14
**remainder [1]** 52/10
**remaining [1]** 253/11
**remember [39]** 9/11 17/7 17/9 17/15 38/12 55/14 63/23 71/7 74/1 76/15 78/6 78/11 81/9 95/13 97/6 120/3 125/6 125/16 126/21 132/17 144/9 158/16

164/2 167/19 178/3 188/23 192/4 199/20 199/21 199/23 203/11 231/2 234/16 239/18 243/8 250/5 250/8 251/8 257/11
**remind [2]** 65/7 78/3
**remote [1]** 37/22
**remove [2]** 130/24 236/18
**removed [1]** 137/12
**removing [2]** 153/2 236/20
**rename [1]** 120/22
**renew [4]** 168/9 187/19 187/21 227/7
**renewed [1]** 175/17
**renovations [1]** 225/6
**rent [7]** 175/7 175/13 187/10 187/10 187/11 187/14 206/9
**rented [1]** 217/10
**renting [1]** 192/14
**repair [2]** 210/12 211/10
**repeat [6]** 19/16 76/20 87/12 110/12 122/3 244/3
**repeated [1]** 29/16
**rephrase [6]** 233/1 233/22 234/1 238/24 248/25 255/15
**report [4]** 29/13 73/25 77/21 250/2
**reported [2]** 23/2 89/22
**reporter [2]** 161/6 257/23
**reporting [2]** 55/1 249/24
**reports [2]** 30/14 75/17
**represent [3]** 50/21 157/21 235/20
**representation [1]** 59/24
**representative [5]** 28/18 32/22 46/24 157/22 235/21
**Representatives [3]** 157/3 157/7 157/15
**reproach [1]** 163/6
**request [23]** 7/5 55/21 57/22 60/1 60/5 61/23 62/4 63/4 63/7 85/25 86/5 86/7 98/15 107/6 134/25 179/16 204/8 204/21 205/19 206/1 206/5 216/19 236/17
**requested [1]** 135/6

**requesting [1]** 166/16
**requests [18]** 14/11 57/5 57/6 57/14 57/18 57/20 58/23 59/16 60/23 61/17 62/10 63/5 63/7 63/16 67/5 83/11 102/6 119/11
**require [2]** 195/8 195/9
**required [7]** 36/11 58/21 150/17 154/20 196/13 197/19 198/4
**requirement [1]** 196/5
**requirements [2]** 197/10 204/16
**requires [2]** 45/22 90/14
**research [2]** 98/8 130/7
**researching [2]** 10/6 14/5
**reservation [4]** 204/2 204/8 204/8 204/20
**reside [2]** 168/23 169/2
**residence [1]** 76/10
**resident [2]** 32/16 126/10
**residential [9]** 39/20 218/9 218/19 218/20 219/9 220/1 220/4 220/10 220/11
**residents [9]** 18/4 116/8 117/12 118/1 121/10 128/13 145/10 151/22 219/21
**resign [4]** 18/18 115/23 115/25 116/2
**resignation [1]** 10/1
**resigned [5]** 20/5 21/19 116/1 157/17 157/23
**resigning [1]** 19/3
**resolution [18]** 40/23 128/24 128/25 129/3 129/8 130/6 143/5 146/14 148/20 148/23 149/9 152/8 165/25 166/2 166/12 166/15 166/22 167/6
**resolutions [3]** 52/25 53/19 53/21
**resolve [3]** 25/18 46/21 145/16
**resolved [5]** 25/20 32/20 245/7 248/5 252/22
**respect [25]** 61/11 91/6 108/20 119/12

122/6 131/8 131/8 185/12 189/13 189/14 190/1 190/2 199/11 199/12 206/8 208/5 208/14 209/15 211/12 213/6 215/3 217/19 220/13 221/20 236/6
**respectfully [1]** 106/4
**respond [8]** 6/24 7/2 15/3 63/7 66/15 134/1 139/22 140/10
**responded [3]** 19/10 60/2 63/8
**responding [6]** 59/5 59/14 62/19 66/20 118/1 140/2
**response [8]** 5/18 60/17 63/3 63/5 99/20 100/4 135/20 224/24
**responsibilities [6]** 89/8 89/13 89/14 90/4 97/3 117/14
**responsibility [2]** 84/22 119/5
**responsible [3]** 54/5 80/13 147/15
**responsive [7]** 62/22 83/15 137/1 248/12 251/14 254/8 254/14
**rest [3]** 14/6 39/20 149/17
**restarting [1]** 186/5
**restaurant [12]** 132/1 132/7 132/11 132/18 132/20 133/1 133/8 133/9 133/11 134/3 134/8 231/1
**restaurants [5]** 133/13 135/9 135/11 176/16 254/10
**rested [1]** 9/7
**restrictions [7]** 36/4 36/6 118/5 192/9 192/12 192/17 255/19
**restroom [1]** 9/12
**result [6]** 23/22 60/14 61/19 126/20 136/14 254/19
**results [1]** 33/6
**resume [1]** 253/12
**retail [2]** 184/18 187/2
**retain [1]** 39/25
**retaliation [1]** 256/21
**retired [6]** 21/8 21/10 33/25 35/16 35/21 77/6
**retiree [2]** 21/11 21/12
**retribution [1]**

167/15
**return [2]** 110/21 192/20
**revered [1]** 23/19
**review [4]** 10/21 30/20 75/6 204/14
**revitalizing [1]** 120/25
**revoked [1]** 238/19
**revolving [1]** 127/24
**rewarding [1]** 103/25
**Reyes [1]** 148/25
**RICHARD [5]** 9/19 20/14 65/4 69/18 104/16
**Rico [2]** 169/15 169/16
**ride [1]** 119/8
**ride-along [1]** 119/8
**ridiculous [6]** 31/18 32/17 32/19 33/12 63/6 180/23
**right [193]** 9/5 9/7 9/13 10/2 13/21 13/25 14/25 16/3 18/9 18/25 20/10 22/21 23/1 25/4 25/8 25/24 26/21 27/1 27/3 27/16 28/10 31/5 31/9 32/3 32/7 33/8 33/15 35/8 35/13 35/21 36/9 38/11 38/16 39/10 39/15 40/6 42/21 46/7 46/11 46/18 46/24 47/12 47/13 47/16 47/21 48/8 48/15 48/17 49/2 49/4 50/14 50/22 51/14 53/4 53/5 54/12 54/17 55/10 56/10 56/18 57/4 58/1 58/7 58/9 58/12 58/13 58/15 58/18 59/11 63/18 63/21 64/7 64/16 66/21 66/24 67/16 69/13 69/15 72/5 72/12 72/20 72/22 73/20 75/21 76/10 76/13 76/19 77/4 77/7 77/10 77/22 78/10 78/17 78/21 78/24 79/2 79/19 80/10 80/13 81/13 81/19 82/1 82/3 82/8 82/21 83/21 84/13 84/16 85/3 86/7 86/17 87/22 93/20 94/21 95/19 95/24 97/12 97/17 97/25 98/5 98/8 99/23 100/16 100/19 101/12 101/16 102/5 102/9 102/18 104/12

**R**

**right... [64]** 105/3 106/12 106/17 107/6 109/3 109/4 109/6 109/8 109/22 109/23 109/25 110/19 110/20 112/20 112/23 113/20 113/23 120/10 128/25 133/17 141/17 142/1 157/24 160/22 161/11 163/19 167/8 168/12 173/23 175/6 179/22 180/4 187/17 188/1 188/10 188/11 191/7 191/8 191/18 195/4 196/13 198/2 207/21 209/1 210/9 213/20 216/4 220/9 222/14 227/9 229/13 233/21 234/1 234/24 238/17 238/24 247/15 253/15 254/15 254/18 255/15

**rights [6]** 105/14 106/6 106/9 107/10 142/12 221/3

**rise [5]** 64/1 111/1 112/5 207/3 257/14

**risk [2]** 30/22 72/20

**Ritchie [8]** 5/1 27/24 28/7 29/18 31/24 31/25 36/14 104/3

**RMR [1]** 257/22

**RMR-CRR [1]** 257/22

**Roads [1]** 38/13

**RODNEY [2]** 1/8 257/23

**role [4]** 51/6 79/7 96/21 98/1

**Ron [1]** 169/17

**roof [2]** 145/4 215/9

**room [16]** 45/11 82/16 82/23 162/5 162/6 162/21 171/21 172/5 172/15 172/21 176/19 184/17 206/10 222/23 223/13 257/24

**rounds [1]** 135/24

**routinely [1]** 190/21

**rule [4]** 96/22 113/15 196/24 217/16

**ruled [1]** 23/5

**rules [12]** 36/2 92/3 92/3 117/20 121/24 123/8 129/20 145/14 145/15 155/12 190/10 196/17

**ruling [2]** 108/17 108/18

**rum [23]** 7/14 169/16 169/16 169/21

170/10 172/4 172/11 172/15 172/21 174/16 175/8 176/3 176/25 177/2 177/3 177/3 177/4 177/4 181/7 183/8 222/22 223/13 223/22

**run [6]** 40/18 67/20 115/16 116/1 116/2 152/22

**runners [1]** 241/23

**running [7]** 21/5 21/7 22/24 115/8 133/10 184/14 215/1

**runoff [1]** 27/22

**Russell [26]** 5/5 94/4 94/11 113/1 113/8 113/17 114/3 114/6 114/8 128/25 134/22 138/10 138/12 139/5 140/6 141/9 145/19 150/16 154/5 154/19 158/25 159/21 164/1 165/22 165/24 167/2

**Russell's [2]** 94/13 162/11

**rye [1]** 170/11

**S**

**S.E [1]** 1/19

**S.H [1]** 230/24

**s: [1]** 257/22

**safe [1]** 257/13

**safety [13]** 29/11 34/5 34/6 34/7 48/1 125/24 144/5 145/8 145/9 145/17 146/1 150/24 167/4

**said [79]** 6/13 8/21 9/9 10/23 13/1 14/13 15/2 18/6 19/6 19/12 19/21 34/12 35/8 36/14 36/20 36/23 36/25 44/17 46/7 68/4 68/4 70/8 72/8 81/9 87/24 88/1 88/2 93/6 97/7 97/7 98/22 99/1 99/12 99/14 106/1 106/4 109/3 124/16 126/22 127/20 129/3 132/2 132/19 132/20 132/21 134/16 137/10 140/24 144/7 144/11 148/18 155/4 155/10 165/14 179/4 179/6 179/10 179/11 187/17 201/10 201/16 201/22 210/21 214/12 218/2 219/19 222/4 226/9 226/17 228/16 229/6 235/22 237/4 237/11

237/14 249/17 256/18 256/25 257/10

**sale [2]** 172/3 192/15

**sales [4]** 177/13 186/20 187/1 187/9

**salesman [1]** 115/10

**same [38]** 12/19 17/12 20/6 28/6 35/20 35/22 35/23 36/4 42/24 43/3 75/17 76/13 92/18 106/12 106/13 124/6 131/19 173/4 173/12 187/14 190/12 194/15 222/3 232/6 232/6 233/6 233/12 234/5 234/5 236/18 244/8 247/22 252/24 254/11 254/12 255/8 255/18 255/20

**Sarnoff [2]** 1/21 4/18

**sat [2]** 34/3 221/25

**Saturday [2]** 242/7 244/24

**saved [1]** 23/10

**saving [1]** 24/2

**savvy [2]** 27/6 27/8

**saw [10]** 70/7 79/11 100/7 109/21 155/6 234/17 235/4 243/11 247/7 250/9

**say [55]** 5/7 8/5 10/5 10/19 11/12 16/8 16/12 17/12 22/5 24/4 28/22 31/24 36/2 37/19 40/19 40/20 41/18 44/16 52/2 53/3 56/19 57/18 60/11 63/6 81/22 83/18 84/17 93/6 98/18 98/19 105/14 109/14 125/23 131/4 138/23 141/9 147/23 149/3 150/6 151/11 170/6 183/14 185/20 186/14 190/24 191/24 196/14 201/2 201/17 204/25 237/5 237/14 240/14 249/5 251/21

