```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                  (FORT LAUDERDALE)
                    CASE NO.  18-CV-24190
 3


 4    WILLIAM FULLER and
      MARTIN PINILLA, II,
 5         Plaintiffs,                    Fort Lauderdale, Florida
      vs.                                 April 20, 2023
 6
      JOE CAROLLO,
 7         Defendant.
      -------------------------------------------------------
 8                        Trial Day 5
                  BEFORE THE HONORABLE RODNEY SMITH
 9                  UNITED STATES DISTRICT JUDGE

10    APPEARANCES:
      FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                         Jeffrey W. Gutchess, Esq.,
                           Courtney Anne Caprio, Esq.,
12                         Joanna Niworowski, Esq.
                           Amanda Suarez, Esq.
13                         2121 NW 2nd Avenue, Suite 201
                           Miami, Florida  33127
14

15    FOR THE DEFENDANT:  KRINZMAN, HUSS,
                          LUBETSKY, FELDMAN & HOTTE, by:
16                        Mason A. Pertnoy, Esq.,
                          169 E. Flagler Street, Suite 500
17                        Miami, Florida  33131

18                        KUEHNE DAVIS LAW, by:
                          Benedict P. Kuehne, Esq.
19                        100 S.E. 2nd Street, Suite 3105
                          Miami, Florida  33131
20
                          SHUTTS & BOWEN, by:
21                        Marc D. Sarnoff, Esq.
                          200 S. Biscayne Blvd., Suite 4100
22                        Miami, Florida  33131

23


24


25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                           Thomas E. Scott, Esq.
 3                         Amber C. Dawson, Esq.
                           9150 South Dadeland Blvd., Suite 1400
 4                         Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PLAINTIFFS' WITNESSES:**

|                | DIRECT | CROSS | REDIRECT | RECROSS |
|----------------|--------|-------|----------|---------|
| ALAIN GARCIA   | 5      | 6     | 52       | 62      |
| STEVEN MIRO    | 71     |       |          |         |

**PLAINTIFFS' EXHIBITS**

| | RECEIVED |
|-----|-----|
| 6   | 79  |
| 208 | 83  |
| 304 | 85  |
| 9   | 88  |
| 10  | 91  |
| 16  | 92  |
| 18  | 109 |
| 39  | 118 |

**DEFENDANT'S EXHIBITS**

| | RECEIVED |
|-----|-----|
| 421 | 12 |
| 275 | 27 |
| 270 | 27 |
| 271, 272, 274, 276, 278, 427 | 28 |
| 641 | 29 |
| 25  | 31 |
| 408 | 41 |

1          **THURSDAY MORNING SESSION, APRIL 20, 2023**

2                    P-R-O-C-E-E-D-I-N-G-S

3                           - - -

4            (Call to the Order of the Court.)

5            THE COURTROOM DEPUTY:  Calling case number 18-24190,

6    United States of America versus Joe Carollo.  Counsel, please

7    state your name for the record starting with the plaintiff?

8            MS. SUAREZ:  Good morning, Your Honor.  Amanda

9    Suarez, Jeff Gutchess and Courtney Caprio on behalf of the

10   plaintiffs.

11           THE COURT:  Good morning.

12           MR. PERTNOY:  Good morning, Your Honor.  Mason

13   Pertnoy, Leah Garner, Ben Kuehne, Amber Dawson and Marc Sarnoff

14   on behalf of Commissioner Joe Carollo.

15           THE COURT:  Good morning.  You can be seated,

16   everyone.  We can have the witness take the stand so once the

17   jurors come out here, we're ready to proceed.  Okay?

18           We can bring the jurors, please, sir.

19           THE COURT SECURITY OFFICER:  Yes, Your Honor.

20       (Thereupon, the jury entered the courtroom.)

21           THE COURT:  You may be seated.  Good morning, ladies

22   and gentlemen of the jury.  How's everyone?

23           ALL JURORS:  Good morning.

24           THE COURT:  Good.  We're ready to proceed.  You may

25   continue, counsel.

 1              MS. SUAREZ:  Thank you, Your Honor.

 2                        - - - - -

 3         **CONTINUED DIRECT EXAMINATION OF ALAIN GARCIA**

 4    **BY MS. SUAREZ:**

 5    Q.   Good morning, Mr. Garcia.

 6    A.   Good morning.

 7    Q.   Do you have a good working relationships with other valet

 8    operators on 8th Street?

 9    A.   Yes.

10    Q.   And are you aware of Commissioner Carollo making any

11    exceptions for other valet operators on 8th Street?

12              MR. PERTNOY:  Object to form.  Calls for speculation.

13              THE COURT:  Overruled.

14              THE WITNESS:  Yes.

15    **BY MS. SUAREZ:**

16    Q.   What was that exception?

17    A.   Permit for a ramp was given violating all ordinances of

18    the street.  By ramp, I mean street space to the El Santo

19    nightclub.  The ordinance says that there may not be two

20    companies operating at less than a hundred meter difference in

21    the same distance, in the same place.

22         I considered that something that affects my business.

23    That was the objective.  To benefit one and to negatively --

24              MR. PERTNOY:  Objection, Your Honor.  Move to strike.

25    Beyond the scope of the question.

```
 1              THE COURT:  Sustained.
 2   BY MS. SUAREZ:
 3   Q.   And who owns El Santo?
 4   A.   From what I understand or from what I have heard, it's --
 5              MR. PERTNOY:  Objection, Your Honor.  Speculation.
 6              THE COURT:  Sustained.
 7   BY MS. SUAREZ:
 8   Q.   Is El Santo associated in any way with Mr. Bill Fuller or
 9   Mr. Martin Pinilla?
10              MR. PERTNOY:  Objection.  Calls for speculation.
11              THE COURT:  Overruled.  If he knows.
12              THE WITNESS:  No.
13              MS. SUAREZ:  I have no further questions, Judge.
14              THE COURT:  Cross-examination.
15                        -  -  -  -  -
16           CROSS EXAMINATION OF ALAIN GARCIA
17   BY MR. PERTNOY:
18   Q.   Buenos Dias, Mr. Garcia.
19   A.   Good morning.
20   Q.   Mr. Garcia, your testimony that you've given here is a bit
21   confusing, so we're going to try to make a little bit of sense
22   out of that starting with --
23              MS. SUAREZ:  Objection, Judge.
24              THE COURT:  Sustained.
25
```

**BY MR. PERTNOY:**

Q.   First off, I believe you testified that you've been in
valet parking for 17 years, correct?

A.   16.

Q.   Thank you for clarifying that.  With respect to your
testimony, I believe you testified that in the pertinent
timeframe that we were talking about was February of 2018, and
some of the months right after February, 2018, is that correct?

A.   Yes.

Q.   And in February of 2018, I believe you testified that
you were doing valet parking through a company called
S.H. Valet, is that correct?

A.   Yes.

Q.   And I think you also testified that you were a partner of
S.H. Valet, correct?

A.   Yes.

Q.   And a lot of your testimony was about your feelings that
the law was being unfair to you, is that fair to say?

A.   Yes.

Q.   Now you would agree with me that you have to follow the
rules and the laws for parking and valet services in the City
of Miami, correct?

A.   Yes, sir.

Q.   You're not above the rules when it comes to following the
procedures for valet parking in the City of Miami, correct?

1   A.   No.

2   Q.   And Mr. Fuller and Mr. Pinilla didn't tell you to not

3   follow the rules with respect to valet parking, correct?

4   A.   No.

5   Q.   So if S.H. Valet didn't follow the rules, that would be

6   your responsibility, correct?

7   A.   How did it not follow the rules?  All my permits were

8   approved.

9        MR. PERTNOY:  Move to strike.  Non-responsive.

10       THE COURT:  Overruled.

11  **BY MR. PERTNOY:**

12  Q.   So, let's talk a little bit about the rules.  You're

13  familiar that the rules for valet parking are contained in the

14  Miami Code of Ordinances, correct?

15  A.   Yes.

16  Q.   And, in fact, the rules for valet parking are contained in

17  Section 35 Article 9 of the Miami Code of Ordinances, is that

18  your understanding?

19  A.   Yes.

20  Q.   I'd like to put on the screen and show to the witness

21  Section 35 Article 9 of the valet parking.

22       MR. PERTNOY:  Any objection with publication?

23       MS. SUAREZ:  No objection.

24       MR. PERTNOY:  May I publish, Your Honor?

25       THE COURT:  Yes, sir.

1    **BY MR. PERTNOY:**

2    Q.   So this -- this is the valet parking rules from the Miami

3    Code of Ordinances.  Have you seen this document before?  Have

4    you reviewed these ordinances before?

5    A.   Yes.

6    Q.   And you will see in the very beginning when we're

7    talking -- where the ordinances talk about the purpose, the

8    purpose of these ordinances is to make sure that the valet

9    operators are following these rules to avoid reducing the

10   disruption, minimizing hazards and promoting safety.

11   Do you see that, sir?

12           THE INTERPRETER:  This is the interpreter.  Counsel,

13   may I have the number you read?

14           MR. PERTNOY:  I'm looking at Section A, 1, 2 and 3.

15           THE INTERPRETER:  Thank you.

16           THE WITNESS:  Yes.

17   **BY MR. PERTNOY:**

18   Q.   And in Section B there, it says no person, establishment

19   or entity shall conduct valet parking service on the public

20   right-of-way as herein defined without first obtaining a

21   permit.  Do you see that, sir?

22   A.   Yes.

23   Q.   So you understand under the Code of Ordinances, you have

24   to have a permit for parking cars in the -- doing valet

25   operations for the City of Miami, correct?

1   A.    Yes.

2   Q.    And if you now turn to the next page, 35-303, defined as

3   boundaries.  And you are familiar that under the Code of

4   Ordinances, that valet parking services shall only be permitted

5   in certain zones of the city such as commercial zones and not

6   residential zones.  You understand that, correct?

7   A.    Yes.

8   Q.    And in order to get a permit for parking in one of these

9   permitted areas, you need to fill out an application, correct?

10  A.    Yes, of course.

11  Q.    And part of that application process is setting forth a

12  site plan showing where you're going to be parking, correct?

13  A.    Yes.

14  Q.    And you also have to provide photographs and information

15  about what the parking lot looks like, correct?

16  A.    Currently, or after 2018, yes.  Not before, because the

17  usage certificate that we were issued allowed a 1513 ramp.

18  Q.    We'll get there in a moment.  And now also in your

19  application, you have to provide a driving plan as to from the

20  establishment where you're doing the valet parking to how

21  you're going to drive to the parking lot, correct?

22  A.    Yes.

23  Q.    Now --

24  A.    All that is after 2018.

25  Q.    Well, we're talking about February of 2018 which is --

1    that's part of this statute, correct?

2    A.   Yes.  Of course.

3    Q.   Understood.  And can we now turn to Section 35-309 on -- I

4    want to go to page 6 of 13.  And you can see here that the

5    permit shall also contain the following conditions and I want

6    you to look at number 7.  The permit shall be specifically

7    limited to the area shown on the approved site plan and

8    attached to and made part of the permit.  Do you see that?

9    A.   Yes.

10   Q.   And you understand that to mean that whatever you put on

11   your permit application, that is the only location where you

12   can park the cars, correct?

13   A.   Yes.

14   Q.   Okay.  And if we can now turn to page 12 of 13, please.

15   That talks about 35-315, special events and residential areas

16   and in Section B, it talks about valet service and residential

17   areas.

18       It say valet services may be provided for noncommercial

19   including private functions in residentially zoned areas for

20   one day.  Do you see that, sir?

21   A.   Yes, sir.

22   Q.   And you understand that Ball & Chain is a commercial

23   business, correct?

24   A.   Yes.

25   Q.   And so parking in a residential area would be improper,

1  correct?

2  A.   Yes.

3  Q.   Okay.  Got it.

4       MR. PERTNOY:  So can we pull up DX 421?  Please do

5  not publish it until counsel has an opportunity to see it.

6       MS. SUAREZ:  Your Honor, I have no objection to the

7  documents other than that they are in English and Mr. Garcia

8  obviously does not speak English.

9       THE COURT:  We have the interpreter.  All right.

10      MR. PERTNOY:  I'm sorry, I missed what she --

11      THE COURT:  She said they are in English.  That's why

12  we have the interpreter here.  Okay?  That being said, you may

13  publish it, sir.

14      MR. PERTNOY:  Thank you very much.  And move it into

15  evidence as well, please.

16      THE COURT:  All right.  It will be admitted.

17          (Defendant's Exhibit 421 Received.)

18  **BY MR. PERTNOY:**

19  Q.   So what I've put before you as DX 421 is the application

20  for S.H. Valet for January through June of 2018.  Have you seen

21  this document before?

22  A.   Yes.

23  Q.   And Omar Rojas is your partner in S.H. Valet?

24  A.   Yes, sir.

25  Q.   And this application was for S.H. Valet to provide valet

1    parking to Ball & Chain from January of 2018 to June of 2018,

2    correct?

3    A.    Yes.

4    Q.    And so let's now turn to -- hold on.  The second page of

5    this permit application.  And so this is the permit application

6    as you understand it has to be signed not only by the valet

7    service but by the property owner, correct?

8    A.    Yes.

9    Q.    And so in this instance, the application was signed by

10   Mr. Rojas on behalf of S.H. Valet and Mr. Fuller on behalf of

11   Ball & Chain, is that correct?

12   A.    Yes.

13   Q.    And if we can turn to page 21 of the PDF, please.  Thank

14   you.  So this is the city plan for valet operation for one of

15   the lots that you intend to use under this permit, correct?

16   A.    Yes.  That is a lot, yes.

17   Q.    And so the address that you're seeking a permit for to

18   park cars for Ball & Chain is 1637 SW 8th Street, correct?

19   A.    One of them.

20   Q.    Understood.  And above that you can see where it says lot,

21   and then you see the arrows showing how the driving route will

22   be for this lot with respect to Ball & Chain, correct?

23   A.    Yes.

24   Q.    Okay.  And now turn to page 22, the next page, please.

25   And this is the second location that you're seeking to park

1    cars under this permit application for January to June of 2018,

2    correct?

3    A.   Yes.

4    Q.   And the address that you're seeking to park cars under

5    this application in addition to the one that we just looked at

6    is 717 SW 7th Avenue, correct?

7    A.   Yes.

8    Q.   And I think you've testified that you have been parking

9    cars in the SW 8th Street area for many years, correct?

10   A.   Yes.

11   Q.   So you're very familiar with the streets of SW 8th Street

12   and Little Havana, correct?

13   A.   Yes.  Some, yes.

14   Q.   Okay.  So we can see here on this picture, the driving

15   route at the top.  It says valet, and valet is where Ball &

16   Chain is, correct?

17   A.   Yes.

18   Q.   And the address for Ball & Chain is 1513 SW 8th Street,

19   correct?

20   A.   Yes.

21   Q.   Which means it's on 15th Avenue and 8th Street, correct?

22   A.   Yes.

23   Q.   And then if you follow the arrows going to the right, you

24   go to make a left hand turn on 15th Avenue, correct?

25   A.   Yes.

1   Q.   And so that is 15th Avenue where you made that turn,
2   correct?
3   A.   Yes.  One of them, yes.
4   Q.   And then you see the picture of the lot right there,
5   correct?
6   A.   Yes.
7   Q.   And so 15th Avenue is not 7th Avenue as you put in this
8   permit, correct?
9   A.   I don't understand.
10  Q.   You said that the address where you were going to park the
11  cars is 7th Avenue, 717 7th Avenue, but you're showing the
12  parking lot that you're going to park the cars as 15th Avenue?
13  A.   That's -- that's not clear to me.  It's a lot that's there
14  as you turn.
15  Q.   But go back to the previous picture, please.  So on this
16  plan when we looked at the plan, you agreed with me that that
17  was the lot, and then the valet was because that's -- you can
18  see here, you have 17th Avenue and between 17th Avenue and 16th
19  Avenue is the lot and the address is 1637, and it's right on
20  8th Street and Ball & Chain is down the block at 15th Street
21  right before 15th Avenue.  Do you see that, sir?
22  A.   Yeah, but Ball & Chain has nothing to do with the lots.
23  Q.   Now, if you turn the back to where we were before, Curtis.
24  So on this picture, you've identified 717 SW 7th Avenue as
25  where the lot is, but that is clearly 15th Avenue between 8th

1    and 7th Street so the information on your permit application is

2    incorrect, isn't that true, sir?

3              MS. SUAREZ:  Objection, Your Honor.

4              THE COURT:  Overruled.  He can answer the question.

5              THE WITNESS:  I don't remember very well the address

6    of the lot.

7    **BY MR. PERTNOY:**

8    Q.   Okay.  We'll move on then.  So also in your testimony, you

9    talked about your meeting Commissioner Carollo in early

10   February at nearby a church, correct?

11   A.   Yes.

12   Q.   And the address of that church is 1411 SW 11th Street,

13   correct?

14   A.   Yes.

15   Q.   And you'll agree with me that that was not one of the

16   addresses in the permit application that we just reviewed,

17   correct?

18   A.   I don't remember.

19   Q.   Okay.  But S.H. Valet was parking cars at 1411 SW 11th

20   Street, wasn't it, sir?

21   A.   Yes, yes.

22   Q.   And so you were doing so without a permit, correct, sir?

23   A.   I don't remember.  It may be or it may not be.  With

24   everything that has happened, I don't remember if there was one

25   or not.  Because if it was -- there wasn't one, it wouldn't

1   have been approved and Miami Parking Authority would have

2   closed my business.

3   Q.   Well, in fact, you testified that they did close your

4   business because you didn't have a permit to park at 1411 SW

5   11th Street, isn't that correct, sir?  That was your testimony?

6   A.   No, no, no.

7   Q.   Okay.

8   A.   They closed my business because Mr. Joe Carollo told me

9   that he was going to close my business, but all the lots that

10   were registered on the application, there was no reason for

11   closing them.

12       We had been operating for three years in the same lots,

13   and the reason was not because of the lots.  It was because the

14   lots didn't have the stripes and the lights.  In eight hours,

15   all of those measures came up.

16   Q.   Well, we'll get to that.  Let's focus on --

17   A.   Not three years before.

18   Q.   Let's focus on February, 2018, and the fact that you were

19   parking in a parking lot that you did not list on your permit

20   application.  Can we bring up --

21        MS. SUAREZ:  Objection, Your honor.  Mischaracterizes

22   his testimony.

23        THE COURT:  Sustained.

24        MR. PERTNOY:  Let's move to aerial number 1, please.

25   This is for demonstrative purposes only.  Any issue publishing

```
 1  it?
 2            MS. SUAREZ:  Do you know what number it is?
 3            MR. PERTNOY:  It was demonstrative aerial number 1
 4  for the church lawn.
 5            MS. SUAREZ:  No objection.
 6            MR. PERTNOY:  All right.  Can you please bring up
 7  aerial number 1?
 8  BY MR. PERTNOY:
 9  Q.  So let's get our bearings here.  So, if you look at the
10  very bottom of your screen, you see St. Peter and Paul Orthodox
11  Church.  Do you see that, sir?
12  A.  Yes.
13  Q.  And that is 1411 SW 11th Street where you were -- S & H
14  was parking Ball & Chain cars, correct?
15  A.  One of the lots, yes.
16  Q.  Okay.  And right up here at the very top of the screen is
17  SW 8th Street, and you can see Ball & Chain.  Can you see that,
18  sir?
19  A.  Yes.
20  Q.  And everything around the church, those are apartments and
21  houses, correct?
22  A.  Not everything that's around Ball & Chain is apartments
23  and houses.
24  Q.  Maybe I misspoke.
25  A.  They are businesses.
```

```
 1   Q.   Maybe I misspoke or maybe there's a misinterpretation but

 2   let's clarify it for the record.

 3        Everything around the church is houses and apartments,

 4   correct?

 5   A.   Yes.

 6   Q.   So it is a residential neighborhood, correct?

 7        MS. SUAREZ:  Objection, Your Honor.  Asking for a

 8   legal conclusion.

 9        THE COURT:  Sustained.

10   BY MR. PERTNOY:

11   Q.   So, now your parking operations for valet parking, the

12   hours they go to what time?  What's the last hour that you're

13   still doing valet parking?

14   A.   12:30 approximately.  After that is picking up cars.

15   Q.   Picking up cars from the lot and returning them to the

16   customers leaving Ball & Chain after 12:30 a.m.?

17   A.   Yes.

18   Q.   Okay.  And so you might be returning cars from the church

19   lawn until 2:00 or 3:00 in the morning, correct?

20   A.   Yes.

21   Q.   And I believe you testified that you needed to do that

22   rapidly and efficiently, correct?

23   A.   No, not fast.  I never testified to that.

24   Q.   You said that you had to -- in fact, because your lots

25   moved to a different location, you had to get cars and runners
```

```
 1   to go and shuttle the runners to the lots and that you to give
 2   refunds to customers because it was taking too long.  That was
 3   your testimony yesterday, isn't that correct, sir?
 4   A.   No, no, no, no.  You're trying to confuse me.  No, no.  I
 5   said that I had to hire or place the shuttle when Miami Parking
 6   Authority closed my operation.
 7        Once again -- once again, I am telling you and making
 8   clear that why are you saying that all the -- why do you
 9   mention all the addresses when it's verified?  They've been
10   verified by the Department of Miami Parking Authority of Miami.
11             MR. PERTNOY:  Your Honor, move to strike.  Beyond the
12   scope of the question at this point.
13             THE COURT:  Sustained.
14   BY MR. PERTNOY:
15   Q.   So, now when you were using this church lawn in February
16   of 2018 though, it wasn't disclosed on the permit application?
17             MR. PERTNOY:  Objection, Your Honor.
18   Mischaracterizes his testimony.
19             THE COURT:  Overruled.
20   BY MR. PERTNOY:
21   Q.   You were shuttling cars from Ball & Chain through this
22   residential neighborhood as late as 3:00 in the morning,
23   correct?
24             MS. SUAREZ:  Objection, Your Honor.  Mischaracterizes
25   the testimony.
```

```
 1              THE COURT:  Overruled.  You can redirect him if
 2   necessary.  He can answer the question himself.  Go ahead, sir.
 3              THE WITNESS:  It's just like I told you.  Three years
 4   before, there was never a problem.
 5              MR. PERTNOY:  Move to strike as unresponsive.
 6              THE COURT:  Overruled.
 7              THE WITNESS:  The problems started when Mr. Joe
 8   Carollo went to the lot as undercover.
 9   BY MR. PERTNOY:
10   Q.   So using this lawn at the church, I would imagine we can
11   agree there were no stripes or lights, correct?
12   A.   No.
13              MR. PERTNOY:  All right.  And can we go to the next
14   demonstrative, please, which is aerial -- the bigger aerial?
15   Let me --
16              MS. SUAREZ:  No objection.
17              MR. PERTNOY:  Can we publish the demonstrative,
18   please?
19   BY MR. PERTNOY:
20   Q.   So this is a slightly larger aerial of the area.  And you
21   can see here in the very bottom right hand corner is the
22   church.  Do you see that, sir?
23   A.   Yes.
24   Q.   And you can see at the very top of the screen is Ball &
25   Chain?
```

```
 1   A.    Yes.
 2   Q.    Okay.  So in order to get the cars from Ball & Chain to
 3   the church lawn, you need to drive down east on SW 8th Street
 4   because SW 8th Street is one way going east, correct?
 5   A.    That's the same question is what you're asking makes no,
 6   sense.  What you're asking me makes no sense.
 7             MR. PERTNOY:  Move to strike, Your Honor.
 8   Unresponsive.  I simply asked him how to drive a car.
 9             THE COURT:  Overruled.  Let him finish giving his
10   statement.  Go ahead, sir.
11             THE WITNESS:  In the City of Miami in Miami Parking
12   Authority, there was no code requirement.  No city lot up until
13   February of 2018 when Mr. Joe Carollo made up all that.
14   BY MR. PERTNOY:
15   Q.    So your testimony is that Commissioner Carollo made up the
16   City of Miami Code of Ordinances for valet parking that had
17   been in place since at least 2004, probably since the inception
18   of the city in some form or fashion.  That's your testimony?
19   A.    No, no, no.  The testimony is different.  The commissioner
20   did not do these things.  He did not do these things.  Because
21   these things were not -- these things were not required because
22   the certificate of use was in the ramp of Ball & Chain.
23         After 2018 is when they started this remodeling process
24   for code and stripes and the object was only directed towards
25   Ball & Chain.  No other place.
```

1          MR. PERTNOY:  Move to strike as unresponsive to the

2    question that was asked.

3          THE COURT:  Overruled.

4    **BY MR. PERTNOY:**

5    Q.   So as I was talking to you about -- you would drive east

6    down SW 8th Street, and then you would have to make a right

7    hand turn on to SW 14th Street to get to the church lawn, is

8    that correct, sir?

9    A.   Yes, of course.

10   Q.   And so you're driving through this residential

11   neighborhood at night trying to get the cars parked as fast as

12   possible, correct?

13         MS. SUAREZ:  Objection, Your Honor.  Counsel's

14   testifying.  Argumentative.

15         THE COURT:  Overruled.  He can answer.

16         THE WITNESS:  Not trying to get there as soon as

17   possible.  Same question.

18         MR. PERTNOY:  Okay.

19         THE WITNESS:  We run the cars.  We don't go fast in

20   residential areas.  Don't ask me that question again.

21   **BY MR. PERTNOY:**

22   Q.   Well, you're not supposed to be parking in residential

23   areas, are you, sir?

24   A.   Up until 2018, that was not required.

25   Q.   Even though we just went through the entire Code of

```
 1    Ordinances showing where you agreed with me that you could not

 2    park in locations in residential neighborhoods, but yet your

 3    testimony here today is that you could because you're above the

 4    law?  Is that your testimony?

 5             MS. SUAREZ:  Objection, Your Honor.  Counsel is

 6    testifying and we did not go through the entire Code of

 7    Ordinances.

 8             THE COURT:  I'm going to sustain the objection.

 9    BY MR. PERTNOY:

10    Q.   So you then park the cars in the church lawn, correct?

11    A.   This gentleman is asking the same question, yes.  It is

12    the same questions trying to get I don't know where.  It's the

13    same question.

14             MR. PERTNOY:  Okay.  The answer is yes.  Let's move

15    on.

16             THE COURT:  Sir, let him finish, please.  Do not

17    interrupt the interpreter while she's interpreting.  Go ahead

18    and interpret what he said, ma'am.

19             THE INTERPRETER:  It's the same question.

20    BY MR. PERTNOY:

21    Q.   And you've already said there was no stripes and lights.

22    You would also agree that the lawn has no asphalt, correct?

23    A.   That's correct.

24    Q.   And it had no drainage for a parking lot because it was a

25    lawn, correct?
```

```
1    A.    That's correct.
2    Q.    And you're familiar that parking lots in the City of Miami
3    need to have -- meet certain offstreet parking guides and
4    standards, correct?
5    A.    Okay, yes.  But my question is this.  Why in three years
6    of operations this never existed because the City of Miami has
7    parking authorities?  This never happened.  I was operating in
8    the City of Miami since it existed, the codes existed.  Miami
9    Parking Authority existed.  The problem here is why after 2018?
10   Q.    So after you would get -- when the after the cars were
11   parked on the lawn, they needed be to returned back to Ball &
12   Chain, and so you would have to have your runners or your
13   drivers shout out which cars needed to be picked up and taken
14   back, correct?
15   A.    No.  That's not how the valet operation works.
16   Q.    Okay.  And so then you would take the cars from the valet
17   and then you would have to drive them down 11th Street and go
18   up 16th Avenue to get back to Ball & Chain?
19   A.    Yes.
20   Q.    Okay.
21   A.    But it's the same questions.  It's the same, the same, and
22   the same.
23   Q.    So to be clear, you would then leave -- take -- you would
24   take the cars as you testified at 3:00 a.m. in the morning and
25   drive them through the residential neighborhood and get them
```

1    back to the customers, correct?

2    A.    But I asked what are you trying to show.  The

3    demonstration is that closed my valet in a matter of eight

4    hours which affected my operation.  It affected my family.  If

5    I had a lot supposedly that was a church --

6             MR. PERTNOY:  Your Honor, move to strike.  This is

7    unresponsive to my question.  I simply asked if this is the

8    route.

9             THE COURT:  Overruled.

10   **BY MR. PERTNOY:**

11   Q.    So you would drive this route and your goal as a valet

12   operator generally is to get the cars back to your clients as

13   quickly as possible, correct?

14            MS. SUAREZ:  Objection.  Your Honor.  Asked and

15   answered.

16            THE COURT:  Sustained.

17            MR. PERTNOY:  So you can take down this exhibit,

18   please.  I'd like to pull up DX 275.  It's a video.

19            THE COURT:  Is there any objection to Defendant's

20   Exhibit 275?

21            MS. SUAREZ:  I'm just trying to open it, Your Honor.

22   No objection.

23            THE COURT:  She's getting the witness some water.

24   That's all.

25            MR. PERTNOY:  No problem.

```
 1                THE COURT:  Also will you be introducing this video
 2    into evidence?
 3                MR. PERTNOY:  Yes.
 4                THE COURT:  It's admitted without any objection, is
 5    that correct, counsel?
 6                MS. SUAREZ:  Yes, Your Honor.
 7                THE COURT:  All right.
 8                     (Defendant's Exhibit 275 Received.)
 9    BY MR. PERTNOY:
10    Q.   Mr. Garcia, I'm going to show you a video of the cars
11    being parked on the church lawn.  Let's watch the video,
12    please.
13                          (Video played.)
14    BY MR. PERTNOY:
15    Q.   So this is -- does this video accurately reflect the cars
16    at S.H. Valet parking on the church lawn?
17    A.   I can't recognize it.  I can't tell.  It may be there or
18    it may be another lot.
19    Q.   Maybe we'll try some pictures then.
20                MR. PERTNOY:  Can we pull DX 270?  Any objections?
21                MS. SUAREZ:  No objection.
22                MR. PERTNOY:  Your Honor, I'd like to publish 270 and
23    admit it into evidence.
24                THE COURT:  Permission granted.
25                     (Defendant's Exhibit 270 Received.)
```

 1  **BY MR. PERTNOY:**

 2  Q.   So does this better help you recognize that this is the

 3  church where cars are being parked on the lawn?

 4  A.   I've always acknowledged that they were parked there.  But

 5  you continue with the same question.

 6          MR. PERTNOY:  I'd like to also publish and admit into

 7  evidence DX 271 -- 271, 272, 274, 276, 278, and 427.

 8          MS. SUAREZ:  No objection.

 9          THE COURT:  All right.  It's admitted.

10           (Defendant's Exhibits 271, 272, 274, 276,

11                    278 and 427 Received.)

12          MR. PERTNOY:  Curtis, can you -- may I publish, Your

13  Honor?

14          THE COURT:  Yes, sir.

15          MR. PERTNOY:  Curtis, can you publish and let's flip

16  through those.

17  **BY MR. PERTNOY:**

18  Q.   Mr. Garcia, I'm going to flip through these photos real

19  quick and then I'll ask you a question.  Next photo, please.

20  Next photo, please.  Next photo.  Next photo.  Next photo,

21  please.  Please take it down.

22          Mr. Garcia, just to confirm, those are the cars that

23  S.H. Valet were parking on the church lawn?

24  A.   Some of them, yes.

25          MR. PERTNOY:  Okay.  Now, I'd like to now show you

```
 1   DX 641.

 2            MS. SUAREZ:  No objection.

 3            MR. PERTNOY:  I'd like to publish this to the jury

 4   and admit it into evidence, Your Honor.

 5            THE COURT:  All right.  Granted.

 6            (Defendant's Exhibit 641 Received.)

 7   BY MR. PERTNOY:

 8   Q.   So I'm showing you now another application for S.H. Valet

 9   from January to June, 2018.  Are you familiar with this

10   document?

11   A.   Yes, but it's the second time you show it to me.

12   Q.   Well, actually there's going to be some differences in

13   this one that we're about to get to.  Let's turn to the second

14   page for a moment, and you can again see it's signed by

15   Mr. Omar Rojas and by Mr. Fuller.  Do you see that, sir?

16   A.   Yes.

17   Q.   And I'd like to now turn to page 6 of the PDF.  So this is

18   one of the lots that this application is for, correct, sir?

19   A.   I'm not going to answer any more about that.  It's the

20   same thing, the same thing.  What are you trying to get at?

21            MR. PERTNOY:  Your Honor, I'd request that the

22   witness answer my questions.

23            THE COURT:  All right.  Answer the question, sir.

24            THE WITNESS:  Yes.

25
```

1    **BY MR. PERTNOY:**

2    Q.   Now do you know the address of this lot because it's not

3    identified on this document?

4    A.   I don't remember.

5    Q.   Okay.  Now let's turn to page 18 of the document.  Now you

6    can see here this letter is dated March 3, 2018.  So this is

7    after Commissioner Carollo and you met in February of 2018,

8    correct?

9    A.   Yes.

10   Q.   And so this application is now changing the addresses of

11   your permit to allow you to park at 1753 SW 8th Street,

12   correct?

13   A.   Yes.

14   Q.   And if you look back to page 6 of the PDF, you will see

15   that Ball & Chain which is at the very bottom of this picture

16   which is 15th Avenue.  You can see this lot is that 1753 SW 8th

17   Avenue lot, correct, sir?

18          THE INTERPRETER:  This is the interpreter.  Counsel,

19   would you mind repeating the last part of your question?

20   **BY MR. PERTNOY:**

21   Q.   That this lot is the 1753 SW 8th Street lot.

22   A.   Yes.

23   Q.   So this application, this second application now is a

24   permit to change the location of where you may park cars from

25   1637 and 717 to this 1753 SW 8th Avenue, SW 8th Street,

1    correct?

2    A.   Yes.

3    Q.   So, effectively this new application was submitted because

4    you were not parking the cars in the proper location in lots

5    that were allowed to be parked in so you had to change it to a

6    new location, correct?

7    A.   No, not that it was improper.  It's different.  It's that

8    they did not have stripes and lights.  And starting February,

9    '18, that started being required.

10   Q.   Sir, that's not true that it was required starting in

11   February, '18.  It was always required, correct, sir?

12          MS. SUAREZ:  Objection, Your Honor.  Counsel is

13   testifying.

14          THE COURT:  Overruled.  He can answer the question.

15          THE WITNESS:  No.  I wouldn't have been able to park

16   where I was.

17          MR. PERTNOY:  So can we pull up DX 25, please?  I'd

18   like to show the witness DX 25.

19          MS. SUAREZ:  No objection.

20              (Defendant's Exhibit 25 Received.)

21          MR. PERTNOY:  So DX 25 is the Offstreet Parking

22   Guides and Standards for the City of Miami.  I'd like to

23   publish this and admit it into evidence.

24          THE COURT:  Granted.

25

1   **BY MR. PERTNOY:**

2   Q.   Have you ever seen this document, sir?

3   A.   I don't remember.

4   Q.   Okay.  This the guidelines for parking, offstreet parking

5   lots and the standards for what a parking lot must have in

6   order to be a parking lot in the City of Miami.  Isn't that so,

7   sir?

8            MS. SUAREZ:  Objection.  Speculation.

9            THE COURT:  Overruled.  He can answer if he knows.

10           THE WITNESS:  Yes.

11  **BY MR. PERTNOY:**

12  Q.   Okay.  And if you go to page 7 of 8 of this document, and

13  if you look at the bottom, this document contains drawings and

14  things that date back all the way to May of 1983.  Do you see

15  that, sir?

16  A.   Yes.

17  Q.   Okay.  And so these guidelines are the guidelines for

18  parking lots for the offstreet parking for the City of Miami

19  and it sets forth what must be required.  Let's go to the first

20  page, please.

21       So you can see in Section B, it talks about the length and

22  the width of the parking stalls.  Do you see that, sir?

23           MS. SUAREZ:  Your Honor, objection.  I would ask if

24  that he's referring to a specific section, the interpreter

25  please interpret the section that he cites.

 1          THE COURT:  You can direct her to the specific

 2    language you're referring to so the interpreter can interpret

 3    for the witness.

 4    **BY MR. PERTNOY:**

 5    Q.   Sure.  If you were to look at Section B, it's titled

 6    length and width of the stalls.  Do you see that?

 7    A.   Yes.

 8    Q.   And, for example, if you go to the second paragraph, some

 9    of the language setting out the requirements includes standards

10    of stalls shall be a minimum of eight and one half feet in

11    width and 18 feet in length.  Do you see that?

12    A.   Yes.

13    Q.   And then if you go to the second page, Curtis?  This

14    document also sets -- no.  Yep.  Sets out other standards

15    including in Section E, the width, location and slope of

16    driveways, correct?

17    A.   Yes, that's correct.

18    Q.   And if you go to page 3 of 8, Section H is about pavement?

19    A.   Yes.  That is correct.

20    Q.   And it says that all required and/or provided offstreet

21    parking facilities shall be properly paved with an approved

22    continuous pavement except where otherwise provided herein.

23    A.   Yes, that's correct.  But I submitted my computation.  I

24    paid $1,100 in annual application for it to be verified and

25    this goes through the City of Miami.  So how is it possible

1    that before there was not -- that was not verified when I paid

2    $1,100.  So now, after 2018, it's verified.  Because Miami

3    Parking Authority charges me $1,100 for the application.

4    Q.   And as we saw --

5    A.   So I don't understand.  You are showing me documents from

6    the -- for the city doesn't comply with that.  It's not me.

7    It's the city because my application has to go through the

8    city.

9    Q.   And the city administration approves it, reviews it,

10   inspects it and enforces it to make sure there's compliance,

11   correct?

12   A.   Yes.

13   Q.   All right.  You can take down this document.

14        Another part of your testimony that you talked about was

15   that you were -- that there was a surcharge or a tax, an audit.

16   Do you recall testifying about that?

17   A.   Yes.

18   Q.   And I think you said that -- your testimony was that you

19   believed that this was only being applied against you and

20   nobody else, correct?

21   A.   No.

22   Q.   Okay.  Well --

23   A.   I did not say it applied to all valet companies.  What I

24   said is that it seems to me that it's an unfair tax because the

25   state regulates the seven percent.  To us, the valet companies

1    of the City of Miami, we got charged 15 percent of the gross.

2         So that means that I, aside from paying all that money for

3    the permits to the Miami Parking Authority, in addition to

4    that, I have to pay 15 percent also to the City of Miami from

5    the same money.

6    Q.   But that's the law, sir, correct?

7    A.   Yes.

8    Q.   That's not Commissioner Carollo.  That's the law passed by

9    the City Commission dating back to probably 2004 -- 1990's,

10   probably well before that, correct, sir?

11             MS. SUAREZ:  Objection.  Speculation.

12             THE COURT:  Sustained.

13             MR. PERTNOY:  Can we pull up and I'd like to publish

14   Article 10, Section 35 of the Code of Ordinances.

15             MS. SUAREZ:  No objection.

16             MR. PERTNOY:  May I publish, Your Honor?

17             THE COURT:  Yes, sir.  Are you seeking to admit this

18   as well or publishing only?

19             MR. PERTNOY:  We can.  I'll seek to admit it.

20             THE COURT:  All right.  No objection, correct?

21             MS. SUAREZ:  No objection.

22             THE COURT:  It will be admitted.  Thank you.

23             MR. PERTNOY:  Just for the record to be clear, I'll

24   also seek to admit the previous Code of Ordinances that we did

25   on the valet parking.

```
 1              THE COURT:  Granted.

 2              MR. PERTNOY:  Thank you.

 3  BY MR. PERTNOY:

 4  Q.   So this is Article 10, Parking Facilities Surcharge.  So

 5  this is the Code of Ordinances.  This is the law of the City of

 6  Miami, correct, sir?

 7  A.   Yes.

 8  Q.   And if you see in Section 35-342, intent, it reads:  The

 9  Article is intended to impose and levy a surcharge on the sale,

10  lease or rental of space at parking facilities in the city at a

11  rate of 15 percent of the revenues derived from any fee, charge

12  or exchange for the parking of motor vehicle in or on any

13  parking facility in the city for which a fee, charge or

14  exchange is made on an hourly, daily, weekly, monthly, yearly,

15  event, validation programs, valet or any other basis.

16  Do you see that, sir?

17  A.   Yes.

18  Q.   And so you and all of the other valet operators, this is

19  the law that governs paying that 15 percent tax, correct?

20  A.   Yes.

21  Q.   Okay.  And can we now go to page 4 of 7 of this document?

22  And I'd like to draw your attention to Section C where it

23  requires every valet operator -- it says every operator of a

24  parking facility shall keep complete and accurate records.

25  Do you see that?
```

1    A.    Yes.

2    Q.    And then a little further down, it says such records and

3    other pertinent data shall be available for inspection and

4    examination upon request.  Do you see that?

5    A.    Yes.

6    Q.    Okay.

7              MS. SUAREZ:  Your Honor, I believe the jurors may

8    want a comfort break.

9              THE COURT:  Okay.  Thank you.  We'll take a ten

10   minute break.

11             THE COURTROOM DEPUTY:  All rise for the jury.

12             (Thereupon, the jury exited the courtroom.)

13             THE COURT:  Thank you.  Also, for defense, can you

14   make sure that Article 10, Section 35 is marked as an exhibit?

15   I believe it's published.  I don't believe that was an exhibit

16   attached, a number attached on it.  If I'm not mistaken, I

17   stand to be corrected.  I don't think there was a number

18   attached.

19             MR. PERTNOY:  That's fine.

20             THE COURT:  Same with Article 9.  Thank you.

21             MR. PERTNOY:  Sure.  Thank you, Your Honor.

22             THE COURT:  You're welcome.

23                   (Short recess had.)

24             THE COURT:  Where is the witness?  We can bring the

25   witness in.  You can bring the jurors.

```
 1                THE COURT SECURITY OFFICER:  All rise for the jury.

 2                (Thereupon, the jury entered the courtroom.)

 3                THE COURT:  All right.  Thank you.  You may be

 4     seated, everyone.  You may continue with your

 5     cross-examination, Mr. Pertnoy.

 6                MR. PERTNOY:  Thank you, Your Honor.  Can we publish

 7     where we left off on Section 35-347 of the City Code of

 8     Ordinances?

 9     BY MR. PERTNOY:

10     Q.   So I want to skip forward now with respect to this Code of

11     Ordinances and go to page 5 of 7 which is Section 35-347.

12          Now, you understand that if you do not pay the tax and you

13     do not properly keep the records, there are penalties for that

14     under this law, correct, sir?

15                THE INTERPRETER:  I'm sorry, counsel.  This is the

16     interpreter.  I got lost.

17                MR. PERTNOY:  Sure.  I'll repeat my question.  No

18     problem.

19     BY MR. PERTNOY:

20     Q.   So you understand that if you do not follow the law by

21     keeping your records and the like, that you can be subject to

22     penalties?  You understand that, sir?

23     A.   Yes.

24     Q.   And, in fact, Section 35-347 talks about failure to comply

25     and the penalties and if you look at Subsection 6, it says you
```

1    shall be subject to the following penalties for each offense.

2    A.    Yes.

3    Q.    And among those things is you could have your local

4    business tax receipt revoked.  Do you see that?

5    A.    Yes.

6    Q.    And you understand in order to do business in the City of

7    Miami, everybody business owner has to have a business tax

8    receipt or a BTR, correct?

9    A.    Yes.

10   Q.    And among the other penalties, you may be required to

11   comply with stricter reporting requirements.  Do you see that?

12   A.    Yes.

13   Q.    You can take this down, please.

14        Now the enforcement of parking, you've talked about it a

15   lot as Miami Parking Authority.  That's who enforces and makes

16   sure that you are complying with your permits, correct?

17   A.    Yes.

18   Q.    And you understand that the Miami Parking

19   Administration -- sorry, Miami Parking Authority, MPA, is an

20   independent administrative agency of the City of Miami,

21   correct?

22   A.    As it said here, yes, but all the city documents are --

23   all the documents are signed by the city attorney, Ms. Victoria

24   Mendez.  When you go to Miami Parking Authority everything has

25   to do with the city.  When you go to the city, it's an

1    independent company.

2    Q.   So -- and you mentioned this letter of Victoria Mendez in

3    your testimony yesterday.  You mentioned a bunch of documents

4    that you received, but during your testimony yesterday, none of

5    those documents were shown to you, correct?

6    A.   No.

7    Q.   So yesterday, we saw a letter to S.H. Valet from Victoria

8    Mendez.

9            MS. SUAREZ:  Objection, Your Honor.  He just said --

10           THE WITNESS:  No, no, no.

11           MR. PERTNOY:  Maybe I misunderstood his answer.

12   **BY MR. PERTNOY:**

13   Q.   So none of the documents were shown to you yesterday,

14   correct?

15   A.   But I don't understand.  What documents?

16   Q.   Well, yesterday you testified that you received letters

17   and other documents from the City of Miami, or the city

18   attorney regarding your business being shut down and the like,

19   but none of those documents were shown to the jury or anybody

20   else in this courtroom yesterday, correct?

21   A.   I didn't say I received letters from the city or anything.

22           MR. PERTNOY:  Okay.  Can we put up DX 408?  Before

23   you publish it --

24           MS. SUAREZ:  No objection.

25           MR. PERTNOY:  I'd like to publish 408 and have it

1    moved into evidence.

2              THE COURT:  All right.  Granted.

3              MS. SUAREZ:  No objection, Your Honor.

4              (Defendant's Exhibit 408 Received.)

5    **BY MR. PERTNOY:**

6    Q.   Now, part of your testimony yesterday was that after the

7    February meeting at the parking lot -- or sorry, the parking

8    lawn at the church with Commissioner Carollo, your business

9    immediately got audited.  Do you recall that?

10   A.   We can't call it an audit.  Two persons without uniforms

11   with no documents.  The only audit the company is informed that

12   they're going to be undergoing an audit, a series of documents

13   are requested.

14         Two people went during working hours to take pictures of

15   my business, of the tickets and of the lots.  I don't consider

16   that an audit to a company.  That happened 36 times in one

17   month.  That's not an audit.

18   Q.   And your testimony yesterday was you claimed that you and

19   your business, S.H. Valet were being singled out, correct, sir?

20   A.   Yes.

21   Q.   Okay.  I'd like to take -- have you take a look at this

22   email from Frank Laso of on April 20, 2018 to Anthony Barcena,

23   at the City of Miami.

24         So the email from Mr. Laso reads as follows.  One of the

25   responsibilities of Complete Consulting Service Group, CCSG as

```
 1   the parking surcharge administrator on behalf of the City of
 2   Miami is to ensure that all the parking parties pay the correct
 3   amount of surcharge to the city.  Do you see that, sir?
 4   A.   Yes.  It's just that I'm not in disagreement with that.
 5   What I disagree with is that there's no business in the entire
 6   United States that goes through this process 36 times in a
 7   month.  That's harassment.
 8   Q.   Now the email continues.  One of the methods that CCSG
 9   utilizes is conduct field audits in order to target as many
10   locations as possible.  CCSG had divided the City of Miami into
11   different areas.  Do you see that?
12   A.   Yes.
13   Q.   And then the email continues.  Below is a summary of
14   CCSG's efforts in the Little Havana and East Brickell area
15   during the month of March, 2018.  Do you see that?
16   A.   Yes, of course.
17   Q.   Sorry.
18   A.   Yes, of course.  It would be too evident to do it only
19   against Ball & Chain.  It had to be -- it would have been too
20   evident to do it only with Ball & Chain.  It had to be done to
21   other businesses to make it appear so that the commissioner had
22   not ordered it.  That's how it's done.  You fine somebody, you
23   fine others.  You do inspections on some and then others
24   because otherwise, it's too evident.
25   Q.   So, your testimony, if I understood -- understand it
```

```
 1   correctly is it's a conspiracy theory, not CCSG and the City of
 2   Miami and the Miami Parking Authority doing its job, correct?
 3           MS. SUAREZ:  Objection, Your Honor.  Mischaracterizes
 4   his testimony.
 5           THE COURT:  Sustained.
 6   BY MR. PERTNOY:
 7   Q.  Now the email goes on to list one, two, three, four, five,
 8   six, seven, eight, nine, 10, 11, 12, 13 businesses, correct,
 9   sir?
10   A.  Yes.
11   Q.  And not all of these businesses are S. & H. Valet
12   businesses, correct?
13   A.  No.
14   Q.  And not all of these businesses are Mr. Fuller and
15   Mr. Pinilla's businesses, correct?
16   A.  No, no.  The problem is what surprises me is that before,
17   after 2008 with all the years I've been working in Calle Ocho,
18   more than ten years, this had never happened.  After 2018, they
19   started this auditing.  Is it a coincidence?  It's not a
20   coincidence.
21   Q.  So if I understand your testimony correctly, your
22   testimony is that you were not following the rules before 2018,
23   and nobody cared, but then because Commissioner Carollo came in
24   and ran on a platform of wanting to make sure people followed
25   the rules, now it's unfair.  Is that your testimony?
```

1          MS. SUAREZ:  Objection, Your Honor.  Mischaracterizes

2    his testimony.

3          THE COURT:  Overruled.  He can answer.

4          THE WITNESS:  No, it's an error.  Mistake.  We have

5    always followed the rules.

6    **BY MR. PERTNOY:**

7    Q.   So let's go to the section that talks about Ball & Chain

8    S.H. Valet Services to see what Mr. Laso and CCSG said about

9    it.  This is what they wrote:  The operator reported $10,456.00

10   in parking revenue for the last two years.

11         Based on the field audits conducted by CCSG, it was

12   determined that the operator was underreporting and CCSG

13   assessed revenue in the amount of $83,150 for two years, which

14   resulted in a $12,470 surcharge due.  Do you see that, sir?

15         MR. PERTNOY:  Can you make it bigger so she can see

16   it?

17         THE WITNESS:  Yes, I'm seeing it.

18   **BY MR. PERTNOY:**

19   Q.   So, in other words, what this is saying is that they

20   determined that you and your business was not keeping accurate

21   records, not reporting the right amount of money and they

22   determined that you really should have reported $83,000 and so

23   you were not paying the proper amount of tax under the law,

24   correct, sir?

25   A.   This is a little complicated.  I'm not evading any

1    responsibility.  What I'm saying is the amount of mismatches is

2    to determine these things.  The business don't have the same

3    volume or collection over the years month to month.  You can

4    collect $2,000 this month and next month, $1,000.

5          What I'm basing my comments on is there's things that

6    don't match because here, it says $12,470 but four days before,

7    I had been -- I had received an auditing, that should be

8    presented also.  It was 1000 -- $11,000.  There was a thousand

9    dollars less.

10          But this department then since we did not work on

11    Thursdays, only Fridays and Saturdays, if I go ahead and paid

12    that fine, then this department is who steals my money.

13          Because later on, four days later, they rectified the fine

14    so this is not a serious auditing.  This is not a serious

15    company.  This is not honest.  One day, it's $11,000 and then

16    four days later, it's over $12,000 with penalties.

17          First, the document is not signed with the name of the

18    attorney and the financial director.  And the second document

19    only with the name of the city attorney.  This is not honest.

20    Q.   Again, these are the documents that we did not see so

21    we're relying on your testimony, correct, sir?

22    A.   Yes.

23    Q.   And again, whether it was $12,000, $11,000, the simple

24    fact of the matter is the Miami Parking Authority and its CCSG,

25    determined that you didn't keep proper records and that you

1  didn't report the proper amount of revenue and you weren't

2  paying the proper amount of taxes which is what the law

3  required you to do, correct, sir?

4  A.   We could say no or we could say yes.  We have no way of

5  checking if in 2017, 1000 cars came in and in 2018, 500 cars.

6  Q.   Well, that's because you're supposed to keep the records,

7  correct?  That's what the law requires.  You keep proper

8  records so you can show what came in and what didn't, correct,

9  sir?

10  A.   Yes.

11  Q.   And you didn't do that, and that's why they had to make a

12  determination as to what amount of revenue you did not report

13  because your records were insufficient, correct, sir?

14  A.   That's false.

15  Q.   Okay.  So let me talk about you -- after S.& H. Valet, you

16  indicated in your testimony that you formed GMA, your own

17  company, correct?

18  A.   Yes.

19  Q.   And as part of GMA Valet, were you providing valet

20  services to Ball & Chain?

21  A.   Yes.

22  Q.   And in what year did you start providing the valet

23  services for Ball & Chain as GMA?

24  A.   2019.

25  Q.   Okay.  And in addition to providing valet services for

```
 1   Ball & Chain, did you provide valet services at other locations

 2   on SW 8th Street for other restaurants?

 3   A.   Yes.

 4   Q.   Was one of those restaurants the Cuban restaurant Salao?

 5   A.   Yes.

 6   Q.   And was one of the other restaurants the Puerto Rican

 7   restaurant Mofongo?

 8   A.   Yes.

 9   Q.   And as we sit here today, do you still provide them with

10   valet services?

11   A.   Yes.

12   Q.   Now, isn't it true that you started to raise the prices on

13   the valet services for Mofongo and Salao?

14            MS. SUAREZ:  Objection.  Relevance.

15            THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

```
17   Q.   Isn't it true that Mofongo and Salao did not want to pay

18   those excessive valet rates to you?

19            MS. SUAREZ:  Objection.  Relevance.  Assumes facts

20   not in evidence.

21            THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

```
23   Q.   Mr. Garcia, do you have any relatives that work in the

24   City of Miami?

25            MS. SUAREZ:  Objection.  Relevance.
```

```
 1                  THE COURT:  Overruled.  You can answer.

 2                  THE WITNESS:  No.

 3   BY MR. PERTNOY:

 4   Q.   Do you know a gentleman by the name of Noel Chavez?

 5   A.   Yes.

 6   Q.   Is he your cousin?

 7   A.   No.  Family friend.

 8                  MR. PERTNOY:  Your Honor, let me take a moment, check

 9   my notes.  I think I may be done with the witness.

10                  THE COURT:  Sure.

11                  THE INTERPRETER:  The witness is asking if he can

12   speak.

13                  THE COURT:  There's no question pending.

14                  MR. PERTNOY:  I just have one or two other questions

15   for you and then we'll be done.

16   BY MR. PERTNOY:

17   Q.   So, first, with respect to after you were no longer able

18   to park at the church lawn on 14th Street, did you proceed to

19   have S.H. park cars along the side streets of SW 8th Street in

20   other parts of the neighborhood?

21   A.   On the streets, no.

22   Q.   And finally, you testified that Mr. -- that Mr. Fuller and

23   Mr. Pinilla, they were quote, unquote family, familia, correct?

24   A.   No, we are not family.

25   Q.   I didn't say that you were family.  You testified that you
```

```
 1   felt as if you were all one big family, correct?
 2   A.   Yes.
 3   Q.   And, in fact, GMA uses many Fuller properties and
 4   Mr. Pinilla properties for parking vehicles today, correct?
 5   A.   Yes.
 6   Q.   Including 1637 SW 8th Street?
 7   A.   Yes.
 8   Q.   And that property is across the street from the two
 9   restaurants that we just discussed, Mofongo, Salao?
10   A.   Yes.
11   Q.   And by having the ability to park cars at 1637, did that
12   give you the ability to put leverage on other restaurants in
13   the area as to who they could use as valet parkers?
14          MS. SUAREZ:  Objection, Your Honor.  Relevance.
15          THE COURT:  Sustained.
16   BY MR. PERTNOY:
17   Q.   All right.  Finally, with respect to this concept that you
18   believe or feel that Mr. Fuller and Mr. Pinilla are like
19   family, today, being here for your testimony, you're doing that
20   because you don't want to hurt your family?  You want to help
21   your family, correct, sir?
22   A.   What do you mean, I don't want to hurt my family?  I'm not
23   here -- I'm not here for no one to not be hurt.  I'm here
24   because I was hurt, because my family has been affected by all
25   these measures from the city.  Because my children have not
```

```
 1   eaten due to all the arbitration.
 2             MR. PERTNOY:  Move to strike, Your Honor.
 3             THE COURT:  Overruled.  You asked the question.
 4             MR. PERTNOY:  Okay.
 5   BY MR. PERTNOY:
 6   Q.   So if I understand your testimony, it ultimately is
 7   because the city enforced the rules against you and your
 8   business, you feel that is unfair, correct, sir?
 9   A.   No.  Not that either.  It's not that the city enforced
10   their laws.  The city complied with Joe Carollo's law, not the
11   city law.
12   Q.   Yet, we showed you the law and that law didn't say Joe
13   Carollo.  It said City of Miami Ordinances on it, correct, sir?
14   A.   Yes, the law is clear.  What I cannot say is because I am
15   the law, I'm going to close your company.  It's very different.
16   The law is here today in this room.  The law is not on the
17   streets.  The law is not on one person.  He's a representative
18   so I think that words I am going to close your company was
19   fulfilled and that's why I'm here.
20        I'm not here to defend anyone or to get financial
21   compensation.  I'm here because I'm defending my business.
22   With everything, everything that was done to me, they never
23   managed to make me give up, and you asked a question which is
24   even familiar.  You just asked a familiar question.  The
25   question if I had someone in the city, means that starting
```

1   tomorrow, only God and I will know what happens to my company.

2   Because now the consequences and the reprisals are coming

3   because your attitude is showing that to me.

4          MR. PERTNOY:  Move to strike, Your Honor.

5          THE COURT:  Stricken.

6          THE WITNESS:  You're angry.  You're angry.

7          MR. PERTNOY:  Your Honor.  I don't need to be berated

8   by a witness.  He's now threatening me.

9          THE COURT:  All right.  We're going to end the

10  testimony right here.  Do you have any other questions, sir?

11         MR. PERTNOY:  I had one final question.

12  **BY MR. PERTNOY:**

13  Q.   Which is, you would agree with me that if you were not

14  following the laws of the city, that one of the consequences of

15  not following the laws of the city would be that your business

16  could be shut down, correct, sir?

17  A.   As I said, I was complying with the law because I had all

18  the required permits.

19         MR. PERTNOY:  Very well.  Thank you.

20  A.   The same way I'm complying with it now.

21         MR. PERTNOY:  I'm glad that you're complying with it

22  now.  No further questions.

23         THE COURT:  Thank you.  Any redirect?

24         MS. SUAREZ:  Yes, Your Honor.

25

```
 1                        -  -  -  -  -

 2            REDIRECT EXAMINATION OF ALAIN GARCIA

 3   BY MS. SUAREZ:

 4   Q.   Mr. Garcia, how long have you been operating the valet for

 5   Ball & Chain?

 6   A.   Since 2014.  Since it was founded up until now.

 7   Q.   And since 2014, was the city aware that you were operating

 8   the valet for Ball & Chain?

 9   A.   Yes.

10   Q.   And before 2018, did you have any issues with any of the

11   valet lots that you used for the Ball & Chain?

12            MR. PERTNOY:  Objection.  Asked and answered.

13            THE COURT:  Overruled.

14            THE WITNESS:  Never.

15   BY MS. SUAREZ:

16   Q.   And did you ever receive any complaints from residents

17   about where you were parking vehicles?

18   A.   No.

19   Q.   Did you ever receive any complaints from residents about

20   you speeding in vehicles?

21   A.   No.

22   Q.   And do you remember the video that Mr. Pertnoy showed you

23   about the cars being parked on the church lawn?

24   A.   Yes.

25   Q.   Did you hear anyone screaming to move cars in that video?
```

1  A.   No.   That video was taken by Mr. Carollo that night of

2  the -- no one else took it.   He went to do an undercover

3  operation, but he was discovered.   He didn't want to show us if

4  he had done that.

5      The next day, he went to do what he did but without him

6  coming up.   He was going to go to do the things with Miami

7  Parking Authority, but he was discovered.

8  Q.   And do you remember what explanation Commissioner Carollo

9  gave for being in a church parking lot after midnight?

10          MR. PERTNOY:   Objection.   Calls for hearsay.

11          THE COURT:   Overruled.

12          THE WITNESS:   Just that he was the law and that he

13  could be there.   He was allowed to be there and he had his

14  commissioner's sign on his dashboard in the car.

15  **BY MS. SUAREZ:**

16  Q.   And let's talk about the church lot.   Did you speak to the

17  church to park cars on that lot?

18  A.   Yes.

19  Q.   Did the church have any issue with you parking cars on

20  that lot?

21          MR. PERTNOY:   Objection.   Calls for hearsay.

22          THE COURT:   Overruled.

23          THE WITNESS:   No.

24  **BY MS. SUAREZ:**

25  Q.   In fact, during the day when the church is open, do the

 1    parishioners also park on that lot?

 2              MR. PERTNOY:  Objection.  Calls for speculation.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  Yes.

 5    **BY MS. SUAREZ:**

 6    Q.   Now I want to pull up -- or first, let me ask you, the

 7    audit that was done, the 36 times, that was in March of 2018?

 8    A.   Yes.

 9    Q.   The letter that Mr. Pertnoy showed you was from April of

10    2018, right?

11    A.   Yes.

12    Q.   And Mr. Pertnoy mentioned to you that you had mentioned

13    the letter that had the city attorney's name on it.  Do you

14    remember that?

15    A.   Yes.

16              MS. SUAREZ:  Your Honor, at this time, I'd like to

17    show the witness what we would like to mark as Plaintiffs'

18    Exhibit 448?

19              THE COURT:  Show it to defense first.

20              MR. PERTNOY:  Your Honor, I would object to this

21    document.  It's never been produced or disclosed and wasn't

22    discussed on cross.

23              Can we go to sidebar?

24              THE COURT:  Sure.

25                        (At the bench.)

 1          MS. SUAREZ:  Judge, it's a document that he was

 2     referring to that we didn't show signed by the city attorney.

 3     He opened the door to be introducing the document by saying he

 4     didn't see it here today.

 5          MR. PERTNOY:  It's not even on their exhibit list.

 6     It's never been produced.  It's never even been disclosed.  The

 7     first we're hearing about the document was his testimony

 8     yesterday, and now it's magically appearing today.  It's not

 9     how this is supposed to work.  They have to disclose it and

10     they didn't disclose it.

11          For them to now just be able to magically bring it

12     here and not even disclose it on their exhibit list as a

13     potential exhibit, I think that's unfair.  They could have done

14     so.  We could have interviewed this witness.  They identified

15     this witness on their witness list in the very beginning.  I've

16     identified it at every step of the way.  They could have

17     identified on their exhibit list at any point in time during

18     the pretrial procedure and they chose not to.

19          They don't get to now at trial for the first time

20     introduce an additional document.  It seems to me very

21     prejudicial, Your Honor.

22          THE COURT:  What document is this?

23          MS. SUAREZ:  It's a letter signed by the city about

24     the auditing, Your Honor.  We weren't intending to introduce it

25     but on cross, Mr. Pertnoy made it seem like it didn't exist

```
1   because he hadn't brought it with him.
2           THE COURT:  He doesn't have a copy of this exhibit
3   himself?
4           MS. SUAREZ:  He sent me this.
5           THE COURT:  Who sent this?
6           MS. SUAREZ:  The witness.
7           THE COURT:  When did he send it?
8           MS. SUAREZ:  A couple weeks ago.  I wasn't intending
9   to introduce it.  That's why it's not on the exhibit list.
10          MR. PERTNOY:  But now he's brought it up on cross.
11  They brought it up in their direct about the audits and
12  testifying.  They made a choice here, Your Honor.  Can I see
13  the date on it?
14          THE COURT:  This exhibit is clarifying what he stated
15  on cross-examination as to the number was inaccurate, that's
16  what it shows?
17          MR. PERTNOY:  I've never seen the document.  I'm
18  seeing it for the first time with you.  March 12, 2018.
19          THE COURT:  It's comports with what he's given to you
20  on cross-examination.  There's no difference.
21          MR. PERTNOY:  All right.  That's fine.  I've made my
22  objection, Your Honor.
23          THE COURT:  But it is what it is.  He says exactly
24  that the numbers written here, he already testified to that.
25  It shows exactly what he said --
```

```
 1              MR. PERTNOY:  The difference of --

 2              THE COURT:  -- on cross-examination.

 3              MR. PERTNOY:  I've made my objection, Your Honor.  If

 4    you're going allow it in --

 5              THE COURT:  He gave the evidence on cross.  It

 6    comports with what he has said.  It's not a surprise here.  He

 7    told you, you asked him the question.  If it was different, you

 8    can impeach him with that.  It's consistent to what he was

 9    giving.  You asked him on cross-examination.

10              MR. PERTNOY:  He also said it was from the city

11    attorney.  The city attorney happens to be cc'd.

12              THE COURT:  He sees the letter says city attorney.

13    You want to question whether the cc means copy or whatever, if

14    he knows.  If he does acknowledge he has a letter.

15              MR. PERTNOY:  By the way, it's not a letter to him.

16    He's not even addressed on this.  It's to Mr. Rojas.

17              THE COURT:  It's his business partner that you asked

18    him the same question.  You asked him about this business

19    partner, Rojas, and it's his signature as well.  It's his

20    company.

21              MR. PERTNOY:  Will I have an opportunity to recross

22    on it?

23              THE COURT:  Absolutely.  I'll give you an opportunity

24    to recross.

25              MR. PERTNOY:  Thank you.
```

```
 1                THE COURT:  You're welcome.
 2                          (In open court.)
 3   BY MS. SUAREZ:
 4   Q.   Mr. Garcia, can you see what's on your screen?
 5   A.   Yes.
 6                MS. SUAREZ:  Can we just show it to the witness for a
 7   moment?
 8   BY MS. SUAREZ:
 9   Q.   Is this the letter that you were referring to when
10   Mr. Pertnoy asked you that we didn't see any letter here today?
11                MR. PERTNOY:  Same objections, Your Honor.
12                THE COURT:  Objection is noted.
13                THE WITNESS:  Yes.
14   BY MS. SUAREZ:
15   Q.   And do you see the city attorney's name at the bottom of
16   the letter?
17   A.   Yes.
18   Q.   And what you said on direct was that it said her name but
19   not her signature, is that right?
20   A.   Yes.
21                MR. PERTNOY:  Objection.  Leading.
22                THE COURT:  Overruled.
23   BY MS. SUAREZ:
24   Q.   And you see that it says it changed from $11,281 to add
25   $1,679 in penalties?
```

1              MR. PERTNOY:  Objection.  Objection.  Misstates the

2    document.

3              THE COURT:  Sustained.

4              THE INTERPRETER:  This is the interpreter.  I'm

5    sorry, counsel.  The letter does not include the penalties.

6    **BY MS. SUAREZ:**

7    Q.   Got it.  And then did that change at some point?

8    A.   Yes.

9    Q.   And what was the change?

10   A.   This letter was March 12th and if I remember correctly,

11   the other one was March 16.  After I complained, they based

12   themselves on registries from Thursday, Friday, and Saturday,

13   and we showed with the records of Miami Parking Authority that

14   we did not work on Thursdays.  Penalties should go down.

15             MS. SUAREZ:  Your Honor, I would move to admit and

16   publish to the jury, please.

17             THE COURT:  All right.  Objection is noted for the

18   record.

19             MR. PERTNOY:  Thank you.

20   **BY MS. SUAREZ:**

21   Q.   Now, can we pull up Defense Exhibit 408?  Do you recognize

22   this as the document that Mr. Pertnoy showed you?

23   A.   Yes.

24   Q.   And Anthony Barcena works for Commissioner Joe Carollo,

25   right?

```
 1            MR. PERTNOY:  Objection.  Calls for speculation.

 2            THE COURT:  Sustained.

 3   BY MS. SUAREZ:

 4   Q.   Do you know if Anthony Barcena works for Commissioner Joe

 5   Carollo?

 6            MR. PERTNOY:  Objection.

 7            THE COURT:  What's the objection?

 8            MR. PERTNOY:  Calls for speculation.

 9            THE COURT:  Overruled, if he knows.

10            THE WITNESS:  I don't know who Anthony Barcena is.

11   BY MS. SUAREZ:

12   Q.   And do you see the date at the top of the letter?

13   A.   April 20, yes.

14   Q.   So was this after you had already been audited?

15   A.   Yes.

16   Q.   And do you see the Ball & Chain listed in this email?

17   A.   Yes.

18   Q.   Do you see a description of the Ball & Chain?

19   A.   Yes.

20   Q.   If we can go to the next page.  And do you see where it

21   says Soccer Cage?

22   A.   Yes.

23   Q.   And Madame Interpreter, can you read the sentence that

24   starts with, "However, people going to Sidebar" to the witness,

25   please?
```

```
 1              THE INTERPRETER:  You mean where it says however
 2    since people going to, right?
 3              MS. SUAREZ:  Yes.
 4    BY MS. SUAREZ:
 5    Q.   Mr.  Fuller was associated with the Sidebar business,
 6    correct?
 7              MR. PERTNOY:  Object to form.  Calls for speculation.
 8    Exceeds the cross.
 9              THE COURT:  Sustained.
10    BY MS. SUAREZ:
11    Q.   Do you know if Mr. Fuller was associated with the Sidebar
12    business?
13              MR. PERTNOY:  Same objections, Your Honor.
14              THE COURT:  Overruled.  If he knows.
15              THE WITNESS:  No, no, I don't know.
16    BY MS. SUAREZ:
17    Q.   Okay.  Do you see any descriptions on any of the other
18    restaurants besides the Ball & Chain and the Soccer Cage that
19    mentions Sidebar?
20    A.   No.
21    Q.   And can we go up to the first page?  Do you also do the
22    valet services for Casa Panza?
23    A.   Yes.
24    Q.   Does it say S.H. Valet right there?
25    A.   Yes.
```

```
 1   Q.   Is Casa Panza associated in any way with Bill Fuller or
 2   Martin Pinilla?
 3   A.   No.
 4   Q.   Have you had any issues with Casa Panza and the valet?
 5   A.   Never, not with Casa Panza, not with Catharsis.
 6   Q.   Is Catharsis owned by Bill Fuller and Martin Pinilla?
 7   A.   No.
 8   Q.   You've never had a problem there either?
 9   A.   Never.
10           MS. SUAREZ:  No further questions, Judge.
11           THE COURT:  All right.
12           MR. PERTNOY:  Recross?
13           THE COURT:  Yeah, as to that one document.
14           MR. PERTNOY:  Understood.  Can I ask plaintiffs'
15   counsel to please publish the document since we don't have it?
16           THE COURT:  It's up?  Has it been marked too?
17           MS. SUAREZ:  Yes, Your Honor.  Exhibit 448.
18           THE COURT:  448 is on the screen now.
19           MR. PERTNOY:  Are we able to get it so we can
20   actually see the part that's not cut off?  So, the only version
21   we have is this cut off, incomplete version.  Okay.
22                   -   -   -   -   -
23          **RECROSS EXAMINATION OF ALAIN GARCIA**
24   BY MR. PERTNOY:
25   Q.   So, I'd like to draw your attention to the second
```

1    paragraph where it says the parking revenue reported by S.H.

2    Valet Services to the City of Miami has been -- and it says G-R

3    underreported.

4              THE INTERPRETER:  May we enlarge the picture, please?

5    **BY MR. PERTNOY:**

6    Q.   Do you see that?

7    A.   Yes.

8    Q.   And aside from disputing the amount, whether it was

9    $12,000, $11,000, you don't dispute the fact that S. & H. did

10   not -- or you don't dispute the fact that they underreported

11   their income, correct?

12   A.   I have no reason to dispute that.

13   Q.   Okay.  So, in other words, you agree that you did not

14   follow the law and you were having to pay a penalty because of

15   that, correct, sir?

16   A.   No, no.  I do not accept that.

17   Q.   Okay.

18   A.   But I had to pay them for it because as you saw in the

19   previous article, the answer was the -- it stated this is an

20   order from Commissioner Joe Carollo that if you don't comply

21   with it, the business gets shut down.  So when you're in these

22   cases, you either accept it or not.  There's no way to dispute

23   this.

24        When I disputed it, what they did after their mistakes was

25   to add interest and penalties, so I don't understand how you're

1    making reference to my dispute and not the fact that there is

2    an official document from the financial their record and the

3    attorney Victoria Mendez.

4    Q.    To be clear, Victoria Mendez is just copied on this.  She

5    is not the person who sent you this letter, correct, sir?

6    A.    Then I need to say that the city, she's not -- should not

7    use the name of the attorney with a false penalty.  You should

8    focus on the fact this amount is false.

9    Q.    Well, you dispute the -- what the correct amount is but

10   you've already stated here that you agree that you

11   underreported your gross receipts in violation of the law,

12   correct, sir?

13   A.    No, I do not agree.  I had to agree with that.  The City

14   of Miami acts that way.  If you don't comply, even if it's

15   false, even if it's whatever, the City of Miami cancels your

16   permit.  That's how they are.  That's how they are.  How this

17   department acts.  How this Miami Parking Authority is and

18   that's why I was saying these things are unbelievable.  So you

19   have no way to explain to me how a financial department of the

20   city imposed a false penalty.

21   Q.    So to be clear, you parked where you were not permitted to

22   park, you didn't pay the tax you were not supposed to pay, you

23   underreported the amount you were supposed to pay, you didn't

24   maintain the documents you were supposed to, but it's the City

25   of Miami's fault and it's not yours, correct, sir?

```
 1              MS. SUAREZ:  Objection, Your Honor.  Counsel is
 2    testifying.  That's not what the witness said.
 3              THE COURT:  Sustained.
 4              MR. PERTNOY:  No further questions.
 5              THE COURT:  You may step down, sir.  May I see the
 6    lawyers briefly?
 7                          (At the bench.)
 8              THE COURT:  Who's the next witness plaintiff intends
 9    to call?
10              MS. CAPRIO:  Steven Miro.
11              THE COURT:  How long is his testimony?
12              MS. CAPRIO:  On my end, he'll be close to two hours.
13              THE COURT:  That long?  Wow.  We're breaking at 2:30
14    promptly as I mentioned.  We'll just take him at 1:00 after
15    lunch and promptly after that and come back on Friday.  We'll
16    start at 9:00 a.m.  All right?
17              MS. CAPRIO:  Okay.
18              THE COURT:  Who's after this witness?
19              MS. CAPRIO:  We didn't have anyone else here today
20    but --
21              THE COURT:  You didn't need to.  Who's tomorrow at
22    9:00 a.m.?
23              MS. CAPRIO:  I'm not sure who we'll start with.  We
24    have Paul George and also --
25              MR. GUTCHESS:  Orlando Diez and Michael Kunert.
```

```
 1                THE COURT:  How long do you have down for their
 2   testimony to get an idea?
 3                MS. CAPRIO:  We hope to rest next week before we go
 4   on break again next Wednesday.
 5                THE COURT:  Defense has about five, six days?
 6                MR. PERTNOY:  We'll look at ours and I think it might
 7   be about that.  Maybe a day beyond that.
 8                THE COURT:  No problem.
 9                          (In open court.)
10                THE COURT:  All right.  Ladies and gentlemen, we're
11   going to be in recess for lunch.  We will see you back here
12   promptly at 1:00 p.m.
13                Again, please remember my instructions.  Do not
14   discuss this case with anyone, even among yourselves.  Do not
15   formulate any opinions.  We'll see you back at 1:00.
16                As I already told you the schedule, we will break
17   promptly around 2:35, 2:40 tops for today.  We will pick up
18   tomorrow morning at 9:00 a.m, okay?  Thank you.
19                THE COURTROOM DEPUTY:  All rise for the jury.
20                (Thereupon, the jury exited the courtroom and
21                     the luncheon recess was taken.)
22
23
24
25
```

```
 1              THURSDAY AFTERNOON SESSION, APRIL 20, 2023

 2                      P-R-O-C-E-E-D-I-N-G-S

 3                              -  -  -

 4              (Call to the Order of the Court.)

 5         THE COURT:  You can bring the jurors.

 6         MS. SUAREZ:  There's one brief matter if we can

 7    address sidebar for Mr. Miro.

 8         THE COURT:  Yes.

 9                         (At the bench.)

10         MS. SUAREZ:  Your Honor, the defense listed two

11    exhibits, one is for prior employment of Mr. Miro and the other

12    ones is for post employment that he had from his city job.

13    They told me they intend to use it to show pattern and practice

14    of his credibility.

15         I think that's not the best evidence.  It's irrelevant

16    to his position at the City of Miami.  They're certainly free

17    to cross him on why he was hired, but the other positions are

18    not relevant to this case.  He was a former police officer for

19    Key Biscayne and I think he worked at Jackson Hospital after

20    the city.

21         MR. PERTNOY:  We do have those materials, Your Honor.

22    Whether we use it depends on what they do during their direct

23    examination.  With regard to --

24         THE COURT:  Such as what?

25         MR. KUEHNE:  I don't know what they're going do.
```

1          THE COURT:  You're saying it depends what they'll do.

2     You're entitled to interject.  What is your concern about?

3          MR. KUEHNE:  He was terminated from the City of Miami

4     by Mr. Blom.  Mr. Blom was aware of and had information about

5     very similar sexual harassment misconduct at the Key Biscayne

6     Police Department that led to an investigation and his

7     resignation two days after he was notified of the

8     investigation.

9          Mr. Blom determined in talking with the four women who

10    worked in Joe Commissioner Carollo's office, all of whom

11    claimed to be terrorized by his antics, by his leering and by

12    his overly aggressive conduct in their presence, that they

13    were, in fact, terrified, that it was valid.  That he had a

14    past of something similar in nature of sexual harassment, and

15    he made the decision to recommend to the commissioner that Miro

16    be terminated.

17         And this is all information that was presented when

18    Miro challenged his termination before the Civil Service Board

19    and it's all part of that record.  It's one of the issues that

20    I informed the Court would probably come up and why we needed

21    to keep Mr. Blom on recall as a potential witness for this in

22    the event that Mr. Miro gives some different version of his

23    termination and blames it all on Joe Carollo for whatever

24    reasons he's going to do.

25         THE COURT:  So what was the nature of the

1   termination?  What did the city say?

2          MR. KUEHNE:  The city said Mr. Blom said -- and he's

3   testified that he recommended to Mr. Carollo, Commissioner

4   Carollo that Miro was a disaster, an HR problem waiting

5   to happen, that he could not be around women, and that the four

6   claims made by the women of being harassed were the reason to

7   get rid of this guy knowing what he knew about the past that

8   Miro had and had not disclosed.

9          THE COURT:  Okay.

10          MS. SUAREZ:  If I may respond.  I didn't realize they

11   were going as far as the sexual harassment.  Mr. Miro filed a

12   lawsuit against the city and in that deposition --

13          THE COURT:  Slow down also.

14          MS. SUAREZ:  One of Mr. Carollo's former -- I believe

15   her name is Kiana admitted that Mr. Carollo was the one that

16   pressured her to report that Mr. Miro was sexually harassing

17   her.  I don't think that's relevant to this case whatsoever.

18   He's going to say he was terminated.  Whether he agrees or not

19   with their reasons is an issue, but it was not about sexual

20   harassment.

21          THE COURT:  Well, look, they can ask that question.

22   Whether he disagrees with it, he disagrees.  I think it's fair

23   they can explore to him why he was terminated.

24          MS. SUAREZ:  I agree, Your Honor, but I think the Key

25   Biscayne Police records and the Jackson Memorial employment

 1   records are completely irrelevant to what happened at the City

 2   of Miami.

 3          THE COURT:  Look, the Jackson Memorial records and

 4   Key Biscayne, I'm not going to allow.  However, if they say

 5   that he was fired, terminated due to sexual harassment, they

 6   can bring that up.  Absolutely they can bring that up, okay?

 7          MS. SUAREZ:  Okay.

 8          MR. KUEHNE:  Thank you, Your Honor.

 9                      (In open court.)

10          THE COURT:  Sir, you can bring the jurors, please.

11   Thank you.

12          THE COURT SECURITY OFFICER:  All rise for the jury.

13          (Thereupon, the jury entered the courtroom.)

14          THE COURT:  Thank you.  You may be seated everyone.

15   All right.  The jurors are all present and accounted for.

16          Plaintiff, call your next witness.

17          MS. SUAREZ:  Yes, Your Honor.  The plaintiffs call

18   Steven Miro.

19          THE COURTROOM DEPUTY:  Please raise your right hand.

20                      (Witness sworn.)

21          THE WITNESS:  I do.

22          THE COURTROOM DEPUTY:  Please state your name and

23   spell it for the record.

24          THE WITNESS:  Steven Miro.  S-T-E-V-E-N, last name

25   M-I-R-O.

```
 1              THE COURTROOM DEPUTY:  Have a seat.

 2                      -  -  -  -  -

 3              DIRECT EXAMINATION OF STEVEN MIRO

 4    BY MS. SUAREZ:

 5    Q.    Good afternoon, Mr. Miro.

 6    A.    Good afternoon.

 7    Q.    Tell us a little bit about your educational background.

 8    A.    My educational background, I went to Miami-Dade College

 9    and the police service academy.  I also went to Tallahassee

10    Community College which is a Pat Thomas Law Enforcement Academy

11    and I got my FDA certification.  Then I went to University of

12    Miami to get my paralegal certification.

13    Q.    Where do you work today?

14    A.    I work in public safety at Jackson Memorial Hospital which

15    is our county hospital, and I'm also on the executive board for

16    AFSCME, the American Federation of State, County and Municipal

17    Employees.  We represent 5200 county employees.

18    Q.    And is that a union for county employees?

19    A.    Yes.

20    Q.    Do you know Commissioner Joe Carollo?

21    A.    I do.

22    Q.    Which district is he assigned to?

23    A.    District 3.

24    Q.    And how did you meet him?

25    A.    My godfather put me in contact with him.
```

```
1    Q.    And when was that?

2    A.    I believe January of 2017.

3    Q.    And once you were put in contact with him, what happened

4    next?

5    A.    We coordinated a meeting.  We met for coffee.  He was

6    running at the time for commissioner, and he told me his

7    platform.  I thought it was good platform.  It was based on

8    building 10,000 work force housing, enhance police, and

9    beautify the neighborhood.

10   Q.    And did you eventually work for Mr. Carollo?

11   A.    I did, yes.

12   Q.    When did you start working for him?

13   A.    I believe in February.  I worked about a month like pro

14   bono, and then I was on his campaign payroll, possibly in

15   March.

16   Q.    And what did you do for his campaign?

17   A.    I was an advisor/campaign manager.

18   Q.    And did you work closely with him in that role?

19   A.    Daily, yes.

20   Q.    What -- tell me a little bit about what your day-to-day

21   looked like.

22   A.    My day-to-day -- well, I cut out the maps for the district

23   to knock on doors.  I went to his house, I would pick him up.

24   We'll drive around the neighborhood or take him to events or

25   what have you.
```

1    Q.    And who else worked for his campaign?

2    A.    You had Marc Sarnoff, he was a bundler.  He raised

3    thousands of dollars.  You had Alex Portilla, you had CJ

4    Jimenez, Tanya Cruz and Ben Kuehne was his attorney at the

5    time.

6    Q.    Why did you decide to help Commissioner Carollo with his

7    campaign?

8    A.    Well, I thought his platform was good.  And I recently

9    moved into the neighborhood so I wanted to make it look right.

10   Q.    And once the campaign was over, did Commissioner Carollo

11   bring you onto his staff at the city?

12   A.    He did.  He did, yes.

13   Q.    And what was your position there?

14   A.    My position was district liaison.

15   Q.    And what did that position entail?

16   A.    Well, when I started with him, he was going through his

17   litigation of the residency issue.  So for the entire month,

18   you know, he was not there.  But mainly, I would wait for his

19   phone call and start my day.  Also in the beginning, we met

20   with staff and attempted to put an agenda together.

21   Q.    And was he your direct boss at that time?

22   A.    Yes.

23   Q.    Did he give you instructions on what to do throughout the

24   day?

25   A.    Yes.

```
 1   Q.   And do you know the plaintiffs in this case?

 2   A.   I do.

 3   Q.   How do you know them?

 4   A.   During the campaign, Carollo told me to go meet with them.

 5   I met with them.  They had properties in Little Havana.  And we

 6   met and I reported back to Joe Carollo.

 7   Q.   And did Commissioner Carollo know who the plaintiffs were

 8   at that time?

 9   A.   Yes, he did.

10   Q.   How do you know that?

11   A.   Well, then Miami Parking Authority director, now then city

12   manager Art Noriega put them in contact together.

13   Q.   And did they meet?

14   A.   Yes.

15   Q.   Did Commissioner Carollo want their support?

16   A.   Yes.

17   Q.   Did Commissioner Carollo have anything bad to say about

18   Bill or Martin at that time?

19   A.   At that time, no.

20   Q.   And did Commissioner Carollo ever tell you that Mr. Fuller

21   at that meeting told him he wanted help with Tower Hotel

22   violations?

23   A.   That never came up.

24   Q.   And can you just run through what the main campaign

25   messaging was for Commissioner Carollo then?
```

```
 1   A.   It was building 10,000 work force housings.  Nothing was
 2   built yet to this day.  Enhance police.  The budget is still
 3   the same, and beautify the streets.  The streets are still
 4   dirty to this day also.
 5   Q.   Was there any campaign messaging about code violations?
 6   A.   None.
 7   Q.   Any code violations about controlling outdoor music?
 8   A.   No.
 9   Q.   And which voter groups did Commissioner Carollo focus on
10   during the election?
11   A.   65 plus, Section 8 housing, elderly.
12   Q.   Did he do anything special for those voter groups while he
13   was running?
14   A.   Yes, he did.
15   Q.   What did he do?
16   A.   We purchased cakes, give them pastries, we did raffles for
17   them.  He spoke for hours to them.
18   Q.   Did he ever drive them to the voting locations?
19   A.   Yes.
20   Q.   Let's talk about the weekend of November 18, 2017.  Are
21   you aware of a political rally that occurred on that day?
22   A.   Yes.
23   Q.   And what was the political rally for?
24   A.   It was for our runoff opponent, Alfie Leon.  There was a
25   ton of Alfie Leon signs, there was a tent, chairs, food truck.
```

```
 1   It was I guess a get out the vote campaign.
 2   Q.   And who exactly was Alfie Lee Leon?
 3   A.   He was Carollo's opponent in the runoff for District 3.
 4   Q.   And so at this point, it was a runoff election.  Had there
 5   been an initial election first?
 6   A.   Yes, correct.
 7   Q.   Were they the only two candidates left at this point?
 8   A.   Yes, they were.
 9   Q.   And where was the rally located?
10   A.   It was located adjacent to one of the voting sites, the
11   Little Havana Library.
12   Q.   And was that location owned by the plaintiffs?
13   A.   Yes, it was.
14   Q.   Did you pass by the rally on that day?
15   A.   Yes, I did.
16   Q.   What happened when you got there?
17   A.   When I got there, I saw the exact same thing.  Multitude
18   of signs, people there, getting food.  Chairs, a tent.  I took
19   pictures and I reported back to Carollo.
20   Q.   Why did you take the initiative to go out to the rally in
21   the first place?
22   A.   I didn't take the initiative.  Carollo told me to go.
23   Q.   And why did he want you to go?
24   A.   To see what was going on.
25   Q.   Did he find out about the rally before you did?
```

```
 1   A.    He did.

 2   Q.    Did he ask you to call anyone on that day?

 3   A.    Yes.

 4   Q.    Who did he call?

 5   A.    I called Mary Lugo.

 6   Q.    And who's Mary Lugo?

 7   A.    Mary Lugo is a city employee.  She's also on work release

 8   with the union, and she was helping us with the campaign.  The

 9   union endorsed the candidacy of Joe Carollo.

10   Q.    Did you meet her during the time that you were working on

11   the campaign?

12   A.    Yes.

13   Q.    And does she have any other experiences in the City of

14   Miami?

15   A.    I believe so.  She works for Code, and Zoning, Planning

16   and Zoning.

17   Q.    Would she have contacts in the Code Enforcement

18   Department?

19   A.    Absolutely.

20   Q.    And did you end up calling her on that day?

21   A.    I did, yes.

22   Q.    Did she come out to the rally?

23   A.    She did.

24   Q.    Did any other city officials come to the rally that day?

25   A.    City officials, in the sense of we had police show up, and
```

```
 1    a Code Enforcement inspector showed up as well.

 2    Q.   And about how long after you spoke to the commissioner did

 3    the police and Code Enforcement arrive?

 4    A.   About 30 minutes to an hour.

 5    Q.   And then the next day on November 19th, 2017, was there

 6    another political rally?

 7    A.   Yes, same get out to vote campaign.

 8    Q.   Was it put on by the same individuals?

 9    A.   It was, yes.

10    Q.   Was it also in the same location?

11    A.   Yes, it was.

12    Q.   And on that day, did you see Mr. Pinilla there?

13    A.   I did, yes.

14    Q.   And at the time that these rallies were happening, did you

15    know that they were being held on the plaintiffs' properties?

16    A.   I did not, but Carollo told me they were on their

17    property.

18    Q.   At the time they were happening?

19    A.   Yes.

20              MS. SUAREZ:  Okay.  If we can put up Plaintiffs'

21    Exhibit 6 to the witness.

22              MR. KUEHNE:  No objection.

23              MS. SUAREZ:  Your Honor, move to admit and publish to

24    the jury.

25              THE COURT:  Granted.
```

```
 1                    (Plaintiffs' Exhibit 6 Received.)

 2   BY MS. SUAREZ:

 3   Q.   Do you recognize this text exchange?

 4   A.   Yes.

 5   Q.   And what is it?

 6   A.   It's a text from me to the plaintiff, Mr. Bill Fuller.

 7   Q.   And do you see where it says November 19, 2017 at 1:56

 8   p.m.?

 9   A.   Yes.

10   Q.   And is the green message Mr. Fuller's message?

11   A.   Yes, it was.

12   Q.   And what did he say to you there?

13   A.   They should be leaving the site.  Please let me know if

14   they don't.

15   Q.   What did you respond?

16   A.   I replied that music is still playing.

17   Q.   And so before you sent this text message, had you

18   communicated with Mr. Fuller?

19   A.   I believe so, by phone, yes.

20   Q.   And what had you told him?

21   A.   That there is something going on on your property.  It's a

22   get out the message campaign; something to that effect.

23   Q.   So you communicated with him through these text messages

24   that the music was still playing and it was too loud.  Is

25   that -- does that seem accurate?
```

```
 1   A.   I said the music was still playing because it was gaining
 2   attraction.  Voters were coming to it, and also the neighbors.
 3   Q.   And what was the problem with getting voters and neighbors
 4   to come out to the get out the vote rally?
 5   A.   We wanted to win, meaning the Joe Carollo campaign.  If
 6   they go to that site, that means they're possibly going to vote
 7   for the opponent.
 8   Q.   And did Commissioner Carollo eventually get elected?
 9   A.   He did.
10   Q.   And to your knowledge, did he ever speak to the plaintiffs
11   after that?
12   A.   No.
13   Q.   Do you know if the plaintiffs ever tried to make an effort
14   to speak to Commissioner Carollo?
15   A.   Yes, they made an attempt.  We won the election.  Just so
16   happens Bill texted him and the reason I know that is because
17   Bill texted me.  I called him and he said congratulations, man.
18   Hopefully we can work together and I said thank you.
19        When I hung up, I told Joe Carollo, hey, Bill just called
20   me -- and excuse my French, he said fuck you, fuck him.
21   Q.   And you mentioned some litigation earlier surrounding
22   Commissioner Carollo's election.  Did I hear that correctly?
23   A.   Yes.
24   Q.   And what was the issue there?
25   A.   It was a residency issue that the opponent brought out.
```

```
 1   Q.   And the opponent would be Alfie Leon?

 2   A.   Alfie Leon, yes.

 3   Q.   Did Carollo express anything to you about that lawsuit

 4   related to the plaintiffs?

 5   A.   Yes.  He mentioned -- well, first, Alfie, you know, worked

 6   for his brother prior so Carollo's concocted how is this guy

 7   making the money, how is he affording this lawsuit, et cetera,

 8   so I guess somehow he concocted that it was the plaintiffs and

 9   there was then Commissioner Xavier Suarez, and now Mayor Vince

10   Lago were funding this lawsuit.

11   Q.   And did you believe that this was another reason why

12   Commissioner Carollo never again spoke to the plaintiffs?

13            MR. KUEHNE:  Objection.  Speculation.  His belief.

14            THE COURT:  Sustained.

15   BY MS. SUAREZ:

16   Q.   Once Commissioner Carollo was in office, did you ever hear

17   about the plaintiffs from him again?

18   A.   Yes.

19   Q.   Tell me a little bit about that.

20   A.   Well, now that we took office, going backwards a little

21   bit, in the park when he told his speech to the supporters, he

22   said there was a new sheriff in town.

23   Q.   And why did that stick out to you as being related to the

24   plaintiffs?

25   A.   Well, the plaintiffs own a substantial amount of real
```

 1    estate within the corridor of Little Havana.  And, you know,

 2    Carollo considered them an enemy.

 3    Q.   Are you familiar with the idea or the concept of voter

 4    fraud?

 5    A.   Yes.

 6    Q.   What is it?

 7    A.   Well, there's different types of voter fraud.  There's

 8    absentee ballot fraud, there's also election fraud in the sense

 9    if you have homesteaded your property and you go to vote where

10    you're not supposed to, there is, I guess, fraud involved.

11         Now backtracking a little bit, while Carollo and I were

12    standing at Robert King High and one of the precincts --

13              MR. KUEHNE:  Objection, Your Honor.  I think the

14    witness long ago answered the question that was pending and now

15    he's offering commentary.

16              THE COURT:  Overruled.

17    **BY MS. SUAREZ:**

18    Q.   Go ahead.

19    A.   Thank you.  So once we were at Robert King High, there was

20    a huge block of votes there.  Carollo and I, we saw the

21    plaintiff and his father go vote there, and Carollo didn't make

22    a big stink.

23         Then but afterwards, we did some research as to the

24    plaintiffs' properties and the residential borders that are

25    within those properties.

```
 1   Q.   Do you know if Commissioner Carollo ever reported
 2   Mr. Fuller for voter fraud?
 3   A.   He attempted to, yes.
 4   Q.   To which department?
 5   A.   Well, he I know he went to FDLE and there was some
 6   rumblings he also went to the FBI.
 7   Q.   What is the FDLE?
 8   A.   Florida Department of Law Enforcement.
 9   Q.   And you mentioned some research on Mr. Fuller's properties
10   and his family members.  Did I hear that correctly?
11   A.   Yes.
12        MS. SUAREZ:  If we could show Plaintiffs' Exhibit 208
13   to the witness.  Any objection?
14        MR. KUEHNE:  Can you publish to us first?
15        MR. PERTNOY:  Go back to the top, please.  No
16   objection.
17        MS. SUAREZ:  Move to admit and publish, Your Honor.
18        THE COURT:  It's admitted.
19            (Plaintiffs' Exhibit 208 Received.)
20   BY MS. SUAREZ:
21   Q.   Do you recognize this document?
22   A.   Yes.  It's an email from me to Joe Carollo.
23   Q.   And what's the date of this email?
24   A.   December 19, 2017.  We already -- he already assumed
25   office and there's an attachment for properties.
```

```
 1    Q.   Can we scroll down to the attachment, please?  And is this

 2    the list of properties that you researched?

 3    A.   Yes.

 4    Q.   And do you see where there's a column for property owners?

 5    A.   Yes.

 6    Q.   As far as you're aware, are these all Mr. Fuller's and

 7    associated family members' properties?

 8    A.   Yes.

 9    Q.   And did you ever, yourself, tell Mr. Carollo that he

10    should report Mr. Fuller for voter fraud?

11    A.   No, the election was over with.  It was time to work for

12    the people that elected us.

13    Q.   So was the research done by you without his instruction?

14    A.   Of course not.

15    Q.   And did Commissioner Carollo ever have a different list

16    with just Mr. Fuller's properties on it?

17    A.   He did, yes.

18    Q.   How do you know that he has a list?

19    A.   I know he has a list.  I don't know who did it for him.

20    But while in the office, in the conference room he gave me a

21    copy to make.  I made ten copies and I gave him back nine and I

22    kept one.

23         MS. SUAREZ:  And if we could show Plaintiffs' Exhibit

24    304 just to the witness and opposing counsel.

25         MR. KUEHNE:  Objection to Plaintiff 304, Your Honor.
```

```
 1             THE COURT:  What's the objection?

 2             MR. KUEHNE:  Foundation.  The document has no

 3   identifiable markers on it.  It has no date, no anything that's

 4   identifiable whatsoever.

 5             THE COURT:  You want to show it to the witness and

 6   inquire further?

 7             MS. SUAREZ:  Yes, Your Honor.
```

**BY MS. SUAREZ:**

```
 9   Q.   Mr. Miro, do you recognize this document?

10   A.   I do.

11   Q.   What is it?

12   A.   It's a document that Joe Carollo handed me in his office

13   to make ten copies and which I gave him nine and I kept one.

14   Q.   And does it fairly and accurately represent what you

15   remember the list to look like?

16   A.   Yes.  It was more detailed than the one I created.

17             MS. SUAREZ:  I would move to admit at this time,

18   Judge.

19             THE COURT:  Any objection?

20             MR. KUEHNE:  Yes, Your Honor.  Objection, foundation.

21             THE COURT:  Overruled.

22             MR. KUEHNE:  Timeframe.

23             THE COURT:  Overruled.  It's admitted.

24             (Plaintiffs' Exhibit 304 Received.)

25             MS. SUAREZ:  If we can publish to the jury, please?
```

1   **BY MS. SUAREZ:**

2   Q.   So can you just run through all the different details that

3   are on this list?

4   A.   Yes.  Sequence, it has property and sequence.  Then it has

5   addresses, the building size, the lot size, folio number,

6   zoning, sale price, date sold, and the name of the corporation

7   or the entity that owns the property.

8   Q.   And do you know if all of these entities are owned by the

9   plaintiffs?

10          MR. KUEHNE:  Objection.  Foundation.

11          THE COURT:  Overruled.  If he knows.

12          THE WITNESS:  It appears they are.

13  **BY MS. SUAREZ:**

14  Q.   And what did Commissioner Carollo do with this list?

15  A.   Well, he kept the list.  I guess he made -- he wanted nine

16  copies because he kept one in his jacket, inner jacket in his

17  back pocket.

18  Q.   Why did he do that?

19  A.   Well, to know when he came across a property --

20          MR. KUEHNE:  Objection.  Foundation, speculation.

21          THE COURT:  Sustained.

22  **BY MS. SUAREZ:**

23  Q.   Did you see Commissioner Carollo walking around with other

24  city officials in Calle Ocho?

25  A.   Yes.  He did that several times.

```
 1   Q.   Were you present for some of those times?

 2   A.   I was.

 3   Q.   And what would he do on these walks?

 4   A.   He will -- well, we started off always on 16th and 8th in

 5   the pub, restaurant to restaurant and Little Havana and we'll

 6   start there, city officials, and we'll just walk eastbound and

 7   come back westbound, and come back to our main point.

 8        While walking, Carollo would show the properties of just

 9   the plaintiffs, of what's wrong with them or what he appears

10   are wrong and you'll have city officials are the Code

11   Enforcement officers take notes of what's occurring.

12   Q.   And so did those properties that he would point out

13   correspond to the ones that we just saw on the list?

14   A.   They would.

15   Q.   And are you aware of any other lists that Commissioner

16   Carollo created for any other business owner?

17   A.   I am not aware of any other list.

18   Q.   Have you ever seen any other commissioner create such a

19   list?

20        MR. KUEHNE:  Objection.  Foundation.  No basis.

21   Relevance.

22        THE COURT:  Overruled.

23        THE WITNESS:  I don't know of any commissioner that

24   makes a list; any type of list like this.

25
```

 1   **BY MS. SUAREZ:**

 2   Q.   And when did Commissioner Carollo's research into the

 3   plaintiffs begin?

 4   A.   It began after he assumed office.

 5   Q.   Was that in December of 2017?

 6   A.   Could be, yes.

 7   Q.   And did Commissioner Carollo ever research the plaintiffs'

 8   business partners?

 9   A.   Yes, he did.

10         MS. SUAREZ:  If we could show Plaintiffs' Exhibit 9

11   to the witness and opposing counsel.

12         MR. KUEHNE:  Which one is that?

13         MS. SUAREZ:  Plaintiffs' Exhibit 9.

14         MR. KUEHNE:  No objection.

15         THE COURT:  All right.  It's admitted without

16   objection.

17              (Plaintiffs' Exhibit 9 Received.)

18         MS. SUAREZ:  I would ask to publish it please, Judge.

19         THE COURT:  Granted.

20   **BY MS. SUAREZ:**

21   Q.   Mr. Miro, do you recognize this document?

22   A.   I do.

23   Q.   What is it?

24   A.   It's an email from me to Joe Carollo.  The subject heading

25   is Ben Bush, one of the plaintiffs' business partners with the

```
 1   address 521 SW 8th Street?
 2   Q.   And do you know what is at 521 SW 8th Street?
 3   A.   I believe it was La Taquerias Mexicano.
 4   Q.   And why were you sending Commissioner Carollo a summary of
 5   one of the plaintiffs' business partners?
 6   A.   Well, we saw one of the business partners on one of our
 7   walk-throughs and he found out the last name ironically was
 8   Bush, so he wanted to know if they were affiliated with the
 9   Governor Bush that Carollo has an issue with Governor Bush as
10   well and the Bush family.
11   Q.   When you saw Mr. Ben Bush on that day, was there any
12   exchange with Commissioner Carollo?
13   A.   I believe it was not Ben.  I believe it was Zach, yes.
14   Q.   Did he know that he had a brother named Ben?
15   A.   Well, I think when we did the research, both came up
16   because they both own or are in conjunction with plaintiffs.
17   Q.   And have you ever heard of Sanguich?
18   A.   I have.
19   Q.   What is that?
20   A.   It's a sandwich shop that's in a container.  They
21   refurbished it into a sandwich shop, a running sandwich shop
22   with what's called a puerta or a doorway where they serve the
23   sandwich.
24   Q.   Is it still in a storage container type of place today?
25   A.   No, it's not.
```

```
 1   Q.   So, in 2017, was it located in a storage container?
 2   A.   It was.  It was adjacent to the plaintiffs' property.
 3   Q.   And was the container similar to the ones that are at the
 4   wharf?
 5   A.   Correct, yes.
 6   Q.   And which of the plaintiffs' properties was it adjacent
 7   to?
 8   A.   It was Futurama.  It's the plaintiffs' headquarters, if
 9   you will.
10   Q.   Do you know what Futurama has inside?
11   A.   It has art galleries inside.
12   Q.   So were the owners of Sanguich using the plaintiffs'
13   property next to Futurama for the storage container?
14            MR. KUEHNE:  Objection.  Foundation.
15            THE COURT:  Sustained.
16   BY MS. SUAREZ:
17   Q.   Where was the storage container located?
18   A.   Adjacent to the plaintiffs' property Futurama.
19   Q.   Were they tenants?
20   A.   Yes.
21   Q.   And did you know that they were the plaintiffs' tenants
22   while you were District 3 liaison?
23   A.   I did.
24   Q.   Did Commissioner Carollo know that?
25   A.   Yes, he did.
```

```
 1    Q.    And did Commissioner Carollo ever mention Sanguich to you?
 2    A.    He did.
 3          MS. SUAREZ:  If we could show Plaintiffs' Exhibit 10
 4    to the witness and opposing counsel.
 5          MR. KUEHNE:  No objection to Plaintiff 10.
 6          THE COURT:  All right.
 7          MS. SUAREZ:  Move to admit, Judge.
 8          THE COURT:  Granted.
 9              (Plaintiffs' Exhibit 10 Received.)
10          MS. SUAREZ:  And can we publish to the jury?
11          THE COURT:  Yes.
12          MS. SUAREZ:  Ask you scroll all the way down to that
13    middle part.
14    BY MS. SUAREZ:
15    Q.    Do you see the bottom of this document, Mr. Miro?
16    A.    Yes, I do.
17    Q.    What's the subject of that?
18    A.    Subject:  Please give me a call.
19    Q.    And so did you speak to Ms. Salvatierra on that day?
20    A.    I believe I did.
21    Q.    Why did you speak to her?
22    A.    I guess we wanted information on the property in which
23    they then sent me an email of this document.  All I did was
24    forward it to Commissioner Joe Carollo.  I apologize, I don't
25    know anything about Code Enforcement so --
```

```
 1              MS. SUAREZ:  And if we can put up Plaintiffs'
 2    Exhibit 16 to the witness and opposing counsel.
 3              MR. KUEHNE:  No objection to Plaintiff's 16.
 4              THE COURT:  Okay.
 5              MS. SUAREZ:  Move to admit and publish, Judge?
 6              THE COURT:  Granted.
 7                   (Plaintiffs' Exhibit 16 Received.)
 8    BY MS. SUAREZ:
 9    Q.   Do you recognize this document, Mr. Miro?
10    A.   Yes.
11    Q.   And on the top there, who was the email from?
12    A.   It's from the city attorney, Victoria Mendez to the
13    Commissioner Joe Carollo and myself.  I guess it's an FYI to
14    the trend of emails down below.
15    Q.   Can we scroll down?  Can you read what it says there?
16    A.   Good evening.  I conducted an inspection at 07:40 hours at
17    Sanguich de Miami location.  At this time, it's closed.  Please
18    see attached pictures.
19    Q.   Can we scroll down to the pictures?  Is this what you
20    recall the storage container looking like?
21    A.   Yes.
22    Q.   And so was this a second occasion that Code Enforcement
23    had gone out to Sanguich?
24    A.   I don't remember what occasion it was.  I know they went
25    out quite a few times.
```

```
1    Q.   And did you directly call Code Enforcement on that first

2    occasion to go out to Sanguich?

3    A.   I've called them.  I remember calling them.  I don't

4    remember if it was the first, second, third, fourth occasion.

5    Again, every complaint that I got came from Joe Carollo.

6    Q.   And was Sanguich a popular spot in Little Havana?

7    A.   It was.  It had lines and it showed up in magazines as

8    well.

9    Q.   Did you ever hear any residents complaining about the

10   location?

11   A.   No.  Only from Commissioner Carollo.

12   Q.   Did you ever see any evidence that they were serving

13   spoiled food?

14   A.   No.

15   Q.   And did the owners of Sanguich ever express concern to the

16   city?

17            MR. KUEHNE:  Objection.

18            THE WITNESS:  They did.

19            THE COURT:  What's the objection?

20            MR. KUEHNE:  The objection is hearsay.  Did the

21   owners do something.

22            THE COURT:  Overruled.  You can answer.

23            THE WITNESS:  I'm sorry, Ms. Suarez, can you repeat

24   the question?

25
```

 1    **BY MS. SUAREZ:**

 2    Q.   Did the owners of Sanguich ever express concern to the

 3    city, specifically to Commissioner Joe Carollo?

 4    A.   No.  Joe Carollo made the complaints.

 5    Q.   No, but I'm asking if the owners of Sanguich ever

 6    expressed concerns to Joe Carollo?

 7    A.   They did.  They came to our office, the office at city

 8    hall to speak.

 9    Q.   And what happened?

10    A.   Took them to the back of the office, they sat down.

11    Carollo mentioned that there's a new sheriff in town and if

12    they're willing to relocate, they'll be fine.  Just cannot be

13    on plaintiffs' property.

14    Q.   And did anyone else at the city take the Sanguich owners'

15    concerns seriously?

16    A.   No.

17    Q.   Why not?

18    A.   Because --

19              MR. KUEHNE:  Objection.  Foundation.  Why somebody

20    else took some action.

21              THE COURT:  Sustained.

22    **BY MS. SUAREZ:**

23    Q.   Did Commissioner Carollo take the Sanguich owners'

24    concerns seriously?

25    A.   No, he did not.

1   Q.   And have you heard of an ordinance about temporary use

2   permits?

3   A.   Yes.

4           MS. SUAREZ:  If we could show Plaintiffs' Exhibit 12

5   to the witness and opposing counsel only.

6           MR. KUEHNE:  Objection, Your Honor.  And I believe

7   this merits a sidebar.

8                       (At the bench.)

9           THE COURT:  What's the objection?

10          MR. KUEHNE:  Your Honor, we've raised this objection

11  before in Plaintiffs' Exhibit 106 is temporary use permit

12  ordinance.  This Court ruled in docket entry 186 that the TUP

13  and the ordinance were not part of this case, were protected by

14  legislative privilege, and was excluded from this case.  And

15  that's Your Honor's ruling DE 186 which is the law of the case.

16  The case went up to the Eleventh Circuit as you know on a

17  couple occasions.

18          MS. SUAREZ:  Judge, what I'm talking about is

19  Plaintiffs' Exhibit 12.  It doesn't have the ordinance on it.

20  It's just produced through a public records request.  This was

21  produced through a public records request and it's specifically

22  Mr. Miro directing them to add a specific portion.  And

23  legislative privilege was overcome by the fact that they

24  produced it in a public records request.

25          THE COURT:  This is a public record request here?

```
 1              MR. KUEHNE:  Judge --

 2          MS. SUAREZ:  City email.

 3              MR. KUEHNE:  I presume this came from city records.

 4   A publication has nothing to do with legislative privilege.

 5   It's not -- legislative privilege is not a privilege from

 6   people not knowing it.  As the Court knows from DE 186, the

 7   legislative privilege is a privilege on use and admissibility.

 8              This email is directly a part of that legislation.  Of

 9   course, it's produced by the city.  It would be required to be

10   produced by the city.  That's not an attorney/client

11   confidentiality, and it is directly in reference to the TUP and

12   this Court made a clear definitive ruling on that well before

13   actually May 13, 2021.

14          MS. SUAREZ:  Your Honor, in terms of it relating to

15   this case, the TUP specifically applies to the Sanguich owners,

16   the property that is pled in the complaint.

17          THE COURT:  I didn't hear you.

18          MS. SUAREZ:  This is in terms of it applying in this

19   case, it relates to the Sanguich owners, the property that I

20   was just asking about.

21              MR. KUEHNE:  Your Honor, I know you're reading so I

22   don't want to interrupt.

23          THE COURT:  Go ahead, sir.

24              MR. KUEHNE:  That language is exactly what the

25   ordinance is.  That's language for creating an ordinance,
```

1    creating the resolution that the Court determined falls within

2    the ambit, the legislative ambit, the passage of the ordinance

3    disallowing TUP's in District 3.

4            MS. SUAREZ:  I'm not asking about the background of

5    the ordinance.  I'm just asking what it says and who it applied

6    to.  That's all I'm going to ask that about document.

7            MR. KUEHNE:  Judge, that's exactly what legislative

8    privilege is all about.

9            THE COURT:  You want to ask him to whom does it

10   apply?

11           MS. SUAREZ:  Yes.

12           THE COURT:  What's the issue?  Does it not apply to

13   them?

14           MR. KUEHNE:  Your Honor, I'll read from DE 186, the

15   Court's ruling.

16           THE COURT:  Okay.

17           MR. KUEHNE:  The only allegations that would fall

18   within the legislative ambit are those concerning the passage

19   of ordinance one 137733 which disallowed TUPs in District 3

20   only.  Thus, as to the allegations directly relating to the

21   passage of ordinance 137733, defendant is entitled to

22   legislative privilege.

23           THE COURT:  Is it related to 137733?

24           MR. KUEHNE:  Yes, Judge.

25           THE COURT:  I'm going to sustain the objection.

1         MS. SUAREZ:  I would just add the application of an

2    ordinance does not fall within legislative privilege.  We have

3    some case law on that if Your Honor wants to read it.

4         THE COURT:  You can give the case law later.  Right

5    now, I'm going to sustain the objection.  If you want to give

6    it to them for hearing later, this hearing is going to last for

7    quite a while.  As of right now, I'm going to sustain it.

8    Continue briefing the case law and this Court may consider.

9         MR. GUTCHESS:  I would say that all morning, they

10   read the Code of Ordinances with the last witness.  It's a

11   little disingenuous to now say that we can't read it with this

12   witness.

13        MR. KUEHNE:  Judge, let me be clear on this.  Your

14   Honor made a definitive ruling on legislative privilege.  We

15   raised a number of matters and the Court has determined that

16   was not legislative privilege and those matters have gone

17   before the Eleventh Circuit.  We accept the law of the case.

18        And for the plaintiff to argue that we are somehow

19   making disingenuous arguments completely misses what this Court

20   ruled on this particular item.

21        THE COURT:  I understand that, Mr. Kuehne.  Again, I

22   sustained the objection.  I'm going to give you an opportunity

23   if the case law says otherwise, I will consider it.  At this

24   point, I'm sustaining the objection.

25        MR. KUEHNE:  I understand, Judge.

```
 1                         (In open court.)

 2   BY MS. SUAREZ:

 3   Q.   So, Mr. Miro, I want to move to February 17, 2018 into the

 4   overnight of February 18th, 2018.  Do you know what Ball &

 5   Chain is?

 6   A.   Yes.

 7   Q.   What is it?

 8   A.   It's a club per say.  It's also a restaurant/bar.

 9   Q.   Where is it located?

10   A.   In Little Havana.  8th Street and approximately 16th

11   Avenue.

12   Q.   And is it a popular location in Little Havana?

13   A.   It was.

14   Q.   Is it owned by the plaintiffs?

15   A.   Yes.

16   Q.   And did you visit the valet lot that was being used for

17   the Ball & Chain on February 18, 2018?

18   A.   I did.

19   Q.   Why did you go there?

20   A.   Well, some background.  My wife and I left the restaurant.

21   Carollo called me to meet him at the pub.  I showed up with my

22   wife unfortunately, and they took her on this midnight hiatus.

23        When we got down from the pub, I saw Carollo with his

24   baseball cap and his jacket and also Mary Lugo was present.

25   Then that's when we went out to the midnight hiatus.
```

```
 1   Q.   And what was the purpose of this midnight hiatus?

 2   A.   It was to check on the plaintiffs' properties, what

 3   happens at night.

 4   Q.   And did you all come into contact with anyone at the valet

 5   lot?

 6   A.   We did.  The valet lot being used by the church and we saw

 7   a gentleman there.  An interaction ensued, the gentleman stated

 8   why are you going after the little people?  And Carollo went

 9   back and fired off you work for a millionaire.  The guy said he

10   was going to call the cops.  Carollo said I am the law and from

11   the center console, he raised an official city business placard

12   that's given to them to get free parking.  That's what he used.

13   He put it back down and maybe some other interaction occurred.

14   I can't remember.  I remember that.

15   Q.   Did he ever say he was conducting an investigation?

16   A.   Oh, he did say that also.

17        MS. SUAREZ:  I'd like to show Plaintiffs' Exhibit 293

18   and 316 which were already admitted yesterday.

19        MR. KUEHNE:  I did not hear those.  316 and 293?

20   Your Honor, just preserving those objections made yesterday

21   before these exhibits were introduced.

22        THE COURT:  It's noted.

23        MS. SUAREZ:  If you could play the video, please.

24                  (Video played in Spanish.)

25
```

1   **BY MS. SUAREZ:**

2   Q.   Did that video show some of the interaction you were just

3   talking about?

4   A.   Yes.

5   Q.   Who recorded that video?

6   A.   My wife.

7   Q.   And did the valet operator, Mr. Garcia, have any control

8   over when the video started and stopped?

9   A.   No.  My wife had control.  She's the one that turned it on

10  and turned it off.

11  Q.   As District 3 liaison, would you have been aware of any

12  investigations that Commissioner Carollo was doing?

13              MR. KUEHNE:  Objection.  Foundation.

14              THE COURT:  Rephrase the question.  I'm sustaining

15  the objection.

16  **BY MS. SUAREZ:**

17  Q.   Did you mention earlier that Commissioner Carollo said he

18  was conducting an investigation?

19  A.   Yes.

20  Q.   So in your job as district liaison, were you -- generally,

21  did you generally know everything that was going on in the

22  office?

23              MR. KUEHNE:  Objection.  Foundation.

24              THE COURT:  Overruled.

25              THE WITNESS:  I knew of complaints that we

1  ascertained or we got, yes.  About any investigations within

2  the office of District 3, there was no investigation whatsoever

3  that I could recall ongoing, what have you.

4  **BY MS. SUAREZ:**

5  Q.  And before Commissioner Carollo was elected, were you

6  aware of any issues with the valet lots at Ball & Chain?

7         MR. KUEHNE:  Objection.  Foundation.  Timeframe.

8  Framework of this lawsuit.

9         THE COURT:  All right.  Sustained.  Rephrase the

10 question.

11 **BY MS. SUAREZ:**

12 Q.  When did you begin seeing an issue with the Ball & Chain

13 valet lots within your capacity as District 3 liaison?

14        MR. KUEHNE:  Objection.  Foundation as well as

15 vagueness of the question; began seeing an issue.

16        THE COURT:  Overruled.

17        THE WITNESS:  I'm sorry, Ms. Suarez, can you repeat

18 the question?

19 **BY MS. SUAREZ:**

20 Q.  When did you begin seeing an issue with the Ball & Chain

21 valet lots while you were District 3 liaison?

22 A.  I never saw an issue with the valet lots.  I don't

23 think -- I don't know anything about valet lots besides the

24 complaints I got from Joe Carollo.

25 Q.  And did Commissioner Carollo ever have meetings about the

```
 1   Ball & Chain valet lots?

 2   A.   Yes.

 3   Q.   With who?

 4   A.   Then Miami Parking Authority Director Art Noriega, now

 5   city manager Art Noriega.

 6   Q.   And what did Commissioner Carollo say at these meetings?

 7   A.   Because once Art came to city hall, Carollo handed him a

 8   list of valet lots that he should look into.

 9   Q.   And were those the plaintiffs' valet lots?

10   A.   Yes.

11   Q.   And on February 18, 2018, did you attend the Gay 8 parade?

12   A.   I did.

13   Q.   Why did you go there?

14   A.   Carollo told me to go.

15   Q.   And what is the Gay 8 parade?

16   A.   It's a festival that's held one day, has over a hundred

17   vendors.  They sell food, there's live music.  There's drinks.

18   Q.   Is it typically a popular event in Little Havana?

19   A.   I would say so.  It's a two block radius.

20   Q.   And how many businesses participate in this parade?

21   A.   Approximately, a hundred or so.

22   Q.   And why did Mr. Carollo ask you to go to the Gay 8 parade?

23           MR. KUEHNE:  Objection.  Foundation.

24           THE COURT:  Overruled.

25           THE WITNESS:  He wanted me to go and check on
```

1    Sanguich de Miami to see how they were operating.

2    **BY MS. SUAREZ:**

3    Q.   Why did he think there was an issue with how they were

4    operating?

5              MR. KUEHNE:   Objection.

6              THE COURT:   What's the objection?

7              MR. KUEHNE:   Foundation.

8              THE COURT:   Sustained.

9              MR. KUEHNE:   Asking for the commissioner's state of

10   mind.

11             THE COURT:   Sustained.

12   **BY MS. SUAREZ:**

13   Q.   Did Commissioner Carollo tell you what he thought the

14   issue was with Sanguich?

15   A.   He never told me what the issue was.  He just wanted me to

16   go out there to see if they were operating, which they were.

17   Q.   Were they operating out of the storage container?

18   A.   No, they rented -- I guess they paid a fee to be a vendor.

19   They were using the little setup tent, the pop up tent, if you

20   will, to sell food.

21   Q.   And is that consistent with the other vendors that were

22   there as well?

23   A.   Yes.

24   Q.   So was everyone pretty much operating out of a little

25   tent?

```
 1   A.    Everyone was.

 2   Q.    Were they cooking any food inside of the storage

 3   container?

 4   A.    Not that I saw.

 5   Q.    Were they just transporting back and forth the materials?

 6   A.    I believe they were, yes.

 7   Q.    And so when you showed up, what did you do?

 8   A.    Well, I showed up, called Carollo letting him know, yeah,

 9   they're operating.  He then told me to see if I see any Code or

10   police or fire were there.

11         My first person I saw was a fire inspector.  I

12   acknowledged who I was, told him who I worked for, and that I

13   have the commissioner on the phone.  I put him on the phone.

14   He was at awe that he spoke to a commissioner, so he had to

15   take action.

16         So we walked over to where Sanguich de Miami was operating

17   and he said I don't know the purviews of what Code is or fire

18   inspection, but he engaged in a conversation with the

19   gentleman that owns Sanguich which was Ben.

20   Q.    And why did Commissioner Carollo ask you to hand the phone

21   to a different person?

22              MR. KUEHNE:  Objection.

23              THE COURT:  What's the objection?

24              MR. KUEHNE:  Foundation.  Asking for a why for

25   somebody else.
```

```
 1              THE COURT:  Overruled.  If he knows.

 2              THE WITNESS:  I guess through complaining.

 3              MR. KUEHNE:  Objection.  Speculation.

 4              THE COURT:  Sustained.

 5   BY MS. SUAREZ:

 6   Q.   Who was the person you handed the phone to?

 7   A.   The fire inspector.

 8              MS. SUAREZ:  Your Honor, if we could briefly go

 9   sidebar?

10                        (At the bench.)

11              MS. SUAREZ:  I intend to show Plaintiffs' Exhibit 295

12   to the witness, but it has audio and I believe they have an

13   issue with the audio so I don't know if Your Honor wants to

14   rule on it so that everybody doesn't hear the audio if it's a

15   problem.

16              THE COURT:  What's 295?

17              MS. SUAREZ:  It's a video of the Gay 8 parade

18   recorded by the owner of Sanguich, but Mr. Miro was in the

19   video.

20              THE COURT:  He's in the video?

21              MS. SUAREZ:  Yes.

22              THE COURT:  What's the issue with him in the video?

23              MR. KUEHNE:  We've raised the issue with the

24   plaintiffs that we have no objection to the video being shown.

25   We object to the audio which is a narrative by somebody who's
```

1   not part of our witness process, not Mr. Miro.  So, no problem

2   with the video being shown, but the audio narrative is not

3   authenticated.  It's not a foundational matter.  We don't know

4   who that person is from the testimony and what was being said

5   so we agree to have the video, and if they can establish the

6   audio through some other witness who did it, that's fine at

7   that point, but the video is what we believe would be

8   admissible at this time.

9            THE COURT:  What does the audio depict?

10           MS. SUAREZ:  It's a look at Code Enforcement here and

11   the person speaking is Ms. Rosa Romero who is testifying in

12   this trial on Monday.

13           THE COURT:  Any other objections?

14           MR. KUEHNE:  No, Judge.  Those are our objections.

15           THE COURT:  It's noted.  You can play the video with

16   the audio.

17           MR. PERTNOY:  Just wanted to be clear.

18                          (In open court.)

19           MS. SUAREZ:  At this time, if we could show

20   Plaintiffs' Exhibit 295 to the witness.

21                          (Video played.)

22   **BY MS. SUAREZ:**

23   Q.   Mr. Miro, is this you?

24   A.   That's me, yes.

25   Q.   And is this at the Gay 8 festival?

```
 1   A.    It is.

 2   Q.    In 2018?

 3   A.    Yeah.

 4            MS. SUAREZ:  Continue playing.

 5                      (Video played.)

 6   BY MS. SUAREZ:

 7   Q.    And what were you wearing in that video?

 8   A.    An orange shirt with the City of Miami logo.

 9   Q.    Were you there in your capacity as a city employee?

10   A.    I was.

11   Q.    And did you see the other tents that were depicted in the

12   video?

13   A.    Yes.

14   Q.    Did there appear to be anything different to you about the

15   Sanguich tent compared to the other tents?

16   A.    No.

17   Q.    Did Commissioner Carollo ask you to check on any other

18   businesses at the Gay 8 festival?

19   A.    No.  He told me to stay on scene.  He said he was on his

20   way.  He never showed up.  Never showed face.  I was dealing

21   with fire, police.  I was on a three way text with him, Vicky

22   and I, Vicky Mendez being the attorney, city attorney.  And I

23   know Carollo was talking to Emilio Gonzalez, the then city

24   manager at the time during this event.

25            MS. SUAREZ:  If we could show Plaintiffs' Exhibit 18
```

```
 1   to the witness and opposing counsel.
 2              MR. KUEHNE:  No objection to Plaintiff Exhibit 18.
 3              MS. SUAREZ:  In that case, move to admit and publish,
 4   Judge.
 5              THE COURT:  Granted.
 6                   (Plaintiffs' Exhibit 18 Received.)
 7   BY MS. SUAREZ:
 8   Q.   Mr. Miro, do you recognize this document?
 9   A.   Yes.
10   Q.   And who was the initial email from?
11   A.   From city attorney, Victoria Mendez.
12   Q.   And who is it to?
13   A.   Several city officials.  Myself, Betancourt, Joe Carollo,
14   Victor Parjus, Rachel Dooley, George Wysong, Devin Cejas and
15   Joe Camero.
16   Q.   And what is this email about?
17   A.   I have no -- I don't know.  I received it and I just
18   forwarded it to the lieutenant.  I know Vicky got his number
19   because I passed the phone to her so they ascertained his phone
20   number and I know she was speaking with the lieutenant at that
21   time that showed up to the scene.
22   Q.   So Ms. Mendez sends you this email.  Can you read the date
23   and the time?
24   A.   Yes.  February 18, 2018 at 2:26 p.m.
25   Q.   Did you mean 12:26?
```

1    A.    12:26.  Sorry.

2    Q.    And then you forward it to Gilberto Gomez at 12:29.

3    Do you see that?

4    A.    Yes, within three minutes.

5    Q.    And it's about steel structures and the requirements for

6    them, right?

7    A.    Yes.

8    Q.    And who is Gilberto Gomez?

9    A.    He's a lieutenant in the Miami Police Department.  He had

10   to come on scene because it was a high priority case per say.

11   Q.    And when you say come on scene, was he at the Gay 8

12   festival?

13   A.    Initially, no.  He showed up because the complaint came

14   from the Commissioner Joe Carollo, so high priority.

15   Q.    And did he interact with the owners of Sanguich?

16   A.    I believe he did.

17   Q.    Did Commissioner Carollo ask you to call anyone at the Gay

18   8 parade?

19   A.    I called various folks, yes.

20   Q.    Who did you call?

21   A.    I spoke to then city manager Emilio Gonzalez.  I was

22   talking to Victoria Mendez and obviously, I was on the phone

23   with Joe Carollo; kept telling me he was coming, I'm coming.

24   He never showed up.

25   Q.    And did Sanguich ultimately need a permit to be operating

1    at the Gay 8 festival?

2             MR. KUEHNE:  Objection.  Foundation.  Lack of

3    knowledge.  The witness has testified that permitting, et

4    cetera is not his area.

5             THE COURT:  All right.  Sustained.

6    **BY MS. SUAREZ:**

7    Q.   Did you see Sanguich continue to operate on that day?

8    A.   Yes.

9    Q.   Did you ever accompany Commissioner Carollo to the houses

10   around Ball & Chain?

11   A.   Yes.

12   Q.   What does that area around there have?

13   A.   Directly behind Ball & Chain, it's residential.  And we

14   went out that same day that we saw the gentleman at the valet

15   lot.

16        Carollo parked and he knocked on doors to some of the

17   individuals there trying to get information to see if there was

18   noise complaints or how they were distraught with the music,

19   with the noise.

20   Q.   And when he knocked on the door, would he introduce

21   himself as the commissioner?

22   A.   He would introduce himself, yes.

23   Q.   And when you say he was trying to see if anyone had issues

24   with the noise, was he going out there to knock or was someone

25   calling ahead of time and complaining?

1   A.   No, he initiated the door knocks.  He initiated getting

2   there.  And obviously getting out of the vehicle and knocking

3   on the door.

4   Q.   And did you go out on another occasion without the

5   commissioner but with some other personnel from your office?

6   A.   Yes.

7   Q.   Who did you go with?

8   A.   Then we had staff at that time.  I went there with Mara

9   Roman and (name said).  We went out there because Carollo sent

10  us there and we met that same lady Carollo spoke with and then

11  she complained about noise.

12  Q.   When you say he spoke with her, did she tell you that

13  she had already spoken to the commissioner?

14  A.   Yes, yes.  She told us that she already met with the

15  commissioner.

16  Q.   And did any other officials go out on the commissioner's

17  behalf to knock on these doors around the Ball & Chain?

18  A.   Yes.  I know Mary Lugo knocked on doors there and I never

19  per say knocked on a door.  I just waited in the car.  Mara

20  Roman knocked on doors.  The reason I know is because I waited

21  in the car.  I'll park in that building, and they'll come out

22  and knock on the doors.

23  Q.   And during your time as district liaison, as far as you're

24  aware, had anyone called with a noise complaint to Commissioner

25  Carollo's office about Ball & Chain?

1   A.   The only complaint I ever received was from Joe Carollo

2   himself.  Any complaints, if three people called our office,

3   that was a lot.  We never got many calls at our district office

4   or at city hall.  It was every call I got of any complaint came

5   from the Commissioner Joe Carollo.

6   Q.   And if a complaint had come to your office, would you have

7   been made aware of it?

8   A.   Absolutely.

9        MR. KUEHNE:  Objection.  Foundation.

10       THE COURT:  Sustained.  You can rephrase the

11   question.

12   **BY MS. SUAREZ:**

13   Q.   Did part of your job description include handling

14   complaints?

15   A.   Yes.

16   Q.   And what part of it was that?  What did you do in that

17   sense?

18   A.   Well, they'll call the office, the receptionist will

19   answer and she'll give us a sticky note, come to me.  I'll

20   facilitate it.  But again, we never had any of that.

21   Q.   And did you believe the noise complaints you did hear

22   about Ball & Chain were legitimate?

23       MR. KUEHNE:  Objection.  Relevance.  His belief.

24       THE COURT:  Overruled.

25       THE WITNESS:  I'm sorry.  Again, Ms. Suarez, can you

```
 1   say that question again?
 2   BY MS. SUAREZ:
 3   Q.   Did you believe that any noise complaints you heard about
 4   Ball & Chain were legitimate?
 5   A.   No.  I think they were fabricated by the commissioner.
 6   Q.   And at another point in time, did you go out to Ball &
 7   Chain due to some type of movie production?
 8   A.   I did, yes.
 9   Q.   Why did you go out there?
10   A.   Again, the commissioner called me, told me something was
11   occurring in the back of Ball & Chain.  So as an employee, I
12   had to go.  I saw, I inquired, I believe Vincent Betancourt
13   sent me proper documents.  I forwarded it to Carollo.  Again,
14   that's all I did, was obtain information.
15   Q.   So when you got there, what did you see occurring?
16   A.   Saw a trailer in the back of Ball & Chain or so.  I
17   believe I took a picture and I sent it to Vincent and I believe
18   I sent it to Carollo also, and Vincent sent me they had the
19   proper permit.  I sent it to Carollo; didn't like the response
20   but that's what it was.
21   Q.   So was there anything wrong with what the plaintiffs were
22   doing on this day?
23   A.   To my knowledge, no.
24   Q.   And what is a walk-along?
25   A.   I guess that's a name I put it.  It's when we went out
```

1   with city officials or city employees and walk that two block

2   radius and Carollo will then point at plaintiffs' properties of

3   things they should inquire, meaning Code Enforcement or the

4   city officials and to the plaintiffs.

5   Q.   And is that different from a ride-along?

6   A.   Correct.  We did a ride-along also.  That was with Mayor

7   Francis Suarez.  He didn't have much time.  We met at the park.

8   We got in the vehicle and we drove to 17th Street, and Carollo

9   then showed him all the issues at the plaintiffs' properties

10   and then we just came back to Josenti, dropped us off and that

11   was it.

12   Q.   Is the difference that one is on foot and one is in a car?

13   A.   Yes.  It's nicer in a car.

14   Q.   Okay.  And did you accompany Commissioner Carollo on these

15   walk-alongs?

16   A.   I did.

17   Q.   How many times approximately?

18   A.   You know, I believe twice.  Two times.

19   Q.   And were you joined by other city officials?

20   A.   Yes.

21   Q.   Who were you joined by?

22   A.   City staff and city officials.

23   Q.   Would Code Enforcement be present?

24   A.   Yes.

25   Q.   And did you ever see either of the plaintiffs at one of

```
 1   these walk-alongs?

 2   A.   I did.

 3   Q.   Who did you see?

 4   A.   I saw Martin Pinilla in one of them.  We engaged in

 5   conversation and he wanted to know why was Commissioner

 6   Carollo --

 7             MR. KUEHNE:  Objection.

 8             THE COURT:  What's the objection?

 9             MR. KUEHNE:  Hearsay.  Somebody else telling him

10   something.

11             THE COURT:  Sustained.

12   BY MS. SUAREZ:

13   Q.   Did Mr. Pinilla want to try to work with Commissioner

14   Carollo?

15             MR. KUEHNE:  Objection.

16             THE WITNESS:  Of course.

17             MR. KUEHNE:  Opinion testimony.  Speculation.

18   Foundation.

19             THE COURT:  Rephrase the question.  I will sustain

20   the objection.

21   BY MS. SUAREZ:

22   Q.   Did you learn that day that Mr. Pinilla wanted to try to

23   work with Mr. Carollo?

24             MR. KUEHNE:  Same objection, Your Honor.  Foundation

25   as well.
```

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  I'm sorry.  Ms. Suarez, can you repeat
 3    the question?
 4   BY MS. SUAREZ:
 5   Q.   Did you learn that day that Mr. Pinilla wanted to try to
 6   work with Mr. Carollo?
 7   A.   Of course he wanted to work with him.  He's drowning in
 8   Code Enforcement violations.
 9   Q.   And did Mr. Carollo share any desire to talk to the
10   plaintiffs with you?
11   A.   Absolutely not.
12   Q.   And you mentioned that Mr. Pinilla and Mr. Fuller have a
13   lot of properties in Little Havana, right?
14   A.   Yes.
15   Q.   So would you consider them to be one of the majority
16   business owners in the area?
17              MR. KUEHNE:  Objection.  Speculation.  Foundation.
18              THE COURT:  Sustained.
19   BY MS. SUAREZ:
20   Q.   Are you aware of multiple locations that they own in
21   Little Havana?
22   A.   Yes.
23   Q.   And are those all in District 3?
24   A.   I believe they own property outside of District 3 but in
25   that two block radius, they're a majority owner, yes.
```

1   Q.   And as during your time working as District 3 liaison, was

2   it important to have good relationships with the constituents

3   that lived in the area and had businesses in the area?

4             MR. KUEHNE:  Objection.  Foundation as well as

5   relevance.

6             THE COURT:  Sustained.

7             MS. SUAREZ:  If we could put up Plaintiffs' Exhibit

8   39 for the witness and opposing counsel.

9             MR. KUEHNE:  Is there another page to this?

10             MS. SUAREZ:  No.  I believe this is it.

11             MR. KUEHNE:  Just this page?  Just this page?  No

12   objection.

13             MS. SUAREZ:  Move to admit and publish, Your Honor.

14             THE COURT:  Granted.

15             (Plaintiffs' Exhibit 39 Received.)

16   **BY MS. SUAREZ:**

17   Q.   Mr. Miro, do you recognize this document?

18   A.   Yes.

19   Q.   What is it?

20   A.   It's an email from, again, city attorney, Victoria Mendez

21   copying several staff members of the city officials, myself

22   included subject Planning and Zoning approvals for all permits,

23   warrants, etc.

24   Q.   And what is the request in this email?

25   A.   To include us in any special permits, waiver appearances,

1   warrants, exceptions, et cetera.  Anything to do with in our

2   district, Commissioner Carollo wants to be informed.

3   Q.   Okay.  Have you ever seen another commissioner get access

4   to a different department in this way?

5        MR. KUEHNE:  Objection.  Foundation.  He's not

6   testified about knowledge of any other commissioner's office.

7        THE COURT:  Sustained.  Rephrase the question.

8   **BY MS. SUAREZ:**

9   Q.   During your time as District 3 liaison, did you see other

10  commissioners around?

11       MR. KUEHNE:  Objection.  Same foundation.

12       THE COURT:  Overruled.

13       THE WITNESS:  Can you repeat the question?

14  **BY MS. SUAREZ:**

15  Q.   During your time as District 3 liaison, did you see the

16  other commissioners around?

17  A.   Yes.

18  Q.   And did you talk with people from their offices?

19  A.   Passing by, yes.

20  Q.   And are you aware of any other commissioner that asked for

21  access to a different department in this way?

22       MR. KUEHNE:  Objection.  Foundation as well as

23  apparently based on hearsay, if anything, as well as scope.

24       THE COURT:  Overruled.

25       THE WITNESS:  No.

```
 1   BY MS. SUAREZ:
 2   Q.   And does the city attorney have a good working
 3   relationship with Commissioner Carollo?
 4            MR. KUEHNE:  Objection.
 5            THE WITNESS:  Yes.
 6            MR. KUEHNE:  Speculation.
 7            THE COURT:  Overruled.  If he knows.
 8            THE WITNESS:  Yes.
 9   BY MS. SUAREZ:
10   Q.   Can you expand on that a little bit?
11   A.   Sure.  Carollo is her boss.
12   Q.   And while you were District 3 liaison, did you see that
13   she would send emails like on the commissioner's behalf often?
14            MR. KUEHNE:  Objection.
15            THE COURT:  Grounds?
16            MR. KUEHNE:  Foundation.
17            THE COURT:  Overruled.  You may answer.
18            THE WITNESS:  Yes.
19   BY MS. SUAREZ:
20   Q.   And have you heard of an event called Viernes Culturales?
21   A.   Yes.
22   Q.   And what is that?
23   A.   That's an event that plaintiffs controlled and they held
24   it I believe once a month.  It was a nice family event with
25   music, vendors.  It was to revive the neighborhood.
```

```
 1   Q.   And where was the event held?
 2   A.   It was held in the plaza right next to Domino Park so 15th
 3   and 8th Street.  15th Avenue and SW 8th Street.
 4   Q.   And do you remember what day of the month it was held on?
 5   A.   I believe it was the fourth Friday of the month or the
 6   third Friday of the month.
 7   Q.   And is Viernes Culturales still held on that day of every
 8   month?
 9        MR. KUEHNE:  Objection as to timing.
10        THE COURT:  Sustained.
11   BY MS. SUAREZ:
12   Q.   At some point during your time as district liaison, did
13   Viernes Culturales cease to be using that last day of the month
14   in that area?
15   A.   Yes.
16   Q.   Why?
17   A.   The commissioner took over all the dates.  Every single
18   Friday.
19   Q.   And when you say he took over, what do you mean by that?
20   A.   He applied for the permit and he got all the dates within
21   the Fridays.
22   Q.   And is that for the space that the event is held on?
23   A.   Correct, yes.
24   Q.   And why did he submit a request to have the location?
25        MR. KUEHNE:  Objection.  Knowledge.  Foundation.
```

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  Well, he knew the plaintiffs owned or
 3    controlled per say the Viernes Culturales event, so he
 4    concocted this idea we opened up a corporation called Que Pasa
 5    Little Havana which Mr. Ben Kuehne is a registered agent of,
 6    and he wanted to put the board of all female staff members or
 7    board members, better said, and that way, the plaintiffs cannot
 8    go after quote, unquote women.
 9              And so they did like a small PR campaign with Spanish
10    media in which these women were saying about high rents and how
11    dirty the two block radius is, and how they could better change
12    it.
13              We met a couple times.  The defendant's attorney was
14    there present taking notes as well.  But that event, I mean,
15    they never used those board members or that organization never
16    came to fruition.
17    BY MS. SUAREZ:
18    Q.   And did Commissioner Carollo create a competing event to
19    Viernes Culturales?
20    A.   He did.
21    Q.   What was the name of it was?
22    A.   Changed it to Biernes Little Havana with a B.
23    Q.   And what was that event like?
24    A.   That -- that event, he closed the entire Domino Park which
25    is the parking area and along with the Tower Theater parking
```

1  lot so no one could park.  Miami Parking Authority personnel

2  are there with barricades and they have an employee almost all

3  day making sure no one parks there.  And, you know, utilizing

4  city staff, fire, police, sanitation workers, public works

5  workers all on city taxpayer dime, yes.

6  Q.   Were you present at some of those events?

7  A.   I was never present, per say.  I never went to his events,

8  no.

9  Q.   Did you ever go to Viernes Culturales?

10  A.   I did.

11  Q.   And how was that event?

12  A.   Well, that event is night and day with the one that occurs

13  now.  The music isn't as loud.  Also there's parking so you

14  could actually park with the old Viernes Culturales event, and

15  you're able to go to a restaurant actually, not have your ears

16  buzzing with the noise that this one creates.

17  Q.   And did you -- did Viernes Culturales have vendors there?

18  A.   Which Viernes Culturales are we talking about?

19  Q.   Mr. Fuller's.

20  A.   Yes, he had vendors.

21  Q.   And did families go out for the night?

22  A.   Yes.

23  Q.   Did they showcase kind of the culture of Little Havana at

24  those events?

25  A.   Yes.

```
 1    Q.   And then as far as Mr. Carollo's Friday event, did you

 2    become aware of any noise complaints?

 3              MR. KUEHNE:  Objection.

 4              THE COURT:  What's the objection?

 5              MR. KUEHNE:  Objection is foundation as well as

 6    hearsay.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  Yes.

 9    BY MS. SUAREZ:

10    Q.   As far as Mr. Carollo's Friday night event, did you become

11    aware of any noise complaints?

12    A.   I heard from some neighbors in the back complaining, yes.

13    Q.   And what was the complaint about?

14              MR. KUEHNE:  Objection.

15              THE COURT:  What's the objection?

16              MR. KUEHNE:  Hearsay.

17              THE COURT:  Overruled.

18              THE WITNESS:  The noise.  It was actually the noise.

19    BY MS. SUAREZ:

20    Q.   And so --

21    A.   I'm sorry, and bassing, a lot of bass, you know.

22    Unfortunately, the apartments rattle or what have you.

23    Q.   That related to the music as well?

24    A.   Yes.

25    Q.   And did Commissioner Carollo's event use the exact same
```

1    space that Viernes Culturales would use?

2    A.    Exact same space.

3    Q.    And it was reserved for every fourth Friday of the month?

4    A.    I believe he reserved every single Friday of every month

5    of the entire year.

6    Q.    Can there be two different events going on in the same

7    spot?

8    A.    Not with Commissioner Joe Carollo at the helm, no.  He

9    superseded any other possible permit.

10   Q.    And did you ever hear any complaints about the original

11   Viernes Culturales?

12             MR. KUEHNE:  Objection.

13             THE COURT:  Grounds?

14             MR. KUEHNE:  Hearsay.

15             THE COURT:  Overruled.

16             THE WITNESS:  No.

17   **BY MS. SUAREZ:**

18   Q.    Was the community, were they usually full?

19   A.    It was a lot of people showing up and you could actually

20   find parking at the time, yes.

21   Q.    And where would people park that was different?

22   A.    You could either park in the Domino Park area, and the

23   Tower Theater which at the time they were free until Carollo

24   took over Miami Parking Authority, put their stamp there and

25   you actually have to pay for parking now there but parking, you

```
1   have to pay after 6:00 p.m. if I'm not mistaken.

2   Q.   And did you consider the original Viernes Culturales to be

3   a flea market?

4   A.   No, it was more family oriented.

5           MR. KUEHNE:   Objection.   Speculation.   Condition.

6           THE COURT:   Sustained.

7   BY MS. SUAREZ:

8   Q.   Mr. Miro, have you been to a flea market before?

9   A.   Yes.

10          MR. KUEHNE:   Objection.   Relevance.

11          THE COURT:   Overruled.

12  BY MS. SUAREZ:

13  Q.   Did you say yes?

14  A.   Yes.

15  Q.   And based on you being at the original Viernes Culturales,

16  did it look to you like a flea market?

17          MR. KUEHNE:   Objection.   Speculation.   Opinion.

18  Foundation.

19          THE COURT:   Overruled.

20          THE WITNESS:   No, it's an outdoor event.   Family fun.

21  BY MS. SUAREZ:

22  Q.   And what does it look like?   Paint a picture for me.

23  A.   Well, there was vendors and you could actually walk.   The

24  way it is now, there's chairs that are impeding in the way so

25  you could actually walk the strip going from 8th Street to down
```

```
 1   to almost 7th Street and it's a strip going north and south.

 2   And you wouldn't have to -- you could buy little things here or

 3   there.  Spanish culture, Latin culture.

 4   Q.   What kind of things would they have that would showcase

 5   Latin culture?

 6   A.   They had bracelets, key things, little things here or

 7   there like the vendors have.

 8   Q.   Did they have dancers sometimes?

 9   A.   They would.  They had a D.J. as well.

10        THE COURT:  Counsel, you have five minutes.

11   BY MS. SUAREZ:

12   Q.   And to your knowledge, does the Viernes Culturales operate

13   in Little Havana on the last Friday of every month today?

14        MR. KUEHNE:  Objection.  Timeframe.

15        THE COURT:  Sustained.  Rephrase the question.

16   BY MS. SUAREZ:

17   Q.   Did it stop operating on the last Friday of the month in

18   Little Havana in 2018?

19        MR. KUEHNE:  Objection.

20        THE COURT:  Grounds?

21        MR. KUEHNE:  Time.  Timeframe, as well as knowledge.

22   Scope of knowledge.

23        THE COURT:  Overruled.

24        THE WITNESS:  Yes.  They ceased operation.

25
```

1    **BY MS. SUAREZ:**

2    Q.    Why couldn't it continue to operate on the last Friday of

3    every month in 2018?

4            MR. KUEHNE:  Objection.  Conclusion.

5            THE COURT:  Overruled.

6            THE WITNESS:  Carollo superseded any other permit on

7    that block on that day so he took the entire calendar year on

8    Fridays.

9            MS. SUAREZ:  Your Honor, this wraps up this subject

10   if we want.

11           MR. GUTCHESS:  Amanda?

12           MS. SUAREZ:  He thought I was wrapping up the witness

13   which I'm not.  It's just the end of this subject.  I think it

14   would be a good place to stop for today.

15           THE COURT:  Again, ladies and gentlemen, as I

16   mentioned before, we're going to resume the testimony tomorrow

17   morning at 9:00.

18           As I told you, we will wrap today by 2:30 at the

19   latest.  Again, please do not discuss this case with anyone.

20   Do not formulate any opinion.  Do not watch the news or media

21   accounts as I have given you in my initial instructions and

22   I will see you all tomorrow morning.  Thank you.

23           THE COURT SECURITY OFFICER:  All rise for the jury.

24           (Thereupon, the jury exited the courtroom.)

25           THE COURT:  Also will the lawyers please approach

 1   briefly at sidebar.

 2                     (At the bench.)

 3            THE COURT:  I don't know the exhibits you intend to

 4   introduce with this witness, but make sure you meet with each

 5   other so if there's going to be any objections, anything you

 6   object to, you can bring that to my attention so I can try to

 7   not be having multiple sidebars with the same thing.  It's

 8   becoming unbearable before the jurors.  I don't think you

 9   should be doing that.

10            I know there's some the defense will stipulate to, you

11   already know ahead of time.  Just go ahead and get the exhibits

12   done there and for any one that you dispute, I can resolve

13   that, okay?

14            MS. SUAREZ:  Understood, Your Honor.

15            MR. PERTNOY:  Yes, Your Honor.  Have a good

16   afternoon.

17        (Thereupon, this proceeding was adjourned at 2:28 p.m.)

18                          - - -

19                     C-E-R-T-I-F-I-C-A-T-E

20            I hereby certify that the foregoing is an accurate

21   transcription of the proceedings in the above-entitled matter.

22   JULY 20, 2023           /s:/Ellen A. Rassie_____
                             ELLEN A. RASSIE, RMR-CRR
23                           Official Court Reporter
                             To the Honorable Rodney Smith
24                           299 East Broward Blvd., Room 202B
                             Fort Lauderdale, Florida  33301
25                           (954)769-5448

ALL JURORS: [1]
4/23
MR. GUTCHESS: [3]
65/25 98/9 128/11
MR. KUEHNE: [84]
67/25 68/3 69/2 70/8
78/22 81/13 82/13
83/14 84/25 85/2
85/20 85/22 86/10
86/20 87/20 88/12
88/14 90/14 91/5 92/3
93/17 93/20 94/19
95/6 95/10 96/1 96/3
96/21 96/24 97/7
97/14 97/17 97/24
98/13 98/25 100/19
101/13 101/23 102/7
102/14 103/23 104/5
104/7 104/9 105/22
105/24 106/3 106/23
107/14 109/2 111/2
113/9 113/23 116/7
116/9 116/15 116/17
116/24 117/17 118/4
118/9 118/11 119/5
119/11 119/22 120/4
120/6 120/14 120/16
121/9 121/25 124/3
124/5 124/14 124/16
125/12 125/14 126/5
126/10 126/17 127/14
127/19 127/21 128/4
MR. PERTNOY: [93]
4/12 5/12 5/24 6/5
6/10 8/9 8/22 8/24
9/14 12/4 12/10 12/14
17/24 18/3 18/6 20/11
20/17 21/5 21/13
21/17 22/7 23/1 23/18
24/14 26/6 26/17
26/25 27/3 27/20
27/22 28/6 28/12
28/15 28/25 29/3
29/21 31/17 31/21
35/13 35/16 35/19
35/23 36/2 37/19
37/21 38/6 38/17
40/11 40/22 40/25
44/15 48/8 48/14 50/2
50/4 51/4 51/7 51/11
51/19 51/21 52/12
53/10 53/21 54/2
54/20 55/5 56/10
56/17 56/21 57/1 57/3
57/10 57/15 57/21
57/25 58/11 58/21
59/1 59/19 60/1 60/6
60/8 61/7 61/13 62/12
62/14 62/19 65/4 66/6
67/21 83/15 107/17

129/15
MS. CAPRIO: [6]
65/10 65/12 65/17
65/19 65/23 66/3
MS. SUAREZ: [100]
4/8 5/1 6/13 6/23
8/23 12/6 16/3 17/21
18/2 18/5 19/7 20/24
21/16 23/13 24/5
26/14 26/21 27/6
27/21 28/8 29/2 31/12
31/19 32/8 32/23
35/11 35/15 35/21
37/7 40/9 40/24 41/3
43/3 44/1 47/14 47/19
47/25 49/14 51/24
54/16 55/1 55/23 56/4
56/6 56/8 58/6 59/15
61/3 62/10 62/17 65/1
67/6 67/10 69/10
69/14 69/24 70/7
70/17 78/20 78/23
83/12 83/17 84/23
85/7 85/17 85/25
88/10 88/13 88/18
91/3 91/7 91/10 91/12
92/1 92/5 95/4 95/18
96/2 96/14 96/18 97/4
97/11 98/1 100/17
100/23 106/8 106/11
106/17 106/21 107/10
107/19 108/4 108/25
109/3 118/7 118/10
118/13 128/9 128/12
129/14
THE COURT
SECURITY
OFFICER: [4] 4/19
38/1 70/12 128/23
THE COURT: [209]
THE COURTROOM
DEPUTY: [6] 4/5
37/11 66/19 70/19
70/22 71/1
THE INTERPRETER:
[9] 9/12 9/15 24/19
30/18 38/15 48/11
59/4 61/1 63/4
THE WITNESS: [49]
5/14 6/12 9/16 16/5
21/3 21/7 22/11 23/16
23/19 29/24 31/15
32/10 40/10 44/4
44/17 48/2 51/6 52/14
53/12 53/23 54/4
58/13 60/10 61/15
70/21 70/24 86/12
87/23 93/18 93/23
101/25 102/17 103/25
106/2 113/25 116/16
117/2 119/13 119/25
120/5 120/8 120/18

122/2 124/8 124/18
125/16 126/20 127/24
128/6
_____
$
_____
$1,000 [1] 45/4
$1,100 [3] 33/24
34/2 34/3
$1,679 [1] 58/25
$10,456.00 [1] 44/9
$11,000 [4] 45/8
45/15 45/23 63/9
$11,281 [1] 58/24
$12,000 [3] 45/16
45/23 63/9
$12,470 [2] 44/14
45/6
$2,000 [1] 45/4
$83,000 [1] 44/22
$83,150 [1] 44/13
_____
'
_____
'18 [2] 31/9 31/11
_____
/
_____
/s:/Ellen [1] 129/22
_____
0
_____
07:40 [1] 92/16
_____
1
_____
10 [8] 3/7 35/14 36/4
37/14 43/8 91/3 91/5
91/9
10,000 [2] 72/8 75/1
100 [1] 1/19
1000 [2] 45/8 46/5
106 [1] 95/11
109 [1] 3/8
11 [1] 43/8
118 [1] 3/9
11th [5] 16/12 16/19
17/5 18/13 25/17
12 [6] 3/10 11/14
43/8 56/18 95/4 95/19
12:26 [2] 109/25
110/1
12:29 [1] 110/2
12:30 [2] 19/14
19/16
12th [1] 59/10
13 [4] 11/4 11/14
43/8 96/13
137733 [3] 97/19
97/21 97/23
1400 [1] 2/3
1411 [4] 16/12 16/19
17/4 18/13
14th [2] 23/7 48/18
15 percent [4] 35/1
35/4 36/11 36/19
1513 [2] 10/17 14/18

15th [11] 14/21
14/24 15/1 15/7 15/12
15/20 15/21 15/25
30/16 121/2 121/3
16 [6] 3/8 7/4 59/11
92/2 92/3 92/7
1637 [5] 13/18 15/19
30/25 49/6 49/11
169 [1] 1/16
16th [4] 15/18 25/18
87/4 99/10
17 [2] 7/3 99/3
1753 [4] 30/11 30/16
30/21 30/25
17th [3] 15/18 15/18
115/8
18 [10] 3/8 30/5
33/11 75/20 99/17
103/11 108/25 109/2
109/6 109/24
18-24190 [1] 4/5
18-CV-24190 [1]
1/2
186 [4] 95/12 95/15
96/6 97/14
18th [1] 99/4
19 [2] 79/7 83/24
1983 [1] 32/14
1990's [1] 35/9
19th [1] 78/5
1:00 [3] 65/14 66/12
66/15
1:56 [1] 79/7
_____
2
_____
20 [6] 1/5 4/1 41/22
60/13 67/1 129/22
200 [1] 1/21
2004 [2] 22/17 35/9
2008 [1] 43/17
201 [1] 1/13
2014 [2] 52/6 52/7
2017 [8] 46/5 72/2
75/20 78/5 79/7 83/24
88/5 90/1
2018 [37] 7/7 7/8
7/10 10/16 10/24
10/25 12/20 13/1 13/1
14/1 17/18 20/16
22/13 22/23 23/24
25/9 29/9 30/6 30/7
34/2 41/22 42/15
43/18 43/22 46/5
52/10 54/7 54/10
56/18 99/3 99/4 99/17
103/11 108/2 109/24
127/18 128/3
2019 [1] 46/24
2021 [1] 96/13
2023 [4] 1/5 4/1
67/1 129/22
202B [1] 129/24

208 [3] 3/6 83/12
83/19
21 [1] 13/13
2121 [1] 1/13
22 [1] 13/24
24190 [2] 1/2 4/5
25 [5] 3/13 31/17
31/18 31/20 31/21
27 [2] 3/11 3/11
270 [4] 3/11 27/20
27/22 27/25
271 [4] 3/12 28/7
28/7 28/10
272 [3] 3/12 28/7
28/10
274 [3] 3/12 28/7
28/10
275 [4] 3/11 26/18
26/20 27/8
276 [3] 3/12 28/7
28/10
278 [3] 3/12 28/7
28/11
28 [1] 3/12
29 [1] 3/12
293 [2] 100/17
100/19
295 [3] 106/11
106/16 107/20
299 [1] 129/24
2:00 [1] 19/19
2:26 p.m [1] 109/24
2:28 [1] 129/17
2:30 [2] 65/13
128/18
2:35 [1] 66/17
2:40 [1] 66/17
2nd [2] 1/13 1/19
_____
3
_____
30 [1] 78/4
303 [1] 10/2
304 [4] 3/6 84/24
84/25 85/24
309 [1] 11/3
31 [1] 3/13
3105 [1] 1/19
315 [1] 11/15
316 [2] 100/18
100/19
33127 [1] 1/13
33131 [3] 1/17 1/19
1/22
33156 [1] 2/4
33301 [1] 129/24
342 [1] 36/8
347 [3] 38/7 38/11
38/24
35 [4] 8/17 8/21
35/14 37/14
35-303 [1] 10/2
35-309 [1] 11/3

**3**
35-315 [1]  11/15
35-342 [1]  36/8
35-347 [3]  38/7
38/11 38/24
36 [3]  41/16 42/6
54/7
39 [3]  3/9 118/8
118/15
3:00 [3]  19/19 20/22
25/24

**4**
408 [5]  3/13 40/22
40/25 41/4 59/21
41 [1]  3/13
4100 [1]  1/21
421 [4]  3/10 12/4
12/17 12/19
427 [3]  3/12 28/7
28/11
448 [3]  54/18 62/17
62/18

**5**
500 [2]  1/16 46/5
5200 [1]  71/17
521 [2]  89/1 89/2
5448 [1]  129/25

**6**
641 [3]  3/12 29/1
29/6
65 [1]  75/11
6:00 [1]  126/1

**7**
717 [4]  14/6 15/11
15/24 30/25
769-5448 [1]  129/25
79 [1]  3/5
7th [7]  14/6 15/7
15/11 15/11 15/24
16/1 127/1

**8**
83 [1]  3/6
85 [1]  3/6
88 [1]  3/7
8th [28]  5/8 5/11
13/18 14/9 14/11
14/18 14/21 15/20
15/25 18/17 22/3 22/4
23/6 30/11 30/16
30/21 30/25 30/25
47/2 48/19 49/6 87/4
89/1 89/2 99/10 121/3
121/3 126/25

**9**
91 [1]  3/7
9150 [1]  2/3

**92 [1]**  3/8
954 [1]  129/25
9:00 [4]  65/16 65/22
66/18 128/17

**A**
a.m [5]  19/16 25/24
65/16 65/22 66/18
ability [2]  49/11
49/12
able [5]  31/15 48/17
55/11 62/19 123/15
about [72]  7/7 7/17
8/12 9/7 10/15 10/25
11/15 11/16 16/9 23/5
29/13 29/19 32/21
33/18 34/14 34/16
38/24 39/14 44/7 44/8
46/15 52/17 52/19
52/23 53/16 55/7
55/23 56/11 57/18
66/5 66/7 68/2 68/4
69/7 69/19 71/7 72/13
72/20 74/17 75/5 75/7
75/20 76/25 78/2 78/4
81/3 81/17 81/19
91/25 93/9 95/1 95/18
96/20 97/4 97/6 97/8
101/3 102/1 102/23
102/25 108/14 109/16
110/5 112/11 112/25
113/22 114/3 119/6
122/10 123/18 124/13
125/10
above [4]  7/24 13/20
24/3 129/21
above-entitled [1]
129/21
absentee [1]  82/8
Absolutely [5]  57/23
70/6 77/19 113/8
117/11
academy [2]  71/9
71/10
accept [3]  63/16
63/22 98/17
access [2]  119/3
119/21
accompany [2]
111/9 115/14
accounted [1]  70/15
accounts [1]  128/21
accurate [4]  36/24
44/20 79/25 129/20
accurately [2]  27/15
85/14
acknowledge [1]
57/14
acknowledged [2]
28/4 105/12
across [2]  49/8
86/19

**action [2]**  94/20
105/15
acts [2]  64/14 64/17
actually [10]  29/12
62/20 96/13 123/14
123/15 124/18 125/19
125/25 126/23 126/25
add [4]  58/24 63/25
95/22 98/1
addition [3]  14/5
35/3 46/25
additional [1]  55/20
address [10]  13/17
14/4 14/18 15/10
15/19 16/5 16/12 30/2
67/7 89/1
addressed [1]  57/16
addresses [4]  16/16
20/9 30/10 86/5
adjacent [4]  76/10
90/2 90/6 90/18
adjourned [1]
129/17
administration [2]
34/9 39/19
administrative [1]
39/20
administrator [1]
42/1
admissibility [1]
96/7
admissible [1]  107/8
admit [15]  27/23
28/6 29/4 31/23 35/17
35/19 35/24 59/15
78/23 83/17 85/17
91/7 92/5 109/3
118/13
admitted [9]  12/16
27/4 28/9 35/22 69/15
83/18 85/23 88/15
100/18
advisor [1]  72/17
advisor/campaign
[1]  72/17
aerial [6]  17/24 18/3
18/7 21/14 21/14
21/20
affected [3]  26/4
26/4 49/24
affects [1]  5/22
affiliated [1]  89/8
affording [1]  81/7
AFSCME [1]  71/16
after [31]  7/8 10/16
10/24 19/14 19/16
22/23 25/9 25/10
25/10 30/7 34/2 41/6
43/17 43/18 46/15
48/17 53/9 59/11
60/14 63/24 65/14
65/15 65/18 67/19

**68/7**  78/2 80/11 88/4
100/8 122/8 126/1
afternoon [4]  67/1
71/5 71/6 129/16
afterwards [1]
82/23
again [20]  20/7 20/7
23/20 29/14 45/20
45/23 66/4 66/13
81/12 81/17 93/5
98/21 113/20 113/25
114/1 114/10 114/13
118/20 128/15 128/19
against [4]  34/19
42/19 50/7 69/12
agency [1]  39/20
agenda [1]  73/20
agent [1]  122/5
aggressive [1]  68/12
ago [2]  56/8 82/14
agree [11]  7/20
16/15 21/11 24/22
51/13 63/13 64/10
64/13 64/13 69/24
107/5
agreed [2]  15/16
24/1
agrees [1]  69/18
ahead [9]  21/2 22/10
24/17 45/11 82/18
96/23 111/25 129/11
129/11
ALAIN [4]  5/3 6/16
52/2 62/23
Alex [1]  73/3
Alfie [6]  75/24 75/25
76/2 81/1 81/2 81/5
all [77]  5/17 8/7
10/24 12/9 12/16 17/9
17/15 18/6 20/8 20/9
21/13 22/13 26/24
27/7 28/9 29/5 29/23
32/14 33/20 34/13
34/23 35/2 35/20
36/18 37/11 38/1 38/3
39/22 39/23 41/2 42/2
43/11 43/14 43/17
49/1 49/17 49/24 50/1
51/9 51/17 56/21
59/17 62/11 65/16
66/10 66/19 68/10
68/17 68/19 68/23
70/12 70/15 70/15
84/6 86/2 86/8 88/15
91/6 91/12 91/23 97/6
97/8 98/9 100/4 102/9
111/5 114/14 115/9
117/23 118/22 121/17
121/20 122/6 123/2
123/5 128/22 128/23
allegations [2]
97/17 97/20

**68/7**  78/2 80/11 88/4
allow [3]  30/11 57/4
70/4
allowed [3]  10/17
31/5 53/13
almost [2]  123/2
127/1
along [5]  48/19
114/24 115/5 115/6
122/25
alongs [2]  115/15
116/1
already [11]  24/21
56/24 60/14 64/10
66/16 83/24 83/24
100/18 112/13 112/14
129/11
also [34]  7/14 10/14
10/18 11/5 16/8 24/22
27/1 28/6 33/14 35/4
35/24 37/13 45/8 54/1
57/10 61/21 65/24
69/13 71/9 71/15
73/19 75/4 77/7 78/10
80/2 82/8 83/6 99/8
99/24 100/16 114/18
115/6 123/13 128/25
always [4]  28/4
31/11 44/5 87/4
am [5]  20/7 50/14
50/18 87/17 100/10
Amanda [3]  1/12 4/8
128/11
Amber [2]  2/3 4/13
ambit [3]  97/2 97/2
97/18
America [1]  4/6
American [1]  71/16
among [3]  39/3
39/10 66/14
amount [13]  42/3
44/13 44/21 44/23
45/1 46/1 46/2 46/12
63/8 64/8 64/9 64/23
81/25
angry [2]  51/6 51/6
Anne [1]  1/11
annual [1]  33/24
another [9]  27/18
29/8 34/14 78/6 81/11
112/4 114/6 118/9
119/3
answer [16]  16/4
21/2 23/15 24/14
29/19 29/22 29/23
31/14 32/9 40/11 44/3
48/1 63/19 93/22
113/19 120/17
answered [3]  26/15
52/12 82/14
Anthony [4]  41/22
59/24 60/4 60/10
antics [1]  68/11

**A**

**any [67]** 5/10 6/8
8/22 17/25 26/19 27/4
27/20 29/19 36/11
36/12 36/15 44/25
47/23 51/10 51/23
52/10 52/10 52/16
52/19 53/19 55/17
58/10 61/17 61/17
62/1 62/4 66/15 75/5
75/7 77/13 77/24
83/13 85/19 87/15
87/16 87/17 87/18
87/23 87/24 89/11
93/9 93/12 101/7
101/11 102/1 102/6
105/2 105/9 107/13
108/17 112/16 113/2
113/4 113/20 114/3
117/9 118/25 119/6
119/20 124/2 124/11
125/9 125/10 128/6
128/20 129/5 129/12
**anybody [1]** 40/19
**anyone [11]** 50/20
52/25 65/19 66/14
77/2 94/14 100/4
110/17 111/23 112/24
128/19
**anything [12]** 40/21
74/17 75/12 81/3 85/3
91/25 102/23 108/14
114/21 119/1 119/23
129/5
**apartments [4]**
18/20 18/22 19/3
124/22
**apologize [1]** 91/24
**apparently [1]**
119/23
**appear [2]** 42/21
108/14
**appearances [3]**
1/10 2/1 118/25
**appearing [1]** 55/8
**appears [2]** 86/12
87/9
**application [26]**
10/9 10/11 10/19
11/11 12/19 12/25
13/5 13/5 13/9 14/1
14/5 16/1 16/16 17/10
17/20 20/16 29/8
29/18 30/10 30/23
30/23 31/3 33/24 34/3
34/7 98/1
**applied [4]** 34/19
34/23 97/5 121/20
**applies [1]** 96/15
**apply [2]** 97/10
97/12

**applying [1]** 96/18
**approach [1]** 128/25
**approvals [1]** 118/22
**approved [4]** 8/8
11/7 17/1 33/21
**approves [1]** 34/9
**approximately [4]**
19/14 99/10 103/21
115/17
**April [6]** 1/5 4/1
41/22 54/9 60/13 67/1
**arbitration [1]** 50/1
**are [60]** 5/10 8/13
8/16 9/9 10/3 12/7
12/11 18/20 20/8
20/8 23/23 26/2 28/3
28/22 29/9 29/20
32/17 34/5 35/17
38/13 39/16 39/22
39/23 41/13 43/11
43/14 45/20 48/24
49/18 51/2 62/19
64/16 64/16 64/18
67/17 70/1 70/15 75/3
75/20 82/3 82/24 84/6
86/3 86/8 86/12 87/10
87/10 87/15 89/16
90/3 97/18 98/18
100/8 107/14 117/20
117/23 119/20 123/2
123/18 126/24
**area [14]** 11/7 11/25
14/9 21/20 42/14
49/13 111/4 111/12
117/16 118/3 118/3
121/14 122/25 125/22
**areas [7]** 10/9 11/15
11/17 11/19 13/20
23/23 42/11
**argue [1]** 98/18
**Argumentative [1]**
23/14
**arguments [1]** 98/19
**around [12]** 18/20
18/22 19/3 66/17 69/5
72/24 86/23 111/10
111/12 112/17 119/10
119/16
**arrive [1]** 78/3
**arrows [2]** 13/21
14/23
**art [5]** 74/12 90/11
103/4 103/5 103/7
**article [8]** 8/17 8/21
35/14 36/4 36/9 37/14
37/20 63/19
**as [106]** 9/20 10/2
10/5 10/19 12/15
12/19 13/6 15/7 15/12
15/14 15/24 20/22
20/22 21/5 21/8 23/1
23/5 23/11 23/11

23/16 23/16 25/24
26/11 26/12 26/13
34/4 35/18 37/14
39/15 39/22 41/24
41/25 42/9 42/10
46/12 46/19 46/23
47/9 49/1 49/13 49/13
51/17 54/17 55/12
56/15 57/19 59/22
62/13 63/18 65/14
66/16 67/24 68/21
69/11 69/11 78/1
81/23 82/23 84/6 84/6
89/9 93/7 95/16 96/6
97/20 98/7 101/11
101/20 102/13 102/14
102/14 104/22 108/9
111/21 112/23 112/23
112/23 114/11 116/25
118/1 118/1 118/4
118/4 119/9 119/15
119/22 119/22 119/23
119/23 121/9 121/12
122/14 123/13 124/1
124/1 124/5 124/5
124/10 124/10 124/23
127/9 127/21 127/21
128/15 128/18 128/21
**ascertained [2]**
102/1 109/19
**aside [2]** 35/2 63/8
**ask [15]** 23/20 28/19
32/23 54/6 62/14
69/21 77/2 88/18
91/12 97/6 97/9
103/22 105/20 108/17
110/17
**asked [15]** 22/8 23/2
26/2 26/7 26/14 50/3
50/23 50/24 52/12
57/7 57/9 57/17 57/18
58/10 119/20
**asking [11]** 19/7
22/5 22/6 24/11 48/11
94/5 96/20 97/4 97/5
104/9 105/24
**asphalt [1]** 24/22
**assessed [1]** 44/13
**assigned [1]** 71/22
**associated [5]** 6/8
61/5 61/11 62/1 84/7
**assumed [2]** 83/24
88/4
**Assumes [1]** 47/19
**at [123]** 5/20 9/14
11/6 14/5 14/15 15/16
15/20 16/10 16/19
17/4 18/9 18/16 20/12
21/10 21/24 22/17
23/11 25/24 27/16
29/20 30/11 30/15
32/13 33/5 36/10

36/10 38/25 41/7 41/8
41/21 41/23 47/1
48/18 49/11 54/16
54/25 55/16 55/17
55/19 58/15 59/7
60/12 65/7 65/13
65/14 65/16 65/21
66/6 66/12 66/15
66/18 67/9 67/16
67/19 68/5 70/1 71/14
72/6 73/4 73/11 73/21
74/8 74/18 74/19
74/21 76/4 76/7 78/14
78/18 79/7 82/12
82/19 85/17 89/2 90/3
92/16 92/16 92/17
94/7 94/14 95/8 98/23
99/21 100/3 100/4
102/6 103/6 105/14
106/10 107/6 107/8
107/10 107/19 107/25
108/18 108/24 109/20
109/24 110/2 110/11
110/17 111/1 111/14
112/8 113/3 113/4
114/6 115/2 115/7
115/9 115/25 121/12
123/6 123/23 125/8
125/20 125/23 126/15
128/17 128/18 129/1
129/2 129/17
**attached [5]** 11/8
37/16 37/16 37/18
92/18
**attachment [2]**
83/25 84/1
**attempt [1]** 80/15
**attempted [2]** 73/20
83/3
**attend [1]** 103/11
**attention [3]** 36/22
62/25 129/6
**attitude [1]** 51/3
**attorney [19]** 39/23
40/18 45/18 45/19
55/2 57/11 57/11
57/12 64/3 64/7 73/4
92/12 96/10 108/22
108/22 109/11 118/20
120/2 122/13
**attorney's [2]** 54/13
58/15
**attorney/client [1]**
96/10
**attraction [1]** 80/2
**audio [8]** 106/12
106/13 106/14 106/25
107/2 107/6 107/9
107/16
**audit [7]** 34/15
41/10 41/11 41/12
41/16 41/17 54/7

**audited [2]** 41/9
60/14
**auditing [4]** 43/19
45/7 45/14 55/24
**audits [3]** 42/9 44/11
56/11
**authenticated [1]**
107/3
**authorities [1]** 25/7
**Authority [19]** 17/1
20/6 20/10 22/12 25/9
34/3 35/3 39/15 39/19
39/24 43/2 45/24 53/7
59/13 64/17 74/11
103/4 123/1 125/24
**available [1]** 37/3
**Avenue [22]** 1/13
14/6 14/21 14/24 15/1
15/7 15/7 15/11 15/11
15/12 15/18 15/18
15/19 15/21 15/24
15/25 25/18 30/16
30/17 30/25 99/11
121/3
**avoid [1]** 9/9
**aware [15]** 5/10
52/7 68/4 75/21 84/6
87/15 87/17 101/11
102/6 112/24 113/7
117/20 119/20 124/2
124/11
**awe [1]** 105/14
**AXS [1]** 1/10

**B**

**back [28]** 15/15
15/23 25/11 25/14
25/18 26/1 26/12
30/14 32/14 35/9
65/15 66/11 66/15
74/6 76/19 83/15
84/21 86/17 87/7 87/7
94/10 100/9 100/13
105/5 114/11 114/16
115/10 124/12
**background [4]** 71/7
71/8 97/4 99/20
**backtracking [1]**
82/11
**backwards [1]** 81/20
**bad [1]** 74/17
**Ball [48]** 11/22 13/1
13/11 13/18 13/22
14/15 14/18 15/20
15/22 18/14 18/17
18/22 19/16 20/21
21/24 22/2 22/22
22/25 25/11 25/18
30/15 42/19 42/20
44/7 46/20 46/23 47/1
52/5 52/8 52/11 60/16
60/18 61/18 99/4

**B**

**Ball... [14]** 99/17
102/6 102/12 102/20
103/1 111/10 111/13
112/17 112/25 113/22
114/4 114/6 114/11
114/16
**ballot [1]** 82/8
**bar [1]** 99/8
**Barcena [4]** 41/22
59/24 60/4 60/10
**barricades [1]** 123/2
**baseball [1]** 99/24
**based [5]** 44/11
59/11 72/7 119/23
126/15
**basing [1]** 45/5
**basis [2]** 36/15 87/20
**bass [1]** 124/21
**bassing [1]** 124/21
**be [85]** 4/15 4/21
5/19 8/5 10/4 10/12
11/6 11/18 11/25
12/16 13/6 13/22
16/23 16/23 19/18
23/22 25/11 25/13
25/23 27/1 27/17
27/18 29/12 31/5 32/6
32/19 33/10 33/21
33/24 35/22 35/23
37/3 37/17 38/3 38/21
39/1 39/10 41/12
42/18 42/19 42/20
45/7 48/9 48/15 49/23
51/7 51/15 51/16
53/13 53/13 55/3
55/11 57/11 64/4
64/21 65/12 66/7
66/11 68/11 68/16
69/5 70/14 79/13 81/1
88/6 94/12 94/12 96/9
96/9 98/13 104/18
107/7 107/17 108/14
110/25 115/23 117/15
119/2 121/13 125/6
126/2 128/14 129/5
129/7 129/9
**bearings [1]** 18/9
**beautify [2]** 72/9
75/3
**because [50]** 10/16
15/17 16/25 17/4 17/8
17/13 17/13 19/24
20/2 22/4 22/20 22/21
24/3 24/24 25/6 30/2
31/3 34/2 34/7 34/24
42/24 43/23 45/6
45/13 46/6 46/13
49/20 49/24 49/24
49/25 50/7 50/14
50/21 51/2 51/3 51/17

56/1 63/14 63/18 80/1
80/16 86/16 89/16
94/18 103/7 109/19
110/10 110/13 112/9
112/20
**become [2]** 124/2
124/10
**becoming [1]** 129/8
**been [22]** 7/2 14/8
17/1 17/12 20/9 22/17
31/15 42/19 43/17
45/7 49/24 52/4 54/21
55/6 55/6 60/14 62/16
63/2 76/5 101/11
113/7 126/8
**before [29]** 1/8 9/3
9/4 10/16 12/19 12/21
15/21 15/23 17/17
21/4 34/1 35/10 40/22
43/16 43/22 45/6
52/10 66/3 68/18
76/25 79/17 95/11
96/12 98/17 100/21
102/5 126/8 128/16
129/8
**began [2]** 88/4
102/15
**begin [3]** 88/3
102/12 102/20
**beginning [1]** 9/6
55/15 73/19
**behalf [7]** 4/9 4/14
13/10 13/10 42/1
112/17 120/13
**behind [1]** 111/13
**being [21]** 7/18
12/12 27/11 28/3 31/9
34/19 40/18 41/19
49/19 52/23 53/9 69/6
78/15 81/23 99/16
100/6 106/24 107/2
107/4 108/22 126/15
**belief [2]** 81/13
113/23
**believe [34]** 7/2 7/6
7/10 19/21 37/7 37/15
37/15 49/18 69/14
72/2 72/13 77/15
79/19 81/11 89/3
89/13 89/13 91/20
95/6 105/6 106/12
107/7 110/16 113/21
114/3 114/12 114/17
114/17 115/18 117/24
118/10 120/24 121/5
125/4
**believed [1]** 34/19
**below [2]** 42/13
92/14
**Ben [8]** 4/13 73/4
88/25 89/11 89/13
89/14 105/19 122/5

**bench [6]** 54/25 65/7
67/9 95/8 106/10
129/2
**Benedict [1]** 1/18
**benefit [1]** 5/23
**berated [1]** 51/7
**besides [2]** 61/18
102/23
**best [1]** 67/15
**Betancourt [2]**
109/13 141/12
**better [3]** 28/2 122/7
122/11
**between [2]** 15/18
15/25
**beyond [3]** 5/25
20/11 66/7
**Biernes [1]** 122/22
**big [2]** 49/1 82/22
**bigger [2]** 21/14
44/15
**Bill [8]** 6/8 62/1 62/6
74/18 79/6 80/16
80/17 80/19
**Biscayne [5]** 1/21
67/19 68/5 69/25 70/4
**bit [9]** 6/20 6/21
8/12 71/7 72/20 81/19
81/21 82/11 120/10
**blames [1]** 68/23
**block [7]** 15/20
82/20 103/19 115/1
117/25 122/11 128/7
**Blom [5]** 68/4 68/4
68/9 68/21 129/2
**Blvd [3]** 1/21 2/3
129/24
**board [5]** 68/18
71/15 122/6 122/7
122/15
**bono [1]** 72/14
**borders [1]** 82/24
**boss [2]** 73/21
120/11
**both [2]** 89/15 89/16
**bottom [6]** 18/10
21/21 30/15 32/13
58/15 91/15
**boundaries [1]** 10/3
**BOWEN [1]** 1/20
**bracelets [1]** 127/6
**break [4]** 37/8 37/10
66/4 66/16
**breaking [1]** 65/13
**Brickell [1]** 42/14
**brief [1]** 67/6
**briefing [1]** 98/8
**briefly [3]** 65/6
106/8 129/1
**bring [12]** 4/18
17/20 18/6 37/24
37/25 55/11 67/5 70/6

70/6 70/10 73/11
129/6
**brother [2]** 81/6
89/14
**brought [4]** 56/1
56/10 56/11 80/25
**Broward [1]** 129/24
**BTR [1]** 39/8
**budget [1]** 75/2
**Buenos [1]** 6/18
**building [4]** 72/8
75/1 86/5 112/21
**built [1]** 75/2
**bunch [1]** 40/3
**bundler [1]** 73/2
**Bush [6]** 88/25 89/8
89/9 89/9 89/10 89/11
**business [32]** 5/22
11/23 17/2 17/4 17/8
17/9 39/4 39/6 39/7
39/7 40/18 41/8 41/15
41/19 42/5 44/20 45/2
50/8 50/21 51/15
57/17 57/18 61/5
61/12 63/21 87/16
88/8 88/25 89/5 89/6
100/11 117/16
**businesses [10]**
18/25 42/21 43/8
43/11 43/12 43/14
43/15 103/20 108/18
118/3
**but [54]** 13/7 15/11
15/15 15/22 15/25
16/19 17/9 19/1 24/2
25/5 25/21 26/2 28/4
29/11 33/23 35/6
39/22 40/4 40/15
40/19 43/23 45/6
45/10 53/3 53/5 53/7
55/25 56/10 56/23
58/18 63/18 64/9
64/24 65/20 67/17
69/19 69/24 73/18
78/16 82/23 84/20
94/5 105/18 106/12
106/18 107/2 107/7
112/5 113/20 114/20
117/24 122/14 125/25
129/4
**buy [1]** 127/2
**buzzing [1]** 123/16

**C**

**C-E-R-T-I-F-I-C-A-T-E [1]** 129/19
**Cage [2]** 60/21 61/18
**cakes [1]** 75/16
**calendar [1]** 128/7
**call [16]** 4/4 41/10
65/9 67/4 70/16 70/17
73/19 77/2 77/4 91/18

93/1 100/10 110/17
110/20 113/4 113/18
**Calle [2]** 43/17 86/24
**called [14]** 7/11 77/5
80/17 80/19 89/22
93/3 99/21 105/8
110/19 112/24 113/2
114/10 120/20 122/4
**calling [4]** 4/5 77/20
93/3 111/25
**calls [9]** 5/12 6/10
53/10 53/21 54/2 60/1
60/8 61/7 113/3
**came [15]** 17/15
43/23 46/5 46/8 74/23
86/19 89/15 93/5 94/7
96/3 103/7 110/13
113/4 115/10 122/16
**Camero [1]** 109/15
**campaign [16]**
72/14 72/16 72/17
73/1 73/7 73/10 74/4
74/24 75/5 76/1 77/8
77/11 78/7 79/22 80/5
122/9
**can [102]** 4/15 4/16
4/18 11/3 11/4 11/12
11/14 12/4 13/13
13/20 14/14 15/17
16/4 17/20 18/6 18/17
18/17 21/1 21/2 21/10
21/13 21/17 21/21
21/24 23/15 26/17
27/20 28/12 28/15
29/14 30/6 30/16
31/14 31/17 32/9
32/21 33/1 33/2 34/13
35/13 35/19 36/21
37/13 37/24 37/25
38/6 38/21 39/13
40/22 44/3 44/15
44/15 45/3 46/8 48/1
48/11 54/23 56/12
57/8 58/4 58/6 59/21
62/14 62/19 67/5 67/6
69/21 69/23 70/6 70/6
70/10 74/24 78/20
80/18 83/14 84/1
85/25 86/2 91/10 92/1
92/15 92/15 92/19
93/22 93/23 98/4
102/17 107/5 107/15
109/22 113/10 113/25
117/2 119/13 120/10
125/6 129/6 129/6
129/12
**can't [5]** 27/17 27/17
41/10 98/11 100/14
**cancels [1]** 64/15
**candidacy [1]** 77/9
**candidates [1]** 76/7

**C**

**cannot [3]** 50/14
94/12 122/7
**cap [1]** 99/24
**capacity [2]** 102/13
108/9
**Caprio [2]** 1/11 4/9
**car [6]** 22/8 53/14
112/19 112/21 115/12
115/13
**cared [1]** 43/23
**CAROLLO [121]** 1/6
4/6 4/14 5/10 16/9
17/8 21/8 22/13 22/15
30/7 35/8 41/8 43/23
50/13 53/1 53/8 59/24
60/5 63/20 68/23 69/3
69/4 69/15 71/20
72/10 73/6 73/10 74/4
74/6 74/7 74/15 74/17
74/20 74/25 75/9
76/19 76/22 77/9
78/16 80/5 80/8 80/14
80/19 81/3 81/12
81/16 82/2 82/11
82/20 82/21 83/1
83/22 84/9 84/15
85/12 86/14 86/23
87/8 87/16 88/7 88/24
89/4 89/9 89/12 90/24
91/1 91/24 92/13 93/5
93/11 94/3 94/4 94/6
94/11 94/23 99/21
99/23 100/8 100/10
101/12 101/17 102/5
102/24 102/25 103/6
103/7 103/14 103/22
104/13 105/8 105/20
108/17 108/23 109/13
110/14 110/17 110/23
111/9 111/16 112/9
112/10 113/1 113/5
114/13 114/18 114/19
115/2 115/8 115/14
116/6 116/14 116/23
117/6 117/9 119/2
120/3 120/11 122/18
125/8 125/23 128/6
**Carollo's [11]** 50/10
68/10 69/14 76/3
80/22 81/6 88/2
112/25 124/1 124/10
124/25
**cars [38]** 9/24 11/12
13/18 14/1 14/4 14/9
15/11 15/12 16/19
18/14 19/14 19/15
19/18 19/25 20/21
22/2 23/11 23/19
24/10 25/10 25/13
25/16 25/24 26/12

27/10 27/15 28/3
28/22 30/24 31/4 46/5
46/5 48/19 49/11
52/23 52/25 53/17
53/19
**Casa [4]** 61/22 62/1
62/4 62/5
**case [20]** 1/2 4/5
66/14 67/18 69/17
74/1 95/13 95/14
95/15 95/16 96/15
96/19 98/3 98/4 98/8
98/17 98/23 109/3
110/10 128/19
**cases [1]** 63/22
**Catharsis [2]** 62/5
62/6
**cc [1]** 57/13
**cc'd [1]** 57/11
**CCSG [8]** 41/25 42/8
42/10 43/1 44/8 44/11
44/12 45/24
**CCSG's [1]** 42/14
**cease [1]** 121/13
**ceased [1]** 127/24
**Cejas [1]** 109/14
**center [1]** 100/11
**certain [2]** 10/5 25/3
**certainly [1]** 67/16
**certificate [2]** 10/17
22/22
**certification [2]**
71/11 71/12
**certify [1]** 129/20
**cetera [3]** 81/7
111/4 119/1
**Chain [48]** 11/22
13/1 13/11 13/18
13/22 14/16 14/18
15/20 15/22 18/14
18/17 18/22 19/16
20/21 21/25 22/2
22/22 22/25 25/12
25/18 30/15 42/19
42/20 44/7 46/20
46/23 47/1 52/5 52/8
52/11 60/16 60/18
61/18 99/5 99/17
102/6 102/12 102/20
103/1 111/10 111/13
112/17 112/25 113/22
114/4 114/7 114/11
114/16
**chairs [3]** 75/25
76/18 126/24
**challenged [1]** 68/18
**change [5]** 30/24
31/5 59/7 59/9 122/11
**changed [2]** 58/24
122/22
**changing [1]** 30/10
**charge [2]** 36/11

36/13
**charged [1]** 35/1
**charges [1]** 34/3
**Chavez [1]** 48/4
**check [4]** 48/8 100/2
103/25 108/17
**checking [1]** 46/5
**children [1]** 49/25
**choice [1]** 56/12
**chose [1]** 55/18
**church [27]** 16/10
16/12 18/4 18/11
18/20 19/3 19/18
20/15 21/10 21/22
22/3 23/7 24/10 26/5
27/11 27/16 28/3
28/23 41/8 48/18
52/23 53/9 53/16
53/17 53/19 53/25
100/6
**Circuit [2]** 95/16
98/17
**cites [1]** 32/25
**city [114]** 7/21 7/25
9/25 10/5 13/14 22/11
22/12 22/16 22/18
25/2 25/6 28/5 31/22
32/6 32/18 33/25 34/6
34/7 34/8 34/9 35/1
35/4 35/9 36/5 36/10
36/13 38/7 39/6 39/20
39/22 39/23 39/25
39/25 40/17 40/17
40/21 41/23 42/1 42/3
42/10 43/1 45/19
47/24 49/25 50/7 50/9
50/10 50/11 50/13
50/25 51/14 51/15
52/7 54/13 55/2 55/23
57/10 57/11 57/12
58/15 63/2 64/6 64/13
64/15 64/20 64/24
67/12 67/16 67/20
68/3 69/1 69/2 69/12
70/1 73/11 74/11 77/7
77/13 77/24 77/25
86/24 87/6 87/10
92/12 93/16 94/3 94/7
94/14 96/2 96/3 96/9
96/10 100/11 103/5
103/7 108/8 108/9
108/22 108/23 109/11
109/13 110/21 113/4
115/1 115/1 115/4
115/19 115/22 115/22
118/20 118/21 120/2
123/4 123/5
**Civil [1]** 68/18
**CJ [1]** 73/3
**claimed [2]** 41/18
68/11
**claims [1]** 69/6

**clarify [1]** 19/2
**clarifying [2]** 7/5
56/14
**clear [10]** 15/13 20/8
25/23 35/23 50/14
64/4 64/21 96/12
98/13 107/17
**clearly [1]** 15/25
**client [1]** 96/10
**clients [1]** 26/12
**close [5]** 17/3 17/9
50/15 50/18 65/12
**closed [6]** 17/2 17/8
20/6 26/3 92/17
122/24
**closely [1]** 72/18
**closing [1]** 17/11
**club [1]** 99/8
**code [32]** 8/14 8/17
9/3 9/23 10/3 22/12
22/16 22/24 23/25
24/6 35/14 35/24 36/5
38/7 38/10 75/5 75/7
77/15 77/17 78/1 78/3
87/10 91/25 92/22
93/1 98/10 105/9
105/17 107/10 115/3
115/23 117/8
**codes [1]** 25/8
**coffee [1]** 72/5
**coincidence [2]**
43/19 43/20
**COLE [1]** 2/2
**collect [1]** 45/4
**collection [1]** 45/3
**College [2]** 71/8
71/10
**column [1]** 84/4
**come [14]** 4/17
65/15 68/20 77/22
77/24 80/4 87/7 87/7
100/4 110/10 110/11
112/21 113/6 113/19
**comes [1]** 7/24
**comfort [1]** 37/8
**coming [5]** 51/2 53/6
80/2 110/23 110/23
**commentary [1]**
82/15
**comments [1]** 45/5
**commercial [2]** 10/5
11/22
**Commission [1]**
35/9
**commissioner [84]**
4/14 5/10 16/9 22/15
22/19 30/7 35/8 41/8
42/21 43/23 53/8
59/24 60/4 63/20
68/10 68/15 69/3
71/20 72/6 73/6 73/10
74/7 74/15 74/17

74/20 74/25 75/9 78/2
80/8 80/14 80/22 81/9
81/12 81/16 83/1
84/15 86/14 86/23
87/15 87/18 87/23
88/2 88/7 89/4 89/12
90/24 91/1 91/24
92/13 93/11 94/3
94/23 101/12 101/17
102/5 102/25 103/6
104/13 105/13 105/14
105/20 108/17 110/14
110/17 111/9 111/21
112/5 112/13 112/15
112/24 113/5 114/5
114/10 115/14 116/5
116/13 119/2 119/3
119/20 120/3 121/17
122/18 124/25 125/8
**commissioner's [5]**
53/14 104/9 112/16
119/6 120/13
**commissioners [2]**
119/10 119/16
**communicated [2]**
79/18 79/23
**community [2]**
71/10 125/18
**companies [3]** 5/20
34/23 34/25
**company [10]** 7/11
40/1 41/11 41/16
45/15 46/17 50/15
50/18 51/1 57/20
**compared [1]**
108/15
**compensation [1]**
50/21
**competing [1]**
122/18
**complained [2]**
59/11 112/11
**complaining [4]**
93/9 106/2 111/25
124/12
**complaint [8]** 93/5
96/16 110/13 112/24
113/1 113/4 113/6
124/13
**complaints [13]**
52/16 52/19 94/4
101/25 102/24 111/18
113/2 113/14 113/21
114/3 124/2 124/11
125/10
**complete [2]** 36/24
41/25
**completely [2]** 70/1
98/19
**compliance [1]**
34/10
**complicated [1]**

**C**

**complicated... [1]** 44/25
**complied [1]** 50/10
**comply [5]** 34/6 38/24 39/11 63/20 64/14
**complying [4]** 39/16 51/17 51/20 51/21
**comports [2]** 56/19 57/6
**computation [1]** 33/23
**concept [2]** 49/17 82/3
**concern [3]** 68/2 93/15 94/2
**concerning [1]** 97/18
**concerns [3]** 94/6 94/15 94/24
**conclusion [2]** 19/8 128/4
**concocted [3]** 81/6 81/8 122/4
**Condition [1]** 126/5
**conditions [1]** 11/5
**conduct [3]** 9/19 42/9 68/12
**conducted [2]** 44/11 92/16
**conducting [2]** 100/15 101/18
**conference [1]** 84/20
**confidentiality [1]** 96/11
**confirm [1]** 28/22
**confuse [1]** 20/4
**confusing [1]** 6/21
**congratulations [1]** 80/17
**conjunction [1]** 89/16
**consequences [2]** 51/2 51/14
**consider [5]** 41/15 98/8 98/23 117/15 126/2
**considered [2]** 5/22 82/2
**consistent [2]** 57/8 104/21
**console [1]** 100/11
**conspiracy [1]** 43/1
**constituents [1]** 118/2
**Consulting [1]** 41/25
**contact [4]** 71/25 72/3 74/12 100/4
**contacts [1]** 77/17

**contain [1]** 11/5
**contained [2]** 8/13 8/16
**container [9]** 89/20 89/24 90/1 90/3 90/13 90/17 92/20 104/17 105/3
**contains [1]** 32/13
**continue [7]** 4/25 28/5 38/4 98/8 108/4 111/7 128/2
**CONTINUED [2]** 2/1 5/3
**continues [2]** 42/8 42/13
**continuous [1]** 33/22
**control [2]** 101/7 101/9
**controlled [2]** 120/23 122/3
**controlling [1]** 75/7
**conversation [2]** 105/18 116/5
**cooking [1]** 105/2
**coordinated [1]** 72/5
**copied [1]** 64/4
**copies [3]** 84/21 85/13 86/16
**cops [1]** 100/10
**copy [3]** 56/2 57/13 84/21
**copying [1]** 118/21
**corner [1]** 21/21
**corporation [2]** 86/6 122/4
**correct [119]** 7/3 7/8 7/12 7/15 7/22 7/25 8/3 8/6 8/14 9/25 10/6 10/9 10/12 10/15 10/21 11/1 11/12 11/23 12/1 13/2 13/7 13/11 13/15 13/18 13/22 14/2 14/6 14/9 14/12 14/16 14/19 14/21 14/24 15/2 15/5 15/8 16/10 16/13 16/17 16/22 17/5 18/14 18/21 19/4 19/6 19/19 19/22 20/3 20/23 21/11 22/4 23/8 23/12 24/10 24/22 24/23 24/25 25/1 25/4 25/14 26/1 26/13 27/5 29/18 30/8 30/12 30/17 31/1 31/6 31/11 33/16 33/17 33/19 33/23 34/11 34/20 35/6 35/10 35/20 36/6 36/19 38/14 39/8 39/16 39/21 40/5 40/14 40/20 41/19

42/2 43/2 43/8 43/12 43/15 44/24 45/21 46/3 46/7 46/8 46/13 46/17 48/23 49/1 49/4 49/21 50/8 50/13 51/16 61/6 63/11 63/15 64/5 64/9 64/12 64/25 76/6 90/5 115/6 121/23
**corrected [1]** 37/17
**correctly [5]** 43/1 43/21 59/10 80/22 83/10
**correspond [1]** 87/13
**corridor [1]** 82/1
**could [32]** 24/1 24/3 39/3 46/4 46/4 49/13 51/16 53/13 55/13 55/14 55/16 69/5 83/12 84/23 88/6 88/10 91/3 95/4 100/23 102/3 106/8 107/19 108/25 118/7 122/11 123/1 123/14 125/19 125/22 126/23 126/25 127/2
**could say [2]** 46/4 46/4
**couldn't [1]** 128/2
**counsel [20]** 4/6 4/25 9/12 12/5 24/5 27/5 30/18 31/12 38/15 59/5 62/15 65/1 84/24 88/11 91/4 92/2 95/5 109/1 118/8 127/10
**Counsel's [1]** 23/13
**county [4]** 71/15 71/16 71/17 71/18
**couple [3]** 56/8 95/17 122/13
**course [9]** 10/10 11/2 23/9 42/16 42/18 84/14 96/9 116/16 117/7
**court [17]** 1/1 4/4 58/2 66/9 67/4 68/20 70/9 95/12 96/6 96/12 97/1 98/8 98/15 98/19 99/1 107/18 129/23
**Court's [1]** 97/15
**Courtney [2]** 1/11 4/9
**courtroom [7]** 4/20 37/12 38/2 40/20 66/20 70/13 128/24
**cousin [1]** 48/6
**create [2]** 87/18 122/18
**created [2]** 85/16 87/16

**creates [1]** 123/16
**creating [2]** 96/25 97/1
**credibility [1]** 67/14
**cross [14]** 3/2 6/14 6/16 38/5 54/22 55/25 56/10 56/15 56/20 57/2 57/5 57/9 61/8 67/17
**cross-examination [6]** 6/14 38/5 56/15 56/20 57/2 57/9
**CRR [1]** 129/22
**Cruz [1]** 73/4
**Cuban [1]** 47/4
**Culturales [14]** 120/20 121/7 121/13 122/3 122/19 123/9 123/14 123/17 123/18 125/1 125/11 126/2 126/15 127/12
**culture [4]** 123/23 127/3 127/3 127/5
**Currently [1]** 10/16
**Curtis [4]** 15/23 28/12 28/15 33/13
**customers [3]** 19/16 20/2 26/1
**cut [3]** 62/20 62/21 72/22
**CV [1]** 1/2

**D**

**D.J [1]** 127/9
**Dade [1]** 71/8
**Dadeland [1]** 2/3
**daily [2]** 36/14 72/19
**dancers [1]** 127/8
**dashboard [1]** 53/14
**data [1]** 37/3
**date [7]** 32/14 56/13 60/12 83/23 85/3 86/6 109/22
**dated [1]** 30/6
**dates [2]** 121/17 121/20
**dating [1]** 35/9
**DAVIS [1]** 1/18
**Dawson [2]** 2/3 4/13
**day [35]** 1/8 11/20 45/15 53/5 53/25 66/7 72/20 72/20 72/22 72/22 73/19 73/24 75/2 75/4 75/21 76/14 77/2 77/20 77/24 78/5 78/12 89/11 91/19 103/16 111/7 111/14 114/22 116/22 117/5 121/4 121/7 121/13 123/3 123/12 128/7
**days [5]** 45/6 45/13 45/16 66/5 68/7

**de [6]** 92/17 95/15 96/6 97/14 104/1 105/16
**dealing [1]** 108/20
**December [2]** 83/24 88/5
**decide [1]** 73/6
**decision [1]** 68/15
**defend [1]** 50/20
**defendant [4]** 1/7 1/15 2/2 97/21
**defendant's [10]** 3/10 12/17 26/19 27/8 27/25 28/10 29/6 31/20 41/4 122/13
**defending [1]** 50/21
**defense [6]** 37/13 54/19 59/21 66/5 67/10 129/10
**defined [2]** 9/20 10/2
**definitive [2]** 96/12 98/14
**demonstration [1]** 26/3
**demonstrative [4]** 17/25 18/3 21/14 21/17
**department [12]** 20/10 45/10 45/12 64/17 64/19 68/6 77/18 83/4 83/8 110/9 119/4 119/21
**depends [2]** 67/22 68/1
**depict [1]** 107/9
**depicted [1]** 108/11
**deposition [1]** 69/12
**derived [1]** 36/11
**description [2]** 60/18 113/13
**descriptions [1]** 61/17
**desire [1]** 117/9
**detailed [1]** 85/16
**details [1]** 86/2
**determination [1]** 46/12
**determine [1]** 45/2
**determined [7]** 44/12 44/20 44/22 45/25 68/9 97/1 98/15
**Devin [1]** 109/14
**Dias [1]** 6/18
**did [206]**
**did he ever [3]** 75/18 80/10 100/15
**did you go [6]** 99/19 103/13 112/4 112/7 114/6 114/9
**didn't [27]** 8/2 8/5 17/4 17/14 40/21

**D**

**didn't... [22]** 45/25
46/1 46/8 46/11 48/25
50/12 53/3 55/2 55/4
55/10 55/25 58/10
64/22 64/23 65/19
65/21 69/10 76/22
82/21 96/17 114/19
115/7
**Diez [1]** 65/25
**difference [4]** 5/20
56/20 57/1 115/12
**differences [1]**
29/12
**different [17]** 19/25
22/19 31/7 42/11
50/15 57/7 68/22 82/7
84/15 86/2 105/21
108/14 115/5 119/4
119/21 125/6 125/21
**dime [1]** 123/5
**direct [8]** 3/2 5/3
33/1 56/11 58/18
67/22 71/3 73/21
**directed [1]** 22/24
**directing [1]** 95/22
**directly [5]** 93/1
96/8 96/11 97/20
111/13
**director [3]** 45/18
74/11 103/4
**dirty [2]** 75/4 122/11
**disagree [1]** 42/5
**disagreement [1]**
42/4
**disagrees [2]** 69/22
69/22
**disallowed [1]** 97/19
**disallowing [1]** 97/3
**disaster [1]** 69/4
**disclose [3]** 55/9
55/10 55/12
**disclosed [4]** 20/16
54/21 55/6 69/8
**discovered [2]** 53/3
53/7
**discuss [2]** 66/14
128/19
**discussed [2]** 49/9
54/22
**disingenuous [2]**
98/11 98/19
**dispute [7]** 63/9
63/10 63/12 63/22
64/1 64/9 129/12
**disputed [1]** 63/24
**disputing [1]** 63/24
**disruption [1]** 9/10
**distance [1]** 5/21
**distraught [1]**
111/18

**district [26]** 1/1 1/1
1/9 71/22 71/23 72/22
73/14 76/3 90/22 97/3
97/19 101/11 101/20
102/2 102/13 102/21
112/23 113/3 117/23
117/24 118/1 119/2
119/9 119/15 120/12
121/12
**divided [1]** 42/10
**do [123]** 5/7 9/11
9/21 11/8 11/20 12/4
15/21 15/22 18/2
18/11 19/21 20/8
21/22 22/20 22/20
24/16 29/15 30/2
32/14 32/22 33/6
33/11 34/16 36/16
36/25 37/4 38/12
38/13 38/20 39/4 39/6
39/11 39/25 41/9 42/3
42/11 42/15 42/18
42/20 42/23 44/14
46/3 46/11 47/9 47/23
48/4 49/22 51/10
52/22 53/2 53/5 53/6
53/8 53/25 54/13
58/15 59/21 60/4
60/12 60/16 60/18
60/20 61/11 61/17
61/21 61/21 63/6
63/16 64/13 66/1
66/13 66/14 67/21
67/22 67/25 68/1
68/24 70/21 71/13
71/20 71/21 72/16
73/23 74/1 74/2 74/3
74/10 75/12 75/15
79/3 79/7 80/13 83/1
83/21 84/4 84/18 85/9
85/10 86/8 86/14
86/18 87/3 88/21
88/22 89/2 90/10
91/15 91/16 92/9
93/21 96/4 99/4 105/7
109/8 110/3 113/16
118/17 119/1 121/4
121/19 128/19 128/20
128/20
**do you [13]** 20/8
47/9 47/23 59/21
61/21 79/3 83/21 85/9
88/21 92/9 109/8
118/17 121/4
**do you see [31]** 9/11
9/21 11/8 11/20 18/11
21/22 29/15 32/14
32/22 33/6 33/11
36/16 36/25 37/4 39/4
39/11 42/3 42/11
42/15 44/14 58/15
60/12 60/16 60/18

60/20 61/17 63/6 79/7
84/4 91/15 110/3
**docket [1]** 95/12
**document [36]** 9/3
12/21 29/10 30/3 30/5
32/2 32/12 32/13
33/14 34/13 36/21
45/17 45/18 54/21
55/1 55/3 55/7 55/20
55/22 56/17 59/2
59/22 62/13 62/25
64/2 83/21 85/2 85/9
85/12 88/21 91/15
91/23 92/9 97/6 109/8
118/17
**documents [15]**
12/7 34/5 39/22 39/23
40/3 40/5 40/13 40/15
40/17 40/19 41/11
41/12 45/20 64/24
114/13
**does [17]** 12/8 27/15
28/2 57/14 59/5 61/24
77/13 79/25 85/14
97/9 97/12 98/2 107/9
111/12 120/2 126/22
127/12
**doesn't [4]** 34/6 56/2
95/19 106/14
**doing [10]** 7/11 9/24
10/20 16/22 19/13
43/2 49/19 101/12
114/22 129/9
**dollars [2]** 45/9 73/3
**Domino [3]** 121/2
122/24 125/22
**don't [46]** 15/9 16/5
16/18 16/23 16/24
23/19 23/20 24/12
30/4 32/3 34/5 37/15
37/17 40/15 41/15
45/2 45/6 49/20 49/22
51/7 55/19 60/10
61/15 62/15 63/9
63/10 63/20 63/25
64/14 67/25 69/17
79/14 84/19 87/23
91/24 92/24 93/3
96/22 102/22 102/23
105/17 106/13 107/3
109/17 129/3 129/8
**done [10]** 42/20
42/22 48/9 48/15
50/22 53/4 54/7 55/13
84/13 129/12
**Dooley [1]** 109/14
**door [5]** 55/3 111/20
112/1 112/3 112/19
**doors [6]** 72/23
111/16 112/17 112/18
112/20 112/22
**doorway [1]** 89/22

**down [25]** 15/20
22/3 23/6 25/17 26/17
28/21 34/13 37/2
39/13 40/18 51/16
59/14 63/21 65/5 66/1
69/13 84/1 91/12
92/14 92/15 92/19
94/10 99/23 100/13
126/25
**drainage [1]** 24/24
**draw [2]** 36/22 62/25
**drawings [1]** 32/13
**drinks [1]** 103/17
**drive [9]** 10/21 22/3
22/8 23/5 25/17 25/25
26/11 72/24 75/18
**drivers [1]** 25/13
**driveways [1]** 33/16
**driving [4]** 10/19
13/21 14/14 23/10
**dropped [1]** 115/10
**drove [1]** 115/8
**drowning [1]** 117/7
**due [4]** 44/14 50/1
70/5 114/7
**during [15]** 40/4
41/14 42/15 53/25
55/17 67/22 74/4
75/10 77/10 108/24
112/23 118/1 119/9
119/15 121/12
**DX [10]** 12/4 12/19
26/18 27/20 28/7 29/1
31/17 31/18 31/21
40/22
**DX 641 [1]** 29/1

**E**

**each [2]** 39/1 129/4
**earlier [2]** 80/21
101/17
**early [1]** 16/9
**ears [1]** 123/15
**east [5]** 22/3 22/4
23/5 42/14 129/24
**eastbound [1]** 87/6
**eaten [1]** 50/1
**educational [2]** 71/7
71/8
**effect [1]** 79/22
**effectively [1]** 31/3
**efficiently [1]** 19/22
**effort [1]** 80/13
**efforts [1]** 42/14
**eight [4]** 17/14 26/3
33/10 43/8
**either [5]** 50/9 62/8
63/22 115/25 125/22
**El [3]** 5/18 6/3 6/8
**elderly [1]** 75/11
**elected [3]** 80/8
84/12 102/5

**election [7]** 75/10
76/4 76/5 80/15 80/22
82/8 84/11
**Eleventh [2]** 95/16
98/17
**Ellen [2]** 129/22
129/22
**else [19]** 34/20 40/20
53/2 65/19 73/1 94/14
94/20 105/25 116/9
**email [18]** 41/22
41/24 42/8 42/13 43/7
60/16 83/22 83/23
88/24 91/23 92/11
96/2 96/8 109/10
109/16 109/22 118/20
118/24
**emails [2]** 92/14
120/13
**Emilio [2]** 108/23
110/21
**employee [4]** 77/7
108/9 114/11 123/2
**employees [4]** 71/17
71/17 71/18 115/1
**employment [3]**
67/11 67/12 69/25
**end [4]** 51/9 65/12
77/20 128/13
**endorsed [1]** 77/9
**enemy [1]** 82/2
**enforced [2]** 50/7
50/9
**enforcement [14]**
39/14 71/10 77/17
78/1 78/3 83/8 87/11
91/25 92/22 93/1
107/10 115/3 115/23
117/8
**enforces [2]** 34/10
39/15
**engaged [2]** 105/18
116/4
**English [3]** 12/7 12/8
12/11
**enhance [2]** 72/8
75/2
**enlarge [1]** 63/4
**ensued [1]** 100/7
**ensure [1]** 42/2
**entail [1]** 73/15
**entered [2]** 4/20
38/2 70/13
**entire [7]** 23/25 24/6
42/5 73/17 122/24
125/5 128/7
**entities [1]** 86/8
**entitled [3]** 68/2
97/21 129/21
**entity [2]** 9/19 86/7
**entry [1]** 95/12
**error [1]** 44/4

**E**

**Esq [9]** 1/11 1/11 1/12 1/12 1/16 1/18 1/21 2/2 2/3
**establish [1]** 107/5
**establishment [2]** 9/18 10/20
**estate [1]** 82/1
**et [3]** 81/7 111/3 119/1
**etc [1]** 118/23
**evading [1]** 44/25
**even [9]** 23/25 50/24 55/5 55/6 55/12 57/16 64/14 64/15 66/14
**evening [1]** 92/16
**event [21]** 36/15 68/22 103/18 108/24 120/20 120/23 120/24 121/1 121/22 122/3 122/14 122/18 122/23 122/24 123/11 123/12 123/14 124/1 124/10 124/25 126/20
**events [6]** 11/15 72/24 123/6 123/7 123/24 125/6
**eventually [2]** 72/10 80/8
**ever [28]** 32/2 52/16 52/19 74/20 75/18 80/10 80/13 81/16 83/1 84/9 84/15 87/18 88/7 89/17 91/1 93/9 93/12 93/15 94/2 94/5 100/15 102/25 111/9 113/1 115/25 119/3 123/9 125/10
**every [12]** 36/23 36/23 55/16 93/5 113/4 121/7 121/17 125/3 125/4 125/4 127/13 128/3
**everybody [2]** 39/7 106/14
**everyone [6]** 4/16 4/22 38/4 70/14 104/24 105/1
**everything [8]** 16/24 18/20 18/22 19/3 39/24 50/22 50/22 101/21
**evidence [11]** 12/15 27/2 27/23 28/7 29/4 31/23 41/1 47/20 57/5 67/15 93/12
**evident [3]** 42/18 42/20 42/24
**exact [3]** 76/17 124/25 125/2
**exactly [5]** 56/23

56/25 76/2 96/24 97/7
**examination [13]** 5/3 6/14 6/16 37/4 38/5 52/2 56/15 56/20 57/2 57/9 62/23 67/23 71/3
**example [1]** 33/8
**Exceeds [1]** 61/8
**except [1]** 33/22
**exception [1]** 5/16
**exceptions [2]** 5/11 119/1
**excessive [1]** 47/18
**exchange [4]** 36/12 36/14 79/3 89/12
**excluded [1]** 95/14
**excuse [1]** 80/20
**executive [1]** 71/15
**exhibit [44]** 12/17 26/17 26/20 27/8 27/25 29/6 31/20 37/14 37/15 41/4 54/18 55/5 55/12 55/13 55/17 56/2 56/9 56/14 59/21 62/17 78/21 79/1 83/12 83/19 84/23 85/24 88/10 88/13 88/17 91/3 91/9 92/2 92/7 95/4 95/11 95/19 100/17 106/11 107/20 108/25 109/2 109/6 118/7 118/15
**Exhibit 16 [1]** 92/2
**exhibits [7]** 3/5 3/10 28/10 67/11 100/21 129/3 129/11
**exist [1]** 55/25
**existed [4]** 25/6 25/8 25/8 25/9
**exited [3]** 37/12 66/20 128/24
**expand [1]** 120/10
**experiences [1]** 77/13
**explain [1]** 64/19
**explanation [1]** 53/8
**explore [1]** 69/23
**express [3]** 81/3 93/15 94/2
**expressed [1]** 94/6

**F**

**fabricated [1]** 114/5
**face [1]** 108/20
**facilitate [1]** 113/20
**facilities [3]** 33/21 36/4 36/10
**facility [2]** 36/13 36/24
**fact [14]** 8/16 17/3 17/18 19/24 38/24

45/24 49/3 53/25 63/9 63/10 64/1 64/8 68/13 95/23
**facts [1]** 47/19
**failure [1]** 38/24
**fair [2]** 7/18 69/22
**fairly [1]** 85/14
**fall [2]** 97/17 98/2
**falls [1]** 97/1
**false [5]** 46/14 64/7 64/8 64/15 64/20
**familia [1]** 48/23
**familiar [8]** 8/13 10/3 14/11 25/2 29/9 50/24 50/24 82/3
**families [1]** 123/21
**family [17]** 26/4 48/7 48/23 48/24 48/25 49/1 49/19 49/20 49/21 49/22 49/24 83/10 84/7 89/10 120/24 126/4 126/20
**far [5]** 69/11 84/6 112/23 124/1 124/10
**fashion [1]** 22/18
**fast [3]** 19/23 23/11 23/19
**father [1]** 82/21
**fault [1]** 64/25
**FBI [1]** 83/6
**FDA [1]** 71/11
**FDLE [2]** 83/5 83/7
**February [18]** 7/7 7/8 7/10 10/25 16/10 17/18 20/15 22/13 30/7 31/8 31/11 41/7 72/13 99/3 99/4 99/17 103/11 109/24
**February 18 [1]** 99/17
**February 18th [1]** 99/4
**Federation [1]** 71/16
**fee [3]** 36/11 36/13 104/18
**feel [2]** 49/18 50/8
**feelings [1]** 7/17
**feet [2]** 33/10 33/11
**FELDMAN [1]** 1/15
**felt [1]** 49/1
**female [1]** 122/6
**festival [5]** 103/16 107/25 108/18 110/12 111/1
**few [1]** 92/25
**field [2]** 42/9 44/11
**filed [1]** 69/11
**fill [1]** 10/9
**final [1]** 51/11
**finally [2]** 48/22 49/17

**financial [4]** 45/18 50/20 64/2 64/19
**find [2]** 76/25 125/20
**fine [8]** 37/19 42/22 42/23 45/12 45/13 56/21 94/12 107/6
**finish [2]** 22/9 24/16
**fire [6]** 105/10 105/11 105/17 106/7 108/21 123/4
**fired [2]** 70/5 100/9
**first [18]** 7/2 9/20 32/19 45/17 48/17 54/6 54/19 55/7 55/19 56/18 61/21 76/5 76/21 81/5 83/14 93/1 93/4 105/11
**five [3]** 43/7 66/5 127/10
**Flagler [1]** 1/16
**flea [3]** 126/3 126/8 126/16
**flip [2]** 28/15 28/18
**FLORIDA [9]** 1/1 1/5 1/13 1/17 1/19 1/22 2/4 83/8 129/24
**focus [4]** 17/16 17/18 64/8 75/9
**folio [1]** 86/5
**folks [1]** 110/19
**follow [7]** 7/20 8/3 8/5 8/7 14/23 38/20 63/14
**followed [2]** 43/24 44/5
**following [7]** 7/24 9/9 11/5 39/1 43/22 51/14 51/15
**follows [1]** 41/24
**food [6]** 75/25 76/18 93/13 103/17 104/20 105/2
**foot [1]** 115/12
**force [2]** 72/8 75/1
**foregoing [1]** 129/20
**form [3]** 5/12 22/18 61/7
**formed [1]** 46/16
**former [2]** 67/18 69/14
**formulate [2]** 66/15 128/20
**FORT [3]** 1/2 1/5 129/24
**forth [3]** 10/11 32/19 105/5
**forward [3]** 38/10 91/24 110/2
**forwarded [2]** 109/18 114/13
**found [1]** 89/7
**foundation [27]**

85/2 85/20 86/10 86/20 87/20 90/14 94/19 101/13 101/23 102/7 102/14 103/23 104/7 105/24 111/2 113/9 116/18 116/24 117/17 118/4 119/5 119/11 119/22 120/16 121/25 124/5 126/18
**foundational [1]** 107/3
**founded [1]** 52/6
**four [6]** 43/7 45/6 45/13 45/16 68/9 69/5 125/3
**fourth [3]** 93/4 121/5 125/3
**Framework [1]** 102/8
**Francis [1]** 115/7
**Frank [1]** 41/22
**fraud [7]** 82/4 82/7 82/8 82/8 82/10 83/2 84/10
**free [3]** 67/16 100/12 125/23
**French [1]** 80/20
**Friday [12]** 59/12 65/15 121/5 121/6 121/18 124/1 124/10 125/3 125/4 127/13 127/17 128/2
**Fridays [3]** 45/11 121/21 128/8
**friend [1]** 48/7
**fruition [1]** 122/16
**fuck [2]** 80/20 80/20
**fulfilled [1]** 50/19
**full [1]** 125/18
**FULLER [19]** 1/4 6/8 8/2 13/10 29/15 43/14 48/22 49/3 49/18 61/5 61/11 62/1 62/6 74/20 79/6 79/18 83/2 84/10 117/12
**Fuller's [5]** 79/10 83/9 84/6 84/16 123/19
**fun [1]** 126/20
**functions [1]** 11/19
**funding [1]** 81/10
**further [6]** 6/13 37/2 51/22 62/10 65/4 85/6
**Futurama [4]** 90/8 90/10 90/13 90/18
**FYI [1]** 92/13

**G**

**G-R [1]** 63/2
**gaining [1]** 80/1
**galleries [1]** 90/11
**GARCIA [15]** 5/3 5/5 6/16 6/18 6/20 12/7

**G**

**GARCIA... [9]** 27/10
28/18 28/22 47/23
52/2 52/4 58/4 62/23
101/7
**Garner [1]** 4/13
**gave [5]** 53/9 57/5
84/20 84/21 85/13
**Gay [9]** 103/11
103/15 103/22 106/17
107/25 108/18 110/11
110/17 111/1
**generally [3]** 26/12
101/20 101/21
**gentleman [6]** 24/11
48/4 100/7 100/7
105/19 111/14
**gentleman at [1]**
111/14
**gentleman by [1]**
48/4
**gentleman is [1]**
24/11
**gentleman stated
[1]** 100/7
**gentleman that [1]**
105/19
**gentleman there [1]**
100/7
**gentlemen [3]** 4/22
66/10 128/15
**George [2]** 65/24
109/14
**get [31]** 10/8 10/18
17/16 18/9 19/25 22/2
23/7 23/11 23/16
24/12 25/10 25/18
25/25 26/12 29/13
29/20 50/20 55/19
62/19 66/2 69/7 71/12
76/1 78/7 79/22 80/4
80/8 100/12 111/17
119/3 129/11
**gets [1]** 63/21
**getting [5]** 26/23
76/18 80/3 112/1
112/2
**Gilberto [2]** 110/2
110/8
**give [11]** 20/1 49/12
50/23 57/23 73/23
75/16 91/18 98/4 98/5
98/22 113/19
**given [5]** 5/17 6/20
56/19 100/12 128/21
**gives [1]** 68/22
**giving [2]** 22/9 57/9
**glad [1]** 51/21
**GMA [4]** 46/16 46/19
46/23 49/3
**go [59]** 11/4 14/24

15/15 19/12 20/1 21/2
21/13 22/10 23/19
24/6 24/17 25/17
32/12 32/19 33/8
33/13 33/18 34/7
36/21 38/11 39/24
39/25 44/7 45/11 53/6
54/23 59/14 60/20
61/21 66/3 74/4 76/20
76/22 76/23 80/6 82/9
82/18 82/21 83/15
93/2 96/23 99/19
103/13 103/14 103/22
103/25 104/16 106/8
112/4 112/7 112/16
114/6 114/9 114/12
122/8 123/9 123/15
123/21 129/11
**goal [1]** 26/11
**God [1]** 51/1
**godfather [1]** 71/25
**goes [3]** 33/25 42/6
43/7
**going [47]** 6/21
10/12 10/21 14/23
15/10 15/12 17/9 22/4
24/8 27/10 28/18
29/12 29/19 41/12
50/15 50/18 51/9 53/6
57/4 60/24 61/2 66/11
67/25 68/24 69/11
69/18 70/4 73/16
76/24 79/21 80/6
81/20 97/6 97/25 98/5
98/6 98/7 98/22 100/8
100/10 101/21 111/24
125/6 126/25 127/1
128/16 129/5
**Gomez [2]** 110/2
110/8
**gone [2]** 92/23 98/16
**Gonzalez [2]** 108/23
110/21
**good [20]** 4/8 4/11
4/12 4/15 4/21 4/23
4/24 5/5 5/6 5/7 6/19
71/5 71/6 72/7 73/8
92/16 118/2 120/2
128/14 129/15
**got [18]** 12/3 35/1
38/16 41/9 59/7 71/11
76/16 76/17 93/5
99/23 102/1 102/24
109/18 113/3 113/4
114/15 115/8 121/20
**Governor [2]** 89/9
89/9
**governs [1]** 36/19
**granted [11]** 27/24
29/5 31/24 36/1 41/2
78/25 88/19 91/8 92/6
109/5 118/14

**green [1]** 79/10
**gross [2]** 35/1 64/11
**Grounds [3]** 120/15
125/13 127/20
**GROUP [2]** 1/10
41/25
**groups [2]** 75/9
75/12
**guess [9]** 76/1 81/8
82/10 86/15 91/22
92/13 104/18 106/2
114/25
**guidelines [3]** 32/4
32/17 32/17
**guides [2]** 25/3
31/22
**Gutchess [2]** 1/11
4/9
**guy [3]** 69/7 81/6
100/9

**H**

**had [60]** 17/12 19/24
19/25 20/5 22/16
24/24 26/5 31/5 37/23
42/10 42/19 42/20
42/21 43/18 45/7 45/7
46/11 50/25 51/11
51/17 53/4 53/13
54/12 54/13 60/14
62/4 62/8 63/18 64/13
67/12 68/4 68/13 69/8
69/8 73/2 73/3 73/3
74/5 76/4 77/25 79/17
79/20 89/14 92/23
93/7 101/9 105/14
110/9 111/23 112/8
112/13 112/24 113/6
113/20 114/12 114/18
118/3 123/20 127/6
127/9
**hadn't [1]** 56/1
**half [1]** 33/10
**hall [3]** 94/8 103/7
113/4
**hand [5]** 14/24 21/21
23/7 70/19 105/20
**handed [3]** 85/12
103/7 106/6
**handling [1]** 113/13
**happen [1]** 69/5
**happened [8]** 16/24
25/7 41/16 43/18 70/1
72/3 76/16 94/9
**happening [2]** 78/14
78/18
**happens [4]** 51/1
57/11 80/16 100/3
**harassed [1]** 69/6
**harassing [1]** 69/16
**harassment [6]** 42/7
68/5 68/14 69/11

69/20 70/5
**has [29]** 12/5 13/6
15/22 16/24 24/22
25/6 34/7 39/7 39/24
49/24 57/6 57/14
62/16 63/2 66/5 84/18
84/19 85/2 85/3 86/4
86/4 89/9 90/10 90/11
96/4 98/15 103/16
106/12 111/3
**Havana [1]** 14/12
42/14 74/5 76/11 82/1
87/5 93/6 99/10 99/12
103/18 117/13 117/21
122/5 122/22 123/23
127/13 127/18
**have [111]** 4/16 5/7
6/4 6/13 7/20 9/3 9/3
9/13 9/23 9/24 10/14
10/19 12/6 12/9 12/12
12/20 14/8 15/18 17/1
17/1 17/4 17/14 23/6
25/3 25/12 25/12
25/17 31/8 31/15 32/2
32/5 35/4 39/3 39/7
40/25 41/21 42/19
44/4 44/22 45/2 46/4
47/23 48/14 48/19
49/25 51/10 52/4
52/10 53/19 55/9
55/13 55/14 55/16
56/2 57/21 62/4 62/15
62/21 63/12 64/19
65/19 65/24 66/1
67/21 71/1 72/25
74/17 77/13 77/17
82/9 84/15 87/10
87/18 89/17 89/18
95/1 95/19 98/2 98/16
101/7 101/11 102/3
102/25 105/13 106/12
106/24 107/5 109/17
111/12 113/6 115/7
117/12 118/2 119/3
120/2 120/20 121/24
123/2 123/15 123/17
124/22 125/25 126/1
126/8 127/2 127/4
127/7 127/8 127/10
128/21 129/15
**having [3]** 49/11
63/14 129/7
**hazards [1]** 9/10
**he [191]**
**he'll [1]** 65/12
**he's [14]** 32/24
50/17 51/8 56/10
56/19 57/16 68/24
69/2 69/18 82/15
106/20 110/9 117/7
119/5
**heading [1]** 88/24

**headquarters [1]**
90/8
**hear [10]** 52/25
80/22 81/16 83/10
93/9 96/17 100/19
106/14 113/21 125/10
**heard [6]** 6/4 89/17
95/1 114/3 120/20
124/12
**hearing [3]** 55/7
98/6 98/6
**hearsay [8]** 53/10
53/21 93/20 116/9
119/23 124/6 124/16
125/14
**held [8]** 78/15
103/16 120/23 121/1
121/2 121/4 121/7
121/22
**helm [1]** 125/8
**help [4]** 28/2 49/20
73/6 74/21
**helping [1]** 77/8
**her [13]** 33/1 58/18
58/19 69/15 69/16
69/17 77/10 77/20
91/21 99/22 109/19
112/12 120/11
**here [37]** 4/17 6/20
11/4 12/12 14/14
15/18 18/9 18/16
21/21 24/3 25/9 30/6
39/22 45/6 47/9 49/19
50/16 50/19 50/20
50/21 51/10 55/4
55/12 56/12 56/24
57/6 58/10 64/10
65/19 66/11 95/25
107/10 127/2 127/6
**hereby [1]** 129/20
**herein [2]** 9/20
33/22
**hey [1]** 80/19
**hiatus [3]** 99/22
99/25 100/1
**high [5]** 82/12 82/19
110/10 110/14 122/10
**him [44]** 21/1 22/8
22/9 24/16 53/5 56/1
57/7 57/8 57/9 57/15
57/18 57/18 65/14
67/17 69/23 71/24
71/25 72/3 72/12
72/18 72/23 72/24
73/16 74/21 79/20
79/23 80/16 80/17
80/20 81/17 84/19
84/21 85/13 97/9
99/21 103/7 105/8
105/12 105/13 106/22
108/21 115/9 116/9

**H**

him... [1] 117/7
himself [5] 21/2
56/3 111/21 111/22
113/2
hire [1] 20/5
hired [1] 67/17
his [50] 17/22 20/18
22/9 40/11 43/4 44/2
53/13 53/14 55/7
57/17 57/19 57/19
65/11 67/12 67/14
67/16 68/6 68/11
68/11 68/12 68/18
68/22 72/6 72/14
72/16 72/23 73/1 73/4
73/6 73/8 73/11 73/16
73/18 81/6 81/13
81/21 82/21 83/10
84/13 85/12 86/16
86/16 99/23 99/24
108/19 109/18 109/19
111/4 113/23 123/7
hold [1] 13/4
homesteaded [1]
82/9
honest [2] 45/15
45/19
honor [79] 4/8 4/12
4/19 5/1 5/24 6/5
8/24 12/6 16/3 17/21
19/7 20/11 20/17
20/24 22/7 23/13 24/5
26/6 26/14 26/21 27/6
27/22 28/13 29/4
29/21 31/12 32/23
35/16 37/7 37/21 38/6
40/9 41/3 43/3 44/1
48/8 49/14 50/2 51/4
51/7 51/24 54/16
54/20 55/21 55/24
56/12 56/22 57/3
58/11 59/15 61/13
62/17 65/1 67/10
67/21 69/24 70/8
70/17 78/23 82/13
83/17 84/25 85/7
85/20 95/6 95/10
96/14 96/21 97/14
98/3 98/14 100/20
106/8 106/13 116/24
118/13 128/9 129/14
129/15
Honor's [1] 95/15
HONORABLE [2] 1/8
129/23
hope [1] 66/3
Hopefully [1] 80/18
hospital [3] 67/19
71/14 71/15
Hotel [1] 74/21

HOTTE [1] 1/15
hour [2] 19/12 78/4
hourly [1] 36/14
hours [7] 17/14
19/12 26/4 41/14
65/12 75/17 92/16
house [1] 72/23
houses [4] 18/21
18/23 19/3 111/9
housing [2] 72/8
75/11
housings [1] 75/1
how [32] 8/7 10/20
13/21 22/8 25/15
33/25 42/22 52/4 55/9
63/25 64/16 64/16
64/16 64/17 64/19
65/11 66/1 71/24 74/3
74/10 78/2 81/6 81/7
84/18 103/20 104/1
104/3 111/18 115/17
122/10 122/11 123/11
How's [1] 4/22
however [3] 60/24
61/1 70/4
HR [1] 69/4
huge [1] 82/20
hundred [3] 5/20
103/16 103/21
hung [1] 80/19
hurt [4] 49/20 49/22
49/23 49/24
HUSS [1] 1/15

**I**

I got [4] 71/11 76/17
93/5 102/24
I will [3] 98/23
116/19 128/22
I'd [17] 8/20 26/18
27/22 28/6 28/25 29/3
29/17 29/21 31/17
31/22 35/13 36/22
40/25 41/21 54/16
62/25 100/17
I'll [8] 28/19 35/19
35/23 38/17 57/23
97/14 112/21 113/19
I'm [49] 9/14 12/10
24/8 26/21 27/10
28/18 29/8 29/19
37/16 38/15 42/4
44/17 44/25 45/1 45/5
49/22 49/23 49/23
50/15 50/19 50/20
50/21 50/21 51/20
51/21 56/17 59/4
65/23 70/4 71/15
93/23 94/5 95/18 97/4
97/5 97/6 97/25 98/5
98/7 98/22 98/24
101/14 102/17 110/23

113/25 117/2 124/21
126/1 128/13
I've [8] 12/19 28/4
43/17 55/15 56/17
56/21 57/3 93/3
idea [3] 66/2 82/3
122/4
identifiable [2] 85/3
85/4
identified [5] 15/24
30/3 55/14 55/16
55/17
if [98] 6/11 8/5 10/2
11/14 13/13 14/23
15/23 16/24 16/25
18/9 21/1 26/4 26/7
30/14 32/9 32/12
32/13 32/23 33/5 33/8
33/13 33/18 36/8
37/16 38/12 38/20
38/25 42/25 43/21
45/11 46/5 48/11 49/1
50/6 50/25 51/13 53/3
57/3 57/7 57/13 57/14
59/10 60/4 60/9 60/20
61/11 61/14 63/20
64/14 64/14 64/15
67/6 69/10 70/4 78/20
79/13 80/5 80/13 82/9
83/1 83/12 84/23
85/25 86/8 86/11
88/10 89/8 90/8 91/3
92/1 93/4 94/5 94/11
95/4 98/3 98/5 98/23
100/23 104/16 104/19
105/9 106/1 106/8
106/13 106/14 107/5
107/19 108/25 111/17
111/23 113/2 113/6
118/7 119/23 120/7
126/1 128/10 129/5
II [1] 1/4
imagine [1] 21/10
immediately [1]
41/9
impeach [1] 57/8
impeding [1] 126/24
important [1] 118/2
impose [1] 36/9
imposed [1] 64/20
improper [2] 11/25
31/7
in [240]
inaccurate [1] 56/15
inception [1] 22/17
include [3] 59/5
113/13 118/25
included [1] 118/22
includes [1] 33/9
including [3] 11/19
33/15 49/6
income [1] 63/11

incomplete [1]
62/21
incorrect [1] 16/2
independent [2]
39/20 40/1
indicated [1] 46/16
individuals [2] 78/8
111/17
information [7]
10/14 16/1 68/4 68/17
91/22 111/17 114/14
informed [3] 41/11
68/20 119/2
initial [3] 76/5
109/10 128/21
Initially [1] 110/13
initiated [2] 112/1
112/1
initiative [2] 76/20
76/22
inner [1] 86/16
inquire [2] 85/6
115/3
inquired [1] 114/12
inside [3] 90/10
90/11 105/2
inspection [3] 37/3
92/16 105/18
inspections [1]
42/23
inspector [3] 78/1
105/11 106/7
inspects [1] 34/10
instance [1] 13/9
instruction [1] 84/13
instructions [3]
66/13 73/23 128/21
insufficient [1]
46/13
intend [4] 13/15
67/13 106/11 129/3
intended [1] 36/9
intending [2] 55/24
56/8
intends [1] 65/8
intent [1] 36/8
interact [1] 110/15
interaction [3]
100/7 100/13 101/2
interest [1] 63/25
interject [1] 68/2
interpret [3] 24/18
32/25 33/2
interpreter [10]
9/12 12/9 12/12 24/17
30/18 32/24 33/2
38/16 59/4 60/23
interpreting [1]
24/17
interrupt [2] 24/17
96/22
interviewed [1]

55/14
into [14] 12/14 27/2
27/23 28/6 29/4 31/23
41/1 42/10 73/9 88/2
89/21 99/3 100/4
103/8
introduce [6] 55/20
55/24 56/9 111/20
111/22 129/4
introduced [1]
100/21
introducing [2] 27/1
55/3
investigation [5]
68/6 68/8 100/15
101/18 102/2
investigations [2]
101/12 102/1
involved [1] 82/10
ironically [1] 89/7
irrelevant [2] 67/15
70/1
is [256]
is it [1] 99/9
isn't [7] 16/2 17/5
20/3 32/6 47/12 47/17
123/13
issue [18] 17/25
53/19 69/19 73/17
80/24 80/25 89/9
97/12 102/12 102/15
102/20 102/22 104/3
104/14 104/15 106/13
106/22 106/23
issued [1] 10/17
issues [6] 52/10 62/4
68/19 102/6 111/23
115/9
it [278]
it's [101] 6/4 14/21
15/13 15/19 20/9 21/3
24/12 24/19 25/21
25/21 26/18 27/4 28/9
29/11 29/14 29/19
30/2 31/7 31/7 33/5
34/2 34/6 34/7 34/24
37/15 39/25 42/4
42/22 42/24 43/1
43/19 43/25 44/4
45/15 45/16 50/9
50/15 54/21 55/1 55/5
55/6 55/6 55/8 55/8
55/23 56/9 56/19 57/6
57/8 57/15 57/16
57/17 57/19 57/19
62/16 64/14 64/15
64/24 64/25 67/15
68/19 68/19 69/22
79/6 79/21 83/18
83/22 85/12 85/23
88/15 88/24 89/20
89/25 90/8 92/12

**I**

**it's... [26]** 92/13
92/17 95/20 95/21
96/5 96/9 98/10 99/8
99/8 100/22 103/16
103/19 106/14 106/17
107/3 107/10 107/15
110/5 111/13 114/25
115/13 118/20 126/20
127/1 128/13 129/7
**item [1]** 98/20
**its [2]** 43/2 45/24

**J**

**jacket [3]** 86/16
86/16 99/24
**Jackson [4]** 67/19
69/25 70/3 71/14
**January [5]** 12/20
13/1 14/1 29/9 72/2
**Jeff [1]** 4/9
**Jeffrey [1]** 1/11
**Jimenez [1]** 73/4
**Joanna [1]** 1/12
**job [4]** 43/2 67/12
101/20 113/13
**JOE [35]** 1/6 4/6
4/14 17/8 21/7 22/13
50/10 50/12 59/24
60/4 63/20 68/10
68/23 71/20 74/6 77/9
80/5 80/19 83/22
85/12 88/24 91/24
92/13 93/5 94/3 94/4
94/6 102/24 109/13
109/15 110/14 110/23
113/1 113/5 125/8
**joined [2]** 115/19
115/21
**Josenti [1]** 115/10
**JUDGE [17]** 1/9 6/13
6/23 55/1 62/10 85/18
88/18 91/7 92/5 95/18
96/1 97/7 97/24 98/13
98/25 107/14 109/4
**JULY [1]** 129/22
**June [4]** 12/20 13/1
14/1 29/9
**jurors [8]** 4/17 4/18
37/7 37/25 67/5 70/10
70/15 129/8
**jury [18]** 4/20 4/22
29/3 37/11 37/12 38/1
38/2 40/19 59/16
66/19 66/20 70/12
70/13 78/24 85/25
91/10 128/23 128/24
**just [43]** 14/5 16/16
21/3 23/25 26/21
28/22 35/23 40/9 42/4
48/14 49/9 50/24
53/12 55/11 58/6 64/4

65/14 74/24 80/15
80/19 84/16 84/24
86/2 87/6 87/8 87/13
94/12 95/20 96/20
97/5 98/1 100/20
101/2 104/15 105/5
107/17 109/17 112/19
115/10 118/11 118/11
128/13 129/11

**K**

**keep [6]** 36/24 38/13
45/25 46/6 46/7 68/21
**keeping [2]** 38/21
44/20
**kept [5]** 84/22 85/13
86/15 86/16 110/23
**key [5]** 67/19 68/5
69/24 70/4 127/6
**Kiana [1]** 69/15
**kind [2]** 123/23
127/4
**King [2]** 82/12 82/19
**KISSANE [1]** 2/2
**knew [3]** 69/7
101/25 122/2
**knock [4]** 72/23
111/24 112/17 112/22
**knocked [5]** 111/16
111/20 112/18 112/19
112/20
**knocking [1]** 112/2
**knocks [1]** 112/1
**know [60]** 18/2
24/12 30/2 48/4 51/1
60/4 60/10 61/11
61/15 67/25 71/20
73/18 74/1 74/3 74/7
74/10 78/15 79/13
80/13 80/16 81/5 82/1
83/1 83/5 84/18 84/19
84/19 86/8 86/19
87/23 89/2 89/8 89/14
90/10 90/21 90/24
91/25 92/24 95/16
96/21 99/4 101/21
102/23 105/8 105/17
106/13 107/3 108/23
109/17 109/18 109/20
112/18 112/20 115/18
116/5 123/3 124/21
129/3 129/10 129/11
**knowing [2]** 69/7
96/6
**knowledge [8]**
80/10 111/3 114/23
119/6 121/25 127/12
127/21 127/22
**knows [9]** 6/11 32/9
57/14 60/9 61/14
86/11 96/6 106/1
120/7

**KRINZMAN [1]** 1/15
**KUEHNE [6]** 1/18
1/18 4/13 73/4 98/21
122/5
**Kunert [1]** 65/25

**L**

**La [1]** 89/3
**Lack [1]** 111/2
**ladies [3]** 4/21 66/10
128/15
**lady [1]** 112/10
**Lago [1]** 81/10
**language [4]** 33/2
33/9 96/24 96/25
**larger [1]** 21/20
**Laso [3]** 41/22 41/24
44/8
**last [11]** 19/12 30/19
44/10 70/24 89/7 98/6
98/10 121/13 127/13
127/17 128/2
**late [1]** 20/22
**later [5]** 45/13 45/13
45/16 98/4 98/6
**latest [1]** 128/19
**Latin [2]** 127/3 127/5
**LAUDERDALE [3]**
1/2 1/5 129/24
**law [35]** 1/10 1/18
7/18 24/4 35/6 35/8
36/5 36/19 38/14
38/20 44/23 46/2 46/7
50/10 50/11 50/12
50/12 50/14 50/15
50/16 50/16 50/17
51/17 53/12 63/14
64/11 71/10 83/8
95/15 98/3 98/4 98/8
98/17 98/23 100/10
**lawn [17]** 18/4 19/19
20/15 21/10 22/3 23/7
24/10 24/22 24/25
25/11 27/11 27/16
28/3 28/23 41/8 48/18
52/23
**laws [4]** 7/21 50/10
51/14 51/15
**lawsuit [5]** 69/12
81/3 81/7 81/10 102/8
**lawyers [2]** 65/6
128/25
**Leading [1]** 58/21
**Leah [1]** 4/13
**learn [2]** 116/22
117/5
**lease [1]** 36/10
**least [1]** 22/17
**leave [1]** 25/23
**leaving [2]** 19/16
79/13
**led [1]** 68/6

**Lee [1]** 76/2
**leering [1]** 68/11
**left [4]** 14/24 38/7
76/7 99/20
**legal [1]** 19/8
**legislation [1]** 96/8
**legislative [12]**
95/14 95/23 96/4 96/5
96/7 97/2 97/7 97/18
97/22 98/2 98/14
98/16
**legitimate [2]**
113/22 114/4
**length [3]** 32/21
33/6 33/11
**Leon [5]** 75/24 75/25
76/2 81/1 81/2
**less [2]** 5/20 45/9
**let [8]** 21/15 22/9
24/16 46/15 48/8 54/6
79/13 98/13
**let's [16]** 8/12 13/4
17/16 17/18 17/24
18/9 19/2 24/14 27/11
28/15 29/13 30/5
32/19 44/7 53/16
75/20 127/22
**letter [16]** 30/6 40/2
40/7 54/9 54/13 55/23
57/12 57/14 57/15
58/9 58/10 58/16 59/5
59/10 60/12 64/5
**letters [2]** 40/16
40/21
**letting [1]** 105/8
**leverage [1]** 49/12
**levy [1]** 36/9
**liaison [12]** 73/14
90/22 101/11 101/20
102/13 102/21 112/23
118/1 119/9 119/15
120/12 121/12
**Library [1]** 76/11
**lieutenant [3]**
109/18 109/20 110/9
**lights [4]** 17/14
21/11 24/21 31/8
**like [35]** 8/20 10/15
21/3 26/18 27/22 28/6
28/25 29/3 29/17
31/18 31/22 35/13
36/22 38/21 40/18
40/25 41/21 49/18
54/16 54/17 55/25
62/25 72/13 72/21
85/15 87/24 92/20
100/17 114/19 120/13
122/9 122/23 126/16
126/22 127/7
**limited [1]** 11/7
**lines [1]** 93/7
**list [21]** 17/19 43/7

55/5 55/12 55/15
55/17 56/9 84/2 84/15
84/18 84/19 85/15
86/3 86/14 86/15
87/13 87/17 87/19
87/24 87/24 103/8
67/10
**listed [2]** 60/16
67/10
**lists [1]** 87/15
**litigation [2]** 73/17
80/21
**little [33]** 6/21 8/12
14/12 37/2 42/14
44/25 71/7 72/20 74/5
76/11 81/19 81/20
82/1 82/11 87/5 93/6
98/11 99/10 99/12
100/8 103/18 104/19
104/24 117/13 117/21
120/10 122/5 122/22
123/23 127/2 127/6
127/13 127/18
**live [1]** 103/17
**lived [1]** 118/3
**local [1]** 39/3
**located [5]** 76/9
76/10 90/1 90/17 99/9
**location [13]** 11/11
13/25 19/25 30/24
31/4 31/6 33/15 76/12
78/10 92/17 93/10
99/12 121/24
**locations [5]** 24/2
42/10 47/1 75/18
117/20
**logo [1]** 108/8
**long [7]** 20/2 52/4
65/15 65/13 66/1 78/2
82/14
**longer [1]** 48/17
**look [16]** 11/6 18/9
30/14 32/13 33/5
38/25 41/21 66/6
69/21 70/3 73/9 85/15
103/8 107/10 126/16
126/22
**looked [3]** 14/5
15/16 72/21
**looking [2]** 9/14
92/20
**looks [1]** 10/15
**lost [1]** 38/16
**lot [44]** 7/17 10/15
10/21 13/16 13/20
13/22 15/4 15/12
15/13 15/17 15/19
15/25 16/6 17/19
19/15 21/8 22/12
24/24 26/5 27/18 30/2
30/16 30/17 30/21
30/21 32/5 32/6 39/15
41/7 53/9 53/16 53/17

**L**

**lot... [12]** 53/20 54/1 86/5 99/16 100/5 100/6 111/15 113/3 117/13 123/1 124/21 125/19

**lots [24]** 13/15 15/22 17/9 17/12 17/13 17/14 18/15 19/24 20/1 25/2 29/18 31/4 32/5 32/18 41/15 52/11 102/6 102/13 102/21 102/22 102/23 103/1 103/8 103/9

**loud [2]** 79/24 123/13

**LUBETSKY [1]** 1/15

**Lugo [5]** 77/5 77/6 77/7 99/24 112/18

**lunch [2]** 65/15 66/11

**luncheon [1]** 66/21

**M**

**M-I-R-O [1]** 70/25

**ma'am [1]** 24/18

**Madame [1]** 60/23

**made [19]** 11/8 15/1 22/13 22/15 36/14 55/25 56/12 56/21 57/3 68/15 69/6 80/15 84/21 86/15 94/4 96/12 98/14 100/20 113/7

**magazines [1]** 93/7

**magically [2]** 55/8 55/11

**main [2]** 74/24 87/7

**mainly [1]** 73/18

**maintain [1]** 64/24

**majority [2]** 117/15 117/25

**make [17]** 6/21 9/8 14/24 23/6 34/10 37/14 42/21 43/24 44/15 46/11 50/23 73/9 80/13 82/21 84/21 85/13 129/4

**makes [4]** 22/5 22/6 39/15 87/24

**making [6]** 5/10 20/7 64/1 81/7 98/19 123/3

**man [1]** 80/17

**managed [1]** 50/23

**manager [5]** 72/17 74/12 103/5 108/24 110/21

**many [6]** 14/9 42/9 49/3 103/20 113/3 115/17

**maps [1]** 72/22

**Mara [2]** 112/8 112/19

**Marc [3]** 1/21 4/13 73/2

**March [7]** 30/6 42/15 54/7 56/18 59/10 59/11 72/15

**March 12th [1]** 59/10

**mark [1]** 54/17

**marked [2]** 37/14 62/16

**markers [1]** 85/3

**market [3]** 126/3 126/8 126/16

**MARTIN [6]** 1/4 6/9 62/2 62/6 74/18 116/4

**Mary [5]** 77/5 77/6 77/7 99/24 112/18

**Mary Lugo [1]** 112/18

**Mason [2]** 1/16 4/12

**match [1]** 45/6

**materials [2]** 67/21 105/5

**matter [5]** 26/3 45/24 67/6 107/3 129/21

**matters [2]** 98/15 98/16

**may [28]** 4/21 4/24 5/19 8/24 9/13 11/18 12/12 16/23 16/23 27/17 27/18 28/12 30/24 32/14 35/16 37/7 38/3 38/4 39/10 48/9 63/4 65/5 65/5 69/10 70/14 96/13 98/8 120/17

**may be [8]** 4/21 11/18 16/23 27/18 38/3 39/10 48/9 70/14

**maybe [7]** 18/24 19/1 19/1 27/19 40/11 66/7 100/13

**Mayor [2]** 81/9 115/6

**me [61]** 7/20 15/13 15/16 16/15 17/8 20/4 21/15 22/6 23/20 24/1 29/11 34/3 34/5 34/6 34/24 43/16 46/15 48/8 50/22 50/23 51/3 51/8 51/13 54/6 55/20 56/4 64/19 67/13 71/25 72/6 72/20 74/4 76/22 78/16 79/6 79/13 80/17 80/20 81/19 83/22 84/20 85/12 88/24 91/18 91/23 98/13 99/21 103/14 103/25 104/15 104/15 105/9 107/24

**Mara [2]** 108/19 110/23 113/19 114/10 114/10 114/13 114/18 126/22

**mean [7]** 5/18 11/10 49/22 61/1 109/25 121/19 122/14

**meaning [2]** 80/5 115/3

**means [5]** 14/21 35/2 50/25 57/13 80/6

**measures [2]** 17/15 49/25

**media [2]** 122/10 128/20

**meet [7]** 25/3 71/24 74/4 74/13 77/10 99/21 129/4

**meeting [4]** 16/9 41/7 72/5 74/21

**meetings [2]** 102/25 103/6

**members [5]** 83/10 118/21 122/6 122/7 122/15

**members' [1]** 84/7

**Memorial [3]** 69/25 70/3 71/14

**Mendez [11]** 39/24 40/2 40/8 64/3 64/4 92/12 108/22 109/11 109/22 110/22 118/20

**mention [3]** 20/9 91/1 101/17

**mentioned [11]** 40/2 40/3 54/12 54/12 65/14 80/21 81/5 83/9 94/11 117/12 128/16

**mentions [1]** 61/19

**merits [1]** 95/7

**message [4]** 79/10 79/10 79/17 79/22

**messages [1]** 79/23

**messaging [2]** 74/25 75/5

**met [9]** 30/7 72/5 73/19 74/5 74/6 112/10 112/14 115/7 122/13

**meter [1]** 5/20

**methods [1]** 42/8

**Mexicano [1]** 89/3

**Miami [67]** 1/13 1/17 1/19 1/22 2/4 7/22 7/25 8/14 8/17 9/2 9/25 17/1 20/5 20/10 20/10 22/11 22/11 22/16 25/2 25/6 25/8 25/8 31/22 32/6 32/18 33/25 34/2 35/1 35/3 35/4 36/6 39/7 39/15 39/18 39/19 39/20 39/24 40/17

**41/23 42/2 42/10 43/2 43/2 45/24 47/24 50/13 53/6 59/13 63/2 64/14 64/15 64/17 67/16 68/3 70/2 71/8 71/12 74/11 77/14 92/17 103/4 104/1 105/16 108/8 110/9 123/1 125/24**

**Miami's [1]** 64/25

**Miami-Dade [1]** 71/8

**Michael [1]** 65/25

**middle [1]** 91/13

**midnight [4]** 53/9 99/22 99/25 100/1

**might [2]** 19/18 66/6

**millionaire [1]** 100/9

**mind [2]** 30/19 104/10

**minimizing [1]** 9/10

**minimum [1]** 33/10

**minute [1]** 37/10

**minutes [3]** 78/4 110/4 127/10

**Miro [26]** 65/10 67/7 67/11 68/15 68/18 68/22 69/4 69/8 69/11 69/16 70/18 70/24 71/3 71/5 85/9 88/21 91/15 92/9 95/22 99/3 106/18 107/1 107/23 109/8 118/17 126/8

**Mischaracterizes [5]** 17/21 20/18 20/24 43/3 44/1

**misconduct [1]** 68/5

**misinterpretation [1]** 19/1

**mismatches [1]** 45/1

**missed [1]** 12/10

**misses [1]** 98/19

**misspoke [2]** 18/24 19/1

**Misstates [1]** 59/1

**Mistake [1]** 44/4

**mistaken [2]** 37/16 126/1

**mistakes [1]** 63/24

**misunderstood [1]** 40/11

**Mofongo [4]** 47/7 47/13 47/17 49/9

**moment [4]** 10/18 29/14 48/8 58/7

**Monday [1]** 107/12

**money [5]** 35/2 35/5 44/21 45/12 81/7

**month [20]** 41/17 42/7 42/15 45/3 45/3 45/4 45/4 72/13 73/17 120/24 121/4 121/5

**121/6 121/8 121/13 125/3 125/4 127/13 127/17 128/3**

**monthly [1]** 36/14

**months [1]** 7/8

**more [4]** 29/19 43/18 85/16 126/4

**morning [17]** 4/1 4/8 4/11 4/12 4/15 4/21 4/23 5/5 5/6 6/19 19/19 20/22 25/24 66/18 98/9 128/17 128/22

**motor [1]** 36/12

**move [23]** 5/24 8/9 12/14 16/8 17/24 20/11 21/5 22/7 23/1 24/14 26/6 50/2 51/4 52/25 59/15 78/23 83/17 85/17 91/7 92/5 99/3 109/3 118/13

**moved [3]** 19/25 41/1 73/9

**movie [1]** 114/7

**MPA [1]** 39/19

**Mr [90]** 5/5 6/8 6/9 6/18 6/20 8/2 8/2 12/7 13/10 17/8 21/7 22/13 27/10 28/18 28/22 29/15 38/5 41/24 43/14 44/8 47/23 48/22 48/22 48/23 49/18 49/18 52/4 52/22 53/1 54/9 54/12 55/25 57/16 58/4 59/22 61/5 61/11 67/7 67/11 68/4 68/4 68/9 68/21 68/22 69/2 69/3 69/11 69/14 69/15 69/16 71/5 72/10 74/20 78/12 79/6 79/10 79/18 83/9 84/6 84/9 84/10 84/16 85/9 88/21 89/11 91/15 92/9 95/22 98/21 99/3 101/7 103/22 106/18 107/1 107/23 109/8 116/13 116/22 116/23 117/5 117/6 117/9 117/12 117/12 118/17 122/5 123/19 124/1 124/10 126/8

**Mr. [6]** 13/10 29/15 43/15 49/4 58/10 83/2

**Mr. Fuller [1]** 83/2

**Mr. Omar [1]** 29/15

**Mr. Pertnoy [1]** 58/10

**Mr. Pinilla [1]** 49/4

**Mr. Pinilla's [1]** 43/15

**M**

Mr. Rojas [1]  13/10
Ms. [8]  39/23 91/19
93/23 102/17 107/11
109/22 113/25 117/2
Ms. Mendez [1]
109/22
Ms. Rosa [1]  107/11
Ms. Salvatierra [1]
91/19
Ms. Suarez [4]  93/23
102/17 113/25 117/2
Ms. Victoria [1]
39/23
much [3]  12/14
104/24 115/7
multiple [2]  117/20
129/7
Multitude [1]  76/17
Municipal [1]  71/16
music [9]  75/7 79/16
79/24 80/1 103/17
111/18 120/25 123/13
124/23
must [2]  32/5 32/19
my [45]  5/22 8/7
17/2 17/8 17/9 20/6
25/5 26/3 26/4 26/4
26/7 29/22 33/23 34/7
38/17 41/15 45/5
45/12 48/9 49/22
49/24 49/25 50/21
51/1 56/21 57/3 64/1
65/12 66/13 71/8
71/11 71/12 71/25
72/22 73/14 73/19
80/20 99/20 99/21
101/6 101/9 105/11
114/23 128/21 129/6
myself [3]  92/13
109/13 118/21

**N**

name [16]  4/7 45/17
45/19 48/4 54/13
58/15 58/18 64/7
69/15 70/22 70/24
86/6 89/7 112/9
114/25 122/21
named [1]  89/14
narrative [2]  106/25
107/2
nature [2]  68/14
68/25
nearby [1]  16/10
necessary [1]  21/2
need [7]  10/9 22/3
25/3 51/7 64/6 65/21
110/25
needed [4]  19/21
25/11 25/13 68/20
negatively [1]  5/23

neighborhood [9]
19/6 20/22 23/11
25/25 48/20 72/9
72/24 73/9 120/25
neighborhoods [1]
24/2
neighbors [3]  80/2
80/3 124/12
never [28]  19/23
21/4 25/6 25/7 43/18
50/22 52/14 54/21
55/6 55/6 56/17 62/5
62/8 62/9 74/23 81/12
102/22 104/15 108/20
108/20 110/24 112/18
113/3 113/20 122/15
122/15 123/7 123/7
new [4]  31/3 31/6
81/22 94/11
news [1]  128/20
next [19]  10/2 13/24
21/13 28/19 28/20
28/20 28/20 28/20
45/4 53/5 60/20 65/8
66/3 66/4 70/16 72/4
78/5 90/13 121/2
nice [1]  120/24
nicer [1]  115/13
night [6]  23/11 53/1
100/3 123/12 123/21
124/10
nightclub [1]  5/19
nine [4]  43/8 84/21
85/13 86/15
Niworowski [1]  1/12
no [136]
nobody [2]  34/20
43/23
Noel [1]  48/4
noise [12]  111/18
111/19 111/24 112/11
112/24 113/21 114/3
123/16 124/2 124/11
124/18 124/18
Non [1]  8/9
Non-responsive [1]
8/9
noncommercial [1]
11/18
none [4]  40/4 40/13
40/19 75/6
Noriega [3]  74/12
103/4 103/5
north [1]  127/1
not [152]
note [1]  113/19
noted [4]  58/12
59/17 100/22 107/15
notes [3]  48/9 87/11
122/14
nothing [3]  15/22
75/1 96/4

notified [1]  68/7
November [3]  75/20
78/5 79/7
November 19th [1]
78/5
now [54]  7/20 10/2
10/18 10/23 11/3
11/14 13/4 13/24
15/23 19/11 20/15
28/25 28/25 29/8
29/17 30/2 30/5 30/5
30/10 30/23 34/2
36/21 38/10 38/12
39/14 41/6 42/8 43/7
43/25 47/12 51/2 51/8
51/20 51/22 52/6 54/6
55/8 55/11 55/19
56/10 59/21 62/18
74/11 81/9 81/20
82/11 82/14 98/5 98/7
98/11 103/4 123/13
125/25 126/24
number [14]  4/5
9/13 11/6 17/24 18/2
18/3 18/7 37/16 37/17
56/15 86/5 98/15
109/18 109/20
numbers [1]  56/24
NW [1]  1/13

**O**

object [6]  5/12 22/24
54/20 61/7 106/25
129/6
objection [127]  5/24
6/5 6/10 6/23 8/22
8/23 12/6 16/3 17/21
18/5 19/7 20/17 20/24
21/16 23/13 24/5 24/8
26/14 26/19 26/22
27/4 27/21 28/8 29/2
31/12 31/19 32/8
32/23 35/11 35/15
35/20 35/21 40/9
40/24 41/3 43/3 44/1
47/14 47/19 47/25
49/14 52/12 53/10
53/21 54/2 56/22 57/3
58/12 58/21 59/1 59/1
59/17 60/1 60/6 60/7
65/1 78/22 81/13
82/13 83/13 83/16
84/25 85/1 85/19
85/20 86/10 86/20
87/20 88/14 88/16
90/14 91/5 92/3 93/17
93/19 93/20 94/19
95/6 95/9 95/10 97/25
98/5 98/22 98/24
101/13 101/15 101/23
102/7 102/14 103/23
104/5 104/6 105/22

105/23 106/3 106/24
109/2 111/2 113/9
113/23 116/7 116/8
116/15 116/20 116/24
117/17 118/4 118/12
119/5 119/11 119/22
120/4 120/14 121/9
121/25 124/3 124/4
124/5 124/14 124/15
125/12 126/5 126/10
126/17 127/14 127/19
128/4
objections [7]  27/20
58/11 61/13 100/20
107/13 107/14 129/5
objective [1]  5/23
obtain [1]  114/14
obtaining [1]  9/20
obviously [3]  12/8
110/22 112/2
occasion [5]  92/22
92/24 93/2 93/4 112/4
occasions [1]  95/17
occurred [2]  75/21
100/13
occurring [3]  87/11
114/11 114/15
occurs [1]  123/12
Ocho [2]  43/17 86/24
off [8]  7/2 38/7
62/20 62/21 87/4
100/9 101/10 115/10
offense [1]  39/1
offering [1]  82/15
office [19]  68/10
81/16 81/20 83/25
84/20 85/12 88/4 94/7
94/7 94/10 101/22
102/2 112/5 112/25
113/2 113/3 113/6
113/18 119/6
officer [1]  67/18
officers [1]  87/11
offices [1]  119/18
official [3]  64/2
100/11 129/23
officials [12]  77/24
77/25 86/24 87/6
87/10 109/13 112/16
115/1 115/4 115/19
115/22 118/21
offstreet [5]  25/3
31/21 32/4 32/18
33/20
often [1]  120/13
Oh [1]  100/16
okay [46]  4/17 11/14
12/3 12/12 13/24
14/14 16/8 16/19 17/7
18/16 19/18 22/2
23/18 24/14 25/5
25/16 25/20 28/25

30/5 32/4 32/12 32/17
34/22 36/21 37/6 37/9
40/22 41/21 46/15
46/25 50/4 61/17
62/21 63/13 63/17
65/17 66/18 69/9 70/6
70/7 78/20 92/4 97/16
115/14 119/3 129/13
old [1]  123/14
Omar [2]  12/23
29/15
on [184]
once [9]  4/16 20/7
20/7 72/3 73/10 81/16
82/19 103/7 120/24
one [60]  5/23 10/8
11/20 13/14 13/19
14/5 15/3 16/15 16/24
16/25 18/15 22/4
29/13 29/18 33/10
41/16 41/24 42/8 43/7
45/15 47/4 47/6 48/14
49/1 49/23 50/17
51/11 51/14 53/2
59/11 62/13 67/6
67/11 68/19 69/14
69/15 76/10 82/12
84/22 85/13 85/16
86/16 88/12 88/25
89/5 89/6 89/6 97/19
101/9 103/16 115/12
115/12 115/25 116/4
117/15 123/1 123/3
123/12 123/16 129/12
ones [3]  67/12 87/13
90/3
ongoing [1]  102/3
only [20]  10/4 11/11
13/6 17/25 22/24
34/19 35/18 41/11
42/18 42/20 45/11
45/19 51/1 62/20 76/7
93/11 95/5 97/17
97/20 113/1
onto [1]  73/11
open [7]  26/21 53/25
58/2 66/9 70/9 99/1
107/18
opened [2]  55/3
122/4
operate [3]  111/7
127/12 128/2
operating [14]  5/20
17/12 25/7 52/4 52/7
104/1 104/4 104/16
104/17 104/24 105/9
105/16 110/25 127/17
operation [6]  13/14
20/6 25/15 26/4 53/3
127/24
operations [3]  9/25
19/11 25/6

**O**

**operator [6]** 26/12 36/23 36/23 44/9 44/12 101/7
**operators [4]** 5/8 5/11 9/9 36/18
**opinion [3]** 116/17 126/17 128/20
**opinions [1]** 66/15
**opponent [5]** 75/24 76/3 80/7 80/25 81/1
**opportunity [4]** 12/5 57/21 57/23 98/22
**opposing [7]** 84/24 88/11 91/4 92/2 95/5 109/1 118/8
**or [65]** 6/4 6/8 9/19 10/16 16/23 16/25 19/1 19/19 20/5 21/11 22/18 25/12 27/17 33/20 34/15 35/18 36/10 36/12 36/12 36/13 36/15 39/8 40/17 40/19 40/21 41/7 45/3 46/4 48/14 49/18 50/20 54/6 54/21 57/13 62/1 63/10 63/22 69/18 72/24 72/24 74/18 82/3 86/7 87/9 89/16 89/22 102/1 103/21 105/9 105/10 105/17 111/18 111/24 113/4 114/16 115/1 115/3 121/5 122/2 122/6 122/15 124/22 127/2 127/6 128/20
**orange [1]** 108/8
**order [8]** 4/4 10/8 22/2 32/6 39/6 42/9 63/20 67/4
**ordered [1]** 42/22
**ordinance [12]** 5/19 95/1 95/12 95/13 95/19 96/25 96/25 97/2 97/5 97/19 97/21 98/2
**ordinances [19]** 5/17 8/14 8/17 9/3 9/4 9/7 9/8 9/23 10/4 22/16 24/1 24/7 35/14 35/24 36/5 38/8 38/11 50/13 98/10
**organization [1]** 122/15
**oriented [1]** 126/4
**original [3]** 125/10 126/2 126/15
**Orlando [1]** 65/25
**Orthodox [1]** 18/10
**other [48]** 5/7 5/11

12/7 22/25 33/14 36/15 36/18 37/3 39/10 40/17 42/21 44/19 47/1 47/2 47/6 48/14 48/20 49/12 51/10 59/11 61/17 63/13 67/11 67/17 77/13 77/24 86/23 87/15 87/16 87/17 87/18 100/13 104/21 107/6 107/13 108/11 108/15 108/17 112/5 112/16 115/19 119/6 119/19 119/16 119/20 125/9 128/6 129/5
**others [2]** 42/23 42/23
**otherwise [3]** 33/22 42/24 98/23
**our [11]** 18/9 71/15 75/24 87/7 89/6 94/7 107/1 107/14 113/2 113/3 119/1
**ours [1]** 66/6
**out [38]** 4/17 6/22 10/9 25/13 33/9 33/14 41/19 72/22 76/1 76/20 76/25 77/22 78/7 79/22 80/4 80/4 80/25 81/23 87/12 89/7 92/23 92/25 93/2 99/25 104/16 104/17 104/24 111/14 111/24 112/2 112/4 112/9 112/16 112/21 114/6 114/9 114/25 123/21
**outdoor [2]** 75/7 126/20
**outside [1]** 117/24
**over [10]** 45/3 45/16 73/10 84/11 101/8 103/16 105/16 121/17 121/19 125/24
**overcome [1]** 95/23
**overly [1]** 68/12
**overnight [1]** 99/4
**Overruled [47]** 5/13 6/11 8/10 16/4 20/19 21/1 21/6 22/9 23/3 23/15 26/9 31/14 32/9 44/3 48/1 50/3 52/13 53/11 53/22 54/3 58/22 60/9 61/14 82/16 85/21 85/23 86/11 87/22 93/22 101/24 102/16 103/24 106/1 113/24 117/1 119/12 119/24 120/7 120/17 122/1 124/7 124/17 125/15 126/11 126/19 127/23 128/5
**own [5]** 46/16 81/25

89/16 117/20 117/24
**owned [5]** 62/6 76/12 86/8 99/14 122/2
**owner [5]** 13/7 39/7 87/16 106/18 117/25
**owners [10]** 84/4 90/12 93/15 93/21 94/2 94/5 96/15 96/19 110/15 117/16
**owners' [2]** 94/14 94/23
**owns [3]** 6/3 86/7 105/19

**P**

**P-R-O-C-E-E-D-I-N-G-S [2]** 4/2 67/2
**p.m [5]** 66/12 79/8 109/24 126/1 129/17
**page [22]** 10/2 11/4 11/14 13/4 13/13 13/24 13/24 29/14 29/17 30/5 30/14 32/12 32/20 33/13 33/18 36/21 38/11 60/20 61/21 118/9 118/11 118/11
**paid [4]** 33/24 34/1 45/11 104/18
**Paint [1]** 126/22
**Panza [4]** 61/22 62/1 62/4 62/5
**parade [6]** 103/11 103/15 103/20 103/22 106/17 110/18
**paragraph [2]** 33/8 63/1
**paralegal [1]** 71/12
**parishioners [1]** 54/1
**Parjus [1]** 109/14
**park [28]** 11/12 13/18 13/25 14/4 15/10 15/12 17/4 24/2 24/10 30/11 30/24 31/15 48/18 48/19 49/11 53/17 54/1 64/22 81/21 112/21 115/7 121/2 122/24 123/1 123/14 125/21 125/22 125/22
**parked [9]** 23/11 25/11 27/11 28/3 28/4 31/5 52/23 64/21 111/16
**parkers [1]** 49/13
**parking [90]** 7/3 7/11 7/21 7/25 8/3 8/13 8/16 8/21 9/2 9/19 9/24 10/4 10/8 10/12 10/15 10/20

10/21 11/25 13/1 14/8 15/12 16/19 17/1 17/19 17/19 18/14 19/11 19/11 19/13 20/5 20/10 22/11 22/16 23/22 24/24 25/2 25/3 25/7 25/9 27/16 28/23 31/4 31/21 32/4 32/4 32/5 32/6 32/18 32/18 32/22 33/21 34/3 35/3 35/25 36/4 36/10 36/12 36/13 36/24 39/14 39/15 39/18 39/19 39/24 41/7 41/7 42/1 42/2 43/2 44/10 45/24 49/4 52/17 53/7 53/9 53/19 59/13 63/1 64/17 74/11 100/12 103/4 122/25 122/25 123/1 123/13 125/20 125/24 125/25 125/25
**parks [1]** 123/3
**part [15]** 10/11 11/1 11/8 30/19 34/14 41/6 46/19 62/20 68/19 91/13 95/13 96/8 107/1 113/13 113/16
**participate [1]** 103/20
**particular [1]** 98/20
**parties [1]** 42/2
**partner [4]** 7/14 12/23 57/17 57/19
**partners [4]** 88/8 88/25 89/5 89/6
**parts [1]** 48/20
**Pasa [1]** 122/4
**pass [1]** 76/14
**passage [3]** 97/2 97/18 97/21
**passed [2]** 35/8 109/19
**Passing [1]** 119/19
**past [2]** 68/14 69/7
**pastries [1]** 75/16
**Pat [1]** 71/10
**pattern [1]** 67/13
**Paul [2]** 18/10 65/24
**paved [1]** 33/21
**pavement [2]** 33/18 33/22
**pay [11]** 35/4 38/12 42/2 47/17 63/14 63/18 64/22 64/22 64/23 125/25 126/1
**paying [4]** 35/2 36/19 44/23 46/2
**payroll [1]** 72/14
**PDF [3]** 13/13 29/17 30/14
**penalties [10]** 38/13

38/22 38/25 39/1 39/10 45/16 58/25 59/5 59/14 63/25
**penalty [3]** 63/14 64/7 64/20
**pending [2]** 48/13 82/14
**people [12]** 41/14 43/24 60/24 61/2 76/18 84/12 96/6 100/8 113/2 119/18 125/19 125/21
**per [5]** 99/8 110/10 112/19 122/3 123/7
**percent [5]** 34/25 35/1 35/4 36/11 36/19
**Permission [1]** 27/24
**permit [29]** 5/17 9/21 9/24 10/8 11/5 11/6 11/8 11/11 13/5 13/5 13/15 13/17 14/1 15/8 16/1 16/16 16/22 17/4 17/19 20/16 30/11 30/24 64/16 95/11 110/25 114/19 121/20 125/9 128/6
**permits [7]** 8/7 35/3 39/16 51/18 95/2 118/22 118/25
**permitted [3]** 10/4 10/9 64/21
**permitting [1]** 111/3
**person [8]** 9/18 50/17 64/5 105/11 105/21 106/6 107/4 107/11
**personnel [2]** 112/5 123/1
**persons [1]** 41/10
**pertinent [2]** 7/6 37/3
**Pertnoy [9]** 1/16 4/13 38/5 52/22 54/9 54/12 55/25 58/10 59/22
**Peter [1]** 18/10
**phone [9]** 73/19 79/19 105/13 105/13 105/20 106/6 109/19 109/19 110/22
**photo [5]** 28/19 28/20 28/20 28/20 28/20
**photographs [1]** 10/14
**photos [1]** 28/18
**pick [2]** 66/17 72/23
**picked [1]** 25/13
**picking [2]** 19/14 19/15
**picture [8]** 14/14

**P**

**picture... [7]** 15/4
15/15 15/24 30/15
63/4 114/17 126/22
**pictures [5]** 27/19
41/14 76/19 92/18
92/19
**PINILLA [14]** 1/4
6/9 8/2 48/23 49/4
49/18 62/2 62/6 78/12
116/4 116/13 116/22
117/5 117/12
**Pinilla's [1]** 43/15
**placard [1]** 100/11
**place [7]** 5/21 20/5
22/17 22/25 76/21
89/24 128/14
**plaintiff [9]** 4/7 65/8
70/16 79/6 82/21
84/25 91/5 98/18
109/2
**Plaintiff's [1]** 92/3
**plaintiffs [28]** 1/5
1/10 4/10 70/17 74/1
74/7 76/12 80/10
80/13 81/4 81/8 81/12
81/17 81/24 81/25
86/9 87/9 88/3 89/16
99/14 106/24 114/21
115/4 115/25 117/10
120/23 122/2 122/7
**plaintiffs' [43]** 2/10
3/5 54/17 62/14 78/15
78/20 79/1 82/24
83/12 83/19 84/23
85/24 88/7 88/10
88/13 88/17 88/25
89/5 90/2 90/6 90/8
90/12 90/18 90/21
91/3 91/9 92/1 92/7
94/13 95/4 95/11
95/19 100/2 100/17
103/9 106/11 107/20
108/25 109/6 115/2
115/9 118/7 118/15
**plan [6]** 10/12 10/19
11/7 13/14 15/16
15/16
**Planning [2]** 77/15
118/22
**platform [4]** 43/24
72/7 72/7 73/8
**play [2]** 100/23
107/15
**played [4]** 27/13
100/24 107/21 108/5
**playing [4]** 79/16
79/24 80/1 108/4
**plaza [1]** 121/2
**please [41]** 4/6 4/18
11/14 12/4 12/15

13/13 13/24 15/15
17/24 18/6 21/14
21/18 24/16 26/18
27/12 28/19 28/20
28/21 28/21 31/17
32/20 32/25 39/13
59/16 60/25 62/15
63/4 66/13 70/10
70/19 70/22 79/13
83/15 84/1 85/25
88/18 91/18 92/17
100/23 128/19 128/25
**pled [1]** 96/16
**plus [1]** 75/11
**pocket [1]** 86/17
**point [12]** 20/12
55/17 59/7 76/4 76/7
87/7 87/12 98/24
107/7 114/6 115/2
121/12
**police [12]** 67/18
68/6 69/25 71/9 72/8
75/2 77/25 78/3
105/10 108/21 110/9
123/4
**political [3]** 75/21
75/23 78/6
**pop [1]** 104/19
**popular [3]** 93/6
99/12 103/18
**Portilla [1]** 73/3
**portion [1]** 95/22
**position [4]** 67/16
73/13 73/14 73/15
**positions [1]** 67/17
**possible [6]** 23/12
23/17 26/13 33/25
42/10 125/9
**possibly [2]** 72/14
80/6
**post [1]** 67/12
**potential [2]** 55/13
68/21
**PR [1]** 122/9
**practice [1]** 67/13
**precincts [1]** 82/12
**prejudicial [1]** 55/21
**presence [1]** 68/12
**present [7]** 70/15
87/1 99/24 115/23
122/14 123/6 123/7
**presented [2]** 45/8
68/17
**preserving [1]**
100/20
**pressured [1]** 69/16
**presume [1]** 96/3
**pretrial [1]** 55/18
**pretty [1]** 104/24
**previous [3]** 15/15
35/24 63/19
**price [1]** 86/6

**prices [1]** 47/12
**prior [2]** 67/11 81/6
**priority [1]** 110/10
110/14
**private [1]** 11/19
**privilege [12]** 95/14
95/23 96/4 96/5 96/5
96/7 96/7 97/8 97/22
98/2 98/14 98/16
**pro [1]** 72/13
**probably [4]** 22/17
35/9 35/10 68/20
**problem [11]** 21/4
25/9 26/25 38/18
43/16 62/8 66/8 69/4
80/3 106/15 107/1
**problems [1]** 21/7
**procedure [1]** 55/18
**procedures [1]** 7/25
121/12
**proceed [3]** 4/17
4/24 48/18
**proceeding [1]**
129/17
**proceedings [1]**
129/21
**process [4]** 10/11
22/23 42/6 107/1
**produced [7]** 54/21
55/6 95/20 95/21
95/24 96/9 96/10
**production [1]** 114/7
**programs [1]** 36/15
**promoting [1]** 9/10
**promptly [4]** 65/14
65/15 66/12 66/17
**proper [8]** 31/4
44/23 45/25 46/1 46/2
46/7 114/13 114/19
**properly [2]** 33/21
38/13
**properties [18]** 49/3
49/4 74/5 78/15 82/24
82/25 83/9 83/25 84/2
84/7 84/16 87/8 87/12
90/6 100/2 115/2
115/9 117/13
**property [17]** 13/7
49/8 78/17 79/21 82/9
84/4 86/4 86/7 86/19
90/2 90/13 90/18
91/22 94/13 96/16
96/19 117/24
**protected [1]** 95/13
**provide [5]** 10/14
10/19 12/25 47/1 47/9
**provided [3]** 11/18
33/20 33/22
**providing [3]** 46/19
46/22 46/25
**pub [1]** 87/5 99/21
99/23
**public [7]** 9/19 71/14

95/20 95/21 95/24
95/25 123/4
**publication [2]** 8/22
96/4
**publish [26]** 8/24
12/5 12/13 21/17
27/22 28/6 28/12
28/15 29/3 31/23
35/13 35/16 38/6
40/23 40/25 59/16
62/15 78/23 83/14
83/17 85/25 88/18
91/10 92/5 109/3
118/13
**published [1]** 37/15
**publishing [2]** 17/25
35/18
**puerta [1]** 89/22
**Puerto [1]** 47/6
**pull [7]** 12/4 26/18
27/20 31/17 35/13
54/6 59/21
**purchased [1]** 75/16
**purpose [3]** 9/7 9/8
100/1
**purposes [1]** 17/25
**purviews [1]** 105/17
**put [19]** 8/20 11/10
12/19 15/7 40/22
12/19 71/25 72/3
73/20 74/12 78/8
78/20 92/1 100/13
105/13 114/25 118/7
122/6 125/24

**Q**

**Que [1]** 122/4
**question [42]** 5/25
16/4 20/12 21/2 22/5
23/2 23/17 23/20
24/11 24/13 24/19
25/5 26/7 28/5 28/19
29/23 30/19 31/14
38/17 48/13 50/3
50/23 50/24 50/25
51/11 57/7 57/13
57/18 69/21 82/14
93/24 101/14 102/10
102/15 102/18 113/11
114/1 116/19 117/3
119/7 119/13 127/15
**questions [9]** 6/13
24/12 25/21 29/22
48/14 51/10 51/22
62/10 65/4
**quick [1]** 28/19
**quickly [1]** 26/13
**quite [2]** 92/25 98/7
**quote [2]** 48/23
122/8

**R**

**Rachel [1]** 109/14
**radius [4]** 103/19
115/2 117/25 122/11
**raffles [1]** 75/16
**raise [2]** 47/12 70/19
**raised [5]** 73/2 95/10
98/15 100/11 106/23
**rallies [1]** 78/14
**rally [10]** 75/21
75/23 76/9 76/14
76/20 76/25 77/22
77/24 78/6 80/4
**ramp [4]** 5/17 5/18
10/17 22/22
**ran [1]** 43/24
**rapidly [1]** 19/22
**Rassie [2]** 129/22
129/22
**rate [1]** 36/11
**rates [1]** 47/18
**rattle [1]** 124/22
**read [8]** 9/13 60/23
92/15 97/14 98/3
98/10 98/11 109/22
**reading [1]** 96/21
**reads [2]** 36/8 41/24
**ready [2]** 4/17 4/24
**real [2]** 28/18 81/25
**realize [1]** 69/10
**really [1]** 44/22
**reason [7]** 17/10
17/13 63/12 69/6
80/16 81/11 112/20
**reasons [2]** 68/24
69/19
**recall [5]** 34/16 41/9
68/21 92/20 102/3
**receipt [2]** 39/4 39/8
**receipts [1]** 64/11
**receive [2]** 52/16
52/19
**received [23]** 3/5
3/10 12/17 27/8 27/25
28/11 29/6 31/20 40/4
40/16 40/21 41/4 45/7
79/1 83/19 85/24
88/17 91/9 92/7 109/6
109/17 113/1 118/15
**recently [1]** 73/8
**receptionist [1]**
113/18
**recess [3]** 37/23
66/11 66/21
**recognize [10]**
27/17 28/2 59/21 79/3
83/21 85/9 88/21 92/9
109/8 118/17
**recommend [1]**
68/15
**recommended [1]**

**R**

**recommended... [1]** 69/3
**record [8]** 4/7 19/2 35/23 59/18 64/2 68/19 70/23 95/25
**recorded [2]** 101/5 106/18
**records [17]** 36/24 37/2 38/13 38/21 44/21 45/25 46/6 46/8 46/13 59/13 69/25 70/1 70/3 95/20 95/21 95/24 96/3
**recross [5]** 3/2 57/21 57/24 62/12 62/23
**rectified [1]** 45/13
**redirect [4]** 3/2 21/1 51/23 52/2
**reducing [1]** 9/9
**reference [2]** 64/1 96/11
**referring [4]** 32/24 33/2 55/2 58/9
**reflect [1]** 27/15
**refunds [1]** 20/2
**refurbished [1]** 89/21
**regard [1]** 67/23
**regarding [1]** 40/18
**registered [2]** 17/10 122/5
**registries [1]** 59/12
**regulates [1]** 34/25
**related [4]** 81/4 81/23 97/23 124/23
**relates [1]** 96/19
**relating [2]** 96/14 97/20
**relationship [1]** 120/3
**relationships [2]** 5/7 118/2
**relatives [1]** 47/23
**release [1]** 77/7
**relevance [8]** 47/14 47/19 47/25 49/14 87/21 113/23 118/5 126/10
**relevant [2]** 67/18 69/17
**relocate [1]** 94/12
**relying [1]** 45/21
**remember [18]** 16/5 16/18 16/23 16/24 30/4 32/3 52/22 53/8 54/14 59/10 66/13 85/15 92/24 93/3 93/4 100/14 100/14 121/4
**remodeling [1]** 22/23

**rental [1]** 36/10
**rented [1]** 104/18
**rents [1]** 122/10
**repeat [5]** 38/17 93/23 102/17 117/2 119/13
**repeating [1]** 30/19
**rephrase [6]** 101/14 102/9 113/10 116/19 119/7 127/15
**replied [1]** 79/16
**report [4]** 46/1 46/12 69/16 84/10
**reported [6]** 44/9 44/22 63/1 74/6 76/19 83/1
**Reporter [1]** 129/23
**reporting [2]** 39/11 44/21
**represent [2]** 71/17 85/14
**representative [1]** 50/17
**reprisals [1]** 51/2
**request [8]** 29/21 37/4 95/20 95/21 95/24 95/25 118/24 121/24
**requested [1]** 41/13
**required [11]** 22/21 23/24 31/9 31/10 31/11 32/19 33/20 39/10 46/3 51/18 96/9
**requirement [1]** 22/12
**requirements [3]** 33/9 39/11 110/5
**requires [2]** 36/23 46/7
**research [6]** 82/23 83/9 84/13 88/2 88/7 89/15
**researched [1]** 84/2
**reserved [2]** 125/3 125/4
**residency [2]** 73/17 80/25
**residential [13]** 10/6 11/15 11/16 11/25 19/6 20/22 23/10 23/20 23/22 24/2 25/25 82/24 111/13
**residentially [1]** 11/19
**residents [3]** 52/16 52/19 93/9
**resignation [1]** 68/7
**resolution [1]** 97/1
**resolve [1]** 120/12
**respect [6]** 7/5 8/3 13/22 38/10 48/17 49/17

**respond [2]** 69/10 79/15
**response [1]** 114/19
**responsibilities [1]** 41/25
**responsibility [2]** 8/6 45/1
**responsive [1]** 8/9
**rest [1]** 66/3
**restaurant [7]** 47/4 47/7 87/5 87/5 99/8 99/20 123/15
**restaurant/bar [1]** 99/8
**restaurants [6]** 47/2 47/4 47/6 49/9 49/12 61/18
**resulted [1]** 44/14
**resume [1]** 128/16
**returned [1]** 25/11
**returning [2]** 19/15 19/18
**revenue [5]** 44/10 44/13 46/1 46/12 63/1
**revenues [1]** 36/11
**reviewed [2]** 9/4 16/16
**reviews [1]** 34/9
**revive [1]** 120/25
**revoked [1]** 39/4
**Rican [1]** 47/6
**rid [1]** 69/7
**ride [2]** 115/5 115/6
**ride-along [2]** 115/5 115/6
**right [47]** 7/8 9/20 12/9 12/16 14/23 15/4 15/19 15/21 18/6 18/16 21/13 21/21 23/6 27/7 28/9 29/5 29/23 34/13 35/20 38/3 41/2 44/21 49/17 51/9 51/10 54/10 56/21 58/19 59/17 59/25 61/2 61/24 62/11 65/16 66/10 70/15 70/19 73/9 88/15 91/6 98/4 98/7 102/9 110/6 111/5 117/13 121/2
**rise [5]** 37/11 38/1 66/19 70/12 128/23
**RMR [1]** 129/22
**RMR-CRR [1]** 129/22
**Robert [2]** 82/12 82/19
**RODNEY [2]** 1/8 129/23
**Rojas [5]** 12/23 13/10 29/15 57/16 57/19
**role [1]** 72/18

**Roman [2]** 112/9 112/20
**Romero [1]** 107/11
**room [3]** 50/16 84/20 129/24
**Rosa [1]** 107/11
**route [1]** 13/21 14/15 26/8 26/11
**rule [1]** 106/14
**ruled [2]** 95/12 98/20
**rules [14]** 7/21 7/24 8/3 8/5 8/7 8/12 8/13 8/16 9/2 9/9 43/22 43/25 44/5 50/7
**ruling [4]** 95/15 96/12 97/15 98/14
**rumblings [1]** 83/6
**run [3]** 23/19 74/24 86/2
**runners [3]** 19/25 20/1 25/12
**running [3]** 72/6 75/13 89/21
**runoff [2]** 75/24 76/3 76/4

**S**

**S-T-E-V-E-N [1]** 70/24
**S.E [1]** 1/19
**S.H [15]** 7/15 8/5 12/20 12/23 12/25 13/10 16/19 27/16 29/8 40/7 41/19 44/8 48/19 61/24 63/1
**S.H. [2]** 7/12 28/23
**S.H. Valet [2]** 7/12 28/23
**s: [1]** 129/22
**safety [2]** 9/10 71/14
**said [35]** 12/11 12/12 15/10 19/24 20/5 24/18 24/21 34/18 34/24 39/22 40/9 44/8 50/13 51/17 56/25 57/6 57/10 58/18 58/18 65/2 69/2 69/2 80/1 80/17 80/18 80/20 81/22 100/9 100/10 101/17 105/17 107/4 108/19 112/9 122/7
**Salao [4]** 47/4 47/13 47/17 49/9
**sale [2]** 36/9 86/6
**Salvatierra [1]** 91/19
**same [36]** 5/21 5/21 17/12 22/5 23/17 24/11 24/12 24/13 24/19 25/21 25/21

**Roman** column 4:
25/21 25/22 28/5 29/20 29/20 35/5 37/20 45/2 51/20 57/18 58/11 61/13 75/3 76/17 78/7 78/8 78/10 111/14 112/10 116/24 119/11 124/25 125/2 125/6 129/7
**sandwich [4]** 89/20 89/21 89/21 89/23
**Sanguich [23]** 89/17 90/12 91/1 92/17 92/23 93/2 93/6 93/15 94/2 94/5 94/14 94/23 96/15 96/19 104/1 104/14 105/16 105/19 106/18 108/15 110/15 110/25 111/7
**sanitation [1]** 123/4
**Santo [3]** 5/18 6/3 6/8
**Sarnoff [3]** 1/21 4/13 73/2
**sat [1]** 94/10
**Saturday [1]** 59/12
**Saturdays [1]** 45/11
**saw [17]** 34/4 40/7 63/18 76/17 82/20 87/13 89/6 89/11 99/23 100/6 102/22 105/4 105/11 111/14 114/12 114/16 116/4
**say [33]** 7/18 11/18 34/23 40/21 46/4 46/4 48/25 50/12 50/14 61/24 64/6 69/1 69/18 70/4 74/17 79/12 98/9 98/11 99/8 100/15 100/16 103/6 103/19 110/10 110/11 111/23 112/12 112/19 114/1 121/19 122/3 123/7 126/13
**saying [7]** 20/8 44/19 45/1 55/3 64/18 68/1 122/10
**says [20]** 5/19 9/18 13/20 14/15 33/20 36/23 37/2 38/25 45/6 56/23 57/12 58/24 60/21 61/1 63/1 63/2 79/7 92/15 97/5 98/23
**scene [4]** 108/19 109/21 110/10 110/11 112/12 112/19 114/1 121/19 122/3 123/7 126/13
**schedule [1]** 66/16
**scope [4]** 5/25 20/12 119/23 127/22
**SCOTT [2]** 2/2 2/2
**screaming [1]** 52/25
**screen [6]** 8/20 18/10 18/16 21/24 58/4 62/18

**S**

**scroll [4]** 84/1 91/12 92/15 92/19
**seat [1]** 71/1
**seated [4]** 4/15 4/21 38/4 70/14
**second [11]** 13/4 13/25 29/11 29/13 30/23 33/8 33/13 45/18 62/25 92/22 93/4
**section [21]** 8/17 8/21 9/14 9/18 11/3 11/16 32/21 32/24 32/25 33/5 33/15 33/18 35/14 36/8 36/22 37/14 38/7 38/11 38/24 44/7 75/11
**see [83]** 9/6 9/11 9/21 11/4 11/8 11/20 12/5 13/20 13/21 14/14 15/4 15/18 15/21 18/10 18/11 18/17 18/17 21/21 21/22 21/24 29/14 29/15 30/6 30/14 30/16 32/14 32/21 32/22 33/6 33/11 36/8 36/16 36/25 37/4 39/4 39/11 42/3 42/11 42/15 44/8 44/14 44/15 45/20 55/4 56/12 58/4 58/10 58/15 58/24 60/12 60/16 60/18 60/20 61/17 62/20 63/6 65/5 66/11 66/15 76/24 78/12 79/7 84/4 86/23 91/15 92/18 93/12 104/1 104/16 105/9 105/9 108/11 110/3 111/7 111/17 111/23 114/15 115/25 116/3 119/9 119/15 120/12 128/22
**seeing [5]** 44/17 56/18 102/12 102/15 102/20
**seek [2]** 35/19 35/24
**seeking [4]** 13/17 13/25 14/4 35/17
**seem [2]** 55/25 79/25
**seems [2]** 34/24 55/20
**seen [6]** 9/3 12/20 32/2 56/17 87/18 119/3
**sees [1]** 57/12
**sell [2]** 103/17

104/20
**send [2]** 56/7 120/13
**sending [1]** 89/4
**sends [1]** 109/22
**sense [6]** 6/21 22/6 22/6 77/25 82/8 113/17
**sent [11]** 56/4 56/5 64/5 79/17 91/23 112/9 114/13 114/17 114/18 114/18 114/19
**sentence [1]** 60/23
**sequence [2]** 86/4 86/4
**series [1]** 41/12
**serious [2]** 45/14 45/14
**seriously [2]** 94/15 94/24
**serve [1]** 89/22
**service [6]** 9/19 11/16 13/7 41/25 68/18 71/9
**services [12]** 7/21 10/4 11/18 44/8 46/20 46/23 46/25 47/1 47/10 47/13 61/22 63/2
**serving [1]** 93/12
**SESSION [2]** 4/1 67/1
**sets [3]** 32/19 33/14 33/14
**setting [2]** 10/11 33/9
**setup [1]** 104/19
**seven [2]** 34/25 43/8
**several [3]** 86/25 109/13 118/21
**sexual [5]** 68/5 68/14 69/11 69/19 70/5
**sexually [1]** 69/16
**shall [9]** 9/19 10/4 11/5 11/6 33/10 33/21 36/24 37/3 39/1
**share [1]** 117/9
**she [17]** 12/10 12/11 44/15 64/4 77/8 77/13 77/15 77/17 77/22 77/23 109/20 112/11 112/12 112/13 112/14 112/14 120/13
**she had [1]** 112/13
**she'll [1]** 113/19
**she's [5]** 24/17 26/23 64/6 77/7 101/9
**sheriff [2]** 81/22 94/11
**shirt [1]** 108/8
**shop [3]** 89/20 89/21 89/21

**Short [1]** 37/23
**should [10]** 44/22 45/7 59/14 64/6 64/7 79/13 84/10 103/8 115/3 129/9
**shout [1]** 25/13
**show [26]** 8/20 26/2 27/10 28/25 29/11 31/18 46/8 53/3 54/17 54/19 55/2 58/6 67/13 77/25 83/12 84/23 85/5 87/8 88/10 91/3 95/4 100/17 101/2 106/11 107/19 108/25
**showcase [2]** 123/23 127/4
**showed [16]** 50/12 52/22 54/9 59/13 59/22 78/1 93/7 99/21
105/7 105/8 108/20 108/20 109/21 110/13 110/24 115/9
**showing [8]** 10/12 13/21 15/11 24/1 29/8 34/5 51/3 125/19
**shown [6]** 11/7 40/5 40/13 40/19 106/24 107/2
**shows [2]** 56/16 56/25
**shut [3]** 40/18 51/16 63/21
**shuttle [2]** 20/1 20/5
**shuttling [1]** 20/21
**SHUTTS [1]** 1/20
**side [1]** 48/19
**sidebar [9]** 54/23 60/24 61/5 61/11 61/19 67/7 95/7 106/9 129/1
**sidebars [1]** 129/7
**sign [1]** 53/14
**signature [2]** 57/19 58/19
**signed [7]** 13/6 13/9 29/14 39/23 45/17 55/2 55/23
**signs [2]** 75/25 76/18
**similar [3]** 68/5 68/14 90/3
**simple [1]** 45/23
**simply [2]** 22/8 26/7
**since [9]** 22/17 22/17 25/8 45/10 52/6 52/6 52/7 61/2 62/15
**single [2]** 121/17 125/4
**singled [1]** 41/19
**sir [62]** 4/18 7/23 8/25 9/11 9/21 11/20 11/21 12/13 12/24

15/21 16/2 16/20 16/22 17/5 18/11 18/18 20/3 21/2 21/22 22/10 23/8 23/23 24/16 28/14 29/15 29/18 29/23 30/17 31/10 31/11 32/2 32/7 32/15 32/22 35/6 35/10 35/17 36/6 36/16 38/14 38/22 41/19 42/3 43/9 44/14 44/24 45/21 46/3 46/9 46/13 49/21 50/8 50/13 51/10 51/16 63/15 64/5 64/12 64/25 65/5 70/10 96/23
**sit [1]** 47/9
**site [4]** 10/12 11/7 79/13 80/6
**sites [1]** 76/10
**six [2]** 43/8 66/5
**size [2]** 86/5 86/5
**skip [1]** 38/10
**slightly [1]** 21/20
**slope [1]** 33/15
**Slow [1]** 69/13
**small [1]** 122/9
**SMITH [2]** 1/8 129/23
**so [147]**
**Soccer [2]** 60/21 61/18
**sold [1]** 86/6
**some [29]** 7/8 14/13 22/18 26/23 27/19 28/24 29/12 33/8 42/23 59/7 68/22 80/21 82/23 83/5 83/9 87/1 94/20 98/3 99/20 100/13 101/2 107/6 111/16 112/5 114/7 121/12 123/6 124/12 129/10
**somebody [5]** 42/22 94/19 105/25 106/25 116/9
**somehow [2]** 81/8 98/18
**someone [2]** 50/25 111/24
**something [7]** 5/22 68/14 79/21 79/22 92/21 114/10 116/10
**sometimes [1]** 127/8
**soon [1]** 23/16
**sorry [12]** 12/10 38/15 39/19 41/7 42/17 59/5 93/23 102/17 110/1 113/25 117/2 124/21
**south [2]** 2/3 127/1

**SOUTHERN [1]** 1/1
**space [5]** 5/18 36/10 121/22 125/1 125/2
**Spanish [3]** 100/24 122/9 127/3
**speak [8]** 12/8 48/12 53/16 80/10 80/14 91/19 91/21 94/8
**speaking [2]** 107/11 109/20
**special [3]** 11/15 75/12 118/25
**specific [3]** 32/24 33/1 95/22
**specifically [4]** 11/6 94/3 95/21 96/15
**speculation [17]** 5/12 6/5 6/10 32/8 35/11 54/2 60/1 60/8 61/7 81/13 86/20 106/3 116/17 117/17 120/6 126/5 126/17
**speech [1]** 81/21
**speeding [1]** 52/20
**spell [1]** 70/23
**spoiled [1]** 93/13
**spoke [7]** 75/17 78/2 81/12 105/14 110/21 112/10 112/12
**spoken [1]** 112/13
**spot [2]** 93/6 125/7
**St [1]** 18/10
**staff [7]** 73/11 73/20 112/8 115/22 118/21 122/6 123/4
**stalls [3]** 32/22 33/6 33/10
**stamp [1]** 125/24
**stand [2]** 4/16 37/17
**standards [5]** 25/4 31/22 32/5 33/9 33/14
**standing [1]** 82/12
**start [6]** 46/22 65/16 65/23 72/12 73/19 87/6
**started [8]** 21/7 22/23 31/9 43/19 47/12 73/16 87/4 101/8
**starting [5]** 4/7 6/22 31/8 31/10 50/25
**starts [1]** 60/24
**state [5]** 4/7 34/25 70/22 71/16 104/9
**stated [4]** 56/14 63/19 64/10 100/7
**statement [1]** 22/10
**STATES [4]** 1/1 1/9 4/6 42/6
**statute [1]** 11/1
**stay [1]** 108/19
**steals [1]** 45/12

**S**

**steel [1]** 110/5
**step [2]** 55/16 65/5
**Steven [4]** 65/10
70/18 70/24 71/3
**stick [1]** 81/23
**sticky [1]** 113/19
**still [9]** 19/13 47/9
75/2 75/3 79/16 79/24
80/1 89/24 121/7
**stink [1]** 82/22
**stipulate [1]** 129/10
**stop [2]** 127/17
128/14
**stopped [1]** 101/8
**storage [7]** 89/24
90/1 90/13 90/17
92/20 104/17 105/2
**street [40]** 1/16 1/19
5/8 5/11 5/18 5/18
13/18 14/9 14/11
14/18 14/21 15/20
15/20 16/1 16/12
16/20 17/5 18/13
18/17 22/3 22/4 23/6
23/7 25/17 30/11
30/21 30/25 47/2
48/18 48/19 49/6 49/8
89/1 89/2 99/10 115/8
121/3 121/3 126/25
127/1
**streets [6]** 14/11
48/19 48/21 50/17
75/3 75/3
**Stricken [1]** 51/5
**stricter [1]** 39/11
**strike [9]** 5/24 8/9
20/11 21/5 22/7 23/1
26/6 50/2 51/4
**strip [2]** 126/25
127/1
**stripes [5]** 17/14
21/11 22/24 24/21
31/8
**structures [1]** 110/5
**Suarez [8]** 1/12 4/9
81/9 93/23 102/17
113/25 115/7 117/2
**subject [8]** 38/21
39/1 88/24 91/17
91/18 118/22 128/9
128/13
**submit [1]** 121/24
**submitted [2]** 31/3
33/23
**Subsection [1]**
38/25
**substantial [1]**
81/25
**such [4]** 10/5 37/2
67/24 87/18

**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**summary [2]** 42/13
89/4
**superseded [2]**
125/9 128/6
**support [1]** 74/15
**supporters [1]** 81/21
**supposed [7]** 23/22
46/6 55/9 64/22 64/23
64/24 82/10
**supposedly [1]** 26/5
**surcharge [6]** 34/15
36/4 36/9 42/1 42/3
44/14
**sure [14]** 9/8 33/5
34/10 37/14 37/21
38/17 39/16 43/24
48/10 54/24 65/23
120/11 123/3 129/4
**surprise [1]** 57/6
**surprises [1]** 43/16
**surrounding [1]**
80/21
**sustain [5]** 24/8
97/25 98/5 98/7
116/19
**sustained [34]** 6/1
6/6 6/24 17/23 19/9
20/13 26/16 35/12
43/5 47/15 47/21
49/15 59/3 60/2 61/9
65/3 81/14 86/21
90/15 94/21 98/22
102/9 104/8 104/11
106/4 111/5 113/10
116/11 117/18 118/6
119/7 121/10 126/6
127/15
**sustaining [2]** 98/24
101/14
**SW [26]** 13/18 14/6
14/9 14/11 14/18
15/24 16/12 16/19
17/4 18/13 18/17 22/3
22/4 23/6 23/7 30/11
30/16 30/21 30/25
30/25 47/2 48/19 49/6
89/1 89/2 121/3
**sworn [1]** 70/20

**T**

**take [21]** 4/16 25/16
25/23 25/24 26/17
28/21 34/13 37/9
39/13 41/14 41/21
41/21 48/8 65/14
72/24 76/20 76/22
87/11 94/14 94/23
105/15
**taken [3]** 25/13 53/1
66/21

**taking [2]** 20/2
122/14
**talk [7]** 8/12 9/7
46/15 53/16 75/20
117/9 119/18
**talked [3]** 16/9
34/14 39/14
**talking [10]** 7/7 9/7
10/25 23/5 68/9 95/18
101/3 108/23 110/22
123/18
**talks [5]** 11/15 11/16
32/21 38/24 44/7
**Tallahassee [1]** 71/9
**Tanya [1]** 73/4
**Taquerias [1]** 89/3
**target [1]** 42/9
**tax [8]** 34/15 34/24
36/19 38/12 39/4 39/7
44/23 64/22
**taxes [1]** 46/2
**taxpayer [1]** 123/5
**tell [9]** 8/2 27/17
71/7 72/20 74/20
81/19 84/9 104/13
112/12
**telling [3]** 20/7
110/23 116/9
**temporary [2]** 95/1
95/11
**ten [4]** 37/9 43/18
84/21 85/13
**tenants [2]** 90/19
90/21
**tent [6]** 75/25 76/18
104/19 104/19 104/25
108/15
**tents [2]** 108/11
108/15
**terminated [5]** 68/3
68/16 69/18 69/23
70/5
**termination [3]**
68/18 68/23 69/11
**terms [2]** 96/14
96/18
**terrified [1]** 68/13
**terrorized [1]** 68/11
**testified [16]** 7/2 7/6
7/10 7/14 14/8 17/3
19/21 19/23 25/24
40/16 48/22 48/25
56/24 69/3 111/3
119/6
**testifying [7]** 23/14
24/6 31/13 34/16
56/12 65/2 107/11
**testimony [37]** 6/20
7/6 7/17 16/8 17/5
17/22 20/3 20/18
20/25 22/15 22/18
22/19 24/3 24/4 34/14

34/18 40/3 40/4 41/6
41/18 42/25 43/4
43/21 43/22 43/25
44/2 45/21 46/16
49/19 50/6 51/10 55/7
65/11 66/2 107/4
116/17 128/16
**text [5]** 79/3 79/6
79/17 79/23 108/21
**texted [2]** 80/16
80/17
**than [4]** 5/20 12/7
43/18 85/16
**thank [24]** 5/1 7/5
9/15 12/14 13/13
35/22 36/2 37/9 37/13
37/20 37/21 38/3 38/6
51/19 51/23 57/25
59/19 66/18 70/8
70/11 70/14 80/18
82/19 128/22
**that [478]**
**that's [57]** 11/1
12/11 15/13 15/13
15/13 15/17 18/22
22/5 22/18 24/23 25/1
25/15 26/24 31/10
33/17 33/23 35/6 35/8
35/8 37/19 39/15
41/17 42/7 42/22 46/6
46/7 46/11 46/14
50/19 55/13 56/9
56/15 56/21 62/20
64/16 64/16 64/18
65/2 67/15 69/17 85/3
89/20 95/15 96/10
96/25 97/6 97/7 99/25
100/12 100/12 103/16
107/6 107/24 114/14
114/20 114/25 120/23
**Theater [2]** 122/25
125/23
**their [17]** 50/10 55/5
55/12 55/15 55/17
56/11 63/11 63/24
64/2 66/1 67/22 68/12
69/19 74/15 78/16
119/18 125/24
**them [31]** 13/19
15/3 17/11 19/15
25/17 25/25 25/25
28/24 47/9 55/11
63/18 74/3 74/4 74/5
74/12 75/16 75/17
75/17 75/18 82/2 87/9
93/3 93/3 94/10 95/22
97/13 98/6 100/12
110/6 116/4 117/15
**themselves [1]**
59/12
**then [45]** 13/21
14/23 15/4 15/17 16/8

23/6 24/10 25/16
25/17 25/23 27/19
28/19 33/13 37/2
42/13 42/23 43/23
45/10 45/12 45/15
48/15 59/7 64/6 71/11
72/14 74/1 74/11
74/25 78/5 81/9 82/23
86/4 91/23 99/25
103/4 105/9 108/23
110/2 110/21 112/8
112/10 115/2 115/9
115/10 124/1
**theory [1]** 43/1
**there [85]** 5/19 9/18
10/18 15/4 15/13
16/24 16/25 17/10
21/4 21/11 22/12
23/16 24/21 26/19
27/17 28/4 34/1 34/15
37/17 38/13 45/8
53/13 53/13 61/24
62/8 64/1 73/13 73/18
75/5 75/24 75/25 76/4
76/16 76/17 76/18
78/5 78/12 79/12
79/21 80/24 81/9
81/22 82/10 82/19
82/20 82/21 83/5 87/6
89/11 92/11 92/15
99/19 100/7 102/2
103/13 104/3 104/16
104/22 105/10 108/9
108/14 111/12 111/17
111/17 111/24 112/2
112/8 112/9 112/10
112/18 114/9 114/15
114/21 118/9 122/14
123/2 123/3 123/17
125/6 125/24 125/25
126/23 127/3 127/7
129/12
**there's [21]** 19/1
29/12 34/10 42/5 45/5
48/13 56/20 63/22
67/6 82/7 82/7 82/8
83/25 84/4 94/11
103/17 103/17 123/13
126/24 129/5 129/10
**Thereupon [7]** 4/20
37/12 38/2 66/20
70/13 128/24 129/17
**these [28]** 9/4 9/8
9/9 10/8 22/20 22/20
22/21 22/21 28/18
32/17 43/11 43/14
45/2 45/20 49/25
63/21 64/18 78/14
79/23 84/6 86/8 87/3
100/21 103/6 112/17
115/14 116/1 122/10
**they [107]** 12/7

**T**

**they... [106]** 12/11
17/3 17/8 18/25 19/12
22/23 25/11 28/4 31/8
43/18 44/9 44/19
44/21 45/13 46/11
48/23 49/13 50/22
55/9 55/10 55/13
55/14 55/16 55/18
55/19 56/11 56/12
59/11 63/10 63/24
64/16 64/16 67/13
67/13 67/22 68/12
69/10 69/21 69/23
70/4 70/5 70/6 74/5
74/13 76/7 76/8 78/15
78/16 78/18 79/13
79/14 80/6 80/15
86/12 87/14 89/8
89/16 89/20 89/22
90/19 90/21 91/23
92/24 93/12 93/18
94/7 94/7 94/10 95/23
98/9 99/22 103/17
104/1 104/3 104/16
104/16 104/17 104/18
104/18 104/19 105/2
105/5 105/6 106/12
107/5 109/19 111/18
114/5 114/18 115/3
117/20 117/24 120/23
122/9 122/11 122/15
123/2 123/23 125/18
125/23 127/4 127/6
127/8 127/9 127/9
127/24
**they'll [4]** 68/1 94/12
112/21 113/18
**they're [7]** 41/12
67/16 67/25 80/6
94/12 105/9 117/25
**They've [1]** 20/9
**thing [4]** 29/20
29/20 76/17 129/7
**things [15]** 22/20
22/20 22/21 22/21
32/14 39/3 45/2 45/5
53/6 64/18 115/3
127/2 127/4 127/6
127/6
**think [20]** 7/14 14/8
34/18 37/17 48/9
50/18 55/13 66/6
67/15 67/19 69/17
69/22 69/24 82/13
89/15 102/23 104/3
114/5 128/13 129/8
**third [2]** 93/4 121/6
**this [205]**
**Thomas [2]** 2/2
71/10

**those [24]** 17/15
18/20 28/16 28/22
39/3 40/5 40/19 47/4
47/18 67/21 75/12
82/25 87/1 87/12
97/18 98/16 100/19
100/20 103/9 107/14
117/23 122/15 123/6
123/24
**though [2]** 20/16
23/25
**thought [4]** 72/7
73/8 104/13 128/12
**thousand [1]** 45/8
**thousands [1]** 73/3
**threatening [1]** 51/8
**three [8]** 17/12
17/17 21/3 25/5 43/7
108/21 110/4 113/2
**through [20]** 7/11
12/20 20/21 23/10
23/25 24/6 25/25
28/16 28/18 33/25
34/7 42/6 73/16 74/24
79/23 86/2 95/20
95/21 106/2 107/6
**throughout [1]**
73/23
**throughs [1]** 89/7
**THURSDAY [3]** 4/1
59/12 66/23
**Thursdays [2]** 45/11
59/14
**Thus [1]** 97/20
**tickets [1]** 41/15
**time [36]** 19/12
29/11 54/16 55/17
55/19 56/18 72/6 73/5
73/21 74/8 74/18
74/19 77/10 78/14
78/18 84/11 85/17
92/17 107/8 107/19
108/24 109/21 109/23
111/25 112/8 112/23
114/6 115/7 118/1
119/9 119/15 121/12
125/20 125/23 127/21
129/11
**timeframe [5]** 7/7
85/22 102/7 127/14
127/21
**times [9]** 41/16 42/6
54/7 86/25 87/1 92/25
115/17 115/18 122/13
**timing [1]** 121/9
**titled [1]** 33/5
**today [15]** 24/3 47/9
49/4 49/19 50/16 55/4
55/8 58/10 65/19
66/17 71/13 89/24
127/13 128/14 128/18
**together [3]** 73/20

74/12 80/18
**told [21]** 17/8 21/3
57/7 66/16 67/13 72/6
74/4 74/21 76/22
78/16 79/20 80/19
81/21 103/14 104/15
105/9 105/12 108/19
112/14 114/10 128/18
**tomorrow [5]** 51/1
65/21 66/18 128/16
128/22
**ton [1]** 75/25
**too [6]** 20/2 42/18
42/19 42/24 62/16
79/24
**took [11]** 53/2 76/18
81/20 94/10 94/20
99/22 114/17 121/17
121/19 125/24 128/7
**top [6]** 14/15 18/16
21/24 60/12 83/15
92/11
**tops [1]** 66/17
**towards [1]** 22/24
**Tower [3]** 74/21
122/25 125/23
**town [2]** 81/22 94/11
**trailer [1]** 114/16
**transcription [1]**
129/21
**transporting [1]**
105/5
**trend [1]** 92/14
**trial [3]** 1/8 55/19
107/12
**tried [1]** 80/13
**truck [1]** 75/25
**true [4]** 16/2 31/10
47/12 47/17
**try [6]** 6/21 27/19
116/13 116/22 117/5
129/6
**trying [9]** 20/4 23/11
23/16 24/12 26/2
26/21 29/20 111/17
111/23
**TUP [3]** 95/12 96/11
96/15
**TUP's [1]** 97/3
**TUPs [1]** 97/19
**turn [14]** 10/2 11/3
11/14 13/4 13/13
13/24 14/24 15/1
15/14 15/23 23/7
29/13 29/17 30/5
**turned [2]** 101/9
101/10
**twice [1]** 115/18
**two [18]** 5/19 41/10
41/14 43/7 44/10
44/13 48/14 49/8
65/12 67/10 68/7 76/7

103/19 115/1 115/18
117/25 122/11 125/6
**type [3]** 87/24 89/24
114/7
**types [1]** 82/7
**typically [1]** 103/18

**U**

**ultimately [2]** 50/6
110/25
**unbearable [1]**
129/8
**unbelievable [1]**
64/18
**under [7]** 9/23 10/3
13/15 14/1 14/4 38/14
44/23
**undercover [2]** 21/8
53/2
**undergoing [1]**
41/12
**underreported [4]**
63/3 63/10 64/11
64/23
**underreporting [1]**
44/12
**understand [20]** 6/4
9/23 10/6 11/10 11/22
13/6 15/9 34/5 38/12
38/20 38/22 39/6
39/18 40/15 42/25
43/21 50/6 63/25
98/21 98/25
**understanding [1]**
8/18
**understood [5]** 11/3
13/20 42/25 62/14
129/14
**unfair [5]** 7/18 34/24
43/25 50/8 55/13
**unfortunately [2]**
99/22 124/22
**uniforms [1]** 41/10
**union [3]** 71/18 77/8
77/9
**UNITED [4]** 1/1 1/9
4/6 42/6
**University [1]** 71/11
**unquote [2]** 48/23
122/8
**unresponsive [4]**
21/5 22/8 23/1 26/7
**until [6]** 12/5 19/19
22/12 23/24 52/6
125/23
**up [54]** 12/4 17/15
17/20 18/6 18/16
19/14 19/15 22/12
22/13 22/15 23/24
25/13 25/18 26/18
31/17 35/13 40/22
50/23 52/6 53/6 54/6

56/10 56/11 59/21
61/21 62/16 66/17
68/20 70/6 70/6 72/23
74/23 77/20 77/25
78/1 78/20 80/19
89/15 92/1 93/7 95/16
99/21 104/19 105/7
105/8 108/20 109/21
110/13 110/24 118/7
122/4 125/19 128/9
128/12
**upon [1]** 37/4
**us [11]** 34/25 53/3
71/7 77/8 83/14 84/12
112/10 112/14 113/19
115/10 118/25
**usage [1]** 10/17
**use [11]** 13/15 22/22
49/13 64/7 67/13
67/22 95/1 95/11 96/7
124/25 125/1
**used [5]** 52/11 99/16
100/6 100/12 122/15
**uses [1]** 49/3
**using [5]** 20/15
21/10 90/12 104/19
121/13
**usually [1]** 125/18
**utilizes [1]** 42/9
**utilizing [1]** 123/3

**V**

**vagueness [1]**
102/15
**valet [82]** 5/7 5/11
7/3 7/11 7/12 7/15
7/21 7/25 8/3 8/5
8/13 8/16 8/21 9/2
9/8 9/19 9/24 10/4
10/20 11/16 11/18
12/20 12/23 12/25
12/25 13/6 13/10
13/14 14/15 14/15
15/17 16/19 19/11
19/13 22/16 25/15
25/16 26/3 26/11
27/16 28/23 29/8
34/23 34/25 35/25
36/15 36/18 36/23
40/7 41/19 43/11 44/8
46/15 46/19 46/19
46/22 46/25 47/1
47/10 47/13 47/18
49/13 52/4 52/8 52/11
61/22 61/24 62/4 63/2
99/16 100/4 100/6
101/7 102/6 102/13
102/21 102/22 102/23
103/1 103/8 103/9
111/14
**valid [1]** 68/13
**validation [1]** 36/15

**V**

**various [1]** 110/19
**vehicle [3]** 36/12
112/2 115/8
**vehicles [3]** 49/4
52/17 52/20
**vendor [1]** 104/18
**vendors [7]** 103/17
104/21 120/25 123/17
123/20 126/23 127/7
**verified [5]** 20/9
20/10 33/24 34/1 34/2
**version [3]** 62/20
62/21 68/22
**versus [1]** 4/6
**very [14]** 9/6 12/14
14/11 16/5 18/10
18/16 21/21 21/24
30/15 50/15 51/19
55/15 55/20 68/5
**Vicky [3]** 108/21
108/22 109/18
**Victor [1]** 109/14
**Victoria [9]** 39/23
40/2 40/7 64/3 64/4
92/12 109/11 110/22
118/20
**video [27]** 26/18
27/1 27/10 27/11
27/13 27/15 52/22
52/25 53/1 100/23
100/24 101/2 101/5
101/8 106/17 106/19
106/20 106/22 106/24
107/2 107/5 107/7
107/15 107/21 108/5
108/7 108/12
**Viernes [14]** 120/20
121/7 121/13 122/3
122/19 123/9 123/14
123/17 123/18 125/1
125/11 126/2 126/15
127/12
**Vince [1]** 81/9
**Vincent [3]** 114/12
114/17 114/18
**violating [1]** 5/17
**violation [1]** 64/11
**violations [4]** 74/22
75/5 75/7 117/8
**visit [1]** 99/16
**volume [1]** 45/3
**vote [6]** 76/1 78/7
80/4 80/6 82/9 82/21
**voter [6]** 75/9 75/12
82/3 82/7 83/2 84/10
**voters [2]** 80/2 80/3
**votes [1]** 82/20
**voting [2]** 75/18
76/10

**W**

**wait [1]** 73/18
**waited [2]** 112/19
112/20
**waiting [1]** 69/4
**waiver [1]** 118/25
**walk [8]** 87/6 89/7
114/24 115/1 115/15
116/1 126/23 126/25
**walk-along [1]**
114/24
**walk-alongs [2]**
115/15 116/1
**walk-throughs [1]**
89/7
**walked [1]** 105/16
**walking [2]** 86/23
87/8
**walks [1]** 87/3
**want [20]** 11/4 11/5
37/8 38/10 47/17
49/20 49/20 49/22
53/3 54/6 57/13 74/15
76/23 85/5 96/22 97/9
98/5 99/3 116/13
128/10
**wanted [14]** 73/9
74/21 80/5 86/15 89/8
91/22 103/25 104/15
107/17 116/5 116/22
117/5 117/7 122/6
**wanting [1]** 43/24
**wants [3]** 98/3
106/13 119/2
**warrants [2]** 118/23
119/1
**was [265]**
**wasn't [5]** 16/20
16/25 20/16 54/21
56/8
**watch [2]** 27/11
128/20
**water [1]** 26/23
**way [20]** 6/8 9/20
22/4 32/14 46/4 51/20
55/16 57/15 62/1
63/22 64/14 64/19
91/12 108/20 108/21
119/4 119/21 122/7
126/24 126/24
**we [149]**
**we'll [14]** 10/18 16/8
17/16 27/19 37/9
48/15 65/14 65/15
65/23 66/6 66/15
72/24 87/5 87/6
**we're [12]** 4/17 4/24
6/21 9/6 10/25 29/13
45/21 51/9 55/7 65/13
66/10 128/16
**we've [2]** 95/10

106/23
**wearing [1]** 108/7
**Wednesday [1]** 66/4
**week [1]** 66/3
**weekend [1]** 75/20
**weekly [1]** 36/14
**weeks [1]** 56/8
**welcome [2]** 37/22
58/1
**well [51]** 10/25
12/15 16/5 17/3 17/16
23/22 29/12 34/22
35/10 35/18 40/16
46/6 51/19 57/19 64/9
69/21 72/22 73/8
73/16 74/11 78/1 81/5
81/20 81/25 82/7 83/5
86/15 86/19 87/4 89/6
89/10 89/15 93/8
96/12 99/20 102/14
104/22 105/8 113/18
116/25 118/4 119/22
119/23 122/2 122/14
123/12 124/5 124/23
126/23 127/9 127/21
**went [20]** 21/8
23/25 41/14 53/2 53/5
71/8 71/9 71/11 72/23
83/5 83/6 92/24 95/16
99/25 100/8 111/14
112/8 112/9 114/25
123/7
**were [103]** 7/7 7/11
7/14 8/7 10/17 15/10
15/23 16/22 17/10
17/18 18/13 20/15
20/21 21/11 22/21
22/21 25/10 28/4
28/23 31/4 31/5 33/5
34/15 40/5 40/13
40/19 41/19 43/22
44/23 46/13 46/19
48/17 48/23 48/25
49/1 51/13 52/7 52/17
58/9 63/14 64/21
64/22 64/23 64/24
68/13 69/6 69/11 72/3
74/7 76/7 76/8 77/10
78/14 78/15 78/16
78/18 80/2 81/10
82/11 82/19 87/1 89/4
89/8 90/12 90/19
90/21 90/22 93/12
95/13 95/13 100/18
100/21 101/2 101/20
102/5 102/21 103/9
104/1 104/3 104/16
104/16 104/17 104/19
104/21 105/2 105/5
105/6 105/10 108/7
108/9 108/11 111/18
113/22 114/4 114/5

114/21 115/19 115/21
120/12 122/10 123/6
125/18 125/23
**weren't [2]** 46/1
55/24
**westbound [1]** 87/7
**wharf [1]** 90/4
**what [132]**
**what's [19]** 19/12
58/4 60/7 83/23 85/1
87/9 87/11 89/22
91/17 93/19 95/9
97/12 104/6 105/23
106/16 106/22 116/8
124/4 124/15
**whatever [4]** 11/10
57/13 64/15 68/23
**whatsoever [3]**
69/17 85/4 102/2
**when [43]** 7/24 9/6
15/16 20/5 20/9 20/15
21/7 22/13 22/23
25/10 34/1 39/24
39/25 53/25 56/7 58/9
63/21 63/24 68/17
72/1 72/12 73/16
76/16 76/17 80/19
81/21 86/19 88/2
89/11 89/15 99/23
99/25 101/8 102/12
102/20 105/7 110/11
111/20 111/23 112/12
114/15 114/25 121/19
**where [36]** 9/7
10/12 10/20 11/11
13/20 14/15 15/1
15/10 15/23 15/25
18/13 24/1 24/12 28/3
30/24 31/16 33/22
36/22 37/24 38/7
52/17 60/20 61/1 63/1
64/21 71/13 76/9 79/7
82/9 84/4 89/22 90/17
99/9 105/16 121/1
125/21
**whether [6]** 45/23
57/13 63/8 67/22
69/18 69/22
**which [34]** 10/25
14/21 21/14 25/13
26/4 30/15 30/16
36/13 38/11 44/13
46/2 50/23 51/13
71/10 71/14 71/22
75/9 83/4 85/13 88/12
90/6 91/22 95/15
97/19 100/18 104/16
105/19 106/25 122/5
122/10 122/24 123/18
125/23 128/13
**while [9]** 24/17
75/12 82/11 84/20

87/8 90/22 98/7
102/21 120/12
**who [31]** 6/3 39/15
45/12 49/13 56/5
60/10 64/5 65/23 68/9
73/1 74/7 76/2 77/4
84/19 92/11 97/5
101/5 103/3 105/12
105/12 106/6 107/4
107/6 107/11 109/10
109/12 110/8 110/20
112/7 115/21 116/3
**who's [5]** 65/8 65/18
65/21 77/6 106/25
**whom [2]** 68/10 97/9
**why [34]** 12/11 20/8
20/8 25/5 25/9 46/11
50/19 56/9 64/18
67/17 68/20 69/23
73/6 76/20 76/23
81/11 81/23 86/18
89/4 91/21 94/17
94/19 99/19 100/8
103/13 103/22 104/3
105/20 105/24 114/9
116/5 121/16 121/24
128/2
**width [4]** 32/22 33/6
33/11 33/15
**wife [4]** 99/20 99/22
101/6 101/9
**will [22]** 9/6 12/16
13/21 27/1 30/14
35/22 51/1 57/21
66/11 66/16 66/17
87/4 90/9 98/23
104/20 113/18 115/2
116/19 128/18 128/22
128/25 129/10
**WILLIAM [1]** 1/4
**willing [1]** 94/12
**win [1]** 80/5
**within [9]** 82/1
82/25 97/1 97/18 98/2
102/1 102/13 110/4
121/20
**without [8]** 9/20
16/22 27/4 41/10 53/5
84/13 88/15 112/4
**witness [44]** 4/16
8/20 26/23 29/22
31/18 33/3 37/24
37/25 48/9 48/11 51/8
54/17 55/14 55/15
55/15 56/6 58/6 60/24
65/2 65/8 65/18 68/21
70/16 70/20 78/21
82/14 83/13 84/24
85/5 88/11 91/4 92/2
95/5 98/10 98/12
106/12 107/1 107/6
107/20 109/1 111/3

**W**

**witness... [3]** 118/8
128/12 129/4
**WITNESSES [1]** 3/1
**women [5]** 68/9 69/5
69/6 122/8 122/10
**won [1]** 80/15
**words [3]** 44/19
50/18 63/13
**work [18]** 45/10
47/23 55/9 59/14
71/13 71/14 72/8
72/10 72/18 75/1 77/7
80/18 84/11 100/9
116/13 116/23 117/6
117/7
**worked [6]** 67/19
68/10 72/13 73/1 81/5
105/12
**workers [2]** 123/4
123/5
**working [7]** 5/7
41/14 43/17 72/12
77/10 118/1 120/2
**works [5]** 25/15
59/24 60/4 77/15
123/4
**would [54]** 7/20 8/5
11/25 17/1 21/10 23/5
23/6 24/22 25/10
25/12 25/16 25/17
25/23 25/23 26/11
30/19 32/23 42/18
42/19 51/13 51/15
54/17 54/20 59/15
68/20 72/23 73/18
77/17 81/1 85/17 87/3
87/8 87/12 87/14
88/18 96/9 97/17 98/1
98/9 101/11 103/19
107/7 111/20 111/22
113/6 115/23 117/15
120/13 125/1 125/21
127/4 127/4 127/9
128/14
**wouldn't [3]** 16/25
31/15 127/2
**Wow [1]** 65/13
**wrap [1]** 128/18
**wrapping [1]** 128/12
**wraps [1]** 128/9
**written [1]** 56/24
**wrong [3]** 87/9
87/10 114/21
**wrote [1]** 44/9
**Wysong [1]** 109/14

**X**

**Xavier [1]** 81/9

**Y**

**yeah [4]** 15/22 62/13
105/8 108/3
**year [3]** 46/22 125/5
128/7
**yearly [1]** 36/14
**years [11]** 7/3 14/9
17/12 17/17 21/3 25/5
43/17 43/18 44/10
44/13 45/3
**Yep [1]** 33/14
**yes [258]**
**yesterday [12]** 20/3
40/3 40/4 40/7 40/13
40/16 40/20 41/6
41/18 55/8 100/18
100/20
**yet [3]** 24/2 50/12
75/2
**you [582]**
**you see [1]** 15/21
**you were [24]** 7/11
7/14 15/10 16/22
17/18 18/13 20/15
20/21 31/4 33/5 43/22
48/17 48/25 51/13
52/7 52/17 58/9 64/21
64/22 64/23 64/24
72/3 77/10 101/2
**you'll [2]** 16/15
87/10
**you're [37]** 7/24
8/12 10/12 10/20
10/21 13/17 13/25
14/4 14/11 15/11
15/12 19/12 20/4 22/5
22/6 23/10 23/22 24/3
25/2 33/2 37/22 46/6
49/19 51/6 51/6 51/21
57/4 58/1 63/21 63/25
68/1 68/2 82/10 84/6
96/21 112/23 123/15
**you've [8]** 6/20 7/2
14/8 15/24 24/21
39/14 62/8 64/10
**your [171]**
**yours [1]** 64/25
**yourself [1]** 84/9
**yourselves [1]** 66/14

**Z**

**Zach [1]** 89/13
**zoned [1]** 11/19
**zones [3]** 10/5 10/5
10/6
**zoning [4]** 77/15
77/16 86/6 118/22