```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                       (FORT LAUDERDALE)
                      CASE NO.  18-CV-24190
 3


 4   WILLIAM FULLER and
     MARTIN PINILLA, II,
 5          Plaintiffs,                  Fort Lauderdale, Florida
     vs.                                 April 24, 2023
 6
     JOE CAROLLO,
 7          Defendant.
     ------------------------------------------------------
 8                        Trial Day 7
                  BEFORE THE HONORABLE RODNEY SMITH
 9                  UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                          Jeffrey W. Gutchess, Esq.,
                            Courtney Anne Caprio, Esq.,
12                          Joanna Niworowski, Esq.
                            Amanda Suarez, Esq.
13                          2121 NW 2nd Avenue, Suite 201
                            Miami, Florida  33127
14

15   FOR THE DEFENDANT:   KRINZMAN, HUSS,
                          LUBETSKY, FELDMAN & HOTTE, by:
16                          Mason A. Pertnoy, Esq.,
                            169 E. Flagler Street, Suite 500
17                          Miami, Florida  33131

18                        KUEHNE DAVIS LAW, by:
                            Benedict P. Kuehne, Esq.
19                          100 S.E. 2nd Street, Suite 3105
                            Miami, Florida  33131
20
                          SHUTTS & BOWEN, by:
21                          Marc D. Sarnoff, Esq.
                            200 S. Biscayne Blvd., Suite 4100
22                          Miami, Florida  33131

23


24


25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                          Thomas E. Scott, Esq.
 3                        Amber C. Dawson, Esq.
                          9150 South Dadeland Blvd., Suite 1400
 4                        Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2      PLAINTIFFS' WITNESSES:

 3                                  DIRECT   CROSS  REDIRECT  RECROSS

 4      ROSA ROMERO                    45     81     148      160
        ORLANDO DIEZ                  165
 5

 6      PLAINTIFFS' EXHIBITS             RECEIVED
        443                              49
 7      197                              80
        5                                82
 8      461                             150

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          **<u>MONDAY MORNING SESSION, APRIL 24, 2023</u>**

2                  <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                          - - -

4          (Call to the Order of the Court.)

5          THE COURTROOM DEPUTY:  Calling case number 18-24190,

6    United States of America versus Joe Carollo.  Counsel, please

7    state your name for the record starting with the plaintiff.

8          MS. GOMEZ:  Good morning, Your Honor.  Rossana

9    Arteaga Gomez, Courtney Caprio, Jeff Gutchess and Amanda Suarez

10   on behalf of plaintiffs, Martin Pinilla and Bill Fuller.

11         THE COURT:  Good morning.

12         MR. PERTNOY:  Good morning, Your Honor.  Mason

13   Pertnoy, Leah Gardner, Ben Kuehne, Amber Dawson, Marc Sarnoff

14   on behalf of Commissioner Joe Carollo.

15         Also, Your Honor, with respect to the reading of the

16   caption every morning, I would request respectfully that we get

17   the caption right.  It's not the United States versus Joe

18   Carollo.

19         THE COURT:  Correct.  We'll make a note of that.

20   This is the plaintiff's name as well.  It's not the United

21   States.  It will be Fuller versus Carollo.

22         THE COURTROOM DEPUTY:  Okay.

23         MR. PERTNOY:  Thank you, Your Honor.

24         THE COURTROOM DEPUTY:  Thank you.

25         THE COURT:  Our courtroom deputy is new this week.

```
 1              MR. PERTNOY:  No worries.  I just wanted to correct

 2    it so that the record reflects correctly what the caption was.

 3              THE COURT:  Sure.  Absolutely.  Thank you.  Anything

 4    else?

 5              MS. CAPRIO:  Yes.  We have one matter that we'd like

 6    to bring to the Court's attention.

 7              THE COURT:  Sure.

 8              MS. CAPRIO:  Yesterday we received a list of 17 new

 9    witnesses that the defense would like to call as rebuttal

10    witnesses and we are -- we have a motion and a bench brief to

11    strike those belatedly disclosed witnesses.

12              Number one, it's too late.  Those witnesses should

13    have been disclosed pursuant to Your Honor's order at DE 342

14    and our joint pretrial witness list and they were not.

15              THE COURT:  I can address that later.  Anything else?

16              MR. PERTNOY:  I didn't hear you.

17              THE COURT:  I can address -- I can address that

18    later.  That's not necessary at this point, okay?

19              MR. PERTNOY:  Fair enough, Your Honor.

20              THE COURT:  Anything else?

21              MR. PERTNOY:  I think there is one upcoming exhibit

22    with respect -- with the witnesses that are coming here that I

23    have an objection about.  It's a video concerning the Sanguich

24    grand opening.  We believe that it is an improper under 403.

25    It has no probative value.  It's got pictures of and video
```

1    images of the former Mayor Regulato at the opening and I think

2    it would be used to improperly show that somehow, it's there

3    being -- they're endorsing their restaurant, their container,

4    whatever it is, and I don't think that has any real probative

5    value.  It just has prejudicial value and we don't think it

6    should be shown to the jury.

7          And it's also before Commissioner Carollo even took

8    office so it has nothing to do with the timeframes that we're

9    even here to litigate about.

10         THE COURT:  All right.

11         MS. GOMEZ:  One, it helps to tell the story of the

12   grand opening of the restaurant, and the second aspect of that

13   is that it shows that city officials were aware of the type of

14   business that was going to be operated, and that they were

15   sanctioning it and that the people who are going testify, Rosa

16   Romero and Daniel Figueroa, had every reason to believe that

17   the city was going to work to with them to be able to have

18   their business succeed and have all the permits and licenses.

19   That later out that turned out not to be the case, and that was

20   because of Commissioner Carollo.

21         THE COURT:  When was this video taken?

22         MS. GOMEZ:  Your Honor, it was taken in October of

23   2017.

24         THE COURT:  And the witness is going to testify as to

25   what date they engaged in any type of business transaction with

```
 1   the city?

 2           MS. GOMEZ:  Yes.

 3           THE COURT:  When?

 4           MS. GOMEZ:  Well, Your Honor, it -- it is a grand

 5   opening in October of 2017 and they already had permits at the

 6   time.  But, you know, they had a food license from the DEPR,

 7   they had a temporary -- or they were in the process of getting

 8   a temporary events permit.  They had a TUP, and they had

 9   a letter from the Building Department saying that they were

10   going to, you know, be able to operate.

11           THE COURT:  All right.  Anything else?

12           MR. PERTNOY:  Your Honor, first off, I don't believe

13   we have on the exhibit list, a TUP.  We don't have on the

14   exhibit list this letter that we're referring to and more

15   importantly, if they're going to show Mayor Regulato somehow

16   that endorses the stamp of approval of the city, I think that

17   has no probative value whatsoever and misleads the jury.

18           THE COURT:  What does Mayor Regulato have to do with

19   this video?  Do you have anything other than Mayor Regulato on

20   this video?

21           MS. GOMEZ:  Your Honor, it's the grand opening to

22   their restaurant.  It's a ribbon cutting because but it's

23   relevant because it shows that city officials were willing to

24   work with the people to get the restaurant up and going and, in

25   fact, there is a letter from November 16 --
```

```
 1              THE COURT:  Everyone may be seated, please.  Go
 2  ahead.
 3              MS. GOMEZ:  Your Honor, so we do have a letter from
 4  the Zoning Administrator Devin Cejas explaining the designation
 5  that they're currently in, that a fixed food establishment can
 6  be permitted to operate with a temporary use permit and it's
 7  just the indication from these people that the city is going to
 8  work with them to be able to operate their restaurant.
 9              THE COURT:  Look, as long as there's an understanding
10  you're not going to mention that the mayor or whoever
11  authorized this and agreed, just because Mayor Regulato is
12  there, I don't want any indication that because he may be
13  there, you don't make a reference that it's otherwise.
14              MS. GOMEZ:  No, Your Honor.  I mean, we want to say
15  that Mayor Regulato was there.
16              THE COURT:  No.
17              MS. GOMEZ:  No?
18              THE COURT:  If you do that, I'm going to strike the
19  entire testimony.
20              MS. GOMEZ:  Just show the video, and not mention the
21  officials?
22              THE COURT:  Right.  Let me see the attorneys sidebar
23  briefly, please.
24                          (At the bench.)
25              THE COURT:  All right.  Good morning.  I received a
```

1  note from one of the jurors, number 3.  I'm going to read it on

2  the record.  This states that my name is Katherine Martinez.

3  I'm juror number 3.  I'm writing this statement to share

4  details of an incident that occurred on Thursday, April 20th,

5  2023.

6          After leaving the courthouse, I proceeded to the

7  parking garage.  Waiting for the elevator, a young man that I

8  recognized from attending the trial on the plaintiffs' side

9  arrived in the same area to wait for the elevator.  We made eye

10  contact and proceeded to the elevator.  Once inside the

11  elevator, I pressed the button for floor five, and noticed that

12  the gentleman did not press any floors which made me feel very

13  weary.  I proceeded to ask what floor.  The gentleman responded

14  in a funny manner with laughter, "I'm following you."  I

15  skeptically smiled and then he said I'm going to five also.

16          As we were exiting the elevator, the gentleman made a

17  comment, not quoting, where he indicated that people should be

18  careful because last week or a few days ago, a former chief of

19  police came to testify in a case and when the former chief of

20  police was leaving, he was followed by two PIs.

21          The gentleman also said that this was also on social

22  media.  Then he said that everyone should be careful.  We both

23  walked to our cars.  I found this to be quite interesting as I

24  strongly believe that this gentleman knows I am in the jury,

25  and his comment was as if he didn't know.

1    However, in all fairness, I don't want to make any

2    assumptions that he recognized me.  Signed Katherine Martinez.

3    Any thoughts?

4         MR. KUEHNE:  Judge, could we have a moment to confer

5    on the defense with this?  This could be alarming and we'd like

6    to get a sense of our team and what we think we should respond

7    to Your Honor?

8         THE COURT:  Okay.

9         MR. KUEHNE:  Just to take a minute.

10        THE COURT:  Plaintiff?

11        MR. GUTCHESS:  I have some thoughts but do you want

12   them now?

13        THE COURT:  Let me hear them.  That's why we're here

14   at sidebar.  Go ahead.

15        MR. GUTCHESS:  Your Honor, a number of our witnesses

16   and parties have been having come to be followed --

17        THE COURT:  She can't hear.  Speak into this

18   microphone.

19        MR. GUTCHESS:  I said a number of our witnesses and

20   parties have had issues being followed by private

21   investigators.  It happened to Mr. Pinilla over the weekend.

22   He took photos of the -- I believe of the plate.

23        Matt Malone, the guy who wanted to open a rum

24   distillery had an incident the following day that he did not

25   want us to speak about so I'll respect that for now because

```
1   he's afraid and doesn't want this coming out publicly.  So, you
2   know, that has been a concern on our part, but we've been
3   wanting to just forge ahead, but that's what I know.
4           THE COURT:  Okay.
5           MR. PERTNOY:  That's the first we're hearing of any
6   of that.  We can discuss that and see what our response is to
7   that as well.  That is the very first time we're hearing any of
8   that information.  It's not been brought to our attention one
9   way or the other.
10          We're diligently preparing and working our case.
11  Obviously, we have concerns where a juror has been advised, was
12  followed, or was simultaneously in the same elevator with one
13  of the plaintiffs' colleagues or family members.
14          THE COURT:  Listen, it's not the plaintiffs'
15  colleagues.  She said sitting on the plaintiffs' side of the
16  courtroom.  Let's not make any assumption, sir.  Wait, sitting
17  on the plaintiffs' side in the back.  I don't want to
18  misinterpret or construe that's the plaintiff.  I'm reading
19  what she wrote.
20          For example, had she said it's on the defendant's
21  side, it doesn't mean it's the defendant doing this as well.
22  It's a public courtroom.  As you know, because it's been moved
23  to Miami, a lot more traffic and a lot more attention has been
24  following this case here so she didn't say plaintiff in and of
25  itself.  I don't want you to misconstrue that one way or the
```

```
 1   other.
 2           MR. GUTCHESS:  Your Honor, there's Mr. Zach Bush
 3   who's one of the owners of Ball & Chain and Taquerias who's
 4   been to court every day, told me this morning that he saw one
 5   of the people that is sitting on the defense side talking to a
 6   juror and he wanted to assist to see if she was a juror or not.
 7   He raised that concern today and he's here if the Court would
 8   like to talk to him about what he saw.
 9           MR. PERTNOY:  Again, we --
10           MR. KUEHNE:  Your Honor, just respectfully, we would
11   have expected the plaintiffs' counsel to tell us that
12   immediately.
13           THE COURT:  Of course.
14           MR. KUEHNE:  If there's an accusation that somebody
15   on our side is talking to a juror --
16           THE COURT:  I agree.
17           MR. KUEHNE:  Now we hear about it only now after this
18   juror made this remark, so we will ask the Court to instruct
19   the lawyers if there's any matter involving a juror that the
20   lawyers perceive to bring it to Your Honor's attention and
21   counsel's attention ASAP.
22           THE COURT:  I agree.
23           MR. KUEHNE:  These are serious matters.
24           THE COURT:  Mr. Gutchess, I'm kind of alarmed you are
25   telling me this right now.  I believe had I not brought this
```

1  note, were you just going to keep it quiet and not say anything

2  about this?

3         MR. GUTCHESS:  This just happened this morning.

4  Mr. Bush approached me this morning about this information.

5  Martin, we learned on Sunday about this.  This is just brand

6  new.  We're trying to figure out if we're paranoid.

7         THE COURT:  Let me know what you think about

8  Katherine as well.  She brought it to our attention.  I can

9  talk to her at sidebar to see does it interfere with her

10  ability to be fair and impartial.  You guys let me know how you

11  feel.

12         Again, people are going to do interesting things

13  around this.  If you see that, you've got to be more proactive.

14  I don't know where the jurors go for lunch.  If you see

15  something, you should let the Court know.

16         If I have to get the marshals to escort them out, if I

17  have to issue a sanction, if they want to spend time in federal

18  prison, God bless them.  You're not going to tamper with this

19  jury.  I want to be clear with that.  If you see that, let me

20  know.  If we have to move somebody out of here, we'll do what's

21  necessary.

22         I know you spent a great deal of time and money on

23  this case.  We don't want any interference with the media.

24  We're not going to disrupt this trial for something like that.

25  Again, let me know what you feel about Ms. Martinez.

 1              MR. KUEHNE:  Why don't we take five minutes, we'll go

 2    and discuss?

 3              THE COURT:  That's fine.  I'll see you back.  Also

 4    that issue concerning Mr. Gutchess, you can discuss it with

 5    counsel about whomever you said you perhaps had a conversation.

 6    Let them know who it was, all right?  That person doesn't

 7    belong in the courthouse.  I can call the marshals.  They

 8    should be banned if that's the case and also Katherine

 9    Martinez, I don't know, you all can discuss that, okay?

10              MR. GUTCHESS:  Okay.  Thank you.

11                            (Short break had.)

12              THE COURT:  You may be seated, everyone.  The

13    defendant, have you had an opportunity to discuss your

14    position?

15              MR. KUEHNE:  Yes, Your Honor.  Thank you for the

16    opportunity.  We believe that a brief in camera inquiry that I

17    can explain at sidebar would be appropriate for the matter that

18    you raised at sidebar.

19              THE COURT:  All right.

20                            (At the bench.)

21              THE COURT:  Yes, sir.

22              MR. KUEHNE:  Your Honor, we think that a brief

23    inquiry in camera by Your Honor of the juror to find out

24    anything more that she's able to tell us, including possibly

25    who the individual is who she recalled meeting up with her,

1    however we want to describe it.

2          And once we know the facts, it will give us a little

3    bit of an opportunity to determine if there's anything to do

4    whatsoever.  We're not trying to be alarming, but we think that

5    the juror having raised this issue thought it was important

6    enough that we should make sure that Your Honor has a full

7    sense of what's going on and the lawyers can as well.

8          We would ask the Court to limit the inquiry to two

9    lawyers on each side, Your Honor, and the court reporter with

10   the juror so that it's not any especially difficult

11   circumstance for the juror so that Your Honor could inquire a

12   little bit more as to what the juror said, what she knows,

13   anything that happened, what time it was, as well as if she can

14   identify the person that she associated with having seen

15   sitting on the plaintiffs' side.

16         We don't offer any view that it's a plaintiff person,

17   but that's just the word she used.  We think that would be the

18   safe way to proceed.

19         MS. CAPRIO:  Your Honor, we'd be in agreement.  We

20   think it's the cleanest way to proceed.  We would also like to

21   ask if the juror has discussed any of her concerns with any

22   other jurors and make our record and make sure that we get a

23   description of the person she spoke with in the parking garage.

24         THE COURT:  We can do that when -- you want to

25   proceed now with your testimony, and do it after lunch or

```
 1   around that time?
 2           MS. CAPRIO:  I think it's something we need to
 3   address right now if Your Honor is willing to do so.
 4           THE COURT:  In court right here?
 5           MS. CAPRIO:  We can do --
 6           MR. KUEHNE:  We think, Judge, and I don't know how
 7   you do it with the juror, if you don't think the inquiry should
 8   be something that would be necessarily on the public record as
 9   opposed to a court reporter record.
10           And if the Court had a suggestion as to something that
11   was a little bit more, let's say non-intrusive, whether it's a
12   sidebar --
13           THE COURT:  I think sidebar may be the appropriate
14   thing to do so we don't want to have all you guys crowding her
15   around here to make her feel uneasy.
16           MR. KUEHNE:  That's why we thought Your Honor --
17           THE COURT:  Who's going to be here at the time?
18           MS. CAPRIO:  I'll be here, Your Honor, with
19   Mr. Gutchess.
20           MR. KUEHNE:  And I think that Ms. Dawson and myself
21   will probably be here.
22           THE COURT:  That's fine.  We can do that.  Also, too,
23   with respect to the video, is it a video to play?
24           MS. CAPRIO:  It's video and audio.
25           THE COURT:  It doesn't have to be audio, only
```

 1   describing what the witness was going to say so you can mute

 2   the sound.  Don't have anything with respect to that.  Also

 3   don't have them comment about who was there.  No audio.

 4             MS. CAPRIO:  Understood.  Thank you.

 5             THE COURT:  Let me have my clerk to bring her out and

 6   you can inquire, okay?  You want me to do the inquiry?

 7             MR. KUEHNE:  We think it's probably better if Your

 8   Honor inquire as to the contours.

 9             THE COURT:  You'd like to question her?

10             MS. CAPRIO:  We can jointly --

11             MR. KUEHNE:  My writing is easy to read, Judge.

12             THE COURT:  I don't want to assume anything that's

13   not being typed.

14             MR. KUEHNE:  Could we just have a moment?  We'll

15   write up some questions.  Thanks, Judge.

16                       (Pause.)

17             THE COURT:  We're back on the record.  I do have the

18   inquiry to address to juror number 3 which is Katherine

19   Martinez which has been approved by both the plaintiff and the

20   defense counsel.  It appears legible enough for me to read it.

21   I don't have any issues with respect to that.

22        What I'm going to do is bring her in at sidebar.

23   Don't crowd around her.  Give her some space, if you would, and

24   we'll just ask the inquiry.

25             MR. KUEHNE:  Thank you, Judge.

1          MS. CAPRIO:  Thank you, Judge.

2          THE COURT:  Thank you.

3          MR. KUEHNE:  Your Honor, may we approach?

4          THE COURT:  Sure.

5                    (At the bench.)

6          MS. CAPRIO:  The parties are in agreement and request

7     that Your Honor clear the courtroom.  There's media here and we

8     don't want the juror to feel that she is being singled out.

9          THE COURT:  Let me tell Sheba, first, not to bring

10    her in yet.

11         MS. CAPRIO:  Thank you, Your Honor.

12                   (In open court.)

13         THE COURT:  At this point, I need everyone to clear

14    the courtroom except as to the attorneys and the parties in

15    this case to address an issue, okay?

16                   (Pause.)

17         THE COURT:  The courtroom has been cleared.  Is it

18    best to have her first sit at the jury box or still do a

19    sidebar?  Does it matter at this point?

20         MR. GUTCHESS:  I would say sidebar.

21         THE COURT:  That's fine.  Sheba, can you bring in the

22    juror, please?  The courtroom has been cleared for the record.

23    The only parties here are the two counsel per side and the

24    CSOs.

25                   (At the bench with the juror.)

1           THE COURT:  Counsel may approach.

2           All right.  First of all, I want to thank you for your

3    note that you submitted and we just want to have some few

4    follow up questions.

5           A JUROR:  No problem.

6           THE COURT:  Also the courtroom has been cleared as

7    you can look around.  There's no one here and also, we don't

8    want to make anyone uncomfortable as well.

9           Based on your note, can you describe the person who

10   you mentioned you saw in the elevator?

11          A JUROR:  Yeah.

12          THE COURT:  Approximate age?

13          A JUROR:  30.  Late 30's maybe.

14          THE COURT:  What about approximate weight?

15          A JUROR:  He's probably like your stature, like your

16   height.

17          THE COURT:  Fit, muscled guy?

18          A JUROR:  So --

19          THE COURT:  All right.  My weight is, if you had to

20   guess my weight, what would you say?

21          A JUROR:  Oh, God.  I mean, like you, for example.

22          THE COURT:  22.  Mr. Gutchess, for the record.  I'm

23   not like Mr. Gutchess.  Also what about his height?

24          A JUROR:  Probably, I don't know, 5'10".

25          THE COURT:  And physical appearance, any glasses,

 1    tattoos, facial hair you recognize, if any?

 2              A JUROR:  Very short cut, like, very, very short cut.

 3    Like almost bald but you can see that he has some hair and --

 4              THE COURT:  Have you seen him here since the trial?

 5              A JUROR:  Almost every day since we started, yes.

 6              THE COURT:  All right.  And so low cut.  Are you able

 7    to recognize him today if you were to see him?

 8              A JUROR:  Mm-hmm.

 9              THE COURT:  What's his race?

10              A JUROR:  I would say Hispanic.

11              THE COURT:  And color hair?

12              A JUROR:  Very short, dark brown, yeah.

13              THE COURT:  Any clothing he was wearing?

14              A JUROR:  Like --

15              THE COURT:  What type of clothing, like a suit or a

16    jeans?

17              A JUROR:  I can tell Friday, he was wearing like a

18    really bright orange shirt and he had like a black blazer.

19              THE COURT:  So if you identify him today, you would

20    definitely recognize him?

21              A JUROR:  I saw him this morning when I was walking

22    in.

23              THE COURT:  What I want you -- if he does come in,

24    can you just identify with what article of clothing as well?

25              A JUROR:  Sure.

1          THE COURT:  Once everyone comes back in before we

2     start, what we can do perhaps we can bring in all the jurors

3     and just let me go throughout the proceedings if you recognize

4     him.

5          A JUROR:  Okay.

6          THE COURT:  And did you see this person go into any

7     other car as you left?  Did he go into another car?

8          A JUROR:  So when I was leaving the day of the

9     incident, when I was leaving, when you go downstairs to pay or

10    to get out of the parking garage, he was next to me.  But I

11    wouldn't make contact.  He was next to me.  I saw what car he

12    was driving.

13         THE COURT:  Do you have any other information

14    regarding him as well?

15         MR. GUTCHESS:  What car?

16         THE COURT:  What kind of car?

17         A JUROR:  The only reason I noticed, I drive a

18    similar car.  He was driving a 7 Series BMW.

19         THE COURT:  What color?

20         A JUROR:  Black.  It was very nice.  That's why I

21    noticed it.

22         THE COURT:  Did you do any follow up on the Internet

23    or social media regarding this matter?

24         A JUROR:  No.

25         THE COURT:  Also, did you do any follow up regarding

```
 1   the private investigator?

 2            A JUROR:  No.

 3            THE COURT:  Have you discussed this matter with any

 4   other jurors?

 5            A JUROR:  So, I shared with -- I don't know who I

 6   shared with.  So on Friday morning -- this happened Thursday.

 7   On Friday morning when I came in, I didn't know if this was

 8   like worth even bringing forward, and I said something to a few

 9   of us that were in the room.  And I asked what do you guys

10   think.  They were like you should share it and that was it.

11            THE COURT:  Okay.  Then when they said share it, what

12   did you tell them?  What was --

13            A JUROR:  I told them what happened.

14            THE COURT:  And have you discussed this other than --

15   have you discussed it with anyone else?

16            A JUROR:  No.

17            THE COURT:  Do you feel comfortable being a juror in

18   this case?

19            A JUROR:  I do, yes.

20            THE COURT:  You say that with confidence, and can you

21   continue to be fair and impartial?

22            A JUROR:  Absolutely, yes.

23            THE COURT:  Anything -- again, if I give you my

24   instruction to disregard that, can you follow my instruction?

25            A JUROR:  Absolutely.
```

```
1              THE COURT:  Are you prejudiced by anything that

2    happened?

3              A JUROR:  No.

4              THE COURT:  Fair enough.  What I'm going to do, again

5    I mentioned once we start the case, just take a look.  If you

6    see the person, let me know what he is wearing, article of

7    clothing and we can handle that.

8              A JUROR:  Okay.

9              THE COURT:  I appreciate you.

10             A JUROR:  No problem.  Scared me.  It's all good.

11   This way?

12             THE COURT:  Yes.  Ms. Martinez, if she does see the

13   gentleman, she should write a note and pass it to the CSO.

14   Perfect.  Clothing or description, glasses or that, give it to

15   the CSO.

16             A JUROR:  It's not impacting my ability.

17             THE COURT:  We just wanted to find out what happened

18   and this is only natural.  Since it was brought to my

19   attention, we want to make sure we address it.  We want to make

20   sure, number one, based on what you know, how you feel about

21   this case, can you still be fair and impartial to both sides?

22             A JUROR:  Absolutely.

23             THE COURT:  Things happen.  Thank you.

24             A JUROR:  No problem.

25                       (Juror left sidebar.)
```

 1            MS. CAPRIO:  We would request that Your Honor inquire

 2   of the other jurors to who she shared this incident with

 3   exactly what she told them, and if they also share concerns

 4   regarding this because it is something that, you know, it's

 5   concerning.

 6            And that the fact that the other jurors have been

 7   alerted to it, I think we need to explore that a bit to make

 8   sure that they can continue to be fair and impartial and

 9   perhaps ask for a curative instruction from Your Honor to the

10   extent that they can continue serving on this jury.

11            Also we would request that the federal marshals escort

12   the jurors in and out of the courtroom to prevent something

13   like this from happening again.

14            THE COURT:  Mr. Kuehne?

15            MR. KUEHNE:  We think that a full inquiry with the

16   other jurors would be appropriate in the same kind of form that

17   Your Honor --

18            THE COURT:  Do one by one?

19            MR. KUEHNE:  Yes, Judge.  I have to say I've done

20   lots of these jury inquiries before.  The way you handled it is

21   exactly the way I would have expected you would do, so that

22   kind of personality and discussion was very disarming -- not

23   disarming -- very comfortable.  And I think doing that with all

24   the jurors would be appropriate.

25            THE COURT:  All right.  Fair enough.  I will do that.

 1              So, Sheba, we're going to talk to each juror one by

 2    one so you can bring them in.

 3              You want to slide over some.

 4              MS. CAPRIO:  Certainly, yes.

 5                              (Juror at sidebar.)

 6              THE COURT:  Good morning.  How are you today?

 7              A JUROR:  Good.  Thank you.

 8              THE COURT:  Well rested?

 9              A JUROR:  Yes.

10              THE COURT:  What I want to address is an issue that

11    was brought to my attention by your fellow juror, Ms. Martinez.

12    A gentleman may have said something to her.

13              Did she mention anything to you?

14              A JUROR:  No.

15              THE COURT:  Okay.  That's all then.  Thank you.

16                              (Juror left sidebar.)

17              THE COURT:  Next?  Sheba, the next one.

18              MR. KUEHNE:  Your Honor, for the record purposes, if

19    you just either say the juror's name on the record or ask the

20    juror for their name so that we know which one is who on the

21    record.

22              THE COURT:  Absolutely.  Also based on what

23    Ms. Martinez said, do you recognize who she was talking about?

24              MS. CAPRIO:  No.

25              THE COURT:  No one knows.  You can identify the

```
 1   person too.
 2                        (Juror at sidebar.)
 3              THE COURT:  All right.  Good morning.  State your
 4   name for the record.
 5              A JUROR:  Janet Bell.
 6              THE COURT:  Good morning.  Hi.  Just a quick
 7   question.  I received a note from one of your fellow jurors,
 8   Ms. Martinez, who had an encounter apparently with a
 9   gentleman on Thursday in the garage, and I know she may have
10   mentioned it to some jurors but not all.  Did she have a
11   conversation with you?
12              A JUROR:  She mentioned it briefly.
13              THE COURT:  Could you tell me what she said?
14              A JUROR:  She said that she was on the elevator, and
15   a gentleman was behind her, and she asked him what floor.  And
16   he said he was following her, and then he said he was just
17   joking.  And that's all I really recall.
18              THE COURT:  Okay.  Well, based on that, is there
19   anything about that conversation that would interfere with your
20   ability to be fair and impartial in this case?
21              A JUROR:  No.
22              THE COURT:  All right.  Thank you.  Thank you.  She
23   just mentioned it to one or two jurors, I think, being candid.
24                        (Juror left sidebar.)
25                        (Juror at sidebar.)
```

 1              THE COURT:  Juror number 4.  Good morning, how are

 2   you?

 3              A JUROR:  Good.

 4              THE COURT:  State your name for the record.

 5              A JUROR:  Kimberly Millener.

 6              THE COURT:  Just a quick question.  Last Thursday,

 7   Ms. Martinez, your co-juror, was approached by a gentleman I

 8   think in the garage.  I know she mentioned that she may have

 9   said something to a fellow juror.  I don't know whether or not

10   she had a conversation with you about it?

11              A JUROR:  No.

12              THE COURT:  Okay.  Thank you.  That's it.

13              (Juror left sidebar and Juror 5 approached.)

14              THE COURT:  Number 5.  Good morning.  Hi.  State your

15   name for the record.

16              A JUROR:  Armando Bermudez.

17              THE COURT:  Mr. Bermudez, how are you today?

18              A JUROR:  Good.

19              THE COURT:  Nothing to be alarmed about.  Just a

20   quick question.  Ms. Martinez, your fellow juror, may have had

21   an encounter with someone who may have said something to her on

22   the elevator or garage on last Thursday.  I think she mentioned

23   she may have told it to some jurors but not all.  She doesn't

24   recall.  Did she have a conversation with you, and if so, do

25   you recall what she said?

```
 1                A JUROR:  Yes, sir.

 2                THE COURT:  What happened?

 3                A JUROR:  She said that she got some comments from

 4   some people in the audience, I want to say.  That was about it.

 5                THE COURT:  And do you recall what they said?

 6                A JUROR:  That I received a comment from someone in

 7   the audience about a private investigation or something; being

 8   followed.

 9                THE COURT:  All right.  Anything about that, did you

10   do any research or Internet?

11                A JUROR:  No, sir.

12                THE COURT:  By hearing that, does it interfere with

13   your ability to be fair and impartial either to the plaintiff

14   or to the defendant?

15                A JUROR:  No, sir.

16                THE COURT:  Can you disregard any of those things

17   that she may have said?

18                A JUROR:  Gladly.

19                THE COURT:  That's what I just said we wanted to

20   know.

21                A JUROR:  Thank you.

22                 (Juror left sidebar and Juror approached.)

23                THE COURT:  No problem.  Right here.  Good morning.

24   Can you please state your name for the record?

25                A JUROR:  Anthony Hurst.
```

```
1              THE COURT:  Mr. Hurst, how are you today?

2              A JUROR:  I'm doing good.

3              THE COURT:  Just a quick question.  Last Thursday,

4    one of your fellow jurors, Ms. Martinez, apparently had a

5    conversation.  Someone approached her, rather, about this case,

6    what's going on, and she said she may have mentioned the

7    incident to some jurors, she doesn't remember who.

8              I want to know did she tell you anything or do you

9    recall anything of what was said?

10             A JUROR:  I mean, I just heard her say -- mention the

11   situation.

12             THE COURT:  What was the situation she mentioned?

13             A JUROR:  Some guy asked her -- approached her or

14   something like that.  That's about all I heard.

15             THE COURT:  You don't remember any details?

16             A JUROR:  No, I don't remember the details.

17             THE COURT:  The mere fact that someone approached

18   her, anything about that would interfere with your ability to

19   be fair and impartial in this case?

20             A JUROR:  No.

21             THE COURT:  All right.  Thank you.

22             A JUROR:  Okay.

23         (Juror left sidebar and next Juror approached.)

24             THE COURT:  Good morning.  How are you?  State your

25   name for the record.
```

 1            A JUROR:  Tiffanie Pauline.

 2            THE COURT:  Ms. Pauline, how are you today?

 3            A JUROR:  Great.

 4            THE COURT:  Just a quick question.  Ms. Martinez,

 5    your fellow juror, apparently on last Thursday was approached

 6    by someone who made a comment and she doesn't remember who all

 7    she mentioned it to, and did she say anything to you and if you

 8    recall what was said?

 9            A JUROR:  Yes.  She actually said it to me first and

10    I recommended that she tell Warren -- I think it was Warren at

11    the time.

12            THE COURT:  Okay.  Great.  What did she say, do you

13    recall?

14            A JUROR:  That someone on the elevator had said

15    something that made her uncomfortable.  But she wasn't sure and

16    she I think encountered him in the parking garage.

17            THE COURT:  Do you know what was specific or what she

18    said?  Do you recall anything that she told you?

19            A JUROR:  Something about be careful, one of the

20    witnesses may have been followed by a PI.

21            THE COURT:  That being said, have you -- does that by

22    any means interfere with your ability to be fair and impartial

23    in this case?

24            A JUROR:  No.

25            THE COURT:  Have you done any research on this case

```
 1    regarding that?

 2              A JUROR:  Uh-uh.

 3              THE COURT:  That's a yes or no.

 4              A JUROR:  No.  Sorry, no.

 5              THE COURT:  Remember that from jury selection?  You

 6    said "uh-uh."

 7              A JUROR:  Exactly.

 8              THE COURT:  I appreciate you.  Thank you very much.

 9              A JUROR:  Okay.

10         (Juror left sidebar and next Juror approached.)

11              THE COURT:  Hi.  Good morning.  How are you?

12              A JUROR:  Good.  How are you?

13              THE COURT:  State your name for the record.

14              A JUROR:  Christy Renazile.

15              THE COURT:  I've got a quick question for you.  Last

16    week on Thursday, Ms. Martinez had an encounter with someone

17    who may have said -- I think she mentioned to some jurors, not

18    all.  We want to know did she say something to you and if she

19    did, can you tell me what said?

20              A JUROR:  Yeah, she just said that someone approached

21    her and -- well, was in the elevator with her and said that

22    they just made some uncomfortable comments to her regarding

23    being followed, I think, or just to be careful but she wasn't

24    sure if they were joking or not.

25              THE COURT:  Do you recall anything else other than
```

```
 1   that, what she said?

 2          A JUROR:  Well, he didn't want to push his elevator

 3   number, and she asked why, and he just, oh, because I'm

 4   following you, but like I guess she assumed he was joking and

 5   then he made the other comment and that was it.

 6          THE COURT:  Okay.  Now, the mere fact that you heard

 7   her tell this statement, does that by any means interfere with

 8   your ability to be fair and impartial to either the plaintiff

 9   or the defendant in this case?

10          A JUROR:  No.

11          THE COURT:  Have you done any research on this matter

12   since then or anything else?

13          A JUROR:  No.

14          THE COURT:  All right.  I appreciate you.  Thank you

15   very much.

16          A JUROR:  Thank you.

17         (Juror left sidebar and next Juror approached.)

18          THE COURT:  All right.  This is the last juror

19   number, 9, too.  Right here.

20          Good morning.  How are you?

21          A JUROR:  Good morning, sir.

22          THE COURT:  State your name for the record.

23          A JUROR:  Nicholas Villa.

24          THE COURT:  I've got a question for you.  Last week

25   around Thursday, Ms. Martinez, your fellow juror, was
```

1   encountered by another individual who made some comments to her

2   and I think she may have shared them with other jurors.  She

3   doesn't recall.  Did she share anything with you, sir?

4           A JUROR:  Yeah, she said something about it.

5           THE COURT:  Can you tell me what she said?

6           A JUROR:  Some weird guy at the elevator.

7           THE COURT:  What did he do or say?

8           A JUROR:  Kind of like asking her like, oh, you want

9   to be careful about this or that.  I don't know, something of

10  the sort.

11          THE COURT:  But anything about that comment that she

12  said would interfere with your ability to be fair and impartial

13  in this case?

14          A JUROR:  I don't know.  I don't think so.

15          THE COURT:  With respect to you, you having hearing

16  that, do you have any concern to be on this jury?

17          A JUROR:  No.

18          THE COURT:  That's all we want to inquire.

19          A JUROR:  Okay.

20          THE COURT:  I saw your face.

21          A JUROR:  Something I have done?

22          THE COURT:  No.  I just want to make sure you're fine

23  with it.

24          A JUROR:  Yeah.

25          THE COURT:  Thank you.

```
 1              A JUROR:  All right.  Thanks.

 2                    (Juror left sidebar.)

 3              THE COURT:  So, again, as I mentioned, I'm going to

 4    have Ms. Martinez identify the person also or if she is able to

 5    recognize the person.  Just let me know as well, Ms. Amber, if

 6    you see the person as mentioned in the description.  It may be

 7    the same person, who knows.  I don't know.

 8              That being said, anything about this jury, any issues?

 9              MR. KUEHNE:  One, we would first like the chance to

10    speak with the other members of the defense team and to

11    Mr. Carollo.

12              THE COURT:  Sure.  Same thing for plaintiff.  Go

13    ahead and let me know.

14              MS. CAPRIO:  Thank you, Judge.

15              MR. KUEHNE:  Judge, will you be able to put the

16    notice that you read from into the record?

17              THE COURT:  Absolutely.

18              MR. KUEHNE:  Thank you.

19              THE COURT:  I'm going to have it marked too.  Can you

20    mark these as I guess it will be a Court exhibit I guess.

21                    (Pause had.)

22              THE COURT:  Are we ready, Ms. Dawson?  Where is your

23    team?

24              MS. DAWSON:  Your Honor, I believe they were about to

25    walk back in.
```

1          THE COURT:  Thank you.  The parties are present.

2       Mr. Gutchess?

3          MR. GUTCHESS:  Yes, sir.

4          THE COURT:  Yes.  Follow up with respect to the

5   sidebar?  Do you have any comments?  If not, I can address

6   Mr. Kuehne.

7          MR. GUTCHESS:  Yes.  Can we go sidebar?

8                  (At the bench.)

9          MR. GUTCHESS:  So --

10         MR. KUEHNE:  Your Honor, first, we want to inform the

11  Court that we believe in good faith that the juror was

12  accosted, contacted by Zach Bush who has been not only a

13  regular part of this case, but is the business partner of the

14  plaintiffs in this case.  And we say that because that's our

15  good faith view based on the description made by the juror --

16         THE COURT:  Let me ask you this, too.  Is this a

17  witness in this case too?

18         MR. GUTCHESS:  No, he's not a witness.

19         THE COURT:  Just want to know ahead of time.  Go

20  ahead, Mr. Kuehne.

21         MR. KUEHNE:  So that's one.  And we have a comment

22  about that.  With regard to the inquiry, we appreciate the

23  detail of Your Honor's inquiry.  We believe that as the

24  plaintiff had requested some form of a cautionary instruction

25  is in order.  That we would like to, if we can, work with the

1  plaintiff to craft something that is fair, balanced, but also

2  avoid any taint of what we are concerned about.

3       And to make clear, we are concerned, Your Honor, that

4  the nature of what was -- what happened to Ms. Martinez, the

5  fact that she did mention it generally to some jurors, and

6  they've all described not being impacted by it, inevitably

7  leads to the suggestion based on the plaintiffs' theory of this

8  case that Commissioner Carollo is somehow behind it.  That he

9  has power, that he's a powerful guy and he's using the

10 resources of his office to do something that is contrary to

11 what's right.

12      We say that because the juror, the person mentioned

13 the Acevedo following.  I respect that Ms. Martinez said she

14 did not follow social media, but the social media on that

15 issue, having nothing to do with our side, makes clear that

16 Acevedo believes that Carollo Commissioner Carollo had him

17 followed.

18      We believe that's totally ridiculous, unfair, but

19 that's what the media reflects, the social media that this

20 person informed Ms. Martinez of.

21      We are very concerned that even though the jury says

22 they're not impacted by this, the inevitable thought of knowing

23 somebody approached Juror Martinez is in any sense consistent

24 with what the plaintiffs claim is Joe Carollo's enormous power.

25      We believe the jurors -- the jury is not going to

```
 1    believe that, but any curative instruction we believe would
 2    have to make clear to the jury that this incident has nothing
 3    to do with this case.  That this case is to be tried on the
 4    evidence in this courtroom and the instructions the Court
 5    gives, and nothing associated with the sidebar inquiry is to be
 6    directed to the defendant Joe Carollo.  That there is no
 7    involvement by Joe Carollo in any of this.
 8             THE COURT:  To go even further, it's not related to
 9    this case at all, period.  Not just Joe Carollo.  It has
10    nothing to do with this case.  You don't want to give them I
11    guess an idea that something is going on.  So I will definitely
12    agree with you wholeheartedly, Mr. Kuehne.  Just draft it,
13    that's fine.  I agree with you wholeheartedly on that.
14             You can even make it broader.  Whatever took place has
15    nothing to do with this defendant or anyone relating to the
16    witnesses.  No witnesses relating to this case, no party.  We
17    don't to even want to put that out there.  That's fine.  I
18    think you're absolutely correct.
19             Any objection to Mr. Kuehne's suggestion as to why
20    this Court should not give a curative instruction?
21             MR. GUTCHESS:  Yes.  We would certainly agree with
22    the curative instruction.  I think we share the same concerns
23    that Mr. Kuehne raised to the extent to which the jury's been
24    tainted that we worry how it will impact the case going forward
25    for both sides.
```

 1           THE COURT:  I don't think it's going to impact.  I
 2    looked at these people in their eyes.  Unfortunately, it's an
 3    incident that did occur.  I have confidence, a hundred percent
 4    that they are fine.  Otherwise, I wouldn't sit up here at all.
 5    They came into this courtroom during sidebar, I looked them in
 6    the eye, be straightforward.  I let them know they didn't do
 7    anything.
 8           As to the matter of curative instruction, I think it's
 9    appropriate as stated.  But, again, I don't think it's going to
10    cause any type of further issues with respect to your case.
11    It's based on how you both craft it.  Both of you give me an
12    instruction, I can read it before everyone comes in the
13    courtroom.
14           You know, there won't be anyone else, so I think I
15    could just read it outside of their presence.  All of them are
16    present at one time in the jury box.  I can read it right then,
17    okay?
18           MR. KUEHNE:  Yes, sir.
19           THE COURT:  All right.  Anything else?
20           MR. KUEHNE:  The secondary issue which we don't need
21    to decide now because Ms. Martinez has not written down the
22    identification of the person, but when that matter is resolved
23    or brought to Your Honor's attention, we will be asking the
24    Court for a specific relief in the form of an inquiry because
25    it is our view, if we are correct in good faith, that this is

1    associated with the plaintiffs' side of this case.  And we can

2    explain in more detail why we believe that to be the case.

3              THE COURT:  Okay.  And also just to be clear, this

4    person, Zach Bush, is not a witness in this case at all?

5              MR. GUTCHESS:  No.

6              THE COURT:  Okay.  Just want to make sure.  Does he

7    have another case pending?

8              MS. CAPRIO:  Yes.

9              THE COURT:  But it's not before this Court, not

10   before me?

11             MR. KUEHNE:  It's not in this case, Judge.

12             THE COURT:  Who's the judge in that case?

13             MR. KUEHNE:  Judge -- that's the Judge Altman case.

14   The other day, we talked about it periodically.

15             THE COURT:  If, indeed, if it is this individual, I'm

16   sure you should address this with Judge Altman.  You can bring

17   that up, too.  I can, of course, inquire, and if indeed this

18   particular person, you can file a motion, whatever you want do

19   with Judge Altman if, indeed, it is this individual that

20   approached a juror.

21             Number two, you don't want that to happen with any

22   other juror, not just this case here.  He can appropriate

23   whatever sanctions he thinks would be necessary based on if he

24   did this to another juror in another case.

25             MR. KUEHNE:  Ultimately, Judge, that's our real

 1    concern here.  We need to make sure this Court stops

 2    immediately with the full force of Your Honor's authority to

 3    make sure that every person associated with the case, both

 4    sides, but particularly now the plaintiffs' side that they know

 5    this is forbidden territory and there will be serious

 6    consequences because we are not about to want, and we don't

 7    think the Court does either, want this kind of conduct which we

 8    believe was intended to be surreptitious to continue in a case

 9    like this.  One time is bad enough.  Multiple times is really

10    destructive to the justice system.

11         THE COURT:  That's fine.  I periodically ask the

12    jurors to make sure they have not discussed this case with

13    anyone.  I make sure.  I think on Friday, I mentioned that you

14    may see the media here or anyone else.  Do not approach the

15    jurors.  I continue to make those statements.  As you know,

16    this happened on the Thursday and one time, I didn't hear

17    anything that happened repeatedly too, so I continue to make

18    those comments before the Court.  So had that happened again,

19    obviously, I know it would have been an issue.  That's why I

20    see people walk in and out, sometimes I make the statement

21    later today.  Make sure they heard my comments.  Sometimes it's

22    less attendance in the morning, then it picks up in the

23    afternoon.  I am observing that.

24         I make the comments to the juror, making those

25    statements to the jurors, I want to be sure.  You see the juror

1  badge, do not approach them.  Do not have any conversation

2  whatsoever.  I will continue to make that statement, okay?

3          MR. KUEHNE:  Yes, sir.  Thank you.  We'll write

4  something down.

5          THE COURT:  Yeah.  Write something down.

6          MR. KUEHNE:  Try to get an agreement on it.

7          THE COURT:  I think if you do it now, go ahead and

8  take your time.  Write it down.  We'll bring the jurors out

9  first.  I will say it before all of them and then we can bring

10  everyone else in and you can call your witness, okay?

11          MS. CAPRIO:  Thank you, Your Honor.

12          MS KUEHNE:  Thank you, Judge.

13                      (Recess had.)

14          THE COURT:  Where are the rest of the parties so we

15  can proceed, sir?

16          MR. PERTNOY:  Mr. Kuehne is speaking with the

17  commissioner and he's coming in in a moment.  I can get him if

18  you'd like.

19          THE COURT:  All right.  Let's bring everyone forth.

20  How long is your first witness, plaintiff?

21          MR. GUTCHESS:  I believe she will be 45 minutes to an

22  hour.

23          THE COURT:  All right.  We need to move forward

24  because it's now almost 11:40.  And, again, if there's

25  something else you want to address with the curative

```
 1   instruction, it shouldn't be a dissertation here.

 2             MR. GUTCHESS:  I agree.

 3             THE COURT:  It's now been more than enough time.

 4             MR. PERTNOY:  Understood, Your Honor.  And I know

 5   that Mr. Gutchess has the draft.

 6             MR. GUTCHESS:  They're just looking at the final

 7   revisions.  I have some more information coming in right now.

 8             THE COURT:  You all have the draft?

 9             MR. KUEHNE:  The draft is being circulated, Your

10   Honor, and we know this is taking a while and we just respect

11   Your Honor's understanding that this unusual occurrence needs

12   to be treated with the utmost attention, and we appreciate Your

13   Honor's understanding of that.  We're trying to move as fast as

14   we can without unduly aggravating the jury.

15             THE COURT:  Yeah, because I say this doesn't have to

16   be a dissertation for a simple curative instruction here.

17   Doesn't require that.

18             So, two things, if you need to make any further edits,

19   you can do that during the lunch break, if necessary.  You can

20   call your first witness and I'll give it to them after the

21   lunch break here because this has been going on long enough.

22   It doesn't take 45 minutes to draft a simple curative

23   instruction.  This is not -- we understand these things happen

24   throughout the trial, but you are well versed lawyers and been

25   around many, many years.  This doesn't take that long.
```

```
 1              MR. KUEHNE:  Yes, sir.

 2              MR. PERTNOY:  Our understanding is that they have the

 3    red line right there.

 4              MR. GUTCHESS:  We're prepared to proceed with a

 5    witness, Your Honor.

 6              THE COURT:  All right.

 7              MR. KUEHNE:  We'll go ahead.  We'll defer this issue

 8    until the break?

 9              THE COURT:  Yeah.  What issue do you have with this

10    curative instruction?

11              MR. KUEHNE:  I haven't seen their response.  We spent

12    a lot of time looking at some matters and reviewing the case

13    and came up with something, but we haven't had a substantive

14    discussion with the plaintiffs over their red line.

15              MS. CAPRIO:  Judge, if it would be possible, can we

16    break early for lunch so we can resolve this and come back at

17    12:30?

18              THE COURT:  No.  We are going to move forward with

19    the trial.  We'll break around 12:15.  I'll have the jurors

20    come back around 1:15.  You guys have to spend the time, do

21    whatever you need to.  We'll come back after lunch and outside

22    the presence of the media and everyone else with respect to

23    that as well, so we don't have to give someone else any more

24    ammunition to cause any more problem.

25              I've spoken with my courtroom deputy as well where
```

```
 1   they're going to provide the CSO or the marshals to escort the

 2   jurors, as well, so they don't have any propensity or someone

 3   tainting somebody or have any type of collusion, if you will.

 4        That's going to streamline this process by asking them

 5   to be escorted to the 5th floor.  That should ease any minds of

 6   the parties throughout this trial because it's still being

 7   tried in Miami.  I don't know when it's going to be back in

 8   Fort Lauderdale for the time being.  That's what this Court is

 9   going to do, okay?

10        MS. CAPRIO:  Thank you, Your Honor.

11        MR. KUEHNE:  Yes, sir.

12        THE COURT:  All right.  We can bring in -- who is

13   your first witness?

14        MS. CAPRIO:  The plaintiffs are calling Rosa Romero.

15        THE COURT:  All right.

16        MR. KUEHNE:  Your Honor, I just want to make clear, I

17   think everybody understands this, but for record purposes, the

18   reservation of that matter until the lunch break is without

19   prejudice and no waiver of any of the requests, discussions

20   we've had at sidebar, et cetera.

21        We think that proceeding with the next witness is

22   fine, but we do not want there to be any suggestion that

23   there's been a waiver of any of the issue that we haven't

24   resolved at sidebar.

25        THE COURT:  Okay.  Anything else?
```

```
 1                 MS. CAPRIO:  Nothing else, Your Honor.

 2                 THE COURT:  All right.  Bring in the jurors.

 3                 (Thereupon, the jury entered the courtroom.)

 4                 THE COURT:  The members of the jury are all present

 5     and accounted for.  Please be seated, ladies and gentlemen.

 6     Thank you for your patience.

 7                 Also, we're going to be breaking for lunch around

 8     12:15 so I hope that doesn't disrupt your hunger.  Usually at

 9     12:00, you guys can wait for 15 minutes after that.  Thank you.

10     We want to make sure.

11                 With that said, we'll begin with the plaintiff calling

12     your next witness.

13                 MS. GOMEZ:  Your Honor, we call Rosa Romero.

14                 THE COURTROOM DEPUTY:  Please raise your right hand.

15                       (Witness sworn.)

16                 THE WITNESS:  I do.

17                 THE COURTROOM DEPUTY:  Please state your name and

18     spell it for the record.

19                 THE WITNESS:  Rosa Romano.  R-O-S-A, R-O-M-E-R-O.

20                 THE COURTROOM DEPUTY:  You can have a seat.

21                             -  -  -  -  -

22                 **DIRECT EXAMINATION OF ROSA ROMERO**

23     BY MS. GOMEZ:

24     Q.   Good morning, Ms. Romero.  Could you explain to the jury

25     what it is that you do for a living right now?
```

1   A.    I own a Cuban sandwich shop.

2   Q.    And before you went into that line of business, what were

3   you doing?

4   A.    I was a litigation paralegal for 17 years.

5   Q.    And what's the name of the Cuban sandwich shop?

6   A.    It's called Sanguich.

7   Q.    When you first opened the restaurant, where was it

8   located?

9   A.    1641 8th Street in Little Havana.

10  Q.    And did you have a landlord?

11  A.    Yes.

12  Q.    Who was your landlord?

13  A.    Barlington Group.

14  Q.    Who were the owners of Barlington Group?

15  A.    Bill Fuller and Martin Pinilla.

16  Q.    At the time that you opened the restaurant, did you have

17  whatever permits or licenses you needed to be able to operate?

18          MR. PERTNOY:  Object to form.

19          THE COURT:  Wait, wait, I'm sorry.  Ms. Romero, when

20  there's an objection that's been made, just wait for the

21  Court's ruling.  If I say the objection is overruled, that

22  means you can answer.  If I say the objection is sustained,

23  that means you cannot answer.  The objection?

24          MR. PERTNOY:  The objection was it was a compound

25  question without foundation.

```
 1              THE COURT:  All right.  Sustained.  Rephrase the
 2    question.
 3    BY MS. GOMEZ:
 4    Q.   Ms. Romero, at the time that you opened your restaurant,
 5    called Sanguich, right?
 6    A.   Yes.
 7    Q.   At the time that you opened Sanguich, did you have the
 8    permits that you needed to operate?
 9              MR. PERTNOY:  Objection.  Foundation, no timeframe.
10              THE COURT:  Sustained.
11    BY MS. GOMEZ:
12    Q.   What time did you open the restaurant?
13    A.   It was in 2017.
14    Q.   And do you remember approximately the month?
15    A.   October.
16    Q.   And in October of 2017, did you have the permits that you
17    needed to operate the restaurant?
18    A.   At the time, to my knowledge, I did.
19    Q.   And what permits did you have?
20    A.   We had submitted for a -- through the BTR, the state to
21    have a food establishment business.  That application had been
22    approved and I had done all of my certifications for food
23    handling.
24    Q.   And you said the BTR, is that correct?
25    A.   Yes, it's -- no, I'm sorry.  The Department of Business
```

1    Regulation of the state, DBPR.

2    Q.   So you had a license from the DBPR?

3    A.   Correct.  We had submitted an application and it had been

4    approved.

5    Q.   What did that license allow you to do?

6    A.   To function as a food establishment.

7    Q.   Okay.  And so I'm going to show you now what's been marked

8    as Plaintiffs' Exhibit 443.  Hold on one second.  I'm just

9    showing it to you.  I'm not publishing it to the jury right

10   now.  Not to publish to the jury.

11            THE COURTROOM DEPUTY:  Still see it?

12   **BY MS. GOMEZ:**

13   Q.   So, Ms. Romero, if you could take a look at the screen and

14   just describe what is on the screen for you.

15   A.   It is -- I believe it's a picture of our grand opening.

16   Q.   Yeah.  Can you play it without the sound?

17   A.   Mm-hmm.

18   Q.   Okay.  So this is the very first day that you opened the

19   restaurant?

20   A.   That's correct.  That was the grand opening night.

21   Q.   Okay.  And, again, where was the restaurant located at

22   that time?

23   A.   On 1641 Calle Ocho.

24            MS. GOMEZ:  Okay.  Your Honor, if I could admit this

25   into evidence?

```
 1                THE COURT:  All right.

 2                MR. PERTNOY:  Subject to the objections that I raised

 3    at sidebar previous.

 4                THE COURT:  All right.  Overruled.

 5                   (Plaintiffs' Exhibit 443 Received.)

 6                MS. GOMEZ:  If we can publish the video to the jury.

 7                MR. PERTNOY:  And, Your Honor, it's the video, not

 8    the narrative below so that we'd request that they just show

 9    the video, not the narrative.

10                THE COURT:  All right.

11                MR. PERTNOY:  Your Honor, it's showing.

12                THE COURT:  You can stop the video.  Once they redact

13    that portion of the narrative, again, disregard any narrative,

14    ladies and gentlemen, that you see at this point here.

15    Plaintiff, can you redact the video without the narrative?

16                MS. GOMEZ:  Your Honor, we can't do that right now.

17    Your Honor, can we approach?

18                THE COURT:  Not at this time.  You can ask your next

19    question.  Move on.

20    BY MS. GOMEZ:

21    Q.   When you have the grand opening, what was the reception?

22    What was -- how did the community react?

23                MR. PERTNOY:  Objection.  Calls for speculation and

24    hearsay.

25                THE COURT:  Sustained.
```

1    **BY MS. GOMEZ:**

2    Q.   When you opened your restaurant, were there a lot of

3    people attending, going to eat at your restaurant?

4    A.   Yeah, people were -- yes, people were very excited.  It

5    was an exciting time for us.

6    Q.   And was there an election right around the time that you

7    opened your restaurant?

8              MR. PERTNOY:  Objection.  Lack of foundation.

9              THE COURT:  Overruled.

10              THE WITNESS:  Yes.  There was an election happening

11    at the time.

12    **BY MS. GOMEZ:**

13    Q.   What was the election?

14    A.   It was for commissioners and I believe the mayor.

15    Q.   And do you remember what commissioners were running?

16    A.   I don't recall them all but I remember a Joe Carollo was

17    running for commissioner of the district where my business was.

18    Q.   Okay.  And so, again, your business was on Mr. Fuller and

19    Mr. Pinilla's property?

20    A.   On the Barlington property, correct.  1641.

21    Q.   Did one of them approach you and ask you to put up a sign

22    for the person that was running against Commissioner Carollo?

23              MR. PERTNOY:  Objection.

24              THE COURT:  What's the objection?

25              MR. PERTNOY:  Lack of foundation, hearsay.

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  Yes.  They brought over a poster in

 3    support of the candidate that was opposing Joe Carollo.

 4    BY MS. GOMEZ:

 5    Q.    And what was the name of that candidate?

 6    A.    His name was -- I can't recall at this time.

 7    Q.    If you remember, just let me know.

 8    A.    Okay.

 9    Q.    And do you remember which one of the plaintiffs asked you

10    to put up the sign?

11    A.    Martin.

12    Q.    And what did you say to him?

13    A.    I said that I didn't want my business connected to any

14    sort of politics and that I preferred not to post any political

15    propaganda.

16    Q.    Did you post the sign?

17    A.    I did not.

18    Q.    Now, how long -- so you opened it toward the end of

19    October of 2017, is that correct?

20    A.    Correct.

21    Q.    And did you remain open?

22    A.    We remained open for a short period of time.

23    Q.    Did anything happen shortly after you opened your

24    restaurant that required you to shut down?

25    A.    Yes.
```

```
 1                  MR. PERTNOY:  Objection.  Lack of foundation.

 2                  THE COURT:  Overruled.

 3                  THE WITNESS:  Yes.  We were raided by Code

 4       Enforcement and police officers.

 5       BY MS. GOMEZ:

 6       Q.    And about how many people raided?

 7       A.    More than two dozen.

 8       Q.    And who was involved in that raid?

 9       A.    There were several Code Enforcement officers and police

10       officers for the City of Miami.

11       Q.    And were you -- did you understand what the reason was for

12       the raid?

13       A.    No, I was pretty shocked.  We had actually just finished

14       our first feature on television for the opening so it was a

15       really special moment for us.

16            And shortly thereafter, I think once the cameras went off

17       and we finished our interview with NBC, within ten minutes, we

18       were swarmed.

19       Q.    And approximately how long were you open before the raid

20       occurred?

21       A.    A few weeks.

22       Q.    Did you speak to anyone at the city attorney's office

23       about this raid?

24       A.    Yes.  To Rachel Dooley and Victoria.

25       Q.    And who's Victoria?
```

1    A.   She's -- she is or was at the time the city attorney for

2    the city.

3    Q.   You're referring to Victoria Mendez?

4    A.   Yes.

5    Q.   And when you went -- who did you speak to first?  Was it

6    Ms. Dooley or Ms. Mendez?

7    A.   To Ms. Dooley.

8    Q.   When you went to speak to Ms. Dooley, did she offer any

9    guidance, any advice?

10            MR. PERTNOY:  Objection.  Calls for hearsay.

11            THE COURT:  Sustained.

12   **BY MS. GOMEZ:**

13   Q.   After you speak to Ms. Dooley, did you have an

14   understanding what you needed to do to be able to reopen your

15   restaurant?

16   A.   Yes.  Rachel Dooley introduced us to the head of the

17   person in the Tax Business Department in the city and she says

18   that we needed a business tax I.D., and so we went and we met

19   with him, and he provided us with all of the application that

20   we needed to submit for a business tax I.D., and we were also

21   suggested to apply for a TEP, a temporary events permit that

22   would allow us to function until we can find some more

23   permanent -- more permanent solution to us operating where we

24   were.

25   Q.   And did you complete all of the paperwork and submit it?

1   A.   We completed the paperwork and we did submit it.

2   Q.   And again, what was your understanding of what you were

3   applying for?

4   A.   We were applying for a business tax I.D. and for a

5   temporary events permit.

6   Q.   And so what was the type -- I understand that you were

7   operating a restaurant.  What was special about it?  What was

8   unique?

9   A.   So the business tax I.D. to my understanding is something

10  that everyone needs, so you just apply for and the temporary

11  events permit essentially allows us to operate on a temporary

12  basis in a mobile food establishment on private property.

13  Q.   And it was your understanding that you needed to apply for

14  this temporary events permit?

15  A.   Correct.

16  Q.   And you completed the application, you submitted it to the

17  city?

18  A.   Yes.

19  Q.   And so -- and what is it again, so describe -- if you can

20  describe to the jury your restaurant, the type of restaurant

21  that it is?

22  A.   So, at the time, my husband and I, we had left our

23  longstanding careers to pursue our passion of having a sandwich

24  shop.  And we figured that we'd think outside the box of your

25  traditional brick and mortar because it could be very costly

1    for upfront costs and starting a business.

2        So we invested all of our savings into a shipping

3    container and my husband designed it to be really, in my

4    opinion, a beautiful structure that will complement the city

5    and where it was.

6        And so it was a shipping container.  At the time, we had

7    seen it being done within the city in the Wynwood area, and so

8    we designed it and made it into essentially a restaurant where

9    you would walk up to a window, you'd place your order and we

10   would serve you.

11   Q.   Who's the commissioner for the district where your

12   restaurant was operating?

13   A.   Joe Carollo.

14   Q.   And are there any other businesses in his district today

15   operating out of a shipping container?

16   A.   Yes.

17        MR. PERTNOY:  Objection.  Calls for speculation.

18   Foundation.

19        THE COURT:  Overruled.  If you know.

20   **BY MS. GOMEZ:**

21   Q.   Where is that restaurant located?

22   A.   There are two shipping containers directly in front of our

23   brick and mortar; where our brick and mortar stands today.

24   Q.   Did you ever meet with defendant Carollo in connection

25   with the raid that you experienced?

```
 1                MR. PERTNOY:  Objection.

 2                THE WITNESS:  Yes.

 3                MR. PERTNOY:  Timeframe.

 4                THE COURT:  Sustained.

 5   BY MS. GOMEZ:

 6   Q.   On what date did you meet with him?

 7   A.   Immediately after we were raided that initial time in

 8   November, it was told to us by several Code Enforcement

 9   officers and police officers --

10                MR. PERTNOY:  Objection.  Hearsay.

11                THE COURT:  Sustained.

12   BY MS. GOMEZ:

13   Q.   So why did you meet with defendant Carollo?

14   A.   It was suggested to us that he's the person we needed to

15   meet with.

16   Q.   And why was it that you needed to meet with him?

17   A.   Because he was the commissioner and the one that had the

18   power to allow us to operate.

19   Q.   And so what was your understanding about this power to

20   operate?

21                MR. PERTNOY:  Objection.  Calls for speculation.

22   Lack of foundation.

23                THE COURT:  Sustained.

24   BY MS. GOMEZ:

25   Q.   Did Commissioner Carollo, when -- you did meet with him,
```

```
 1  right?
 2  A.   We did meet with him, yes, in December.
 3  Q.   In December of 2017?
 4  A.   Yes.
 5  Q.   And when you met with him, did you understand what the
 6  problem was that you were experiencing?
 7  A.   Yes.  So when we went to him, we explained to him a little
 8  bit further of what exactly what we were doing and what our end
 9  goal was which essentially was just kind of create an elevated
10  experience for the Cuban sandwich.
11       We explained the theme to him, that we are natives of
12  Miami and we're really excited to bring this to or community
13  and to please help us if there was anything that we needed to
14  do so that we can make that happen on a permanent basis.
15  Please allows us to do so.
16       At the time, he said -- shared that he loved what we were
17  doing, but that the property we were on was problematic and
18  that there could potentially be city property that we can
19  transfer our shipping container to.
20  Q.   What did you understand by that?
21  A.   That we shouldn't be operating where we were.
22  Q.   And where were you operating?
23  A.   We were on the Barlington property at the time and so he
24  asked at the end of the meeting that we leave him a copy of our
25  lease agreement with our landlord.
```

```
 1   Q.   And again, who owns the Barlington Group?
 2   A.   Bill Fuller and Martin Pinilla.
 3   Q.   Did you eventually obtain a temporary events permit?
 4   A.   Yes.
 5   Q.   When did you obtain it?
 6   A.   It was finally given to us on January 2nd.  It was the
 7   first temporary events permit issued of the year in 2018.
 8   Q.   And so before -- so can you give a timeframe to the jury?
 9   You got this temporary events permit on January 2nd, how long
10   were you closed for?
11   A.   We had been closed for several weeks.  Throughout the
12   holidays, we could not operate.
13   Q.   And then when you -- once you got the permit, how long did
14   it take for you to reopen the restaurant?
15   A.   Immediately after we purchased the food that we needed,
16   started to prepare food again, and immediately thereafter,
17   within days, proceeded to open the business.
18   Q.   And before you opened the business, did anything
19   significant happen in the days leading up to opening?
20   A.   Yes.
21   Q.   What happened?
22   A.   Within 48 hours of the temporary events permit being
23   issued to us while we were at the shipping container, cleaning,
24   preparing food, we had a Code Enforcement officer come over and
25   say that we couldn't open.
```

1    We insisted we had already been issued a temporary events

2  permit.  We showed him the temporary events permit.  We showed

3  him our license with the state that we could still operate

4  food, and we didn't understand why they were approaching us and

5  he said to us it's just a warning that, you know, people are

6  watching.

7  Q.   What did you understand that to mean, that people are

8  watching?

9         MR. PERTNOY:  Objection.  Calls for speculation.

10  Lack of foundation.

11         THE COURT:  Overruled.  You can answer.

12         THE WITNESS:  It told me that there was a

13  disapproval, that we should not be operating where we were.

14  **BY MS. GOMEZ:**

15  Q.   And who was disapproving?

16         MR. PERTNOY:  Objection.  Calls for speculation.

17         THE COURT:  Overruled.

18         THE WITNESS:  Joe Carollo disapproved.

19  **BY MS. GOMEZ:**

20  Q.   Now, did you reopen your restaurant?

21  A.   Yes.

22  Q.   And how long were you open?

23  A.   A few hours before they came and raided us once again.  We

24  were finally selling food.

25  Q.   Were you told anything at that point?

```
 1   A.   Yes.  We were told that we still didn't have what we

 2   needed to operate.  We insisted that we had a temporary events

 3   permit at the time and they insisted that we didn't have what

 4   we needed and they threatened to arrest us if we did not close

 5   our doors.

 6              MR. PERTNOY:  Objection.  Hearsay.

 7              THE COURT:  Overruled.

 8   BY MS. GOMEZ:

 9   Q.   They threatened -- say that again?

10   A.   They threatened to arrest us if we didn't cease to operate

11   the business.

12   Q.   Who was it that threatened?

13   A.   The police officers and the Code Enforcement officers.

14   Q.   What was your understanding of why you were going to be

15   arrested?

16              MR. PERTNOY:  Objection.  Calls for speculation.

17   Lack of foundation.

18              THE COURT:  Overruled.

19              THE WITNESS:  We were told because we weren't

20   following orders to close down and so we would be going in

21   direct opposition of what were being told needed to happen.

22   BY MS. GOMEZ:

23   Q.   To be clear, at that time you had a permit?

24   A.   We had a temporary events permit.

25   Q.   Was that permit revoked?
```

```
 1   A.   It was revoked before -- so the temporary events permit is
 2   good for 30 days.  It was revoked before the 30 days expired.
 3   Q.   And how were you notified that it was revoked?
 4   A.   I don't recall.
 5   Q.   So if we can take the jury back, you're reopening the
 6   restaurant, you bought all this food because you thought
 7   you were going to be able to operate and now you're shut down
 8   in just a few days later.  I think you said within 48 hours?
 9   A.   Correct, within 48 hours.
10   Q.   And so what did you do with all of that food?
11   A.   So --
12           MR. PERTNOY:  Objection.
13           THE COURT:  What's the objection?
14           MR. PERTNOY:  Foundation and irrelevant.
15           THE COURT:  Overruled.
16           THE WITNESS:  So that the food wouldn't spoil, and we
17   didn't have to throw it away, we -- at this point, it became
18   very clear to us what was happening and so we decided that we
19   would give away the food so I did my research and I had --
20   BY MS. GOMEZ:
21   Q.   Explain what was happening that was very clear to you.
22   A.   Joe Carollo was finding -- he was sabotaging all of our
23   efforts to open and operate our business.  It was clear to us
24   that that just -- they were not going to allow -- he wasn't
25   going to allow that to happen.
```

1    So it was important to us -- I mean, this is a lot of food

2    that we prepared.  We cure our own meats and make our own

3    pickles in house and make all of our condiments.

4        For us, there was a lot of effort and time that goes into

5    this, preparing this food.  Having it spoil or throw it in the

6    trash was not the ideal situation for us.

7        So I did my research and I paired up with a company, a

8    nonprofit organization called Envy Foundation and they bring

9    attention to bullying in our community of the elderly and of

10   the youth and so we paired up with them and put up a bullying

11   campaign together against bullying in our community, and gave

12   away the food.  We had a representative from the Envy

13   Foundation there accepting donations.

14   Q.   And why did you choose that particular campaign,

15   anti-bullying campaign to donate your food?

16   A.   I think at that time -- sorry.

17   Q.   Take your time.

18   A.   At that time, it became evident to me that bullying

19   happens not just when you're a kid or when you're an elderly.

20   But it happens at any stage in your life and so it was

21   important that we sent a message.

22       It was important that we sent a message to the community

23   and to everyone that was overseeing what was happening to us --

24   thank you -- that it was wrong, and that we wouldn't stand for

25   it and that we -- for us, it was like the voice that we had.

1   The only outlet we had was the community, social media, and to

2   send a message of what was happening.

3   Q.   Were you able to give that food away without anybody

4   interrupting you?

5   A.   No.

6   Q.   What happened?

7   A.   We had police officers and code enforcement show up once

8   again telling us that we could not be handing out food.  We

9   instructed that we were not selling the food, this is what I

10  have a license from the state that allows me to prepare and

11  sell food.  I have all of my food safety certifications that

12  allows me to handle it in a safe manner and that we weren't

13  doing anything that was wrong.  We were just giving away food.

14  Q.   And did you -- after that, did you participate in any

15  festivals?

16  A.   We did.  We participated in the Gay 8 Festival and in the

17  Calle Ocho Festival.

18  Q.   And what is the Gay 8 Festival?

19  A.   The Gay 8 Festival is where several streets are blocked

20  off including the avenue, the street where we were located.

21  They get blocked off and there's hundreds of vendors that put

22  up their tent.  There's a stage and they have competitions and

23  performances that happen, and vendors sell their food or their

24  arts to the event goers.

25  Q.   And do you need a permit to participate in that festival?

```
 1   A.   As a vendor --
 2            MR. PERTNOY:  Again.  Calls for speculation.
 3            THE COURT:  Overruled.  If she knows.
 4   BY MS. GOMEZ:
 5   Q.   Again, do you need a permit to participate as a vendor in
 6   that festival?
 7   A.   As a vendor, you do not need a permit.
 8   Q.   Why not?
 9   A.   Because you operate under the permit of the host who --
10   the festival itself, those coordinators, they pull a permit so
11   all of the vendors function under the umbrella of that one
12   permit.
13   Q.   And so even though you were there as a vendor
14   participating under the Gay 8 Festival permit, did you
15   experience any issues while you were there?
16   A.   Yes.
17            MR. PERTNOY:  Objection.  Leading.
18            THE COURT:  Overruled.
19            THE WITNESS:  Yes.  There were several Code
20   Enforcement officers and police officers that raided us once
21   again.
22   BY MS. GOMEZ:
23   Q.   So I'm going to show you now what's been marked as
24   Plaintiffs' Exhibit 295.  It's showing only to you.  Not -- I'm
25   not publishing it yet.
```

1      So, I'm sorry, so this video has already been admitted so

2  we are just going to publish it to the jury.  Do you recognize

3  the video?

4  A.   Yes.

5  Q.   Who took the video?

6  A.   I did.

7                         (Video played.)

8      "Here they are even at a festival, saying we need a

9  special permit like every other vendor is operating."

10 Q.   Who's the gentleman in the orange?

11             MR. PERTNOY:  Objection.  Lack of foundation.

12             THE COURT:  Overruled.

13             THE WITNESS:  He -- I don't remember his name exactly

14 but he was what we knew as the right hand of Joe Carollo.

15                         (Video played.)

16      "That's Carollo's employee right there.  Carollo's

17 employee."

18 **BY MS. GOMEZ:**

19 Q.   Is that you speaking?

20 A.   Yes.

21                         (Video played.)

22      "We have our state food vending license.  Operating our

23 tent like every other vendor here.  But yet we need a special

24 permit."  There they are.2.

25

1    **BY MS. GOMEZ:**

2    Q.   Why did you film that video?

3    A.   Because it was blatantly obvious that we were being

4    harassed again.  I mean, there were dozens -- you can see that

5    there are dozens of other vendors.  They didn't approach any of

6    the other vendors.

7         We were doing nothing different than what those other

8    vendors were doing.  Yet, we were the ones that needed special

9    permitting in order to sell food like everyone else was.

10   Q.   Were you able to sell food?  Were you able to resolve the

11   issue at that time?

12   A.   We put our foot down and we said we were not closing.  We

13   were once again threatened to be arrested.  It got very

14   contentious, and we refused.  We said that we weren't going to

15   close, that they would have to arrest us if they wanted us to

16   stop selling.

17   Q.   And so after that experience at the Gay 8 Festival,

18   did you go see Commissioner Carollo again?

19   A.   Yes.

20   Q.   And do you remember the date of that meeting?

21   A.   I want to say it was sometime in February of 2018.

22   Q.   And were there other people present during that meeting?

23   A.   Yes.  Emilio Gonzalez.  He was the city manager at that

24   time, and Victoria Mendez which was the city attorney, Joe

25   Carollo was present and myself, my husband, and I want to say

```
 1   that there were two or three more individuals in the room that
 2   I don't recall who they are.
 3   Q.   And what happened during that meeting?
 4   A.   We -- we asked why we were being harassed, that all we
 5   wanted to do was -- you know, we're honest people trying to
 6   operate an honest business.  And we didn't understand why every
 7   one of our efforts were being sabotaged to obtain what the city
 8   was telling us that we needed so that we can operate.  It
 9   became very contentious.  Victoria was extremely condescending,
10   and patronizing when trying to speak to us.
11             MR. PERTNOY:  Objection.  Move to strike.
12             THE COURT:  What's the objection?
13             MR. PERTNOY:  Improper opinion testimony.
14             THE COURT:  Overruled.
15   BY THE WITNESS:
16   Q.   I'm sorry, you said Victoria Mendez?
17   A.   Yes.
18   Q.   What was her demeanor?
19   A.   She was extremely patronizing and condescending.  Joe
20   Carollo was not polite whatsoever.  I brought to light that
21   there was no code within the city that did not allow us to
22   operate in the way -- in the manner that we were operating,
23   meaning we had a mobile establishment on private property and
24   there was nothing within their code that said that we could not
25   operate in the way that we were operating.
```

1    And they agreed saying that because there was nothing that
2    said that we could, and there was nothing that said that we
3    couldn't, it left us in a gray area and, therefore, it was
4    their opinion that we could not.
5         MR. PERTNOY:  Objection.  Move to strike.
6         THE COURT:  Grounds?
7         MR. PERTNOY:  Hearsay.  And testifying as to somebody
8    else's opinion.
9         THE COURT:  Overruled.
10   **BY MS. GOMEZ:**
11   Q.   So after you attend this meeting with Joe Carollo,
12   Victoria Mendez, the city attorney, and some other city
13   officials, Emilio Gonzalez, the city manager, and they
14   explained to you that it's a gray area and, therefore, you
15   can't operate, you leave that meeting thinking what?
16   A.   I left that meeting being told by Joe Carollo to
17   immediately leave and to make sure that the door doesn't hit me
18   in my ass on the way out.
19   Q.   Those were his exact words?
20   A.   Those were his exact words.
21   Q.   And did you go back to your business?
22   A.   We went back to our business and I'm sure cleaned.  It was
23   our second home.  It was all that we had at the time so we took
24   care of it as best as we could, so we were there every single
25   day even though we weren't operating.  You know, swept around,

1    make sure that we kept things nice and neat.  We weren't going

2    to abandon it.  It's what we had, and we went back to find out

3    the following day that our electricity had been shut off and

4    that we were told that the lines had been cut by orders of Joe

5    Carollo.

6         And so we had to scramble to purchase or rent at the time

7    one of these like big standing generators that they use at

8    construction sites because it was the sort of power that we

9    needed.  The ones that's readily available at, you know, like a

10   Home Depot just wasn't enough so we had to invest in renting

11   one of them so that we could power up all of the refrigeration

12   so that food would not spoil.

13        THE COURT:  All right.  It's 12:15.  As I discussed

14   earlier, we're going to be in recess for lunch.  Again, please

15   do not discuss this case with anyone or anyone else and of

16   course, as I mentioned last week, I know there were people here

17   in the public and the media.  Please do not have any

18   conversation or approach the jurors or make anything -- say

19   anything in their presence directly or indirectly, none

20   whatsoever.

21        With that said, enjoy your lunch.  We'll see you back

22   here at 1:15 p.m.

23        THE COURTROOM DEPUTY:  All rise for the jury.

24        (Thereupon, the jury exited the courtroom.)

25        THE COURT:  Also may I see the lawyers briefly at

```
 1    sidebar, take about 30 seconds?
 2                    (At the bench.)
 3         THE COURT:  Maybe perhaps we can address more for
 4    Ms. Dawson, do you recognize the person in court?  You don't
 5    have to make it obvious.  I'm just asking Ms. Dawson if she
 6    sees the person in court.  I just did not see Ms. Martinez pass
 7    a note to the CSO.  Even throughout the process, if you see him
 8    today or tomorrow, please bring it to my attention immediately.
 9    That's goes for anybody else, okay?
10         MS. DAWSON:  Your Honor, yes.  It was brought to our
11    attention that that person did give testimony in the other
12    case, that he does have a twenty percent interest in the
13    outcome of this case and that he considers himself a partner in
14    this case which was misrepresented in my opinion when we
15    approached Your Honor beforehand, and we do have significant
16    concerns.  I don't think that he'll be coming back.  I did see
17    him here this morning.
18         THE COURT:  If you see him again, let me know.  Make
19    sure I address him and he's not allowed to come before this
20    Court moving forward.  All right?  Don't even come in this
21    building, period.  All right?  So, if you see him let me know,
22    okay?
23         MR. PERTNOY:  Thank you, Your Honor.
24         THE COURT:  We're in recess now till lunch for an
25    hour.
```

1          THE WITNESS:  Thank you.

2                  (Luncheon recess taken.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | **MONDAY AFTERNOON SESSION, APRIL 24, 2023** |
| 2 | PROCEEDINGS |
| 3 | - - - |
| 4 | (Call to the Order of the Court.) |
| 5 | THE COURT:  You may be seated.  You want to bring in |
| 6 | the jurors. |
| 7 | THE COURT SECURITY OFFICER:  All rise for jury. |
| 8 | MR. KUEHNE:  Your Honor, did you want to discuss the |
| 9 | matter that we deferred from the morning? |
| 10 | THE COURT:  How long is it going to take to address |
| 11 | that, sir? |
| 12 | MR. KUEHNE:  Probably about 15 minutes, I would |
| 13 | expect. |
| 14 | THE COURT:  I'll do it after we're done with this |
| 15 | witness, okay?  We'll do it after we're done with this witness. |
| 16 | MR. KUEHNE:  Yes, sir. |
| 17 | THE COURT:  At next break, okay?  You can bring the |
| 18 | jurors, please. |
| 19 | MR. KUEHNE:  Your Honor, again, without waiver of any |
| 20 | of the respected parties' positions. |
| 21 | THE COURT:  I understand that, sir.  Thank you. |
| 22 | MR. KUEHNE:  Thank you, Judge. |
| 23 | (Thereupon, the jury entered the courtroom.) |
| 24 | THE COURT:  All right.  You may be seated.  The |
| 25 | members of the jury are all present and accounted for.  Also, |

```
 1   ladies and gentlemen of the jury, again, when we do take a

 2   break, please let me know if you will contact the CSO.  Some

 3   are smiling.  I was looking at the clock.  Just let me know

 4   when you want to take a break, all right?  How is the

 5   temperature in here?  Is it good so far?  All right.  You may

 6   continue.

 7               MS. GOMEZ:  Thank you, Your Honor.

 8   BY MS. GOMEZ:

 9   Q.   Ms. Romero, I believe that before the break, we ended with

10   your second meeting with defendant Carollo.  After that

11   meeting, did you go back to your restaurant?

12   A.   Yes.

13               MR. PERTNOY:  Objection, Your Honor.  Asked and

14   answered.

15               THE COURT:  Overruled.

16   A.   Yes.  I went back to the restaurant to clean up, make sure

17   everything was okay.

18   Q.   And did you notice anything unusual?

19   A.   Yes.  That our -- we had no power.

20   Q.   And did you stay there till later in the evening?

21   A.   Yes.  We had to because we needed to make sure that we

22   were able to get the provisions necessary so that we could get

23   power up to the generator.  I was there by myself around 10:00

24   at night.

25               By this time my husband had left.  I needed to finish
```

1   doing what I was doing because we have two young children and

2   when I was doing -- I had a customer of ours knock on the

3   window because everything was closed up, and I perched it open,

4   and was speaking to her and we witnessed Joe Carollo in his car

5   taking pictures of me.

6   Q.   Did anything happen after you saw defendant Carollo taking

7   pictures of you?

8   A.   Yes.  Once he drove off, about 15 minutes later, a Code

9   Enforcement officer showed up claiming that I was open and

10  operating.  I denied it.  I said I was simply speaking to

11  somebody who had knocked on the window, and so I had opened the

12  window and I said are you here because Joe Carollo just left?

13  He was taking pictures of me.  He says I'm not -- I'm unable to

14  tell you.  I just --

15              MR. PERTNOY:  Objection.  Hearsay.

16              THE COURT:  Overruled.

17              THE WITNESS:  I received a call that you were doing

18  business and I needed to make sure that you are not and I

19  reassured him that I was not doing business.

20  **BY MS. GOMEZ:**

21  Q.   You said that you have two young children.  What were

22  their ages at that time?

23  A.   They were both under two, so we have two under two at the

24  time when we first started our business.

25  Q.   Now, did you participate -- or I think I believe you said

```
 1  you participated in the Calle Ocho festival?
 2  A.   Yes.
 3  Q.   And did anything happen during that festival?
 4  A.   Yes.  We were raided once again, stating that we needed
 5  special permitting to be operating.  But at that time, our
 6  shipping container wasn't even in place.
 7       At that point, we had removed it, and we just had a 10 by
 8  10 tent in its place selling food like all of the other vendors
 9  out of an ordinary tent just like every other vendor.
10  Q.   Were there any other vendors that were raided on the Calle
11  Ocho Festival?
12  A.   There were no one else was approached or raided.
13  Q.   And on what property was your tent?
14  A.   It was on the same property, on the Barlington property.
15  1641 SW 8th Street.
16  Q.   Who owns the Barlington?
17  A.   Bill Fuller and Martin Pinilla.
18  Q.   Now, the Calle Ocho Festival, is that a permitted
19  festival?
20  A.   It is.  It's a longstanding festival.  It's been around
21  for years.
22  Q.   Who runs that festival?
23  A.   The Kiwanis.  It's a not for-profit.
24  Q.   The Calle Oche Festival is a permitted festival?
25  A.   Yes.
```

```
 1   Q.   The City of Miami gives a permit to the festival to
 2   operate?
 3             MR. PERTNOY:  Objection.  Lack of foundation.
 4             THE COURT:  Overruled.
 5             THE WITNESS:  And all the vendors operated under that
 6   main festival.
 7   BY MS. GOMEZ:
 8   Q.   So it's the same as the Gay 8 Festival?
 9   A.   Correct.
10   Q.   Now do you know who was responsible for ordering Code
11   Enforcement to target you during that festival?
12             MR. PERTNOY:  Objection.  Calls for speculation.
13             THE COURT:  Overruled.  If she knows.
14             THE WITNESS:  Joe Carollo was responsible for all of
15   the raids.
16   BY MS. GOMEZ:
17   Q.   How do you know defendant Carollo was responsible for this
18   one in particular?
19   A.   Everyone knew that he was responsible for all of the
20   raids.
21             MR. PERTNOY:  Objection.  Move to strike.  That's not
22   a basis for knowledge.
23             THE COURT:  Sustained.
24   BY MS. GOMEZ:
25   Q.   Now how often was Sanguich raided?
```

1    A.    Every time we attempted to open our doors or a few days,

2    immediately following.

3    Q.    And what period of time did this occur?

4    A.    From October -- from November to March.

5    **BY MS. GOMEZ:**

6    Q.    Of the years?

7    A.    I'm sorry, November, 2017 to March, 2018.

8    Q.    And was your business being targeted by Code Enforcement?

9          MR. PERTNOY:  Objection.  Calls for speculation.

10   403.

11         THE COURT:  Overruled.  If she knows.

12         THE WITNESS:  They -- yes, it was being targeted.

13   They made sure that any time we made any sort of effort to

14   operate our business, that they'd come and make us fully aware

15   of their stance on our business and that we could not open.

16   **BY MS. GOMEZ:**

17   Q.    Did the raids at some point stop?

18   A.    They did.

19   Q.    What caused them to stop?

20   A.    When we moved completely from the property and were forced

21   to go somewhere else.

22   Q.    And --

23         MR. PERTNOY:  Objection.  Move to strike the quote

24   "forced to."

25         THE COURT:  Overruled.

1    **BY MS. GOMEZ:**

2    Q.   When you moved somewhere else, where did you move to?

3    A.   We moved one mile -- roughly one mile west of the

4    Barlington Group property.

5    Q.   And is the new location owned by the Barlington Group?

6    A.   No.

7    Q.   So are Bill Fuller and Martin Pinilla your landlords

8    today?

9    A.   They are not.

10   Q.   Have you been raided?

11   A.   We have not, never.

12   Q.   Now, what were the consequences of defendants Carollo's

13   actions on your business --

14        MR. PERTNOY:  Objection.

15   Q.   -- and your family?

16        MR. PERTNOY:  Objection.  403.  Move to strike.

17   Outside of the scope of this litigation.

18        THE COURT:  Overruled.  Well, sustained.  I'm going

19   to sustain the objection.

20   **BY MS. GOMEZ:**

21   Q.   So were there periods of time where you could not operate

22   your business?

23   A.   There were large periods of time that we could not operate

24   our business and it affected us greatly.  We left our careers

25   as I said before so that we could start this.  Our only goal so

```
 1    that we can operate an honest business within the City of Miami
 2    on Calle Ocho which for us was very dear because of what Calle
 3    Ocho and Little Havana represents.
 4         And it was truly our only goal, but preventing us from
 5    doing that left us in a very difficult state.  We had a new
 6    family.  We left our careers, and financially, it was very
 7    strenuous.
 8              MR. PERTNOY:  Move to strike as beyond the scope of
 9    this litigation.
10              THE COURT:  Sustained.  Stricken.
11              MS. GOMEZ:  Your Honor, if I could have a minute.
12              THE COURT:  Sure.
13    BY MS. GOMEZ:
14    Q.   I'm going to show you what's been marked for
15    identification as Plaintiffs' Exhibit 197.
16              MR. PERTNOY:  No objection.
17    BY MS. GOMEZ:
18    Q.   Can you describe what's on your computer right now?
19    A.   It's the shipping container that my husband built out.
20    Q.   When you say your husband built it out, what did he do to
21    it?
22    A.   Everything.  He transformed -- he took a shipping
23    container and built it out, the facade, he changed the inside,
24    he put all the necessary plumbing and electrical and insulation
25    necessary so that we could operate our business.  He created a
```

```
 1    coffee station, a sandwich station, and the window so that we

 2    could serve.

 3            MS. GOMEZ:  Your Honor, if we could admit Plaintiffs'

 4    Exhibit 197 into evidence.

 5            THE COURT:  There's no objection, correct?

 6            MR. PERTNOY:  No objection.

 7            THE COURT:  It's admitted.

 8                 (Plaintiffs' Exhibit 197 Received.)

 9            MS. GOMEZ:  So we can publish it to the jury.

10            THE COURT:  Sure.
```

**BY MS. GOMEZ:**

```
12    Q.   What we have right now on the screen is your old

13    restaurant, right?

14    A.   Yes.

15    Q.   And does that restaurant exist today?

16    A.   No.

17            MR. PERTNOY:  Objection.  Misstates her testimony.

18            THE COURT:  Overruled.

19            MS. GOMEZ:  If we can go to the second page.
```

**BY MS. GOMEZ:**

```
21    Q.   What is on the screen now?

22    A.   It's our restaurant now.  Our brick and mortar.

23    Q.   Where does this restaurant operate?

24    A.   It is on Calle Ocho on 20th Avenue.

25    Q.   And what kind of food do you sell?
```

1    A.   We sell Cuban sandwiches and milkshakes.

2              MS. GOMEZ:  No further questions.

3              THE COURT:  Cross-examination.

4                      -  -  -  -  -

5              **CROSS EXAMINATION OF ROSA ROMERO**

6    **BY MR. PERTNOY:**

7    Q.   Good afternoon, Ms. Romero.

8    A.   Good afternoon.

9    Q.   So I want to go through your testimony and I want to start

10   with pulling up PX 5, please.  So, before we get to PX 5, how

11   did you come to learn of the location of that you ended up

12   placing the container on the plaintiffs' property?  How did you

13   come to learn that?

14   A.   My husband made the recommendation through a reference

15   that he got.  We knew of Ball & Chain and what it represented

16   to Calle Ocho, and we also knew of Viernes Culturales which was

17   an event, I think it's the first or last Friday of every single

18   month that kind of activated that section of Little Havana, and

19   it was -- it brought life back to what Little Havana was to

20   what it is today.  And so it was important to us being an

21   authentic Cuban sandwich shop that our business begin in that

22   location.

23   Q.   And so how did you then come into contact with the

24   plaintiffs?

25   A.   We contacted them.

```
 1   Q.   So you, yourself, reached out or your husband reached out?
 2   A.   My husband made that connection.
 3   Q.   Okay.  And what was your understanding of what the
 4   plaintiffs told you with respect to use of the property that
 5   you were going to use for the container?
 6   A.   I'm sorry?
 7   Q.   Your husband spoke to the plaintiffs, correct?
 8   A.   Right.
 9   Q.   And they told your husband that you all would be able to
10   use their property to place this container on their property,
11   correct?
12   A.   Yes, in a space that we could lease so that we can put a
13   shipping container on it.
14   Q.   To your knowledge, were there any discussions by them with
15   respect to how that was going to be done or whether it was
16   allowed, anything like that, do you recall?
17   A.   No.
18           MR. PERTNOY:  Okay.  Let's put up PX 5.  Any
19   objection?  I'd like to publish to the jury and admit it as
20   evidence.
21           THE COURT:  Granted.
22               (Plaintiffs' Exhibit 5 Received.)
23   BY MR. PERTNOY:
24   Q.   So what I'm showing you is your Florida Commercial Lease
25   Agreement, and let's start by clarifying a piece of your
```

```
 1  testimony.  You said your landlord was the Barlington Group,
 2  but in fact, it was Futurama, LLC.  Do you see that here?
 3  A.    I do.
 4  Q.    Okay.  And you understand that to also be another one of
 5  the plaintiffs' companies, correct?
 6  A.    I knew Futurama as a name of the building that was
 7  directly next to us.  I thought it was just the name of the
 8  building.
 9  Q.    And Brush and Bristle Corporation, that's your corporation
10  with your husband, correct?
11  A.    Yes.
12  Q.    And so you understand that the lease that you entered into
13  was between the plaintiffs' corporation and your corporation,
14  correct?
15  A.    Yes.
16  Q.    It wasn't a lease between the plaintiffs individually, and
17  you and your husband individually, correct?
18  A.    Well, I mean, my husband and I individually, it was our
19  building, or it was our business, Brush and Bristle.  We were
20  Brush and Bristle.
21  Q.    Right, but it's your corporation that's entering into the
22  contract, not you individually?
23  A.    Yes.
24  Q.    So as to make sure you are not individually liable, your
25  corporation is liable?
```

```
 1   A.   I mean, I don't know if I did it with that intent but when

 2   you open up a business, you put a business name and you open up

 3   a corporation.  That's just how you start a business.

 4   Q.   Okay.  And I believe in your direct testimony, you

 5   mentioned that you were a litigation paralegal prior to

 6   becoming business owners for Sanguich, correct?

 7   A.   Yes, sir.

 8   Q.   What type of litigation -- how long were you a litigation

 9   paralegal?

10   A.   17 years.

11   Q.   And did you do only litigation, or did you do other types

12   of work for the law firm?

13   A.   It was mainly litigation.

14   Q.   So you're generally familiar with the differences between

15   individual liability and corporate liability through

16   litigation, correct?

17   A.   Sure.

18   Q.   Okay.  And you also know as a paralegal in litigation,

19   that you're familiar with that there are various laws, whether

20   it be city code, codes, county codes, Florida statutes, there's

21   lots of laws that apply to how business businesses operate

22   correct?

23   A.   Sure.  There's laws for everything.

24   Q.   And you would agree that a business has to follow those

25   laws in order to be in good standing with the city, the state,
```

1    the county, correct?

2    A.    Yes, sir.

3    Q.    And you don't believe as you sit here today that your

4    business was excluded from having to follow the various laws

5    and rules and regulations of the city, the county, and the

6    state, correct?

7    A.    No.  We tried very much to follow what those regulations

8    are.

9    Q.    And if you didn't follow those regulations, you would

10   agree with me then that the city or the county or a state or a

11   governmental entity would have the right to issue a ticket, a

12   citation, or give you a notice of violation, correct?

13              MS. GOMEZ:  Objection.  Hypotheses.

14              THE COURT:  Sustained.

15              THE WITNESS:  I can answer?

16              THE COURT:  No.

17   **BY MR. PERTNOY:**

18   Q.    So let's also look at the next part of this lease which

19   is -- you see here it talks about a storage container on the

20   west lot at 1637 SW 8th Street.  Do you see that, the second?

21   A.    Which paragraph?

22   Q.    Third line?

23   A.    Yes, sir.

24   Q.    But the address that you went by was 1641, correct?

25   A.    That's correct.

1    Q.    How did that address come to be?

2    A.    I just always knew it as 1641.  That's what I put on all

3    of the documentation.

4    Q.    And mail was delivered to 1641?

5    A.    I think mail was delivered to our home address.

6    Q.    I see.  And now in the second -- in the first section of

7    this is the term of the agreement, do you see that?  It says

8    term and can we enlarge that, please, and there we go.

9          Thank you.  So now I think you testified that you and your

10   husband purchased the container, correct?

11   A.    Yes.

12   Q.    So when you purchased the container, you had to deliver

13   the container to the property, correct?

14   A.    Once it was built out.

15   Q.    Okay.  So, to be clear, in order to deliver the built out

16   container, you didn't just drive it down the street, correct?

17   A.    That's exactly what we did.

18   Q.    Well, no.  The container itself doesn't have an engine or

19   wheels, correct?

20   A.    No, you just use a truck to pull it like you would any

21   other structure that sells food that doesn't have a motor like

22   concession stands.

23   Q.    So you were able to pull the container on the street, is

24   your testimony here?

25   A.    Yeah, you put it on a flatbed, on a tow truck and then you

1    just transport it.

2    Q.    That's an important detail.  You weren't pulling the

3    actual container because the actual container didn't have any

4    wheels or axles, correct?

5    A.    No, it did not.

6    Q.    So you had to lift it up, put it up on a flatbed and then

7    drive a truck and then take it off of the flatbed and put it

8    down on the ground, correct?

9    A.    The flatbed pulls it into its -- the flatbed, it doesn't

10   pick it up.

11   Q.    However it may be, but it wasn't like it was rolling down

12   the road on its own, correct?

13   A.    No, it was on the tow truck.

14   Q.    Okay.  Just to be clear.  And now looking at the term of

15   this, it talks about in the third line, it says landlord's

16   work.  Do you see that?

17   A.    Yes.

18   Q.    And it says landlord's work at landlord's expense shall

19   include electrical, water, and sewer utility connections.

20   Do you see that?

21   A.    Mm-hmm.

22   Q.    So --

23            THE COURT:  Wait, is that a yes or no?

24            THE WITNESS:  Yes.

25            THE COURT:  Okay.

```
 1              THE WITNESS:  I see that.
 2   BY MR. PERTNOY:
 3   Q.   So the landlord was responsible for connecting it to
 4   power, connecting it to water and connecting it to the sewer
 5   system, correct?
 6   A.   Providing those provisions for us.
 7   Q.   Okay.  Now did you all have your own separate FP&L
 8   account?
 9   A.   Not that I recall.
10   Q.   It was connected on the 1637 address?
11   A.   I don't know what it was connected to.
12   Q.   Okay.
13   A.   I don't recall.
14   Q.   And did you have your own separate water and sewer with
15   Miami-Dade County Water and Sewer?
16   A.   No, I don't think so.
17   Q.   Okay.  So, basically you were using the existing power and
18   water and sewer of the plaintiffs' property, correct?
19   A.   We used whatever provisions were provided to us.
20   Q.   Okay.  Now, if you turn to the page where it says Fuller
21   28 which is paragraph 26 of the lease, right there, can you
22   highlight where it says compliance with the law?
23        Now, it says here the tenant shall comply with all laws,
24   orders, ordinances, and public requirements now and hereafter
25   pertaining to tenant's use of the leased premises.  And
```

1    landlord shall comply with all laws, orders, ordinances and

2    other public requirements now or hereafter affecting the leased

3    premises.  Do you see that?

4    A.   Yes, sir.

5    Q.   You understood that that was an obligation for you as the

6    tenant and for the landlord as well, correct?

7    A.   Yes.

8    Q.   Okay.  And if you turn to the very first page of the

9    lease -- actually, strike that.  Can we go to the -- to the

10   page that says Fuller 29?

11        So, if you see here, the lease was executed by both the

12   landlord and the tenant on April 4, 2017, correct?

13   A.   Yes.

14   Q.   Do you recognize that as your -- is that your husband's

15   signature or your signature?

16   A.   It's my husband's.

17   Q.   And so this lease started on April of 2017, correct?

18   A.   Yes, sir.

19   Q.   And to be clear, that's five, six months, maybe seven

20   months before Commissioner Carollo was even ever elected,

21   correct?

22   A.   Yes.

23   Q.   Okay.  And prior to signing the lease, did you and your

24   husband investigate, well, let's see what kind of licenses and

25   permits we need to get for our business?

```
 1   A.    Yes, that's why we filed for the DBPR with the state.

     That would allow us to have a food establishment.

 3   Q.    That allows you to handle food.  That's a license for food

     handling, correct?

 5   A.    No, it allows you to sell food in the State of Florida.

 6   Q.    But that's one license that you need but that's not the

     only license that you need, correct?

 8   A.    What do you mean?

 9   Q.    Well, you need a business tax receipt from the city,

     correct?

11   A.    Yes.

12   Q.    And you need --

13             MS. GOMEZ:  Objection.

14             THE COURT:  What's the objection?

15             MS. GOMEZ:  There's no question pending.  It's

     testimony.

17             THE COURT:  Overruled.

18   BY MR. PERTNOY:

19   Q.    You also need to make sure that the structure that you

     have physically placed on the property has -- complies with

     codes and the Florida Building Code, correct?

22   A.    No, so because we're a mobile unit, the state comes in and

     does an inspection and makes sure that everything is where it

     needs to be.

25   Q.    Your mobile unit is without wheels, correct?
```

1   A.   Yes.  That's what a shipping container is.

2   Q.   Okay.  So as a mobile unit without wheels, you were going

3   to hook up some balloons and have it float away when you need

4   to move it?  Is that how it's mobile?

5   A.   Are you trying to be funny?

6   Q.   No, I'm asking how is it mobile?

7   A.   The only place I've seen balloons picking up containers

8   are in cartoons.

9   Q.   So it's not mobile, is it, ma'am?

10  A.   It is mobile.

11  Q.   It's only mobile if you bring another vehicle to move it,

12  correct?

13  A.   Or a ship.

14  Q.   Okay.  Unto itself, it has no wheels, no axles and is not

15  mobile that is affixed to the ground, correct?

16  A.   It's not fixed to the ground.

17  Q.   And that was a problem, that it wasn't fixed to the

18  ground, wasn't it?

19  A.   Well, no.  It was really unclear what exactly was needed

20  because every effort that we made to provide what we needed was

21  blocked by your client.

22  Q.   So with respect to -- this is prior to my client being

23  involved in all of this.  This is in -- you signed the lease in

24  April, and you opened, I think you testified in October of

25  2017, correct?

```
 1  A.    Yes, just a couple weeks before your client came into
 2  office, sir.
 3  Q.    Now, the work with respect to the container itself, you
 4  testified that electrical work was done, correct?
 5  A.    Inside of the shipping container, yes, sir.
 6  Q.    And that electrical work had to be done to connect the
 7  inside to the electrical lines outside, correct?
 8  A.    We didn't have to do any work.  We just hooked up to
 9  whatever was provided to us.
10  Q.    Okay.  And did you pull a permit for hooking it from the
11  electrical lines outside to your container?
12  A.    No.  It would be like you plug in anything else, just like
13  a generator.
14  Q.    And your testimony is that you didn't need to pull a
15  permit for that?
16  A.    Not to my understanding.
17  Q.    Okay.  And the plumbing, you had the plumbing that you all
18  put in the interior had to be connected to the exterior water
19  and the exterior sewer, correct?
20  A.    Some of it was contained within the shipping container
21  very much like a food truck.
22  Q.    And did you all have to -- did you all pull a permit for
23  that connection?
24  A.    No, sir.
25  Q.    Okay.  And with respect to the electrical work that you
```

1    did in the container itself, did you all pull any permits and

2    have any of that electrical work checked by any state or city

3    or county officials?

4    A.   You don't need a permit to do those.  Not if it's within

5    your mobile unit.

6    Q.   The mobile unit that's not on wheels and sitting on the

7    ground.  Okay.  And so let me ask this question.  With respect

8    to putting that unit there, did you and your husband do any due

9    diligence, speak with the city at all to see whether or not you

10   could, in fact, put that unit on the ground where you put it?

11   A.   There was no ordinance within the city that prevents a

12   mobile unit from doing business on private property.  The

13   ordinance at that time did not exist.

14   Q.   So, the -- so -- but that wasn't my question.  My question

15   is did you reach out to the city and speak to anybody at the

16   city who told you you can put this container with no wheels on

17   the ground here and that's okay?  Did you get anything in

18   writing to that effect?

19   A.   Yes.  We have a letter from Devin Cejas which is the

20   Director of Zoning which we needed to provide the state for

21   after the inspection so that they can verify that food

22   establishments can be operated in a mobile unit on private

23   property.

24   Q.   So the letter that you didn't show to this jury during

25   your direct examination, that's the letter you're referring to?

```
1   A.    Which one?
2   Q.    The Devin Cejas letter that allegedly exists that you
3   didn't show to this jury during your testimony, correct?
4   That's the letter you're referring to?
5   A.    Well, it doesn't allegedly exist.  It exists.
6   Q.    Well, no one here saw it today, correct?
7   A.    But I am under oath and I'm telling you that it exists.
8   Q.    Okay.
9   A.    I'm not here to lie.
10  Q.    And that letter, according to your testimony, is that a
11  mobile unit can be placed on private property.  That's your
12  recollection of what that letter says?
13  A.    Right, so it's -- we are in, I believe, the T6 Zone which
14  allows for certain different operations of certain type of
15  businesses.  Within there, it allows for a food establishment
16  to conduct business out of a mobile unit.
17  Q.    Right.  And this is the mobile unit with no wheels, no
18  axles that was placed on the ground?
19  A.    Within a temporary unit, I think that's the wording.  May
20  not use mobile.  It may use within a temporary structure, I
21  think is the wording exactly that it says.
22  Q.    Now this mobile unit that you're talking about, you
23  understand that anything that's a mobile unit like a trailer
24  needs to be registered with the Department of Motor Vehicles
25  for Florida, correct?
```

1   A.   If it doesn't -- if it's going to be traveling within

2   public transportation, then yes.

3   Q.   In order for it to be mobile and temporary, it would need

4   to be able to be moved and mobile so was this shipping

5   container with no wheels, no axles, did you register it with

6   the Department of Motor Vehicles with Florida?

7   A.   You don't have to register shipping containers with the

8   Department of Motor Vehicles.  They have a VIN number.  There's

9   like a serial number that's provided but you don't have to

10  register them.

11  Q.   So there's no license plate for this shipping container

12  with no wheels, correct?

13  A.   There's no license plate for it, no.  The license plate

14  would come from whatever vehicle you're using to pull it.

15  Q.   I see.  The unit itself is not mobile.  It only becomes

16  mobile when you put it on another vehicle, correct?

17  A.   Yeah, just very much like 18 wheelers.  The 18 wheeler has

18  a tag and it's pulling a shipping container or multiple

19  shipping containers.  The shipping containers don't have the

20  tag.  The actual vehicle that is in transit is what has the

21  tag; is what has the tag and is registered.

22  Q.   To be fair, the mobile unit -- sorry, to be fair, your

23  shipping container that was all built out is not mobile itself.

24  It can be placed upon a mobile vehicle?

25            MS. GOMEZ:  Objection.  Asked and answered.

```
 1              THE COURT:  Sustained.
 2              MR. PERTNOY:  Let's turn to DX 13 but please don't
 3    publish until -- do you all have any objection to DX 13?
 4              Your Honor, I'm going to move into -- with respect to
 5    DX, we're going to show portions of it for now and then we'll
 6    discuss the front of it before we seek to move it into evidence
 7    so as to keep the cross-examination moving forward.
 8              THE COURT:  All right.  Plaintiff?
 9              MR. PERTNOY:  Any objection?
10              MS. GOMEZ:  Your Honor, we don't have any objections
11    to the exhibits that are behind the front covered document.
12              THE COURT:  All right.
13              MR. PERTNOY:  Can you start at page 13 of DX 13 so as
14    to skip past those portions for now?
15    BY MR. PERTNOY:
16    Q.   So I'm showing on the screen this is the DBPR license
17    information that you were talking about.  This is the license
18    you were talking about, correct?
19    A.   That's the one you apply for so that you can sell food and
20    operate a food establishment in the State of Florida.
21    Q.   And it says license type and it says permanent food
22    service, but you told me you were mobile so I don't understand
23    that.  Can you explain that?
24    A.   Well, our point was that we would not be traveling on
25    public property.  I mean, on public streets.  So when it's very
```

1    much like an ice cream truck, right?  The ordinances that the

2    city has is when you have a mobile food truck, you have to

3    continue -- you have to always be in motion.  You can only stop

4    to serve someone and continue going.  But because we were going

5    to be on private property for what we hoped would be a very

6    long period of time, our goal was to have a permanent food

7    establishment.

8    Q.   I see.  But as you testified, and I would think I'm a

9    little misunderstanding is Devin Cejas's this letter that you

10   say allows a mobile unit to be on private property, but yet

11   you're telling the licensing for Florida that this is a

12   permanent location?

13   A.   It is.

14   Q.   Isn't there a contradiction there?

15   A.   No, there's not.  It's a temporary structure on a

16   permanent location.

17   Q.   Okay.

18   A.   Meaning it's not a brick and mortar.

19   Q.   And now at the second part of it says rank, and it says

20   non-seating, meaning there would be no seating, meaning there

21   would be standing only, correct?

22   A.   Yes, sir.

23   Q.   Now, you talked about that in October of 2017.  That's

24   when you all planned to open, correct?

25   A.   Well, we did -- yeah, like a grand opening.  I want to say

1    it was the last week of October.

2    Q.    I think you said in your testimony that you had the

3    permits and you had submitted for a BTR in October of 2017, is

4    that?

5    A.    No, I misspoke.  I think I corrected myself and I said it

6    was the application for the DBPR, and all of our plans had been

7    approved by the state.

8    Q.    Okay.  So the application for the license, for the

9    restaurant license, was pending and that was the only permit

10   application licensing that you had at the time prior to

11   opening, correct?

12   A.    To my understanding, yes.

13   Q.    Okay.  And even that was still pending come grand opening,

14   correct?

15   A.    No, the plans had been already approved.  Our plans had

16   been approved already.

17   Q.    Now, you also then went on to talk about that in November

18   of 2017, you got your -- that there was this quote, unquote

19   raid that occurred, correct?

20   A.    There was a raid, yes, sir.

21   Q.    Can we turn to page 15 of this document?  So the notice of

22   violation that you received from November 30, 2017.  Do you

23   recall seeing this document?

24   A.    Yes, sir.

25   Q.    Okay.  So let's be clear.  November 30, 2017, Commissioner

1   Carollo has been elected but he has not been sworn in.  He does

2   not have any official -- he's not a commissioner yet, correct?

3   A.   I don't know that.

4   Q.   Because Commissioner Carollo was sworn in on December 2,

5   2017, so this occurred prior to him being officially a

6   commissioner, correct?

7   A.   48 hours, according to you, yes.

8   Q.   And this document, it talks about a handful of things that

9   you were being cited for.  That you had no certificate of use.

10  Do you see that?

11  A.   I do.

12  Q.   And, in fact, you didn't have a certificate of use,

13  correct?

14  A.   Certificate of use is not required for our sort of

15  structure.  Certificates of use are only required for brick and

16  mortars.

17  Q.   It's not required for a mobile structure is your position?

18  A.   Or temporary, correct.  Not mobile or a temporary unit.

19  Q.   So the mobile structure that had no wheels or axles and

20  needed another vehicle in order to make it mobile, a

21  certificate of use doesn't apply is your testimony, correct?

22  A.   Yes, sir.

23  Q.   Okay.  And then failure to obtain a business tax receipt.

24  You did not have a business tax receipt, correct?

25  A.   We did not have one.  We tried to get one.

```
1   Q.   And isn't it true that every business, whether they're

2   mobile or otherwise, is required to operate -- is required to

3   have a business tax receipt, correct?

4   A.   It wasn't my knowledge because we attempted to get one and

5   the city wouldn't give us one.

6   Q.   And then another document -- another violation here is

7   work performed without a finalized permit.  Do you see that?

8   A.   Yes.

9   Q.   Because work was performed connecting to the electric,

10  connecting to the plumbing, and none of that was done with

11  permits, correct?

12  A.   I don't know because those provisions were there when we

13  put the shipping container in place.  I can't attest that.

14  Q.   Okay.  Let's now continue on and then turn to the next

15  page of this page, 16.  So, you -- in addition to the notice of

16  violation, then you got a notice of violation summons to appear

17  for a hearing.  You got the -- they told you come here and have

18  your case heard, correct?  And that was January 24, 2018 is

19  when you got that summons to appear, correct?

20  A.   I'm seeing that that's what it says.

21  Q.   And it's for the items that we just spoke about a moment

22  ago, correct?

23  A.   Yes, sir.

24  Q.   Okay.  And then if you continue on to the -- I want to go

25  to page 18.  Now, a moment ago, we talked about the license
```

1    that you got from the State of Florida and there was no

2    seating.  So but yet, you can see these pictures from November

3    28, 2017.  Clearly there are people sitting here which is in

4    violation of what your license was for, correct?

5    A.   I mean, there are individuals that are sitting there --

6    well, there's one individual sitting down.

7    Q.   Well, I know it's a little hard in the shadows here.

8    A.   I see it.

9    Q.   There's a second guy down below?

10   A.   I didn't see that.

11   Q.   But the fact of the matter is your license required and

12   the rules for your license were no seating and yet, as we can

13   see here on November 28, 2017, you've set out stools and tables

14   and there's seating, correct?

15   A.   There's one stool and two seats.

16   Q.   Okay.

17   A.   And there's a gentleman sitting down.

18   Q.   Now, as we saw a moment ago -- can you go back one

19   document, please?  One more.  Your notice of hearing was -- is

20   dated January 24, 2018.  That's when you got it and the date of

21   the hearing was going to be -- if you look at the bottom,

22   March 1, 2018.  Do you see that?

23   A.   Mm-hmm.

24              THE COURT:  Wait, that's a yes or no.

25              THE WITNESS:  Yes.  I see the date March 1st.

1          THE COURT:  Ms. Romero, sometimes I know naturally we

2    may tend to say "uh-uh, mm-hmm."  Because we have a court

3    reporter here, we need to get every spoken word out loud.  If

4    it's a yes or no, say yes or no.

5          THE WITNESS:  Yes, Judge.

6    **BY MR. PERTNOY:**

7    Q.   Let's go to page 21 of this document, please.  Now, page

8    21 is your application for a business tax receipt.  And as you

9    can see at the bottom, it's dated one day after you got the

10   notice to appear for that March 1st hearing.  January 25, 2018.

11   Do you see that down at the bottom?

12   A.   I see the date.

13   Q.   And you would agree with me that's one day after you got

14   the notice to appear for the March 1st hearing, correct?

15   A.   That's how you may see it, but that was the day that we

16   were able to contact Rachel Dooley which is the assistant

17   attorney for the city and she recommended that we go to the BTR

18   and speak to them and that's where they provided us with the

19   application so we can file.

20   Q.   So in order to come into compliance with the rules that

21   are required to operate a business, you had to go and file an

22   application for your business tax receipt which you finally did

23   on January 25, 2018, correct?

24   A.   We did, and it wasn't given to us despite our multiple

25   efforts.

```
 1    Q.   So, now let's turn to page 24 of this document.  Now, this
 2    is -- you talked about this in your direct examination.  That
 3    you applied for a temporary event permit, correct?
 4    A.   That's correct.
 5    Q.   And as you can see here, you said it would last -- it was
 6    good for 30 days, correct?
 7    A.   That's right.
 8    Q.   Now, if you look here in the description of the event, it
 9    says temporary event limited to two events per year, two weeks
10    each on private property.  Do you understand that that's what
11    you meant by approximately 30 days, correct?
12    A.   Yeah, we applied for whatever was available to us at the
13    moment so that we can open our doors while we worked with the
14    city to get whatever it was required from us.  You have to
15    understand, sir, that in no way were we trying to conduct
16    business without a license.
17         We tried effortlessly to apply for whatever application we
18    can apply for so that we can be able to operate and be there on
19    a permanent basis.  If this is what was offered to us and if it
20    was just 30 days worth of life, then I'll take it, whatever we
21    can get.
22    Q.   Understood.  But before this date, you really didn't have
23    any permits or anything that would allow you to be operating on
24    the property, correct?
25              MS. GOMEZ:  Objection.  Asked and answered.
```

```
 1   Testifying.
 2              THE COURT:  Overruled.
 3              THE WITNESS:  So before this date, we had whatever we
 4   felt was necessary so that we can operate.
 5        When we spoke to Rachel Dooley at the city office, she
 6   walked us through with those violations that you have me look
 7   at the BTR that was required.  She introduced us to the
 8   gentleman, walked us down, introduced us.  We filed the
 9   paperwork necessary to do that.
10        Then she says now you have to get a temporary event permit
11   because we cannot provide you with a TUP at this moment and
12   then we moved forward so we can get a temporary events permit.
13        What you're showing me is our efforts to try to provide
14   the city with whatever it is that they needed and they felt was
15   necessary so that we can operate.
16   BY MR. PERTNOY:
17   Q.   But it's not only your efforts to try to get you into
18   compliance with something that would work in this square peg
19   round hole situation, but it's also Ms. Dooley and the city
20   who's trying to find a way for this to work if it can work,
21   correct?
22   A.   Well, I mean, she introduced us to the individuals but I
23   don't know what you mean by if it can work.  I mean, there was
24   other functions.  There was other shipping containers within
25   our city.  We weren't doing something different that had never
```

1    been done before.

2        If you go to Wynwood, there are multiple shipping

3    containers operating, food establishments operating.  Some on

4    wheels, some on bricks, some on the ground.  There's a variety

5    and they operate without any problems still today.

6    Q.   Well, there are certain requirements and legal

7    restrictions that may or may not allow those to work in Wynwood

8    that may or may not allow things to work in other locations.

9            MS. GOMEZ:  Objection.  Argumentative.

10           THE WITNESS:  No, not at the time.

11   **BY MR. PERTNOY:**

12   Q.   So this temporary event occupancy permit, the temporary

13   event permit, that gives you, as you said, the 30 days would

14   allow you to continue to operate until February 2, 2018,

15   correct?

16   A.   Yes.  There was another one before this that we applied

17   for that was revoked.  It was issued to us.  We applied for a

18   temporary events permit in December.

19   Q.   Well, this one shows from December 15, 2017.

20   A.   That must have been the second one that we applied for.

21   Q.   Then to January 15, 2017.  I think they mean 2018 there,

22   correct?

23   A.   Yeah.  This must have been the second one that we applied

24   for.

25   Q.   Then you've got January 6 to February 2nd, correct?

1    A.    Right.

2    Q.    Okay.  And so you understand that with this temporary

3    event permit, this would give you the ability to legally

4    operate at least till February 2, 2018?

5    A.    That was our hope, yes.

6    Q.    Now, you see right below the checked box, it talks about

7    the Cuban Sandwich Experience, no admission, and it also says

8    no seating, only standing, correct?

9    A.    Correct.

10   Q.    And then when we get to the second page which on page 25,

11   this has approval with conditions, right?  And it says upon

12   completion of all requirements.  Do you see that at the top?

13   A.    I do.

14   Q.    So this application to allow you to have a temporary event

15   permit requires you to meet certain conditions, correct?

16   A.    I think I believe the only other one that was required was

17   the BTR which we applied for.

18   Q.    Let's turn to page 26 and see what else was required.  So,

19   if we look at the first section, building recommendations, it

20   says approval with conditions, and it says submit plans to

21   reflect all mechanical, electrical, plumbing and ADA for

22   permits must have DERM approval prior to opening, do you see

23   that?

24   A.    I do see it.

25   Q.    So the Building Department for the City of Miami in order

1  for this temporary event permit because this was a structure on

2  the ground, wanted to make sure they saw your mechanical,

3  electrical and plumbing permits, correct?

4  A.   That's what they wanted toe see which we were --

5  everything was done to code within the building, within our

6  structure.

7  Q.   Well, how would they know that because you never pulled

8  permits beforehand, correct?

9  A.   You don't have to pull permits.  We did provide them with

10  a plan, and I don't know if it's an attachment, but there

11  should be a plan of all of the plumbing that's contained within

12  the shipping container exactly where it is and how the

13  electrical is set up.

14  Q.   And then next is you have fire recommendations, and it

15  says more info such as fire extinguish, hood system and also

16  exit door.

17     So, Fire wanted more information, but they were generally

18  okay with your proposed, you know, temporary event permit,

19  correct?

20  A.   The chief of Fire came in and did an inspection.  We had

21  all of our provisions in place.

22  Q.   And then Zoning wanted to make sure that there was no

23  spillover parking into the residential areas and that no

24  alcohol unless approved by Zoning.  Do you see that?

25  A.   Yeah, we did not serve alcohol.

```
 1   Q.   But these were all the conditions that you were going to

 2   need to meet in order to be operating through February 2nd,

 3   correct?

 4   A.   Which we did.

 5   Q.   Okay.  And then see -- then city manager said see

 6   department comments for conditions, copy of permit must remain

 7   on site at all times.  Do you see that?

 8   A.   Where?

 9   Q.   At the very bottom.

10   A.   Mm-hmm, yes.  Yes, sir.

11   Q.   All right.  So those were the conditions that you needed

12   to meet in order to allow yourself to operate at least till

13   February 2nd, correct?

14   A.   In order to get the temporary event permit which was

15   issued to us because we met all of the obligations.

16   Q.   Now, I'd like to now turn to page 29 of this document.

17   Now, on page 29, this is -- you had mentioned -- let's get the

18   dates on this correct for a second.

19        So you had this event permit for starting on January 6, is

20   I think what you were talking about, and then on January 8th

21   because some of the conditions were about the electrical and

22   the mechanical and the plumbing, correct?  Some of the

23   conditions that needed to be met were the electrical, the

24   mechanical, the plumbing?  That's what just talked about a

25   minute ago.
```

```
 1   A.   The ones that we did within our structure which were up to
 2   code.
 3   Q.   So on January 8th, a code -- Ahmad Arafet who's a Code
 4   inspector came out to the property.  Do you see that on page 29
 5   here?
 6   A.   Yes, I see the name there.
 7   Q.   Good.  And now he came out there, and Commissioner Carollo
 8   wasn't with him when he came out there, correct?
 9   A.   Commissioner Carollo was never -- he never showed his
10   face.  He only sent his employees and anybody else he could
11   within the city to do the raids.  The only other time that he
12   did is when I caught him at 10:00 at night taking pictures of
13   me at the establishment.
14   Q.   Now, here's the required corrections that Mr. Arafet found
15   when he went out there, and it says Sanguich restaurant found
16   in unsafe condition.  Noncompliant utility connections.  All
17   installations completed without proper permit inspections.
18   Need to start process to bring the structure into compliance.
19   Submit plans and obtain --
20          MS. GOMEZ:  Objection.  Hearsay.
21          THE COURT:  Sustained.
22   BY MR. PERTNOY:
23   Q.   Do you see where it says that, ma'am?
24   A.   I see it what it says, yes.
25   Q.   I think you testified as far as you know, no permits were
```

```
 1   ever pulled for any of the utility connections, correct?

 2   A.   Our structure was not unsafe.  It was very sound as you

 3   can see in the pictures.

 4   Q.   So now the cooking for this unit, this container that was

 5   on the ground there, did you use electrical or did you use

 6   propane?  What did you use there?

 7   A.   I believe it was a mixture of the two.

 8   Q.   Can you turn to page 42, please?  So these pictures are

 9   from February 20, 2018.  You'll agree with me there's no

10   wheels, no axles, no nothing on the container itself, is that

11   fair to say?

12          MS. GOMEZ:  Objection.  Asked and answered.

13          THE COURT:  Overruled.

14          THE WITNESS:  That's correct.  We established that.

15   Our shipping container did not have wheels when initially it

16   was placed.
```

**BY MR. PERTNOY:**

```
18   Q.   Now, this lower section right down here, this bottom

19   picture, those two white things next to the bushes, those are

20   the propane tanks?

21   A.   Yes, sir.

22   Q.   Okay.  And right here -- and now your container was right

23   up on the sidewalk, right at the corner of the property lot,

24   right?

25   A.   We were not on the sidewalk, no.
```

1    Q.   Right up to it, not on it.  Right up to it?

2    A.   Yes, sir.

3    Q.   And then the next property was like literally right next

4    to it, correct?

5    A.   It was next to it, yes.

6    Q.   As you can see here in this bottom picture, you have this

7    like little curb.  That's the parking area for the other

8    property, correct?

9    A.   I don't know if it's a designated parking area.  It was an

10   auto place so you had cars coming and going.

11   Q.   Fair enough.  But as you can see, other than this little

12   fence and this little curb, there's nothing between those

13   propane tanks and a car coming and accidentally pulling up a

14   little too close and maybe knocking and hitting those propane

15   tanks?

16            MS. GOMEZ:  Objection.

17            THE COURT:  What's the objection?

18            MS. GOMEZ:  Hypothesis.

19            THE COURT:  Sustained.

20   **BY MR. PERTNOY:**

21   Q.   You see the propane tanks there, correct?

22   A.   Yes.

23   Q.   Is there any sign on that wood section over there that

24   says warning, propane tanks or flammable materials?

25   A.   It's not required.

1    Q.    Hmm.

2    A.    I would have been happy to put it if that's what the city

3    wanted.

4    Q.    Are you familiar with the National Fire Protection

5    Association and their rules and requirements with respect to

6    installation of propane tanks?

7    A.    No.

8    Q.    And so you wouldn't know whether or not they can be

9    installed within ten feet or 25 feet of a property line?

10   A.    I imagine that the Florida -- the state would when they

11   did an inspection and it was approved.

12   Q.    I see.  So continuing on with -- I'd like to go to page 44

13   of this document, and this is the Final Administrative

14   Enforcement notice from March 2, 2018.  Do you see that?  And

15   this Final Administration Enforcement notice, the Code

16   Enforcement Board, that's a separate independent freestanding

17   board, correct?

18   A.    I don't know.

19   Q.    Okay.  Found you guilty of violating the following laws

20   including Zoning ordinances of the City of Miami.  Do you see

21   that?

22   A.    Where am I looking?

23   Q.    In the right -- after Final Administration Enforcement

24   notice, the first line.  Can you highlight that, please?

25   A.    I see it.

```
 1   Q.   And then it again goes through all the violations that we

 2   talked about previously, correct?

 3   A.   All of which don't apply to us, correct.

 4   Q.   Understood.  That's your opinion, correct?

 5   A.   No, it's not my opinion.  A certificate of use is not

 6   required for a temporary structure or mobile unit.

 7   Q.   So nevertheless, on the hearing date on March 1, 2018, you

 8   all were found guilty, and it was shortly after that that

 9   you were supposed to remove the structure from the property,

10   correct?

11   A.   Yes.  You have to understand that this is March 2nd

12   already.  By this time, we had been dealing with this since

13   November.

14        When I tell you that my husband and I spent every single

15   day in the city trying to find resolution and to no avail,

16   every single door was closed on us.  We tried effortlessly.  We

17   filed for, as you can see, whatever permits were suggested for

18   us to file for, we filed for.

19        We filed for the BTR and every single effort that we made,

20   Joe Carollo sabotaged and told us that we could not operate.

21   He went to great extents to make sure that we never opened the

22   doors of our shipping container to sell Cuban sandwiches so

23   this really means nothing to me.  This is really a slap in the

24   face so it doesn't matter what you do or what you say, we will

25   not let you operate.
```

```
 1   Q.   I see.  So, now before this March -- you can take this
 2   document down for a moment.
 3        Before this March 1st hearing, you had talked about a few
 4   other things that occurred in this story including the Gay 8
 5   Festival, correct?
 6   A.   Yes, sir.
 7   Q.   And that was with -- with respect to an event that was
 8   held on February 18, 2018, correct?
 9   A.   Mm-hmm, yes.
10   Q.   So February 18th, that's now 16 days after your temporary
11   event permit had expired, correct?
12   A.   Come again?
13   Q.   Your temporary event permit was good until February, I
14   believe, it was 2nd, 2018?
15   A.   It was revoked so it didn't expire.
16   Q.   On the document that we looked at, it said --
17   A.   Yes, sir.
18   Q.   Let's assume for a moment that it hadn't been revoked.  It
19   was good till February 2, 2018, correct?
20   A.   It was not because it was revoked.
21   Q.   All right.  But had it not been revoked, it would have
22   been good till February 2, 2018, correct?
23   A.   Had Joe Carollo helped us, I'd still be operating out of
24   my shipping container.  I don't know why we're talking about
25   ifs here.
```

1    Q.   February 2, 2018, once that permit expires, you would

2    agree with me at that point, unless something else changed, you

3    don't have the ability to be using the container, correct?

4    A.   That would be correct.

5    Q.   So can we turn to that video that you were shown from -- I

6    believe it was Plaintiff's 295.  You can keep the volume down

7    and when we get right around the 14 second mark, I'd like you

8    to pause it.

9                        (Video played.)

10   **BY MR. PERTNOY:**

11   Q.   Pause.  All right.  So let's be clear.  There's nobody in

12   front of your tent.  All the action is happening behind your

13   tent at the container, correct?

14   A.   What do you mean by --

15   Q.   All the police --

16   A.   There's a lot of people in the street.

17   Q.   The police officers, they're all huddled up behind your

18   tent at or near the container, correct?

19   A.   They're off to the side.

20   Q.   Okay.  And if you look into the container itself, you can

21   see somebody working in the container, correct?

22   A.   You see someone standing in there.

23   Q.   Okay.  And you see lights on right to the right, correct?

24   A.   Sure.

25   Q.   And you see some lighting above that person as you have

1   described him standing there hunched over, correct?  Do you see

2   the lighting?

3   A.   No, I see a glare.  There's like a shine on the wall on

4   the back that had a gold leaf.  Any time it would reflect a lot

5   because of the material that it was.

6   Q.   However it may be, the window was open, correct?

7   A.   It is.

8   Q.   So the issue here is as of February 2, 2018, your

9   temporary event permit revoked or expired, is no longer

10  allowing you to operate or work in the container.  Yet, as we

11  can see here, there's somebody in there and there's power

12  running and the like, correct, ma'am?

13  A.   There's nothing preventing anyone from standing in there.

14  We were not selling, we were not operating out of there.  As

15  you can see, you're missing a big part of the picture which is

16  all of the food and all of the tables and the grills where

17  we're preparing food are in the tent.

18  Q.   Yet, there's somebody doing something in that truck in the

19  container and that's the issue here, ma'am.  It's not the tent.

20  They didn't shut down your tent, correct?

21  A.   It's not an issue.  There's nothing -- we weren't

22  operating out of there.  We were not selling out of there.

23  There was nothing happening out of there.  We had a tent with

24  food that was being prepared under the tent.  That's clear.

25  All of the provisions were there.  The grills were there.

```
 1   Q.   You can take down the video.
 2   A.   Our coolers are out there.  We weren't even storing any
 3   beverages.
 4   Q.   So continuing on, so after February of 2018, let's look at
 5   DX 378.
 6           MR. PERTNOY:  Can we publish it to the Court and
 7   counsel, DX 378?  Seek to admit the document.
 8           MS. GOMEZ:  Objection, Your Honor.  There's no
 9   personal knowledge.
10           THE COURT:  You can ask her, sir.
11           MR. PERTNOY:  I'd like to admit it as evidence.
12           THE COURT:  No.  You can inquire first.  I'm going to
13   sustain as to personal knowledge.  You can establish the
14   foundation.
15   BY MR. PERTNOY:
16   Q.   Sure.  So --
17           THE COURT:  You can show it to the witness.
18           MR. PERTNOY:  Can you publish it to the witness,
19   please?
20           THE WITNESS:  I'm looking at it.
21   BY MR. PERTNOY:
22   Q.   So I don't suspect you've ever seen this document but let
23   me ask you this.  After the Gay 8 Festival --
24           MS. GOMEZ:  Objection.  Foundation.
25           THE COURT:  Sustained.
```

1   **BY MR. PERTNOY:**

2   Q.   After the Gay 8 Festival on February 18th, were you ever

3   advised by the City of Miami that the -- that the reason that

4   you were -- the temporary event permit that expired on February

5   2nd, do you recall that's not your testimony?  That was your

6   testimony that it was revoked, not expired, correct?

7   A.   It was revoked, yes.

8   Q.   So, you're not aware of Devin Cejas, the person who wrote

9   this other letter that we haven't seen on Wednesday, February

10  21, 2018, sending an email around the City of Miami --

11          MS. GOMEZ:  Objection.  Lack of foundation.

12          THE COURT:  Let him finish asking his question first.

13  Go ahead, sir.

14  **BY MR. PERTNOY:**

15  Q.   Indicating that the temporary event permit attached for

16  this property expired on February 2, 2018.  Are you aware of

17  that, ma'am?

18  A.   No, I've never seen this.

19  Q.   And so you're also not aware then that Devin Cejas wrote

20  to the City of Miami?

21          MS. GOMEZ:  Objection.  Leading.

22          THE COURT:  I'm going to sustain the objection.  She

23  said she has not seen this.  She has no personal knowledge.

24  You can remove the exhibit and ask your next question, sir.

25          MR. PERTNOY:  Thank you.

1    **BY MR. PERTNOY:**

2    Q.   So you mentioned a February 21 meeting with Commissioner

3    Carollo at his office, correct?

4    A.   It was in February.  I don't remember the exact date.  It

5    was after the Gay 8 Festival.

6    Q.   And at that meeting, you indicated that Commissioner

7    Carollo was there, city attorney was there.  I think you

8    mentioned the city manager was there, and then you said there

9    was other people that were there, but you don't know who they

10   were?

11   A.   Correct.

12   Q.   Okay.  And at that meeting, was there any discussion with

13   respect to the status of your temporary event permit?

14   A.   There was a lot that was discussed, but primarily we

15   wanted to know why every effort that we had made to provide the

16   city with what they were asking for had been sabotaged.

17        Again, we worked tirelessly.  When I tell you that we wake

18   up in the morning and it was the first place that we went to

19   ask for questions, figure out how do we make this legal, what

20   do you need so that we can move forward.

21        I mean, we're just honest people trying to operate an

22   honest business.  We showed them pictures.  My husband and I,

23   we drove around taking pictures of other shipping containers

24   within our city that were operating without a problem to say

25   this is happening within our city.  Why is it that we were

1   being excluded from operating in the same manner?

2   Q.   Well, at that meeting, that meeting, as you testified, got

3   a little heated, correct?

4   A.   It did because I brought to light that there was no city

5   ordinance that prevented us from operating on private property

6   out of a temporary or mobile food unit.  It didn't -- did not

7   exist at the time.

8   Q.   And -- I'm sorry.  Continue.

9   A.   And Joe Carollo and Victoria, the city attorney, agreed

10  that it did not exist.  There was nothing forbidding us from

11  operating in the structure that we were on private property.

12  Q.   Well, now at that meeting, there was discussions about the

13  fact that you and your husband were ordering wheels and axles

14  from Australia.  Do you recall that?

15  A.   I don't know about Australia, but when we filed for our

16  BTR, they came back to us.  We filed everything, we took the

17  pictures, submitted the application because, again, our only

18  goal was to make this shipping container as however it is that

19  the city wanted, whatever they wanted from us, we were willing

20  to do so that we can operate out of the structure that our

21  whole lives were invested into it.

22       For us there, was like no Plan B.  So that's exactly what

23  they did.  They came back to us and they said the Building

24  Department is requiring for you to have axles, and we said,

25  okay, if that's what it's going to take for them to consider it

1   a mobile unit, we will be happy to do that.  And so we invested

2   the money necessary to make the adjustments to the shipping

3   container that was necessary so that they would in their eyes

4   see it as mobile.

5        It wasn't -- I didn't agree with it because I felt that a

6   shipping container within what it is, is a mobile unit.  That's

7   exactly what they're built for, to transport from one place to

8   another.

9        But nevertheless, if axles is what they wanted, then

10  that's exactly what we were going to give them so we invested

11  into making the provisions necessary so that we can attain our

12  BTR and that would put us on the right path that the city

13  wanted and what they were requiring for us and it would have

14  cured one of those violations.

15  Q.   So at this meeting, it got heated and at one point, didn't

16  the security official woman by the name of Rosa, didn't she

17  have to intervene in order to separate your husband from some

18  of the city officials?

19  A.   My husband from some of the city officials?  No.  Joe

20  Carollo was extremely belligerent.  He was yelling at us, he

21  was telling us that we didn't even live within the City of

22  Miami.  We don't have a right to do what we're doing and he

23  even assured us that over his dead body, we will not do

24  business within the city.

25  Q.   So your testimony is that nobody -- that your husband

1  didn't raise his voice and get into an argument or --

2  A.   Oh, voices were raised, absolutely, from both sides.  Joe

3  Carollo, Victoria, we were extremely upset.  I don't think you

4  understand how emotional it is when you're trying to do what's

5  right and you make every effort to go into the city and show

6  face, and say please help me and every door be closed in your

7  face to the extent where the Building director told us once we

8  had axles, we took the pictures, we resubmitted the BTR

9  application and for them to come back and say you have to talk

10  to the Building Department because they don't want to approve

11  it.

12      We sat in the morning at the Building office demanding

13  that someone speak to us because we did exactly what they asked

14  us to do.  To only be there for hours sitting to then be faced

15  with the Director of Building, Maurice Pons, to tell us that he

16  received a phone call who he could not tell us from who, early

17  that morning advising him that he could not approve our

18  application and consider our unit mobile.

19  Q.   I see.  Now, you mentioned pictures of wheels or axles.

20  Was that something where you created a mock-up of what it would

21  look like?

22  A.   No, absolutely not.  We spent real money, very little

23  money that we had left, we spent it into those axles because

24  that's what they said that we needed in order for us to be

25  considered mobile in the eyes of the city.  It wasn't a

```
 1   mock-up, it wasn't fake.  It was real.  It was very real.

 2   Q.   Were they installed onto --

 3   A.   Yes, they were.

 4   Q.   Now, moving forward after that meeting, was there a --

 5   after that meeting, are you aware that Bill Fuller sent an

 6   email to Emilio Gonzalez indicating that Sanguich may not

 7   operate from the premises and that they have asked you to

 8   vacate the premises immediately?

 9   A.   No, I don't.  The only time I knew we had to vacate the

10   premises was when the city put an injunction on our shipping

11   container.  We were forced to move it.

12            MR. PERTNOY:  I'd like to show the witness DX 125,

13   please, and this is already in evidence so may I publish?

14            THE COURT:  If it's already in evidence, you may

15   publish anything that has been admitted into evidence.

16            MS. GOMEZ:  Objection.  Lack of personal knowledge.

17   The witness already testified she's never seen the email.

18            THE COURT:  It's still in evidence.  Just show it to

19   the witness first.

20            MR. PERTNOY:  I'd like to publish -- if it's in

21   evidence, I'd like to publish it to the jury.  Is that a

22   problem?

23            THE COURT:  No.

24            MR. PERTNOY:  Can we publish it, please?

25            THE COURT:  Sure.
```

1   **BY MR. PERTNOY:**

2   Q.    So this is an email from Bill Fuller.  That's your

3   landlord, correct?  One of the individuals that makes up the

4   corporation that is your landlord?

5   A.    Yes.

6   Q.    Okay.  And he's writing to Emilio Gonzalez.  That was

7   somebody at the meeting with you, correct?

8   A.    The city manager.

9   Q.    And you can see here that Mr. Fuller writes:  My company

10  owns the property located at 1641 SW 8th Street.  A tenant at

11  the property, Sanguich de Miami, was operating under a special

12  event permit number 18-000.  That's the permit that we went

13  over, correct?

14  A.    I assume.  I didn't see what the code was of that permit.

15  Q.    So -- and now if we go on, it says:  It has been brought

16  to our attention that the permit has now expired.  So you can

17  see that Mr. Fuller believes it expired, that it wasn't

18  revoked, correct?

19  A.    That was his understanding.

20  Q.    Okay.  Did you ever discuss it with him and say, hey, they

21  revoked it?

22  A.    No.  By this time, the injunction had already come through

23  so it didn't matter what we were going to say.  We needed to

24  move the shipping container.

25  Q.    The lawsuit, the injunction, that's what you're referring

1  to had already come through at this point on February 26, 2018?

2  A.   I don't know, but it was shortly thereafter.  I know that

3  because by the time the Calle Ocho Festival came, it was

4  already moved.  So, I mean, we're talking about days.  Whether

5  the email came first or the injunction, I'm not quite sure but

6  it's within a couple of days from one another.

7  Q.   Sounds good.  Sanguich de Miami may not operate from the

8  premises and we have asked that they vacate immediately.  So,

9  did -- to your knowledge, did Mr. Fuller or Mr. Pinilla write

10  to you on February 26 or shortly thereafter and ask you to

11  vacate the premises?

12  A.   No, I don't recall that.

13       MR. PERTNOY:  Let's take that down, please, and now

14  go to DX 15.  Don't publish it just yet.  Just hold on.

15  **BY MR. PERTNOY:**

16  Q.   Do you know who Brad Cohen is?

17  A.   Yes.

18  Q.   Who is he?

19  A.   He was a minor investor and silent partner when we first

20  started our business.

21  Q.   I see.

22       MR. PERTNOY:  I'd like to publish DX 15.

23       MS. GOMEZ:  Your Honor, objection.  Can we have a

24  sidebar?

25       THE COURT:  Sure.

```
 1                        (At the bench.)

 2            MR. PERTNOY:  I'd like to publish it to the witness,

 3   read to her what it says and then ask if she was aware that her

 4   partner, her investor, wrote this letter.

 5            THE COURT:  She can't hear you.  Go to the

 6   microphone.

 7            MS. GOMEZ:  Your Honor, it's completely irrelevant,

 8   Brad Cohen is not on either parties' witness list.  She's not

 9   privy to it.  She has no personal knowledge.  It's just being

10   brought in to make it look like she was doing something wrong.

11   There's no relevance.

12            THE COURT:  He addressed this to Commissioner

13   Carollo?

14            MR. PERTNOY:  I can also address it.  She just

15   testified that it's her partner, and I'd like to know if she

16   knows that her partner and investor, where Commissioner Carollo

17   knowing about this situation and saying what he said.  I'd like

18   to know if she has any knowledge of it.  That's more than fair

19   here.

20            MS. GOMEZ:  Hearsay.  It's an out of court statement

21   offered for the truth of the matter.  It is not at all

22   relevant.

23            THE COURT:  Are you going to call Brad Cohen?  Is he

24   listed on your witness list?

25            MR. PERTNOY:  No.
```

```
 1                THE COURT:  I'll sustain the objection.  Carollo is a
 2     party to this case, sir.
 3                MR. PERTNOY:  I understand.
 4                THE COURT:  The objection is sustained.  Thank you.
 5                          (In open court.)
 6     BY MR. PERTNOY:
 7     Q.  So you indicated that Mr. Cohen was an investor.  Were
 8     there other investors in the container?
 9                MS. GOMEZ:  Objection.  Relevance.
10                THE COURT:  Sustained.
11     BY MR. PERTNOY:
12     Q.  Do you know if Mr. Cohen ever communicated with
13     Commissioner Carollo?
14                MS. GOMEZ:  Objection.  Relevance.
15                THE COURT:  Let him finish asking the question first.
16     Go ahead.  What's the question?
17     BY MR. PERTNOY:
18     Q.  My question was does do you know whether Mr. Cohen ever
19     communicated with Commissioner Carollo?
20                MS. GOMEZ:  Objection.  Relevance.
21                THE COURT:  Sustained.
22     BY MR. PERTNOY:
23     Q.  So after Mr. Fuller's email to City Manager Emilio
24     Gonzalez, you indicated that you did not have any
25     communications with Mr. Fuller in which he advised or somebody
```

1    on his behalf advised you to remove the container from the

2    property, correct?

3    A.   I don't recall any conversation like that.

4         MR. PERTNOY:  I'd like to show the witness DX 13 and

5    not publish it to the jury to help refresh your recollection.

6         THE COURT:  Sure.  Can you show the first page of DX

7    13 to the witness?

8    **BY MR. PERTNOY:**

9    Q.   You had testified a moment ago you weren't sure whether

10   Mr. Fuller's email of February 26, 2018 came before the motion

11   for the petition for injunctive relief from the City of Miami

12   or the other way around.

13        So if you look at this document that I'm showing you, can

14   you see at the very top it says March 8, 2018?

15   A.   Yes.

16   Q.   And can you see that that is the date of the petition of

17   injunctive relief filed by the City of Miami against Futurama

18   and Brush and Bristle?

19   A.   Yes, I see it.

20   Q.   So you understand now that the comments of Mr. Fuller that

21   you as the -- that the container was going to be removed from

22   the premises occurred prior to the city having to go and file

23   the petition for injunctive relief on March 8, correct?

24   A.   No.  For me, that the notice that we needed to move our

25   container or risk having it demolished or possessed by the City

1   of Miami came when this petition was filed and we were served

2   with it.

3           MR. PERTNOY:  Your Honor, I would also request that

4   DX 13 in its entirety be admitted as evidence.

5           MS. GOMEZ:  Objection, Your Honor.  The first page is

6   hearsay.

7           THE COURT:  I'm sustaining the objection.

8   **BY MR. PERTNOY:**

9   Q.   Now, in fact, after that petition for injunctive relief

10  was filed on March 8, 2018, you and your husband did, in fact,

11  remove the container on March 9, 2018, correct?

12  A.   I don't remember the day we removed it, but we definitely

13  removed it after receiving this.

14  Q.   All right.  So --

15  A.   It was evident to us that there was nothing else that we

16  can do and that Joe Carollo was not going to allow us to

17  operate out of it despite all of our efforts.

18  Q.   Other than the two meetings that you testified about, the

19  one in December with Commissioner Carollo and the one in

20  February of 2018, were there any other times that you had

21  communications with Commissioner Carollo?

22  A.   I mean, if you want to consider him taking pictures of me

23  and my establishment as communication, I think that's a level

24  of contact.

25  Q.   Did you speak to him that night?

1   A.    No.  The moment he noticed I turned around and realized

2   that he was there, he drove off and put his window up.

3   Q.    I see.  The only two times you had any communications with

4   Commissioner Carollo where you spoke and exchanged words were

5   those two instances that we've discussed already, correct?

6   A.    I believe so, yes.

7   Q.    Now, did you ever discuss with Mr. Fuller or Mr. Pinilla

8   the status of the container during all of this?

9   A.    Of course.  I mean, we were fighting really hard to do

10  everything that we needed.  We were baffled why -- why we

11  essentially felt like they were collateral damage, as if

12  something was being like a personal vendetta was being taken

13  after us because before this incident, I didn't know who Joe

14  Carollo was and I didn't understand why he had stood in the way

15  of us making all of the efforts that we could so that we could

16  provide the city with what they wanted so it was open.

17       It was -- we lived through this every single day, not only

18  them, everybody in our family, our friends, we used our social

19  media outlets so they could see what was happening to us.

20  Q.    Well, I guess my question is this:  Did Mr. Fuller or

21  Mr. Pinilla, did anybody on their behalf say don't worry about

22  it, we'll take care of it with the city, anything like that?

23  A.    No, I think I remember support.  Whatever you need from

24  us, you know, they would provide it but at that point, we were

25  at a loss for words.  What do we do?

1   Q.   So now you have a lease with them.  Did -- obviously,

2   you're having all of these issues because you don't have the

3   proper permits or the proper -- the permits to be in the

4   location you were.

5        Did you ever then go to Mr. Fuller and Mr. Pinilla and

6   say, hey, we invested all our life savings into this, you told

7   us this was going to be okay, and we want all our money back?

8   Did you ever tell them that?

9   A.   You mean the money that we had invested into our business?

10  Q.   Yeah.

11  A.   I don't recall a conversation like that.

12  Q.   Did you ever go to Mr. Fuller or Mr. Pinilla and say hey,

13  you told us this would be okay, and you hoodwinked us, we want

14  our money back?  You said we could put this here and we clearly

15  can't.  This is your fault.  Did you ever do that?

16  A.   Well, there was nothing that said we couldn't put it

17  there.  There were other businesses just like it operating.

18  Like I said, we had pictures of it, we had proof.  Just Joe

19  Carollo was going to make sure that we weren't going to do that

20  where we were doing it.

21       There was no ordinance, sir.  There were no city

22  ordinances at that time that said that we could not do what we

23  were doing, and Joe Carollo and the attorney for the city

24  attested to that.  They agreed, and they said it lands us in

25  the gray zone which means they were going to make the decision

1    to not allow it.

2    Q.   After all of this, you then indicated that you've created

3    a brick and mortar location on 20th and 8th Street, correct?

4    A.   Yes, sir.

5    Q.   And you entered into a new lease with the landlord there,

6    correct?

7    A.   Yes, sir.

8    Q.   And you had to prepare -- you had to do work to that

9    space.  You had to build it out, correct?

10   A.   Yes, sir.

11   Q.   And so when you did that, I assume you pulled permits for

12   that, correct?

13   A.   Well, it's a brick and mortar so you have to because it's

14   a permanent structure.

15   Q.   So the container on the ground, that was only movable if

16   you got another moving vehicle.  That wasn't a permanent

17   structure?

18           MS. GOMEZ:  Objection.  Asked and answered.

19           THE COURT:  Sustained.

20   **BY MR. PERTNOY:**

21   Q.   So you got permits for it, you had to submit plans to the

22   city, correct?

23   A.   For our brick and mortar?

24   Q.   Yes.

25   A.   Yes, of course.

1    Q.    And you had to get new licenses, BTRs, correct?

2    A.    Of course.  It's a permanent structure.  It's a brick and

3    mortar.  The rules are very different.

4    Q.    And so you did everything to follow the rules with respect

5    to that location, correct?

6    A.    We did everything to follow the rules in both locations.

7    Q.    And ultimately I think you testified you've had no issues

8    because you pulled the permits, you got the licenses with

9    respect to your property in on 20th and 8th Street, correct?

10   A.    Once we left the property that we were on, we did not have

11   any issues with Code Enforcement visiting us.  When we filed

12   our plans, we made sure that our name didn't appear anywhere on

13   those plans so we called it The Restaurant as to not create any

14   red flags.

15   Q.    Now we talked a while back, you said you were a paralegal.

16   What law firm did you work at?

17   A.    Colson, Hicks, Eidson.

18   Q.    And with respect to the BTR, who at the city refused the

19   BTR for you?  Do you recall who was the person who said, no,

20   you get no BTR?

21   A.    I don't remember his name.  What he told us is that I

22   can't issue it to you because the Building Department says that

23   I am unable to consider the axles that you installed, consider

24   it to be mobile.

25         So then we went over to the Building Department and spoke

```
 1   to -- demanded to speak to Maurice Pons because he is the one
 2   who told us that what we needed was to install axles onto the
 3   unit.
 4            MR. PERTNOY:  Okay.  So can we go back to DX 13 for a
 5   second?  Don't publish it.  Just give me a second.  I'll tell
 6   you what number to go to.  So, can you go to page 27, and can I
 7   publish this to the witness and the jury, please?
 8            THE COURT:  Any objection?
 9            MS. GOMEZ:  No objection.
10            THE COURT:  All right.  Publish.  Thank you.
11   BY MR. PERTNOY:
12   Q.   This is a photo.  Is this the axles you're referring to?
13   A.   Those are the axles that they told us that we needed to
14   get in order for us to be considered a mobile unit.
15   Q.   And if you go to page 28 for a moment.  This is, again, a
16   more zoomed out view of it where the axles would be?
17   A.   Yes.
18   Q.   Okay.  But those are not the actual axles themselves,
19   correct?
20   A.   Of course they are.  Yeah, we purchased them, and then
21   we -- we spent our money, purchased them because that's what we
22   were told that we would need in order to have to be considered
23   mobile.  Once the Building Department considered us to be
24   mobile, then we would be able to get our BTR.
25   Q.   So these axles which don't -- are they also on the front
```

1    because of when you then removed the Sanguich, all that wood

2    where the Sanguich was --

3    A.   I don't have a picture of the other side so I mean, I

4    imagine that there were, yes.

5    Q.   But you don't know?

6    A.   I mean, I imagine that there were.  I don't know.  I don't

7    see the picture here.

8    Q.   Now that container, I mean, weighs probably about two,

9    3,000 pounds, maybe more?

10   A.   I have no idea what it weighs.

11   Q.   Now in order to make that mobile, you would then have to

12   put some sort of tires on those things?

13   A.   Tires were not required.  In fact, it was one of the

14   questions that we asked the Building Department.

15   Q.   I see.  So this is what you all believed would constitute

16   mobility is just adding these things on here?

17   A.   It's what we were told, not what we believe.  It's what we

18   were told by the Building Department that would constitute for

19   it to be mobile and that's all we wanted.  We just wanted to

20   operate at that point.

21        You could ask us to jump on one foot and say please and we

22   would have.  All we wanted was for them to allow us to operate.

23   We would follow whatever was necessary.  We continued to ask

24   for help, what do we need to do to cure this?  What do you need

25   from us and we did everything they asked us to do to no avail.

1   Q.   Now, did the Building Department also tell you that

2   because the container is set on the ground, it, therefore, must

3   comply with the Florida Building Code at one point?

4   A.   I don't recall that, but we would have done anything.  I

5   mean, we asked them if we can put it on blocks, whether it

6   would be considered more permanent and they said no.  We said

7   do you need us to put a foundation in?  We would.  Again, we

8   did whatever they asked us to do.  These axles were not our

9   idea.  It was the city's idea.

10          MR. PERTNOY:  Let me check my notes for a moment,

11   Your Honor.

12          THE COURT:  Sure.

13   **BY MR. PERTNOY:**

14   Q.   So with respect to these axles, do you recall when they

15   were put on the -- in this location?  Do you know that?

16   A.   We put them on after they asked us to.

17   Q.   So was this before the Gay 8 Festival or after the Gay 8

18   Festival if we use that as a marking point in time?

19   A.   I don't recall honestly.  It was whenever they asked us.

20   Whenever they said that that's what they needed in order to

21   consider it mobile.

22   Q.   Well, in February of 21 after the Gay 8 Festival, you had

23   the screaming match as you described it with Commissioner

24   Carollo and all the other people who made the time to be at

25   that office.  Was it after that that you put on the axles?

```
 1            MS. GOMEZ:  Objection.  Asked and answered.

 2            THE COURT:  Sustained.

 3  BY MR. PERTNOY:

 4  Q.   So if you go to pictures -- page 41, please?  So you can

 5  see here, the date of this is February 20, 2018.  So this is

 6  after Gay 8.  And you can see there's still no axles on the

 7  container at this point?

 8            MS. GOMEZ:  Objection.  Lack of foundation for the

 9  date.

10            THE COURT:  Sustained.

11  BY MR. PERTNOY:

12  Q.   Do you see -- and if you can also turn to page -- strike

13  that.

14       With respect to your testimony, I think you've said that

15  you had -- you got to meet with Ms. Dooley.  You got to meet

16  with other people in the Building Department.  There was many

17  people who all made the time to discuss this issue with you and

18  tried to get this container into compliance, correct?

19  A.   We met with them.  I don't know what you mean by "got to

20  meet with them."

21  Q.   You got to meet with them.  They made the time.  They

22  tried to assist you in finding a way to make this container

23  that was put there unilaterally compliant, correct?

24  A.   That's correct.  And at some point in time, Joe Carollo

25  made sure he intimidated them to the point where they wouldn't
```

```
 1   even speak to us.
 2   Q.   And that is based off of your opinion.  You have no actual
 3   facts because you only spoke to Commissioner Carollo twice to
 4   have any basis for that statement, correct?
 5   A.   It's very clear.  It was well known.  Everyone in the city
 6   knew that he had it out for Bill Fuller, his organizations and
 7   for, therefore, because we were on that property, we were
 8   targeted.  Everyone knew it.  It was common knowledge.  I'm not
 9   making that up.
10   Q.   If I understand the sum and substance of your testimony
11   here today was before you opened or when you opened in October,
12   you didn't have the proper licenses.  When you got the licenses
13   that said no seating, you used -- you sat, and when you need,
14   when your --
15           MS. GOMEZ:  Objection.  Mischaracterization of prior
16   testimony.
17           THE COURT:  Sustained.
18   BY MR. PERTNOY:
19   Q.   When you were -- when your temporary event permit of
20   February 2nd expired, you still were using the property?
21           MS. GOMEZ:  Objection.  Same objection.
22           THE COURT:  Sustained.
23   BY MR. PERTNOY:
24   Q.   Do you take any responsibility for this whatsoever?
25   A.   What do you mean by "take any responsibility?"
```

1   Q.   Is any of the issues that we've discussed here today,

2   do you hold yourself responsible for any of the failures to

3   pull the permits or get any of the proper documentation?  Is

4   any of that on you and your husband?

5   A.   Absolutely not.  We visited the city every single day so

6   that we can get what we needed and as I've told you before, Joe

7   Carollo and his office made it very apparent that they weren't

8   going to allows us to operate.

9        There could be -- what more could we possibly do other

10  than show face and say what do you need us to do?  Other than

11  show face, what do you need us to do?  Get axles, get a BTR,

12  can we get the permits, no.  A TEP, we'll get a TEP.  I don't

13  know what else other than just doing exactly what we were asked

14  to do.

15  Q.   All of which was after the fact and with respect to the

16  electrical --

17           MS. GOMEZ:  Objection.  Mischaracterizes testimony.

18           THE COURT:  Overruled.  She can answer.

19  **BY MR. PERTNOY:**

20  Q.   And with respect to the electrical and the plumbing, you

21  yourself, have said that you all just connected it.  Had no

22  separate FP&L accounts whatsoever, correct?

23  A.   We didn't have -- oh, no.  I don't recall, no.  We didn't

24  have a separate one.

25  Q.   Basically your electrical was being fed over --

```
1              MS. GOMEZ:  Objection.  Asked and answered.

2              MR. PERTNOY:  I'm asking a completely different

3  question.

4              THE COURT:  I understand that, sir.  Go ahead.

5  BY MR. PERTNOY:

6  Q.   Thank you.  So the electrical was being fed from the 1637

7  building to the container on the corner of the property line,

8  correct?

9  A.   I don't know where it was being fed from.

10 Q.   But ultimately you all just showed up and the landlord

11 provided those connections for you, correct?

12 A.   Yes, sir.

13 Q.   I see.  And no permits for any of that, correct?

14 A.   I don't know that.

15 Q.   I see.

16             MR. PERTNOY:  No further questions.  Thank you,

17 ma'am.

18             THE COURT:  Thank you.

19             MS. GOMEZ:  Your Honor, may we have a sidebar?

20                         (At the bench.)

21             MS. GOMEZ:  Your Honor, I wanted to discuss at the

22 sidebar the next exhibit.  This is the letter that she was

23 repeatedly asked about and that Mr. Pertnoy suggested multiple

24 times did not exist, so we would like to show it to her.  If

25 they had an objection in the past --
```

1              MR. PERTNOY:  Not an exhibit to the exhibit list.

2    Not used in direct.  How many times are we going to play this

3    game?  This is the second time they've done this where they

4    reference a document that they don't produce to me until right

5    now that I've never seen.  Not on their exhibit list, so we

6    don't have any knowledge of it whatsoever.  And then all of a

7    sudden, magically it appears.  You can't play it that way.  You

8    can't play ambush at this point in time in the trial.  That is

9    highly prejudicial.

10             MS. GOMEZ:  Your Honor, we never mentioned it during

11   the direct examination.  There was no questioning that elicited

12   the mention of this document from the witness, and then he

13   proceeded, knowing that it exists, to suggest that it did not

14   exist.

15             MR. PERTNOY:  That's absolutely not true.  In fact,

16   she testified about a letter from Devin Cejas.  Otherwise, I

17   would have no reason to question her on it.

18             MS. GOMEZ:  Your Honor, should I go get the

19   testimony?

20             THE COURT:  You can play the testimony.

21             MS. GOMEZ:  Sorry.  This is you:  Which one, the

22   Devin Cejas letter that allegedly exists that you didn't show

23   to this jury during your testimony?  I never elicited that

24   testimony.

25             MR. PERTNOY:  I don't -- so I don't dispute that I

1    asked her about it.

2           THE COURT:  The letter, it would come in as a prior

3    consistent statement.  It was asked on cross-examination.  They

4    don't have to.  They didn't question this letter on direct

5    examination, but knowing that she mentioned it and she says

6    that it's not allegedly, it can come in for a prior consistent

7    statement based on the cross-examination which was elicited on

8    cross.

9           Anything else we need to address?

10          MS. GOMEZ:  Yes, Your Honor.  I also think that he

11   opened the door to us being able to show the city officials

12   that were at the opening because a lot of his cross-examination

13   was for how they didn't have permits at the very beginning,

14   suggesting that they just blatantly went and started operating

15   without any permits when they had -- the reason they did is

16   because they had an implicit agreement by city officials, the

17   mayor at the time that they were going to help make them pave

18   the way forward for them to be able to operate lawfully.

19          As soon as they opened, Mr. Carollo takes office and

20   shuts that down.  So the reason they just didn't open and start

21   operating is not because they were, you know, brazen.  They had

22   those commissioners.  They had Commissioner Regalado or the

23   mayor there because they knew that those people were going to

24   allow them to operate so there was implicit consensus from the

25   city.

 1          MR. PERTNOY:  Your Honor, you can't allow them to

 2    imply endorsement because somebody showed up there.  That's far

 3    different than what I asked about.  What was even raised she

 4    was talking -- I asked if you pulled any permits, did you have

 5    any licensing beyond the licensing from the State of Florida,

 6    she said no.  That has nothing to do with --

 7          THE COURT:  I understand that.  The objection is

 8    sustained, okay?

 9          MS. GOMEZ:  Your Honor, if I could just show you the

10    testimony.

11          THE COURT:  If you make any issue or the defense

12    explore this issue, as it stands now, no.  I'm not going to

13    have further discussion about that.

14          MS. GOMEZ:  I'm sorry?

15          THE COURT:  No.

16          MR. PERTNOY:  Your Honor, I have to again reiterate

17    that --

18          THE COURT:  The objection is noted for the record.

19          MR. PERTNOY:  Can we make it clear that you can't be

20    not listing documents as exhibits and then producing them and

21    sandbagging with them literally after cross-examination?

22          THE COURT:  It's not sandbagging, number one, which

23    shows a prior consistent statement.  You questioned her.  She

24    said allegedly.  She was adamant it was not.  You don't have to

25    take her word for it.

 1          Right now is there any other documents that you're not

 2   going to ask on direct examination that pertain to any

 3   witnesses, give them to defense counsel, and that way, you

 4   don't have to worry about this -- I'm not done yet, please.

 5          Again, these witnesses, they come in and they tell you

 6   yes.  It's not allegedly.  They have to show a prior consistent

 7   statement which is perfectly acceptable to use.  There's

 8   nothing wrong with that, sir.

 9          MR. PERTNOY:  Your Honor, my issue is --

10          MS. GOMEZ:  Thank you, Your Honor.

11          MR. PERTNOY:  Would your -- as far as I know, we're

12   up to 444 plaintiffs' exhibits, and this one's marked 461.  I

13   haven't seen anything beyond 444, and I might not know about it

14   until a moment like this and this is the second time that's

15   happened in the trial and that's just simply not fair.  That's

16   not the point of how trials are supposed to work.

17          MS. GOMEZ:  Your Honor, we're not bringing in a

18   document during direct examination.  He knows it exists and he

19   starts opening the door.

20          THE COURT:  This is a City of Miami official

21   document.  It's an agent on his behalf.  I understand the

22   agency relationship, sir.  Do they not?

23          MR. PERTNOY:  Not necessarily, Your Honor.  That

24   comes from the administration.

25          THE COURT:  Anything else?

```
 1              MS. GOMEZ:  No.

 2              MR. PERTNOY:  No.  Thank you, Your Honor.

 3              THE COURT:  We're going to take a break and address

 4    this.  How much is your redirect examination?

 5              MS. GOMEZ:  Not very long.  Like, ten minutes.  Maybe

 6    15 minutes.

 7              THE COURT:  I'm going to take a break right now, at

 8    least ten minutes.  Show me the curative instruction that we

 9    need to address.

10              MR. PERTNOY:  While we are up, can we just raise one

11    other -- I believe your next witness is going to be her

12    husband.

13              MS. GOMEZ:  I think we have to take Diez out of

14    order.  Orlando Diez.  He's another city --

15              MR. PERTNOY:  With respect to her husband, I just

16    don't want to be involved in having to do cumulative testimony.

17    That's my biggest concern because it's just going to be the

18    same direct and the same cross.  It's the same story.

19              MS. GOMEZ:  I have different questions for him to

20    elicit testimony that she didn't have a complete recollection

21    on.

22              MR. PERTNOY:  I want to be very mindful of that.

23              MS. GOMEZ:  It's very short testimony.

24              THE COURT:  All right.  Again, let me see the

25    curative instruction.
```

```
 1              MR. KUEHNE:  Will you allow us to email it to
 2    chambers?
 3              THE COURT:  Email it to chambers right now.  I'll
 4    have my law clerk to print it out, too, as well.
 5              MS. GOMEZ:  Thank you.  So you're taking a break?
 6              THE COURT:  Yes.
 7                        (In open court.)
 8              THE COURT:  All right.  Ladies and gentlemen, we're
 9    going to take a recess right now.  That's good for you all to
10    do it?  You didn't give me a note like I told you to.
11              All right.  At any rate, we'll be in recess for about
12    at least 15 minutes.  Again, please do not discuss this case
13    with anyone.  Do not formulate any opinions as well.  We'll be
14    back approximately 3:25 is fine.
15              THE COURTROOM DEPUTY:  All rise for the jury.
16              (Thereupon, the jury exited the courtroom.)
17                        (Short recess had.)
18              THE COURT:  You may be seated, everyone.
19              You can call the jurors, please.  Thank you.
20              MR. KUEHNE:  Your Honor, while the jury comes in,
21    will we visit that issue after the witness or at the end of the
22    day?
23              MS. GOMEZ:  Your Honor, could we come sidebar to
24    discuss scheduling?
25              THE COURT:  Sure.
```

```
1                        (At the bench.)

2              THE COURT:  Yes.

3              MS. GOMEZ:  Just on that issue our next witness,

4    Orlando Diez is here and we can put him on, but he can't come

5    back tomorrow so we would have to take him again out of order

6    later in the week if Your Honor would be amenable to it.

7              We could also deal with this issue after this witness

8    and call it a day in terms of bringing witnesses.  However the

9    Court wants to proceed.

10             THE COURT:  How long is the witness' testimony?

11             MS. GOMEZ:  It's going to be more than an hour.

12             THE COURT:  He can't come back?

13             MS. GOMEZ:  He can't come back tomorrow.  He just

14   started a new job.  We'd have to take him Wednesday.

15             MR. GUTCHESS:  He's 70 years old.  He came on Friday,

16   and came today.

17             THE COURT:  He can come on Wednesday?

18             MS. GOMEZ:  He can come back on Wednesday.

19             THE COURT:  You're going to finish him at one time on

20   Wednesday?

21             MS. GOMEZ:  I think so.

22             THE COURT:  That doesn't do anything for me.

23             MS. GOMEZ:  It's not going to be an hour.

24             THE COURT:  Your cross-examination is an hour too?

25   Who's doing the cross-examination of this?  The same thing?  It
```

```
 1  will be an hour a piece?  No more than two hours total for that
 2  particular witness?
 3          MS. GOMEZ:  On Wednesday.
 4          THE COURT:  Anything else?
 5          MR. GUTCHESS:  One hour today?  We're going to start
 6  him today, right?
 7          MS. GOMEZ:  No.  That's what we were saying.
 8          THE COURT:  If you're done with this person, in what
 9  about you say, ten minutes, you have to go -- you can let him
10  start.  Why not?  He's here.  Don't waste his time.
11          MS. GOMEZ:  We can do that.
12          THE COURT:  I don't want to waste these people's
13  time.
14          MS. GOMEZ:  I just wanted to know if we're going to
15  deal with the jury.
16          THE COURT:  That's fine.  I can rule on that.  Let's
17  go and get as much done as possible, all right?
18          MS. GOMEZ:  Thank you.
19                    (In open court.)
20          THE COURT:  You may be seated, ladies and gentlemen.
21     You may proceed.
22                    -  -  -  -  -
23          REDIRECT EXAMINATION OF ROSA ROMERO
24  BY MS. GOMEZ:
25  Q.  Ms. Romero, I'm going to show you what has been marked as
```

1    Plaintiffs' Exhibit 461 for identification.

2                MR. PERTNOY:  Your Honor, I would renew my objection

3    to the document.  I would also indicate that the document

4    doesn't indicate on its face that she received it.

5                THE COURT:  I don't see anything on the screen.

6                MS. GOMEZ:  Just -- Plaintiffs' Exhibit 461 for

7    identification.  Just to be shown to the witness and the Court.

8    Not to the jury.

9                A JUROR:  We can see it.

10               MS. GOMEZ:  They can see it.

11               MR. PERTNOY:  Again, I would raise the objection.  It

12   doesn't appear that she received this.

13               THE COURT:  You can ask the question.

14               MS. GOMEZ:  I'll establish a foundation, Your Honor.

15   **BY MS. GOMEZ:**

16   Q.   Ms. Romero, have you seen this document before?

17               MR. PERTNOY:  Objection.  Lacks foundation.

18               THE WITNESS:  Yes.

19               THE COURT:  Overruled.  You can answer.

20               THE WITNESS:  Yes, I have.

21   **BY MS. GOMEZ:**

22   Q.   And how are you familiar with this document?

23   A.   This is the letter that I was speaking about earlier from

24   the Zoning Administration at the City of Miami that we used in

25   order for us to be able to get our DBPR that eventually states

```
 1   that the space that we were in is zoned to have a food

 2   establishment; can be in business out of a temporary structure.

 3   Q.   And who's the person that it's being addressed to?

 4   A.   Carlos Lago is an attorney.

 5   Q.   And who did he represent?

 6   A.   He was attaining this on our behalf so that we could

 7   submit it into the state.

 8   Q.   How did you come into possession of this document?

 9   A.   He provided it to us, the attorney did.

10         MS. GOMEZ:  Okay.  And, Your Honor, I move

11   Plaintiffs' Exhibit 461 into evidence.

12         MR. PERTNOY:  Preserving my objection, Your Honor.

13         THE COURT:  It's noted.  Thank you.  You're welcome.

14   It's admitted.

15            (Plaintiffs' Exhibit 461 Received.)

16         MS. GOMEZ:  So we can publish it to the jury?

17         THE COURT:  Yes.

18   BY MS. GOMEZ:

19   Q.   Ms. Romero, I want to call your attention to the last

20   bullet point.  If you could read that to us.

21   A.   It states:  A Fixed Food Service Establishment may be

22   permitted within a temporary structure through a process of a

23   Temporary Use Permit or Temporary Event Permit as delineated in

24   the city code.

25   Q.   And so why -- who's the person signing it?  If we can move
```

```
 1   the letter -- so, yes, perfect.  So who's the person signing
 2   this letter?
 3   A.   Devin Cejas who was Director of Zoning.
 4   Q.   Remind us again why did Sanguich need this letter?
 5   A.   It was important because it essentially told the state
 6   that the city allows for us to sell food out of the structure
 7   that we were selling it and that the zone was zoned for that.
 8   Q.   And so now, again, I want to call your attention to that
 9   last bullet point, a Fixed Food Service Establishment.  What
10   does that mean?
11   A.   That means you're --
12           MR. PERTNOY:  Objection.  Calls for legal conclusion.
13           THE COURT:  Wait, wait, wait, Ms. Romero.  Overruled.
14   You may answer.
15   BY MS. GOMEZ:
16   Q.   What is a Fixed Food Service Establishment?
17   A.   It is essentially we have a permanent food establishment,
18   meaning it isn't for an event.  We're only going to be selling
19   food for 24 hours.  We permanently -- we can permanently sell
20   food out of a temporary structure.
21   Q.   And now you just took the words outs of my mouth.
22   Temporary structure.  Why was it being referred to as a
23   temporary structure?
24   A.   Because it's not a brick and mortar.  It's not your
25   average building, like has a foundation and brick walls and the
```

1    roof.  It's built differently.  The structure of it is

2    temporary.

3    Q.   And remind us again what was the structure?

4    A.   A shipping container.

5    Q.   And what is a shipping container used for?

6    A.   To -- for logistical reasons, to transport items from one

7    place to another.

8    Q.   And so is a shipping container something that is supposed

9    to stay in one location?

10   A.   No, it could be moved.

11   Q.   And so is a shipping container mobile?

12   A.   Yes, it is.

13   Q.   Now, did anyone tell you -- you were shown a picture of a

14   person sitting at a table outside of Sanguich.

15   A.   Yes.

16   Q.   Did anyone tell you that you were being raided or shut

17   down because there were people sitting outside eating at your

18   restaurant?

19   A.   No.

20   Q.   Were -- was there anybody -- could anybody sit inside of

21   Sanguich to eat?

22   A.   No.  You had to stay outside and when we served food, the

23   food came out of a window.  You could not enter our space.

24   Q.   And to your knowledge, was there any restriction on having

25   somebody sit outside and eat a sandwich?

```
 1   A.   No.  So the non-seating establishment is essentially that
 2   you're not going to -- it's for takeout businesses.
 3   Q.   And so you were -- you testified about going to the city
 4   multiple times to try to figure out what were the permits that
 5   you needed to be able to operate and to go through the process.
 6   At some point, you were told that you needed axles, right?
 7   A.   Yes.
 8             MR. PERTNOY:  Object to form.  Leading.
 9             THE COURT:  Overruled.
10   BY MS. GOMEZ:
11   Q.   Why?  What was the reason for needing axles?
12   A.   So apparently the Building Department didn't want to
13   consider the shipping container as mobile unless it had axles
14   on it.
15        And so in order to cure that so that we could get our BTR
16   and cure that violation, that's what they required and they
17   said that should we get axles on it and install axles, they
18   would consider it a mobile unit.
19   Q.   And did you buy those axles?
20   A.   We did and we had them installed.
21   Q.   How much were those axles?
22   A.   I want to say over $3,000.
23   Q.   And was that something that you could comfortably afford
24   at that time?
25             MR. PERTNOY:  Objection.
```

1                    THE WITNESS:  Absolutely not.

2                    THE COURT:  Wait, wait.

3                    MR. PERTNOY:  403 and beyond the scope of these

4       proceedings.

5                    THE COURT:  Sustained.

6       **BY MS. GOMEZ:**

7       Q.   And so when you put -- I'm sorry.  So you did end up

8       putting the axles on the container?

9       A.   We did.  We installed the axles on the container, took the

10      pictures, and in fact, we had -- when we had submitted it, we

11      had the director of the Building Department came by and said I

12      just wanted to make sure because I know this is going to land

13      on my desk today that this was, in fact, installed.  We said we

14      got it.  It's installed.

15           We advised that we already submitted the pictures,

16      resubmitted the application with the BTR department which is

17      why we were so shocked when we received the call from the BTR

18      department saying that the Building Department still had not

19      approved it.  We went over to re-clarify why it had not been

20      approved, and that's when we were told that they received a

21      call earlier that morning from the higher ups, they could not

22      tell us who it was, that said that they could not grant the BTR

23      and they could not consider the container even though it had

24      axles, a mobile unit.

25      Q.   Did you know who that person was that they said they

```
 1    couldn't tell you who it was?
 2    A.   Well, we told them we know this is Joe Carollo.
 3              MR. PERTNOY:  Objection.  Calls for speculation.
 4              THE COURT:  Sustained.
 5    BY MS. GOMEZ:
 6    Q.   Did you tell the person who it was that was --
 7    A.   Yes.  We told them that we know it's Joe Carollo.
 8              MR. PERTNOY:  Objection.  Same speculation.
 9              THE COURT:  Overruled.  Overruled.
10    BY MS. GOMEZ:
11    Q.   Again, when you went there after you were told you needed
12    axles, you put on the axles, they don't give you the permit,
13    did you go again to ask why?
14              MR. PERTNOY:  Objection.  Leading.
15              THE COURT:  Sustained.
16    BY MS. GOMEZ:
17    Q.   And so you were told that somebody -- were you told that
18    somebody was directing them to not approve the application?
19              MR. PERTNOY:  Objection.  Calls for hearsay.
20              THE COURT:  Sustained.
21    BY MS. GOMEZ:
22    Q.   You went -- we talked about Rachel Dooley.  Who's Rachel
23    Dooley?
24    A.   She, at the time, was the assistant attorney for the city.
25    Q.   And the very first time that you spoke to her, what was
```

 1   her demeanor?

 2   A.   She was very nice and polite and sympathized with what was

 3   happening.  She confirmed -- we had gone through the

 4   ordinances.  She confirmed that there were no city ordinances

 5   that didn't prevent us from doing what we were doing.  She said

 6   the only --

 7             MR. PERTNOY:  Objection.  Hearsay.

 8             THE COURT:  Overruled.

 9             THE WITNESS:  The only obvious thing that she saw was

10   the BTR.  And so which is why she says I'm going to introduce

11   you to the individual that can help you put through an

12   application and that's exactly what we did.

13             She introduced us to them.  We put in the application,

14   and that's when we were told we needed axles, we got the axles,

15   we installed them.

16   **BY MS. GOMEZ:**

17   Q.   Did Rachel Dooley's demeanor change at some point in time?

18   A.   Yes.  After we were denied -- when we were told by the

19   Zoning Department that somebody from the higher ups told them

20   that we couldn't --

21             MR. PERTNOY:  Objection.  Hearsay.

22             THE COURT:  Sustained.

23   **BY MS. GOMEZ:**

24   Q.   So did Rachel Dooley's demeanor change at any point in

25   time?

1   A.   Yes, it did.  At some point, she wouldn't -- when we would

2   visit, we tried speaking to her and she would barely look us in

3   the eyes.  She just walked the other way and just she was not

4   helpful whatsoever.

5       We started -- I sent emails beginning in January through

6   March for three months.  I put a public records request in

7   through her to her email asking her for public records of

8   communication of Joe Carollo.

9           MR. PERTNOY:  Objection.  Beyond the scope of the

10  cross.

11          THE COURT:  Overruled.

12          THE WITNESS:  For her to please provide us with the

13  public records between Joe Carollo and Code Enforcement

14  officers and with any of the other city officers within the

15  city between Joe Carollo and them because we essentially wanted

16  to have this proof that he was calling these individuals or

17  someone on his behalf was calling these individuals and telling

18  them --

19          MR. PERTNOY:  Objection.  Hearsay.

20          THE COURT:  Overruled.

21          THE WITNESS:  Telling them that to essentially stop

22  what was happening to not allow us to move forward.  And so at

23  that point, I realized she stopped responding to our emails and

24  we saw her a few times and tried to engage with her, and she

25  was completely standoffish.  Almost as if she had never really

1   communicated with us before.

2   **BY MS. GOMEZ:**

3   Q.   And now, again, going back to that same bullet point.  It

4   says that a Fixed Food Establishment -- Service Establishment

5   may be permitted within a temporary structure through the

6   process of the Temporary Use Permit or Temporary Event Permit.

7   Did you have one of those two permits?

8   A.   Yes.  We applied for the temporary event permit and that's

9   the one that was revoked.

10  Q.   Then this letter -- what was the purpose of this letter?

11  What was it you were trying to obtain?

12  A.   For our state license, our BTR license.

13  Q.   Were you able to successfully obtain the BTR license?

14  A.   Yes, we did.

15  Q.   Now with respect to Mr. Fuller and Mr. Pinilla, what was

16  their role in what was happening to you?

17  A.   Well, they were our landlord at the time.

18  Q.   And did they facilitate, you know, your operation?

19  A.   Facilitate?

20  Q.   Meaning were they doing something that was preventing you

21  from being able to operate?

22  A.   No.

23  Q.   And so did you understand that -- what was your

24  understanding of why you were facing so many problems to be

25  able to operate?

1              MR. PERTNOY:  Objection.  Calls for speculation.

2              THE COURT:  Overruled.

3              MR. PERTNOY:  Hearsay.

4              THE COURT:  Overruled.  You can answer.

5              THE WITNESS:  It was obvious to us that it had

6    everything to do with Joe Carollo not allowing individuals to

7    provide us with the outlets so that we can provide the city

8    with what they were asking for.

9              On one hand we're being violated, but at the same

10   hand, you're not allowing us to cure those violations.  So we

11   were in a -- just wasn't allowing us to move forward.

12             There was no reason why not to consider our structure

13   mobile, and that was the only definition that was keeping us

14   from -- from obtaining what they were exactly asking us to get

15   which was a BTR.

16   **BY MS. GOMEZ:**

17   Q.   Now did Mr. Pinilla or Mr. Fuller have anything to do --

18   were they responsible in any way for your inability to obtain a

19   permit other than Mr. Carollo didn't like them?

20             MR. PERTNOY:  Objection.  Calls for speculation.

21             THE COURT:  Overruled.

22             MR. PERTNOY:  403.

23             THE COURT:  Overruled.

24             THE WITNESS:  Not to my understanding.

25

1          MS. GOMEZ:  Your Honor, if I could have a minute?

2          THE COURT:  Sure.

3          MS. GOMEZ:  No further questions.

4          MR. PERTNOY:  Your Honor, I would request a brief

5    cross on the document since it was produced after the cross.

6          THE COURT:  As to the document only, you may do so.

7          MR. PERTNOY:  Thank you.  Plaintiffs, can you please

8    put up that document since I don't have it?  Thank you.

9                         - - - - -

10              **RECROSS EXAMINATION OF ROSA ROMERO**

11   **BY MR. PERTNOY:**

12   Q.   So I think I just heard you say with respect to this

13   document, this letter was what you used to get your DPBR

14   license from the state, correct?

15   A.   It was submitted.  They wanted I guess verification that

16   we were zoned for it.

17   Q.   So this letter dated November 16, 2017 was used to get the

18   license that would allow you to operate your restaurant with

19   the state, correct?

20   A.   Well, our plans were already approved.  We had already

21   received all of those approvals as far as the structure itself.

22   They wanted to have this in hand when they did the walk

23   through.

24   Q.   But this is the document that you needed in order to

25   finalize your license in order to open and operate, correct?

1    A.    I'm not sure.  The license was already finalized and it

2    was kind of like an addendum to that.  I'm not sure.

3    Q.    Now -- well, in the cross-examination, your license which

4    was licensure date was 11-22-17 which is after this document,

5    November 16, 2017, correct?

6    A.    Yes, the 22nd is after the 16th.

7    Q.    So once you submitted this document, that's what finalized

8    your licensure which gave you your license to operate your

9    restaurant, correct?

10   A.    I assume so.  If you're telling me that it was issued on

11   the 22nd, then I would say yes.

12   Q.    Yet, your testimony earlier was that you opened your

13   restaurant in October of 2017.  So you were doing so without a

14   license, correct?

15   A.    No.  We had -- it was like a grand opening.  It was almost

16   like to commemorate that we were going to be on the spot, kind

17   of had almost like a party, if you will.  We had live music,

18   and that is on the Viernes Culturales which is when I told you

19   that there's like almost like a street party, if you will,

20   where all of the art galleries open up, the restaurants have

21   music, and the street becomes much more lively.

22         And so that's why we chose that particular day to do it,

23   to kind of get the word out there, hey, we're coming up, keep

24   your eyes out.

25   Q.    You were doing it without an actual license at that time?

```
 1              MS. GOMEZ:  Your Honor, objection.  Opening the door.
 2    If we could go sidebar.
 3              THE COURT:  Denied.  Go ahead, sir.
 4    BY MR. PERTNOY:
 5    Q.   Now, waiting for your answer.
 6              THE WITNESS:  What was the question?
 7    BY MR. PERTNOY:
 8    Q.   So you were actually in October, 2017, doing all of those
 9    things for your grand opening without an actual license in
10    effect, correct?
11    A.   Yes, but I don't consider it operating.
12    Q.   Tomato/tomato.
13    A.   We weren't selling food.
14    Q.   Moving on to the document itself.  The fourth bullet point
15    that you were asked about, in fact, this is -- this letter
16    tells you that in order for you to operate your restaurant, you
17    need to go get what you had testified earlier you did, this
18    TEP, correct?
19    A.   It says that you could operate with a TEP, that's correct.
20    Q.   That's what you went and did.  After you got this letter,
21    after your grand opening, you went out and got or started the
22    process of getting a TEP, correct?
23    A.   We were able to obtain one for a short period of time.
24    Q.   Right.  I think you said you initially got it in December
25    of 2017, and as we discussed, there was another one got
```

 1  reissued for January all the way to February 2, 2018, correct?

 2  A.   Yes.

 3  Q.   So, in fact, all this letter does is show that what you --

 4  tells you what to do and you did it after you opened, after you

 5  installed -- after everything was in place and then you were

 6  looking to find a way to comply because you weren't in

 7  compliance, correct?

 8          MS. GOMEZ:  Objection, Your Honor.  Mischaracterizes

 9  prior testimony.  Opens the door and I request a -- renew my

10  request for a sidebar.

11          THE COURT:  The sidebar is denied.  I understand your

12  objection.  The objection is sustained.

13          Next question, counsel.

14          MR. PERTNOY:  Sure.

15  **BY MR. PERTNOY:**

16  Q.   With respect to this letter, do you have any knowledge of

17  whether Mr. Fuller or Mr. Pinilla used any of their influence

18  with respect to the City of Miami to get this letter issued?

19  A.   No.  I mean, it was obtained from my lawyer.

20          MR. PERTNOY:  I don't have any further questions.

21  Thank you.

22          THE COURT:  Thank you.  Next witness, counsel?

23          MS. GOMEZ:  Your Honor, we're done with Ms. Romero.

24  The next within will be Orlando Diez.

25          THE COURT:  Also, ladies and gentlemen, with respect

```
 1    to the next witness, we're not going to be able to finish his

 2    entire testimony today, I think due to schedules issues.  He

 3    will continue on Wednesday as well, okay?

 4         For his testimony, we're going to take him out of turn

 5    back on Wednesday just to let you know, okay?  Also before you

 6    start, may I see the lawyers briefly?

 7                        (At the bench.)

 8         THE COURT:  Who's doing the cross-examination?  Are

 9    there any documents that you either need to turn over with

10    respect to this witness, because I don't want to have to be

11    spending my time here at sidebar every two or three seconds.

12         What exhibits, if any, is going to be stipulated to,

13    please make sure we do that now.  I don't want to have so many

14    sidebars wasting this jury's time.

15         MS. GOMEZ:  I emailed all the documents I was going

16    to show yesterday.  That's it.  Your Honor, I can't predict if

17    they're going to bring something during cross-examination that

18    I then have a document that rebuts, but I've shown them

19    everything that I'm going to show during my direct.

20         MR. PERTNOY:  That's fine, so long as it's on your

21    exhibit list.  The last few haven't been on your exhibit list.

22         MS. GOMEZ:  If you open to a door to a document and

23    pretend that it doesn't exist when you know that it does, this

24    is what happens.

25         THE COURT:  Let's move on.  Thank you.
```

1          MS. GOMEZ:  Thank you.

2                         (In open court.)

3          THE COURTROOM DEPUTY:  Excuse me, sir.  Can you stand

4     and raise your right hand, please?

5                         (Witness was sworn.)

6          THE WITNESS:  I do.

7          THE COURTROOM DEPUTY:  Please state your name and

8     spell it for the record.

9          THE WITNESS:  Orlando J. Diez, D-I-E-Z.

10                        -  -  -  -  -

11              **DIRECT EXAMINATION OF ORLANDO DIEZ**

12    **BY MS. GOMEZ:**

13    Q.   Good afternoon, Mr. Diez.  How are you doing?

14    A.   Fine.

15    Q.   And could you please explain to the jury what your

16    educational background is?

17    A.   Okay.  I have a bachelors degree in construction

18    engineering and also have a degree in civil engineering.

19    Q.   And do you have any professional licenses?

20    A.   Yes.  Department of Business Professional Regulation, a

21    few licenses.

22    Q.   Can you tell us what some of those licenses are?

23    A.   It's a certified general contractor by State of Florida,

24    certified home inspector by the State of Florida, certified

25    building inspector by the State of Florida.  And also I'm a

1   certified drainage inspector, and also I'm a certified Level I

2   and II by Florida Code Enforcement.

3   Q.   And how long have you -- do you work for the City of

4   Miami?

5   A.   Yes.  Not right now.  I'm sorry.

6   Q.   Have you worked for on the City of Miami?

7           MS. DAWSON:  Objection.  Temporal scope.

8           THE WITNESS:  I'm sorry?

9   **BY MS. GOMEZ:**

10  Q.   I'll ask the question again.  Hold on.  There's an

11  objection.  Have you worked for the City of Miami?

12          MS. DAWSON:  Objection as to temporal scope, Your

13  Honor.

14          THE COURT:  Overruled.

15          THE WITNESS:  I worked before for the City of Miami.

16  **BY MS. GOMEZ:**

17  Q.   For how many years?

18  A.   Fourteen years and nine months.

19  Q.   And so can you tell us what were some of the positions

20  that you held while you worked for the City of Miami?

21  A.   I was Director of Code Enforcement twice.  Director of NET

22  one time, and construction manager.

23  Q.   What is director of NET?

24  A.   NET was a department, neighborhood compliance, a

25  department created in the city to service the community.

1   Q.   Okay.  And you said you were the director of Code

2   Compliance twice?

3   A.   That is correct, yes.

4   Q.   And for how long did you hold each position?

5   A.   The first time, I believe it was about two years and

6   months, and then the second time was about two years or

7   something like that.

8   Q.   And so -- and what is the role of Code Compliance?

9   A.   Code Compliance is created by the state to have

10  enforcement or review by the life, safety group of zoning

11  issues, and anything related with the zoning.

12  Q.   And so what is the role of Code Compliance with respect to

13  businesses?  Are they supposed to help businesses come into

14  compliance?

15          MS. DAWSON:  Objection to the form.  Leading.

16          THE COURT:  Sustained.

17  **BY MS. GOMEZ:**

18  Q.   What's the role of Code Compliance with respect to

19  businesses?

20  A.   The department's scope of work with the businesses is

21  check their BTR which is the license, professional license, and

22  certificate of use.

23  Q.   Is there any other role for Code Compliance?

24  A.   They have different roles.  Check graffiti, garbage,

25  occupations, use, business or residential, and that's it.

1  Q.   Okay.  And are you familiar with the Calle Ocho

2  neighborhood?

3  A.   Yes.

4  Q.   How old are the buildings in Calle Ocho?

5  A.   A lot of years.  Before my time.

6  Q.   Do you know approximately what years they were built in?

7       MS. DAWSON:  Objection.  Lack of personal knowledge.

8  Calls for speculation.

9       THE COURT:  Overruled.  If he knows.

10      THE WITNESS:  I don't have an idea right now.  It's

11 different dates of built, the buildings, those buildings.  I

12 don't recall it right now.

13 **BY MS. GOMEZ:**

14 Q.   Okay.  Now, you said that those buildings are very old,

15 right?  Did I understand you correctly?

16 A.   Some buildings can be old.  I don't know exactly the time.

17 I don't recall which buildings.

18 Q.   All right.  So now in your four years as a Code director,

19 are you aware of any significant code issues with respect to

20 Mr. Fuller or Mr. Pinilla?

21 A.   Only the last two years, or the year 2017, '18 that's come

22 to my attention.

23 Q.   And so what was the significant change -- before November

24 of 2017, was Mr. Carollo a commissioner?

25 A.   We have some complaints of neighbors and noise but very

```
 1   minimal complaints.
 2   Q.   Okay.  So let me ask you again.  So in your four years as
 3   Code director before Mr. Carollo became a commissioner, before
 4   he was a commissioner, were you aware of any significant
 5   issues, code issues with Mr. Fuller or Mr. Pinilla's
 6   properties?
 7   A.   No.
 8             THE COURT:  There's an objection?
 9             MS. DAWSON:  It's okay, Your Honor.
10             THE COURT:  All right.
11   BY MS. GOMEZ:
12   Q.   What was your answer?
13   A.   Best of my recollection, no.
14   Q.   Now, in your five -- is it four -- or four years, right,
15   that you were a Code director?
16   A.   Correct.
17   Q.   Were you aware of Mr. Fuller not cooperating with the city
18   regarding code compliance?
19             MS. DAWSON:  Objection.  Leading.
20             THE COURT:  Overruled.  You may answer.
21             THE WITNESS:  Don't recall any of that.
22   BY MS. GOMEZ:
23   Q.   And what about any repairs?  Do you recall in the four
24   years that you were a Code director, Mr. Fuller or Mr. Pinilla
25   refusing to make any repairs or any changes to bring a building
```

```
 1   into compliance?

 2           MS. DAWSON:  Objection.  Leading.  Assumes facts not

 3   in evidence.

 4           THE COURT:  Sustained.  Rephrase the question.

 5   BY MS. GOMEZ:

 6   Q.   During the four years that you were Code director, did it

 7   come to your attention at any point that Mr. Fuller or

 8   Mr. Pinilla were not bringing buildings into compliance?

 9           MS. DAWSON:  Objection.  Lack of foundation.

10           THE COURT:  Overruled.  He can answer if he knows.

11           THE WITNESS:  Don't recall any of that.

12   BY MS. GOMEZ:

13   Q.   You don't recall there ever being an issue?

14   A.   No.

15   Q.   Okay.  Now, are you familiar with Code Enforcement

16   shutting down a rally that was hosted by Mr. Fuller?

17           MS. DAWSON:  Objection, leading.

18           THE COURT:  Overruled.

19           THE WITNESS:  That was after my time.

20   BY MS. GOMEZ:

21   Q.   Did you learn about it?

22           MS. DAWSON:  Objection.  Lack of personal knowledge.

23   Calls for speculation.

24           THE COURT:  Sustained.

25
```

1   **BY MS. GOMEZ:**

2   Q.    So remind me again, when did you become the director, the

3   Code Compliance director?

4   A.    I'm sorry, can you repeat that question?

5   Q.    When did you become the Code Compliance director?  What

6   years were you with Code Compliance?

7   A.    First time, I believe was around 2011 for two years and

8   the second time, I think approximately was in 2016 or '15.

9   Q.    Okay.  And so do you remember Commissioner Carollo's

10  running for election in November of 2017?

11         MS. DAWSON:  Objection.  Assumes facts not in

12  evidence.  Calls for speculation.

13         THE COURT:  Sustained.  Rephrase the question.

14  **BY MS. GOMEZ:**

15  Q.    Do you remember when Commissioner Carollo ran for his

16  current office?

17  A.    Yes.

18  Q.    Okay.  Do you remember receiving a phone call complaining

19  about a rally during that period of time that was being hosted

20  on Mr. Fuller's and Mr. Pinilla property?

21         MS. DAWSON:  Objection.  Leading.  Assumes facts not

22  in evidence.

23         THE COURT:  Overruled.  He can answer if he knows.

24  **BY MS. GOMEZ:**

25  Q.    Do you remember?

1   A.   I remember a rally during that campaign, but it was for

2   somebody else.

3   Q.   Okay.  It was for somebody else.  And you received a

4   complaint?

5   A.   Yes.

6   Q.   And so when you say it was with somebody else, who was the

7   rally for?

8   A.   It was a candidate.  I think it's Leon, last name.

9   Q.   Alfie Leon?

10  A.   I think it was.

11          MS. DAWSON:  Objection.  Leading.

12          THE COURT:  Overruled.

13  **BY MS. GOMEZ:**

14  Q.   So I'm sorry.  So was the rally being held in support of

15  Alfie Leon?

16  A.   Yes.

17  Q.   And you said you received a phone call with respect to the

18  rally, is that right?

19  A.   Yes.

20  Q.   And what happened?  What was the nature of the phone call?

21  A.   They call come from my assistant city manager, and they

22  told me they have a rally at that particular address, and that

23  I need to send Code Enforcement.

24  Q.   And who was the assistant city manager at that time?

25  A.   Alberto Parjus.

```
1    Q.   And did you send somebody to look at the rally?

2    A.   Yes.

3    Q.   And what happened as a result?

4    A.   The inspector called me and said --

5         MS. DAWSON:  Objection, Your Honor.  Answer calls for

6    hearsay.

7         THE COURT:  Overruled.  You can answer.

8         THE WITNESS:  I asked the inspector, asking for a

9    special permit because that's a special event, and that I don't

10   recall exactly what was the answer, but at the end, they would

11   send the police to close that rally.

12   BY MS. GOMEZ:

13   Q.   And did you send the police to close down that rally?

14   A.   I don't recall exactly who sent or which inspector or if

15   it was me.  I don't remember.

16   Q.   But would you be able -- you would be able to call a

17   police officer and have them close -- shut down the rally?

18   A.   Yes.

19        MS. DAWSON:  Object to the form.  Leading.

20        THE COURT:  Overruled.

21   BY MS. GOMEZ:

22   Q.   So your memory of it is that the rally was shut down?

23   A.   To the best of my knowledge, I think that, yes, it was

24   shut down.

25   Q.   Now, do you know who made the complaint about the rally?
```

```
 1   A.    No.
 2   Q.    Now, did you interact with Commissioner Carollo while
 3   you were Director of Code Compliance?
 4   A.    Can you specify the question a little bit more?
 5   Q.    I mean, did you have any interactions with Commissioner
 6   Carollo while you were the Director of Code Compliance?
 7   A.    Yes.
 8   Q.    And about how many times?
 9   A.    Best of my recall was twice.
10   Q.    Okay.  Would reviewing your deposition help to refresh
11   your recollection?
12         MS. DAWSON:  Objection.  There's been no deposition
13   in this case.
14         THE COURT:  All right.  Sustained.  Unless you have a
15   deposition.
16         MS. GOMEZ:  I'm sorry?
17         THE COURT:  Do you have a deposition?
18         MS. GOMEZ:  Yes.
19         THE COURT:  Show it to counsel.
20   BY MS. GOMEZ:
21   Q.    And have you also interacted with staff with Commissioner
22   Carollo's staff?
23   A.    Yes.
24   Q.    And about how many times approximately?
25   A.    More than three times.
```

```
 1   Q.   And do you remember a holiday party that took place soon

 2   after Commissioner Carollo's election?

 3              MS. DAWSON:  Objection to the form.  Leading.

 4   Assumes facts not in evidence.

 5              THE COURT:  Sustained.

 6   BY MS. GOMEZ:

 7   Q.   So after Commissioner Carollo was elected, did you learn

 8   about a holiday party that was taking place on Mr. Fuller's

 9   property?

10   A.   Yes.

11   Q.   And what was -- what did you learn about it?

12   A.   There was a complaint from one person at that party they

13   have more than a hundred people which is based on ordinance,

14   they require a special permit and they were having a party

15   there illegally.

16   Q.   And who was it that told you that there was an illegal

17   party with over a hundred people taking place at that property?

18              MS. DAWSON:  Objection.  Misstates the witness'

19   testimony.  Also assumes facts not in evidence.

20              THE COURT:  Sustained.  Rephrase the question.

21   BY MS. GOMEZ:

22   Q.   I'm going to take you back to that party.  What was the

23   complaint about the party?

24   A.   There was a party without permit.

25   Q.   And who was complaining?
```

```
 1   A.    Mary Lugo.

 2   Q.    And who was Mary Lugo?

 3   A.    Mary Lugo is a member of the union, City of Miami, is a

 4   City of Miami employee.  Ex Code Enforcement.

 5   Q.    Ex, sorry?

 6   A.    Ex Code Enforcement.

 7   Q.    Ex Code Enforcement.  And so what -- do you need a permit

 8   for a party?

 9             MS. DAWSON:  Objection.  Vague.

10             THE COURT:  Sustained.  Rephrase the question.

11   BY MS. GOMEZ:

12   Q.    So you said you received a phone call complaining about a

13   party without a permit, is that right?

14   A.    Yes.

15   Q.    When would you need a permit for a party?

16   A.    When you're going to have a party for 100 people, you need

17   a special permit.

18   Q.    Did you send someone to investigate the complaint?

19   A.    Yes.

20   Q.    Who did you send?

21   A.    It was Code Enforcement is Carla.

22   Q.    And did that Code Enforcement officer find more than a

23   hundred people at that party?

24             MS. DAWSON:  Objection.  Hearsay.  Calls for

25   speculation.  403.
```

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  No.

 3   BY MS. GOMEZ:

 4   Q.   How many people were at the party?

 5   A.   After I verified, it was less than 50 people.

 6   Q.   Was it a small gathering of family and friends?

 7              MS. DAWSON:  Objection to the form.  Leading.

 8   Assumes facts not in evidence.

 9              THE COURT:  Overruled.

10              THE WITNESS:  That's what I find out, yes.

11   BY MS. GOMEZ:

12   Q.   Now, did -- now was there also a party, a holiday party at

13   the City of Miami?

14              MS. DAWSON:  Objection to the temporal scope.

15              THE COURT:  Overruled.

16              THE WITNESS:  Can you specify which party?

17   BY MS. GOMEZ:

18   Q.   Yes.  It was right after Commissioner Carollo became

19   commissioner.  Right after he won the election in November of

20   2017, was there a city holiday party?

21   A.   Yes, I recall now.  It was December 15th exactly.

22   Q.   December 15th of 2017?

23   A.   Mm-hmm.

24   Q.   And did --

25              THE COURT:  Wait, wait.  That's a yes or no.
```

```
 1              THE WITNESS:  Yes.

 2   BY MS. GOMEZ:

 3   Q.   And did anything significant happen at that party?

 4   A.   I was in that party with a lot of inspectors and all the

 5   city employees, and I was told by Commissioner Reyes and

 6   Commissioner Carollo in reference to what we were doing as a

 7   Code Enforcement.

 8   Q.   And they were referring to you, what are you doing as Code

 9   Enforcement?

10   A.   Yes, yes.  And I remember now that one of the things

11   Mr. Reyes told me that I want you a witness with the code

12   because I recalled all the sections on the code.  He said I

13   call it the Bible.  I said no, I use the code because I know a

14   lot of sections in the code, and he told me if you go to my

15   office --

16              MS. DAWSON:  Objection.  Hearsay.  403.

17              THE COURT:  Overruled.  Sustained.

18   BY MS. GOMEZ:

19   Q.   When you said he, who are you referring to?  Who told you

20   if you go to my office?

21   A.   Commissioner Reyes.  And my last name is Diez, D-I-E-Z.

22   Q.   What does that mean in Spanish?

23   A.   In Spanish it means 10, and they called me and they said

24   if you go to my office, you're going to walk in as a number --

25              MS. DAWSON:  Objection, Your Honor.  Hearsay.  403.
```

```
 1   I don't know who "they" is.
 2              THE COURT:  Can you be specific, Mr. Diez?
 3              THE WITNESS:  Okay.  Mr. Reyes, Commissioner Reyes
 4   told me if you walk to my office, you're going to walk in as a
 5   number 10, and when you leave my office, you're going to walk
 6   out as a number 8.
 7              And then he called Commissioner Carollo who was there
 8   in the group.  I mean, there was other people around me, and
 9   they said and Joe, what about when Mr. Diez go as a number 8
10   to your office?  And he say he's going to walk out as a number
11   6.
12   BY MS. GOMEZ:
13   Q.   What did you take that to mean?
14   A.   I take that as intimidation.
15              MS. DAWSON:  Objection.
16              THE COURT:  Overruled.
17   BY MS. GOMEZ:
18   Q.   You took it to be in an intimidation tactic?
19   A.   Yes, that is correct.
20   Q.   And why were they -- why were they trying to intimidate
21   you?
22              MS. DAWSON:  Objection.  Calls for speculation.
23              THE COURT:  Overruled.  If he knows.
24              THE WITNESS:  It was a lot of things that happened
25   the city at that time.  I don't know exactly which one is the
```

```
 1  specific, what meaning for that.
 2  BY MS. GOMEZ:
 3  Q.   Well, you were the head of Code Enforcement.  You were the
 4  Director of Code Enforcement.
 5  A.   Director.
 6  Q.   And did you get phone calls from both of their offices
 7  asking you to do things?
 8          MS. DAWSON:  Objection.  Assumes facts not in
 9  evidence.
10          THE COURT:  Overruled.
11          THE WITNESS:  Yes.  They come to me or they come to
12  the inspectors, and that a specific that -- the date, it was a
13  lot of things happening at that party.
14  BY MS. GOMEZ:
15  Q.   You mentioned earlier to the jury you were talking about
16  the code and how the code is a Bible.  Why were they discussing
17  that with you?
18          MS. DAWSON:  Objection.  Calls for speculation.
19          THE COURT:  Overruled.
20          THE WITNESS:  I don't know.  I don't know why.
21  BY MS. GOMEZ:
22  Q.   Well, is the code the Bible to you?  Is it important?
23  A.   I respect the Bible, number one.
24  Q.   Let me rephrase.  That's fair enough.
25  A.   Yes.  I take the Zoning code and the statutes and the
```

1    Building code as, you know, a guide to make everything legal.

2    Q.   Okay.

3    A.   That's -- if you want to call it the Bible.  I don't call

4    it a Bible but they called it the Bible.

5    Q.   And did Commissioner Carollo and Commissioner Reyes

6    have -- take an issue with how strictly you interpreted the

7    code?

8    A.   There was questions that I'm supposed to enforce more the

9    code.

10   Q.   And did you feel that you were overlooking any provisions

11   of the code in your enforcement?

12   A.   That I recall at that time, it was a lot of violations in

13   the city happening at the same time.

14   Q.   In the city?  The whole city?

15   A.   Yeah, the whole city, yeah.

16   Q.   And so were you enforcing the violations that you learned

17   about?

18   A.   I did the best of my -- the best of my knowledge, my

19   inspectors, that's what his job is.  That's what they do on the

20   street.

21   Q.   Okay.  And so now were they -- was Commissioner Carollo

22   and Commissioner Reyes saying you're going to walk into our

23   office at 10 and leave an 8 and leave a 6 because they

24   disagreed with your enforcement?

25            MS. DAWSON:  Objection.  Argumentative.  Calls for

```
 1   speculation.  Also leading.
 2            THE COURT:  Overruled.  If he knows.
 3            THE WITNESS:  That day, I take that as a direct
 4   intimidation to me because I don't do my job.  And then I heard
 5   rumors in the city from other assistant city managers that they
 6   say hey, they want your head.
 7            MS. DAWSON:  Objection.  Unresponsive.  Move to
 8   strike.  403.
 9            THE COURT:  Sustained.
10   BY MS. GOMEZ:
11   Q.  So let me take you back to the holiday party and ask you
12   something else.  Was there ever any mention by defendant
13   Carollo that Mr. Fuller had Venezuelan ties?
14            MS. DAWSON:  Objection, Your Honor.  Assumes facts
15   not in evidence.  Relevance.  403.
16            THE COURT:  Sustained.
17   BY MS. GOMEZ:
18   Q.  Did anybody ever accuse Mr. Fuller of having any ties with
19   Venezuela?
20            MS. DAWSON:  Objection.  Same objection.
21            THE COURT:  Sustained.
22   BY MS. GOMEZ:
23   Q.  Was there ever any mention to you about where Mr. Fuller's
24   money came from?
25            MS. DAWSON:  Objection, Your Honor.  Lack of
```

```
 1   foundation.
 2          THE COURT:  Overruled.  If he knows.
 3          THE WITNESS:  Yes.  It was Mr. Carollo specifically.
 4   He told me that his business is paid by the Venezuelan whatever
 5   government is and other areas.  I have told him, I said I don't
 6   care where it's coming from.  If he have a violation, we're
 7   going to enforce whatever is there.
 8   BY MS. GOMEZ:
 9   Q.  And when Mr. Carollo said that -- when he said that
10   Mr. Fuller had -- his money was coming from Venezuela, was he
11   saying it in a positive manner or was it negative?
12          MS. DAWSON:  Objection, Your Honor.  Argumentative.
13          THE COURT:  Sustained.
14   BY MS. GOMEZ:
15   Q.  What was the purpose of telling you that?
16          MS. DAWSON:  Objection, Your Honor.  Calls for
17   speculation.
18          THE COURT:  Sustained.
19   BY MS. GOMEZ:
20   Q.  What was the context?  When you're having -- how does that
21   even come up?
22   A.  The commissioner comes straight to me with that.  It's a
23   complaint about Ball & Chain specifically, that place.  And I
24   said okay, I have to check, I have to go over.  I have to see
25   what's going on over there.  Remember, that's not the only
```

```
 1   business that I have in the entire Calle Ocho, in the entire

 2   City of Miami.

 3   Q.   Yeah, you have a lot more businesses, right?

 4   A.   Yes.

 5   Q.   So now, you said earlier, right, that there was an

 6   intimidation tactic.  Was there anything mentioned to you again

 7   that you felt was intimidating?

 8              MS. DAWSON:  Objection.  Calls for hearsay.  403.

 9              THE COURT:  Sustained.

10   BY MS. GOMEZ:

11   Q.   So I'm going to take you specifically to the holiday party

12   that we were discussing earlier at Mr. Fuller's property.

13   Where was that holiday party taking place?

14   A.   It was NW 7th Street and about 15th Avenue.  It's in a

15   hotel under construction, but the party was on the side of the

16   hotel in the house, the residential house there.  That was the

17   party and the party room.

18   Q.   Now did Carollo speak to you specifically about that

19   party?

20   A.   No.

21   Q.   It wasn't Carollo.  It was Mary Lugo?

22   A.   That is correct.

23   Q.   Was Mary Lugo involved with Mr. Carollo in any manner?

24              MS. DAWSON:  Objection.  Vague.

25              THE COURT:  Sustained.
```

1    **BY MS. GOMEZ:**

2    Q.   Do you know if Mary Lugo has any connection with

3    Commissioner Carollo?

4    A.   I mean, she's in the union.  I imagine she has a

5    connection but I don't know.  It's her personal, you know,

6    friendship or whatever.  I don't know.

7    Q.   Now, is it normal for a union representative to call the

8    head of Code Compliance and complain about a party not being

9    permitted?

10             MS. DAWSON:  Objection.  Calls for speculation.

11             THE COURT:  Sustained.

12   **BY MS. GOMEZ:**

13   Q.   In your role as head of Code Compliance, has anyone from a

14   union ever called you to complain about a specific code

15   violation?

16   A.   No.

17   Q.   Now were you -- was it -- did you ever feel that you were

18   being pushed or intimidated into using Code Enforcement against

19   Mr. Fuller?

20             MS. DAWSON:  Objection, Your Honor.

21             THE COURT:  Grounds?

22             MS. DAWSON:  Leading.  Argumentative.  Assumes facts

23   not in evidence.  Calls for speculation.

24             THE COURT:  Overruled.  You can answer.

25             THE WITNESS:  Yes.

1   **BY MS. GOMEZ:**

2   Q.   And did that happen more than once?

3   A.   Yes.

4   Q.   Can you describe how that was happening?

5   A.   I received a few phone calls from, I believe it was his

6   chief of staff; told me about complaints about the building,

7   what we're doing and what were the use violations and I

8   explained to Mr. -- I forget the name right now.

9   Q.   Was it Mr. Miro, Steven Miro?

10  A.   Right, Mr. Miro.  And I said I can show you and I can give

11  you the list of all the violations that we issue in Calle Ocho.

12  He said good, because the commissioner wants to see that list.

13  And I said okay, no problem.  I ordered copies and I sent it to

14  the office.

15       I remember I think it was like 80 or 90 violations on that

16  specific area.  And then I got -- I met him on Calle Ocho.  I

17  was drinking coffee right across the street in a place called

18  El Casito.  He was walking and he said you see this is a

19  business.

20  Q.   Who's he?

21  A.   Miro.  This is what the commissioner is talking about.

22  That you allow those guys to do business.  What -- what I see

23  from here is completely in the building, the building from

24  outside, I don't see any problem.

25       And because as a Code Enforcement officer, and by statute,

1  you have to see the violation and see what kind of violation

2  before you issue a warning or citation or notice of violation.

3     And I said I see a business.  I don't know the interior.

4  I'm going to find out exactly what happened, what's going on.

5  And he said okay, but the commissioner is not going to like

6  this.  And I said what, I'm sorry?  This is the way we act

7  because same happened with the other business.

8        MS. DAWSON:  Objection, Your Honor.  Calls for

9  hearsay.

10        THE COURT:  Overruled.

11  BY MS. GOMEZ:

12  Q.  Go ahead.  Continue.  Well, let me ask you about Mary

13  Lugo.  Was Mary Lugo upset?  Did she do anything as a result of

14  you not shutting down the holiday party at the hotel that

15  Mr. Fuller had with his family?

16  A.  Yes.

17  Q.  What did she do?

18  A.  She called the assistant city manager and the city

19  manager, and the manager ordered me that was talking about like

20  11:00 at night.  I live far away from there.  Manager said no,

21  you go right now over there because commissioners don't gonna

22  like it if you don't take care of this.

23  Q.  11:00 on December 15th, you had to leave your house and

24  drive to the Tower Hotel?

25  A.  Yes.

```
1   Q.   And what did you see when you arrived?

2   A.   The same description of my Code Enforcement inspector

3   said.  It's no more than 50 people including little kids.

4   Q.   Little kids?

5   A.   Yes.

6   Q.   And who was the manager?  What was the name of the manager

7   that called you and said you have to go there right now?

8   A.   Parjus.  Alberto Parjus.

9   Q.   Were -- did he tell you why you needed to go there right

10  now?  What was the urgency?

11  A.   Because I have my --

12           MS. DAWSON:  Objection.  Calls for hearsay.

13           THE COURT:  Sustained.

14  BY MS. GOMEZ:

15  Q.   Did you understand what the urgency was related to you

16  having to go there at 11:00 at night?

17  A.   According to Mr. Parjus, said you're not going to be

18  happy.

19           MS. DAWSON:  Objection.  Hearsay.

20           THE COURT:  Sustained.

21  BY MS. GOMEZ:

22  Q.   Was there another threat made to you if you didn't go?

23           MS. DAWSON:  Objection.  Leading.

24           THE COURT:  Overruled.

25
```

```
 1   BY MS. GOMEZ:
 2   Q.   Was there any kind of threat made if you didn't leave your
 3   house at 11:00 at night?  Did you understand that something bad
 4   was going to happen to you?
 5              MS. DAWSON:  Objection.  Compound.
 6              THE COURT:  Sustained.
 7   BY MS. GOMEZ:
 8   Q.   Was there -- sorry.  Was there any threat made to you if
 9   you didn't go to the Tower Hotel at 11:00 night on
10   December 15th like the manager was instructing you to do?
11              MS. DAWSON:  Objection.  Compound.
12              THE COURT:  Overruled.
13              THE WITNESS:  Yeah.  They told me if you don't do
14   this, take this person over there, you're going to have a one
15   commissioner not happy.
16   BY MS. GOMEZ:
17   Q.   Which commissioner?
18   A.   Carollo.
19   Q.   Did you know why Commissioner Carollo wanted you to go
20   there at 11:00 at night?
21   A.   I never have a call direct from the commissioner.  I don't
22   know.  I don't -- I don't know.
23   Q.   Okay.  Now, after that holiday party, did you meet with
24   Mr. Fuller?
25   A.   I'm sorry?
```

```
 1   Q.   Did you meet with Mr. Fuller after that holiday party?
 2              MS. DAWSON:  Objection.  Assumes facts not in
 3   evidence.  Leading.
 4              THE COURT:  Sustained.
 5   BY MS. GOMEZ:
 6   Q.   Have you ever met with Mr. Fuller?
 7   A.   That night, the manager of the hotel, whoever was there,
 8   he told me somebody called you on the phone, and it was
 9   Mr, Fuller, and he told me about the party.  He said fine, I
10   don't have any problem with what I see here.  It's not for me.
11   It's not a violation.
12        After that, I was having lunch at El Casito Restaurant,
13   and the owner of the restaurant told me I want you to meet
14   Mr. Fuller, the owner of Ball & Chain.  He approached me, and I
15   exactly remember what he told me.  He said why you have
16   personal issues against me?
17        I go, sir, I don't have anything against you.  You're the
18   first time we met.  He said, yeah, but you sent a copy of all
19   the violations to Mr. Carollo.  I said, well, whatever gives
20   you that impression?
21              MS. DAWSON:  Objection, Your Honor.  Hearsay.  403.
22              THE COURT:  Overruled.
23   BY MS. GOMEZ:
24   Q.   You can continue.
25   A.   Whoever gave you that information was wrong because I send
```

1  that list of all the violations from -- I think there was from

2  17th Avenue to 8th Avenue in Calle Ocho.  And I had nothing

3  against you.  I just follow complaints for everybody.  I don't

4  care who says.  He say, yeah, but did the commissioner tell you

5  to do it --

6          MS. DAWSON:  Objection, Your Honor.  Hearsay.

7  Unresponsive to the question.

8          THE COURT:  Overruled.

9          THE WITNESS:  And I said no, no.  He direct -- he

10  never directed to me that I have to issue violations for this

11  specific sites.

12          And then I think it was another day, I was taking

13  coffee over there because I normally stop there to get my Cuban

14  coffee, and he walking on the street and he say Orlando --

15  **BY MS. GOMEZ:**

16  Q.  Mr. Fuller?

17  A.  Mr. Fuller, I'm sorry.  How are we going to solve these

18  problems?  Well, my problem is you pull a permit or whatever if

19  they need it.

20          At that time, I do an investigation because when I ask the

21  department financial for the license, they said they have a

22  license and they have all that.  And when you finish with all

23  that, I think your problems is going to be resolved.

24  Q.  You made it clear to Mr. Fuller that you were not

25  targeting him, right?

```
 1   A.   Yes.

 2             MS. DAWSON:  Objection.

 3             THE COURT:  What's the objection?

 4             MS. DAWSON:  Counsel's testifying.  Assumes facts not

 5   in evidence.

 6             THE COURT:  Overruled.

 7   BY MS. GOMEZ:

 8   Q.   So, again, you made it clear to Mr. Fuller when you met

 9   with him that you were not the person targeting him, right?

10   A.   Can you be specific about that question?  I don't

11   understand that.

12   Q.   You had testified previously that Mr. Fuller approached

13   you while you were at -- I believe it's Les Quinta having Cuban

14   coffee and he said what's your problem with me?  Why do you

15   keep sending Code Enforcement, and you said I'm not the one

16   doing that, right?

17   A.   That is correct, yes.

18   Q.   Did you warn him at the time that there was somebody else

19   who had it out for him?

20             MS. DAWSON:  Objections.  Calls for hearsay.

21             THE COURT:  Overruled.

22             THE WITNESS:  What I remember, as I recall is that I

23   received complaints.  I don't think I specified for him what

24   the complaint was for maybe.  I don't remember exactly.

25
```

1   **BY MS. GOMEZ:**

2   Q.   Now, did Mary Lugo ever become upset with you that you had

3   mentioned her name to Mr. Fuller?

4            MS. DAWSON:  Objection.  Calls for speculation.

5            THE COURT:  Overruled.  If he knows.

6            THE WITNESS:  Yes.  She even told my assistant city

7   manager she's going to put a complaint on the Ethics Commission

8   for disclosing that information.

9            MS. DAWSON:  Objection, Your Honor.  Inadmissible

10  information.  Can we approach sidebar?

11           THE COURT:  Denied.  Overruled.

12  **BY MS. GOMEZ:**

13  Q.   Go ahead.  And how do you know -- so you said that she did

14  get upset with you and she even said what?

15  A.   That she's going to put a complaint about me with the

16  Ethics Commission.

17  Q.   What was she upset about?

18  A.   That I don't close that party.  I don't close the other

19  business for Mr. Fuller.

20  Q.   Did you ever tell Mr. Fuller that Mary Lugo had it out for

21  him?

22           MS. DAWSON:  Objection.  Mischaracterization of the

23  testimony.

24           THE COURT:  Sustained.

25           THE WITNESS:  No.

1    **BY MS. GOMEZ:**

2    Q.   Now, you mentioned earlier that somebody told you that

3    they wanted your head.  Who told you that?

4    A.   Alberto Parjus, the assistant city manager, my boss.

5    Q.   Your boss.  And who was he referring to?  Who was Parjus

6    referring to when he said they want your head?

7              MS. DAWSON:  Objection.  Hearsay.  403.

8              THE COURT:  Overruled.  Wait.  Sustained.  Do not

9    answer that question.  Next question, counsel.

10   **BY MS. GOMEZ:**

11   Q.   What did you understand by that, that they wanted your

12   head?

13             MS. DAWSON:  Objection.

14             THE COURT:  Overruled.  You can answer.

15             THE WITNESS:  My understanding, it was very clear.

16   If I don't do what prior administration want me to do, or that

17   I don't enforce, my head going to be cut.

18   **BY MS. GOMEZ:**

19   Q.   And what does that mean, your head being cut?  You weren't

20   actually going to be decapitated, correct?

21   A.   That is correct.  I, as the Director of Code Enforcement.

22   Q.   So you understood you were going to be demoted or fired?

23   A.   Both.

24   Q.   Now you mentioned Ball & Chain.  Are you familiar with the

25   restaurant?

```
1    A.    From outside.

2    Q.    And before Commissioner Carollo took office, were you

3    aware of any violations?  Any code violations at Ball & Chain?

4    A.    No.

5          THE COURT:  We'll stop right here for the day.  Sir,

6    you may step down.  Again, I would like to speak with the

7    attorneys briefly, and also only the attorneys and everyone

8    else may leave the courtroom, except the jurors, please, at

9    this point, for scheduling purposes.

10         MS. GOMEZ:  Mr. Diez, you're done for tonight.

11         THE WITNESS:  Thank you.

12         MR. PERTNOY:  Your Honor, do you want to instruct the

13   witness while he's still on the stand with respect to

14   communications?

15         THE COURT:  Where is he now?  Yes.  Mr. Diez, while

16   you're still under oath, sir, and throughout this process, do

17   not have any discussion with anyone about this case directly or

18   indirectly, okay?

19         THE WITNESS:  Okay.

20         THE COURT:  That's it.

21         THE WITNESS:  Thank you.

22                       (At the bench.)

23         THE COURT:  All right.  At this time, I'm going to

24   read the instruction to the jury as to the curative.  I've

25   reviewed it.  I'm going to read the plaintiffs' instruction
```

```
 1    which is consistent and accurate as to what should be read.

 2    It's a neutral statement, and also I'm going to have everyone

 3    excluded from this courtroom except all the parties here and

 4    we'll pick up tomorrow at 9:00 a.m, okay?

 5              MS. CAPRIO:  Thank you, Your Honor.

 6              MR. KUEHNE:  Your Honor, I think I heard you're going

 7    to read the plaintiffs' proposed instruction?

 8              THE COURT:  Correct.

 9              MR. PERTNOY:  We would like to make a record of our

10    objection to the plaintiffs' --

11              THE COURT:  That's noted, sir.  Well, it's not

12    inaccurate.  None whatsoever based on what has been stated

13    before this Court here.  I brought in each juror.  It is an

14    accurate statement, fair to both sides stating that this

15    individual made a statement.  It has nothing to do with either

16    party here, and also by saying either party, that means

17    including both the plaintiff and the defendant.  Everything

18    else is consistent.

19              It was not even mentioned with respect to the juror

20    that Joe Carollo, himself, made these allegations or that

21    Acevedo was being followed.  There's no mention whatsoever.  I

22    respect what you wrote, but that's the statement that I'm going

23    to read.

24              MR. KUEHNE:  First, we want the Court to know that

25    the Florida public records reflect that Zach Bush does, in
```

1   fact, own and operate a black BMW 740i 2020 year.  We want the

2   Court to know that Zach Bush has testified under oath that he

3   is -- I'm going to cite his deposition transcript page 146,

4   that he is an investor in this lawsuit, that he has a financial

5   stake in this case, that he is a partner with these plaintiffs,

6   and he is paying for the costs of this litigation.  And page

7   147, his business partners, and is involved in the litigation.

8        Next, Your Honor, we want the Court to understand that

9   the witness, Mr. Bush -- not the witness, the person who

10  approached the juror was, in fact, listed initially on the

11  pretrial stipulation as a potential plaintiff witness.  They've

12  not put him on there witness list ultimately, but he was on the

13  pretrial stip as a potential plaintiff witness.

14       That still the withdrawal of him as a witness does not

15  change the fact that he is identified with, associated with,

16  and involved with the plaintiffs in this particular case.  He

17  has a financial stake in this case.

18       The Court should remember that during the opening, the

19  plaintiffs played a video clip of a man accosting Joe Carollo

20  and saying things that is consistent with the plaintiffs' case.

21  And that man is Mr. Bush.  Plainly, the connection between the

22  one juror who was contacted by Mr. Bush and anybody else who

23  knows who that was will be made.

24       Whether that video shows up as evidence in this case,

25  I have no idea because I don't know what the plaintiff is going

1    to do, but recognizing that the purpose of opening statement is

2    to tell the jury what the evidence will show, there's a good

3    faith basis to believe that the plaintiff considers that video

4    to be part of the evidence in this case.

5          And if it does, or even if it doesn't, there's a

6    direct connection between the evidence in this case, what's

7    been presented in this courtroom and the impermissible conduct

8    by somebody associated with the plaintiff who has been

9    identified during opening statement as somebody associated with

10   the plaintiff.

11         Next, Your Honor, we believe that because this case is

12   basically focused on Mr. Carollo being a bully, a person of

13   power, a person who intimidates -- and I would note, Judge,

14   that the witness they called directly after this was revealed

15   is a witness who says exactly those things.  Bully,

16   intimidated, this is what he does.  He uses the power of the

17   law and his office to go after me, my little sandwich shop, and

18   the plaintiffs.

19         We know that there is absolutely no ability to

20   consider what happened to this juror which was disclosed to the

21   other jurors in some form or fashion than to think that it is

22   directly going to be visited on the defendant, Mr. Carollo,

23   who's the one who's being accused of doing these things

24   including intimidation.

25         And note that Juror Martinez explained that she felt

1    concerned, she felt intimidated, she didn't know what this

2    person was doing, and this person actually went to her and said

3    I'm following you, referred to the Court's -- referred to the

4    social media, something that was particularly prominent with

5    this Court about avoiding social media, plainly for the purpose

6    of looking at social media to see that Chief Acevedo, one of

7    their witnesses who accused Joe Carollo of wrongdoing, plainly

8    believes that Joe Carollo had him followed for intimidation

9    purposes.

10          We hope that the jurors follow Your Honor's

11   instructions, but all throughout this trial, we are very

12   concerned that the jury will wonder, will have in the back of

13   their head or even in the front of their head what was that

14   connection to that juror?  Why did that person who's associated

15   with the plaintiffs say I'm following you, be careful?  People

16   are being followed, it's on social media?

17          We also believe that in order to have a fair and

18   impartial jury in this case, we need to have a jury that

19   understands that not only is Joe Carollo not involved in this

20   at all, but really the truth -- the facts are that the

21   plaintiffs or the plaintiffs' agents were involved in this.

22          And I want to note, Judge, that during an earlier part

23   of this case today, Your Honor posed the question.  We answered

24   it a particular way.  Isn't he a person who works for the city,

25   an agent of the client?  We don't believe so.  As a matter of

1   law, that may have been an agent of the administration, not an

2   agent of the legislature.

3          That concept of being an agent for somebody is common

4   sense, and we believe that the jury will think that whoever did

5   this is somehow associated with the defendant unless this Court

6   makes very clear the defendant was not involved in this in any

7   way and the defendant was not --

8          THE COURT:  If I may --

9          MR. KUEHNE:  -- but it was plaintiff.

10          THE COURT:  With all due respect again, I'm going to

11   give them an instruction that says that both parties had

12   nothing to do with it, plain and simple.  Let's move on.  Let

13   me hear from the plaintiff first.

14          MR. KUEHNE:  Your Honor, I do want the Court to know

15   that we believe an appropriate case that the Court should

16   consider is U.S. versus Harry Bardfeld.

17          THE COURT:  If you're going to cite, Mr. Kuehne, with

18   all due respect, give me the case so I can look at it.  Don't

19   give me a case, just give me the citation.  That goes for both

20   sides.  It is not fair to this Court.  I mean, you took the

21   time to read that case.  You should give me the opportunity and

22   courtesy to read it for myself so I can make an opportunity to

23   review it.  I don't know every single case off the top of my

24   head.  You may know that.  I don't.

25          MR. KUEHNE:  Nor do I, Judge.

 1          THE COURT:  Some people think they do.  I don't.

 2    Give it to me.  I can at least read it.  Give me the case.

 3          Again, I will modify it to the point that what was

 4    done was impermissible.  I agree with respect to that.  That

 5    should not have happened.  I can use that language.  It was

 6    impermissible for this person to do so.  I will definitely say

 7    that.

 8          It has nothing to do with the defendant, Joe Carollo,

 9    or the plaintiff, but to say that this person was, in fact,

10    associated with that person where there was no evidence that

11    they were in communications or directly on his behalf, it's

12    totally wrong.

13          Had that person been sitting on the defendant's side,

14    you would have been up here kicking and screaming saying that's

15    improper and it's wrong.  That's why I'm going to tell the jury

16    that what took place has nothing to do with Mr. Carollo and

17    neither the plaintiff.

18          Also Mr. Carollo, he was not even mentioned, none

19    whatsoever at all.  And note that the jury never heard anything

20    about Mr. Carollo.  All right?  So let me hear from the

21    plaintiff briefly.

22          MR. GUTCHESS:  Your Honor, we agree.  I would just

23    like to reiterate that all of the jurors said it would not

24    affect them.  Half of them couldn't remember the conversation.

25    We don't think the curative instruction should do harm to

1    either party.

2            THE COURT:  It doesn't.  If it did, I would

3    definitely exclude them.  If it was .0001 percent, if they have

4    any doubt, you saw them.  You were both present as well, but

5    I'm going to read an instruction.  I will be even more adamant,

6    if you want me to say it has nothing to do with Commissioner

7    Joe Carollo, plus whatever that person did was impermissible, I

8    would add that.

9            And to be clear, again, if you see this person,

10   whoever it is, it has not been brought before this Court.  If

11   you see him, let me know.  I want to address that.  And I'm

12   also going to ban that individual from this courtroom, put him

13   under oath and if he lies, he's going to be in trouble.

14   Clearly, if you see him, let me know.

15           That's why I asked the jurors particularly if you see

16   him, let me know.  Apparently, he didn't come back to court

17   today.  If he comes back tomorrow and whatever, outside of the

18   presence of the jury, I'm going to have him under oath and ask

19   these questions.

20           For now, I'm banning him from trial, or posting or

21   whatever.  To my understanding, he may be a witness in the

22   other case.  That's for Judge Altman to deal with.  He's not

23   going to have anything to do with this case.  I'm not going to

24   play with this.  I'm not going to mince words with this.

25           MR. KUEHNE:  Judge, I have two points to close up.

```
 1    One, if the Court decides not to issue an appropriate
 2    instruction, I know you're giving what Your Honor believes the
 3    appropriate instruction is, but that clearly lays the blame on
 4    the plaintiffs' side because this was not engineered by the
 5    defendant in any way.
 6         And we believe it was engineered by the plaintiffs and
 7    there's a reason to believe based on what I informed you, we
 8    will ask the Court for a mistrial.  That we do not believe that
 9    this jury, without the appropriate instruction that we've
10    requested, can be fair and impartial and not weigh this episode
11    against Commissioner Carollo.
12         THE COURT:  That's fine.  I disagree wholeheartedly
13    with what you're stating.  I'm giving a clarification
14    instruction, and the mere fact to insinuate that these
15    plaintiffs then are associated with it, I'm instructing him to
16    do so.  That's what you're doing.
17         In other words, I'm telling this jury that these
18    particular plaintiffs authorized and told him to approach the
19    juror.  That's exactly what your instruction did.  You're
20    telling this jury that Mr. Fuller and Mr. Pinilla authorized
21    whoever this person is who happened to be an associate to
22    approach another juror.  That is a mistrial.
23         MR. KUEHNE:  And say that somebody is associated with
24    the plaintiff which he plainly is.  There's no ifs, ands or
25    buts about that.
```

```
 1            THE COURT:  If that's what he did, that's fine.  You

 2   can bring that up in corroboration of the other case.  You want

 3   me to tell this jury that someone associated with this

 4   plaintiff is going to be sanctioned or authorized to do so.  He

 5   did so of his own volition, sir.

 6            MR. KUEHNE:  We did not initiate this issue but the

 7   last item, Your Honor --

 8            THE COURT:  I get that.  I'm done with this.

 9            MR. KUEHNE:  The last item is that we would like the

10   Court to set a time for inquiry at which time Mr. -- the person

11   can be brought before this Court to determine an inquiry what

12   exactly he did and what happened.  He's not here, Judge, for

13   the rest of the trial probably because the plaintiffs have told

14   him --

15            THE COURT:  Mr. Kuehne, let me address this to the

16   jury.  When we're done, we're going to have the time to talk.

17            MR. KUEHNE:  Yes, sir.

18            THE COURT:  I just told you many times, once he comes

19   in, to let me know.  I don't think I stuttered when I said

20   that.  That's why I was waiting for him.  I asked the juror to

21   identify him.  No one brought it to my attention.  Have you

22   seen him today?

23            MR. KUEHNE:  This happened --

24            THE COURT:  Have you seen him today?

25            MR. KUEHNE:  Yes.  He was here this morning.
```

1          THE COURT:  Since we gave this instruction, I haven't

2    seen him.  If you see him tomorrow, by all means, please bring

3    it to my attention.  That's why I was asking the juror to write

4    a note.  If you can identify him, she's the only person that

5    can identify him personally.

6          If she says so, I will put him on the side, I'm going

7    to put him under oath and tell him it's totally inappropriate.

8    He's prohibited from coming to this courthouse throughout this

9    trial.  He's not to post, indirectly or directly.  If so, I'm

10   going to file a contempt hearing and he's going to go to

11   prison.  If he has to sit till this trial is done, so be it.

12         You all have spent a lot of time, energy and money

13   defending and prosecuting the case.  It should be fair and

14   impartial.  The instruction you're asking me to read is beyond

15   reproach.

16         You want me literally to say these plaintiffs

17   authorized him to do something that he did of his own volition.

18   That's what you're asking me to do.  He's responsible for that,

19   that's fine.  But if there's clear evidence that Mr. Fuller,

20   Mr. Pinilla told him go and approach these jurors to do what he

21   did, that's a different ballgame there.  I would agree.

22         So by having to -- knowing -- having a business

23   partner, that's one thing.  To sit up -- if he was sitting on

24   Mr. Carollo's side, there's no way I would give that same

25   instruction what you're seeking to ask.

1          Had the plaintiff proposed that same instruction, it

2     would be wrong to do so.  I know it's adequate enough to give a

3     curative which I'm going to do.  I will be emphatic about it.

4     It was impermissible.  It has nothing to do with Mr. Carollo,

5     none whatsoever, and neither of the parties here at all.

6          MR. KUEHNE:  Yes, Judge.  We think you should say

7     that an investor in this case, the plaintiffs' case and not --

8          THE COURT:  Sir, I'm not doing that.  Thank you.

9          MR. KUEHNE:  Thank you.

10               (In open court.)

11          THE COURT:  All right.  Ladies and gentlemen of the

12    jury, I conducted, as you know this morning, an individual

13    inquiry of each of you about one of the jurors being approached

14    by a man after court concluded on Thursday, April 20th, 2023.

15          And I instruct you that this contact had nothing to do

16    with either party.  It has nothing to do with the plaintiff,

17    neither the defendant, Commissioner Joe Carollo, and that the

18    contact is impermissible.

19          And that said, the out-of-court matter which occurred

20    is contrary to my instructions and you cannot allow your

21    knowledge of this interaction to affect your deliberation.

22          And to reiterate, the matter raised by one of your

23    fellow jurors can play no part in your decision.  That must be

24    based solely on the evidence and instructions occurring only

25    inside of this courtroom.

1          You have assured me that each of you can and will be

2     fair and impartial to all of the parties involved in this case

3     despite your awareness of the interaction.

4          I instruct you to disregard this juror's interaction,

5     and the Court and the parties are relying on your promise to be

6     fair and impartial to both sides.  And, therefore, should any

7     similar event occur, please advise the Court immediately.

8          As I mentioned, we have the media involved and others,

9     so please bring it to the Court's prompt attention to this

10    matter.

11         With that said, does anyone have any questions?

12         All right.  Now, we're going to start tomorrow again,

13    at 9:00 a.m.  Also, I did mention, you may recall on last week,

14    that we won't -- court won't be in session on Thursday and

15    Friday, so you'll have a long weekend.  I see you smiling.  To

16    celebrate, depends what happens with the Miami Heat and others

17    at the time tonight.

18         But, again, I want to thank you for being patient with

19    us, ladies and gentlemen, you know, throughout this process.

20    We lost the Fort Lauderdale courthouse until further notice.

21    We don't know, but, again, thank you for your patience

22    throughout this process and hang in with us.  Okay?  I

23    appreciate you very much.  Thank you.  We'll see you tomorrow.

24    Thank you.

25              (Thereupon, the jury exited the courtroom.

1            and this proceeding was adjourned at 5:15 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C-E-R-T-I-F-I-C-A-T-E

 2

 3          I hereby certify that the foregoing is an accurate

 4    transcription of the proceedings in the above-entitled matter.

 5

 6    JULY 20, 2023          /s:/Ellen A. Rassie_____
                             ELLEN A. RASSIE, RMR-CRR
 7                           Official Court Reporter
                             To the Honorable Rodney Smith
 8                           299 East Broward Blvd., Room 202B
                             Fort Lauderdale, Florida  33301
 9                           (954)769-5448

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**A JUROR: [89]** 19/5
19/11 19/13 19/15
19/18 19/21 19/24
20/2 20/5 20/8 20/10
20/12 20/14 20/17
20/21 20/25 21/5 21/8
21/17 21/20 21/24
22/2 22/5 22/13 22/16
22/19 22/22 22/25
23/3 23/8 23/10 23/16
23/22 23/24 25/7 25/9
25/14 26/5 26/12
26/14 26/21 27/3 27/5
27/11 27/16 27/18
28/1 28/3 28/6 28/11
28/15 28/18 28/21
28/25 29/2 29/10
29/13 29/16 29/20
29/22 30/1 30/3 30/9
30/14 30/19 30/24
31/2 31/4 31/7 31/9
31/12 31/14 31/20
32/2 32/10 32/13
32/16 32/21 32/23
33/4 33/6 33/8 33/14
33/17 33/19 33/21
33/24 34/1 149/9
**MR. GUTCHESS:**
**[21]** 10/11 10/15
10/19 12/2 13/3 14/10
18/20 21/15 35/3 35/7
35/9 35/18 37/21 39/5
41/21 42/2 42/6 43/4
147/15 148/5 201/22
**MR. KUEHNE: [59]**
10/4 10/9 12/10 12/14
12/17 12/23 14/1
14/15 14/22 16/6
16/16 16/20 17/7
17/11 17/14 17/25
18/3 24/15 24/19
25/18 34/9 34/15
34/18 35/10 35/21
38/18 38/20 39/11
39/13 39/25 41/3 41/6
42/9 43/1 43/7 43/11
44/11 44/16 72/8
72/12 72/16 72/19
72/22 146/1 146/20
196/6 196/24 200/9
200/14 200/25 202/25
203/23 204/6 204/9
204/17 204/23 204/25
206/6 206/9
**MR. PERTNOY:**
**[119]** 4/12 4/23 5/1
5/16 5/19 5/21 7/12
11/5 12/9 41/16 42/4
43/2 46/18 46/24 47/9
49/2 49/7 49/11 49/23

50/8 50/23 50/25 52/1
53/10 55/17 56/1 56/3
56/10 56/21 59/9
59/16 60/6 60/10
61/12 61/14 64/2
64/17 65/11 67/11
67/13 68/5 68/7 70/23
73/13 74/15 76/3
76/12 76/21 77/9
77/23 78/14 78/16
79/8 79/16 80/6 80/17
82/18 96/2 96/9 96/13
117/6 117/11 117/18
118/25 123/12 123/20
123/24 125/13 125/22
126/2 126/14 126/25
127/3 128/4 129/3
134/4 136/10 140/2
140/16 141/1 141/15
141/25 143/1 143/16
143/19 144/9 144/11
144/23 145/2 145/10
145/15 145/22 149/2
149/11 149/17 150/12
151/12 153/8 153/25
154/3 155/3 155/8
155/14 155/19 156/7
156/21 157/9 157/19
159/1 159/3 159/20
159/22 160/4 160/7
163/14 163/20 164/20
195/12 196/9
**MS KUEHNE: [1]**
41/12
**MS. CAPRIO: [23]**
5/5 5/8 15/19 16/2
16/5 16/18 16/24 17/4
17/10 18/1 18/6 18/11
24/1 25/4 25/24 34/14
39/8 41/11 43/15
44/10 44/14 45/1
196/5
**MS. DAWSON: [59]**
34/24 70/10 166/7
166/12 167/15 168/7
169/9 169/19 170/2
170/9 170/17 170/22
171/11 171/21 172/11
173/5 173/19 174/12
175/3 175/18 176/9
176/24 177/7 177/14
178/16 178/25 179/15
179/22 180/8 180/18
181/25 182/7 182/14
182/20 182/25 183/12
183/16 184/8 184/24
185/10 185/20 185/22
187/8 188/12 188/19
188/23 189/5 189/11
190/2 190/21 191/6
192/2 192/4 192/20
193/4 193/9 193/22

194/7 194/13
**MS. GOMEZ: [95]**
4/8 6/11 6/22 7/2 7/4
7/21 8/3 8/14 8/17
8/20 45/13 48/24 49/6
49/16 73/7 79/11 80/3
80/9 80/19 81/2 85/13
90/13 90/15 95/25
96/10 103/25 105/9
109/20 110/12 111/16
111/18 117/8 117/24
118/11 118/21 123/16
125/23 126/7 126/20
127/9 127/14 127/20
129/5 132/18 134/9
137/1 137/8 138/15
138/21 139/17 140/1
140/19 140/21 141/10
141/18 141/21 142/10
143/9 143/14 144/10
144/17 145/1 145/5
145/13 145/19 145/23
146/5 146/23 147/3
147/11 147/13 147/18
147/21 147/23 148/3
148/7 148/11 148/14
148/18 149/6 149/10
149/14 150/10 150/16
159/25 160/3 162/1
163/8 163/23 164/15
164/22 165/1 174/16
174/18 195/10
**THE COURT**
**SECURITY**
**OFFICER: [1]** 72/7
**THE COURT: [427]**
**THE COURTROOM**
**DEPUTY: [11]** 4/5
4/22 4/24 45/14 45/17
45/20 48/11 69/23
146/15 165/3 165/7
**THE WITNESS: [64]**
45/16 45/19 50/10
51/2 52/3 56/2 59/12
59/18 60/19 61/16
64/19 65/13 71/1
74/17 76/5 76/14
77/12 85/15 87/24
88/1 101/25 102/5
104/3 105/10 110/14
117/20 149/18 149/20
154/1 156/9 157/12
157/21 159/5 159/24
162/6 165/6 165/9
166/8 166/15 168/10
169/21 170/11 170/19
173/8 177/2 177/10
177/16 178/1 179/3
179/24 180/11 180/20
182/3 183/3 185/25
189/13 191/9 192/22
193/6 193/25 194/15

195/11 195/19 195/21
**$**
**$3,000 [1]** 153/22
**'**
**'15 [1]** 171/8
**'18 [1]** 168/21
**.**
**.0001 [1]** 202/3
**/**
**/s:/Ellen [1]** 209/6
**0**
**000 [1]** 124/12
**1**
**10 [5]** 75/7 75/8
178/23 179/5 181/23
**100 [2]** 1/19 176/16
**10:00 [2]** 73/23
109/12
**11-22-17 [1]** 161/4
**11:00 [6]** 187/20
187/23 188/16 189/3
189/9 189/20
**11:40 [1]** 41/24
**125 [1]** 123/12
**12:00 [1]** 45/9
**12:15 [3]** 43/19 45/8
69/13
**12:30 [1]** 43/17
**13 [8]** 96/2 96/3
96/13 96/13 128/4
128/7 129/4 134/4
**14 [1]** 115/7
**1400 [1]** 2/3
**146 [1]** 197/3
**147 [1]** 197/7
**15 [10]** 45/9 72/12
74/8 98/21 105/19
105/21 125/14 125/22
145/6 146/12
**150 [1]** 3/8
**15th [5]** 177/21
177/22 184/14 187/23
189/10
**16 [5]** 7/25 100/15
114/10 160/17 161/5
**1637 [3]** 85/20 88/10
140/6
**1641 [8]** 46/9 48/23
50/20 75/15 85/24
86/2 86/4 124/10
**169 [1]** 1/16
**16th [1]** 161/6
**17 [4]** 5/8 46/4 84/10
161/4
**17th [1]** 191/2
**18 [4]** 95/17 95/17

100/25 114/8
**18-000 [1]** 124/12
**18-24190 [1]** 4/5
**18-CV-24190 [1]**
1/2
**18th [2]** 114/10
118/2
**197 [4]** 3/7 79/15
80/4 80/8
**1:15 [2]** 43/20 69/22
**1st [4]** 101/25
102/10 102/14 114/3
**2**
**20 [3]** 110/9 137/5
209/6
**200 [1]** 1/21
**201 [1]** 1/13
**2011 [1]** 171/7
**2016 [1]** 171/8
**2017 [30]** 6/23 7/5
47/13 47/16 51/19
57/3 77/7 89/12 89/17
91/25 97/23 98/3
98/18 98/22 98/25
99/5 101/3 101/13
105/19 105/21 160/17
161/5 161/13 162/8
162/25 168/21 168/24
171/10 177/20 177/22
**2018 [31]** 58/7
66/21 77/7 100/18
101/20 101/22 102/10
102/23 105/14 105/21
106/4 110/9 112/14
113/7 114/8 114/14
114/19 114/22 115/1
116/8 117/4 118/10
118/16 125/1 128/10
128/14 129/10 129/11
129/20 137/5 163/1
**2020 [1]** 197/1
**2023 [6]** 1/5 4/1 9/5
72/1 206/14 209/6
**202B [1]** 209/8
**20th [5]** 9/4 80/24
132/3 133/9 206/14
**21 [5]** 102/7 102/8
118/10 119/2 136/22
**2121 [1]** 1/13
**22 [1]** 19/22
**22nd [2]** 161/6
161/11
**24 [7]** 1/5 4/1 72/1
100/18 101/20 103/1
151/19
**24190 [2]** 1/2 4/5
**25 [4]** 102/10 102/23
106/10 112/9
**26 [5]** 88/21 106/18
125/1 125/10 128/10
**27 [1]** 134/6

**2**

**28 [4]** 88/21 101/3
101/13 134/15
**29 [4]** 89/10 108/16
108/17 109/4
**295 [2]** 64/24 115/6
**299 [1]** 209/8
**2nd [11]** 1/13 1/19
58/6 58/9 105/25
108/2 108/13 113/11
114/14 118/5 138/20

**3**

**3,000 [1]** 135/9
**30 [10]** 19/13 61/2
61/2 70/1 98/22 98/25
103/6 103/11 103/20
105/13
**30's [1]** 19/13
**3105 [1]** 1/19
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**33301 [1]** 209/8
**342 [1]** 5/13
**378 [2]** 117/5 117/7
**3:25 [1]** 146/14

**4**

**403 [13]** 5/24 77/10
78/16 154/3 159/22
176/25 178/16 178/25
182/8 182/15 184/8
190/21 194/7
**41 [1]** 137/4
**4100 [1]** 1/21
**42 [1]** 110/8
**44 [1]** 112/12
**443 [3]** 3/6 48/8
49/5
**444 [2]** 144/12
144/13
**45 [2]** 41/21 42/22
**461 [6]** 3/8 144/12
149/1 149/6 150/11
150/15
**48 [4]** 58/22 61/8
61/9 99/7
**49 [1]** 3/6

**5**

**5'10 [1]** 19/24
**50 [2]** 177/5 188/3
**500 [1]** 1/16
**5448 [1]** 209/9
**5:15 [1]** 208/1
**5th [1]** 44/5

**7**

**70 [1]** 147/15
**740i [1]** 197/1

**769-5448 [1]** 209/9
**7th [1]** 184/14

**8**

**80 [2]** 3/7 186/15
**82 [1]** 3/7
**8th [9]** 46/9 75/15
85/20 108/20 109/3
124/10 132/3 133/9
191/2

**9**

**90 [1]** 186/15
**9150 [1]** 2/3
**954 [1]** 209/9
**9:00 [2]** 196/4
207/13

**A**

**a.m [2]** 196/4 207/13
**abandon [1]** 69/2
**ability [11]** 13/10
23/16 26/20 28/13
29/18 30/22 32/8
33/12 106/3 115/3
198/19
**able [31]** 6/17 7/10
8/8 14/24 20/6 34/4
34/15 46/17 53/14
61/7 63/3 66/10 66/10
73/22 82/9 86/23 95/4
102/16 103/18 134/24
142/11 142/18 149/25
153/5 158/13 158/21
158/25 162/23 164/1
173/16 173/16
**about [116]** 5/23 6/9
10/25 12/8 12/17 13/2
13/4 13/5 13/7 13/25
14/5 17/3 19/14 19/23
23/20 25/23 26/19
27/10 27/19 28/4 28/7
28/9 29/5 29/14 29/18
30/19 33/4 33/9 33/11
34/8 34/24 35/22 36/2
39/14 40/6 52/6 52/23
54/7 56/19 70/1 72/12
74/8 85/19 87/15
94/22 96/17 96/18
97/23 98/17 99/8
100/21 100/25 103/2
106/6 108/20 108/21
108/24 113/2 114/3
114/24 120/12 120/15
125/4 126/17 129/18
130/21 135/8 140/23
141/16 142/1 143/3
143/13 144/4 144/13
146/11 148/9 149/23
153/3 155/22 162/15
167/5 167/6 169/23
170/21 171/19 173/25
174/8 174/24 175/8
175/11 175/23 176/12
179/9 180/15 181/17
182/23 183/23 184/14
184/18 185/8 185/14
186/6 186/6 186/21
187/12 187/19 190/9
192/10 193/15 193/17
195/17 199/5 201/20
203/25 206/3 206/13
**above [2]** 115/25
209/4
**above-entitled [1]**
209/4
**absolutely [13]** 5/3
22/22 22/25 23/22
25/22 34/17 37/18
122/2 122/22 139/5
141/15 154/1 198/19
**acceptable [1]** 144/7
**accepting [1]** 62/13
**accidentally [1]**
111/13
**according [3]** 94/10
99/7 188/17
**accosted [1]** 35/12
**accosting [1]** 197/19
**account [1]** 88/8
**accounted [2]** 45/5
72/25
**accounts [1]** 139/22
**accurate [3]** 196/1
196/14 209/3
**accusation [1]** 12/14
**accuse [1]** 182/18
**accused [2]** 198/23
199/7
**Acevedo [4]** 36/13
36/16 196/21 199/6
**across [1]** 186/17
**act [1]** 187/6
**action [1]** 115/12
**actions [1]** 78/13
**activated [1]** 81/18
**actual [7]** 87/3 87/3
95/20 134/18 138/2
161/25 162/9
**actually [6]** 30/9
52/13 89/9 162/8
194/20 199/2
**ADA [1]** 106/21
**adamant [2]** 143/24
202/5
**add [1]** 202/8
**addendum [1]** 161/2
**adding [1]** 135/16
**addition [1]** 100/15
**address [25]** 5/15
5/17 5/17 16/3 17/18
18/15 23/19 25/10
35/5 39/16 41/25 70/3
70/19 72/10 85/24

86/1 86/5 88/10
126/14 142/9 145/3
145/9 172/22 202/11
204/15
**addressed [2]**
126/12 150/3
**adequate [1]** 206/2
**adjourned [1]** 208/1
**adjustments [1]**
121/2
**administration [6]**
112/15 112/23 144/24
149/24 194/16 200/1
**Administrative [1]**
112/13
**Administrator [1]**
8/4
**admission [1]** 106/7
**admit [5]** 48/24 80/3
82/19 117/7 117/11
**admitted [5]** 65/1
80/7 123/15 129/4
150/14
**advice [1]** 53/9
**advise [1]** 207/7
**advised [5]** 11/11
118/3 127/25 128/1
154/15
**advising [1]** 122/17
**affect [2]** 201/24
206/21
**affected [1]** 78/24
**affecting [1]** 89/2
**affixed [1]** 91/15
**afford [1]** 153/23
**afraid [1]** 11/1
**after [65]** 9/6 12/17
15/25 42/20 43/21
45/9 51/23 53/13 56/7
58/15 63/14 66/17
68/11 72/14 72/15
73/10 74/6 93/21
102/9 102/13 112/23
113/8 114/10 117/4
117/23 118/2 119/5
123/4 123/5 127/23
129/9 129/13 130/13
132/2 136/16 136/17
136/22 136/25 137/6
139/15 143/21 146/21
147/7 155/11 156/18
160/5 161/4 161/6
162/20 162/21 163/4
163/4 163/5 170/19
175/2 175/7 177/5
177/18 177/19 189/23
190/1 190/12 198/14
198/17 206/14
**afternoon [5]** 40/23
72/1 81/7 81/8 165/13
**again [61]** 12/9
13/12 13/25 22/23

23/4 24/13 34/3 38/9
40/18 41/24 48/21
49/13 50/18 54/2
54/19 58/1 58/16
59/23 60/9 63/8 64/2
64/5 64/21 66/4 66/13
66/18 69/14 70/18
72/19 73/1 75/4 113/1
114/12 119/17 120/17
134/15 136/7 143/16
144/5 145/24 146/12
147/5 149/11 151/4
151/8 152/3 155/11
155/13 158/3 166/10
169/2 171/2 184/6
192/8 195/6 200/10
201/3 202/9 207/12
207/18 207/21
**against [8]** 50/22
62/11 128/17 185/18
190/16 190/17 191/3
203/11
**age [1]** 19/12
**agency [1]** 144/22
**agent [5]** 144/21
199/25 200/1 200/2
200/3
**agents [1]** 199/21
**ages [1]** 74/22
**aggravating [1]**
42/14
**ago [6]** 9/18 100/22
100/25 101/18 108/25
128/9
**agree [15]** 12/16
12/22 37/12 37/13
37/21 42/2 84/24
85/10 102/13 110/9
115/2 121/5 201/4
201/22 205/21
**agreed [4]** 8/11 68/1
120/9 131/24
**agreement [7]** 15/19
18/6 41/6 57/25 82/25
86/7 142/16
**ahead [14]** 8/2
10/14 11/3 34/13
35/19 35/20 41/7 43/7
118/13 127/16 140/4
162/3 187/12 193/13
**Ahmad [1]** 109/3
**alarmed [2]** 12/24
27/19
**alarming [2]** 10/5
15/4
**Alberto [3]** 172/25
188/8 194/4
**alcohol [1]** 107/24
107/25
**alerted [1]** 24/7
**Alfie [2]** 172/9
172/15

**A**

**all [173]** 6/10 6/18
7/11 8/25 10/1 14/6
14/9 14/19 16/14 19/2
19/2 19/19 20/6 21/2
23/10 24/23 24/25
25/15 26/3 26/10
26/17 26/22 27/23
28/9 29/14 29/21 30/6
31/18 32/14 32/18
33/18 34/1 36/6 37/9
38/4 38/15 38/19 39/4
41/9 41/19 41/23 42/8
43/6 44/12 44/15 45/2
45/4 47/1 47/22 49/1
49/4 49/10 50/16
53/19 53/25 55/2 61/6
61/10 61/22 62/3
63/11 64/11 67/4
68/23 69/11 69/13
69/23 70/20 70/21
72/7 72/24 72/25 73/4
73/5 75/8 76/5 76/14
76/19 79/24 82/9 86/2
88/7 88/23 89/1 91/23
92/17 92/22 92/22
93/1 93/9 95/23 96/3
96/8 96/12 97/24 98/6
106/12 106/21 107/11
107/21 108/1 108/7
108/11 108/15 109/16
113/1 113/3 113/8
114/21 115/11 115/12
115/15 115/17 116/16
116/16 116/25 126/21
129/14 129/17 130/8
130/15 131/2 131/6
131/7 132/2 134/10
135/1 135/15 135/19
135/22 136/24 137/17
139/15 139/21 140/10
141/6 145/24 146/8
146/9 146/11 146/15
148/17 160/21 161/20
162/8 163/1 163/3
164/15 168/18 169/10
174/14 178/4 178/12
186/11 190/18 191/1
191/22 191/22 195/23
196/3 199/11 199/20
200/10 200/18 201/19
201/20 201/23 205/2
205/12 206/5 206/11
207/2 207/12
**allegations [1]**
196/20
**allegedly [6]** 94/2
94/5 141/22 142/6
143/24 144/6
**allow [23]** 48/5
53/22 56/18 61/24

61/25 67/21 90/2
103/23 105/7 105/8
105/14 106/14 108/12
129/16 132/1 135/22
142/24 143/1 146/1
157/22 160/18 186/22
206/20
**allowed [2]** 70/19
82/16
**allowing [4]** 116/10
159/6 159/10 159/11
**allows [11]** 54/11
57/15 63/10 63/12
90/3 90/5 94/14 94/15
97/10 139/8 151/6
**almost [7]** 20/3 20/5
41/24 157/25 161/15
161/17 161/19
**already [17]** 7/5
59/1 65/1 98/15 98/16
113/12 123/13 123/14
123/17 124/22 125/1
125/4 130/5 154/15
160/20 160/20 161/1
**also [58]** 4/15 6/7
9/15 9/21 9/21 14/3
14/8 15/20 16/22 17/2
19/6 19/7 19/23 21/25
24/3 24/11 25/22 34/4
36/1 39/3 45/7 53/20
69/25 72/25 81/16
83/4 84/18 85/18
90/19 98/17 104/19
106/7 107/15 118/19
126/14 129/3 134/25
136/1 137/12 142/10
147/7 149/3 163/25
164/5 165/18 165/25
166/1 174/21 175/19
177/12 182/1 195/7
196/2 196/16 199/17
201/18 202/12 207/13
**Altman [4]** 39/13
39/16 39/19 202/22
**always [2]** 86/2 97/3
**am [5]** 9/24 40/23
94/7 112/22 133/23
**Amanda [2]** 1/12 4/9
**Amber [3]** 2/3 4/13
34/5
**ambush [1]** 141/8
**amenable [1]** 147/6
**America [1]** 4/6
**ammunition [1]**
43/24
**ands [1]** 203/24
**Anne [1]** 1/11
**another [21]** 21/7
33/1 39/7 39/24 39/24
83/4 91/11 95/16
99/20 100/6 100/6
105/16 121/8 125/6

132/16 145/14 152/7
162/25 188/22 191/12
203/22
**answer [19]** 46/22
46/23 59/11 85/15
139/18 149/19 151/14
159/4 162/5 169/12
169/20 170/10 171/23
173/5 173/7 173/10
185/24 194/9 194/14
**answered [8]** 73/14
95/25 103/25 110/12
132/18 137/1 140/1
199/23
**Anthony [1]** 28/25
**anti [1]** 62/15
**anti-bullying [1]**
62/15
**any [149]** 6/4 6/25
8/12 9/12 10/1 10/3
11/5 11/7 11/16 12/19
13/23 15/10 15/16
15/21 15/21 17/21
19/25 20/1 20/13 21/6
21/13 21/22 21/25
22/3 28/10 28/16
29/15 30/22 30/25
32/7 32/11 33/16 34/8
35/5 36/2 36/23 37/1
37/7 37/19 38/10
39/21 41/1 42/18
43/23 43/24 44/2 44/3
44/5 44/19 44/22
44/23 49/13 51/13
51/14 53/8 53/9 55/14
62/20 63/14 64/15
66/5 69/17 72/19
75/10 77/13 77/13
82/14 82/18 86/20
87/3 92/8 93/1 93/2
93/2 93/8 96/3 96/9
96/10 99/2 103/23
105/5 110/1 111/23
116/4 117/2 119/12
126/18 127/24 128/3
129/20 130/3 133/11
133/13 134/8 138/4
138/24 138/25 139/1
139/2 139/3 139/4
140/13 141/6 142/15
143/4 143/5 143/11
144/1 144/2 146/11
146/13 152/24 156/24
157/14 159/18 163/16
163/17 163/20 164/9
164/12 165/19 167/23
168/19 169/4 169/21
169/23 169/25 169/25
170/7 170/11 174/5
181/10 182/12 182/18
182/23 184/23 185/2
186/24 189/2 189/8

190/10 195/3 195/3
195/17 200/6 202/4
203/5 207/6 207/11
**anybody [9]** 63/3
70/9 93/15 109/10
130/21 152/20 152/20
182/18 197/22
**anyone [16]** 19/8
22/15 37/15 38/14
40/13 40/14 52/22
69/15 69/15 116/13
146/13 152/13 152/16
185/13 195/17 207/11
**anything [62]** 5/3
5/15 5/20 7/11 7/19
13/1 14/24 15/3 15/13
17/2 17/12 22/23 23/1
25/13 26/19 28/9 29/8
29/9 29/18 30/7 30/18
31/25 32/12 33/3
33/11 34/8 38/7 38/19
40/17 44/25 51/23
57/13 58/18 59/25
63/13 69/18 69/19
73/18 74/6 75/3 82/16
92/12 93/17 94/23
103/23 123/15 130/22
136/4 142/9 144/13
144/25 147/22 148/4
149/5 159/17 167/11
178/3 184/6 187/13
190/17 201/19 202/23
**anywhere [1]**
133/12
**apparent [1]** 139/7
**apparently [5]** 26/8
29/4 30/5 153/12
202/16
**appear [6]** 100/16
100/19 102/10 102/14
133/12 149/12
**appearance [1]**
19/25
**APPEARANCES [2]**
1/10 2/1
**appears [2]** 17/20
141/7
**application [19]**
47/21 48/3 53/19
54/16 98/6 98/8 98/10
102/8 102/19 102/22
103/17 106/14 120/17
122/9 122/18 154/16
155/16 156/12 156/13
**applied [8]** 103/3
103/12 105/16 105/17
105/20 105/23 106/17
158/8
**apply [9]** 53/21
54/10 54/13 84/21
96/19 99/21 103/17
103/18 113/3

**applying [2]** 54/3
54/4
**appreciate [6]** 23/9
31/8 32/14 35/22
42/12 207/23
**approach [12]** 18/3
19/1 40/14 41/1 49/17
50/21 66/5 69/18
193/10 203/18 203/22
205/20
**approached [20]**
13/4 27/7 27/13 28/22
29/5 29/13 29/17
29/23 30/5 31/10
31/20 32/17 36/23
39/20 70/15 75/12
190/14 192/12 197/10
206/13
**approaching [1]**
59/4
**appropriate [10]**
14/17 16/13 24/16
24/24 38/9 39/22
200/15 203/1 203/3
203/9
**approval [4]** 7/16
106/11 106/20 106/22
**approvals [1]** 160/21
**approve [3]** 122/10
122/17 155/18
**approved [11]** 17/19
47/22 48/4 98/7 98/15
98/16 107/24 112/11
154/19 154/20 160/20
**approximate [2]**
19/12 19/14
**approximately [7]**
47/14 52/19 103/11
146/14 168/6 171/8
174/24
**April [8]** 1/5 4/1 9/4
72/1 89/12 89/17
91/24 206/14
**April 20th [2]** 9/4
206/14
**Arafet [2]** 109/3
109/14
**are [98]** 5/10 5/22
6/15 12/23 12/24
13/12 18/6 18/23 20/6
23/1 25/6 27/1 27/17
29/1 29/24 30/2 31/11
31/12 32/20 34/22
35/1 36/2 36/3 36/21
38/4 38/15 38/25 40/6
41/14 42/24 43/18
44/14 45/4 55/14
55/22 57/11 59/5 59/7
63/19 65/2 65/8 66/5
67/2 72/25 73/3 74/12
74/18 78/7 78/9 83/24
84/19 85/8 91/5 91/8

**A**

**are... [44]** 94/13
96/11 99/15 101/3
101/5 101/5 102/21
105/2 105/6 110/8
110/19 112/4 116/17
117/2 118/16 123/5
126/23 133/3 134/13
134/18 134/20 134/25
141/2 144/16 145/10
149/22 164/8 165/13
165/22 167/13 168/1
168/4 168/14 168/19
170/15 178/8 178/19
191/17 194/24 199/11
199/16 199/20 203/15
207/5
**are.2 [1]** 65/24
**area [7]** 9/9 55/7
68/3 68/14 111/7
111/9 186/16
**areas [2]** 107/23
183/5
**argument [1]** 122/1
**Argumentative [4]**
105/9 181/25 183/12
185/22
**Armando [1]** 27/16
**around [21]** 13/13
16/1 16/15 17/23 19/7
32/25 42/25 43/19
43/20 45/7 50/6 68/25
73/23 75/20 115/7
118/10 119/23 128/12
130/1 171/7 179/8
**arrest [3]** 60/4 60/10
66/15
**arrested [2]** 60/15
66/13
**arrived [2]** 9/9 188/1
**art [1]** 161/20
**Arteaga [1]** 4/9
**article [2]** 20/24
23/6
**arts [1]** 63/24
**as [150]** 4/20 5/9
6/24 8/9 8/9 9/16
9/23 9/25 11/7 11/21
11/22 13/8 15/7 15/12
15/13 15/13 16/8
16/10 17/8 18/14 19/6
19/8 20/24 21/7 21/14
34/3 34/5 34/6 34/20
35/23 37/19 38/8 38/9
40/15 42/13 42/13
43/23 43/25 44/2 48/6
48/8 64/1 64/5 64/7
64/13 64/23 65/14
68/7 68/24 68/24
69/13 69/16 76/8
78/25 79/8 79/15

82/19 83/6 83/24
84/18 85/3 86/2 89/5
89/6 89/14 91/2 96/7
96/13 97/8 101/12
101/18 102/8 103/5
105/13 107/15 109/25
109/25 110/2 111/6
111/11 113/17 115/25
116/8 116/10 116/14
117/11 117/13 120/2
120/18 121/4 128/21
129/4 129/23 130/11
133/13 136/18 136/23
139/6 142/2 142/19
142/19 143/12 143/20
144/11 144/11 146/4
146/13 148/17 148/17
148/25 150/23 151/22
153/13 157/25 160/6
160/21 160/21 162/25
164/3 164/20 166/12
168/18 169/2 173/3
178/6 178/8 178/24
179/4 179/6 179/9
179/10 179/14 181/1
182/3 185/13 186/25
187/13 192/22 194/21
195/24 196/1 197/11
197/13 197/14 197/24
198/9 199/25 202/4
206/12 207/8
**as intimidation [1]**
179/14
**ASAP [1]** 12/21
**ask [31]** 9/13 12/18
15/8 15/21 17/24 24/9
25/19 35/16 40/11
49/18 50/21 93/7
117/10 117/23 118/24
119/19 125/10 126/3
135/21 135/23 144/2
149/13 155/13 166/10
169/2 182/11 187/12
191/20 202/18 203/8
205/25
**asked [33]** 22/9
26/15 29/13 32/3 51/9
57/24 67/4 73/13
95/25 103/25 110/12
122/13 123/7 125/8
132/18 135/14 135/25
136/5 136/8 136/16
136/19 137/1 139/13
140/1 140/23 142/1
142/3 143/3 143/4
162/15 173/8 202/15
204/20
**asking [17]** 33/8
38/23 44/4 70/5 91/6
118/12 119/16 127/15
140/2 157/7 159/8
159/14 173/8 180/7

205/3 205/14 205/18
**aspect [1]** 6/12
**ass [1]** 68/18
**assist [2]** 12/6
137/22
**assistant [8]** 102/16
155/24 172/21 172/24
182/5 187/18 193/6
194/4
**associate [1]** 203/21
**associated [15]**
15/14 37/5 39/1 40/3
197/15 198/8 198/9
199/14 200/5 201/10
203/15 203/23 204/3
**Association [1]**
112/5
**assume [5]** 17/12
114/18 124/14 132/11
161/10
**assumed [1]** 32/4
**assumes [11]** 170/2
171/11 171/21 175/4
175/19 177/8 180/8
182/14 185/22 190/2
192/4
**assumption [1]**
11/16
**assumptions [1]**
10/2
**assured [2]** 121/23
207/1
**at [214]**
**attached [1]** 118/15
**attachment [1]**
107/10
**attain [1]** 121/11
**attaining [1]** 150/6
**attempted [2]** 77/1
100/4
**attend [1]** 68/11
**attendance [1]**
40/22
**attending [2]** 9/8
50/3
**attention [21]** 5/6
11/8 11/23 12/20
12/21 13/8 23/19
25/11 38/23 42/12
62/9 70/8 70/11
124/16 150/19 151/8
168/22 170/7 204/21
205/3 207/9
**attest [1]** 100/13
**attested [1]** 131/24
**attorney [10]** 53/1
66/24 68/12 102/17
119/7 120/9 131/23
150/4 150/9 155/24
**attorney's [1]** 52/22
**attorneys [4]** 8/22
18/14 195/7 195/7

**audience [2]** 28/4
28/7
**audio [3]** 16/24
16/25 17/3
**Australia [2]** 120/14
120/15
**authentic [1]** 81/21
**authority [1]** 40/2
**authorized [5]** 8/11
203/18 203/20 204/4
205/17
**auto [1]** 111/10
**avail [2]** 113/15
135/25
**available [2]** 69/9
103/12
**avenue [6]** 1/13
63/20 80/24 184/14
191/2 191/2
**average [1]** 151/25
**avoid [1]** 36/2
**avoiding [1]** 199/5
**aware [11]** 6/13
77/14 118/8 118/16
118/19 123/5 126/3
168/19 169/4 169/17
195/3
**awareness [1]** 207/3
**away [7]** 61/17
61/19 62/12 63/3
63/13 91/3 187/20
**axles [38]** 87/4
91/14 94/18 95/5
99/19 110/10 120/13
120/24 121/9 122/8
122/19 122/23 133/23
134/2 134/12 134/13
134/16 134/18 134/25
136/8 136/14 136/25
137/6 139/11 153/6
153/11 153/13 153/17
153/17 153/19 153/21
154/8 154/9 154/24
155/12 155/12 156/14
156/14
**AXS [1]** 1/10

**B**

**bachelors [1]** 165/17
**back [39]** 11/17 14/3
17/17 21/1 34/25
43/16 43/20 43/21
44/7 61/5 68/21 68/22
69/2 69/21 70/16
73/11 73/16 81/19
101/18 116/4 120/16
120/23 122/9 131/7
131/14 133/15 134/4
146/14 147/5 147/12
147/13 147/18 158/3
164/5 175/22 182/11
199/12 202/16 202/17

**background [1]**
165/16
**bad [2]** 40/9 189/3
**badge [1]** 41/1
**baffled [1]** 130/10
**balanced [1]** 36/1
**bald [1]** 20/3
**Ball [6]** 12/3 81/15
183/23 190/14 194/24
195/3
**ballgame [1]** 205/21
**balloons [2]** 91/3
91/7
**ban [1]** 202/12
**banned [1]** 14/8
**banning [1]** 200/22
**Bardfeld [1]** 200/16
**barely [1]** 157/2
**Barlington [10]**
46/13 46/14 50/20
57/23 58/1 75/14
75/16 78/14 78/5 83/1
**based [14]** 19/9
23/20 25/22 26/18
35/15 36/7 38/11
39/23 138/2 142/7
175/13 196/12 203/7
206/24
**basically [3]** 88/17
139/25 198/12
**basis [6]** 54/12 57/14
76/22 103/19 138/4
198/3
**be [216]**
**beautiful [1]** 55/4
**became [5]** 61/17
62/18 67/9 169/3
177/18
**because [96]** 6/20
7/22 7/23 8/11 8/12
9/18 10/25 11/22 24/4
32/3 35/14 36/12
38/21 38/24 40/6
41/24 42/15 42/21
44/6 54/25 56/17
60/19 61/6 64/9 66/3
68/1 69/8 73/21 74/1
74/3 74/12 79/2 87/3
90/22 91/10 97/4 99/4
100/4 100/9 100/12
102/2 104/11 107/1
107/7 108/15 108/21
114/20 116/5 120/4
120/17 121/5 122/10
122/13 122/23 125/3
130/13 131/2 132/13
133/8 133/22 134/1
134/21 135/1 136/2
138/3 138/7 142/12
142/16 142/21 142/23
143/2 145/17 151/5
151/24 152/17 154/12

**B**

**because... [20]**
157/15 163/6 164/10
173/9 178/12 178/13
181/23 182/4 186/12
186/25 187/7 187/21
188/11 190/25 191/13
191/20 197/25 198/11
203/4 204/13
**become [3]** 171/2
171/5 193/2
**becomes [2]** 95/15
161/21
**becoming [1]** 84/6
**been [62]** 5/13 10/16
11/2 11/2 11/8 11/11
11/22 11/23 12/4
17/19 18/17 18/22
19/6 24/6 30/20 35/12
37/23 40/19 42/3
42/21 42/24 44/23
46/20 47/21 48/3 48/7
58/11 59/1 64/23 65/1
69/3 69/4 75/20 78/10
79/14 98/6 98/15
98/16 99/1 99/1 105/1
105/20 105/23 112/2
113/12 114/18 114/21
114/22 119/16 123/15
124/15 148/25 154/19
164/21 174/12 196/12
198/7 198/8 200/1
201/13 201/14 202/10
**before [47]** 1/8 6/7
21/1 24/20 38/12 39/9
39/10 40/18 41/9 46/2
52/19 58/8 58/18
59/23 61/1 61/2 70/19
73/9 78/25 81/10
89/20 92/1 96/6
103/22 104/3 105/1
105/16 114/1 114/3
128/10 130/13 136/17
138/11 139/6 149/16
158/1 164/5 166/15
168/5 168/23 169/3
169/3 187/2 195/2
196/13 202/10 204/11
**beforehand [2]**
70/15 107/8
**begin [2]** 45/11
81/21
**beginning [2]**
142/13 157/5
**behalf [8]** 4/10 4/14
128/1 130/21 144/21
150/6 157/17 201/11
**behind [5]** 26/15
36/8 96/11 115/12
115/17
**being [54]** 6/3 10/20

17/13 18/8 22/17
26/23 28/7 30/21
31/23 34/8 36/6 42/9
44/6 44/8 55/7 58/22
60/21 66/3 67/4 67/7
68/16 77/8 77/12
81/20 91/22 99/5 99/9
116/24 120/1 126/9
130/12 130/12 139/25
140/6 140/9 142/11
150/3 151/22 152/16
158/21 159/9 170/13
171/19 172/14 185/8
185/18 194/19 196/21
198/12 198/23 199/16
200/3 206/13 207/18
**belatedly [1]** 5/11
**believe [44]** 5/24
6/16 7/12 9/24 10/22
12/25 14/16 34/24
35/11 35/23 36/18
36/25 37/1 37/1 39/2
40/8 41/21 48/15
50/14 73/9 74/25 84/4
85/3 94/13 106/16
110/7 114/14 115/6
130/6 135/17 145/11
167/5 171/7 186/5
192/13 198/3 198/11
199/17 199/25 200/4
200/15 203/6 203/7
203/8
**believed [1]** 135/15
**believes [4]** 36/16
124/17 199/8 203/2
**Bell [1]** 26/5
**belligerent [1]**
121/20
**belong [1]** 14/7
**below [3]** 49/8 101/9
106/6
**Ben [1]** 4/13
**bench [12]** 5/10 8/24
14/20 18/5 18/25 35/8
70/2 126/1 140/20
147/1 164/7 195/22
**Benedict [1]** 1/18
**Bermudez [2]** 27/16
27/17
**best [7]** 18/18 68/24
169/13 173/23 174/9
181/18 181/18
**better [1]** 17/7
**between [8]** 83/13
83/16 84/14 111/12
157/13 157/15 197/21
198/6
**beverages [1]** 117/3
**beyond [6]** 79/8
143/5 144/13 154/3
157/9 205/14
**Bible [7]** 178/13

180/16 180/22 180/23
181/3 181/4 181/4
**big [2]** 69/7 116/15
**biggest [1]** 145/17
**Bill [8]** 4/10 46/15
58/2 75/17 78/7 123/5
124/2 138/6
**Biscayne [1]** 1/21
**bit [6]** 15/3 15/12
16/11 24/7 57/8 174/4
**black [3]** 20/18
21/20 197/1
**blame [1]** 203/3
**blatantly [2]** 66/3
142/14
**blazer [1]** 20/18
**bless [1]** 13/18
**blocked [3]** 63/19
63/21 91/21
**blocks [1]** 136/5
**Blvd [3]** 1/21 2/3
209/8
**BMW [2]** 21/18
197/1
**board [2]** 112/16
112/17
**body [1]** 121/23
**boss [2]** 194/4 194/5
**both [19]** 9/22 17/19
23/21 37/25 38/11
38/11 40/3 74/23
89/11 122/2 133/6
180/6 194/23 196/14
196/17 200/11 200/19
202/4 207/6
**bottom [6]** 101/21
102/9 102/11 108/9
110/18 111/6
**bought [1]** 61/6
**BOWEN [1]** 1/20
**box [4]** 18/18 38/16
54/24 106/6
**Brad [3]** 125/16
126/8 126/23
**brand [1]** 13/5
**brazen [1]** 142/21
**break [14]** 14/11
42/19 42/21 43/8
43/16 43/19 44/18
72/17 73/2 73/4 73/9
145/3 145/7 146/5
**breaking [1]** 45/7
**brick [12]** 54/25
55/23 55/23 80/22
97/18 99/15 132/3
132/13 132/23 133/2
151/24 151/25
**bricks [1]** 105/4
**brief [4]** 5/10 14/16
14/22 160/4
**briefly [6]** 8/23
26/12 69/25 164/6

195/7 201/21
**bright [1]** 20/18
**bring [26]** 5/6 12/20
17/5 17/22 18/9 18/21
21/2 25/2 39/16 41/8
41/9 41/19 44/12 45/2
57/12 62/8 70/8 72/5
72/17 91/11 109/18
164/17 169/25 204/2
205/2 207/9
**bringing [4]** 22/8
144/17 147/8 170/8
**Bristle [4]** 83/9
83/19 83/20 128/18
**broader [1]** 37/14
**brought [17]** 11/8
12/25 13/8 23/18
25/11 38/23 51/2
67/20 70/10 81/19
120/4 124/15 126/10
196/13 202/10 204/11
204/21
**Broward [1]** 209/8
**brown [1]** 20/12
**Brush [4]** 83/9 83/19
83/20 128/18
**BTR [24]** 47/20
47/24 98/3 102/17
104/7 106/17 113/19
120/16 121/12 122/8
133/18 133/19 133/20
134/24 139/11 153/15
154/16 154/17 154/22
156/10 158/12 158/13
159/15 167/21
**BTRs [1]** 133/1
**build [1]** 132/9
**building [33]** 7/9
70/21 83/6 83/8 83/19
90/21 106/19 106/25
107/5 120/23 122/7
122/10 122/12 122/15
133/22 133/25 134/23
135/14 135/18 136/1
136/3 137/16 140/7
151/25 153/12 154/11
154/18 165/25 169/25
181/1 186/6 186/23
186/23
**buildings [7]** 168/4
168/11 168/11 168/14
168/16 168/17 170/8
**built [10]** 79/19
79/20 79/23 86/14
86/15 95/23 121/7
152/1 168/6 168/11
**bullet [4]** 150/20
151/9 158/3 162/14
**bully [2]** 198/12
198/15
**bullying [5]** 62/9
62/10 62/11 62/15

62/18
**Bush [9]** 12/2 13/4
35/12 39/4 196/25
197/2 197/9 197/21
197/22
**bushes [1]** 110/19
**business [71]** 6/14
6/18 6/25 35/13 46/2
47/21 47/25 50/17
50/18 51/13 53/17
53/18 53/20 54/4 54/9
55/1 58/17 58/18
60/11 61/23 67/6
68/21 68/22 74/18
74/19 74/24 77/8
77/14 77/15 78/13
78/22 78/24 79/1
79/25 81/21 83/19
84/2 84/2 84/3 84/6
84/21 84/24 85/4
89/25 90/9 93/12
100/1 100/3 102/8
102/21 102/22 103/16
119/22 121/24 125/20
131/9 150/2 165/20
167/25 183/4 184/1
186/19 186/22 187/3
187/7 193/19 197/7
205/22
**businesses [10]**
55/14 84/21 94/15
131/17 153/2 167/13
167/13 167/19 167/20
184/3
**but [105]** 7/6 7/22
10/11 11/2 11/3 15/4
15/17 20/3 21/10
26/10 27/23 30/15
31/23 32/4 33/11
35/13 36/1 36/14
36/18 37/1 38/9 38/22
39/9 40/4 42/24 43/13
44/17 44/22 50/16
57/17 62/20 65/14
65/23 75/5 79/4 83/2
83/21 84/1 85/24
87/11 90/6 90/6 93/14
94/7 95/9 96/2 96/22
97/4 97/8 97/10 99/1
101/2 101/11 102/15
103/22 104/17 104/19
104/22 107/10 107/17
108/1 111/11 114/21
117/22 119/9 119/14
120/15 121/9 125/2
125/5 129/12 130/24
134/18 135/5 136/4
140/10 142/5 147/4
159/9 160/24 162/11
164/18 168/25 172/1
173/10 173/16 181/4

**B**

**but... [18]** 184/15
185/5 187/5 190/18
191/4 196/22 197/12
198/1 199/11 199/20
200/9 201/9 202/4
203/3 204/6 205/19
207/18 207/21
**buts [1]** 203/25
**button [1]** 9/11
**buy [1]** 153/19

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 208/2
**call [27]** 4/4 5/9 14/7
41/10 42/20 45/13
72/4 74/17 122/16
126/23 146/19 147/8
150/19 151/8 154/17
154/21 171/18 172/17
172/20 172/21 173/16
176/12 178/13 181/3
181/3 185/7 189/21
**Calle [17]** 48/23
63/17 75/1 75/10
75/18 75/24 79/2 79/2
80/24 81/16 125/3
168/1 168/4 184/1
186/11 186/16 191/2
**called [14]** 46/6 47/5
62/8 133/13 173/4
178/23 179/7 181/4
185/14 186/17 187/18
188/7 190/8 198/14
**calling [5]** 4/5 44/14
45/11 157/16 157/17
**calls [33]** 49/23
53/10 55/17 56/21
59/9 59/16 60/16 64/2
76/12 77/9 151/12
155/3 155/19 159/1
159/20 168/8 170/23
171/12 173/5 176/24
179/22 180/6 180/18
181/25 183/16 184/8
185/10 185/23 186/5
187/8 188/12 192/20
193/4
**came [21]** 9/19 22/7
38/5 43/13 59/23 92/1
107/20 109/4 109/7
109/8 120/16 120/23
125/3 125/5 128/10
129/1 147/15 147/16
152/23 154/11 182/24
**camera [2]** 14/16
14/23
**cameras [1]** 52/16
**campaign [4]** 62/11
62/14 62/15 172/1
**can [210]**

**can't [16]** 10/17
49/16 51/6 68/15
100/13 126/5 131/15
133/22 141/7 141/8
143/1 143/19 147/4
147/12 147/13 164/16
**candid [1]** 26/23
**candidate [3]** 51/3
51/5 172/8
**cannot [3]** 46/23
104/11 206/20
**Caprio [2]** 1/11 4/9
**caption [3]** 4/16
4/17 5/2
**car [8]** 21/7 21/7
21/11 21/15 21/16
21/18 74/4 111/13
**care [5]** 68/24
130/22 183/6 187/22
191/4
**careers [3]** 54/23
78/24 79/6
**careful [6]** 9/18 9/22
30/19 31/23 33/9
199/15
**Carla [1]** 176/21
**Carlos [1]** 150/4
**CAROLLO [109]** 1/6
4/6 4/14 4/18 4/21
6/7 6/20 34/11 36/8
36/16 36/16 37/6 37/7
37/9 50/16 50/22 51/3
55/13 55/24 56/13
56/25 59/18 61/22
65/14 66/18 66/25
67/20 68/11 68/16
69/5 73/10 74/4 74/6
74/12 76/14 76/17
89/20 99/1 99/4 109/7
109/9 113/20 114/23
119/3 119/7 120/9
121/20 122/3 126/13
126/16 127/1 127/13
127/19 129/16 129/19
129/21 130/4 130/14
131/19 131/23 136/24
137/24 138/3 139/7
142/19 155/2 155/7
157/8 157/13 157/15
159/6 159/19 168/24
169/3 171/15 174/2
174/6 175/7 177/18
178/6 179/7 181/5
181/21 182/13 183/3
183/9 184/18 184/21
184/23 185/3 189/18
189/19 190/19 195/2
196/20 197/19 198/12
198/22 199/7 199/8
199/19 201/8 201/16
201/18 201/20 202/7
203/11 206/4 206/17

**Carollo's [8]** 36/24
65/16 65/16 78/12
171/9 174/22 175/2
205/24
**cars [2]** 9/23 111/10
**cartoons [1]** 91/8
**case [75]** 1/2 4/5
6/19 9/19 11/10 11/24
13/23 14/8 18/15
22/18 23/5 23/21
26/20 29/5 29/19
30/23 30/25 32/9
33/13 35/13 35/14
35/17 36/8 37/3 37/3
37/9 37/10 37/16
37/24 38/10 39/1 39/2
39/4 39/7 39/11 39/12
39/13 39/22 39/24
40/3 40/8 40/12 43/12
69/15 70/12 70/13
70/14 100/18 127/2
146/12 174/13 195/17
197/5 197/16 197/17
197/20 197/24 198/4
198/6 198/11 199/18
199/23 200/15 200/18
200/19 200/21 200/23
201/2 202/22 202/23
204/2 205/13 206/7
206/7 207/2
**Casito [2]** 186/18
190/12
**caught [1]** 109/12
**cause [2]** 38/10
43/24
**caused [1]** 77/19
**cautionary [1]** 35/24
**cease [1]** 60/10
**Cejas [8]** 8/4 93/19
94/2 118/8 118/19
141/16 141/22 151/3
**Cejas's [1]** 97/9
**celebrate [1]** 207/16
**certain [4]** 94/14
94/14 105/6 106/15
**certainly [2]** 25/4
37/21
**certificate [6]** 99/9
99/12 99/14 99/21
113/5 167/22
**Certificates [1]**
99/15
**certifications [2]**
47/22 63/11
**certified [5]** 165/23
165/24 165/24 166/1
166/1
**certify [1]** 209/3
**cetera [1]** 44/20
**Chain [6]** 12/3 81/15
183/23 190/14 194/24
195/3

**chambers [2]** 146/2
146/3
**chance [1]** 34/9
**change [4]** 156/17
156/24 168/23 197/15
**changed [2]** 79/23
115/2
**changes [1]** 169/25
**check [4]** 136/10
167/21 167/24 183/24
**checked [2]** 93/2
106/6
**chief [5]** 9/18 9/19
107/20 186/6 199/6
**children [2]** 74/1
74/21
**choose [1]** 62/14
**chose [1]** 161/22
**Christy [1]** 31/14
**circulated [1]** 42/9
**circumstance [1]**
15/11
**citation [3]** 85/12
187/2 200/19
**cite [2]** 197/3 200/17
**cited [1]** 99/9
**city [123]** 6/13 6/17
7/1 7/16 7/23 8/7
52/10 52/22 53/1 53/2
53/17 54/17 55/4 55/7
57/18 66/23 66/24
67/7 67/21 68/12
68/12 68/13 76/1 79/1
84/20 84/25 85/5
85/10 90/9 93/2 93/9
93/11 93/15 93/16
97/2 100/5 102/17
103/14 104/5 104/14
104/19 104/25 106/25
108/5 109/11 112/2
112/20 113/15 118/3
118/10 118/20 119/7
119/8 119/16 119/24
119/25 120/4 120/9
120/19 121/12 121/18
121/19 121/21 121/24
122/5 122/25 123/10
124/8 127/23 128/11
128/17 128/22 128/25
130/16 130/22 131/21
131/23 132/22 133/18
138/5 139/5 142/11
142/16 142/25 144/20
145/14 149/24 150/24
151/6 153/3 155/24
156/4 157/14 157/15
159/7 163/18 166/3
166/6 166/11 166/15
166/20 166/25 169/17
172/21 172/24 176/3
176/4 177/13 177/20
178/5 179/25 181/13

181/14 181/14 181/15
182/5 182/5 184/2
187/18 187/18 193/6
194/4 199/24
**city's [1]** 136/9
**civil [1]** 165/18
**claim [1]** 36/24
**claiming [1]** 74/9
**clarification [1]**
203/13
**clarify [1]** 154/19
**clarifying [1]** 82/25
**clean [1]** 73/16
**cleaned [1]** 68/22
**cleanest [1]** 15/20
**cleaning [1]** 58/23
**clear [26]** 13/19 18/7
18/13 36/3 36/15 37/2
39/3 44/16 60/23
61/18 61/21 61/23
86/15 87/14 89/19
98/25 115/11 116/24
138/5 143/19 191/24
192/8 194/15 200/6
202/9 205/19
**cleared [3]** 18/17
18/22 19/6
**clearly [4]** 101/3
131/14 202/14 203/3
**clerk [2]** 17/5 146/4
**client [4]** 91/21
91/22 92/1 199/25
**clip [1]** 197/19
**clock [1]** 73/3
**close [10]** 60/4
60/20 66/15 111/14
173/11 173/13 173/17
193/18 193/18 202/25
**closed [5]** 58/10
58/11 74/3 113/16
122/6
**closing [1]** 66/12
**clothing [5]** 20/13
20/15 20/24 23/7
23/14
**co [1]** 27/7
**co-juror [1]** 27/7
**code [77]** 52/3 52/9
56/8 58/24 60/13 63/7
64/19 67/21 67/24
74/8 76/10 77/8 84/20
90/21 107/5 109/2
109/3 109/3 112/15
124/14 133/11 136/3
150/24 157/13 166/2
166/21 167/1 167/8
167/9 167/12 167/18
167/23 168/18 168/19
169/3 169/5 169/15
169/18 169/24 170/6
170/15 171/3 171/5
171/6 172/23 174/3

# C

**code... [31]** 174/6
176/4 176/6 176/7
176/21 176/22 178/7
178/8 178/11 178/12
178/13 178/14 180/3
180/4 180/16 180/16
180/22 180/25 181/1
181/7 181/9 181/11
185/8 185/13 185/14
185/18 186/25 188/2
192/15 194/21 195/3
**codes [3]** 84/20
84/20 90/21
**coffee [5]** 80/1
186/17 191/13 191/14
192/14
**Cohen [6]** 125/16
126/8 126/23 127/7
127/12 127/18
**COLE [1]** 2/2
**collateral [1]** 130/11
**colleagues [2]** 11/13
11/15
**collusion [1]** 44/3
**color [2]** 20/11 21/19
**Colson [1]** 133/17
**come [39]** 10/16
20/23 43/16 43/20
43/21 58/24 70/19
70/20 77/14 81/11
81/13 81/23 86/1
95/14 98/13 100/17
102/20 114/12 122/9
124/22 125/1 142/2
142/6 144/5 146/23
147/4 147/12 147/13
147/17 147/18 150/8
167/13 168/21 170/7
172/21 180/11 180/11
183/21 202/16
**comes [8]** 21/1
38/12 90/22 144/24
146/20 183/22 202/17
204/18
**comfortable [2]**
22/17 24/23
**comfortably [1]**
153/23
**coming [11]** 5/22
11/1 41/17 42/7 70/16
111/10 111/13 161/23
183/6 183/10 205/8
**commemorate [1]**
161/16
**comment [8]** 9/17
9/25 17/3 28/6 30/6
32/5 33/11 35/21
**comments [9]** 28/3
31/22 33/1 35/5 40/18
40/21 40/24 108/6

128/20
**Commercial [1]**
82/24
**Commission [2]**
193/7 193/16
**commissioner [66]**
4/14 6/7 6/20 36/8
36/16 41/17 50/17
50/22 55/11 56/17
56/25 66/18 89/20
98/25 99/2 99/4 99/6
109/7 109/9 119/2
119/6 126/12 126/16
127/13 127/19 129/19
129/21 130/4 136/23
138/3 142/22 168/24
169/3 169/4 171/9
171/15 174/2 174/5
174/21 175/2 175/7
177/18 177/19 178/5
178/6 178/21 179/3
179/7 181/5 181/5
181/21 181/22 183/22
185/3 186/12 186/21
187/5 189/15 189/17
189/19 189/21 191/4
195/2 202/6 203/11
206/17
**commissioners [4]**
50/14 50/15 142/22
187/21
**common [2]** 138/8
200/3
**communicated [3]**
127/12 127/19 158/1
**communication [2]**
129/23 157/8
**communications [5]**
127/25 129/21 130/3
195/14 201/11
**community [7]**
49/22 57/12 62/9
62/11 62/22 63/1
166/25
**companies [1]** 83/5
**company [2]** 62/7
124/9
**competitions [1]**
63/22
**complain [2]** 185/8
185/14
**complaining [3]**
171/18 175/25 176/12
**complaint [9]** 172/4
173/25 175/12 175/23
176/18 183/23 192/24
193/7 193/15
**complaints [5]**
168/25 169/1 186/6
191/3 192/23
**complement [1]**
55/4

**complete [2]** 53/25
145/20
**completed [3]** 54/1
54/16 109/17
**completely [5]**
77/20 126/7 140/2
157/25 186/23
**completion [1]**
106/12
**compliance [24]**
88/22 102/20 108/18
109/18 137/18 163/7
166/24 167/2 167/8
167/9 167/12 167/14
167/18 167/23 169/18
170/1 170/8 171/3
171/5 171/6 174/3
174/6 185/8 185/13
**compliant [1]**
137/23
**complies [1]** 90/20
**comply [4]** 88/23
89/1 136/3 163/6
**compound [3]** 46/24
189/5 189/11
**computer [1]** 79/18
**concept [1]** 200/3
**concern [5]** 11/2
12/7 33/16 40/1
145/17
**concerned [5]** 36/2
36/3 36/21 199/1
199/12
**concerning [3]** 5/23
14/4 24/5
**concerns [5]** 11/11
15/21 24/3 37/22
70/16
**concession [1]**
86/22
**concluded [1]**
206/14
**conclusion [1]**
151/12
**condescending [2]**
67/9 67/19
**condiments [1]** 62/3
**condition [1]** 109/16
**conditions [8]**
106/11 106/15 106/20
108/1 108/6 108/11
108/21 108/23
**conduct [4]** 40/7
94/16 103/15 198/7
**conducted [1]**
206/12
**confer [1]** 10/4
**confidence [2]** 22/20
38/3
**confirmed [2]** 156/3
156/4
**connect [1]** 92/6

**connected [5]** 51/13
88/10 88/11 92/18
139/21
**connecting [5]** 88/3
88/4 88/4 100/9
100/10
**connection [8]**
55/24 82/2 92/23
185/2 185/5 197/21
198/6 199/14
**connections [4]**
87/19 109/16 110/1
140/11
**consensus [1]**
142/24
**consequences [2]**
40/6 78/12
**consider [13]** 120/25
122/18 129/22 133/23
133/23 136/21 153/13
153/18 154/23 159/12
162/11 198/20 200/16
**considered [5]**
122/25 134/14 134/22
134/23 136/6
**considers [2]** 70/13
198/3
**consistent [8]** 36/23
142/3 142/6 143/23
144/6 196/1 196/18
197/20
**constitute [2]**
135/15 135/18
**construction [4]**
69/8 165/17 166/22
184/15
**construe [1]** 11/18
**contact [8]** 9/10
21/11 73/2 81/23
102/16 129/24 206/15
206/18
**contacted [3]** 35/12
81/25 197/22
**contained [2]** 92/20
107/11
**container [74]** 6/3
55/3 55/6 55/15 57/19
58/23 75/6 79/19
79/23 81/12 82/5
82/10 82/13 85/19
86/10 86/12 86/13
86/16 86/18 86/23
87/3 87/3 91/1 92/3
92/5 92/11 92/20 93/1
93/16 95/5 95/11
95/18 95/23 100/13
107/12 110/4 110/10
110/15 110/22 113/22
114/24 115/3 115/13
115/18 115/20 115/21
116/10 116/19 120/18
121/3 121/6 123/11

124/24 127/8 128/1
128/21 128/25 129/11
130/8 132/15 135/8
136/2 137/7 137/18
137/22 140/7 152/4
152/5 152/8 152/11
153/13 154/8 154/9
154/23
**containers [8]** 55/22
91/7 95/7 95/19 95/19
104/24 105/3 119/23
**contempt [1]** 205/10
**contentious [2]**
66/14 67/9
**context [1]** 183/20
**continue [17]** 22/21
24/8 24/10 40/8 40/15
40/17 41/2 73/6 97/3
97/4 100/14 100/24
105/14 120/8 164/3
187/12 190/24
**continued [2]** 2/1
135/23
**continuing [2]**
112/12 117/4
**contours [1]** 17/8
**contract [1]** 83/22
**contractor [1]**
165/23
**contradiction [1]**
97/14
**contrary [2]** 36/10
206/20
**conversation [11]**
14/5 26/11 26/19
27/10 27/24 29/5 41/1
69/18 128/3 131/11
201/24
**cooking [1]** 110/4
**coolers [1]** 117/2
**cooperating [1]**
169/17
**coordinators [1]**
64/10
**copies [1]** 186/13
**copy [3]** 57/24 108/6
190/18
**corner [2]** 110/23
140/7
**corporate [1]** 84/15
**corporation [8]** 83/9
83/9 83/13 83/13
83/21 83/25 84/3
124/4
**correct [172]** 4/19
5/1 37/18 38/25 47/24
48/3 48/20 50/20
51/19 51/20 54/15
61/9 76/9 80/5 82/7
82/11 83/5 83/10
83/14 83/17 84/6
84/16 84/22 85/1 85/6

**C**

**correct... [147]**
85/12 85/24 85/25
86/10 86/13 86/16
86/19 87/4 87/8 87/12
88/5 88/18 89/6 89/12
89/17 89/21 90/4 90/7
90/10 90/21 90/25
91/12 91/15 91/25
92/4 92/7 92/19 94/3
94/6 94/25 95/12
95/16 96/18 97/21
97/24 98/11 98/14
98/19 99/2 99/6 99/13
99/18 99/21 99/24
100/3 100/11 100/18
100/19 100/22 101/4
101/14 102/14 102/23
103/3 103/4 103/6
103/11 103/24 104/21
105/15 105/22 105/25
106/8 106/9 106/15
107/3 107/8 107/19
108/3 108/13 108/18
108/22 109/8 110/1
110/14 111/4 111/8
111/21 112/17 113/2
113/3 113/4 113/10
114/5 114/8 114/11
114/19 114/22 115/3
115/4 115/13 115/18
115/21 115/23 116/1
116/6 116/12 116/20
118/6 119/3 119/11
120/3 124/3 124/7
124/13 124/18 128/2
128/23 129/11 130/5
132/3 132/6 132/9
132/12 132/22 133/1
133/5 133/9 134/19
137/18 137/23 137/24
138/4 139/22 140/8
140/11 140/13 160/14
160/19 160/25 161/5
161/9 161/14 162/10
162/18 162/19 162/22
163/1 163/7 167/3
169/16 179/19 184/22
192/17 194/20 194/21
196/8
**corrected [1]** 98/5
**corrections [1]**
109/14
**correctly [2]** 5/2
168/15
**corroboration [1]**
204/2
**costly [1]** 54/25
**costs [2]** 55/1 197/6
**could [59]** 10/4 10/5
15/11 17/14 26/13

38/15 45/24 48/13
48/24 54/25 57/18
58/12 59/3 63/8 67/24
68/2 68/4 68/24 69/11
73/22 77/15 78/21
78/23 78/25 79/11
79/25 80/2 80/3 82/12
93/10 109/10 113/20
122/16 122/17 130/15
130/15 130/19 131/14
131/22 135/21 139/9
139/9 143/9 146/23
147/7 150/6 150/20
152/10 152/20 152/23
153/15 153/23 154/21
154/22 154/23 160/1
162/2 162/19 165/15
**couldn't [6]** 58/25
68/3 131/16 155/1
156/20 201/24
**counsel [12]** 4/6
12/11 14/5 17/20
18/23 19/1 117/7
144/3 163/13 163/22
174/19 194/9
**counsel's [2]** 12/21
192/4
**county [6]** 84/20
85/1 85/5 85/10 88/15
93/3
**couple [2]** 92/1
125/6
**course [7]** 12/13
39/17 69/16 130/9
132/25 133/2 134/20
**court [58]** 1/1 4/4
12/4 12/7 12/18 13/15
15/8 15/9 16/4 16/9
16/10 18/12 34/20
35/11 37/4 37/20
38/24 39/9 40/1 40/7
40/18 44/8 70/4 70/6
70/20 72/4 102/2
117/6 126/20 127/5
146/7 147/9 148/19
149/7 165/2 196/13
196/24 197/2 197/8
197/18 199/5 200/5
200/14 200/15 200/20
202/10 202/16 203/1
203/8 204/10 204/11
206/10 206/14 206/19
207/5 207/7 207/14
209/7
**Court's [4]** 5/6 46/21
199/3 207/9
**courtesy [1]** 200/22
**courthouse [4]** 9/6
14/7 205/8 207/20
**Courtney [2]** 1/11
4/9
**courtroom [23]** 4/25

11/16 11/22 18/7
18/14 18/17 18/22
19/6 24/12 37/4 38/5
38/13 43/25 45/3
69/24 72/23 146/16
195/8 196/3 198/7
202/12 206/25 207/25
**covered [1]** 96/11
**craft [2]** 36/1 38/11
**cream [1]** 97/1
**create [2]** 57/9
133/13
**created [5]** 79/25
122/20 132/2 166/25
167/9
**cross [18]** 3/3 81/3
81/5 96/7 142/3 142/7
142/8 142/12 143/21
145/18 147/24 147/25
157/10 160/5 160/5
161/3 164/8 164/17
**cross-examination
[11]** 81/3 96/7 142/3
142/7 142/12 143/21
147/24 147/25 161/3
164/8 164/17
**crowd [1]** 17/23
**crowding [1]** 16/14
**CRR [1]** 209/6
**CSO [5]** 23/13 23/15
44/1 70/7 73/2
**CSOs [1]** 18/24
**Cuban [9]** 46/1 46/5
57/10 81/1 81/21
106/7 113/22 191/13
192/13
**Culturales [2]** 81/16
161/18
**cumulative [1]**
145/16
**curative [14]** 24/9
37/1 37/20 37/22 38/8
41/25 42/16 42/22
43/10 145/8 145/25
195/24 201/25 206/3
**curb [2]** 111/7
111/12
**cure [5]** 62/2 135/24
153/15 153/16 159/10
**cured [1]** 121/14
**current [1]** 171/16
**currently [1]** 8/5
**customer [1]** 74/2
**cut [6]** 20/2 20/2
20/6 69/4 194/17
194/19
**cutting [1]** 7/22
**CV [1]** 1/2

**D**

**D-I-E-Z [2]** 165/9
178/21

**Dade [1]** 88/15
**Dadeland [1]** 2/3
**damage [1]** 130/11
**Daniel [1]** 6/16
**dark [1]** 20/12
**date [15]** 6/25 56/6
66/20 101/20 101/25
102/12 103/22 104/3
113/7 119/4 128/16
137/5 137/9 161/4
180/12
**dated [3]** 101/20
102/9 160/17
**dates [2]** 108/18
168/11
**DAVIS [1]** 1/18
**Dawson [6]** 2/3 4/13
16/20 34/22 70/4 70/5
**day [22]** 1/8 10/24
12/4 20/5 21/8 39/14
48/18 68/25 69/3
102/9 102/13 102/15
113/15 129/12 130/17
139/5 146/22 147/8
161/22 182/3 191/12
195/5
**days [14]** 9/18 58/17
58/19 61/2 61/2 61/8
77/1 103/6 103/11
103/20 105/13 114/10
125/4 125/6
**DBPR [6]** 48/1 48/2
90/1 96/16 98/6
149/25
**de [3]** 5/13 124/11
125/7
**dead [1]** 121/23
**deal [4]** 13/22 147/7
148/15 202/22
**dealing [1]** 113/12
**dear [1]** 79/2
**decapitated [1]**
194/20
**December [11]** 57/2
57/3 99/4 105/18
105/19 129/19 162/24
177/21 177/22 187/23
189/10
**December 15th [4]**
177/21 177/22 187/23
189/10
**decide [1]** 38/21
**decided [1]** 61/18
**decides [1]** 203/1
**decision [2]** 131/25
206/23
**defendant [23]** 1/7
1/15 2/2 11/21 14/13
28/14 32/9 37/6 37/15
55/24 56/13 73/10
74/6 76/17 182/12
196/17 198/22 200/5

200/6 200/7 201/8
203/5 206/17
**defendant's [2]**
11/20 201/13
**defendants [1]**
78/12
**defending [1]**
205/13
**defense [7]** 5/9 10/5
12/5 17/20 34/10
143/11 144/3
**defer [1]** 43/7
**deferred [1]** 72/9
**definitely [5]** 20/20
37/11 129/12 201/6
202/3
**definition [1]** 159/13
**degree [2]** 165/17
165/18
**deliberation [1]**
206/21
**delineated [1]**
150/23
**deliver [2]** 86/12
86/15
**delivered [2]** 86/4
86/5
**demanded [1]** 134/1
**demanding [1]**
122/12
**demeanor [4]** 67/18
156/1 156/17 156/24
**demolished [1]**
128/25
**demoted [1]** 194/22
**denied [5]** 74/10
156/18 162/3 163/11
193/11
**department [27]** 7/9
47/25 53/17 94/24
95/6 95/8 106/25
108/6 120/24 122/10
133/22 133/25 134/23
135/14 135/18 136/1
137/16 153/12 154/11
154/16 154/18 154/18
156/19 165/20 166/24
166/25 191/21
**department's [1]**
167/20
**depends [1]** 207/16
**deposition [5]**
174/10 174/12 174/15
174/17 197/3
**Depot [1]** 69/10
**DEPR [1]** 7/6
**deputy [2]** 4/25
43/25
**DERM [1]** 106/22
**describe [7]** 15/1
19/9 48/14 54/19
54/20 79/18 186/4

**D**

described [3] 36/6
116/1 136/23

describing [1] 17/1

description [6]
15/23 23/14 34/6
35/15 103/8 188/2

designated [1]
111/9

designation [1] 8/4

designed [2] 55/3
55/8

desk [1] 154/13

despite [3] 102/24
129/17 207/3

destructive [1]
40/10

detail [3] 35/23 39/2
87/2

details [3] 9/4 29/15
29/16

determine [2] 15/3
204/11

Devin [9] 8/4 93/19
94/2 97/9 118/8
118/19 141/16 141/22
151/3

did [236]

Did he go [1] 21/7

did you go [3] 66/18
68/21 73/11

did you see [1] 21/6

didn't [55] 5/16 9/25
11/24 22/7 32/2 38/6
40/16 51/13 59/4 60/1
60/3 60/10 61/17 66/5
67/6 85/9 86/16 87/3
92/8 92/14 93/24 94/3
99/12 101/10 103/22
114/15 116/20 120/6
121/5 121/15 121/16
121/21 122/1 124/14
124/23 130/13 130/14
133/12 138/12 139/23
139/23 141/22 142/4
142/13 142/20 145/20
146/10 153/12 156/5
159/19 188/22 189/2
189/9 199/1 202/16

Diez [12] 145/13
145/14 147/4 163/24
165/9 165/11 165/13
178/21 179/2 179/9
195/10 195/15

differences [1]
84/14

different [10] 66/7
94/14 104/25 133/3
140/2 143/3 145/19
167/24 168/11 205/21

differently [1] 152/1

difficult [2] 15/10
79/5

diligence [1] 93/9

diligently [1] 11/10

direct [18] 3/3 45/22
60/21 84/4 93/25
103/2 141/2 141/11
142/4 144/2 144/18
145/18 164/19 165/11
182/3 189/21 191/9
198/6

directed [2] 37/6
191/10

directing [1] 155/18

directly [8] 55/22
69/19 83/7 195/17
198/14 198/22 201/11
205/9

director [22] 93/20
122/7 122/15 151/3
154/11 166/21 166/21
166/23 167/1 168/18
169/3 169/15 169/24
170/6 171/2 171/3
171/5 174/3 174/6
180/4 180/5 194/21

disagree [1] 203/12

disagreed [1] 181/24

disapproval [1]
59/13

disapproved [1]
59/18

disapproving [1]
59/15

disarming [2] 24/22
24/23

disclosed [3] 5/11
5/13 198/20

disclosing [1] 193/8

discuss [14] 11/6
14/2 14/4 14/9 14/13
69/15 72/8 96/6
124/20 130/7 137/17
140/21 146/12 146/24

discussed [10]
15/21 22/3 22/14
22/15 40/12 69/13
119/14 130/5 139/1
162/25

discussing [2]
180/16 184/12

discussion [5] 24/22
43/14 119/12 143/13
195/17

discussions [3]
44/19 82/14 120/12

dispute [1] 141/25

disregard [4] 22/24
28/16 49/13 207/4

disrupt [2] 13/24
45/8

dissertation [2] 42/1

42/16

distillery [1] 10/24

district [6] 1/1 1/1
1/9 50/17 55/11 55/14

do [234]

do you [17] 22/9
25/23 63/25 64/5 65/2
70/4 80/25 89/14 96/3
119/20 135/24 136/7
138/24 139/2 139/10
176/7 192/14

do you see [20] 83/2
85/20 86/7 87/16
87/20 89/3 99/10
100/7 101/22 102/11
106/12 106/22 107/24
108/7 109/4 109/23
112/14 112/20 116/1
137/12

document [34]
96/11 98/21 98/23
99/8 100/6 101/19
102/7 103/1 108/16
112/13 114/2 114/16
117/7 117/22 128/13
141/4 141/12 144/18
144/21 149/3 149/3
149/16 149/22 150/8
160/5 160/6 160/8
160/13 160/24 161/4
161/7 162/14 164/18
164/22

documentation [2]
86/3 139/3

documents [4]
143/20 144/1 164/9
164/15

does [27] 7/18 13/9
18/19 20/23 23/12
28/12 30/21 32/7 39/6
40/7 70/12 80/15
80/23 90/23 99/1
127/18 151/10 163/3
164/23 178/22 183/20
194/19 196/25 197/14
198/5 198/16 207/11

doesn't [27] 1/1
11/21 14/6 16/25
27/23 29/7 30/6 33/3
42/15 42/17 42/22
42/25 45/8 68/17
86/18 86/21 87/9 94/5
95/1 99/21 113/24
147/22 149/4 149/12
164/23 198/5 202/2

doing [40] 11/21
24/23 29/2 46/3 57/8
57/17 63/13 66/7 66/8
74/1 74/1 74/2 74/17
74/19 79/5 93/12
104/25 116/18 121/22
126/10 131/20 131/23

139/13 147/25 156/5
156/5 158/20 161/13
161/25 162/8 164/8
165/13 178/6 178/8
186/7 192/16 198/23
199/2 203/16 206/8

don't [165] 6/4 6/5
7/12 7/13 8/12 8/13
10/1 11/17 11/25
13/14 13/23 14/1 14/9
15/16 16/6 16/7 16/14
17/2 17/3 17/12 17/21
17/23 18/8 19/7 19/24
22/5 27/9 29/15 29/16
33/9 33/14 33/14 34/7
37/10 37/17 38/1 38/9
38/20 39/21 40/6
43/23 44/2 44/7 50/16
61/4 65/13 67/2 70/4
70/16 70/20 84/1 85/3
88/11 88/13 88/16
93/4 95/7 95/9 95/19
96/2 96/10 96/22 99/3
100/12 104/23 107/9
107/10 111/9 112/18
113/3 114/24 115/3
117/22 119/4 119/9
120/15 121/22 122/3
122/10 123/9 125/2
125/12 125/14 128/3
129/12 130/21 131/2
131/11 133/21 134/5
134/25 135/3 135/5
135/6 135/6 136/4
136/19 137/19 139/12
139/23 140/9 140/14
141/4 141/6 141/25
141/25 142/4 143/24
144/4 145/16 148/10
148/12 149/5 155/12
160/8 162/11 163/20
164/10 164/13 168/10
168/12 168/16 168/17
169/21 170/11 170/13
173/9 173/14 173/15
179/1 179/25 180/20
180/20 181/3 182/4
183/5 185/5 185/6
186/24 187/3 187/21
187/22 189/13 189/21
189/22 189/22 190/10
190/17 191/3 192/10
192/23 192/24 193/18
193/18 194/16 194/17
197/25 199/25 200/18
200/23 200/24 201/1
201/25 204/19 207/21

donate [1] 62/15

donations [1] 62/13

done [25] 24/19
30/25 32/11 33/21
47/22 55/7 72/14

72/15 82/15 92/4 92/6
100/10 105/1 107/5
136/4 141/3 144/4
148/8 148/17 163/23
195/10 201/4 204/8
204/16 205/11

Dooley [12] 52/24
53/6 53/7 53/8 53/13
53/16 102/16 104/5
104/19 137/15 155/22
155/23

Dooley's [2] 156/17
156/24

door [9] 68/17
107/16 113/16 122/6
142/11 144/19 162/1
163/9 164/22

doors [4] 60/5 77/1
103/13 113/22

doubt [1] 202/4

down [31] 38/21
41/4 41/5 41/8 51/24
60/20 61/7 66/12
86/16 87/8 87/11
101/6 101/9 101/17
102/11 104/8 110/18
114/2 115/6 116/20
117/1 125/13 142/20
152/17 170/16 173/13
173/17 173/22 173/24
187/14 195/6

downstairs [1] 21/9

dozen [1] 52/7

dozens [2] 66/4 66/5

DPBR [1] 160/13

draft [5] 37/12 42/5
42/8 42/9 42/22

drainage [1] 166/1

drinking [1] 186/17

drive [4] 21/17 86/16
87/7 187/24

driving [2] 21/12
21/18

drove [3] 74/8
119/23 130/2

due [4] 93/8 164/2
200/10 200/18

during [20] 38/5
42/19 66/22 67/3 75/3
76/11 93/24 94/3
130/8 141/10 141/23
144/18 164/17 164/19
170/6 171/19 172/1
197/18 198/9 199/22

DX [13] 96/2 96/3
96/5 96/13 117/5
117/7 123/12 125/14
125/22 128/4 128/6
129/4 134/4

**E**

each [7] 15/9 25/1

**E**

**each... [5]** 103/10
167/4 196/13 206/13
207/1
**earlier [10]** 69/14
149/23 154/21 161/12
162/17 180/15 184/5
184/12 194/2 199/22
**early [2]** 43/16
122/16
**ease [1]** 44/5
**East [1]** 209/8
**easy [1]** 17/11
**eat [3]** 50/3 152/21
152/25
**eating [1]** 152/17
**edits [1]** 42/18
**educational [1]**
165/16
**effect [2]** 93/18
162/10
**effort [6]** 62/4 77/13
91/20 113/19 119/15
122/5
**effortlessly [2]**
103/17 113/16
**efforts [7]** 61/23
67/7 102/25 104/13
104/17 129/17 130/15
**Eidson [1]** 133/17
**either [10]** 25/19
28/13 32/8 40/7 126/8
164/9 196/15 196/16
202/1 206/16
**El [2]** 186/18 190/12
**elderly [2]** 62/9
62/19
**elected [3]** 89/20
99/1 175/7
**election [6]** 50/6
50/10 50/13 171/10
175/2 177/19
**electric [1]** 100/9
**electrical [18]** 79/24
87/19 92/4 92/6 92/7
92/11 92/25 93/2
106/21 107/3 107/13
108/21 108/23 110/5
139/16 139/20 139/25
140/6
**electricity [1]** 69/3
**elevated [1]** 57/9
**elevator [13]** 9/7 9/9
9/10 9/11 9/16 11/12
19/10 26/14 27/22
30/14 31/21 32/2 33/6
**elicit [1]** 145/20
**elicited [3]** 141/11
141/23 142/7
**Ellen [2]** 209/6 209/6
**else [39]** 5/4 5/15

5/20 7/11 22/15 31/25
32/12 38/14 38/19
40/14 41/10 41/25
43/22 43/23 44/25
45/1 66/9 69/15 70/9
75/12 77/21 78/2
92/12 106/18 109/10
115/2 129/15 139/13
142/9 144/25 148/4
172/2 172/3 172/6
182/12 192/18 195/8
196/18 197/22
**else's [1]** 68/8
**email [10]** 118/10
123/6 123/17 124/2
125/5 127/23 128/10
146/1 146/3 157/7
**emailed [1]** 164/15
**emails [2]** 157/5
157/23
**Emilio [5]** 66/23
68/13 123/6 124/6
127/23
**emotional [1]** 122/4
**emphatic [1]** 206/3
**employee [3]** 65/16
65/17 176/4
**employees [2]**
109/10 178/5
**encounter [3]** 26/8
27/21 31/16
**encountered [2]**
30/16 33/1
**end [6]** 51/18 57/8
57/24 146/21 154/7
173/10
**ended [2]** 73/9 81/11
**endorsement [1]**
143/2
**endorses [1]** 7/16
**endorsing [1]** 6/3
**energy [1]** 205/12
**enforce [3]** 181/8
183/7 194/17
**enforcement [37]**
52/4 52/9 56/8 58/24
60/13 63/7 64/20 74/9
76/11 77/8 112/14
112/15 112/16 112/23
133/11 157/13 166/2
166/21 167/10 170/15
172/23 176/4 176/6
176/7 176/21 176/22
178/7 178/9 180/3
180/4 181/11 181/24
185/18 186/25 188/2
192/15 194/21
**enforcing [1]** 181/16
**engage [1]** 157/24
**engaged [1]** 6/25
**engine [1]** 86/18
**engineered [2]**

203/4 203/6
**engineering [2]**
165/18 165/18
**enjoy [1]** 69/21
**enlarge [1]** 86/8
**enormous [1]** 36/24
**enough [12]** 5/19
15/6 17/20 23/4 24/25
40/9 42/3 42/21 69/10
111/11 180/24 206/2
**enter [1]** 152/23
**entered [4]** 45/3
72/23 83/12 132/5
**entering [1]** 83/21
**entire [4]** 8/19 164/2
184/1 184/1
**entirety [1]** 129/4
**entitled [1]** 209/4
**entity [1]** 85/11
**Envy [2]** 62/8 62/12
**episode [1]** 203/10
**escort [3]** 13/16
24/11 44/1
**escorted [1]** 44/5
**especially [1]** 15/10
**Esq [9]** 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
**essentially [9]** 54/11
55/8 57/9 130/11
151/5 151/17 153/1
157/15 157/21
**establish [2]** 117/13
149/14
**established [1]**
110/14
**establishment [19]**
8/5 47/21 48/6 54/12
67/23 90/2 94/15
96/20 97/7 109/13
129/23 150/2 150/21
151/9 151/16 151/17
153/1 158/4 158/4
**establishments [2]**
93/22 105/3
**et [1]** 44/20
**Ethics [2]** 193/7
193/16
**even [29]** 6/7 6/9
22/8 36/21 37/8 37/14
37/17 64/13 65/8
68/25 70/7 70/20 75/6
89/20 98/13 117/2
121/21 121/23 138/1
143/3 154/23 183/21
193/6 193/14 196/19
198/5 199/13 201/18
202/5
**evening [1]** 73/20
**event [29]** 63/24
81/17 103/3 103/8
103/9 104/10 105/12

105/13 106/3 106/14
107/1 107/18 108/14
108/19 114/7 114/11
114/13 116/9 118/4
118/15 119/13 124/12
138/19 150/23 151/18
158/6 158/8 173/9
207/7
**events [17]** 7/8
53/21 54/5 54/11
54/14 58/3 58/7 58/9
58/22 59/1 59/2 60/2
60/24 61/1 103/9
102/12 105/18
**eventually [2]** 58/3
149/25
**ever [22]** 55/24
89/20 110/1 117/22
118/2 124/20 127/12
127/18 130/7 131/5
131/8 131/12 131/15
170/13 182/12 182/18
182/23 185/14 185/17
190/6 193/2 193/20
**every [25]** 4/16 6/16
12/4 20/5 40/3 65/9
65/23 67/6 68/24 75/9
77/1 81/17 91/20
100/1 102/3 113/14
113/16 113/19 119/15
122/5 122/6 130/17
139/5 164/11 200/23
**everybody [3]** 44/17
130/18 191/3
**everyone [18]** 8/1
9/22 14/12 18/13 21/1
38/12 41/10 41/19
43/22 54/10 62/23
66/9 76/19 138/5
138/8 146/18 195/7
196/2
**everything [16]**
73/17 74/3 79/22
84/23 90/23 107/5
120/16 130/10 133/4
133/6 135/25 159/6
163/5 164/19 181/1
196/17
**evidence [31]** 37/4
48/25 80/4 82/20 96/6
117/11 123/12 123/14
123/15 123/18 123/21
129/4 150/11 170/3
171/12 171/22 175/4
175/19 177/8 180/9
182/15 185/23 190/3
192/5 197/24 198/2
198/4 198/6 201/10
205/19 206/24
**evident [2]** 62/18
129/15
**Ex [4]** 176/4 176/5

176/6 176/7
**exact [3]** 68/19
68/20 119/4
**exactly [27]** 24/3
24/21 31/7 57/8 65/13
86/17 91/19 94/21
107/12 120/22 121/7
121/10 122/13 139/13
156/12 159/14 168/16
173/10 173/14 177/21
179/25 187/4 190/15
192/24 198/15 203/19
204/12
**examination [23]**
45/22 81/3 81/5 93/25
96/7 103/2 141/11
142/3 142/5 142/7
142/12 143/21 144/2
144/18 145/4 147/24
147/25 148/23 160/10
161/3 164/8 164/17
165/11
**example [2]** 11/20
19/21
**except [3]** 18/14
195/8 196/3
**exchanged [1]** 130/4
**excited [2]** 50/4
57/12
**exciting [1]** 50/5
**exclude [1]** 202/3
**excluded [3]** 85/4
120/1 196/3
**Excuse [1]** 165/3
**executed [1]** 89/11
**exhibit [22]** 5/21
7/13 7/14 34/20 48/8
49/5 64/24 79/15 80/4
80/8 82/22 118/24
140/22 141/1 141/1
141/5 149/1 149/6
150/11 150/15 164/21
164/21
**exhibits [5]** 3/6
96/11 143/20 144/12
164/12
**exist [8]** 80/15 93/13
94/5 120/7 120/10
140/24 141/14 164/23
**existing [1]** 88/17
**exists [6]** 94/2 94/5
94/7 141/13 141/22
144/18
**exit [1]** 107/16
**exited [3]** 69/24
146/16 207/25
**exiting [1]** 9/16
**expect [1]** 72/13
**expected [2]** 12/11
24/21
**expense [1]** 87/18
**experience [4]**

**E**

**experience... [4]** 57/10 64/15 66/17 106/7

**experienced [1]** 55/25

**experiencing [1]** 57/6

**expire [1]** 114/15

**expired [9]** 61/2 114/11 116/9 118/4 118/6 118/16 124/16 124/17 138/20

**expires [1]** 115/1

**explain [6]** 14/17 39/2 45/24 61/21 96/23 165/15

**explained [5]** 57/7 57/11 68/14 186/8 198/25

**explaining [1]** 8/4

**explore [2]** 24/7 143/12

**extent [3]** 24/10 37/23 122/7

**extents [1]** 113/21

**exterior [2]** 92/18 92/19

**extinguish [1]** 107/15

**extremely [4]** 67/9 67/19 121/20 122/3

**eye [2]** 9/9 38/6

**eyes [5]** 38/2 121/3 122/25 157/3 161/24

**F**

**facade [1]** 79/23

**face [8]** 33/20 109/10 113/24 122/6 122/7 139/10 139/11 149/4

**faced [1]** 122/14

**facial [1]** 20/1

**facilitate [2]** 158/18 158/19

**facing [1]** 158/24

**fact [24]** 7/25 24/6 29/17 32/6 36/5 83/2 93/10 99/12 101/11 120/13 129/9 129/10 135/13 139/15 141/15 154/10 154/13 162/15 163/3 197/1 197/10 197/15 201/9 203/14

**facts [14]** 15/2 138/3 170/2 171/11 171/21 175/4 175/19 177/8 180/8 182/14 185/22 190/2 192/4 199/20

**failure [1]** 99/23

**failures [1]** 139/2

**fair [28]** 5/19 13/10 22/21 23/4 23/21 24/8 24/25 26/20 28/13 29/19 30/22 32/8 33/12 36/1 95/22 95/22 110/11 111/11 126/18 144/15 180/24 196/14 199/17 200/20 203/10 205/13 207/2 207/6

**fairness [1]** 10/1

**faith [4]** 35/11 35/15 38/25 198/3

**fake [1]** 123/1

**familiar [7]** 84/14 84/19 112/4 149/22 168/1 170/15 194/24

**family [6]** 11/13 78/15 79/6 130/18 177/6 187/15

**far [6]** 73/5 109/25 143/2 144/11 160/21 187/20

**fashion [1]** 198/21

**fast [1]** 42/13

**fault [1]** 131/15

**feature [1]** 52/14

**February [29]** 66/21 105/14 105/25 106/4 108/2 108/13 110/9 114/8 114/10 114/13 114/19 114/22 115/1 116/8 117/4 118/2 118/4 118/9 118/16 119/2 119/4 125/1 125/10 128/10 129/20 136/22 137/5 138/20 163/1

**February 18 [1]** 114/8

**February 18th [2]** 114/10 118/2

**February 21 [1]** 119/2

**fed [3]** 139/25 140/6 140/9

**federal [2]** 13/17 24/11

**feel [9]** 9/12 13/11 13/25 16/15 18/8 22/17 23/20 181/10 185/17

**feet [2]** 112/9 112/9

**FELDMAN [1]** 1/15

**fellow [8]** 25/11 26/7 27/9 27/20 29/4 30/5 32/25 206/23

**felt [7]** 104/4 104/14 121/5 130/11 184/7 198/25 199/1

**fence [1]** 111/12

**festival [31]** 63/16

63/17 63/18 63/19 63/25 64/6 64/10 64/14 65/8 66/17 75/1 75/3 75/11 75/18 75/19 75/20 75/22 75/24 75/24 76/1 76/6 76/8 76/11 114/5 117/23 118/2 119/5 125/3 136/17 136/18 136/22

**festivals [1]** 63/15

**few [12]** 9/18 19/3 22/8 52/21 59/23 61/8 77/1 114/3 157/24 164/21 165/21 186/5

**fighting [1]** 130/9

**Figueroa [1]** 6/16

**figure [3]** 13/6 119/19 153/4

**figured [1]** 54/24

**file [6]** 39/18 102/19 102/21 113/18 128/22 205/10

**filed [11]** 90/1 104/8 113/17 113/18 113/19 120/15 120/16 128/17 129/1 129/10 133/11

**film [1]** 66/2

**final [4]** 42/6 112/13 112/15 112/23

**finalize [1]** 160/25

**finalized [3]** 100/7 161/1 161/7

**finally [3]** 58/6 59/24 102/22

**financial [3]** 191/21 197/4 197/17

**financially [1]** 79/6

**find [10]** 14/23 23/17 53/22 69/2 104/20 113/15 163/6 176/22 177/10 187/4

**finding [2]** 61/22 137/22

**fine [17]** 14/3 16/22 18/21 33/22 37/13 37/17 38/4 40/11 44/22 146/14 148/16 164/20 165/14 190/9 203/12 204/1 205/19

**finish [6]** 73/25 118/12 127/15 147/19 164/1 191/22

**finished [2]** 52/13 52/17

**fire [5]** 107/14 107/15 107/17 107/20 112/4

**fired [1]** 194/22

**firm [2]** 84/12 133/16

**first [39]** 7/12 11/5

11/7 18/9 18/18 19/2 30/9 34/9 35/10 41/9 41/20 42/20 44/13 46/7 48/18 52/14 53/5 58/7 74/24 81/17 86/6 89/8 106/19 112/24 117/12 118/12 119/18 123/19 125/5 125/19 127/15 128/6 129/5 155/25 167/5 171/7 190/18 196/24 200/13

**Fit [1]** 19/17

**five [5]** 9/11 9/15 14/1 89/19 169/14

**fixed [7]** 8/5 91/16 91/17 150/21 151/9 151/16 158/4

**Flagler [1]** 1/16

**flags [1]** 133/14

**flammable [1]** 111/24

**flatbed [5]** 86/25 87/6 87/7 87/9 87/9

**float [1]** 91/3

**floor [4]** 9/11 9/13 26/15 44/5

**floors [1]** 9/12

**FLORIDA [25]** 1/1 1/5 1/13 1/17 1/19 1/22 2/4 82/24 84/20 90/5 90/21 94/25 95/6 96/20 97/11 101/1 112/10 136/3 143/5 165/23 165/24 165/25 166/2 196/25 209/8

**focused [1]** 198/12

**follow [15]** 19/4 21/22 21/25 22/24 35/4 36/14 84/24 85/4 85/7 85/9 133/4 133/6 135/23 191/3 199/10

**followed [11]** 9/20 10/16 10/20 11/12 28/8 30/20 31/23 36/17 196/21 199/8 199/16

**following [12]** 9/14 10/24 11/24 26/16 32/4 36/13 60/20 69/3 77/2 112/19 199/3 199/15

**food [62]** 7/6 8/5 47/21 47/22 48/6 54/12 58/15 58/16 58/24 59/4 59/24 61/6 61/10 61/16 61/19 62/1 62/5 62/12 62/15 63/3 63/8 63/9 63/11 63/11 63/13 63/23 65/22 66/9 66/10 69/12 75/8 80/25 86/21 90/2 90/3 90/3

90/5 92/21 93/21 94/15 96/19 96/20 96/21 97/2 97/6 105/3 116/16 116/17 116/24 120/6 150/1 150/21 151/6 151/9 151/16 151/17 151/19 151/20 152/22 152/23 158/4 162/13

**foot [2]** 66/12 135/21

**forbidden [1]** 40/5

**forbidding [1]** 120/10

**force [1]** 40/2

**forced [3]** 77/20 77/24 123/11

**foregoing [1]** 209/3

**forge [1]** 11/3

**forget [1]** 186/8

**form [10]** 24/16 35/24 38/24 46/18 153/8 167/15 173/19 175/3 177/7 198/21

**former [3]** 6/1 9/18 9/19

**formulate [1]** 146/13

**FORT [5]** 1/2 1/5 44/8 207/20 209/8

**forth [1]** 41/19

**forward [12]** 22/8 37/24 41/23 43/18 70/20 96/7 104/12 119/20 123/4 142/18 157/22 159/11

**found [5]** 9/23 109/14 109/15 112/19 113/8

**foundation [24]** 46/25 47/9 50/8 50/25 52/1 55/18 56/22 59/10 60/7 61/14 62/8 62/13 65/11 76/3 117/14 117/24 118/11 136/7 137/8 149/14 149/17 151/25 170/9 183/1

**four [6]** 168/18 169/2 169/14 169/14 169/23 170/6

**Fourteen [1]** 166/18

**fourth [1]** 162/14

**FP [2]** 88/7 139/22

**freestanding [1]** 112/16

**Friday [7]** 20/17 22/6 22/7 40/13 81/17 147/15 207/15

**friends [2]** 130/18 177/6

**friendship [1]** 185/6

**front [6]** 55/22 96/6

**F**

**front... [4]** 96/11
115/12 134/25 199/13
**full [3]** 15/6 24/15
40/2
**FULLER [51]** 1/4
4/10 4/21 46/15 50/18
58/2 75/17 78/7 88/20
89/10 123/5 124/2
124/9 124/17 125/9
127/25 128/20 130/7
130/20 131/5 131/12
138/6 158/15 159/17
163/17 168/20 169/5
169/17 169/24 170/7
170/16 182/13 182/18
183/10 185/19 187/15
189/24 190/1 190/6
190/9 190/14 191/16
191/17 191/24 192/8
192/12 193/3 193/19
193/20 203/20 205/19
**Fuller's [6]** 127/23
128/10 171/20 175/8
182/23 184/12
**fully [1]** 77/14
**function [3]** 48/6
53/22 64/11
**functions [1]** 104/24
**funny [2]** 9/14 91/5
**further [10]** 37/8
38/10 42/18 57/8 81/2
140/16 143/13 160/3
163/20 207/20
**Futurama [3]** 83/2
83/6 128/17

**G**

**galleries [1]** 161/20
**game [1]** 141/3
**garage [7]** 9/7 15/23
21/10 26/9 27/8 27/22
30/16
**garbage [1]** 167/24
**Gardner [1]** 4/13
**gathering [1]** 177/6
**gave [4]** 62/11 161/8
190/25 205/1
**Gay [14]** 63/16 63/18
63/19 64/14 66/17
76/8 114/4 117/23
118/2 119/5 136/17
136/17 136/22 137/6
**general [1]** 165/23
**generally [2]** 36/5
84/14 107/17
**generator [2]** 73/23
92/13
**generators [1]** 69/7
**gentleman [13]** 9/12
9/13 9/16 9/21 9/24
23/13 25/12 26/9

26/15 27/7 65/10
101/17 104/8
**gentleman also [1]**
9/21
**gentleman did [1]**
9/12
**gentleman I [1]**
27/7
**gentleman in [1]**
65/10
**gentleman knows**
**[1]** 9/24
**gentleman made [1]**
9/16
**gentleman may [1]**
25/12
**gentleman on [1]**
26/9
**gentleman**
**responded [1]** 9/13
**gentleman sitting**
**[1]** 101/17
**gentleman was [1]**
26/15
**gentlemen [8]** 45/5
49/14 73/1 146/8
148/20 163/25 206/11
207/19
**get [53]** 4/16 7/24
10/6 13/16 15/22
21/10 41/6 41/17
63/21 73/22 73/22
81/10 89/25 93/17
99/25 100/4 102/3
103/14 103/21 104/10
104/12 104/17 106/10
108/14 108/17 115/7
122/1 133/1 133/20
134/14 134/24 137/18
139/3 139/6 139/11
139/11 139/12 139/12
141/18 148/17 149/25
153/15 153/17 159/14
160/13 160/17 161/23
162/17 163/18 180/6
191/13 193/14 204/8
**getting [2]** 7/7
162/22
**give [31]** 15/2 17/23
22/23 23/14 37/10
37/20 38/11 42/20
43/23 58/8 61/19 63/3
70/11 85/12 100/5
106/3 121/10 134/5
144/3 146/10 155/12
186/10 200/11 200/18
200/19 200/19 200/21
201/2 201/2 205/24
206/2
**given [2]** 58/6
102/24
**gives [4]** 37/5 76/1

105/13 190/19
**giving [3]** 63/13
203/2 203/13
**Gladly [1]** 28/18
**glare [1]** 116/3
**glasses [2]** 19/25
23/14
**go [70]** 8/1 10/14
13/14 14/1 21/3 21/6
21/7 21/9 34/12 35/7
35/19 37/8 41/7 43/7
66/18 68/21 73/11
77/21 80/19 81/9 86/8
89/9 100/24 101/18
102/7 102/17 102/21
105/2 112/12 118/13
122/5 124/15 125/14
126/5 127/16 128/22
131/5 131/12 134/4
134/6 134/6 134/15
137/4 140/4 141/18
148/9 148/17 153/5
155/13 162/2 162/3
162/17 178/14 178/20
178/24 179/9 183/24
187/12 187/21 188/7
188/9 188/16 188/22
189/9 189/19 190/17
193/13 198/17 205/10
205/20
**goal [5]** 57/9 78/25
79/4 97/6 120/18
**God [2]** 13/18 19/21
**goers [1]** 63/24
**goes [4]** 62/4 70/9
113/1 200/19
**going [153]** 6/14
6/15 6/17 6/24 7/10
7/15 7/24 8/7 8/10
8/18 9/1 9/15 13/1
13/12 13/18 13/24
15/7 16/17 17/1 17/22
23/4 25/1 29/6 34/3
34/19 36/25 37/11
37/24 38/1 38/9 42/21
43/18 44/1 44/4 44/7
44/9 45/7 48/7 50/3
60/14 60/20 61/7
61/24 61/25 64/23
65/2 66/14 69/1 69/14
72/10 78/18 79/14
82/5 82/15 91/2 95/1
96/4 96/5 97/4 97/4
101/21 108/1 111/10
117/12 118/22 120/25
121/10 124/23 126/23
128/21 129/16 131/3
131/19 131/19 131/25
139/8 141/2 142/17
142/23 143/12 144/2
145/3 145/7 145/11
145/17 146/9 147/11

147/19 147/23 148/5
148/14 148/25 151/18
153/2 153/3 154/12
156/10 158/3 161/16
164/1 164/4 164/12
164/15 164/17 164/19
175/22 176/16 178/24
179/4 179/5 179/10
181/22 183/7 183/25
184/11 187/4 187/4
187/5 188/17 189/4
189/14 191/17 191/23
193/7 193/15 194/17
194/20 194/22 195/23
195/25 196/2 196/6
196/22 197/3 197/25
198/22 200/10 200/17
201/15 202/5 202/12
202/13 202/18 202/23
202/23 202/24 204/4
204/16 205/6 205/10
205/10 206/3 207/12
**gold [1]** 116/4
**Gomez [1]** 4/9
**gone [1]** 156/3
**gonna [1]** 187/21
**Gonzalez [5]** 66/23
68/13 123/6 124/6
127/24
**good [39]** 4/8 4/11
4/12 8/25 23/10 25/6
25/7 26/3 26/6 27/1
27/3 27/14 27/18
28/23 29/2 29/24
31/11 31/12 32/20
32/21 35/11 35/15
38/25 45/24 61/2 73/5
81/7 81/8 84/25 103/6
109/7 114/13 114/19
114/22 125/7 146/9
165/13 186/12 198/2
**got [35]** 5/25 13/13
28/3 31/15 32/24 58/9
58/13 66/13 81/15
98/18 100/16 100/17
100/19 101/1 101/20
102/9 102/13 105/25
120/2 121/15 132/16
132/21 133/8 137/15
137/15 137/19 137/21
138/12 154/14 156/14
162/20 162/21 162/24
162/25 186/16
**government [1]**
183/5
**governmental [1]**
85/11
**graffiti [1]** 167/24
**grand [12]** 5/24 6/12
7/4 7/21 48/15 48/20
49/21 97/25 98/13
161/15 162/9 162/21

**grant [1]** 154/22
**Granted [1]** 82/21
**gray [3]** 68/3 68/14
131/25
**great [4]** 13/22 30/3
30/12 113/21
**greatly [1]** 78/24
**grills [2]** 116/16
116/25
**ground [13]** 87/8
91/15 91/16 91/18
93/7 93/10 93/17
94/18 105/4 107/2
110/5 132/15 136/2
**Grounds [2]** 68/6
185/21
**group [9]** 1/10 46/13
46/14 58/1 78/4 78/5
83/1 167/10 179/8
**guess [7]** 19/20 32/4
34/20 34/20 37/11
130/20 160/15
**guidance [1]** 53/9
**guide [1]** 181/1
**guilty [2]** 112/19
113/8
**Gutchess [9]** 1/11
4/9 12/24 14/4 16/19
19/22 19/23 35/2 42/5
**guy [6]** 10/23 19/17
29/13 33/6 36/9 101/9
**guys [6]** 13/10 16/14
22/9 43/20 45/9
186/22

**H**

**had [154]** 6/16 7/5
7/6 7/7 7/8 7/8 10/20
10/24 11/20 12/25
14/5 14/11 14/13
16/10 19/19 20/18
26/8 27/10 27/20 29/4
30/14 31/16 34/21
35/24 36/16 40/18
41/13 43/13 44/20
47/20 47/21 47/22
48/2 48/3 48/3 52/13
54/22 55/6 56/17
58/11 58/24 59/1 60/2
60/23 60/24 61/19
62/12 62/25 63/1 63/7
67/23 68/23 69/2 69/3
69/4 69/6 69/10 73/19
73/21 73/25 74/2
74/11 74/11 75/7 75/7
79/5 86/12 87/6 92/6
92/17 92/18 98/2 98/3
98/6 98/10 98/15
98/15 99/9 99/19
102/21 104/3 104/25
107/20 108/17 108/19
111/10 113/12 114/3

**H**

had... [66] 114/11
114/21 114/23 116/4
116/23 119/15 119/16
122/8 122/23 123/9
124/22 125/1 128/9
129/20 130/3 130/14
131/9 131/18 131/18
132/8 132/8 132/9
132/21 133/1 133/7
136/22 137/15 138/6
139/21 140/25 142/15
142/16 142/21 142/22
146/17 152/22 153/13
153/20 154/10 154/10
154/11 154/18 154/19
154/23 156/3 157/25
159/5 160/20 161/15
161/17 161/17 162/17
182/13 183/10 187/15
187/23 191/2 192/12
192/19 193/2 193/20
199/8 200/11 201/13
206/1 206/15
hadn't [1] 114/18
hair [3] 20/1 20/3
20/11
Half [1] 201/24
hand [6] 45/14 65/14
159/9 159/10 160/22
165/4
handful [1] 99/8
handing [1] 63/8
handle [3] 23/7
63/12 90/3
handled [1] 24/20
handling [2] 47/23
90/4
hang [1] 207/22
happen [14] 23/23
39/21 42/23 51/23
57/14 58/19 60/21
61/25 63/23 74/6 75/3
178/3 186/2 189/4
happened [26]
10/21 13/3 15/13 22/6
22/13 23/2 23/17 28/2
36/4 40/16 40/17
40/18 58/21 63/6 67/3
144/15 172/20 173/3
179/24 187/4 187/7
198/20 201/5 203/21
204/12 204/23
happening [16]
24/13 50/10 61/18
61/21 62/23 63/2
115/12 116/23 119/25
130/19 156/3 157/22
158/16 180/13 181/13
186/4
happens [4] 62/19

62/20 164/24 207/16
happy [4] 112/2
121/1 188/18 189/15
harassed [2] 66/4
67/4
hard [2] 101/7 130/9
harm [1] 201/25
Harry [1] 200/16
has [60] 5/25 6/4 6/5
6/8 7/17 11/2 11/11
11/23 15/6 15/21
17/19 18/17 18/22
19/6 20/3 35/12 36/9
37/2 37/9 37/14 38/21
42/5 42/21 65/1 84/24
90/20 91/14 95/17
95/20 95/21 97/2 99/1
99/1 106/11 118/23
118/23 123/15 124/15
124/16 126/9 126/18
143/6 148/25 151/25
185/2 185/4 185/13
196/12 196/15 197/2
197/4 197/17 198/8
201/8 201/16 202/6
202/10 205/11 206/4
206/16
Havana [4] 46/9
79/3 81/18 81/19
have [271]
haven't [7] 43/11
43/13 44/23 118/9
144/13 164/21 205/1
having [21] 10/16
15/5 15/14 33/15
36/15 54/23 62/5 85/4
128/22 128/25 131/2
145/16 152/24 175/14
182/18 183/20 188/16
190/12 192/13 205/22
205/22
he [176] 8/12 9/15
9/17 9/20 9/22 9/25
10/2 10/22 10/24 12/4
12/6 12/7 12/8 20/3
20/13 20/17 20/18
20/23 21/7 21/10
21/11 21/11 21/18
23/6 26/16 26/16
26/16 26/16 32/2 32/3
32/4 32/5 33/7 36/8
39/6 39/22 39/23
39/23 53/19 56/17
57/16 57/16 57/23
59/5 61/22 61/24
65/13 65/14 66/23
70/12 70/13 74/8
74/13 74/13 76/19
79/20 79/22 79/22
79/23 79/24 79/25
81/15 99/1 99/1 109/7
109/8 109/9 109/10

109/10 109/11 109/15
113/21 121/20 121/20
121/22 122/15 122/16
122/17 125/18 125/19
126/12 126/17 126/23
127/25 130/1 130/2
130/2 130/14 133/21
134/1 137/25 138/6
141/12 142/10 144/18
144/18 147/4 147/12
147/13 147/13 147/15
147/17 147/18 150/5
150/6 150/9 157/16
164/2 168/9 169/4
170/10 170/10 171/23
171/23 177/19 178/12
178/14 178/19 179/7
179/10 179/23 182/2
183/2 183/4 183/6
183/9 183/10 186/12
186/18 186/18 186/20
187/5 188/9 190/8
190/9 190/9 190/14
190/15 190/15 190/18
191/4 191/9 191/9
191/14 191/14 192/14
193/5 194/5 194/6
195/15 197/2 197/4
197/4 197/5 197/6
197/12 197/15 197/16
198/16 198/16 199/24
201/18 202/13 202/16
202/17 202/21 203/24
204/1 204/4 204/12
204/18 204/25 205/11
205/17 205/20 205/23
he'll [1] 70/16
he's [23] 11/1 12/7
19/15 35/18 36/9 36/9
41/17 56/14 70/19
99/2 124/6 145/14
147/15 148/10 179/10
195/13 202/13 202/22
204/12 205/8 205/9
205/10 205/18
head [13] 53/16
180/3 182/6 185/8
185/13 194/3 194/6
194/12 194/17 194/19
199/13 199/13 200/24
hear [8] 5/16 10/13
10/17 12/17 40/16
126/5 200/13 201/20
heard [9] 29/10
29/14 32/6 40/21
100/18 160/12 182/4
196/6 201/19
hearing [12] 11/5
11/7 28/12 33/15
100/17 101/19 101/21
102/10 102/14 113/7
114/3 205/10

hearsay [27] 49/24
50/25 53/10 56/10
60/6 68/7 74/15
109/20 126/20 129/6
155/19 156/7 156/21
157/19 159/3 173/6
176/24 178/16 178/25
184/8 187/9 188/12
188/19 190/21 191/6
192/20 194/7
Heat [1] 207/16
heated [2] 120/3
121/15
height [2] 19/16
19/23
held [3] 114/8
166/20 172/14
help [8] 57/13 122/6
128/5 135/24 142/17
156/11 167/13 174/10
helped [1] 114/23
helpful [1] 157/4
helps [1] 6/11
her [57] 13/9 13/9
14/25 15/21 16/14
16/15 17/5 17/9 17/22
17/23 17/23 18/10
18/18 25/12 26/15
26/16 27/21 29/5
29/10 29/13 29/13
29/18 30/15 31/21
31/21 31/22 32/7 33/1
33/8 67/18 74/4 80/17
117/10 126/3 126/3
126/4 126/15 126/16
140/24 141/17 142/1
143/23 143/25 145/11
145/15 155/25 156/1
157/2 157/7 157/7
157/7 157/12 157/24
157/24 185/5 193/3
199/2
here [78] 5/22 6/9
10/13 11/24 12/7
13/20 16/4 16/15
16/17 16/18 16/21
18/7 18/23 19/7 20/4
28/23 32/19 38/4
39/22 40/1 40/14 42/1
42/16 42/21 49/14
65/8 65/23 69/16
69/22 70/17 73/5
74/12 83/2 85/3 85/19
86/24 88/23 89/11
93/17 94/6 94/9 100/6
100/17 101/3 101/7
101/13 102/3 103/5
103/8 109/5 110/18
110/22 111/6 114/25
116/8 116/11 116/19
124/9 126/19 131/14
135/7 135/16 137/5

138/11 139/1 147/4
148/10 164/11 186/23
190/10 195/5 196/3
196/13 196/16 201/14
204/12 204/25 206/5
here's [1] 109/14
hereafter [2] 88/24
89/2
hereby [1] 209/3
hey [5] 124/20 131/6
131/12 161/23 182/6
Hi [3] 26/6 27/14
31/11
Hicks [1] 133/17
higher [2] 154/21
156/19
highlight [2] 88/22
112/24
highly [1] 141/9
him [84] 12/8 20/4
20/7 20/7 20/19 20/20
20/21 21/4 21/14
26/15 30/16 36/16
41/17 51/12 53/19
56/6 56/16 56/25 57/2
57/5 57/7 57/7 57/11
57/24 59/2 59/3 70/7
70/17 70/18 70/19
70/21 74/19 99/5
109/8 109/12 116/1
118/12 122/17 124/20
127/15 129/22 129/25
145/19 147/4 147/5
147/14 147/19 148/6
148/9 164/4 183/5
186/16 191/25 192/9
192/9 192/18 192/19
192/23 193/21 197/12
197/14 199/8 202/11
202/12 202/14 202/16
202/18 202/20 203/15
203/18 204/14 204/20
204/21 204/22 204/24
205/2 205/2 205/4
205/5 205/6 205/7
205/7 205/17 205/20
himself [2] 70/13
196/20
his [41] 9/25 19/23
20/9 32/2 36/10 51/6
55/14 65/13 68/19
68/20 74/4 109/9
109/10 118/12 119/3
121/23 122/1 124/19
128/1 130/2 133/21
138/6 139/7 142/12
144/21 148/10 157/17
164/1 164/4 171/15
181/19 183/4 183/10
186/5 187/15 197/3
197/7 198/17 201/11
204/5 205/17

**H**

**Hispanic [1]** 20/10
**hit [1]** 68/17
**hitting [1]** 111/14
**hmm [9]** 20/8 48/17
87/21 101/23 102/2
108/10 112/1 114/9
177/23
**hold [5]** 48/8 125/14
139/2 166/10 167/4
**hole [1]** 104/19
**holiday [10]** 175/1
175/8 177/12 177/20
182/11 184/11 184/13
187/14 189/23 190/1
**holidays [1]** 58/12
**home [4]** 68/23
69/10 86/5 165/24
**honest [5]** 67/5 67/6
79/1 119/21 119/22
**honestly [1]** 136/19
**Honor [115]** 4/8
4/12 4/15 4/23 5/19
6/22 7/4 7/12 7/21
8/3 8/14 10/7 10/15
12/2 12/10 14/15
14/22 14/23 15/6 15/9
15/11 15/19 16/3
16/16 16/18 17/8 18/3
18/7 18/11 24/1 24/9
24/17 25/18 34/24
35/10 36/3 41/11 42/4
42/10 43/5 44/10
44/16 45/1 45/13
48/24 49/7 49/11
49/16 49/17 70/10
70/15 70/23 72/8
72/19 73/7 73/13
79/11 80/3 96/4 96/10
117/8 125/23 126/7
129/3 129/5 136/11
140/19 140/21 141/10
141/18 142/10 143/1
143/9 143/16 144/9
144/10 144/17 144/23
145/2 146/20 146/23
147/6 149/2 149/14
150/10 150/12 160/1
160/4 162/1 163/8
163/23 164/16 166/13
169/9 173/5 178/25
182/14 182/25 183/12
183/16 185/20 187/8
190/21 191/6 193/9
195/12 196/5 196/6
197/8 198/11 199/23
200/14 201/22 203/2
204/7
**Honor's [8]** 5/13
12/20 35/23 38/23
40/2 42/11 42/13

199/10
**HONORABLE [2]** 1/8
209/7
**hood [1]** 107/15
**hoodwinked [1]**
131/13
**hook [1]** 91/3
**hooked [1]** 92/8
**hooking [1]** 92/10
**hope [3]** 45/8 106/5
199/10
**hoped [1]** 97/5
**host [1]** 64/9
**hosted [2]** 170/16
171/19
**hotel [6]** 184/15
184/16 187/14 187/24
189/9 190/7
**HOTTE [1]** 1/15
**hour [7]** 41/22 70/25
147/11 147/23 147/24
148/1 148/5
**hours [8]** 58/22
59/23 61/8 61/9 99/7
122/14 148/1 151/19
**house [5]** 62/3
184/16 184/16 187/23
189/3
**how [64]** 13/10 16/6
23/20 25/6 27/1 27/16
29/1 29/24 30/2 31/11
31/12 32/20 37/24
38/11 41/20 49/22
51/18 52/6 52/19 58/9
58/13 59/22 61/3
72/10 73/4 76/17
76/25 81/10 81/12
81/23 82/15 84/3 84/8
84/21 86/1 91/4 91/6
102/15 107/7 107/12
119/19 122/4 141/2
142/13 144/16 145/4
147/10 149/22 150/8
153/21 165/13 166/3
166/17 167/4 168/4
174/8 174/24 177/4
180/16 181/6 183/20
186/4 191/17 193/13
**How old [1]** 168/4
**however [6]** 10/1
15/1 87/11 116/6
120/18 147/8
**huddled [1]** 115/17
**hunched [1]** 116/1
**hundred [4]** 38/3
175/13 175/17 176/23
**hundreds [1]** 63/21
**hunger [1]** 45/8
**Hurst [2]** 28/25 29/1
**husband [27]** 54/22
55/3 66/25 73/25
79/19 79/20 81/14

82/1 82/2 82/7 82/9
83/10 83/17 83/18
86/10 89/24 93/8
113/14 119/22 120/13
121/17 121/19 121/25
129/10 139/4 145/12
145/15
**husband's [2]** 89/14
89/16
**HUSS [1]** 1/15
**Hypotheses [1]**
85/13
**Hypothesis [1]**
111/18

**I**

**I will [9]** 24/25
37/11 41/2 41/9 201/3
201/6 202/5 205/6
206/3
**I'd [14]** 82/19 108/16
112/12 114/23 115/7
117/11 123/12 123/20
123/21 125/22 126/2
126/15 126/17 128/4
**I'll [12]** 10/25 14/3
16/18 42/20 43/19
72/14 103/20 127/1
134/5 146/3 149/14
166/10
**I'm [98]** 8/18 9/1 9/3
9/3 9/14 9/15 11/18
12/24 17/22 19/22
23/4 29/2 32/3 34/3
34/19 39/15 46/19
47/25 48/7 48/8 48/9
64/23 64/24 65/1
67/16 68/22 70/5
74/13 74/13 77/7
78/18 79/14 82/6
82/24 91/6 94/7 94/9
96/4 96/16 97/8
100/20 117/12 117/20
118/22 120/8 125/5
128/13 129/7 138/8
140/2 143/12 143/14
144/4 145/7 148/25
154/7 156/10 161/1
161/2 164/19 165/25
166/1 166/5 166/8
171/4 172/14 174/16
175/22 181/8 184/11
187/4 187/6 189/25
191/17 192/15 195/23
195/25 196/2 196/22
197/3 199/3 199/15
200/10 201/15 202/5
202/11 202/18 202/20
202/23 202/24 203/13
203/15 203/17 204/8
205/6 205/9 206/3
206/8

**I've [10]** 24/19 31/15
32/24 43/25 91/7
118/18 139/6 141/5
164/18 195/24
**I.D [4]** 53/18 53/20
54/4 54/9
**ice [1]** 97/1
**idea [6]** 37/11
135/10 136/9 136/9
168/10 197/25
**ideal [1]** 62/6
**identification [4]**
38/22 79/15 149/1
149/7
**identified [2]** 197/15
198/9
**identify [8]** 15/14
20/19 20/24 25/25
34/4 204/21 205/4
205/5
**if [186]** 7/15 8/18
9/25 12/6 12/7 12/14
12/19 13/6 13/13
13/14 13/16 13/16
13/17 13/19 13/20
14/8 15/3 15/13 15/21
16/3 16/7 16/10 17/7
17/23 19/19 20/1 20/7
20/19 20/23 21/3 22/7
22/23 23/5 23/12 24/3
25/18 27/24 30/7
31/18 31/24 34/4 34/5
35/5 35/25 38/25
39/15 39/15 39/17
39/19 39/23 41/7
41/17 41/24 42/18
42/19 43/15 44/3
46/21 46/22 48/13
48/24 49/6 51/7 54/19
55/19 57/13 60/4
60/10 61/5 64/3 66/15
70/5 70/7 70/18 70/21
73/2 76/13 77/11
79/11 80/3 80/19 84/1
85/9 88/20 89/8 89/11
91/11 93/4 95/1 95/1
100/24 101/21 102/3
103/8 103/19 103/19
104/20 104/23 105/2
106/19 107/10 111/9
112/2 115/20 120/25
121/9 123/14 123/20
124/15 126/3 126/15
126/18 127/12 128/13
129/22 130/11 132/15
134/15 136/5 136/18
137/4 137/12 138/10
140/24 143/4 143/9
143/11 147/6 148/8
148/14 150/20 150/25
157/25 160/1 161/10
161/17 161/19 162/2

164/12 164/16 164/22
168/9 170/10 171/23
173/14 178/14 178/20
178/24 179/4 179/23
181/3 182/2 183/2
183/6 185/2 187/22
188/22 189/2 189/8
189/13 191/18 193/5
194/16 198/5 198/5
200/8 200/17 202/2
202/3 202/3 202/6
202/9 202/10 202/13
202/14 202/15 202/17
203/1 204/1 205/2
205/4 205/6 205/9
205/11 205/19 205/23
**if you can [2]** 54/19
137/12
**ifs [2]** 114/25 203/24
**II [2]** 1/4 166/2
**illegal [1]** 175/16
**illegally [1]** 175/15
**images [1]** 6/1
**imagine [4]** 112/10
135/4 135/6 185/4
**immediately [11]**
12/12 40/2 56/7 58/15
58/16 68/17 70/8 77/2
123/8 125/8 207/7
**impact [2]** 37/24
38/1
**impacted [2]** 36/6
36/22
**impacting [1]** 23/16
**impartial [15]** 13/10
22/21 23/21 24/8
26/20 28/13 29/19
30/22 32/8 33/12
199/18 203/10 205/14
207/2 207/6
**impermissible [6]**
198/7 201/4 201/6
202/7 206/4 206/18
**implicit [2]** 142/16
142/24
**imply [1]** 143/2
**important [8]** 15/5
62/1 62/21 62/22
81/20 87/2 151/5
180/22
**importantly [1]** 7/15
**impression [1]**
190/20
**improper [3]** 5/24
67/13 201/15
**improperly [1]** 6/2
**in [392]**
**inability [1]** 159/18
**inaccurate [1]**
196/12
**Inadmissible [1]**
193/9

**I**

**inappropriate [1]** 205/7
**incident [8]** 9/4 10/24 21/9 24/2 29/7 37/2 38/3 130/13
**include [1]** 87/19
**including [7]** 14/24 63/20 112/20 114/4 188/3 196/17 198/24
**indeed [3]** 39/15 39/17 39/19
**independent [1]** 112/16
**INDEX [1]** 2/10
**indicate [2]** 149/3 149/4
**indicated [5]** 9/17 119/6 127/7 127/24 132/2
**indicating [2]** 118/15 123/6
**indication [2]** 8/7 8/12
**indirectly [3]** 69/19 195/18 205/9
**individual [10]** 14/25 33/1 39/15 39/19 84/15 101/6 156/11 196/15 202/12 206/12
**individually [5]** 83/16 83/17 83/18 83/22 83/24
**individuals [7]** 67/1 101/5 104/22 124/3 157/16 157/17 159/6
**inevitable [1]** 36/22
**inevitably [1]** 36/6
**influence [1]** 163/17
**info [1]** 107/15
**inform [1]** 35/10
**information [9]** 11/8 13/4 21/13 42/7 96/17 107/17 190/25 193/8 193/10
**informed [2]** 36/20 203/7
**initial [1]** 56/7
**initially [3]** 110/15 162/24 197/10
**initiate [1]** 204/6
**injunction [4]** 123/10 124/22 124/25 125/5
**injunctive [4]** 128/11 128/17 128/23 129/9
**inquire [7]** 15/11 17/6 17/8 24/1 33/18 39/17 117/12

**inquiries [1]** 24/20
**inquiry [15]** 14/16 14/23 15/8 16/7 17/6 17/18 17/24 24/15 35/22 35/23 37/5 38/24 204/10 204/11 206/13
**inside [6]** 9/10 79/23 92/5 92/7 152/20 206/25
**insinuate [1]** 203/14
**insisted [3]** 59/1 60/2 60/3
**inspection [4]** 90/23 93/21 107/20 112/11
**inspections [1]** 109/17
**inspector [8]** 109/4 165/24 165/25 166/1 173/4 173/8 173/14 188/2
**inspectors [3]** 178/4 180/12 181/19
**install [2]** 134/2 153/17
**installation [1]** 112/6
**installations [1]** 109/17
**installed [9]** 112/9 123/2 133/23 153/20 154/9 154/13 154/14 156/15 163/5
**instances [1]** 130/5
**instruct [4]** 12/18 195/12 206/15 207/4
**instructed [1]** 63/9
**instructing [2]** 189/10 203/15
**instruction [30]** 22/24 22/24 24/9 35/24 37/1 37/20 37/22 38/8 38/12 42/1 42/16 42/23 43/10 145/8 145/25 195/24 195/25 196/7 200/11 201/25 202/5 203/2 203/3 203/9 203/14 203/19 205/1 205/14 205/25 206/1
**instructions [4]** 37/4 199/11 206/20 206/24
**insulation [1]** 79/24
**intended [1]** 40/8
**intent [1]** 84/1
**interact [1]** 174/2
**interacted [1]** 174/21
**interaction [3]** 206/21 207/3 207/4
**interactions [1]** 174/5

**interest [1]** 70/12
**interesting [2]** 9/23 13/12
**interfere [7]** 13/9 26/19 28/12 29/18 30/22 32/7 33/12
**interference [1]** 13/23
**interior [2]** 92/18 187/3
**Internet [2]** 21/22 28/10
**interpreted [1]** 181/6
**interrupting [1]** 63/4
**intervene [1]** 121/17
**interview [1]** 52/17
**intimidate [1]** 179/20
**intimidated [4]** 137/25 185/18 198/16 199/1
**intimidates [1]** 198/13
**intimidating [1]** 184/7
**intimidation [6]** 179/14 179/18 182/4 184/6 198/24 199/8
**into [41]** 10/17 21/6 21/7 34/16 38/5 46/2 48/25 55/2 55/8 62/4 80/4 81/23 83/12 83/21 87/9 92/1 96/4 96/6 102/20 104/17 107/23 109/18 115/20 120/21 121/11 122/1 122/5 122/23 123/15 131/6 131/9 132/5 137/18 150/7 150/8 150/11 167/13 170/1 170/8 181/22 185/18
**introduce [1]** 156/10
**introduced [5]** 53/16 104/7 104/8 104/22 156/13
**intrusive [1]** 16/11
**invest [1]** 69/10
**invested [6]** 55/2 120/21 121/1 121/10 131/6 131/9
**investigate [2]** 89/24 176/18
**investigation [2]** 28/7 191/20
**investigator [1]** 22/1
**investigators [1]** 10/21
**investor [6]** 125/19 126/4 126/16 127/7

197/4 206/7
**investors [1]** 127/8
**involved [11]** 52/8 91/23 145/16 184/23 197/7 197/16 199/19 199/21 200/6 207/2 207/8
**involvement [1]** 37/7
**involving [1]** 12/19
**irrelevant [2]** 61/14 126/7
**is [331]**
**Is it [1]** 180/22
**isn't [4]** 97/14 100/1 151/18 199/24
**issue [31]** 13/17 14/4 15/5 18/15 25/10 36/15 38/20 40/19 43/7 43/9 44/23 66/11 85/11 116/8 116/19 116/21 133/22 137/17 143/11 143/12 144/9 146/21 147/3 147/7 170/13 181/6 186/11 187/2 191/10 203/1 204/6
**issued [7]** 58/7 58/23 59/1 105/17 108/15 161/10 163/18
**issues [15]** 10/20 17/21 34/8 38/10 64/15 131/2 133/7 133/11 139/1 164/2 167/11 168/19 169/5 169/5 190/16
**it [605]**
**it's [140]** 4/17 4/20 5/12 5/23 5/25 6/2 6/7 7/21 7/22 7/22 8/6 8/13 11/8 11/14 11/20 11/21 11/22 11/22 15/10 15/16 15/20 16/2 16/11 16/24 17/7 23/10 23/16 24/4 37/8 38/1 38/2 38/8 38/9 38/11 39/9 39/11 40/21 41/24 42/3 44/6 44/7 46/6 47/25 48/15 49/7 49/11 59/5 64/24 68/14 69/2 69/13 75/20 75/20 75/23 76/8 79/19 80/7 80/22 81/17 83/21 89/16 90/15 91/4 91/9 91/11 91/16 93/4 94/13 95/11 95/18 96/25 97/15 97/18 99/17 100/21 101/7 102/4 102/9 104/17 104/19 107/10 111/9 111/25 113/5

116/19 116/21 120/25 123/14 123/18 123/20 125/6 126/7 126/9 126/15 126/20 132/13 132/13 133/2 133/2 135/17 135/17 138/5 142/6 143/22 144/6 144/21 145/17 145/18 145/23 147/11 147/23 150/3 150/13 150/14 151/24 151/24 152/1 153/2 154/14 155/7 164/20 165/23 168/10 169/9 172/8 183/6 183/22 184/14 185/5 188/3 190/10 190/11 192/13 196/2 196/11 199/16 201/11 201/15 205/7 206/2
**item [2]** 204/7 204/9
**items [2]** 100/21 152/6
**its [5]** 75/8 87/9 87/12 129/4 149/4
**itself [12]** 11/25 64/10 86/18 91/14 92/3 93/1 95/15 95/23 110/10 115/20 160/21 162/14

**J**

**Janet [1]** 26/5
**January [13]** 58/6 58/9 100/18 101/20 102/10 102/23 105/21 105/25 108/19 108/20 109/3 157/5 163/1
**January 25 [1]** 102/10
**jeans [1]** 20/16
**Jeff [1]** 4/9
**Jeffrey [1]** 1/11
**Joanna [1]** 1/12
**job [3]** 147/14 181/19 182/4
**JOE [48]** 1/6 4/6 4/14 4/17 36/24 37/6 37/7 37/9 50/16 51/3 55/13 59/18 61/22 65/14 66/24 67/19 68/11 68/16 69/4 74/4 74/12 76/14 113/20 114/23 120/9 121/19 122/2 129/16 130/13 131/18 131/23 137/24 139/6 155/2 155/7 157/8 157/13 157/15 159/6 179/9 196/20 197/19 197/9 199/8 199/19 201/8 202/7 206/17
**joint [1]** 5/14

**J**

**jointly [1]** 17/10
**joking [3]** 26/17
31/24 32/4
**judge [28]** 1/9 10/4
16/6 17/11 17/15
17/25 18/1 24/19
34/14 34/15 39/11
39/12 39/13 39/13
39/16 39/19 39/25
41/12 43/15 72/22
102/5 198/13 199/22
200/25 202/22 202/25
204/12 206/6
**JULY [1]** 209/6
**jump [1]** 135/21
**juror [66]** 9/3 11/11
12/6 12/6 12/15 12/18
12/19 14/23 15/5
15/10 15/11 15/12
15/21 16/7 17/18 18/8
18/22 18/25 22/17
23/25 25/1 25/5 25/11
25/16 25/20 26/2
26/24 26/25 27/1 27/7
27/9 27/13 27/13
27/20 28/22 28/22
29/23 29/23 30/5
31/10 31/10 32/17
32/17 32/18 32/25
34/2 35/11 35/15
36/12 36/23 39/20
39/22 39/24 40/24
40/25 196/13 196/19
197/10 197/22 198/20
198/25 199/14 203/19
203/22 204/20 205/3
**juror's [2]** 25/19
207/4
**jurors [39]** 9/1 13/14
15/22 21/2 22/4 24/2
24/6 24/12 24/16
24/24 26/7 26/10
26/23 27/23 29/4 29/7
31/17 33/2 36/5 36/25
40/12 40/15 40/25
41/8 43/19 44/2 45/2
69/18 72/6 72/18
146/19 195/8 198/21
199/10 201/23 202/15
205/20 206/13 206/23
**jury [63]** 6/6 7/17
9/24 13/19 18/18
24/10 24/20 31/5
33/16 34/8 36/21
36/25 37/2 38/16
42/14 45/3 45/4 45/24
48/9 48/10 49/6 54/20
58/8 61/5 65/2 69/23
69/24 72/7 72/23
72/25 73/1 80/9 82/19

93/24 94/3 123/21
128/5 134/7 141/23
146/15 146/16 146/20
148/15 149/8 150/16
165/15 180/15 195/24
198/2 199/12 199/18
199/18 200/4 201/15
201/19 202/18 203/9
203/17 203/20 204/3
204/16 206/12 207/25
**jury's [2]** 37/23
164/14
**just [118]** 5/1 6/5
8/7 8/11 8/20 10/9
11/3 12/10 13/1 13/3
13/5 15/17 17/14
17/24 19/3 20/24 21/3
23/5 23/17 25/19 26/6
26/16 26/23 27/6
27/19 28/19 29/3
29/10 30/4 31/20
31/22 31/23 32/3
33/22 34/5 35/19 37/9
37/12 38/15 39/3 39/6
39/22 42/6 42/10
44/16 46/20 48/8
48/14 49/8 51/7 52/13
54/10 57/9 59/5 61/8
61/24 62/19 63/13
65/2 69/10 70/5 70/6
73/3 74/12 74/14 75/7
75/9 83/7 84/3 86/2
86/16 86/20 87/1
87/14 92/1 92/8 92/12
95/17 100/21 103/20
108/24 119/21 123/18
125/14 125/14 126/9
126/14 131/17 131/18
134/5 135/16 135/19
139/13 139/21 140/10
142/14 142/20 143/9
144/15 145/10 145/15
145/17 147/3 147/13
148/14 149/6 149/7
151/21 154/12 157/3
157/3 159/11 160/12
164/5 191/3 200/19
201/22 204/18
**justice [1]** 40/10

**K**

**Katherine [5]** 9/2
10/2 13/8 14/8 17/18
**keep [5]** 13/1 96/7
115/6 161/23 192/15
**keeping [1]** 159/13
**kept [1]** 69/1
**kicking [1]** 201/14
**kid [1]** 62/19
**kids [2]** 188/3 188/4
**Kimberly [1]** 27/5
**kind [15]** 12/24

21/16 24/16 24/22
33/8 40/7 57/9 80/25
81/18 89/24 161/2
161/16 161/23 187/1
189/2
**KISSANE [1]** 2/2
**Kiwanis [1]** 75/23
**knew [10]** 65/14
76/19 81/15 81/16
83/6 86/2 123/9 138/6
138/8 142/23
**knock [1]** 74/2
**knocked [1]** 74/11
**knocking [1]** 111/14
**know [139]** 7/6 7/10
9/25 11/2 11/3 11/22
13/7 13/10 13/14
13/15 13/20 13/22
13/25 14/6 14/7 15/9
16/6 19/24 22/5 22/7
23/6 23/20 24/4 25/20
26/9 27/8 27/9 28/20
29/8 30/17 31/18 33/9
33/14 34/5 34/7 34/13
35/19 38/6 38/14 40/4
40/15 40/19 42/4
42/10 44/7 51/7 55/19
59/5 67/5 68/25 69/9
69/16 70/18 70/21
73/2 73/3 76/10 76/17
84/1 84/18 88/11 99/3
100/12 101/7 102/1
104/23 107/7 107/10
107/18 109/25 111/9
112/8 112/18 114/24
119/9 119/15 120/15
125/2 125/2 125/16
126/15 126/18 127/12
127/18 130/13 130/24
135/5 135/6 136/15
137/19 139/13 140/9
140/14 142/21 144/11
144/13 148/14 154/12
154/25 155/2 155/7
158/18 164/5 164/23
168/6 168/16 173/25
178/13 179/1 179/25
180/20 180/20 181/1
185/2 185/5 185/5
185/6 187/3 189/19
189/22 189/22 193/13
196/24 197/2 197/25
198/19 199/1 200/14
200/23 200/24 202/11
202/14 202/16 203/2
204/19 206/2 206/12
207/19 207/21
**knowing [5]** 36/22
126/17 141/13 142/5
205/22
**knowledge [20]**
47/18 76/22 82/14

100/4 117/9 117/13
118/23 123/16 125/9
126/9 126/18 138/8
141/6 152/24 163/16
168/7 170/22 173/23
181/18 206/21
**known [1]** 138/5
**knows [17]** 9/24
15/12 25/25 34/7 64/3
76/13 77/11 126/16
144/18 168/9 170/10
171/23 179/23 182/2
183/2 193/5 197/23
**KRINZMAN [1]** 1/15
**KUEHNE [11]** 1/18
1/18 4/13 24/14 35/6
35/20 37/12 37/23
41/16 200/17 204/15
**Kuehne's [1]** 37/19

**L**

**Lack [15]** 50/8 50/25
52/1 56/22 59/10
60/17 65/11 76/3
118/11 123/16 137/8
168/7 170/9 170/22
182/25
**Lacks [1]** 149/17
**ladies [8]** 45/5 49/14
73/1 146/8 148/20
163/25 206/11 207/19
**Lago [1]** 150/4
**land [1]** 154/12
**landlord [13]** 46/10
46/12 57/25 83/1 88/3
89/1 89/6 89/12 124/3
124/4 132/5 140/10
158/17
**landlord's [3]** 87/15
87/18 87/18
**landlords [1]** 78/7
**lands [1]** 131/24
**language [1]** 201/5
**large [1]** 78/23
**last [21]** 9/18 27/6
27/22 29/3 30/5 31/15
32/18 32/24 69/16
81/17 98/1 103/5
150/19 151/9 164/21
168/21 172/8 178/21
204/7 204/9 207/13
**late [2]** 5/12 19/13
**later [8]** 5/15 5/18
6/19 40/21 61/8 73/20
74/8 147/6
**LAUDERDALE [5]**
1/2 1/5 44/8 207/20
209/8
**laughter [1]** 9/14
**law [8]** 1/10 1/18
84/12 88/22 133/16
146/4 198/17 200/1

**lawfully [1]** 142/18
**laws [8]** 84/19 84/21
84/23 84/25 85/4
88/23 89/1 112/19
**lawsuit [2]** 124/25
197/4
**lawyer [1]** 163/19
**lawyers [7]** 12/19
12/20 15/7 15/9 42/24
69/25 164/6
**lays [1]** 203/3
**leading [18]** 58/19
64/17 118/21 153/8
155/14 167/15 169/19
170/2 170/17 171/21
172/11 173/19 175/3
177/7 182/1 185/22
188/23 190/3
**leads [1]** 36/7
**leaf [1]** 116/4
**Leah [1]** 4/13
**learn [5]** 81/11 81/13
170/21 175/7 175/11
**learned [2]** 13/5
181/16
**lease [14]** 57/25
82/12 82/24 83/12
83/16 85/18 88/21
89/9 89/11 89/17
89/23 91/23 131/1
132/5
**leased [2]** 88/25
89/2
**least [5]** 106/4
108/12 145/8 146/12
201/2
**leave [9]** 57/24
68/15 68/17 179/5
181/23 181/23 187/23
189/2 195/8
**leaving [4]** 9/6 9/20
21/8 21/9
**left [20]** 21/7 23/25
25/16 26/24 27/13
28/22 29/23 31/10
32/17 34/2 54/22 68/3
68/16 73/25 74/12
78/24 79/5 79/6
122/23 133/10
**legal [4]** 105/6
119/19 151/12 181/1
**legally [1]** 106/3
**legible [1]** 17/20
**legislature [1]** 200/2
**Leon [3]** 172/8 172/9
172/15
**Les [1]** 192/13
**less [2]** 40/22 177/5
**let [41]** 8/22 10/13
13/7 13/10 13/15
13/19 13/25 14/6 17/5
18/9 21/3 23/6 34/5

**L**

**let... [28]** 34/13
35/16 38/6 51/7 70/18
70/21 73/2 73/3 93/7
113/25 117/22 118/12
127/15 136/10 145/24
148/9 164/5 169/2
180/24 182/11 187/12
200/12 201/20 202/11
202/14 202/16 204/15
204/19
**let's [21]** 11/16
16/11 41/19 82/18
82/25 85/18 89/24
96/2 98/25 100/14
102/7 103/1 106/18
108/17 114/18 115/11
117/4 125/13 148/16
164/25 200/12
**letter [32]** 7/9 7/14
7/25 8/3 93/19 93/24
93/25 94/2 94/4 94/10
94/12 97/9 118/9
126/4 140/22 141/16
141/22 142/2 142/4
149/23 151/1 151/2
151/4 158/10 158/10
160/13 160/17 162/15
162/20 163/3 163/16
163/18
**level [2]** 129/23
166/1
**liability [2]** 84/15
84/15
**liable [2]** 83/24
83/25
**license [38]** 7/6 48/2
48/5 59/3 63/10 65/22
90/3 90/6 90/7 95/11
95/13 95/13 96/16
96/17 96/21 98/8 98/9
100/25 101/4 101/11
101/12 103/16 158/12
158/12 158/13 160/14
160/18 160/25 161/1
161/3 161/8 161/14
161/25 162/9 167/21
167/21 191/21 191/22
**licenses [10]** 6/18
46/17 89/24 133/1
133/8 138/12 138/12
165/19 165/21 165/22
**licensing [4]** 97/11
98/10 143/5 143/5
**licensure [2]** 161/4
161/8
**lie [1]** 94/9
**lies [1]** 202/13
**life [5]** 62/20 81/19
103/20 131/6 167/10
**lift [1]** 87/6

**light [2]** 67/20 120/4
**lighting [2]** 115/25
116/2
**lights [1]** 115/23
**like [97]** 5/5 5/9
10/5 12/8 13/24 15/20
17/9 19/15 19/15
19/21 19/23 20/2 20/3
20/14 20/15 20/17
20/18 22/8 22/10
24/13 29/14 32/4 33/8
33/8 34/9 35/25 40/9
41/18 62/25 65/9
65/23 66/9 69/7 69/9
75/8 75/9 82/16 82/19
86/20 86/21 87/11
92/12 92/12 92/21
94/23 95/9 95/17 97/1
97/25 108/16 111/3
111/7 112/12 115/7
116/3 116/12 117/11
120/22 122/21 123/12
123/20 123/21 125/22
126/2 126/10 126/15
126/17 128/3 128/4
130/11 130/12 130/22
131/11 131/17 131/18
140/24 144/14 145/5
146/10 151/25 159/19
161/2 161/15 161/16
161/17 161/19 161/19
167/7 186/15 187/5
187/19 187/22 189/10
195/6 196/9 201/23
204/9
**limit [1]** 15/8
**limited [1]** 103/9
**line [8]** 43/3 43/14
46/2 85/22 87/15
112/9 112/24 140/7
**lines [3]** 69/4 92/7
92/11
**list [14]** 5/8 5/14
7/13 7/14 126/8
126/24 141/1 141/5
164/21 164/21 186/11
186/12 191/1 197/12
**listed [2]** 126/24
197/10
**Listen [1]** 11/14
**listing [1]** 143/20
**literally [3]** 111/3
143/21 205/16
**litigate [1]** 6/9
**litigation [12]** 46/4
78/17 79/9 84/5 84/8
84/8 84/11 84/13
84/16 84/18 197/6
197/7
**little [20]** 15/2 15/12
16/11 46/9 57/7 79/3
81/18 81/19 97/9

101/7 111/7 111/11
111/12 111/14 120/3
122/22 174/4 188/3
188/4 198/17
**live [3]** 121/21
161/17 187/20
**lived [1]** 130/17
**lively [1]** 161/21
**lives [1]** 120/21
**living [1]** 45/25
**LLC [1]** 83/2
**located [5]** 46/8
48/21 55/21 63/20
124/10
**location [10]** 78/5
81/11 81/22 97/12
97/16 131/4 132/3
133/5 136/15 152/9
**locations [2]** 105/8
133/6
**logistical [1]** 152/6
**long [18]** 8/9 41/20
42/21 42/25 51/18
52/19 58/9 58/13
59/22 72/10 84/8 97/6
145/5 147/10 164/20
166/3 167/4 207/15
**longer [1]** 116/9
**longstanding [2]**
54/23 75/20
**look [17]** 8/9 19/7
23/5 48/13 85/18
101/21 103/8 104/6
106/19 115/20 117/4
122/21 126/10 128/13
157/2 173/1 200/18
**looked [3]** 38/2 38/5
114/16
**looking [8]** 42/6
43/12 73/3 87/14
112/22 117/20 163/6
199/6
**loss [1]** 130/25
**lost [1]** 207/20
**lot [20]** 11/23 11/23
43/12 50/2 62/1 62/4
85/20 110/23 115/16
116/4 119/14 142/12
168/5 178/4 178/14
179/24 180/13 181/12
184/3 205/12
**lots [2]** 24/20 84/21
**loud [1]** 102/3
**loved [1]** 57/16
**low [1]** 20/6
**lower [1]** 110/18
**LUBETSKY [1]** 1/15
**Lugo [10]** 176/1
176/2 176/3 184/21
184/23 185/2 187/12
187/13 193/2 193/20
**lunch [12]** 13/14

101/7 111/7 111/11
15/25 42/19 42/21
43/16 43/21 44/18
45/7 69/14 69/21
70/24 190/12
**Luncheon [1]** 71/2

**M**

**ma'am [6]** 91/9
109/23 116/12 116/19
118/17 140/17
**made [34]** 9/9 9/12
9/16 12/18 30/6 30/15
31/22 32/5 33/1 35/15
46/20 55/8 77/13
77/13 81/14 82/2
91/20 113/19 119/15
133/12 136/24 137/17
137/21 137/25 139/7
173/25 188/22 189/2
189/8 191/24 192/8
196/15 196/20 197/23
**magically [1]** 141/7
**mail [2]** 86/4 86/5
**main [1]** 76/6
**mainly [1]** 84/13
**make [67]** 4/19 8/13
10/1 11/16 15/6 15/22
15/22 16/15 19/8
21/11 23/19 23/19
24/7 33/22 36/3 37/2
37/14 39/6 40/1 40/3
40/12 40/13 40/15
40/17 40/20 40/21
40/24 41/2 42/18
44/16 45/10 57/14
62/2 62/3 68/17 69/1
69/18 70/5 70/18
73/16 73/21 74/18
77/14 83/24 90/19
99/20 107/2 107/22
113/21 119/19 120/18
121/2 122/5 126/10
131/19 131/25 135/11
137/22 142/17 143/11
143/19 154/12 164/13
169/25 181/1 196/9
200/22
**makes [4]** 36/15
90/23 124/3 200/6
**making [4]** 40/24
121/11 130/15 138/9
**Malone [1]** 10/23
**man [4]** 9/7 197/19
197/21 206/14
**manager [19]** 66/23
68/13 108/5 119/8
124/8 127/23 166/22
172/21 172/24 187/18
187/19 187/19 187/20
188/6 188/6 189/10
190/7 193/7 194/4
**managers [1]** 182/5

**manner [6]** 9/14
63/12 67/22 120/1
183/11 184/23
**many [12]** 42/25
42/25 52/6 137/16
141/2 158/24 164/13
166/17 174/8 174/24
177/4 204/18
**Marc [2]** 1/21 4/13
**March [16]** 77/4
77/7 101/22 101/25
102/10 102/14 112/14
113/7 113/11 114/1
114/3 128/14 128/23
129/10 129/11 157/6
**March 1 [1]** 101/22
**March 9 [1]** 129/11
**mark [2]** 34/20
115/7
**marked [6]** 34/19
48/7 64/23 79/14
144/12 148/25
**marking [1]** 136/18
**marshals [4]** 13/16
14/7 24/11 44/1
**MARTIN [8]** 1/4 4/10
13/5 46/15 51/11 58/2
75/17 78/7
**Martinez [23]** 9/2
10/2 13/25 14/9 17/19
23/12 25/11 25/23
26/8 27/7 27/20 29/4
30/4 31/16 32/25 34/4
36/4 36/13 36/20
36/23 38/21 70/6
198/25
**Mary [10]** 176/1
176/2 176/3 184/21
184/23 185/2 187/12
187/13 193/2 193/20
**Mary Lugo [1]**
193/20
**Mason [2]** 1/16 4/12
**match [1]** 136/23
**material [1]** 116/5
**materials [1]** 111/24
**Matt [1]** 10/23
**matter [20]** 5/5
12/19 14/17 18/19
21/23 22/3 32/11 38/8
38/22 44/18 72/9
101/11 113/24 124/23
126/21 199/25 206/19
206/22 207/10 209/4
**matters [2]** 12/23
43/12
**Maurice [2]** 122/15
134/1
**may [54]** 8/1 8/12
14/12 16/13 18/3 19/1
25/12 26/9 27/8 27/20
27/21 27/23 28/17

**M**

**may... [41]** 29/6
30/20 31/17 33/2 34/6
40/14 69/25 72/5
72/24 73/5 87/11
94/19 94/20 102/2
102/15 105/7 105/7
105/8 105/8 116/6
123/6 123/13 123/14
125/7 140/19 146/18
148/20 148/21 150/21
151/14 158/5 160/6
164/6 169/20 195/6
195/8 200/1 200/8
200/24 202/21 207/13
**may be [11]** 8/1
8/12 14/12 16/13 72/5
72/24 116/6 146/18
148/20 158/5 202/21
**maybe [7]** 19/13
70/3 89/19 111/14
135/9 145/5 192/24
**mayor [10]** 6/1 7/15
7/18 7/19 8/10 8/11
8/15 50/14 142/17
142/23
**me [115]** 8/22 9/12
10/2 10/13 12/4 12/25
13/4 13/7 13/10 13/19
13/25 17/5 17/6 17/20
18/9 21/3 21/10 21/11
23/6 23/10 26/13 30/9
31/19 33/5 34/5 34/13
35/16 38/11 39/10
51/7 59/12 62/18
63/10 63/12 68/17
70/18 70/21 73/2 73/3
74/5 74/13 85/10 93/7
96/22 102/13 104/6
104/13 109/13 110/9
113/23 115/2 117/23
122/6 128/24 129/22
134/5 136/10 141/4
145/8 145/24 146/10
147/22 161/10 165/3
169/2 171/2 172/22
173/4 173/15 178/11
178/14 178/23 179/4
179/8 180/11 180/24
182/4 182/11 183/4
183/22 186/6 187/12
187/19 189/13 190/8
190/9 190/10 190/13
190/14 190/15 190/16
191/10 192/14 193/15
194/16 198/17 200/13
200/18 200/19 200/19
200/21 201/2 201/2
201/20 202/6 202/11
202/14 202/16 204/3
204/15 204/19 205/14

205/16 205/18 207/1
**mean [37]** 8/14
11/21 19/21 29/10
59/7 62/1 66/4 83/18
84/1 90/8 96/25 101/5
104/22 104/23 104/23
105/21 115/14 119/21
125/4 129/22 130/9
131/9 135/3 135/6
135/8 136/5 137/19
138/25 151/10 163/19
174/5 178/22 179/8
179/13 185/4 194/19
200/20
**meaning [7]** 67/23
97/18 97/20 97/20
151/18 158/20 180/1
**means [10]** 30/22
32/7 46/22 46/23
113/23 131/25 151/11
178/23 196/16 205/2
**meant [1]** 103/11
**meats [1]** 62/2
**mechanical [4]**
106/21 107/2 108/22
108/24
**media [18]** 9/22
13/23 18/7 21/23
36/14 36/14 36/19
36/19 40/14 43/22
63/1 69/17 130/19
199/4 199/5 199/6
199/16 207/8
**meet [17]** 55/24
56/6 56/13 56/15
56/16 56/25 57/2
106/15 108/2 108/12
137/15 137/15 137/20
137/21 189/23 190/1
190/13
**meeting [20]** 14/25
57/24 66/20 66/22
67/3 68/11 68/15
68/16 73/10 73/11
119/2 119/6 119/12
120/2 120/2 120/12
121/15 123/4 123/5
124/7
**meetings [1]** 129/18
**member [1]** 176/3
**members [4]** 11/13
34/10 45/4 72/25
**memory [1]** 173/22
**Mendez [5]** 53/3
53/6 66/24 67/16
68/12
**mention [10]** 8/10
8/20 25/13 29/10 36/5
141/12 182/12 182/23
196/21 207/13
**mentioned [31]**
19/10 23/5 26/10

26/12 26/23 27/8
27/22 29/6 29/12 30/7
31/17 34/3 34/6 36/12
40/13 69/16 84/5
108/17 119/2 119/8
122/19 141/10 142/5
180/15 184/6 193/3
194/2 194/24 196/19
201/18 207/8
**mere [3]** 29/17 32/6
203/14
**message [3]** 62/21
62/22 63/2
**met [9]** 53/18 57/5
108/15 108/23 137/19
186/16 190/6 190/18
192/8
**Miami [36]** 1/13
1/17 1/19 1/22 2/4
11/23 44/7 52/10
57/12 76/1 79/1 88/15
106/25 112/20 118/3
118/10 118/20 121/22
124/11 125/7 128/11
128/17 129/1 144/20
149/24 163/18 166/4
166/6 166/11 166/15
166/20 176/3 176/4
177/13 184/2 207/16
**Miami-Dade [1]**
88/15
**microphone [2]**
10/18 126/6
**might [1]** 144/13
**mile [2]** 78/3 78/3
**milkshakes [1]** 81/1
**Millener [1]** 27/5
**mince [1]** 202/24
**mindful [1]** 145/22
**minds [1]** 44/5
**minimal [1]** 169/1
**minor [1]** 125/19
**minute [4]** 10/9
79/11 108/25 160/1
**minutes [12]** 14/1
41/21 42/22 45/9
52/17 72/12 74/8
145/5 145/6 145/8
146/12 148/9
**Miro [4]** 186/9 186/9
186/10 186/21
**Mischaracterization
[2]** 138/15 193/22
**Mischaracterizes [2]**
139/17 163/8
**misconstrue [1]**
11/25
**misinterpret [1]**
11/18
**misleads [1]** 7/17
**misrepresented [1]**
70/14

**missing [1]** 116/15
**misspoke [1]** 98/5
**Misstates [2]** 80/17
175/18
**mistrial [2]** 203/8
203/22
**misunderstanding
[1]** 97/9
**mixture [1]** 110/7
**mm [8]** 20/8 48/17
87/21 101/23 102/2
108/10 114/9 177/23
**mm-hmm [8]** 20/8
48/17 87/21 101/23
102/2 108/10 114/9
177/23
**mobile [55]** 54/12
67/23 90/22 90/25
91/2 91/4 91/6 91/9
91/10 91/11 91/15
93/5 93/6 93/12 93/22
94/11 94/16 94/17
94/20 94/22 94/23
95/3 95/4 95/15 95/16
95/22 95/23 95/24
96/22 97/2 97/10
99/17 99/18 99/19
99/20 100/2 113/6
120/6 121/1 121/4
121/6 122/18 122/25
133/24 134/14 134/23
134/24 135/11 135/19
136/21 152/11 153/13
153/18 154/24 159/13
**mobility [1]** 135/16
**mock [2]** 122/20
123/1
**mock-up [2]** 122/20
123/1
**modify [1]** 201/3
**moment [16]** 10/4
17/14 41/17 52/15
100/21 100/25 101/18
103/13 104/11 114/2
114/18 128/9 130/1
134/15 136/10 144/14
**MONDAY [2]** 4/1
71/3
**money [11]** 13/22
121/2 122/22 122/23
131/7 131/9 131/14
134/21 182/24 183/10
205/12
**month [2]** 47/14
81/18
**months [5]** 89/19
89/20 157/6 166/18
167/6
**more [37]** 7/14
11/23 11/23 13/13
14/24 15/12 16/11
39/2 42/3 42/7 43/23

43/24 52/7 53/22
53/23 67/1 70/3
101/19 107/15 107/17
126/18 134/16 135/9
136/6 139/9 147/11
148/1 161/21 174/4
174/25 175/13 176/22
181/8 184/3 186/2
188/3 202/5
**morning [32]** 4/1
4/8 4/11 4/12 4/16
8/25 12/4 13/3 13/4
20/21 22/6 22/7 25/6
26/3 26/6 27/1 27/14
28/23 29/24 31/11
32/20 32/21 40/22
45/24 70/17 72/9
119/18 122/12 122/17
154/21 204/25 206/12
**mortar [10]** 54/25
55/23 55/23 80/22
97/18 132/3 132/13
132/23 133/3 151/24
**mortars [1]** 99/16
**motion [4]** 5/10
39/18 97/3 128/10
**motor [4]** 86/21
94/24 95/6 95/8
**mouth [1]** 151/21
**movable [1]** 132/15
**move [27]** 13/20
41/23 42/13 43/18
49/19 67/11 68/5
76/21 77/23 78/2
78/16 79/8 91/4 91/11
96/4 96/6 119/20
123/11 124/24 128/24
150/10 150/25 157/22
159/11 164/25 182/7
200/12
**moved [8]** 11/22
77/20 78/2 78/3 95/4
104/12 125/4 152/10
**moving [5]** 70/20
96/7 123/4 132/16
162/14
**Mr [103]** 10/21 12/2
12/24 14/4 19/22
19/23 24/14 27/17
29/1 35/2 37/12 37/19
37/23 41/16 42/5
50/18 50/19 109/14
124/9 124/17 125/9
125/9 127/7 127/12
127/18 127/23 127/25
128/10 128/20 130/7
130/7 130/20 131/5
131/5 131/12 131/12
140/23 142/19 158/15
158/15 159/17 159/17
159/19 163/17 163/17
165/13 168/20 168/20

**M**

**Mr... [55]** 168/24
169/3 169/5 169/5
169/17 169/24 169/24
170/7 170/16 171/20
171/20 175/8 179/2
179/3 179/9 182/13
182/18 183/3 183/9
184/12 184/23 185/19
186/8 186/9 186/10
188/17 189/24 190/1
190/6 190/19 191/17
191/24 192/8 192/12
193/3 193/19 193/20
195/10 195/15 197/9
197/21 197/22 198/12
198/22 200/17 201/16
201/18 201/20 203/20
203/20 204/10 204/15
205/19 205/20 206/4
**Mr, [1]** 190/9
**Mr, Fuller [1]** 190/9
**Mr. [14]** 13/4 16/19
34/11 35/6 35/20
130/21 170/8 178/11
182/23 183/10 187/15
190/14 191/16 205/24
**Mr. Bush [1]** 13/4
**Mr. Carollo [1]**
34/11
**Mr. Carollo's [1]**
205/24
**Mr. Fuller [4]** 183/10
187/15 190/14 191/16
**Mr. Fuller's [1]**
182/23
**Mr. Gutchess [1]**
16/19
**Mr. Kuehne [2]** 35/6
35/20
**Mr. Pinilla [2]**
130/21 170/8
**Mr. Reyes [1]**
178/11
**Ms. [42]** 13/25 16/20
23/12 25/11 25/23
26/8 27/7 27/20 29/4
30/2 30/4 31/16 32/25
34/4 34/5 34/22 36/4
36/13 36/20 38/21
45/24 46/19 47/4
48/13 53/6 53/6 53/7
53/8 53/13 70/4 70/5
70/6 73/9 81/7 102/1
104/19 137/15 148/25
149/16 150/19 151/13
163/23
**Ms. Amber [1]** 34/5
**Ms. Dawson [4]**
16/20 34/22 70/4 70/5
**Ms. Dooley [6]** 53/6

53/7 53/8 53/13
104/19 137/15
**Ms. Martinez [17]**
13/25 23/12 25/11
25/23 26/8 27/7 27/20
29/4 30/4 31/16 32/25
34/4 36/4 36/13 36/20
38/21 70/6
**Ms. Mendez [1]** 53/6
**Ms. Pauline [1]** 30/2
**Ms. Romero [12]**
45/24 46/19 47/4
48/13 73/9 81/7 102/1
148/25 149/16 150/19
151/13 163/23
**much [11]** 31/8
32/15 85/7 92/21
95/17 97/1 145/4
148/17 153/21 161/21
207/23
**multiple [6]** 40/9
95/18 102/24 105/2
140/23 153/4
**muscled [1]** 19/17
**music [2]** 161/17
161/21
**must [6]** 105/20
105/23 106/22 108/6
136/2 206/23
**mute [1]** 17/1
**my [92]** 9/2 17/5
17/11 19/19 19/20
22/23 22/24 23/16
23/18 25/11 40/21
43/25 47/18 47/22
50/17 51/13 54/9
54/22 55/3 55/3 61/19
62/7 63/11 66/25
68/18 70/8 70/14
73/25 79/19 81/14
82/2 83/18 89/16
91/22 92/16 93/14
93/14 98/12 100/4
113/5 113/14 114/24
119/22 121/19 124/9
127/18 129/23 130/20
136/10 144/9 145/17
146/4 149/2 150/12
151/21 154/13 159/24
163/9 163/19 164/11
164/19 168/5 168/22
169/13 170/19 172/21
173/23 174/9 178/14
178/20 178/21 178/24
179/4 179/5 181/18
181/18 181/18 182/4
188/2 188/11 191/13
191/18 193/6 194/4
194/15 194/17 198/17
200/23 202/21 204/21
205/3 206/20
**myself [5]** 16/20

66/25 73/23 98/5
200/22

**N**

**name [30]** 4/7 4/20
9/2 25/19 25/20 26/4
27/4 27/15 28/24
29/25 31/13 32/22
45/17 46/5 51/5 51/6
65/13 83/6 83/7 84/2
109/6 121/16 133/12
133/21 165/7 172/8
178/21 186/8 188/6
193/3
**narrative [5]** 49/8
49/9 49/13 49/13
49/15
**National [1]** 112/4
**natives [1]** 57/11
**natural [1]** 23/18
**naturally [1]** 102/1
**nature [2]** 36/4
172/20
**NBC [1]** 52/17
**near [1]** 115/18
**neat [1]** 69/1
**necessarily [2]** 16/8
144/23
**necessary [14]** 5/18
13/21 39/23 42/19
73/22 79/24 79/25
104/4 104/9 104/15
121/2 121/3 121/11
135/23
**need [46]** 16/2 18/13
24/7 38/20 40/1 41/23
42/18 43/21 63/25
64/5 64/7 65/8 65/23
89/25 90/6 90/7 90/9
90/12 90/19 91/3
92/14 93/4 95/3 102/3
108/2 109/18 119/20
130/23 134/22 135/24
135/24 136/7 138/13
139/10 139/11 142/9
145/9 151/4 162/17
164/9 172/23 176/7
176/15 176/16 191/19
199/18
**needed [42]** 46/17
47/8 47/17 53/14
53/18 53/20 54/13
56/14 56/16 57/13
58/15 60/2 60/4 60/21
66/8 67/8 69/9 73/21
73/25 74/18 75/4
91/19 91/20 93/20
99/20 104/14 108/11
108/23 122/24 124/23
128/24 130/10 134/2
134/13 136/20 139/6
153/5 153/6 155/11

156/14 160/24 188/9
**needing [1]** 153/11
**needs [4]** 42/11
54/10 90/24 94/24
**negative [1]** 183/11
**neighborhood [2]**
166/24 168/2
**neighbors [1]**
168/25
**neither [3]** 201/17
206/5 206/17
**NET [3]** 166/21
166/23 166/24
**neutral [1]** 196/2
**never [15]** 78/11
104/25 107/7 109/9
109/9 113/21 118/18
123/17 141/5 141/10
141/23 157/25 189/21
191/10 201/19
**nevertheless [2]**
113/7 121/9
**new [8]** 4/25 5/8
13/6 78/5 79/5 132/5
133/1 147/14
**next [30]** 21/10
21/11 25/17 25/17
29/23 31/10 32/17
44/21 45/12 49/18
72/17 83/7 85/18
100/14 107/14 110/19
111/3 111/3 111/5
118/24 140/22 145/11
147/3 163/13 163/22
163/24 164/1 194/9
197/8 198/11
**nice [3]** 21/20 69/1
156/2
**Nicholas [1]** 32/23
**night [10]** 48/20
73/24 109/12 129/25
187/20 188/16 189/3
189/9 189/20 190/7
**nine [1]** 166/18
**Niworowski [1]** 1/12
**no [190]** 1/2 5/1
5/25 7/17 8/14 8/16
8/17 17/3 19/5 19/7
21/24 22/2 22/16 23/3
23/10 23/24 25/14
25/24 25/25 26/21
27/11 28/11 28/15
28/23 29/16 29/20
30/24 31/3 31/4 31/4
32/10 32/13 33/17
33/22 35/18 37/6
37/16 37/16 39/5
43/18 44/19 47/9
47/25 52/13 63/5
67/21 73/19 75/12
78/6 79/16 80/5 80/6
80/16 81/2 82/17 85/7

85/16 86/18 86/20
87/5 87/13 87/23
88/16 90/5 90/15
90/22 91/6 91/14
91/14 91/19 92/12
92/24 93/11 93/16
94/6 94/17 94/17 95/5
95/5 95/11 95/12
95/13 95/13 97/15
97/20 98/5 98/15 99/9
99/19 101/1 101/12
101/24 102/4 102/4
103/15 105/10 106/7
106/8 107/22 107/23
109/25 110/9 110/10
110/10 110/25 112/7
113/5 113/15 116/3
116/9 117/8 117/12
118/18 118/23 120/4
120/22 121/19 122/22
123/9 123/23 124/22
125/12 126/9 126/11
126/25 128/24 130/1
130/23 131/21 131/21
133/7 133/19 133/20
134/9 135/10 135/25
136/6 137/6 138/2
138/13 139/12 139/21
139/23 139/23 140/13
140/16 141/11 141/17
143/6 143/12 143/15
145/1 145/2 148/1
148/7 152/10 152/19
152/22 153/1 156/4
158/22 159/12 160/3
161/15 163/19 169/7
169/13 170/14 174/1
174/12 177/2 177/25
178/13 184/20 185/16
186/13 187/20 188/3
191/9 191/9 193/25
195/4 196/21 197/25
198/19 201/10 203/24
204/21 205/24 206/23
**nobody [2]** 115/11
121/25
**noise [1]** 168/25
**non [3]** 16/11 97/20
153/1
**non-intrusive [1]**
16/11
**non-seating [2]**
97/20 153/1
**Noncompliant [1]**
109/16
**none [5]** 69/19
100/10 196/12 201/18
206/5
**nonprofit [1]** 62/8
**Nor [1]** 200/25
**normal [1]** 185/7
**normally [1]** 191/13

**N**

not [274]
note [14]  4/19 9/1
13/1 19/3 19/9 23/13
26/7 70/7 146/10
198/13 198/25 199/22
201/19 205/4
noted [3]  143/18
150/13 196/11
notes [1]  136/10
nothing [32]  6/8
27/19 36/15 37/2 37/5
37/10 37/15 45/1 66/7
67/24 68/1 68/2
110/10 111/12 113/23
116/13 116/21 116/23
120/10 129/15 131/16
143/6 144/8 191/2
196/15 200/12 201/8
201/16 202/6 206/4
206/15 206/16
notice [15]  34/16
73/18 85/12 98/21
100/15 100/16 101/19
102/10 102/14 112/14
112/15 112/24 128/24
187/2 207/20
noticed [4]  9/11
21/17 21/21 130/1
notified [1]  61/3
November [15]  7/25
56/8 77/4 77/7 98/17
98/22 98/25 101/2
101/13 113/13 160/17
161/5 168/23 171/10
177/19
November 16 [1]
7/25
November 28 [1]
101/13
now [124]  10/12
10/25 12/17 12/17
12/25 15/25 16/3 32/6
38/21 40/4 41/7 41/24
42/3 42/7 45/25 48/7
48/10 49/16 51/18
59/20 61/7 64/23
70/24 74/25 75/18
76/10 76/25 78/12
79/18 80/12 80/21
80/22 86/6 86/9 87/14
88/7 88/20 88/23
88/24 89/2 92/3 94/22
96/5 96/14 97/19
97/23 98/17 100/14
100/25 101/18 102/7
103/1 103/1 103/8
104/10 106/6 108/16
108/16 108/17 109/7
109/14 110/4 110/18
110/22 114/1 114/10

120/12 122/19 123/4
124/15 124/16 125/13
128/20 129/9 130/7
131/1 133/15 135/8
135/11 136/1 141/5
143/12 144/1 145/7
146/3 146/9 151/8
151/21 152/13 158/3
158/15 159/17 161/3
162/5 164/13 166/5
168/10 168/12 168/14
168/18 169/14 170/15
173/25 174/2 177/12
177/12 177/21 178/10
181/21 184/5 184/18
185/7 185/17 186/8
187/21 188/7 188/10
189/23 193/2 194/2
194/24 195/15 202/20
207/12
number [24]  4/5
5/12 9/1 9/3 10/15
10/19 17/18 23/20
27/1 27/14 32/3 32/19
39/21 95/8 95/9
124/12 134/6 143/22
178/24 179/5 179/6
179/9 179/10 180/23
NW [2]  1/13 184/14

**O**

oath [6]  94/7 195/16
197/2 202/13 202/18
205/7
Object [3]  46/18
153/8 173/19
objection [160]  5/23
37/19 46/20 46/21
46/22 46/23 46/24
47/9 49/23 50/8 50/23
50/24 52/1 53/10
55/17 56/1 56/10
56/21 59/9 59/16 60/6
60/16 61/12 61/13
64/17 65/11 67/11
67/12 68/5 73/13
74/15 76/3 76/12
76/21 77/9 77/23
78/14 78/16 78/19
79/16 80/5 80/6 80/17
82/19 85/13 90/13
90/14 95/25 96/3 96/9
103/25 105/9 109/20
110/12 111/16 111/17
117/8 117/24 118/11
118/21 118/22 123/16
125/23 127/1 127/4
127/9 127/14 127/20
129/5 129/7 132/18
134/8 134/9 137/1
137/8 138/15 138/21
138/21 139/17 140/1

140/25 143/7 143/18
149/2 149/11 149/17
150/12 151/12 153/25
155/3 155/8 155/14
155/19 156/7 156/21
157/9 157/19 159/1
159/20 162/1 163/8
163/12 163/12 166/7
166/11 166/12 167/15
168/7 169/8 169/19
170/2 170/9 170/17
170/22 171/11 171/21
172/11 173/5 174/12
175/3 175/18 176/9
176/24 177/7 177/14
178/16 178/25 179/15
179/22 180/8 180/18
181/25 182/7 182/14
182/20 182/20 182/25
183/12 183/16 184/8
184/24 185/10 185/20
187/8 188/12 188/19
188/23 189/5 189/11
190/2 190/21 191/6
192/2 192/3 193/4
193/9 193/22 194/7
194/13 196/10
objections [3]  49/2
96/10 192/20
obligation [1]  89/5
obligations [1]
108/15
observing [1]  40/23
obtain [9]  58/3 58/5
67/7 99/23 109/19
158/11 158/13 159/18
162/23
obtained [1]  163/19
obtaining [1]  159/14
obvious [4]  66/3
70/5 156/9 159/5
obviously [3]  11/11
40/19 131/1
occupancy [1]
105/12
occupations [1]
167/25
occur [3]  38/3 77/3
207/7
occurred [7]  9/4
52/20 98/19 99/5
114/4 128/22 206/19
occurrence [1]
42/11
occurring [1]  206/24
Oche [1]  75/24
Ocho [16]  48/23
63/17 75/1 75/11
75/18 79/2 79/3 80/24
81/16 125/3 168/1
168/4 184/1 186/11
186/16 191/2

October [13]  6/22
7/5 47/15 47/16 51/19
77/4 91/24 97/23 98/1
98/3 138/11 161/13
162/8
off [11]  7/12 52/16
63/20 63/21 69/3 74/8
87/7 115/19 130/2
138/2 200/23
offer [2]  15/16 53/8
offered [2]  103/19
126/21
office [21]  6/8 36/10
52/22 92/2 104/5
119/3 122/12 136/25
139/7 142/19 171/16
178/15 178/20 178/24
179/4 179/5 179/10
181/23 186/14 195/2
198/17
officer [5]  58/24
74/9 173/17 176/22
186/25
officers [13]  52/4
52/9 52/10 56/9 56/9
60/13 60/13 63/7
64/20 64/20 115/17
157/14 157/14
offices [1]  180/6
official [4]  99/2
121/16 144/20 209/7
officially [1]  99/5
officials [9]  6/13
7/23 8/21 68/13 93/3
121/18 121/19 142/11
142/16
often [1]  76/25
oh [5]  19/21 32/3
33/8 122/2 139/23
okay [108]  4/22 5/18
10/8 11/4 14/9 14/10
17/6 18/15 21/5 22/11
23/8 25/15 26/18
27/12 29/22 30/12
31/9 32/6 33/19 38/17
39/3 39/6 41/2 41/10
44/9 44/25 48/7 48/18
48/21 48/24 50/18
51/8 70/9 70/22 72/15
72/17 73/17 82/3
82/18 83/4 84/4 84/18
86/15 87/14 87/25
88/7 88/12 88/17
88/20 89/8 89/23 91/2
91/14 92/10 92/17
92/25 93/7 93/17 94/8
97/17 98/8 98/13
98/25 99/23 100/14
100/24 101/16 106/2
107/18 108/5 110/22
112/19 115/20 115/23
119/12 120/25 124/6

124/20 131/7 131/13
134/4 134/18 143/8
150/10 164/3 164/5
165/17 167/1 168/1
168/14 169/2 169/9
170/15 171/9 171/18
172/3 174/10 179/3
181/2 181/21 183/24
186/13 187/5 189/23
195/18 195/19 196/4
207/22
old [5]  80/12 147/15
168/4 168/14 168/16
on [268]
once [21]  9/10 15/2
21/1 23/5 49/12 52/16
58/13 59/23 63/7
64/20 66/13 74/8 75/4
86/14 115/1 122/7
133/10 134/23 161/7
186/2 204/18
one [99]  5/5 5/12
5/21 6/11 9/1 11/8
11/12 11/25 12/3 12/4
19/7 23/20 24/18
24/18 25/1 25/2 25/17
25/20 25/25 26/7
26/23 29/4 30/19 34/9
35/21 38/16 40/9
40/16 48/8 50/21 51/9
56/17 64/11 67/7 69/7
69/11 75/12 76/18
78/3 78/3 83/4 90/6
94/1 94/6 96/19 99/25
99/25 100/4 100/5
101/6 101/15 101/18
101/19 102/9 102/13
105/16 105/19 105/20
105/23 106/16 121/7
121/14 121/15 124/3
125/6 129/19 129/19
134/1 135/13 135/21
136/3 139/24 141/21
143/22 145/10 147/19
148/5 152/6 152/9
158/7 158/9 159/9
162/23 162/25 166/22
175/12 178/10 179/25
180/23 189/14 192/15
197/22 198/23 199/6
203/1 204/21 205/23
206/13 206/22
one's [1]  144/12
ones [3]  66/8 69/9
109/1
only [42]  12/17
16/25 18/23 21/17
23/18 35/12 63/1
64/24 78/25 79/4
84/11 90/7 91/7 91/11
95/15 97/3 97/21 98/9
99/15 104/17 106/8

**O**

**only... [21]** 106/16
109/10 109/11 120/17
122/14 123/9 130/3
130/17 132/15 138/3
151/18 156/6 156/9
159/13 160/6 168/21
183/25 195/7 199/19
205/4 206/24
**onto [2]** 123/2 134/2
**open [29]** 10/23
18/12 47/12 51/21
51/22 52/19 58/17
58/25 59/22 61/23
74/3 74/9 77/1 77/15
84/2 84/2 97/24
103/13 116/6 127/5
130/16 142/20 146/7
148/19 160/25 161/20
164/22 165/2 206/10
**opened [19]** 46/7
46/16 47/4 47/7 48/18
50/2 50/7 51/18 51/23
58/18 74/11 91/24
113/21 138/11 138/11
142/11 142/19 161/12
163/4
**opening [23]** 5/24
6/1 6/12 7/5 7/21
48/15 48/20 49/21
52/14 58/19 97/25
98/11 98/13 106/22
142/12 144/19 161/15
162/1 162/9 162/21
197/18 198/1 198/9
**Opens [1]** 163/9
**operate [61]** 7/10
8/6 8/8 46/17 47/8
47/17 54/11 56/18
56/20 58/12 59/3 60/2
60/10 61/7 61/23 64/9
67/6 67/8 67/22 67/25
68/15 76/2 77/14
78/21 78/23 79/1
79/25 80/23 84/21
96/20 100/2 102/21
103/18 104/4 104/15
105/5 105/14 106/4
108/12 113/20 113/25
116/10 119/21 120/20
123/7 125/7 129/17
135/20 135/22 139/8
142/18 142/24 153/5
158/21 158/25 160/18
160/25 161/8 162/16
162/19 197/1
**operated [3]** 6/14
76/5 93/22
**operating [30]**
53/23 54/7 55/12
55/15 57/21 57/22

59/13 65/9 65/22
67/22 67/25 68/25
74/10 75/5 103/23
105/3 105/3 108/2
114/23 116/14 116/22
119/24 120/1 120/5
120/11 124/11 131/17
142/14 142/21 162/11
**operation [1]** 158/18
**operations [1]** 94/14
**opinion [8]** 55/4
67/13 68/4 68/8 70/14
113/4 113/5 138/2
**opinions [1]** 146/13
**opportunity [5]**
14/13 14/16 15/3
200/21 200/22
**opposed [1]** 16/9
**opposing [1]** 51/3
**opposition [1]** 60/21
**or [160]** 7/7 8/10
9/18 11/9 11/12 11/13
11/18 11/25 12/6
15/25 18/18 20/15
21/9 21/23 23/14
23/14 25/19 26/23
27/9 27/22 28/7 28/10
28/14 29/8 29/13
30/17 31/3 31/23
31/24 32/9 32/12 33/7
33/9 34/4 37/15 38/23
40/14 44/1 44/2 44/3
46/17 53/1 53/6 57/12
62/5 62/19 63/23 67/1
69/6 69/15 69/18
69/18 69/19 70/8
74/25 75/12 77/1
81/17 82/1 82/15
83/19 84/11 85/10
85/10 85/10 85/12
86/18 87/4 87/23 89/2
89/15 91/13 93/2 93/3
93/9 95/18 99/18
99/18 99/19 100/2
101/24 102/4 102/4
103/23 105/7 105/8
110/5 111/24 112/8
112/9 113/6 113/24
115/18 116/9 116/10
120/6 122/1 122/19
125/5 125/9 125/10
127/25 128/12 128/25
128/25 130/7 130/20
131/3 131/12 136/17
138/11 139/3 142/22
143/11 146/21 150/23
152/16 157/16 158/6
159/17 162/21 163/17
164/11 167/6 167/10
167/25 168/20 168/21
169/5 169/14 169/24
169/25 170/7 171/8

173/14 173/14 177/25
180/11 183/11 185/6
185/18 186/15 187/2
187/2 191/18 194/16
194/22 195/17 196/20
198/5 198/21 199/13
199/21 201/9 201/11
202/20 202/20 203/24
204/4 205/9
**orange [2]** 20/18
65/10
**order [29]** 4/4 5/13
35/25 55/9 66/9 72/4
84/25 86/15 95/3
99/20 102/20 106/25
108/2 108/12 108/14
121/17 122/24 134/14
134/22 135/11 136/20
145/14 147/5 149/25
153/15 160/24 160/25
162/16 199/17
**ordered [2]** 186/13
187/19
**ordering [2]** 76/10
120/13
**orders [4]** 60/20
69/4 88/24 89/1
**ordinance [5]** 93/11
93/13 120/5 131/21
175/13
**ordinances [7]**
88/24 89/1 97/1
112/20 131/22 156/4
156/4
**ordinary [1]** 75/9
**organization [1]**
62/8
**organizations [1]**
138/6
**Orlando [6]** 145/14
147/4 163/24 165/9
165/11 191/14
**other [69]** 7/19 11/9
12/1 15/22 21/7 21/13
22/4 22/14 24/2 24/6
24/16 31/25 32/5 33/2
34/10 39/14 39/22
55/14 65/9 65/23 66/5
66/6 66/7 66/22 68/12
70/11 75/8 75/9 75/10
84/11 86/21 89/2
104/24 104/24 105/8
106/16 109/11 111/7
111/11 114/4 118/9
119/9 119/23 127/8
128/12 129/18 129/20
131/17 135/3 136/24
137/16 139/9 139/10
139/13 144/1 145/11
157/3 157/14 159/19
167/23 179/8 182/5
183/5 187/7 193/18

198/21 202/22 203/17
204/2
**others [2]** 207/8
207/16
**otherwise [4]** 8/13
38/4 100/2 141/16
**our [122]** 4/25 5/14
9/23 10/6 10/15 10/19
11/2 11/6 11/8 11/10
12/15 13/8 15/22
35/14 36/15 38/25
39/25 43/2 48/15
52/14 52/17 54/22
54/23 55/2 55/22
55/23 57/8 57/19
57/24 57/25 59/3 60/5
61/22 61/23 62/2 62/2
62/3 62/9 62/11 65/22
65/22 66/12 67/7
68/22 68/23 69/3
70/10 73/19 74/24
75/5 77/1 77/14 77/15
78/24 78/24 78/25
79/4 79/6 79/25 80/22
80/22 81/21 83/18
83/19 86/5 89/25
96/24 97/6 98/6 98/15
99/14 102/24 103/13
104/13 104/25 106/5
107/5 107/21 109/1
110/2 110/15 113/22
117/2 119/24 119/25
120/15 120/17 120/20
121/11 122/17 122/18
123/10 124/16 125/20
128/24 129/17 130/18
130/18 130/18 131/6
131/7 131/9 131/14
132/23 133/12 133/12
134/21 134/24 136/8
147/3 149/25 150/6
152/23 153/15 157/23
158/12 158/12 158/17
159/12 160/20 181/22
196/9
**ours [1]** 74/2
**out [69]** 6/19 6/19
11/1 13/6 13/16 13/20
14/23 17/5 18/8 21/10
23/17 24/12 37/17
40/20 41/8 55/15 63/8
68/18 69/2 75/9 79/19
79/20 79/23 82/1 82/1
86/14 86/15 93/15
94/16 95/23 101/13
102/3 109/4 109/7
109/8 109/15 114/23
116/14 116/22 116/22
116/23 117/2 119/19
120/6 120/20 126/20
129/17 132/9 134/16
138/6 145/13 146/4

147/5 150/2 151/6
151/20 152/23 153/4
161/23 161/24 162/21
164/4 177/10 179/6
179/10 187/4 192/19
193/20 206/19
**outcome [1]** 70/13
**outlet [1]** 63/1
**outlets [2]** 130/19
159/7
**outs [1]** 151/21
**outside [13]** 38/15
43/21 54/24 78/17
92/7 92/11 152/14
152/17 152/22 152/25
186/24 195/1 202/17
**over [20]** 10/21 25/3
43/14 51/2 58/24
111/23 116/1 121/23
124/13 133/25 139/25
153/22 154/19 164/9
175/17 183/24 183/25
187/21 189/14 191/13
**overlooking [1]**
181/10
**overruled [71]** 46/21
49/4 50/9 51/1 52/2
55/19 59/11 59/17
60/7 60/18 61/15 64/3
64/18 65/12 67/14
68/9 73/15 74/16 76/4
76/13 77/11 77/25
78/18 80/18 90/17
104/2 110/13 139/18
149/19 151/13 153/9
155/9 155/9 156/8
157/11 157/20 159/2
159/4 159/21 159/23
166/14 168/9 169/20
170/10 170/18 171/23
172/12 173/7 173/20
177/1 177/9 177/15
178/17 179/16 179/23
180/10 180/19 182/2
183/2 185/24 187/10
188/24 189/12 190/22
191/8 192/6 192/21
193/5 193/11 194/8
194/14
**overseeing [1]**
62/23
**own [9]** 46/1 62/2
62/2 87/12 88/7 88/14
197/1 204/5 205/17
**owned [1]** 78/5
**owner [2]** 190/13
190/14
**owners [3]** 12/3
46/14 84/6
**owns [3]** 58/1 75/16
124/10

**P**

**p.m [2]** 69/22 208/1
**page [28]** 80/19
88/20 89/8 89/10
96/13 98/21 100/15
100/15 100/25 102/7
102/7 103/1 106/10
106/10 106/18 108/16
108/17 109/4 110/8
112/12 128/6 129/5
134/6 134/15 137/4
137/12 197/3 197/6
**paid [1]** 183/4
**paired [2]** 62/7
62/10
**paperwork [3]** 53/25
54/1 104/9
**paragraph [2]** 85/21
88/21
**paralegal [5]** 46/4
84/5 84/9 84/18
133/15
**paranoid [1]** 13/6
**Parjus [6]** 172/25
188/8 188/8 188/17
194/4 194/5
**parking [7]** 9/7
15/23 21/10 30/16
107/23 111/7 111/9
**part [8]** 11/2 35/13
85/18 97/19 116/15
198/4 199/22 206/23
**participate [4]** 63/14
63/25 64/5 74/25
**participated [2]**
63/16 75/1
**participating [1]**
64/14
**particular [9]** 39/18
62/14 76/18 148/2
161/22 172/22 197/16
199/24 203/18
**particularly [3]** 40/4
199/4 202/15
**parties [13]** 10/16
10/20 18/6 18/14
18/23 35/1 41/14 44/6
196/3 200/11 206/5
207/2 207/5
**parties' [2]** 72/20
126/8
**partner [8]** 35/13
70/13 125/19 126/4
126/15 126/16 197/5
205/23
**partners [1]** 197/7
**party [42]** 37/16
127/2 161/17 161/19
175/1 175/8 175/12
175/14 175/17 175/22
175/23 175/24 176/8

176/13 176/15 176/16
176/23 177/4 177/12
177/12 177/16 177/20
178/3 178/4 180/13
182/11 184/11 184/13
184/15 184/17 184/17
184/19 185/8 187/14
189/23 190/1 190/9
193/18 196/16 196/16
202/1 206/16
**pass [2]** 23/13 70/6
**passion [1]** 54/23
**past [2]** 96/14
140/25
**path [1]** 121/12
**patience [2]** 45/6
207/21
**patient [1]** 207/18
**patronizing [2]**
67/10 67/19
**Pauline [2]** 30/1
30/2
**pause [5]** 17/16
18/16 34/21 115/8
115/11
**pave [1]** 142/17
**pay [1]** 21/9
**paying [1]** 197/6
**peg [1]** 104/18
**pending [4]** 39/7
90/15 98/9 98/13
**people [37]** 6/15
7/24 8/7 9/17 12/5
13/12 28/4 38/2 40/20
50/3 50/4 50/4 52/6
59/5 59/7 66/22 67/5
69/16 101/3 115/16
119/9 119/21 136/24
137/16 137/17 142/23
152/17 175/13 175/17
176/16 176/23 177/4
177/5 179/8 188/3
199/15 201/1
**people's [1]** 148/12
**per [2]** 18/23 103/9
**perceive [1]** 12/20
**percent [3]** 38/3
70/12 202/3
**perched [1]** 74/3
**perfect [2]** 23/14
151/1
**perfectly [1]** 144/7
**performances [1]**
63/23
**performed [2]** 100/7
100/9
**perhaps [4]** 14/5
21/2 24/9 70/3
**period [7]** 37/9
51/22 70/21 77/3 97/6
162/23 171/19
**periodically [2]**

39/14 40/11
**periods [2]** 78/21
78/23
**permanent [13]**
53/23 53/23 57/14
96/21 97/6 97/12
97/16 103/19 132/14
132/16 133/2 136/6
151/17
**permanently [2]**
151/19 151/19
**permit [75]** 7/8 8/6
53/21 54/5 54/11
54/14 58/3 58/7 58/9
58/13 58/22 59/2 59/2
60/3 60/23 60/24
60/25 61/1 63/25 64/5
64/7 64/9 64/10 64/12
64/14 65/9 65/24 76/1
92/10 92/15 92/22
93/4 98/9 100/7 103/3
104/10 104/12 105/12
105/13 105/18 106/3
106/15 107/1 107/18
108/6 108/14 108/19
109/17 114/11 114/13
115/1 116/9 118/4
118/15 119/13 124/12
124/12 124/14 124/16
138/19 150/23 150/23
155/12 158/6 158/6
158/8 159/19 173/9
175/14 175/24 176/7
176/13 176/15 176/17
191/18
**permits [30]** 6/18
7/5 46/17 47/8 47/16
47/19 89/25 93/1 98/3
100/11 103/23 106/22
107/3 107/8 107/9
109/25 113/17 131/3
131/3 132/11 132/21
133/8 139/3 139/12
140/13 142/13 142/15
143/4 153/4 158/7
**permitted [6]** 8/6
75/18 75/24 150/22
158/5 185/9
**permitting [2]** 66/9
75/5
**person [53]** 14/6
15/14 15/16 15/23
19/9 21/6 23/6 26/1
34/4 34/5 34/6 34/7
36/12 36/20 38/22
39/4 39/18 40/3 50/22
53/17 56/14 70/4 70/6
70/11 115/25 118/8
133/19 148/8 150/3
150/25 151/1 152/14
154/25 155/6 175/12
189/14 192/9 197/9

198/12 198/13 199/2
199/2 199/14 199/24
201/6 201/9 201/10
201/13 202/7 202/9
203/21 204/10 205/4
**personal [10]** 117/9
117/13 118/23 123/16
126/9 130/12 168/7
170/22 185/5 190/16
**personality [1]**
24/22
**personally [1]** 205/5
**pertain [1]** 144/2
**pertaining [1]** 88/25
**Pertnoy [3]** 1/16
4/13 140/23
**petition [5]** 128/11
128/16 128/23 129/1
129/9
**phone [8]** 122/16
171/18 172/17 172/20
176/12 180/6 186/5
190/8
**photo [1]** 134/12
**photos [1]** 10/22
**physical [1]** 19/25
**physically [1]** 90/20
**PI [1]** 30/20
**pick [2]** 87/10 196/4
**picking [1]** 91/7
**pickles [1]** 62/3
**picks [1]** 40/22
**picture [7]** 48/15
110/19 111/6 116/15
135/3 135/7 152/13
**pictures [18]** 5/25
74/5 74/7 74/13 101/2
109/12 110/3 110/8
119/22 119/23 120/17
122/8 122/19 129/22
131/18 137/4 154/10
154/15
**piece [2]** 82/25
148/1
**PINILLA [21]** 1/4
4/10 10/21 46/15 58/2
75/17 78/7 125/9
130/7 130/21 131/5
131/12 158/15 159/17
163/17 168/20 169/24
170/8 171/20 203/20
205/20
**Pinilla's [2]** 50/19
169/5
**PIs [1]** 9/20
**place [20]** 37/14
55/9 75/6 75/8 82/10
91/7 100/13 107/21
111/10 119/18 121/7
152/7 163/5 175/1
175/8 175/17 183/23
184/13 186/17 201/16

**placed [5]** 90/20
94/11 94/18 95/24
110/16
**placing [1]** 81/12
**plain [1]** 200/12
**plainly [4]** 197/21
199/5 199/7 203/24
**plaintiff [31]** 4/7
10/10 11/18 14/24
15/16 17/19 28/13
32/8 34/12 35/24 36/1
41/20 45/11 49/15
96/8 196/17 197/11
197/13 197/25 198/3
198/8 198/10 200/9
200/13 201/9 201/17
201/21 203/24 204/4
206/1 206/16
**plaintiff's [2]** 4/20
115/6
**plaintiffs [24]** 1/5
1/10 4/10 35/14 36/24
43/14 44/14 51/9
81/24 82/4 82/7 83/16
160/7 197/5 197/16
197/19 198/18 199/15
199/21 203/6 203/15
203/18 204/13 205/16
**plaintiffs' [35]** 3/2
3/6 9/8 11/13 11/14
11/15 11/17 12/11
15/15 36/7 39/1 40/4
48/8 49/5 64/24 79/15
80/3 80/8 81/12 82/22
83/5 83/13 88/18
144/12 149/1 149/6
150/11 150/15 195/25
196/7 196/10 197/20
199/21 203/4 206/7
**plan [3]** 107/10
107/11 120/22
**planned [1]** 97/24
**plans [9]** 98/6 98/15
98/15 106/20 109/19
132/21 133/12 133/13
160/20
**plate [4]** 10/22 95/11
95/13 95/13
**play [8]** 16/23 48/16
141/2 141/7 141/8
141/20 202/24 206/23
**played [5]** 65/7
65/15 65/21 115/9
197/19
**please [43]** 4/6 8/1
8/23 18/22 28/24 45/5
45/14 45/17 57/13
57/15 69/14 69/17
70/8 72/18 73/2 81/10
86/8 96/2 101/19
102/7 110/8 112/24
117/19 122/6 123/13

**P**

**please... [18]** 123/24
125/13 134/7 135/21
137/4 144/4 146/12
146/19 157/12 160/7
164/13 165/4 165/7
165/15 195/8 205/2
207/7 207/9
**plug [1]** 92/12
**plumbing [10]** 79/24
92/17 92/17 100/10
106/21 107/3 107/11
108/22 108/24 139/20
**plus [1]** 202/7
**point [33]** 5/18
18/13 18/19 49/14
59/25 61/17 75/7
77/17 96/24 115/2
121/15 125/1 130/24
135/20 136/3 136/18
137/7 137/24 137/25
141/8 144/16 150/20
151/9 153/6 156/17
156/24 157/1 157/23
158/3 162/14 170/7
195/9 201/3
**points [1]** 202/25
**police [13]** 9/19 9/20
52/4 52/9 56/9 60/13
63/7 64/20 115/15
115/17 173/11 173/13
173/17
**polite [2]** 67/20
156/2
**political [1]** 51/14
**politics [1]** 51/14
**Pons [2]** 122/15
134/1
**portion [1]** 49/13
**portions [2]** 96/5
96/14
**posed [1]** 199/23
**position [3]** 14/14
99/17 167/4
**positions [2]** 72/20
166/19
**positive [1]** 183/11
**possessed [1]**
128/25
**possession [1]** 150/8
**possible [2]** 43/15
148/17
**possibly [2]** 14/24
139/9
**post [3]** 51/14 51/16
205/9
**poster [1]** 51/2
**posting [1]** 202/20
**potential [2]** 197/11
197/13
**potentially [1]** 57/18

**pounds [1]** 135/9
**power [13]** 36/9
36/24 56/18 56/19
69/8 69/11 73/19
73/23 88/4 88/17
116/11 198/13 198/16
**powerful [1]** 36/9
**predict [1]** 164/16
**preferred [1]** 51/14
**prejudice [1]** 44/19
**prejudiced [1]** 23/1
**prejudicial [2]** 6/5
141/9
**premises [8]** 88/25
89/3 123/7 123/8
123/10 125/8 125/11
128/22
**prepare [3]** 58/16
63/10 132/8
**prepared [3]** 43/4
62/2 116/24
**preparing [4]** 11/10
58/24 62/5 116/17
**presence [4]** 38/15
43/22 69/19 202/18
**present [7]** 35/1
38/16 45/4 66/22
66/25 72/25 202/4
**presented [1]** 198/7
**Preserving [1]**
150/12
**press [1]** 9/12
**pressed [1]** 9/11
**pretend [1]** 164/23
**pretrial [3]** 5/14
197/11 197/13
**pretty [1]** 52/13
**prevent [2]** 24/12
156/5
**prevented [1]** 120/5
**preventing [3]** 79/4
116/13 158/20
**prevents [1]** 93/11
**previous [1]** 49/3
**previously [2]** 113/2
192/12
**primarily [1]** 119/14
**print [1]** 146/4
**prior [14]** 84/5 89/23
91/22 98/10 99/5
106/22 128/22 138/15
142/2 142/6 143/23
144/6 163/9 194/16
**prison [2]** 13/18
205/11
**private [13]** 10/20
22/1 28/7 54/12 67/23
93/12 93/22 94/11
97/5 97/10 103/10
120/5 120/11
**privy [1]** 126/9
**proactive [1]** 13/13

**probably [7]** 16/21
17/7 19/15 19/24
72/12 135/8 204/13
**probative [3]** 5/25
6/4 7/17
**problem [14]** 19/5
23/10 23/24 28/23
43/24 57/6 91/17
119/24 123/22 186/13
186/24 190/10 191/18
192/14
**problematic [1]**
57/17
**problems [4]** 105/5
158/24 191/18 191/23
**proceed [7]** 15/18
15/20 15/25 41/15
43/4 147/9 148/21
**proceeded [5]** 9/6
9/10 9/13 58/17
141/13
**proceeding [2]**
44/21 208/1
**proceedings [4]**
21/3 72/2 154/4 209/4
**process [11]** 7/7
44/4 70/7 109/18
150/22 153/5 158/6
162/22 195/16 207/19
207/22
**produce [1]** 141/4
**produced [1]** 160/5
**producing [1]**
143/20
**professional [3]**
165/19 165/20 167/21
**profit [1]** 75/23
**prohibited [1]** 205/8
**prominent [1]** 199/4
**promise [1]** 207/5
**prompt [1]** 207/9
**proof [2]** 131/18
157/16
**propaganda [1]**
51/15
**propane [7]** 110/6
110/20 111/13 111/14
111/21 111/24 112/6
**propensity [1]** 44/2
**proper [5]** 109/17
131/3 131/3 138/12
139/3
**properties [1]** 169/6
**property [48]** 50/19
50/20 54/12 52/17
57/18 57/23 67/23
75/13 75/14 75/14
77/20 78/4 81/12 82/4
82/10 82/10 86/13
88/18 90/20 93/12
93/23 94/11 96/25
97/5 97/10 103/10

**103/24 109/4 110/23
111/3 111/8 112/9
113/9 118/16 120/5
120/11 124/10 124/11
128/2 133/9 133/10
138/7 138/20 140/7
171/20 175/9 175/17
184/12
**proposed [3]** 107/18
196/7 206/1
**prosecuting [1]**
205/13
**Protection [1]** 112/4
**provide [12]** 44/1
91/20 93/20 104/11
104/13 107/9 119/15
130/16 130/24 157/12
159/7 159/7
**provided [7]** 53/19
88/19 92/9 95/9
102/18 140/11 150/9
**Providing [1]** 88/6
**provisions [8]** 73/22
88/6 88/19 100/12
107/21 116/25 121/11
181/10
**public [12]** 11/22
16/8 69/17 88/24 89/2
95/2 96/25 96/25
157/6 157/7 157/13
196/25
**publicly [1]** 11/1
**publish [21]** 48/10
49/6 65/2 80/9 82/19
96/3 117/6 117/18
123/13 123/15 123/20
123/21 123/24 125/14
125/22 126/2 128/5
134/5 134/7 134/10
150/16
**publishing [2]** 48/9
64/25
**pull [11]** 64/10 86/20
86/23 92/10 92/14
92/22 93/1 95/14
107/9 139/3 191/18
**pulled [5]** 107/7
110/1 132/11 133/8
143/4
**pulling [4]** 81/10
87/2 95/18 111/13
**pulls [1]** 87/9
**purchase [1]** 69/6
**purchased [5]** 58/15
86/10 86/12 134/20
134/21
**purpose [4]** 158/10
183/15 198/1 199/5
**purposes [4]** 25/18
44/17 195/9 199/9
**pursuant [1]** 5/13
**pursue [1]** 54/23

**push [1]** 32/2
**pushed [1]** 185/18
**put [47]** 34/15 37/17
50/21 51/10 62/10
63/21 66/12 79/24
82/12 82/18 84/2 86/2
86/25 87/6 87/7 92/18
93/10 93/10 93/16
95/16 100/13 112/2
121/12 123/10 130/2
131/14 131/16 135/12
136/5 136/7 136/15
136/16 136/25 137/23
147/4 154/7 155/12
156/11 156/13 157/6
160/8 193/7 193/15
197/12 202/12 205/6
205/7
**putting [2]** 93/8
154/8
**PX [3]** 81/10 81/10
82/18

**Q**

**question [39]** 17/9
26/7 27/6 27/20 29/3
30/4 31/15 32/24
46/25 47/2 49/19
90/15 93/7 93/14
93/14 118/12 118/24
127/15 127/16 127/18
130/20 140/3 141/17
142/4 149/13 162/6
163/13 166/10 170/4
171/4 171/13 174/4
175/20 176/10 191/7
192/10 194/9 194/9
199/23
**questioned [1]**
143/23
**questioning [1]**
141/11
**questions [12]**
17/15 19/4 81/2
119/19 135/14 140/16
145/19 160/3 163/20
181/8 202/19 207/11
**quick [6]** 26/6 27/6
27/20 29/3 30/4 31/15
**quiet [1]** 13/1
**Quinta [1]** 192/13
**quite [2]** 9/23 125/5
**quote [2]** 77/23
98/18
**quoting [1]** 9/17

**R**

**R-O-M-E-R-O [1]**
45/19
**R-O-S-A [1]** 45/19
**race [1]** 20/9
**Rachel [8]** 52/24

**R**

**Rachel... [7]** 53/16
102/16 104/5 155/22
155/22 156/17 156/24
**raid [7]** 52/8 52/12
52/19 52/23 55/25
98/19 98/20
**raided [11]** 52/3
52/6 56/7 59/23 64/20
75/4 75/10 75/12
76/25 78/10 152/16
**raids [4]** 76/15 76/20
77/17 109/11
**raise [5]** 45/14 122/1
145/10 149/11 165/4
**raised [8]** 12/7 14/18
15/5 37/23 49/2 122/2
143/3 206/22
**rally [13]** 170/16
171/19 172/1 172/7
172/14 172/18 172/22
173/1 173/11 173/13
173/17 173/22 173/25
**ran [1]** 171/15
**rank [1]** 97/19
**Rassie [2]** 209/6
209/6
**rate [1]** 146/11
**rather [1]** 29/5
**re [1]** 154/19
**re-clarify [1]** 154/19
**reach [1]** 93/15
**reached [2]** 82/1
82/1
**react [1]** 49/22
**read [19]** 9/1 17/11
17/20 34/16 38/12
38/15 38/16 126/3
150/20 195/24 195/25
196/1 196/7 196/23
200/21 200/22 201/2
202/5 205/14
**readily [1]** 69/9
**reading [2]** 4/15
11/18
**ready [1]** 34/22
**real [5]** 6/4 39/25
122/22 123/1 123/1
**realized [2]** 130/1
157/23
**really [13]** 20/18
26/17 40/9 52/15 55/3
57/12 91/19 103/22
113/23 113/23 130/9
157/25 199/20
**reason [10]** 6/16
21/17 52/11 118/3
141/17 142/15 142/20
153/11 159/12 203/7
**reasons [1]** 152/6
**reassured [1]** 74/19

**rebuts [1]** 164/18
**rebuttal [1]** 5/9
**recall [41]** 26/17
27/24 27/25 28/5 29/9
30/8 30/13 30/18
31/25 33/3 50/16 51/6
61/4 67/2 82/16 88/9
88/13 98/23 118/5
120/14 125/12 128/3
131/11 133/19 136/4
136/14 136/19 139/23
168/12 168/17 169/21
169/23 170/11 170/13
173/10 173/14 174/9
177/21 181/12 192/22
207/13
**recalled [2]** 14/25
178/12
**receipt [6]** 90/9
99/23 99/24 100/3
102/8 102/22
**received [22]** 3/6
5/8 8/25 26/7 28/6
49/5 74/17 80/8 82/22
98/22 122/16 149/4
149/12 150/15 154/17
154/20 160/21 172/3
172/17 176/12 186/5
192/23
**receiving [2]** 129/13
171/18
**reception [1]** 49/21
**recess [7]** 41/13
69/14 70/24 71/2
146/9 146/11 146/17
**recognize [9]** 20/1
20/7 20/20 21/3 25/23
34/5 65/2 70/4 89/14
**recognized [2]** 9/8
10/2
**recognizing [1]**
198/1
**recollection [5]**
94/12 128/5 145/20
169/13 174/11
**recommendation [1]**
81/14
**recommendations**
**[2]** 106/19 107/14
**recommended [2]**
30/10 102/17
**record [25]** 4/7 5/2
9/2 15/22 16/8 16/9
17/17 18/22 19/22
25/18 25/19 25/21
26/4 27/4 27/15 28/24
29/25 31/13 32/22
34/16 44/17 45/18
143/18 165/8 196/9
**records [4]** 157/6
157/7 157/13 196/25
**RECROSS [2]** 3/3

160/10
**red [3]** 43/3 43/14
133/14
**redact [2]** 49/12
49/15
**redirect [3]** 3/3
145/4 148/23
**reference [4]** 8/13
81/14 141/4 178/6
**referred [3]** 151/22
199/3 199/3
**referring [10]** 7/14
53/3 93/25 94/4
124/25 134/12 178/8
178/19 194/5 194/6
**reflect [3]** 106/21
116/4 196/25
**reflects [2]** 5/2
36/19
**refresh [7]** 128/5
174/10
**refrigeration [1]**
69/11
**refused [2]** 66/14
133/18
**refusing [1]** 169/25
**Regalado [1]** 142/22
**regard [1]** 35/22
**regarding [7]** 21/14
21/23 21/25 24/4 31/1
31/22 169/18
**register [3]** 95/5
95/7 95/10
**registered [2]** 94/24
95/21
**regular [1]** 35/13
**Regulation [2]** 48/1
165/20
**regulations [3]** 85/5
85/7 85/9
**Regulato [6]** 6/1
7/15 7/18 7/19 8/11
8/15
**reissued [1]** 163/1
**reiterate [3]** 143/16
201/23 206/22
**related [3]** 37/8
167/11 188/15
**relating [2]** 37/15
37/16
**relationship [1]**
144/22
**relevance [5]** 126/11
127/9 127/14 127/20
182/15
**relevant [2]** 7/23
126/22
**relief [5]** 38/24
128/11 128/17 128/23
129/9
**relying [1]** 207/5
**remain [2]** 51/21

108/6
**remained [1]** 51/22
**remark [1]** 12/18
**remember [31]** 29/7
29/15 29/16 30/6 31/5
47/14 50/15 50/16
51/7 51/9 65/13 66/20
119/4 129/12 130/23
133/21 171/9 171/15
171/18 171/25 172/1
173/15 175/1 178/10
183/25 186/15 190/15
192/22 192/24 197/18
201/24
**remind [3]** 151/4
152/3 171/2
**remove [4]** 113/9
118/24 128/1 129/11
**removed [5]** 75/7
128/21 129/12 129/13
135/1
**Renazile [1]** 31/14
**renew [2]** 149/2
163/9
**rent [1]** 69/6
**renting [1]** 69/10
**reopen [3]** 53/14
58/14 59/20
**reopening [1]** 61/5
**repairs [2]** 169/23
169/25
**repeat [1]** 171/4
**repeatedly [2]** 40/17
140/23
**rephrase [6]** 47/1
170/4 171/13 175/20
176/10 180/24
**reporter [4]** 15/9
16/9 102/3 209/7
**represent [1]** 150/5
**representative [2]**
62/12 185/7
**represented [1]**
81/15
**represents [1]** 79/3
**reproach [1]** 205/15
**request [10]** 4/16
18/6 24/1 24/11 49/8
129/3 157/6 160/4
163/9 163/10
**requested [2]** 35/24
203/10
**requests [1]** 44/19
**require [2]** 42/17
175/14
**required [17]** 51/24
99/14 99/15 99/17
100/2 100/2 101/11
102/21 103/14 104/7
106/16 106/18 109/14
111/25 113/6 135/13
153/16

**requirements [5]**
88/24 89/2 105/6
106/12 112/5
**requires [1]** 106/15
**requiring [2]** 120/24
121/13
**research [5]** 28/10
30/25 32/11 61/19
62/7
**reservation [1]**
44/18
**residential [3]**
107/23 167/25 184/16
**resolution [1]**
113/15
**resolve [2]** 43/16
66/10
**resolved [3]** 38/22
44/24 191/23
**resources [1]** 36/10
**respect [47]** 4/15
5/22 10/25 16/23 17/2
17/21 33/15 35/4
36/13 38/10 42/10
43/22 82/4 82/15
91/22 92/3 92/25 93/7
96/4 112/5 114/7
119/13 133/4 133/9
133/18 136/14 137/14
139/15 139/20 145/15
158/15 160/12 163/16
163/18 163/25 164/10
167/12 167/18 168/19
172/17 180/23 195/13
196/19 196/22 200/10
200/18 201/4
**respected [1]** 72/20
**respectfully [2]** 4/16
12/10
**respond [1]** 10/6
**responded [1]** 9/13
**responding [1]**
157/23
**response [2]** 11/6
43/11
**responsibility [2]**
138/24 138/25
**responsible [8]**
76/10 76/14 76/17
76/19 88/3 139/2
159/18 205/18
**rest [2]** 41/14 204/13
**restaurant [43]** 6/3
6/12 7/22 7/24 8/8
46/7 46/16 47/4 47/12
47/17 48/19 48/21
50/2 50/3 50/7 51/24
53/15 54/7 54/20
54/20 55/8 55/12
55/21 58/14 59/20
61/6 73/11 73/16
80/13 80/15 80/22

**R**

restaurant... [12]
80/23 98/9 109/15
133/13 152/18 160/18
161/9 161/13 162/16
190/12 190/13 194/25
restaurants [1]
161/20
rested [1] 25/8
restriction [1]
152/24
restrictions [1]
105/7
resubmitted [1]
122/8 154/16
result [2] 173/3
187/13
revealed [1] 198/14
review [2] 167/10
200/23
reviewed [1] 195/25
reviewing [2] 43/12
174/10
revisions [1] 42/7
revoked [15] 60/25
61/1 61/2 61/3 105/17
114/15 114/18 114/20
114/21 116/9 118/6
118/7 124/18 124/21
158/9
Reyes [7] 178/5
178/11 178/21 179/3
179/3 181/5 181/22
ribbon [1] 7/22
ridiculous [1] 36/18
right [130] 4/17
6/10 7/11 8/22 8/25
12/25 14/6 14/19 16/3
16/4 19/2 19/19 20/6
24/25 26/3 26/22 28/9
28/23 29/21 32/14
32/18 32/19 34/1
36/11 38/16 38/19
41/19 41/23 42/7 43/3
43/6 44/12 44/15 45/2
45/14 45/25 47/1 47/5
48/9 49/1 49/4 49/10
49/16 50/6 57/1 65/14
65/16 69/13 70/20
70/21 72/24 73/4 73/5
79/18 80/12 80/13
82/8 83/21 85/11
88/21 94/13 94/17
96/8 96/12 97/1 103/7
106/1 106/6 106/11
108/11 110/18 110/22
110/22 110/23 110/24
111/1 111/1 111/3
112/23 114/21 115/7
115/11 115/23 115/23
121/12 121/22 122/5

129/14 134/10 141/4
144/1 145/7 145/24
146/3 146/8 146/9
146/11 148/6 148/17
153/6 162/24 165/4
166/5 168/10 168/12
168/15 168/18 169/10
169/14 172/18 174/14
176/13 177/18 177/19
184/3 184/5 186/8
186/10 186/17 187/21
188/7 188/9 191/25
192/9 192/16 195/5
195/23 201/20 206/11
207/12
rise [3] 69/23 72/7
146/15
risk [1] 128/25
RMR [1] 209/6
RMR-CRR [1] 209/6
road [1] 87/12
RODNEY [2] 1/8
209/7
role [6] 158/16 167/8
167/12 167/18 167/23
185/13
roles [1] 167/24
rolling [1] 87/11
Romano [1] 45/19
Romero [19] 6/16
44/14 45/13 45/22
45/24 46/19 47/4
48/13 73/9 81/5 81/7
102/1 148/23 148/25
149/16 150/19 151/13
160/10 163/23
roof [1] 152/1
room [4] 22/9 67/1
184/17 209/8
Rosa [9] 6/15 44/14
45/13 45/19 45/22
81/5 121/16 148/23
160/10
Rossana [1] 4/8
roughly [1] 78/3
round [1] 104/19
rule [1] 148/16
rules [7] 85/5 101/12
102/20 112/5 133/3
133/4 133/6
ruling [1] 46/21
rum [1] 10/23
rumors [1] 182/5
running [5] 50/15
50/17 50/22 116/12
171/10
runs [1] 75/22

**S**

S.E [1] 1/19
s: [1] 209/6
sabotaged [3] 67/7

113/20 119/16
sabotaging [1]
61/22
safe [2] 15/18 63/12
safety [2] 63/11
167/10
said [136] 9/15 9/21
9/22 10/19 11/15
11/20 14/5 15/12 22/8
22/11 25/12 25/23
26/13 26/14 26/16
26/16 27/9 27/21
27/25 28/3 28/5 28/17
28/19 29/6 29/9 30/8
30/9 30/14 30/18
30/21 31/6 31/17
31/19 31/20 31/21
32/1 33/4 33/5 33/12
34/8 36/13 45/11
47/24 51/13 57/16
59/5 61/8 66/12 66/14
67/16 67/24 68/2 68/2
69/21 74/10 74/12
74/21 74/25 78/25
83/1 98/2 98/5 103/5
105/13 108/5 114/16
118/23 119/8 120/23
120/24 122/24 126/17
131/14 131/16 131/18
131/22 131/24 133/15
133/19 136/6 136/6
136/20 137/14 138/13
139/21 143/6 143/24
153/17 154/11 154/13
154/22 154/25 156/5
162/24 167/1 168/14
172/17 173/4 176/12
178/12 178/13 178/19
178/23 179/9 183/5
183/9 183/9 183/24
184/5 186/10 186/12
186/13 186/18 187/3
187/5 187/6 187/20
188/3 188/7 188/17
190/9 190/15 190/18
190/19 191/9 191/21
192/14 192/15 193/13
193/14 194/6 199/2
201/23 204/19 206/19
207/11
same [23] 9/9 11/12
24/16 34/7 34/12
37/22 75/14 76/8
120/1 138/21 145/18
145/18 145/18 147/25
155/8 158/3 159/9
181/13 182/20 187/7
188/2 205/24 206/1
sanction [1] 13/17
sanctioned [1] 204/4
sanctioning [1] 6/15
sanctions [1] 39/23

sandbagging [2]
143/21 143/22
sandwich [9] 46/1
46/5 54/23 57/10 80/1
81/21 106/7 152/25
198/17
sandwiches [2] 81/1
113/22
Sanguich [15] 5/23
46/6 47/5 47/7 76/25
84/6 109/15 123/6
124/11 125/7 135/1
135/2 151/4 152/14
152/21
Sarnoff [2] 1/21
4/13
sat [2] 122/12
138/13
savings [2] 55/2
131/6
saw [13] 12/4 12/8
19/10 20/21 21/11
33/20 74/6 94/6
101/18 107/2 156/9
157/24 202/4
say [62] 8/14 11/24
13/1 16/11 17/1 18/20
19/20 20/10 22/20
24/19 25/19 28/4
29/10 30/7 30/12
31/18 33/7 35/14
36/12 41/9 42/15
46/21 46/22 51/12
58/25 60/9 66/21
66/25 69/18 79/20
97/10 97/25 102/2
102/4 110/11 113/24
114/20 124/2 122/9
124/20 124/23 130/21
131/6 131/12 135/21
139/10 148/9 153/22
160/12 161/11 172/6
179/10 182/6 191/4
191/14 199/15 201/6
201/9 202/6 203/23
205/16 206/6
saying [11] 7/9 65/8
68/1 126/17 148/7
154/18 181/22 183/11
196/16 197/20 201/14
says [40] 36/21
53/17 74/13 86/7
87/15 87/18 88/20
88/22 88/23 89/10
94/12 94/21 96/21
96/21 97/19 97/19
100/20 103/9 104/10
106/7 106/11 106/20
106/20 107/15 109/15
109/23 109/24 111/24
124/15 126/3 128/14
133/22 142/5 156/10

158/4 162/19 191/4
198/15 200/11 205/6
Scared [2] 23/10
schedules [1] 164/2
scheduling [2]
146/24 195/9
scope [8] 78/17 79/8
154/3 157/9 166/7
166/12 167/20 177/14
SCOTT [2] 2/2 2/2
scramble [1] 69/6
screaming [2]
136/23 201/14
screen [6] 48/13
48/14 80/12 80/21
96/16 149/5
seat [1] 45/20
seated [7] 8/1 14/12
45/5 72/5 72/24
146/18 148/20
seating [8] 97/20
97/20 101/2 101/12
101/14 106/8 138/13
153/1
seats [1] 101/15
second [20] 6/12
48/8 68/23 73/10
80/19 85/20 86/6
97/19 101/9 105/20
105/23 106/10 108/18
115/7 134/5 134/5
141/3 144/14 167/6
171/8
secondary [1] 38/20
seconds [2] 70/1
164/11
section [5] 81/18
86/6 106/19 110/18
111/23
sections [2] 178/12
178/14
security [1] 121/16
see [128] 8/22 11/6
12/6 13/9 13/13 13/14
13/19 14/3 20/3 20/7
21/6 23/6 23/12 34/6
40/14 40/20 40/25
48/11 49/14 66/4
66/18 69/21 69/25
70/6 70/7 70/16 70/18
70/21 83/2 85/19
85/20 86/6 86/7 87/16
87/20 88/1 89/3 89/11
89/24 93/9 95/15 97/8
99/10 100/7 101/2
101/8 101/10 101/13
101/22 101/25 102/9
102/11 102/12 102/15
103/5 106/6 106/12
106/18 106/22 106/24
107/4 107/24 108/5
108/5 108/7 109/4

**S**

see... [62] 109/6
109/23 109/24 110/3
111/6 111/11 111/21
112/12 112/14 112/20
112/25 113/17 114/1
115/21 115/22 115/23
115/25 116/1 116/3
116/11 116/15 121/4
122/19 124/9 124/14
124/17 125/21 128/14
128/16 128/19 130/3
130/19 135/7 135/15
137/5 137/6 137/12
140/13 140/15 145/24
149/5 149/9 149/10
164/6 183/24 186/12
186/18 186/22 186/24
187/1 187/1 187/3
188/1 190/10 199/6
202/9 202/11 202/14
202/15 205/2 207/15
207/23
seeing [2] 98/23
100/20
seek [2] 96/6 117/7
seeking [1] 205/25
seen [16] 15/14 20/4
43/11 55/7 91/7
117/22 118/9 118/18
118/23 123/17 141/5
144/13 149/16 204/22
204/24 205/2
sees [1] 70/6
selection [1] 31/5
sell [11] 63/11 63/23
66/9 66/10 80/25 81/1
90/5 96/19 113/22
151/6 151/19
selling [9] 59/24
63/9 66/16 75/8
116/14 116/22 151/7
151/18 162/13
sells [1] 86/21
send [8] 63/2 172/23
173/1 173/11 173/13
176/18 176/20 190/25
sending [2] 118/10
192/15
sense [4] 10/6 15/7
36/23 200/4
sent [8] 62/21 62/22
109/10 123/5 157/5
173/14 186/13 190/18
separate [6] 88/7
88/14 112/16 121/17
139/22 139/24
serial [1] 95/9
Series [1] 21/18
serious [2] 12/23
40/5

serve [4] 55/10 80/2
97/4 107/25
served [2] 129/1
152/22
service [6] 96/22
150/21 151/9 151/16
158/4 166/25
serving [1] 24/10
session [3] 4/1 72/1
207/14
set [4] 101/13
107/13 136/2 204/10
seven [1] 89/19
several [5] 52/9 56/8
58/11 63/19 64/19
sewer [6] 87/19 88/4
88/14 88/15 88/18
92/19
shadows [1] 101/7
shall [3] 87/18 88/23
89/1
share [6] 9/3 22/10
22/11 24/3 33/3 37/22
shared [5] 22/5 22/6
24/2 33/2 57/16
she [135] 10/17
11/15 11/19 11/20
11/24 12/6 13/8 14/25
15/12 15/13 15/14
15/17 15/23 18/8
23/12 23/13 24/2 24/3
25/13 25/23 26/9
26/10 26/12 26/13
26/14 26/14 26/15
26/22 27/8 27/8 27/10
27/22 27/23 27/23
27/24 27/25 28/3 28/3
28/17 29/6 29/6 30/7
29/8 29/12 30/6 30/7
30/7 30/9 30/10 30/12
30/15 30/16 30/17
30/18 31/17 31/18
31/18 31/20 31/23
32/1 32/3 32/4 33/2
33/2 33/3 33/4 33/5
33/11 34/4 36/5 36/13
41/21 53/1 53/8 53/17
64/3 67/19 70/5 76/13
77/11 102/17 104/5
104/7 104/10 104/22
118/22 118/23 118/23
121/16 126/3 126/5
126/9 126/10 126/14
126/15 126/18 139/18
140/22 141/16 142/5
142/5 143/3 143/6
143/23 143/24 145/20
149/4 149/12 155/24
156/2 156/3 156/4
156/5 156/9 156/10
156/13 157/1 157/2
157/3 157/3 157/23

157/24 157/25 185/4
187/13 187/17 187/18
193/6 193/13 193/14
193/17 198/25 199/1
199/1 205/6
she had [2] 27/10
157/25
she's [8] 14/24 53/1
123/17 126/8 185/4
193/7 193/15 205/4
Sheba [4] 18/9 18/21
25/1 25/17
shine [1] 116/3
ship [1] 91/13
shipping [38] 55/2
55/6 55/15 55/22
57/19 58/23 75/6
79/19 79/22 82/13
91/1 92/5 92/20 95/4
95/7 95/11 95/18
95/19 95/19 95/23
100/13 104/24 105/2
107/12 110/15 113/22
114/24 119/23 120/18
121/2 121/6 123/10
124/24 152/4 152/5
152/8 152/11 153/13
shirt [1] 20/18
shocked [2] 52/13
154/17
shop [5] 46/1 46/5
54/24 81/21 198/17
short [8] 14/11 20/2
20/2 20/12 51/22
145/23 146/17 162/23
shortly [5] 51/23
52/16 113/8 125/2
125/10
should [27] 5/12 6/6
9/17 9/22 10/6 13/15
14/8 15/6 16/7 22/10
23/13 37/20 39/16
44/5 59/13 107/11
141/18 153/17 196/1
197/18 200/15 200/21
201/5 201/25 205/13
206/6 207/6
shouldn't [2] 42/1
57/21
show [32] 6/2 7/15
8/20 48/7 49/8 63/7
64/23 79/14 93/24
94/3 96/5 117/17
122/5 123/12 123/18
128/4 128/6 139/10
139/11 140/24 141/22
142/11 143/9 144/6
145/8 148/25 163/3
164/16 164/19 174/19
186/10 198/2
showed [7] 59/2
59/2 74/9 109/9

119/22 140/10 143/2
showing [7] 48/9
49/11 64/24 82/24
96/16 104/13 128/13
shown [5] 6/6 115/5
149/7 152/13 164/18
shows [5] 6/13 7/23
105/19 143/23 197/24
shut [8] 51/24 61/7
69/3 116/20 152/16
173/17 173/22 173/24
shuts [1] 142/20
shutting [2] 170/16
187/14
SHUTTS [1] 1/20
side [19] 9/8 11/15
11/17 11/21 12/5
12/15 15/9 15/15
18/23 36/15 39/1 40/4
115/19 135/3 184/15
201/13 203/4 205/6
205/24
sidebar [39] 8/22
10/14 13/9 14/17
14/18 16/12 16/13
17/22 18/19 18/20
23/25 25/5 25/16 26/2
26/24 26/25 27/13
28/22 29/23 31/10
32/17 34/2 35/5 35/7
37/5 38/5 44/20 44/24
49/3 70/1 125/24
140/19 140/22 146/23
162/2 163/10 163/11
164/11 193/10
sidebars [1] 164/14
sides [7] 23/21 37/25
40/4 122/2 196/14
200/20 207/6
sidewalk [2] 110/23
110/25
sign [4] 50/21 51/10
51/16 111/23
signature [2] 89/15
89/15
signed [2] 10/2
91/23
significant [6] 58/19
70/15 168/19 168/23
169/4 178/3
signing [3] 89/23
150/25 151/1
silent [1] 125/19
similar [2] 21/18
207/7
simple [3] 42/16
42/22 200/12
simply [2] 74/10
144/15
simultaneously [1]
11/12
since [8] 20/4 20/5

23/18 32/12 113/12
160/5 160/8 205/1
single [8] 68/24
81/17 113/14 113/16
113/19 130/17 139/5
200/23
singled [1] 18/8
sir [56] 11/16 14/21
28/1 28/11 28/15
32/21 33/3 35/3 38/18
41/3 41/15 43/1 44/11
72/11 72/16 72/21
84/7 85/2 85/23 89/4
89/18 92/2 92/5 92/24
97/22 98/20 98/24
99/22 100/23 103/15
108/10 110/21 111/2
114/6 114/17 117/10
118/13 118/24 127/2
131/21 132/4 132/7
132/10 140/4 140/12
144/8 144/22 162/3
165/3 190/17 195/5
195/16 196/11 204/5
204/17 206/8
sit [7] 18/18 38/4
85/3 152/20 152/25
205/11 205/23
site [1] 108/7
sites [2] 69/8 191/11
sitting [14] 11/15
11/16 12/5 15/15 93/6
101/3 101/5 101/6
101/17 122/14 152/14
152/17 201/13 205/23
situation [5] 29/11
29/12 62/6 104/19
126/17
six [1] 89/19
skeptically [1] 9/15
skip [1] 96/14
slap [1] 113/23
slide [1] 25/3
small [1] 177/6
smiled [1] 9/15
smiling [2] 73/3
207/15
SMITH [2] 1/8 209/7
so [317]
social [11] 9/21
21/23 36/14 36/14
36/19 63/1 130/18
199/4 199/5 199/6
199/16
solely [1] 206/24
solution [1] 53/23
solve [1] 191/17
some [45] 10/11
17/15 17/23 19/3 20/3
25/3 26/10 27/23 28/3
28/4 29/7 29/13 31/17
31/22 33/1 33/6 35/24

**S**

**some... [28]** 36/5
42/7 43/12 53/22
68/12 73/2 77/17 91/3
92/20 105/3 105/4
105/4 108/21 108/22
115/25 121/17 121/19
135/12 137/24 153/6
156/17 157/1 165/22
166/19 168/16 168/25
198/21 201/1

**somebody [27]**
12/14 13/20 36/23
44/3 68/7 74/11
115/21 116/11 116/18
124/7 127/25 143/2
152/25 155/17 155/18
156/19 172/2 172/3
172/6 173/1 190/8
192/18 194/2 198/8
198/9 200/3 203/23

**somehow [4]** 6/2
7/15 36/8 200/5

**someone [16]** 27/21
28/6 29/5 29/17 30/6
30/14 31/16 31/20
43/23 44/2 97/4
115/22 122/13 157/17
176/18 204/3

**something [43]**
13/15 13/24 16/2 16/8
16/10 22/8 24/4 24/12
25/12 27/9 27/21 28/7
29/14 30/15 30/19
31/18 33/4 33/9 33/21
36/1 36/10 37/11 41/4
41/5 41/25 43/13 54/9
104/18 104/25 115/2
116/18 122/20 126/10
130/12 152/8 153/23
158/20 164/17 167/7
182/12 189/3 199/4
205/17

**sometime [1]** 66/21
**sometimes [3]** 40/20
40/21 102/1
**somewhere [2]**
77/21 78/2
**soon [2]** 142/19
175/1
**sorry [23]** 31/4
46/19 47/25 62/16
65/1 67/16 77/7 82/6
95/22 120/8 141/21
143/14 154/7 166/5
166/8 171/4 172/14
174/16 176/5 187/6
189/8 189/25 191/17
**sort [6]** 33/10 51/14
69/8 77/13 99/14
135/12

**sound [3]** 17/2 48/16
110/2
**Sounds [1]** 125/7
**South [1]** 2/3
**SOUTHERN [1]** 1/1
**space [5]** 17/23
82/12 132/9 150/1
152/23
**Spanish [2]** 178/22
178/23
**speak [17]** 10/17
10/25 34/10 52/22
53/5 53/8 53/13 67/10
93/9 93/15 102/18
122/13 129/25 134/1
138/1 184/18 195/6
**speaking [6]** 41/16
65/19 74/4 74/10
149/23 157/2
**special [11]** 52/15
54/7 65/9 65/23 66/8
75/5 124/11 173/9
173/9 175/14 176/17
**specific [9]** 30/17
38/24 179/2 180/1
180/12 185/14 186/16
191/11 192/10
**specifically [4]**
183/3 183/23 184/11
184/18
**specified [1]** 192/23
**specify [2]** 174/4
177/16
**speculation [24]**
49/23 55/17 56/21
59/9 59/16 60/16 64/2
76/12 77/9 155/3
155/8 159/1 159/20
168/8 170/23 171/12
176/25 179/22 180/18
182/1 183/17 185/10
185/23 193/4
**spell [2]** 45/18 165/8
**spend [2]** 13/17
43/20
**spending [1]** 164/11
**spent [7]** 13/22
43/11 113/14 122/22
122/23 134/21 205/12
**spillover [1]** 107/23
**spoil [5]** 61/16 62/5
69/12
**spoke [8]** 15/23 82/7
100/21 104/5 130/4
133/25 138/3 155/25
**spoken [2]** 43/25
102/3
**spot [1]** 161/16
**square [1]** 104/18
**staff [3]** 174/21
174/22 186/6
**stage [2]** 62/20

63/22
**stake [2]** 197/5
197/17
**stamp [1]** 7/16
**stance [1]** 77/15
**stand [3]** 62/24
165/3 195/13
**standing [7]** 69/7
84/25 97/21 106/8
115/22 116/1 116/13
**standoffish [1]**
157/25
**stands [3]** 55/23
86/22 143/12
**start [13]** 21/2 23/5
78/25 81/9 82/25 84/3
96/13 109/18 142/20
148/5 148/10 164/6
207/12
**started [9]** 20/5
58/16 74/24 89/17
125/20 142/14 147/14
157/5 162/21
**starting [3]** 4/7 55/1
108/19
**starts [1]** 144/19
**state [38]** 4/7 26/3
27/4 27/14 28/24
29/24 31/13 32/22
45/17 47/20 48/1 59/3
63/10 65/22 79/5
84/25 85/6 85/10 90/1
90/5 90/22 93/2 93/20
96/20 98/7 101/1
112/10 143/5 150/7
151/5 158/12 160/14
160/19 165/7 165/23
165/24 165/25 167/9
**stated [2]** 38/9
196/12
**statement [16]** 9/3
32/7 40/20 41/2
126/20 138/4 142/3
142/7 143/23 144/7
196/2 196/14 196/15
196/22 198/1 198/9
**statements [2]**
40/15 40/25
**states [8]** 1/1 1/9
4/6 4/17 4/21 9/2
149/25 150/21
**stating [3]** 75/4
196/14 203/13
**station [2]** 80/1 80/1
**stature [1]** 19/15
**status [2]** 119/13
130/8
**statute [1]** 186/25
**statutes [2]** 84/20
180/25
**stay [3]** 73/20 152/9
152/22

**step [1]** 195/6
**Steven [1]** 186/9
**still [16]** 18/18 23/21
44/6 48/11 59/3 60/1
98/13 105/5 114/23
123/18 137/6 138/20
154/18 195/13 195/16
197/14
**stip [1]** 197/13
**stipulated [1]**
164/12
**stipulation [1]**
197/11
**stood [1]** 130/14
**stool [1]** 101/15
**stools [1]** 101/13
**stop [8]** 49/12 66/16
77/17 77/19 97/3
157/21 191/13 195/5
**stopped [1]** 157/23
**stops [1]** 40/1
**storage [1]** 85/19
**storing [1]** 117/2
**story [3]** 6/11 114/4
145/18
**straight [1]** 183/22
**straightforward [1]**
38/6
**streamline [1]** 44/4
**street [18]** 1/16 1/19
46/9 63/20 75/15
85/20 86/16 86/23
115/16 124/10 132/3
133/9 161/19 161/21
181/20 184/14 186/17
191/14
**streets [2]** 63/19
96/25
**strenuous [1]** 79/7
**Stricken [1]** 79/10
**strictly [1]** 181/6
**strike [11]** 5/11 8/18
67/11 68/5 76/21
77/23 78/16 79/8 89/9
137/12 182/8
**strongly [1]** 9/24
**structure [31]** 55/4
86/21 90/19 94/20
97/15 99/15 99/17
99/19 107/1 107/6
109/1 109/18 110/2
113/6 113/9 120/11
120/20 132/14 132/17
133/2 150/2 150/22
151/6 151/20 151/22
151/23 152/1 152/3
158/5 159/12 160/21
**stuttered [1]** 204/19
**Suarez [2]** 1/12 4/9
**Subject [1]** 49/2
**submit [7]** 53/20
53/25 54/1 106/20

**submitted [10]** 19/3
47/20 48/3 54/16 98/3
120/17 154/10 154/15
160/15 161/7
**substance [1]**
138/10
**substantive [1]**
43/13
**succeed [1]** 6/18
**successfully [1]**
158/13
**such [1]** 107/15
**sudden [1]** 141/7
**suggest [1]** 141/13
**suggested [4]** 53/21
56/14 113/17 140/23
**suggesting [1]**
142/14
**suggestion [4]**
16/10 36/7 37/19
44/22
**suit [1]** 20/15
**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**sum [1]** 138/10
**summons [2]** 100/16
100/19
**Sunday [1]** 13/5
**support [3]** 51/3
130/23 172/14
**supposed [5]** 113/9
144/16 152/8 167/13
181/8
**sure [58]** 5/3 5/7
15/6 15/22 18/4 20/25
23/19 23/20 24/8
30/15 31/24 33/22
34/12 39/6 39/16 40/1
40/3 40/12 40/13
40/21 40/25 45/10
68/17 68/22 69/1
70/19 73/16 73/21
74/18 77/13 79/12
80/10 83/24 84/17
84/23 90/19 90/23
107/2 107/22 113/21
115/24 117/16 123/25
125/5 125/25 128/6
128/9 131/19 133/12
136/12 137/25 146/25
154/12 160/2 161/1
161/2 163/14 164/13
**surreptitious [1]**
40/8
**suspect [1]** 117/22
**sustain [4]** 78/19
117/13 118/22 127/1
**sustained [54]**
46/22 47/1 47/10
49/25 53/11 56/4
56/11 56/23 76/23

**S**

**sustained... [45]**
78/18 79/10 85/14
96/1 109/21 111/19
117/25 127/4 127/10
127/21 132/19 137/2
137/10 138/17 138/22
143/8 154/5 155/4
155/15 155/20 156/22
163/12 167/16 170/4
170/24 171/13 174/14
175/5 175/20 176/10
178/17 182/9 182/16
182/21 183/13 183/18
184/9 184/25 185/11
188/13 188/20 189/6
190/4 193/24 194/8
**sustaining [1]** 129/7
**SW [3]** 75/15 85/20
124/10
**swarmed [1]** 52/18
**swept [1]** 68/25
**sworn [4]** 45/15 99/1
99/4 165/5
**sympathized [1]**
156/2
**system [3]** 40/10
88/5 107/15

**T**

**T6 [1]** 94/13
**table [1]** 152/14
**tables [2]** 101/13
116/16
**tactic [2]** 179/18
184/6
**tag [4]** 95/18 95/20
95/21 95/21
**taint [1]** 36/2
**tainted [1]** 37/24
**tainting [1]** 44/3
**take [41]** 10/9 14/1
23/5 41/8 42/22 42/25
48/13 58/14 61/5
62/17 70/1 72/10 73/1
73/4 87/7 103/20
114/1 117/1 120/25
125/13 130/22 138/24
138/25 143/25 145/3
145/7 145/13 146/9
147/5 147/14 164/4
175/22 179/13 179/14
180/25 181/6 182/3
182/11 184/11 187/22
189/14
**taken [4]** 6/21 6/22
71/2 130/12
**takeout [1]** 153/2
**takes [1]** 142/19
**taking [12]** 42/10
74/5 74/6 74/13
109/12 119/23 129/22

146/5 175/8 175/17
184/13 191/12
**talk [6]** 12/8 13/9
25/1 98/17 122/9
204/16
**talked [9]** 39/14
97/23 100/25 103/2
108/24 113/2 114/3
133/15 155/22
**talking [13]** 12/5
12/15 25/23 94/22
96/17 96/18 108/20
114/24 125/4 143/4
180/15 186/21 187/19
**talks [4]** 85/19 87/15
99/8 106/6
**tamper [1]** 13/18
**tanks [6]** 110/20
111/13 111/15 111/21
111/24 112/6
**Taquerias [1]** 12/3
**target [1]** 76/11
**targeted [3]** 77/8
77/12 138/8
**targeting [2]** 191/25
192/9
**tattoos [1]** 20/1
**tax [11]** 53/17 53/18
53/20 54/4 54/9 90/9
99/23 99/24 100/3
102/8 102/22
**team [3]** 10/6 34/10
34/23
**television [1]** 52/14
**tell [35]** 6/11 12/11
14/24 18/9 20/17
22/12 26/13 29/8
30/10 31/19 32/7 33/5
74/14 113/14 119/17
122/15 122/16 131/8
134/5 136/1 144/5
152/13 152/16 154/22
155/1 155/6 165/22
166/19 188/9 191/4
193/20 198/2 201/15
204/3 205/7
**telling [12]** 12/25
63/8 67/8 94/7 97/11
121/21 157/17 157/21
161/10 183/15 203/17
203/20
**tells [2]** 162/16
163/4
**temperature [1]**
73/5
**temporal [3]** 166/7
166/12 177/14
**temporary [56]** 7/7
7/8 8/6 53/21 54/5
54/10 54/11 54/14
58/3 58/7 58/9 58/22
59/1 59/2 60/2 60/24

61/1 94/19 94/20 95/3
97/15 99/18 99/18
103/3 103/9 104/10
104/12 105/12 105/12
105/18 106/2 106/14
107/1 107/18 108/14
113/6 114/10 114/13
116/9 118/4 118/15
119/13 120/6 138/19
150/2 150/22 150/23
150/23 151/20 151/22
151/23 152/2 158/5
158/6 158/6 158/8
**ten [5]** 52/17 112/9
145/5 145/8 148/9
**tenant [4]** 88/23
89/6 89/12 124/10
**tenant's [1]** 88/25
**tend [1]** 102/2
**tent [13]** 63/22
65/23 75/8 75/9 75/13
115/12 115/13 115/18
116/17 116/19 116/20
116/23 116/24 197/24
**TEP [6]** 53/21 139/12
139/12 162/18 162/19
162/22
**term [3]** 86/7 86/8
87/14
**terms [1]** 147/8
**territory [1]** 40/5
**testified [16]** 86/9
91/24 92/4 97/8
109/25 120/2 123/17
126/15 128/9 129/18
133/7 141/16 153/3
162/17 192/12 197/2
**testify [3]** 6/15 6/24
9/19
**testifying [3]** 68/7
104/1 192/4
**testimony [37]** 8/19
15/25 67/13 70/11
80/17 81/9 83/1 84/4
86/24 90/16 92/14
94/3 94/10 98/2 99/21
118/5 118/6 121/25
137/14 138/10 138/16
139/17 141/19 141/20
141/23 141/24 143/10
145/16 145/20 145/23
147/10 161/12 163/9
164/2 164/4 175/19
193/23
**than [23]** 7/19 22/14
31/25 42/3 52/7 66/7
111/11 126/18 129/18
139/10 139/10 139/13
143/3 147/11 148/1
159/19 174/25 175/13
176/22 177/5 186/2
188/3 198/21

**thank [66]** 4/23 4/24
5/3 14/10 14/15 17/4
17/25 18/1 18/2 18/11
19/2 23/23 25/7 25/15
26/22 26/22 27/12
28/21 29/21 31/8
32/14 32/16 33/25
34/14 34/18 35/1 41/3
41/11 41/12 44/10
45/6 45/9 62/24 70/23
71/1 72/21 72/22 73/7
86/9 118/25 127/4
134/10 140/6 140/16
140/18 144/10 145/2
146/5 146/19 148/18
150/13 160/7 160/8
163/21 163/22 164/25
165/1 195/11 195/21
196/5 206/8 206/9
207/18 207/21 207/23
207/24
**Thanks [2]** 17/15
34/1
**that [1112]**
**that's [144]** 5/18
10/13 11/3 11/5 11/18
14/3 14/8 15/17 16/16
16/22 17/12 18/21
21/20 25/15 26/17
27/12 28/19 29/14
31/3 33/18 35/14
35/21 36/18 36/19
37/13 37/17 39/13
39/25 40/11 40/19
44/4 44/8 46/20 48/20
65/16 69/9 70/9 76/21
83/9 83/21 84/3 85/25
86/2 86/17 87/2 89/19
90/1 90/3 90/6 90/6
91/1 93/6 93/17 93/25
94/4 94/11 94/19
94/23 95/9 96/19
97/23 100/20 101/20
101/24 102/13 102/15
102/18 103/4 103/7
103/10 107/4 107/11
108/24 110/14 111/7
112/2 112/16 113/4
114/10 116/19 116/24
118/5 120/22 120/25
121/6 121/10 122/24
124/2 124/12 124/25
126/18 129/23 134/21
135/19 136/20 137/24
141/15 143/2 144/14
144/15 144/15 145/17
146/9 148/7 148/16
153/16 154/20 156/12
156/14 158/8 161/7
161/22 162/19 162/20
164/16 164/20 167/25
168/21 173/9 177/10

177/25 180/24 181/3
181/19 181/19 183/25
195/20 196/11 196/22
201/14 201/15 202/15
202/22 203/12 203/16
203/19 204/1 204/1
204/20 205/3 205/18
205/19 205/21 205/23
**their [31]** 6/3 6/3
6/18 7/22 8/8 25/20
38/2 38/15 43/11
43/14 63/22 63/23
63/23 67/24 68/4
69/19 74/22 77/15
82/10 82/10 112/5
121/3 130/21 141/5
158/16 163/17 167/21
180/6 199/7 199/13
199/13
**them [72]** 6/17 8/8
10/12 10/13 13/16
13/18 14/6 17/3 22/12
22/13 24/3 25/2 33/2
37/10 38/5 38/6 38/15
41/1 41/9 42/20 44/4
50/16 50/21 62/10
69/11 77/19 81/25
82/14 95/10 102/18
107/9 119/22 120/25
121/10 122/9 130/18
131/1 131/8 134/20
134/21 135/22 136/5
136/16 137/19 137/20
137/21 137/25 142/17
142/18 142/24 143/1
143/20 143/21 144/3
153/20 155/2 155/7
155/18 156/13 156/15
156/19 157/15 157/18
157/21 159/19 164/18
173/17 200/11 201/24
201/24 202/3 202/4
**theme [1]** 57/11
**themselves [1]**
134/18
**then [62]** 9/15 9/22
22/11 25/15 26/16
32/5 32/12 38/16
40/22 41/9 58/13
81/23 85/10 86/25
87/6 87/7 95/2 96/5
98/17 99/23 100/6
100/14 100/16 100/24
103/20 104/10 104/12
105/21 105/25 106/10
107/14 107/22 108/5
108/5 108/20 111/3
113/1 118/19 119/8
121/9 122/14 126/3
131/5 132/2 133/25
134/20 134/24 135/1
135/11 141/6 141/12

**T**

**then... [11]** 143/20
158/10 161/11 163/5
164/18 167/6 179/7
182/4 186/16 191/12
203/15
**theory [1]** 36/7
**there [174]** 5/21 6/2
7/25 8/12 8/13 8/15
17/3 26/18 37/6 37/17
38/14 40/5 43/3 44/22
50/2 50/6 50/10 52/9
55/14 55/22 57/13
57/18 59/12 62/4
62/13 64/13 64/15
64/19 65/16 65/24
66/4 66/5 66/22 67/1
67/21 67/24 68/1 68/2
68/24 69/16 73/20
73/23 75/10 75/12
78/21 78/23 82/14
84/19 86/8 88/21 93/8
93/11 94/15 97/14
97/14 97/20 97/20
98/18 98/20 100/12
101/1 101/3 101/5
101/5 103/18 104/23
104/24 105/2 105/6
105/16 105/21 107/10
107/22 109/6 109/7
109/8 109/15 110/5
110/6 111/21 111/23
111/23 115/22 116/1
116/11 116/13 116/14
116/22 116/22 116/23
116/23 116/25 116/25
117/2 119/7 119/7
119/8 119/8 119/9
119/12 119/14 120/4
120/10 120/12 120/22
122/14 123/4 127/8
129/15 129/20 130/2
131/16 131/17 131/17
131/21 131/21 132/5
135/4 135/6 137/16
137/23 139/9 141/11
142/23 142/24 143/2
144/1 152/17 152/20
152/24 155/11 156/4
159/12 161/23 162/25
164/9 167/23 170/13
175/12 175/15 175/16
175/24 177/12 177/20
179/7 179/8 181/8
182/12 182/23 183/7
183/25 184/5 184/6
184/16 187/20 187/21
188/7 188/9 188/16
188/22 189/2 189/8
189/8 189/14 189/20
190/7 191/1 191/13

191/13 192/18 197/12
198/19 201/10 205/21
**there's [51]** 8/9 12/2
12/14 12/19 15/3 18/7
19/7 41/24 44/23
46/20 63/21 63/22
80/5 84/20 84/23
90/15 95/8 95/11
95/13 97/15 101/6
101/9 101/14 101/15
101/17 105/4 110/9
111/12 115/11 115/16
116/3 116/11 116/11
116/13 116/18 116/21
117/8 126/11 137/6
144/7 161/19 166/10
169/8 174/12 196/21
198/2 198/5 203/7
203/24 205/19 205/24
**thereafter [4]** 52/16
58/16 125/2 125/10
**therefore [5]** 68/3
68/14 136/2 138/7
207/6
**Thereupon [5]** 45/3
69/24 72/23 146/16
207/25
**these [29]** 8/7 12/23
24/20 34/20 38/2
42/23 69/7 101/2
108/1 110/8 131/2
134/25 135/16 136/8
136/14 144/5 148/12
154/3 157/16 157/17
191/17 196/20 197/5
198/23 202/19 203/14
203/17 205/16 205/20
**they [192]** 5/14 6/14
6/25 7/5 7/6 7/7 7/7
7/8 7/8 7/9 13/17
14/7 22/10 22/11 24/3
24/8 24/10 28/5 31/22
31/24 34/24 38/4 38/5
38/6 40/4 40/12 40/21
43/2 44/2 49/8 49/12
51/2 59/4 59/23 60/3
60/4 60/9 60/10 61/24
62/8 63/21 63/22
64/10 65/8 65/24 66/5
66/15 66/15 67/2 68/1
68/13 69/7 74/23
77/12 77/13 77/18
78/9 82/9 93/21 95/8
100/17 102/18 104/14
104/14 105/5 105/21
107/2 107/4 107/7
107/17 112/8 112/10
116/20 119/9 119/16
120/16 120/19 120/23
120/23 120/23 121/3
121/9 121/13 122/10
122/13 122/24 123/2

123/3 123/7 124/20
125/8 130/11 130/16
130/19 130/24 131/24
131/24 131/25 134/13
134/20 134/25 135/25
136/6 136/8 136/14
136/16 136/19 136/20
136/20 137/21 137/21
137/25 139/7 140/25
141/3 141/4 142/3
142/4 142/13 142/14
142/15 142/15 142/16
142/17 142/19 142/20
142/21 142/21 142/22
142/23 144/5 144/5
144/6 144/22 149/10
153/16 153/16 153/17
154/20 154/21 154/22
154/23 154/25 154/25
155/12 158/17 158/18
158/20 159/8 159/14
159/18 160/15 160/22
160/22 167/13 167/24
168/6 172/21 172/21
172/22 173/10 175/12
175/14 175/14 178/8
178/23 178/23 179/1
179/9 179/20 179/20
180/11 180/11 180/16
181/4 181/19 181/21
181/23 182/5 182/6
189/13 191/19 191/21
191/21 191/22 194/3
194/6 194/11 198/14
201/1 201/11 202/3
**they'd [1]** 77/14
**they're [11]** 6/3 7/15
8/5 36/22 42/6 44/1
100/1 115/17 115/19
121/7 164/17
**they've [3]** 36/6
141/3 197/11
**thing [5]** 16/14
34/12 147/25 156/9
205/23
**things [20]** 13/12
23/23 28/16 42/18
42/23 69/1 99/8 105/8
110/19 114/4 135/12
135/16 162/9 178/10
179/24 180/7 180/13
197/20 198/15 198/23
**think [89]** 5/21 6/1
6/4 6/5 7/16 10/6
13/7 14/22 15/4 15/17
15/20 16/2 16/6 16/7
16/13 16/20 17/7
22/10 24/7 24/15
24/23 26/23 27/8
27/22 30/10 30/16
31/17 31/23 33/2
33/14 37/18 37/22

38/1 38/8 38/9 38/14
40/7 40/13 41/7 44/17
44/21 52/16 54/24
61/8 62/16 70/16
74/25 81/17 86/5 86/9
88/16 91/24 94/19
94/21 97/8 98/2 98/5
105/21 106/16 108/20
109/25 119/7 122/3
129/23 130/23 133/7
137/14 142/10 145/13
147/21 160/12 162/24
164/2 171/8 172/8
172/10 173/23 186/15
191/1 191/12 191/23
192/23 196/6 198/21
200/4 201/1 201/25
204/19 206/6
**thinking [1]** 68/15
**thinks [1]** 39/23
**third [2]** 85/22 87/15
**this [396]**
**Thomas [1]** 2/2
**those [45]** 5/11 5/12
28/16 40/15 40/18
40/24 64/10 66/7
68/19 68/20 84/24
85/7 85/9 88/6 93/4
96/14 100/12 104/6
105/7 108/11 110/19
110/19 111/12 111/14
121/14 122/23 130/5
133/13 134/13 134/18
135/12 140/11 142/22
142/23 153/19 153/21
158/7 159/10 160/21
162/8 165/22 168/11
168/14 186/22 198/15
**though [4]** 36/21
64/13 68/25 154/23
**thought [5]** 15/5
16/16 36/22 61/6 83/7
**thoughts [2]** 10/3
10/11
**threat [3]** 188/22
189/2 189/8
**threatened [5]** 60/4
60/9 60/10 60/12
66/13
**three [4]** 67/1 157/6
164/11 174/25
**through [18]** 47/20
81/9 81/14 84/15
104/6 108/2 113/1
124/22 125/1 130/17
150/22 153/5 156/3
156/11 157/5 157/7
158/5 160/23
**throughout [10]**
21/3 42/24 44/6 58/11
70/7 195/16 199/11
205/8 207/19 207/22

**throw [2]** 61/17 62/5
**Thursday [12]** 9/4
22/6 26/9 27/6 27/22
29/3 30/5 31/16 32/25
40/16 206/14 207/14
**ticket [1]** 85/11
**ties [2]** 182/13
182/18
**Tiffanie [1]** 30/1
**till [7]** 70/24 73/20
106/4 108/12 114/19
114/22 205/11
**time [111]** 7/6 11/7
13/17 13/22 15/13
16/1 16/17 30/11
35/19 38/16 40/9
40/16 41/8 42/3 43/12
43/20 44/8 46/16 47/4
47/7 47/12 47/18
48/22 49/18 50/5 50/6
50/11 51/6 51/22 53/1
54/22 55/6 56/7 57/16
57/23 60/3 60/23 62/4
62/16 62/17 62/18
66/11 66/24 68/23
69/6 73/25 74/22
74/24 75/5 77/1 77/3
77/13 78/21 78/23
93/13 97/6 98/10
105/10 109/11 113/12
116/4 120/7 123/9
124/22 125/3 131/22
136/18 136/24 137/17
137/21 137/24 141/3
141/8 142/17 144/14
147/19 148/10 148/13
153/24 155/24 155/25
156/17 156/25 158/17
161/25 162/23 164/11
164/14 166/22 167/5
167/6 168/5 168/16
170/19 171/7 171/8
171/19 172/24 179/25
181/12 181/13 190/18
191/20 192/18 195/23
200/21 204/10 204/10
204/16 205/12 207/17
**timeframe [3]** 47/9
56/3 58/8
**timeframes [1]** 6/8
**times [12]** 40/9
108/7 129/20 130/3
140/24 141/2 153/4
157/24 174/8 174/24
174/25 204/18
**tirelessly [1]** 119/17
**tires [2]** 135/12
135/13
**today [28]** 12/7 20/7
20/19 25/6 27/17 29/1
30/2 40/21 55/14
55/23 70/8 78/8 80/15

**T**

**today... [15]** 81/20
85/3 94/6 105/5
138/11 139/1 147/16
148/5 148/6 154/13
164/2 199/23 202/17
204/22 204/24
**toe [1]** 107/4
**together [1]** 62/11
**told [64]** 12/4 22/13
24/3 27/23 30/18 56/8
59/12 59/25 60/1
60/19 60/21 68/16
69/4 82/4 82/9 93/16
96/22 100/17 113/20
122/7 131/6 131/13
133/21 134/2 134/13
134/22 135/17 135/18
139/6 146/10 151/5
153/6 154/20 155/2
155/7 155/11 155/17
155/17 156/14 156/18
156/19 161/18 172/22
175/16 178/5 178/11
178/14 178/19 179/4
183/4 183/5 186/6
189/13 190/8 190/9
190/13 190/15 193/6
194/2 194/3 203/18
204/13 204/18 205/20
**tomato [2]** 162/12
162/12
**Tomato/tomato [1]**
162/12
**tomorrow [8]** 70/8
147/5 147/13 196/4
202/17 205/2 207/12
207/23
**tonight [2]** 195/10
207/17
**too [12]** 5/12 16/22
26/1 32/19 34/19
35/16 35/17 39/17
40/17 111/14 146/4
147/24
**took [15]** 6/7 10/22
37/14 65/5 68/23
79/22 120/16 122/8
151/21 154/9 175/1
179/18 195/2 200/20
201/16
**top [3]** 106/12
128/14 200/23
**total [1]** 148/1
**totally [3]** 36/18
201/12 205/7
**tow [2]** 86/25 87/13
**toward [1]** 51/18
**Tower [2]** 187/24
189/9
**traditional [1]** 54/25

**traffic [1]** 11/23
**trailer [1]** 94/23
**transaction [1]** 6/25
**transcript [1]** 197/3
**transcription [1]**
209/4
**transfer [1]** 57/19
**transformed [1]**
79/22
**transit [1]** 95/20
**transport [3]** 87/1
121/7 152/6
**transportation [1]**
95/2
**trash [1]** 62/6
**traveling [2]** 95/1
96/24
**treated [1]** 42/12
**trial [14]** 1/8 9/8
13/24 20/4 42/24
43/19 44/6 141/8
144/15 199/11 202/20
204/13 205/9 205/11
**trials [1]** 144/16
**tried [10]** 37/3 44/7
85/7 99/25 103/17
113/16 137/18 137/22
157/2 157/24
**trouble [1]** 202/13
**truck [8]** 86/20
86/25 87/7 87/13
92/21 97/1 97/2
116/18
**true [2]** 100/1
141/15
**truly [1]** 79/4
**truth [2]** 126/21
199/20
**try [4]** 41/6 104/13
104/17 153/4
**trying [13]** 13/6 15/4
42/13 67/5 67/10 91/5
103/15 104/20 113/15
119/21 122/4 158/11
179/20
**TUP [3]** 7/8 7/13
104/11
**turn [13]** 88/20 89/8
96/2 98/21 100/14
103/1 106/18 108/16
110/8 115/5 137/12
164/4 164/9
**turned [2]** 6/19
130/1
**twenty [1]** 70/12
**twenty percent [1]**
70/12
**twice [4]** 138/3
166/21 167/2 174/9
**two [31]** 9/20 15/8
18/23 26/23 39/21
42/18 52/7 55/22 67/1

74/1 74/21 74/23
74/23 74/23 101/15
103/9 103/9 110/7
110/19 129/18 130/3
130/5 135/8 148/1
158/7 164/11 167/5
167/6 168/21 171/7
202/25
**type [10]** 6/13 6/25
20/15 38/10 44/3 54/6
54/20 84/8 94/14
96/21
**typed [1]** 17/13
**types [1]** 84/11

**U**

**U.S [1]** 200/16
**uh [6]** 31/2 31/2 31/6
31/6 102/2 102/2
**uh-uh [3]** 31/2 31/6
102/2
**ultimately [4]** 39/25
133/7 140/10 197/12
**umbrella [1]** 64/11
**unable [2]** 74/13
133/23
**unclear [1]** 91/19
**uncomfortable [3]**
19/8 30/15 31/22
**under [16]** 5/24 64/9
64/11 64/14 74/23
74/23 76/5 94/7
116/24 124/11 184/15
195/16 197/2 202/13
202/18 205/7
**understand [33]**
42/23 52/11 54/6 57/5
57/20 59/4 59/7 67/6
72/21 83/4 83/12
94/23 96/22 103/10
103/15 106/2 113/11
122/4 127/3 128/20
130/14 138/10 140/4
143/7 144/21 158/23
163/11 168/15 188/15
189/3 192/11 194/11
197/8
**understanding [18]**
8/9 42/11 42/13 43/2
53/14 54/2 54/9 54/13
56/19 60/14 82/3
92/16 98/12 124/19
158/24 159/24 194/15
202/21
**understands [2]**
44/17 199/19
**understood [6]** 17/4
42/4 89/5 103/22
113/4 194/22
**unduly [1]** 42/14
**uneasy [1]** 16/15
**unfair [1]** 36/18

**Unfortunately [1]**
38/2
**unilaterally [1]**
137/23
**union [4]** 176/3
185/4 185/7 185/14
**unique [1]** 54/8
**unit [29]** 90/22
90/25 91/2 93/5 93/6
93/8 93/10 93/12
93/22 94/11 94/16
94/17 94/19 94/22
94/23 95/15 95/22
97/10 99/18 110/4
113/6 120/6 121/1
121/6 122/18 134/3
134/14 153/18 154/24
**UNITED [5]** 1/1 1/9
4/6 4/17 4/20
**unless [5]** 107/24
115/2 153/13 174/14
200/5
**unquote [1]** 98/18
**Unresponsive [2]**
182/7 191/7
**unsafe [2]** 109/16
110/2
**until [9]** 43/8 44/18
53/22 96/3 105/14
114/13 141/4 144/14
207/20
**Unto [1]** 91/14
**unusual [2]** 42/11
73/18
**up [64]** 7/24 14/25
17/15 19/4 21/22
21/25 35/4 38/4 39/17
40/22 43/13 50/21
51/10 55/9 58/19 62/7
62/10 62/10 63/7
63/22 69/11 73/16
73/23 74/3 74/9 81/10
81/11 82/18 84/2 84/2
87/6 87/6 87/10 91/3
91/7 92/8 107/13
109/1 110/23 111/1
111/1 111/13 115/17
119/18 122/20 123/1
124/3 130/2 138/9
140/10 143/2 144/12
145/10 154/7 160/8
161/20 161/23 183/21
196/4 197/24 201/14
202/25 204/2 205/23
**upcoming [1]** 5/21
**upfront [1]** 55/1
**upon [2]** 95/24
106/11
**ups [2]** 154/21
156/19
**upset [5]** 122/3
187/13 193/2 193/14

193/17
**urgency [2]** 188/10
188/15
**us [138]** 10/25 12/11
14/24 15/2 22/9 50/5
52/15 53/16 53/19
53/22 53/23 54/11
56/8 56/14 56/18
57/13 57/15 58/6
58/23 59/4 59/5 59/23
60/4 60/10 61/18
61/23 62/1 62/4 62/6
62/23 62/25 63/8
64/20 66/15 66/15
67/8 67/10 67/21 68/3
77/14 78/24 79/2 79/4
79/5 81/20 83/7 88/6
88/19 90/2 92/9 100/5
102/18 102/24 103/12
103/14 103/19 104/6
104/7 104/8 104/8
104/22 105/17 108/15
113/3 113/16 113/18
113/20 114/23 120/5
120/10 120/16 120/19
120/22 120/23 121/12
121/13 121/20 121/21
121/23 122/7 122/13
122/14 122/15 122/16
122/24 129/15 129/16
130/13 130/15 130/19
130/24 131/7 131/13
131/13 131/24 133/11
133/21 134/2 134/13
134/14 134/23 135/21
135/22 135/25 135/25
136/7 136/8 136/16
136/19 138/1 139/8
139/10 139/11 142/11
146/1 149/25 150/9
150/20 151/4 151/6
152/3 154/22 156/5
156/13 157/2 157/12
157/22 158/1 159/5
159/7 159/10 159/11
159/13 159/14 165/22
166/19 207/19 207/22
**use [27]** 8/6 69/7
82/4 82/5 82/10 86/20
88/25 94/20 94/20
99/9 99/12 99/14
99/15 99/21 110/5
110/5 110/6 113/5
136/18 144/7 150/23
158/6 167/22 167/25
178/13 186/7 201/5
**used [11]** 6/2 15/17
88/19 130/18 138/13
141/2 149/24 152/5
160/13 160/17 163/17
**uses [1]** 198/16
**using [6]** 36/9 88/17

**U**

**using... [4]** 95/14
115/3 138/20 185/18
**Usually [1]** 45/8
**utility [3]** 87/19
109/16 110/1
**utmost [1]** 42/12

**V**

**vacate [4]** 123/8
123/9 125/8 125/11
**Vague [2]** 176/9
184/24
**value [4]** 5/25 6/5
6/5 7/17
**variety [1]** 105/4
**various [2]** 84/19
85/4
**vehicle [7]** 91/11
95/14 95/16 95/20
95/24 99/20 132/16
**Vehicles [3]** 94/24
95/6 95/8
**vendetta [1]** 130/12
**vending [1]** 65/22
**vendor [7]** 64/1 64/5
64/7 64/13 65/9 65/23
75/9
**vendors [9]** 63/21
63/23 64/11 66/5 66/6
66/8 75/8 75/10 76/5
**Venezuela [2]**
182/19 183/10
**Venezuelan [2]**
182/13 183/4
**verification [1]**
160/15
**verified [1]** 177/5
**verify [1]** 93/21
**versed [1]** 42/24
**versus [4]** 4/6 4/17
4/21 200/16
**very [48]** 9/12 11/7
20/2 20/2 20/2 20/12
21/20 24/22 24/23
31/8 32/15 36/21
48/18 50/4 54/25
61/18 61/21 66/13
67/9 79/2 79/5 79/6
85/7 89/8 92/21 95/17
96/25 97/5 108/9
110/2 122/22 123/1
128/14 133/3 138/5
139/7 142/13 145/5
145/22 145/23 155/25
156/2 168/14 168/25
194/15 199/11 200/6
207/23
**Victoria [9]** 52/24
52/25 53/3 66/24 67/9
67/16 68/12 120/9
122/3

**video [27]** 5/23 5/25
6/21 7/19 7/20 8/20
16/23 16/23 16/24
49/6 49/7 49/9 49/12
49/15 65/1 65/3 65/5
65/7 65/15 65/21 66/2
115/5 115/9 117/1
197/19 197/24 198/3
**Viernes [2]** 81/16
161/18
**view [41]** 15/16 35/15
38/25 134/16
**Villa [1]** 32/23
**VIN [1]** 95/8
**violated [1]** 159/9
**violating [1]** 112/19
**violation [13]** 85/12
98/22 100/6 100/16
100/16 101/4 153/16
183/6 185/15 187/1
187/1 187/2 190/11
**violations [14]**
104/6 113/1 121/14
159/10 181/12 181/16
186/7 186/11 186/15
190/19 191/1 191/10
195/3 195/3
**visit [2]** 146/21
157/2
**visited [2]** 139/5
198/22
**visiting [1]** 133/11
**voice [2]** 62/25
122/1
**voices [1]** 122/2
**volition [2]** 204/5
205/17
**volume [1]** 115/6

**W**

**wait [16]** 9/9 11/16
45/9 46/19 46/19
46/20 87/23 101/24
151/13 151/13 151/13
154/2 154/2 177/25
177/25 194/8
**waiting [3]** 9/7
162/5 204/20
**waiver [3]** 44/19
44/23 72/19
**wake [1]** 119/17
**walk [10]** 34/25
40/20 55/9 160/22
178/24 179/4 179/4
179/5 179/10 181/22
**walked [4]** 9/23
104/6 104/8 157/3
**walking [3]** 20/21
186/18 191/14
**wall [1]** 116/3
**walls [1]** 151/25
**want [86]** 8/12 8/14

10/1 10/11 10/25 11/1
11/17 11/25 13/17
13/19 13/23 15/1
15/24 16/14 17/6
17/12 18/8 19/2 19/3
19/8 20/23 23/19
23/19 25/3 25/10 28/4
29/8 31/18 32/2 33/8
33/18 33/22 35/10
35/19 37/10 37/17
39/6 39/18 39/21 40/6
40/7 40/25 41/25
44/16 44/22 45/10
51/13 66/21 66/25
72/5 72/8 73/4 81/9
81/9 97/25 100/24
122/10 129/22 131/7
131/13 145/16 145/22
148/12 150/19 151/8
153/12 153/22 164/10
164/13 178/11 181/3
182/6 190/13 194/6
194/16 195/12 196/24
197/1 197/8 199/22
200/14 202/6 202/11
204/2 205/16 207/18
**wanted [30]** 5/1
10/23 12/6 23/17
28/19 66/15 67/5
107/2 107/4 107/17
107/22 112/3 119/15
120/19 120/19 121/9
121/13 130/16 135/19
135/19 135/22 140/21
148/14 154/12 157/15
160/15 160/22 189/19
194/3 194/11
**wanting [1]** 11/3
**wants [2]** 147/9
186/12
**warn [1]** 192/18
**warning [3]** 59/5
111/24 187/2
**Warren [2]** 30/10
30/10
**was [556]**
**wasn't [20]** 30/15
31/23 61/24 69/10
75/6 83/16 87/11
91/17 91/18 93/14
100/4 102/24 109/8
121/5 122/25 123/1
124/17 132/16 159/11
184/21
**waste [2]** 148/10
148/12
**wasting [1]** 164/14
**watching [2]** 59/6
59/8
**water [6]** 87/19 88/4
88/14 88/15 88/18
92/18

**way [27]** 11/9 11/25
15/18 15/20 23/11
24/20 24/21 67/22
67/25 68/18 103/15
104/20 128/12 130/14
137/22 141/7 142/18
144/3 157/3 159/18
163/1 163/6 187/6
199/24 200/7 203/5
205/24
**we [640]**
**we'd [6]** 5/5 10/5
15/19 49/8 54/24
147/14
**we'll [22]** 4/19 13/20
14/1 17/14 17/24 41/3
41/8 43/7 43/7 43/19
43/21 45/11 69/21
72/15 96/5 130/22
139/12 146/11 146/13
195/5 196/4 207/23
**we're [45]** 6/8 7/14
10/13 11/5 11/7 11/10
13/6 13/6 13/24 15/4
17/17 25/1 42/13 43/4
45/7 57/12 67/5 69/14
70/24 72/14 72/15
90/22 96/5 114/24
116/17 119/21 121/22
125/4 144/11 144/17
145/3 146/8 148/5
148/14 151/18 159/9
161/23 163/23 164/1
164/4 183/6 186/7
204/16 204/16 207/12
**we've [5]** 11/2 44/20
130/5 139/1 203/9
**wearing [3]** 20/13
20/17 23/6
**weary [1]** 9/13
**Wednesday [8]**
118/9 147/14 147/17
147/18 147/20 148/3
164/3 164/5
**week [8]** 4/25 9/18
31/16 32/24 69/16
98/1 147/6 207/13
**weekend [2]** 10/21
207/15
**weeks [4]** 52/21
58/11 92/1 103/9
**weigh [1]** 203/10
**weighs [2]** 135/8
135/10
**weight [3]** 19/14
19/19 19/20
**weird [1]** 33/6
**welcome [1]** 150/13
**well [57]** 4/20 7/4
11/7 11/21 13/8 15/7
15/13 19/8 20/24
21/14 25/8 26/18

31/21 32/2 34/5 42/24
43/23 43/25 44/2
78/18 83/18 86/18
89/6 89/24 90/9 91/19
94/5 94/6 96/24 97/25
101/6 101/7 104/22
105/6 105/19 107/7
120/2 120/12 130/20
131/16 132/13 136/22
138/5 146/4 146/13
155/2 158/17 160/20
161/3 164/3 180/3
180/22 187/12 190/19
191/18 196/11 202/4
**went [23]** 46/2
52/16 53/5 53/8 53/18
57/7 68/22 69/2 73/16
85/24 98/17 109/15
113/21 119/18 124/12
133/25 142/14 154/19
155/11 155/22 162/20
162/21 199/2
**were [257]**
**weren't [15]** 60/19
63/12 66/14 68/25
69/1 87/2 104/25
116/21 117/2 128/9
131/19 139/7 162/13
163/6 194/19
**west [2]** 78/3 85/20
**what [308]**
**what's [23]** 13/20
15/7 20/9 29/6 36/11
46/5 48/7 50/24 61/13
64/23 67/12 79/14
79/18 90/14 111/17
122/4 127/16 167/18
183/25 187/4 192/3
192/14 198/6
**whatever [28]** 6/4
37/14 39/18 39/23
43/21 46/17 88/19
92/9 95/14 103/12
103/14 103/17 103/20
104/3 104/14 113/17
120/19 130/23 135/23
136/8 183/4 183/7
185/6 190/19 191/18
202/7 202/17 202/21
**whatsoever [13]**
7/17 15/4 41/2 67/20
69/20 138/24 139/22
141/6 157/4 196/12
196/21 201/19 206/5
**wheeler [1]** 95/17
**wheelers [1]** 95/17
**wheels [16]** 86/19
87/4 90/25 91/2 91/14
93/6 93/16 94/17 95/5
95/12 99/19 105/4
110/10 110/15 120/13
122/19

**W**

when [101] 6/21 7/3
9/19 15/24 20/21 21/8
21/9 21/9 22/7 22/11
38/22 44/7 46/7 46/19
49/21 50/2 53/5 53/8
56/25 57/5 57/7 58/5
58/13 62/19 62/19
67/10 70/14 73/1 73/4
74/2 74/24 77/20 78/2
79/20 84/1 86/12 91/3
95/16 96/25 97/2
97/24 100/12 100/19
101/20 104/5 106/10
109/8 109/12 109/15
110/15 112/10 113/14
115/7 119/17 120/15
122/4 123/10 125/19
129/1 132/11 133/11
135/1 136/14 138/11
138/12 138/13 138/14
138/19 138/19 142/15
152/22 154/7 154/10
154/17 154/20 155/11
156/14 156/18 157/1
160/22 161/18 164/23
171/2 171/5 171/15
172/6 176/15 176/16
178/19 179/5 179/9
183/9 183/9 183/20
188/1 191/20 191/22
192/8 194/6 204/16
204/19
whenever [2]
136/19 136/20
where [49] 9/17
11/11 13/14 34/22
41/14 43/25 46/7
48/21 50/17 53/23
55/5 55/8 55/11 55/21
55/23 57/21 57/22
59/13 63/19 63/20
78/2 78/21 80/23
88/20 88/22 90/23
93/10 102/18 107/12
108/8 109/23 112/22
116/16 122/7 122/20
126/16 130/4 131/20
134/16 135/2 137/25
140/9 141/3 161/20
182/23 183/6 184/13
195/15 201/10
whether [13] 16/11
27/9 82/15 84/19 93/9
100/1 112/8 125/4
127/18 128/9 136/5
163/17 197/24
which [59] 9/12
17/18 17/19 25/20
37/23 38/20 40/7 51/9
57/9 66/24 70/14 79/2

81/16 85/18 85/21
88/21 93/19 93/20
94/1 94/13 101/3
102/16 102/22 106/10
106/17 107/4 108/4
108/14 109/1 113/3
116/15 127/25 131/25
134/25 139/15 141/21
142/7 143/22 144/7
154/16 156/10 159/15
161/3 161/4 161/8
161/18 167/21 168/17
173/14 175/13 177/16
179/25 189/17 196/1
198/20 203/24 204/10
206/3 206/19
while [13] 42/10
58/23 64/15 103/13
133/15 145/10 146/20
166/20 174/2 174/6
192/13 195/13 195/15
white [1] 110/19
who [83] 6/15 10/23
14/6 14/25 14/25 17/3
19/9 22/5 24/2 25/20
25/23 26/8 27/21 29/7
30/6 30/6 31/17 33/1
34/7 35/12 44/12
46/12 46/14 52/8 53/5
58/1 59/15 60/12 64/9
65/5 67/2 74/11 75/16
75/22 76/10 93/16
118/8 119/9 122/16
122/16 125/16 125/18
130/13 133/18 133/19
133/19 134/2 136/24
137/17 150/5 151/3
154/22 154/25 155/1
155/6 172/6 172/24
173/14 173/25 175/16
175/25 176/2 176/20
178/19 178/19 179/1
179/7 188/6 191/4
192/19 194/3 194/5
194/5 197/9 197/22
197/22 197/23 198/8
198/13 198/15 199/7
199/24 203/21
who's [19] 12/3 12/3
16/17 39/12 52/25
55/11 65/10 104/20
109/3 147/25 150/3
150/25 151/1 155/22
164/8 186/20 198/23
198/23 199/14
whoever [6] 8/10
190/7 190/25 200/4
202/10 203/21
whole [3] 120/21
181/14 181/15
wholeheartedly [3]
37/12 37/13 203/12

whomever [1] 14/5
why [49] 10/13 14/1
16/16 21/20 32/3
37/19 39/2 40/19
56/13 56/16 59/4
60/14 62/14 64/8 66/2
67/4 67/6 90/1 114/24
119/15 119/25 130/10
130/10 130/14 148/10
150/25 151/4 151/22
153/11 154/17 154/19
155/13 156/10 158/24
159/12 161/22 179/20
179/20 180/16 180/20
188/9 189/19 190/15
192/14 199/14 201/15
202/15 204/20 205/3
will [39] 4/21 12/18
15/2 16/21 24/25
34/15 34/20 37/11
37/24 38/23 40/5 41/2
41/9 41/21 44/3 55/4
73/2 113/24 121/1
121/23 146/1 146/21
148/1 161/17 161/19
163/24 164/3 197/23
198/2 199/12 199/12
200/4 201/3 201/6
202/5 203/8 205/6
206/3 207/1
WILLIAM [1] 1/4
willing [3] 7/23 16/3
120/19
window [8] 55/9
74/3 74/11 74/12 80/1
116/6 130/2 152/23
withdrawal [1]
197/14
within [33] 52/17
55/7 58/17 58/22 61/8
61/9 67/21 67/24 79/1
92/20 93/4 93/11
94/15 94/19 94/20
95/1 104/24 107/5
107/5 107/11 109/1
109/11 112/9 119/24
119/25 121/6 121/21
121/24 125/6 150/22
157/14 158/5 163/24
without [21] 42/14
44/18 46/25 48/16
49/15 63/3 72/19
90/25 91/2 100/7
103/16 105/5 109/17
119/24 142/15 161/13
161/25 162/9 175/24
176/13 203/9
witness [49] 5/14
6/24 17/1 35/17 35/18
39/4 41/10 41/20
42/20 43/5 44/13
44/21 45/12 45/15

72/15 72/15 117/17
117/18 123/12 123/17
123/19 126/2 126/8
126/24 128/4 128/7
134/7 141/12 145/11
146/21 147/3 147/7
148/2 149/7 163/22
164/1 164/10 165/5
178/11 195/13 197/9
197/9 197/11 197/12
197/14 197/14 198/14
198/15 202/21
witness' [2] 147/10
175/18
witnessed [1] 74/4
witnesses [15] 3/2
5/9 5/10 5/11 5/12
5/22 10/15 10/19
30/20 37/16 37/16
144/3 144/5 147/8
199/7
woman [1] 121/16
won [1] 177/19
won't [3] 38/14
207/14 207/14
wonder [1] 199/12
wood [2] 111/23
135/1
word [4] 15/17 102/3
143/25 161/23
wording [2] 94/19
94/21
words [7] 68/19
68/20 130/4 130/25
151/21 202/24 203/17
work [27] 6/17 7/24
8/8 35/25 84/12 87/16
87/18 92/3 92/4 92/6
92/8 92/25 93/2 100/7
100/9 104/18 104/20
104/20 104/23 105/7
105/8 116/10 132/8
133/16 144/16 166/3
167/20
worked [6] 103/13
119/17 166/6 166/11
166/15 166/20
working [2] 11/10
115/21
works [1] 199/24
worries [1] 5/1
worry [3] 37/24
130/21 144/4
worth [2] 22/8
103/20
would [116] 4/16
5/9 6/2 12/7 12/10
14/17 15/8 15/17
15/20 16/8 17/23
18/20 19/20 20/10
20/19 24/1 24/11
24/16 24/21 24/21

24/24 26/19 29/18
33/12 34/9 35/25 37/1
37/21 39/23 40/19
43/15 53/22 55/9
55/10 60/20 61/19
66/15 69/12 72/12
82/9 84/24 85/9 85/11
86/20 90/2 92/12 95/3
95/14 96/24 97/5 97/8
97/20 97/21 102/13
103/5 103/23 104/18
105/13 106/3 107/7
112/2 112/10 114/21
115/1 115/4 116/4
121/3 121/12 121/13
122/20 129/3 130/24
131/13 134/16 134/22
134/24 135/11 135/15
135/18 135/22 135/23
136/4 136/6 136/7
140/24 141/17 142/2
144/11 147/5 147/6
149/2 149/3 149/11
153/18 157/1 157/2
160/4 160/18 161/11
173/10 173/16 173/16
174/10 176/15 195/6
196/9 198/13 201/14
201/22 201/23 202/2
202/8 204/9 205/21
205/24 206/2
wouldn't [8] 21/11
38/4 61/16 62/24
100/5 112/8 137/25
157/1
write [7] 17/15
23/13 41/3 41/5 41/8
125/9 205/3
writes [1] 124/9
writing [4] 9/3 17/11
93/18 124/6
written [1] 38/21
wrong [8] 62/24
63/13 126/10 144/8
190/25 201/12 201/15
206/2
wrongdoing [1]
199/7
wrote [5] 11/19
118/8 118/19 126/4
196/22
Wynwood [3] 55/7
105/2 105/7

**Y**

yeah [24] 19/11
20/12 31/20 33/4
33/24 41/5 42/15 43/9
48/16 50/4 86/25
95/17 97/25 103/12
105/23 107/25 131/10
134/20 181/15 181/15

**Y**

**yeah... [4]** 184/3
189/13 190/19 191/4
**year [4]** 58/7 103/9
168/21 197/1
**years [20]** 42/25
46/4 75/21 77/6 84/10
147/15 166/17 166/18
167/5 167/6 168/5
168/6 168/18 168/21
169/2 169/14 169/24
170/6 171/6 171/7
**yelling [1]** 121/20
**yes [189]** 5/5 7/2
14/15 14/21 20/5
22/19 22/22 23/12
24/19 25/4 25/9 28/1
30/9 31/3 35/3 35/4
35/7 37/21 38/18 39/8
41/3 43/1 44/11 46/11
47/6 47/25 50/4 50/10
51/2 51/25 52/3 52/24
53/4 53/16 54/18
55/16 56/2 57/2 57/4
57/7 58/4 58/20 59/21
60/1 64/16 64/19 65/4
65/20 66/19 66/23
67/17 70/10 72/16
73/12 73/16 73/19
73/21 74/8 75/2 75/4
75/25 77/12 80/14
82/12 83/11 83/15
83/23 84/7 85/2 85/23
86/11 87/17 87/23
87/24 89/4 89/7 89/13
89/18 89/22 90/1
90/11 91/1 92/1 92/5
93/19 95/2 97/22
98/12 98/20 98/24
99/7 99/22 100/8
100/23 101/24 101/25
102/4 102/4 102/5
105/16 106/5 108/10
108/10 109/6 109/24
110/21 111/2 111/5
111/22 113/11 114/6
114/9 114/17 118/7
123/3 124/5 125/17
128/15 128/19 130/6
132/4 132/7 132/10
132/24 132/25 134/17
135/4 140/12 142/10
144/6 146/6 147/2
149/18 149/20 150/17
151/1 152/12 152/15
153/7 155/7 156/18
157/1 158/8 158/14
161/6 161/11 162/11
163/2 165/20 166/5
167/3 168/3 171/17
172/5 172/16 172/19

173/2 173/18 173/23
174/7 174/18 174/23
175/10 176/14 176/19
177/10 177/18 177/21
177/25 178/1 178/10
178/10 179/19 180/11
180/25 183/3 184/4
185/25 186/3 187/16
187/25 188/5 192/1
192/17 193/6 195/15
204/17 204/25 206/6
**yesterday [2]** 5/8
164/16
**yet [13]** 18/10 64/25
65/23 66/8 97/10 99/2
101/2 101/12 116/10
116/18 125/14 144/4
161/12
**you [1147]**
**you were [49]** 54/2
54/6 57/6 60/14 61/7
64/13 64/15 74/17
82/5 84/5 86/23 88/17
91/2 96/17 96/18
96/22 99/9 108/1
108/20 113/9 131/4
133/15 152/13 152/16
153/3 153/6 155/17
158/11 158/24 161/13
162/8 162/15 163/5
167/1 169/15 169/24
170/6 174/3 174/6
180/3 180/3 180/15
181/10 185/17 191/24
192/9 192/13 194/22
202/4
**you'd [3]** 17/9 41/18
55/9
**you'll [2]** 110/9
207/15
**you're [53]** 8/10
13/18 33/22 37/18
53/3 61/5 61/7 62/19
62/19 84/14 84/19
93/25 94/4 94/22
95/14 97/11 104/13
116/15 118/8 118/19
122/4 124/25 131/2
134/12 144/1 146/5
147/19 148/8 150/13
151/11 153/2 159/10
161/10 176/16 178/24
179/4 179/5 181/22
183/20 188/17 189/14
190/17 195/10 195/16
196/6 200/17 203/2
203/13 203/16 203/19
205/14 205/18 205/25
**you've [7]** 13/13
101/13 105/25 117/22
132/2 133/7 137/14
**young [3]** 9/7 74/1

74/21
**your [345]**
**yourself [4]** 82/1
108/12 139/2 139/21
**youth [1]** 62/10

**Z**

**Zach [5]** 12/2 35/12
39/4 196/25 197/2
**zone [3]** 94/13
131/25 151/7
**zoned [3]** 150/1
151/7 160/16
**zoning [11]** 8/4
93/20 107/22 107/24
112/20 149/24 151/3
156/19 167/10 167/11
180/25
**zoomed [1]** 134/16