**saying [19]** 32/4 45/5 57/23 83/5 86/6 97/11 97/22 132/24 140/23 140/23 144/10 145/21 158/16 161/19 164/3 164/5 196/14 239/12 256/11

**says [20]** 27/20 43/4 56/23 65/12 68/4 86/13 93/9 93/15 101/11 108/9 118/9 118/13 153/21 153/22 188/11 188/11 191/3

197/13 197/25 217/14

**scandalous [1]** 60/12

**scared [1]** 230/11

**schedule [1]** 257/8

**schedules [1]** 94/3

**scheduling [1]** 112/15

**school [25]** 20/23 20/25 21/1 114/18 114/20 114/20 114/25 140/18 190/3 190/13 190/14 194/15 200/12 204/18 205/16 205/22 218/23 218/25 220/3 220/8 221/12 224/6 224/8 224/17 225/1

**schools [5]** 170/3 190/17 219/3 219/7 219/9

**Science [1]** 117/2

**scope [15]** 54/16 57/1 70/25 88/19 105/18 105/22 154/22 156/4 158/22 159/25 160/17 166/7 167/23 228/10 248/18

**SCOTT [2]** 2/2 2/2

**screen [11]** 10/2 26/16 48/3 51/24 64/12 64/21 69/2 203/25 242/23 242/24 253/9

**screenshot [1]** 180/10

**scroll [1]** 191/7

**sculpture [3]** 71/25 72/16 100/17

**search [2]** 110/3 110/15

**season [1]** 104/2

**seat [2]** 167/2 230/4

**seated [8]** 4/19 9/5 9/17 64/8 112/7 112/23 207/22 207/23

**seating [4]** 189/8 212/5 214/10 214/16

**second [18]** 65/25 66/1 66/6 73/22 90/24 95/20 100/19 100/23 133/10 139/11 157/10 188/24 213/20 250/21 252/22 253/25 254/1 254/18

**seconded [2]** 53/6 148/25

**section [9]** 56/8 56/9 66/4 66/5 118/8 133/14 188/10 191/11 204/16

**sections [1]** 133/14

**security [3]** 9/13

10/14 192/21

**see [113]** 12/7 12/12 13/25 15/2 16/26 19/19 27/21 29/16 32/12 33/2 35/11 39/7 56/11 56/13 63/11 63/25 64/20 65/5 65/19 69/11 70/18 72/14 78/15 80/21 92/19 96/11 97/9 97/9 97/11 99/13 100/22 101/4 101/8 101/14 103/5 103/17 103/17 106/17 106/20 109/7 109/17 110/25 119/11 123/5 128/25 130/3 130/6 130/11 133/12 174/6 174/20 175/2 175/25 176/23 179/17 179/20 180/8 181/3 188/10 188/12 188/15 188/17 188/21 189/10 190/10 191/3 191/8 194/9 197/5 200/21 201/24 207/1 208/10 208/12 208/21 208/21 209/11 209/12 209/23 210/4 210/22 211/13 211/14 212/14 212/20 212/24 212/25 213/1 213/12 213/12 213/13 214/5 214/6 214/7 214/13 214/18 215/12 216/1 216/6 217/13 221/8 228/18 233/17 234/10 241/13 241/14 242/3 242/23 243/24 244/12 244/14 246/23 257/7 257/12

**seeing [4]** 117/6 212/15 213/16 214/2

**seek [5]** 78/20 140/1 199/3 202/11 224/8

**seeking [14]** 66/15 78/22 139/22 140/11 193/7 194/19 194/20 206/8 219/6 219/8 219/16 220/1 220/5 220/7

**seem [1]** 124/24

**seemed [2]** 194/17 218/4

**seems [4]** 95/10 221/21 221/23 224/19

**seen [11]** 32/7 41/15 52/16 56/8 61/4 99/22 123/14 216/11 237/15 238/14 248/8

**selected [1]** 21/17

**self [2]** 92/25 107/15

**self-serving [2]** 92/25 107/15

**S**

**sell [2]** 176/15 176/16

**selling [2]** 115/11 187/5

**sells [1]** 176/14

**semicircle [1]** 52/18

**Senate [1]** 157/13

**send [2]** 86/9 245/22

**sending [5]** 75/13 75/14 103/10 134/10 139/13

**senior [1]** 49/18

**sense [6]** 28/7 67/16 67/17 68/16 97/24 251/2

**sensed [1]** 71/20

**sent [3]** 65/14 73/22 156/13

**sentence [1]** 217/13

**separate [2]** 147/1 206/18

**separation [1]** 204/16

**September [2]** 212/17 232/9

**series [4]** 14/11 26/19 202/13 254/4

**serious [3]** 62/20 70/7 144/5

**servant [1]** 22/12

**serve [6]** 28/21 115/21 117/24 137/11 157/8 157/11

**served [2]** 5/18 5/19

**service [7]** 5/20 66/18 139/25 190/8 197/10 204/20 205/22

**services [4]** 117/22 118/18 173/7 231/4

**serving [3]** 33/14 92/25 107/15

**session [3]** 4/1 112/1 112/6

**set [9]** 15/22 20/12 39/6 47/16 48/15 65/2 84/3 168/10 187/15

**sets [3]** 56/16 107/16 107/18

**setting [2]** 133/16 140/14

**settled [1]** 120/20

**seven [8]** 87/25 88/1 88/2 88/2 115/22 120/4 133/7 251/21

**several [9]** 10/8 10/21 40/12 58/10 74/23 169/6 170/19 195/15 200/1

**shake [1]** 38/22

**shall [4]** 91/15

191/16 192/19 192/20

**shame [1]** 223/2

**shape [1]** 113/19

**share [3]** 66/13 139/20 140/2

**she [9]** 48/24 91/7 91/8 91/17 92/14 92/16 92/20 158/18 254/7

**she's [13]** 32/12 91/7 91/11 91/11 91/18 91/19 92/3 92/8 92/12 92/13 161/23 237/6 241/4

**sheet [1]** 63/18

**shenanigans [1]** 23/16

**shield [1]** 108/7

**shift [3]** 125/25 126/4 134/13

**shifted [1]** 133/5

**ship [2]** 23/20 34/25

**shop [5]** 120/10 171/21 172/5 184/18 184/24

**short [7]** 64/4 94/18 145/19 181/14 186/12 192/3 207/8

**shot [1]** 35/8

**should [19]** 6/19 13/17 69/1 71/21 83/14 84/15 85/8 93/22 123/16 125/18 128/6 136/13 137/12 144/9 144/20 153/16 153/18 155/8 193/21

**shouldn't [3]** 125/18 137/11 228/24

**show [22]** 6/19 7/5 8/8 12/18 26/12 60/1 62/10 67/14 68/23 100/16 105/13 108/8 120/18 133/7 184/22 211/6 225/22 235/22 236/2 242/14 253/8 253/9

**showed [9]** 5/22 6/17 12/18 61/18 148/4 156/3 160/7 163/10 185/13

**showing [6]** 11/24 139/5 209/11 210/12 242/17 245/15

**shown [13]** 13/9 55/15 62/14 69/2 69/15 78/1 78/2 78/11 85/22 95/12 95/15 106/18 242/24

**shut [7]** 125/12 125/22 125/25 126/25 132/3 147/21 256/7

**shuttle [1]** 242/9

**SHUTTS [1]** 1/20

**side [8]** 36/23 65/9 92/7 190/14 195/24 205/22 214/14 215/1

**sidebar [10]** 15/8 42/12 59/17 89/2 91/4 104/13 113/4 161/12 216/19 236/6

**sides [1]** 189/22

**sidewalk [5]** 72/3 72/6 72/19 101/15 102/3

**sign [20]** 72/6 72/16 72/16 72/19 73/4 73/7 102/2 186/10 193/13 194/22 195/9 196/10 198/24 202/4 202/7 202/18 202/20 202/22 208/8 254/1

**sign-off [1]** 196/10

**signage [1]** 100/17

**signature [2]** 248/15 250/6

**signed [12]** 29/18 104/3 192/7 193/24 194/4 194/21 194/24 199/13 202/8 202/23 222/10 250/22

**significance [1]** 152/20

**significant [5]** 6/23 20/21 22/20 72/20 74/3

**significantly [1]** 30/22

**signs [2]** 253/23 254/7

**silly [1]** 98/25

**similar [4]** 54/9 167/9 183/18 205/23

**simple [1]** 124/23

**simply [2]** 196/6 221/3

**since [7]** 51/5 136/20 169/20 194/14 232/11 232/19 248/3

**Sincerely [1]** 65/15

**single [4]** 136/19 136/20 142/11 143/6

**sir [199]** 9/22 9/25 12/17 19/10 20/20 20/23 21/2 21/7 22/5 22/15 22/18 22/22 23/25 24/10 24/14 24/20 24/24 25/2 25/9 25/13 25/19 25/25 26/8 26/20 26/22 26/25 27/2 27/9 27/13 27/20 28/11 29/2 30/6 30/9 31/6 32/9 32/14 32/25 33/3 33/9 33/23 34/18 35/1 35/4 35/7

37/15 37/18 37/23 37/25 38/6 38/17 38/21 39/1 45/24 46/10 46/13 46/19 46/22 47/17 49/25 50/2 50/16 51/8 51/10 51/17 51/19 51/25 53/10 53/18 53/20 53/23 54/7 55/17 56/4 56/19 56/21 57/8 57/10 57/13 58/6 58/16 58/25 59/7 63/17 65/6 65/10 65/18 65/24 66/3 66/25 69/19 69/23 70/19 71/8 71/11 72/4 72/13 72/21 73/5 73/9 73/17 74/2 74/19 74/23 74/25 75/12 75/16 75/20 75/25 76/7 76/24 77/8 77/11 77/15 77/20 77/25 78/8 78/11 78/13 78/18 79/8 79/10 79/14 79/18 79/23 80/2 80/11 80/14 81/3 82/7 82/9 82/11 82/14 84/2 84/5 85/24 86/18 87/23 88/4 88/12 88/16 89/1 89/6 92/14 93/4 93/19 94/24 95/4 95/9 96/9 98/2 98/6 98/9 98/11 99/4 99/9 99/24 100/1 100/12 101/7 101/10 101/13 101/17 101/23 102/4 102/10 104/9 104/14 104/20 104/23 104/25 105/4 109/5 109/15 109/24 168/5 168/11 170/2 177/9 177/17 180/8 180/19 181/4 181/20 188/17 204/24 207/10 207/23 208/2 210/7 213/1 213/14 216/9 218/9 223/17 226/20 227/5 229/8 230/4

**sit [15]** 51/20 81/21 82/18 91/7 91/8 91/10 91/15 91/18 92/3 92/6 92/7 92/14 92/16 92/21 93/21

**site [4]** 70/17 87/16 245/10 245/15

**sitting [5]** 52/18 92/12 92/17 142/6 164/6

**situation [4]** 81/2 86/20 132/19 133/23

**situations [1]** 30/19

**six [1]** 177/13

**six million [1]** 177/13

**size [3]** 183/16 183/16 183/18

**skill [1]** 98/10

**skills [1]** 205/2

**skirt [2]** 145/6 145/6

**sleep [1]** 18/7

**sly [1]** 99/16

**small [10]** 76/9 115/8 126/10 170/3 171/20 183/4 183/14 184/22 184/24 214/13

**smaller [2]** 216/3 216/3

**SMITH [2]** 1/8 257/23

**sneaking [1]** 98/23

**so [335]**

**so on about [1]** 228/22

**social [1]** 27/14

**sojourn [1]** 21/1

**sold [2]** 115/7 138/4

**sole [1]** 191/16

**solely [2]** 228/11 231/11

**solves [1]** 113/20

**some [85]** 20/18 21/25 22/2 22/20 23/16 24/25 25/1 25/18 30/24 31/12 33/24 34/24 35/19 35/21 36/4 36/6 37/22 37/22 39/22 40/3 42/6 46/16 46/21 48/4 49/20 52/4 52/6 52/16 53/21 55/13 55/15 55/15 60/10 61/16 61/17 62/10 66/9 67/10 67/13 71/4 73/19 74/8 75/3 78/1 80/9 81/4 82/1 83/8 85/20 88/14 89/11 94/16 97/20 109/11 109/16 139/17 141/21 144/4 147/20 152/17 156/14 158/18 163/12 170/5 170/11 173/7 173/7 180/21 181/3 184/17 187/10 190/7 190/9 195/3 201/22 211/6 214/9 219/16 221/17 222/5 223/8 223/12 225/10 233/17 254/10

**somebody [12]** 18/24 21/23 53/6 76/17 76/21 78/9 79/20 83/19 101/21 126/8 192/23 192/24

**somebody's [2]**

**S**

**somebody's... [2]** 99/21 105/10

**somehow [1]** 99/8

**someone [7]** 80/24 127/24 145/23 151/22 153/15 167/19 198/24

**something [47]** 10/12 17/13 31/1 34/5 34/13 40/11 41/21 43/6 52/2 52/6 55/12 68/2 70/7 72/16 74/12 75/10 75/13 75/24 82/20 99/14 99/18 105/24 123/9 129/16 129/23 133/25 136/5 140/21 140/24 143/16 152/4 155/6 156/16 176/1 183/15 188/4 189/9 197/17 200/13 203/18 221/5 223/4 226/8 237/4 250/17 250/18 251/10

**sometime [3]** 24/22 172/13 178/2

**sometimes [5]** 33/18 51/20 51/22 81/24 188/23

**somewhat [1]** 132/21

**somewhere [1]** 199/16

**son [1]** 5/20

**soon [3]** 47/4 96/25 202/6

**sooner [1]** 40/5

**sorry [32]** 4/22 14/13 19/18 27/7 31/13 31/17 31/19 37/7 49/11 54/11 57/18 66/23 67/9 75/22 76/20 84/11 87/12 95/25 96/5 98/17 103/4 103/9 105/8 113/2 132/21 142/8 149/13 164/1 164/14 226/3 230/21 252/12

**sort [6]** 28/3 31/22 55/18 77/19 133/14 184/17

**sorts [2]** 11/8 11/11

**sought [2]** 7/11 194/12

**sound [7]** 13/14 13/15 17/10 17/12 144/4 166/12 166/13

**South [3]** 2/3 74/10 115/11

**SOUTHERN [2]** 1/1 6/11

**space [11]** 106/15 108/20 120/16 121/3 145/11 171/19 174/15 184/18 188/16 206/19 216/17

**spaces [2]** 171/5 171/6

**Spanish [2]** 228/4 236/4

**spar [1]** 82/4

**sparring [1]** 82/2

**speak [10]** 7/24 25/1 118/24 123/6 150/4 151/5 151/6 159/12 159/16 168/1

**speakeasy [1]** 133/14

**speaking [6]** 127/8 143/24 155/21 227/21 228/1 228/25

**speaks [2]** 130/9 237/14

**special [8]** 29/11 66/18 84/3 139/25 192/2 193/11 196/6 219/8

**specialty [3]** 98/10 204/4 204/12

**specific [9]** 97/4 128/3 140/12 199/6 199/21 232/25 233/7 244/4 247/17

**specifically [13]** 12/12 61/22 62/3 63/15 113/10 118/13 154/11 166/6 199/23 205/14 217/24 238/25 254/17

**specified [1]** 197/11

**speculation [19]** 110/9 121/17 122/15 127/6 130/18 131/12 134/6 175/23 232/17 241/4 249/25 251/25 253/4 253/5 254/2 254/21 255/9 256/8 257/5

**speculative [2]** 248/12 248/17

**speeches [3]** 200/1 200/12 200/15

**speed [1]** 241/24

**spell [4]** 114/2 168/16 229/18 230/1

**spend [4]** 14/4 59/4 172/20 194/2

**spending [2]** 43/5 62/2

**spent [4]** 41/15 43/1 59/13 172/24

**spirits [10]** 169/7 169/8 170/8 183/1

**stores [1]** 176/17

**storing [1]** 183/25

**straighten [1]** 23/20

**streamline [1]** 117/8

**street [26]** 1/16 1/19 11/3 39/11 39/22 39/23 86/14 86/21 172/7 188/8 190/13 204/3 204/4 204/10 204/12 205/23 230/24 231/1 231/2 231/3 232/2 234/7 234/8 239/18 247/24 254/11

**streets [2]** 246/24 247/4

**stretch [2]** 8/11 8/15

**strike [18]** 47/15 54/20 80/18 96/14 211/7 235/14 238/2 246/20 248/11 248/18 249/19 251/13 254/6 254/13 255/13 256/15 256/22 257/4

**strikes [2]** 153/21 153/22

**stripes [3]** 240/2 240/5 245/23

**striving [1]** 125/22

**strong [2]** 41/20 132/16

**structure [15]** 174/3 189/6 199/2 210/18 211/20 212/16 214/15 214/19 215/10 215/22 216/7 216/8 216/9 217/14 217/15

**structured [1]** 172/17

**structures [2]** 211/4 211/19

**Stuart [1]** 114/19

**students [2]** 220/2 220/6

**studio [1]** 120/12

**study [5]** 114/23 115/2 123/3 123/6 220/12

**stuff [5]** 27/14 81/19 98/25 198/9 206/16

**Suarez [12]** 1/12 4/13 11/1 14/9 14/9 29/21 34/3 47/25 52/5 52/7 71/9 100/7

**subject [13]** 55/23 60/20 66/24 104/13 106/19 139/15 140/12 153/18 160/14 162/23 163/19 195/15 217/25

**submit [1]** 123/8 166/21

**submitted [3]** 60/7 73/19 202/15

186/19 187/7 189/19 193/10 204/2 204/11

**spoke [11]** 109/20 127/14 143/14 149/12 150/2 158/4 158/25 159/15 162/6 218/12 224/6

**sponsor [2]** 53/3 129/21

**sponsored [1]** 53/1

**sponsorships [1]** 200/4

**spot [2]** 68/17 105/3

**spouse [3]** 92/5 92/6 92/19

**square [1]** 188/16

**stacks [1]** 11/4

**staff [73]** 16/8 21/4 31/11 31/15 34/15 34/16 34/20 34/22 34/23 34/25 35/2 35/9 35/11 36/10 37/11 37/17 37/24 38/14 40/5 40/9 40/16 41/16 47/7 47/8 49/4 49/9 49/10 49/21 52/3 52/8 52/17 53/25 58/18 59/1 66/12 66/17 67/1 67/10 70/3 70/13 81/12 83/2 83/22 85/17 87/25 88/13 88/18 89/9 89/14 95/18 96/19 96/21 97/21 98/1 98/14 102/17 103/13 103/14 103/21 104/8 118/6 127/15 127/16 127/19 127/22 132/9 139/20 139/24 140/3 147/6 148/10 148/12 167/21

**staffer [1]** 49/19

**staffs [1]** 49/13

**stage [1]** 65/2

**stand [2]** 5/1 8/16

**standard [1]** 82/15

**standing [4]** 48/12 72/9 104/21 205/25

**standup [1]** 115/11

**start [12]** 11/16 30/2 133/8 172/10 182/19 185/13 193/16 212/15 213/25 231/7 231/14 253/15

**started [21]** 17/8 31/11 37/16 38/18 40/4 40/5 103/1 169/16 185/2 194/1 205/9 230/23 230/25 231/6 231/8 231/9 232/1 232/10 245/15 252/13 255/22

**starting [7]** 4/7 17/3

38/14 185/22 190/23 191/3 193/4

**starts [4]** 31/10 144/18 191/12 195/10

**state [18]** 4/6 8/19 113/14 114/1 116/1 137/16 137/22 166/16 166/18 168/15 182/25 189/24 191/21 193/24 223/3 229/17 229/25 251/21

**stated [13]** 41/6 81/14 124/22 128/11 131/13 132/9 144/4 144/15 158/7 166/24 180/16 182/23 244/4

**statement [12]** 10/4 13/25 13/25 14/20 15/2 15/3 16/22 16/24 164/20 181/10 217/17 217/18

**statements [2]** 10/4 90/20

**states [6]** 1/1 1/9 4/6 163/13 189/23 231/18

**stating [4]** 218/21 237/6 238/9 250/16

**status [2]** 80/22 208/13

**statute [1]** 79/4

**stay [2]** 188/11 244/22

**stayed [1]** 59/22

**Steerhiem [1]** 23/18

**stem [4]** 110/2 110/4 110/14 110/16

**step [2]** 168/5 176/13

**steps [2]** 51/18 202/13

**Sterns [1]** 162/14

**Steve [13]** 88/18 88/22 88/25 89/11 89/15 89/23 90/5 90/6 90/8 90/20 90/25 93/15 95/2

**Stick [1]** 44/19

**still [12]** 5/1 9/16 99/10 105/12 141/17 152/19 159/3 159/12 159/14 159/16 209/20 253/14

**stipulate [1]** 93/14

**stipulated [1]** 128/20

**stop [4]** 37/6 78/10 191/8 212/21

**stopped [1]** 17/20

**storage [2]** 184/25 185/1

**store [1]** 184/9

**S**

**submitting [1]** 63/6
**subordinate [1]** 141/3
**subordinates [1]** 138/21
**subpoena [8]** 5/19 5/22 8/5 90/1 90/15 90/16 226/23 226/25
**subpoenaed [2]** 7/3 181/23
**substance [1]** 8/18
**substantiated [1]** 89/19
**substantive [1]** 90/3
**substitute [1]** 5/20
**successful [5]** 40/23 119/2 120/18 177/5 232/2
**such [3]** 81/11 122/10 127/16
**suddenly [1]** 133/6
**sued [2]** 26/1 58/14
**sufficient [1]** 197/11
**suggesting [1]** 105/24
**suggestions [1]** 29/14
**suing [1]** 44/9
**suit [4]** 61/7 91/11 91/12 91/19
**Suite [7]** 1/13 1/16 1/19 1/21 2/3 204/3 204/10
**suited [1]** 97/1
**Sunday [1]** 199/21
**sunlight [1]** 142/3
**Sunshine [4]** 55/24 141/25 142/2 149/12
**support [12]** 10/5 10/7 10/9 10/11 25/6 129/25 164/17 165/10 180/22 181/18 200/3 226/10
**supported [6]** 164/17 164/23 165/2 165/5 165/8 167/19
**supporters [5]** 26/1 32/2 32/20 33/11 40/23
**supports [2]** 252/12 252/12
**suppose [1]** 225/11
**supposed [7]** 50/21 54/3 68/21 76/6 175/14 176/4 251/11
**Supreme [1]** 61/10
**sure [74]** 13/11 13/12 15/9 17/7 26/8 29/8 29/19 29/20 37/4 40/15 42/3 42/13 69/3

70/25 73/8 73/8 76/11 78/22 79/16 80/23 81/14 81/22 82/4 83/3 87/18 89/4 92/22 98/17 98/18 100/6 100/23 109/14 113/5 114/18 115/5 116/22 117/5 117/15 118/25 125/11 126/18 143/15 144/16 146/21 154/13 161/13 184/8 184/23 186/22 187/3 189/18 189/19 192/6 192/13 193/1 194/13 197/18 197/22 198/25 203/5 203/22 205/3 207/19 208/23 209/5 210/3 221/10 224/20 224/23 225/13 227/15 228/14 240/4 253/10
**surfboard [1]** 115/10
**surfboards [1]** 115/12
**surfing [1]** 115/12
**surprise [1]** 8/19
**surprised [1]** 69/5
**surreptitiously [1]** 99/3
**survey [1]** 204/14
**survive [1]** 119/2
**suspended [2]** 71/25 72/1
**sustain [5]** 63/15 124/17 163/1 163/21 247/15
**sustainability [1]** 115/14
**sustained [42]** 12/2 14/25 18/25 19/23 20/2 20/7 41/13 54/17 57/2 71/2 80/7 88/20 105/20 108/24 121/18 131/6 131/13 131/15 137/2 154/17 154/23 156/5 158/23 159/19 176/7 179/1 182/11 215/18 221/7 233/2 233/7 233/21 234/24 238/4 239/10 246/10 247/11 249/3 251/15 254/15 255/15 257/6
**SW [12]** 86/14 86/20 172/7 188/8 188/25 204/3 204/9 206/11 210/14 231/1 231/3 247/24
**Swear [1]** 229/14
**swearing [2]** 31/4 31/7
**switch [1]** 186/10
**sword [1]** 108/7
**swore [1]** 161/11

**sworn [8]** 25/14 26/5 31/4 33/6 113/24 168/13 229/15 229/23
**sync [1]** 85/14
**synopsis [2]** 181/12 181/14
**system [8]** 35/22 35/23 36/4 36/8 36/17 36/25 37/1 176/14

**T**

**T.V [1]** 51/24
**table [10]** 91/8 91/10 91/15 91/18 92/4 92/12 92/17 183/16 186/17 198/2
**tables [1]** 91/20
**take [37]** 6/18 6/18 9/12 11/16 17/1 26/10 29/10 57/4 65/25 66/21 71/4 72/8 78/14 83/13 84/7 84/11 84/20 85/10 95/16 99/20 100/14 102/5 103/24 127/25 128/19 149/14 167/13 167/17 185/8 191/19 199/11 201/23 205/6 211/8 211/9 217/19 224/5
**taken [10]** 22/25 111/3 118/4 131/22 144/9 227/23 242/12 243/25 244/2 244/7
**takes [3]** 8/16 53/8 185/14
**taking [16]** 36/10 62/11 71/12 71/17 87/3 98/23 98/24 99/13 104/21 123/13 131/17 132/12 132/16 157/7 157/10 234/18
**talent [1]** 127/24
**talented [1]** 23/23
**talents [1]** 24/11
**talk [13]** 8/16 11/19 17/2 18/5 51/13 68/4 68/14 82/23 88/9 118/21 135/14 141/20 155/7
**talked [22]** 22/6 34/5 34/13 34/15 36/13 47/25 68/3 71/6 76/11 140/17 174/15 174/17 182/20 201/21 217/20 218/22 221/22 222/20 223/6 224/25 225/15 245/3
**talking [22]** 6/25 12/8 36/9 42/3 45/19 54/21 125/17 161/17 161/23 162/16 172/11 178/24 183/14 183/15

183/17 185/3 194/13 199/24 212/22 221/22 221/23 235/18
**talks [1]** 6/12
**Tallahassee [1]** 251/12
**tank [2]** 184/4 184/5
**tanks [4]** 183/10 183/14 183/24 184/9
**Taquerias [1]** 105/24
**targeted [1]** 113/12
**targeting [4]** 12/5 12/6 12/7 143/18
**task [3]** 74/17 74/22 74/23
**tasting [10]** 171/21 171/22 172/5 172/15 172/21 176/18 184/17 206/10 222/23 223/13
**tastings [1]** 172/2
**taxes [3]** 187/12 251/22 252/21
**team [3]** 34/2 80/24 80/24
**tech [4]** 27/6 27/7 27/8 70/3
**Technically [1]** 228/3
**television [1]** 18/7
**tell [33]** 18/2 18/19 19/25 31/15 42/4 85/5 88/10 88/11 90/10 92/20 108/12 114/16 115/3 118/17 120/8 120/15 129/6 132/21 133/23 135/16 137/25 148/5 160/10 160/11 161/11 168/22 169/4 169/13 173/3 179/3 199/1 230/13 249/12
**telling [5]** 16/12 30/23 40/15 91/5 108/20
**tells [3]** 90/12 118/7 246/8
**temporary [2]** 68/9 70/17
**ten [7]** 43/1 63/22 175/16 188/5 217/3 241/21 249/23
**tenant [4]** 191/15 192/18 192/25 197/6
**tenant's [4]** 191/3 191/16 192/13 197/11
**tenants [1]** 121/1
**tenure [2]** 21/12 23/8
**term [6]** 24/21 45/21 52/10 82/18 163/4 175/14
**terminate [6]** 88/17

88/18 89/11 89/12 95/5 192/19
**terminated [4]** 21/19 85/18 90/9 90/25
**termination [3]** 89/18 89/21 95/6
**terminology [2]** 45/4 45/15
**terms [8]** 15/17 94/3 115/22 118/6 118/18 129/6 163/11 192/22
**Terrain [1]** 243/8
**terrific [1]** 21/25
**terrified [1]** 150/24
**testified [21]** 56/12 80/5 93/1 113/14 140/6 143/17 151/25 183/7 184/16 185/2 185/5 188/7 189/13 193/18 194/2 199/16 201/7 212/2 215/16 221/4 223/17
**testifies [1]** 113/3
**testify [13]** 5/14 5/25 6/3 7/12 7/13 90/21 93/2 93/16 113/13 181/25 182/8 226/23 228/9
**testifying [9]** 6/20 7/9 8/18 90/6 107/23 113/8 181/20 227/2 250/1
**testimony [30]** 5/6 5/19 9/10 39/13 60/10 60/23 90/20 94/13 99/25 100/9 100/11 100/12 113/8 113/9 113/10 113/16 122/14 127/6 137/21 141/7 144/11 162/7 182/20 185/22 212/7 218/23 227/14 235/15 252/1 256/2
**testing [1]** 205/2
**text [21]** 7/17 7/21 26/23 27/3 27/18 27/18 29/3 29/6 29/6 29/18 29/22 33/1 103/1 103/10 140/4 180/10 180/12 180/15 180/18 221/20 226/11
**texted [1]** 5/17
**texting [1]** 221/21
**texts [1]** 26/19
**than [37]** 33/5 36/12 37/4 37/7 37/8 40/5 42/17 79/7 86/5 94/20 96/21 100/3 105/5 116/17 135/12 135/16 136/13 136/21 140/21 151/4 179/20 190/15

**T**

**than... [15]** 199/22
201/2 201/4 202/2
216/3 222/7 227/19
235/25 236/20 236/22
237/18 240/1 240/17
241/11 249/24
**Thank [62]** 4/19
8/23 9/14 9/23 13/5
16/19 19/14 20/8
46/11 54/18 63/19
63/25 64/10 64/16
65/1 66/8 66/21 70/21
87/11 103/23 108/16
109/1 109/11 110/19
110/25 112/20 113/21
114/4 114/10 115/16
138/6 138/13 148/17
163/22 163/23 165/18
165/20 168/4 168/11
174/7 177/22 179/25
180/18 182/12 191/7
207/6 207/24 208/3
209/3 209/7 209/9
217/5 222/14 222/15
224/24 227/1 227/4
227/6 227/9 229/11
236/25 245/2
**thanks [7]** 20/18
27/23 29/15 29/17
31/24 31/25 63/22
**that [1259]**
**that's [215]** 6/15
12/15 21/18 23/2 24/4
27/4 28/16 32/17
33/18 34/6 34/10
35/11 36/22 37/19
38/20 39/17 40/1
40/20 43/19 44/6
44/15 44/18 44/22
45/10 45/21 46/1 46/6
50/6 50/11 50/14 51/4
51/9 51/15 54/12 55/2
55/20 55/23 56/1 56/5
58/3 58/19 59/3 60/2
61/6 61/13 62/6 62/12
62/20 62/21 62/23
63/18 64/14 65/22
68/6 68/18 70/15 72/6
72/12 72/24 74/24
75/5 77/1 77/12 77/19
79/1 79/24 80/14 82/4
82/6 82/15 82/17
83/12 83/13 83/20
83/21 84/13 84/21
85/6 88/8 90/16 91/5
91/17 91/22 93/4
93/23 94/10 95/20
97/7 98/4 99/1 99/25
100/12 100/24 101/11
102/9 103/1 103/5

104/7 106/1 107/9
107/22 108/10 108/12
108/14 108/16 109/14
112/17 114/21 120/20
135/21 140/15 144/12
146/17 146/20 147/13
149/16 151/24 154/2
154/3 155/5 157/1
162/23 162/24 167/16
175/1 175/4 181/12
181/13 181/14 181/17
183/15 183/18 184/4
184/24 185/5 185/25
186/3 186/12 187/2
187/4 187/13 187/17
188/1 188/8 188/24
189/12 189/16 189/22
190/4 191/23 193/3
193/4 193/15 194/11
195/4 195/11 195/14
196/5 196/21 197/12
197/25 198/4 198/11
198/12 198/13 198/14
199/15 199/24 200/10
200/25 201/12 202/5
202/10 202/19 202/21
202/24 203/20 205/8
205/12 205/18 206/3
206/6 206/6 206/11
209/22 209/24 210/1
210/15 215/13 216/4
216/5 216/18 217/4
218/25 219/18 219/20
219/21 221/18 222/2
222/12 224/24 225/18
225/24 226/15 226/19
226/25 227/17 228/6
228/19 228/19 229/6
229/10 246/1 248/7
256/23
**Theater [1]** 18/8
**their [51]** 4/20 6/10
8/2 8/6 8/6 38/25
49/13 52/22 63/10
63/10 66/17 72/25
80/16 83/22 85/18
92/5 107/9 107/24
107/24 109/4 118/1
118/19 120/18 126/8
130/22 131/2 131/11
132/6 133/14 139/24
140/15 140/23 140/25
141/1 142/25 151/23
152/1 153/6 153/16
160/13 164/18 171/7
171/7 171/19 172/12
172/15 175/9 186/24
225/13 227/20 241/19
**them [53]** 6/15 8/1
8/7 10/23 11/8 18/5
22/4 49/24 50/4 58/12
63/18 67/20 71/4

73/19 74/24 80/16
81/24 82/5 85/10
85/19 88/11 102/7
107/5 117/24 118/17
118/24 118/24 119/2
119/25 120/2 133/22
133/25 141/4 143/24
143/24 144/8 144/24
145/14 145/15 153/3
156/14 157/8 157/11
161/25 199/13 202/15
208/6 219/5 219/6
241/23 254/11 255/8
255/12
**then [85]** 8/8 10/19
11/12 14/3 14/5 15/23
18/8 19/11 20/25
22/19 31/14 31/21
36/21 48/2 57/4 57/22
57/23 60/2 65/16
66/19 68/23 73/23
84/12 85/10 90/12
99/22 103/21 105/5
107/5 108/6 109/16
114/18 114/20 123/14
137/13 140/1 144/9
144/22 145/6 147/6
150/12 153/21 157/15
157/17 170/10 171/5
172/3 172/18 176/23
177/4 179/5 183/23
183/25 184/6 184/24
185/22 185/22 187/18
188/21 188/24 189/24
191/6 191/12 195/4
195/11 195/12 195/21
196/10 197/21 197/25
198/16 199/8 199/10
200/16 202/22 204/18
205/13 205/22 215/12
220/14 223/25 226/2
228/12 252/22 253/12
**theory [3]** 152/22
153/2 225/4
**there [170]** 8/8 9/25
10/4 12/14 12/15
13/17 13/24 13/25
16/22 16/23 16/25
18/8 22/20 23/3 23/4
28/13 28/15 29/17
30/24 31/20 32/6 32/6
36/4 36/21 36/24 38/9
40/12 45/25 48/12
48/21 52/1 53/3 57/22
58/7 58/8 58/10 60/7
69/4 69/15 71/12
71/23 72/9 75/2 77/10
77/14 77/15 78/10
82/18 83/8 83/9 83/9
83/12 83/15 84/4
87/24 91/21 92/13
96/15 98/7 99/1

105/24 108/4 110/3
110/15 117/7 124/24
125/18 125/19 130/25
133/9 133/17 135/15
136/4 136/11 137/25
142/18 144/8 144/20
144/20 144/21 145/6
145/11 145/17 146/13
147/1 147/8 148/1
148/13 149/23 149/25
150/17 151/20 154/5
154/7 154/7 161/6
161/9 162/8 162/8
162/9 162/9 167/2
167/4 178/8 178/8
183/6 183/20 183/23
183/25 184/17 185/17
186/10 186/13 188/11
189/14 190/6 190/9
190/11 190/17 191/7
191/8 192/25 193/4
194/14 197/22 198/23
200/3 200/6 200/11
200/12 201/5 203/13
206/4 206/7 208/13
208/18 209/15 209/19
209/20 210/21 210/22
210/25 211/11 213/20
215/8 216/4 217/22
217/25 218/10 220/21
224/7 224/13 224/14
224/15 224/19 225/4
225/8 227/23 228/16
228/23 235/19 241/15
246/19 248/5 248/9
249/24 250/6 250/24
252/15 252/15
**there's [55]** 6/11
8/14 8/19 34/1 36/14
38/10 39/22 44/23
45/7 45/14 47/20 48/7
48/15 63/11 71/1 72/5
82/25 85/4 91/3 93/9
96/10 113/3 123/8
123/12 129/14 137/10
141/3 144/7 145/2
145/7 145/20 145/23
161/21 161/24 183/10
184/3 188/1 188/3
188/22 188/23 191/2
192/8 192/9 202/13
205/23 206/19 208/22
214/13 216/13 225/3
227/17 228/5 228/9
229/4 238/22
**Therefore [2]** 15/16
198/22
**Thereupon [8]** 9/4
64/2 64/6 111/2
112/21 207/7 207/20
257/15
**these [41]** 29/12

40/16 44/25 57/5
60/23 61/1 61/17 62/9
62/22 70/14 78/11
86/6 125/22 133/13
137/14 141/4 144/4
145/13 146/1 147/24
149/13 149/13 149/13
155/8 163/5 183/20
184/11 192/1 208/18
211/22 212/14 212/19
229/5 244/18 248/8
248/9 248/15 252/10
253/23 254/7 255/8
**they [132]** 6/9 7/7
8/5 11/7 12/12 17/12
18/6 18/6 18/7 18/10
18/11 35/12 36/14
42/25 43/4 44/24
45/10 47/16 48/15
52/22 60/1 61/20
62/21 73/9 74/23
77/16 81/15 82/4
82/16 82/18 83/5 83/6
83/10 83/10 84/3
84/11 85/10 88/5 88/5
92/5 92/6 92/7 93/15
93/17 105/25 107/3
107/5 107/6 107/8
108/8 108/10 108/13
109/6 109/7 109/9
109/13 113/12 118/10
123/6 123/6 123/7
123/10 125/23 125/24
126/13 126/22 126/22
127/25 130/24 131/1
132/7 133/9 133/15
133/16 134/10 138/20
143/15 147/20 149/20
149/21 151/25 153/18
154/15 157/19 157/19
157/21 164/19 164/19
168/2 169/16 172/2
176/23 176/24 182/25
187/1 187/22 197/22
214/12 215/2 216/22
225/12 225/13 227/18
227/20 227/24 236/17
240/9 241/11 242/18
242/20 243/17 248/3
248/22 248/24 249/5
249/5 249/5 249/12
249/17 249/23 250/4
250/11 250/19 250/25
250/25 250/25 251/22
254/11 254/14 255/11
255/14 255/16
**they'll [2]** 19/6
133/15
**they're [20]** 8/6 45/9
45/9 46/4 55/3 76/6
82/19 83/12 92/19
112/13 133/20 133/20

**T**

**they're... [8]** 140/14
142/25 143/2 145/14
149/17 183/22 229/3
229/5
**They've [1]** 234/5
**thing [15]** 35/10
42/24 43/3 54/10
106/12 113/3 133/19
183/23 194/16 198/4
200/21 211/8 216/18
237/17 247/4
**things [41]** 10/14
11/9 11/10 17/19 39/2
44/25 50/10 53/8 54/2
57/7 59/8 62/18 67/20
70/10 71/13 82/4
83/19 99/21 109/9
117/7 141/22 141/22
145/7 173/8 180/23
183/11 184/11 190/5
195/24 199/8 199/9
200/4 202/14 202/16
211/22 216/17 224/15
228/16 229/5 244/19
247/5
**think [62]** 5/9 5/10
5/17 19/16 31/13 32/5
33/21 39/23 40/12
44/25 56/6 59/23
61/24 63/12 63/13
68/1 68/9 69/2 73/15
74/6 83/7 88/2 94/8
94/14 95/12 95/20
99/17 100/19 106/23
109/3 109/16 113/13
120/3 126/3 138/24
145/20 161/21 163/17
167/10 172/17 178/2
178/5 183/7 184/16
185/2 185/13 187/2
187/17 192/7 195/2
199/4 199/16 201/7
201/10 204/23 221/18
225/20 228/8 228/11
229/6 241/13 256/18
**thinking [2]** 30/8
44/14
**third [4]** 73/23 94/4
100/20 170/11
**this [455]**
**Thomas [1]** 2/2
**those [51]** 22/19
36/6 41/23 52/5 53/11
53/25 54/9 57/11
58/20 59/8 59/14
59/16 66/15 69/21
70/1 74/20 79/9 85/12
88/17 117/2 118/4
122/20 124/17 131/25
134/21 139/22 147/14

148/4 149/3 152/3
152/20 165/7 168/2
169/24 171/5 171/6
171/17 176/15 183/11
190/5 190/9 190/21
200/3 219/7 223/14
223/21 224/4 234/6
234/11 240/12 247/7
**though [6]** 7/25
36/25 118/2 157/3
157/5 225/7
**thought [17]** 28/23
31/18 33/10 34/12
70/11 72/7 76/5 96/6
99/7 147/3 159/12
159/16 179/10 201/15
202/1 202/2 227/18
**thoughts [3]** 29/15
29/17 38/25
**thousands [1]** 126/9
**threatened [2]**
134/4 134/9
**three [22]** 53/8
73/21 94/20 95/14
95/16 95/20 96/11
97/10 130/1 147/1
153/21 153/22 176/13
184/20 196/20 200/9
201/6 234/11 235/5
239/21 240/17 241/11
**through [32]** 6/2
31/19 39/7 52/9 55/20
60/19 61/5 61/12
67/20 71/4 75/14
96/11 96/18 113/10
125/4 126/19 130/22
138/22 165/7 170/24
173/20 184/6 186/23
189/24 195/5 195/25
198/22 202/22 205/14
212/19 212/25 217/3
**throughout [2]** 62/3
155/21
**throw [1]** 32/2
**thrown [2]** 31/19
148/13
**Thursday [2]** 250/16
250/25
**Thursdays [1]**
250/17
**thwarted [1]** 7/19
**tie [1]** 151/19
**tied [1]** 31/17
**tiered [1]** 176/14
**till [3]** 64/3 85/11
93/23
**time [108]** 9/11
14/13 20/19 21/3 21/8
22/8 22/16 23/13
25/18 28/17 28/24
31/12 33/19 33/24
34/4 34/19 36/6 36/21

36/24 37/4 37/5 37/10
37/19 37/20 40/13
41/15 45/8 46/21
46/23 48/21 51/12
55/5 57/16 58/4 59/4
59/13 61/12 62/2
62/11 62/25 63/11
63/18 68/1 68/7 70/10
72/2 73/21 73/22
73/23 74/3 77/1 84/3
89/25 94/6 95/2 97/3
103/4 103/5 104/7
110/25 116/24 118/20
122/21 122/25 128/2
133/8 140/7 142/18
146/3 152/14 152/17
153/22 154/5 158/18
166/12 169/6 180/21
181/3 185/18 186/4
190/6 193/17 193/18
194/12 195/13 196/5
198/25 204/21 205/10
210/14 210/25 213/3
213/22 217/10 219/13
219/16 220/24 221/24
225/16 228/25 231/19
232/13 237/24 238/14
250/7 250/21 250/21
252/15
**timeframe [13]**
161/22 161/24 185/25
195/16 195/16 195/17
195/19 196/1 196/11
213/22 215/6 233/25
247/2
**timeframes [1]**
202/15
**timeliness [1]**
123/15
**times [13]** 28/10
51/23 52/1 73/21
73/25 118/16 120/2
175/16 195/15 232/14
248/16 248/22 255/25
**timing [2]** 58/3
225/15
**title [1]** 28/10
**today [19]** 5/25 6/3
65/13 99/25 100/11
100/12 135/16 181/20
182/9 182/20 202/23
221/4 226/23 227/2
230/9 230/10 241/18
247/21 256/11
**together [9]** 34/1
34/20 171/1 171/12
173/15 186/12 186/17
232/1 235/11
**token [1]** 28/6
**told [39]** 7/16 8/7
18/24 34/14 68/16
79/3 84/17 93/4 107/3

107/5 132/11 132/12
133/25 134/8 134/11
148/12 178/16 179/9
180/22 181/10 195/7
198/21 201/9 215/23
234/20 235/8 235/10
235/18 235/23 239/6
245/6 245/11 245/17
246/3 246/15 250/11
254/25 256/6 257/11
**tolerance [2]** 125/25
126/4
**tomorrow [8]** 6/2
235/22 253/12 253/15
257/7 257/8 257/9
257/13
**tone [3]** 125/1 125/4
126/4
**too [11]** 44/1 70/6
91/6 92/18 190/3
190/3 198/4 205/15
205/16 223/5 229/14
**took [12]** 11/18
25/18 32/24 41/9
46/21 71/18 102/2
159/10 197/7 202/13
209/24 245/15
**top [10]** 29/4 65/3
128/4 177/13 180/8
184/5 187/1 191/6
191/7 212/24
**topnotch [1]** 21/25
**torn [2]** 223/2
223/11
**Torres [1]** 169/25
**totally [3]** 61/6
80/25 218/11
**touch [2]** 7/4 239/7
**tourist [2]** 105/3
177/16
**tourists [2]** 71/12
104/21
**toward [2]** 95/12
126/4
**towards [4]** 109/18
110/14 125/4 225/18
**Tower [1]** 18/8
**town [1]** 132/20
**toxins [1]** 153/3
**track [2]** 13/9 248/22
**traditional [1]**
187/10
**traffic [4]** 177/11
220/3 220/11 220/12
**trained [1]** 10/17
**Trainer [4]** 178/9
178/10 178/22 178/25
**training [1]** 45/7
**transcript [11]**
13/13 13/18 144/16
144/18 158/14 158/16
160/8 162/10 162/11

162/15 164/14
**transcription [1]**
257/20
**transition [1]** 31/14
**translation [6]**
228/4 228/12 228/21
236/15 237/13 237/15
**transmits [1]** 65/11
**travel [1]** 6/1
**traveling [1]** 115/8
**treat [1]** 127/15
**treating [1]** 127/3
**tree [1]** 129/24
**trial [12]** 1/8 5/14
5/19 6/15 6/16 6/20
6/22 13/4 31/18 32/17
61/5 227/2
**tried [6]** 7/4 27/21
52/22 52/23 167/9
224/21
**triggers [1]** 205/19
**triple [2]** 186/21
187/12
**true [15]** 14/20 16/9
16/11 16/14 144/22
147/11 147/13 149/6
149/15 151/2 157/24
158/4 185/6 219/6
222/2
**truly [1]** 103/25
**trust [2]** 79/3 103/24
**truth [7]** 32/21 63/11
90/10 90/12 135/16
161/11 230/13
**try [10]** 13/14 18/7
42/5 61/5 69/21 94/11
129/24 221/15 221/16
241/24
**trying [25]** 18/7
18/11 32/2 44/21
46/23 51/1 70/4 117/5
117/7 118/22 120/3
136/6 136/7 164/15
172/18 172/20 196/3
203/25 209/16 221/2
221/14 222/22 224/8
227/19 252/9
**Tuesday [1]** 103/3
**tune [1]** 165/15
**turn [11]** 13/7
190/23 210/2 211/6
212/20 213/9 213/18
214/5 215/12 220/3
220/10
**turned [1]** 219/25
**turns [1]** 37/10
**twice [3]** 42/10 61/9
120/4
**two [27]** 17/18 31/9
43/13 63/9 71/13
78/11 83/7 115/22
120/9 129/16 129/25

**T**

**two... [16]** 149/3
157/24 183/24 188/19
201/4 201/6 217/2
219/5 219/6 232/1
235/5 239/18 240/21
248/8 248/9 251/1
**type [10]** 11/13 46/5
67/10 85/12 98/8
133/18 171/3 171/22
189/18 200/21
**types [4]** 11/7 170/8
183/21 223/21

**U**

**U.S [5]** 61/10 115/10
116/1 136/21 136/21
**ultimately [9]** 25/20
34/24 53/6 147/20
149/5 150/8 152/3
202/17 246/12
**unable [3]** 27/22
30/15 193/1
**unaware [1]** 102/11
102/15
**unbearable [1]**
61/11
**unbelievable [1]**
28/18
**uncertainty [3]**
188/1 188/3 193/6
**uncomfortable [5]**
98/19 99/11 99/22
100/4 100/7
**under [22]** 9/16
48/24 51/11 54/2 59/2
72/9 90/1 90/15 90/16
96/21 96/23 99/6
100/10 102/12 102/20
104/21 116/1 138/14
139/10 144/21 175/7
183/2
**undercover [1]**
234/18
**undergo [1]** 171/23
**undergoing [1]**
150/20
**understand [31]**
7/10 21/4 28/14 43/21
46/17 46/20 47/8 51/1
67/1 73/2 75/1 80/14
92/1 92/9 97/12 98/17
102/17 104/14 108/17
132/24 170/25 171/7
174/24 185/7 185/9
186/22 206/1 209/18
222/4 227/18 227/24
**understanding [30]**
24/7 46/15 68/20
69/25 77/12 79/15
80/12 109/12 124/4
132/22 133/12 134/13

171/3 175/1 176/10
177/8 193/15 194/21
194/23 195/7 198/7
198/10 198/13 198/15
202/5 209/22 216/9
218/10 222/25 223/11
**understands [1]**
45/16
**understood [21]**
30/5 33/16 38/18
39/25 48/7 51/5 55/5
75/5 75/9 76/17 76/25
78/19 79/25 83/16
177/11 181/17 198/3
199/4 199/10 209/23
226/21
**underway [1]**
226/22
**undue [2]** 6/23 8/14
**unduly [5]** 6/15 8/9
8/10 135/21 137/22
**unethical [4]** 98/16
98/20 99/8 99/18
**unfortunately [1]**
8/14
**uniforms [1]** 248/10
**UNITED [5]** 1/1 1/9
4/5 163/13 231/18
**University [2]**
114/20 115/1
**unless [9]** 84/3
84/20 91/11 96/16
105/15 108/10 108/13
191/19 224/3
**unlike [2]** 24/15
47/11
**unpermitted [5]**
72/16 72/19 79/21
144/2 190/18
**unprecedented [2]**
86/20 87/14
**unquote [1]** 146/22
**unsafe [10]** 160/14
199/2 210/18 211/18
212/16 215/22 216/8
216/9 217/14 217/15
**unspecified [1]**
255/14
**until [13]** 5/21 6/8
6/21 8/4 37/16 185/8
185/9 185/20 222/1
228/7 232/19 254/10
257/7
**untrue [2]** 12/15
13/24
**unusual [12]** 39/6
49/18 52/20 55/18
82/6 82/12 82/14 83/2
83/5 83/21 85/6 85/6
**up [88]** 5/22 6/17
6/19 7/5 8/8 10/2
11/10 11/20 12/4

12/12 13/7 13/18
15/22 20/12 22/17
24/1 26/10 28/3 29/24
31/9 31/17 39/6 42/25
45/1 46/4 48/3 53/24
55/11 56/6 64/10
64/12 65/16 66/4
77/14 78/3 78/15
82/18 83/22 85/20
91/5 93/13 95/15
96/16 96/16 97/5 97/8
97/13 100/18 101/1
105/13 106/17 108/6
114/19 119/7 125/10
126/9 130/25 133/7
136/12 136/15 136/19
136/22 138/23 144/17
153/3 163/6 173/17
177/19 179/15 179/19
184/6 188/9 191/6
191/7 192/10 195/22
198/6 199/10 200/20
201/19 203/25 208/20
212/3 216/1 225/20
232/12 241/24 254/7
**upcoming [1]** 50/5
**update [1]** 8/1
**updated [1]** 6/9
**updates [1]** 55/1
**upon [4]** 118/3 191/4
191/12 192/19
**ups [1]** 221/9
**upset [1]** 17/22
**urgently [1]** 234/20
**us [38]** 5/24 5/24
6/18 7/25 8/2 18/2
65/7 118/8 120/8
120/15 123/6 127/15
135/17 145/15 147/5
148/11 162/10 176/18
176/24 187/4 190/10
190/12 192/5 193/12
194/15 199/7 212/11
218/4 225/9 225/10
225/12 238/1 245/15
245/17 245/18 246/15
248/6 251/22
**use [49]** 8/6 28/9
43/23 43/24 43/25
44/21 45/5 45/15
45/22 48/2 108/7
133/18 145/15 172/19
177/10 184/1 189/15
189/23 189/24 191/15
191/17 191/19 191/20
192/12 192/16 193/7
193/20 194/1 194/3
194/8 196/12 196/18
197/11 199/10 205/5
205/11 205/15 206/9
206/16 206/19 211/25
214/15 217/21 218/3

220/22 233/24 234/3
241/10 246/12
**used [15]** 12/5 12/6
13/4 37/21 45/15
45/21 68/3 125/6
128/6 130/25 230/22
233/10 233/18 234/7
234/16
**uses [1]** 192/9
**using [6]** 11/25 12/6
145/14 212/4 240/4
241/12
**usually [4]** 83/5
83/12 83/20 156/15

**V**

**vacate [1]** 212/16
**vacation [3]** 84/20
85/11 85/18
**vacations [1]** 84/15
**vague [9]** 176/6
194/13 238/21 242/5
246/25 247/14 248/18
254/14 255/13
**Valencia [1]** 127/10
**Valentine's [4]**
123/24 124/5 124/9
143/16
**valet [27]** 230/16
230/24 231/7 231/9
231/14 231/19 233/4
233/10 233/18 235/11
238/6 238/19 239/13
241/16 241/16 244/15
246/24 247/9 247/13
248/7 249/10 252/16
253/3 255/5 255/18
255/24 256/7
**valeting [1]** 232/11
**validly [2]** 26/3
**value [1]** 177/14
**varies [1]** 39/20
**various [6]** 11/22
28/9 52/20 60/13
89/18 102/6
**vehemently [1]**
42/2
**vehicles [2]** 233/24
241/20
**verbally [1]** 125/4
**verbatim [2]** 125/11
132/18
**verified [1]** 232/21
**version [9]** 61/20
61/21 70/4 92/25
123/11 174/11 175/10
181/14 198/2
**versus [5]** 4/6 126/5
133/5 162/21 163/15
**very [55]** 6/21 39/3
40/8 41/17 42/23 43/5
45/17 50/25 59/20

59/21 60/4 71/18
94/18 99/5 103/25
104/18 110/19 117/18
118/15 124/9 128/15
133/18 133/21 136/18
136/22 138/2 141/10
141/13 144/5 165/19
167/9 167/20 174/7
176/22 177/5 177/12
177/16 178/15 183/4
183/4 184/21 185/1
189/6 192/24 198/2
200/23 200/25 201/1
205/14 205/20 215/11
223/5 225/9 227/1
232/2
**via [1]** 5/20
**vibrancy [1]** 40/1
**Victoria [5]** 48/22
69/11 130/4 130/16
250/6
**video [18]** 12/20
12/21 13/6 144/13
144/19 166/11 166/14
227/18 227/21 227/22
227/25 228/3 228/22
228/24 236/4 236/9
236/15 237/3
**Viernes [2]** 17/2
17/10
**view [7]** 71/21 87/4
87/17 90/21 110/2
125/3 128/5
**viewed [1]** 210/21
**views [1]** 97/19
**Village [1]** 218/23
**violate [1]** 163/3
**violating [1]** 234/21
**violation [6]** 44/11
125/23 145/2 209/12
209/20 217/15
**violations [15]** 55/1
110/3 110/4 110/15
110/16 110/18 121/7
152/15 152/20 153/6
153/15 199/2 208/14
223/12 224/18
**virtually [1]** 225/5
**virtue [1]** 75/13
**visible [2]** 176/22
177/12
**vision [1]** 198/4
**visionary [1]** 40/3
**visit [2]** 32/6 176/24
**visited [2]** 213/16
248/22
**visitor [1]** 176/19
**visual [2]** 206/20
223/6
**vocal [2]** 136/18
136/22
**vociferously [1]**

**V**

**vociferously... [1]**
6/22
**vodka [2]** 170/10
183/8
**voice [9]** 151/16
151/23 151/25 157/22
228/6 228/19 228/19
236/9 236/11
**voiced [1]** 150/23
**volition [1]** 194/2
**Volkswagen [1]**
156/1
**volume [1]** 13/7
**voluminous [1]**
60/15
**voluntarily [1]** 21/19
**vote [14]** 25/1 25/16
50/23 51/2 109/13
109/13 123/5 130/24
136/17 137/8 149/6
152/7 219/23 220/13
**voted [8]** 24/16 30/4
53/6 128/10 129/3
150/8 150/13 219/23
**voter [6]** 23/4 23/9
76/3 77/1 77/7 109/11
**voters [1]** 23/1
**votes [8]** 22/25
52/22 53/8 53/11
130/22 131/2 142/24
143/1
**voting [11]** 75/19
75/23 76/3 76/6 76/9
76/13 76/17 76/21
123/4 143/2 167/14

**W**

**W-A-R-G-E-R [1]**
229/20
**wait [10]** 41/3 66/6
85/10 87/6 93/23
100/23 161/16 206/23
225/22 241/19
**waiting [1]** 94/4
**walk [3]** 77/14 77/14
81/24
**wall [1]** 183/17
**want [46]** 7/6 8/5
8/25 10/3 10/18 11/19
12/19 15/3 21/19
21/22 29/3 36/23
43/24 45/16 46/16
55/10 56/5 83/3 83/18
83/19 86/6 90/18
92/10 92/22 99/12
100/16 105/13 109/13
123/6 123/7 129/15
129/22 135/14 142/3
163/2 163/5 188/4
197/3 214/17 221/1
224/21 225/3 225/10

225/12 244/4 251/10
**wanted [23]** 7/15
10/15 10/23 11/1 39/3
52/15 68/13 71/9 72/8
94/1 107/10 112/10
129/22 156/10 176/22
186/24 187/1 205/3
205/11 212/2 223/22
228/14 256/7
**wanting [1]** 8/6
**wants [9]** 15/13 60/1
91/8 91/13 91/16
91/20 93/14 107/22
129/8
**Warger [1]** 229/19
**warrant [5]** 105/6
105/9 105/15 106/5
106/10
**was [648]**
**washing [1]** 134/20
**wasn't [37]** 6/8 10/9
10/12 21/12 21/23
22/9 27/7 34/12 34/17
40/11 70/25 72/7 74/4
75/23 80/25 82/1 99/9
99/15 117/9 148/23
149/1 149/10 149/25
162/9 166/2 185/8
186/3 189/7 190/15
196/13 200/9 216/16
218/5 218/6 220/12
223/3 229/6
**watch [4]** 18/7 18/11
18/12 257/10
**water [3]** 178/4
183/11 184/14
**waterfront [1]** 116/5
**watersports [1]**
115/9
**way [55]** 16/7 22/17
27/5 27/21 28/9 31/3
31/7 31/11 34/3 35/16
35/24 36/24 38/18
42/5 49/15 50/3 51/11
51/16 53/17 58/7 59/1
62/21 67/18 69/20
72/2 74/20 81/20
83/13 83/25 84/17
90/15 90/21 95/22
95/22 96/7 113/19
120/25 124/20 124/23
127/14 127/16 127/23
145/7 145/12 180/20
194/6 202/22 205/9
206/4 223/5 225/11
226/18 241/13 241/14
245/13
**we [327]**
**we'd [9]** 6/2 6/3
35/13 70/8 113/15
121/2 172/1 183/23
228/8

**we'll [16]** 26/18 30/2
40/14 42/19 63/24
66/6 71/4 94/2 97/9
110/25 201/23 206/24
207/1 208/6 257/7
257/12
**we're [48]** 9/1 9/9
31/10 43/14 58/17
61/12 61/23 62/2 62/4
62/12 94/15 110/21
116/10 116/15 117/6
117/16 117/20 117/25
118/1 118/12 118/13
118/14 118/16 123/3
123/5 134/11 141/17
143/21 145/13 148/12
151/24 174/5 176/20
187/7 188/14 194/13
198/10 203/24 206/23
212/22 214/8 220/22
228/12 232/7 233/20
250/19 256/23 257/7
**we've [9]** 12/5 39/13
52/16 56/8 179/16
224/15 224/17 237/15
238/22
**weakest [1]** 257/1
**wear [1]** 64/25
**wearing [1]** 243/10
**Weaver [1]** 162/14
**website [1]** 123/10
**Webster [1]** 11/21
**WEDNESDAY [3]** 4/1
111/4 139/12
**week [11]** 5/16 5/17
5/17 29/12 36/12
36/18 37/9 186/14
186/16 220/25 248/9
**weekend [5]** 10/23
14/4 14/7 14/19 242/3
**weeks [1]** 248/9
**welcome [3]** 31/1
112/22 117/6
**welfare [1]** 150/24
**well [75]** 4/9 8/4 8/5
8/13 8/14 9/7 10/8
10/25 11/25 16/10
18/3 20/24 22/2 23/13
27/20 28/23 30/7 33/6
33/13 34/1 35/6 44/1
56/20 59/21 61/10
80/9 82/10 83/5 95/15
96/3 98/22 105/14
105/18 105/25 110/9
117/11 120/9 126/8
131/2 132/21 138/13
144/20 148/4 148/10
148/13 155/15 169/25
170/20 176/12 178/8
180/16 184/19 187/7
188/21 190/6 191/2
193/9 193/10 196/16

196/23 199/4 199/23
202/13 208/16 212/2
215/11 220/22 222/24
224/15 225/3 230/11
230/22 234/14 242/25
243/1
**went [29]** 8/11
12/12 35/13 62/2
67/12 73/21 73/21
73/22 78/20 114/18
114/19 114/20 115/1
115/9 124/23 134/2
135/24 136/23 137/13
140/18 146/14 182/1
182/4 185/18 210/21
217/8 219/15 245/5
250/9
**were [247]** 5/15
8/13 10/1 10/15 10/19
11/7 11/8 18/6 18/6
19/2 21/5 21/8 21/16
22/16 22/24 30/24
31/14 31/17 33/6 35/5
35/16 35/24 37/20
37/20 37/21 40/12
45/8 45/13 48/21
50/18 52/1 52/21
52/25 52/25 53/3 54/8
54/8 54/21 54/22
54/25 55/10 55/15
57/14 57/18 57/20
57/24 58/10 59/1
59/10 61/18 63/3
63/12 71/5 71/5 71/6
73/9 73/15 74/8 74/14
76/9 76/13 77/24 78/1
78/2 78/11 80/9 81/4
81/15 84/4 85/17
85/20 85/21 87/24
87/24 88/5 88/12
88/22 89/19 90/4 93/3
95/15 95/18 97/25
98/14 98/19 99/5 99/6
99/11 99/11 99/17
100/2 100/3 100/14
101/11 102/7 105/23
107/6 107/8 107/10
109/11 109/16 115/19
116/4 117/2 117/10
118/22 119/4 122/19
123/17 125/6 125/18
125/23 126/12 127/1
131/22 131/25 132/7
132/16 133/9 133/10
133/17 134/10 135/11
141/10 141/13 142/6
142/7 142/18 143/16
144/8 146/25 147/1
147/25 147/25 148/1
148/1 148/5 148/8
148/8 148/14 148/14
149/5 151/6 151/7

152/15 157/22 158/25
159/3 159/6 159/13
163/15 163/18 167/22
168/2 168/2 168/3
169/24 173/3 173/14
176/25 177/4 177/13
178/6 183/4 183/21
184/18 185/19 189/3
189/7 190/11 190/15
190/17 192/9 193/5
194/7 194/14 194/19
194/19 196/19 197/22
199/5 200/20 201/8
201/10 202/7 202/17
205/24 206/8 208/7
208/13 208/18 209/15
209/16 209/20 209/20
210/17 210/19 211/15
211/20 211/23 211/25
212/4 212/17 214/9
214/15 214/18 214/19
215/2 216/2 216/6
216/17 217/8 217/10
217/21 219/6 220/1
220/5 220/7 221/14
221/21 222/22 225/6
225/8 225/9 225/13
226/9 228/16 229/5
232/20 232/20 234/15
235/17 239/21 239/22
240/4 241/12 242/3
242/10 243/7 245/7
245/13 248/16 249/5
249/12 249/24 250/16
254/7
**weren't [7]** 23/13
88/23 126/13 152/14
152/17 157/21 203/18
**West [1]** 120/17
**what [248]** 4/24
7/11 8/14 8/18 8/19
10/6 10/12 11/7 12/11
12/15 13/1 13/11 17/6
17/18 18/18 18/22
18/23 19/11 19/18
19/20 23/2 24/4 28/4
28/13 30/10 30/23
31/16 33/21 36/20
36/22 38/20 40/20
42/3 42/15 42/15
42/20 43/8 43/11
43/14 43/21 44/1 44/7
44/13 44/15 44/18
44/19 44/22 45/4 45/5
45/10 45/19 45/23
46/1 46/5 46/7 46/9
47/24 50/9 52/23 56/5
57/23 59/25 61/11
61/11 61/20 61/23
61/24 62/2 62/5 62/12
62/21 67/6 67/14
67/16 68/18 70/4

**W**

**what... [172]** 72/12
75/5 75/10 76/17
77/16 78/19 78/24
79/3 79/15 81/14
82/16 83/5 83/18 88/1
88/10 88/11 90/3
92/25 93/1 93/2 93/7
93/16 95/18 96/20
97/7 97/11 101/8
101/11 102/1 103/15
105/6 105/9 108/5
109/14 114/23 117/13
117/16 118/5 118/8
118/17 118/22 119/11
120/15 120/19 123/1
123/3 123/5 123/18
124/4 125/1 126/12
126/15 131/25 132/6
132/24 133/12 136/7
139/13 144/11 144/12
144/14 145/2 145/3
148/9 151/13 153/13
155/4 155/8 155/9
155/10 157/5 159/13
159/18 159/21 160/6
160/9 160/11 160/21
161/22 162/16 164/3
164/6 164/8 164/12
164/17 166/5 167/10
167/21 169/4 170/8
171/3 171/17 171/22
173/3 174/4 174/9
174/9 174/14 175/14
176/3 176/9 176/23
176/25 177/8 178/13
178/16 179/3 179/10
181/6 181/17 182/23
183/17 186/15 186/22
194/2 194/7 195/7
197/25 199/10 201/7
201/13 201/15 201/18
201/20 202/3 203/16
205/19 206/13 207/11
208/10 208/12 212/14
213/3 214/13 216/17
222/4 222/20 222/21
223/10 224/23 225/1
226/2 226/4 226/9
226/20 227/25 230/12
231/14 232/25 234/6
235/6 236/22 236/23
237/4 237/6 237/11
237/14 237/15 238/14
239/4 239/12 239/12
239/21 241/1 241/4
241/10 243/10 249/22
249/24 250/15 256/6
256/23

**what's [30]** 11/23
14/22 17/2 19/8 51/24

59/19 74/17 80/4 87/6
91/5 107/13 107/13
110/6 115/13 123/13
133/23 137/19 139/5
153/9 157/20 160/19
161/16 165/6 169/8
175/22 218/15 228/11
228/15 247/23 251/24
**whatever [14]** 15/13
55/3 60/21 75/6 76/25
77/21 79/5 102/16
145/1 153/18 156/10
184/1 187/16 193/20
**when [129]** 5/21 6/7
6/9 6/14 9/25 10/13
12/18 18/18 19/2 20/5
22/6 22/23 24/21 25/7
25/10 27/15 31/20
33/14 33/24 34/14
36/13 38/18 40/4
40/19 40/19 41/16
41/19 41/23 44/16
45/13 47/11 47/24
50/17 51/2 51/6 52/1
54/8 54/20 54/21
54/25 55/19 58/3
62/25 67/8 68/6 69/20
69/24 74/8 76/6 76/18
76/22 79/19 79/20
79/25 82/25 83/12
84/17 84/21 85/9
88/13 88/13 89/14
99/5 99/11 108/5
109/20 115/13 115/16
115/23 119/4 122/20
123/8 126/8 133/6
133/18 133/21 134/11
142/6 142/24 143/1
143/5 143/5 146/25
148/11 149/20 151/6
152/19 153/5 154/19
156/19 159/13 167/13
170/6 172/10 177/10
178/1 180/14 183/14
186/17 190/25 193/5
195/21 196/14 197/13
198/25 202/11 213/16
217/8 221/14 221/24
222/22 224/19 228/16
228/24 230/22 230/23
231/6 231/8 232/8
235/4 239/4 241/13
243/10 244/2 246/1
249/5 250/9 250/14
255/22
**where [76]** 6/13
6/20 8/7 10/9 10/11
12/20 18/8 32/7 32/18
35/12 36/3 38/7 51/18
56/22 61/7 76/22
80/23 82/17 86/20
92/7 97/19 98/18

101/18 108/9 114/19
114/21 121/1 122/9
128/2 128/24 129/8
145/20 147/8 149/15
153/11 154/7 162/15
168/23 169/13 171/7
172/4 172/5 176/19
178/3 179/5 180/21
182/20 185/18 187/21
188/11 189/3 189/25
191/3 191/8 191/12
192/9 193/18 200/19
201/9 201/9 202/13
205/10 206/9 206/15
207/23 212/24 214/9
214/11 218/18 221/21
223/13 228/2 230/15
237/25 252/15 252/16
**whereabout [1]**
168/25
**whether [36]** 15/17
16/10 16/12 16/14
43/2 44/11 46/4 72/14
72/15 73/6 75/2 75/14
81/15 90/8 101/20
101/20 104/24 128/5
133/17 145/17 146/10
152/14 153/15 165/1
188/3 190/7 190/9
192/17 192/23 193/6
199/20 208/13 216/11
217/22 217/22 228/18
**which [95]** 5/16 5/19
6/12 10/1 11/2 15/24
17/9 17/9 18/9 26/23
35/20 42/19 46/23
48/8 57/15 63/4 76/19
86/14 91/19 107/20
108/6 116/4 116/4
116/5 117/6 117/17
117/21 118/12 120/9
127/8 129/15 129/18
129/19 130/1 132/4
132/8 133/14 136/17
136/19 137/15 144/1
147/5 147/6 147/7
147/18 148/5 150/10
162/6 162/7 163/5
177/2 177/3 177/3
177/5 177/6 179/16
183/1 184/21 184/25
185/13 186/13 188/25
188/25 190/14 192/2
192/24 193/1 193/10
195/8 196/8 197/3
197/19 204/10 207/5
211/9 211/19 216/25
220/3 220/9 220/10
233/20 233/24 234/3
236/15 237/25 238/25
239/2 245/2 247/14
247/16 247/20 247/23

252/23 252/25 256/13
**while [14]** 22/23
27/25 30/2 32/24 47/1
98/14 99/13 110/23
159/10 203/24 207/4
224/8 225/5 227/19
**whim [1]** 176/20
**whiskey [1]** 170/11
**white [1]** 134/20
**who [72]** 7/8 8/6
8/13 11/14 16/8 18/16
23/10 29/8 29/13
29/19 34/3 48/12 53/3
59/13 59/25 65/7
74/14 80/24 83/3
86/10 87/25 90/22
91/15 92/6 92/18
92/25 93/2 117/20
122/12 123/9 125/12
125/12 125/18 139/6
139/9 146/17 147/14
148/11 148/23 148/25
149/5 149/8 151/7
151/20 152/4 153/15
162/19 164/16 164/23
165/2 165/5 165/8
167/18 167/21 168/2
169/24 170/6 178/10
179/12 180/12 180/24
194/19 200/19 225/4
234/16 235/23 242/9
248/24 249/5 251/9
254/14 255/16
**who's [9]** 4/20 4/20
4/25 5/3 32/10 45/6
55/23 109/12 145/23
**whoever [1]** 219/7
**whole [9]** 24/6 24/7
39/9 48/24 84/7 85/5
87/21 163/11 220/15
**wholehearted [2]**
10/5 10/7
**wholesale [2]**
115/10 176/15
**whom [1]** 169/2
**whosever [1]** 119/19
**why [35]** 17/22
29/10 31/15 32/17
44/18 45/23 68/4 78/3
79/24 80/25 83/21
89/23 93/5 99/11
115/25 124/4 132/7
132/22 132/24 134/11
150/17 151/24 154/2
154/3 157/1 181/20
226/25 235/7 235/10
235/10 246/2 246/3
252/9 253/25 254/7
**wide [1]** 166/18
**wife [9]** 32/8 32/8
32/10 91/7 158/12
169/3 170/7 219/7

221/15
**wife's [1]** 169/15
**will [31]** 8/16 8/17
31/20 36/16 36/24
43/23 45/22 51/1
61/14 64/16 78/15
82/17 83/12 90/1
90/19 93/1 110/21
112/9 112/16 112/19
113/8 117/25 124/16
154/25 163/3 188/4
207/14 209/1 209/7
257/8 257/8
**WILLIAM [3]** 1/4 7/7
169/25
**Williams [1]** 163/8
**window [1]** 126/11
**windows [3]** 212/24
212/25 214/18
**wine [1]** 133/15
**winner [2]** 23/5 26/2
**wire [1]** 213/13
**wished [2]** 191/19
205/5
**withdraw [1]** 19/12
**withheld [1]** 192/22
**within [29]** 66/14
67/6 79/25 81/1 83/1
84/15 87/17 105/14
106/5 106/9 107/10
116/18 116/20 117/23
118/11 118/20 128/12
139/21 140/4 140/9
145/16 156/12 161/24
190/18 204/4 204/12
204/17 211/20 224/22
**without [17]** 8/12
66/15 80/18 87/3
87/16 92/10 102/5
106/5 107/4 108/21
135/21 139/22 140/11
193/23 209/14 214/22
239/12
**witness [56]** 4/20
4/21 4/25 5/10 6/9
6/21 7/7 7/7 7/12 8/6
8/13 12/1 12/24 15/3
15/14 15/17 15/20
15/23 15/24 19/11
26/17 41/5 45/19
59/24 62/15 80/5 89/8
89/16 89/25 90/2
90/12 90/13 90/15
104/10 107/11 107/21
112/24 113/2 113/24
135/20 168/6 168/10
168/13 173/19 182/13
207/23 216/11 227/8
227/11 227/19 229/23
236/3 242/14 242/17
247/18 253/8
**witnesses [7]** 3/2

**W**

witnesses... [6] 5/13
6/10 6/13 12/6 60/11
61/6
Wittenberg [1]
170/1
women [1] 235/5
won [1] 25/7
won't [2] 91/1 93/1
wondering [1]
224/13
word [9] 11/9 12/5
12/6 12/7 46/16 96/12
177/10 196/8 196/18
words [13] 33/12
43/23 44/13 46/8
125/6 132/18 134/21
143/16 153/20 181/13
191/18 193/23 201/10
work [47] 11/13
13/14 21/22 26/18
29/12 35/13 36/7
36/18 37/2 37/7 37/22
37/22 47/7 54/23
58/18 67/18 88/5 88/9
103/25 118/22 118/24
144/2 145/4 147/14
152/10 171/5 191/25
197/5 197/6 197/14
198/5 198/5 209/14
213/5 214/19 214/22
215/2 215/14 225/8
230/15 230/16 230/22
234/16 236/1 250/17
252/9 252/23
worked [11] 27/15
34/1 37/16 38/2 49/9
51/5 95/2 95/23
103/14 139/10 191/24
working [23] 7/1
22/17 28/24 35/20
35/22 36/16 38/1
38/14 68/5 98/14
102/20 103/13 104/8
143/10 147/9 159/3
195/23 196/2 230/23
231/1 231/22 242/9
250/16
works [4] 47/8 83/13
90/3 129/6
world [1] 115/8
worlds [1] 229/4
would [147] 4/9 5/7
5/11 6/4 6/22 6/23
12/12 13/22 14/9
15/22 17/18 17/22
18/3 18/5 18/5 22/5
25/8 28/5 28/18 28/22
28/23 29/5 29/13
30/21 31/1 31/18 34/7
34/8 36/21 38/22

38/22 41/18 50/3
51/20 51/23 52/2 52/5
55/4 57/22 63/4 69/5
69/21 72/17 73/10
90/15 92/11 96/15
96/15 97/1 99/16
101/18 102/19 106/5
112/17 118/20 118/23
126/20 129/24 130/1
130/15 131/4 132/24
135/9 135/17 138/23
143/11 144/13 144/14
144/22 145/16 146/1
146/17 148/5 148/6
151/3 151/8 151/15
153/13 153/20 156/3
156/15 156/16 156/19
158/14 160/8 161/19
168/9 171/22 175/7
176/10 177/9 181/17
183/7 183/20 183/23
183/25 184/1 185/1
187/16 187/20 190/7
190/11 191/18 191/20
192/1 192/3 192/7
194/7 195/18 196/12
197/19 199/7 200/6
201/2 205/15 206/9
206/9 206/14 206/16
206/20 209/18 209/18
210/22 211/3 211/24
218/12 220/9 220/14
223/5 223/20 223/21
223/24 223/24 224/5
227/7 227/19 228/8
228/11 228/13 236/14
236/17 241/17 243/13
243/16 245/11 249/24
257/3
wouldn't [5] 106/3
206/18 223/25 224/3
235/13
wow [1] 33/7
write [1] 117/20
writing [1] 117/25
written [9] 30/14
35/10 48/1 66/9
107/15 139/17 180/12
192/19 225/4
wrong [7] 98/25
105/24 134/17 141/3
179/11 182/4 201/16
wrongdoing [1]
166/19
wrote [14] 10/25
12/16 16/8 29/6 29/8
29/19 30/10 31/16
95/14 95/21 97/9
180/14 192/24 226/2
Wynwood [1]
170/18

**Y**

yeah [51] 13/23
17/17 17/17 22/5 28/5
29/19 29/21 31/13
67/19 84/9 87/18
100/6 119/13 126/16
128/21 148/3 148/12
162/12 166/5 175/17
178/15 181/9 181/14
185/6 185/25 185/25
187/4 187/25 189/17
191/14 193/22 194/5
196/16 196/16 197/1
197/12 197/20 198/13
199/19 200/8 200/8
200/15 202/10 203/11
204/25 218/21 219/11
219/18 226/8 226/15
226/25
year [25] 8/3 58/8
58/11 58/18 85/5
85/10 103/15 103/17
115/2 115/24 120/22
146/7 157/7 177/12
183/3 187/15 187/15
187/15 187/16 187/16
187/18 187/18 195/25
231/14 233/5
Year's [2] 199/24
200/5
years [26] 20/23
22/14 35/21 59/22
61/8 62/1 115/22
120/4 128/1 175/15
175/15 175/16 187/19
187/20 187/22 187/23
188/5 188/5 223/1
224/18 226/4 226/7
226/11 230/14 231/18
251/1
Yep [1] 26/22
yes [459]
yesterday [8] 5/21
9/10 9/25 11/10 42/22
62/15 92/2 181/25
yet [8] 26/13 159/12
173/18 193/13 194/4
194/10 202/4 233/20
yo [3] 115/7 115/7
115/7
yo-yo [1] 115/7
yo-yos [1] 115/7
yos [1] 115/7
you [1243]
you were [89] 8/13
10/15 19/2 21/5 22/24
31/17 35/5 35/16
35/24 37/20 37/20
37/21 45/8 48/21
50/18 54/8 54/8 54/21
54/22 54/25 55/15

57/20 57/24 63/3 71/5
71/6 73/15 74/8 77/24
78/1 78/2 78/11 80/9
81/4 85/20 85/21
87/24 88/13 88/22
95/18 97/25 98/14
98/19 99/5 99/6 99/11
99/17 100/2 100/3
100/14 101/11 109/11
109/16 141/10 141/13
142/7 146/25 147/1
149/5 151/6 151/7
159/3 159/6 159/13
184/18 189/3 193/5
194/19 196/19 201/8
202/17 206/8 209/16
211/23 212/4 214/9
214/19 216/2 216/6
217/21 219/6 220/1
221/14 221/21 222/22
226/9 240/4 242/3
243/7
you'd [10] 31/1
106/9 138/14 154/10
154/19 155/5 155/9
155/11 155/17 155/25
you'll [3] 87/9 104/1
188/21
you're [100] 6/14
6/16 9/16 12/6 12/8
18/15 22/23 24/1
24/13 24/21 25/11
27/11 28/24 29/20
30/8 30/23 33/21
35/23 36/1 36/2 36/7
36/8 36/16 36/18 37/1
37/1 39/23 40/8 42/3
42/23 43/3 43/5 47/7
47/20 56/9 56/20
57/23 66/2 68/5 69/15
74/13 76/1 81/20 85/8
85/9 87/2 88/9 93/16
93/17 98/7 99/21
102/6 102/11 103/9
105/12 108/5 108/9
108/12 117/23 129/21
132/24 135/16 141/4
145/21 146/25 151/25
153/23 153/24 159/21
162/16 164/10 180/24
181/2 184/8 184/8
184/9 184/10 184/10
184/11 184/16 186/5
186/9 187/5 187/5
190/1 193/7 196/2
196/14 198/16 198/25
205/2 205/10 218/21
218/25 219/1 220/25
224/23 226/23 238/25
253/23
you've [16] 28/14
41/15 41/15 56/12

69/12 100/9 100/16
143/17 155/22 156/7
160/4 177/24 197/21
220/21 222/11 232/11
young [2] 22/14
22/16
your [341]
yours [1] 190/24
yourself [8] 48/4
150/11 150/13 190/22
200/23 203/8 219/7
235/2
yourselves [2] 63/24
110/24

**Z**

Zahas [2] 218/14
218/16
zero [4] 59/23
125/25 126/4 224/18
zoned [1] 218/20
zoning [40] 173/8
189/14 189/21 190/2
190/5 190/18 191/14
191/19 194/21 195/1
195/4 195/9 195/11
195/14 196/3 196/11
198/9 198/11 198/12
198/13 198/17 198/20
203/1 204/1 204/7
204/15 205/14 206/18
208/13 209/19 214/11
217/24 217/25 218/8
218/11 219/15 220/14
221/14 223/18 224/8
Zoom [3] 112/12
112/17 112/18