```
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
 2                        (FORT LAUDERDALE)
                          CASE NO.  18-CV-24190
 3

 4    WILLIAM FULLER and
      MARTIN PINILLA, II,
 5           Plaintiffs,                 Fort Lauderdale, Florida
      vs.                                     April 25, 2023
 6
      JOE CAROLLO,
 7           Defendant.
      -------------------------------------------------------
 8                            Trial Day 8
                   BEFORE THE HONORABLE RODNEY SMITH
 9                   UNITED STATES DISTRICT JUDGE

10    APPEARANCES:
      FOR THE PLAINTIFFS:   AXS LAW GROUP, by:
11                          Jeffrey W. Gutchess, Esq.,
                            Courtney Anne Caprio, Esq.,
12                          Joanna Niworowski, Esq.
                            Amanda Suarez, Esq.
13                          2121 NW 2nd Avenue, Suite 201
                            Miami, Florida  33127
14

15    FOR THE DEFENDANT:    KRINZMAN, HUSS,
                            LUBETSKY, FELDMAN & HOTTE, by:
16                          Mason A. Pertnoy, Esq.,
                            169 E. Flagler Street, Suite 500
17                          Miami, Florida  33131

18                          KUEHNE DAVIS LAW, by:
                            Benedict P. Kuehne, Esq.
19                          100 S.E. 2nd Street, Suite 3105
                            Miami, Florida  33131
20
                            SHUTTS & BOWEN, by:
21                          Marc D. Sarnoff, Esq.
                            200 S. Biscayne Blvd., Suite 4100
22                          Miami, Florida  33131

23

24

25
```

```
1   APPEARANCES CONTINUED:

2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                          Thomas E. Scott, Esq.
3                         Amber C. Dawson, Esq.
                          9150 South Dadeland Blvd., Suite 1400
4                         Miami, Florida  33156

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<div align="center">

**INDEX**

</div>

**PLAINTIFFS' WITNESSES:**

|                          | DIRECT | CROSS | REDIRECT | RECROSS |
|--------------------------|--------|-------|----------|---------|
| DARIUS GREEN             | 8      | 31    | 59       |         |
| ALEJANDRO DEL BOSQUE     | 64     | 84    | 105      |         |
| EMILIO GONZALEZ          |        | 113   | 128      |         |
| PAUL GEORGE, Ph.D.       | 151    | 183   | 215      |         |

**PLAINTIFFS' EXHIBITS**                    **RECEIVED**

| PLAINTIFFS' EXHIBITS | RECEIVED |
|----------------------|----------|
| 35                   | 12       |
| 343                  | 18       |
| 353                  | 26       |
| 352                  | 57       |
| 299                  | 73       |
| 300                  | 79       |
| 35                   | 98       |
| 434                  | 157      |
| 393                  | 166      |
| 285                  | 171      |
| 338                  | 172      |
| 359                  | 178      |

1      **TUESDAY MORNING SESSION, APRIL 25, 2023**

2                    P-R-O-C-E-E-D-I-N-G-S

3                          - - -

4              (Call to the Order of the Court.)

5              THE COURTROOM DEPUTY:  United States District Court

6      for the Southern District of Florida is now in session.  The

7      Honorable Rodney Smith is presiding.  Calling case number

8      182-4190, plaintiff, Fuller and Pinilla versus Joe Carollo.

9      Counsel, please state your name for the record beginning with

10     the plaintiff?

11             MS. SUAREZ:  Good morning.  Amanda Suarez, Jeff

12     Gutchess, and Courtney Caprio on behalf of the plaintiffs.

13             THE COURT:  Good morning.

14             MR. PERTNOY:  Good morning.  Mason Pertnoy, Leah

15     Gardner, Amanda Dawson, and Marc Sarnoff on behalf of

16     Commissioner Joe Carollo.

17             THE COURT:  Plaintiff, who is your next witness?

18             MS. SUAREZ:  Your Honor, our next witness is

19     Mr. Darius Green, but I believe there's one matter we wanted to

20     address with Your Honor.

21             THE COURT:  Sure.  All right.

22             MR. KUEHNE:  Your Honor, we filed and have a written

23     copy of our motion for mistrial that we informed the Court

24     yesterday we would file in writing with the legal authority.

25             THE COURT:  Sure.

 1          MR. KUEHNE:  I have a hand copy to furnish if the

 2    Court wants to see it.  It's on the electronic docket.  I do

 3    have a copy for plaintiffs' counsel.

 4          And as we start these proceedings, I want to renew

 5    that request that we made that was denied at the end of

 6    yesterday with the written motion as well as an ore tenus

 7    motion for mistrial.

 8          THE COURT:  All right.  Thank you.  Anything else?

 9          MS. CAPRIO:  Yes, Your Honor.  We have a Tanjha

10    Quintana flying in today.  She was the witness that was -- that

11    Mr. Kuehne opened the door during Steve Miro's

12    cross-examination regarding sexual harassment allegations.  We

13    just wanted to note for the record that she was here.

14          THE COURT:  All right.

15          MR. PERTNOY:  Also another matter of housekeeping

16    notes.  The other day, you entered a paperless order regarding

17    memorandums of law with respect to the rebuttal witnesses

18    asking that they be filed by 5:00 p.m.  I've consulted with

19    opposing counsel.  We've requested that that would be moved to

20    8:00 p.m., just seeing from all the attorneys are here just

21    from a procedural standpoint that might be more effective.

22          THE COURT:  That's granted.

23          MR. PERTNOY:  Thank you.  Then I have a minor issue

24    with respect to the upcoming witnesses concerning the scope of

25    their testimony.  This is something that we've discussed

1  throughout this trial that we believe that the testimony that's

2  going to be elicited goes beyond the scope of the second

3  amended complaint and into matters that are not pled in the

4  second amended complaint.

5        We would ask that their testimony be limited and not

6  be raising issues such as Los Altos and the Alcohol, Tobacco,

7  Beverage liquor license things of those natures, seeing it's

8  beyond the second amended complaint.

9        THE COURT:  Response?

10       MS. SUAREZ:  Your Honor, you've already addressed

11 this issue.  The property in question, Taquerias Los Altos was

12 mentioned in the February 14 commission meeting that has been a

13 staple of our case, and it's about that property and the

14 witnesses have personal knowledge from being albeit --

15       THE COURT:  The pleadings shall conform to the

16 evidence as well which is standard and well known throughout.

17 All right?

18       Be that as it may, anything else we need to address

19 before we bring in the jurors to proceed?

20       MR. PERTNOY:  No.  Just wanted to preserve my motion

21 on that matter.

22       THE COURT:  It's noted.  Absolutely.  Anything else?

23       MS. SUAREZ:  Nothing else.

24       THE COURT:  In terms of the exhibits, have you seen

25 the exhibits that you're going to be stipulating to?

 1            MS. SUAREZ:  Yes, Your Honor.  I believe they have no

 2    objection to the exhibits that we're going to introduce.

 3            THE COURT:  With that said, we'll bring in the

 4    jurors.  Thank you, sir.

 5            THE COURTROOM DEPUTY:  All rise for the jury.

 6            (Thereupon, the jury entered the courtroom.)

 7            THE COURT:  The members of the jury are all present

 8    and accounted for.  Everyone may be seated.  Good morning,

 9    ladies and gentlemen of the jury.  How are you?

10            ALL JURORS:  Good morning.  Wonderful.

11            THE COURT:  You guys sound like you saw a game last

12    night the way you said good morning.  Jimmy Butler, right?  We

13    just need one more of that game.  All right.

14            THE COURTROOM DEPUTY:  Please raise your right hand.

15                        (Witness sworn.)

16            THE WITNESS:  I do.

17            THE COURTROOM DEPUTY:  Please state your name and

18    spell it for the record.

19            THE WITNESS:  Darius Green.  D-A-R-I-U-S, Green, like

20    the color, G-R-E-E-N.

21            THE COURTROOM DEPUTY:  Have a seat.

22            MS. SUAREZ:  May I proceed, Your Honor?

23            THE COURT:  You may.

24

25

```
 1                        -   -   -   -   -

 2                  DIRECT EXAMINATION OF DARIUS GREEN

 3    BY MS. SUAREZ:

 4    Q.   Good morning, Mr. Green.

 5    A.   Good morning.  Can't really see with the glass.

 6    Q.   What is your current position?

 7    A.   I'm the director of operations for Mad Room Hospitality.

 8    Q.   What encompasses Mad Room Hospitality?

 9    A.   We have five locations.  Taquerias el Mexicano, Los Altos

10    and My Guy and also Ball & Chain and two other locations for

11    the Los Altos brand.

12    Q.   And tell me a little bit about your educational

13    background.

14    A.   I went to University of Maryland, pretty much wanted to

15    major in football but actually did finance.  That's my

16    education.

17    Q.   And what about your professional background?

18    A.   I've been in the restaurant industry for about 30 years.

19    The last 20 years or so, I had two jobs.  One at the Cheesecake

20    Factory for 14 years, and the other one at Ball & Chain and

21    then got promoted to the director of operations for Mad Room

22    Hospitality.

23         For Cheesecake Factory, I was a manager the whole entire

24    time.  11 of those 14 years was at the general manager level.

25    Q.   What are some of your roles and responsibilities as
```

1    general manager?

2    A.    As general manager, really in charge of the restaurant.

3    Anything that falls into purview of the four walls of the

4    building.  Anywhere from staffing to kitchen to HR, issues that

5    come about from day-to-day.

6    Q.    And which areas down in South Florida have you worked in

7    throughout your work history?

8    A.    I worked in Fort Lauderdale, Aventura, Miami, of course.

9    Naples, Jacksonville, Tampa, Hallandale Beach, and Oakland

10   Park.

11   Q.    And then you said first you were the general manager for

12   Ball & Chain, is that right?

13   A.    Correct.

14   Q.    And what year was that?

15   A.    I got hired December of 2018, and then I got promoted to

16   director of operations, July of 2021.

17   Q.    And while you were general manager, did you work at the

18   Ball & Chain and also at Taquerias?

19   A.    Yes.

20   Q.    And what did your day-to-day look like in that position?

21   A.    Well, when I was at Taquerias, it was during COVID so it

22   was a lot of panic and pandemonium for the hospitality

23   industry.  I'm not sure if anybody else is in that industry.

24   During COVID, it really impacted the hospitality business per

25   say.

1      So literally just, you know, diving in and serving food

2   and cooking chips to like, you know, packing things and

3   cleaning things.  We really turned the management team into

4   more hourly staff.  That was all that we were able to keep on

5   board was that, the salary employees so --

6   Q.   And then when did you become the director of operations?

7   A.   July of 2021.

8   Q.   And what would your responsibilities be in that role?

9   A.   Director of operations side wears a lot of hats because

10  we're a small company.  From HR, overseeing multiple locations,

11  managing multiple managers.  At different locations, I have

12  multiple general managers.  I'm overseeing the financials for

13  the restaurants, I'm overseeing the day-to-day, the HR issues.

14  Everybody reports to me, so we have like an end of night report

15  that gets reported to me.

16      I review daily sales, we have staff chats, and then also

17  manager chats that we all have so I have access to those for

18  all the locations, so I'm well versed in all of the different

19  things that are going on in different locations.

20  Q.   And can you tell me a little bit of the history of Ball &

21  Chain?

22          MR. PERTNOY:  Objection.  Relevance.

23          THE COURT:  Overruled.  You can answer.

24          THE WITNESS:  History of Ball & Chain.  Ball & Chain

25  was originally established in 1935 as a live music venue.  It

```
 1   was mainly jazz, so Chet Baker, Count Basie, those famous black
 2   musicians from that era played in Ball & Chain because they
 3   couldn't play in South Beach.
 4           That music history kind of continued into the '50's.
 5   In the '50's, Ball & Chain struggled.  The word on the street
 6   is that there was a lawsuit from Count Basie to the owner of
 7   Ball & Chain and Count Basie won and that closed Ball & Chain
 8   in the '50's.
 9           Bill Fuller acquired the property that Ball & Chain
10   sits on now, and he's learned about the history during
11   research, and he brought that back to life in 2014.  He turned
12   it into what it would be if it had stayed open throughout the
13   entire time.
14           So what basically he did was say okay, well, the
15   location was jazz, American music, but throughout time, Little
16   Havana turned into mostly a Cuban population, and so it adds a
17   little bit more Cuban influence on the music side.  We do more
18   live jazz, salsa jazz, Cuban jazz, so we have it kind of
19   transitioned throughout to something else.
20           Right now, we do about a hundred hours of live
21   entertainment, so we'll have live music starting at 12:00 in
22   the afternoon and going till 9:00 every single day.  Fridays
23   and Saturdays, we'll have live music into the evening time and
24   into the late night.  That's pretty much Ball & Chain.
25
```

1    **BY MS. SUAREZ:**

2    Q.   Okay.  And what about Taquerias?

3    A.   Taquerias was originally started in 1985.

4              MR. PERTNOY:  Objection.  Foundation.

5              THE COURT:  Overruled.  Go ahead, sir.

6              THE WITNESS:  It was founded in 1985 by two brothers.

7    They had they wanted authentic Mexican food.  Two brothers came

8    from Chicago.  They obviously had Mexican roots.  A lot of the

9    same staff members that were there from the actual beginning

10   were still there, or were there to today except for we had to

11   shut the Taquerias down because of Commissioner Carollo

12   directing the city enforcement --

13             MR. PERTNOY:  Objection.  It's beyond the scope of

14   the question, and assumes facts not in evidence.  Speculation.

15             THE COURT:  Sustained.

16             MS. SUAREZ:  Okay.  At this point, I'd like to show

17   Plaintiffs' Exhibit 35.  I don't believe there's an objection.

18             MR. PERTNOY:  Correct.

19             MS. SUAREZ:  Move to admit and publish, Your Honor.

20             THE COURT:  Admitted.

21                  (Plaintiffs' Exhibit 35 Received.)

22   **BY MS. SUAREZ:**

23   Q.   Mr. Green, is this the Taquerias?

24   A.   Yes.  That's the Taquerias del Mexicano and Los Altos.

25   Q.   Is this a fair depiction of what it looked like before it

```
 1  was closed?
 2  A.   Yes, 100 percent.
 3  Q.   And you can take that down.  Thank you.  What are the
 4  reporting procedures that you have in place for the Ball &
 5  Chain and Taquerias?
 6  A.   We do an end of the night report every night.  The manager
 7  on duty reports end of night procedures to not only myself but
 8  all the other managers and also to ownership group.
 9       We also have a 9-1-1 chat which is anything emergency
10  oriented.  We'll go on the 9-1-1 chat, something that needs to
11  be addressed right away.  Anybody on the end of that 9-1-1 chat
12  can pick up the phone and try to help solve the problem,
13  whether that be a busted pipe or something else.
14       We also have a manager chat and every work room has their
15  own chat.  In addition to that, we have emails just like any
16  other business would have.
17  Q.   And what about noise protection policies?  Do you have any
18  of those in place?
19  A.   Yes, absolutely.  So every hour, we take a decibel reading
20  with our phones.  There's DB Reader Pro, and it's the top sound
21  decibel reader on the market.  It's fairly accurate, actually
22  it's really accurate and we use that every hour, different
23  spots around Ball & Chain.  About a hundred feet away from
24  different locations throughout the city, or not -- throughout
25  the block, I'm sorry.
```

1       So we have five different locations that surround Ball &

2  Chain that we take readings from, and we take it every hour and

3  we put it onto the chat for the decibel reading.

4  Q.    What the purpose of taking those readings?

5  A.    We want to be good stewards to the neighborhood.  We don't

6  want to be a nuisance.  We're a live music venue and at times,

7  live music can get loud and we want to make sure that we're

8  doing everything that we can to make sure we're staying at a

9  proper decibel and that means that you can't hear us past 100

10  feet.

11  Q.    And since when have those noise policies been in place?

12  A.    We've tweaked it a little bit, but ever since I've been

13  with Ball & Chain, that was one of the first apps that I had to

14  download when I got hired at Ball & Chain.

15  Q.    And what about community outreach practices?  Do you all

16  have any in the Ball & Chain and Taquerias?

17  A.    Yeah, we definitely try to support the community.  Bill

18  Fuller is big on doing the cultural festival every month.  He'd

19  do a cultural festival for his nonprofit.  We'd try to partner

20  up with that as much as we could.

21       We also have a community liaison that would go out

22  throughout the community and talk to different neighbors around

23  the area to make sure that we're being a good partner in the

24  neighborhood.  So we literally have somebody who's very

25  outgoing, normally our director of entertainment, Rene.  He's

1    no longer a director, but he was for a long period of time.  He

2    would be the one to go out.  Since he was Cuban, he can really

3    relate to the people in the area and he could speak both

4    English and Spanish.

5    Q.   And is the Ball & Chain typically a popular spot on 8th

6    Street?

7    A.   Yes.  The Ball & Chain is the most popular spot on 8th

8    Street.  Since the Bill Fuller and Zach opened up the location

9    in 2014, the average tourist would come through about 400,000

10   people a year.  And to this day, it's probably more like four

11   million people per year visit that area and it's strictly

12   because of Ball & Chain.

13              MR. PERTNOY:  Objection.  Improper speculation.

14              THE COURT:  Overruled.

15              MS. SUAREZ:  You can go ahead.

16              THE WITNESS:  Answer it?

17              MS. SUAREZ:  Yes.

18              THE WITNESS:  So all of the tenants that Bill really

19   focuses on is really to make sure that the community is well

20   served, whether it be bringing in a local bakery, to a cigar

21   shop, to Ball & Chain, to Azucar Ice Cream, all those kind of

22   fit into a good community, and that's what he really focuses

23   on.

24   **BY MS. SUAREZ:**

25   Q.   Throughout your employment for the Ball & Chain and

```
 1    Taquerias, has any private citizen, putting aside Commissioner
 2    Carollo, ever complained about any code issues or violations at
 3    either location?
 4    A.   Private citizen outside of somebody that works for the
 5    city?
 6    Q.   Yes.
 7    A.   Not that I know of.
 8    Q.   Have you experienced differences in how the Ball & Chain
 9    has had a relationship with the City of Miami versus some of
10    the other locations you mentioned you worked at?
11    A.   Yeah.  It's pretty bad.  So, again, I've been in the
12    restaurant industry for 30 years.  And I can't tell you how
13    many times I've been basically harassed by police officers,
14    Code Enforcement, Fire marshal, where they're coming into the
15    location back to back to back.
16         I can tell you one instance that's really rings true for
17    me is that we had two fire marshals come at about 12:00 at
18    night asking about our occupancy load, then also about our
19    clickers.  I immediately let them in the building.  I brought
20    one of them back out, and then he wanted to have the other guy
21    go in and I was like, hey, no, you just saw what you asked for.
22    I showed it to you immediately.  Now you're trying to get --
23    you're trying to go back in.  I don't know why you're trying to
24    go back in, and those guys leave.
25         A few hours later, six police officers come, two more Code
```

```
 1    Enforcement, two more fire department people.  Within two
 2    hours, so that happened.  So I had two fire marshals, they
 3    left.  Two hours later, ten more people from the city come.
 4    They're in full SWAT gear.  They have their badge, bulletproof
 5    vests, guns.  They surround the entrance to Ball & Chain.
 6        This is on like a Friday night, or Saturday night, excuse
 7    me, and we had a line out the door.  All the guests were like
 8    what's going on?  Are they like selling drugs here?  Like --
 9             MR. PERTNOY:  Objection.  Speculation as to what the
10    guests may be thinking or saying.
11             THE COURT:  Overruled.
12             THE WITNESS:  Obviously, if you're going out trying
13    to enjoy yourself, you want to have a good time.  You don't
14    want to be surrounded by a SWAT team basically where you're
15    trying to go out and eat food and drink.  It's a very deterring
16    for the business.  It's not a good environment at all.
17             MS. SUAREZ:  If we could show Plaintiffs' Exhibit
18    298.  I believe there's no objection.
19             MR. PERTNOY:  Can you just show just --
20             MS. SUAREZ:  Can we just show to opposing counsel,
21    please?
22             MR. PERTNOY:  I don't have an issue with the video
23    itself.  I have an issue with the caption above it.  In fact,
24    if you want, I believe DX 332 is the same video without the
25    caption.
```

```
 1              MS. SUAREZ:  Can you pull that up, please?  Your
 2   Honor, move to admit and publish DX 332.
 3              THE COURT:  It's admitted.
 4                   (Defendant's Exhibit 332 Received.)
 5                        (Video played.)
 6   BY MS. SUAREZ:
 7   Q.   Mr. Green, you did recognize the individual in that video?
 8   A.   Yes.
 9   Q.   Who was it?
10   A.   Mr. Carollo.
11   Q.   And do you remember that incident happening at the Ball &
12   Chain while you were a general manager?
13   A.   Yeah, I do, yes.
14              MS. SUAREZ:  If we can show Plaintiffs' Exhibit 343.
15   I believe there's no objection.
16              MR. PERTNOY:  Can I just see it real quick?  I'm
17   pretty sure no objection.
18              MS. SUAREZ:  If we can show to opposing counsel only,
19   please.
20              MR. PERTNOY:  No objection.
21              MS. SUAREZ:  Move to admit and publish, Your Honor.
22              THE COURT:  Granted.
23                   (Plaintiffs' Exhibit 343 Received.)
24   BY MS. SUAREZ:
25   Q.   Mr. Green, was this from that same night that we just
```

 1   watched the video?

 2   A.   Yes.

 3   Q.   What was the commissioner doing?

 4   A.   He was kind of riling up the neighbors and trying to get

 5   them to go against Ball & Chain.

 6           MR. PERTNOY:  Objection.  Calls for speculation.

 7           THE COURT:  Overruled.

 8           THE WITNESS:  I was told by the neighbors --

 9           MR. PERTNOY:  Objection.  Hearsay.

10           THE COURT:  Sustained.

11   **BY MS. SUAREZ:**

12   Q.   And in your extensive experience working in hospitality,

13   had you ever seen a commissioner from another city be taking

14   pictures late at night?

15   A.   No.

16           MR. PERTNOY:  Objection.

17           THE COURT:  Grounds?

18           MR. PERTNOY:  Speculation.  Asks for an improper

19   opinion.

20           THE COURT:  Overruled.  You can answer.

21           THE WITNESS:  I've never in 30 years ever seen

22   anything crazy like that.

23   **BY MS. SUAREZ:**

24   Q.   And as a result of these kinds of incidents, did Ball &

25   Chain or Taquerias implement any additional policies?

```
 1            MR. PERTNOY:  Objection.  Lack of foundation.  We're
 2   looking at an incident, and she's referencing things that
 3   haven't been discussed or asked about.
 4            THE COURT:  Sustained.  Rephrase the question.
 5   BY MS. SUAREZ:
 6   Q.   Were there other incidents like this at the Ball & Chain?
 7   A.   Yes.  Commissioner Carollo would be across the street
 8   pointing at Ball & Chain.  He would be riding by in his car, he
 9   would be walking the streets behind Ball & Chain with other
10   city officials talking about Ball & Chain.  He'd be on video,
11   on T.V. talking about Ball & Chain.  Yes, there's multiple,
12   multiple issues of him doing the exact same thing.
13   Q.   And what about at Taquerias?
14   A.   Yes, absolutely.
15   Q.   Can you tell me a little bit about what has happened at
16   Taquerias?
17   A.   I've only heard what has happened at Taquerias.  I have
18   not witnessed it myself.
19   Q.   As a result of the incidents at the Ball & Chain, did you
20   all change any of your procedures?
21   A.   Absolutely.  Specifically off of this video alone, we put
22   in a fence, a wood fence because the fence there was a chain
23   link fence so we removed that and put in a six foot tall fence
24   to give more privacy from instances like this.
25   Q.   And how have these incidents affected the business?
```

```
 1   A.    Oh, man --

 2              MR. PERTNOY:  Objection.  Calls for speculation.

 3   Lack of foundation.

 4              THE COURT:  Overruled.

 5              THE WITNESS:  It's impacted the business

 6   tremendously, being on the news, being closed down, the Code

 7   Enforcement coming multiple times.  Carollo himself directing

 8   people to come and attack Ball & Chain and with the people that

 9   work for him in the city, firing different people that don't do

10   his bidding.  There's all kinds of things that directly impact

11   the Ball & Chain.

12              MR. PERTNOY:  Objection.  Move to strike as

13   unresponsive and also speculative, hearsay.

14              THE COURT:  Overruled.  Overruled.
```

**BY MS. SUAREZ:**

```
16   Q.    You may continue with your response, sir.

17   A.    There's been multiple instances where Carollo has done

18   things like that in the street, on T.V., in the chambers.  He's

19   had multiple instances with Bill Fuller directly where he's

20   attacked him directly, both on video, at the city hall, when

21   Bill is not present.  There's all kinds of instances.  There's

22   literally probably a hundred different instances where he's

23   literally attacked Ball & Chain.

24   Q.    And how does this impact the other employees that you

25   supervise?
```

1          MR. PERTNOY:  Objection.  Beyond the scope of these

2   proceedings.

3          THE COURT:  Overruled.  You may answer.

4          THE WITNESS:  How does it impact the employees of the

5   business?

6   **BY MS. SUAREZ:**

7   Q.   Yes.

8   A.   Well, at the Taquerias, let's just start there.  At the

9   Taquerias, the Taquerias had staff members that worked 33

10  years, 26 years, 19 years, 18 years, nine years, seven years,

11  all, and had to lose their job because of Commissioner Carollo.

12         MR. PERTNOY:  Objection.  Move to strike,

13  speculation.  Also I would request a brief sidebar on this

14  issue.

15         THE COURT:  Denied.  You can cross-examine him.

16         THE WITNESS:  Can I keep going?

17         THE COURT:  Sure.

18  **BY MS. SUAREZ:**

19  Q.   Yes.

20  A.   So that's Taquerias.  So Ball & Chain, Ball & Chain is a

21  darling restaurant for the Miami community.  We've been in HBO

22  movies, the Father of the Bride.  We've been on Bread Bowl,

23  racing, commercial F1 racing when they first came to Miami this

24  past year.  This year, we're doing F1 again.

25         We've been in multiple music videos from Rick Ross to D.J.

1  Khalid, to Cardi B, to many Latin artists.  We cannot operate

2  our Pineapple stage and our band area because of the affect of

3  this.  We've lost tons of employees.

4      I can tell you that when we first got shut down, we got

5  shut down in March for COVID.  Obviously, that impacted the

6  business tremendously with COVID.  Again, I talked about that

7  earlier with the hospitality industry.

8  Q.   March of which year?

9  A.   March of 2020.  Sorry.

10 Q.   Go ahead.

11 A.   So you would think that the harassment would kind of let

12 up.  It was the opposite of that.  And in May of that same

13 year, May 1st, we had a police officer come by, look at our

14 certificates of use.  We're talking about our BTR, our zoning

15 and our all the -- every single one of our licenses, he wanted

16 to have a picture of so he could go back to the city with that.

17 And these licenses were issued a year ago.

18     They're only one time a year.  They're yearly issued

19 licenses.  And then two or three days later, we got another

20 visit from Code Enforcement saying you guys can't operate your

21 business, so we're talking about May of 2020, COVID's going on.

22 There's zero people on the streets and Ball & Chain is closed.

23 We're only trying to keep our business afloat by selling to go

24 food.

25     On our licenses, it says that we're a restaurant

```
 1   establishment, so a restaurant establishment could sell food
 2   during COVID.  Everybody remembered COVID.  Everybody's locked
 3   in the house.  The only thing we could do was to go to work,
 4   send out Uber eats and Grubhub and those kinds of things.
 5        We were just trying to make it, and these Code Enforcement
 6   guys directed by Carollo just came in day of day after day and
 7   then eventually they shut us down.
 8        So I think it was maybe within the next two weeks, we were
 9   shut down because they put out a law that if you mainly serve
10   alcohol, even though you're a food service establishment, that
11   you could not serve food during COVID.
12        Why would you make a rule like that in the middle of
13   COVID?  We're talking about two months into COVID --
14             MR. PERTNOY:  Objection, Your Honor.  Now we're into
15   legislative privilege of an act by the Commission.
16             THE COURT:  Sustained.
17   BY MS. SUAREZ:
18   Q.   And is the Ball & Chain patio open today?
19   A.   No, it is not.
20   Q.   And what is the affect of that on the restaurant itself?
21             MR. PERTNOY:  Objection, Your Honor.  I would request
22   a sidebar here.
23             THE COURT:  Denied.  Denied, sir.
24             MR. PERTNOY:  I'd like to make a proffer as to my
25   objection.
```

 1          THE COURT:  Denied.  You can do that after.  You can

 2   cross-examine him, sir.

 3          THE WITNESS:  The affect of not having the Ball &

 4   Chain patio is basically the restaurant is 7,000 square feet.

 5   The patio is 3,500 of that 7,000 square feet.  So Ball & Chain

 6   has been operating for a year and a half at half volume.  So

 7   obviously, that's a huge affect.

 8          We also have the Ball & Chain Pineapple stage.  It's

 9   what we're known for.  We have live music acts that happen

10   outside.  We can -- have not have those acts anymore.  We've

11   had two million dollars, two million dollars since the patio's

12   been closed --

13          MR. PERTNOY:  Your Honor, I have to object to this

14   because this goes beyond the scope of the amended complaint.  I

15   need to go sidebar.

16          THE COURT:  Sir, denied.  Have a seat, please.  Thank

17   you.  Objection is overruled.  You may continue.

18          THE WITNESS:  So we've had two million dollars worth

19   of event business since we've been closed that have not wanted

20   to book with us because we don't have the patio.  The patio's a

21   beacon.  It's really what sets us apart from every other venue

22   in Calle Ocho.

23          Ball & Chain, with just the inside looks like

24   Cubaocho.  Cubaocho actually is a little bigger.  It's all

25   indoors.  Ball & Chain's patio is where everybody likes to

```
 1    come, dance the night away.  The stars are out.  It's Florida.

 2    Tourist season, we get slammed.  We're busy.  We're the busiest

 3    place in Calle Ocho.

 4    Q.   And what is Cubaocho that you mentioned?

 5    A.   It's really a bar, but they are technically a museum.

 6    Q.   Is that also on 8th Street?

 7    A.   Yes.

 8         MS. SUAREZ:  And if we could show Plaintiffs' Exhibit

 9    353.  I believe there's no objection.

10         MR. PERTNOY:  Correct.

11         MS. SUAREZ:  Move to admit and publish, Your Honor.

12         THE COURT:  Granted.

13         (Plaintiffs' Exhibit 353 Received.)

14    BY MS. SUAREZ:

15    Q.   Mr. Green, is this what the Ball & Chain patio looked like

16    before it was closed?

17    A.   Yes.  That's more of domino night but, yeah.

18    Q.   And is domino night another thing that would happen on the

19    patio?

20    A.   Yes, on the patio only.  We would have the members that

21    play the Domino Park play in our patio.  Because since you

22    probably don't know, Domino Park, you have to be 55 years old

23    or older and you have to be a member of the park in order to

24    play there.

25         So if you wanted to play against these great Cuban domino
```

1   players that are world renowned, the only place you can do it

2   is the Ball & Chain.

3   Q.   And then can you explain the circumstances surrounding the

4   Taquerias?

5   A.   The Taquerias was closed because the second floor

6   staircase, the fire exit staircase that leads off the back of

7   the building is too close to the sister property.  It was

8   within ten feet of basically an open parking lot, so it was too

9   close to the sister property.

10       We had to pick up with a crane -- I don't know -- a seven

11  ton staircase and cut a hole in the wall upstairs, move it over

12  and reattach it so it would be further away from the sister

13  property that's there.

14       Even though that we did that, bring welders in, forklifts,

15  we reassembled the staircase, opened the doors, we did all of

16  that, we still couldn't open.  Now it's because of the inside

17  staircase, the inside staircase, like I said, we're talking

18  about 1985, restaurant's been there since 1985.  Doesn't make

19  sense.

20  **BY MS. SUAREZ:**

21  Q.   And to your knowledge through your position, had the city

22  previously approved those staircases?

23  A.   Yes.

24  Q.   And is Taquerias still closed today?

25  A.   Yes.

```
 1   Q.   And what impact have you observed that these incidents

 2   have had on Mr. Bill Fuller?

 3           MR. PERTNOY:  Objection.  Beyond the scope of his

 4   personal knowledge.  Lack of foundation.

 5           THE COURT:  Overruled.  If he knows.

 6           THE WITNESS:  I've known Bill, he was one of the

 7   people that interviewed me.  I interviewed with all the owners

 8   when I came on board with Ball & Chain.  He was spunky,

 9   outgoing.  Then he's probably put on like 70 pounds.  Sorry,

10   Boss.

11           Not only that -- going back to being serious here.

12   Not only that, he doesn't show up to Ball & Chain anymore.  He

13   avoids Ball & Chain.  This is his darling property.  He

14   actually put it up for sale which was a complete shock to me

15   and to the other ownership when it was made.

16           He avoided Little Havana.  We have a weekly owner's

17   meeting.  He doesn't take those anymore.  He only takes those

18   via Zoom.  He doesn't want the city to know where he's at when

19   he's at --

20           MR. PERTNOY:  Objection.  Calls for speculation.

21           THE COURT:  Overruled.

22           THE WITNESS:  He's told me directly that's why it

23   happened.

24           MR. PERTNOY:  Hearsay, Your Honor.

25           THE COURT:  Overruled.
```

```
 1              THE WITNESS:  Obviously, there's a lot of stress.
 2   I've had plenty of opportunities to open up other restaurants
 3   in the area, and we avoid the City of Miami because of the
 4   harassment from Carollo directly, so we will not open up
 5   another venue in the City of Miami because of the difficulty it
 6   is to open up and operate effectively.  Just like any other
 7   business, we have to compete so since I've been director of
 8   operations, we've opened up three other locations.
 9              We've purchased Mai Tai, we opened up two locations in
10   Hallandale Beach and then Fort Lauderdale.  Those are all
11   outside the City of Miami.  I've brought different
12   opportunities to them, but they don't want to do it because
13   it's too risky.
14   BY MS. SUAREZ:
15   Q.   And do you know Mr. Pinilla as well?
16   A.   Yes.
17   Q.   And how do you know him?
18   A.   During COVID, I did some consulting work.  Mad Room
19   Hospitality was hired to do some consulting work for one of
20   their other restaurants that Martin and Bill own, the Toasted
21   Bagelry.
22   Q.   Have you noticed any impacts on Martin?
23              MR. PERTNOY:  Objection.  Lack of foundation.
24              THE COURT:  Overruled.  If he knows.
25              THE WITNESS:  Yeah.  Definitely.  Martin, just like
```

1  Bill, doesn't want to open up properties and businesses in the

2  City of Miami.

3           He actually took Toasted Bagelry and opened up in

4  Oakland Park, and that was strictly because it was not feasible

5  to really open up in the City of Miami because of all the

6  construction problems that Carollo was creating with his task

7  force that he was basically --

8           MR. PERTNOY:  Objection.  Improper speculation.

9           THE COURT:  Overruled.

10          THE WITNESS:  Basically the task force.  That he was

11  having his Code Enforcement people go out every time for Ball &

12  Chain.  Every time we would complete one goal post, they would

13  set up another one.  Complete that one, they would set up

14  another.

15          Then same thing with Taquerias.  Remove the back

16  staircase, they said the front staircase is broken, and not up

17  to code.  We have to go in, fix that.  We do the things that he

18  asked, they say no, it's still not to code.  Now you've got to

19  take out the whole entire front staircase and put in a brand

20  new staircase, and this is a business that has been opened

21  since 1985.  It's absolutely crazy.

22          Ball & Chain, I've never seen any restaurant on Calle

23  Ocho, they're all kind of older.  Not one of them has a

24  sprinkler system.  We have a sprinkler system inside.  We have

25  a sprinkler system outside.  Nobody has that on Calle Ocho.

```
1              MS. SUAREZ:  Okay.  I have no further questions,

2    Judge.

3              THE COURT:  All right.  Plaintiff's testimony went 35

4    minutes.  Defense will be afforded the same time for

5    cross-examination as well.  You may proceed, sir.

6                        -  -  -  -  -
```

### CROSS EXAMINATION OF DARIUS GREEN

**BY MR. PERTNOY:**

```
9    Q.   Good morning, Mr. Green.  How are you?

10   A.   Good morning.

11   Q.   So I just want to -- if I heard you correctly, you've

12   been -- you were the general manager of Ball & Chain starting

13   in about December of 2018, is that correct?

14   A.   That's when I started with Ball & Chain, correct.

15   Q.   And that's through Mad Room Hospitality?

16   A.   Correct.

17   Q.   And then you went on to become the director of operations

18   in July of 2021, and also with Mad Room Hospitality, correct?

19   A.   Correct.

20   Q.   Okay.  And Mad Room Hospitality, that's a business that

21   runs restaurants, is that correct?  Bars, restaurants?

22   A.   Yes.

23   Q.   And that is owned by Mr. Fuller, correct?

24   A.   Mr. Fuller, Zach Bush, and Ben Bush.

25   Q.   So you worked with all three of those gentlemen, correct?
```

```
 1   A.   Correct.

 2   Q.   All right.  And they are the business partners with -- all

 3   three of them are the business owners, the business partners

 4   that own, based on your testimony, Taquerias, Los Altos, and

 5   Ball & Chain, correct?

 6   A.   And Mai Tai.

 7   Q.   Among others, but the ones we focused your testimony on

 8   were Ball & Chain, Taquerias/Los Altos, correct?

 9   A.   Yes.

10        MR. PERTNOY:  And I'd like to start by showing you a

11   video that is DX 333.  I'll give counsel a moment before we --

12        MS. SUAREZ:  No objection.

13        THE COURT:  All right, it's admitted.

14            (Defendant's Exhibit 333 Received.)

15        MR. PERTNOY:  May I publish?

16        THE COURT:  Yes, sir.

17   BY MR. PERTNOY:

18   Q.   So I'm going to show you a video that's identified as

19   DX 333.  I'd like you to watch the video and then I'll ask you

20   a few questions about it, okay?

21   A.   Yes.

22   Q.   Please play it.

23                       (Video played.)

24   BY MR. PERTNOY:

25   Q.   So the gentleman in that video harassing Commissioner
```

```
 1   Carollo and that woman from the neighborhood, was that Zach
 2   Bush?
 3             MS. SUAREZ:  Objection, Your Honor.  Relevance.
 4             THE COURT:  Overruled.
 5             THE WITNESS:  I wouldn't say he wasn't really
 6   harassing him as much as he was getting harassed by Carollo,
 7   but that was Zach Bush.
 8   BY MR. PERTNOY:
 9   Q.  That was Zach Bush, one of the partners of Bill Fuller in
10   Mad Room, correct?
11   A.  Correct.
12   Q.  And that was on a public street, correct?
13   A.  Yes.
14   Q.  And Commissioner Carollo has every right to be on that
15   public street just like anybody else, correct?
16   A.  I'm not sure if he has a right to be on there or not.  I
17   think that the whole reason why the lawsuit is created was
18   because Carollo was targeting Ball & Chain and that's exactly
19   what Zach was trying to express.
20   Q.  I see.  So, your testimony, if I understand it correctly,
21   is Commissioner Carollo, who's a citizen of this city and this
22   state and this country like anybody else, doesn't have the
23   right to be on a public street.  That's your testimony?
24   A.  I'm not a lawyer, sir.  I have no idea.
25   Q.  Okay.  Now you also talked about during the pandemic, that
```

1    Mad Room had to lay off all of its -- for its restaurants, had

2    to lay off all of its hourly employees, correct?

3    A.    Correct.

4    Q.    Do you know whether Mad Room received PPP funds?

5    A.    That would have been a question for probably most likely

6    Ben Bush.

7    Q.    So, you don't know whether they received a couple million

8    dollars in PPP funds?

9    A.    No, not to my knowledge.  I did not know actually.

10   Q.    As the general manager and operator and the director of

11   operations, you don't know whether they received PPP funds?

12         MS. SUAREZ:  Objection, Your Honor.  Asked and

13   answered.

14         THE COURT:  Sustained.

15   **BY MR. PERTNOY:**

16   Q.    Now, you gave a little bit of the history of Ball & Chain

17   and Little Havana.  Little Havana in the '50's, 60's, '70s and

18   '80's, became a very unique neighborhood that was commercial

19   down SW 8th Street and had residential properties all around SW

20   8th Street, correct?

21   A.    I would assume, yes.

22   Q.    Okay.  You know that behind Ball & Chain there is an

23   apartment building, correct?

24   A.    Yes.

25   Q.    And you know there's an assisted living facility about two

```
 1   doors over on the back side of Ball & Chain, correct?
 2   A.    Correct.
 3   Q.    And you mentioned that -- and I think your testimony was
 4   that Ball & Chain would play live music until late at night,
 5   correct?
 6   A.    Ball & Chain would play live music till about midnight.
 7   Q.    About midnight.  And are there any rules in the City of
 8   Miami that prevents you from playing music outdoors or too loud
 9   at certain hours of the day?
10   A.    Well, thank you for bringing that up because there is a
11   rule that just came out that Commissioner Carollo spearheaded
12   that really targets Taquerias and Ball & Chain where they can't
13   have live music past 10:00 or any music at all.  Zero music
14   past 10:00.
15         Now it was enacted during COVID when Ball & Chain was
16   closed, so I'm glad that you brought that up because
17   Commissioner Carollo is the one that did that.
18   Q.    Actually, the Commission passed that, not Commissioner
19   Carollo.  The whole Commission passed that, correct?
20   A.    I'm sure they had to pass it.  I'm sure there was more
21   than one person, but Commissioner Carollo spearheaded that.
22   It's in his district.
23   Q.    But even before that -- the ordinance that you're
24   referring to, the fact is that even before that, you couldn't
25   play music so loud, that it could be heard a hundred feet away.
```

 1   That was there in 2018 and '19, correct?

 2   A.   That's there in the whole entire State of Florida.

 3   Q.   So that rule was there before what you're talking about?

 4   A.   That's why we do the decibel reading checks.

 5   Q.   And also there was prohibitions even before this 10:00

 6   thing that you were talking about that you couldn't play music

 7   past 11:00 p.m. that would be heard outside of your premises,

 8   correct?

 9   A.   I'm not familiar with that one.

10   Q.   Okay.  You talked about outside music and noise procedures

11   and I think you said that there was never a time where you're

12   aware that there were any complaints for noise issues for Ball

13   & Chain.  I think that was your testimony, correct?

14   A.   My testimony was a civilian.

15   Q.   Okay.

16   A.   I know of one, and I know the police officer that made the

17   complaint because he came in and he cited us for noise after he

18   made the complaint.  I know of one.

19   Q.   Okay.  Well, let's talk about noise complaints for a

20   second.  Let's start with this.

21        MR. PERTNOY:  Can we show the aerial of Ball & Chain,

22   please?

23   **BY MR. PERTNOY:**

24   Q.   Let's take a look at the area so that we can all know what

25   we're talking about here.  So this is Ball & Chain, an aerial

1    of Ball & Chain, correct, sir?

2              MR. PERTNOY:  And may I publish this to the jury?

3    Any issues?

4              MS. SUAREZ:  No objection.

5    **BY MR. PERTNOY:**

6    Q.   And the front with the green awning, that's Ball & Chain,

7    correct?  And that's the building itself?

8    A.   Correct.

9    Q.   And then behind it, that's the patio bandstand area that

10   you were talking about, correct?

11   A.   Correct.

12   Q.   And then right behind that is an apartment building,

13   correct?

14   A.   Correct.

15   Q.   And then over to the left of that is a parking lot with

16   another house or a little casita there, correct?

17   A.   It's not a house.

18   Q.   Okay.  And then right --

19   A.   Ball & Chain owns that property.

20   Q.   And right next to that property is El Paraiso Home.

21   That's the assisted living facility, correct?

22   A.   Correct.

23   Q.   And as the general manager of Ball & Chain, are you aware

24   that in September of 2020, that the El Paraiso assisted living

25   center was objecting to Ball & Chain trying to get use of its

```
 1    outdoor area to play live music?

 2    A.    No, I'm not familiar with that at all.

 3    Q.    No.  And so you're not a -- so are you aware that when the

 4    assisted living facility complained about that to the City of

 5    Miami, that Mad Room filed a lawsuit against the assisted

 6    living facility for expressing their rights to complain about

 7    the noise?

 8              MS. SUAREZ:  Objection, Your Honor.  Lack of personal

 9    knowledge.  Argumentative.

10              THE COURT:  Overruled.  If he knows.

11              THE WITNESS:  I don't know about that.

12    BY MR. PERTNOY:

13    Q.    So you're --

14    A.    Just for the record, September of 2020, Ball & Chain was

15    closed.  I was working at Taquerias.

16    Q.    There's no question pending.  You'll have to wait till I

17    ask a question.

18    A.    Absolutely.

19              MR. PERTNOY:  Can we go to DX 21?  Any objection?

20              MS. SUAREZ:  Your Honor, we object to hearsay.

21              THE COURT:  Overruled.

22              MR. PERTNOY:  May I publish and seek it to admit?

23              THE COURT:  What's the document?

24              MR. PERTNOY:  It's a composite exhibit of city

25    records concerning noise issues at Ball & Chain.
```

```
 1                    THE COURT:  Sustained.

 2                    MR. PERTNOY:  Sustained?

 3                    THE COURT:  Yes.  You can introduce it through

 4       another witness if you can, sir.

 5       BY MR. PERTNOY:

 6       Q.   You are aware as the general manager that Ball & Chain has

 7       been cited numerous times during your tenure as general manager

 8       for noise violations, correct?

 9       A.   Incorrect.  We've been cited once and the time we got

10       cited was when the police officer called in the complaint, and

11       then came right afterwards and cited us for noise.

12       Q.   And I believe you said you started in December of 2018?

13       A.   Correct.

14       Q.   So in May of 2019, there wasn't a noise complaint filed

15       against -- or a noise complaint case that commenced against

16       Ball & Chain?  That's your testimony?

17       A.   May of 2019?

18       Q.   Yes.

19       A.   I believe that's the -- hold on.  I got my dates -- can

20       you bring it up on the screen?  Is that the one there that was

21       under appeal?  I don't know of that one.

22       Q.   Okay.  So what about the noise complaint?

23       A.   So was it a complaint or was it an actual issue?

24       Q.   It was a noise complaint that commenced with and that

25       created a noise violation case.  So what about the noise
```

1   complaint from November 20, 2019?  Do you have any knowledge

2   about that one for Ball & Chain?

3   A.   No, I don't.

4   Q.   And what about the noise complaint from December 16, 2020?

5   Or sorry, February 16, 2020.  Are you familiar with that noise

6   complaint for Ball & Chain?

7   A.   No, I'm not.

8   Q.   And what about the noise complaint from November 21, 2021

9   for Ball & Chain?  Are you familiar with that noise complaint?

10   A.   Just I'd like to get some clarification here.  So the

11   complaint was somebody called in to the city?

12   Q.   I'm not here to give you clarification.  I'm asking if

13   you're familiar with that noise complaint.

14   A.   No, I'm not.

15   Q.   So your testimony before was that there were no noise

16   complaints that you're aware of and there's actually in your

17   tenure, one, two, three, four, correct?

18        MS. SUAREZ:  Objection.  Assumes facts not in

19   evidence.

20        THE COURT:  Overruled.  He can answer if he knows.

21        THE WITNESS:  I don't know.  I only know of one.  The

22   one we got cited.

23   **BY MR. PERTNOY:**

24   Q.   Are you aware that the one on November 21, 2021 was for

25   noise at 1:40 a.m. in the morning?

```
 1              MS. SUAREZ:  Objection, Your Honor.  Hearsay.  Asked
 2   and answered.
 3              THE COURT:  Sustained.
 4   BY MR. PERTNOY:
 5   Q.   You talked about wanting to be good stewards for the
 6   neighborhood and be respectful of your neighbors.  That was
 7   part of your testimony, correct?
 8   A.   Correct.
 9              MR. PERTNOY:  I'd like to show you a video.  This is
10   going to be -- I think it's PX 348.  Before you play it, first
11   may I publish it, and obviously no objection?
12              MS. SUAREZ:  Of course.
13   BY MR. PERTNOY:
14   Q.   Before you play it, can you see the image on the screen
15   that's paused?
16   A.   Yes.
17   Q.   So that's the outdoor bandstand area, correct?
18   A.   Yes.
19   Q.   And that's Mr. Willie Torino there, I believe?
20   A.   Yeah, that's -- yes, that is.
21   Q.   And before we get into the details of this, can you first
22   show the data information with respect to the video, the
23   details so we can just set the date and time of this video so
24   that everybody's aware?
25        All right.  So as you can see right here, you can see that
```

```
 1   the media was created on September 20, 2019 at 11:01 p.m.

 2   Do you see that, sir?

 3   A.   That's what the screen reads, yes.

 4   Q.   So let's watch this video from September 20, 2019 at 11:01

 5   p.m., please.

 6                          (Video played.)

 7   Q.   Now this video is at 11:01 p.m.  It doesn't look like this

 8   party is winding down any time soon, does it?

 9   A.   I don't know what the future is, but you need to play the

10   rest of the video if there's more video.

11   Q.   So at 11:01 p.m. outside with the residents behind you in

12   the apartment building and the senior citizens in the assisted

13   living facility, you all are playing -- have a live band out

14   there playing music well past -- looks like that's going to go

15   well into the night, doesn't it, sir?

16   A.   Just play the rest of the video.  Let's see how long it

17   lasts.

18   Q.   I don't think that's -- would you agree that -- is that

19   Ball & Chain and Mr. Fuller and your business being good

20   stewards and good neighbors, sir?

21   A.   Yeah, it looked like a lot of people were having a good

22   time.

23           MR. PERTNOY:  Let's go to the video that we looked at

24   that was shown to you which is DX 332.

25                          (Video played.)
```

```
 1              MR. PERTNOY:  Pause it, please.
 2   BY MR. PERTNOY:
 3   Q.   So first off, is that you speaking there when they were
 4   raiding?
 5   A.   No.
 6   Q.   Do you know who's narrating?
 7   A.   It sounds like Carollo.
 8   Q.   No.  This video is the video you saw before where you were
 9   having Carollo taking pictures so it couldn't be Carollo.  This
10   is --
11   A.   Sounded like he said I'm definitely here because of the
12   music.
13   Q.   Let's rewind and let's try it again.  I think they say
14   they are definitely here because of the music.
15                         (Video played.)
16              MR. PERTNOY:  Right.  Pause, please.
17   BY MR. PERTNOY:
18   Q.   So actually let's continue on.  So we can all hear the
19   music, and somebody on this video is saying they're definitely
20   here because of the music.  Can we agree with that, sir?
21   A.   Well, there's an issue with what you're trying to express
22   to me.  This is inside the 100 feet mark of the venue.
23              MR. PERTNOY:  Continue.  Press play.
24                         (Video played.)
25              MR. PERTNOY:  Pause, please.
```

1   **BY MR. PERTNOY:**

2   Q.   So right there in the -- that's Commissioner Carollo

3   there, correct, sir?

4   A.   Well, I can see a tree but yes, I have seen the video.

5   Q.   We can agree that this is a video coming from the Ball &

6   Chain perspective, not from the commissioner's perspective

7   since the commissioner is over there, correct?

8   A.   I don't know who said what.  I wasn't there.  I don't know

9   that.

10  Q.   But you testified about this video.  You proclaimed to

11  have knowledge about it when you were on direct examination.

12  A.   Sure.

13  Q.   Let's continue.

14                          (Video played.)

15          MR. PERTNOY:  Pause, please.

16  **BY MR. PERTNOY:**

17  Q.   So right over there looks like that's a little boy or

18  little girl, maybe his mother or grandmother and some residents

19  sitting out here at night.  Do they look like they're enjoying

20  the music?

21          MS. SUAREZ:  Objection.  Speculation.

22          THE COURT:  Sustained.

23  **BY MR. PERTNOY:**

24  Q.   But they've never complained -- you're not aware of any

25  complaints coming from neighbors such as this regarding the

1    music?

2    A.    Correct.

3    Q.    I see.  Let's continue on.

4                        (Video played.)

5              MR. PERTNOY:  Can you press pause, please?

6    **BY MR. PERTNOY:**

7    Q.    So did you recognize the other gentleman who was talking

8    to Commissioner Carollo at that time?

9    A.    Yes.

10   Q.    Who was that?

11   A.    Loren Abraham.

12   Q.    And who is he?

13   A.    Director of operations at that time.

14   Q.    So that's the person who you took over for later on?

15   A.    Correct.

16   Q.    Okay.  Is he still with Ball & Chain or with the company

17   in any way?

18   A.    No.

19             MS. SUAREZ:  Objection.  Relevance.

20             THE COURT:  Overruled.

21   **BY MR. PERTNOY:**

22   Q.    Now, the conversation -- so you were not present at this

23   conversation that you testified to previously, correct?

24   A.    Correct.

25   Q.    Okay.  But the conversation was about -- went on to be

```
 1    about the parking lot that's behind Commissioner Carollo,

 2    correct?

 3    A.   That's correct.  That's both commercial and residential.

 4    It's double.

 5    Q.   We'll get to that in a moment.

 6              MR. PERTNOY:  Can we continue with this?

 7                         (Video played.)

 8              MR. PERTNOY:  Pause, please.

 9    BY MR. PERTNOY:

10    Q.   So you just heard in that conversation that Commissioner

11    Carollo said they're talking about Code Enforcement said that

12    you could or could not use that parking lot.  And I think you

13    just heard right this moment that Commissioner Carollo in the

14    video said tomorrow I'm going to go and ask Code Enforcement,

15    correct?

16    A.   Did sound that's what he said, correct.

17    Q.   He didn't say I'm going to go order something or I'm

18    ordering you to do something right this second.  He said he's

19    going to go ask, correct, sir?

20    A.   Well, yes.  He said that we were breaking the law by

21    parking back there, but that's incorrect.

22    Q.   Okay.

23    A.   That is commercial and residential zoned area.

24              MR. PERTNOY:  All right.  Continue on, please.

25                         (Video played.)
```

 1          MR. PERTNOY:  Pause, please.

 2          THE COURT:  Also ten minutes remaining.  Go ahead,

 3   sir.  Ask your questions.

 4          MR. PERTNOY:  Excuse me?

 5          THE COURT:  Yes.  Ten minutes remaining on

 6   cross-examination, sir.

 7          MR. PERTNOY:  I have more time.  I'm going to request

 8   more time, Your Honor.

 9          THE COURT:  All right.

10   **BY MR. PERTNOY:**

11   Q.   So you just heard in that video, if I'm not mistaken, sir,

12   that this statement from the person at Ball & Chain was we're

13   just doing our job just like you are doing your job, correct,

14   sir?

15   A.   That was the statement, yes.

16   Q.   Okay.  So Commissioner Carollo was just doing his job,

17   correct?

18   A.   No, I disagree.  The reason why I disagree is that's why

19   there's a lawsuit.  He's taking his position and using the

20   people around him to attack Ball & Chain.

21   Q.   Now, with respect --

22   A.   That's where he said he's going to go get Code

23   Enforcement.

24   Q.   After that encounter --

25   A.   He said they're breaking the law when they're not breaking

1    the law.  He should know the law.

2    Q.   So after that encounter, you said that Ball & Chain put up

3    a wood fence there, correct, sir?

4    A.   That's correct.

5    Q.   Did you all pull permits for that?

6    A.   I have no idea if they pulled permits.

7    Q.   Okay.  Now let's talk about the Pineapple stage for a

8    second.

9         MR. PERTNOY:  Can we go to the March 12, 2019 notice

10   of violation?  Any objection?

11        MS. SUAREZ:  No objection.

12   **BY MR. PERTNOY:**

13   Q.   So March 12, 2019, notice of violation and if you look

14   down where it says violation reference and it says correction,

15   can you highlight and make that larger?  It says work completed

16   without a permit.  Overhang attached to the structure, front

17   windows, interior remodeling, stage/band shell.  Do you see

18   that, sir?

19   A.   Yes, sir.

20   Q.   Isn't it true that with respect to that outdoor patio

21   area, the bar, the band shell, all of it was built without

22   permits first?

23   A.   I'm not aware of that because when I came in 2018, that

24   was already there.  There was nothing added when I was there.

25   Q.   I see.  So, you have no knowledge --

```
 1    A.    I don't know if there's permits pulled or not.  I'm not a

 2    construction person for Mad Room Hospitality.  That's one of

 3    the owners.  You need to talk to the ownership about the

 4    construction.

 5    Q.    No problem.

 6          MR. PERTNOY:  Can we turn now to DX 100?  And, Your

 7    Honor, I move to admit the March 12th notice of violation into

 8    evidence.  We'll have to provide the clerk with an exhibit

 9    number.

10          THE COURT:  Absolutely.

11    BY MR. PERTNOY:

12    Q.    Now, with respect to that outdoor bar area, isn't it true

13    that in 2021, that the outdoor area, the back bar area there

14    had a fire issue?

15    A.    No, it wasn't the back bar area.

16    Q.    The rear roof deck bar ceiling area sustained fire damage?

17    A.    That was the back bar area was on the first floor.  The

18    balcony area where the actual small fire was was on the second

19    floor.

20    Q.    Okay.  And that also is built without permits, correct?

21    A.    Again, you have to talk to the ownership group about the

22    construction.

23    Q.    Got it.

24    A.    Like I said, it was already there when I got there.

25    Q.    Now you said you ran the day-to-day operations for Ball &
```

```
 1    Chain so you're very familiar with the liquor license for Ball
 2    & Chain, correct?
 3    A.   Yes, I guess you could say that.  Yeah, sure.
 4    Q.   Okay.  And you understand, you've been in the restaurant
 5    industry for 30 plus years, so you understand how liquor
 6    licenses generally work seeing as you've been in the restaurant
 7    industry for all these years, correct?
 8    A.   Generally speaking, but I'm not a legal expert in liquor.
 9    Q.   Sure, but --
10    A.   Licensing, I contact lawyers that actually specialize in
11    that.
12    Q.   But you understand that your liquor license is limited to
13    the area that's shown in the sketch on your liquor license,
14    correct?
15         MS. SUAREZ:  Objection, Your Honor.  Outside the
16    scope of direct.
17         THE COURT:  Sustained.  Also five minutes remaining.
18    BY MR. PERTNOY:
19    Q.   So I'd like to show PX 246.  You talked about all these
20    different, you know, times where the city came to the various
21    properties, whether it's Taquerias or Ball & Chain, but
22    oftentimes, that was through what is known as Dry Hour
23    Operations, correct, sir?
24    A.   No, I'm not familiar with that term at all, sorry.
25    Q.   So you're not familiar with instances where the City of
```

```
 1   Miami Police Department coordinates the efforts of Code,
 2   Building, Fire, and Alcohol, Beverage Tobacco to then go see
 3   numerous buildings on an evening to see if they're in
 4   compliance with all of the rules and regulations?
 5   A.   I'm definitely familiar with a bunch of police officers,
 6   Code Enforcement, Fire guys going as a team to different
 7   establishments, but I'm not familiar with the term that you
 8   used.
 9   Q.   That's fine.  And that's coordinated through the city
10   administration through the police department, and the other
11   administrative agencies, not through Commissioner Carollo,
12   correct?
13   A.   Incorrect.  I've had multiple people -- I've had more than
14   1000 people, both civilian and that work for the city that has
15   specified directly that they have gotten direction from
16   Carollo.  I even have a fire inspector that corroborated that
17   we are treated differently than any other place.
18   Q.   Now, you mentioned the other businesses that you're
19   building in Fort Lauderdale and other areas.  When those
20   businesses are getting up for operations, do you know whether
21   or not you all are pulling the necessary permits and getting
22   all of the necessary documentation to the city for licensing
23   before you start the business and before you start the
24   construction?
25   A.   I'm not.  That is -- that's outside of what I do.
```

```
 1  Q.    I see.
 2  A.    The ownership group, specifically most likely Bill Fuller
 3  had a big part in what's going on with the permitting and the
 4  building construction part of it.
 5  Q.    Now you talked about the staircase at Taquerias/Los Altos
 6  and you also talked about the upstairs area of Los Altos,
 7  correct?
 8  A.    I talked about the two staircases.
 9  Q.    Okay.  And isn't it true that the staircases were not
10  built with permits, correct?
11  A.    Again, the staircases were there when I was there.  The
12  staircase inside has definitely been there for since who knows,
13  maybe 1985.  I have no idea.
14  Q.    And the upstairs area that's known as Los Altos, that
15  entirety of that area was all built without permits, correct?
16  A.    The whole entire area was built when I came on.  Again, I
17  don't do the construction for the company.
18  Q.    So would you agree with me though that if these things
19  were not built with permits and not done following the city
20  rules, that the city would have the right to cite the business
21  owners for not following the rules?
22           MS. SUAREZ:  Objection, Your Honor.  Hypothetical.
23           THE COURT:  Sustained.  Two minutes.
24           MR. PERTNOY:  I'm sorry?
25           THE COURT:  Two minutes remaining.
```

1    **BY MR. PERTNOY:**

2    Q.   Now, are you also familiar -- as the general manager or

3    the director of operations, are you also familiar with the Los

4    Altos liquor license?

5    A.   Los Altos is just an area of the restaurant.

6    Q.   The Taquerias license?

7    A.   It's not -- yes, the Taquerias has a liquor license.  Los

8    Altos is just a room of the Taquerias, but we call it two

9    separate and we treat them two separately, but it's just one

10   building.

11   Q.   Understood.  But they operate under one license, correct?

12            MS. SUAREZ:  Objection.  Outside the scope.

13            THE COURT:  Sustained.

14   **BY MR. PERTNOY:**

15   Q.   Now, with respect to Taquerias, I'd like to show you

16   some -- you said you were involved with Taquerias even as a

17   general manager at Ball & Chain, correct, when you first

18   started in December, correct?

19   A.   No.  When I first started in December, no.

20   Q.   So then I'll just show you --

21            MR. PERTNOY:  I'm going to show counsel real quick

22   the document.

23            THE COURT:  Sure.

24            MS. SUAREZ:  No objection, Your Honor.

25            MR. PERTNOY:  I'd like to show you this document from

```
 1   March 20, 2019.
 2   BY MR. PERTNOY:
 3   Q.    It's the 521 SW 8th Street.   531 SW 8th, that is --
 4   A.    Taquerias.
 5   Q.    Taquerias, correct?
 6   A.    Correct.   What's the date of that memo?
 7   Q.    March 28, 2019.
 8          MR. PERTNOY:   I'd like to publish this and to have it
 9   admitted, Your Honor.
10          THE COURT:   Sure.
11          MR. PERTNOY:   Again, we'll get the clerk a number.
12   BY MR. PERTNOY:
13   Q.    So --
14   A.    I wasn't involved in Taquerias at this particular moment.
15   Q.    Understood.   But you can confirm with me that that's the
16   correct address, correct?   521 SW 8th Street, that's Taquerias?
17   A.    That's correct.
18   Q.    And you're now -- you're in charge of operations which
19   you've testified includes Taquerias, so you spent some time
20   talking about Taquerias here today, correct?
21   A.    In 2019, I was at Ball & Chain as a general manager.
22   Q.    I understand.
23   A.    I only oversaw the general manager position at Ball &
24   Chain during this time period.
25   Q.    So my only question to you is because you were talking
```

1    about how it's not open, I'd like to ask you if you're aware of

2    this notice of violation from the City of Miami referencing

3    that the issue is that you must pull and obtained building

4    permits for the work done in the second floor.  Do you see

5    that?

6    A.   But, again, you're asking me about the construction and I

7    wasn't involved in this property at this time.

8    Q.   I'm simply asking if you're aware of this notice of

9    violation, that the work on the second floor was done with work

10   performed without a finalized permit?

11          MS. SUAREZ:  Objection.  Asked and answered.

12          THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.   So you have no knowledge; is that fair to say?

15   A.   I have no knowledge of this document right here.

16   Q.   So if the work was not performed as indicated here without

17   a permit, would it have been fair for the city to take the

18   actions that it took in citing the business?

19          MS. SUAREZ:  Objection, Your Honor.  Hypothetical.

20          THE COURT:  Sustained.

21   **BY MR. PERTNOY:**

22   Q.   Now you complained that the back at Ball & Chain, that the

23   Pineapple stage was no longer able to play music and no longer

24   able to be operated.  Isn't it true that that's because there

25   was no permits ever pulled for building all of that, correct,

 1   sir?

 2   A.   Incorrect, because eventually they did pull permits to

 3   build and fix it.

 4   Q.   I see.  So they knew that they didn't do it at first, but

 5   then after being cited, they worked to get it into compliance

 6   and pulled the permits, correct, sir?

 7   A.   Again, like I'm not involved in the construction.  I can

 8   vaguely say that that's kind of accurate but I can't

 9   100 percent testify here under oath that that's exactly how it

10   happened.

11         MR. PERTNOY:  All right.  Let me check my notes for a

12   minute, Your Honor.  I think I might be done.

13         THE COURT:  Sure.  All right.  We'll take a brief

14   break for the jurors.  Ten minutes.  Again, please remember my

15   instructions.  Again, do not discuss this case with anyone.  Do

16   not formulate any opinions and we'll see you back here in ten

17   minutes.

18         THE COURTROOM DEPUTY:  All rise for the jury.

19         (Thereupon, the jury exited the courtroom.)

20               (Short recess had.)

21         THE COURT:  You may be seated, everyone.  How much

22   time do you have left?

23         MR. PERTNOY:  I think I've got a short video to show

24   him.  I've got about three more questions after I ask a

25   question on the video, then we should be --

```
 1              THE COURT:  No problem.

 2              MR. PERTNOY:  Thank you, Your Honor.

 3              THE COURT:  You're welcome, sir.  Let's bring the

 4   jurors, please.

 5                  (Thereupon, the jury entered the courtroom.)

 6              THE COURT:  The members of the jury are all present

 7   and accounted for.  You may be seated, everyone.

 8          Mr. Pertnoy, you may continue, sir.

 9              MR. PERTNOY:  Thank you.  I'd like to show PX 352.

10   And may I publish and seek to admit it?

11              THE COURT:  Yes, sir.

12                  (Plaintiffs' Exhibit 352 Received.)

13              MR. PERTNOY:  Thank you.

14                          (Video played.)

15              MR. PERTNOY:  Put it on pause, please.

16   BY MR. PERTNOY:

17   Q.   So, Mr. Green, I'm going to show you a video that takes

18   place outside of Ball & Chain.  After you've -- we watch the

19   video, then I'll ask you a question or two.

20                          (Video played.)

21   Q.   Mr. Green, first off, did you see the patron from Ball &

22   Chain who's filming right by the green truck who almost got hit

23   by this black vehicle right here on SW 8th Street?  Do you see

24   that?

25   A.   Do I see the person there, yes.
```

```
 1   Q.   Okay.  Continue, please.
 2                      (Video played.)
 3   BY MR. PERTNOY:
 4   Q.   You can take down the video.  So, Mr. Green, did Ball &
 5   Chain have a permit to block traffic on SW 8th Street in order
 6   to allow for that performance?
 7   A.   There was a stop sign right there and they didn't block
 8   traffic at all.
 9   Q.   Okay.  Let's turn to one last thing that you did talk
10   about.  You talked about damages to Ball & Chain and Taquerias,
11   correct?
12   A.   Yes.
13   Q.   Now, isn't it true that Mad Room is actually suing the
14   City of Miami, not Joe Carollo for damages in a separate
15   lawsuit for those damages?
16              MS. SUAREZ:  Objection, Your Honor.  Relevance.
17              THE COURT:  Sustained.
18   BY MR. PERTNOY:
19   Q.   Isn't it true that Mad Room is not seeking damages in this
20   case, sir?
21              MS. SUAREZ:  Objection, Your Honor.  Relevance.
22              THE COURT:  Sustained.
23              MR. PERTNOY:  No further questions.
24              THE COURT:  All right.  Redirect?
25
```

1                           - - - - -

2              **REDIRECT EXAMINATION OF DARIUS GREEN**

3    **BY MS. SUAREZ:**

4    Q.   Okay.  So, on direct, you had talked to me a little bit

5    the steps that you take to address the noise at Ball & Chain.

6    Can you run me through those one more time?

7    A.   Sure.  So the main thing we did at Ball & Chain, we have a

8    Governor on the amp upstairs.  We also have a wall volume

9    regulator that's down inside of the venue.  And then we have a

10   third volume control device which is an iPad and it also has a

11   Governor on it that we set to limit the peakness that the sound

12   could go.

13        There's three different control mechanisms that are

14   electronic or manual that can stop the amount of output that

15   the amps put out; the amount of volume that the speakers can

16   do.

17        Then we also do a sound check which would be the Decibel

18   Rate Pro.  We take five measurements around Ball & Chain.

19   That's why I knew when he was talking about did I hear the

20   sound, but I knew that was inside 100 feet because I know that

21   to get to 100 feet from Ball & Chain is on the sidewalk of that

22   location, so they were not far enough away from Ball & Chain to

23   know that that's a violation.

24        So there's multiple areas that we go to.  We send it out

25   to a group chat, we do that hourly, and we also take

 1   measurements from inside the restaurant.

 2   Q.    And you told Mr. Pertnoy that you were aware of one noise

 3   complaint.  Can you explain the details of that complaint?

 4   A.    Sure.  That day, we had -- I think the time was probably

 5   around 11:30, 11:50, we had fire marshals come to the

 6   restaurant.

 7         They wanted -- this is a Saturday night, midnight so we're

 8   super busy.  We had a line out the door.  The fire marshal

 9   wanted to see the occupancy load and then also our clickers.  I

10   immediately, immediately showed him inside, showed him our

11   occupancy load which is basically a piece of paper that says

12   how many people that we can have inside of our building,

13   literally was posted on the wall right inside the door.  I

14   immediately showed him the little clickers.  We count how many

15   people we have coming in and out.

16         I brought him back outside.  After I brought him outside,

17   he seemed a little agitated and he wanted to send the other

18   person that was with him inside to see the exact same thing.

19         That's when I was like, okay, what's going on.  I started

20   videotaping this Code Enforcement because, again, we've been

21   harassed and attacked.

22         After he left, two hours -- within two hours, within two

23   hours, six police officers, two Code Enforcement, and two fire

24   marshals arrived at Ball & Chain.  Within two hours of that

25   visit.

1     And that's when I found out that there was a noise

2  complaint.  The person that I later found out that actually did

3  the complaint because you can -- there's no -- you can't hide

4  that information anymore in the State of Florida, was that

5  supervising police officer that was on duty that night.

6     One of the six police officers called in a noise

7  complaint, so this is not somebody who was down the street.

8  This is not an apartment building that was in the back.  This

9  was the police officer that came to give us the noise

10  complaint.

11  Q.   And Mr. Pertnoy showed you again the video of Commissioner

12  Carollo by Ball & Chain.  But from what you heard on the video,

13  was Commissioner Carollo concerned about the noise?

14  A.   No.

15  Q.   What was he concerned about?

16  A.   The parking.

17  Q.   And as far as you're aware, was everything appropriate?

18  A.   Everything, I park there every day today.  We did no

19  modifications to the parking lot other than the fence.

20  Q.   And is Ball & Chain the only establishment that plays

21  music on 8th Street?

22  A.   No.  Within that three block radius, there's probably six

23  or seven other venues that have people dancing in the street,

24  welcome guests, having live music, playing DJs, so no, it's

25  definitely not.  The best one, but not the only one.

```
 1   Q.   How many police officers did you say came out for that

 2   noise complaint?

 3   A.   There was six police officers.  They parked past Domino

 4   Park on, I guess that's 9th and 15th, which is about two blocks

 5   away.

 6        They said that they heard loud music when they got out of

 7   their vehicle.  We fought that noise complaint.  We took them

 8   to court.  On their police body cams, the only thing that you

 9   heard when they got out of the car was a cricket.

10        Let me repeat that.  The only thing that you heard when

11   they got out of the car was a cricket at 290 feet.  They didn't

12   hear music until the 100 foot mark.  I know exactly where the

13   hundred foot mark.

14        We take hourly readings throughout the neighborhood.  It's

15   on police body cam.  We failed that because of the kangaroo

16   court they have set up where Commissioner Carollo --

17             MR. PERTNOY:  Objection.  Kangaroo court.

18             THE COURT:  Sustained.

19   BY MS. SUAREZ:

20   Q.   When those police officers come out, did they park in the

21   street or where do they park?

22             MR. PERTNOY:  Objection.  Lack of foundation.

23             THE COURT:  Overruled.  If he knows.

24             THE WITNESS:  They park right in the middle of the

25   street with their lights on.  That particular day, there was
```

```
 1   four cop cars and two Code Enforcements blocking that same road

 2   that this gentleman was asking me about us blocking with their

 3   lights on.

 4   Q.   And during your time working at Ball & Chain and

 5   Taquerias, have you seen any other businesses in the vicinity

 6   have six Code and police officers outside inspecting them for

 7   something?

 8            MR. PERTNOY:  Objection.  Leading.  Lack of

 9   foundation.  Lack of personal knowledge.  Speculation.

10            THE COURT:  Overruled.  If he knows.

11            THE WITNESS:  I have not.

12            MS. SUAREZ:  I have no further questions.

13            THE COURT:  All right.  Thank you, Mr. Green.  You

14   are excused, sir.  Thank you.  Have a good day.

15            THE WITNESS:  Thank you.

16            THE COURT:  Plaintiff, call your next witness.

17            MS. SUAREZ:  Yes, Your Honor.  The plaintiffs call

18   Mr. Alejandro Del Bosque.

19            THE COURTROOM DEPUTY:  Please raise your right hand.

20

21

22

23

24

25
```

```
 1                        (Witness was sworn.)

 2              THE WITNESS:  Yes.

 3              THE COURTROOM DEPUTY:  Please state your name and

 4  spell it for the record.

 5              THE WITNESS:  Alejandro, A-L-E-J-A-N-D-R-O, Del

 6  Bosque.  D-E-L. space B-O-S-Q-U-E.

 7              THE COURTROOM DEPUTY:  Have a seat.

 8                        -  -  -  -  -

 9          DIRECT EXAMINATION OF ALEJANDRO DEL BOSQUE

10  BY MS. SUAREZ:

11  Q.   Good morning, Mr. Del Bosque.

12  A.   Good morning.

13  Q.   What is your current position?

14  A.   My current position is a general manager for Ball & Chain.

15  Q.   And tell me a little bit about your educational

16  background.

17  A.   Okay.  So --

18              THE COURT:  Wait.  Could give me a moment, please.

19  Ellie?

20                        (Short pause.)

21              MS. SUAREZ:  May I continue, Your Honor?

22              THE COURT:  Yes.

23  BY MS. SUAREZ:

24  Q.   Tell me a little bit about your educational background.

25  A.   So I graduated high school back in the '90's.  I did some
```

1    college, but I did not finish my degree because I was already

2    involved in the hospitality business, so instead of continuing

3    my education, I went into management.

4    Q.    Okay.  And so tell me a little bit about your work

5    history.

6    A.    Well, I've been in the hospitality business for over 30

7    years, in a leadership position in over 30 years.  I worked for

8    various companies, from Mango Tropical Cafe in South Beach

9    which is a restaurant cabaret, to BLT Prime which is fine

10   dining.  That's in Doral.

11        I've worked casual restaurants in Central Florida like

12   Applebee's.  It's very varied work, if you will.

13   Q.    And through these management positions, what does your

14   day-to-day usually look like?

15   A.    Day-to-day is usually, you know, the biggest part of

16   management is compliance with company policies, company rules.

17   Making sure that, you know, everything is copacetic with, you

18   know, with your everyday doing.  You have checklists, you have

19   end of night reports.

20        Obviously it's all about the guest experience because

21   that's what hospitality is about, you know, and that's why I

22   chose that career.  So in day-to-day, it's -- you can tell you

23   it's 60 percent all about our guests and their experience, and,

24   you know, the other 40 percent is due diligence in making sure

25   that everything is proper and up to speed.

1    Q.   And what are your responsibilities as general manager of

2    the Ball & Chain?

3    A.   As general manager of Ball & Chain, it's full compliance

4    to all rules and regulations that our company has that we're in

5    compliance with everything that, you know, from liquor

6    licenses, to, you know, health inspections.  Obviously, the one

7    on one community outreaches or involvement with the community

8    directly around us.

9         There's a whole breadth of responsibilities that are in

10   day-to-day.  Most of all, it's like I said before, it's about

11   the guest experience, providing that for them but yeah, there's

12   more of what I've done.

13   Q.   At some point, did you oversee the Taquerias restaurant?

14   A.   Yes.  I was the assistant general manager for the

15   Taquerias pre pandemic, during the pandemic and post.

16   Q.   And how often were you at Taquerias during that time?

17   A.   Well, I was the assistant general manager so I was there

18   for the usual week, five days a week.  I was the closing

19   manager all the five days of the week that I worked.  So, you

20   know, anywhere from 3:00 in the afternoon, 2:00 in the

21   afternoon until closing.

22   Q.   And is the closing shift usually busy?

23   A.   It's the peak hours.  It's definitely the peak hours.  You

24   may have the peak hours of, you know, the early dinner, late

25   dinner, late night dinner, and so on and so forth.  It's

 1  definitely the busiest hours.

 2  Q.   And you mentioned some community outreach.  What did you

 3  do all do for the area that surrounds the Ball & Chain and

 4  Taquerias?

 5  A.   So for the area that's really, you know, you're talking

 6  with your neighbors, not just the neighboring businesses but

 7  also the neighbors because you're adjacent to a neighborhood so

 8  Calle Ocho, it's a -- it's now a beautiful -- I don't want

 9  to say tourist attraction.  It's a gem of our city that has a

10  lot of heritage in it so we maintain involvement.

11       We're making sure that everybody's safety is proper,

12  streets are cleaned up, you know, if there's any concerns with

13  what we're doing or what they're doing or how can we improve

14  the neighborhood, so those are the outreaches.

15       And in regards to our neighborhoods, always we have our

16  neighbors in the back.  When we're walking from our parking,

17  you know, we say hi to and hey, how's it going, what's going on

18  with you?  What's happening over here?

19       You know, when buildings get bought up or torn down, why

20  did that happen?  You know, how is it affecting them so all of

21  that.

22  Q.   And are there any noise protection policies in place at

23  the Ball & Chain?

24  A.   Yes.

25            MR. PERTNOY:  Objection, Your Honor.  This is very

1    cumulative at this point.

2            THE COURT:  Overruled.

3    **BY MS. SUAREZ:**

4    Q.   Go ahead.

5    A.   Yes, there is.  So everyone, it's part of our checklists.

6    So our managers due to, you know, to the constant harassment of

7    the city and constant threats of all you're not noise

8    compliant, we never were.  We instituted a daily -- well,

9    first, it was an hourly checklist of walking the perimeter

10   360 degrees to make sure that we were not causing any trouble

11   with the community, first and foremost.

12           Now we do it shiftly, and, you know, it's a taxing

13   scenario because it takes a manager out of the venue and away

14   from anything that might be going on that the guest may need

15   for about 20 to 30 minutes, just to walk around a full 360

16   perimeter, especially when there's other places that when there

17   are festivals are going on on a Friday night, you can hear the

18   music blasting six blocks away.

19   Q.   And have you ever had any personal interactions with

20   Commissioner Carollo?

21   A.   I mean, I've had many interactions with Commissioner

22   Carollo and his agents on a constant basis where they go by and

23   they ask you for the same things over and over which are public

24   records that they don't have to go by during these peak times.

25   They show up with --

1          MR. PERTNOY:  Objection, Your Honor.  Move to strike.

2     The question was about personal interactions with Commissioner

3     Carollo, not with city administration, city inspectors.

4          THE COURT:  Sustained.

5     **BY MS. SUAREZ:**

6     Q.   Have you ever had a personal interaction with Mr. Carollo

7     himself?

8     A.   Mr. Carollo, himself, out on SW 7th Street, he was walking

9     with a news crew and pointed out to where I was coming out

10    where we park our cars and said, oh, look, those are the people

11    that are the troublemakers, particularly pointing towards where

12    I was.

13         You obviously feel singled out.  You feel like why are you

14    showing this to a video camera, news reporters.  So I spoke

15    out.  I said did you show him what you did to SW 7th Street or

16    15th Avenue where he tore down a building, got people out, and

17    now it's a mess because they don't even clean it up.  That was

18    my interaction with Mr. Carollo.

19    Q.   And have you been present at Taquerias at any point where

20    the city has had interactions with the restaurant?

21    A.   Yes.  Many times when they did their raids, that's the

22    best way to call it, so, yeah, when they went in and would make

23    us turn off the music, turn up the lights, stop our operations

24    so that we can verify if we had a liquor license which we

25    obviously did, and, you know, things that could be done during

 1   the daytime, during the afternoon, you know, without the

 2   intrusion of so many police officers.

 3        Again, public records.  It's not just like businesses pop

 4   up out of the air and, you know, and start operating.  We're

 5   like, oh, what's going on that requires a sting operation of

 6   that size.

 7   Q.   And you just said sting operation.  Walk me through why

 8   you're describing it that way.

 9             MR. PERTNOY:  Objection.  Improper opinion.  He's not

10   an expert on policing.

11             THE COURT:  I'm going to sustain the objection.  You

12   can rephrase the question.

13   **BY MS. SUAREZ:**

14   Q.   What did you observe about the officials when they came in

15   while you were present?

16             MR. PERTNOY:  Objection.  Lack of foundation.  We

17   don't even have a timeframe for this.

18             THE COURT:  All right.  Sustained.  Can you establish

19   a timeframe, if any?

20             MS. SUAREZ:  Sure.

21   **BY MS. SUAREZ:**

22   Q.   Can you tell me a date of one of the raids that you

23   remember?

24   A.   Okay.  So on August 20, 2021, the police came with Code

25   Enforcement.  There was about anywhere from up to a dozen

 1   uniformed officers or police that came in.  You know, they were
 2   told specifically that we were not allowing them to come in
 3   because they didn't have a warrant or if anybody had called in
 4   for an emergency or of that sort that required that type of an
 5   intrusion.  They disregarded that.  They went in anyway.
 6        Again, turned up the lights, turned off the music.  You
 7   know, a poor lady that was celebrating her birthday, had to
 8   leave because they shut us down.
 9        The general manager got arrested because they said we were
10   operating without a liquor license even though, again, we were.
11   They said we were operating --
12             MR. PERTNOY:  Objection.  Hearsay.
13             THE COURT:  It's overruled.  You can answer.
14             THE WITNESS:  Thank you.  We were operating, they
15   said that we were operating as a nightclub.
16             MR. PERTNOY:  Objection.  Hearsay.
17             THE COURT:  Overruled.
18             THE WITNESS:  So, again, operating as a nightclub and
19   I said, no, we're not.  We have -- we sell over 66 percent of
20   food, you know, throughout open to close.  We serve food.
21   There's food served upstairs.  There's no such thing as a
22   nightclub.
23             So they were adamant saying that, oh, there's people
24   standing up and dancing.  So, you know, again, if Sexy Fish is
25   not a restaurant, it's a nightclub, then Jesus, who else, what

1    other restaurant is not?

2          I can tell you that Applebees by far was a restaurant

3    and when we have karaoke nights, people are up and dancing.

4    Again, the experiences that I've been to many venues that I've

5    been fortunate to manage, I've never seen anything like that,

6    ever, ever.

7    **BY MS. SUAREZ:**

8    Q.   You mentioned that the manager got arrested.  Did I hear

9    that correctly?

10   A.   Yes, Dave Kaplan, the general manager --

11         MR. PERTNOY:  Objection.  Who's they?

12         THE COURT:  Sustained.  Can you be more specific with

13   your question?

14   **BY MS. SUAREZ:**

15   Q.   Yes.  Who was the general manager?

16   A.   The general manager for Taquerias was Dave Kaplan at the

17   time, and he was the one that, again, presented the letter of

18   our attorneys saying that, hey, you know, do you have a

19   warrant, requesting a warrant, so on and so forth, and he was

20   the one that got arrested for, like I said, what they said was

21   operating a nightclub.

22         MR. PERTNOY:  Objection.  Hearsay.  They said.

23         THE WITNESS:  What the officers said --

24         MR. PERTNOY:  Hearsay, Your Honor.

25         THE COURT:  Overruled.

```
 1              THE WITNESS:  So what the officers said is it was a

 2   nightclub.

 3              MS. SUAREZ:  And if we can show Plaintiffs' Exhibit

 4   299.  I don't believe there's an objection?

 5              MR. PERTNOY:  That is the body cam?  No objection.

 6              MS. SUAREZ:  Move to admit and publish, Your Honor.

 7              THE COURT:  Granted.

 8                  (Plaintiffs' Exhibit 299 Received.)

 9                      (Video played.)

10   BY MS. SUAREZ:

11   Q.   Do you recognize that video?

12   A.   Yes, that's from the night that they shut down the

13   upstairs.

14   Q.   You were present that night?

15   A.   I was present that night.

16   Q.   And how did the police presence we just saw affect the

17   customers?

18   A.   Well --

19              MR. PERTNOY:  Objection.  Calls for speculation as to

20   what's in the minds of the customers.

21              THE COURT:  Sustained.

22   BY MS. SUAREZ:

23   Q.   What did you observe the customers do when the police were

24   there?

25              MR. PERTNOY:  Objection.  Lack of foundation.
```

 1              THE COURT:  Overruled.  If he knows.

 2              THE WITNESS:  Well, what I observed was one lady

 3    leaving the venue with her balloons and like I said, it was her

 4    birthday.  She was just completely distraught, crying because

 5    of the ruined night.

 6              You know, with the staff, we were totally devastated

 7    because, again, we work in the service industry so our staff

 8    members depend on our guests and the tips they leave so

 9    obviously, that affected them greatly, not knowing what was

10    going to happen to them, you know.  If they had -- they were

11    coming back to work the next day.

12              MR. PERTNOY:  Objection.  Improper speculation as to

13    the thoughts of the staff.

14              THE COURT:  Overruled.

15              THE WITNESS:  Right.  So, again, they showed their

16    concern that, you know, do we have a job tomorrow?  What are we

17    going to do?  These are employees that pretty much live on a

18    day-to-day basis based on their tips.  So, yes, it was

19    terrible.  It was a horrible experience.

20    **BY MS. SUAREZ:**

21    Q.   What about you?  Did you share those concerns as well?

22    A.   Of course.  I shared them with the general manager, Dave,

23    at the time, you know.  I was concerned because, again, he had

24    gotten arrested so, you know, he went -- he was a written to be

25    arrested.  He went home, we shut down the operations upstairs

 1  so the downstairs part, you know, we continued to open and then

 2  the sergeant came back and said, well, why are you still open?

 3  I said, well, you shut down the upstairs so the upstairs is

 4  shut down.  He said you better not be lying to me or I'll

 5  arrest you.

 6          MR. PERTNOY:  Objection.  Hearsay.  Talking about

 7  what the officer said.

 8          THE COURT:  Sustained.

 9  **BY MS. SUAREZ:**

10  Q.   And have you been present at the Ball & Chain during any

11  raids?

12  A.   Yes.  I was present there for many raids.

13  Q.   Talk to me about when was it that you remember.

14  A.   I can tell you there was one weekend when they came back

15  three nights in a row asking for the same paperwork, the same

16  business tax receipt, the occupancy and so on and so forth at

17  the same peak hours.

18       With, again, another show of force of various police

19  officers, SWAT cars outside with lights on.  Looks like a crime

20  scene, so it was very distraught.

21       There was another time where I was at the door and

22  another, again, about eight to ten uniformed people came up to

23  Code, Fire, police came up and also asked we need to see your

24  occupancy load.  Again, public records.  And so on and so

25  forth.

1    I understand that you need them displayed.  I said

2    perfect, who's coming in with me and they said us two.  They

3    went inside.

4        And, of course, it wasn't just the two officers.  It was,

5    again, the plethora of officers coming in disrupting the place,

6    looking again for the same thing.

7        Again, they gave them the letter from our attorney.  At

8    that point, I'm concerned because I've already seen my general

9    manager get arrested.  I don't want that on my record, you

10   know.  I don't want to jeopardize, you know, my ability for

11   making money in the future.  I'm a parent, so no.

12       So, yes, all these things happened you just worry about.

13   It's not a comfortable situation.  It's not a normal situation

14   so there's no feeling, you know, nonchalant about it.  It's a

15   very, very complicated scenario.

16   Q.   And have you all implemented any policies or procedures in

17   response to these raids as you called them?

18   A.   Of course.  I mean, obviously it takes time.  It's takes

19   the manager away from her shift so we have to overstaff the

20   manager over because again we have to do all these procedures

21   to make sure that the city understands or the police or whoever

22   it is that Carollo is sending over that we're doing our due

23   diligence.  That we're there to make it better, to stay in the

24   line and do what we need to do.

25            MS. SUAREZ:  And can we show Defense Exhibit 390,

```
 1   page 2, please?
 2   BY MS. SUAREZ:
 3   Q.   Do you recognize this ball, Mr. Del Bosque?
 4   A.   Yes.
 5   Q.   What is it?
 6   A.   It's a sign that we used to have on 15th Avenue.  SW 15th
 7   Avenue.
 8   Q.   And do you know if it was hollow?
 9   A.   Yes.
10   Q.   Did you ever see any tourists taking pictures with it?
11   A.   Oh, huge amount.  That particular door is very popular.
12   It was a popular video shot.  Cardi B shot a video there so
13   it's a popular stop.
14            MS. SUAREZ:  Can we publish to the jury, please?
15   This has already been admitted.
16            THE COURT:  Granted.
17   BY MS. SUAREZ:
18   Q.   Now, can you explain the circumstances surrounding the
19   Ball & Chain closure in 2020?
20            MR. PERTNOY:  Objection.  Lack of foundation.
21            THE COURT:  Overruled.
22            THE WITNESS:  So the closure of Ball & Chain in 2020,
23   that's the post COVID when we were allowed to open up, we were
24   open for about three weeks.
25            When, you know, we got a letter that said, oh, you
```

```
 1    don't have the right permits, you have to close.  So, yeah, it
 2    was terrible.  It was a horrible blow because all the staff had
 3    come back excited to come back to work after COVID that were
 4    rarely there.  We lost -- when we reopened up a year and a half
 5    later, we lost 80 percent of that staff.
 6    Q.   And what about the Taquerias Ocho?
 7                MR. PERTNOY:  Objection.  Beyond the scope of these
 8    proceedings.  Lack of foundation.
 9                THE COURT:  Overruled.
10                THE WITNESS:  Same thing with Taquerias.  Taquerias
11    has been open since 1985.  We've had -- we had employees there
12    that have been there for also 30 years plus and same thing.  It
13    closed down and we lost a lot of employees.  We were able to
14    bring two of those employees over to Ball & Chain, but all the
15    others, gone.
16    BY MS. SUAREZ:
17    Q.   Okay.  And at the Ball & Chain, did you ever have an
18    interaction with police officers measuring for the noise?
19    A.   Yes, yes.  There was a night that they gave us a noise
20    citation.  It was illegally done -- well, again, yeah.  It was
21    ridiculous because there shouldn't have been a noise citation
22    violation.
23    Q.   Explain to me why you say -- why do you think there should
24    not have been a noise citation?
25                MR. PERTNOY:  Objection.  Calls for a legal
```

 1   conclusion as to a police decision.

 2              THE COURT:  Sustained.

 3   **BY MS. SUAREZ:**

 4   Q.   Tell me what the scene was like when you were there on

 5   that night.

 6   A.   So we were, again, running the usual business as usual.

 7   You know, and then they told us that we were getting a noise

 8   violation.

 9        When we went outside, across the street, you can hear the

10   crickets, and, you know, I said no, there's no noise violation.

11   They said that they had it on camera.  They could hear it was

12   loud when you could hear the other establishments instead of

13   ours.  It was ridiculous.

14              MS. SUAREZ:  And if we can show Plaintiffs' Exhibit

15   300?  I believe there's no objection?

16              MR. PERTNOY:  No objection.

17              MS. SUAREZ:  Move to admit and publish, Your Honor.

18              THE COURT:  Granted.

19                  (Plaintiffs' Exhibit 300 Received.)

20                        (Video played.)

21              MS. SUAREZ:  Can we pause it right here?

22   **BY MS. SUAREZ:**

23   Q.   And, Mr. Del Bosque, were you there on that night?

24   A.   Yes.

25   Q.   And are all of these individuals you can see in the video

1   from the city?

2   A.   Yes.

3   Q.   And in your experience working in hospitality, had you

4   ever seen another police officer measuring for noise?

5   A.   No, no, and, you know, the biggest thing is that like for

6   working at Mangoes where we had apartment buildings right

7   behind us, not even a street behind us but right behind us, you

8   know, again measuring for noise.   There was never anything, no

9   police officer said, hey, someone complained about the noise,

10  bring it down, please.

11       And that's what would happen, you know.   So that's the

12  first time in my life that I'd never seen that.

13  Q.   And did you ever observe Commissioner Carollo's event,

14  Little Havana Fridays?

15  A.   Yes, I observed it.   They hold it every Friday.

16  Q.   And you've been there, you've seen it?

17  A.   I've seen it.

18  Q.   Tell me a little bit about it.

19  A.   I mean, it's a community event.   It's held right in front

20  of Domino Park in the open air so it's a live concert.   You

21  know, and you can -- it's a full on concert.   So you can hear

22  noise six blocks down, so and so forth, till 11:00 at night,

23  which is ridiculous where there was no outside music at 10:00,

24  Mr. Carollo can do his Carollo --

25            MR. PERTNOY:   Objection.   Calls for speculation and

 1   improper testimony about what Commissioner Carollo can and

 2   cannot do.

 3              THE COURT:  Overruled.

 4   **BY MS. SUAREZ:**

 5   Q.   Go ahead.

 6   A.   It says Viernes Culturales by Carollo.  That's why I say

 7   that, so, again, you know, it's lively.  It's the community is

 8   involved.  There's always people out there but it is very loud.

 9   It's extremely loud.

10   Q.   And during your time working for the Ball & Chain and

11   Taquerias, have you observed any changes in Mr. Fuller over the

12   years?

13   A.   Many changes.

14              MR. PERTNOY:  Objection.  Lack of foundation that he

15   even knows Mr. Fuller.

16              THE COURT:  Sustained.  You can rephrase the

17   question.

18   **BY MS. SUAREZ:**

19   Q.   Do you know Mr. Fuller, Mr. Del Bosque?

20   A.   Yes.  He's one of the owners of Ball & Chain.

21   Q.   And have you worked with him closely over the years?

22   A.   We've had various meetings where we have to go over the

23   operations, the concept, the future for it, how I'm upholding

24   the standard so, yes, there's definitely been changes in

25   regards to that.

```
 1   Q.   And talk to me a little bit about those charges.
 2   A.   I mean, Mr. Fuller was very involved.  He always was
 3   involved with a decision-making of Ball & Chain as well as
 4   Taquerias and then the concepts.  So he has as time progressed
 5   and more and more raids came about, and particularly after the
 6   shutdown of Taquerias where he came out 1:00 in the morning to
 7   argue with people about why were they being shut down, he
 8   started fearing for showing up.
 9        So we don't have that many meetings.  We don't progress
10   that much in regards to concept development, and so on and so
11   forth because he didn't want to go to 8th Street.  He doesn't
12   want to go to Little Havana.
13            MR. PERTNOY:  Objection.  Speculating as to what
14   Mr. fuller does or does not want.
15            THE COURT:  Sustained.
16   BY MS. SUAREZ:
17   Q.   When you say progressing in concept development, what do
18   you mean?
19   A.   Well, progressing in concept development is how we're
20   maintaining or how we're keeping up with the times for our
21   venues, right?  Obviously, there's a lot of technology that
22   keeps changing so there's things and decisions that have to be
23   made by owners with owners' involvement regarding those
24   changes.
25        Whether we're switching our POS systems or investing in
```

1   different, you know, speakers, placement and different ways, in

2   order to better the acoustics inside and not affect the

3   outside.

4        All these items, you know, that we try to progress on.

5   You know, obviously it involves ownership.  It's not you're the

6   general manager, do whatever you want.

7   Q.   So over the years, would you say that he's been less

8   involved?

9   A.   Yes.

10  Q.   And is Ball & Chain the only restaurant on 8th Street that

11  employs -- plays music?

12  A.   No.

13           MR. PERTNOY:  Objection.  Foundation.

14           THE COURT:  Overruled.

15  **BY MS. SUAREZ:**

16  Q.   During your time as general manager, have you seen similar

17  raids in the neighboring restaurants while you've been working?

18           MR. PERTNOY:  Objection.

19           THE WITNESS:  No.

20           MR. PERTNOY:  Foundation.

21           THE COURT:  Overruled.

22           THE WITNESS:  No.  I've never seen anything else in

23  either Little Havana or any other venues.  No, it's silly.

24           MS. SUAREZ:  I have no further questions.

25           THE COURT:  All right.  The plaintiff was given 30

1    minutes.  That will take us a little past lunch.  If you want

2    to start the cross, you may proceed now and you'll be given the

3    same amount of time as well permitted.  You may proceed, sir.

4                               -  -  -  -  -

5                **CROSS EXAMINATION OF ALEJANDRO DEL BOSQUE**

6    **BY MR. PERTNOY:**

7    Q.    Good afternoon, Mr. Del Bosque.  How are you?

8    A.    Very well.  Thank you.

9    Q.    Okay.  Let's clear up one thing right out of the gate.

10   You mentioned that the general manager was arrested one

11   evening.  Let's be clear.  He was not taken into custody.  He

12   was just given a notice to appear, correct?

13   A.    Correct.

14   Q.    Okay.  That's the fact of that matter in that regard.

15   Let's talk about manager of Ball & Chain.  When did you start

16   as the general manager of Ball & Chain?

17   A.    I started in October, 2021.

18   Q.    And were you working at Ball & Chain prior to October,

19   2021?

20   A.    Yes.  I started in October, 2019.

21   Q.    So you were there starting in 2019, okay.  And you talked

22   a little bit -- well, let's start with this.  Your employer is

23   Mad Room.  That's who owns Ball & Chain and Taquerias, correct?

24   A.    Correct.

25   Q.    And you understand that the owners of Mad Room are

```
 1   Mr. Fuller, Mr. Zach Bush and Mr. Ben Bush, correct?
 2   A.   Yes.
 3   Q.   And you've met all of the owners?
 4   A.   Yes.
 5          MR. PERTNOY:  Okay.  Can we show the video?  I forget
 6   the number.  DX 333?
 7          MS. SUAREZ:  Your Honor, can we briefly go sidebar
 8   for a minute?
 9          THE COURT:  Denied.
10          MR. PERTNOY:  This has already been admitted into
11   evidence.  Let's take a look at DX 333.
12                        (Video played.)
13   BY MR. PERTNOY:
14   Q.   Do you recognize that gentleman?
15   A.   Yes.
16          MS. SUAREZ:  Objection.  Relevance.
17   BY MR. PERTNOY:
18   Q.   That's Zach Bush, correct?
19   A.   Yes.
20   Q.   He's one of the owners of Ball & Chain, correct?
21   A.   Yes.
22   Q.   And this is -- let's continue the video, please.
23                        (Video played).
24          MR. PERTNOY:  You can stop the video.
25
```

1   **BY MR. PERTNOY:**

2   Q.   So this is all occurring on a public street, correct?

3   A.   It's looks like SW 15th Avenue.

4   Q.   It's a public street in the City of Miami right off of SW

5   8th Street, correct?

6   A.   Correct.  And, yeah, it looked like it was right by the

7   property that Mr. Fuller owns next to Ball & Chain.

8   Q.   But the streets, the sidewalks, those are public places

9   that anybody who's a citizen or even not a citizen who's

10  visiting SW 8th Street has the right to be, correct?

11  A.   Sure.

12  Q.   And so Commissioner Carollo has the right to be there

13  without being harassed by Mr. Bush, correct?

14  A.   That depends on what he's doing.  Obviously, if he's

15  doing, again, what he was used to be doing, going over and

16  taking pictures.  I mean, you know.

17  Q.   So, Commissioner Carollo, you understand him to be the

18  commissioner for District 3.  That's his area.  He represents

19  those people, correct?

20  A.   Yes.

21  Q.   So you would agree with me he has the right to walk around

22  that area, talk to his constituents, and be in that

23  neighborhood, correct?

24  A.   Yeah, but isn't it awkward for him to only do it at one

25  particular building, or only buildings owned by Mr. Fuller?

```
1    Q.   Do you follow Commissioner Carollo every day all day
2    to see where he goes?
3    A.   No.  You know what?  Nobody else complains about
4    Mr. Carollo doing that because he doesn't do it to other
5    businesses.
6    Q.   I see.  Let's move on to PX 246, please.  You've been
7    talking a lot about raids.  Let's kind of clear this raids
8    issue up.
9         Are you familiar with what is called Operation Dry Hour?
10   A.   Yes.
11   Q.   Okay.  And that's where the City of Miami Police
12   Department organize nights, all the other administrative
13   agencies, Fire, Building, sometimes Alcohol, Beverage and
14   Tobacco and then they go throughout the city, sometimes Little
15   Havana, sometimes other places, and they inspect the
16   properties, correct?
17   A.   Okay.
18        MR. PERTNOY:  All right.  So let's go to 246 and go
19   to the second page of that document.
20        MS. SUAREZ:  Your Honor, I'm going to object to
21   showing this to this witness.  He has no personal knowledge of
22   this.
23        THE COURT:  You can ask him to see whether he knows
24   first.
25        MR. PERTNOY:  It's a document that's been admitted
```

```
 1   into evidence.  He has -- he has knowledge about Operation Dry
 2   Hours.  Next page, please.  If you can blow the first paragraph
 3   for a second.
 4   BY MR. PERTNOY:
 5   Q.   Do you agree and -- strike that.
 6        You understand that Operation Dry Hours are there to
 7   inspect, to ensure that each establishment is in legal
 8   compliance with all laws, codes and ordinances?  Do you
 9   understand that is what Dry Hour is about?
10   A.   Does it involve all these Code Enforcements going in and
11   stopping everything?
12   Q.   Right.  So --
13   A.   Is that the proper procedure?
14   Q.   Let's go to the next.
15             THE COURT:  Wait, do not interrupt him.  Let him
16   finishing speaking so that we have an accurate record, sir,
17   okay?
18             MR. PERTNOY:  Yes.
19             THE WITNESS:  So, again, does it state that, oh, all
20   of these enforcement agencies have to come in and disrupt the
21   business?  Or are they supposed to be there to check and
22   verify?
23             MR. PERTNOY:  Let's go to Deliberate Action Plan.
24   I'm glad you asked.  Let's blow that up.
25             Bring that.  Thank you.
```

1    **BY MR. PERTNOY:**

2    Q.   The City of Miami police officers assigned to this

3    operation will first enter the business establishment.  Once

4    the location is deemed safe and illuminated, the City of Miami

5    Fire Department, Code Compliance officers, City of Miami

6    Building Department inspectors, and the Florida Division of

7    Alcohol, Beverage and Tobacco personnel will enter the

8    establishment to begin their inspections.

9         So you would agree that to answer your own question, yes,

10   that is the procedure, correct, sir?

11   A.   Apparently so.

12   Q.   All right.  Can we take that and go to the next page?

13   Sorry, yeah.  Let's go to the next page and let's look at the

14   personnel assignments for these raids.  You have one

15   lieutenant, do you see that?

16   A.   Yes.

17   Q.   One sergeant.  Do you see that?

18   A.   Yes.

19   Q.   Five Miami police officers?

20   A.   Yes.

21   Q.   Two Miami Fire Department?

22   A.   Yes.

23   Q.   One Code Enforcement?

24   A.   Yes.

25   Q.   One Building Department?

1             MS. SUAREZ:  Objection.  Lack of foundation.  Lack of

2   personal knowledge.

3             THE COURT:  Sustained.

4   **BY MR. PERTNOY:**

5   Q.   So you understand that these raids are actually operations

6   organized by the city administration, correct, sir?

7   A.   Do they have to be done three nights in a row for the same

8   paperwork?  That's where it blows my mind.  They're saying

9   okay, perfect, let's do a raid.  Awesome.  But repeated for the

10  same items?  That's ridiculous.

11  Q.   Now, you talked about in your testimony that, you know,

12  that you understand that there are neighbors in the back of

13  Ball & Chain.  Apartment buildings, the assisted living

14  facility, correct?  You're aware of those folks, right?

15  A.   Yes.  We had more neighbors before.

16  Q.   Understood.  And -- well, was it perhaps because of all

17  the noise that you're driving neighbors out of the

18  neighborhood?

19  A.   No, it's because Mr. Carollo bought a building and he

20  evicted all those residents during the peak of high rent that

21  was paying the low rent.  I know because we employed one of

22  them, and we had other people that we talked to every day that

23  were going through a struggle of trying to find a place.

24  Q.   Now you said you were around in October -- in 2020, 2021.

25  Are you aware that the assisted living facility raised

1    objections with respect to Ball & Chain playing outdoor music

2    on its patio?

3    A.   No, I was not aware.

4    Q.   So you're also not aware that your employer, Mad Room,

5    then sued the assisted living facility for raising those

6    objections?

7              MS. SUAREZ:  Objection.  Lack of personal knowledge.

8              THE COURT:  Sustained.

9    **BY MR. PERTNOY:**

10   Q.   Okay.  Now you talked about the only time you've actually

11   had an actual interaction with Commissioner Carollo was when he

12   was walking on SW 8th Street with some -- I think you said some

13   news camera, correct?

14   A.   7th Street.

15   Q.   SW 7th Street, correct?

16   A.   That's correct.

17   Q.   And I think your own testimony was he was pointing out

18   things to the cameras, correct?

19   A.   Yes.  He was pointing out things and pointed directly

20   towards me when I was walking out of the parking lot and said

21   oh, these are the problems.

22   Q.   I see.  But he didn't at that moment have SWAT descend

23   down on you and raid you, correct?

24   A.   No.  Again, it was for the news, or news cameras so --

25   Q.   So he was simply doing his job, pointing out issues of

 1   concern that he has with respect to the neighborhood, correct?

 2   A.   Putting my image as a problem, as a problem in the

 3   neighborhood, yes.

 4   Q.   So, now you talked about we -- you saw that picture of the

 5   sign, correct?

 6   A.   Yes.

 7   Q.   With the Ball & Chain that was hanging over the sidewalk,

 8   correct?  We saw that?

 9   A.   Yes.

10        MS. SUAREZ:  Lack of personal knowledge.

11        MR. PERTNOY:  I'd like to pull up and publish it and

12   seek to admit as evidence the July 13, 2021, Notice of

13   Violation, 1501 SW 8th Street.

14        MS. SUAREZ:  Your Honor, I'm going to object.  Lack

15   of personal knowledge.

16        THE COURT:  You can show it to him first.

17        MR. PERTNOY:  I'd like to admit it as evidence, and

18   I'll then ask him whether he has any knowledge of the issue or

19   not.

20        THE COURT:  All right.  Granted.

21        MR. PERTNOY:  We'll get a number for that, Your

22   Honor.  So, may I publish?

23        THE COURT:  First, to the witness you can.

24        MR. PERTNOY:  Sure.  Is it published to the witness?

25

1   **BY MR. PERTNOY:**

2   Q.   So do you have any knowledge of the July 13, 2000 -- July

3   13, 2021, Ball & Chain received a Notice of Violation where it

4   talks about that there is a violation for not having a sign

5   without a permit, and the correction was review of property

6   history shows Ball & Chain signs --

7                THE COURT:  Wait, sir.  Only ask him about this

8   Notice of Violation without getting into further details

9   to see whether or not he any personal knowledge first.

10  **BY MR. PERTNOY:**

11  Q.   Do you have any knowledge about the Notice of Violation

12  with respect to the Ball & Chain signs not having permits?

13  A.   So this is July, 2021?

14  Q.   Yes.

15  A.   This is when it was closed?

16  Q.   I'm simply asking do you have knowledge of whether -- of

17  this Notice of Violation with respect to the Ball & Chain signs

18  being constructed without permits?

19  A.   No, I don't.

20  Q.   Okay.  Now you talked about in your direct testimony, you

21  said your day-to-day job involved full compliance including

22  regarding liquor license.  Do you remember talking about that?

23  A.   Yes, of course.

24  Q.   So, you're familiar with the Ball & Chain liquor license,

25  correct?

```
 1   A.   Correct.
 2   Q.   And you understand that with respect to the liquor
 3   license, that you're only allowed to serve liquor in the area
 4   that's shown in the sketch of the liquor license, correct?
 5   A.   Correct.  As a tavern, yes.
 6   Q.   So, now the outdoor patio area, the band shell and that
 7   patio area with the back bar, you all serve alcohol out there
 8   as well people go out there with drinks?
 9   A.   It's closed.  It's been closed since the pandemic.
10   Q.   But before it was closed, people were out there sitting
11   there having food, having drinks, listening to music, correct?
12   A.   Since I've been there in October, 2019, yes.
13             MR. PERTNOY:  Okay.  So let's show the liquor license
14   of Ball & Chain, which is the 2014 document.
15             MS. SUAREZ:  Objection as to lack of personal
16   knowledge, Your Honor.
17             THE COURT:  Overruled.  You can show it to him to see
18   if knows first.
19   BY MR. PERTNOY:
20   Q.   Have you seen the liquor license before?  It's at Ball &
21   Chain, correct?  You have to have it there when you're
22   operating?
23   A.   When I've been operating, the liquor license states that
24   we're able to sell liquor within the -- within the inside
25   perimeter as our patio is closed.  It's a provisional license.
```

1    That's as long as I've been there that I've been the general

2    manager since we opened up in 2021.

3              MR. PERTNOY:  And may I publish this, Your Honor, and

4    admit it as evidence?  He's testified that he has knowledge of

5    this document.

6              THE COURT:  Granted.

7              MS. SUAREZ:  Your Honor, the document is hearsay.

8              MR. PERTNOY:  It's his company's liquor license.

9              MS. SUAREZ:  It's an application.  Not the liquor

10   license that he's testified he has knowledge.

11             THE COURT:  Sustained.

12             MR. PERTNOY:  Do you have any objection if I show him

13   this document?  Your Honor, I'd like to show the sketch on the

14   page.  Can you go to the third page, please?  Next page.  Right

15   there.

16   **BY MR. PERTNOY:**

17   Q.   Do you see the sketch on your screen, sir?

18   A.   Yes.

19   Q.   You understand and you recognize that to be the sketch of

20   the interior premises of the Ball & Chain?

21   A.   Yes.

22   Q.   And as you can see from this sketch, there are no patios

23   or outdoor areas on this sketch, correct?

24   A.   Correct.

25   Q.   And as you understand pursuant to the liquor license, you

1  can only serve liquor within the area that's shown on the

2  sketch, nowhere else, correct?

3  A.   Again, as I've been there, of course.

4  Q.   Okay.  But yet, a moment ago, you just testified that Ball

5  & Chain was having people drinking and eating outside and

6  having liquor outside, correct?

7  A.   If I'm not mistaken, that period, there was an application

8  for it that was in the process or provisional license if I'm

9  not mistaken.

10 Q.   Okay.  Okay.  So we also talked a little bit -- you talked

11 a little bit about noise violations, correct?

12 A.   Yes.

13 Q.   And you testified that you had specific knowledge of noise

14 violations at least starting from your tenure which would have

15 been in 2019 and 2021, through that timeframe, correct?

16 A.   Say that one more time.

17 Q.   You said in 2019, as an assistant -- or somebody else in

18 Ball & Chain, and now you worked your way up by 2021, as a

19 general manager of Ball & Chain, correct?

20 A.   Yes, that's correct.

21 Q.   And with respect to that, you talked about this one

22 instance where you recall a body camera and a noise violation

23 that you all -- that Ball & Chain challenged, correct?

24 A.   Right.  The one that we just saw, yes.

25 Q.   That was the measuring -- there was -- that may have been

```
 1   the same one.  Is that the same one that you recall?
 2   A.   Yes.
 3   Q.   Okay.  And are you aware that that violation then went on
 4   to go to trial?
 5   A.   Yes, I am.
 6   Q.   And isn't it true that ultimately, despite the fact that
 7   Ball & Chain hired noise experts and hired all sorts of other
 8   sound experts, ultimately, they were found guilty of violating
 9   the noise and had to pay the fine, correct?
10   A.   I believe it's still in the process of being fought
11   because the trial that you speak of was not necessarily a
12   full -- what do you call it?  It was a City Commission trial.
13   Not presented to an actual judge.
14   Q.   I see.  Okay.  Now, with respect to Ball & Chain, we saw
15   this.  I'd like to show you the July 13, 2021, Notice of
16   Violation which has already been admitted into evidence.
17              MR. PERTNOY:  Can I publish this, Your Honor?
18              THE COURT:  Sure.
19   BY MR. PERTNOY:
20   Q.   So you're general manager at the time of Ball & Chain at
21   this time, correct?
22   A.   No.
23   Q.   No, you're not.  You're almost?
24   A.   I was at Taquerias at the time.  I started again in
25   October, 2021.
```

```
 1    Q.   Okay.  Let me ask you this.  Do you have any personal

 2    knowledge about this Notice of Violation and whether or not the

 3    work was done without a finalized permit?

 4    A.   I don't know.  I don't have the knowledge for it.  I'm

 5    sorry.

 6              MR. PERTNOY:  Okay.  So, let's continue on with --

 7    let's go to PX 35.  Assume you have no objection to PX 35.

 8    It's your document.  Can we go to pages starting at page 46 on

 9    PX 35?  All right.  So, I'm going to show -- may I publish,

10    Your Honor?

11              THE COURT:  Yes.

12              MR. PERTNOY:  And may I seek to admit the document

13    into evidence?

14              THE COURT:  Granted.

15              MR. PERTNOY:  Thank you.

16                   (Plaintiffs' Exhibit 35 Received.)

17    BY MR. PERTNOY:

18    Q.   The bottom email here, the following pictures illustrate

19    junk in yard, trash and debris in the back of Taquerias el

20    Mexicano restaurant located at -- it says 821 but the address

21    is actually 531, correct?

22    A.   Yes.

23    Q.   Okay.  Commissioner Carollo said that the constituent

24    complained of trash accumulated in the back of the restaurant

25    and it started causing nuisance to the neighborhood.  The
```

1   debris, the constituent said are coming from a possible illegal

2   roof construction inside the restaurant and then you see it's

3   an email from Dennis Uriarte who's a Code Compliance Inspector.

4   Do you see that?

5   A.   Yes.   That's before my time.

6   Q.   Understand.   But we'll go to the next picture, please.

7   So, here, you can see the debris that is referenced in the

8   email, correct?   Do you see there's debris?   Do you agree with

9   that?

10  A.   Yes.

11  Q.   Move to the next picture, please.   And here, there's more

12  debris.   You can see there's PVC piping?

13          MS. SUAREZ:   Objection, Your Honor.   Lack of personal

14  knowledge.

15          THE COURT:   Overruled.   You can answer if you know.

16          THE WITNESS:   I can see there's debris, but I don't

17  know.

18          MR. PERTNOY:   Fair enough.   Go to the next picture.

19          THE COURT:   Ten minutes remaining.

20  **BY MR. PERTNOY:**

21  Q.   Do you see more debris, more PVC piping?   So let's move

22  on.   And then you can see again the same pictures of debris.

23          Can you take that down, please?

24          Now, you said you're at Taquerias.   Are you aware that the

25  entire upstairs area of Taquerias was built without permits and

1    cited for being built without permits by the City of Miami?

2    A.   No, I wasn't aware.

3    Q.   Well, let me show you the March 28, 2019, Notice of

4    Violation, see if this helps which has already been admitted

5    into evidence.

6    A.   That used to be a bedroom.  Wasn't it already constructed?

7         MS. SUAREZ:  Same objection to the document.  Lack of

8    personal knowledge.

9         THE COURT:  Sustained.

10   **BY MR. PERTNOY:**

11   Q.   So I'll just ask the question then.  You have no personal

12   knowledge that on March 28, 2019, the City of Miami issued a

13   Notice of Violation saying that the work upstairs was performed

14   without a permit?

15   A.   No.  Again, not in my knowledge.

16   Q.   Okay.  So let's go to that body cam video that was shown

17   in your direct examination.  I believe that was PX 299 if I'm

18   not mistaken.  And this is the body cam -- pause it for a

19   second.

20        So this is the body cam photo video from that raid that

21   you said where they came in, they turned up all the lights and

22   did all those things, correct?

23   A.   Mm-hmm, correct.

24   Q.   Sort of like exactly what we read about in the Dry Hour

25   Operation guidelines?

```
 1   A.   Yes.

 2   Q.   Let's continue with the video.  So these steps, do you

 3   have any personal knowledge as to whether or not those were

 4   built with or without permits?

 5   A.   I don't have any personal knowledge.

 6   Q.   Okay.  Now pause it.  This room here, do you know whether

 7   it had a the proper BTR and certificate of use?

 8   A.   I don't know.

 9   Q.   And isn't it true that they got -- that Taquerias got

10   cited for not having the proper certificate of use and BTR for

11   this room?

12           MS. SUAREZ:  Objection.  Lack of personal knowledge.

13   Assumes facts not in evidence.

14           THE COURT:  Sustained.

15           MR. PERTNOY:  Moving on.

16                       (Video played.)

17           MR. PERTNOY:  So pause it for a second.

18   BY MR. PERTNOY:

19   Q.   Now, one of the things I want to point out here is you see

20   the time in the right hand corner, it says 3:02 -- is that --

21   do you understand that to be 3:02 p.m. or 3:02 a.m.?

22   A.   I don't believe that's the correct time.

23   Q.   Okay.  Moving on.

24                       (Video played.)

25           MR. PERTNOY:  Stop it, please.
```

1   **BY MR. PERTNOY:**

2   Q.   So I think we just heard the officer say okay, we're good,

3   let's go, correct?

4   A.   Mm-hmm.  They did say -- I also heard one of the employees

5   say are we going to be open tomorrow.

6   Q.   But the officers came in, there was no SWAT coming in.

7   They got the information and then they left, correct, sir?

8   A.   That's a two minute video at the end.  That doesn't show

9   all of the scenario beforehand, you know, and afterwards.

10  Q.   So -- and one of your things that you talked about in your

11  testimony -- you can take down this video -- is this idea that

12  they came in and they wanted to check your load capacity,

13  correct?

14  A.   They asked for the -- yes, what's our capacity.

15  Q.   Load capacity in an important number because that tells

16  all of the officers, all the people how many people can safely

17  be in this building without there being a danger to people,

18  correct?

19  A.   Yes.  Absolutely.

20          THE COURT:  Five minutes remaining.

21  **BY MR. PERTNOY:**

22  Q.   And in addition to that, that's why you have the counter.

23  The counter counts how many people are coming in and going out

24  so you know whether you're over or under your load capacity,

25  correct?

1    A.    Yes.

2    Q.    And this is quite standard for Code officers or other city

3    administrative officials to check on those things so as to make

4    sure that when you see a line out the door, there's not too

5    many people inside so as to create an unsafe environment,

6    correct, sir?

7    A.    Yes.  That's why we have a line so in order to regulate

8    that.

9    Q.    So there's nothing wrong then with the city doing its job

10   and checking to make sure that you all are doing your job.

11   That's how it's supposed to work, correct, sir?

12   A.    Again, I've been in many places where the city does its

13   job proficiently and comes in and says okay, guys, where is

14   your clicker, what's your capacity?  Perfect.  Let me take a

15   look inside and either one officer or one, two go inside and

16   take a look.  Oh, look there's space for dancing.  There's open

17   arms.  Of course, there's space.

18   Q.    But that issue seems to be an issue that you have with how

19   the city is doing its job, correct?

20   A.    Again, based on my experience with other venues,

21   particularly nightclubs.

22   Q.    Sure.

23   A.    You know, the city goes in and checks as such.  Not like

24   that.

25   Q.    Understood.  So your issue is with the city, correct, and

```
1    how they're performing their job, correct?
2    A.   Well, again, who task forced the city?
3    Q.   I think we saw the document.  The chief of police sent out
4    that task force, correct?
5    A.   And under whose orders?  Who was the person that had told
6    the chief of police, hey, you have to go there.  This is on a
7    hit list of the --
8    Q.   So it's all a grand conspiracy that apparently all leads
9    back to Commissioner Carollo in your mind?
10   A.   You know, again, we're the only ones that's been targeted.
11   We're the only ones this is happening to.
12   Q.   Actually, I think if we could have continued looking at
13   that document, you would see there's a number of businesses
14   that were going to be visited on these Dry Operations.
15   A.   Regularly.  Key word regularly.
16            MS. SUAREZ:  Objection.
17            THE COURT:  Sustained.  Two minutes.
18            MR. PERTNOY:  I'm going to review my notes, Your
19   Honor, and see where I'm at.
20            THE COURT:  Sure.
21            MR. PERTNOY:  Thank you very much.
22                      (Pause.)
23            MR. PERTNOY:  One final question.
24   BY MR. PERTNOY:
25   Q.   Your employer, Mad Room, you are -- are you aware that
```

```
1    they are suing the City of Miami for damages for targeting
2    their businesses?
3              MS. SUAREZ:  Objection, Your Honor.
4              THE COURT:  Sustained.
5              MR. PERTNOY:  No further questions.  Thank you for
6    your time, Mr. Del Bosque.
7              THE WITNESS:  Thank you.
8              THE COURT:  How long is the redirect?
9              MS. SUAREZ:  Five minutes, Judge.
10             THE COURT:  All right.  Five minutes.
11                        -  -  -  -  -
12        REDIRECT EXAMINATION OF ALEJANDRO DEL BOSQUE
13   BY MS. SUAREZ:
14   Q.   Mr. Del Bosque, Mr. Pertnoy brought up Mr. Kaplan.  He
15   talked about a notice to appear.  Do you remember that?
16   A.   Yes.
17   Q.   To be clear, Mr. Kaplan was charged with a crime, right?
18   A.   Yes.
19             MR. PERTNOY:  Objection.  Lack of foundation.
20             THE COURT:  Overruled.
21             THE WITNESS:  Yes.  It was on his record and he had
22   to get obviously a lawyer to try to get it removed but it's
23   something that's on your record.
24   BY MS. SUAREZ:
25   Q.   Was the case later dismissed, do you know?
```

1          MR. PERTNOY:  Objection.  Speculation.

2          THE COURT:  Overruled.  If he knows.

3          THE WITNESS:  I believe it was, yes.  It was

4    dismissed.

5    **BY MS. SUAREZ:**

6    Q.   And in these raids that we were talking about, would it be

7    just one officer that came in?

8    A.   No, it was the whole lot.

9    Q.   Would they look at the licenses, check if they're good and

10   head out?

11         MR. PERTNOY:  Objection.  Compound and vague.

12         THE COURT:  Sustained.

13   **BY MS. SUAREZ:**

14   Q.   What would happen when they came in?

15         MR. PERTNOY:  Objection.  Again, vague as to not a

16   specific moment.

17         THE COURT:  Overruled.

18         THE WITNESS:  They would come in, look for the

19   licenses, go over the licenses repeatedly, ask about the

20   licenses.  Look around, make their presence felt.  And then

21   once a good seven or eight minutes, maybe ten inside with all

22   the officers, then they decide, okay, let's go.  Everything's

23   fine.

24   **BY MS. SUAREZ:**

25   Q.   I think you mentioned that would happen repeatedly.

```
 1                MR. PERTNOY:  Objection.

 2                THE COURT:  What's the grounds?

 3                MR. PERTNOY:  Speculation and lack of personal

 4     knowledge.

 5                THE COURT:  Overruled.

 6                THE WITNESS:  Yes.  Repeatedly.  Even three days,

 7     three nights in a row for the same items.  So that's, again,

 8     why I say and why I'm testifying to that.  It's unnatural, it's

 9     not their usual.  In cross-examination he asked me, oh, is it

10     my issue.  No, it's not my issue.

11                We love to comply.  I'm here.  I'm here for compliance

12     so what is it?  But when it comes repeatedly, repeatedly,

13     repeatedly, that's when, you know, for the same items, it's

14     targeting.

15     BY MS. SUAREZ:

16     Q.   And again, is Ball & Chain the only -- or Taquerias the

17     only restaurant/bar on 8th Street?

18     A.   No, there's plenty of them.

19     Q.   During your time working on 8th Street, have you seen any

20     of the establishments in the vicinity of 8th Street have the

21     same police presence?

22                MR. PERTNOY:  Objection.  Beyond the scope of my

23     cross.

24                THE COURT:  Sustained.

25
```

1    **BY MS. SUAREZ:**

2    Q.   And where would the police officers park during these

3    raids?

4    A.   They would park right in front of the building with their

5    lights on so anyone could -- four or six cars between police

6    officers and Code Enforcement.

7    Q.   And did you have to take time from your manager duties to

8    address the issues?

9    A.   Absolutely.

10         MR. PERTNOY:  Objection.  Relevance.

11         THE COURT:  Sustained.

12    **BY MS. SUAREZ:**

13    Q.   Would the police officers block the street?

14         MR. PERTNOY:  Objection.  Asked and answered.  Beyond

15    the scope of my cross.

16         THE COURT:  Sustained.  Sustained.  Three minutes.

17         MS. SUAREZ:  I have no further questions, Judge.

18         THE COURT:  All right.  With that said, ladies and

19    gentlemen, we're going to be in recess for lunch.  We should

20    return around 1:25 p.m.

21         Again, please do not discuss this case with anyone,

22    even among yourselves, and enjoy your lunch.  Thank you.

23         THE COURT SECURITY OFFICER:  All rise for the jury.

24         (Thereupon, the jury exited the courtroom

25          and the luncheon recess was taken.

1       <u>**TUESDAY MORNING SESSION, APRIL 25, 2023**</u>

2              <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                      - - -

4              (Call to the Order of the Court.)

5              THE COURT:  You may be seated, everyone.  Who's the

6       plaintiffs' next witness?

7              MR. GUTCHESS:  Your Honor, if I may, I have a brief

8       issue to raise which is this morning, when the defendants filed

9       their renewed motion, I have not had a chance to read it.  I

10      read it over the lunch break, and I have some significant

11      concerns.

12             First and foremost, the Court, Your Honor cleared the

13      courtroom of everyone but the lawyers yesterday dealing with

14      this and my understanding was that it should be under seal and

15      that it should remain under seal.

16             Defendants filed this publicly this morning, and now

17      the news media has it.  Members of the news media have been

18      coming up to me asking me, oh, that's what happened yesterday?

19             THE COURT:  First and foremost, no one from the media

20      should have any communication with any lawyers in this case or

21      any parties.

22             MR. GUTCHESS:  I've said that.

23             THE COURT:  If that happens one more time, they're

24      going to be banned from this courtroom if I have to issue a

25      contempt order to go beyond that.  I want to make myself clear.

```
 1    I'm not going to have any further communications.  While you're

 2    in this courtroom, do not speak to any of the lawyers inside

 3    this courtroom or any parties.

 4            MR. GUTCHESS:  The Miami Herald is already reporting

 5    on this.

 6            THE COURT:  It is what it is.

 7            MR. GUTCHESS:  The concern is it undermines this

 8    Court's ruling.  It directly contradicts what you told the jury

 9    yesterday.

10            THE COURT:  First of all, Mr. Gutchess, I can address

11    that later and we can move forward with this trial.  We will

12    have time to do that, okay?

13            MR. GUTCHESS:  Okay.

14            THE COURT:  Who's your next witness?

15            MR. GUTCHESS:  Your Honor, for scheduling purposes,

16    we were planning on calling Commissioner Carollo today, but I

17    do not see him in the courtroom.

18            THE COURT:  Where is Commissioner Carollo?

19            MR. SARNOFF:  Your Honor, he's at the doctor right

20    now.

21            THE COURT:  You never told this Court.

22            MR. SARNOFF:  He had a problem.  I don't know what.

23    He had a problem and he went to see the doctor.

24            THE COURT:  But that was never communicated to this

25    Court.
```

```
 1              MR. SARNOFF:  Sorry, Your Honor.  I became aware of
 2      it about 10:00 this morning.
 3              THE COURT:  But even at 10:00, now it's almost 1:45
 4      and you never mentioned that to this Court.
 5              MR. SARNOFF:  I apologize, Your Honor.  My fault.
 6              MR. GUTCHESS:  Your Honor, we had given them notice
 7      yesterday before the end of court that we were going to call
 8      Mr. Carollo, and we would ask that if he's not seriously ill,
 9      that he can be ordered to appear here by 4:00 p.m. today so we
10      can start his cross-examination.
11              THE COURT:  What's the purpose of the doctor visit?
12      Is it an emergency?
13              MR. SARNOFF:  It's asthma.
14              THE COURT:  I understand that.  My daughter has
15      asthma too.  Anything beyond that?  Has he been released?  Is
16      he hospitalized?  He cannot come?
17              MR. SARNOFF:  I just know he's at the doctor.  I know
18      that he's having trouble breathing.
19              THE COURT:  Okay.  Of course, if he's having trouble
20      breathing, we can address that and we're not going to make him
21      to come to court if, indeed, he's having trouble breathing.  If
22      that's indeed is the case.
23              Who is your next witness, counsel?
24              MR. GUTCHESS:  Your Honor, we have asked Mr. Gonzalez
25      to return and I do not know if Mr. Kuehne has any
```

```
 1   cross-examination left for him.
 2            MR. KUEHNE:  I do, Your Honor.  I will finish.
 3   I will finish my cross-examination.  He was here on April 11th
 4   and --
 5            THE COURT:  I think there were about 20 minutes left.
 6   I recall that.
 7            MR. KUEHNE:  I think something like that, 20, 30
 8   minutes.
 9            THE COURT:  There was 20 minutes left.  I recall that
10   specifically, so I will allow you to have your
11   cross-examination.  You will have 20 minutes to cross-examine
12   this witness and who's your next witness after this,
13   Mr. Gutchess?
14            MR. GUTCHESS:  Then Mr. Paul George, and then it
15   would be Mr. Carollo.
16            THE COURT:  After that?
17            MR. GUTCHESS:  Well, I expect Mr. Carollo to run
18   through tomorrow midday, midafternoon.
19            THE COURT:  All right.
20            MR. GUTCHESS:  We don't have any scheduled --
21            THE COURT:  So that there won't be -- court will not
22   be in session on Thursday and Friday.  We will pick up on
23   Monday, all right?  Where is the witness?
24            THE COURT SECURITY OFFICER:  Come this way, sir.
25   Towards me.
```

```
 1              MR. GUTCHESS:  Right up there.

 2              THE COURT SECURITY OFFICER:  Watch your step on the

 3  way up.

 4              THE COURT:  All right.  You can bring in the jurors,

 5  please.

 6              THE COURT SECURITY OFFICER:  All rise.

 7              (Thereupon, the jury entered the courtroom.)

 8              THE COURT:  All right.  The members of the jury are

 9  all present and accounted for.  Be seated, everyone.

10          You're still under oath, sir.  We will continue with

11  the cross-examination of you by Mr. Kuehne.  You may proceed,

12  sir.

13              MR. KUEHNE:  Thank you, Your Honor.

14                          -  -  -  -  -

15      CONTINUED CROSS EXAMINATION OF EMILIO GONZALEZ

16  BY MR. KUEHNE:

17  Q.   Welcome back, Mr. Gonzalez.

18  A.   Thank you, counselor.

19  Q.   We were last together with you two weeks ago, April 11th,

20  so we'll finish you today.

21          When I was cross-examining you last when we broke, I had

22  asked you generally about the city attorney informing you of

23  litigation, and you explained there was a process to be advised

24  of litigation matters in regular meetings that you had with the

25  city attorney, is that right?
```

1    A.    Yes.

2    Q.    And you also testified generally that you were aware of

3    Fuller's lawsuit against Commissioner Carollo?

4    A.    I was aware of it a lawsuit.

5    Q.    Of a lawsuit?

6    A.    The litigation that you just eluded to was something that

7    took place at agenda meetings where we would discuss

8    settlements that needed to go before the City Commission before

9    it could really be official.  So it wasn't really to pay the

10   following people who had filed suit against the city, as we are

11   going to settle the following suits against the city.

12   Q.    Right.  My question to you was a little bit different.

13   Let me try it again.

14         On cross-examination, I had asked you if you were aware of

15   the Fuller versus Carollo lawsuit, and your response, if I got

16   it correctly was yes, but you weren't really sure when that

17   occurred, but you thought it was sometime soon after the

18   lawsuit was filed.  Do you recall that?

19   A.    That sounds about right.

20   Q.    I can get you a transcript reference if you want.  But

21   that's my recollection?

22   A.    Not necessary.

23   Q.    Is that consistent with yours?

24   A.    Sure.

25   Q.    And, in fact, you learned of the filing of that lawsuit,

1   Fuller versus Carollo, this lawsuit in a fairly alarming way,

2   didn't you?

3   A.   I'm not sure what you're getting at, what was an alarming

4   way?

5   Q.   The alarming way on October -- let me make sure I get the

6   date right.  On October 11, 2018, the very day this lawsuit was

7   filed, there was an attempt to serve Commissioner Carollo at

8   the City Commission meeting and you were there?

9   A.   If you say I was there, I was there.  I don't recall

10   being -- any kind of a serving document at that meeting.

11   Q.   Okay.

12   A.   Was it at the meeting?  Was it before the meeting?  Was it

13   after the meeting?

14   Q.   Let me try to let -- let me try to work you through this.

15        You did attend most of the Commission meetings if you were

16   in town and you could, right?

17   A.   Correct, yes.

18   Q.   And the Commission meeting, we've seen an agenda, shows

19   who's present?

20   A.   Correct.

21        MR. KUEHNE:  And, in fact, Curtis, could you pull up

22   the agenda, the paper agenda for the October 11, 2018 meeting

23   and just to show it to the parties and the witness for right

24   now?

25        MR. GUTCHESS:  No objection, Your Honor.

 1              THE COURT:  All right.

 2              MR. KUEHNE:  Your Honor, this is another one of those

 3    that we'll get an exhibit tab.  I don't have an exhibit tab on

 4    this one yet but I will get that and notify the clerk.

 5              THE COURT:  That's fine.

 6              MR. KUEHNE:  I move the admission of the meeting

 7    minutes.  This is just an excerpt, Mr. Gutchess, of several

 8    pages of October 11, 2018.  So you can put it up for everybody

 9    now.

10    **BY MR. KUEHNE:**

11    Q.  So you see that, that's the typical cover of the agenda,

12    October 11, 2018.  You're city manager, and let's go to the

13    next page in the document where it says invocation, pledge of

14    allegiance.  You see right sort in the upper middle, also

15    present Emilio T. Gonzalez?

16    A.  Yes.

17    Q.  City manager so that is --

18              MR. GUTCHESS:  Objection.

19              THE COURT:  What's the objection?

20              MR. GUTCHESS:  Beyond the scope of the direct.  There

21    was no questions about how he learned about the lawsuit.

22              THE COURT:  Sustained.

23              MR. KUEHNE:  Your Honor, if I could just make brief

24    inquiry because that was part of the examination.

25              THE COURT:  The objection is sustained, counsel.

1   **BY MR. KUEHNE:**

2   Q.   And, in fact, at that meeting --

3             MR. GUTCHESS:   Objection, Your Honor.   He's

4   continuing on.

5             THE COURT:   Overruled.   You can finish the question,

6   Mr. Kuehne.

7   **BY MR. KUEHNE:**

8   Q.   At that meeting, a process server came during the good and

9   welfare portion and attempted to serve Commissioner Carollo by

10  identifying himself as a process server in the open public

11  meeting saying I've got a summons, a United States District

12  Court, William Fuller/Martin Pinilla versus Joe Carollo, a

13  complaint for him.   Can I approach?

14       And Commissioner Carollo says sure, and the process server

15  attempts to serve and the city attorney tells him to leave.

16  You're not allowed here.

17       And then the chair of the Commission, Chair Hardemon on

18  the public record says the things we see in Miami.   And Joe

19  Carollo publicly says I know what this is about.   Characters

20  that want to intimidate me because I was going to show publicly

21  what's going on in code and building violations in my district.

22  This is on the agenda today.

23       That happened in an open meeting, and the first time you

24  learned in a public session that Commissioner Carollo was being

25  sued by Fuller and Pinilla?

1    A.   If that happened at that meeting and I was there, I have

2    no problems.  I don't recollect.  We had a lot of comedy and

3    antics at all of our meetings, or most of our meetings and if

4    you say I learned it there, then I learned it there.  I went to

5    many meetings.

6    Q.   Do you need -- do you need me to show you the couple pages

7    of this agenda?

8    A.   Not at all.  I'm seeing it right here.

9    Q.   If you agree if that happened, that happened on the public

10   record?

11   A.   Correct.

12   Q.   I could show the video if you'd like to see that.

13   A.   Not necessary.

14   Q.   So in a fairly theatrical manner, you, the public was

15   aware that October 18, 2018, Fuller had sued Commissioner

16   Carollo, right?

17   A.   In a theatrical manner, yes, but all our Commission

18   meetings were theatrical.

19   Q.   In an attempt to get things done.  And by the way, as a

20   result of that meeting, there was huge buzz in the city

21   structure about this lawsuit against Commissioner Carollo by

22   Fuller, right?

23   A.   If it got to me, if you say so.  I mean, counselor, this

24   happened a couple of years ago.  A lot of things happened at

25   Commission meetings.  Anything that had to do with lawsuits was

1   immediately referred to the city attorney.  As you mentioned,

2   she interjected.  I would not involve myself in anything that

3   had to do with lawsuits, so this was probably one of many

4   lawsuits filed against the city.

5   Q.   And in connection with that advice, you mentioned that the

6   city attorney handles legal matters for the city, right?

7   A.   Correct.

8   Q.   And you testified on direct about the role of the city

9   attorney in the City of Miami.  Do you recall those questions

10  on direct examination?

11  A.   I think so, yes.

12  Q.   And you testified that the city attorney represents the

13  Commission, didn't you?  Not really the rest of the city

14  including you?

15  A.   The city attorney works for the commissioners.

16  Q.   Okay.  But you're aware that although you said that,

17  you've testified that you were familiar with the Charter of the

18  City of Miami, right?

19  A.   Yes.

20       MR. KUEHNE:  And could we pull up Exhibit 303?  I

21  believe it's Plaintiffs Exhibit 303, and I'm going to Section

22  21 of the Charter.  I believe that's in evidence already, Your

23  Honor.

24  **BY MR. KUEHNE:**

25  Q.   So you're aware that the City Charter, the governing

1    document for the city has a whole section on the law department

2    and the city attorney?

3    A.   Correct.  Am I supposed to be having something on the

4    screen?

5    Q.   It will be.  I'm asking a couple questions while it gets

6    up there.  And just like there's a section on the city manager,

7    and you testified about that on your direct examination, duties

8    and responsibilities are, as well as a section on the

9    Commission and essentially all the administrative function,

10   right?

11   A.   Correct.

12          MR. KUEHNE:  And are we able to get the Charter up?

13   It should be up in just a moment.

14   **BY MR. KUEHNE:**

15   Q.   So you agree that the city is governed by the Charter and

16   the Charter sets out the duties of -- let's call it the Charter

17   officers, the constitutional officers?

18   A.   Yes.

19   Q.   So here is you see up at the top, Miami, Florida Code of

20   Ordinances.  We're going to go to page -- you see this is as

21   the Charter?  Up at the top, it says the Charter?

22   A.   I'm looking at the Citizens Bill of Rights right now.

23   Q.   But up at the top, it says Subpart A, the Charter, you

24   recognize this is the Charter?

25   A.   Yes.

1        MR. KUEHNE:  Let's go to page 21, 22 of this

2   document.  22 of 53.

3        THE COURT:  Ten minutes remaining, counsel.

4        MR. KUEHNE:  Yes, sir.

5   **BY MR. KUEHNE:**

6   Q.   Department of Law.  I'm going to -- let's make this a

7   little bigger.  I'm going to read this to you.  You agree that

8   this is what the City Charter says about the city attorney?

9   A.   I believe so.

10  Q.   The city attorney shall be the director of the Department

11  of Law and an attorney at law admitted to the practice in the

12  State of Florida.  The city attorney shall be the legal advisor

13  of and attorney and counsel for the city and for all officers

14  and departments thereof in matters relating to their official

15  duties.

16       The city attorney shall prosecute and defend all suits for

17  and in behalf of the city and shall prepare all contracts,

18  bonds and instruments in writing in which the city is concerned

19  and shall endorse on each approval of the form and correctness

20  thereof.  Did I read that correctly?

21  A.   Yes, sir.

22  Q.   And you were at the time that you're testifying about an

23  officer of the City of Miami as city manager?

24  A.   Yes, sir.

25  Q.   And you're -- the departments that you mentioned are under

1    your control.  The administrative part of the city are

2    departments as identified in the Charter?

3    A.   Yes, sir.

4    Q.   And the people who work for those departments in the

5    administrative branch -- you can take that down -- work for you

6    as an officer, the city manager?

7    A.   Yes.

8    Q.   And the city attorney was responsible for being the legal

9    advisor to your departments.  And, in fact, the city attorney

10   had numerous lawyers, assistant city attorneys who were

11   assigned to different departments?

12   A.   That is correct.

13   Q.   There were specialists in Code, in Building, specialists

14   in Zoning?  Lawyers who helped those departments in legal

15   matters?

16   A.   That is correct.

17   Q.   Rachel Dooley was one of those specialists, wasn't she?  A

18   senior assistant city attorney?

19   A.   I believe so.

20   Q.   And you also agree that the administrative function, the

21   staff members who work in your department, the administrative

22   department, ultimately through the hierarchy that you

23   explained, reported to you?

24   A.   Yes.

25   Q.   They were essentially -- and if perhaps a long window, but

1    they were your staff members?

2    A.    Yes.

3    Q.    And what they did was do work that was consistent with the

4    way you expected them to do in running your departments as city

5    manager?

6    A.    They did work as I was expecting them to do as part of

7    their assigned duties and tasks.

8    Q.    And you had people who were trained, who were your

9    subordinates who essentially oversaw the work that these

10   individuals did, the staff members did?

11   A.    The department directors and supervisors.

12   Q.    And by the way, now separate from the city administration,

13   you testified that there were the five commissioners and the

14   five commissioners essentially run their own offices, don't

15   they?

16   A.    That is correct.

17   Q.    The people who work for them are city staff, but they're

18   not assigned to the administrative function?

19   A.    They hire and fire their own employees.

20   Q.    So the commissioners -- and you had mentioned on direct

21   examination that the commissions, they get elected, they -- you

22   understand that they have communication with citizens and

23   businesses in their district and outside their district?

24   A.    Yes.

25   Q.    And how they run their offices is not something you're a

1  part of?

2  A.   That's correct.

3  Q.   Did you go to Commissioner Carollo's office on any

4  occasion?

5  A.   I'm sure I visited his office regularly.

6  Q.   And his office was in city hall?

7  A.   Yes.

8  Q.   And when going to his office, you saw that he had artwork

9  prominently displayed in his office, right?

10  A.   Artwork?  Maybe in his conference room, yes.

11  Q.   One of the features that he had in his office that was

12  actually right above where he would sit is --

13        MR. GUTCHESS:  Objection, Your Honor.  Outside the

14  scope and relevance.

15        THE COURT:  All right.  Sustained.  Five minutes

16  remaining, counsel.

17  **BY MR. KUEHNE:**

18  Q.   Not uncommon for you to go into Commissioner Carollo's

19  office?

20  A.   His office proper, not often.  I would usually meet with

21  him in his conference room.

22  Q.   The office suite.  The office suite.

23  A.   His suite of offices, yes.  I would go in there.

24  Q.   So you were asked some questions on direct about a number

25  of the properties that we've generally called Fuller

1    properties.  Do you remember some of those questions involving

2    a company called Sanguich?

3    A.   I do.

4    Q.   Now do you remember that Sanguich was the subject of a

5    Commission meeting that you testified about, February 14, 2019?

6    A.   I do.

7          MR. KUEHNE:  Could we bring up Defense Exhibit 360?

8    It will go up in just a moment.

9          THE WITNESS:  Okay.

10   **BY MR. KUEHNE:**

11   Q.   So this is Defense Exhibit 360.  It's already been in

12   evidence.  I'm going to show you a portion of it, of this

13   Commission meeting.

14         MR. KUEHNE:  Let's go to -- I believe we're at

15   2:17:53.  Let's start there.

16                     (Video played.)

17         "Let's start with that person that was at night.

18         Do you remember that we went to a location that there

19   was a 20 feet container that had been spruced up, so that they

20   could sell sandwiches out of it?

21         Okay.  Yes, sir.  I do.

22         Do you remember that I pointed to you to see if you

23   could kind axles anywhere of that container.

24         Yes, sir.

25         And did you find any axles on the container?

1          Not I recall, no.

2          And do you recall that the reason that you didn't find

3    any axles on the container was because there was no way to put

4    them.  In the back there was a sliding gate that would have hit

5    the axle and couldn't move and in the front there was wood

6    planks that were higher so you couldn't put one?

7          Yes, sir, I recall.

8          MR. KUEHNE:  That's fine.

9    **BY MR. KUEHNE:**

10   Q.   That's Commissioner Carollo and you in city manager

11   capacity talking at the public meeting, right?

12   A.   That is correct.

13   Q.   Now, you told the jury that you finished your tenure by

14   your resignation, was it January of 2020?

15   A.   Correct.

16   Q.   So close to two years.  Now in your testimony, you told us

17   your philosophy of being manager, and I'm going to ask you if

18   you recall saying this.  That in your testimony, I am very,

19   very clear with our staff that we always, always do things in a

20   nonpolitical professional way and that in summary, nothing that

21   is ethically wrong can be politically right.  Do you recall

22   that, right?

23   A.   Yes, sir.

24   Q.   And is that -- is that why when you worked for the county

25   as airport director, you included a showcase of a Hilary

```
 1   Clinton doll in prison stripes?
 2   A.   No.
 3   Q.   Was that part of the ethical nonpolitical environment that
 4   you saw as an administrative agency head?
 5            THE COURT:  Also two minutes, counsel.
 6            THE WITNESS:  Not at all, and I think you're
 7   misstating the facts.
 8   BY MR. KUEHNE:
 9   Q.   So let's get this clear.
10            MR. GUTCHESS:  Objection.  Relevance and scope.
11            THE COURT:  Sustained.
12   BY MR. KUEHNE:
13   Q.   So you finish your tenure with the City of Miami and at
14   that point of your resignation, you were not fond of
15   Commissioner Carollo at all, were you?
16   A.   Not especially at that time.
17   Q.   So much so, that on February 24, 2020, almost exactly
18   after you left your position as city manager, you and your
19   family members signed a petition for a municipal recall of Joe
20   Carollo, City Commissioner, didn't you?
21   A.   Yes, sir, we did.  Within our rights as residents of the
22   City of Miami.
23   Q.   Of course.
24            MR. KUEHNE:  One moment, Judge.  It may be the first
25   time, Judge, but I think I'm under the wire.
```

```
 1              THE COURT:  Well, with that said, if there's any
 2    brief redirect?
 3                        -  -  -  -  -
 4            REDIRECT EXAMINATION OF EMILIO GONZALEZ
 5    BY MR. GUTCHESS:
 6    Q.   Good afternoon, Mr. Gonzalez.
 7    A.   Good afternoon, counselor.
 8    Q.   Welcome back.  Could you please remind us why you could
 9    not come back the following day on April 11th?
10    A.   I was out of town.  I was traveling to Kansas.  I was
11    giving a lecture at Benedictine College in Atchison, Kansas on
12    faith and leadership.
13    Q.   Okay.  Do you often give lectures?
14    A.   I do, actually.  I used to be on the teaching faculty at
15    West Point, and public speaking and leadership development is
16    something that goes part and parcel with the job and ever since
17    then, and in every job I've had, I've made it a point to have
18    seminars for senior leadership on leadership.
19          I've lectured on leadership and national defense and
20    border security at places like the University of South Florida,
21    excuse me, FIU, Brown University, the City of Fort Lauderdale,
22    so I do that often.  I don't charge anything for it.  I think
23    it's a fun thing to do and I consider it part of my civic duty.
24    Q.   Mr. Kuehne showed you a video of the February 14, 2019
25    meeting.  I'd like to show you a transcript and ask you a
```

1    couple of other questions about that.

2    A.   Sure.

3    Q.   I think it's Exhibit 121.  Let's turn to page 99.  And as

4    you can see, Mr. Carollo asked you -- I'll read Mr. Carollo.

5         He says:  Mr. Manager, I had requested of you if you would

6    have been so kind as to have brought some employees for the

7    11:00 a.m.  Would there be any problem if as many of them as

8    you can have them here then after lunch when we reconvene

9    again.  Could you read your response?

10   A.   Excuse me.  So I received your email last night, and I

11   have decided that I am not going to ask those employees to join

12   us.  We have sufficient people here to answer any of your

13   questions and I don't want any of our employees to happen to

14   feel at any moment intimidated under a microscope.  I will

15   gladly if you could provide us the questions for an individual

16   employee, I would gladly pass them on.

17   Q.   And why did you feel the need to tell Mr. Carollo that you

18   didn't want any employees -- why did you feel the need to tell

19   Mr. Carollo that you did not want any of the city employees to

20   feel intimidated?

21   A.   Because I didn't want any of our employees to feel

22   intimidated.  Many employees, or several employees would

23   testify on any of number issues.  They would be berated and

24   insulted, to include not only employees but members of the

25   administration, fellow commissioners and I wasn't going to

1    subject our employees to that.

2        If he had a legitimate question, give me the question,

3    I'll -- I had a department director there to answer any

4    questions he had, but I wasn't going to have some poor soul,

5    some underling get up there and possibly subject themselves to

6    any kind of verbal abuse.

7    Q.   Now let's go to one other page, page 221.  If you could

8    read your statement at the bottom paragraph there?

9    A.   Sir, if I may, with all due respect, those are allegations

10   and I appreciate Commissioner Carollo's snapshots of these

11   targeted businesses.  I actually used to do this line of work

12   as an intelligence officer with the overhead photography, but

13   we're more than willing to look at our own processes.  We're

14   more than willing to do what we need to do.

15   Q.   You can stop there.  I just wanted to ask why did you at

16   that meeting off the cuff refer to these businesses as

17   Mr. Carollo's targeted businesses?

18   A.   Because there were photos of them at a Commission meeting,

19   and there were overhead photography, if I recall, of one

20   building that perhaps may have had I believe an air

21   conditioning unit on one photo and not an air conditioning unit

22   on another.  And the issue had come up with a process for

23   putting in air conditioning.

24       It really did look like something I used to do for a

25   living and that is look at overhead photography and find the

1   a-ha moment, and I just thought it was very inappropriate.

2   Q.   Do you recall when you first testified, Mr. Carollo's

3   counsel asking you a series of questions about the memos to

4   self that we introduced into evidence?

5   A.   Yes, sir.

6   Q.   And it appears those questions were intended to suggest

7   that maybe you had not drafted those memos or prepared those

8   memos contemporaneously at the time?

9   A.   That would be inaccurate.  I drafted those memos when I

10   said I drafted those memos at the time when I did them.

11   Q.   Did you do that because you saw something alarming?

12   A.   I did that because I thought it was very, very unusual the

13   things that I saw, that I heard that I was being asked to do.

14   And if I had done that every time I heard something going on in

15   the City of Miami, I'd have a phone book.

16       But what I did was I picked and chose those issues that I

17   thought at some point, I may need reminding on.  They were

18   mental notes.  That was it.

19   Q.   And do you recall when you were asked about something

20   called a litigation hold?

21   A.   Yes, vaguely.

22   Q.   And you didn't know what that was?

23   A.   Correct.

24   Q.   Do you know if the City of Miami has a policy against

25   issuing litigation holds?

```
 1   A.    Well, I think that would fall under the Florida law.

 2   Q.    Sunshine laws?

 3   A.    Sunshine law, correct.  The official documents would all

 4   fall under that anyway.  That would be kind of duplicative.

 5   Q.    And the Sunshine law says basically that public agents

 6   can't delete their information?

 7   A.    Correct.

 8   Q.    And do you know if the city has backup systems that's

 9   running all the time anyways?

10   A.    I assume they do.

11   Q.    Okay.  And in any case, you did not delete or destroy

12   these memos?

13   A.    No, sir.

14   Q.    You gave them to me when I subpoenaed you?

15   A.    Yes, sir.  Those memos were for my purposes, for my

16   historical record.  At no point were those memos going to see

17   the light of day.  It just so happened that I got subpoenaed

18   and I had no choice but to produce them.

19   Q.    And did Mr. Carollo ever ask you for any of these memos?

20   A.    No.

21   Q.    Now, counsel for Mr. Carollo also asked you about your

22   termination.  And you said Mr. Dela Portilla also voted with

23   Mr. Carollo at that time.  Was that his first meeting?

24   A.    That was actually not only his first meeting, but he was

25   using my office as a new commissioner while I was first in the
```

1   hospital and then at home with my wife.

2   Q.   What role did Mr. Carollo play in getting Mr. Dela

3   Portilla elected?

4   A.   I believe either his campaign manager officially or

5   unofficially had a fundraiser.  He was very, very close to

6   Commission Dela Portilla.

7   Q.   After you resign, how many other senior city employees

8   resigned?

9   A.   Dozens, dozens.  I think in the first two years after I

10  left, we probably lost about 30 senior department members,

11  senior specialists, senior department heads, the deputy city

12  attorney, two assistant -- I'm sorry, the deputy city manager,

13  two assistant city attorneys, the Zoning director, the Building

14  director, the police director.  I mean, the list goes on.

15       It really is about 30 or 35 senior people.  Some of them

16  retired.  Some of them went to work for other municipalities.

17  The Code director left.  The -- I'm forgetting the term now,

18  but Capital Projects director left.  And the list goes on.

19  Q.   Who was your replacement?  Was there a national search for

20  a city manager?

21  A.   No, I was replaced by a Art Noriega who was then the

22  C.E.O. of the Miami Parking Authority if that's his title.

23  C.E.O./president of the Miami Parking Authority.

24  Q.   He ran the parking in the city?

25  A.   That is correct.

```
 1   Q.   And I understand you have a good relationship with
 2   Mr. Noriega?
 3   A.   I do.
 4   Q.   Do you know why Mr. Carollo chose him?
 5           MR. KUEHNE:  Objection.
 6           THE COURT:  Sustained, unless he knows.
 7   BY MR. GUTCHESS:
 8   Q.   Can you explain any of the historical working relationship
 9   between Mr. Carollo and Mr. Noriega?
10           MR. KUEHNE:  Objection, Your Honor, scope.
11           THE COURT:  Overruled.
12           THE WITNESS:  I know that Commissioner Carollo is
13   very interested in developing some properties along 8th Street
14   in Little Havana, and as the head of the parking authority, it
15   would be of interest to both actually the commissioner and the
16   Parking Authority, depending on what property was developed, do
17   they put park garages there.  So I would suffice it to say that
18   I think they had a very good working relationship.
19           MR. KUEHNE:  Objection.  Move to strike.  I think
20   speculation.
21           THE COURT:  Sustained.  Stricken.
22           THE WITNESS:  May I?
23           MR. GUTCHESS:  No, it's sustained.
24   BY MR. GUTCHESS:
25   Q.   Mr. Gonzalez, did you just mention that Mr. Carollo was
```

```
 1   seeking to use city funds to buy up property in Calle Ocho?

 2           MR. KUEHNE:  Objection, Your Honor.  Beyond any part

 3   of cross-examination.  Not even part of this case.

 4           THE COURT:  Sustained.

 5           MR. GUTCHESS:  Okay.

 6   BY MR. GUTCHESS:

 7   Q.  Do you recall counsel suggesting to you that you had

 8   simply made up your testimony about the mural on plaintiffs'

 9   property?

10   A.  I think he was in disbelief when I mentioned it, yes.

11           MR. GUTCHESS:  Can we put up Exhibit 444 to see if

12   this is the mural you were referencing?

13           MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

14   of the cross-examination.

15           THE COURT:  Sustained.

16           MR. GUTCHESS:  Your Honor, counsel asked him about

17   this during cross-examination and suggested that Mr. Gonzalez

18   had simply made it up that day.

19           THE COURT:  Sustained.

20           MR. GUTCHESS:  Okay.

21   BY MR. GUTCHESS:

22   Q.  Do you recall counsel showing you a bunch of photographs

23   about construction sites and asking you if there were code

24   violations?

25   A.  Correct.  Of delapidated buildings, yes.
```

```
 1   Q.   Do you know if there were any code violations?

 2   A.   I wouldn't have a clue.

 3   Q.   Do you know what stage of restoration those projects were

 4   in?

 5   A.   Not at all.

 6   Q.   Do you know if all construction projects look like that?

 7   A.   Not at all.

 8   Q.   Do you recall the little house that Mr. Kuehne showed you?

 9   A.   I did, the delapidated house.

10   Q.   Do you know if that was one of the oldest homes in Miami?

11   A.   I did not, no, sir.

12   Q.   Do you know if plaintiffs were attempting to save and

13   restore that?

14        MR. KUEHNE:  Objection, Your Honor.  First, it's

15   leading and second, it's offering the lawyer's testimony.

16        THE COURT:  Sustained.

17   BY MR. GUTCHESS:

18   Q.   With respect to that little house, what, if anything, do

19   you know about that house?

20   A.   The first I saw of that house was in the photo.  I'm

21   assuming it's a very old house.  It was beat up.  It was full

22   of wood planks and so forth so it may have been a historical

23   property.  It may have just been a beat up old house.  I don't

24   know.  But I wouldn't be in a position to ascertain whether all

25   the permits were pulled for any kind of renovation there.
```

1    Q.   Going back to your resignation just briefly and your

2    relationship with Mr. Carollo, counsel asked you about your

3    personal feelings and the deterioration of your relationship.

4    Can you just very quickly tell us some of the key events in

5    that deterioration?

6    A.   I maintain a -- or tried to maintain a good relationship

7    with the commissioner.  I, in fact, am one of his constituents.

8    I live in his district which I thought in the beginning would

9    be pretty cool.

10        But things started to escalate with regards to having city

11   employees and city organizations go and look at properties and

12   whatnot.  It started getting bad and then it got worse towards

13   the beginning of 2019 where he would actually put on the agenda

14   for Commission meetings, you know, the role of the city manager

15   or let's talk about the city manager, or something along those

16   lines.

17        I thought at one point that we had things in common.  We

18   both lived in the district.  I later found out that he was a

19   veteran, I am a veteran.  I thought great, there's a common

20   denominator there, but that was not to be at all.

21   Q.   Why is that?

22   A.   It didn't make any sense.  It didn't matter.  Regrettably,

23   the commissioner had an unbridled fixation with all of these

24   properties.  All he wanted to do is figure out a way to take

25   down a business.

```
 1        My staff would complain that they couldn't get their work
 2   done because they kept answering public records requests and
 3   they kept answering requests for this address and that address
 4   and this address.
 5        And when they ran the address, it turns out that the vast
 6   majority, if not all of them, belonged to Mr. Fuller, so it
 7   just deteriorated to a point and, you know, counsel --
 8   Mr. Kuehne mentioned that I hold my staff in high regard and I
 9   have high expectations of my staff --
10        MR. KUEHNE:  Objection, Your Honor.  This is way
11   beyond what the question was.  It's now a narrative.
12        THE COURT:  Overruled.
13        THE WITNESS:  I have great expectations of my staff,
14   but I have great expectations of myself.  And I think it's a
15   horrible thing when citizens have to fear their own government.
16   It is horrible.  It happens in other countries.  It doesn't
17   happen here.
18        You know, there's a very famous author who wrote that
19   politics is nothing more than morality and practice.  And if
20   that's the case, then what we have witnessed is a great
21   immorality because regrettably, someone used the power of their
22   office to try to put somebody out of business.
23        MR. KUEHNE:  Objection.  Foundation.  Opinion
24   testimony.  He's now quoting from some literature that we've
25   not had on cross-examination.
```

```
 1              THE COURT:  Sustained.

 2              MR. GUTCHESS:  Your Honor, I would note that counsel

 3    asked him for his own, quote, morality.  But I have no further

 4    questions.  Thank you very much.

 5              THE COURT:  Thank you.  You're excused.  May I see

 6    the plaintiff and defense counsel briefly?

 7                        (At the bench.)

 8              THE COURT:  Yes.  What is the update status on

 9    Mr. Carollo?  We have a trial pending now and the plaintiffs

10    intend to call him.  What is the status?

11              MR. KUEHNE:  Your Honor, I have not checked but I can

12    do that if you give me a few moments.

13              THE COURT:  All right.

14              MR. KUEHNE:  Just to make a phone call probably.

15              THE COURT:  Who's your next witness?

16              MS. CAPRIO:  Dr. Paul George.  He just arrived.

17              THE COURT:  How long is his testimony?

18              MS. CAPRIO:  Less than an hour.

19              THE COURT:  Okay.  Fine.  All right.  Fine.  So we'll

20    just proceed with his testimony, then you can give me an update

21    within that time.

22              MR. KUEHNE:  Yes, sir.

23              MS. CAPRIO:  Your Honor, we do have some issues with

24    the exhibits we can address on sidebar if you allow us to?

25              THE COURT:  What is it?
```

1          MS. CAPRIO:  We conferred with defense counsel, and

2     the objectionable exhibits are -- this one has already been

3     admitted.  Dr. George knows about this mural, can talk about

4     the background and what it represents.

5          He does walking tours in Calle Ocho for Viernes

6     Culturales and he will give the background and historical

7     backdrop of this mural to the jury.

8          MR. KUEHNE:  First, Judge, we have an overall

9     objection to the witness testifying completely, and we have a

10    bench memorandum that we can provide Your Honor.  We believe

11    that he's parading as an expert witness, as an expert historian

12    who's going to testify about the history and prominence of

13    Little Havana as a professor would.  Classic expert

14    information.

15         He has no personal information about any of the

16    allegations here.  He was not part of Building or Zoning, was

17    not part of Compliance.  He's simply going to offer testimony

18    about whatever he's going to say on the historic significance

19    of Little Havana without being disclosed as an expert.

20         We also believe that his testimony is going to be

21    opinion testimony.  Opinion testimony based on lots of things

22    that come within his expertise, and they're not within the

23    knowledge or scope of mere observing.  And we believe that for

24    those reasons, generally, he should not be qualified as a

25    witness in this case whatsoever because his testimony is not

 1    factual but expert.

 2         To that extent, we do object to him offering opinions

 3    of murals and art and other things that appear within the City

 4    of Miami.  He didn't do them.  He didn't commission them.  He

 5    didn't talk to the authors, the artists who did it.  It's

 6    simply his own interpretation of what those may or may not mean

 7    probably based on hearsay, but nonetheless his own

 8    interpretation.  We think that that's classic hearsay and/or

 9    classic expert testimony for which we've not been noticed.

10    We've not been provided any of the background.

11         I do note that Dr. George has a history, and I can

12    provide the Court with it of being an expert witness,

13    classified as an expert witness in cases in the Southern

14    District of Florida, federal cases, where he is identified as

15    an expert, as a historian expert with having provided

16    testimony.

17         I only know this because I looked him up to see where

18    he appears, and it appears that his testimonies are in federal

19    court or testimony -- one that I was able to identify was as an

20    expert, not as any fact witness, and he has no fact witness

21    information here about any of the allegations going on in this

22    case other than I guess conducting tours of Little Havana.  And

23    he's going to talk about those tours which are, again, that's

24    why you hire a tour guide.  Not for factual information but for

25    essentially their expert testimony.

1          MS. CAPRIO:  Your Honor, if I may briefly respond.

2    We conferred about --

3          THE COURT:  They're going to break for ten minutes,

4    yes.  You may have a break as well.  15 minutes.  Thanks for

5    letting me know.

6          THE COURTROOM DEPUTY:  All rise for the jury.

7          (Thereupon, the jury exited the courtroom.)

8          MS. CAPRIO:  Your Honor, we conferred with defense

9    counsel on the break.  Dr. Paul George has direct personal

10   knowledge regarding the allegations of this case.  He worked

11   with Bill Fuller on the Tower Hotel and in restoring it as well

12   as the Ball & Chain.  They worked together.

13         MR. GUTCHESS:  He lived in the neighborhood.

14         MS. CAPRIO:  He lives in the neighborhood.

15         THE COURT:  Only one person speaking.

16         MS. CAPRIO:  Excuse me, Jeff.  He's part of Viernes

17   Culturales.  He's a tour guide for Viernes Culturales,

18   Mr. Fuller's festival that was shut down by the city and he's

19   going to testify about what that festival is.

20         He also will testify about the moving of the Viernes

21   Culturales to Futurama, another of Mr. Fuller's properties

22   where the history, the Museo de Little Havana was supposed to

23   be there at Futurama with the history of Miami but that project

24   failed because of the city, and he was he's prepared to talk

25   about that and how History Miami didn't want to go forth with

1   Mr. Fuller due to all of the reputation risk that was caused by

2   these actions that are at issue in this case.

3       I have a proffer that I've presented to defense

4   counsel before the break that they rejected.  They didn't want

5   to look at it.  I can give it to them now.

6       THE COURT:  Look, that's fine.  If they don't want to

7   look at it, it's fine.  I'm not going to force them to look at

8   something.  I'm going to make the decision.  Whether someone

9   chooses to look at it --

10      The bottom line is with respect to this mural, I'm

11  going to sustain the objection.  You're not going to show him a

12  picture of that.  You want to discuss his personal knowledge,

13  he has the photos about his personal knowledge he has with real

14  estate, that's fine.  The mural, him giving a historic -- his

15  opinion, that is not coming in.  Don't even ask that question.

16  Don't even show that picture.  If you do it once, that's the

17  end of your direct examination.  I want to make sure you

18  understand that.

19      MS. CAPRIO:  I understand, Your Honor.

20      THE COURT:  Anything else?

21      MR. PERTNOY:  The video.

22      MS. CAPRIO:  We have one video of a Miami interactive

23  art performance that was held at the Tower Hotel from October

24  26, 2017 through November 19, 2017.  It was a performance for

25  people who would come into the Tower Hotel and experience

 1   interactive theater.

 2         Dr. George was at that performance.  He can testify

 3   that he was at the Tower Hotel which is hotly disputed in this

 4   case.  They showed the pictures to Emilio Gonzalez in January

 5   of 2018 of what the Tower Hotel looked like, and also the

 6   Christmas party that happened right after this performance was

 7   made is also at issue.

 8         This is highly relevant for the jury to see the actual

 9   condition of the Tower Hotel for a performance that was

10   sanctioned by the city and the fire department that occurred at

11   my clients' properties.  Dr. George went to this performance.

12   He can testify as to the condition of the Tower Hotel in

13   November of 2017.

14         THE COURT:  All right.

15         MR. KUEHNE:  Your Honor, we've looked at that.  I'm

16   not sure what you'd call it, but it's a television program.

17   It's a produced television program, scripted, staged, cast with

18   actors, actresses.  They made the Tower Hotel look like a

19   theatrical production for a television program, all of which --

20   and we have no idea how it came about -- but all of which was

21   done before Commissioner Carollo was a commissioner and it's a

22   staged place.

23         They put in lights, they put in cameras.  Frankly,

24   they put in -- we don't know how, but apparently they put in a

25   bar.  They had people who paid to come in and people who talked

1    about their experience, all for purposes of a television

2    program called Miami Stories which is one of maybe nine or ten

3    segments.  It has nothing to do with this case.

4           It's as though they found a television program in

5    Miami Vice that showed their hotel and they want to show the

6    Miami Vice television show.  A theatrical production is not

7    fact based.  It's going to be theater.  It's what's known as a

8    willful suspicion of disbelief.

9           You see things, and it generates the kind of emotion

10   that people would want to have for entertainment.  Not for fact

11   value.  So we find it to be, number one, it's not fact.  Two,

12   it is dressed up theater.  Three, it's done for purposes of

13   persuasion to entertain, and will have an adverse impact on

14   this jury as though they're watching a television program that

15   is sponsored somehow by Bill Fuller and adding all that

16   gravitas if that's what it would be called.

17          And finally, Your Honor, it is based on what we

18   believe is a false presentation of how you can stage a

19   warehouse to make it look good, and then when the three weeks

20   are over before Commissioner Carollo became a commissioner,

21   take it down and go back into the unpermitted construction site

22   that it was.

23          MS. CAPRIO:  Your Honor, if I may briefly respond.

24   The Miami Motel Stories picture is one of the pictures that

25   Mr. Kuehne introduced with Mr. Gonzalez.  It's a side of the

1   Tower Hotel.  It says Miami Motel Stories.  That's part of the

2   television ad, and this is an interactive theater performance

3   for about 30 guests would come to the Tower Hotel every night

4   that was sanctioned with the Miami Fire Department.

5          There was a certificate of use at that time and the

6   Tower Hotel's condition is squarely at issue, and he has put it

7   at issue through Emilio Gonzalez by showing the jury pictures

8   of Miami Motel Stories.  I'm certainly entitled to explain to

9   the jury what that was.

10          THE COURT:  Look, you can present that evidence and

11   if, indeed, it is as theatrical as Mr. Kuehne described, I

12   don't know, it's up for the jury to decide.  You can

13   cross-examine him vigorously as to your impression of what it

14   is.

15          With that said, anything else we need to address in

16   terms of other exhibits?

17          MR. KUEHNE:  Your Honor, then I would ask that the

18   video be shown without any audio.

19          THE COURT:  That's fine.

20          MR. KUEHNE:  Because it's pumped up with music.

21          MS. CAPRIO:  It's another ad that goes to the same

22   video.

23          THE COURT:  That's fine.  You can question this

24   witness.  You don't need to have the video -- I mean the sound.

25          MS. CAPRIO:  I don't have to have sound.

```
 1              THE COURT:  The sound is not going to be played.

 2              MS. CAPRIO:  The last exhibit they are objecting to

 3    are these pictures of the Ball & Chain.

 4              THE COURT:  That's been introduced into evidence.

 5    He's seen these pictures.  That's been introduced already.

 6    I've seen those pictures.

 7              MR. KUEHNE:  It was used in opening.  I don't recall

 8    it having been part of --

 9              THE COURT:  I saw it on the screen during one of the

10    witnesses.  I've seen these pictures, not just in opening.

11    Definitely I've seen this picture here.

12              MR. KUEHNE:  I think we talked about the Taquerias

13    one.  This one, we see.  We actually saw this one but that was

14    not allowed in with any description.

15              MR. PERTNOY:  Counsel says she was intending to only

16    show the -- these two.

17              MR. KUEHNE:  Ball & Chain.

18              MS. CAPRIO:  Because Dr. George helps them research

19    these properties, when they were originally built so they could

20    continue to restore it.  They painted my clients to be people

21    that don't care about history and about appreciating the

22    neighborhood, and this is what he's going to talk about.  This

23    is the old picture and this is the new after they renovated

24    that.

25              THE COURT:  Anything else?
```

1              MS. CAPRIO:  This last picture is a museum.  That's a

2    picture of Dr. George with our clients, and this is the History

3    of Miami Guide that's found at the Smithsonian.  This was

4    supposed to go in Futurama on Calle Ocho, one of my clients'

5    buildings and Dr. George will testify how that project stalled

6    as a result of the conflict of what we're discussing in this

7    case.

8              MR. KUEHNE:  For this 359, it has nothing to do with

9    this case.  El Museo is not part of this case.  I'm sure they

10   can tell us when this was but this is simply designed to

11   prejudice the jury with great colors, making it look like

12   important people are there, and we already heard that they're

13   going to say, oh, this is the guy who now is at the Smithsonian

14   Institution having nothing to do with this case whatsoever.

15             MS. CAPRIO:  He was the History of Miami head at the

16   time.

17             THE COURT:  What does that have to do with this case?

18   I'm not hearing what was brought up about this.

19             MS. CAPRIO:  Futurama is one of the properties in our

20   complaint.  This was going to be in Futurama.  I'm not sure if

21   I asked the witness where the picture was taken, but the museum

22   was supposed to be in Futurama.

23             THE COURT:  You can ask him before you show it to the

24   jury to verify that.  If it's in Futurama, that's not an issue.

25   If not, do not even discuss that.  Anything else?

```
 1              MS. CAPRIO:  That's it.

 2              THE COURT:  Let me know again --

 3              MR. KUEHNE:  We're going to a step out and make a

 4    phone call.

 5              THE COURT:  Sure.  After Commissioner Carollo

 6    testifies, who's your next witness?

 7              MS. CAPRIO:  Martin Pinilla.

 8              THE COURT:  Then who else after that?

 9              MS. CAPRIO:  Next week, we may have Bill Fuller and

10    Joe Napoli.

11              THE COURT:  After that?

12              MR. GUTCHESS:  That's it.

13              THE COURT:  Defense, who's your first witness coming

14    up?

15              MR. KUEHNE:  We will let the Court know now that we

16    know what their lineup is and when they're going to go.  We

17    have not ordered our witnesses, but we will.

18              THE COURT:  On Monday, let me know who your witnesses

19    are going to be.

20              MR. KUEHNE:  Yes, Judge.

21              MS. CAPRIO:  We'll try to get him to come back

22    tomorrow.  He's starting a new job with demolition.

23              THE COURT:  So Monday.

24              MS. CAPRIO:  I will let you know.

25              THE COURT:  He needs to be here.
```

 1          MS. CAPRIO:  He'll be here.  I'm not sure whether

 2    it's tomorrow or Monday.

 3          THE COURT:  All right.

 4                    (Short recess had.)

 5          THE COURT:  You can bring the jurors, please.

 6          MR. PERTNOY:  Your Honor, did you want to go sidebar

 7    on that issue you asked us to call about prior to the break?

 8          THE COURT:  Do you have an update?

 9          MR. PERTNOY:  We do, but given the fact that we have

10    media in the courtroom and HIPAA concerns.

11          THE COURT:  That's fine.  I just wanted to know if

12    you had an update first.

13                    (At the bench.)

14          MR. SARNOFF:  The key provider of the medical

15    appointment, he was at the Dr. Fillipe -- I forget his last

16    name.  Fillipe someone.  He's at the doctor as we speak.

17          THE COURT:  So he's not going to be apparently here.

18    Which doctor?  Where is that located?

19          MR. SARNOFF:  Hialeah.

20          THE COURT:  So he can just return here tomorrow then.

21    I don't think, obviously Hialeah, it's now 3:00.

22          MR. PERTNOY:  They have Dr. Paul George now.

23          THE COURT:  Okay.  Mr. Carollo can be here tomorrow

24    to give his testimony.  He doesn't have to come today.  Inform

25    him there's no need to go through traffic and be here for a

```
 1    short period of time.  You can let him know he needs to be here

 2    tomorrow morning.

 3              MR. PERTNOY:  Very well, Your Honor.  Thank you.

 4              THE COURT:  Thank you.

 5                        (In open court.)

 6         (Thereupon, the jury entered the courtroom.)

 7              THE COURT:  You may be seated, everyone.  Plaintiff,

 8    call your next witness?

 9              MS. CAPRIO:  Yes.  Plaintiffs call Dr. Paul George.

10              THE COURTROOM DEPUTY:  Please raise your right hand.

11                        (Witness sworn.)

12              THE WITNESS:  I do.

13              THE COURTROOM DEPUTY:  Please state your name for the

14    record and spell it.

15              THE WITNESS:  Paul George.  PA-U-L, G-E-O-R-G-E.

16              THE COURTROOM DEPUTY:  You may have a seat.

17              THE WITNESS:  Thank you.

18                        -  -  -  -  -

19         **DIRECT EXAMINATION OF PAUL GEORGE, Ph.D.**

20    **BY MS. CAPRIO:**

21    Q.   Good afternoon, Dr. George.

22    A.   Good afternoon.

23    Q.   Could you please briefly explain to the jury your

24    educational background?

25    A.   I'm a longtime Miamian.  I went to school here in Miami,
```

1   and associate of arts in Miami-Dade College, a bachelors in

2   arts history, University of Miami, a masters and Ph.D. in

3   history at Florida State University.

4   Q.   What do you do for a living, sir?

5   A.   I'm a historian.  Teach, walk, talk.  A lot of different

6   things.  Write.

7   Q.   And how long have you been a historian?

8   A.   Since I had this inspiring teacher at age 17 or 16 in high

9   school.

10  Q.   And do you provide any tour guide services in Miami?

11  A.   I do.

12  Q.   And where do you provide tour guide services?

13  A.   All over the place.  Earlier today, I've been in the Art

14  Deco District.

15  Q.   Was that in Miami Beach?

16  A.   It was, mm-hmm.

17  Q.   Thank you for getting over here.  And why are you here

18  today, sir?

19  A.   I've been subpoenaed to come in and to answer questions.

20  Q.   All right.  Thank you.

21  A.   About this case.

22  Q.   And, Dr. George, do you know Mr. Fuller and Mr. Pinilla?

23  A.   I do.

24  Q.   Okay.  Could you please explain to the jury how you know

25  Mr. Fuller and Mr. Pinilla?

1    A.    Well, I met Bill Fuller probably close to 20 years ago

2    through my involvement in Little Havana tours, just Little

3    Havana activities, and I met Martin not too long after that

4    probably through Bill.

5    Q.    Okay.  Did you speak with either of them in preparation

6    for your testimony here today?

7    A.    I have not.

8    Q.    Okay.  And do you currently do any business with

9    Mr. Fuller or Mr. Pinilla?

10   A.    I don't.

11   Q.    And have you ever done business with them?

12   A.    Well, I have when Bill opened the Ball & Chain or prior to

13   opening it, I worked with him on research its story, its

14   history, and then wrote its history for their website and

15   provided instruction for their bartenders and other people at

16   its opening in September of 2014.

17   Q.    Okay.  And other than that work on Ball & Chain, have you

18   done anything else for them?

19   A.    I think I did some research for Bill regarding what was in

20   that neighborhood if you go back in time.  And so I took it

21   back to city directory research going back to the early 1900's

22   and brought it forward to almost the time that the Ball & Chain

23   reopened which would be recently.

24   Q.    And are you familiar with what type of business Mr. Fuller

25   and Mr. Pinilla are in?

1    A.   Well, they have a lot of real estate and, you know, real

2    estate caters to different needs.  It could be food, drinks,

3    apartments, living quarters, things of that nature.

4    Q.   And did you know if Mr. Fuller or Mr. Pinilla own any

5    historical properties in Miami?

6    A.   Yes, they do.  Beginning with the Ball & Chain which goes

7    back to -- the building goes back to the beginning of the '30s.

8    The Ball & Chain business goes back to 1934 and also the Tower

9    Apartments around the corner from there is about a 1921

10   building that served as a hospital initially.

11   Q.   Okay.  And by the Tower Apartments, do you mean the Tower

12   Hotel?

13   A.   Right, I do.

14   Q.   And do you know if Mr. Fuller or Mr. Pinilla have

15   contributed to the historical preservation of Calle Ocho?

16   A.   Very much so, and I think these two buildings you just

17   mentioned are good cases in point.  Reopening, and sort of

18   re-instilling an understanding of the rich history of the Ball

19   & Chain is something I think they've really succeeded at.

20        And with the Tower Apartments, historic preservation has

21   really come in for the last time I was there which was several

22   years ago before the pandemic they did a terrific job on

23   restoration and rebuilding of that building.

24   Q.   Where do you live, Dr. George?

25   A.   I live on 14th street, off 13th Avenue SW.  I'm pretty

```
 1    close to this.
 2    Q.   Is that Little Havana?
 3    A.   It is that or Shenandoah.  Either way you call it.
 4    Q.   And do you know what Mr. Fuller and Mr. Pinilla's vision
 5    is with respect to Calle Ocho?
 6              MR. KUEHNE:  Objection.  Foundation as well as
 7    hearsay, what their vision is.
 8              THE COURT:  All right.  Sustained.
 9    BY MS. CAPRIO:
10    Q.   Do you have any understanding of what Mr. Fuller and
11    Mr. Pinilla's vision is for Calle Ocho?
12              MR. KUEHNE:  Objection.  Opinion.  Same, foundation,
13    based on hearsay.
14              THE COURT:  Overruled, if he knows.  You may answer
15    if you know.
16              THE WITNESS:  The vision goes back in time and
17    particularly and I've seen it through Bill more than I have
18    Martin.  I see Bill more frequently, although I haven't seen
19    him in a long time.  I see him more frequently, but the vision
20    was to create through their holdings, which steadily accrued
21    the number of holdings, to create a dynamic center in Little
22    Havana that would speak, among other things, to its history.
23              So they bought old buildings, consulted with people
24    like myself about the buildings and their story, and began to
25    restore them and rebuild them along those lines.
```

1   **BY MS. CAPRIO:**

2   Q.   And you mentioned Ball & Chain earlier.  What is Ball &

3   Chain?

4   A.   Well, Ball & Chain is a bar and a music hall that's been

5   around since the mid 1930s under different names.  Himble's

6   Ball & Chain, and then it was a dive bar which wasn't Ball &

7   Chain in the mid 60's called the Copa, and then all that time

8   from actually from the time it closed in '57 until it was

9   reopened by Bill and Martin in 2014, it was other things.

10       It was a furniture place, and the dive bar I mentioned

11  before so sort of a nightclub was there.

12  Q.   And do you know approximately when Ball & Chain was built?

13  A.   I think the building was built at the outset of the '30s,

14  based on the research I've done on it and I haven't looked at

15  that recently.  I believe it was right at the outset of the

16  '30s and then the Ball & Chain moved in there a few years

17  later.

18       MS. CAPRIO:  Then if we could please publish

19  Plaintiffs' Exhibit 434.  These are the pictures of the Ball &

20  Chain.  Any objection?

21       MR. KUEHNE:  Could I just see which one that was?  I

22  don't have that list.

23       MS. CAPRIO:  Certainly.

24       MR. KUEHNE:  Your Honor, we object for the reasons

25  said at sidebar to Plaintiff's Exhibit 434.

 1              THE COURT:  All right.  The objection is overruled.

 2              MR. CAP:  Okay.  If we can please publish it to the

 3    jury.

 4              THE COURT:  Yes.

 5                   (Plaintiffs' Exhibit 434 Received.)

 6    **BY MS. CAPRIO:**

 7    Q.    Dr. George, are you familiar with these photographs?

 8    A.    I am, very much so.

 9    Q.    And could you please explain to the jury what these

10    photographs represent?

11    A.    Well, the top photograph is obviously a vintage photograph

12    of the Ball & Chain which it was under completely different

13    ownership and management.  I can't date it.  I do see an old

14    car.  It could go back as far as the '30's, maybe the '40s

15    there.  And then the more recent one would be the latest

16    iteration which is the one that opened in 2014, September

17    that's still going.

18    Q.    And could you please explain to the jury what your

19    understanding is of the historical significance of Ball & Chain

20    based on the research you did with Mr. Fuller?

21    A.    Well, it's got an amazing history.

22              MR. KUEHNE:  Objection.  Objection, Your Honor, for

23    the discussion at sidebar.

24              THE COURT:  All right.  Sustained.

25

1  **BY MS. CAPRIO:**

2  Q.   Dr. George, have you ever researched Ball & Chain with

3  Mr. Fuller?

4  A.   I have.

5  Q.   And when was that research conducted?

6  A.   Way back soon after he purchased the building.  I'd say it

7  was around 2008, and I remember typing up notes that I took on

8  that.  And, you know, we looked at its history but most

9  importantly, we looked at its cultural history.  I was in there

10 with my best buddy back in 1966 --

11       MR. KUEHNE:  Objection, objection.  Timeframe, 1966,

12 personal experience.  Beyond the scope of this particular case.

13       THE COURT:  Overruled.

14       THE WITNESS:  And the reason I bring that up is

15 because we were the only two people in this place.  It was a

16 dive bar called the Copa and this is it.  And the wonderful

17 woman behind the counter serving us beers said this place used

18 to have great black entertainers.  I said to myself --

19       MR. KUEHNE:  Objection.  Move to strike from some

20 unknown waitress at the dive bar.

21       THE COURT:  Stricken.  Move on, counsel, to the next

22 question.

23 **BY MS. CAPRIO:**

24 Q.   So let's focus on when you were with Mr. Fuller.  Where

25 were you and Mr. Fuller conducting the research on the Ball &

```
 1   Chain soon after purchased the property?
 2   A.   We went over to the people he purchased it from, the
 3   family.  First of all, the Tower Hotel, aka Tower Apartments,
 4   there were two sons there who were the sons of a man named
 5   Harry Schectman who along with a business partner had owned and
 6   operated it in the mid 1950's.
 7        And so my memory came back of that earlier thing that I
 8   had just brought up, and I said what really great black
 9   entertainers were there at one time?
10        MR. KUEHNE:  Objection, Your Honor.  Move to strike.
11   Foundation.  Has nothing to do with the timeframe we're talking
12   about.
13        THE COURT:  Overruled.
14        THE WITNESS:  So they confirmed it and that they
15   became friends with the great Billy Holiday who not only
16   performed there, but she would stay at their apartment, and
17   that was Jim Krone in Miami.  She would come into the back --
18        MR. KUEHNE:  Objection, Your Honor.  Hearsay based on
19   what somebody told him.
20        THE COURT:  All right.  Sustained.
21   BY MS. CAPRIO:
22   Q.   And, Dr. George, what other black historical performers
23   did you find out with Mr. Fuller had performed at Ball & Chain?
24        MR. KUEHNE:  Same objection, Judge.
25        THE COURT:  Sustained.
```

 1          MR. KUEHNE:  This is now based on hearsay.

 2          THE COURT:  Sustained.  Next question, counsel.

 3   **BY MS. CAPRIO:**

 4   Q.   Let's move on.  We talked about the Tower Apartments, also

 5   known as the Tower Hotel.  What is the Tower Hotel, Dr. George?

 6   A.   Well, it's started out as a hospital called Riverside

 7   Hospital and that area north of Calle Ocho/8th Street is known

 8   historically as Riverside.  We call it today East Little

 9   Havana, the area south of Shenandoah we often call that part of

10   Little Havana.  The Riverside Hospital operated there from the

11   1920s for many years.

12          MR. KUEHNE:  Objection, Your Honor.  We're back in

13   the area of historical expertise and based on hearsay what he's

14   learned.

15          THE COURT:  Sustained.

16   **BY MS. CAPRIO:**

17   Q.   Dr. George, if can bring focus on did you and Mr. Fuller

18   actually do any research regarding the history of the Tower

19   Hotel?

20   A.   We did.  We went to the Florida Room, the downtown

21   library.  It was actually more research on the Ball & Chain

22   building than it was the Tower, but I did research on the Tower

23   Apartments, and my primary source for that were a series of

24   city directories that came out annually from about 1904 until

25   1976, so I followed the story.  It opened circa 1920 or '21.

1      I followed the story of who was there, which would

2   includes sometimes ownership or management, all the way through

3   1976.

4   Q.   Excellent.

5         MS. CAPRIO:  If we can please go to Plaintiffs'

6   Exhibit 434, and if you can just play the photographs of this

7   building.

8   **BY MS. CAPRIO:**

9   Q.   Dr. George, are you familiar with these photographs?

10  A.   I am, yes.

11  Q.   And could you please explain to the jury what they

12  represent?

13  A.   Well, these are two photographs of the Tower Apartments,

14  Tower Hotel, former Riverside Hotel, and they're just splendid

15  images.  Especially that top image.

16  Q.   Is the bottom image a more recent one of the Tower Hotel?

17  A.   Very much so.  Yes, it's very recent.

18  Q.   How often do you visit the Calle Ocho neighborhood?

19  A.   Well, I live there and I walk it daily.  In fact, after

20  this I'll probably go home, change, and walk through this for

21  about an hour and a half or so.

22  Q.   And are you familiar with an event called the Miami Motel

23  Stories?

24  A.   I am, mm-hmm.

25  Q.   Could you please describe what your understanding of this

1   Miami Motels Stories event is?

2   A.   Well, it's interesting.   It was kind of an interactive

3   thing my wife and I attended at the Tower Apartments/Tower

4   Hotel in the fall of 2017 --

5          MR. KUEHNE:  Objection, Your Honor.  Timeframe as

6   well as the sidebar discussion.

7          THE COURT:  All right.  You want to narrow your

8   question or rephrase it to the timeframe, please?

9          MS. CAPRIO:  Certainly.

10  **BY MS. CAPRIO:**

11  Q.   Dr. George, when did you attend the interactive

12  performance known as the Miami Motel Stories that was held at

13  Mr. Fuller and Mr. Pinilla's Tower Hotel?

14         MR. KUEHNE:  Objection.  Leading.

15         THE COURT:  Overruled.

16         THE WITNESS:  In the fall of 2017.

17         MS. CAPRIO:  Okay.  And if we could please call up

18  Plaintiffs' Exhibit 439.

19  **BY MS. CAPRIO:**

20  Q.   Okay.  Dr. George, I'm going to ask you to watch this

21  video and then let me know if you recognize what this is.

22         MR. KUEHNE:  Your Honor, for record preservation

23  purposes, we objected to the introduction of Plaintiffs'

24  Exhibit 439, and I renew that at this time.

25         THE COURT:  It's noted.

```
 1                        (Video played.)
 2   BY MS. CAPRIO:
 3   Q.   Miami Motel Stories, and what is that building there,
 4   Dr. George?
 5   A.   That is the Tower Apartment building.
 6   Q.   Okay.  And does this video represent the interactive
 7   performance known as the Miami Motel Stories that you and your
 8   wife went to?
 9   A.   It does.
10        MR. KUEHNE:  Objection, Your Honor.  Unless he was
11   there while this was done, it's speculation testimony.
12        THE COURT:  Sustained.
13   BY MS. CAPRIO:
14   Q.   Based on your experiences attending the Miami Motel
15   Stories, does this video accurately depict the status of the
16   Tower Hotel that you saw when you were there?
17   A.   It does.
18        MR. KUEHNE:  Objection.
19        THE COURT:  What's the objection?
20        MR. KUEHNE:  The objection, Your Honor, as we said at
21   sidebar is that this is a theatrical --
22        THE COURT:  Overruled, counsel.
23   BY MS. CAPRIO:
24   Q.   And while you were at the Miami Motel Stories at
25   Mr. Fuller and Mr. Pinilla's Tower Hotel in November of 2017,
```

1  how many people were at that performance?

2  A.   A lot of people.  Let's just ballpark maybe 50, 60 people

3  and, you know, it was pretty tight quarters.  But there were a

4  lot of people.  It was very animated, very interactive.

5  Q.   By interactive, do you mean that people would go into and

6  out of the hotel rooms of the Tower Hotel in order to see the

7  theater?

8  A.   They would.  And when they sat before an actor, they were

9  very tight quarters.  You're looking at a field that you were

10  almost part of that story.

11         MS. CAPRIO:  And I believe this is the end of our

12  video.  Take that down please.  Thank you.

13  **BY MS. CAPRIO:**

14  Q.   Dr. George, do you recall attending Mr. Fuller and

15  Mr. Pinilla's Christmas party in 2017?

16  A.   I do.

17  Q.   And do you recall where that Christmas party was?

18  A.   At the Tower Hotel.

19  Q.   Okay.  And what was the condition of the Tower Hotel

20  during the Christmas party that you attended in December of

21  2017?

22  A.   It was quite improved over what it had been when I saw it

23  initially I guess not too long after Bill and Martin had

24  purchased the building which would have been several years

25  before that.

```
 1    Q.    And were there a lot of people at the Christmas party?
 2    A.    There were.
 3    Q.    And approximately, how many people were there?
 4    A.    Well, it was jam packed.  It was in the lobby.  I think it
 5    spilled out.  He had like a little ramp on the side.  There
 6    were a lot of people there.  You know, again, ballpark 75,
 7    something like that.
 8    Q.    Okay.  And are you familiar with a property known as the
 9    Calle Ocho Marketplace?
10    A.    Yes, mm-hmm.
11    Q.    And could you please explain to the jury what the Calle
12    Ocho Marketplace is?
13    A.    Well, it was kind of an innovative idea on the part of
14    Bill Fuller.  That is, that he bought these 20-foot TEUs that
15    are container things where you put cargo go in.  Ships move it
16    from one place to another, and they were set up so that an arts
17    and craft person or a person who was -- who had goods to sell
18    could store their goods in that place, and they kind of set
19    shop right outside that TEU that was behind them.  It was in a
20    parking lot area on the south side of Calle Ocho between 14th
21    Avenue and 13th Court.
22    Q.    And who do you understand owns that property?
23    A.    That's Fuller and Pinilla's properties as far as I know.
24          MS. CAPRIO:  And if we can please call up Plaintiffs'
25    Exhibit 393.  I don't believe that there's an objection.
```

```
 1              MR. KUEHNE:  That is the container?

 2              MS. CAPRIO:  Yes.

 3              MR. KUEHNE:  No objection, Your Honor.

 4              MS. CAPRIO:  Move to admit this and the other

 5    exhibits that I introduced.

 6              THE COURT:  Granted.

 7                   (Plaintiffs' Exhibit 393 Received.)

 8              MS. CAPRIO:  Thank you, Your Honor.  This is

 9    Plaintiffs 393.  Please publish to the jury.

10    BY MS. CAPRIO:

11    Q.    Dr. George, do you recognize these photographs?

12    A.    I do.

13    Q.    Could you please explain to the jury what these

14    photographs represent?

15    A.    Well, this would be -- this is right on the flank of what

16    was the market.  The market was right in front of these

17    containers.  The containers would hold the product that these

18    people were selling.  It just reminded me of probably a

19    Caribbean Market or whatever --

20              MR. KUEHNE:  Objection, Your Honor.  Now he's getting

21    into opinion testimony what it reminds him of.

22              THE COURT:  Sustained.

23    BY MS. CAPRIO:

24    Q.    And, Dr. George, did you actually see these containers on

25    Mr. Fuller and Mr. Pinilla's property?
```

1    A.    I did.

2    Q.    Okay.  Did you see them there for a certain amount of

3    time?

4    A.    I did.  It seemed like a brief period of time.  It looked

5    like a work in progress.  Then I saw seemed like the thing was

6    almost inaction over a matter of a couple few months.

7    Q.    And do you understand -- do you have any understanding of

8    what happened to this project, the Calle Ocho Marketplace?

9              MR. KUEHNE:  Objection.  Foundation, hearsay.

10             THE COURT:  Grounds?  If he knows.

11             THE WITNESS:  Can I answer that?

12   **BY MS. CAPRIO:**

13   Q.    Certainly.

14   A.    It's interesting.  I thought it was kind of an exciting

15   thing, just would have added diversity to Calle Ocho.  That

16   seemed to be the mindset of Bill Fuller to bring out.

17             MR. KUEHNE:  Objection, mindset of Bill Fuller.  He's

18   not even answering the question.  I move to strike.

19             THE COURT:  Sustained.  Stricken.

20   **BY MS. CAPRIO:**

21   Q.    You can continue with your answer.  What is your

22   understanding of why that --

23   A.    Well, so I saw it -- I thought it was interesting, great.

24   Then I went away on a vacation.  I came back and nothing was

25   there.  I said what happened?  I remember that the containers

1    might have been there, but there was just no action.  There was

2    nobody there, so I had no idea what had happened.

3    Q.   Are you familiar with an event that's known as Viernes

4    Culturales?

5    A.   Oh, yes, mm-hmm.

6    Q.   What does Viernes Culturales mean in English?

7    A.   Cultural Friday.

8    Q.   Could you please describe your involvement with Viernes

9    Culturales to the jury?

10   A.   Viernes Culturales began in either May or June of 2000 and

11   it was really to showcase some of the work of artists in the

12   neighborhood to bring every last Friday of the month energy to

13   the neighborhood, along Calle Ocho from roughly 13th Court up

14   to 17th Avenue.

15        There was some small galleries.  There was artists who

16   were working throughout the neighborhood.  This has been a long

17   hill dream I think on the part of people going back to long

18   before I knew Mr. Fuller or Pinilla.

19        I can remember back in the mid '80's when something called

20   the Latin Quarter Association was dreaming where this would

21   become a center for tourism and culture.

22            MR. KUEHNE:  Objection, Your Honor.  We're now in the

23   1980's and it's a historical trip beyond the scope of this case

24   as well as calling for expert testimony.

25            THE COURT:  It's not calling for expert testimony at

 1 | all, but I will sustain the objection.
 2 | **BY MS. CAPRIO:**
 3 | Q.   Dr. George, if you can just focus on my question.
 4 |          THE COURT:  He's not here to testify as an expert so
 5 | I want to be clear for the jury.  All right?  Go ahead.
 6 |          THE WITNESS:  So it began in the late spring, early
 7 | summer of 2000.  Some people really felt like it was also
 8 | building a bridge in a community really torn apart by the Elian
 9 | Gonzalez thing --
10 |          MR. KUEHNE:  Objection, Your Honor.  Move to strike.
11 | Request that that is not part of this case whatsoever and ask
12 | that it be stricken.
13 |          MS. CAPRIO:  It's the history of Viernes Culturales.
14 |          THE COURT:  Overruled.
15 |          THE WITNESS:  So you had it on Fridays.  It was great
16 | to see the neighborhood, you know, at least one Friday a month
17 | really come alive.
18 |          I had a couple children at this point.  I brought them
19 | over to that.  Then I was friends with some of the people at
20 | city, the city Planning Department people.  I had done some
21 | writing for them, I had created some tours for them.  I was
22 | already doing Little Havana tours for many years at that point
23 | and they turned to me at the beginning of 2002, said this thing
24 | is going well --
25 |          MR. KUEHNE:  Objection, hearsay.  People turned to

1   him unknown and said.

2             THE COURT:  Sustained.

3   **BY MS. CAPRIO:**

4   Q.   Dr. George, so Viernes Culturales is a cultural festival?

5   A.   Right.

6   Q.   And when is it held?

7   A.   It's now held every third Friday of the month.  Up until

8   about four years ago, it was every last Friday.

9   Q.   Okay.  Every last Friday until four years ago?

10  A.   Right.

11  Q.   Okay.  And what is Mr. Fuller's connection to Viernes

12  Culturales?

13  A.   Well, he's long been on the board and I believe he was

14  head of the board for a fair amount of time, and may still be

15  there, the head of the board.  I'm just not sure.

16  Q.   Have you ever had any involvement with Viernes Culturales?

17  A.   I have.

18  Q.   And could you please briefly describe what your

19  involvement with Viernes Culturales is for the jury?

20  A.   I started conducting history tours about February, 2002.

21  The last one I did was last Friday, so it's been -- I'm in my

22  23rd year of doing Little Havana history tours, walking tours

23  of the neighborhood for cultural Friday, mm-hmm.

24  Q.   And what is, just briefly, an example of a tour that you

25  would take at Viernes Culturales?

1    A.   Well, we'd start in front of the Tower Theater and then we

2    would move either north, south, east, west, southwest.  There's

3    twelve tours I offer as part of that.

4    Q.   What type of cultures are celebrated at Viernes

5    Culturales?

6    A.   It's just a great variety of cultures.  I remember

7    Columbian dancers.  I remember the black Bahamian community in

8    the early 2000's was honored during one of those Friday night

9    things with a great exhibit that somebody had created of images

10   because there had been a lot of white and black Bahamians in

11   the neighborhood going back to the beginning of the 1900's.

12   Q.   Excellent.

13            MS. CAPRIO:  If we could please call up Plaintiffs'

14   Exhibit 285.  I don't believe there's any objection to this

15   exhibit?

16            MR. KUEHNE:  Can you show it?

17            MS. CAPRIO:  We can publish to counsel first, please.

18            MR. KUEHNE:  No objection to 285.

19            MS. CAPRIO:  Move to admit.

20            THE COURT:  Granted.

21            (Plaintiffs' Exhibit 285 Received.)

22            MS. CAPRIO:  If we can please publish to the jury?

23            THE COURT:  Sure.

24   **BY MS. CAPRIO:**

25   Q.   Dr. George, are you familiar with this picture?

```
 1   A.    I am.  I've seen it many times.  I've seen it on the

 2   website and I think I've also seen it in like little postcards,

 3   brochures and things of that nature.

 4           MS. CAPRIO:  Okay.  And if we could call up

 5   Plaintiffs' Exhibit 338.  I don't believe there's any objection

 6   to this either, counsel?

 7           MR. KUEHNE:  Remind which one that is, please?  No

 8   objection.

 9           MS. CAPRIO:  I move to admit.

10           THE COURT:  Granted.

11             (Plaintiffs' Exhibit 338 Received.)

12           MS. CAPRIO:  And if we can please play this, publish

13   it.

14                        (Video played.)

15   BY MS. CAPRIO:

16   Q.    Dr. George, are you familiar with that video?

17   A.    I am.

18   Q.    And what does that video depict?

19   A.    It just depicts how wonderful this cultural fusion was and

20   cultural Friday in that area.  It's fantastic.

21   Q.    Is that a video of Viernes Culturales?

22   A.    It is.  I was there that night.  I saw it.

23   Q.    Okay.  Those were the Columbian dancers that you

24   referenced earlier?

25   A.    Right.  Right.
```

1  Q.   And now let's focus back on around December of 2017.

2  Where was Viernes Culturales held at that time?

3  A.   Well, it was on the plaza but it didn't -- the plaza

4  meaning Domino Plaza, but it seemed like its assumed presence

5  there on a monthly basis was more tenuous now than ever.  It

6  seemed like -- I don't know, they had --

7          MR. KUEHNE:  Objection, Your Honor.  Speculation and

8  it seemed like something.

9          THE COURT:  Sustained.

10 **BY MS. CAPRIO:**

11 Q.   So what is Domino Plaza?

12 A.   Domino Plaza is SW 15th Avenue on the southern edge of 8th

13 Street or Calle Ocho, so it was a street until about 20 years

14 ago.

15 Q.   Is that where Viernes Culturales was centered in December

16 of 2017?

17 A.   Yes, yes.

18 Q.   And is that a plaza where people actually play dominoes?

19 A.   After Domino Park closes, people will play dominoes on the

20 sides of it.

21 Q.   What is Domino Park?

22 A.   Domino Park has been around since 1963 unofficially at the

23 time.  It's primarily men.  There's some women who play

24 dominoes every day from 9:00 till 6:00.

25          MR. KUEHNE:  Objection, Your Honor.  We're now 30

```
 1    years before the timeframe of the lawsuit.
 2              THE COURT:  Overruled.
 3    BY MS. CAPRIO:
 4    Q.   Dr. George, do you recall if at any time -- I think you
 5    spoke earlier that at some point, Viernes Culturales moved
 6    locations.  Did they move locations?
 7    A.   It did.  It moved to La Futurama building on the other
 8    side, the north side of Calle Ocho between 16th and 17th
 9    Avenues.
10              MS. CAPRIO:  And if we can please call up Plaintiff's
11    434 with a picture of Futurama.
12    BY MS. CAPRIO:
13    Q.   And who owns Futurama?
14              MS. CAPRIO:  While we're calling that up, any
15    objection?
16              THE WITNESS:  Bill Fuller and Martin Pinilla.
17    BY MS. CAPRIO:
18    Q.   And is this the Futurama where Viernes Culturales moved
19    to?  Bottom photograph?
20    A.   It is.
21    Q.   Okay.  And so do you recall approximately when Viernes
22    Culturales moved from Domino Plaza to Futurama?
23    A.   I'd say the last few years.  I know that it began to have
24    trouble securing -- cultural Friday securing Domino Plaza.
25    Clearly by 2018.  By the end of 2018.
```

```
 1              MS. CAPRIO:  If we can please publish that for the
 2   jury?  Thank you.
 3   BY MS. CAPRIO:
 4   Q.   Again, a picture of Futurama, Dr. George?
 5   A.   Right.
 6   Q.   And that's owned by Mr. Pinilla and Mr. Fuller?
 7   A.   It is.
 8   Q.   Is that property also on Calle Ocho?
 9   A.   It is.  It's on the north side near 17th Avenue.
10   Q.   Okay.  And so what day of the -- what Friday of the month
11   now is Viernes Culturales held at Futurama?
12   A.   It's the third Friday of the month.
13   Q.   And has the fact that Viernes Culturales moved from Domino
14   Plaza to Futurama had any affect on the festival?
15              MR. KUEHNE:  Objection.  Speculation.  Hearsay.
16   Foundation.
17              THE COURT:  Rephrase the question.
18   BY MS. CAPRIO:
19   Q.   Yes.  Do you remain a tour provider at Viernes Culturales
20   now that it's at Futurama?
21   A.   I do.  We still meet in front of the Tower Theater.
22   Q.   And based on your experience as a tour provider, both when
23   Viernes Culturales was at Domino Plaza and now it's moved to
24   Futurama, have you perceived any effects on that festival from
25   the change?
```

A.   Well, it's different in that dramatically in scale.  The

vendors aren't around.  They had up until six months, a small

number of vendors on the property of Futurama.  I don't even

see that now, things going on inside the building.

     So we're -- we had a plaza filled with vendors say five

years ago as part of cultural Friday.  They're not even on

Domino Plaza now.  They're rarely seen in La Futurama.

Q.   What types of vendors used to be at Viernes Culturales

before it moved to Futurama?

A.   There were people, everything from T-shirts to ceramics to

knickknacks, to souvenirs of Little Havana.

Q.   And do you know what is the current use for Futurama on

Calle Ocho, apart from Viernes Culturales, if you know?

A.   Well, it's a beautiful building and I know I'm longwinded.

Let me just say one thing.  It was a Western Auto chain store,

and over time, Bill and Martin bought it, and they transformed

it into a working series of -- I can't say lofts -- technically

it's not lofts, but little rooms for artists to show their

wares and sell their wares as well as clothing.

     The top floor which is the top two floors are offices.

There's a beautiful lobby, and, in fact, my daughter's Sweet 16

birthday was there.  And there's a little interior where you

can meet around a table.

Q.   Excellent.  And now are you familiar with a project that

was to be called El Museo de Little Havana?

 1    A.    I am.

 2    Q.    And what was your understanding of the El Museo de Little

 3    Havana project?

 4              MR. KUEHNE:  Objection, Your Honor.  Foundation,

 5    hearsay.  Beyond the scope of this particular litigation.

 6              THE COURT:  Sustained.  Rephrase the question.

 7              MS. CAPRIO:  Certainly.  Can we please just publish

 8    Plaintiffs' Exhibit 359 to the witness and to counsel?

 9    **BY MS. CAPRIO:**

10    Q.    Dr. George, are you familiar with that photograph?

11    A.    I am.

12    Q.    Where was that photograph taken?

13    A.    This was in the La Futurama.  This is -- this was in May

14    of 2017 when the announcement was made that there would be a

15    sort of a partnership between History of Miami and Cultural

16    Friday Viernes Culturales, as well as the building owners to

17    install like a very small history museum in the rear of this

18    building.

19              MR. KUEHNE:  Objection to the narrative, Your Honor,

20    as well as timeframe.  We're talking about May of 2017.

21              THE COURT:  Overruled.

22              MS. CAPRIO:  Your Honor, I'd move to admit this

23    photograph now.

24              THE COURT:  All right.  Granted.

25              MR. KUEHNE:  Same objection.

```
 1              (Plaintiffs' Exhibit 359 Received.)

 2         MS. CAPRIO:  May we publish to the jury?

 3         THE COURT:  Yes.

 4  BY MS. CAPRIO:

 5  Q.   Okay.  And thank you.  Dr. George, if you can please

 6  describe this photograph again for the jury now that they can

 7  see it?

 8  A.   Well, this is an announcement.  This was the announcement

 9  that there was going to be sort of a partnership between

10  History of Miami that I work with and the Little Havana

11  Cultural Friday folks, and the Little Havana Cultural Friday

12  period, and there would be a museum and a very small scale

13  established there that would chronical through photographs,

14  perhaps documents, captions, the history of Little Havana going

15  back in time.

16  Q.   And who is in this photograph?

17  A.   Well, just from left to right, my left to right, myself,

18  George Zamanillo who headed History of Miami, Martin Pinilla

19  and Bill Fuller at the roster.

20  Q.   What was the occasion for this paragraph?

21  A.   This was the announcement that this was going to happen.

22  You're going to have like a small museum in La Futurama that

23  would be the offerings of Cultural Friday.

24  Q.   What happened to the El Museo de Little Havana project?

25         MR. KUEHNE:  Objection.  Foundation based on hearsay.
```

```
 1   We discussed this at sidebar.

 2            THE COURT:  Overruled.  If he knows.

 3            THE WITNESS:  Within a few years of the beginning of

 4   the museum, it really hadn't moved forward, and within a few

 5   years, there were problems between the city, Bill Fuller,

 6   Martin Pinilla, some of their properties and George Zamanillo

 7   who was a very able person, a very able leader said --

 8            MR. KUEHNE:  Objection.  Somebody who's not a witness

 9   is saying something to this witness.

10            THE COURT:  All right.  Sustained.

11   BY MS. CAPRIO:

12   Q.   Do you have any understanding as to why the project with

13   the El Museo de Little Havana project did not move forward

14   years after this picture was taken?

15            MR. KUEHNE:  Same objection.  Foundation.

16   Speculation.  Based on hearsay.

17            THE COURT:  Overruled.  If he knows.

18            THE WITNESS:  I know.  George Zamanillo came up to me

19   since I serve as a historian to the museum and said --

20            MR. KUEHNE:  Objection, Your Honor.  George whatever

21   his last name --

22            THE COURT:  Sustained.

23            THE WITNESS:  Zamanillo.

24   BY MS. CAPRIO:

25   Q.   Besides from your conversation with Mr. George Zamanillo,
```

1   do you have any other personal knowledge regarding why the El

2   Museo de Little Havana project did not move forward?

3   A.   There just seemed to be opposite thoughts and thinking on

4   the part of the people hosting it and the City of Miami.  There

5   was some dustups there, and George being a prudent person said

6   I don't think you need this museum there.

7           MR. KUEHNE:  Objection, Judge.  This is the third

8   time on the same issue.

9           THE COURT:  Sustained.

10  **BY MS. CAPRIO:**

11  Q.   And, Dr. George, based on your experience living in Little

12  Havana, giving tours to people in Little Havana and Calle Ocho,

13  what was the one event that really started the revitalization

14  of the neighborhood?

15          MR. KUEHNE:  Objection, Your Honor.  First, timeframe

16  as well as opinion testimony and beyond the scope of this

17  particular lawsuit.

18          THE COURT:  Sustained.

19  **BY MS. CAPRIO:**

20  Q.   What affect did the opening of Ball & Chain have on the

21  Calle Ocho neighborhood?

22          MR. KUEHNE:  Objection, Your Honor.  Speculation.

23  Foundation.  We're talking about a timeframe before this

24  lawsuit.

25          THE COURT:  Sustained.

1   **BY MS. CAPRIO:**

2   Q.   Did you attend the Calle Ocho Ball & Chain opening,

3   Dr. George?

4   A.   I'm not sure if I was there the day or night of the

5   opening, but I was there just before it opened and certainly

6   just after it opened.

7   Q.   And have you witnessed any affect that that restaurant has

8   had on your neighborhood?

9           MR. KUEHNE:   Objection, Your Honor.  I believe first

10  timeframe as well as speculation and foundation.  The timeframe

11  is not close to where we are.

12          THE COURT:  All right.  You can rephrase the

13  question.  I'm sustaining the objection.

14  **BY MS. CAPRIO:**

15  Q.   Dr. George, let's -- Dr. George, based on you living in

16  the neighborhood and giving tours in the neighborhood, how did

17  the neighborhood change when Ball & Chain opened in Calle Ocho?

18          MR. KUEHNE:  Objection, Your Honor.  Timeframe as

19  well as personal opinion.  The timeframe is beyond the contours

20  of this lawsuit.  We'd also ask for 359 to be down, Judge.

21          THE COURT:  I'm sustaining the objection.  You can

22  establish a timeframe.  You can remove the exhibit at this

23  point, 359.  You no longer need it at this point.

24  **BY MS. CAPRIO:**

25  Q.   Dr. George, let's talk about Ball & Chain.  Have you

1   visited Ball & Chain?

2   A.   I have.

3   Q.   And what is your understanding after 2014 when Mr. Fuller

4   and Mr. Pinilla opened the restaurant, what was the affect on

5   the Calle Ocho neighborhood based on your personal experience?

6           MR. KUEHNE:  Same objection, Your Honor.  We're now

7   talking about 2014.

8           THE COURT:  She said after 2014.  Overruled.  You can

9   answer, sir.

10          THE WITNESS:  It radically changed the neighborhood.

11  It coincided to some degree with the Big Bus discovering Little

12  Havana and just bringing busloads of people every day.

13          The Ball & Chain was absolutely electric for that

14  neighborhood.  It was the catalyst that elevated that to a

15  level where my understanding is before the pandemic, more than

16  three million visitors were coming to Little Havana every year

17  and that was where they were coming to.

18          MS. CAPRIO:  Thank you so much, Dr. George.  I have

19  nothing further.

20          THE COURT:  All right.  Cross-examination.  The

21  plaintiffs spent 37 minutes.  I will afford the same

22  opportunity for defense as well.  You may proceed.

23          MR. KUEHNE:  Yes, Judge.

24

25

```
 1                      - - - - -

 2          CROSS EXAMINATION OF PAUL GEORGE, Ph.D.

 3  BY MR. KUEHNE:

 4  Q.    Good afternoon, Dr. George.

 5  A.    Good afternoon.

 6  Q.    My name is Ben Kuehne.  You know that because we know each

 7  other casually over the years, don't we?

 8  A.    We do.

 9  Q.    And I've been to some of your walking tours of all parts

10  of South Florida?

11  A.    Yes, you have.

12  Q.    And you were formerly associated with History Miami as an

13  official person there?

14  A.    Yes.  I still am.

15  Q.    Still there.  And you were -- I think maybe are a

16  Miami-Dade College professor?

17  A.    Yeah, I taught there for 26 years.  I retired, mm-hmm.

18  Q.    You retired.  Very good.  So let me ask you, you have some

19  experience as your testimony on direct reflected with the area

20  that we call Little Havana, right?

21  A.    I do.

22  Q.    And Little Havana, you talked about your walking tours and

23  that you started with the Tower Theater at the walking tours --

24  A.    Mm-hmm.

25  Q.    -- right?
```

```
 1  A.   Yes, that's one of the places where I started.  Cultural
 2  Friday, we always start at the Tower Theater.
 3  Q.   If you could, just it makes it a little bit easier if you
 4  say yes, no, as opposed to "mm-hmm" when we're talking.  But
 5  the Tower Theater is not -- not the Tower Hotel?
 6  A.   No, not at all.
 7  Q.   The Tower Theater is a famous theater, not associated,
 8  affiliated with Fuller and his developer business, right?
 9  A.   True.
10  Q.   And so you start at the Tower Hotel and then work your way
11  along the Little Havana area?
12  A.   Yes.
13  Q.   And tell us when you describe the walking tours of Little
14  Havana, what kind of range do you do?  You start at the Tower
15  Hotel?
16  A.   Tower Theater.  I start at Tower Theater.
17  Q.   A-ha, very good.  You start at Tower Theater.
18  A.   Oh, yes.
19  Q.   What's the cross street there?
20  A.   It's Calle Ocho and it's 15th Avenue.
21  Q.   So 15th Avenue.  And where -- if you're going in probably
22  the eastern direction, where do you go to when you call that a
23  Little Havana walking tour?
24  A.   Well, there's twelve different tours, and you go
25  diagonally throughout the whole neighborhood.  Just last Friday
```

```
 1   night, for instance, speaking about an east oriented tour, we
 2   went all the way down to 10th Avenue in Calle Ocho.
 3   Q.   Okay.
 4   A.   Which was an old Bahamian neighborhood, and that was in
 5   some ways the thrust of the tour.  I wanted to underline tour
 6   goers that we had this tremendous Bahamian historical
 7   background going back to in some areas like Coconut Grove the
 8   late 19th century.
 9   Q.   So your tours, generally speaking, they're a bunch of
10   different tours depending on the topics as well as what you
11   think is of interest to people?
12   A.   Yes.
13   Q.   So Little Havana, would you say it's at least 15th Avenue
14   to -- is it 10th or does it go to 8th?
15   A.   Well, that kind of a subjective definition on the part of
16   anybody.  We consider East Little Havana, and again this would
17   be subjective, anywhere from say 17th Avenue east to I-95
18   and/or the river.  And then north to the river and then south
19   to probably Coral Way.  It's very subjective.
20   Q.   Okay.  And the interesting part of Little Havana is that
21   it's one of these established neighborhoods that happens to be
22   residential with this little commercial strip that's grown over
23   time, but it had been an integrated neighborhood with
24   residences and small businesses that catered to that
25   neighborhood, right?
```

```
 1   A.   Yes.
 2   Q.   And what is fascinating about Little Havana is that it is
 3   actually one of the not so many places in the United States of
 4   America that is registered with the National Trust for Historic
 5   Preservation, right?
 6   A.   Yes.
 7   Q.   And that means it's an area that has some preservation
 8   significance, right?
 9   A.   Well, I don't want to get into a long answer on this.
10   There's no formal local historic district in that neighborhood,
11   and there's no formal national historic district in that
12   neighborhood.  It has been cited as a historic neighborhood,
13   but not a -- not a historic district.  Believe it or not,
14   there's a lot of difference.
15   Q.   Okay.  And it was in 2017 that Little Havana was
16   recognized by the National Trust for Historic Preservation as a
17   Little Havana historic preservation area, right?
18   A.   Probably so.  I know it's gotten national recognition and
19   that comes from the U.S. Parks Service.  I'm not sure what the
20   title is of that recognition.
21   Q.   But you are aware that Little Havana Historic District is
22   actually identified by the Historic Preservation Trust as one
23   of the 15 most endangered historic areas that have been
24   designated in the United States of America?
25   A.   Well, I've heard concern about it.  I just don't know
```

1    exactly its ranking among the 15, but I can understand the

2    concern at a national level, and I understand that the National

3    Trust for Historic Preservation is monitoring constantly the

4    well-being of historic or old neighborhoods.

5    Q.   And among the reasons for the designation as one of the

6    top endangered historic areas is because of the rebuilding and

7    changing the nature of that district, isn't it?

8    A.   Well, the nature is always evolving.  That was a heavily

9    Jewish neighborhood a hundred years ago.  Obviously, it's not

10   now.  So the culture in that respect has changed.

11   Q.   Okay.  And so you do agree that the reason it's designated

12   as Little Havana is largely because in the 60's, this area

13   became associated with immigration.  Cuban Americans moving in

14   and that is now the reason for the historic preservation area

15   because of the Little Havana aspect of it, right?

16   A.   Understood, yes.

17   Q.   Even though in history, it had always been a residential

18   suburb with this little bit of interactive business and it

19   catered to different middle class groups over time?

20   A.   Well, certainly true, yes.

21   Q.   And still to this day, it's sort of an iconic immigration

22   laden area?

23   A.   It is.

24   Q.   And one of the -- one of the reasons that it's considered

25   threatened is because the Little Havana neighborhood is really

1  a neighborhood of homes and small apartments and single family

2  with a small strip that used to cater to those people in the

3  neighborhood, right?

4  A.    True, because in the Miami and America of yesteryear

5  before malls with suburbia, neighborhoods of heavy residential

6  concentration usually had a main street where people could

7  shop, see a movie, whatever.

8  Q.    And now you had mentioned -- and I'll just use the number

9  you used -- as many as three million visitors -- not COVID

10 impacted, but three million visitors who come to beautiful

11 South Florida paradise go into that Little Havana neighborhood

12 to experience the richness of that culture?

13 A.    Sure.

14 Q.    And that has caused some real growth and existence issues

15 that you're aware of when you walk through on the tours that

16 the plaintiff asked you about, right?

17 A.    Well, I'm not -- it's not clear to me what you're saying

18 here.  Growth and something issues.

19 Q.    Well, let's try it this way.  One of the things that

20 you're aware of from the tours that the plaintiff asked you

21 about --

22 A.    Right.

23 Q.    -- is that the business area is encroaching into the

24 neighborhood so that people who have lived there, lived there

25 have significant quality of life issues?  Noise, music,

1    traffic?  It's changed their quality of life, right?

2    A.   Well, it's inevitable with a neighborhood that is very

3    attractive to visitors that it's going to become more energized

4    and probably the decibel level will rise.  No doubt about that,

5    as are other neighborhoods in Miami, whether it's Wynwood,

6    Coconut Grove, Design District.

7    Q.   But those areas that you mentioned, Wynwood, Coconut Grove

8    are not on the list -- the National Trust for Historic

9    Preservation, right?

10   A.   Yeah.  Mr. Kuehne, I'm going to be really clear about this

11   list.  I have to see what you're talking about when you talk

12   about that.  There's no historic designation, anything in that

13   neighborhood.  They haven't set aside in a formal way "x"

14   number of blocks, have done a survey, etc. etc, and have

15   created that.

16        That's the thing I'm sort of unclear about when you keep

17   bringing this up.  The National Trust has several designations

18   and they love to talk about important historic neighborhoods.

19   That is different from designating a neighborhood an historic

20   district.

21   Q.   Okay.  And that's your understanding?

22   A.   That's my understanding.

23   Q.   So Little Havana as far as you -- as Dr. George with your

24   walking tours is just a neighborhood, not particularly

25   designated or recognized by the National Trust for Historic

1   Preservation?

2   A.   It is recognized as a special place with a rich history

3   and a great culture especially in the last 60 years, but I

4   don't think it's been designated as such.

5   Q.   Okay.  Well, then designated or not, let me ask you if you

6   are aware that the National Trust for Historic Preservation

7   identified Little Havana as a neighborhood worthy of

8   significance largely because of the work of Joe Carollo and his

9   brother, then Commissioner Frank Carollo, right?

10  A.   I'm just not aware of that.  I don't know whether there

11  was a declaration of that.  You know, I think that for the last

12  20, 30 years, there's been increasing national interest and

13  uniqueness of Little Havana and obviously its richness.

14       But these kinds of titles that you're referencing, I'm

15  just not aware of.  The National Trust is always looking at

16  neighborhoods throughout America, and they love older

17  neighborhoods and they anoint them in different ways.  There's

18  no doubt about it, but, yeah, there's so many factors that go

19  into Little Havana.

20  Q.   Okay.  So then with regard to Little Havana, you mentioned

21  the combination of the neighborhood and by the way, still

22  today, just on the street next to 8th Street, there are single

23  family homes and little apartments, apartment buildings?

24  A.   Yes.

25  Q.   Right.  And, in fact, you walk through some of those in

1    your walking tours, right?

2    A.    I do.

3    Q.    Some of them have been around a long time?

4    A.    Yes, yes.

5    Q.    And many of them are populated by a wide array of

6    residents, citizens, including a lot of seniors?

7    A.    Yes.

8    Q.    And those seniors -- by the way, there's even an ALF,

9    adult living facility, multistory right on the back side of the

10   business area, right?

11   A.    I'm not sure exactly which one you're referencing.  If I

12   knew where it was at, I could probably identify it.

13   Q.    Okay.  But there are some.

14   A.    Probably, yes.

15   Q.    Right.  And you're aware of a clash that you actually talk

16   about on the tours that the plaintiff asked you about between

17   the people who have lived a long time and then all of these

18   tourists coming into the area and how sometimes that is a

19   little bit misunderstood.  Makes it difficult to live there?

20   A.    Well, certainly it's gotten busy.  There's no doubt about

21   it.  Obviously, it's gotten noisier.  You can factor in the

22   chickens too as part of that noise problem there.

23   Q.    That's sort of a joke because a lot of the Caribbean

24   American and Cuban Americans actually raise chickens in their

25   backyards which is allowed in single family homes neighborhood,

1  right?

2  A.   Presumably so.  I know there was a law in 1970 passed by

3  the city about roosters and things of that nature within the

4  city limits.

5  Q.   And that's why in Little Havana, actually if you go by, in

6  fact, there might even be in one of the pictures, they have a

7  sculpture installation of painted roosters?

8  A.   They do.

9  Q.   And that's because Little Havana, the -- it's the

10 mascot --

11 A.   Yes.

12 Q.   -- is that what you call it, is a very colorful rooster?

13 A.   Yes.

14 Q.   By the way, that project was a Joe Carollo project, wasn't

15 it?

16 A.   I don't know.  I began to see them about 2001, those

17 roosters appeared.  There were about 70 plus at that time right

18 at the outset of this century.

19 Q.   In your testimony, you mentioned that Little Havana sort

20 of saw -- if I'm using the wrong word, please correct me --

21 sort of saw a renaissance or growth spurt and you associated it

22 with some of the issues that you said was Elian Gonzalez.  Do

23 you remember that during the direct examination?

24 A.   Well, we talked about Cultural Friday in the minds of some

25 people arising out of what had been a trauma of the Elian

```
 1   Gonzalez controversy, and maybe this would be a way to build
 2   bridges between different groups who were on opposite sides
 3   during that controversy.
 4   Q.   Right.  And that's the early -- sounds so long ago -- the
 5   early change in the Millennium, right?  Going from 1999 to
 6   2000, we changed not just centuries, but a thousand years?
 7   A.   Yes.
 8   Q.   And the Elian Gonzalez saga, and all the things going on
 9   in South Florida about that was in the early 2000's, right?
10   A.   Yeah, right at the outset.  It was in April of 2000 that
11   he was taken back to Cuba.
12   Q.   Right.  And the mayor of the City of Miami at that time
13   was Joe Carollo?
14   A.   Mm-hmm.
15   Q.   Right?
16   A.   Yes.
17   Q.   And Joe Carollo worked with many members of the community
18   to at least try to give Elian Gonzalez a voice in the United
19   States in his destiny for the USA?
20        MS. CAPRIO:  Objection.  Outside the scope.
21        THE COURT:  Sustained.
22   BY MR. KUEHNE:
23   Q.   So Joe Carollo was the mayor of the City of Miami when
24   this vibrancy that you described on direct examination was
25   starting to take hold, wasn't it?
```

```
 1    A.    He was, yes.
 2    Q.    And Viernes Culturales, Viernes Culturales, this cultural
 3    organization was actually founded with Mayor Joe Carollo's
 4    assistance in developing this Viernes Culturales organization,
 5    wasn't it?
 6    A.    I presume since he was mayor, he had a hand in it or
 7    certainly was aware of what was going on.
 8    Q.    You've been involved with Viernes Culturales, your
 9    testimony was since the very beginning, right?
10    A.    Right.
11    Q.    And you know that Joe Carollo was involved in cultural
12    Viernes Culturales at the very beginning and essentially got it
13    to happen?
14              MS. CAPRIO:  Objection.  Asked and answered.
15              THE COURT:  Sustained.
16    BY MR. KUEHNE:
17    Q.    Now, Viernes Culturales, in the early days when you said
18    you got started, you were asked questions about tell me about
19    Viernes Culturales.  Viernes Culturales was actually developing
20    closely with the City of Miami, and it was the City of Miami
21    that had a say in the board that operated or became cultural
22    Viernes Culturales, right?
23              MS. CAPRIO:  Objection.  Lack of foundation.
24              THE COURT:  Overruled, if he knows.
25              THE WITNESS:  It sounds logical.
```

```
 1   BY MR. KUEHNE:
 2   Q.   And, again, Joe Carollo as the mayor was sort of the
 3   enzyme or the impetus to getting that moving?
 4              MS. CAPRIO:  Objection.  Lacks foundation.
 5              THE COURT:  Sustained.
 6   BY MR. KUEHNE:
 7   Q.   You know that Joe Carollo as mayor essentially got Viernes
 8   Culturales started to help it as a nonprofit cultural work with
 9   the city to stimulate this growth in Little Havana?
10              MS. CAPRIO:  Objection.  Counsel is testifying.
11              THE COURT:  All right.  Sustained.
12   BY MR. KUEHNE:
13   Q.   Now, one of the things that happened over time when you
14   are still doing your tours -- by the way, that's your role in
15   Viernes Culturales, is that you do tours, right?  And you
16   attend some events?
17   A.   I do.
18   Q.   And you've attended over the years, you mention the Domino
19   Park days.  Just to be clear, your tours are free to the public
20   who signs up, but you get a modest stipend from Viernes
21   Culturales?
22   A.   I do.
23   Q.   And that happened in the early days and still happens
24   today?
25   A.   It does.
```

1    Q.   And the stipend is sort of insane, isn't it?

2    A.   No.  It's risen a little bit.

3    Q.   Just a little.  So over the course of time, Viernes

4    Culturales became when we get into, say, the 2017, 2018 years,

5    it became distant from the City of Miami, right?

6    A.   I can't attest to that.  I have no idea.

7    Q.   You know that the board members of Viernes Culturales were

8    no longer nominated by or affiliated with the City of Miami as

9    they had been in the early days?

10   A.   I have no idea about the mechanics of it as far as the

11   board of mechanics go, nothing at all.

12   Q.   So part of your involvement really was not seeing the

13   bigger picture of Viernes Culturales.  It was more having the

14   opportunity to enlighten tourists or others about the neat

15   things going on in Little Havana?

16   A.   Yes.  Of course, yes.

17   Q.   But when Viernes Culturales had its Friday events, you

18   said it was the last Friday of the month?

19   A.   Right, mm-hmm.

20   Q.   And that was something that was done at Domino Park?

21   A.   Well, Domino Plaza just on the other side of the park.

22   Q.   Domino Plaza, and it was a permitted in the days that

23   you were developing -- it was a permitted approved event,

24   happening on the last Friday of the month?

25   A.   That's what I understand.

```
 1                MS. CAPRIO:  Objection.  Foundation.
 2                THE COURT:  Overruled.  If he knows.
 3   BY MR. KUEHNE:
 4   Q.   And you were asked about on direct examination some of the
 5   changes of Viernes Culturales, and you said the Futurama -- we
 6   saw a picture of a building that's owned by Fuller that has
 7   Viernes Culturales inside it --
 8   A.   Yes.
 9   Q.   -- right?  And one of the things that happened is Viernes
10   Culturales, as you understood it, was doing -- trying to do
11   these events without getting any permits from the City of
12   Miami, correct?
13                MS. CAPRIO:  Objection.  Lack of foundation.
14                THE COURT:  Sustained.
15   BY MR. KUEHNE:
16   Q.   Do you know if Viernes Culturales was pulling permits for
17   its events?
18   A.   I have no idea.  I would just show up around quarter to
19   7:00 once a month for the tour.  I was much more concerned
20   about the tour itself and getting the word out about it,
21   preparing for it.
22   Q.   Okay.  And then you don't -- let me ask you because I
23   don't want to ask you some questions if you've not been asked
24   on direct.
25        You don't have any affiliation or association with an
```

1   event that is now on the last Friday of the month in Little

2   Havana?

3   A.    I don't.

4   Q.    You don't.  And as far as Viernes Culturales and the tours

5   that you do, you still do them monthly?

6   A.    I do, and I look forward to it very much.

7   Q.    And essentially, the tours, although you say you have a

8   number of different ones, they're largely the same?  I'm sure

9   you've improved them, but the same year in and year out?

10  A.    I'm always adding things to them.  That's my pride and

11  joy.  To be able to add things and kid people, I've got some

12  new things for you on this tour.

13  Q.    Of course.  So when you talked about going through the

14  Little Havana District, you point out lots of things?

15  Commercial, private, all kinds of things?

16  A.    I do.  I do.

17  Q.    And it's your decision what to point out, right?

18  A.    Of course, yes.

19  Q.    When you do that, you're not focused on the legal status

20  of the buildings, are you?

21  A.    No.  I'm focused on the history of the buildings.  Their

22  design, who might have lived there that had some prominence or

23  didn't have prominence, things of that nature.  Building

24  materials for the buildings, when they were built, who designed

25  them.

1    Q.    And you mentioned the Tower Hotel.  You got a little

2    understanding that it was an apartment building and it has had

3    some different things over the course of the years, but one

4    thing you know is that this is a 1920s construction?

5    A.    Yes.

6    Q.    And the pictures that you saw, you can tell from the

7    original picture as well as the today picture that's an old

8    building?

9    A.    Yes, of course.

10   Q.    And what you didn't tell this jury is whether the Tower

11   Hotel is a historic preservation building?

12   A.    It has not been designated to the best of my knowledge as

13   a historic designated building.

14   Q.    It has not been.  And you've not been part of any

15   application process to have the Tower Hotel designated as a

16   historic building?

17   A.    I have not.

18   Q.    You do get involved in that processes on occasion, don't

19   you?

20   A.    I do.  I've been hired in many situations to take that

21   process to historic designation.

22   Q.    But not by Fuller?

23   A.    No.

24   Q.    Or for the Tower Hotel?

25   A.    No, not at all.

1    Q.   Yet, you commented that the Tower Hotel -- and I think

2    your word is "restored" is that the word you used or did you

3    use renovated?

4    A.   I -- both.

5    Q.   Both?

6    A.   It is very important to make that distinction too.

7    Q.   So you understand Fuller and his business partners are

8    real estate developers.  And by the way, you understand from

9    your dealings with Viernes Culturales and your knowing of Bill

10   Fuller that he -- his business plan was to buy these old

11   buildings when they were at the low end of the market and he's

12   seen this market in south Florida rise greatly?

13             MS. CAPRIO:  Objection.  Lacks foundation.

14             THE COURT:  Sustained.  And ten minutes remaining.

15             MR. KUEHNE:  Till we break for the day, Judge?

16             THE COURT:  You may continue.  I said you have ten

17   minutes on cross-examination.

18             MR. KUEHNE:  I'll need a little more time, Judge.

19             THE COURT:  Ten minutes remaining.

20   **BY MR. KUEHNE:**

21   Q.   So the Tower Hotel is -- has been renovated by Fuller, but

22   not historically restored?

23   A.   I didn't say that.  It's a combination of renovation and

24   restoration.  He has restored elements of that building opening

25   up part of the facade that was covered up to bring back a

 1    portion of the original facade.  That's restoration.

 2        Renovation would be fixing up a room, maybe replacing wood

 3    in a particular place, or building something new within the

 4    building.

 5    Q.   Doing restoration of an older building that may have

 6    historical significance, doesn't that usually involve

 7    architects and specialists who have a background in historic

 8    restoration?

 9            MS. CAPRIO:  Objection.  Lacks foundation.

10            THE COURT:  Sustained.

11    BY MR. KUEHNE:

12    Q.   You've not worked with Fuller in any capacity with any

13    architect who does historic renovations, have you?

14    A.   No, I've never been called on to do that.  It's mainly to

15    talk about the history of a particular building that he might

16    have.

17    Q.   So when you know that Fuller has done -- you call it

18    restoration, renovation -- you have no idea and no

19    participation in what exactly he and his team are doing?

20    A.   No, but you can see things.  You can see restoration.  You

21    can see renovation.  I have a historian's eye to it.  I've seen

22    it in the Ball & Chain.  I've seen it in the Tower Apartments.

23    Q.   Have you worked with a local preservation architect in

24    south Florida called Richard Heisenbottle?

25    A.   I have.

```
 1              MS. CAPRIO:  Objection.  Outside the scope.
 2              THE COURT:  Sustained.
 3  BY MR. KUEHNE:
 4  Q.   I'm going to walk you through some of the pictures since
 5  you said you were at the Christmas party, December 17, 2017 at
 6  the Tower Hotel, right?
 7  A.   Right.
 8  Q.   And you described it as a pretty big gathering.  You
 9  thought 75 people, could have been more?
10  A.   Mm-hmm, sure.
11  Q.   People packed in there.  It was very busy, lots of
12  activity in the lobby of the Tower Hotel?
13  A.   Yes, as I recall.
14  Q.   Let me find my list of pictures, and ask you to pull up --
15  I'll go with -- let me pull up Defense Exhibit 5.
16              MS. CAPRIO:  Please publish it to me first,
17  Mr. Kuehne.
18              MR. KUEHNE:  Sure.  Okay.  Defense Exhibit 5?
19              MS. CAPRIO:  Defendant's or plaintiffs'?  Defense?
20              MR. KUEHNE:  Defense Exhibit 5.
21              MS. CAPRIO:  It's not admitted.  Object to this
22  exhibit.  Hearsay.
23              MR. KUEHNE:  I didn't hear that.
24              MS. CAPRIO:  Hearsay.
25
```

1   **BY MR. KUEHNE:**

2   Q.   Are you familiar with the status of the Tower Hotel having

3   a repair or demolish notice issued by the City of Miami?

4   A.   No, I'm not familiar with it.

5   Q.   And as of December, 2017, you do not know the status of

6   code compliance at the Tower Hotel, do you?

7   A.   No, not at all.

8   Q.   But you do know that in December of 2017, the Tower Hotel

9   was an active construction site?

10          MS. CAPRIO:   Objection.   Lacks foundation.

11          THE COURT:   Sustained.   And five minutes remaining.

12  **BY MR. KUEHNE:**

13  Q.   You walked through the Tower Hotel, right?

14  A.   I did.

15  Q.   And you saw construction going on at the Tower Hotel?

16  A.   Well, it was in the evening, at night.   I don't think

17  there was active -- and I just don't remember that.   I do

18  remember, getting back to the Miami Story though, the room we

19  were in looked like it was already completed in terms of

20  renovation.

21  Q.   So that was the -- that was the movie that --

22  A.   No, that was the -- it was live.   It was an interactive

23  thing based on racial segregation in Miami.   That was part of

24  the story there.

25  Q.   But it was a theatrical production?

```
 1   A.    It was.

 2   Q.    And the Tower Hotel was fixed up by theater and set

 3   designers to look like it belonged into this interactive

 4   experience --

 5   A.    Yes.

 6   Q.    -- right?  And who did that and how that was done,

 7   you were not part of that at all?

 8   A.    Not at all.  No idea.

 9   Q.    You were not aware of whether any permits were pulled for

10   that?

11   A.    No, sir.

12   Q.    Whether that stayed up for three weeks and then --

13   A.    No.

14   Q.    And then the theater moved out and it looked just like a

15   building in disrepair?

16   A.    I wouldn't characterize it as looking like a building in

17   disrepair after the theater was over.  It looked much the way

18   it looked during the theater period.

19         MR. KUEHNE:  Let's pull up Defense Exhibit 9.

20   BY MR. KUEHNE:

21   Q.    I'm going to show you some photos that have already been

22   identified as being in and around January 8, 2018.

23         So that's just less than a month after you were there for

24   the party in December of 2017, right?

25   A.    Right, mm-hmm.
```

```
 1   Q.   So --
 2              MS. CAPRIO:  This is not admitted into evidence.
 3              Mr. Kuehne, if we could --
 4              MR. KUEHNE:  Your Honor, the Defense Exhibit 9 was
 5   introduced into evidence and was presented during the testimony
 6   of a prior witness.
 7              THE COURT:  I don't have any record of that.  Do you
 8   have that, Madame Clerk?
 9              MS. CAPRIO:  We don't have it in our records.
10              THE COURT:  At any rate, you have two minutes
11   remaining, counsel.
12              MR. KUEHNE:  Okay.  Let's go to -- Your Honor, I move
13   to publish this.
14              MS. CAPRIO:  Objection, Your Honor.  He's not laid
15   the foundation with this witness.
16              THE COURT:  You can show it to the witness first and
17   ask him first.
18              THE WITNESS:  It's on my screen right now.
19   BY MR. KUEHNE:
20   Q.   And this stop work order, 1450 SW 7th Street, January 8,
21   2018.  Do you see that?
22   A.   I do.
23   Q.   1450 SW 7th, Tower Hotel?
24              MS. CAPRIO:  Objection, if you know.
25              THE WITNESS:  I don't see -- that may be the address,
```

 1  but it doesn't say Tower Hotel on this work order.

 2  **BY MR. KUEHNE:**

 3  Q.   You know 1450 SW 7th Street, the place you went for the

 4  interactive experience and the party is the Tower Hotel, don't

 5  you?

 6  A.   Yes, except I don't know its address other than 7th

 7  Street.  This is the first time I've seen 1450.  Yeah, I'm

 8  assuming that is the address just based on what you've told me,

 9  but I wouldn't know its address otherwise except I know where

10  it's located.

11         MR. KUEHNE:  Your Honor, I move the admission of this

12  exhibit.

13         MS. CAPRIO:  Objection, Your Honor.  He just

14  testified that he's not --

15         THE COURT:  I understand.  Sustained.

16  **BY MR. KUEHNE:**

17  Q.   Let's go to the next page of this.  I'll show you this.

18         THE COURT:  One minute remaining, counsel.

19         MR. KUEHNE:  Yes, Judge.  I would like more time.

20         THE COURT:  I will extend five additional minutes.

21  **BY MR. KUEHNE:**

22  Q.   You see these notices on the screen?  Are you familiar

23  with any of those?

24  A.   Not at all.

25  Q.   Okay.  Let's keep going.  Let's go to page 32.  Okay.  Is

1  that 32?  Do you see this picture?

2  A.   I do.

3  Q.   And you know that to be the interior of the Tower Hotel?

4         MS. CAPRIO:  Objection.

5         THE WITNESS:  I take it it is.  I don't know.

6  **BY MR. KUEHNE:**

7  Q.   You see the key board right on the side?

8  A.   I do.

9  Q.   Isn't that key board one of the featured items in the

10 interactive experience that you had in the front hall of the

11 Tower Hotel?

12        MS. CAPRIO:  Objection.  Foundation.

13        THE COURT:  Sustained.

14        THE WITNESS:  I don't recall at all.

15 **BY MR. KUEHNE:**

16 Q.   Page 51.  Do you see this picture?

17 A.   I do.

18 Q.   This is the --

19        MS. CAPRIO:  Objection.  You need to ask the witness

20 if he recognizes it, counsel.

21 **BY MR. KUEHNE:**

22 Q.   You recognize this as the lobby area of the Tower Hotel?

23 A.   More or less, yes.

24 Q.   And this picture has the date of January 8, 2018, right?

25 Do you see that?

```
 1    A.   I see it, yes.

 2              MR. KUEHNE:  I move the admission of at least page 52

 3    of Defense Exhibit 9 that I believe is in evidence already.

 4              THE COURT:  All right.  Granted.

 5    BY MR. KUEHNE:

 6    Q.   You can show it up to the screen.  Publish it.  Do you see

 7    that?

 8    A.   I do.

 9    Q.   Now this is a couple weeks after you walked through the

10    immersive experience and the holiday party inside the Tower

11    Hotel, right?

12    A.   Yes.

13    Q.   And this is the carefully restored condition that this

14    front lobby area was when you walked through it?

15              MS. CAPRIO:  Objection.  Mischaracterizes the

16    testimony.  He never said it was carefully restored.

17              THE COURT:  Sustained.

18    BY MR. KUEHNE:

19    Q.   Is this what it looked like when you were there at the

20    decorated interactive experience?

21    A.   No, it didn't look like this.

22    Q.   And you have no idea if this picture was -- shows a

23    construction site without permits, do you?

24    A.   I have no idea.  Absolutely not.

25    Q.   By the way, as a historian, you're aware that the code
```

1   compliance is not eliminated just because of old buildings?

2           MS. CAPRIO:  Objection.  Lacks foundation.

3           THE COURT:  Sustained.

4   **BY MR. KUEHNE:**

5   Q.   One of the things you're aware of with the buildings that

6   you look at, the old buildings, is that buildings built in the

7   '20's and the '30's as some of these are that you talked about,

8   are known to have been insulated with asbestos?

9           MS. CAPRIO:  Objection, Your Honor.  403.  Lacks

10  foundation.

11          THE COURT:  Sustained.

12  **BY MR. KUEHNE:**

13  Q.   Do you have any idea if any of the buildings that you've

14  talked about, Tower Hotel, Ball & Chain, were fixed up,

15  renovated, whatever phrase you want to use, for improving it,

16  were done with permits?

17  A.   I just don't know one way or the other about that.

18  Q.   But one of the things you do know is that the Ball & Chain

19  that existed that you -- when you saw the Plaintiff Exhibit

20  434, the old historic picture?

21  A.   Yes.

22  Q.   The Ball & Chain in its early days, through more recent

23  early days, it had no back stage area, did it?

24          MS. CAPRIO:  Objection.  Lacks foundation.

25          THE COURT:  Sustained.

1   **BY MR. KUEHNE:**

2   Q.   You studied the Ball & Chain building, didn't you?

3   A.   I've heard that the Ball & Chain extended further back

4   with a roof and what have you, but I have absolutely no idea

5   about that.

6        What I saw of the Ball & Chain in 1966 was a small bar,

7   and it's a long time ago, and that was the extent of it.  And

8   then I saw it again once Bill Fuller and Martin had it and, of

9   course, it looked radically different.  It was beginning to

10  look a lot different.  They were beginning to fix it up a lot.

11  Q.   And that back stage area, that area was never a part of

12  the Ball & Chain that you had understood the old structure to

13  be?

14          MS. CAPRIO:   Objection.  Asked and answered.

15          THE COURT:   Sustained.  One minute remaining.

16          MR. KUEHNE:   I didn't hear that, Judge.

17          THE COURT:   One minute remaining.

18          MR. KUEHNE:   Yes, sir.

19  **BY MR. KUEHNE:**

20  Q.   So, Dr. George, when you testified on direct examination

21  that Calle Ocho Marketplace -- and that was Plaintiffs' Exhibit

22  393.

23  A.   Right.

24  Q.   That had these containers, now the containers are not

25  historically significant, right?

1    A.    No.

2    Q.    You did go through these containers.  You saw them on the

3    Calle Ocho Marketplace parking lot?

4    A.    Yes, I did.

5    Q.    They didn't have wheels?

6    A.    Not that I remember.

7    Q.    They looked like big truck containers that are ferried

8    from the Port of Miami to other places, only cut down?

9    A.    Yes.

10   Q.    And you know that because artisans or whoever stored

11   things in it, these had lights and electric in the little -- I

12   think you called them kiosks?

13   A.    I just don't recall if they had lights and electric inside

14   the TEU containers.

15   Q.    Right.

16   A.    I don't know.

17   Q.    And these T --

18   A.    TEU.

19   Q.    TEU, here we have it, 393.  The TEU containers were cut

20   down and dressed up.  Windows were put in them?

21   A.    That I recall, yes.

22   Q.    Your testimony is that you don't know that they have

23   lighting so that you can see inside them?

24   A.    I don't recall because they were really storage facilities

25   that the action was outside of them.  That is during the hours

```
 1   when it was, if I remember correctly, the hours when the market
 2   wasn't open is when the goods were stored inside there.
 3   Q.   So if there was electricity, you have no idea that it was
 4   permitted, allowed or just running?
 5           MS. CAPRIO:  Objection.  Lacks foundation.  Asked and
 6   answered.
 7           THE COURT:  Sustained.
 8   BY MR. KUEHNE:
 9   Q.   You had mentioned that there was this public space on the
10   City Plaza, Domino Plaza, City Plaza, and you're aware that
11   there is still abundant activity taking place at City Plaza and
12   Domino Plaza, right?
13   A.   Domino Plaza, yes.  Are you using that interchangeably
14   with City Plaza, that title?
15   Q.   Both.
16   A.   Domino Plaza, there's a lot of activity there, of course.
17   Q.   You're aware that the City of Miami permits on the Fridays
18   of the -- last Friday of every month an event, a space event?
19   A.   Yes.
20   Q.   At Domino Plaza?
21   A.   Yes.
22   Q.   Right.  And as far as you know, that's an official City of
23   Miami event?
24   A.   I don't know if it's an official City of Miami event or
25   not.
```

1   Q.   But you know that it's sponsored, you've seen the

2   sponsors?

3   A.   Yeah, a stage is brought out there, yes.

4   Q.   And then finally, let me close by asking you that you said

5   that visitors come in and you connected it to the advent of the

6   Big Red bus?  These tourist buses that come through the area?

7   A.   Right.

8   Q.   And they still come, don't they?

9   A.   They do.

10  Q.   COVID might have been a little bit different, but to this

11  day, they still come?

12  A.   They do.

13  Q.   And the tourists are coming back?

14  A.   They are back.

15  Q.   And Little Havana remains to be exciting?

16  A.   It does.

17  Q.   And still to this day -- by the way, do you know that

18  Commissioner Carollo is the elected commissioner for District 3

19  which includes Little Havana?

20  A.   Of course.

21  Q.   And you know that he keeps -- do you know that he keeps a

22  district office, the District 3 office at city hall?

23  A.   I do.

24  Q.   And that he's open for citizens, et cetera to --

25          MS. CAPRIO:  Objection.  Outside the scope.

```
 1  A.   -- to call the office?
 2            THE COURT:  Sustained.
 3  BY MR. KUEHNE:
 4  Q.   Have you done any projects with Commissioner Carollo?
 5            MS. CAPRIO:  Objection.  Outside the scope.
 6            THE COURT:  Sustained.
 7  BY MR. KUEHNE:
 8  Q.   So I'll close with this.  You mentioned that the
 9  neighborhood changed around that Little Havana strip, right?
10  A.   It's become much more animated.  There's some
11  infrastructure of the neighborhood.  Obviously, it's busier in
12  terms of traffic.  Of course, logically it would.
13  Q.   Yet, those same single family homes, little apartments
14  remain just behind the commercial strip of Little Havana?
15  A.   They do.
16            MR. KUEHNE:  Nothing further, Judge.
17            THE COURT:  All right.  Thank you, Mr. Kuehne.
18            MR. KUEHNE:  Your Honor, nothing further.  But I
19  would request a little more opportunity for examination, but if
20  my time is over, I'm finished.
21            THE COURT:  Well, you were given an additional five
22  minutes and I even gave you an additional ten minutes beyond
23  that as well.
24            MR. KUEHNE:  I appreciate that, Judge.
25            THE COURT:  You were given an additional ten minutes
```

```
 1   beyond what you were allowed.  So thank you, sir.
 2              MR. KUEHNE:  Thank you, Judge.
 3              THE COURT:  Break?  First one to raise their hand I
 4   saw today.
 5              MS. CAPRIO:  I have two questions, Your Honor.
 6              THE COURT:  She asked to go on a break.  You can
 7   wait?  Are you sure?
 8              A JUROR:  Yes, sir.
 9              MS. CAPRIO:  I'll be very quick.
10              THE COURT:  Two questions then.
11                        -  -  -  -  -
12              REDIRECT EXAMINATION OF PAUL GEORGE, Ph.D.
13   BY MS. CAPRIO:
14   Q.   Three questions.  Dr. George, do you recall visiting the
15   Tower Hotel in January of 2018?
16   A.   I don't remember.  Of course I was there for the Christmas
17   party just before then.
18   Q.   Did you ever see that actual photograph before today of
19   what you were shown by Mr. Kuehne?
20   A.   I don't believe I have.
21   Q.   Okay.  And have you ever -- so starting in 2017 when Joe
22   Commissioner was elected district commissioner of your
23   district, District 3, had you ever seen Commissioner Carollo
24   Joe Carollo at Viernes Culturales?
25   A.   No, I've seen him at his own sponsored events, but I don't
```

 1   believe I've seen him there.

 2           MS. CAPRIO:  Nothing further.

 3           THE COURT:  All right.  We'll be in recess for at

 4   least another ten minutes.

 5           Again, ladies and gentlemen, do not discuss this case

 6   with anyone.  Do not formulate any opinions.  And we'll see you

 7   in about ten minutes which would be approximately 4:35.

 8           THE COURTROOM DEPUTY:  All rise for the jury.

 9           (Thereupon, the jury exited the courtroom.)

10                      (Short recess had.)

11           THE COURT:  You may be seated.  Who's the plaintiff's

12   next witness?

13           MR. GUTCHESS:  Your Honor, we have a -- we have two

14   issues with our next witness.  I can address it from here or

15   maybe we approach sidebar.

16           MR. PERTNOY:  We'd like to probably go sidebar

17   because we have some updates about what we were discussing

18   earlier concerning our client, so it may be best to go sidebar,

19   Your Honor.

20                      (At the bench.)

21           MR. GUTCHESS:  So two issues.  First is we have

22   wanted to call Commissioner Carollo for our next witness who's

23   not here, but then we had this woman, Tanjha Quintana, flown in

24   from Dallas to testify today and we just got word from her

25   attorney that Mr. Carollo's wife's sister has reached out and

 1   asked her not to testify.  And so a witness that, you know --

 2          MS. CAPRIO:  We had asked this morning.

 3          MR. GUTCHESS:  We told them yesterday, we flew her in

 4   in the morning who was supposed to be here, has been interfered

 5   with by the defendant.  We were just calling her attorney to

 6   find out exactly what's happening.

 7          MS. CAPRIO:  We're still not certain.

 8          MR. GUTCHESS:  We have attempted to reach out.

 9   They're reaching out trying to get her not to testify.

10          THE COURT:  Where is she now?

11          MS. CAPRIO:  She's at her mother's house.

12          THE COURT:  How long do you anticipate her testimony

13   will be?

14          MS. CAPRIO:  Not very long.  She's the rehab witness

15   for Steven Miro.  Sorry, 30 minutes.

16          MR. GUTCHESS:  Maximum.  30 minutes.

17          THE COURT:  Can she testify tomorrow?

18          MR. GUTCHESS:  She should be able to testify

19   tomorrow.

20          THE COURT:  Tomorrow.  Also we can address that

21   outside of the presence of the jury if there's potential

22   tampering with the witness.  If that's the case, she can report

23   it.  I don't know.  I'm not present for that.  As you know,

24   this is a serious offense, tampering with a witness.  I don't

25   know anything about that so --

1          MR. GUTCHESS:  We would ask then since both of our

2     witnesses are not here, that Commissioner Carollo, we just

3     start with Mr. Carollo tomorrow morning at 9:00.

4          MR. PERTNOY:  We were going to provide an update.

5     I'll let Mr. Sarnoff who's spoken to Commissioner Carollo and

6     his doctor kind of bring us up to speed as to what we've

7     learned since the last break.

8          THE COURT:  Okay.

9          MR. SARNOFF:  Yeah.  So just so you understand, Your

10    Honor, I spoke to the doctor and supposedly we're getting a

11    note in the next one minute.  Apparently, he's had a pretty

12    large asthma attack.  He's now on steroidal medication.  The

13    doctor is prescribing five to seven days of inactivity with the

14    medication that will affect his judgment and his ability to

15    concentrate.

16         And I'm just waiting on -- I think I just got it.  I

17    did just get it, Your Honor.  If you want to read it directly

18    from my phone, or if you want me to.

19         THE COURT:  This is purported to be from a -- (name

20    here) Medical Center, 3335 West 4th Avenue, Hialeah, Florida,

21    33012.

22         To whom it may concern:  Mr. Carollo visited my office

23    today with significant breathing difficulties and very high

24    blood pressure -- should be pressure -- but it has B pressure.

25    And he's suffered an asthma attack last night.  Since his last

1   visit in January of this year, Mr. Carollo has had significant

2   weight gain and a much higher increase in his blood pressure.

3   Mr. Carollo has been placed on steroids and antibiotics to help

4   with his breathing.  This medication can interfere with the

5   patient's ability to concentrate and can cause anxiety

6   symptoms.  This is a misspelled typo.  Not only the medication

7   may disrupt his DES-R, just typo, disrupt.

8           MR. SARNOFF:  You're seeing it like I'm seeing it.

9           THE COURT:  His ability to concentrate but the

10  medical condition, as well as high blood pressure, asthma and

11  supposed to be anxiety, it's misspelled, a typo.  For that

12  reason, I recommend five to seven days of rest to recover from

13  asthma as well as to monitor his blood pressure.  Not following

14  medical recommendation may cause critical medical consequences

15  like worsening asthma, higher blood pressure, and might

16  probably lead to a heart attack.  Yes, should be heart, I

17  guess, H-A-R-D.  I didn't write this.  And if you should have

18  any further questions, it has signed by physician Luis Fillipe,

19  M.D.

20          MR. GUTCHESS:  Your Honor, we would ask for a copy of

21  that note and we'd also note that Mr. Carollo in his deposition

22  in the Mad Room case missed it four times --

23          THE COURT:  I didn't hear you.

24          MR. GUTCHESS:  Mr. Carollo in his deposition in the

25  Mad Room case didn't show up four times and was claiming

1   medical emergencies each time and provided notes and so we

2   would like to see this note.  We'd like to see the past notes.

3   Not to belittle the man's health issues if they're true, but

4   under these circumstances, we have a right to inquire.

5          THE COURT:  All right.  And also that's fine.  You

6   should have a copy of that.  But what I will do, continue it

7   until Monday.  He can -- I wish the commissioner to be well

8   rested and recover and hope that all goes well with him.

9          I'm not questioning this at all because, look, I have

10  a daughter who has asthma so I personally know what it's like

11  for someone to experience that.  So even though he's going to

12  miss the trial, it is what it is.  Things happen.  I'm not here

13  to question validity or the credibility whether or not this is

14  true or not with someone's medical condition I think.

15  Reasonably he doesn't have to show.  You can let him know and

16  wish him well.

17         MR. SARNOFF:  Thank you.

18         THE COURT:  He can start on Monday.  Okay?  So we

19  have a long consecutive break.  Don't go into the City of Miami

20  to do any work.  Just relax, and let his family take care of

21  him.

22         With that said, so he's not going to be testifying

23  tomorrow since tomorrow is our last day until Monday.  What

24  other witness do you have lined up so we can move along for

25  scheduling purposes?

```
 1              MS. CAPRIO:  We have Ms. Quintana which won't take

 2   very long and we have Mr. Martin Pinilla.

 3              THE COURT:  How long is Mr. Pinilla's testimony?

 4              MS. CAPRIO:  It would be -- I would anticipate three

 5   hours.

 6              THE COURT:  We'll take up the rest of the day then.

 7              MR. GUTCHESS:  Yeah, we hadn't prepared for him, but

 8   we can put him on.

 9              MS. CAPRIO:  We would prefer if we could recess until

10   Monday for Mr. Carollo to return to the trial, and then where

11   we could all be here on Monday.

12              THE COURT:  Look, because I know I have to leave

13   tomorrow, too, as well.  I have some matters.  I will kill two

14   birds with one stone.  I can just let you do that one witness.

15   I could have my courtroom deputy put on my criminal matter.

16   They've been calling like crazy.

17              What I can do is just handle my criminal cases, let

18   you put on that one witness, and then we'll adjourn until

19   Monday and we can start with Carollo and everyone else so we'll

20   just do that one witness.  Let me call my courtroom deputy,

21   tell her we have folks to resolve my criminal matter because

22   it's piling up unfortunately.

23              MR. PERTNOY:  Do you also want to find out about Diez

24   in the afternoon?  That would be the continuation of the person

25   that we had the other day.
```

 1          THE COURT:  That's right.  You can do that.  Let me

 2   know so I can have my -- how long is the Diez continuation?

 3          MS. CAPRIO:  I think 30 minutes.

 4          THE COURT:  All right.  We can just do those two in

 5   the morning perhaps and be done.  I can bring my criminal cases

 6   and resolve those in the afternoon and be done.

 7          MR. GUTCHESS:  Judge, I don't know if Mr. -- I don't

 8   think he's available in the morning.  I think the --

 9          MS. CAPRIO:  He can't go until 2:00.

10          MR. GUTCHESS:  2:30.

11          MR. PERTNOY:  We can start in the afternoon tomorrow

12   then.

13          MR. GUTCHESS:  We should confirm he's available and

14   the other lady.

15          THE COURT:  I'll tell you what.  I have backup on the

16   docket from my criminal cases.  We'll just do the first

17   witness, make it simple.  I'll take my criminal cases.  Those

18   get priority as you know on my criminal calendar, so I can have

19   my courtroom deputy put those cases on so I can resolve those

20   cases.  They've been waiting.  We'll just do one witness

21   tomorrow.  We'll adjourn and we'll pick back up on Monday,

22   again.  Thank you.  My best wishes to the commissioner and

23   speedy recovery.

24          MR. PERTNOY:  Thank you for your understanding.

25          THE COURT:  Look, I have a daughter who has asthma.

```
 1    I know what it's like to be in the hospital all time of night
 2    and all types of issues.  My son battled with that too.
 3            MR. PERTNOY:  As requested by counsel, we'll provide
 4    the letter.  We'd would request it remain private.
 5            THE COURT:  Mr. Gutchess, I don't think you heard
 6    what he said.  Were you paying to attention what he said?
 7            MR. GUTCHESS:  No.
 8            THE COURT:  Exactly.  Please listen.
 9            MR. PERTNOY:  At your request, I'm providing the
10    letter if the Judge was requiring it.  Are you requiring it of
11    us?
12            THE COURT:  I will require it but do not release it
13    to the media or anyone else.
14            MR. GUTCHESS:  No.
15            THE COURT:  This is going to be your eyes only within
16    the office.  No one else.  It's not -- it's not necessary.  I
17    don't want to have someone else to learn about his health
18    condition.
19            MS. CAPRIO:  One last point.  I have not yet
20    confirmed that the witness will appear tomorrow.  I've just
21    heard from her lawyer and I have not communicated with her or
22    him again.
23            I think what we should do with Your Honor's
24    permission, if we could give a notice of start within the 30
25    minutes as to whether she will show up.  I would hate the
```

```
 1    jurors to come mere.  She's on the subpoena.  She's not in the

 2    subpoena power.  She's from Dallas.

 3              THE COURT:  Do you have her attorney?  Tell him she

 4    has to be in court tomorrow 9:00.  I'm not going to waste time.

 5    If she's here, that will be it, okay?  So I'm not going to tell

 6    the jury to be here tomorrow.  We'll start around 9:15.  Have

 7    her be here around 9:00.

 8              MS. CAPRIO:  Yes, sir.

 9              MR. KUEHNE:  Once you release the jury, there's one

10    more matter that we want to tidy up dealing with the matter

11    that we have raised concerning Zach Bush.  We can take that

12    when the jury is excused.

13              THE COURT:  All right.

14                         (In open court.)

15              THE COURT:  You can bring the jurors in, please.

16    Thank you.

17              (Thereupon, the jury entered the courtroom.)

18              THE COURT:  All right.  The members of the jury are

19    all present and accounted for.  You may be seated, everyone.

20              Ladies and gentlemen, we're going to conclude today

21    and pick back up tomorrow morning.  We may go for a half day

22    because I have other schedules and conflicts to handle.

23              And with that said, again, please do not discuss this

24    case with anyone.  Please remember to keep to my instructions,

25    not to read the newspaper or listen to the radio regarding this
```

 1   case, watch televisions.  You all have assured me that you have

 2   done that since day one.  I see all the heads are nodding to

 3   the same.

 4            With that said, have a good night.  And let's go Heat.

 5            A JUROR:  9:00 tomorrow?

 6            THE COURT:  9:00.  We may get started later, about

 7   9:15.  If you're here by 9:00, you will have a chance to go to

 8   the restroom or do anything else.  Go drink water, or a cup of

 9   coffee, just be here.  Thank you.

10            THE COURTROOM DEPUTY:  All rise for the jury.

11            (Thereupon, the jury exited the courtroom.)

12            THE COURT:  You want to address the matter now?

13            MR. KUEHNE:  Could we have a sidebar, Judge?

14            THE COURT:  Sure.

15                          (At the bench.)

16            THE COURT:  You all may be seated, or you can stay or

17   leave if you want to.

18            MR. KUEHNE:  So, Your Honor, we requested with regard

19   to Zach Bush the videotape at the Miami Parking Authority

20   garage, they prepared it.  We have a custodian of records

21   affidavit and the videotape of three days of recording which

22   shows at least in one respect, Zach Bush in the orange

23   described shirt and dark jacket on the Friday.

24            We see him Monday leaving soon after somebody told him

25   about what had happened, and he's also here on Friday.  We want

```
 1    to -- sorry, on Thursday.  We want to make that part of the
 2    record of these proceedings.  It's available.  We'll make a
 3    copy for the plaintiffs, and because we obtained this for these
 4    purposes, we need authorization to release it with the
 5    affidavit for filing.  Otherwise, we would not be able to
 6    publish it to anybody.
 7              THE COURT:  All right.
 8              MR. GUTCHESS:  Your Honor, Mr. Kuehne yesterday
 9    requested that these discussions be in camera.  And now it
10    seems to be a public matter where they're filing this publicly
11    and the press is picking up on it, and they want to do this and
12    give this to the press.  It seems to be totally inappropriate.
13              THE COURT:  My concern is that pursuant to 7.1 local
14    rule, did you notify counsel you were filing this motion?
15              MR. KUEHNE:  Yes, Judge.  We said it on the record.
16              THE COURT:  No, did you -- you said it on record
17    you were filing this motion?
18              MR. KUEHNE:  Yes, Your Honor.
19              THE COURT:  And why did you make this public where
20    you had this case go sidebar so that we don't give any
21    impropriety or any type of notice to the public with respect to
22    this issue and to make it not under seal is going to be
23    inappropriate, sir.
24              It should have not been done publicly.  I think you
25    know better.  I was appalled when I saw it because when you
```

1    filed this motion right now, you asked to go sidebar.  I'm not

2    addressing this publicly.  None whatsoever.  To file a motion

3    like that so that God knows whoever -- this is disingenuous to

4    this Court.  At your request, we had a sidebar.  So to do that

5    is totally inappropriate.

6              I have never seen that done before this Court at all

7    in my 15 years in being a judge on the bench.  I'm appalled

8    about the behavior, Mr.  Kuehne, because we wanted a fair trial

9    here.

10             Now you sit there and filed this motion so that

11   everyone, news media out there can get it, as far as every

12   single juror and in the presence, you all heard the question.

13   They have not read the newspaper.  They have not consulted with

14   anyone other than this one person who made contact with him --

15   with her, rather, and yet, the juror number 3 had not read or

16   said anything.  She did the right thing to bring it this

17   Court's attention.

18             To file a motion in detail, I briefly read it.  You

19   put things in there that are not accurate which was misleading

20   to the public.  It's wrong, Mr. Kuehne.

21             MR. KUEHNE:  Your Honor --

22             THE COURT:  It's blatantly wrong.  I'm really

23   appalled.  I don't know whether or not to impose sanctions.

24   I've never done that to any attorney.  I'm very concerned about

25   the practices that's been displayed before this Court.

 1          MR. KUEHNE:  So, Your Honor, at the sidebar, when the

 2    Court commented that case law given just orally should be given

 3    in writing which I respect we've been in court all day --

 4          THE COURT:  You should have -- you wrote this motion,

 5    Mr. Kuehne.  All you have to do just make it under seal.

 6    That's it.  You knew how to do that.

 7          MR. KUEHNE:  Of course I know how to do that.

 8          THE COURT:  Why didn't you do it under seal, sir?

 9          MR. KUEHNE:  Because I informed the Court I was going

10    to be filing a motion.

11          THE COURT:  That doesn't matter.  Why didn't you do

12    it under seal?  We've been going through everything.  I've had

13    been at sidebar.  Even to this point to this day, fine, we went

14    to sidebar.  We're not addressing it before the media now.

15    You're asking me to rule on something at sidebar so that you

16    can make it public and you know you should never have done that

17    under any stretch of the imagination.

18          MR. KUEHNE:  I understand the Court's admonition.  I

19    believed there was a motion to file and filed the motion.

20          THE COURT:  The motion as you know should have been

21    filed under seal a hundred percent.  There's no mistake about

22    it at all.  It's not a lapse in judgment.  It was done

23    intentionally because you know the issue, then you put things

24    in the motion that are not true, sir.

25          MR. KUEHNE:  I did not, Judge.

 1          THE COURT:  Everything -- do I need the pull the

 2   record with respect to the juror number 3's statement?  I have

 3   her statement verbatim.  You put things in there that are not

 4   true.  She wrote it.  Yes, she wrote it.  So did you want to go

 5   ahead and I can show you exactly that it was not true?  Are you

 6   saying to this Court everything as an officer of this Court

 7   before this judge, everything you wrote is true and accurate,

 8   sir?

 9          MR. KUEHNE:  Judge, I certainly made every

10   intention --

11          THE COURT:  Listen to the question.  Are you stating

12   to this Court as an officer of the Court everything in that

13   motion is accurate and true?

14          MR. KUEHNE:  I would need to compare it with the

15   written note.  Not just my notes.

16          THE COURT:  You have access to the record.  You had

17   access to the note.  Exactly what was said, sir.  I read it

18   into the record, her statement.  It was attached.  You put

19   things in the motion where you made it available to the public,

20   which is wrong.

21          MR. KUEHNE:  I filed the motion after telling the

22   Court I was going to file it.

23          THE COURT:  You know it should have been filed under

24   seal just like we're having a conversation here today at

25   sidebar outside the presence of the media.  So to get to this

1   point, right now to do that, it's wrong.  Period, just wrong,

2   sir.  There's no way -- other way to look at it.

3        I'm disappointed that this has been tried like this

4   here.  You're a well respected lawyer.  I wouldn't expect this

5   from you, Mr. Kuehne.  I'm sorry.

6        MR. KUEHNE:  I understand you, Judge.  You disagree

7   with the process.

8        THE COURT:  It's not disagreeing with the process.

9   Excuse me, it's not about disagreeing with the process.  You

10  all have come before this Court on sidebar with these

11  particular issues being brought with each individual juror

12  outside the presence of the media, one by one.  We cleared this

13  courtroom to ensure -- to protect the integrity of the process

14  and now you sit there and file something publicly where

15  everyone has to see.  This type of situation where it's just

16  beyond control, this is at your doing, sir.

17       You could have filed it under seal, we wouldn't having

18  this conversation.  Now had it been filed under seal, we could

19  address this but you chose not to.  You did it immediately, and

20  now you're asking me to rule on this issue now that you all did

21  some surveillance sidebar.  You didn't go in open court and

22  address this.

23       MR. KUEHNE:  Judge, except that the plaintiff said

24  they had this matter they wanted to discuss sidebar.  I likely

25  don't think this matter is a sidebar anymore.  Now the Court

 1   has made clear that you believe it is.  Of course I accept

 2   that.

 3           THE COURT:  It's always been a sidebar, Mr. Kuehne.

 4   We're not going to back out of that.

 5           MR. KUEHNE:  My motion for mistrial based on

 6   potential juror contact is a matter that should be on the

 7   public record, and I did not understand it to be something that

 8   I had to file a motion.

 9           THE COURT:  You can contend and assume that.  I'm not

10   buying that by any stretch of the imagination, sir.  If you

11   want to go there, Mr. Kuehne, I'm not accepting that.  That's

12   going to be -- I'm being honest and real with you.  I'm not

13   mincing words.

14           We came sidebar for that.  I have no problem filing

15   for a mistrial, but there's a proper way to do things in decent

16   order.  You filed this publicly knowing it would generate this

17   type of media attraction.  You knew that.  You know the media

18   was following this case.

19           Therefore, it was brought to my attention about when

20   this whole incident with respect to when Mr. Bush would have

21   heard something else, you knew it was being followed by the

22   media.

23           Then yet, you put this motion in, different things as

24   well that was not accurate totally.  I read it.  And now, we're

25   here sidebar and you're saying you didn't know.  That's not

```
 1   true, sir.
 2           MR. KUEHNE:  Your Honor, I didn't say I didn't know.
 3   I filed it because it was a motion for mistrial.
 4           THE COURT:  Why didn't you file it under seal which
 5   you knew you had the capability to do?
 6           MR. KUEHNE:  I had announced yesterday at sidebar I
 7   was filing the motion.
 8           THE COURT:  Did you announce in open court?  No, it
 9   was sidebar.  That's the point.
10           MR. KUEHNE:  That's right.
11           THE COURT:  It's not before anyone else.  Also, think
12   about this.  You filed a motion detailing all these things and
13   facts.  Now it's being -- everything is in different people's
14   minds about what happened, what may have not happened.  It's
15   not right.  It's not right, sir.
16           MR. KUEHNE:  Can I withdraw it, Judge?
17           THE COURT:  There's nothing to do.
18           MR. KUEHNE:  I apologize for doing something that's
19   not without -- doing something that's not right.
20           THE COURT:  That was not a mistake by any stretch of
21   the imagination.  You know better.  And I'm just -- I'm
22   disappointed in the practice that happened before this Court
23   because I take my time to ensure integrity of the process, of
24   this Court here.
25           And I'm not addressing anything.  I cleared this
```

1    courtroom from the media to make sure you all have your say,

2    make sure that's protected.  I say this, that's why I asked

3    take your time.  You all wrote down several questions you

4    wanted to ask of the jurors outside of the presence jury.

5            We did all these things, so now to see that motion

6    have been -- that it's public now, I was baffled by it.

7            Are you serious?  Who filed this?  Who would do

8    something like this?  Not Mr. Kuehne.

9            MR. KUEHNE:  I understand, Judge.

10           THE COURT:  Honestly, I would not expect this from

11   Mr. Kuehne.

12           MR. KUEHNE:  I fell below your expectations.  I was

13   giving my expectation.

14           THE COURT:  It's about any lawyer that comes before

15   this Court, especially you know what the mechanism, that this

16   proceeding has been followed by the media and what has been

17   taking place.  It's no excuse.  No excuse, Mr. Kuehne.

18           MR. KUEHNE:  I'm not offering an excuse, Your Honor.

19   I've told you my thinking and my filing, and if it wasn't what

20   the Court believes I should have done, and I can't take it

21   back.

22           THE COURT:  Well at any rate, what's on this?

23           MR. KUEHNE:  This is the Miami Parking Authority tape

24   that shows that Zach Bush is, in fact, the one she was talking

25   about.

```
1              THE COURT:  Okay.  And what do you want to do with
2    that now?
3              MR. KUEHNE:  So I was going to submit it as part of
4    the record of these proceedings in case there's any issue that
5    the person -- the juror was describing is in doubt.
6              THE COURT:  Well, you can file it under seal at this
7    point.
8              MR. KUEHNE:  All right.
9              THE COURT:  You can file that under seal.  Okay?
10             MR. KUEHNE:  Yes, sir.
11             THE COURT:  It could have been handled like that.
12   You see how simple that is?  Just file it under seal, simple.
13         Anything else?
14             MR. GUTCHESS:  No, thank you.
15             THE COURT:  Have a good night, everyone.  Court is
16   adjourned.  We'll see everyone tomorrow.  Thank you for your
17   time.
18       (Thereupon, this proceeding was adjourned at 5:06 p.m.)
                                   - - -
19                       C-E-R-T-I-F-I-C-A-T-E
20             I hereby certify that the foregoing is an accurate
21   transcription of the proceedings in the above-entitled matter.
22   JULY 20, 2023            /s:/Ellen A. Rassie_____
                              ELLEN A. RASSIE, RMR-CRR
23                            Official Court Reporter
                              To the Honorable Rodney Smith
24                            299 East Broward Blvd., Room 202B
                              Fort Lauderdale, Florida  33301
25                            (954)769-5448
```

**A JUROR: [2]** 215/8
225/5
**ALL JURORS: [1]**
7/10
**MR. CAP: [1]** 157/2
**MR. GUTCHESS:**
**[43]** 109/7 109/22
110/4 110/7 110/13
110/15 111/6 111/24
112/14 112/17 112/20
113/1 115/25 116/18
116/20 117/3 124/13
127/10 134/23 135/5
135/11 135/16 135/20
139/2 142/13 149/12
216/13 216/21 217/3
217/8 217/16 217/18
218/1 219/20 219/24
221/7 222/7 222/10
222/13 223/7 223/14
226/8 234/14
**MR. KUEHNE: [131]**
4/22 5/1 112/2 112/7
113/13 115/21 116/2
116/6 116/23 119/20
120/12 121/1 121/4
125/7 125/14 126/8
127/24 134/5 134/10
134/19 135/2 135/13
136/14 138/10 138/23
139/11 139/14 139/22
140/8 144/15 146/17
146/20 147/7 147/12
147/17 148/8 149/3
149/15 149/20 155/6
155/12 156/21 156/24
157/22 158/11 158/19
159/10 159/18 159/24
160/1 160/12 162/5
162/14 162/22 163/10
163/18 163/20 166/1
166/3 166/20 167/9
167/17 168/22 169/10
169/25 171/16 171/18
172/7 173/7 173/25
175/15 177/4 177/19
177/25 178/25 179/8
179/15 179/20 180/7
180/15 180/22 181/9
181/18 182/6 182/23
200/15 200/18 202/18
202/20 202/23 204/19
205/4 205/12 206/11
206/19 208/2 210/16
210/18 214/16 214/18
214/24 215/2 224/9
225/13 225/18 226/15
226/18 227/21 228/1
228/7 228/9 228/18
228/25 229/9 229/14

229/21 230/6 230/23
231/5 232/2 232/6
232/10 232/16 232/18
233/9 233/12 233/18
233/23 234/3 234/8
234/10
**MR. PERTNOY:**
**[145]** 4/14 5/15 5/23
6/20 10/22 12/4 12/13
12/18 15/13 17/9
17/19 17/22 18/16
18/20 19/6 19/9 19/16
19/18 20/1 21/2 21/12
22/1 22/12 24/14
24/21 24/24 25/13
26/10 28/3 28/20
28/24 29/23 30/8
32/10 32/15 36/21
37/2 38/19 38/22
38/24 39/2 41/9 42/23
43/1 43/16 43/23
43/25 44/15 45/5 46/6
46/8 46/24 47/1 47/4
47/7 48/9 49/6 52/24
53/21 53/25 54/8
54/11 56/11 56/23
57/2 57/9 57/13 57/15
58/23 62/17 62/22
63/8 67/25 69/1 70/9
70/16 71/12 71/16
72/11 72/22 72/24
73/5 73/19 73/25
74/12 75/6 77/20 78/7
78/25 79/16 80/25
81/14 82/13 83/13
83/18 83/20 85/5
85/10 85/24 87/18
87/25 88/18 88/23
92/11 92/17 92/21
92/24 94/13 95/3 95/8
95/12 97/17 98/6
98/12 98/15 99/18
101/15 101/17 101/25
104/18 104/21 104/23
105/5 105/19 106/1
106/11 106/15 107/1
107/3 107/22 108/10
108/14 143/21 147/15
150/6 150/9 150/22
151/3 216/16 218/4
221/23 222/11 222/24
223/3 223/9
**MR. SARNOFF: [11]**
110/19 110/22 111/1
111/5 111/13 111/17
150/14 150/19 218/9
219/8 220/17
**MS. CAPRIO: [96]**
5/9 139/16 139/18
139/23 140/1 142/1
142/8 142/14 142/16
143/19 143/22 145/23

146/21 146/25 147/2
147/18 148/1 148/15
148/19 149/1 149/7
149/9 149/21 149/24
150/1 151/9 156/18
156/23 161/5 162/9
162/17 164/11 165/24
166/2 166/4 166/8
169/13 171/13 171/17
171/19 171/22 172/4
172/9 172/12 174/10
174/14 175/1 177/7
177/22 178/2 182/18
193/20 194/14 194/23
195/4 195/10 197/1
197/13 200/13 201/9
202/1 202/16 202/19
202/21 202/24 203/10
205/2 205/9 205/14
205/24 206/13 207/4
207/12 207/19 208/15
209/2 209/9 209/24
210/14 212/5 213/25
214/5 215/5 215/9
216/2 217/2 217/7
217/11 217/14 221/1
221/4 221/9 222/3
222/9 223/19 224/8
**MS. SUAREZ: [68]**
4/11 4/18 6/10 6/23
7/1 7/22 12/16 12/19
15/15 15/17 17/14
17/20 18/1 18/14
18/18 18/21 26/8
26/11 31/1 32/12 33/3
34/12 37/4 38/8 38/20
40/18 41/1 41/12
44/21 45/19 48/11
50/15 52/22 53/12
53/24 55/11 55/19
58/16 58/21 63/12
63/17 64/21 70/20
73/3 73/6 76/25 77/14
79/14 79/17 79/21
83/24 85/7 85/16
87/20 90/1 91/7 92/10
92/14 94/15 95/7 95/9
99/13 100/7 101/12
104/16 105/3 105/9
108/17
**THE COURT**
**SECURITY**
**OFFICER: [4]** 108/23
112/24 113/2 113/6
**THE COURT: [365]**
**THE COURTROOM**
**DEPUTY: [15]** 4/5
7/5 7/14 7/17 7/21
56/18 63/19 64/3 64/7
142/6 151/10 151/13
151/16 216/8 225/10
**THE WITNESS: [69]**

7/16 7/19 10/24 12/6
15/16 15/18 17/12
19/8 19/21 21/5 22/4
22/16 25/3 25/18 28/6
28/22 29/1 29/25
30/10 33/5 38/11
40/21 62/24 63/11
63/15 64/2 64/5 71/14
71/18 72/23 73/1 74/2
74/15 77/22 78/10
83/19 83/22 88/19
99/16 105/7 105/21
106/3 106/18 107/6
125/9 127/6 134/12
134/22 138/13 151/12
151/15 151/17 155/16
158/14 159/14 162/16
167/11 169/6 169/15
174/16 179/3 179/18
179/23 182/10 194/25
205/18 205/25 207/5
207/14

**,**

**'19 [1]** 36/1
**'20's [1]** 209/7
**'21 [1]** 160/25
**'30's [2]** 157/14
209/7
**'30s [3]** 154/7
156/13 156/16
**'40s [1]** 157/14
**'50's [4]** 11/4 11/5
11/8 34/17
**'57 [1]** 156/8
**'70s [1]** 34/17
**'80's [2]** 34/18
168/19
**'90's [1]** 64/25

**/**

**/s:/Ellen [1]** 234/22

**1**

**100 [7]** 1/19 14/9
43/22 49/6 59/20
59/21 62/12
**100 percent [2]**
13/2 56/9
**1000 [1]** 51/14
**10:00 [6]** 35/13
35/14 36/5 80/23
111/2 111/3
**10th [2]** 185/2
185/14
**11 [5]** 8/24 115/6
115/22 116/8 116/12
**11:00 [2]** 80/22
129/7
**11:00 p.m [1]** 36/7
**11:01 [4]** 42/1 42/4
42/7 42/11

**11:30 [1]** 60/5
**11:50 [1]** 60/5
**11th [3]** 112/3
113/19 128/9
**12 [3]** 3/7 48/9 48/13
**121 [1]** 129/3
**12:00 [2]** 11/21
16/17
**12th [1]** 49/7
**13 [4]** 92/12 93/2
93/3 97/15
**13th [3]** 154/25
165/21 168/13
**14 [5]** 6/12 8/20 8/24
125/5 128/24
**1400 [1]** 2/3
**1450 [4]** 205/20
205/23 206/3 206/7
**14th [2]** 154/25
165/20
**15 [4]** 142/4 186/23
187/1 227/7
**1501 [1]** 92/13
**157 [1]** 3/11
**15th [9]** 62/4 69/16
77/6 77/6 86/3 173/12
184/20 184/21 185/13
**16 [4]** 40/4 40/5
152/8 176/21
**166 [1]** 3/11
**169 [1]** 1/16
**16th [1]** 174/8
**17 [2]** 152/8 202/5
**171 [1]** 3/12
**172 [1]** 3/12
**178 [1]** 3/13
**17th [4]** 168/14
174/8 175/9 185/17
**18 [3]** 3/8 22/10
118/15
**18-CV-24190 [1]**
1/2
**182-4190 [1]** 4/8
**19 [2]** 22/10 143/24
**1900's [2]** 153/21
171/11
**1904 [1]** 160/24
**1920 [1]** 160/25
**1920s [2]** 160/11
199/4
**1921 [1]** 154/9
**1930s [1]** 156/5
**1934 [1]** 154/8
**1935 [1]** 10/25
**1950's [1]** 159/6
**1963 [1]** 173/22
**1966 [3]** 158/10
158/11 210/6
**1970 [1]** 192/2
**1976 [2]** 160/25
161/3
**1980's [1]** 168/23

**1**

**1985 [7]** 12/3 12/6
27/18 27/18 30/21
52/13 78/11
**1999 [1]** 193/5
**19th [1]** 185/8
**1:00 [1]** 82/6
**1:25 p.m [1]** 108/20
**1:40 [1]** 40/25
**1:45 [1]** 111/3
**1st [1]** 23/13

**2**

**20 [16]** 8/19 40/1
42/1 42/4 54/1 68/15
70/24 112/5 112/7
112/9 112/11 125/19
153/1 173/13 190/12
234/22
**20-foot [1]** 165/14
**200 [1]** 1/21
**2000 [5]** 93/2 168/10
169/7 193/6 193/10
**2000's [2]** 171/8
193/9
**2001 [1]** 192/16
**2002 [2]** 169/23
170/20
**2008 [1]** 158/7
**201 [1]** 1/13
**2014 [9]** 11/11 15/9
94/14 153/16 156/9
157/16 182/3 182/7
182/8
**2017 [19]** 143/24
143/24 144/13 162/4
162/16 163/25 164/15
164/21 173/1 173/16
177/14 177/20 186/15
196/4 202/5 203/5
203/8 204/24 215/21
**2018 [18]** 9/15
31/13 36/1 39/12
48/23 115/6 115/22
116/8 116/12 118/15
144/5 174/25 174/25
196/4 204/22 205/21
207/24 215/15
**2019 [20]** 39/14
39/17 40/1 42/1 42/4
48/9 48/13 54/1 54/7
54/21 84/20 84/21
94/12 96/15 96/17
100/3 100/12 125/5
128/24 137/13
**2020 [11]** 23/9
23/21 37/24 38/14
40/4 40/5 77/19 77/22
90/24 126/14 127/17
**2021 [18]** 9/16 10/7
31/18 40/8 40/24
49/13 70/24 84/17

84/19 90/24 92/12
93/3 93/13 95/2 96/15
96/18 97/15 97/25
**2023 [4]** 1/5 4/1
109/1 234/22
**202B [1]** 234/24
**21 [5]** 38/19 40/8
40/24 119/22 121/1
**2121 [1]** 1/13
**22 [2]** 121/1 121/2
**221 [1]** 130/7
**23rd [1]** 170/22
**24 [1]** 127/17
**24190 [1]** 1/2
**246 [3]** 50/19 87/6
87/18
**25 [3]** 1/5 4/1 109/1
**26 [4]** 3/8 22/10
143/24 183/17
**28 [3]** 54/7 100/3
100/12
**285 [4]** 3/12 171/14
171/18 171/21
**290 [1]** 62/11
**298 [1]** 17/18
**299 [5]** 3/9 73/4
73/8 100/17 234/24
**2:00 [2]** 66/20 222/9
**2:17:53 [1]** 125/15
**2:30 [1]** 222/10
**2nd [2]** 1/13 1/19

**3**

**3's [1]** 229/2
**3,500 [1]** 25/5
**30 [19]** 8/18 16/12
19/21 50/5 65/6 65/7
68/15 78/12 83/25
112/7 133/10 133/15
146/3 173/25 190/12
217/15 217/16 222/3
223/24
**300 [3]** 3/10 79/15
79/19
**303 [2]** 119/20
119/21
**3105 [1]** 1/19
**32 [2]** 206/25 207/1
**33 [1]** 22/9
**33012 [1]** 218/21
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**332 [4]** 17/24 18/2
18/4 42/24
**333 [5]** 32/11 32/14
32/19 85/6 85/11
**33301 [1]** 234/24
**3335 [1]** 218/20
**338 [3]** 3/12 172/5
172/11

**343 [3]** 3/8 18/14
18/23
**348 [1]** 41/10
**35 [10]** 3/7 3/10
12/17 12/21 31/3 98/7
98/7 98/9 98/16
133/15
**352 [3]** 3/9 57/9
57/12
**353 [3]** 3/8 26/9
26/13
**359 [6]** 3/13 148/8
177/8 178/1 181/20
181/23
**360 [3]** 68/15 125/7
125/11
**360 degrees [1]**
68/10
**37 [1]** 182/21
**390 [1]** 76/25
**393 [6]** 3/11 165/25
166/7 166/9 210/22
211/19
**3:00 [2]** 66/20
150/21
**3:02 [2]** 101/20
101/21
**3:02 p.m [1]** 101/21

**4**

**40 percent [1]** 65/24
**400,000 [1]** 15/9
**403 [1]** 209/9
**4100 [1]** 1/21
**4190 [1]** 4/8
**434 [7]** 3/11 156/19
156/25 157/5 161/6
174/11 209/20
**439 [2]** 162/18
162/24
**444 [1]** 135/11
**46 [1]** 98/8
**4:00 [1]** 111/9
**4:35 [1]** 216/7
**4th [1]** 218/20

**5**

**50 [1]** 164/2
**500 [1]** 1/16
**51 [1]** 207/16
**52 [1]** 208/2
**521 [2]** 54/3 54/16
**53 [1]** 121/2
**531 [2]** 54/3 98/21
**5448 [1]** 234/25
**55 [1]** 26/22
**57 [1]** 3/9
**5:00 [1]** 5/18
**5:06 [1]** 234/18

**6**

**60 [2]** 164/2 190/3

**60 percent [1]** 65/23
**60's [3]** 34/17 156/7
187/12
**66 percent [1]** 71/19
**6:00 [1]** 173/24

**7**

**7,000 [2]** 25/4 25/5
**7.1 [1]** 226/13
**70 [2]** 28/9 192/17
**73 [1]** 3/9
**75 [2]** 165/6 202/9
**769-5448 [1]** 234/25
**79 [1]** 3/10
**7:00 [1]** 197/19
**7th [8]** 69/8 69/15
91/14 91/15 205/20
205/23 206/3 206/6

**8**

**80 percent [1]** 78/5
**821 [1]** 98/20
**8:00 p.m [1]** 5/20
**8th [25]** 15/5 15/7
26/6 34/19 34/20 54/3
54/3 54/16 57/23 58/5
61/21 82/11 83/10
86/5 86/10 91/12
92/13 107/17 107/19
107/20 134/13 160/7
173/12 185/14 190/22

**9**

**9-1-1 [3]** 13/9 13/10
13/11
**9150 [1]** 2/3
**95 [1]** 185/17
**954 [1]** 234/25
**98 [1]** 3/10
**99 [1]** 129/3
**9:00 [8]** 11/22
173/24 218/3 224/4
224/7 225/5 225/6
225/7
**9:15 [2]** 224/6 225/7
**9th [1]** 62/4

**A**

**a.m [3]** 40/25 101/21
129/7
**ability [4]** 76/10
218/14 219/5 219/9
**able [12]** 10/4 55/23
55/24 78/13 94/24
120/12 141/19 179/7
179/7 198/11 217/18
226/5
**about [227]** 6/13
8/12 8/17 8/18 9/5
11/10 11/20 12/2
13/17 13/23 14/15
15/9 16/2 16/17 16/18

16/18 20/3 20/10
20/11 20/13 20/15
23/6 23/14 23/21
24/13 27/18 31/13
32/20 33/25 34/25
35/6 35/7 36/3 36/6
36/10 36/19 36/25
37/10 38/4 38/6 38/11
39/22 39/25 40/2 40/4
40/8 41/5 44/10 44/11
45/25 46/1 46/11 48/7
49/3 49/21 50/19 52/5
52/6 52/8 54/20 55/1
55/6 56/24 58/10
58/10 59/19 61/13
61/15 62/4 63/2 64/15
64/24 65/4 65/20
65/21 65/23 66/10
68/15 69/2 70/14
70/25 74/21 75/6
75/13 75/22 76/12
76/14 77/24 78/6 80/9
80/18 81/1 82/1 82/5
82/7 84/15 87/3 87/7
88/1 88/9 90/11 91/10
92/4 93/4 93/7 93/11
93/20 93/22 96/11
96/21 98/2 100/24
102/10 105/15 106/6
106/19 111/2 112/5
113/22 114/19 116/21
116/21 117/19 118/21
119/8 120/7 121/8
121/22 124/24 125/5
129/1 131/3 131/19
132/21 133/10 133/15
135/8 135/16 135/23
136/19 137/2 137/15
140/3 140/3 140/12
140/15 140/18 141/21
141/23 142/2 142/19
142/20 142/25 143/13
144/20 145/1 146/3
147/12 147/21 147/21
147/22 148/18 150/7
152/21 154/9 155/24
159/12 160/4 160/24
161/21 170/8 170/20
173/13 177/20 180/23
181/25 182/7 183/22
185/1 186/2 186/25
188/16 188/21 189/4
189/10 189/11 189/12
189/16 189/18 190/18
191/16 191/16 191/20
192/3 192/16 192/17
192/24 193/9 194/18
194/18 196/10 196/14
197/4 197/20 197/20
198/13 201/15 209/7
209/14 209/17 210/5
216/7 216/17 217/25

**A**

**about... [13]** 221/23
223/17 225/6 225/25
227/8 227/24 228/21
230/9 231/19 232/12
232/14 233/14 233/25
**above [3]** 17/23
124/12 234/21
**above-entitled [1]**
234/21
**Abraham [1]** 45/11
**absolutely [12]** 6/22
13/19 20/14 20/21
30/21 38/18 49/10
102/19 108/9 182/13
208/24 210/4
**abundant [1]** 212/11
**abuse [1]** 130/6
**accept [1]** 231/1
**accepting [1]** 231/11
**access [3]** 10/17
229/16 229/17
**accounted [4]** 7/8
57/7 113/9 224/19
**accrued [1]** 155/20
**accumulated [1]**
98/24
**accurate [9]** 13/21
13/22 56/8 88/16
227/19 229/7 229/13
231/24 234/20
**accurately [1]**
163/15
**acoustics [1]** 83/2
**acquired [1]** 11/9
**across [2]** 20/7 79/9
**act [1]** 24/15
**action [3]** 88/23
168/1 211/25
**actions [2]** 55/18
143/2
**active [2]** 203/9
203/17
**activities [1]** 153/3
**activity [3]** 202/12
212/11 212/16
**actor [1]** 164/8
**actors [1]** 144/18
**actresses [1]** 144/18
**acts [2]** 25/9 25/10
**actual [7]** 12/9 39/23
49/18 91/11 97/13
144/8 215/18
**actually [35]** 8/15
13/21 25/24 28/14
30/3 34/9 35/18 40/16
43/18 50/10 58/13
61/2 90/5 91/10 98/21
104/12 124/12 128/14
130/11 132/24 134/15
137/13 147/13 156/8

160/18 160/21 166/24
173/18 186/3 186/22
191/15 191/24 192/5
194/3 194/19
**ad [2]** 146/2 146/21
**adamant [1]** 71/23
**add [1]** 198/11
**added [2]** 48/24
167/15
**adding [2]** 145/15
198/10
**addition [2]** 13/15
102/22
**additional [5]** 19/25
206/20 214/21 214/22
214/25
**address [23]** 4/20
6/18 54/16 59/5 98/20
108/8 110/10 111/20
138/3 138/3 138/4
138/5 139/24 146/15
205/25 206/6 206/8
206/9 216/14 217/20
225/12 230/19 230/22
**addressed [2]** 6/10
13/11
**addressing [3]**
227/2 228/14 232/25
**adds [1]** 11/16
**adjacent [1]** 67/7
**adjourn [2]** 221/18
222/21
**adjourned [2]**
234/16 234/18
**administration [5]**
51/10 69/3 90/6
123/12 129/25
**administrative [10]**
51/11 87/12 103/3
120/9 122/1 122/5
122/20 122/21 123/18
127/4
**admission [3]** 116/6
206/11 208/2
**admit [17]** 12/19
18/2 18/21 26/11
38/22 49/7 57/10 73/6
79/17 92/12 92/17
95/4 98/12 166/4
171/19 172/9 177/22
**admitted [13]** 12/20
18/3 32/13 54/9 77/15
85/10 87/25 97/16
100/4 121/11 140/3
202/21 205/2
**admonition [1]**
228/18
**adult [1]** 191/9
**advent [1]** 213/5
**adverse [1]** 145/13
**advice [1]** 119/5
**advised [1]** 113/23

**advisor [2]** 121/12
122/9
**aerial [2]** 36/21
36/25
**affect [11]** 23/2
24/20 25/3 25/7 73/16
83/2 175/14 180/20
181/7 182/4 218/14
**affected [2]** 20/25
74/9
**affecting [1]** 67/20
**affidavit [2]** 225/21
226/5
**affiliated [2]** 184/8
196/8
**affiliation [1]** 197/25
**afford [1]** 182/21
**afforded [1]** 31/4
**afloat [1]** 189/2
**after [40]** 24/6 25/1
36/17 47/24 48/2 56/5
56/24 57/18 60/16
60/22 78/3 82/5
112/12 112/16 114/17
115/13 127/18 129/8
133/7 133/9 144/6
147/23 149/5 149/8
149/11 153/3 158/6
159/1 161/19 164/23
173/19 179/14 181/6
182/3 182/8 204/17
204/23 208/9 225/24
229/21
**afternoon [14]**
11/22 66/20 66/21
70/1 84/7 128/6 128/7
151/21 151/22 183/4
183/5 221/24 222/6
222/11
**afterwards [2]**
39/11 102/9
**again [64]** 16/11
22/24 23/6 43/13
49/21 52/11 52/16
54/11 55/6 56/7 56/14
56/15 60/20 61/11
70/3 71/6 71/10 71/18
71/24 72/4 72/17 74/7
74/15 74/23 75/18
75/22 75/24 76/5 76/6
76/7 76/20 78/20 79/6
80/8 81/7 86/15 88/19
91/24 96/3 97/24
99/22 100/15 103/12
103/20 104/2 104/10
106/15 107/7 107/16
108/21 114/13 129/9
141/23 149/2 165/6
175/4 178/6 185/16
195/2 210/8 216/5
222/22 223/22 224/23
**against [11]** 19/5

26/25 38/5 39/15
39/15 114/3 114/10
114/11 118/21 119/4
131/24
**age [2]** 152/8
**agencies [3]** 51/11
87/13 88/20
**agency [1]** 127/4
**agenda [8]** 114/7
115/18 115/22 115/22
116/11 117/22 118/7
137/13
**agents [2]** 68/22
132/5
**agitated [1]** 60/17
**ago [13]** 23/17 96/4
113/19 118/24 153/1
154/22 170/8 170/9
173/14 176/6 187/9
193/4 210/7
**agree [13]** 42/18
43/20 44/5 52/18
86/21 88/5 89/9 99/8
118/9 120/15 121/7
122/20 187/11
**ahead [8]** 12/5 15/15
23/10 47/2 68/4 81/5
169/5 229/5
**air [5]** 70/4 80/20
130/20 130/21 130/23
**airport [1]** 126/25
**aka [1]** 159/3
**alarming [4]** 115/1
115/3 115/5 131/11
**albeit [1]** 6/14
**alcohol [6]** 6/6 24/10
51/2 87/13 89/7 94/7
123/21 123/22 124/13
124/18 224/19 225/1
225/2 225/10 225/16
226/7 227/6 227/12
228/3 228/5 228/22
230/10 230/20 232/12
233/1 233/3 233/5
234/8
**allegations [5]** 5/12
130/9 140/16 141/21
142/10
**allegiance [1]**
116/14
**allow [3]** 58/6
112/10 139/24
**allowed [7]** 77/23
94/3 117/16 147/14
191/25 212/4 215/1
**allowing [1]** 71/2
**almost [7]** 57/22
97/23 111/3 127/17
153/22 164/10 167/6
**alone [1]** 20/21
**along [7]** 134/13
137/15 155/25 159/5

26/25 38/5 39/15
39/15 114/3 114/10
114/11 118/21 119/4
131/24
**age [2]** 152/8
**agencies [3]** 51/11
87/13 88/20
**agency [1]** 127/4
**agenda [8]** 114/7
115/18 115/22 115/22
116/11 117/22 118/7
137/13
**agents [2]** 68/22
132/5
**agitated [1]** 60/17
**ago [13]** 23/17 96/4
113/19 118/24 153/1
154/22 170/8 170/9
173/14 176/6 187/9
193/4 210/7
**agree [13]** 42/18
43/20 44/5 52/18
86/21 88/5 89/9 99/8
118/9 120/15 121/7
122/20 187/11
**ahead [8]** 12/5 15/15
23/10 47/2 68/4 81/5
169/5 229/5
**air [5]** 70/4 80/20
130/20 130/21 130/23
**airport [1]** 126/25
**aka [1]** 159/3
**alarming [4]** 115/1
115/3 115/5 131/11
**albeit [1]** 6/14

76/12 76/16 76/20
78/2 78/14 79/25 83/4
83/25 85/3 86/2 87/1
87/12 87/18 88/8
88/10 88/19 89/12
90/16 90/20 92/20
94/7 96/23 97/7 98/9
100/21 100/22 102/9
102/16 102/16 103/10
104/8 104/8 105/10
106/21 108/18 108/23
110/10 112/19 112/23
113/4 113/6 113/8
113/9 116/1 118/3
118/8 118/17 120/9
121/13 121/16 121/17
124/15 127/6 127/15
130/9 132/3 132/9
136/5 136/6 136/7
136/24 137/20 137/23
137/24 138/6 139/13
139/19 142/6 143/1
144/14 144/19 144/20
145/1 145/15 150/3
152/13 152/20 155/8
156/7 157/1 157/24
159/3 159/20 161/2
162/7 169/1 169/5
177/24 179/10 181/12
182/20 183/9 184/6
185/2 191/17 193/8
195/11 196/11 198/15
199/25 203/7 204/7
204/8 206/24 207/14
208/4 214/17 216/3
216/8 220/5 220/8
220/9 221/11 222/4
221/23 223/2 224/13
224/18 224/19 225/1
225/2 225/10 225/16
226/7 227/6 227/12
228/3 228/5 228/22
230/10 230/20 232/12
233/1 233/3 233/5
234/8
**allegations [5]** 5/12
130/9 140/16 141/21
142/10
**allegiance [1]**
116/14
**allow [3]** 58/6
112/10 139/24
**allowed [7]** 77/23
94/3 117/16 147/14
191/25 212/4 215/1
**allowing [1]** 71/2
**almost [7]** 57/22
97/23 111/3 127/17
153/22 164/10 167/6
**alone [1]** 20/21
**along [7]** 134/13
137/15 155/25 159/5

**A**

**along... [3]** 168/13
184/11 220/24
**already [20]** 6/10
48/24 49/24 65/1 76/8
77/15 85/10 97/16
100/4 100/6 110/4
119/22 125/11 140/2
147/5 148/12 169/22
203/19 204/21 208/3
**also [55]** 5/15 8/10
9/18 10/16 13/8 13/9
13/14 14/21 16/18
21/13 22/13 25/8 26/6
31/18 33/25 36/5 47/2
49/20 50/17 52/6 53/2
53/3 59/8 59/10 59/17
59/25 60/9 67/7 75/23
78/12 91/4 96/10
102/4 114/2 116/14
122/20 127/5 132/21
132/22 140/20 142/20
144/5 144/7 154/8
160/4 169/7 172/2
175/8 181/20 217/20
219/21 220/5 221/23
225/25 232/11
**although [3]** 119/16
155/18 198/7
**Altos [13]** 6/6 6/11
8/9 8/11 12/24 32/4
32/8 52/5 52/6 52/14
53/4 53/5 53/8
**always [11]** 67/15
81/8 82/2 126/19
126/19 184/2 187/8
187/17 190/15 198/10
231/3
**am [14]** 97/5 120/3
126/18 129/11 137/7
137/19 157/8 161/10
161/24 172/1 172/17
177/1 177/11 183/14
**Amanda [3]** 1/12
4/11 4/15
**amazing [1]** 157/21
**Amber [1]** 2/3
**amended [4]** 6/3 6/4
6/8 25/14
**America [4]** 186/4
186/24 188/4 190/16
**American [2]** 11/15
191/24
**Americans [2]**
187/13 191/24
**among [5]** 32/7
108/22 155/22 187/1
187/5
**amount [6]** 59/14
59/15 77/11 84/3
167/2 170/14

**amp [1]** 59/8
**amps [1]** 59/15
**animated [2]** 164/4
214/10
**Anne [1]** 1/11
**announce [1]** 232/8
**announced [1]**
232/6
**announcement [4]**
177/14 178/8 178/8
178/21
**annually [1]** 160/24
**anoint [1]** 190/17
**another [19]** 5/15
19/13 23/19 26/18
29/5 30/13 30/14
37/16 39/4 75/18
75/21 75/22 80/4
116/2 130/22 142/21
146/21 165/16 216/4
**answer [16]** 10/23
15/16 19/20 22/3
40/20 71/13 89/9
99/15 129/12 130/3
152/19 155/14 167/11
167/21 182/9 186/9
**answered [7]** 34/13
41/2 55/11 108/14
194/14 210/14 212/6
**answering [3]** 138/2
138/3 167/18
**antibiotics [1]** 219/3
**anticipate [2]**
217/12 221/4
**antics [1]** 118/3
**anxiety [2]** 219/5
219/11
**any [120]** 13/15
13/17 14/16 16/1 16/2
19/25 20/20 29/6
29/22 30/22 35/7
35/13 36/12 37/3
38/19 40/1 42/8 44/24
45/17 48/10 51/17
56/16 63/5 67/12
67/22 68/10 68/19
69/19 70/19 75/10
76/16 77/10 81/11
83/23 92/18 93/2 93/9
93/11 95/12 98/1
101/3 101/5 107/19
109/20 109/20 109/21
110/1 110/2 110/3
111/25 112/20 115/10
124/3 125/25 126/3
128/1 129/7 129/12
129/13 129/14 129/18
129/19 129/21 129/23
130/3 130/6 132/11
132/19 134/8 135/2
136/1 136/25 137/22
140/15 141/10 141/20

141/21 146/18 147/14
152/10 153/8 154/4
155/10 156/20 160/18
167/7 170/16 171/14
172/5 174/4 174/14
175/14 175/24 179/12
180/1 181/7 197/11
197/25 199/14 201/12
201/12 204/9 205/7
205/10 206/23 209/13
209/13 214/6 216/6
219/18 220/20 226/20
226/21 227/24 228/17
231/10 232/20 233/14
233/22 234/4
**anybody [8]** 9/23
13/11 33/15 33/22
71/3 86/9 185/16
226/6
**anymore [5]** 25/10
28/12 28/17 61/4
230/25
**anyone [8]** 56/15
108/5 108/21 216/6
223/13 224/24 227/14
232/11
**anything [26]** 5/8
6/18 6/22 9/3 13/9
19/22 68/14 72/5 80/8
83/22 111/15 118/25
119/2 128/22 136/18
143/20 146/15 147/25
148/25 153/18 189/12
217/25 225/8 227/16
232/25 234/13
**anyway [2]** 71/5
132/4
**anyways [1]** 132/9
**anywhere [5]** 9/4
66/20 70/25 125/23
185/17
**apart [3]** 25/21
169/8 176/13
**apartment [10]**
34/23 37/12 42/12
61/8 80/6 90/13
159/16 163/5 190/23
199/2
**apartments [13]**
154/3 154/9 154/11
154/20 159/3 160/4
160/23 161/13 162/3
188/1 190/23 201/22
214/13
**Apartments/Tower
[1]** 162/3
**apologize [2]** 111/5
232/18
**appalled [3]** 226/25
227/7 227/23
**apparently [5]** 89/11
104/8 144/24 150/17

218/11
**appeal [1]** 39/21
**appear [5]** 84/12
105/15 111/9 141/3
223/20
**APPEARANCES [2]**
1/10 2/1
**appeared [1]** 192/17
**appears [3]** 131/6
141/18 141/18
**Applebee's [1]** 65/12
**Applebees [1]** 72/2
**application [3]** 95/9
96/7 199/15
**appointment [1]**
150/15
**appreciate [2]**
130/10 214/24
**appreciating [1]**
147/21
**approach [2]** 117/13
216/15
**appropriate [1]**
61/17
**approval [1]** 121/19
**approved [2]** 27/22
196/23
**approximately [4]**
156/12 165/3 174/21
216/7
**apps [1]** 14/13
**April [7]** 1/5 4/1
109/1 112/3 113/19
128/9 193/10
**April 11th [3]** 112/3
113/19 128/9
**architect [2]** 201/13
201/23
**architects [1]** 201/7
**are [138]** 5/20 6/3
7/7 7/9 8/25 10/19
13/3 17/8 26/1 26/5
27/1 29/10 31/9 32/2
32/3 35/7 37/23 38/3
39/6 40/5 40/9 40/24
42/13 43/14 47/13
51/17 51/20 51/21
53/2 53/3 57/6 59/13
63/14 66/1 66/9 67/12
67/14 67/22 68/17
68/17 68/23 69/10
69/11 69/13 72/3
74/16 74/17 75/2
79/25 84/7 84/25 86/8
87/9 88/6 88/21 90/5
90/12 90/25 91/21
95/22 97/3 99/1 99/24
102/5 102/23 103/10
104/25 104/25 105/1
113/8 114/10 120/8
120/12 121/25 122/1
123/17 130/9 140/2

141/18 141/23 143/2
145/20 147/2 147/3
148/12 149/19 152/17
153/24 153/25 154/17
156/19 157/7 161/9
161/13 161/22 165/8
165/15 168/3 171/4
171/25 172/16 176/20
176/24 177/10 181/11
183/15 186/21 189/5
189/8 190/6 190/22
191/5 191/13 195/14
195/19 198/20 200/7
201/19 203/2 206/22
209/7 209/8 210/24
211/7 212/13 213/13
213/14 215/7 218/2
223/10 224/18 225/2
227/19 228/24 229/3
229/5 229/11 233/7
**area [54]** 14/23 15/3
15/11 23/2 29/3 36/24
37/9 38/1 41/17 46/23
48/21 49/12 49/13
49/13 49/15 49/16
49/17 49/18 50/13
52/6 52/14 52/15
52/16 53/5 67/3 67/5
86/18 86/22 94/3 94/6
94/7 96/1 99/25 160/7
160/9 160/13 165/20
172/20 183/19 184/11
186/7 186/17 187/12
187/14 187/22 188/23
191/10 191/18 207/22
208/14 209/23 210/11
210/11 213/6
**areas [8]** 9/6 51/19
59/24 95/23 185/7
186/23 187/6 189/7
**aren't [1]** 176/2
**argue [1]** 82/7
**Argumentative [1]**
38/9
**arising [1]** 192/25
**arms [1]** 103/17
**around [25]** 13/23
14/22 34/19 47/20
59/18 60/5 66/8 68/15
86/21 90/24 106/20
108/20 154/9 156/5
158/7 173/1 173/22
176/2 176/23 191/3
197/18 204/22 214/9
224/6 224/7
**array [1]** 191/5
**arrest [1]** 75/5
**arrested [7]** 71/9
72/8 72/20 74/24
74/25 76/9 84/10
**arrived [2]** 60/24
139/16

**A**

**art [4]** 133/21 141/3
143/23 152/13
**artisans [1]** 211/10
**artists [5]** 23/1
141/5 168/11 168/15
176/18
**arts [3]** 152/1 152/2
165/16
**artwork [2]** 124/8
124/10
**as [222]** 5/4 5/6 5/6
6/6 6/16 6/18 8/25
9/2 10/25 14/20 14/20
17/9 19/24 20/19
21/12 24/24 29/15
31/5 32/18 33/6 33/6
34/10 37/23 39/6 39/7
41/25 44/25 50/6
50/22 51/6 52/14 53/2
53/16 54/21 55/16
61/17 61/17 66/1 66/3
71/15 71/18 71/21
73/19 74/12 74/21
76/17 79/1 79/6 82/3
82/3 82/4 82/13 83/16
84/3 84/16 92/2 92/2
92/12 92/17 94/5 94/8
94/15 94/25 95/1 95/1
95/4 95/22 95/25 96/3
96/17 96/18 101/3
103/3 103/5 103/23
106/15 114/10 117/10
118/19 119/1 120/8
120/8 120/20 121/23
122/2 122/6 123/4
123/6 123/6 126/25
127/4 127/18 127/21
129/3 129/6 129/7
129/7 130/12 130/16
132/25 134/14 140/11
140/11 140/13 140/19
140/24 141/13 141/14
141/15 141/19 141/20
142/4 142/11 142/12
144/12 145/4 145/7
145/14 146/11 146/11
146/13 148/6 150/16
154/10 155/6 155/6
157/14 157/14 160/5
160/6 160/8 162/5
162/6 162/12 163/7
163/20 165/8 165/23
165/23 168/3 168/24
168/24 169/4 171/3
175/22 176/6 176/19
176/19 177/16 177/16
177/20 177/20 179/12
179/19 180/16 180/16
181/10 181/10 181/18
181/19 182/22 183/12

183/19 184/4 185/10
185/10 186/12 186/16
186/22 187/5 187/12
188/9 188/9 189/5
189/23 189/23 189/23
190/2 190/4 190/7
191/22 195/2 195/7
195/8 196/8 196/10
196/10 197/10 198/4
198/4 199/7 199/7
199/12 199/15 202/8
202/13 203/5 204/16
204/22 207/22 208/25
209/7 212/22 212/22
214/23 217/23 218/6
219/10 219/10 219/13
219/13 221/13 222/18
223/3 223/25 227/11
227/11 228/20 229/6
229/12 231/23 234/3
**asbestos [1]** 209/8
**ascertain [1]** 136/24
**aside [2]** 16/1
189/13
**ask [38]** 6/5 32/19
38/17 46/14 46/19
47/3 55/1 56/24 57/19
68/23 87/23 92/18
93/7 98/1 100/11
106/19 111/8 126/17
128/25 129/11 130/15
132/19 143/15 146/17
148/23 162/20 169/11
181/20 183/18 190/5
197/22 197/23 202/14
205/17 207/19 218/1
219/20 233/4
**asked [38]** 16/21
20/3 30/18 34/12 41/1
55/11 75/23 88/24
102/14 107/9 108/14
111/24 113/22 114/14
124/24 129/4 131/13
131/19 132/21 135/16
137/2 139/3 148/21
150/7 188/16 188/20
191/16 194/14 194/18
197/4 197/23 210/14
212/5 215/6 217/1
217/2 227/1 233/2
**asking [15]** 5/18
16/18 40/12 55/6 55/8
63/2 75/15 93/16
109/18 120/5 131/3
135/23 213/4 228/15
230/20
**Asks [1]** 19/18
**aspect [1]** 187/15
**assigned [4]** 89/2
122/11 123/7 123/18
**assignments [1]**
89/14

**assistance [1]** 194/4
**assistant [7]** 66/14
66/17 96/17 122/10
122/18 133/12 133/13
**assisted [9]** 34/25
37/21 37/24 38/4 38/5
42/12 90/13 90/25
91/5
**associate [1]** 152/1
**associated [4]**
183/12 184/7 187/13
192/21
**association [2]**
168/20 197/25
**assume [4]** 34/21
98/7 132/10 231/9
**assumed [1]** 173/4
**assumes [3]** 12/14
40/18 101/13
**assuming [2]** 136/21
206/8
**assured [1]** 225/1
**asthma [9]** 111/13
111/15 218/12 218/25
219/10 219/13 219/15
220/10 222/25
**at [278]**
**Atchison [1]** 128/11
**attached [2]** 48/16
229/18
**attack [5]** 21/8
47/20 218/12 218/25
219/16
**attacked [3]** 21/20
21/23 60/21
**attempt [2]** 115/7
118/19
**attempted [2]** 117/9
217/8
**attempting [1]**
136/12
**attempts [1]** 117/15
**attend [4]** 115/15
162/11 181/2 195/16
**attended [3]** 162/3
164/20 195/18
**attending [2]** 163/14
164/14
**attention [3]** 223/6
227/17 231/19
**attest [1]** 196/6
**attorney [24]** 76/7
113/22 113/25 117/15
119/1 119/6 119/9
119/12 119/15 120/2
121/8 121/10 121/11
121/12 121/13 121/16
122/8 122/9 122/18
133/12 216/25 217/5
224/3 227/24
**attorneys [4]** 5/20
72/18 122/10 133/13

**attraction [2]** 67/9
231/17
**attractive [1]** 189/3
**audio [1]** 146/18
**August [1]** 70/24
**August 20 [1]** 70/24
**authentic [1]** 12/7
**author [1]** 138/18
**authority [7]** 4/24
133/22 133/23 134/14
134/16 225/19 233/23
**authorization [1]**
226/4
**authors [1]** 141/5
**Auto [1]** 176/15
**available [4]** 222/8
222/13 226/2 229/19
**Aventura [1]** 9/8
**Avenue [16]** 1/13
69/16 77/6 77/7 86/3
154/25 165/21 168/14
173/12 175/9 184/20
184/21 185/2 185/13
185/17 218/20
**Avenues [1]** 174/9
**average [1]** 15/9
**avoid [1]** 29/3
**avoided [1]** 28/16
**avoids [1]** 28/13
**aware [41]** 36/12
37/23 38/3 39/6 40/16
40/24 41/24 44/24
48/23 55/1 55/8 60/2
61/17 90/4 90/25
91/3 91/4 97/3 99/24
100/2 104/25 111/1
114/2 114/4 114/14
118/15 119/16 119/25
186/21 188/15 188/20
190/6 190/10 190/15
191/15 194/7 204/9
208/25 209/5 212/10
212/17
**away [11]** 13/11
13/23 26/1 27/12
35/25 59/22 62/5
68/13 68/18 76/19
167/24
**Awesome [1]** 90/9
**awkward [1]** 86/24
**awning [1]** 37/6
**axle [1]** 126/5
**axles [3]** 125/23
125/25 126/3
**AXS [1]** 1/10
**Azucar [1]** 15/21

**B**

**B-O-S-Q-U-E [1]**
64/6
**bachelors [1]** 152/1
**back [72]** 11/11

16/15 16/15 16/15
16/20 16/23 16/24
23/16 27/6 28/11
30/15 35/1 46/21
49/13 49/15 49/17
55/22 56/16 60/16
61/8 64/25 67/16
74/11 75/2 75/14 78/3
78/3 90/12 94/7 98/19
98/24 104/9 113/17
126/4 128/8 128/9
137/1 145/21 149/21
153/20 153/21 153/21
154/7 154/7 154/8
155/16 157/14 158/6
158/10 159/7 159/17
160/12 167/24 168/17
168/19 171/11 173/1
178/15 185/7 191/9
193/11 200/25 203/18
209/23 210/3 210/11
213/13 213/14 222/21
224/21 231/4 233/21
**backdrop [1]** 140/7
**background [10]**
8/13 8/17 64/16 64/24
140/4 140/6 141/10
151/24 185/7 201/7
**backup [2]** 132/8
222/15
**backyards [1]**
191/25
**bad [2]** 16/11 137/12
**badge [1]** 17/4
**baffled [1]** 233/6
**Bagelry [2]** 29/21
30/3
**Bahamian [3]** 171/7
185/4 185/6
**Bahamians [1]**
171/10
**Baker [1]** 11/1
**bakery [1]** 15/20
**balcony [1]** 49/18
**ball [184]** 8/10 8/20
9/12 9/18 10/20 10/24
10/24 11/2 11/5 11/7
11/7 11/9 11/24 13/4
13/23 14/1 14/13
14/14 14/16 15/5 15/7
15/12 15/21 15/25
16/8 17/5 18/11 19/5
19/24 20/6 20/8 20/9
20/10 20/11 20/19
21/8 21/11 21/23
22/20 22/20 23/22
24/18 25/3 25/5 25/8
25/23 25/25 26/15
27/2 28/8 28/12 28/13
30/11 30/22 31/12
31/14 32/5 32/8 33/18
34/16 34/22 35/1 35/4

**B**

**ball... [121]** 35/6
35/12 35/15 36/12
36/21 36/25 37/13 37/6
37/19 37/23 37/25
38/14 38/25 39/6
39/16 40/2 40/6 40/9
42/19 44/5 45/16
47/12 47/20 48/2
49/25 50/1 50/21
53/17 54/21 54/23
55/22 57/18 57/21
58/4 58/10 59/5 59/7
59/18 59/21 59/22
60/24 61/12 61/20
63/4 64/14 66/2 66/3
67/3 67/23 75/10 77/3
77/19 77/22 78/14
78/17 81/10 81/20
82/3 83/10 84/15
84/16 84/18 84/23
85/20 86/7 90/13 91/1
92/7 93/3 93/6 93/12
93/17 93/24 94/14
94/20 95/20 96/4
96/18 96/19 96/23
97/7 97/14 97/20
107/16 142/12 147/3
147/17 153/12 153/17
153/22 154/6 154/8
154/18 156/2 156/2
156/4 156/6 156/6
156/12 156/16 156/19
157/12 157/19 158/2
158/25 159/23 160/21
180/20 181/2 181/17
181/25 182/1 182/13
201/22 209/14 209/18
209/22 210/2 210/3
210/6 210/12
**balloons [1]** 74/3
**ballpark [2]** 164/2
165/6
**band [5]** 23/2 42/13
48/17 48/21 94/6
**bandstand [2]** 37/9
41/17
**banned [1]** 109/24
**bar [16]** 26/5 48/21
49/12 49/13 49/15
49/16 49/17 94/7
107/17 144/25 156/4
156/6 156/10 158/16
158/20 210/6
**Bars [1]** 31/21
**bartenders [1]**
153/15
**based [23]** 32/4
74/18 103/20 140/21
141/7 145/7 145/17
155/13 156/14 157/20

159/18 160/1 160/13
163/14 175/22 178/25
179/16 180/11 181/15
182/5 203/23 206/8
231/5
**basically [9]** 11/14
16/13 17/14 25/4 27/8
30/7 30/10 60/11
132/5
**Basie [3]** 11/1 11/6
11/7
**basis [3]** 68/22 74/18
173/5
**battled [1]** 223/2
**be [180]** 5/18 5/19
5/21 6/2 6/5 6/6 6/18
6/25 7/8 10/8 11/12
13/11 13/13 14/5 14/6
15/2 15/20 17/10
17/14 19/13 20/7 20/8
20/9 20/10 26/22
26/23 27/12 31/4
33/14 33/16 33/23
35/25 36/7 41/5 41/6
41/10 43/9 45/25
55/24 56/12 56/21
56/25 57/7 59/7
68/14 69/25 72/12
74/24 75/4 82/22 84/2
84/11 86/10 86/12
86/15 86/17 86/22
88/21 90/7 95/19
100/6 101/21 102/5
102/17 103/18 104/14
105/17 106/6 108/19
109/5 109/14 109/24
111/9 112/15 112/21
112/22 113/9 113/23
114/9 120/3 120/5
120/13 121/10 121/12
126/21 127/24 128/14
129/7 129/23 131/9
132/4 134/15 136/24
137/9 137/20 140/20
140/24 142/23 145/7
145/11 145/16 146/18
147/1 147/20 148/20
148/22 149/19 149/25
150/1 150/17 150/23
150/25 151/1 151/7
153/23 154/2 157/15
166/15 167/16 169/5
169/12 170/14 176/8
176/25 177/14 178/9
178/12 178/23 180/3
181/20 185/17 185/21
189/10 192/6 193/1
195/19 198/11 201/2
205/25 207/3 210/13
213/15 215/9 216/3
216/7 216/11 216/18
217/4 217/13 217/18

218/19 218/24 219/11
219/16 220/7 220/22
221/4 221/11 221/24
222/5 222/6 223/1
223/15 224/4 224/5
224/6 224/7 224/19
225/9 225/16 226/5
226/9 226/10 226/12
226/22 228/2 228/10
231/6 231/7 231/12
**Beach [5]** 9/9 11/3
29/10 65/8 152/15
**beacon [1]** 25/21
**beat [2]** 136/21
136/23
**beautiful [4]** 67/8
176/14 176/21 188/10
**became [8]** 34/18
111/1 145/20 159/15
187/13 194/21 196/4
196/5
**because [96]** 10/9
11/2 12/11 15/12
20/22 22/11 23/2 24/9
25/14 25/20 26/21
27/5 27/16 29/3 29/5
29/12 30/4 30/5 33/18
35/10 35/16 36/17
43/11 43/14 43/20
48/23 54/25 55/24
56/2 59/20 60/20 61/3
62/15 65/1 65/20 67/7
68/13 69/17 71/3 71/8
71/9 74/4 74/7 74/23
76/8 76/20 78/2 78/21
82/11 87/4 90/16
90/19 90/21 97/11
102/15 116/24 117/20
126/3 129/21 130/18
131/11 131/12 138/2
138/21 140/25 141/17
142/24 146/20 147/18
158/15 171/10 183/6
187/6 187/12 187/15
187/25 188/4 190/8
191/23 192/9 197/22
209/1 211/10 211/24
216/17 220/9 221/12
221/21 224/22 226/3
226/25 227/8 228/9
228/23 232/3 232/23
**become [5]** 10/6
31/17 168/21 189/3
214/10
**bedroom [1]** 100/6
**been [120]** 6/12
8/18 14/11 14/12
16/11 16/13 20/3
21/17 22/21 22/22
22/25 25/6 25/12
25/19 27/18 29/7
30/20 31/12 34/5 39/7

39/9 50/4 50/6 52/12
55/17 60/20 65/6
69/19 72/4 72/5 75/10
77/15 78/11 78/12
78/21 78/24 80/16
81/24 83/7 83/17
85/10 87/6 87/25 94/9
94/12 94/23 95/1 95/1
96/3 96/15 96/25
97/16 100/4 103/12
104/10 109/17 111/15
125/11 125/19 129/6
136/22 136/23 140/2
141/9 141/10 147/4
147/5 147/8 152/7
152/13 152/19 156/4
164/22 164/24 168/1
168/16 170/13 170/21
171/10 173/22 183/9
185/23 186/12 186/23
187/17 190/4 190/12
191/3 192/25 194/8
196/9 197/23 199/12
199/14 199/14 199/20
200/21 201/14 202/9
204/21 209/8 213/10
217/4 219/3 221/16
222/20 226/24 227/25
228/3 228/12 228/13
228/20 229/23 230/3
230/18 231/3 233/6
233/16 233/16 234/11
**beers [1]** 158/17
**before [50]** 1/8 6/19
12/25 26/16 32/11
35/23 35/24 36/3 36/5
40/15 41/10 41/14
41/21 43/8 51/23
51/23 66/10 90/15
94/10 94/20 99/5
111/7 114/8 114/8
115/12 143/4 144/21
145/20 148/23 154/22
156/11 164/8 164/25
168/18 174/1 176/9
180/23 181/5 182/15
188/5 215/17 215/18
227/6 227/25 228/14
229/7 230/10 232/11
232/22 233/14
**beforehand [1]**
102/9
**began [5]** 155/24
168/10 169/6 174/23
192/16
**begin [1]** 89/8
**beginning [13]** 4/9
12/9 137/8 137/13
154/6 154/7 169/23
171/11 179/3 194/9
194/12 210/9 210/10
**behalf [3]** 4/12 4/15

121/17
**behavior [1]** 227/8
**behind [12]** 20/9
34/22 37/9 37/12
42/11 46/1 80/7 80/7
80/7 158/17 165/19
214/14
**being [28]** 6/14
14/23 21/6 21/6 28/11
42/19 56/5 82/7 86/13
93/18 97/10 100/1
102/17 115/10 117/24
122/8 126/17 131/13
140/19 141/12 180/5
187/4 204/22 227/7
230/11 231/12 231/21
232/13
**believe [40]** 4/19 6/1
7/1 12/17 17/18 17/24
18/15 26/9 39/12
39/19 41/19 73/4
79/15 97/10 100/17
101/22 106/3 119/21
119/22 121/9 122/19
125/14 130/20 133/4
140/10 140/20 140/23
145/18 156/15 164/11
165/25 170/13 171/14
172/5 181/9 186/13
208/3 215/20 216/1
231/1
**believed [1]** 228/19
**believes [1]** 233/20
**belittle [1]** 220/3
**belonged [2]** 138/6
204/3
**below [1]** 233/12
**Ben [4]** 31/24 34/6
85/1 183/6
**bench [6]** 139/7
140/10 150/13 216/20
225/15 227/7
**Benedict [1]** 1/18
**Benedictine [1]**
128/11
**berated [1]** 129/23
**Besides [1]** 179/25
**best [6]** 61/25 69/22
158/10 199/12 216/18
222/22
**better [5]** 75/4 76/23
83/2 226/25 232/21
**between [9]** 108/5
134/9 165/20 174/8
177/15 178/9 179/5
191/16 193/2
**Beverage [4]** 6/7
51/2 87/13 89/7
**beyond [23]** 6/2 6/8
12/13 22/1 25/14 28/3
78/7 107/22 108/14
109/25 111/15 116/20

**B**

**beyond... [11]** 135/2 135/13 138/11 158/12 168/23 177/5 180/16 181/19 214/22 215/1 230/16
**bidding [1]** 21/10
**big [6]** 14/18 52/3 182/11 202/8 211/7 213/6
**bigger [3]** 25/24 121/7 196/13
**biggest [2]** 65/15 80/5
**Bill [33]** 11/9 14/17 15/8 15/18 21/19 21/21 28/2 28/6 29/20 30/1 33/9 52/2 120/22 142/11 145/15 149/9 153/1 153/4 153/12 153/19 155/17 155/18 156/9 164/23 165/14 167/16 167/17 174/16 176/16 178/19 179/5 200/9 210/8
**Billy [1]** 159/15
**birds [1]** 221/14
**birthday [3]** 71/7 74/4 176/22
**Biscayne [1]** 1/21
**bit [21]** 8/12 10/20 11/17 14/12 20/15 34/16 59/4 64/15 64/24 65/4 80/18 82/1 84/22 96/10 96/11 114/12 184/3 187/18 191/19 196/2 213/10
**black [7]** 11/1 57/23 158/18 159/8 159/22 171/7 171/10
**blasting [1]** 68/18
**blatantly [1]** 227/22
**block [5]** 13/25 58/5 58/7 61/22 108/13
**blocking [2]** 63/1 63/2
**blocks [4]** 62/4 68/18 80/22 189/14
**blood [5]** 218/24 219/2 219/10 219/13 219/15
**blow [3]** 78/2 88/2 88/24
**blows [1]** 90/8
**BLT [1]** 65/9
**Blvd [3]** 1/21 2/3 234/24
**board [10]** 10/5 28/8 170/13 170/14 170/15 194/21 196/7 196/11 207/7 207/9

**body [7]** 62/8 62/15 73/5 96/22 100/16 100/18 100/20
**bonds [1]** 121/18
**book [2]** 25/20 131/15
**border [1]** 128/20
**Bosque [12]** 63/18 64/6 64/9 64/11 77/3 79/23 81/19 84/5 84/7 105/6 105/12 105/14
**Boss [1]** 28/10
**both [11]** 15/3 21/20 46/3 51/14 134/15 137/18 175/22 200/4 200/5 212/15 218/1
**bottom [5]** 98/18 130/8 143/10 161/16 174/19
**bought [5]** 67/19 90/19 155/23 165/14 176/16
**BOWEN [1]** 1/20
**Bowl [1]** 22/22
**boy [1]** 44/17
**branch [1]** 122/5
**brand [2]** 8/11 30/19
**Bread [1]** 22/22
**breadth [1]** 66/9
**break [12]** 56/14 109/10 142/3 142/4 142/9 143/4 150/7 200/15 215/3 215/6 218/7 220/19
**breaking [3]** 46/20 47/25 47/25
**breathing [5]** 111/18 111/20 111/21 218/23 219/4
**Bride [1]** 22/22
**bridge [1]** 169/8
**bridges [1]** 193/2
**brief [6]** 22/13 56/13 109/7 116/23 128/2 167/4
**briefly [9]** 85/7 137/1 139/6 142/1 145/23 151/23 170/18 170/24 227/18
**bring [20]** 6/19 7/3 27/14 39/20 57/3 78/14 80/10 88/25 113/4 125/7 150/5 158/14 160/17 167/16 168/12 200/25 218/6 222/5 224/15 227/16
**bringing [4]** 15/20 35/10 182/12 189/17
**brochures [1]** 172/3
**broke [1]** 113/21
**broken [1]** 30/16
**brother [1]** 190/9

**brothers [2]** 12/6 12/7
**brought [15]** 11/11 16/19 29/11 35/16 60/16 60/16 105/14 129/6 148/18 153/22 159/8 169/18 213/3 230/11 231/19
**Broward [1]** 234/24
**Brown [1]** 128/21
**BTR [3]** 23/14 101/7 101/10
**buddy [1]** 158/10
**build [3]** 56/3 193/1
**building [59]** 9/4 16/19 27/7 34/23 37/7 37/12 42/12 51/2 51/19 52/4 53/10 55/3 55/25 60/12 61/8 69/16 86/25 87/13 89/6 89/25 90/19 102/17 108/4 117/21 122/13 130/20 133/13 140/16 154/7 154/10 154/23 156/13 158/6 160/22 161/7 163/3 163/5 164/24 169/8 174/7 176/4 176/14 177/16 177/18 197/6 198/23 199/2 199/8 199/11 199/13 199/16 200/24 201/3 201/4 201/5 201/15 204/15 204/16 210/2
**buildings [20]** 51/3 67/19 80/6 86/25 90/13 135/25 148/5 154/16 155/23 155/24 190/23 198/20 198/21 199/5 209/6 209/6 209/6 209/13
**built [14]** 48/21 49/20 52/10 52/15 52/16 52/19 99/25 100/1 101/4 147/19 156/12 156/13 198/24 209/6
**bulletproof [1]** 17/4
**bunch [3]** 51/5 135/22 185/9
**bus [2]** 182/11 213/6
**buses [1]** 213/6
**Bush [15]** 31/24 31/24 33/2 33/7 33/9 34/6 85/1 85/1 85/18 86/13 224/11 225/19 225/22 231/20 233/24
**busier [1]** 214/11
**busiest [2]** 26/2 67/1
**business [39]** 9/24 13/16 17/16 20/25

21/5 22/5 23/6 23/21 23/23 25/19 29/7 30/20 31/20 32/2 32/3 32/3 42/19 51/23 52/20 55/18 65/2 65/6 75/16 79/6 88/21 89/3 137/25 138/22 153/8 153/11 153/24 154/8 159/5 184/8 187/18 188/23 191/10 200/7 200/10
**businesses [14]** 30/1 51/18 51/20 63/5 67/6 70/3 87/5 104/13 105/2 123/23 130/11 130/16 130/17 185/24
**busloads [1]** 182/12
**busted [1]** 13/13
**busy [5]** 26/2 60/8 66/22 191/20 202/11
**but [142]** 4/19 8/15 11/15 13/7 14/12 15/1 26/5 26/17 29/12 32/7 33/7 35/21 35/23 42/9 44/4 44/10 44/24 45/25 46/21 50/8 50/9 50/12 50/21 51/7 53/8 53/9 53/11 54/15 55/6 56/4 56/8 59/20 61/12 61/25 65/1 66/11 67/6 78/14 80/7 81/8 86/8 86/24 90/9 91/22 94/10 96/4 98/20 99/6 99/16 102/6 103/18 105/22 107/12 109/13 110/16 110/24 111/3 114/16 114/17 114/20 116/4 118/17 119/16 120/23 122/25 123/17 127/25 129/24 130/4 130/12 131/16 132/18 132/24 133/18 136/24 137/10 137/20 138/14 139/3 139/11 141/1 141/7 141/24 142/23 144/16 144/20 144/24 147/13 148/10 148/21 149/17 150/9 155/19 158/8 159/16 160/22 164/3 168/1 169/1 173/3 173/4 176/18 181/5 184/4 185/23 186/13 186/21 187/1 188/10 189/7 190/3 190/14 190/18 191/13 193/6 195/20 196/17 198/9 199/3 199/22 200/21 201/20 203/8 203/25 206/1 206/9 209/18 210/4 213/1 213/10 214/18 214/19 215/25 216/23 218/24

219/9 220/3 220/6 221/7 223/12 230/19 231/15
**Butler [1]** 7/12
**buy [2]** 135/1 200/10
**buying [1]** 231/10
**buzz [1]** 118/20

**C**

**C-E-R-T-I-F-I-C-A-T -E [1]** 234/19
**C.E.O [1]** 133/22
**C.E.O. [1]** 133/23
**C.E.O./president [1]** 133/23
**cabaret [1]** 65/9
**Cafe [1]** 65/8
**calendar [1]** 222/18
**call [31]** 4/4 53/8 63/16 63/17 69/22 97/12 109/4 111/7 120/16 139/10 139/14 144/16 149/4 150/7 151/8 151/9 155/3 160/8 160/9 162/17 165/24 171/13 172/4 174/10 183/20 184/22 192/12 201/17 214/1 216/22 221/20
**Calle [32]** 25/22 26/3 30/22 30/25 67/8 135/1 140/5 148/4 154/15 155/5 155/11 160/7 161/18 165/9 165/11 165/20 167/8 167/15 168/13 173/13 174/8 175/8 176/13 180/12 180/21 181/2 181/17 182/5 184/20 185/2 210/21 211/3
**called [20]** 39/10 40/11 61/6 71/3 76/17 87/9 124/25 125/2 131/20 145/2 145/16 156/7 158/16 160/6 161/22 168/19 176/25 201/14 201/24 211/12
**calling [7]** 4/7 110/16 168/24 168/25 174/14 217/5 221/16
**Calls [6]** 19/6 21/2 28/20 73/19 78/25 80/25
**cam [5]** 62/15 73/5 100/16 100/18 100/20
**came [33]** 12/7 22/23 24/6 28/8 35/11 36/17 39/11 48/23 50/20 52/16 61/9 62/1 70/14 70/24 71/1 75/2 75/14 75/22 75/23 82/5 82/6 100/21

**C**

came... **[11]** 102/6
102/12 106/7 106/14
117/8 144/20 159/7
160/24 167/24 179/18
231/14
**camera [5]** 69/14
79/11 91/13 96/22
226/9
**cameras [3]** 91/18
91/24 144/23
**campaign [1]** 133/4
**cams [1]** 62/8
**can [202]** 10/20
10/23 13/3 13/12 14/7
14/8 15/2 15/15 16/16
17/19 17/20 18/1
18/14 18/16 18/18
19/20 20/15 22/15
22/16 23/4 25/1 25/1
25/10 27/1 27/3 36/21
36/24 38/19 39/3 39/4
39/19 40/20 41/14
41/21 41/23 41/25
41/25 43/18 43/20
44/4 44/5 45/5 46/6
48/9 48/15 49/6 54/15
56/7 58/4 59/6 59/14
59/15 60/3 60/12 61/3
65/22 67/13 68/17
69/24 70/12 70/18
70/22 71/13 72/2
72/12 73/3 75/14
76/25 77/14 77/18
79/9 79/14 79/21
79/25 80/21 80/21
80/24 81/1 81/16 85/5
85/7 85/24 87/23 88/2
89/12 92/16 92/23
94/17 95/14 95/22
96/1 97/17 98/8 99/7
99/12 99/15 99/16
99/22 99/23 102/11
102/16 110/10 110/11
111/9 111/10 111/20
113/4 114/20 116/8
117/5 117/13 122/5
126/21 129/4 129/8
130/15 134/8 135/11
137/4 139/11 139/20
139/24 140/3 140/10
141/11 143/5 144/2
144/12 145/18 146/10
146/12 146/23 148/10
148/23 150/5 150/20
150/23 151/1 157/2
160/17 161/5 161/6
165/24 167/11 167/21
168/19 169/3 171/16
171/17 171/22 172/12
174/10 175/1 176/23

177/7 178/5 178/6
181/12 181/21 181/22
182/8 187/1 191/21
199/6 201/20 201/20
201/21 205/16 208/6
211/23 215/6 216/14
217/17 217/20 217/22
219/4 219/5 220/7
220/15 220/18 220/24
221/8 221/14 221/17
221/19 222/1 222/2
222/4 222/5 222/11
222/18 222/19 224/11
224/15 225/16 227/11
228/16 229/5 231/9
232/16 234/6 234/9
**can't [13]** 8/5 14/9
16/12 23/20 35/12
56/8 61/3 132/6
157/13 176/17 196/6
222/9 233/20
**cannot [3]** 23/1 81/2
111/16
**capability [1]** 232/5
**capacity [7]** 102/12
102/14 102/15 102/24
103/14 126/11 201/12
**Capital [1]** 133/18
**Caprio [2]** 1/11 4/12
**caption [2]** 17/23
17/25
**captions [1]** 178/14
**car [4]** 20/8 62/9
62/11 157/14
**Cardi [2]** 23/1 77/12
**care [2]** 147/21
220/20
**career [1]** 65/22
**carefully [2]** 208/13
208/16
**cargo [1]** 165/15
**Caribbean [2]**
166/19 191/23
**CAROLLO [117]** 1/6
4/8 4/16 12/11 16/2
18/10 20/7 21/7 21/17
22/11 24/6 29/4 30/6
33/1 33/6 33/14 33/18
33/21 35/11 35/17
35/19 35/21 43/7 43/9
43/9 44/2 45/8 46/1
46/11 46/13 47/16
51/11 51/16 58/14
61/12 61/13 62/16
68/20 68/22 69/3 69/6
69/8 69/18 76/22
80/24 80/24 81/1 81/6
86/12 86/17 87/1 87/4
90/19 91/11 98/23
104/9 110/16 110/18
111/8 112/15 112/17
114/3 114/15 115/1

115/7 117/9 117/12
117/14 117/19 117/24
118/16 118/21 126/10
127/15 127/20 129/4
129/4 129/17 129/19
132/19 132/21 132/23
133/2 134/4 134/9
134/12 134/25 137/2
139/9 144/21 145/20
149/5 150/23 190/8
190/9 192/14 193/13
193/17 193/23 194/11
195/2 195/7 213/18
214/4 215/23 215/24
216/22 218/2 218/3
218/5 218/22 219/1
219/3 219/21 219/24
221/10 221/19
**Carollo's [8]** 80/13
124/3 124/18 130/10
130/17 131/2 194/3
216/25
**cars [4]** 63/1 69/10
75/19 108/5
**case [39]** 1/2 4/7
6/13 39/15 39/25
56/15 58/20 105/25
108/21 109/20 111/22
132/11 135/3 138/20
140/25 141/22 142/10
143/2 144/4 145/3
148/7 148/9 148/9
148/14 148/17 152/21
158/12 168/23 169/11
216/5 217/22 219/22
219/25 224/24 225/1
226/20 228/2 231/18
234/4
**cases [9]** 141/13
141/14 154/17 221/17
222/5 222/16 222/17
222/19 222/20
**casita [1]** 37/16
**cast [1]** 144/17
**casual [1]** 65/11
**casually [1]** 183/7
**catalyst [1]** 182/14
**cater [1]** 188/2
**catered [2]** 185/24
187/19
**caters [1]** 154/2
**cause [2]** 219/5
219/14
**caused [2]** 143/1
188/14
**causing [2]** 68/10
98/25
**ceiling [1]** 49/16
**celebrated [1]** 171/4
**celebrating [1]** 71/7
**center [4]** 37/25
155/21 168/21 218/20

**centered [1]** 173/15
**Central [1]** 65/11
**centuries [1]** 193/6
**century [2]** 185/8
192/18
**ceramics [1]** 176/10
**certain [3]** 35/9
167/2 217/7
**certainly [10]** 146/8
156/23 162/9 167/13
177/7 181/5 187/20
191/20 194/7 229/9
**certificate [3]** 101/7
101/10 146/5
**certificates [1]**
23/14
**certify [1]** 234/20
**cetera [1]** 213/24
**chain [184]** 8/10
8/20 9/12 9/18 10/21
10/24 10/24 11/2 11/5
11/7 11/7 11/9 11/24
13/5 13/23 14/2 14/13
14/14 14/16 15/5 15/7
15/12 15/21 15/25
16/8 17/5 18/12 19/5
19/25 20/6 20/8 20/9
20/10 20/11 20/19
20/22 21/8 21/11
21/23 22/20 22/20
23/22 24/18 25/4 25/5
25/8 25/23 26/15 27/2
28/8 28/12 28/13
30/12 30/22 31/12
31/14 32/5 32/8 33/18
34/16 34/22 35/1 35/4
35/6 35/12 35/15
36/13 36/21 36/25
37/1 37/6 37/19 37/23
37/25 38/14 38/25
39/6 39/16 40/2 40/6
40/9 42/19 44/6 45/16
47/12 47/20 48/2 50/1
50/2 50/21 53/17
54/21 54/24 55/22
57/18 57/22 58/5
58/10 59/5 59/7 59/18
59/21 59/22 60/24
61/12 61/20 63/4
64/14 66/2 66/3 67/3
67/23 75/10 77/19
77/22 78/14 78/17
81/10 81/20 82/3
83/10 84/15 84/16
84/18 84/23 85/20
86/7 90/13 91/1 92/7
93/3 93/6 93/12 93/17
93/24 94/14 94/21
95/20 96/5 96/18
96/19 96/23 97/7
97/14 97/20 107/16
142/12 147/3 147/17

153/12 153/17 153/22
154/6 154/8 154/19
156/2 156/3 156/4
156/6 156/7 156/12
156/16 156/20 157/12
157/19 158/2 159/1
159/23 160/21 176/15
180/20 181/2 181/17
181/25 182/1 182/13
201/22 209/14 209/18
209/22 210/2 210/3
210/6 210/12
**Chain's [1]** 25/25
**chair [2]** 117/17
117/17
**challenged [1]** 96/23
**chambers [1]** 21/18
**chance [2]** 109/9
225/7
**change [5]** 20/20
161/20 175/25 181/17
193/5
**changed [5]** 182/10
187/10 189/1 193/6
214/9
**changes [5]** 81/11
81/13 81/24 82/24
197/5
**changing [2]** 82/22
187/7
**characterize [1]**
204/16
**Characters [1]**
117/19
**charge [3]** 9/2 54/18
128/22
**charged [1]** 105/17
**charges [1]** 82/1
**Charter [13]** 119/17
119/22 119/25 120/12
120/15 120/16 120/16
120/21 120/21 120/23
120/24 121/8 122/2
**chat [7]** 13/9 13/10
13/11 13/14 13/15
14/3 59/25
**chats [2]** 10/16
10/17
**check [6]** 56/11
59/17 88/21 102/12
103/3 106/9
**checked [1]** 139/11
**checking [1]** 103/10
**checklist [1]** 68/9
**checklists [2]** 65/18
68/5
**checks [2]** 36/4
103/23
**Cheesecake [2]** 8/19
8/23
**Chet [1]** 11/1
**Chicago [1]** 12/8

**C**

chickens [2]  191/22
191/24
chief [2]  104/3 104/6
children [1]  169/18
chips [1]  10/2
choice [1]  132/18
chooses [1]  143/9
chose [4]  65/22
131/16 134/4 230/19
Christmas [7]  144/6
164/15 164/17 164/20
165/1 202/5 215/16
chronical [1]  178/13
cigar [1]  15/20
circa [1]  160/25
circumstances [3]
27/3 77/18 220/4
citation [3]  78/20
78/21 78/24
cite [1]  52/20
cited [10]  36/17 39/7
39/9 39/10 39/11
40/22 56/5 100/1
101/10 186/12
citing [1]  55/18
citizen [5]  16/1 16/4
33/21 86/9 86/9
citizens [6]  42/12
120/22 123/22 138/15
191/6 213/24
city [153]  12/12
13/24 16/5 16/9 17/3
19/13 20/10 21/9
21/20 23/16 27/21
28/18 29/3 29/5 29/11
30/2 30/5 33/21 35/7
38/4 38/24 40/11
50/20 50/25 51/9
51/14 51/22 52/19
52/20 55/2 55/17
58/14 67/9 68/7 69/3
69/3 69/20 76/21 80/1
86/4 87/11 87/14 89/2
89/4 89/5 90/6 97/12
100/1 100/12 103/2
103/9 103/12 103/19
103/23 103/25 104/2
105/1 113/22 113/25
114/8 114/10 114/11
115/8 116/12 116/17
117/15 118/20 119/1
119/4 119/6 119/6
119/8 119/9 119/12
119/13 119/15 119/18
119/25 120/1 120/2
120/6 120/15 121/8
121/8 121/10 121/12
121/13 121/16 121/17
121/18 121/23 121/23
122/1 122/6 122/8

122/9 122/10 122/18
123/4 123/12 123/17
124/6 126/10 127/13
127/18 127/20 127/22
128/21 129/19 131/15
131/24 132/8 133/7
133/11 133/12 133/13
133/20 133/24 135/1
137/10 137/11 137/14
137/15 141/3 142/18
142/24 144/10 153/21
160/24 169/20 169/20
179/5 180/4 192/3
192/4 193/12 193/23
194/20 194/20 195/9
196/5 196/8 197/11
203/3 212/10 212/10
212/11 212/14 212/17
212/22 212/24 213/22
220/19
civic [1]  128/23
civilian [2]  36/14
51/14
claiming [1]  219/25
clarification [2]
40/10 40/12
clash [1]  191/15
class [1]  187/19
classic [3]  140/13
141/8 141/9
classified [1]  141/13
clean [1]  69/17
cleaned [1]  67/12
cleaning [1]  10/3
clear [12]  84/9 84/11
87/7 105/17 109/25
126/19 127/9 169/5
188/17 189/10 195/19
231/1
cleared [3]  109/12
230/12 232/25
Clearly [1]  174/25
clerk [4]  49/8 54/11
116/4 205/8
clicker [1]  103/14
clickers [3]  16/19
60/9 60/14
client [1]  216/18
clients [2]  147/20
148/2
clients' [2]  144/11
148/4
Clinton [1]  127/1
close [11]  27/7 27/9
71/20 78/1 126/16
133/5 153/1 155/1
181/11 213/4 214/8
closed [18]  11/7
13/1 21/6 23/22 25/12
25/19 26/16 27/5
27/24 35/16 38/15
78/13 93/15 94/9 94/9

94/10 94/25 156/8
closely [2]  81/21
194/20
closes [1]  173/19
closing [3]  66/18
66/21 66/22
closure [2]  77/19
77/22
clothing [1]  176/19
clue [1]  136/2
Coconut [3]  185/7
189/6 189/7
code [34]  16/2 16/14
16/25 21/6 23/20 24/5
30/11 30/17 30/18
46/11 46/14 47/22
51/1 51/6 60/20 60/23
63/1 63/6 70/24 75/23
88/10 89/5 89/23 99/3
103/2 108/6 117/21
120/19 122/13 133/17
135/23 136/1 203/6
208/25
codes [1]  88/8
coffee [1]  225/9
coincided [1]  182/11
COLE [1]  2/2
college [4]  65/1
128/11 152/1 183/16
color [1]  7/20
colorful [1]  192/12
colors [1]  148/11
Columbian [2]  171/7
172/23
combination [2]
190/21 200/23
come [37]  9/5 15/9
16/17 16/25 17/3 21/8
23/13 26/1 60/5 62/20
71/2 78/3 78/3 88/20
106/18 111/16 111/21
112/24 128/9 130/22
140/22 143/25 144/25
146/3 149/21 150/24
152/19 154/21 159/17
169/17 188/10 213/5
213/6 213/8 213/11
224/1 230/10
comedy [1]  118/2
comes [4]  103/13
107/12 186/19 233/14
comfortable [1]
76/13
coming [19]  16/14
21/7 44/5 44/25 60/15
69/9 74/11 76/2 76/5
99/1 102/6 102/23
109/18 143/15 149/13
182/16 182/17 191/18
213/13
commenced [2]
39/15 39/24

commented [2]
200/1 228/2
commercial [7]
22/23 34/18 46/3
46/23 185/22 198/15
214/14
commission [20]
6/12 24/15 35/18
35/19 97/12 114/8
115/8 115/15 115/18
117/17 118/17 118/25
119/13 120/9 125/5
125/13 130/18 133/6
137/14 141/4
commissioner [74]
4/16 12/11 16/1 19/3
19/13 20/7 22/11
32/25 33/14 33/21
35/11 35/17 35/18
35/21 44/2 44/7 45/8
46/1 46/10 46/13
47/16 51/11 61/11
61/13 62/16 68/20
68/21 69/2 80/13 81/1
86/12 86/17 86/18
87/1 91/11 98/23
104/9 110/16 110/18
114/3 115/7 117/9
117/14 117/24 118/15
118/21 124/3 124/18
126/10 127/15 127/20
130/10 132/25 134/12
134/15 137/7 137/23
144/21 144/21 145/20
145/20 149/5 190/9
213/18 213/18 214/4
215/22 215/22 215/23
216/22 218/2 218/5
220/7 222/22
commissioner's [1]
44/6
commissioners [5]
119/15 123/13 123/14
123/20 129/25
commissions [1]
123/21
common [2]  137/17
137/19
communicated [2]
110/24 223/21
communication [2]
109/20 123/22
communications [1]
110/1
community [16]
14/15 14/17 14/21
14/22 15/19 15/22
22/21 66/7 66/7 67/2
68/11 80/19 81/7
169/8 171/7 193/17
companies [1]  65/8
company [7]  10/10

45/16 52/17 65/16
65/16 66/4 125/2
company's [1]  95/8
compare [1]  229/14
compete [1]  29/7
complain [2]  38/6
138/1
complained [6]  16/2
38/4 44/24 55/22 80/9
98/24
complains [1]  87/3
complaint [29]  6/3
6/4 6/8 25/14 36/17
36/18 39/10 39/14
39/15 39/22 39/23
39/24 40/1 40/4 40/6
40/8 40/9 40/11 40/13
60/3 60/3 61/2 61/3
61/7 61/10 62/2 62/7
117/13 148/20
complaints [4]
36/12 36/19 40/16
44/25
complete [3]  28/14
30/12 30/13
completed [2]  48/15
203/19
completely [3]  74/4
140/9 157/12
compliance [13]
51/4 56/5 65/16 66/3
66/5 88/8 89/5 93/21
99/3 107/11 140/17
203/6 209/1
compliant [1]  68/8
complicated [1]
76/15
comply [1]  107/11
composite [1]  38/24
Compound [1]
106/11
concentrate [3]
218/15 219/5 219/9
concentration [1]
188/6
concept [4]  81/23
82/10 82/17 82/19
concepts [1]  82/4
concern [7]  74/16
92/1 110/7 186/25
187/2 218/22 226/13
concerned [7]  61/13
61/15 74/23 76/8
121/18 197/19 227/24
concerning [4]  5/24
38/25 216/18 224/11
concerns [4]  67/12
74/21 109/11 150/10
concert [2]  80/20
80/21
conclude [1]  224/20
conclusion [1]  79/1

**C**

**condition [8]** 144/9
144/12 146/6 164/19
208/13 219/10 220/14
223/18
**conditioning [3]**
130/21 130/21 130/23
**conducted [1]** 158/5
**conducting [3]**
141/22 158/25 170/20
**conference [2]**
124/10 124/21
**conferred [3]** 140/1
142/2 142/8
**confirm [2]** 54/15
222/13
**confirmed [2]**
159/14 223/20
**conflict [1]** 148/6
**conflicts [1]** 224/22
**conform [1]** 6/15
**connected [1]** 213/5
**connection [2]**
119/5 170/11
**consecutive [1]**
220/19
**consequences [1]**
219/14
**consider [2]** 128/23
185/16
**considered [1]**
187/24
**consistent [2]**
114/23 123/3
**conspiracy [1]** 104/8
**constant [3]** 68/6
68/7 68/22
**constantly [1]** 187/3
**constituent [2]**
98/23 99/1
**constituents [2]**
86/22 137/7
**constitutional [1]**
120/17
**constructed [2]**
93/18 100/6
**construction [17]**
30/6 49/2 49/4 49/22
51/24 52/4 52/17 55/6
56/7 99/2 135/23
136/6 145/21 199/4
203/9 203/15 208/23
**consulted [3]** 5/18
155/23 227/13
**consulting [2]** 29/18
29/19
**contact [3]** 50/10
227/14 231/6
**container [6]** 125/19
125/23 125/25 126/3
165/15 166/1

**containers [10]**
166/17 166/17 166/24
167/25 210/24 210/24
211/2 211/7 211/14
211/19
**contemporaneously
[1]** 131/8
**contempt [1]** 109/25
**contend [1]** 231/9
**continuation [2]**
221/24 222/2
**continue [19]** 21/16
25/17 43/18 43/23
44/13 45/3 46/6 46/24
57/8 58/1 64/21 85/22
98/6 101/2 113/10
147/20 167/21 200/16
220/6
**continued [5]** 2/1
11/4 75/1 104/12
113/15
**continuing [2]** 65/2
117/4
**contours [1]** 181/19
**contracts [1]** 121/17
**contradicts [1]**
110/8
**contributed [1]**
154/15
**control [4]** 59/10
59/13 122/1 230/16
**controversy [2]**
193/1 193/3
**conversation [7]**
45/22 45/23 45/25
46/10 179/25 229/24
230/18
**cooking [1]** 10/2
**cool [1]** 137/9
**coordinated [1]** 51/9
**coordinates [1]** 51/1
**cop [1]** 63/1
**Copa [2]** 156/7
158/16
**copacetic [1]** 65/17
**copy [6]** 4/23 5/1 5/3
219/20 220/6 226/3
**Coral [1]** 185/19
**corner [2]** 101/20
154/9
**correct [159]** 9/13
12/18 26/10 31/13
31/14 31/16 31/18
31/19 31/21 31/23
31/25 32/1 32/5 32/8
33/10 33/11 33/12
33/15 34/2 34/3 34/20
34/23 35/1 35/2 35/5
35/19 36/1 36/8 36/13
37/1 37/7 37/8 37/10
37/11 37/13 37/14
37/16 37/21 37/22

39/8 39/13 40/17 41/7
41/8 41/17 44/3 44/7
45/2 45/15 45/23
45/24 46/2 46/3 46/15
46/16 46/19 47/13
47/17 48/3 48/4 49/20
50/2 50/7 50/14 50/23
51/12 52/7 52/10
52/15 53/11 53/17
53/18 54/5 54/6 54/16
54/16 54/17 54/20
55/25 56/6 58/11
84/12 84/13 84/23
84/24 85/1 85/18
85/20 86/2 86/5 86/6
86/10 86/13 86/19
86/23 87/16 89/10
90/6 90/14 91/13
91/15 91/16 91/18
91/23 92/1 92/5 92/8
93/25 94/1 94/4 94/5
94/11 94/21 95/23
95/24 96/2 96/6 96/11
96/15 96/19 96/20
96/23 97/9 97/21
98/21 99/8 100/22
100/23 101/22 102/3
102/7 102/13 102/18
102/25 103/6 103/11
103/19 103/25 104/1
104/4 115/17 115/20
118/11 119/7 120/3
120/11 122/12 122/16
123/16 124/2 126/12
126/15 131/23 132/3
132/7 133/25 135/25
192/20 197/12
**correction [2]** 48/14
93/5
**correctly [6]** 31/11
33/20 72/9 114/16
121/20 212/1
**correctness [1]**
121/19
**corroborated [1]**
51/16
**could [65]** 14/20
15/3 17/17 23/16 24/1
24/3 24/11 26/8 35/25
46/12 46/12 50/3
59/12 64/18 69/25
79/11 79/12 104/12
108/5 114/9 115/16
115/21 116/23 118/12
119/20 125/7 125/20
125/23 128/8 128/8
129/9 129/15 130/7
147/19 151/23 152/24
154/2 156/18 156/21
157/9 157/14 157/18
161/11 161/25 162/17
165/11 165/18 166/13

168/8 170/18 171/13
172/4 184/3 188/6
191/12 202/9 205/3
221/9 221/11 221/15
223/24 225/13 230/17
230/18 234/11
**could say [1]** 50/3
**couldn't [8]** 11/3
27/16 35/24 36/6 43/9
126/5 126/6 138/1
**counsel [38]** 4/9 5/3
5/19 17/20 18/18
32/11 53/21 111/23
116/25 121/3 121/13
124/16 127/5 131/3
132/21 135/7 135/16
135/22 137/2 138/7
139/2 139/6 140/1
142/9 143/4 147/15
158/21 160/2 163/22
171/17 172/6 177/8
195/10 205/11 206/18
207/20 223/3 226/14
**counselor [3]** 113/18
118/23 128/7
**count [4]** 1/1 11/6
11/7 60/14
**counter [3]** 102/22
102/23 158/17
**countries [1]** 138/16
**country [1]** 33/22
**counts [1]** 102/23
**county [1]** 126/24
**couple [8]** 34/7
118/6 118/24 120/5
129/1 167/6 169/18
208/9
**course [23]** 9/8
41/12 74/22 76/4
76/18 93/23 96/3
103/17 111/19 127/23
196/3 196/16 198/13
198/18 199/3 199/9
210/9 212/16 213/20
214/12 215/16 228/7
231/1
**court [46]** 1/1 4/4
4/5 4/23 5/2 62/8
62/16 62/17 109/4
109/12 110/21 110/25
111/4 111/7 111/21
112/21 117/12 141/12
141/19 149/15 151/5
165/21 168/13 224/4
224/14 227/4 227/6
227/25 228/2 228/3
228/9 229/6 229/6
229/12 229/12 229/22
230/10 230/21 230/25
232/8 232/22 232/24
233/15 233/20 234/11
234/23

**Court's [3]** 110/8
227/17 228/18
**Courtney [2]** 1/11
4/12
**courtroom [21]** 7/6
56/19 57/5 108/24
109/13 109/24 110/2
110/3 110/17 113/7
142/7 150/10 151/6
216/9 221/15 221/20
222/19 224/17 225/11
230/13 233/1
**cover [1]** 116/11
**covered [1]** 200/25
**COVID [15]** 9/21
9/24 23/5 23/6 24/2
24/2 24/11 24/13
24/13 29/18 35/15
77/23 78/3 188/9
213/10
**COVID's [1]** 23/21
**craft [1]** 165/17
**crane [1]** 27/10
**crazy [3]** 19/22
30/21 221/16
**Cream [1]** 15/21
**create [3]** 103/5
155/20 155/21
**created [6]** 33/17
39/25 42/1 169/21
171/9 189/15
**creating [1]** 30/6
**credibility [1]**
220/13
**crew [1]** 69/9
**cricket [2]** 62/9
62/11
**crickets [1]** 79/10
**crime [2]** 75/19
105/17
**criminal [7]** 221/15
221/17 221/21 222/5
222/16 222/17 222/18
**critical [1]** 219/14
**cross [30]** 3/3 5/12
22/15 25/2 31/5 31/7
47/6 84/2 84/5 107/9
107/23 108/15 111/10
112/1 112/3 112/11
112/11 113/11 113/15
113/21 114/14 135/3
135/14 135/17 138/25
146/13 182/20 183/2
184/19 200/17
**cross-examination
[16]** 5/12 31/5 47/6
107/9 111/10 112/1
112/3 112/11 113/11
114/14 135/3 135/14
135/17 138/25 182/20
200/17
**cross-examine [4]**

**C**

cross-examine... [4] 22/15 25/2 112/11 146/13
cross-examining [1] 113/21
CRR [1] 234/22
crying [1] 74/4
Cuba [1] 193/11
Cuban [7] 11/16 11/17 11/18 15/2 26/25 187/13 191/24
Cubaocho [3] 25/24 25/24 26/4
cuff [1] 130/16
cultural [20] 14/18 14/19 158/9 168/7 170/4 170/23 172/19 172/20 174/24 176/6 177/15 178/11 178/11 178/23 184/1 192/24 194/2 194/11 194/21 195/8
Culturales [52] 81/6 140/6 142/17 142/17 142/21 168/4 168/6 168/9 168/10 169/13 170/4 170/12 170/16 170/19 170/25 171/5 172/21 173/2 173/15 174/5 174/18 174/22 175/11 175/13 175/19 175/23 176/8 176/13 177/16 194/2 194/2 194/4 194/8 194/12 194/17 194/19 194/19 194/22 195/8 195/15 195/21 196/4 196/7 196/13 196/17 197/5 197/7 197/10 197/16 198/4 200/9 215/24
culture [4] 168/21 187/10 188/12 190/3
cultures [2] 171/4 171/6
cumulative [1] 68/1
cup [1] 225/8
current [4] 8/6 64/13 64/14 176/12
currently [1] 153/8
Curtis [1] 115/21
custodian [1] 225/20
custody [1] 84/11
customers [3] 73/17 73/20 73/23
cut [3] 27/11 211/8 211/19
CV [1] 1/2

**D**

D-A-R-I-U-S [1] 7/19
D-E-L [1] 64/6
D.J [1] 22/25
Dade [2] 152/1 183/16
Dadeland [1] 2/3
daily [3] 10/16 68/8 161/19
Dallas [2] 216/24 224/2
damage [1] 49/16
damages [5] 58/10 58/14 58/15 58/19 105/1
dance [1] 26/1
dancers [2] 171/7 172/23
dancing [4] 61/23 71/24 72/3 103/16
danger [1] 102/17
Darius [5] 4/19 7/19 8/2 31/7 59/2
dark [1] 225/23
darling [2] 22/21 28/13
data [1] 41/22
date [6] 41/23 54/6 70/22 115/6 157/13 207/24
dates [1] 39/19
daughter [3] 111/14 220/10 222/25
daughter's [1] 176/21
Dave [3] 72/10 72/16 74/22
DAVIS [1] 1/18
Dawson [2] 2/3 4/15
day [55] 1/8 5/16 9/5 9/5 9/20 9/20 10/13 10/13 11/22 15/10 24/6 24/6 24/6 35/9 49/25 49/25 60/4 61/18 62/25 63/14 65/14 65/14 65/15 65/15 65/22 65/22 66/10 66/10 74/11 74/18 74/18 87/1 87/1 90/22 93/21 93/21 115/6 128/9 132/17 135/18 173/24 175/10 181/4 182/12 187/21 200/15 213/11 213/17 220/23 221/6 221/25 224/21 225/2 228/3 228/13
days [14] 23/19 66/18 66/19 107/6 194/17 195/19 195/23 196/9 196/22 209/22 209/23 218/13 219/12 225/21
daytime [1] 70/1

**DB** [1] 13/20
de [6] 142/22 176/25 177/2 178/24 179/13 180/2
dealing [2] 109/13 224/10
dealings [1] 200/9
debris [8] 98/19 99/1 99/7 99/8 99/12 99/16 99/21 99/22
December [13] 9/15 31/13 39/12 40/4 53/18 53/19 164/20 173/1 173/15 202/5 203/5 203/8 204/24
decent [1] 231/15
decibel [7] 13/19 13/21 14/3 14/9 36/4 59/17 189/4
decide [2] 106/22 146/12
decided [1] 129/11
decision [4] 79/1 82/3 143/8 198/17
decision-making [1] 82/3
decisions [1] 82/22
deck [1] 49/16
declaration [1] 190/11
Deco [1] 152/14
decorated [1] 208/20
deemed [1] 89/4
defend [1] 121/16
defendant [4] 1/7 1/15 2/2 217/5
Defendant's [3] 18/4 32/14 202/19
defendants [2] 109/8 109/16
defense [18] 31/4 76/25 125/7 125/11 128/19 139/6 140/1 142/8 143/3 149/13 182/22 202/15 202/18 202/19 202/20 204/19 205/4 208/3
definitely [12] 14/17 29/25 43/11 43/14 43/19 51/5 52/12 61/25 66/23 67/1 81/24 147/11
definition [1] 185/15
degree [2] 65/1 182/11
degrees [1] 68/10
del [13] 12/24 63/18 64/5 64/9 64/11 77/3 79/23 81/19 84/5 84/7 105/6 105/12 105/14
Dela [3] 132/22

133/2 133/6
delapidated [2] 135/25 136/9
delete [2] 132/6 132/11
Deliberate [1] 88/23
demolish [1] 203/3
demolition [1] 149/22
denied [7] 5/5 22/15 24/23 24/23 25/1 25/16 85/9
Dennis [1] 99/3
denominator [1] 137/20
department [20] 17/1 51/1 51/10 87/12 89/5 89/6 89/21 89/25 120/1 121/6 121/10 122/21 122/22 123/11 130/3 133/10 133/11 144/10 146/4 169/20
departments [8] 121/14 121/25 122/2 122/4 122/9 122/11 122/14 123/4
depend [1] 74/8
depending [2] 134/16 185/10
depends [1] 86/14
depict [2] 163/15 172/18
depiction [1] 12/25
depicts [1] 172/19
deposition [2] 219/21 219/24
deputy [5] 133/11 133/12 221/15 221/20 222/19
DES [1] 219/7
DES-R [1] 219/7
descend [1] 91/22
describe [5] 161/25 168/8 170/18 178/6 184/13
described [4] 146/11 193/24 202/8 225/23
describing [2] 70/8 234/5
description [1] 147/14
design [2] 189/6 198/22
designated [8] 186/24 187/11 189/25 190/4 190/5 199/12 199/13 199/15
designating [1] 189/19
designation [3] 187/5 189/12 199/21
designations [1]

189/17
designed [2] 148/10 198/24
designers [1] 204/3
despite [1] 97/6
destiny [1] 193/19
destroy [1] 132/11
detail [1] 227/18
detailing [1] 232/12
details [4] 41/21 41/23 60/3 93/8
deteriorated [1] 138/7
deterioration [2] 137/3 137/5
deterring [1] 17/15
devastated [1] 74/6
developed [1] 134/16
developer [1] 184/8
developers [1] 200/8
developing [4] 134/13 194/4 194/19 196/23
development [4] 82/10 82/17 82/19 128/15
device [1] 59/10
diagonally [1] 184/25
did [114] 8/15 9/17 9/20 10/6 11/14 18/7 19/24 20/19 27/14 27/15 29/18 34/9 35/17 45/7 46/16 48/5 56/2 57/21 58/4 58/9 59/7 59/19 61/2 61/18 62/1 62/20 64/25 65/1 66/13 67/2 67/20 69/15 69/15 69/21 69/25 70/14 72/8 73/16 73/23 74/21 77/10 78/17 80/13 84/15 100/22 102/4 108/7 115/15 121/20 123/3 123/6 123/10 123/10 124/3 125/25 127/21 129/17 129/18 129/19 130/15 130/24 131/10 131/11 131/12 131/16 132/11 132/19 133/2 134/25 136/9 136/11 141/5 150/6 153/5 153/19 154/4 154/22 157/20 159/23 160/17 160/20 160/22 162/11 166/24 167/1 167/2 167/4 170/21 174/6 174/7 179/13 180/2 180/20 181/2 181/16 200/2 203/14 204/6 209/23 211/2

**D**

**did... [14]** 211/4
215/18 218/17 226/14
226/16 226/19 227/16
228/25 229/4 230/19
230/20 231/7 232/8
233/5
**didn't [40]** 46/17
56/4 58/7 62/11 71/3
82/11 91/22 115/2
119/13 126/2 127/20
129/18 129/21 131/22
137/22 137/22 141/4
141/4 141/5 142/25
143/4 173/3 198/23
199/10 200/23 202/23
208/21 210/2 210/16
211/5 219/17 219/23
219/25 228/8 228/11
230/21 231/25 232/2
232/2 232/4
**Diez [2]** 221/23
222/2
**difference [1]**
186/14
**differences [1]** 16/8
**different [35]** 10/11
10/18 10/19 13/22
13/24 14/1 14/22 21/9
21/22 29/11 50/20
51/6 59/13 83/1 83/1
114/12 122/11 152/5
154/2 156/5 157/12
176/1 184/24 185/10
187/19 189/19 190/17
193/2 198/8 199/3
210/9 210/10 213/10
231/23 232/13
**differently [1]** 51/17
**difficult [1]** 191/19
**difficulties [1]**
218/23
**difficulty [1]** 29/5
**diligence [2]** 65/24
76/23
**dining [1]** 65/10
**dinner [3]** 66/24
66/25 66/25
**direct [23]** 3/3 8/2
44/11 50/16 59/4 64/9
93/20 100/17 116/20
119/8 119/10 120/7
123/20 124/24 142/9
143/17 151/19 183/19
192/23 193/24 197/4
197/24 210/20
**directed [1]** 24/6
**directing [2]** 12/12
21/7
**direction [2]** 51/15
184/22

**directly [10]** 21/10
21/19 21/20 28/22
29/4 51/15 66/8 91/19
110/8 218/17
**director [20]** 8/7
8/21 9/16 10/6 10/9
14/25 15/1 29/7 31/17
34/10 45/13 53/3
121/10 126/25 130/3
133/13 133/14 133/14
133/17 133/18
**directories [1]**
160/24
**directors [1]** 123/11
**directory [1]** 153/21
**disagree [3]** 47/18
47/18 230/6
**disagreeing [2]**
230/8 230/9
**disappointed [2]**
230/3 232/22
**disbelief [2]** 135/10
145/8
**disclosed [1]** 140/19
**discovering [1]**
182/11
**discuss [8]** 56/15
108/21 114/7 143/12
148/25 216/5 224/23
230/24
**discussed [3]** 5/25
20/3 179/1
**discussing [2]** 148/6
216/17
**discussion [2]**
157/23 162/6
**discussions [1]**
226/9
**disingenuous [1]**
227/3
**dismissed [2]**
105/25 106/4
**displayed [3]** 76/1
124/9 227/25
**disputed [1]** 144/3
**disregarded [1]** 71/5
**disrepair [2]** 204/15
204/17
**disrupt [3]** 88/20
219/7 219/7
**disrupting [1]** 76/5
**distant [1]** 196/5
**distinction [1]** 200/6
**distraught [2]** 74/4
75/20
**district [29]** 1/1 1/1
1/9 4/5 4/6 35/22
86/18 117/11 117/21
123/23 123/23 137/8
137/18 141/14 152/14
186/10 186/11 186/13
186/21 187/7 189/6

189/20 198/14 213/18
213/22 213/22 215/22
215/23 215/23
**dive [4]** 156/6
156/10 158/16 158/20
**diversity [1]** 167/15
**diving [1]** 10/1
**Division [1]** 89/6
**DJs [1]** 61/24
**do [274]**
**do you [26]** 14/15
73/11 77/3 85/14 87/1
88/5 97/12 99/8 118/6
118/6 128/13 152/4
152/10 152/12 153/8
154/24 161/18 165/22
166/11 175/19 176/12
184/14 203/6 208/23
217/12 221/23
**do you see [14]** 42/2
55/4 57/23 89/15
89/17 95/17 99/4 99/8
99/21 205/21 207/1
207/16 207/25 208/6
**docket [2]** 5/2
222/16
**doctor [9]** 110/19
110/23 111/11 111/17
150/16 150/18 218/6
210/10 218/13
**document [19]**
38/23 53/22 53/25
55/15 87/19 87/25
94/14 95/5 95/7 95/13
98/8 98/12 100/7
104/3 104/13 115/10
116/13 120/1 121/2
**documentation [1]**
51/22
**documents [2]**
132/3 178/14
**does [21]** 21/24 22/4
42/8 65/13 82/14
82/14 88/10 88/19
103/12 140/5 148/17
163/6 163/9 163/15
163/17 168/6 172/18
185/14 195/25 201/13
213/16
**doesn't [17]** 27/18
28/12 28/17 28/18
30/1 33/22 42/7 42/15
82/11 87/4 102/8
138/16 150/24 201/6
206/1 220/15 228/11
**doing [29]** 14/8
14/18 19/3 20/12
22/24 47/13 47/13
47/16 65/18 67/13
67/13 76/22 86/14
86/15 86/15 87/4
91/25 103/9 103/10

103/19 169/22 170/22
195/14 197/10 201/5
201/19 230/16 232/18
232/19
**doll [1]** 127/1
**dollars [4]** 25/11
25/11 25/18 34/8
**domino [27]** 26/17
26/18 26/21 26/22
26/25 62/3 80/20
173/4 173/11 173/12
173/19 173/21 173/22
174/22 174/24 175/13
175/23 176/7 195/18
196/20 196/21 196/22
212/10 212/12 212/13
212/16 212/20
**dominoes [3]** 173/18
173/19 173/24
**don't [107]** 12/17
14/5 16/23 17/13
17/22 21/9 25/20
26/22 27/10 29/12
34/7 34/11 38/11
39/21 40/3 40/21 42/9
42/18 44/8 44/8 49/1
52/17 67/8 68/24
69/17 70/17 73/4 76/9
76/10 78/1 82/9 82/9
93/19 98/4 98/4 99/16
101/5 101/8 101/22
110/22 112/20 115/9
116/3 118/2 123/14
128/22 129/13 136/23
143/6 143/15 143/16
144/24 146/12 146/24
146/25 147/7 147/21
150/21 153/10 156/22
165/25 171/14 172/5
173/6 176/3 180/6
183/7 186/9 186/25
190/4 190/10 192/16
197/22 197/23 197/25
198/3 198/4 199/18
203/16 203/17 205/7
205/9 205/25 206/4
206/6 207/5 207/14
209/17 211/13 211/16
211/22 211/24 212/24
213/8 215/16 215/20
215/25 217/23 217/24
220/19 222/7 222/7
223/5 223/17 226/20
227/23 230/25
**done [35]** 21/17
52/19 55/4 55/9 56/12
66/12 69/25 78/20
90/7 98/3 118/19
131/14 138/2 144/21
145/12 153/11 153/18
156/14 163/11 169/20
189/14 196/20 201/17

204/6 209/16 214/4
222/5 222/6 225/2
226/24 227/6 227/24
228/16 228/22 233/20
**Dooley [1]** 122/17
**door [7]** 5/11 17/7
60/8 60/13 75/21
77/11 103/4
**doors [2]** 27/15 35/1
**Doral [1]** 65/10
**double [1]** 46/4
**doubt [4]** 189/4
190/18 191/20 234/5
**down [38]** 9/6 12/11
11/3 21/6 23/4 23/5
24/7 24/9 34/19 42/8
48/14 58/4 59/9 61/7
67/19 69/16 71/8
73/12 74/25 75/3 75/4
78/13 80/10 80/22
82/7 91/23 99/23
102/11 122/5 137/25
142/18 145/21 164/12
181/20 185/2 211/8
211/20 233/3
**download [1]** 14/14
**downstairs [1]** 75/1
**downtown [1]**
160/20
**dozen [2]** 70/25
133/9
**dozens [2]** 133/9
133/9
**Dr [38]** 140/3 141/11
144/2 144/11 147/18
148/2 148/5 151/21
152/22 154/24 157/7
158/2 159/22 160/5
160/17 161/9 162/11
162/20 164/14 166/11
166/24 169/3 170/4
171/25 172/16 174/4
175/4 177/10 178/5
180/11 181/15 181/15
181/25 182/18 183/4
189/23 210/20 215/14
**Dr. [7]** 139/16 142/9
150/15 150/22 151/9
163/4 181/3
**Dr. Fillipe [1]** 150/15
**Dr. George [2]** 163/4
181/3
**Dr. Paul [4]** 139/16
142/9 150/22 151/9
**drafted [3]** 131/7
131/9 131/10
**dramatically [1]**
176/1
**dream [1]** 168/17
**dreaming [1]** 168/20
**dressed [2]** 145/12
211/20
**drink [2]** 17/15

**D**

drink... [1] 225/8
drinking [1] 96/5
drinks [3] 94/8 94/11
154/2
driving [1] 90/17
drugs [1] 17/8
Dry [7] 50/22 87/9
88/1 88/6 88/9 100/24
104/14
due [5] 65/24 68/6
76/22 130/9 143/1
duplicative [1]
132/4
during [33] 5/11
9/21 9/24 11/10 24/2
24/11 29/18 33/25
35/15 39/7 54/24 63/4
66/15 66/16 68/24
69/25 70/1 75/10
81/10 83/16 90/20
107/19 108/2 117/8
135/17 147/9 164/20
171/8 192/23 193/3
204/18 205/5 211/25
dustups [1] 180/5
duties [5] 108/7
120/7 120/16 121/15
123/7
duty [3] 13/7 61/5
128/23
DX [9] 17/24 18/2
32/11 32/19 38/19
42/24 49/6 85/6 85/11
DX 333 [1] 32/19
dynamic [1] 155/21

**E**

each [5] 88/7 121/19
183/6 220/1 230/11
earlier [7] 23/7
152/13 156/2 159/7
172/24 174/5 216/18
early [12] 66/24
153/21 169/6 171/8
193/4 193/5 193/9
194/17 195/23 196/9
209/22 209/23
easier [1] 184/3
east [6] 160/8 171/2
185/1 185/16 185/17
234/24
eastern [1] 184/22
eat [1] 17/15
eating [1] 96/5
eats [1] 24/4
edge [1] 173/12
education [2] 8/16
65/3
educational [4] 8/12
64/15 64/24 151/24
effective [1] 5/21

effectively [1] 29/6
effects [1] 175/24
efforts [1] 51/1
eight [2] 75/22
106/21
either [9] 16/3 83/23
103/15 133/4 153/5
155/3 168/10 171/2
172/6
el [10] 8/9 37/20
37/24 98/19 148/9
176/25 177/2 178/24
179/13 180/1
elected [4] 123/21
133/3 213/18 215/22
electric [3] 182/13
211/11 211/13
electricity [1] 212/3
electronic [2] 5/2
59/14
elements [1] 200/24
elevated [1] 182/14
Elian [5] 169/8
192/22 192/25 193/8
193/18
elicited [1] 6/2
eliminated [1] 209/11
Ellen [2] 234/22
234/22
Ellie [1] 64/19
else [28] 5/8 6/18
6/22 6/23 9/23 11/19
13/13 33/15 33/22
71/25 83/22 87/3 96/2
96/17 143/20 146/15
147/25 148/25 149/8
153/18 221/19 223/13
223/16 223/17 225/8
231/21 232/11 234/13
eluded [1] 114/6
email [4] 98/18 99/3
99/8 129/10
emails [1] 13/15
emergencies [1]
220/1
emergency [3] 13/9
71/4 111/12
EMILIO [5] 113/15
116/15 128/4 144/4
146/7
emotion [1] 145/9
employed [1] 90/21
employee [1] 129/16
employees [23] 10/5
21/24 22/4 23/3 34/2
74/17 78/11 78/13
78/14 102/4 123/19
129/6 129/11 129/13
129/18 129/19 129/21
129/22 129/22 129/24
130/1 133/7 137/11
employer [3] 84/22

91/4 104/25
employment [1]
15/25
employs [1] 83/11
enacted [1] 35/15
encompasses [1]
8/8
encounter [2] 47/24
48/2
encroaching [1]
188/23
end [12] 5/5 10/14
13/6 13/7 13/11 65/19
102/8 111/7 143/17
164/11 174/25 200/11
endangered [2]
186/23 187/6
endorse [1] 121/19
energized [1] 189/3
energy [1] 168/12
enforcement [17]
12/12 16/14 17/1 21/7
23/20 24/5 30/11
46/11 46/14 47/23
51/6 60/20 60/23
70/25 88/20 89/23
108/6
Enforcements [2]
63/1 88/10
English [2] 15/4
168/6
enjoy [2] 17/13
108/22
enjoying [1] 44/19
enlighten [1] 196/14
enough [2] 59/22
99/18
ensure [3] 88/7
230/13 232/23
enter [2] 89/3 89/7
entered [6] 5/16 7/6
57/5 113/7 151/6
224/17
entertain [1] 145/13
entertainers [2]
158/18 159/9
entertainment [3]
11/21 14/25 145/10
entire [6] 8/23 11/13
30/19 36/2 52/16
99/25
entirety [1] 52/15
entitled [2] 146/8
234/21
entrance [1] 17/5
environment [3]
17/16 103/5 127/3
enzyme [1] 195/3
era [1] 11/2
escalate [1] 137/10
especially [5] 68/16
127/16 161/15 190/3

233/15
Esq [9] 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
essentially [8] 120/9
122/25 123/9 123/14
141/25 194/12 195/7
198/7
establish [2] 70/18
181/22
established [3]
10/25 178/13 185/21
establishment [7]
24/1 24/1 24/10 61/20
88/7 89/3 89/8
establishments [3]
51/7 79/12 107/20
estate [4] 143/14
154/1 154/2 200/8
et [1] 213/24
etc [2] 189/14
189/14
ethical [1] 127/3
ethically [1] 126/21
even [29] 24/10
27/14 35/23 35/24
36/5 51/16 53/16
69/17 70/17 71/10
80/7 81/15 86/9 107/6
108/22 111/3 135/3
143/15 143/16 148/25
167/18 176/3 176/6
187/17 191/8 192/6
214/22 220/11 228/13
evening [4] 11/23
51/3 84/11 203/16
event [13] 25/19
80/13 80/19 161/22
162/1 168/3 180/13
196/23 198/1 212/18
212/18 212/23 212/24
events [6] 137/4
195/16 196/17 197/11
197/17 215/25
eventually [2] 24/7
56/2
ever [22] 14/12 16/2
19/13 19/21 55/25
68/19 69/6 72/6 72/6
77/10 78/17 80/4
80/13 128/16 132/19
153/11 158/2 170/16
173/5 215/18 215/21
215/23
every [29] 11/22
13/6 13/14 13/19
13/22 14/2 14/18
23/15 25/21 30/11
30/12 33/14 61/18
80/15 87/1 90/22
128/17 131/14 146/3
168/12 170/7 170/8

170/9 173/24 182/12
182/16 212/18 227/11
229/9
everybody [4] 10/14
24/2 25/25 116/8
everybody's [3] 24/2
41/24 67/11
everyday [1] 65/18
everyone [14] 7/8
56/21 57/7 68/5 109/5
109/13 113/9 151/7
221/19 224/19 227/11
230/15 234/15 234/16
everything [14]
14/8 61/17 61/18
65/17 65/25 66/5
88/11 176/10 228/12
229/1 229/6 229/7
229/12 232/13
Everything's [1]
106/22
evicted [1] 90/20
evidence [21] 6/16
12/14 40/19 49/8
85/11 88/1 92/12
92/17 95/4 97/16
98/13 100/5 101/13
119/22 125/12 131/4
146/10 147/4 205/2
205/5 208/3
evolving [1] 187/8
exact [2] 20/12
60/18
exactly [12] 33/18
56/9 62/12 100/24
127/17 187/1 191/11
201/19 217/6 223/8
229/5 229/17
examination [39]
5/12 8/21 31/5 31/7
44/11 47/6 59/2 64/9
84/5 100/17 105/12
107/9 111/10 112/1
112/3 112/11 113/11
113/15 114/14 116/24
119/10 120/7 123/21
128/4 135/3 135/14
135/17 138/25 143/17
151/19 182/20 183/2
192/23 193/24 197/4
200/17 210/20 214/19
215/12
examine [4] 22/15
25/2 112/11 146/13
examining [1]
113/21
example [1] 170/24
Excellent [3] 161/4
171/12 176/24
except [4] 12/10
206/6 206/9 230/23
excerpt [1] 116/7

**E**

excited [1] 78/3
exciting [2] 167/14
213/15
excuse [9] 17/6 47/4
128/21 129/10 142/16
230/9 233/17 233/17
233/18
excused [3] 63/14
139/5 224/12
exhibit [54] 12/17
12/21 17/17 18/4
18/14 18/23 26/8
26/13 32/14 38/24
49/8 57/12 73/3 73/8
76/25 79/14 79/19
98/16 116/3 116/3
119/20 119/21 125/7
125/11 129/3 135/11
147/2 156/19 156/25
157/5 161/6 162/18
162/24 165/25 166/7
171/9 171/14 171/15
171/21 172/5 172/11
177/8 178/1 181/22
202/15 202/18 202/20
202/22 204/19 205/4
206/12 208/3 209/19
210/21
exhibits [8] 3/7 6/24
6/25 7/2 139/24 140/2
146/16 166/5
existed [1] 209/19
existence [1] 188/14
exit [1] 27/6
exited [5] 56/19
108/24 142/7 216/9
225/11
expect [3] 112/17
230/4 233/10
expectation [1]
233/13
expectations [4]
138/9 138/13 138/14
233/12
expected [1] 123/4
expecting [1] 123/6
experience [21]
19/12 65/20 65/23
66/11 74/19 80/3
103/20 143/25 145/1
158/12 175/22 180/11
182/5 183/19 188/12
204/4 206/4 207/10
208/10 208/20 220/11
experienced [1]
16/8
experiences [2] 72/4
163/14
expert [17] 50/8
70/10 140/11 140/11

140/13 140/19 141/1
141/9 141/12 141/13
141/15 141/15 141/20
141/25 168/24 168/25
169/4
expertise [2] 140/22
160/13
experts [2] 97/7
97/8
explain [13] 27/3
60/3 77/18 78/23
134/8 146/8 151/23
152/24 157/9 157/18
161/11 165/11 166/13
explained [2] 113/23
122/23
express [2] 33/19
43/21
expressing [1] 38/6
extend [1] 206/20
extended [1] 210/3
extensive [1] 19/12
extent [2] 141/2
210/7
extremely [1] 81/9
eye [1] 201/21
eyes [1] 223/15

**F**

F1 [2] 22/23 22/24
facade [2] 200/25
201/1
facilities [1] 211/24
facility [9] 34/25
37/21 38/4 38/6 42/13
90/14 90/25 91/5
191/9
fact [21] 17/23 35/24
84/14 97/6 114/25
115/21 117/2 122/9
137/7 141/20 141/20
145/7 145/10 145/11
150/9 161/19 175/13
176/21 190/25 192/6
233/24
factor [1] 191/21
factors [1] 190/18
Factory [2] 8/20
8/23
facts [5] 12/14 40/18
101/13 127/7 232/13
factual [2] 141/1
141/24
faculty [1] 128/14
failed [2] 62/15
142/24
fair [6] 12/25 55/14
55/17 99/18 170/14
227/8
fairly [3] 13/21
115/1 118/14
faith [1] 128/12

fall [4] 132/1 132/4
162/4 162/16
falls [1] 9/3
false [1] 145/18
familiar [28] 36/9
38/2 40/5 40/9 40/13
50/1 50/24 50/25 51/5
51/7 53/2 53/3 87/9
93/24 119/17 153/24
157/7 161/9 161/22
165/8 168/3 171/25
172/16 176/24 177/10
203/2 203/4 206/22
family [7] 127/19
159/3 188/1 190/23
191/25 214/13 220/20
famous [3] 11/1
138/18 184/7
fantastic [1] 172/20
far [10] 59/22 61/17
72/2 157/14 165/23
189/23 196/10 198/4
212/22 227/11
fascinating [1]
186/2
Father [1] 22/22
fault [1] 111/5
fear [1] 138/15
fearing [1] 82/8
feasible [1] 30/4
featured [1] 207/9
features [1] 124/11
February [6] 6/12
40/5 125/5 127/17
128/24 170/20
February 14 [3]
6/12 125/5 128/24
February 24 [1]
127/17
federal [2] 141/14
141/18
feel [7] 69/13 69/13
129/14 129/17 129/18
129/20 129/21
feeling [1] 76/14
feelings [1] 137/3
feet [11] 13/23
14/10 25/4 25/5 27/8
35/25 43/22 59/20
59/21 62/11 125/19
FELDMAN [1] 1/15
fell [1] 233/12
fellow [1] 129/25
felt [2] 106/20 169/7
fence [7] 20/22
20/22 20/22 20/23
20/23 48/3 61/19
ferried [1] 211/7
festival [7] 14/18
14/19 142/18 142/19
170/4 175/14 175/24
festivals [1] 68/17

few [8] 16/25 32/20
139/12 156/16 167/6
174/23 179/3 179/4
field [1] 164/9
figure [1] 137/24
file [11] 4/24 227/2
227/18 228/19 229/22
230/14 231/8 232/4
234/6 234/9 234/12
filed [22] 4/22 5/18
38/5 39/14 109/8
109/16 114/10 114/18
115/7 119/4 227/1
227/10 228/19 228/21
229/21 229/23 230/17
230/18 231/16 232/3
232/12 233/7
filing [9] 114/25
226/5 226/10 226/14
226/17 228/10 231/14
232/7 233/19
filled [1] 176/5
Fillipe [3] 150/15
150/16 219/18
filming [1] 57/22
final [1] 104/23
finalized [2] 55/10
98/3
finally [2] 145/17
213/4
finance [1] 8/15
financials [1] 10/12
find [9] 90/23 125/25
126/2 130/25 145/11
159/23 202/14 217/6
221/23
fine [16] 51/9 65/9
97/9 106/23 116/5
126/8 139/19 139/19
143/6 143/7 143/14
146/19 146/23 150/11
220/5 228/13
finish [6] 65/1 112/2
112/3 113/20 117/5
127/13
finished [2] 126/13
214/20
finishing [1] 88/16
fire [21] 16/14 16/17
17/1 17/2 27/6 49/14
49/16 49/18 51/2 51/6
51/16 60/5 60/8 60/23
75/23 87/13 89/5
89/21 123/19 144/10
146/4
firing [1] 21/9
first [49] 9/11 14/13
22/23 23/4 41/10
41/21 43/3 48/22
49/17 53/17 53/19
56/4 57/21 68/9 68/11
80/12 87/24 88/2 89/3

92/16 92/23 93/9
94/18 109/12 109/19
110/10 117/23 127/24
131/2 132/23 132/24
132/25 133/9 136/14
136/20 140/8 149/13
150/12 159/3 171/17
180/15 181/9 202/16
205/16 205/17 206/7
215/3 216/21 222/16
Fish [1] 71/24
fit [1] 15/22
FIU [1] 128/21
five [19] 8/9 14/1
50/17 59/18 66/18
66/19 89/19 102/20
105/9 105/10 123/13
123/14 124/15 176/5
203/11 206/20 214/21
218/13 219/12
fix [3] 30/17 56/3
210/10
fixation [1] 137/23
fixed [2] 204/2
209/14
fixing [1] 201/2
Flagler [1] 1/16
flank [1] 166/15
flew [1] 217/3
floor [6] 27/5 49/17
49/19 55/4 55/9
176/20
floors [1] 176/20
FLORIDA [28] 1/1
1/5 1/13 1/17 1/19
1/22 2/4 4/6 9/6 26/1
36/2 61/4 65/11 89/6
120/19 121/12 128/20
132/1 141/14 152/3
160/20 183/10 188/11
193/9 200/12 201/24
218/20 234/24
flown [1] 216/23
flying [1] 5/10
focus [4] 158/24
160/17 169/3 173/1
focused [3] 32/7
198/19 198/21
focuses [2] 15/19
15/22
folks [3] 90/14
178/11 221/21
follow [1] 87/1
followed [4] 160/25
161/1 231/21 233/16
following [8] 52/19
52/21 98/18 114/10
114/11 128/9 219/13
231/18
fond [1] 127/14
food [12] 10/1 12/7
17/15 23/24 24/1

**F**

**food... [7]** 24/10
24/11 71/20 71/20
71/21 94/11 154/2
**foot [4]** 20/23 62/12
62/13 165/14
**football [1]** 8/15
**force [5]** 30/7 30/10
75/18 104/4 143/7
**forced [1]** 104/2
**foregoing [1]** 234/20
**foremost [3]** 68/11
109/12 109/19
**forget [2]** 85/5
150/15
**forgetting [1]**
133/17
**forklifts [1]** 27/14
**form [1]** 121/19
**formal [3]** 186/10
186/11 189/13
**former [1]** 161/14
**formerly [1]** 183/12
**formulate [2]** 56/16
216/6
**FORT [7]** 1/2 1/5 9/8
29/10 51/19 128/21
234/24
**forth [8]** 66/25 72/19
75/16 75/25 80/22
82/11 136/22 142/25
**fortunate [1]** 72/5
**forward [6]** 110/11
153/22 179/4 179/13
180/2 198/6
**fought [2]** 62/7
97/10
**found [6]** 61/1 61/2
97/8 137/18 145/4
148/3
**foundation [40]**
12/4 20/1 21/3 28/4
29/23 62/22 63/9
70/16 73/25 77/20
78/8 81/14 83/13
83/20 90/1 105/19
138/23 155/6 155/12
159/11 167/9 175/16
177/4 178/25 179/15
180/23 181/10 194/23
195/4 197/1 197/13
200/13 201/9 203/10
205/15 207/12 209/2
209/10 209/24 212/5
**founded [2]** 12/6
194/3
**four [9]** 9/3 15/10
40/17 63/1 108/5
170/8 170/9 219/22
219/25
**Frank [1]** 190/9

**Frankly [1]** 144/23
**free [1]** 195/19
**frequently [2]**
155/18 155/19
**Friday [32]** 17/6
68/17 80/15 112/22
168/7 168/12 169/16
170/7 170/8 170/9
170/21 170/23 171/8
172/20 174/24 175/10
175/12 176/6 177/16
178/11 178/11 178/23
184/2 184/25 192/24
196/17 196/18 196/24
198/1 212/18 225/23
225/25
**Fridays [4]** 11/22
80/14 169/15 212/17
**friends [2]** 159/15
169/19
**front [12]** 30/16
30/19 37/6 48/16
80/19 108/4 126/5
166/16 171/1 175/21
207/10 208/14
**full [7]** 17/4 66/3
68/15 80/21 93/21
97/12 136/21
**fuller [70]** 1/4 4/8
11/9 14/18 15/8 21/19
28/2 31/23 31/24 33/9
42/19 52/2 81/11
81/15 81/19 82/2
82/14 85/1 86/7 86/25
114/15 115/1 117/12
117/25 118/15 118/22
124/25 138/6 142/11
143/1 145/15 149/9
152/22 152/25 153/1
153/9 153/24 154/4
154/14 155/4 155/10
157/20 158/3 158/24
158/25 159/23 160/17
162/13 163/25 164/14
165/14 165/23 166/25
167/16 167/17 168/18
174/16 175/6 178/19
179/5 182/3 184/8
197/6 199/22 200/7
200/10 200/21 201/12
201/17 210/8
**Fuller's [4]** 114/3
142/18 142/21 170/11
**Fuller/Martin [1]**
117/12
**fun [1]** 128/23
**function [3]** 120/9
122/20 123/18
**fundraiser [1]** 133/5
**funds [4]** 34/4 34/8
34/11 135/1
**furnish [1]** 5/1

**furniture [1]** 156/10
**further [16]** 27/12
31/1 58/23 63/12
83/24 93/8 105/5
108/17 110/1 139/3
182/19 210/3 214/16
214/18 216/2 219/18
**fusion [1]** 172/19
**Futurama [24]**
142/21 142/23 148/4
148/19 148/20 148/22
148/24 174/7 174/11
174/13 174/18 174/22
175/4 175/11 175/14
175/20 175/24 176/3
176/7 176/9 176/12
177/13 178/22 197/5
**future [3]** 42/9 76/11
81/23

**G**

**G-E-O-R-G-E [1]**
151/15
**G-R-E-E-N [1]** 7/20
**gain [1]** 219/2
**galleries [1]** 168/15
**game [2]** 7/11 7/13
**garage [1]** 225/20
**garages [1]** 134/17
**Gardner [1]** 4/15
**gate [2]** 84/9 126/4
**gathering [1]** 202/8
**gave [5]** 34/16 76/7
78/19 132/14 214/22
**gear [1]** 17/4
**gem [1]** 67/9
**general [34]** 8/24
9/1 9/2 9/11 9/17
10/12 18/12 31/12
34/10 37/23 39/6 39/7
53/2 53/17 54/21
54/23 64/14 66/1 66/3
66/14 66/17 71/9
72/10 72/15 72/16
74/22 76/8 83/6 83/16
84/10 84/16 95/1
96/19 97/20
**generally [7]** 50/6
50/8 113/22 114/2
124/25 140/24 185/9
**generate [1]** 231/16
**generates [1]** 145/9
**gentleman [4]** 32/25
45/7 63/2 85/14
**gentleman in [1]**
32/25
**gentleman was [1]**
63/2
**gentleman who [1]**
45/7
**gentlemen [5]** 7/9
31/25 108/19 216/5

224/20
**George [55]** 112/14
139/16 140/3 141/11
142/9 144/2 144/11
147/18 148/2 148/5
150/22 151/9 151/15
151/19 151/21 152/22
154/24 157/7 158/2
159/22 160/5 160/17
161/9 162/11 162/20
163/4 164/14 166/11
166/24 169/3 170/4
171/25 172/16 174/4
175/4 177/10 178/5
178/18 179/6 179/18
179/20 179/25 180/5
180/11 181/3 181/15
181/15 181/25 182/18
183/2 183/4 189/23
210/20 215/12 215/14
**get [38]** 14/7 16/22
19/4 26/2 37/25 40/10
41/21 46/5 47/22
54/11 56/5 59/21
67/19 76/9 92/21
105/22 105/22 114/20
115/5 116/3 116/4
118/19 120/12 123/21
127/9 130/5 138/1
149/21 186/9 195/20
196/4 199/18 217/9
218/17 222/18 225/6
227/11 229/25
**gets [2]** 10/15 120/5
**getting [15]** 33/6
51/20 51/21 79/7 93/8
115/3 133/2 137/12
152/17 166/20 195/3
197/11 197/20 203/18
218/10
**girl [1]** 44/18
**give [16]** 20/24
32/11 40/12 61/9
64/18 128/13 130/2
139/12 139/20 140/6
143/5 150/24 193/18
223/24 226/12 226/20
**given [9]** 83/25 84/2
84/12 111/6 150/9
214/21 214/25 228/2
228/2
**giving [5]** 128/11
143/14 180/12 181/16
233/13
**glad [2]** 35/16 88/24
**gladly [2]** 129/15
129/16
**glass [1]** 8/5
**go [108]** 12/5 13/10
14/21 15/2 15/15
16/21 16/23 16/24
17/15 19/5 23/10

23/16 23/23 24/3
25/15 30/11 30/11
38/19 42/14 42/23
46/14 46/17 46/19
47/2 47/22 48/9 51/2
59/12 59/24 68/4
68/22 68/24 81/5
81/22 82/11 82/12
85/7 87/14 87/18
87/18 88/14 88/23
89/12 89/13 94/8
95/14 97/4 98/7 98/8
99/6 99/18 100/16
102/3 103/15 104/6
106/19 106/22 109/25
114/8 116/12 120/20
121/1 124/3 124/18
124/23 125/8 125/14
130/7 137/11 142/25
145/21 148/4 149/16
150/6 150/25 153/20
157/14 161/5 161/20
164/5 165/15 169/5
184/22 184/24 185/14
188/11 190/18 192/5
196/11 202/15 205/12
206/17 206/25 211/2
215/6 216/16 216/18
220/19 222/9 224/21
225/4 225/7 225/8
226/20 227/1 229/4
230/21 231/11
**goal [1]** 30/12
**God [1]** 227/3
**goers [1]** 185/6
**goes [13]** 6/2 25/14
87/2 103/23 128/16
133/14 133/18 146/21
154/6 154/7 154/8
155/16 220/8
**going [121]** 6/2 6/25
7/2 10/19 11/22 17/8
17/12 22/16 23/21
28/11 32/18 41/10
42/14 46/14 46/17
46/19 47/7 47/22 51/6
52/3 53/21 57/17
60/19 67/17 67/17
68/14 68/17 70/5
70/11 74/10 74/17
86/15 87/20 88/10
90/23 92/14 98/9
102/5 102/23 104/14
104/18 108/19 109/24
110/1 111/7 111/20
114/11 117/20 117/21
119/21 120/20 121/6
121/7 124/8 125/12
126/17 129/11 129/25
130/4 131/14 132/16
137/1 140/12 140/17
140/18 140/20 141/21

**G**

going... [54] 141/23
142/3 142/19 143/7
143/8 143/11 143/11
145/7 147/1 147/22
148/13 148/20 149/3
149/16 149/19 150/17
153/21 157/17 162/20
168/17 169/24 171/11
176/4 178/9 178/14
178/21 178/22 184/21
185/7 189/3 189/10
193/5 193/8 194/7
196/15 198/13 202/4
203/15 204/21 206/25
218/4 220/11 220/22
223/15 224/4 224/5
224/20 226/22 228/9
228/12 229/22 231/4
231/12 234/3
gone [1] 78/15
Gonzalez [16]
111/24 113/15 113/17
116/15 128/4 128/6
134/25 135/17 144/4
145/25 146/7 169/9
192/22 193/1 193/8
193/18
good [42] 4/11 4/13
4/14 7/8 7/10 7/12
8/4 8/5 14/5 14/23
15/22 17/13 17/16
31/9 31/10 41/5 42/19
42/20 42/21 63/14
64/11 64/12 84/7
102/2 106/9 106/21
117/8 128/6 128/7
134/1 134/18 137/6
145/19 151/21 151/22
154/17 183/4 183/5
183/18 184/17 225/4
234/15
goods [3] 165/17
165/18 212/2
got [40] 8/21 9/15
9/15 14/14 23/4 23/4
23/19 30/18 39/9
39/19 40/22 49/23
49/24 56/23 56/24
57/22 62/6 62/9 62/11
69/16 71/9 72/8 72/20
77/25 101/9 101/9
102/7 114/15 117/11
118/23 132/17 137/12
157/21 194/12 194/18
195/7 198/11 199/1
216/24 218/16
gotten [5] 51/15
74/24 186/18 191/20
191/21
governed [1] 120/15

governing [1]
119/25
government [1]
138/15
Governor [2] 59/8
59/11
graduated [1] 64/25
grand [1] 104/8
grandmother [1]
44/18
granted [14] 5/22
18/22 26/12 73/7
77/16 79/18 92/20
95/6 98/14 166/6
171/20 172/10 177/24
208/4
gravitas [1] 145/16
great [14] 26/25
137/19 138/13 138/14
138/20 148/11 158/18
159/8 159/15 167/23
169/15 171/6 171/9
190/3
greatly [2] 74/9
200/12
green [18] 4/19 7/19
7/19 8/2 8/4 12/23
18/7 18/25 26/15 31/7
31/9 37/6 57/17 57/21
57/22 58/4 59/2 63/13
grounds [3] 19/17
107/2 167/10
group [5] 1/10 13/8
49/21 52/2 59/25
groups [2] 187/19
193/2
Grove [3] 185/7
189/6 189/7
grown [1] 185/22
growth [4] 188/14
188/18 192/21 195/9
Grubhub [1] 24/4
guess [5] 50/3 62/4
141/22 164/23 219/17
guest [3] 65/20
66/11 68/14
guests [6] 17/7
17/10 61/24 65/23
74/8 146/3
guide [5] 141/24
142/17 148/3 152/10
152/12
guidelines [1]
100/25
guilty [1] 97/8
guns [1] 17/5
Gutchess [6] 1/11
4/12 110/10 112/13
116/7 223/5
guy [3] 8/10 16/20
148/13
guys [6] 7/11 16/24

23/20 24/6 51/6
103/13

**H**

H-A-R-D [1] 219/17
ha [2] 131/1 184/17
had [156] 8/19
11/12 12/7 12/8 12/10
14/13 16/9 16/17 17/2
17/7 19/13 21/19 22/9
22/11 23/13 25/11
25/18 27/10 27/21
28/2 29/2 34/1 34/1
34/19 35/20 49/14
51/13 51/13 52/3
56/20 59/4 60/4 60/5
60/8 68/19 68/21 69/6
69/20 69/24 71/3 71/7
74/10 74/23 78/2
78/11 78/11 79/11
80/3 80/6 81/22 90/15
90/22 91/1 96/13
97/9 101/7 104/5
105/21 109/9 110/22
110/23 111/6 113/21
113/24 114/10 114/14
118/2 118/15 118/25
119/3 122/10 123/8
123/20 124/8 124/11
125/19 128/17 129/5
130/2 130/3 130/4
130/20 130/22 131/7
131/14 132/18 133/5
134/18 135/7 135/18
137/17 137/23 138/25
144/25 150/4 150/12
152/8 159/5 159/8
159/23 164/22 164/23
165/5 165/17 168/2
168/2 169/15 169/18
169/20 169/21 170/16
171/9 171/10 173/6
175/14 176/2 176/5
181/8 185/6 185/23
187/17 188/6 188/8
192/25 194/6 194/21
196/9 196/17 198/22
199/2 207/10 209/23
210/8 210/12 210/24
211/11 211/13 212/9
215/23 216/10 216/23
217/2 218/11 219/1
221/25 225/25 226/20
227/4 227/15 228/12
229/16 230/18 230/24
231/8 232/5 232/6
hadn't [2] 179/4
221/7
half [5] 25/6 25/6
78/4 161/21 224/21
hall [5] 21/20 124/6
156/4 207/10 213/22

Hallandale [2] 9/9
29/10
hand [7] 5/1 7/14
63/19 101/20 151/10
194/6 215/3
handle [2] 221/17
224/22
handled [1] 234/11
handles [1] 119/6
hanging [1] 92/7
happen [12] 25/9
26/18 67/20 74/10
80/11 106/14 106/25
129/13 138/17 178/21
194/13 220/12
happened [26] 17/2
20/15 20/17 28/23
56/10 76/12 109/18
117/23 118/1 118/9
118/9 118/24 118/24
132/17 144/6 167/8
167/25 168/2 178/24
195/13 195/23 197/9
225/25 232/14 232/14
232/22
happening [5] 18/11
67/18 104/11 196/24
217/6
happens [4] 109/23
138/16 185/21 195/23
harassed [4] 16/13
33/6 60/21 86/13
harassing [2] 32/25
33/6
harassment [4] 5/12
23/11 29/4 68/6
Hardemon [1]
117/17
Harry [1] 159/5
has [87] 6/12 13/14
16/1 16/9 20/15 20/17
21/17 25/6 30/20
30/23 30/25 33/14
33/16 39/6 51/14
52/12 53/7 59/10 66/4
67/9 69/20 77/15
78/11 82/4 85/10
86/10 86/12 86/21
87/21 88/1 88/1 92/1
92/18 95/4 95/10
97/16 100/4 109/17
111/14 111/15 111/25
120/1 131/24 132/8
140/2 140/15 141/11
141/20 142/9 143/13
143/13 145/3 146/6
148/8 154/20 159/11
168/16 173/22 175/13
181/7 186/7 186/12
187/10 188/14 189/17
197/6 199/2 199/12
199/14 200/21 200/24

201/17 207/24 216/25
217/4 218/24 219/1
219/3 219/18 220/10
222/25 224/4 230/3
230/15 231/1 233/16
233/16
hate [1] 223/25
hats [1] 10/9
Havana [66] 11/16
28/16 34/17 34/17
80/14 82/12 83/23
87/15 134/14 140/13
140/19 141/22 142/22
153/2 153/3 155/2
155/22 160/9 160/10
169/22 170/22 176/11
176/25 177/3 178/10
178/11 178/14 178/24
179/13 180/2 180/12
180/12 182/12 182/16
183/20 183/22 184/11
184/14 184/23 185/13
185/16 185/20 186/2
186/15 186/17 186/21
187/12 187/15 187/25
188/11 189/23 190/7
190/13 190/19 190/20
192/5 192/9 192/19
195/9 196/15 198/2
198/14 213/15 213/19
214/9 214/14
have [349]
haven't [4] 20/3
155/18 156/14 189/13
having [24] 25/3
30/11 42/21 43/9
61/24 94/1 94/11 96/5 96/6
101/10 111/18 111/19
111/21 120/3 137/10
141/15 147/8 148/14
196/13 203/2 229/24
230/17
HBO [1] 22/21
he [182] 11/11 11/11
11/14 15/1 15/1 15/2
15/2 15/3 15/22 16/20
19/4 20/8 20/8 23/15
23/16 28/5 28/6 28/8
28/12 28/12 28/13
28/16 28/17 28/17
28/18 29/24 30/3 30/7
30/10 30/17 33/5 33/6
33/16 36/17 36/17
36/17 38/10 40/20
40/20 43/11 45/12
45/16 46/16 46/17
46/18 46/20 47/22
47/25 48/1 59/19
60/17 60/17 60/22
61/15 62/23 63/10
69/8 69/16 72/17

**H**

**he... [123]** 72/19
74/11 74/23 74/24
74/24 74/25 75/4
81/14 82/2 82/4 82/6
82/7 82/11 82/11
84/11 84/11 86/15
86/18 86/21 87/2 87/4
87/21 87/23 88/1 88/1
90/19 91/11 91/17
91/19 91/22 91/25
92/1 92/18 93/9 95/4
95/10 105/14 105/21
106/2 107/9 110/22
110/23 110/23 111/9
111/15 111/16 111/16
112/3 116/21 124/8
124/11 124/12 129/5
130/2 130/4 132/24
133/5 133/24 134/6
135/10 137/13 137/18
137/24 139/16 140/5
140/6 140/15 140/16
140/24 141/4 141/4
141/4 141/14 141/18
141/20 142/10 142/13
142/14 142/20 142/24
143/13 143/13 144/2
144/3 144/12 146/6
148/15 149/25 150/15
150/20 150/24 151/1
155/14 158/6 159/2
163/10 165/5 165/14
167/10 170/13 179/2
179/17 193/11 194/1
194/6 194/6 194/24
197/2 200/10 200/24
201/15 201/19 206/13
207/20 208/16 213/21
213/21 220/7 220/15
220/18 222/9 223/6
223/6

**He'd [2]** 14/18 20/10
**He'll [1]** 150/1
**he's [58]** 11/10
14/25 21/18 21/19
21/22 28/9 28/18
28/19 28/22 46/18
47/19 47/22 70/9
81/20 83/7 85/20
86/14 86/14 95/4
95/10 110/19 111/8
111/17 111/18 111/19
111/21 117/3 138/24
140/11 140/17 140/18
141/23 142/16 142/17
142/18 142/24 147/5
147/22 149/22 150/16
150/17 160/13 166/20
167/17 169/4 170/13
200/11 205/14 206/14

213/24 218/11 218/12
218/25 220/11 220/22
222/8 222/13 225/25
**head [6]** 106/10
127/4 134/14 148/15
170/14 170/15
**headed [1]** 178/18
**heads [2]** 133/11
225/2
**health [3]** 66/6
220/3 223/17
**hear [13]** 14/9 43/18
59/19 62/12 68/17
72/8 79/9 79/11 79/12
80/21 202/23 210/16
219/23
**heard [22]** 20/17
31/11 35/25 36/7
46/10 46/13 47/11
61/12 62/6 62/9 62/10
102/2 102/4 131/13
131/14 148/12 186/25
210/3 223/5 223/21
227/12 231/21
**hearing [1]** 148/18
**hearsay [26]** 19/9
21/13 28/24 38/20
41/1 71/12 71/16
72/22 72/24 75/6 95/7
141/7 141/8 155/7
155/13 159/18 160/1
160/13 167/9 169/25
175/15 177/5 178/25
179/16 202/22 202/24
**heart [2]** 219/16
219/16
**Heat [1]** 225/4
**heavily [1]** 187/8
**heavy [1]** 188/5
**Heisenbottle [1]**
201/24
**held [7]** 80/19
143/23 162/12 170/6
170/7 173/2 175/11
**help [3]** 13/12 195/8
219/3
**helped [1]** 122/14
**helps [2]** 100/4
147/18
**her [19]** 71/7 74/3
74/3 76/19 216/24
217/1 217/3 217/5
217/9 217/11 217/12
221/21 223/21 223/21
224/3 224/7 227/15
229/3 229/18
**Herald [1]** 110/4
**here [71]** 5/13 5/20
17/8 24/22 28/11
36/25 40/10 40/12
41/25 43/11 43/14
43/20 44/19 54/20

55/15 55/16 56/9
56/16 57/23 67/18
79/21 98/18 99/7
99/11 101/6 101/19
107/11 107/11 111/9
112/3 117/16 118/8
120/19 129/8 129/12
138/17 140/16 141/21
147/11 149/25 150/1
150/17 150/20 150/23
150/25 151/1 151/25
152/17 152/17 153/6
169/4 188/18 211/19
216/14 216/23 217/4
218/2 218/20 220/12
221/11 224/5 224/6
224/7 225/7 225/9
225/25 227/9 229/24
230/4 231/25 232/24
**hereby [1]** 234/20
**heritage [1]** 67/10
**hey [5]** 16/21 67/17
72/18 80/9 104/6
**hi [1]** 67/17
**Hialeah [3]** 150/19
150/21 218/20
**hide [1]** 61/3
**hierarchy [1]** 122/22
**high [7]** 64/25 90/20
138/8 138/9 152/8
218/23 219/10
**higher [3]** 126/6
219/2 219/15
**highlight [1]** 48/15
**highly [1]** 144/8
**Hilary [1]** 126/25
**hill [1]** 168/17
**him [66]** 20/12 21/9
21/20 22/15 25/2
29/17 33/6 47/20
56/24 60/10 60/10
60/14 60/16 60/16
60/18 69/15 81/21
86/17 86/24 87/23
88/15 88/15 92/16
92/18 93/7 94/17
95/12 110/17 111/20
112/1 117/13 117/15
124/21 134/4 135/16
139/3 139/10 141/2
141/17 143/11 143/14
146/13 148/23 149/21
150/25 151/1 153/13
155/19 155/19 159/19
166/21 170/1 205/17
215/25 216/1 220/8
220/15 220/16 220/21
221/7 221/8 223/22
224/3 225/24 225/24
227/14
**Himble's [1]** 156/5
**himself [4]** 21/7

69/7 69/8 117/10
**HIPAA [1]** 150/10
**hire [2]** 123/19
141/24
**hired [6]** 9/15 14/14
29/19 97/7 97/7
199/20
**his [69]** 14/19 20/8
21/10 28/3 28/13 30/6
30/11 35/22 44/18
47/16 47/19 68/22
80/24 86/18 86/22
91/25 95/8 105/21
111/10 124/5 124/6
124/8 124/9 124/10
124/11 124/20 124/21
124/23 132/23 132/24
133/4 133/22 137/7
137/8 139/3 139/17
139/20 140/20 140/22
140/25 141/6 141/7
141/18 143/12 143/13
143/14 150/15 150/24
179/21 184/8 190/8
193/19 200/7 200/10
201/19 215/25 218/6
218/14 218/14 218/25
219/2 219/4 219/7
219/9 219/13 219/21
219/24 220/20 223/17
**historian [6]** 140/11
141/15 152/5 152/7
179/19 208/25
**historian's [1]**
201/21
**historic [30]** 140/18
143/14 154/20 186/4
186/10 186/11 186/12
186/13 186/16 186/17
186/21 186/22 186/23
187/3 187/4 187/6
187/14 189/8 189/12
189/18 189/19 189/25
190/6 199/11 199/13
199/16 199/21 201/7
201/13 209/20
**historical [12]**
132/16 134/8 136/22
140/6 154/5 154/15
157/19 159/22 160/13
168/23 185/6 201/6
**historically [3]**
160/8 200/22 210/25
**history [39]** 9/7
10/20 10/24 11/4
11/10 34/16 65/5 93/6
140/12 141/11 142/22
142/23 142/25 147/21
148/2 148/15 152/2
152/3 153/14 153/14
154/18 155/22 157/21
158/8 158/9 160/18

169/13 170/20 170/22
177/15 177/17 178/10
178/14 178/18 183/12
187/17 190/2 198/21
201/15
**hit [3]** 57/22 104/7
126/4
**hmm [14]** 100/23
102/4 152/16 161/24
165/10 168/5 170/23
183/17 183/24 184/4
193/14 196/19 202/10
204/25
**hold [6]** 39/19 80/15
131/20 138/8 166/17
193/25
**holdings [2]** 155/20
155/21
**holds [1]** 131/25
**hole [1]** 27/11
**holiday [2]** 159/15
208/10
**hollow [1]** 77/8
**home [4]** 37/20
74/25 133/1 161/20
**homes [5]** 136/10
188/1 190/23 191/25
214/13
**honest [1]** 231/12
**Honestly [1]** 233/10
**Honor [131]** 4/18
4/20 4/22 5/9 6/10
7/1 7/22 12/19 18/2
18/21 24/14 24/21
25/13 26/11 28/24
33/3 34/12 38/8 38/20
41/1 47/8 49/7 50/15
52/22 53/24 54/9
55/19 56/12 57/2
58/16 58/21 63/17
64/21 67/25 69/1
72/24 73/6 79/17 85/7
87/20 92/14 92/22
94/16 95/3 95/7 95/13
97/17 98/10 99/13
104/19 105/3 109/7
109/12 110/15 110/19
111/1 111/5 111/6
111/24 112/2 113/13
115/25 116/2 116/23
117/3 119/23 124/13
134/10 135/2 135/13
135/16 136/14 138/10
139/2 139/11 139/23
140/10 142/1 142/8
143/19 144/15 145/17
145/23 146/17 150/6
151/3 156/24 157/22
159/10 159/18 160/12
162/5 162/22 163/10
163/20 166/3 166/8
166/20 168/22 169/10

**H**

**Honor... [31]** 173/7
173/25 177/4 177/19
177/22 179/20 180/15
180/22 181/9 181/18
182/6 205/4 205/12
205/14 206/11 206/13
209/9 214/18 215/5
216/13 216/19 218/10
218/17 219/20 225/18
226/8 226/18 227/21
228/1 232/2 233/18
**Honor's [1]** 223/23
**HONORABLE [3]** 1/8
4/7 234/23
**honored [1]** 171/8
**hope [1]** 220/8
**horrible [4]** 74/19
78/2 138/15 138/16
**hospital [6]** 133/1
154/10 160/6 160/7
160/10 223/1
**hospitality [16]** 8/7
8/8 8/22 9/22 9/24
19/12 23/7 29/19
31/15 31/18 31/20
49/2 65/2 65/6 65/21
80/3
**hospitalized [1]**
111/16
**hosting [1]** 180/4
**hotel [53]** 142/11
143/23 143/25 144/3
144/5 144/9 144/12
144/18 145/5 146/1
146/3 154/12 159/3
160/5 160/5 160/19
161/14 161/14 161/16
162/4 162/13 163/16
163/25 164/6 164/6
164/18 164/19 184/5
184/10 184/15 199/1
199/11 199/15 199/24
200/1 200/21 202/6
202/12 203/2 203/6
203/8 203/13 203/15
204/2 205/23 206/1
206/4 207/3 207/11
207/22 208/11 209/14
215/15
**Hotel's [1]** 146/6
**hotly [1]** 144/3
**HOTTE [1]** 1/15
**hour [9]** 13/19 13/22
14/2 50/22 87/9 88/9
100/24 139/18 161/21
**hourly [5]** 10/4 34/2
59/25 62/14 68/9
**hours [19]** 11/20
16/25 17/2 17/3 35/9
60/22 60/22 60/23
60/24 66/23 66/23
66/24 67/1 75/17 88/2
88/6 211/25 212/1
221/5
**house [11]** 24/3
37/16 37/17 136/8
136/9 136/18 136/19
136/20 136/21 136/23
217/11
**housekeeping [1]**
5/15
**how [54]** 7/9 16/8
16/12 20/25 21/24
22/4 29/17 31/9 42/16
50/5 55/1 56/9 56/21
60/12 60/14 62/1
66/16 67/13 67/20
73/16 81/23 82/19
82/20 84/7 102/16
102/23 103/11 103/18
104/1 105/8 116/21
123/25 133/7 139/17
142/25 144/20 144/24
145/18 148/5 152/7
152/24 161/18 164/1
165/3 172/19 181/16
191/18 204/6 217/12
221/3 222/2 228/6
228/7 234/12
**how's [1]** 67/17
**HR [3]** 9/4 10/10
10/13
**huge [3]** 25/7 77/11
118/20
**hundred [7]** 11/20
13/23 21/22 35/25
62/13 187/9 228/21
**HUSS [1]** 1/15
**Hypothetical [2]**
52/22 55/19

**I**

**I got [1]** 132/17
**I will [12]** 112/2
112/3 112/10 116/4
129/14 149/24 169/1
182/21 206/20 220/6
221/13 223/12
**I'd [22]** 12/16 24/24
32/10 32/19 40/10
41/9 50/19 53/15
53/25 54/8 55/1 57/9
80/12 92/11 92/17
95/13 97/15 128/25
131/15 158/6 174/23
177/22
**I'll [19]** 32/11 32/19
53/20 57/19 75/4
92/18 100/11 129/4
130/3 161/20 188/8
200/18 202/15 206/17
214/8 215/9 218/5
222/15 222/17
**I'm [127]** 8/7 9/23
10/12 10/13 10/18
13/25 18/16 32/18
33/16 33/24 35/16
35/20 35/20 36/9 38/2
40/7 40/12 40/12
40/14 43/11 46/14
46/17 46/17 47/7
47/11 48/23 49/1 50/8
50/24 51/5 51/7 51/25
52/24 53/21 55/8 56/7
57/17 70/11 76/8
76/11 81/23 87/20
88/24 92/14 93/16
96/7 96/8 98/4 98/9
100/17 104/18 104/19
107/8 107/11 107/11
110/1 115/3 118/8
119/21 120/5 120/22
121/6 121/7 124/5
125/12 126/17 127/25
133/12 133/17 136/20
143/7 143/8 143/10
144/15 146/8 148/9
148/18 148/20 150/1
151/25 152/5 154/25
162/20 170/15 170/21
176/14 181/4 181/13
181/21 186/19 188/17
189/10 189/16 190/10
190/14 191/11 192/20
198/8 198/10 198/21
202/4 203/4 204/21
206/7 214/20 217/23
218/16 219/8 220/9
220/12 223/9 224/4
224/5 227/1 227/7
227/22 227/24 230/3
230/5 231/9 231/11
231/12 231/12 232/21
232/21 232/25 233/18
**I've [63]** 5/18 8/18
14/12 16/11 16/13
19/21 20/17 28/6 29/2
29/7 29/11 30/22
51/13 51/13 56/23
56/24 65/6 65/11
66/12 68/21 72/4 72/4
72/5 76/8 80/17 83/22
94/12 94/23 95/1 95/1
96/3 103/12 109/22
117/11 128/17 128/17
128/19 143/3 147/6
147/10 147/11 152/13
152/19 155/17 156/14
172/1 172/1 172/2
183/9 186/25 198/11
199/20 201/14 201/21
201/22 206/7 210/3
215/25 216/1 223/20
227/24 228/12 233/19

**I-95 [1]** 185/17
**Ice [1]** 15/21
**iconic [1]** 187/21
**idea [17]** 33/24 48/6
52/13 102/11 144/20
165/13 168/2 196/6
196/10 197/18 201/18
204/8 208/22 208/24
209/13 210/4 212/3
**identified [6]** 32/18
122/2 141/14 186/22
190/7 204/22
**identify [2]** 141/19
191/12
**identifying [1]**
117/10
**if [176]** 5/1 9/23
11/12 17/12 17/17
17/24 18/14 18/18
24/9 26/8 26/25 28/5
29/24 31/11 33/16
33/20 38/10 39/4
40/12 40/20 42/10
47/11 48/6 48/13 49/1
51/3 52/18 55/1 55/8
55/16 62/23 63/10
65/12 67/12 69/24
70/19 71/3 71/24 73/3
74/1 74/10 77/8 79/14
84/1 86/14 88/2 94/18
95/12 96/7 96/8 99/15
100/4 100/17 104/12
106/2 106/9 109/7
109/23 109/24 111/8
111/19 111/21 111/21
111/25 114/14 114/15
114/20 115/9 115/15
116/23 118/1 118/3
118/9 118/9 118/12
118/23 118/23 122/25
125/22 126/17 128/1
129/5 129/7 129/15
130/2 130/7 130/9
130/19 131/14 131/24
132/8 133/22 135/11
135/23 136/1 136/6
136/10 136/12 136/18
138/6 138/19 139/12
139/24 142/1 143/6
143/16 145/16 145/23
146/11 148/20 148/24
148/25 150/11 153/20
154/4 154/14 155/14
155/15 156/18 157/2
160/17 161/5 161/6
162/17 162/21 165/24
167/10 169/3 171/13
171/22 172/4 172/12
174/4 174/10 175/1
176/13 178/5 179/2
179/17 181/4 184/3
184/3 184/21 190/5
191/11 192/5 192/20
194/24 197/2 197/16
197/23 205/3 205/24
207/20 208/22 209/13
211/13 212/1 212/3
212/24 214/19 217/21
217/22 218/17 218/18
219/17 220/3 221/9
222/7 223/10 223/24
224/5 225/7 225/17
231/10 233/19
**if I remember [1]**
212/1
**if you can [5]** 39/4
88/2 161/6 169/3
178/5
**II [1]** 1/4
**ill [1]** 111/8
**illegal [1]** 99/1
**illegally [1]** 78/20
**illuminated [1]** 89/4
**illustrate [1]** 98/18
**image [4]** 41/14 92/2
161/15 161/16
**images [2]** 161/15
171/9
**imagination [3]**
228/17 231/10 232/21
**immediately [7]**
16/19 16/22 60/10
60/10 60/14 119/1
230/19
**immersive [1]**
208/10
**immigration [2]**
187/13 187/21
**immorality [1]**
138/21
**impact [5]** 21/10
21/24 22/4 28/1
145/13
**impacted [4]** 9/24
21/5 23/5 188/10
**impacts [1]** 29/22
**impetus [1]** 195/3
**implement [1]** 19/25
**implemented [1]**
76/16
**important [4]**
102/15 148/12 189/18
200/6
**importantly [1]**
158/9
**impose [1]** 227/23
**impression [1]**
146/13
**improper [6]** 15/13
19/18 30/8 70/9 74/12
81/1
**impropriety [1]**
226/21
**improve [1]** 67/13

**191/11** 192/5 192/20
194/24 197/2 197/16
197/23 205/3 205/24
207/20 208/22 209/13
211/13 212/1 212/3
212/24 214/19 217/21
217/22 218/17 218/18
219/17 220/3 221/9
222/7 223/10 223/24
224/5 225/7 225/17
231/10 233/19

**I**

improved [2] 164/22
198/9
improving [1]
209/15
in [568]
inaccurate [1] 131/9
inaction [1] 167/6
inactivity [1] 218/13
inappropriate [4]
131/1 226/12 226/23
227/5
incident [3] 18/11
20/2 231/20
incidents [5] 19/24
20/6 20/19 20/25 28/1
include [1] 129/24
included [1] 126/25
includes [3] 54/19
161/2 213/19
including [3] 93/21
119/14 191/6
incorrect [4] 39/9
46/21 51/13 56/2
increase [1] 219/2
increasing [1]
190/12
indeed [3] 111/21
111/22 146/11
INDEX [1] 2/11
indicated [1] 55/16
individual [3] 18/7
129/15 230/11
individuals [2] 79/25
123/10
indoors [1] 25/25
industry [8] 8/18
9/23 9/23 16/12 23/7
50/5 50/7 74/7
inevitable [1] 189/2
influence [1] 11/17
Inform [1] 150/24
information [8]
41/22 61/4 102/7
132/6 140/14 140/15
141/21 141/24
informed [2] 4/23
228/9
informing [1] 113/22
infrastructure [1]
214/11
initially [2] 154/10
164/23
innovative [1]
165/13
inquire [1] 220/4
inquiry [1] 116/24
insane [1] 196/1
inside [28] 25/23
27/16 27/17 30/24
43/22 52/12 59/9
59/20 60/1 60/10
60/12 60/13 60/18
76/3 83/2 94/24 99/2
103/5 103/15 103/15
106/21 110/2 176/4
197/7 208/10 211/13
211/23 212/2
inspect [2] 87/15
88/7
inspecting [1] 63/6
inspections [2] 66/6
89/8
inspector [2] 51/16
99/3
inspectors [2] 69/3
89/6
inspiring [1] 152/8
install [1] 177/17
installation [1]
192/7
instance [3] 16/16
96/22 185/1
instances [6] 20/24
21/17 21/19 21/21
21/22 50/25
instead [2] 65/2
79/12
instilling [1] 154/18
instituted [1] 68/8
Institution [1]
148/14
instruction [1]
153/15
instructions [2]
56/15 224/24
instruments [1]
121/18
insulated [1] 209/8
insulted [1] 129/24
integrated [1]
185/23
integrity [2] 230/13
232/23
intelligence [1]
130/12
intend [1] 139/10
intended [1] 131/6
intending [1] 147/15
intention [1] 229/10
intentionally [1]
228/23
interaction [4] 69/6
69/18 78/18 91/11
interactions [4]
68/19 68/21 69/2
69/20
interactive [14]
143/22 144/1 146/2
162/2 162/11 163/6
164/4 164/5 187/18
203/22 204/3 206/4
207/10 208/20

interchangeably [1]
212/13
interest [3] 134/15
185/11 190/12
interested [1]
134/13
interesting [4] 162/2
167/14 167/23 185/20
interfere [1] 219/4
interfered [1] 217/4
interior [4] 48/17
95/20 176/22 207/3
interjected [1]
119/2
interpretation [2]
141/6 141/8
interrupt [1] 88/15
interviewed [2] 28/7
28/7
intimidate [1]
117/20
intimidated [3]
129/14 129/20 129/22
into [44] 6/3 9/3
10/3 11/4 11/12 11/16
11/23 11/24 15/22
16/14 24/13 24/14
41/21 42/15 49/7 56/5
65/3 84/11 85/10 88/1
93/8 97/16 98/13
100/5 124/18 131/4
143/25 145/21 147/4
159/17 164/5 166/21
176/17 186/9 188/11
188/23 190/19 191/18
196/4 204/3 205/2
205/5 220/19 229/18
introduce [2] 7/2
39/3
introduced [6] 131/4
145/25 147/4 147/5
166/5 205/5
introduction [1]
162/23
intrusion [2] 70/2
71/5
investing [1] 82/25
invocation [1]
116/13
involve [3] 88/10
119/2 201/6
involved [13] 53/16
54/14 55/7 56/7 65/2
81/8 82/2 82/3 83/8
93/21 194/8 194/11
199/18
involvement [8]
66/7 67/10 82/23
153/2 168/8 170/16
170/19 196/12
involves [1] 83/5
involving [1] 125/1

iPad [1] 59/10
is [409]
Is it [1] 111/12
isn't [12] 48/20
49/12 52/9 55/24
58/13 58/19 86/24
97/6 101/9 187/7
196/1 207/9
issue [30] 5/23 6/11
17/22 17/23 22/14
39/23 43/21 49/14
55/3 87/8 92/18
103/18 103/18 103/25
107/10 107/10 109/8
109/24 130/22 143/2
144/7 146/6 146/7
148/24 150/7 180/8
226/22 228/23 230/20
234/4
issued [4] 23/17
23/18 100/12 203/3
issues [22] 6/6 9/4
10/13 16/2 20/12
36/12 37/3 38/25
91/25 108/8 129/23
131/16 139/23 188/14
188/18 188/25 192/22
216/14 216/21 220/3
223/2 230/11
issuing [1] 131/25
it [558]
it's [196] 5/2 6/7
6/13 6/22 12/13 13/20
13/21 13/22 15/10
15/11 16/11 17/15
17/16 18/3 21/5 25/8
25/21 25/24 26/1 26/5
27/16 29/13 30/18
30/21 32/13 35/22
37/17 38/24 41/10
46/4 50/21 53/7 53/9
54/3 55/1 61/24 62/14
65/12 65/20 65/22
65/23 66/3 66/10
66/10 66/23 66/23
66/25 67/8 67/8 67/9
68/5 68/12 69/17 70/3
71/13 71/25 76/13
76/13 76/14 76/18
77/6 77/13 80/19
80/19 80/20 80/21
81/7 81/7 81/9 83/5
83/23 86/3 86/4 87/25
90/19 94/9 94/9 94/20
94/25 95/8 95/9 97/10
98/8 99/2 103/11
104/8 105/22 107/8
107/8 107/10 107/13
111/3 111/13 119/21
125/11 128/23 129/3
134/23 136/14 136/15
136/21 138/11 138/14

141/5 143/7 144/16
144/17 144/21 145/4
145/7 145/7 145/11
145/12 145/25 146/12
146/20 146/21 148/24
150/2 150/21 157/21
160/6 161/17 162/2
162/25 163/11 167/14
168/23 168/25 169/13
170/7 170/21 171/6
172/20 173/23 175/9
175/12 175/20 175/23
176/1 176/14 176/18
184/20 184/20 185/13
185/19 185/21 186/7
186/18 187/9 187/11
187/21 187/24 188/17
189/1 189/2 189/3
189/5 190/4 191/20
191/21 192/9 196/2
198/17 200/23 201/14
202/21 205/18 206/10
210/7 212/24 213/1
214/10 214/11 219/11
220/10 221/22 223/1
223/16 223/16 226/2
227/20 227/22 228/22
230/1 230/8 230/9
230/15 231/3 232/11
232/13 232/14 232/15
233/6 233/14 233/17
items [5] 83/4 90/10
107/7 107/13 207/9
iteration [1] 157/16
its [23] 34/1 34/1
34/2 37/25 91/2 103/9
103/12 103/19 153/13
153/13 153/14 153/16
155/22 158/8 158/9
173/4 187/1 190/13
196/17 197/17 206/6
206/9 209/22
itself [4] 17/23 24/20
37/7 197/20

**J**

jacket [1] 225/23
Jacksonville [1] 9/9
jam [1] 165/4
January [7] 126/14
144/4 204/22 205/20
207/24 215/15 219/1
jazz [5] 11/1 11/15
11/18 11/18 11/18
Jeff [2] 4/11 142/16
Jeffrey [1] 1/11
jeopardize [1] 76/10
Jesus [1] 71/25
Jewish [1] 187/9
Jim [1] 159/17
Jimmy [1] 7/12
Joanna [1] 1/12

**J**

job [16] 22/11 47/13
47/13 47/16 74/16
91/25 93/21 103/9
103/10 103/13 103/19
104/1 128/16 128/17
149/22 154/22
jobs [1] 8/19
JOE [19] 1/6 4/8
4/16 58/14 117/12
117/18 127/19 149/10
190/8 192/14 193/13
193/17 193/23 194/3
194/11 195/2 195/7
215/21 215/24
join [1] 129/11
joke [1] 191/23
joy [1] 198/11
judge [32] 1/9 31/2
97/13 105/9 108/17
127/24 127/25 140/8
149/20 159/24 180/7
181/20 182/23 200/15
200/18 206/19 210/16
214/16 214/24 215/2
222/7 223/10 225/13
226/15 227/7 228/25
229/7 229/9 230/6
230/23 232/16 233/9
judgment [2] 218/14
228/22
July [9] 9/16 10/7
31/18 92/12 93/2 93/2
93/13 97/15 234/22
June [1] 168/10
junk [1] 98/19
juror [6] 227/12
227/15 229/2 230/11
231/6 234/5
jurors [9] 6/19 7/4
56/14 57/4 113/4
150/5 224/1 224/15
233/4
jury [55] 7/5 7/6 7/7
7/9 37/2 56/18 56/19
57/5 57/6 77/14
108/23 108/24 110/8
113/7 113/8 126/13
140/7 142/6 142/7
144/8 145/14 146/7
146/9 146/12 148/11
148/24 151/6 151/23
152/24 157/3 157/9
157/18 161/11 165/11
166/9 166/13 168/9
169/5 170/19 171/22
175/2 178/2 178/6
199/10 216/8 216/9
217/21 224/6 224/9
224/12 224/17 224/18
225/10 225/11 233/4

**K**

kangaroo [2] 62/15
62/17
Kansas [2] 128/10
128/11
Kaplan [4] 72/10
72/16 105/14 105/17
karaoke [1] 72/3
keep [6] 10/4 22/16
23/23 189/16 206/25
224/24
keeping [1] 82/20
keeps [3] 82/22
213/21 213/21

just [143] 5/13 5/20
5/20 6/20 7/13 10/1
13/15 16/21 17/19
17/19 17/20 18/16
18/25 22/8 24/5 24/6
25/23 29/6 29/25
31/11 33/15 35/11
38/14 40/10 41/23
42/16 46/10 46/13
47/11 47/13 47/13
47/16 53/5 53/8 53/9
53/20 67/6 68/15 70/3
70/7 73/16 74/4 76/4
76/12 84/12 96/4
96/24 100/11 102/2
106/7 111/17 114/6
115/23 116/7 116/23
120/6 120/13 125/8
130/15 131/1 132/17
134/25 136/23 137/1
137/4 138/7 139/14
139/16 139/20 147/10
150/11 150/20 153/2
154/16 156/21 159/8
161/6 161/14 164/2
166/18 167/15 168/1
169/3 170/15 170/24
171/6 172/19 176/15
177/7 178/17 180/3
181/5 181/6 182/12
184/3 184/25 186/25
188/8 189/24 190/10
190/15 190/22 193/6
195/19 196/3 196/21
197/18 203/17 204/14
204/23 206/8 206/13
209/1 209/17 211/13
212/4 214/14 215/17
216/24 217/5 218/2
218/9 218/16 218/16
218/17 219/7 220/20
221/14 221/17 221/20
222/4 222/16 222/20
223/20 225/9 228/2
228/5 229/15 229/24
230/1 230/15 232/21
234/12

**K**

kangaroo [2] 62/15
62/17
Kansas [2] 128/10
128/11
Kaplan [4] 72/10
72/16 105/14 105/17
karaoke [1] 72/3
keep [6] 10/4 22/16
23/23 189/16 206/25
224/24
keeping [1] 82/20
keeps [3] 82/22
213/21 213/21

kept [2] 138/2 138/3
key [5] 104/15 137/4
150/14 207/7 207/9
Khalid [1] 23/1
kid [1] 198/11
kill [1] 221/13
kind [22] 11/4 11/18
15/21 19/4 23/11
30/23 56/8 87/7
115/10 125/23 129/6
130/6 132/4 136/25
145/9 162/2 165/13
165/18 167/14 184/14
185/15 218/6
kinds [6] 19/24
21/10 21/21 24/4
190/14 198/15
kiosks [1] 211/12
KISSANE [1] 2/2
kitchen [1] 9/4
knew [9] 56/4 59/19
59/20 168/18 191/12
228/6 231/17 231/21
232/5
knickknacks [1]
176/11
know [203] 10/1
10/2 16/7 16/23 26/22
27/10 28/18 29/15
29/17 34/4 34/7 34/9
34/11 34/22 34/25
36/16 36/16 36/18
36/24 38/11 39/21
40/21 40/21 42/9 43/6
44/8 44/8 48/1 49/1
50/20 51/20 59/20
59/23 62/12 65/15
65/17 65/18 65/21
65/24 66/5 66/6 66/20
66/24 67/5 67/12
67/17 67/19 67/20
68/6 68/12 69/25 70/1
70/4 71/1 71/7 71/20
71/24 72/18 74/6
74/10 74/16 74/23
74/24 75/1 76/10
76/10 76/14 77/8
77/25 79/7 79/10 80/5
80/8 80/11 80/21 81/7
81/19 83/1 83/4 83/5
86/16 87/3 90/11
90/21 98/4 99/15
99/17 101/6 101/8
102/9 102/24 103/23
104/10 105/25 107/13
110/22 111/17 111/17
111/25 117/19 131/22
131/24 132/8 134/4
134/12 136/1 136/3
136/6 136/10 136/12
136/19 136/24 137/14
138/7 138/18 141/17

142/5 144/24 146/12
149/2 149/15 149/16
149/18 149/24 150/11
151/1 152/22 152/24
154/1 154/4 154/14
155/4 155/15 156/12
158/8 162/21 164/3
165/6 165/23 169/16
173/6 174/23 176/12
176/13 176/14 179/18
183/6 183/6 186/18
186/25 190/10 190/11
192/2 192/16 194/11
195/7 196/7 197/16
199/4 201/17 203/5
203/8 205/24 206/3
206/6 206/9 206/9
207/3 207/5 209/17
209/18 211/10 211/16
211/22 212/22 212/24
213/1 213/17 213/21
213/21 217/1 217/23
217/23 217/25 220/10
220/15 221/12 222/2
222/7 222/18 223/1
226/25 227/23 228/7
228/16 228/20 228/23
229/23 231/17 231/25
232/2 232/21 233/15
knowing [3] 74/9
200/9 231/16
knowledge [42]
6/14 27/21 28/4 34/9
38/9 40/1 44/11 48/25
55/14 55/15 63/9
87/21 88/1 90/2 91/7
92/10 92/15 92/18
93/2 93/9 93/11 93/16
94/16 95/4 95/10
96/13 98/2 98/4 99/14
100/8 100/12 100/15
101/3 101/5 101/12
107/4 140/23 142/10
143/12 143/13 180/1
199/12
known [13] 6/16
25/9 28/6 50/22 52/14
145/7 160/5 160/7
162/12 163/7 165/8
168/3 209/8
knows [21] 28/5
29/24 38/10 40/20
52/12 62/23 63/10
74/1 81/15 87/23
94/18 106/2 134/6
140/3 155/14 167/10
179/2 179/17 194/24
197/2 227/3
KRINZMAN [1] 1/15
Krone [1] 159/17
KUEHNE [27] 1/18
1/18 5/11 111/25

113/11 117/6 128/24
136/8 138/8 145/25
146/11 183/6 189/10
202/17 205/3 214/17
215/19 226/8 227/8
227/20 228/5 230/5
231/3 231/11 233/8
233/11 233/17

**L**

La [4] 174/7 176/7
177/13 178/22
lack [26] 20/1 21/3
28/4 29/23 38/8 62/22
63/8 63/9 70/16 73/25
77/20 78/8 81/14 90/1
90/1 91/7 92/10 92/14
94/15 99/13 100/7
101/12 105/19 107/3
194/23 197/13
Lacks [8] 195/4
200/13 201/9 203/10
209/2 209/9 209/24
212/5
laden [1] 187/22
ladies [4] 7/9 108/18
216/5 224/20
lady [3] 71/7 74/2
222/14
laid [1] 205/14
lapse [1] 228/22
large [1] 218/12
largely [3] 187/12
190/8 198/8
larger [1] 48/15
last [29] 7/11 8/19
58/9 113/19 113/21
129/10 147/2 148/1
150/15 154/21 168/12
170/8 170/9 170/21
170/21 174/23 179/21
184/25 190/3 190/11
196/18 196/24 198/1
212/18 218/7 218/25
218/25 220/23 223/19
lasts [1] 42/17
late [7] 11/24 19/14
35/4 66/24 66/25
169/6 185/8
later [11] 16/25 17/3
23/19 45/14 61/2 78/5
105/25 110/11 137/18
156/17 225/6
latest [1] 157/15
Latin [2] 23/1 168/20
LAUDERDALE [7]
1/2 1/5 9/8 29/10
51/19 128/21 234/24
law [17] 1/10 1/18
5/17 24/9 46/20 47/25
48/1 48/1 120/1 121/6
121/11 121/11 132/1

**L**

**law... [4]** 132/3
132/5 192/2 228/2
**laws [2]** 88/8 132/2
**lawsuit [19]** 11/6
33/17 38/5 47/19
58/15 114/3 114/4
114/5 114/15 114/18
114/25 115/1 115/6
116/21 118/21 174/1
180/17 180/24 181/20
**lawsuits [3]** 118/25
119/3 119/4
**lawyer [5]** 33/24
105/22 223/21 230/4
233/14
**lawyer's [1]** 136/15
**lawyers [6]** 50/10
109/13 109/20 110/2
122/10 122/14
**lay [2]** 34/1 34/2
**lead [1]** 219/16
**leader [1]** 179/7
**leadership [6]** 65/7
128/12 128/15 128/18
128/18 128/19
**leading [3]** 63/8
136/15 162/14
**leads [2]** 27/6 104/8
**Leah [1]** 4/14
**learn [1]** 223/17
**learned [8]** 11/10
114/25 116/21 117/24
118/4 118/4 160/14
218/7
**least [7]** 96/14
169/16 185/13 193/18
208/2 216/4 225/22
**leave [6]** 16/24 71/8
74/8 117/15 221/12
225/17
**leaving [2]** 74/3
225/24
**lecture [1]** 128/11
**lectured [1]** 128/19
**lectures [1]** 128/13
**left [14]** 17/3 37/15
56/22 60/22 102/7
112/1 112/5 112/9
127/18 133/10 133/17
133/18 178/17 178/17
**legal [9]** 4/24 50/8
78/25 88/7 119/6
121/12 122/8 122/14
198/19
**legislative [1]** 24/15
**legitimate [1]** 130/2
**less [4]** 83/7 139/18
204/23 207/23
**let [33]** 16/19 23/11
56/11 62/10 88/15

98/1 100/3 103/14
114/13 115/5 115/14
115/14 115/14 149/2
149/15 149/18 149/24
151/1 162/21 176/15
183/18 190/5 197/22
202/14 202/15 213/4
218/5 220/15 220/20
221/14 221/17 221/20
222/1
**let's [62]** 22/8 36/19
36/20 36/24 42/4
42/16 42/23 43/13
43/13 43/18 44/13
45/3 48/7 57/3 58/9
84/9 84/11 84/15
84/22 85/11 85/22
87/6 87/7 87/18 88/14
88/23 88/24 89/13
89/13 90/9 94/13 98/6
98/7 99/21 100/16
101/2 102/3 106/22
116/12 120/16 121/1
121/6 125/14 125/15
125/17 127/9 129/3
130/7 137/15 158/24
160/4 164/2 173/1
181/15 181/25 188/19
204/19 205/12 206/17
206/25 206/25 225/4
**letter [5]** 72/17 76/7
77/25 223/4 223/10
**letting [1]** 142/5
**level [4]** 8/24 182/15
187/2 189/4
**liaison [1]** 14/21
**library [1]** 160/21
**license [22]** 6/7 50/1
50/12 50/13 53/4 53/6
53/7 53/11 69/24
71/10 93/22 93/24
94/3 94/4 94/13 94/20
94/23 94/25 95/8
95/10 95/25 96/8
**licenses [10]** 23/15
23/17 23/19 23/25
50/6 66/6 106/9
106/19 106/19 106/20
**licensing [2]** 50/10
51/22
**lieutenant [1]** 89/15
**life [4]** 11/11 80/12
188/25 189/1
**light [1]** 132/17
**lighting [1]** 211/23
**lights [10]** 62/25
63/3 69/23 71/6 75/19
100/21 108/5 144/23
211/11 211/13
**like [114]** 7/11 7/19
9/20 10/2 10/14 12/16
12/25 13/15 15/10

16/21 17/6 17/7 17/8
17/8 19/22 20/6 20/24
21/18 24/12 24/24
25/23 26/15 27/17
28/9 29/6 29/25 32/10
32/19 33/15 33/22
40/10 41/9 42/7 42/14
42/21 43/7 43/11
44/17 44/19 47/13
49/24 50/19 53/15
53/25 54/8 55/1 56/7
57/9 60/19 65/11
65/14 66/10 69/13
70/3 70/5 72/5 72/20
74/3 75/19 79/4 80/5
86/3 86/6 92/11 92/17
95/13 97/15 100/24
103/23 112/7 118/12
120/6 128/20 128/25
130/24 136/6 144/5
144/18 148/11 155/24
165/5 165/7 167/4
167/5 167/5 169/7
172/2 173/4 173/6
173/8 177/17 178/22
185/7 203/19 204/3
204/14 204/16 206/19
208/19 208/21 211/7
216/16 219/8 219/15
220/2 220/2 220/10
221/16 223/1 227/3
229/24 230/3 233/8
234/11
**likely [3]** 34/5 52/2
230/24
**likes [1]** 25/25
**limit [1]** 59/11
**limited [2]** 6/5 50/12
**limits [1]** 192/4
**line [7]** 17/7 60/8
76/24 103/4 103/7
130/11 143/10
**lined [1]** 220/24
**lines [2]** 137/16
155/25
**lineup [1]** 149/16
**link [1]** 20/23
**liquor [25]** 6/7 50/1
50/5 50/8 50/12 50/13
53/4 53/7 66/5 69/24
71/10 93/22 93/24
94/2 94/3 94/4 94/11
94/20 94/23 94/24
95/8 95/9 95/25 96/1
96/6
**list [7]** 104/7 133/14
133/18 156/22 189/8
189/11 202/14
**listen [3]** 223/8
224/25 229/11
**listening [1]** 94/11
**literally [5]** 10/1

14/24 21/22 21/23
60/13
**literature [1]** 138/24
**litigation [6]** 113/23
113/24 114/6 131/20
131/25 177/5
**little [109]** 8/12
10/20 11/15 11/17
14/12 20/15 25/24
28/16 34/16 34/17
34/17 37/16 44/17
44/18 59/4 60/14
60/17 64/15 64/24
65/4 80/14 80/18 82/1
82/12 83/23 84/1
84/22 87/14 96/10
96/11 114/12 121/7
134/14 136/8 136/18
140/13 140/19 141/22
142/22 153/2 153/2
155/2 155/21 160/8
160/10 165/5 169/22
170/22 172/2 176/11
176/18 176/22 176/25
177/2 178/10 178/11
178/14 178/24 179/13
180/2 180/11 180/12
182/11 182/16 183/20
183/22 184/3 184/11
184/13 184/23 185/13
185/16 185/20 185/22
186/2 186/15 186/17
186/21 187/12 187/15
187/18 187/25 188/11
189/23 190/7 190/13
190/19 190/20 190/23
191/19 192/5 192/9
192/19 195/9 196/2
196/3 196/15 198/1
198/14 199/1 200/18
211/11 213/10 213/15
213/19 214/9 214/13
214/14 214/19
**live [22]** 10/25 11/18
11/20 11/21 11/23
14/6 14/7 25/9 35/4
35/6 35/13 38/1 42/13
61/24 74/17 80/20
137/8 154/24 154/25
161/19 191/19 203/22
**lived [6]** 137/18
142/13 188/24 188/24
191/17 198/22
**lively [1]** 81/7
**lives [1]** 142/14
**living [15]** 34/25
37/21 37/24 38/4 38/6
42/13 90/13 90/25
91/5 130/25 152/4
154/3 180/11 181/15
191/9
**load [7]** 16/18 60/9

60/11 75/24 102/12
102/15 102/24
**lobby [5]** 165/4
176/21 202/12 207/22
208/14
**local [4]** 15/20
186/10 201/23 226/13
**located [3]** 98/20
150/18 206/10
**location [7]** 11/15
15/8 16/3 16/15 59/22
89/4 125/18
**locations [13]** 8/9
8/10 10/10 10/11
10/18 10/19 13/24
14/1 16/10 29/8 29/9
174/6 174/6
**locked [1]** 24/2
**lofts [2]** 176/17
176/18
**logical [1]** 194/25
**logically [1]** 214/12
**long [24]** 15/1 42/16
95/1 105/8 122/25
139/17 152/7 153/3
155/19 164/23 168/16
168/17 170/13 186/9
191/3 191/17 193/4
210/7 217/12 217/14
220/19 221/2 221/3
222/2
**longer [5]** 15/1
55/23 55/23 181/23
196/8
**longtime [1]** 151/25
**longwinded [1]**
176/14
**look [39]** 9/20 23/13
36/24 42/7 44/19
48/13 65/14 69/10
85/11 89/13 103/15
103/16 103/16 106/9
106/18 106/20 130/13
130/24 130/25 136/6
137/11 143/5 143/6
143/7 143/7 143/9
144/18 145/19 146/10
148/11 198/6 204/3
208/21 209/6 210/10
220/9 221/12 222/25
230/2
**looked [19]** 12/25
26/15 42/21 42/23
86/6 141/17 144/5
144/15 156/14 158/8
158/9 167/4 203/19
204/14 204/17 204/18
208/19 210/9 211/7
**looking [7]** 20/2
76/6 104/12 120/22
164/9 190/15 204/16
**looks [5]** 25/23

**L**

**looks... [4]** 42/14
44/17 75/19 86/3
**Loren [1]** 45/11
**Los [13]** 6/6 6/11 8/9
8/11 12/24 32/4 32/8
52/5 52/6 52/14 53/3
53/5 53/7
**lose [1]** 22/11
**lost [5]** 23/3 78/4
78/5 78/13 133/10
**lot [33]** 9/22 10/9
12/8 27/8 29/1 37/15
42/21 46/1 46/12
61/19 67/10 78/13
82/21 87/7 91/20
106/8 118/2 118/24
152/5 154/1 164/2
164/4 165/1 165/6
165/20 171/10 186/14
191/6 191/23 210/10
210/10 211/3 212/16
**lots [3]** 140/21
198/14 202/11
**loud [7]** 14/7 35/8
35/25 62/6 79/12 81/8
81/9
**love [3]** 107/11
189/18 190/16
**low [2]** 90/21 200/11
**LUBETSKY [1]** 1/15
**Luis [1]** 219/18
**lunch [5]** 84/1
108/19 108/22 109/10
129/8
**luncheon [1]** 108/25
**lying [1]** 75/4

**M**

**M.D [1]** 219/19
**Mad [20]** 8/7 8/8
8/21 29/18 31/15
31/18 31/20 33/10
34/1 34/4 38/5 49/2
58/13 58/19 84/23
84/25 91/4 104/25
219/22 219/25
**Madame [1]** 205/8
**made [15]** 5/5 28/15
36/16 36/18 82/23
128/17 135/8 135/18
144/7 144/18 177/14
227/14 229/9 229/19
231/1
**Mai [2]** 29/9 32/6
**main [2]** 59/7 188/6
**mainly [3]** 11/1 24/9
201/14
**maintain [3]** 67/10
137/6 137/6
**maintaining [1]**
82/20

**major [1]** 8/15
**majority [1]** 138/6
**make [37]** 14/7 14/8
14/23 15/19 24/5
24/12 24/24 27/18
48/15 68/10 69/22
76/21 76/23 103/3
103/10 106/20 109/25
111/20 115/5 116/23
121/6 137/22 139/14
143/8 143/17 145/19
149/3 200/6 222/17
226/1 226/2 226/19
226/22 228/5 228/16
233/1 233/2
**makes [2]** 184/3
191/19
**making [6]** 65/17
65/24 67/11 76/11
82/3 148/11
**malls [1]** 188/5
**man [2]** 21/1 159/4
**man's [1]** 220/3
**manage [1]** 72/5
**management [6]**
10/3 65/3 65/13 65/16
157/13 161/2
**manager [59]** 8/23
8/24 9/1 9/2 9/11
9/17 10/17 13/6 13/14
18/12 31/12 34/10
37/23 39/6 39/7 53/2
53/17 54/21 54/23
64/14 66/1 66/3 66/14
66/17 66/19 68/13
71/9 72/8 72/10 72/15
72/16 74/22 76/9
76/19 76/20 83/6
83/16 84/10 84/15
84/16 95/2 96/19
97/20 108/7 116/12
116/17 120/6 121/23
122/6 123/5 126/10
126/17 127/18 129/5
133/4 133/12 133/20
137/14 137/15
**managers [4]** 10/11
10/12 13/8 68/6
**managing [1]** 10/11
**Mango [1]** 65/8
**Mangoes [1]** 80/6
**manner [2]** 118/14
118/17
**manual [1]** 59/14
**many [32]** 16/13
23/1 60/12 60/14 62/1
68/21 69/21 70/2 72/4
75/12 81/13 82/9
102/16 102/23 103/5
103/12 118/5 119/3
129/7 129/22 133/7
160/11 164/1 165/3

169/22 172/1 186/3
188/9 190/18 191/5
193/17 199/20
**Marc [2]** 1/21 4/15
**March [10]** 23/5
23/8 23/9 48/9 48/13
49/7 54/1 54/7 100/3
100/12
**March 12th [1]** 49/7
**mark [3]** 43/22
62/12 62/13
**market [7]** 13/21
166/16 166/16 166/19
200/11 200/12 212/1
**Marketplace [5]**
165/9 165/12 167/8
210/21 211/3
**marshal [2]** 16/14
60/8
**marshals [4]** 16/17
17/2 60/5 60/24
**MARTIN [16]** 1/4
29/20 29/22 29/25
117/12 149/7 153/3
155/18 156/9 164/23
174/16 176/16 178/18
179/6 210/8 221/2
**Maryland [1]** 8/14
**mascot [1]** 192/10
**Mason [2]** 1/16 4/14
**masters [1]** 152/2
**materials [1]** 198/24
**matter [17]** 4/19
5/15 6/21 84/14
137/22 167/6 221/15
221/21 224/10 224/10
225/12 226/10 228/11
230/24 230/25 231/6
234/21
**matters [6]** 6/3
113/24 119/6 121/14
122/15 221/13
**Maximum [1]**
217/16
**may [71]** 6/18 7/8
7/22 7/23 17/10 21/16
22/3 23/12 23/13
23/21 25/17 31/5
32/15 37/2 38/22
39/14 39/17 41/11
56/21 57/7 57/8 57/10
64/21 66/24 68/14
84/2 84/3 92/22 95/3
96/25 98/9 98/12
109/5 109/7 113/11
127/24 130/9 130/20
131/17 134/22 136/22
136/23 139/5 141/6
141/6 142/1 142/4
145/23 149/9 151/7
151/16 155/14 168/10
170/14 177/13 177/20

178/2 182/22 200/16
201/5 205/25 216/11
216/18 218/22 219/7
219/14 224/19 224/21
225/6 225/16 232/14
**may be [12]** 7/8
17/10 56/21 57/7
105/25 127/24 151/7
205/25 216/11 216/18
224/19 225/16
**maybe [13]** 24/8
44/18 52/13 106/21
124/10 131/7 145/2
157/14 164/2 183/15
193/1 201/2 216/15
**mayor [6]** 193/12
193/23 194/3 194/6
195/2 195/7
**me [82]** 8/12 10/14
10/15 10/20 16/17
17/7 20/15 28/7 28/14
28/22 43/22 47/4
52/18 54/15 55/6
56/11 59/4 59/6 62/10
63/2 64/15 64/18
64/24 65/4 70/7 70/22
75/4 75/13 76/2 78/23
79/4 80/18 82/1 86/21
91/20 98/1 100/3
103/14 107/9 109/18
109/18 112/25 114/13
115/5 115/14 115/14
117/20 118/6 118/23
128/21 129/10 130/2
132/14 139/12 139/20
142/5 142/16 149/2
149/18 162/21 166/18
169/23 176/15 179/18
183/18 188/17 190/5
192/20 194/18 197/22
202/14 202/15 202/16
206/8 213/4 218/18
221/20 222/1 225/1
228/15 230/9 230/20
**mean [13]** 68/21
76/18 80/19 82/2
82/18 86/16 118/23
133/14 141/6 146/24
154/11 164/5 168/6
**meaning [1]** 173/4
**means [2]** 14/9
186/7
**measurements [2]**
59/18 60/1
**measuring [4]** 78/18
80/4 80/8 96/25
**mechanics [2]**
196/10 196/11
**mechanism [1]**
233/15
**mechanisms [1]**
59/13

**media [15]** 42/1
109/17 109/17 109/19
150/10 223/13 227/11
228/14 229/25 230/12
231/7 231/17 231/22
233/1 233/16
**medical [7]** 150/14
218/20 219/10 219/14
219/14 220/1 220/14
**medication [4]**
218/12 218/14 219/4
219/6
**meet [3]** 124/20
175/21 176/23
**meeting [24]** 6/12
28/17 115/8 115/10
115/12 115/12 115/13
115/18 115/22 116/6
117/2 117/8 117/11
117/23 118/1 118/20
125/5 125/13 126/11
128/25 130/16 130/18
132/23 132/24
**meetings [11]** 81/22
82/9 113/24 114/7
115/15 118/3 118/3
118/5 118/18 118/25
137/14
**member [1]** 26/23
**members [17]** 7/7
12/9 22/9 26/20 57/6
74/8 109/17 113/8
122/21 123/1 123/10
127/19 129/24 133/10
193/17 196/7 224/18
**memo [1]** 54/6
**memorandum [1]**
140/10
**memorandums [1]**
5/17
**memory [1]** 159/7
**memos [9]** 131/3
131/7 131/8 131/9
131/10 132/12 132/15
132/16 132/19
**men [1]** 173/23
**mental [1]** 131/18
**mention [2]** 134/25
195/18
**mentioned [26]** 6/12
16/10 26/4 35/3 51/18
67/2 72/8 84/10
106/25 111/4 119/1
119/5 121/25 123/20
135/10 138/8 154/17
156/2 156/10 188/8
189/7 190/20 192/19
199/1 212/9 214/8
**mere [2]** 140/23
224/1
**mess [1]** 69/17
**met [3]** 85/3 153/1

**M**

met... [1] 153/3
Mexican [2] 12/7
12/8
Mexicano [3] 8/9
12/24 98/20
Miami [94] 1/13
1/17 1/19 1/22 2/4
9/8 16/9 22/21 22/23
29/3 29/5 29/11 30/2
30/5 35/8 38/5 51/1
55/2 58/14 86/4 87/11
89/2 89/4 89/5 89/19
89/21 100/1 100/12
105/1 110/4 117/18
119/9 119/18 120/19
121/23 127/13 127/22
131/15 131/24 133/22
133/23 136/10 141/4
142/23 142/25 143/22
145/2 145/5 145/6
145/24 146/1 146/4
146/8 148/3 148/15
151/25 152/1 152/2
152/10 152/15 154/5
159/17 161/22 162/1
162/12 163/3 163/7
163/14 163/24 177/15
178/10 178/18 180/4
183/12 183/16 188/4
189/5 193/12 193/23
194/20 194/20 196/5
196/8 197/12 203/3
203/18 203/23 211/8
212/17 212/23 212/24
220/19 225/19 233/23
Miami-Dade [2]
152/1 183/16
Miamian [1] 151/25
microscope [1]
129/14
mid [4] 156/5 156/7
159/6 168/19
midafternoon [1]
112/18
midday [1] 112/18
middle [4] 24/12
62/24 116/14 187/19
midnight [3] 35/6
35/7 60/7
might [9] 5/21 56/12
68/14 168/1 192/6
198/22 201/15 213/10
219/15
Millennium [1]
193/5
million [8] 15/11
25/11 25/11 25/18
34/7 182/16 188/9
188/10
mincing [1] 231/13

mind [2] 90/8 104/9
minds [3] 73/20
192/24 232/14
mindset [2] 167/16
167/17
minor [1] 5/23
minute [7] 56/12
85/8 102/8 206/18
210/15 210/17 218/11
minutes [43] 31/4
47/2 47/5 50/17 52/23
52/25 56/14 56/17
68/15 84/1 99/19
102/20 104/17 105/9
105/10 106/21 108/16
112/5 112/8 112/9
112/11 116/7 121/3
124/15 127/5 142/3
142/4 182/21 200/14
200/17 200/19 203/11
205/10 206/20 214/22
214/22 214/25 216/4
216/7 217/15 217/16
222/3 223/25
Miro [1] 217/15
Miro's [1] 5/11
Mischaracterizes [1]
208/15
misleading [1]
227/19
miss [1] 220/12
missed [1] 219/22
misspelled [2] 219/6
219/11
misstating [1] 127/7
mistake [2] 228/21
232/20
mistaken [4] 47/11
96/7 96/9 100/18
mistrial [5] 4/23 5/7
231/5 231/15 232/3
misunderstood [1]
191/19
mm [14] 100/23
102/4 152/16 161/24
165/10 168/5 170/23
183/17 183/24 184/4
193/14 196/19 202/10
204/25
mm-hmm [14]
100/23 102/4 152/16
161/24 165/10 168/5
170/23 183/17 183/24
184/4 193/14 196/19
202/10 204/25
modest [1] 195/20
modifications [1]
61/19
moment [13] 32/11
46/5 46/13 54/14
64/18 91/22 96/4
106/16 120/13 125/8

127/24 129/14 131/1
moments [1] 139/12
Monday [12] 112/23
149/18 149/23 150/2
220/7 220/18 220/23
221/10 221/11 221/19
222/21 225/24
money [1] 76/11
monitor [1] 219/13
monitoring [1]
187/3
month [12] 14/18
168/12 169/16 170/7
175/10 175/12 196/18
196/24 197/19 198/1
204/23 212/18
monthly [2] 173/5
198/5
months [3] 24/13
167/6 176/2
morality [2] 138/19
139/3
more [50] 5/21 7/13
10/4 11/17 11/17
15/10 16/25 17/1 17/3
20/24 26/17 35/20
42/10 47/7 47/8 51/13
56/24 59/6 66/12
72/12 82/5 82/5 90/15
96/16 99/11 99/21
99/21 109/23 130/13
130/14 138/19 155/17
155/18 155/19 157/15
160/21 161/16 173/5
182/15 189/3 196/13
197/19 200/18 202/9
206/19 207/23 209/22
214/10 214/19 224/10
morning [26] 4/1
4/11 4/13 4/14 7/8
7/10 7/12 8/4 8/5
31/9 31/10 40/25
64/11 64/12 82/6
109/1 109/8 109/16
111/2 151/2 217/2
217/4 218/3 222/5
222/8 224/21
most [8] 15/7 34/5
52/2 66/10 115/15
118/3 158/8 186/23
mostly [1] 11/16
Motel [9] 145/24
146/1 146/8 161/22
162/12 163/3 163/7
163/14 163/24
Motels [1] 162/1
mother [1] 44/18
mother's [1] 217/11
motion [27] 4/23 5/6
5/7 6/20 109/9 226/14
226/17 227/1 227/2
227/10 227/18 228/4

228/10 228/19 228/19
228/20 228/24 229/13
229/19 229/21 231/5
231/8 231/23 232/3
232/7 232/12 233/5
move [37] 12/19
18/2 18/21 21/12
22/12 26/11 27/11
49/7 69/1 73/6 79/17
87/6 99/11 99/21
110/11 116/6 126/5
134/19 158/19 158/21
159/10 160/4 165/15
166/4 167/18 169/10
171/2 171/19 172/9
174/6 177/22 179/13
180/2 205/12 206/11
208/2 220/24
moved [11] 5/19
156/16 174/5 174/7
174/18 174/22 175/13
175/23 176/9 179/4
204/14
movie [2] 188/7
203/21
movies [1] 22/22
moving [5] 101/15
101/23 142/20 187/13
195/3
Mr [144] 5/11 8/4
12/23 18/7 18/10
18/25 26/15 28/2
29/15 31/9 31/23
31/24 41/19 42/19
57/8 57/17 57/21 58/4
60/2 61/11 63/13
63/18 64/11 69/6 69/8
69/18 77/3 79/23
80/24 81/11 81/15
81/19 81/19 82/2 84/7
85/1 85/1 86/7 86/13
86/25 90/19 105/6
105/14 105/14 105/14
105/17 110/10 111/8
111/24 111/25 112/14
112/15 112/17 113/11
113/17 116/7 117/6
128/6 128/24 129/4
129/4 129/5 129/17
129/19 131/2 132/19
132/21 132/22 132/23
133/2 133/2 134/4
134/9 134/9 134/25
134/25 135/17 136/8
137/2 138/6 142/21
143/1 145/25 146/11
150/23 152/22 152/22
152/25 152/25 153/9
153/25 154/4 154/4
154/14 154/14 155/4
155/4 155/10 157/20
158/24 158/25 159/23

160/17 162/13 162/13
163/25 164/14 166/25
166/25 168/18 170/11
175/6 175/6 179/25
182/3 182/4 189/10
205/3 214/17 215/19
216/25 218/3 218/5
218/22 219/1 219/3
219/21 219/24 221/2
221/3 221/10 222/7
223/5 226/8 227/8
227/20 228/5 230/5
231/3 231/11 231/20
233/8 233/11 233/17
**Mr. [18]** 4/19 82/14
85/1 87/4 112/13
130/17 134/2 138/8
139/9 142/18 145/25
153/9 153/24 155/11
158/3 163/25 164/15
202/17
**Mr. Carollo [2]** 87/4
139/9
**Mr. Carollo's [1]**
130/17
**Mr. Darius [1]** 4/19
**Mr. fuller [6]** 82/14
85/1 153/9 153/24
158/3 163/25
**Mr. Fuller's [1]**
142/18
**Mr. Gutchess [1]**
112/13
**Mr. Kuehne [3]**
138/8 145/25 202/17
**Mr. Noriega [1]**
134/2
**Mr. Pinilla's [2]**
155/11 164/15
**Ms. [1]** 221/1
**Ms. Quintana [1]**
221/1
much [19] 8/14
11/24 14/20 33/6
56/21 74/17 82/10
104/21 127/17 139/4
154/16 157/8 161/17
182/18 197/19 198/6
204/17 214/10 219/2
multiple [11] 10/10
10/11 10/12 20/11
20/12 21/7 21/17
21/19 22/25 51/13
59/24
multistory [1] 191/9
municipal [1] 127/19
municipalities [1]
133/16
mural [6] 135/8
135/12 140/3 140/7
143/10 143/14
murals [1] 141/3

# M

**Museo [7]** 142/22
148/9 176/25 177/2
178/24 179/13 180/2
**museum [9]** 26/5
148/1 148/21 177/17
178/12 178/22 179/4
179/19 180/6
**music [42]** 10/25
11/4 11/15 11/17
11/21 11/23 14/6 14/7
22/25 25/9 35/4 35/6
35/8 35/13 35/13
35/13 35/25 36/6
36/10 38/1 42/14
43/12 43/14 43/19
43/20 44/20 45/1
55/23 61/21 61/24
62/6 62/12 68/18
69/23 71/6 80/23
83/11 91/1 94/11
146/20 156/4 188/25
**musicians [1]** 11/2
**must [1]** 55/3
**my [89]** 6/20 8/10
8/15 24/24 34/9 36/14
39/19 54/25 56/11
56/14 64/14 65/1 65/3
69/18 76/8 76/9 76/10
80/12 90/8 92/2 99/5
100/15 103/20 104/18
107/10 107/10 107/22
108/15 109/14 111/5
111/14 112/3 114/12
114/21 117/21 128/23
132/15 132/15 132/22
133/1 138/1 138/8
138/9 138/13 144/11
147/20 148/4 153/2
158/10 159/7 160/23
162/3 169/3 170/21
176/21 178/17 182/15
183/6 189/22 198/10
199/12 202/14 205/18
214/20 218/18 218/22
221/15 221/15 221/17
221/20 221/21 222/2
222/5 222/16 222/17
222/18 222/19 222/22
223/2 224/24 226/13
227/7 229/15 231/5
231/19 232/23 233/13
233/19 233/19
**myself [8]** 13/7
20/18 109/25 119/2
138/14 155/24 158/18
178/17

# N

**name [8]** 4/9 7/17
64/3 150/16 151/13
179/21 183/6 218/19
**named [1]** 159/4
**names [1]** 156/5
**Naples [1]** 9/9
**Napoli [1]** 149/10
**narrating [1]** 43/6
**narrative [2]** 138/11
177/19
**narrow [1]** 162/7
**national [14]** 128/19
133/19 186/4 186/11
186/16 186/18 187/2
187/2 189/8 189/17
189/25 190/6 190/12
190/15
**nature [6]** 154/3
172/3 187/7 187/8
192/3 198/23
**natures [1]** 6/7
**near [1]** 175/9
**neat [1]** 196/14
**necessarily [1]**
97/11
**necessary [5]** 51/21
51/22 114/22 118/13
223/16
**need [25]** 6/18 7/13
25/15 42/9 49/3 68/14
75/23 76/1 76/24
118/6 118/6 129/17
129/18 130/14 131/17
146/15 146/24 150/25
180/6 181/23 200/18
207/19 226/4 229/1
229/14
**needed [1]** 114/8
**needs [4]** 13/10
149/25 151/1 154/2
**neighborhood [55]**
14/5 14/24 33/1 34/18
41/6 62/14 67/7 67/14
86/23 90/18 92/1 92/3
98/25 142/13 142/14
147/22 153/20 161/18
168/12 168/13 168/16
169/16 170/23 171/11
180/14 180/21 181/8
181/16 181/16 181/17
182/5 182/10 182/14
184/25 185/4 185/23
185/25 186/10 186/12
186/12 187/9 187/25
188/1 188/3 188/11
188/24 189/2 189/13
189/19 189/24 190/7
190/21 191/25 214/9
214/11
**neighborhoods [8]**
67/15 185/21 187/4
188/5 189/5 189/18
190/16 190/17
**neighboring [2]**
67/6 83/17
**neighbors [12]**
14/22 19/4 19/8 41/6
42/20 44/25 67/6 67/7
67/16 90/12 90/15
90/17
**never [18]** 19/21
30/22 36/11 44/24
68/8 72/5 80/8 80/12
83/22 110/21 110/24
111/4 201/14 208/16
210/11 227/6 227/24
228/16
**new [6]** 30/20
132/25 147/23 149/22
198/12 201/3
**news [9]** 21/6 69/9
69/14 91/13 91/24
91/24 109/17 109/17
227/11
**newspaper [2]**
224/25 227/13
**next [32]** 4/17 4/18
24/8 37/20 63/16
74/11 86/7 88/2 88/14
89/12 89/13 95/14
99/6 99/11 99/18
109/6 110/14 111/23
112/12 116/13 139/15
149/6 149/9 151/8
158/21 160/2 190/22
206/17 216/12 216/14
216/22 218/11
**night [42]** 7/12
10/14 11/24 13/6 13/6
13/7 16/18 17/6 17/6
18/25 19/14 26/1
26/17 26/18 35/4
42/15 44/19 60/7 61/5
65/19 66/25 68/17
73/12 73/14 73/15
74/5 78/19 79/5 79/23
80/22 125/17 129/10
146/3 171/8 172/22
181/4 185/1 203/16
218/25 223/1 225/4
234/15
**nightclub [7]** 71/15
71/18 71/22 71/25
72/21 73/2 156/11
**nightclubs [1]**
103/21
**nights [5]** 72/3
75/15 87/12 90/7
107/7
**nine [2]** 22/10 145/2
**Niworowski [1]** 1/12
**no [160]** 1/2 6/20
7/1 15/1 16/21 17/18
18/15 18/17 18/20
19/15 24/19 26/9
30/18 31/1 32/12
33/24 34/9 37/4 38/2
38/3 38/16 40/3 40/7
40/14 40/15 41/11
43/5 43/8 45/18 47/18
48/6 48/11 48/25 49/5
49/15 50/24 52/13
53/19 53/19 53/24
55/14 55/15 55/23
55/23 55/25 57/1
58/23 61/3 61/14
61/18 61/22 61/24
63/12 71/19 71/21
73/5 76/11 76/14
79/10 79/10 79/15
79/16 80/5 80/5 80/8
80/23 83/12 83/19
83/22 83/23 83/24
87/3 87/21 90/19 91/3
91/24 93/19 95/22
97/22 97/23 98/7
100/2 100/11 100/15
102/6 105/5 106/8
107/10 107/18 108/17
109/19 115/25 116/21
118/2 126/1 126/3
127/2 132/13 132/16
132/18 132/20 133/21
134/23 136/11 139/3
140/15 141/20 144/20
150/25 166/3 168/1
168/2 171/18 172/7
181/23 184/4 184/6
186/10 186/11 189/4
189/12 190/18 191/20
196/2 196/6 196/8
196/10 197/18 198/21
199/23 199/25 201/14
201/18 201/18 201/20
203/4 203/7 203/22
204/8 204/11 204/13
208/21 208/22 208/24
209/23 210/4 211/1
212/3 215/25 223/7
223/14 223/16 226/16
228/21 230/2 231/14
232/8 233/17 233/17
234/14
**nobody [3]** 30/25
87/3 168/2
**nodding [1]** 225/2
**noise [51]** 13/17
14/11 36/10 36/12
36/17 36/19 38/7
38/25 39/8 39/11
39/14 39/15 39/22
39/24 39/25 39/25
40/4 40/5 40/8 40/9
40/13 40/15 40/25
59/5 60/2 61/1 61/6
61/9 61/13 62/2 62/7
67/22 68/7 78/18
78/19 78/21 78/24
79/7 79/10 80/4 80/8
80/9 80/22 90/17
96/11 96/13 96/22
97/7 97/9 188/25
191/22
**noisier [1]** 191/21
**nominated [1]** 196/8
**nonchalant [1]**
76/14
**None [1]** 227/2
**nonetheless [1]**
141/7
**nonpolitical [2]**
126/20 127/3
**nonprofit [2]** 14/19
195/8
**Noriega [3]** 133/21
134/2 134/9
**normal [1]** 76/13
**normally [1]** 14/25
**north [5]** 160/7
171/2 174/8 175/9
185/18
**not [312]**
**note [9]** 5/13 139/2
141/11 218/11 219/21
219/21 220/2 229/15
229/17
**noted [2]** 6/22
162/25
**notes [8]** 5/16 56/11
104/18 131/18 158/7
220/1 220/2 229/15
**nothing [16]** 6/23
48/24 103/9 126/20
138/19 145/3 148/8
148/14 159/11 167/24
182/19 196/11 214/16
214/18 216/2 232/17
**notice [20]** 48/9
48/13 49/7 55/2 55/8
84/12 92/12 93/3 93/8
93/11 93/17 97/15
98/2 100/3 100/13
105/15 111/6 203/3
223/24 226/21
**noticed [2]** 29/22
141/9
**notices [2]** 206/22
**notify [2]** 116/4
226/14
**November [6]** 40/1
40/8 40/24 143/24
144/13 163/25
**now [104]** 4/6 11/10
11/20 16/22 24/14
27/16 30/18 33/25
34/16 35/15 42/7
45/22 47/21 48/7 49/6
49/12 49/25 51/18
52/5 53/2 53/15 54/18
55/22 58/13 67/8
68/12 69/17 77/18

**N**
**now... [76]** 84/2 90/11 90/24 91/10 92/4 93/20 94/6 96/18 97/14 99/24 101/6 101/19 109/16 110/20 111/3 115/24 116/9 120/22 123/12 125/4 126/13 126/16 130/7 132/21 133/17 138/11 138/24 139/9 143/5 148/13 149/15 150/21 150/22 160/1 166/20 168/22 170/7 173/1 173/5 173/25 175/11 175/20 175/23 176/4 176/7 176/24 177/23 178/6 182/6 187/10 187/14 188/8 194/17 195/13 198/1 205/18 208/9 210/24 217/10 218/12 225/12 226/9 227/1 227/10 228/14 230/1 230/14 230/18 230/20 230/20 230/25 231/24 232/13 233/5 233/6 234/2
**nowhere [1]** 96/2
**nuisance [2]** 14/6 98/25
**number [17]** 4/7 49/9 54/11 85/6 92/21 102/15 104/13 124/24 129/23 145/11 155/21 176/3 188/8 189/14 198/8 227/15 229/2
**numerous [3]** 39/7 51/3 122/10
**NW [1]** 1/13
**O**
**Oakland [2]** 9/9 30/4
**oath [2]** 56/9 113/10
**object [7]** 25/13 38/20 87/20 92/14 141/2 156/24 202/21
**objected [1]** 162/23
**objecting [2]** 37/25 147/2
**objection [189]** 7/2 10/22 12/4 12/13 12/17 15/13 17/9 17/18 18/15 18/17 18/20 19/6 19/9 19/16 20/1 21/2 21/12 22/1 22/12 24/14 24/21 24/25 25/17 26/9 28/3 28/20 29/23 30/8 32/12 33/3 34/12 37/4 38/8 38/19 40/18 41/1 41/11 44/21 45/19 48/10 48/11 50/15 52/22 53/12 53/24 55/11 55/19 58/16 58/21 62/17 62/22 63/8 67/25 69/1 70/9 70/11 70/16 71/12 71/16 72/11 72/22 73/4 73/5 73/19 73/25 74/12 75/6 77/20 78/7 78/25 79/15 79/16 80/25 81/14 82/13 83/13 83/18 85/16 90/1 91/7 94/15 95/12 98/7 99/13 100/7 101/12 104/16 105/3 105/19 106/1 106/11 106/15 107/1 107/22 108/10 108/14 115/25 116/18 116/19 116/25 117/3 124/13 127/10 134/5 134/10 134/19 135/2 135/13 136/14 138/10 138/23 140/9 143/11 155/6 155/12 156/20 157/1 157/22 157/22 158/11 158/11 158/19 159/10 159/18 159/24 160/12 162/5 162/14 163/10 163/18 163/19 163/20 165/25 166/3 166/20 167/9 167/17 168/22 169/1 169/10 169/25 171/14 171/18 172/5 172/8 173/7 173/25 174/15 175/15 177/4 177/19 177/25 178/25 179/8 179/15 179/20 180/7 180/15 180/22 181/9 181/13 181/18 181/21 182/6 193/20 194/14 194/23 195/4 195/10 197/1 197/13 200/13 201/9 202/1 203/10 205/14 205/24 206/13 207/4 207/12 207/19 208/15 209/2 209/9 209/24 210/14 212/5 213/25 214/5
**objectionable [1]** 140/2
**objections [2]** 91/1 91/6
**observe [3]** 70/14 73/23 80/13
**observed [4]** 28/1 74/2 80/15 81/11
**observing [1]** 140/23
**obtained [2]** 55/3 226/3
**obviously [22]** 12/8 17/12 23/5 25/7 29/1 41/11 65/20 66/6 69/13 69/25 74/9 76/18 82/21 83/5 86/14 105/22 150/21 157/11 187/9 190/13 191/21 214/11
**occasion [3]** 124/4 178/20 199/18
**occupancy [5]** 16/18 60/9 60/11 75/16 75/24
**occurred [2]** 114/17 144/10
**occurring [1]** 86/2
**Ocho [33]** 25/22 26/3 30/23 30/25 67/8 78/6 135/1 140/5 148/4 154/15 155/5 155/11 160/7 161/18 165/9 165/12 165/20 167/8 167/15 168/13 173/13 174/8 175/8 176/13 180/12 180/21 181/2 181/17 182/5 184/20 185/2 210/21 211/3
**Ocho/8th [1]** 160/7
**October [13]** 84/17 84/18 84/20 90/24 94/12 97/25 115/5 115/6 115/22 116/8 116/12 118/15 143/23
**off [11]** 20/21 27/6 34/1 34/2 43/3 57/21 69/23 71/6 86/4 130/16 154/25
**offense [1]** 217/24
**offer [2]** 140/17 171/3
**offering [3]** 136/15 141/2 233/18
**offerings [1]** 178/23
**office [17]** 124/3 124/5 124/6 124/8 124/9 124/11 124/19 124/20 124/22 124/22 132/25 138/22 213/22 213/22 214/1 218/22 223/16
**officer [16]** 23/13 36/16 39/10 61/5 61/9 75/7 80/4 80/9 102/2 103/15 106/7 121/23 122/6 130/12 229/6 229/12
**officers [30]** 16/13 16/25 51/5 60/23 61/6 62/1 62/3 62/20 63/6 70/2 71/1 72/23 73/1 75/19 76/4 76/5 78/18 89/2 89/5 89/19 102/6 102/16 103/2 106/22 108/2 108/6 108/13 120/17 120/17 121/13
**offices [4]** 123/14 123/25 124/23 176/20
**official [7]** 114/9 121/14 132/3 183/13 212/22 212/24 234/23
**officially [1]** 133/4
**officials [3]** 20/10 70/14 103/3
**often [6]** 66/16 124/20 128/13 128/22 160/9 161/18
**oftentimes [1]** 50/22
**oh [14]** 21/1 69/10 70/5 71/23 77/11 77/25 88/19 91/21 103/16 107/9 109/18 148/13 168/5 184/18
**okay [105]** 11/14 12/2 12/16 31/1 31/20 32/20 33/25 34/22 36/10 36/15 36/19 37/18 39/22 45/16 45/25 46/22 47/16 48/7 49/20 50/4 52/9 58/1 58/9 59/4 60/19 64/17 65/4 70/24 78/17 84/9 84/14 84/21 85/5 87/11 87/17 88/17 90/9 91/10 93/20 94/13 96/4 96/10 96/10 97/3 97/14 98/1 98/6 98/23 100/16 101/6 101/23 102/2 103/13 106/22 110/12 110/13 111/19 115/11 119/16 125/9 125/21 128/13 132/11 135/5 135/20 139/19 150/23 152/24 153/5 153/8 153/17 154/11 157/2 162/17 162/20 163/6 164/19 165/8 167/2 170/9 170/11 172/4 172/23 174/21 175/10 178/5 185/3 185/20 186/15 187/11 189/21 190/5 190/20 191/13 197/22 202/18 205/12 206/25 206/25 215/21 218/8 220/18 224/5 234/1 234/9
**old [14]** 26/22 136/21 136/23 147/23 155/23 157/13 185/4 187/4 199/7 200/10 209/1 209/6 209/20 210/12
**older [4]** 26/23 30/23 190/16 201/5
**oldest [1]** 136/10
**on [318]**
**on your [1]** 163/14
**once [7]** 39/9 89/3 106/21 143/16 197/19 210/8 224/9
**one [143]** 4/19 7/13 8/19 8/20 14/13 15/2 16/16 16/20 23/15 23/18 28/6 29/19 30/12 30/13 30/13 30/23 33/9 35/17 35/21 36/9 36/16 36/18 39/20 39/21 40/2 40/17 40/21 40/22 40/24 49/2 53/9 53/11 58/9 59/6 60/2 61/6 61/25 61/25 66/6 66/7 70/22 72/17 72/20 74/2 75/14 81/20 84/9 84/10 85/20 86/24 89/14 89/17 89/23 89/25 90/21 96/16 96/21 96/24 97/1 97/1 101/19 102/4 102/10 103/15 103/15 104/23 106/7 109/19 109/23 116/2 116/4 119/3 122/17 124/11 126/6 127/24 130/7 130/19 130/21 136/10 137/7 137/17 140/2 141/19 142/15 143/22 145/2 145/11 145/24 147/9 147/13 147/13 147/13 148/4 148/19 156/21 157/15 157/16 159/9 161/16 165/16 169/16 170/21 171/8 172/7 176/15 180/13 184/1 185/21 186/3 186/22 187/5 187/24 187/24 188/19 191/11 192/6 195/13 197/9 199/3 206/18 207/9 209/5 209/17 209/18 210/15 210/17 215/3 218/11 221/14 221/14 221/18 221/20 222/20 223/16 223/19 224/9 225/2 225/22 227/14 230/12 230/12 233/24
**ones [4]** 32/7 104/10 104/11 198/8
**only [39]** 13/7 18/18 20/17 23/18 23/23 24/3 26/20 27/1 28/11 28/12 28/17 40/21 54/23 54/25 61/20 61/25 62/8 62/10 83/10 86/24 86/25 91/10 93/7 94/3 96/1

**O**

**only... [14]** 104/10
104/11 107/16 107/17
129/24 132/24 141/17
142/15 147/15 158/15
159/15 211/8 219/6
223/15
**onto [1]** 14/3
**open [27]** 11/12
24/18 27/8 27/16 29/2
29/4 29/6 30/1 30/5
55/1 71/20 75/1 75/2
77/23 77/24 78/11
80/20 102/5 103/16
117/10 117/23 151/5
212/2 213/24 224/14
230/21 232/8
**opened [15]** 5/11
15/8 27/15 29/8 29/9
30/3 30/20 95/2
153/12 157/16 160/25
181/5 181/6 181/17
182/4
**opening [8]** 147/7
147/10 153/13 153/16
180/20 181/2 181/5
200/24
**operate [4]** 23/1
23/20 29/6 53/11
**operated [4]** 55/24
159/6 160/10 194/21
**operating [10]** 25/6
70/4 71/10 71/11
71/14 71/15 71/18
72/21 94/22 94/23
**operation [7]** 70/5
70/7 87/9 88/1 88/6
89/3 100/25
**operations [19]** 8/7
8/21 9/16 10/6 10/9
29/8 31/17 34/11
45/13 49/25 50/23
51/20 53/3 54/18
69/23 74/25 81/23
90/5 104/14
**operator [1]** 34/10
**opinion [10]** 19/19
70/9 138/23 140/21
140/21 143/15 155/12
166/21 180/16 181/19
**opinions [3]** 56/16
141/2 216/6
**opportunities [2]**
29/2 29/12
**opportunity [3]**
182/22 196/14 214/19
**opposed [1]** 184/4
**opposing [3]** 5/19
17/20 18/18
**opposite [3]** 23/12
180/3 193/2

**or [139]** 8/19 12/10
13/13 13/24 16/2 17/6
17/10 19/25 20/3
23/19 26/23 33/16
35/8 35/13 37/16
39/15 39/23 40/5
44/17 44/18 45/16
46/12 46/17 49/1
50/21 51/21 53/2
57/19 59/14 61/23
62/21 66/7 67/13
67/13 67/19 69/15
71/1 71/3 71/4 75/4
76/16 76/21 76/21
82/14 82/20 82/25
83/23 86/9 86/25
88/21 91/24 92/18
93/9 95/23 96/8 96/17
98/2 101/3 101/4
101/21 102/24 103/2
103/15 106/21 107/16
108/5 109/20 110/3
118/3 129/22 131/7
132/11 133/4 133/15
137/6 137/15 137/15
140/16 140/23 141/6
141/8 141/19 145/2
150/2 152/8 153/9
153/12 154/4 154/14
155/3 160/25 161/2
161/21 162/8 165/17
166/19 168/10 168/18
173/13 181/4 185/14
185/18 186/13 187/4
189/25 190/5 192/21
194/6 194/21 195/3
196/8 196/14 197/25
198/22 199/24 200/2
201/3 202/19 203/3
207/23 209/17 211/10
212/4 212/24 216/14
218/18 220/13 220/13
220/14 223/13 223/21
224/25 225/8 225/8
225/16 225/16 226/21
227/15 227/23
**orally [1]** 228/2
**orange [1]** 225/22
**order [13]** 4/4 5/16
26/23 46/17 58/5 83/2
103/7 109/4 109/25
164/6 205/20 206/1
231/16
**ordered [2]** 111/9
149/17
**ordering [1]** 46/18
**orders [1]** 104/5
**ordinance [1]** 35/23
**ordinances [2]** 88/8
120/20
**ore [1]** 5/6
**organization [2]**

194/3 194/4
**organizations [1]**
137/11
**organize [1]** 87/12
**organized [1]** 90/6
**oriented [2]** 13/10
185/1
**original [2]** 199/7
201/1
**originally [3]** 10/25
12/3 147/19
**other [65]** 5/16 8/10
8/20 13/8 13/16 16/10
16/20 20/6 20/9 21/24
25/21 28/15 29/2 29/6
29/8 29/20 45/7 51/10
51/17 51/18 51/19
60/17 61/19 61/23
63/5 65/24 68/16 72/1
79/12 83/23 87/4
87/12 87/15 90/22
97/7 103/2 103/20
129/1 130/7 133/7
133/16 138/16 141/3
141/22 146/16 153/15
153/17 155/22 156/9
159/22 166/4 174/7
180/1 183/7 189/5
196/21 206/6 209/17
211/8 220/24 221/25
222/14 224/22 227/14
230/2
**others [3]** 32/7
78/15 196/14
**otherwise [2]** 206/9
226/5
**our [59]** 4/18 4/23
6/13 13/20 14/25
16/18 16/18 23/2 23/2
23/13 23/14 23/14
23/15 23/15 23/23
23/25 26/21 47/13
60/9 60/10 60/12
65/23 66/4 67/9 67/15
67/15 67/16 68/5 68/6
69/10 69/23 72/18
74/7 74/8 76/7 76/22
82/20 82/25 94/25
102/14 118/3 118/3
118/17 126/19 127/21
129/13 129/21 130/1
130/13 148/2 148/19
149/17 164/11 205/9
216/14 216/18 216/22
218/1 220/23
**ours [1]** 79/13
**out [77]** 14/21 15/2
16/20 17/7 17/12
17/15 24/4 24/9 26/1
30/11 30/19 35/11
42/13 44/19 59/15
59/24 60/8 60/15 61/1

61/2 62/1 62/6 62/9
62/11 62/20 68/13
69/8 69/9 69/9 69/13
69/15 69/16 70/4 81/8
82/6 84/9 90/17 91/17
91/19 91/20 91/25
94/7 94/8 94/10
101/19 102/23 103/4
104/3 106/10 120/16
125/20 128/10 137/18
137/24 138/5 138/22
149/3 159/23 160/6
160/24 164/6 165/5
167/16 192/25 197/20
198/9 198/14 198/17
204/14 213/3 216/25
217/6 217/8 217/9
221/23 227/11 231/4
**outdoor [8]** 38/1
41/17 48/20 49/12
49/13 91/1 94/6 95/23
**outdoors [1]** 35/8
**outgoing [2]** 14/25
28/9
**output [1]** 59/14
**outreach [2]** 14/15
67/2
**outreaches [2]** 66/7
67/14
**outset [4]** 156/13
156/15 192/18 193/10
**outside [32]** 16/4
25/10 29/11 30/25
36/7 36/10 42/11
50/15 51/25 53/12
57/18 60/16 60/16
63/6 75/19 79/9 80/23
83/3 96/5 96/6 123/23
124/13 165/19 193/20
202/1 211/25 213/25
214/5 217/21 229/25
230/12 233/4
**over [41]** 27/11 35/1
37/15 44/7 44/17
45/14 65/6 65/7 67/18
68/23 68/23 71/19
76/20 76/22 78/14
81/11 81/21 81/22
83/7 86/15 92/7
102/24 106/19 109/10
145/20 152/13 152/17
159/2 164/22 167/6
169/19 176/16 183/7
185/22 187/19 195/13
195/18 196/3 199/3
204/17 214/20
**overall [1]** 140/8
**Overhang [1]** 48/16
**overhead [3]** 130/12
130/19 130/25
**overruled [57]** 10/23
12/5 15/14 17/11 19/7

19/20 21/4 21/14
21/14 22/3 25/17 28/5
28/21 28/25 29/24
30/9 33/4 38/10 38/21
40/20 45/20 62/23
63/10 68/2 71/13
71/17 72/25 74/1
74/14 77/21 78/9 81/3
83/14 83/21 94/17
99/15 105/20 106/2
106/17 107/5 117/5
134/11 138/12 155/14
157/1 158/13 159/13
162/15 163/22 169/14
174/2 177/21 179/2
179/17 182/8 194/24
197/2
**oversaw [2]** 54/23
123/9
**oversee [1]** 66/13
**overseeing [3]**
10/10 10/12 10/13
**overstaff [1]** 76/19
**own [14]** 13/15
29/20 32/4 89/9 91/17
123/14 123/19 130/13
138/15 139/3 141/6
141/7 154/4 215/25
**owned [5]** 31/23
86/25 159/5 175/6
197/6
**owner [1]** 11/6
**owner's [1]** 28/16
**owners [10]** 28/7
32/3 49/3 52/21 81/20
82/23 84/25 85/3
85/20 177/16
**owners' [1]** 82/23
**ownership [8]** 13/8
28/15 49/3 49/21 52/2
83/5 157/13 161/2
**owns [5]** 37/19
84/23 86/7 165/22
174/13

**P**

**P-R-O-C-E-E-D-I-N-
G-S [2]** 4/2 109/2
**p.m [11]** 5/18 5/20
36/7 42/1 42/5 42/7
42/11 101/21 108/20
111/9 234/18
**PA [1]** 151/15
**PA-U-L [1]** 151/15
**packed [2]** 165/4
202/11
**packing [1]** 10/2
**page [19]** 77/1 87/19
88/2 89/12 89/13
95/14 95/14 95/14
98/8 116/13 120/20
121/1 129/3 130/7

**P**

page... [5] 130/7
206/17 206/25 207/16
208/2
pages [3] 98/8 116/8
118/6
paid [1] 144/25
painted [2] 147/20
192/7
pandemic [6] 33/25
66/15 66/15 94/9
154/22 182/15
pandemonium [1]
9/22
panic [1] 9/22
paper [2] 60/11
115/22
paperless [1] 5/16
paperwork [2] 75/15
90/8
parading [1] 140/11
paradise [1] 188/11
paragraph [3] 88/2
130/8 178/20
Paraiso [2] 37/20
37/24
parcel [1] 128/16
parent [1] 76/11
park [21] 9/10 26/21
26/22 26/23 30/4
61/18 62/4 62/20
62/21 62/24 69/10
80/20 108/2 108/4
134/17 173/19 173/21
173/22 195/19 196/20
196/21
parked [1] 62/3
parking [18] 27/8
37/15 46/1 46/12
46/21 61/16 61/19
67/16 91/20 133/22
133/23 133/24 134/14
134/16 165/20 211/3
225/19 233/23
Parks [1] 186/19
part [40] 41/7 52/3
52/4 65/15 68/5 75/1
116/24 122/1 123/6
124/1 127/3 128/16
128/23 135/2 135/3
140/16 140/17 142/16
146/1 147/8 148/9
160/9 164/10 165/13
168/17 169/11 171/3
176/6 180/4 185/15
185/20 191/22 196/12
199/14 200/25 203/23
204/7 210/11 226/1
234/3
participation [1]
201/19

particular [10]
54/14 62/25 77/11
86/25 158/12 177/5
180/17 201/3 201/15
230/11
particularly [5]
69/11 82/5 103/21
155/17 189/24
parties [3] 109/21
110/3 115/23
partner [3] 14/19
14/23 159/5
partners [4] 32/2
32/3 33/9 200/7
partnership [2]
177/15 178/9
parts [1] 183/9
party [11] 42/8
144/6 164/15 164/17
164/20 165/1 202/5
204/24 206/4 208/10
215/17
pass [2] 35/20
129/16
passed [3] 35/18
35/19 192/2
past [9] 14/9 22/24
35/13 35/14 36/7
42/14 62/3 84/1 220/2
patient's [1] 219/5
patio [15] 24/18
25/4 25/5 25/20 25/25
26/15 26/19 26/20
26/21 37/9 48/20 91/2
94/6 94/7 94/25
patio's [2] 25/11
25/20
patios [1] 95/22
patron [1] 57/21
Paul [9] 112/14
139/16 142/9 150/22
151/9 151/15 151/19
183/2 215/12
pause [14] 43/1
43/16 43/25 44/15
45/5 46/8 47/1 57/15
64/20 79/21 100/18
101/6 101/17 104/22
paused [1] 41/15
pay [2] 97/9 114/9
paying [2] 90/21
223/6
peak [6] 66/23 66/23
66/24 68/24 75/17
90/20
peakness [1] 59/11
pending [2] 38/16
139/9
people [80] 15/3
15/10 15/11 17/1 17/3
21/8 21/8 21/9 23/22
28/7 30/11 42/21

47/20 51/13 51/14
60/12 60/15 61/23
69/10 69/16 71/23
72/3 75/22 81/8 82/7
86/19 90/22 94/8
94/10 96/5 102/16
102/16 102/17 102/23
103/5 114/10 122/4
123/8 123/17 129/12
133/15 143/25 144/25
144/25 145/10 147/20
148/12 153/15 155/23
158/15 159/2 164/1
164/2 164/2 164/4
164/5 165/1 165/3
165/6 166/18 168/17
169/7 169/19 169/20
169/25 173/18 173/19
176/10 180/4 180/12
182/12 185/11 188/2
188/6 188/24 191/17
192/25 198/11 202/9
202/11
people's [1] 232/13
per [2] 9/24 15/11
perceived [1] 175/24
percent [7] 13/2
56/9 65/23 65/24
71/19 78/5 228/21
perfect [3] 76/2 90/9
103/14
performance [11]
58/6 143/23 143/24
144/2 144/6 144/9
144/11 146/2 162/12
163/7 164/1
performed [5] 55/10
55/16 100/13 159/16
159/23
performers [1]
159/22
performing [1]
104/1
perhaps [5] 90/16
122/25 130/20 178/14
222/5
perimeter [3] 68/9
68/16 94/25
period [8] 15/1
54/24 96/7 151/1
167/4 178/12 204/18
230/1
permission [1]
223/24
permit [7] 48/16
55/10 55/17 58/5 93/5
98/3 100/14
permits [26] 48/5
48/6 48/22 49/1 49/20
51/21 52/10 52/15
52/19 55/4 55/25 56/2
56/6 78/1 93/12 93/18

99/25 100/1 101/4
136/25 197/11 197/16
204/9 208/23 209/16
212/17
permitted [4] 84/3
196/22 196/23 212/4
permitting [1] 52/3
person [18] 35/21
45/14 47/12 49/2
57/25 60/18 61/2
104/5 125/17 142/15
165/17 165/17 179/7
180/5 183/13 221/24
227/14 234/5
personal [31] 6/14
28/4 38/8 63/9 68/19
69/2 69/6 87/21 90/2
91/7 92/10 92/15 93/9
94/15 98/1 99/13
100/8 100/11 101/3
101/5 101/12 107/3
137/3 140/15 142/9
143/12 143/13 158/12
180/1 181/19 182/5
personally [1]
220/10
personnel [2] 89/7
89/14
perspective [2] 44/6
44/6
persuasion [1]
145/13
Pertnoy [6] 1/16
4/14 57/8 60/2 61/11
105/14
petition [1] 127/19
Ph.D [4] 151/19
152/2 183/2 215/12
philosophy [1]
126/17
phone [5] 13/12
131/15 139/14 149/4
218/18
phones [1] 13/20
photo [3] 100/20
130/21 136/20
photograph [9]
157/11 157/11 174/19
177/10 177/12 177/23
178/6 178/16 215/18
photographs [9]
135/22 157/7 157/10
161/6 161/9 161/13
166/11 166/14 178/13
photography [3]
130/12 130/19 130/25
photos [3] 130/18
143/13 204/21
phrase [2] 209/15
physician [1] 219/18
pick [5] 13/12 27/10
112/22 222/21 224/21

picked [1] 131/16
picking [1] 226/11
picture [26] 23/16
92/4 99/6 99/11 99/18
143/12 143/16 145/24
147/11 147/23 148/1
148/2 148/21 171/25
174/11 175/4 179/14
196/13 197/6 199/7
199/7 207/1 207/16
207/24 208/22 209/20
pictures [18] 19/14
43/9 77/10 86/16
98/18 99/22 144/4
145/24 146/7 147/3
147/5 147/6 147/10
156/19 192/6 199/6
202/4 202/14
piece [1] 60/11
piling [1] 221/22
Pineapple [4] 23/2
25/8 48/7 55/23
PINILLA [19] 1/4
4/8 29/15 117/12
117/25 149/7 152/22
152/25 153/9 153/25
154/4 154/14 168/18
174/16 175/6 178/18
179/6 182/4 221/2
Pinilla's [8] 155/4
155/11 162/13 163/25
164/15 165/23 166/25
221/3
pipe [1] 13/13
piping [2] 99/12
99/21
place [23] 13/4
13/18 14/11 26/3 27/1
51/17 57/18 67/22
76/5 90/23 114/7
144/22 152/13 156/10
158/15 158/17 165/16
165/18 190/2 201/3
206/3 212/11 233/17
placed [1] 219/3
placement [1] 83/1
places [8] 68/16
86/8 87/15 103/12
128/20 184/1 186/3
211/8
plaintiff [12] 4/8
4/10 4/17 63/16 83/25
139/6 151/7 188/16
188/20 191/16 209/19
230/23
plaintiff's [4] 31/3
156/25 174/10 216/11
plaintiffs [11] 1/5
1/10 4/12 63/17
119/21 136/12 139/9
151/9 166/9 182/21
226/3

**P**

**plaintiffs' [33]** 3/2 3/7 5/3 12/17 12/21 17/17 18/14 18/23 26/8 26/13 57/12 73/3 73/8 79/14 79/19 98/16 109/6 135/8 156/19 157/5 161/5 162/18 162/23 165/24 166/7 171/13 171/21 172/5 172/11 177/8 178/1 202/19 210/21
**plan [2]** 88/23 200/10
**planks [2]** 126/6 136/22
**planning [2]** 110/16 169/20
**play [23]** 11/3 26/21 26/21 26/24 26/25 32/22 35/4 35/6 35/25 36/6 38/1 41/10 41/14 42/9 42/16 43/23 55/23 133/2 161/6 172/12 173/18 173/19 173/23
**played [24]** 11/2 18/5 32/23 42/6 42/25 43/15 43/24 44/14 45/4 46/7 46/25 57/14 57/20 58/2 73/9 79/20 85/12 85/23 101/16 101/24 125/16 147/1 163/1 172/14
**players [1]** 27/1
**playing [5]** 35/8 42/13 42/14 61/24 91/1
**plays [2]** 61/20 83/11
**plaza [23]** 173/3 173/3 173/4 173/11 173/12 173/18 174/22 174/24 175/14 175/23 176/5 176/7 196/21 196/22 212/10 212/10 212/10 212/11 212/12 212/13 212/14 212/16 212/20
**pleadings [1]** 6/15
**please [75]** 4/9 7/14 7/17 17/21 18/1 18/19 25/16 32/22 36/22 42/5 43/1 43/16 43/25 44/15 45/5 46/8 46/24 47/1 56/14 57/4 57/15 58/1 63/19 64/3 64/18 77/1 77/14 80/10 85/22 87/6 88/2 95/14 99/6 99/11 99/23 101/25 108/21 113/5

**128/8 150/5 151/10** 151/13 151/23 152/24 156/18 157/2 157/9 157/18 161/5 161/11 161/25 162/8 162/17 164/12 165/11 165/24 166/9 166/13 168/8 170/18 171/13 171/17 171/22 172/7 172/12 174/10 175/1 177/7 178/5 192/20 202/16 223/8 224/15 224/23 224/24
**pled [1]** 6/3
**pledge [1]** 116/13
**plenty [2]** 29/2 107/18
**plethora [1]** 76/5
**plus [3]** 50/5 78/12 192/17
**point [26]** 12/16 66/13 68/1 69/19 76/8 101/19 127/14 128/15 128/17 131/17 132/16 137/17 138/7 154/17 169/18 169/22 174/5 181/23 181/23 198/14 198/17 223/19 228/13 230/1 232/9 234/7
**pointed [3]** 69/9 91/19 125/22
**pointing [5]** 20/8 69/11 91/17 91/19 91/25
**police [40]** 16/13 16/25 23/13 36/16 39/10 51/1 51/5 51/10 60/23 61/5 61/6 61/9 62/1 62/3 62/8 62/15 62/20 63/6 70/2 70/24 71/1 73/16 73/23 75/18 75/23 76/21 78/18 79/1 80/4 80/9 87/11 89/2 89/19 104/3 104/6 107/21 108/2 108/5 108/13 133/14
**policies [6]** 13/17 14/11 19/25 65/16 67/22 76/16
**policing [1]** 70/10
**policy [1]** 131/24
**politically [1]** 126/21
**politics [1]** 138/19
**poor [2]** 71/7 130/4
**pop [1]** 70/3
**popular [5]** 15/5 15/7 77/11 77/12 77/13
**populated [1]** 191/5
**population [1]** 11/16
**Port [1]** 211/8

**Portilla [3]** 132/22 133/3 133/6
**portion [3]** 117/9 125/12 201/1
**POS [1]** 82/25
**position [10]** 8/6 9/20 27/21 47/19 54/23 64/13 64/14 65/7 127/18 136/24
**positions [1]** 65/13
**possible [1]** 99/1
**possibly [1]** 130/5
**post [3]** 30/12 66/15 77/23
**postcards [1]** 172/2
**posted [1]** 60/13
**potential [2]** 217/21 231/6
**pounds [1]** 28/9
**power [2]** 138/21 224/2
**PPP [3]** 34/4 34/8 34/11
**practice [3]** 121/11 138/19 232/22
**practices [2]** 14/15 227/25
**pre [1]** 66/15
**prefer [1]** 221/9
**prejudice [2]** 148/11
**premises [2]** 36/7 95/20
**preparation [1]** 153/5
**prepare [1]** 121/17
**prepared [4]** 131/7 142/24 221/7 225/20
**preparing [1]** 197/21
**prescribing [1]** 218/13
**presence [9]** 73/16 106/20 107/21 173/4 217/21 227/12 229/25 230/12 233/4
**present [16]** 7/7 21/21 45/22 57/6 69/19 70/15 73/14 73/15 75/10 75/12 113/9 115/19 116/15 146/10 217/23 224/19
**presentation [1]** 145/18
**presented [4]** 72/17 97/13 143/3 205/5
**preservation [15]** 154/15 154/20 162/22 186/5 186/7 186/16 186/17 186/22 187/3 187/14 189/9 190/1 190/6 199/11 201/23
**preserve [1]** 6/20
**president [1]** 133/23

**presiding [1]** 4/7
**press [4]** 43/23 45/5 226/11 226/12
**pressure [7]** 218/24 218/24 218/24 219/2 219/10 219/13 219/15
**Presumably [1]** 192/2
**presume [1]** 194/6
**pretty [10]** 8/14 11/24 16/11 18/17 74/17 137/9 154/25 164/3 202/8 218/11
**prevents [1]** 35/8
**previously [2]** 27/22 45/23
**pride [1]** 198/10
**primarily [1]** 173/23
**primary [1]** 160/23
**Prime [1]** 65/9
**prior [4]** 84/18 150/7 153/12 205/6
**priority [1]** 222/18
**prison [1]** 127/1
**privacy [1]** 20/24
**private [4]** 16/1 16/4 198/15 223/4
**privilege [1]** 24/15
**Pro [2]** 13/20 59/18
**probably [23]** 15/10 21/22 26/22 28/9 34/5 60/4 61/22 119/3 133/10 139/14 141/7 153/1 153/4 161/20 166/18 184/21 185/19 186/18 189/4 191/12 191/14 216/16 219/16
**problem [10]** 13/12 49/5 57/1 92/2 92/2 110/22 110/23 129/7 191/22 231/14
**problems [4]** 30/6 91/21 118/2 179/5
**procedural [1]** 5/21
**procedure [2]** 88/13 89/10
**procedures [6]** 13/4 13/7 20/20 36/10 76/16 76/20
**proceed [8]** 6/19 7/22 31/5 84/2 84/3 113/11 139/20 182/22
**proceeding [2]** 233/16 234/18
**proceedings [6]** 5/4 22/2 78/8 226/2 234/4 234/21
**process [14]** 96/8 97/10 113/23 117/8 117/10 117/14 130/22 199/15 199/21 230/7 230/8 230/9 230/13

**232/23**
**processes [2]** 130/13 199/18
**proclaimed [1]** 44/10
**produce [1]** 132/18
**produced [1]** 144/17
**product [1]** 166/17
**production [3]** 144/19 145/6 203/25
**professional [2]** 8/17 126/20
**professor [2]** 140/13 183/16
**proffer [2]** 24/24 143/3
**proficiently [1]** 103/13
**program [6]** 144/16 144/17 144/19 145/2 145/4 145/14
**progress [3]** 82/9 83/4 167/5
**progressed [1]** 82/4
**progressing [2]** 82/17 82/19
**prohibitions [1]** 36/5
**project [11]** 142/23 148/5 167/8 176/24 177/3 178/24 179/12 179/13 180/2 192/14 192/14
**projects [4]** 133/18 136/3 136/6 214/4
**prominence [3]** 140/12 198/22 198/23
**prominently [1]** 124/9
**promoted [2]** 8/21 9/15
**proper [8]** 14/9 65/25 67/11 88/13 101/7 101/10 124/20 231/15
**properties [16]** 30/1 34/19 50/21 87/16 124/25 125/1 134/13 137/11 137/24 142/21 144/11 147/19 148/19 154/5 165/23 179/6
**property [22]** 6/11 6/13 11/9 27/7 27/9 27/13 28/13 37/19 37/20 55/7 86/7 93/5 134/16 135/1 135/9 136/23 159/1 165/8 165/22 166/25 175/8 176/3
**prosecute [1]** 121/16
**protect [1]** 230/13

**P**

**protected [1]** 233/2
**protection [2]** 13/17
67/22
**provide [8]** 49/8
129/15 140/10 141/12
152/10 152/12 218/4
223/3
**provided [4]** 141/10
141/15 153/15 220/1
**provider [3]** 150/14
175/19 175/22
**providing [2]** 66/11
223/9
**provisional [2]**
94/25 96/8
**prudent [1]** 180/5
**public [28]** 33/12
33/15 33/23 68/23
70/3 75/24 86/2 86/4
86/8 117/10 117/18
117/24 118/9 118/14
126/11 128/15 132/5
138/2 195/19 212/9
226/10 226/19 226/21
227/20 228/16 229/19
231/7 233/6
**publicly [8]** 109/16
117/19 117/20 226/10
226/24 227/2 230/14
231/16
**publish [31]** 12/19
18/2 18/21 26/11
32/15 37/2 38/22
41/11 54/8 57/10 73/6
77/14 79/17 92/11
92/22 95/3 97/17 98/9
156/18 157/2 166/9
171/17 171/22 172/12
175/1 177/7 178/2
202/16 205/13 208/6
226/6
**published [1]** 92/24
**pull [11]** 18/1 48/5
55/3 56/2 92/11
115/21 119/20 202/14
202/15 204/19 229/1
**pulled [6]** 48/6 49/1
55/25 56/6 136/25
204/9
**pulling [2]** 51/21
197/16
**pumped [1]** 146/20
**purchased [5]** 29/9
158/6 159/1 159/2
164/24
**purported [1]**
218/19
**purpose [2]** 14/4
111/11
**purposes [7]** 110/15

132/15 145/1 145/12
162/23 220/25 226/4
**pursuant [2]** 95/25
226/13
**purview [1]** 9/3
**put [33]** 14/3 20/21
20/23 24/9 28/9 28/14
30/19 48/2 57/15
59/15 116/8 126/3
126/6 134/17 135/11
137/13 138/22 144/23
144/23 144/24 144/24
146/6 165/15 211/20
221/8 221/15 221/18
222/19 227/19 228/23
229/3 229/18 231/23
**putting [3]** 16/1 92/2
130/23
**PVC [2]** 99/12 99/21
**PX [8]** 41/10 50/19
57/9 87/6 98/7 98/7
98/9 100/17

**Q**

**qualified [1]** 140/24
**quality [2]** 188/25
189/1
**quarter [2]** 168/20
197/18
**quarters [3]** 154/3
164/3 164/9
**question [34]** 6/11
12/14 20/4 34/5 38/16
38/17 54/25 56/25
57/19 69/2 70/12
72/13 81/17 89/9
100/11 104/23 114/12
117/5 130/2 130/2
138/11 143/15 146/23
158/22 160/2 162/8
167/18 169/3 175/17
177/6 181/13 220/13
227/12 229/11
**questioning [1]**
220/9
**questions [29]** 31/1
32/20 47/3 56/24
58/23 63/12 83/24
105/5 108/17 116/21
119/9 120/5 124/24
125/1 129/1 129/13
129/15 130/4 131/3
131/6 139/4 152/19
194/18 197/23 215/5
215/10 215/14 219/18
233/3
**quick [3]** 18/16
53/21 215/9
**quickly [1]** 137/4
**Quintana [3]** 5/10
216/23 221/1
**quite [2]** 103/2

164/22
**quote [1]** 139/3
**quoting [1]** 138/24

**R**

**Rachel [1]** 122/17
**racial [1]** 203/23
**racing [2]** 22/23
22/23
**radically [2]** 182/10
210/9
**radio [1]** 224/25
**radius [1]** 61/22
**raid [3]** 90/9 91/23
100/20
**raiding [1]** 43/4
**raids [13]** 69/21
70/22 75/11 75/12
76/17 82/5 83/17 87/7
87/7 89/14 90/5 106/6
108/3
**raise [6]** 7/14 63/19
109/8 151/10 191/24
215/3
**raised [2]** 90/25
224/11
**raising [2]** 6/6 91/5
**ramp [1]** 165/5
**ran [3]** 49/25 133/24
138/5
**range [1]** 184/14
**ranking [1]** 187/1
**rarely [2]** 78/4 176/7
**Rassie [2]** 234/22
234/22
**rate [3]** 59/18
205/10 233/22
**rather [1]** 227/15
**re [1]** 154/18
**re-instilling [1]**
154/18
**reach [1]** 217/8
**reached [1]** 216/25
**reaching [1]** 217/9
**read [15]** 100/24
109/9 109/10 121/7
121/20 129/4 129/9
130/8 218/17 224/25
227/13 227/15 227/18
229/17 231/24
**reader [2]** 13/20
13/21
**reading [3]** 13/19
14/3 36/4
**readings [3]** 14/2
14/4 62/14
**reads [1]** 42/3
**real [8]** 18/16 53/21
143/13 154/1 154/1
188/14 200/8 231/12
**really [36]** 8/5 9/2
9/24 10/3 13/22 15/2

15/18 15/19 15/22
16/16 25/21 26/5 30/5
33/5 35/12 67/5 114/9
114/9 114/16 119/13
130/24 133/15 154/19
154/21 159/8 168/11
169/7 169/8 169/17
179/4 180/13 187/25
189/10 196/12 211/24
227/22
**rear [2]** 49/16
177/17
**reason [7]** 33/17
47/18 126/2 158/14
187/11 187/14 219/12
**Reasonably [1]**
220/15
**reasons [4]** 140/24
156/24 187/5 187/24
**reassembled [1]**
27/15
**reattach [1]** 27/12
**rebuild [1]** 155/25
**rebuilding [2]**
154/23 187/6
**rebuttal [1]** 5/17
**recall [30]** 96/22
97/1 112/6 112/9
114/18 115/9 119/9
126/1 126/2 126/7
126/18 126/21 127/19
130/9 131/2 131/19
135/7 135/22 136/8
147/7 164/14 164/17
174/4 174/21 202/13
207/14 211/13 211/21
211/24 215/14
**receipt [1]** 75/16
**received [20]** 3/7
12/21 18/4 18/23
26/13 32/14 34/4 34/7
34/11 57/12 73/8
79/19 93/3 98/16
129/10 157/5 166/7
171/21 172/11 178/1
**recent [4]** 157/15
161/16 161/17 209/22
**recently [2]** 153/23
156/15
**recess [7]** 56/20
108/19 108/25 150/4
216/3 216/10 221/9
**recognition [2]**
186/18 186/20
**recognize [10]** 18/7
45/7 73/11 77/3 85/14
95/19 120/24 162/21
166/11 207/22
**recognized [3]**
186/16 189/25 190/2
**recognizes [1]**
207/20

**recollect [1]** 118/2
**recollection [1]**
114/21
**recommend [1]**
219/12
**recommendation [1]**
219/14
**reconvene [1]** 129/8
**record [23]** 4/9 5/13
7/18 38/14 64/4 76/9
88/16 105/21 105/23
117/18 118/10 132/16
151/14 162/22 205/7
226/2 226/15 226/16
229/2 229/16 229/18
231/7 234/4
**recording [1]** 225/21
**records [7]** 38/25
68/24 70/3 75/24
138/2 205/9 225/20
**recover [2]** 219/12
220/8
**recovery [1]** 222/23
**RECROSS [1]** 3/3
**Red [1]** 213/6
**redirect [8]** 3/3
58/24 59/2 105/8
105/12 128/2 128/4
215/12
**refer [1]** 130/16
**reference [2]** 48/14
114/20
**referenced [2]** 99/7
172/24
**referencing [5]** 20/2
55/2 135/12 190/14
191/11
**referred [1]** 119/1
**referring [1]** 35/24
**reflected [1]** 183/19
**regard [4]** 84/14
138/8 190/20 225/18
**regarding [10]** 5/12
5/16 44/25 82/23
93/22 142/10 153/19
160/18 180/1 224/25
**regards [4]** 67/15
81/25 82/10 137/10
**registered [1]** 186/4
**regrettably [2]**
137/22 138/21
**regular [1]** 113/24
**regularly [3]** 104/15
104/15 124/5
**regulate [1]** 103/7
**regulations [2]** 51/4
66/4
**regulator [1]** 59/9
**rehab [1]** 217/14
**rejected [1]** 143/4
**relate [1]** 15/3
**relating [1]** 121/14

**R**

**relationship [7]** 16/9 134/1 134/8 134/18 137/2 137/3 137/6
**relax [1]** 220/20
**release [3]** 223/12 224/9 226/4
**released [1]** 111/15
**relevance [9]** 10/22 33/3 45/19 58/16 58/21 85/16 108/10 124/14 127/10
**relevant [1]** 144/8
**remain [4]** 109/15 175/19 214/14 223/4
**remaining [15]** 47/2 47/5 50/17 52/25 99/19 102/20 121/3 124/16 200/14 200/19 203/11 205/11 206/18 210/15 210/17
**remains [1]** 213/15
**remember [22]** 18/11 56/14 70/23 75/13 93/22 105/15 125/1 125/4 125/18 125/22 158/7 167/25 168/19 171/6 171/7 192/23 203/17 203/18 211/6 212/1 215/16 224/24
**remembered [1]** 24/2
**remind [2]** 128/8 172/7
**reminded [1]** 166/18
**reminding [1]** 131/17
**reminds [1]** 166/21
**remodeling [1]** 48/17
**remove [2]** 30/15 181/22
**removed [2]** 20/23 105/22
**renaissance [1]** 192/21
**Rene [1]** 14/25
**renew [2]** 5/4 162/24
**renewed [1]** 109/9
**renovated [4]** 147/23 200/3 200/21 209/15
**renovation [6]** 136/25 200/23 201/2 201/18 201/21 203/20
**renovations [1]** 201/13
**renowned [1]** 27/1
**rent [2]** 90/20 90/21

**reopened [3]** 78/4 153/23 156/9
**Reopening [1]** 154/17
**repair [1]** 203/3
**repeat [1]** 62/10
**repeated [1]** 90/9
**repeatedly [6]** 106/19 106/25 107/6 107/12 107/12 107/13
**rephrase [7]** 20/4 70/12 81/16 162/8 175/17 177/6 181/12
**replaced [1]** 133/21
**replacement [1]** 133/19
**replacing [1]** 201/2
**report [3]** 10/14 13/6 217/22
**reported [2]** 10/15 122/23
**Reporter [1]** 234/23
**reporters [1]** 69/14
**reporting [2]** 13/4 110/4
**reports [3]** 10/14 13/7 65/19
**represent [4]** 157/10 161/12 163/6 166/14
**represents [3]** 86/18 119/12 140/4
**reputation [1]** 143/1
**request [9]** 5/5 22/13 24/21 47/7 169/11 214/19 223/4 223/9 227/4
**requested [5]** 5/19 129/5 223/3 225/18 226/9
**requesting [1]** 72/19
**requests [2]** 138/2 138/3
**require [1]** 223/12
**required [1]** 71/4
**requires [1]** 70/5
**requiring [2]** 223/10 223/10
**research [12]** 11/11 147/18 153/13 153/19 153/21 156/14 157/20 158/5 158/25 160/18 160/21 160/22
**researched [1]** 158/2
**residences [1]** 185/24
**residential [6]** 34/19 46/3 46/23 185/22 187/17 188/5
**residents [5]** 42/11 44/18 90/20 127/21 191/6

**resign [1]** 133/7
**resignation [3]** 126/14 127/14 137/1
**resigned [1]** 133/8
**resolve [3]** 221/21 222/6 222/19
**respect [24]** 5/17 5/24 41/22 47/21 48/20 49/12 53/15 91/1 92/1 93/12 93/17 94/2 96/21 97/14 130/9 136/18 143/10 155/5 187/10 225/22 226/21 228/3 229/2 231/20
**respected [1]** 230/4
**respectful [1]** 41/6
**respond [2]** 142/1 145/23
**response [5]** 6/9 21/16 76/17 114/15 129/9
**responsibilities [5]** 8/25 10/8 66/1 66/9 120/8
**responsible [1]** 122/8
**rest [5]** 42/10 42/16 119/13 219/12 221/6
**restaurant [27]** 8/18 9/2 16/12 22/21 23/25 24/1 24/20 25/4 30/22 50/4 50/6 53/5 60/1 60/6 65/9 66/13 69/20 71/25 72/1 72/2 83/10 98/20 98/24 99/2 107/17 181/7 182/4
**restaurant's [1]** 27/18
**restaurant/bar [1]** 107/17
**restaurants [8]** 10/13 29/2 29/20 31/21 31/21 34/1 65/11 83/17
**rested [1]** 220/8
**restoration [8]** 136/3 154/23 200/24 201/1 201/5 201/8 201/18 201/20
**restore [3]** 136/13 147/20 155/25
**restored [5]** 200/2 200/22 200/24 208/13 208/16
**restoring [1]** 142/11
**restroom [1]** 225/8
**result [4]** 19/24 20/19 118/20 148/6
**retired [3]** 133/16 183/17 183/18
**return [4]** 108/20

111/25 150/20 221/10
**review [3]** 10/16 93/5 104/18
**revitalization [1]** 180/13
**rewind [1]** 43/13
**rich [2]** 154/18 190/2
**Richard [1]** 201/24
**richness [2]** 188/12 190/13
**Rick [1]** 22/25
**ridiculous [4]** 78/21 79/13 80/23 90/10
**riding [1]** 20/8
**right [196]** 4/21 5/8 5/14 6/17 7/12 7/13 7/14 9/12 11/20 13/11 31/3 32/2 32/13 33/14 33/16 33/23 37/12 37/18 37/20 39/11 41/25 41/25 43/16 44/2 44/17 46/13 46/18 46/24 47/9 52/20 55/15 56/11 56/13 57/22 57/23 58/7 58/24 60/13 62/24 63/13 63/19 70/18 74/15 78/1 79/21 80/6 80/7 80/19 82/21 83/25 84/9 86/4 86/6 86/10 86/12 86/21 87/18 88/12 89/12 90/14 92/20 95/14 96/24 98/9 101/20 105/10 105/17 108/4 108/18 110/19 112/19 112/23 113/1 113/4 113/8 113/25 114/12 114/19 115/6 115/16 115/23 116/1 116/14 118/8 118/16 118/22 119/6 119/18 120/10 120/22 124/9 124/12 124/15 126/11 126/21 126/22 139/13 139/19 144/6 144/14 150/3 151/10 152/20 154/13 155/8 156/15 157/1 157/24 159/20 162/7 165/19 166/15 166/16 169/5 170/5 170/10 172/25 172/25 175/5 177/24 178/17 178/17 179/10 181/12 182/20 183/20 183/25 184/8 185/25 186/5 186/8 186/17 187/15 188/3 188/16 188/22 189/1 189/9 190/9 190/25 191/1 191/9 191/10 191/15 192/1 192/17 193/4 193/5

193/9 193/10 193/12 193/15 194/9 194/10 194/22 195/11 195/15 196/5 196/19 197/9 198/17 202/6 202/7 203/13 204/6 204/24 204/25 205/18 207/7 207/24 208/4 208/11 210/23 210/25 211/15 212/12 212/22 213/7 214/9 214/17 216/3 220/4 220/5 222/1 222/4 224/13 224/18 226/7 227/1 227/16 230/1 232/10 232/15 232/15 232/19 234/8
**rights [3]** 38/6 120/22 127/21
**riling [1]** 19/4
**rings [1]** 16/16
**rise [9]** 7/5 56/18 108/23 113/6 142/6 189/4 200/12 216/8 225/10
**risen [1]** 196/2
**risk [1]** 143/1
**risky [1]** 29/13
**river [2]** 185/18 185/18
**Riverside [4]** 160/6 160/8 160/10 161/14
**RMR [1]** 234/22
**RMR-CRR [1]** 234/22
**road [1]** 63/1
**RODNEY [3]** 1/8 4/7 234/23
**role [5]** 10/8 119/8 133/2 137/14 195/14
**roles [1]** 8/25
**roof [3]** 49/16 99/2 210/4
**room [30]** 8/7 8/8 8/21 13/14 29/18 31/15 31/18 31/20 33/10 34/1 34/4 38/5 49/2 53/8 58/13 58/19 84/23 84/25 91/4 101/6 101/11 104/25 124/10 124/21 160/20 201/2 203/18 219/22 219/25 234/24
**rooms [2]** 164/6 176/18
**rooster [1]** 192/12
**roosters [3]** 192/3 192/7 192/17
**roots [1]** 12/8
**Ross [1]** 22/25
**roster [1]** 178/19
**roughly [1]** 168/13
**row [3]** 75/15 90/7 107/7

**R**

ruined [1] 74/5
rule [6] 24/12 35/11
36/3 226/14 228/15
230/20
rules [6] 35/7 51/4
52/20 52/21 65/16
66/4
ruling [1] 110/8
run [4] 59/6 112/17
123/14 123/25
running [4] 79/6
123/4 132/9 212/4
runs [1] 31/21

**S**

S.E [1] 1/19
s: [1] 234/22
safe [1] 89/4
safely [1] 102/16
safety [1] 67/11
saga [1] 193/8
said [92] 7/3 7/12
9/11 27/17 30/16
36/11 39/12 43/11
44/8 46/11 46/11
46/14 46/16 46/18
46/20 47/22 47/25
48/2 49/24 49/25
53/16 62/6 66/10
69/10 69/15 70/7 71/9
71/11 71/15 71/19
72/20 72/20 72/22
72/23 73/1 74/3 75/2
75/3 75/4 75/7 76/1
76/2 77/25 79/10
79/11 80/9 90/24
91/12 91/20 93/21
96/17 98/23 99/1
99/24 100/21 108/18
109/22 119/16 128/1
131/10 132/22 146/15
156/25 158/17 158/18
159/8 163/20 167/25
169/23 170/1 179/7
179/19 180/5 182/8
192/22 194/17 196/18
197/5 200/16 202/5
208/16 213/4 220/22
223/6 223/6 224/23
225/4 226/15 226/16
227/16 229/17 230/23
salary [1] 10/5
sale [1] 28/14
sales [1] 10/16
salsa [1] 11/18
same [38] 12/9
17/24 18/25 20/12
23/12 30/15 31/4
60/18 63/1 68/23
75/15 75/15 75/17
76/6 78/10 78/12 84/3

90/7 90/10 97/1 97/1
99/22 100/7 107/7
107/13 107/21 146/21
155/12 159/24 177/25
179/15 180/8 182/6
182/21 198/8 198/9
214/13 225/3
sanctioned [2]
144/10 146/4
sanctions [1] 227/23
sandwiches [1]
125/20
Sanguich [2] 125/2
125/4
Sarnoff [3] 1/21
4/15 218/5
sat [1] 164/8
Saturday [2] 17/6
60/7
Saturdays [1] 11/23
save [1] 136/12
saw [32] 7/11 16/21
43/8 73/16 92/4 92/8
96/24 97/14 104/3
124/8 127/4 131/11
131/13 136/20 147/9
147/13 163/16 164/22
167/5 167/23 172/22
192/20 192/21 197/6
199/6 203/15 209/19
210/6 210/8 211/2
215/4 226/25
say [42] 9/25 11/14
30/18 33/5 43/13
46/17 50/3 55/14 56/8
62/1 67/9 67/17 78/23
81/6 82/17 83/7 96/16
102/2 102/4 102/5
107/8 115/9 118/4
118/23 134/17 140/18
158/6 174/23 176/5
176/15 176/17 184/4
185/13 185/17 194/21
196/4 198/7 200/23
206/1 232/2 233/1
233/2
say, [1] 148/13
saying [13] 17/10
23/20 43/19 71/23
72/18 90/8 100/13
117/11 126/18 179/9
188/17 229/6 231/25
says [20] 23/25
48/14 48/14 48/15
60/11 81/6 98/20
101/20 103/13 116/13
117/14 117/18 117/19
120/21 120/23 121/8
129/5 132/5 146/1
147/15
scale [2] 176/1
178/12

scenario [3] 68/13
76/15 102/9
scene [2] 75/20 79/4
Schectman [1]
159/5
scheduled [1]
112/20
schedules [1]
224/22
scheduling [2]
110/15 220/25
school [3] 64/25
151/25 152/9
scope [25] 5/24 6/2
12/13 22/1 25/14 28/3
50/16 53/12 78/7
107/22 108/15 116/20
124/14 127/10 134/10
135/13 140/23 158/12
168/23 177/5 180/16
193/20 202/1 213/25
214/5
SCOTT [2] 2/2 2/2
screen [9] 39/20
41/14 42/3 95/17
120/4 147/9 205/18
206/22 208/6
scripted [1] 144/17
sculpture [1] 192/7
seal [14] 109/14
109/15 226/22 228/5
228/8 228/12 228/21
229/24 230/17 230/18
232/4 234/6 234/9
234/12
search [1] 133/19
season [1] 26/2
seat [4] 7/21 25/16
64/7 151/16
seated [9] 7/8 56/21
57/7 109/5 113/9
151/7 216/11 224/19
225/16
second [15] 6/2 6/4
6/8 27/5 36/20 46/18
48/8 49/18 55/4 55/9
87/19 88/3 100/19
101/17 136/15
section [4] 119/21
120/1 120/6 120/8
securing [2] 174/24
174/24
security [1] 128/20
see [104] 5/2 8/5
18/16 33/20 41/14
41/25 41/25 42/2
42/16 44/4 45/3 48/17
48/25 51/2 51/3 52/1
55/4 56/4 56/16 57/21
57/23 57/25 60/9
60/18 75/23 77/10
79/25 87/2 87/6 87/23

89/15 89/17 91/22
93/9 94/17 95/17
95/22 97/14 99/2 99/4
99/7 99/8 99/12 99/16
99/21 99/22 100/4
101/19 103/4 104/13
104/19 110/17 110/23
116/11 116/14 117/18
118/12 120/19 120/20
125/22 129/4 132/16
135/11 139/5 141/17
144/8 145/9 147/13
155/18 155/19 156/21
157/13 164/6 166/24
167/2 169/16 176/4
178/7 188/7 189/11
192/16 201/20 201/20
201/21 205/21 205/25
206/22 207/1 207/7
207/16 207/25 208/1
208/6 211/23 215/18
216/6 220/2 220/2
225/2 225/24 230/15
233/5 234/12 234/16
seeing [7] 5/20 6/7
50/6 118/8 196/12
219/8 219/8
seek [4] 38/22 57/10
92/12 98/12
seeking [2] 58/19
135/1
seemed [8] 60/17
167/4 167/5 167/16
173/4 173/6 173/8
180/3
seems [3] 103/18
226/10 226/12
seen [36] 6/24 19/13
19/21 30/22 44/4 63/5
72/5 76/8 80/4 80/12
80/16 80/17 83/16
83/22 94/20 107/19
115/18 147/5 147/6
147/10 147/11 155/17
155/18 172/1 172/1
172/2 176/7 200/12
201/21 201/22 206/7
213/1 215/23 215/25
216/1 227/6
segments [1] 145/3
segregation [1]
203/23
self [1] 131/4
sell [6] 24/1 71/19
94/24 125/20 165/17
176/19
selling [3] 17/8
23/23 166/18
seminars [1] 126/18
send [3] 24/4 59/24
60/17
sending [1] 76/22

senior [8] 42/12
122/18 128/18 133/7
133/10 133/11 133/11
133/15
seniors [2] 191/6
191/8
sense [2] 27/19
137/22
sent [1] 104/3
separate [3] 53/9
58/14 123/12
separately [1] 53/9
September [6] 37/24
38/14 42/1 42/4
153/16 157/16
September 20 [1]
42/4
sergeant [2] 75/2
89/17
series [3] 131/3
160/23 176/17
serious [3] 28/11
217/24 233/7
seriously [1] 111/8
serve [10] 24/9
24/11 71/20 94/3 94/7
96/1 115/7 117/9
117/15 179/19
served [3] 15/20
71/21 154/10
server [3] 117/8
117/10 117/14
service [3] 24/10
74/7 186/19
services [2] 152/10
152/12
serving [3] 10/1
115/10 158/17
session [5] 4/1 4/6
109/1 112/22 117/24
set [9] 30/13 30/13
41/23 59/11 62/16
165/16 165/18 189/13
204/2
sets [2] 25/21 120/16
settle [1] 114/11
settlements [1]
114/8
seven [6] 22/10
27/10 61/23 106/21
218/13 219/12
several [6] 116/7
129/22 154/21 164/24
189/17 233/3
sexual [1] 5/12
Sexy [1] 71/24
shall [6] 6/15 121/10
121/12 121/16 121/17
121/19
share [1] 74/21
shared [1] 74/22
she [20] 5/10 5/13

**S**

**she... [18]** 74/4
119/2 122/17 147/15
159/16 159/17 182/8
215/6 217/10 217/17
217/18 217/22 223/25
224/3 227/16 229/4
229/4 233/24
**she's [7]** 20/2 217/11
217/14 224/1 224/1
224/2 224/5
**shell [3]** 48/17 48/21
94/6
**Shenandoah [2]**
155/3 160/9
**shift [2]** 66/22 76/19
**shiftly [1]** 68/12
**Ships [1]** 165/15
**shirt [1]** 225/23
**shirts [1]** 176/10
**shock [1]** 28/14
**shop [3]** 15/21
165/19 188/7
**short [6]** 56/20
56/23 64/20 150/4
151/1 216/10
**shot [2]** 77/12 77/12
**should [24]** 48/1
56/25 78/23 108/19
109/14 109/15 109/20
120/13 140/24 217/18
218/24 219/16 219/17
220/6 222/13 223/23
226/24 228/2 228/4
228/16 228/20 229/23
231/6 233/20
**shouldn't [1]** 78/21
**show [59]** 12/16
17/17 17/19 17/20
18/14 18/18 26/8
28/12 32/18 36/21
41/9 41/22 50/19
53/15 53/20 53/21
53/25 56/23 57/9
57/17 68/25 69/15
73/3 75/18 76/25
79/14 85/5 92/16
94/13 94/17 95/12
95/13 97/15 98/9
100/3 102/8 115/23
117/20 118/6 118/12
125/12 128/25 143/11
143/16 145/5 145/6
147/16 148/23 171/16
176/18 197/18 204/21
205/16 206/17 208/6
219/25 220/15 223/25
229/5
**showcase [2]** 126/25
168/11
**showed [10]** 16/22

60/10 60/10 60/14
61/11 74/15 128/24
136/8 144/4 145/5
**showing [6]** 32/10
69/14 82/8 87/21
135/22 146/7
**shown [7]** 42/24
50/13 94/4 96/1
100/16 146/18 215/19
**shows [5]** 93/6
115/18 208/22 225/22
233/24
**shut [12]** 12/11 23/4
23/5 24/7 24/9 71/8
73/12 74/25 75/3 75/4
82/7 142/18
**shutdown [1]** 82/6
**SHUTTS [1]** 1/20
**side [12]** 10/9 11/17
35/1 145/25 165/5
165/20 174/8 174/8
175/9 191/9 196/21
207/7
**sidebar [32]** 22/13
24/22 25/15 85/7
139/24 150/6 156/25
157/23 162/6 163/21
179/1 216/15 216/16
216/18 225/13 226/20
227/1 227/4 228/1
228/13 228/14 228/15
229/25 230/10 230/21
230/24 230/25 231/3
231/14 231/25 232/6
232/9
**sides [2]** 173/20
193/2
**sidewalk [2]** 59/21
92/7
**sidewalks [1]** 86/8
**sign [4]** 58/7 77/6
92/5 93/4
**signed [2]** 127/19
219/18
**significance [5]**
140/18 157/19 186/8
190/8 201/6
**significant [5]**
109/10 188/25 210/25
218/23 219/1
**signs [4]** 93/6 93/12
93/17 195/20
**silly [1]** 83/23
**similar [1]** 83/16
**simple [3]** 222/17
234/12 234/12
**simply [8]** 55/8
91/25 93/16 135/8
135/18 140/17 141/6
148/10
**since [29]** 14/11
14/12 15/2 15/8 25/11

25/19 26/21 27/18
29/7 30/21 44/7 52/12
78/11 94/9 94/12 95/2
128/16 152/8 156/5
173/22 179/19 194/6
194/9 202/4 218/1
218/7 218/25 220/23
225/2
**single [7]** 11/22
23/15 188/1 190/22
191/25 214/13 227/12
**singled [1]** 69/13
**sir [78]** 7/4 12/5
21/16 24/23 25/2
25/16 31/5 32/16
33/24 37/1 39/4 42/2
42/15 42/20 43/20
44/3 46/19 47/3 47/6
47/11 47/14 48/3
48/18 48/19 50/23
56/1 56/6 57/3 57/8
57/11 58/20 63/14
84/3 88/16 89/10 90/6
93/7 95/17 102/7
103/6 103/11 112/24
113/10 113/12 121/4
121/21 121/24 122/3
125/21 125/24 126/7
126/23 127/21 130/9
131/5 132/13 132/15
136/11 139/22 152/4
152/18 182/9 204/11
210/18 215/1 215/8
224/8 226/23 228/8
228/24 229/8 229/17
230/2 230/16 231/10
232/1 232/15 234/10
**sister [4]** 27/7 27/9
27/12 216/25
**sit [3]** 124/12 227/10
230/14
**site [3]** 145/21 203/9
208/23
**sites [1]** 135/23
**sits [1]** 11/10
**sitting [2]** 44/19
94/10
**situation [3]** 76/13
76/13 230/15
**situations [1]**
199/20
**six [11]** 16/25 20/23
60/23 61/6 61/22 62/3
63/6 68/18 80/22
108/5 176/2
**size [1]** 70/6
**sketch [8]** 50/13
94/4 95/13 95/17
95/19 95/22 95/23
96/2
**slammed [1]** 26/2
**sliding [1]** 126/4

**small [11]** 10/10
49/18 168/15 176/2
177/17 178/12 178/22
185/24 188/1 188/2
210/6
**SMITH [3]** 1/8 4/7
234/23
**Smithsonian [2]**
148/3 148/13
**snapshots [1]**
130/10
**so [327]**
**solve [1]** 13/12
**some [63]** 8/25 16/9
29/18 29/19 40/10
44/18 53/16 54/19
64/25 66/13 67/2
91/12 91/12 109/10
124/24 125/1 129/6
130/4 130/5 131/17
133/15 133/16 134/13
137/4 138/24 139/23
153/19 158/19 168/11
168/15 169/7 169/19
169/20 169/21 173/23
174/5 179/6 180/5
182/11 183/9 183/18
185/5 185/7 186/7
188/14 190/25 191/3
191/13 192/22 192/24
195/16 197/4 197/23
198/11 198/22 199/3
202/4 204/21 209/7
214/10 216/17 221/13
230/21
**somebody [11]**
14/24 16/4 40/11
43/19 61/7 96/17
138/22 159/19 171/9
179/8 225/24
**somehow [1]** 145/15
**someone [6]** 80/9
138/21 143/8 150/16
220/11 223/17
**someone's [1]**
220/14
**something [34]** 5/25
11/19 13/10 13/13
46/17 46/18 63/7
105/23 112/7 114/6
120/3 123/25 128/16
130/24 131/11 131/14
131/19 137/15 143/8
154/19 165/7 168/19
173/8 179/9 188/18
196/20 201/3 228/15
230/14 231/7 231/21
232/18 232/19 233/8
**sometime [1]** 114/17
**sometimes [5]** 87/13
87/14 87/15 161/2
191/18

**son [1]** 223/2
**sons [2]** 159/4 159/4
**soon [5]** 42/8 114/17
158/6 159/1 225/24
**sorry [13]** 13/25
23/9 28/9 40/5 50/24
52/24 89/13 98/5
111/1 133/12 217/15
226/1 230/5
**sort [14]** 71/4
100/24 116/14 154/17
156/11 177/15 178/9
187/21 189/16 191/23
192/19 192/21 195/2
196/1
**sorts [1]** 97/7
**soul [1]** 130/4
**sound [10]** 7/11
13/20 46/16 59/11
59/17 59/20 97/8
146/24 146/25 147/1
**Sounded [1]** 43/11
**sounds [4]** 43/7
114/19 193/4 194/25
**source [1]** 160/23
**south [14]** 2/3 9/6
11/3 65/8 128/20
160/9 165/20 171/2
183/10 185/18 188/11
193/9 200/12 201/24
**southern [4]** 1/1 4/6
141/13 173/12
**southwest [1]** 171/2
**souvenirs [1]** 176/11
**space [5]** 64/6
103/16 103/17 212/9
212/18
**Spanish [1]** 15/4
**speak [6]** 15/3 97/11
110/2 150/16 153/5
155/22
**speakers [2]** 59/15
83/1
**speaking [7]** 43/3
50/8 88/16 128/15
142/15 185/1 185/9
**spearheaded [2]**
35/11 35/21
**special [1]** 190/2
**specialists [5]**
122/13 122/13 122/17
133/11 201/7
**specialize [1]** 50/10
**specific [3]** 72/12
96/13 106/16
**specifically [4]**
20/21 52/2 71/2
112/10
**specified [1]** 51/15
**Speculating [1]**
82/13
**speculation [23]**

S

**speculation... [23]**
12/14 15/13 17/9 19/6
19/18 21/2 22/13
28/20 30/8 44/21 63/9
73/19 74/12 80/25
106/1 107/3 134/20
163/11 173/7 175/15
179/16 180/22 181/10
**speculative [1]**
21/13
**speed [2]** 65/25
218/6
**speedy [1]** 222/23
**spell [3]** 7/18 64/4
151/14
**spent [2]** 54/19
182/21
**spilled [1]** 165/5
**splendid [1]** 161/14
**spoke [3]** 69/14
174/5 218/10
**spoken [1]** 218/5
**sponsored [3]**
145/15 213/1 215/25
**sponsors [1]** 213/2
**spot [2]** 15/5 15/7
**spots [1]** 13/23
**spring [1]** 169/6
**sprinkler [3]** 30/24
30/24 30/25
**spruced [1]** 125/19
**spunky [1]** 28/8
**spurt [1]** 192/21
**square [2]** 25/4 25/5
**squarely [1]** 146/6
**staff [18]** 10/4 10/16
12/9 22/9 74/6 74/7
74/13 78/2 78/5
122/21 123/1 123/10
123/17 126/19 138/1
138/8 138/9 138/13
**staffing [1]** 9/4
**stage [10]** 23/2 25/8
48/7 48/17 55/23
136/3 145/18 209/23
210/11 213/3
**stage/band [1]**
48/17
**staged [2]** 144/17
144/22
**staircase [12]** 27/6
27/6 27/11 27/15
27/17 27/17 30/16
30/16 30/19 30/20
52/5 52/12
**staircases [4]** 27/22
52/8 52/9 52/11
**stalled [1]** 148/5
**standard [3]** 6/16
81/24 103/2

**standing [1]** 71/24
**standpoint [1]** 5/21
**staple [1]** 6/13
**stars [1]** 26/1
**start [25]** 5/4 22/8
32/10 36/20 51/23
51/23 70/4 84/2 84/15
84/22 111/10 125/15
125/17 171/1 184/2
184/10 184/14 184/16
184/17 218/3 220/18
221/19 222/11 223/24
224/6
**started [21]** 12/3
31/14 39/12 53/18
53/19 60/19 82/8
84/17 84/20 97/24
98/25 137/10 137/12
160/6 170/20 180/13
183/23 184/1 194/18
195/8 225/6
**starting [8]** 11/21
31/12 84/21 96/14
98/8 149/22 193/25
215/21
**state [10]** 4/9 7/17
33/22 36/21 64/4 64/3
88/19 121/12 151/13
152/3
**statement [6]** 47/12
47/15 130/8 229/2
229/3 229/18
**states [8]** 1/1 1/9
4/5 94/23 117/11
186/3 186/24 193/19
**stating [1]** 229/11
**status [6]** 139/8
139/10 163/15 198/19
203/2 203/5
**stay [3]** 76/23
159/16 225/16
**stayed [2]** 11/12
204/12
**staying [1]** 14/8
**steadily [1]** 155/20
**step [2]** 113/2 149/3
**steps [2]** 59/5 101/2
**steroidal [1]** 218/12
**steroids [1]** 219/3
**Steve [1]** 5/11
**Steven [1]** 217/15
**stewards [3]** 14/5
41/5 42/20
**still [23]** 12/10 27/16
27/24 30/18 45/16
75/2 97/10 113/10
157/17 170/14 175/21
183/14 183/15 187/21
190/21 195/14 195/23
198/5 212/11 213/8
213/11 213/17 217/7
**stimulate [1]** 195/9

**sting [2]** 70/5 70/7
**stipend [2]** 195/20
196/1
**stipulating [1]** 6/25
**stone [1]** 221/14
**stop [8]** 58/7 59/14
69/23 77/13 85/24
101/25 130/15 205/20
**stopping [1]** 88/11
**storage [1]** 211/24
**store [2]** 165/18
176/15
**stored [2]** 211/10
212/2
**Stories [11]** 145/2
145/24 146/1 146/8
161/23 162/1 162/12
163/3 163/7 163/15
163/24
**story [7]** 153/13
155/24 160/25 161/1
164/10 203/18 203/24
**street [52]** 1/16 1/19
11/5 15/6 15/8 20/7
21/18 26/6 33/12
33/15 33/23 34/19
34/20 54/3 54/16
57/23 58/5 61/7 61/21
61/23 62/21 62/25
69/8 69/15 79/9 80/7
82/11 83/10 86/2 86/4
86/5 86/10 91/12
91/14 91/15 92/13
107/17 107/19 107/20
108/13 134/13 154/25
160/7 173/13 173/13
184/19 188/6 190/22
190/22 205/20 206/3
206/7
**streets [4]** 20/9
23/22 67/12 86/8
**stress [1]** 29/1
**stretch [3]** 228/17
231/10 232/20
**stricken [4]** 134/21
158/21 167/19 169/12
**strictly [2]** 15/11
30/4
**strike [9]** 21/12
22/12 69/1 88/5
134/19 158/19 159/10
167/18 169/10
**strip [4]** 185/22
188/2 214/9 214/14
**stripes [1]** 127/1
**structure [3]** 48/16
118/21 210/12
**struggle [1]** 90/23
**struggled [1]** 11/5
**studied [1]** 210/2
**Suarez [2]** 1/12 4/11
**subject [3]** 125/4

130/1 130/5
**subjective [3]**
185/15 185/17 185/19
**submit [1]** 234/3
**subordinates [1]**
123/9
**Subpart [1]** 120/23
**subpoena [2]** 224/1
224/2
**subpoenaed [3]**
132/14 132/17 152/19
**suburb [1]** 187/18
**suburbia [1]** 188/5
**succeeded [1]**
154/19
**such [5]** 6/6 44/25
71/21 103/23 190/4
**sued [3]** 91/5 117/25
118/15
**suffered [1]** 218/25
**suffice [1]** 134/17
**sufficient [1]** 129/12
**suggest [1]** 131/6
**suggested [1]**
135/17
**suggesting [1]**
135/7
**suing [2]** 58/13
105/1
**suit [11]** 114/10
**suite [8]** 1/13 1/16
1/19 1/21 2/3 124/22
124/22 124/23
**suits [2]** 114/11
121/16
**summary [1]** 126/20
**summer [1]** 169/7
**summons [1]** 117/11
**Sunshine [3]** 132/2
132/3 132/5
**super [1]** 60/8
**supervise [1]** 21/25
**supervising [1]** 61/5
**supervisors [1]**
123/11
**support [1]** 14/17
**supposed [8]** 88/21
103/11 120/3 142/22
148/4 148/22 217/4
219/11
**supposedly [1]**
218/10
**sure [59]** 4/21 4/25
9/23 14/7 14/8 14/23
15/19 18/17 22/17
33/16 35/20 35/20
44/12 50/3 50/9 53/23
54/10 56/13 59/7 60/4
65/17 65/24 67/11
68/10 70/20 76/21
86/11 92/24 97/18
103/4 103/10 103/22

104/20 114/16 114/24
115/3 115/5 117/14
124/5 129/2 143/17
144/16 148/9 148/20
149/5 150/1 170/15
171/23 181/4 186/19
188/13 191/11 198/8
202/10 202/18 215/7
225/14 233/1 233/2
**surround [2]** 14/1
17/5
**surrounded [1]**
17/14
**surrounding [2]**
27/3 77/18
**surrounds [1]** 67/3
**surveillance [1]**
230/21
**survey [1]** 189/14
**suspicion [1]** 145/8
**sustain [3]** 70/11
143/11 169/1
**sustained [86]**
12/15 19/10 20/4
24/16 34/14 39/1 39/2
41/3 44/22 49/16
50/17 52/23 53/13
55/12 55/20 58/17
58/22 62/18 69/4
70/18 72/12 73/21
75/8 79/2 81/16 82/15
90/3 91/8 95/11 100/9
101/14 104/17 105/4
106/12 107/24 108/11
108/16 108/16 116/22
116/25 124/15 127/11
134/6 134/21 134/23
135/4 135/15 135/19
136/16 139/1 155/8
157/24 159/20 159/25
160/2 160/15 163/12
166/22 167/19 170/2
173/9 177/6 179/10
179/22 180/9 180/18
180/25 193/21 194/15
195/5 195/11 197/14
200/14 201/10 202/2
203/11 206/15 207/13
208/17 209/3 209/11
209/25 210/15 212/7
214/2 214/6
**sustaining [2]**
181/13 181/21
**SW [21]** 34/19 34/19
54/3 54/3 54/16 57/23
58/5 69/8 69/15 77/6
86/3 86/4 86/10 91/12
91/15 92/13 154/25
173/12 205/20 205/23
206/3
**SWAT [5]** 17/4 17/14
75/19 91/22 102/6

**S**

**Sweet [1]** 176/21
**switching [1]** 82/25
**sworn [3]** 7/15 64/1
151/11
**symptoms [1]** 219/6
**system [3]** 30/24
30/24 30/25
**systems [2]** 82/25
132/8

**T**

**T-shirts [1]** 176/10
**T.V [2]** 20/11 21/18
**tab [2]** 116/3 116/3
**table [1]** 176/23
**Tai [2]** 29/9 32/6
**take [38]** 13/3 13/19
14/2 14/2 28/17 30/19
36/24 55/17 56/13
58/4 59/5 59/18 59/25
62/14 84/1 85/11
89/12 99/23 102/11
103/14 103/16 108/7
122/5 137/24 145/21
164/12 170/25 193/25
199/20 207/5 220/20
221/1 221/6 222/17
224/11 232/23 233/3
233/20
**taken [6]** 84/11
108/25 148/21 177/12
179/14 193/11
**takes [5]** 28/17
57/17 68/13 76/18
76/18
**taking [8]** 14/4
19/13 43/9 47/19
77/10 86/16 212/11
233/17
**talk [22]** 14/22 36/19
48/7 49/3 49/21 58/9
75/13 82/1 84/15
86/22 137/15 140/3
141/5 141/23 142/24
147/22 152/5 181/25
189/11 189/18 191/15
201/15
**talked [29]** 23/6
33/25 36/10 41/5
50/19 52/5 52/6 52/8
58/10 59/4 84/21
90/11 90/22 91/10
92/4 93/20 96/10
96/10 96/21 102/10
105/15 144/25 147/12
160/4 183/22 192/24
198/13 209/7 209/14
**talking [28]** 20/10
20/11 23/14 23/21
24/13 27/17 36/3 36/6
36/25 37/10 45/7

46/11 54/20 54/25
59/19 67/5 75/6 87/7
93/22 106/6 126/11
159/11 177/20 180/23
182/7 184/4 189/11
233/24
**talks [1]** 93/4
**tall [1]** 20/23
**Tampa [1]** 9/9
**tampering [2]**
217/22 217/24
**Tanjha [2]** 5/9
216/23
**tape [1]** 233/23
**Taquerias [63]** 6/11
8/9 9/18 9/21 12/2
12/3 12/11 12/23
12/24 13/5 14/16 16/1
19/25 20/13 20/16
20/17 22/8 22/9 22/9
22/20 27/4 27/5 27/24
30/15 32/4 32/8 35/12
38/15 50/21 52/5 53/6
53/7 53/8 53/15 53/16
54/4 54/5 54/14 54/16
54/19 54/20 58/10
63/5 66/13 66/15
66/16 67/4 69/19
72/16 78/6 78/10
78/10 81/11 82/4 82/6
84/23 97/24 98/19
99/24 99/25 101/9
107/16 147/12
**Taquerias/Los [2]**
32/8 52/5
**targeted [3]** 104/10
130/11 130/17
**targeting [3]** 33/18
105/1 107/14
**targets [1]** 35/12
**task [4]** 30/6 30/10
104/2 104/4
**tasks [1]** 123/7
**taught [1]** 183/17
**tavern [1]** 94/5
**tax [1]** 75/16
**taxing [1]** 68/12
**Teach [1]** 152/5
**teacher [1]** 152/8
**teaching [1]** 128/14
**team [4]** 10/3 17/14
51/6 201/19
**technically [2]** 26/5
176/17
**technology [1]**
82/21
**television [8]** 144/16
144/17 144/19 145/1
145/4 145/6 145/14
146/2
**televisions [1]** 225/1
**tell [27]** 8/12 10/20

16/12 16/16 20/15
23/4 64/15 64/24 65/4
65/22 70/22 72/2
75/14 79/4 80/18
129/17 129/18 137/4
148/10 184/13 194/18
199/6 199/10 221/21
222/15 224/3 224/5
**telling [1]** 229/21
**tells [2]** 102/15
117/15
**ten [19]** 17/3 27/8
47/2 47/5 56/14 56/16
75/22 99/19 106/21
121/3 142/3 145/2
200/14 200/16 200/19
214/22 214/25 216/4
216/7
**tenants [1]** 15/18
**tenuous [1]** 173/5
**tenure [5]** 39/7
40/17 96/14 126/13
127/13
**tenus [1]** 5/6
**term [3]** 50/24 51/7
133/17
**termination [1]**
132/22
**terms [4]** 6/24
146/16 203/19 214/12
**terrible [2]** 74/19
78/2
**terrific [1]** 154/22
**testified [17]** 44/10
45/23 54/19 95/4
95/10 96/4 96/13
114/2 119/8 119/12
119/17 120/7 123/13
125/5 131/2 206/14
210/20
**testifies [1]** 149/6
**testify [14]** 56/9
129/23 140/12 142/19
142/20 144/2 144/12
148/5 169/4 216/24
217/1 217/9 217/17
217/18
**testifying [5]** 107/8
121/22 140/9 195/10
220/22
**testimonies [1]**
141/18
**testimony [50]** 5/25
6/1 6/5 31/3 32/4
32/7 33/20 33/23 35/3
36/13 36/14 39/16
40/15 41/7 81/1 90/11
91/17 93/20 102/11
126/16 126/18 135/8
136/15 138/24 139/17
139/20 140/17 140/20
140/21 140/21 140/25

141/9 141/16 141/19
141/25 150/24 153/6
163/11 166/21 168/24
168/25 180/16 183/19
192/19 194/9 205/5
208/16 211/22 217/12
221/3
**TEU [5]** 165/19
211/14 211/18 211/19
211/19
**TEUs [1]** 165/14
**than [17]** 35/21
51/13 51/17 61/19
130/13 130/14 138/19
139/18 141/22 153/17
155/17 160/22 173/5
182/15 204/23 206/6
227/14
**thank [44]** 5/8 5/23
7/4 13/3 25/16 35/10
57/2 57/9 57/13 63/13
63/14 63/15 71/14
84/8 88/25 98/15
104/21 105/5 105/7
108/22 113/13 113/18
139/4 139/5 151/3
151/4 151/17 152/17
152/20 164/12 166/8
175/2 178/5 182/18
214/17 215/1 215/2
220/17 222/22 222/24
224/16 225/9 234/14
234/16
**Thanks [1]** 142/4
**that [1114]**
**that's [159]** 5/22 6/1
8/15 11/24 12/24
15/22 16/16 22/20
25/7 26/17 27/13
28/22 31/14 31/15
31/20 32/18 33/18
33/23 36/2 36/4 37/6
37/7 37/9 37/21 39/16
39/19 41/15 41/17
41/19 41/20 42/3
42/14 42/18 44/2
44/17 45/14 46/1 46/3
46/3 46/16 46/21
47/18 47/22 48/4 49/2
50/13 51/9 51/9 51/25
52/14 54/15 54/16
54/17 55/24 56/8 56/9
59/9 59/19 59/23
59/19 61/1 62/4 65/10
65/21 65/21 67/5
69/21 73/12 77/23
80/11 80/11 81/6
84/14 84/23 85/18
86/18 87/11 87/25
90/8 90/10 91/16 94/4
95/1 96/1 96/20 99/5
101/22 102/8 102/22

103/7 103/11 104/10
105/23 107/7 107/13
109/18 111/22 114/21
116/5 116/11 119/22
124/2 126/8 126/10
132/8 133/22 138/20
141/8 141/23 143/6
143/14 143/16 145/16
146/1 146/19 146/23
147/4 147/5 148/1
148/3 148/24 149/1
149/12 150/11 156/4
157/17 165/23 168/3
175/6 184/1 185/22
189/16 189/21 189/22
191/23 192/5 192/9
193/4 195/14 196/25
197/6 198/10 199/7
201/1 204/23 212/22
217/22 220/5 222/1
227/25 228/6 231/11
231/25 232/9 232/10
232/18 232/19 233/2
233/2
**theater [19]** 144/1
145/7 145/12 146/2
164/7 171/1 175/21
183/23 184/2 184/5
184/7 184/7 184/16
184/16 184/17 204/2
204/14 204/17 204/18
**theatrical [8]** 118/14
118/17 118/18 144/19
145/6 146/11 163/21
203/25
**their [51]** 5/25 6/5
13/14 17/4 22/11
29/20 38/6 62/7 62/8
62/25 63/2 65/23
69/21 74/15 74/18
89/8 104/1 105/2
106/20 107/9 108/4
109/9 121/14 123/7
123/14 123/19 123/23
123/23 123/25 132/6
138/1 138/15 138/21
141/25 145/1 145/5
149/16 153/14 153/15
155/7 155/20 155/24
159/16 165/18 176/18
176/19 179/6 189/1
191/24 198/21 215/3
**them [64]** 16/19
16/20 19/5 29/12
30/23 32/5 53/9 62/7
63/6 66/11 67/20 71/2
74/9 74/10 74/22 76/1
76/7 76/17 90/22
107/18 111/6 123/4
123/6 123/17 126/4
129/7 129/8 129/16
130/18 131/10 132/14

**T**

**them... [33]** 132/18
133/15 133/16 138/6
141/4 141/4 143/5
143/7 147/18 153/5
153/11 153/18 155/25
155/25 165/19 167/2
169/18 169/21 169/21
190/17 191/3 191/5
192/16 198/5 198/9
198/10 198/25 211/2
211/12 211/20 211/23
211/25 217/3

**themselves [1]**
130/5

**then [92]** 5/23 8/21
9/11 9/15 10/6 10/16
16/18 16/20 23/19
24/7 27/3 28/9 29/10
30/15 31/17 32/19
37/9 37/12 37/15
37/18 39/11 51/2
53/20 56/5 56/25
57/19 59/9 59/17 60/9
71/25 75/1 79/7 82/4
87/14 91/5 92/18 97/3
99/2 99/22 100/11
102/7 103/9 106/20
106/22 112/14 112/14
117/17 118/4 128/17
129/8 133/1 133/21
137/12 138/20 139/20
145/19 146/17 149/8
150/20 153/14 156/6
156/7 156/16 156/18
157/15 162/21 167/5
167/24 169/19 171/1
184/10 185/18 185/18
190/5 190/9 190/20
191/17 197/22 204/12
204/14 210/8 213/4
215/10 215/17 216/23
218/1 221/6 221/10
221/18 222/12 228/23
231/23

**there [217]** 11/6
12/9 12/10 12/10 20/6
20/22 22/8 26/24
27/13 27/18 33/16
34/22 35/7 35/10
35/20 36/1 36/2 36/3
36/5 36/11 36/12
37/16 39/14 39/20
40/15 41/19 42/14
43/3 44/2 44/3 44/7
44/8 44/17 46/21 48/3
48/24 48/24 48/24
49/13 49/24 49/24
52/11 52/11 52/12
55/24 57/25 58/7 58/7
61/1 61/18 62/3 62/25

66/17 67/22 68/5
68/16 70/25 73/24
75/12 75/14 75/21
76/23 77/12 78/4
78/11 78/12 78/19
78/21 78/23 79/4
79/23 80/8 80/16
80/23 81/8 84/21
86/12 88/6 88/21
90/12 93/4 94/7 94/8
94/10 94/11 94/12
94/21 95/1 95/15
95/22 96/3 96/7 96/25
102/6 102/17 104/6
112/5 112/9 112/21
113/1 113/23 115/7
115/8 115/9 115/9
116/20 118/1 118/4
118/4 118/20 120/6
122/13 123/13 124/23
125/15 125/18 126/3
126/4 126/5 129/7
130/3 130/5 130/8
130/15 130/18 130/19
133/19 134/17 135/23
136/1 136/25 137/20
142/23 146/5 148/12
154/9 154/21 156/11
156/16 157/15 158/9
159/4 159/4 159/9
159/16 160/10 161/1
161/19 163/3 163/11
163/16 164/3 165/1
165/2 165/3 165/5
165/6 167/2 167/25
168/1 168/1 168/1
168/2 168/15 168/15
170/15 171/10 172/22
173/5 176/10 176/22
177/14 178/9 178/12
178/13 179/5 180/3
180/4 180/5 180/6
181/4 181/5 183/13
183/15 183/17 184/19
188/24 188/24 190/10
190/22 191/13 191/19
191/22 192/2 192/6
192/17 198/22 202/11
203/17 203/24 204/23
208/19 212/2 212/3
212/9 212/11 212/16
213/3 215/16 216/1
227/10 227/11 227/19
228/19 229/3 230/14
231/11

**there's [81]** 4/19
12/17 13/20 17/18
18/15 20/11 21/10
21/17 21/21 21/21
23/22 26/9 29/1 34/25
38/16 40/16 42/10
43/21 47/19 49/1

59/13 59/24 61/3
61/22 66/9 66/11
67/12 68/16 71/21
71/21 71/23 73/4
76/14 79/10 79/15
81/8 81/24 82/21
82/22 99/8 99/11
99/12 99/16 103/4
103/9 103/16 103/16
103/17 104/13 107/18
120/6 128/1 137/19
138/18 150/25 165/25
171/2 171/14 172/5
173/23 176/21 176/22
184/24 186/10 186/11
186/14 189/12 190/12
190/17 190/18 191/8
191/20 212/16 214/10
217/21 224/9 228/21
230/2 231/15 232/17
234/4

**Therefore [1]** 231/19

**thereof [2]** 121/14
121/20

**Thereupon [11]** 7/6
56/19 57/5 108/24
113/7 142/7 151/6
216/9 224/17 225/11
234/18

**these [73]** 5/4 19/24
20/25 22/1 23/17 24/5
26/25 28/1 50/7 50/19
52/18 65/13 68/24
74/17 76/12 76/17
76/20 78/7 79/25 83/4
88/10 88/20 89/14
90/5 91/21 101/2
104/14 106/6 108/2
123/9 130/10 130/16
132/12 132/19 137/23
143/2 147/3 147/5
147/10 147/16 147/19
154/16 156/19 157/7
157/9 161/9 161/13
165/14 166/11 166/13
166/16 166/17 166/24
185/21 190/14 191/17
197/11 200/10 206/22
209/7 210/24 211/2
211/11 211/17 213/6
220/4 226/2 226/3
226/9 230/10 232/12
233/5 234/4

**they [192]** 5/18 7/1
11/2 12/7 12/7 12/8
17/2 17/4 17/5 17/8
22/23 24/7 24/9 26/5
29/12 30/12 30/13
30/16 30/18 32/2 34/7
34/11 35/12 35/20
43/3 43/13 43/14
44/19 48/6 51/15

53/11 56/2 56/4 56/4
56/5 58/7 59/22 60/7
62/3 62/6 62/6 62/6
62/9 62/11 62/11
62/16 62/20 62/21
62/24 68/22 68/23
68/24 68/25 69/17
69/21 69/22 70/14
71/1 71/3 71/5 71/5
71/8 71/9 71/11 71/14
71/23 72/11 72/20
72/22 73/12 74/8
74/10 74/10 74/15
75/14 76/2 76/2 76/7
78/19 79/7 79/11
79/11 79/11 80/15
82/7 87/14 87/15
88/21 90/7 97/8
100/21 100/21 101/9
102/4 102/7 102/7
102/12 102/12 102/14
105/1 106/9 106/14
106/18 106/22 108/4
122/25 123/1 123/3
123/6 123/15 123/19
123/21 123/21 123/22
123/25 125/19 129/23
131/17 132/10 134/17
134/18 138/1 138/2
138/3 138/5 142/12
143/4 143/4 143/6
144/4 144/18 144/23
144/23 144/24 144/24
144/25 145/4 145/5
147/2 147/19 147/19
147/20 147/23 148/9
150/22 154/1 154/6
154/22 155/23 159/14
159/14 161/11 164/8
164/8 164/8 165/16
165/18 169/23 173/6
174/6 176/2 176/16
178/6 182/17 189/13
189/18 190/16 190/17
192/6 192/8 196/9
198/24 200/11 210/10
211/5 211/7 211/13
211/22 211/24 213/8
213/8 213/9 213/11
213/12 213/14 214/15
225/20 226/11 227/13
227/13 230/24 230/24

**they're [30]** 16/14
17/4 23/18 23/18
30/23 43/19 44/19
46/11 47/25 47/25
51/3 67/13 90/8 104/1
106/9 109/23 123/17
140/22 142/3 145/14
148/12 149/16 161/14
176/6 176/7 185/9
198/8 217/9 220/3

226/10

**they've [4]** 44/24
154/19 221/16 222/20

**thing [29]** 20/12
24/3 26/18 30/15 36/6
58/9 59/7 60/18 62/8
62/10 71/21 76/6
78/10 78/12 80/5 84/9
128/23 138/15 159/7
162/3 167/5 167/15
169/9 169/23 176/15
189/16 199/4 203/23
227/16

**things [64]** 6/7 10/2
10/3 10/19 20/2 21/10
21/18 24/4 30/17
52/18 68/23 69/25
76/12 82/22 91/18
91/19 100/22 101/19
102/10 103/3 117/18
118/19 118/24 126/19
131/13 137/10 137/17
140/21 141/3 145/9
152/6 154/3 155/22
156/9 165/15 171/9
172/3 176/4 188/19
192/3 193/8 195/13
196/15 197/9 198/10
198/11 198/12 198/14
198/15 198/23 199/3
201/20 209/5 209/18
211/11 220/12 227/19
228/23 229/3 229/19
231/15 231/23 232/12
233/5

**think [62]** 23/11
24/8 33/17 35/3 36/11
36/13 41/10 42/18
43/13 46/12 56/12
56/23 60/4 78/23
91/12 91/17 102/2
104/3 104/12 106/25
112/5 112/7 119/11
127/6 127/25 128/22
129/3 132/1 133/9
134/18 134/19 135/10
138/14 141/8 147/12
150/21 153/19 154/16
154/19 156/13 165/4
168/17 172/2 174/4
180/6 183/15 185/11
190/4 190/11 200/1
203/16 211/12 218/16
220/14 222/3 222/8
222/8 223/5 223/23
226/24 230/25 232/11

**thinking [3]** 17/10
180/3 233/19

**third [5]** 59/10 95/14
170/7 175/12 180/7

**this [370]**

**Thomas [1]** 2/2

**T**

those [71] 6/7 8/24 10/17 11/1 13/18 14/4 14/11 15/21 16/24 24/4 25/10 27/22 28/17 28/17 29/10 31/25 51/19 58/15 59/6 62/20 67/14 69/10 74/21 78/14 82/1 82/23 86/8 86/19 90/14 90/20 91/5 100/22 101/3 103/3 116/2 119/9 122/4 122/14 122/17 125/1 129/11 130/9 131/6 131/7 131/7 131/9 131/10 131/16 132/15 132/16 136/3 137/15 140/24 141/6 141/23 147/6 155/25 171/8 172/23 188/2 189/7 190/25 191/8 192/16 206/23 214/13 222/4 222/6 222/17 222/19 222/19

though [9] 24/10 27/14 52/18 71/10 145/4 145/14 187/17 203/18 220/11

thought [10] 114/17 131/1 131/12 131/17 137/8 137/17 137/19 167/14 167/23 202/9

thoughts [2] 74/13 180/3

thousand [1] 193/6

threatened [1] 187/25

threats [1] 68/7

three [23] 23/19 29/8 31/25 32/3 40/17 56/24 59/13 61/22 75/15 77/24 90/7 107/6 107/7 108/16 145/12 145/19 182/16 188/9 188/10 204/12 215/14 221/4 225/21

three million [3] 182/16 188/9 188/10

through [37] 15/9 27/21 31/15 39/3 50/22 51/9 51/10 51/11 59/6 65/13 70/7 90/23 96/15 112/18 115/14 122/22 143/24 146/7 150/25 153/2 153/4 155/17 155/20 161/2 161/20 178/13 188/15 190/25 198/13 202/4 203/13 208/9 208/14 209/22 211/2

213/6 228/12

throughout [16] 6/1 6/16 9/7 11/12 11/15 11/19 13/24 13/24 14/22 15/25 62/14 71/20 87/14 168/16 184/25 190/16

thrust [1] 185/5

Thursday [2] 112/22 226/1

tidy [1] 224/10

tight [2] 164/3 164/9

till [6] 11/22 35/6 38/16 80/22 173/24 200/15

time [99] 8/24 11/13 11/15 11/23 15/1 17/13 23/18 30/11 30/12 31/4 36/11 39/9 41/23 42/8 42/22 45/8 45/13 47/7 47/8 54/19 54/24 55/7 56/22 59/6 60/4 63/4 66/16 72/17 74/23 75/21 76/18 80/12 81/10 82/4 83/16 84/3 91/10 96/16 97/20 97/21 97/24 99/5 101/20 101/22 105/6 107/19 108/7 109/23 110/12 117/23 121/22 127/16 127/25 131/8 131/10 131/14 132/9 132/23 139/21 146/5 148/16 151/1 153/20 153/22 154/21 155/16 155/19 156/7 156/8 159/9 162/24 167/3 167/4 170/14 173/2 173/23 174/4 176/16 178/15 180/8 185/23 187/19 191/3 191/17 192/17 193/12 195/13 196/3 200/18 206/7 206/19 210/7 214/20 220/1 223/1 224/4 232/23 233/3 234/17

timeframe [16] 70/17 70/19 96/15 158/11 159/11 162/5 162/8 174/1 177/20 180/15 180/23 181/10 181/10 181/18 181/19 181/22

times [11] 14/6 16/13 21/7 39/7 50/20 68/24 69/21 82/20 172/1 219/22 219/25

tips [2] 74/8 74/18

title [3] 133/22 186/20 212/14

titles [1] 190/14

Toasted [2] 29/20 30/3

Tobacco [4] 6/6 51/2 87/14 89/7

today [24] 5/10 12/10 24/18 27/24 54/20 61/18 110/16 111/9 113/20 117/22 150/24 152/13 152/18 153/6 160/8 190/22 195/24 199/7 215/4 215/18 216/24 218/23 224/20 229/24

together [2] 113/19 142/12

told [15] 19/8 28/22 60/2 71/2 79/7 104/5 110/8 110/21 126/13 126/16 159/19 206/8 217/3 225/24 233/19

tomorrow [24] 46/14 74/16 102/5 112/18 149/22 150/2 150/20 150/23 151/2 217/17 217/19 217/20 218/3 220/23 220/23 221/13 222/11 222/21 223/20 224/4 224/6 224/21 225/5 234/16

ton [1] 27/11

tons [1] 23/3

too [12] 27/7 27/8 29/13 35/8 103/4 111/15 153/3 164/23 191/22 200/6 221/13 223/2

took [7] 30/3 45/14 55/18 62/7 114/7 153/20 158/7

top [9] 13/20 120/19 120/21 120/23 157/11 161/15 176/20 176/20 187/6

topics [1] 185/10

tore [1] 69/16

Torino [1] 41/19

torn [2] 67/19 169/8

totally [4] 74/6 226/12 227/5 231/24

tour [14] 141/24 142/17 152/10 152/12 170/24 175/19 175/22 184/23 185/1 185/5 185/5 197/19 197/20 198/12

tourism [1] 168/21

tourist [4] 15/9 26/2 67/9 213/6

tourists [4] 77/10 191/18 196/14 213/13

tours [29] 140/5 141/22 141/23 153/2

169/21 169/22 170/20 170/22 170/22 171/3 180/12 181/16 183/9 183/22 183/23 184/13 184/24 185/9 185/10 188/15 188/20 189/24 191/1 191/16 195/14 195/15 195/19 198/4 198/7

towards [4] 69/11 91/20 112/25 137/12

Tower [71] 142/11 143/23 143/25 144/3 144/5 144/9 144/12 144/18 146/1 146/3 146/6 154/8 154/11 154/11 154/20 159/3 159/3 160/4 160/5 160/5 160/18 160/22 160/22 161/13 161/14 161/16 162/3 162/3 162/13 163/5 163/16 163/25 164/6 164/18 164/19 171/21 175/21 183/23 184/2 184/5 184/5 184/7 184/10 184/14 184/16 184/16 184/17 199/1 199/10 199/15 199/24 200/1 200/21 201/22 202/6 202/12 203/2 203/6 203/8 203/13 203/15 204/2 205/23 206/1 206/4 207/3 207/11 207/22 208/10 209/14 215/15

town [2] 115/16 128/10

traffic [5] 58/5 58/8 150/25 189/1 214/12

trained [1] 123/8

transcript [2] 114/20 128/25

transcription [1] 234/21

transformed [1] 176/16

transitioned [1] 11/19

trash [2] 98/19 98/24

trauma [1] 192/25

traveling [1] 128/10

treat [1] 53/9

treated [1] 51/17

tree [1] 44/4

tremendous [1] 185/6

tremendously [2] 21/6 23/6

trial [10] 1/8 6/1 97/4 97/11 97/12

110/11 139/9 220/12 221/10 227/8

tried [2] 137/6 230/3

trip [1] 168/23

Tropical [1] 65/8

trouble [5] 68/10 111/18 111/19 111/21 174/24

troublemakers [1] 69/11

truck [1] 57/22 211/7

true [20] 16/16 48/20 49/12 52/9 55/24 58/13 58/19 97/6 101/9 184/9 187/20 188/4 220/3 220/14 228/24 229/4 229/5 229/7 229/13 232/1

Trust [9] 186/4 186/16 186/22 187/3 189/8 189/17 189/25 190/6 190/15

try [13] 13/12 14/17 14/19 43/13 83/4 105/22 114/13 115/14 115/14 138/22 149/21 188/19 193/18

trying [14] 16/22 16/23 16/23 17/12 17/15 19/4 23/23 24/5 33/19 37/25 43/21 90/23 197/10 217/9

TUESDAY [2] 4/1 109/1

turn [5] 49/6 58/9 69/23 69/23 129/3

turned [8] 10/3 11/11 11/16 71/6 71/6 100/21 169/23 169/25

turns [1] 138/5

tweaked [1] 14/12

twelve [2] 171/3 184/24

two [60] 8/10 8/19 12/6 12/7 16/17 16/25 17/1 17/1 17/2 17/3 23/19 24/8 24/13 25/11 25/11 25/18 29/9 34/25 40/17 52/8 52/23 52/25 53/8 53/9 57/19 60/22 60/22 60/22 60/22 60/23 60/23 60/24 62/4 63/1 76/2 76/4 78/14 89/21 102/8 103/15 104/17 113/19 126/16 127/5 133/9 133/12 133/13 145/11 147/16 154/16 158/15 159/4 161/13 176/20 205/10 215/5

**T**

**two... [5]** 215/10 216/13 216/21 221/13 222/4
**type [6]** 71/4 153/24 171/4 226/21 230/15 231/17
**types [2]** 176/8 223/2
**typical [1]** 116/11
**typically [1]** 15/5
**typing [1]** 158/7
**typo [3]** 219/6 219/7 219/11

**U**

**U.S [1]** 186/19
**Uber [1]** 24/4
**ultimately [3]** 97/6 97/8 122/22
**unbridled [1]** 137/23
**unclear [1]** 189/16
**uncommon [1]** 124/18
**under [29]** 39/21 53/11 56/9 102/24 104/5 109/14 109/15 113/10 121/25 127/25 129/14 132/1 132/4 156/5 157/12 220/4 226/22 228/5 228/8 228/12 228/17 228/21 229/23 230/17 230/18 232/4 234/6 234/9 234/12
**underline [1]** 185/5
**underling [1]** 130/5
**undermines [1]** 110/7
**understand [35]** 33/20 50/4 50/5 50/12 54/2 76/1 84/25 86/17 88/6 88/9 90/5 90/12 94/2 95/19 95/25 99/6 101/21 111/14 123/22 134/1 143/18 143/19 165/22 167/7 187/1 187/2 196/25 200/7 200/8 206/15 218/9 228/18 230/6 231/7 233/9
**understanding [15]** 109/14 154/18 155/10 157/19 161/25 167/7 167/22 177/2 179/12 182/3 182/15 189/21 189/22 199/2 222/24
**understands [1]** 76/21
**understood [7]** 53/11 54/15 90/16 103/25 187/16 197/10

210/12
**unfortunately [1]** 221/22
**uniformed [2]** 71/1 75/22
**unique [1]** 34/18
**uniqueness [1]** 190/13
**unit [2]** 130/21 130/21
**UNITED [7]** 1/1 1/9 4/5 117/11 186/3 186/24 193/18
**University [5]** 8/14 128/20 128/21 152/2 152/3
**unknown [2]** 158/20 170/1
**unless [2]** 134/6 163/10
**unnatural [1]** 107/8
**unofficially [2]** 133/5 173/22
**unpermitted [1]** 145/21
**unresponsive [1]** 21/13
**unsafe [1]** 103/5
**until [14]** 35/4 62/12 66/21 156/8 160/24 170/7 170/9 173/13 176/2 220/7 220/23 221/9 221/18 222/9
**unusual [1]** 131/12
**up [120]** 13/12 14/20 15/8 18/1 19/4 23/12 27/10 28/12 28/14 29/2 29/4 29/6 29/8 29/9 30/1 30/3 30/5 30/13 30/13 30/16 35/10 35/16 39/20 48/2 51/20 62/16 65/25 67/12 67/19 68/25 69/17 69/23 70/4 70/25 71/6 71/24 72/3 75/22 75/23 77/23 78/4 82/8 82/20 84/9 87/8 88/24 92/11 95/2 96/18 100/21 105/14 109/18 112/22 113/1 113/3 115/21 116/8 119/20 120/6 120/12 120/13 120/19 120/21 120/23 125/7 125/8 125/19 130/5 130/22 135/1 135/8 135/11 135/18 136/21 136/23 141/17 145/12 146/12 146/20 148/18 149/14 158/7 158/14 159/8 162/17 165/16 165/24 168/13 170/7

171/13 172/4 174/10 174/14 176/2 179/18 189/17 195/20 197/18 200/25 200/25 201/2 202/14 202/15 204/2 204/12 204/19 208/6 209/14 210/10 211/20 218/6 219/25 220/24 221/6 221/22 222/21 223/25 224/10 224/21 226/11
**upcoming [1]** 5/24
**update [5]** 139/8 139/20 150/8 150/12 218/4
**updates [1]** 216/17
**upholding [1]** 81/23
**upper [1]** 116/14
**upstairs [11]** 27/11 52/6 52/14 59/8 71/21 73/13 74/25 75/3 75/3 99/25 100/13
**Uriarte [1]** 99/3
**us [30]** 14/9 24/7 25/20 25/21 36/17 39/11 61/9 63/2 66/8 69/23 71/8 76/2 78/19 79/7 80/7 80/7 80/7 84/1 126/16 128/8 129/12 129/15 137/4 139/24 148/10 150/7 158/17 184/13 218/6 223/11
**USA [1]** 193/19
**use [12]** 13/22 23/14 37/25 46/12 101/7 101/10 135/1 146/5 176/12 188/8 200/3 209/15
**used [14]** 51/8 77/6 86/15 100/6 128/14 130/11 130/24 138/21 147/7 158/17 176/8 188/2 188/9 200/2
**using [4]** 47/19 132/25 192/20 212/13
**usual [4]** 66/18 79/6 79/6 107/9
**usually [6]** 65/14 65/15 66/22 124/20 188/6 201/6

**V**

**vacation [1]** 167/24
**vague [2]** 106/11 106/15
**vaguely [2]** 56/8 131/21
**validity [1]** 220/13
**value [1]** 145/11
**varied [1]** 65/12
**variety [1]** 171/6

**various [4]** 50/20 65/8 75/18 81/22
**vast [1]** 138/5
**vehicle [2]** 57/23 62/7
**vendors [4]** 176/2 176/3 176/5 176/8
**venue [8]** 10/25 14/6 25/21 29/5 43/22 59/9 68/13 74/3
**venues [5]** 61/23 72/4 82/21 83/23 103/20
**verbal [1]** 130/6
**verbatim [2]** 229/3
**verify [3]** 69/24 88/22 148/24
**versed [1]** 10/18
**versus [5]** 4/8 16/9 114/15 115/1 117/12
**very [55]** 14/24 17/15 34/18 50/1 65/12 67/25 75/20 76/15 76/15 77/11 81/8 82/2 84/8 104/21 115/6 126/18 126/19 131/1 131/12 131/12 133/5 133/5 134/13 134/18 136/21 137/4 138/18 139/4 151/3 154/16 157/8 161/17 161/17 164/4 164/4 164/9 177/17 178/12 179/7 179/7 183/18 184/17 185/19 189/22 192/12 194/9 194/12 198/6 200/6 202/11 215/9 217/14 218/23 221/2 227/24
**vests [1]** 17/5
**veteran [2]** 137/19 137/19
**via [1]** 28/18
**vibrancy [1]** 193/24
**Vice [2]** 145/5 145/6
**vicinity [2]** 63/5 107/20
**video [84]** 17/22 17/24 18/5 18/7 19/1 20/10 20/21 21/20 32/11 32/18 32/19 32/23 32/25 41/9 41/22 41/23 42/4 42/6 42/7 42/10 42/10 42/16 42/23 42/25 43/8 43/8 43/15 43/19 43/24 44/4 44/5 44/10 44/14 45/4 46/7 46/14 46/25 47/11 56/23 56/25 57/14 57/17 57/19 57/20 58/2 58/4 61/11 61/12 69/14

73/9 73/11 77/12 77/12 79/20 79/25 85/5 85/12 85/22 85/23 85/24 100/16 100/20 101/2 101/16 101/24 102/8 102/11 118/12 125/16 128/24 143/21 143/22 146/18 146/22 146/24 162/21 163/1 163/6 163/15 164/12 172/14 172/16 172/18 172/21
**videos [1]** 22/25
**videotape [2]** 225/19 225/21
**videotaping [1]** 60/20
**Viernes [52]** 81/6 140/5 142/16 142/17 142/20 168/3 168/6 168/8 168/10 169/13 170/4 170/11 170/16 170/19 170/25 171/4 172/21 173/2 173/15 174/5 174/18 174/21 175/11 175/13 175/19 175/23 176/8 176/13 177/16 194/2 194/2 194/17 194/19 194/19 194/22 195/7 195/15 195/20 196/3 196/7 196/13 196/17 197/5 197/7 197/9 197/16 197/17 197/19 197/16 198/4 200/9 215/24
**vigorously [1]** 146/13
**vintage [1]** 157/11
**violating [1]** 97/8
**violation [23]** 39/25 48/10 48/13 48/14 49/7 55/2 55/9 59/23 78/22 79/8 79/10 92/13 93/3 93/4 93/8 93/11 93/17 96/22 97/3 97/16 98/2 100/4 100/13
**violations [7]** 16/2 39/8 96/11 96/14 117/21 135/24 136/1
**vision [5]** 155/4 155/7 155/11 155/16 155/19
**visit [6]** 15/11 23/20 60/25 111/11 161/18 219/1
**visited [4]** 104/14 124/5 182/1 218/22
**visiting [2]** 86/10 215/14
**visitors [5]** 182/16 188/9 188/10 189/3

**V**

visitors... [1] 213/5
voice [1] 193/18
volume [4] 25/6 59/8
59/10 59/15
voted [1] 132/22

**W**

wait [5] 38/16 64/18
88/15 93/7 215/7
waiting [2] 218/16
222/20
waitress [1] 158/20
walk [9] 68/15 70/7
86/21 152/5 161/19
161/20 188/15 190/25
202/4
walked [3] 203/13
208/9 208/14
walking [15] 20/9
67/16 68/9 69/8 91/12
91/20 140/5 170/22
183/9 183/22 183/23
184/13 184/23 189/24
191/1
wall [3] 27/11 59/8
60/13
walls [1] 9/3
want [53] 5/4 14/5
14/6 14/7 17/13 17/14
17/24 28/18 29/12
30/1 31/11 67/8 76/9
76/10 82/11 82/12
82/14 83/6 84/1
101/19 109/25 114/20
117/20 129/13 129/18
129/19 129/21 142/25
143/4 143/6 143/12
143/17 145/5 145/10
150/6 162/7 169/5
186/9 197/23 209/15
218/17 218/18 221/23
223/17 224/10 225/12
225/17 225/25 226/1
226/11 229/4 231/11
234/1
wanted [21] 4/19
5/13 6/20 8/14 12/7
16/20 23/15 25/19
26/25 60/7 60/9 60/17
102/12 130/15 137/24
150/11 185/5 216/22
227/8 230/24 233/4
wanting [1] 41/5
wants [1] 5/2
warehouse [1]
145/19
wares [2] 176/19
176/19
warrant [3] 71/3
72/19 72/19
was [512]

wasn't [19] 33/5
39/14 44/8 49/15
54/14 55/7 76/4 100/2
100/6 114/9 122/17
129/25 130/4 156/6
192/14 193/25 194/5
212/2 233/19
waste [1] 224/4
watch [6] 32/19 42/4
57/18 113/2 162/20
225/1
watched [1] 19/1
watching [1] 145/14
water [1] 225/8
way [38] 7/12 45/17
69/22 70/8 96/18
112/24 113/3 115/1
115/4 115/5 118/19
123/4 123/12 126/3
126/20 137/24 138/10
155/3 158/6 161/2
184/10 185/2 185/19
188/19 189/13 190/21
191/8 192/14 193/1
195/14 200/8 204/17
208/25 209/17 213/17
230/2 230/2 231/15
ways [3] 83/1 185/5
190/17
we [381]
we'd [7] 14/19 171/1
181/20 216/16 219/21
220/2 223/4
we'll [28] 7/3 11/21
11/23 13/10 46/5 49/8
54/11 56/13 56/16
92/21 99/6 113/20
116/3 139/19 149/21
216/3 216/6 221/6
221/18 221/19 222/16
222/20 222/21 222/21
223/3 224/6 226/2
234/16
we're [61] 7/2 10/10
14/6 14/7 14/8 14/23
20/1 22/24 23/14
23/21 23/23 23/25
24/13 24/14 25/9 26/2
26/2 27/17 36/25
47/12 60/7 66/4 67/11
67/13 67/16 70/4
71/19 76/22 76/23
82/19 82/20 82/25
94/24 102/2 104/10
104/11 108/19 111/20
120/20 125/14 130/13
130/13 148/6 149/3
159/11 160/12 168/22
173/25 174/14 176/5
177/20 180/23 182/6
184/4 217/7 218/10
224/20 228/14 229/24

231/4 231/24
we've [25] 5/19 5/25
14/12 22/21 22/22
22/25 23/3 25/10
25/18 25/19 29/8 29/9
39/9 60/20 78/11
81/22 115/18 124/25
138/24 141/9 141/10
144/15 218/6 228/3
228/12
wears [1] 10/9
website [2] 153/14
172/2
week [4] 66/18
66/18 66/19 149/9
weekend [1] 75/14
weekly [1] 28/16
weeks [6] 24/8
77/24 113/19 145/19
204/12 208/9
weight [1] 219/2
welcome [4] 57/3
61/24 113/17 128/8
welders [1] 27/14
welfare [1] 117/9
well [103] 5/6 6/16
6/16 9/21 10/18 11/14
15/19 22/8 29/15 31/5
35/10 36/19 42/14
42/15 43/21 44/4
46/20 65/6 66/17 68/8
73/18 74/2 74/21 75/2
75/3 78/20 82/3 82/19
84/3 84/8 84/22 90/16
94/8 100/3 104/2
112/17 120/8 128/1
132/1 142/4 142/11
151/3 153/1 153/12
154/1 155/6 156/4
157/11 157/21 160/6
161/13 161/19 162/2
162/6 165/4 165/13
166/15 167/23 168/24
169/24 170/13 171/1
173/3 176/1 176/14
176/19 177/16 177/20
178/8 178/17 180/16
181/10 181/19 182/22
184/24 185/10 185/15
186/9 186/25 187/4
187/8 187/20 188/17
188/19 189/2 190/5
191/20 192/24 196/21
199/7 203/16 214/21
214/23 219/10 219/13
220/7 220/8 220/16
221/13 230/4 231/24
233/22 234/6
well-being [1] 187/4
went [25] 8/14 31/3
31/17 45/25 65/3
69/22 71/5 74/24

74/25 76/3 79/9 97/3
110/23 118/4 125/18
133/16 144/11 151/25
159/2 160/20 163/8
167/24 185/2 206/3
228/13
were [160] 9/11
9/17 10/4 12/9 12/10
12/10 17/7 18/12 20/6
23/17 24/5 24/8 31/12
32/8 36/6 36/12 37/10
40/15 42/21 43/3 43/8
44/11 45/22 46/20
52/9 52/11 52/19
53/16 54/25 59/22
60/2 66/16 68/8 68/10
70/15 71/1 71/2 71/9
71/10 71/11 71/14
71/15 71/23 73/14
73/23 74/6 74/10
77/23 77/23 78/3
78/13 79/4 79/6 79/7
79/23 82/7 84/18
84/21 90/23 90/24
94/10 97/8 101/3
104/14 106/6 110/16
111/7 112/5 113/19
114/2 114/14 115/8
115/15 118/18 119/17
121/22 122/10 122/13
122/25 123/1 123/8
123/8 123/13 124/24
126/6 127/14 127/15
130/18 130/19 131/6
131/17 131/19 132/15
132/16 135/12 135/23
136/1 136/3 136/12
136/25 147/19 158/15
158/24 158/25 159/4
159/4 159/9 160/23
163/16 163/24 164/1
164/3 164/8 164/9
165/1 165/2 165/3
165/6 165/16 166/18
168/16 172/23 176/10
179/5 182/16 182/17
183/12 183/15 192/17
193/2 194/18 196/7
196/23 197/4 198/24
200/11 202/5 203/19
204/7 204/9 204/9
204/23 208/19 209/14
209/16 210/10 211/19
211/20 211/24 212/2
214/21 214/25 215/1
215/19 216/17 217/5
218/4 223/6 226/14
226/17
weren't [1] 114/16
west [3] 128/15
171/2 218/20
Western [1] 176/15

what [202] 8/6 8/8
8/17 8/25 9/14 9/20
10/8 11/12 11/14 12/2
12/25 13/3 13/17 14/4
14/15 15/22 16/21
17/9 19/3 20/13 20/15
20/17 24/20 25/9
25/21 26/4 26/15 28/1
33/19 36/3 36/24
39/22 39/25 40/4 40/8
42/3 42/9 43/21 44/8
46/16 50/22 51/25
61/12 61/15 64/13
65/13 65/21 66/1
66/12 67/2 67/13
67/13 69/15 70/14
71/25 72/20 72/23
73/1 73/23 74/2 74/9
74/16 74/21 75/7
76/24 77/5 78/6 79/4
80/11 81/1 82/13
82/17 86/14 86/15
87/3 87/9 88/9 97/12
100/24 106/14 107/12
109/18 110/6 110/8
110/22 115/3 115/3
117/19 121/8 123/3
130/14 131/16 131/22
133/2 134/16 136/3
136/18 138/11 138/20
139/8 139/10 139/25
140/4 141/6 142/19
144/5 144/16 145/16
145/17 146/9 146/13
147/22 148/6 148/17
148/18 149/16 152/4
153/19 153/24 155/4
155/7 155/10 156/2
157/9 157/18 159/8
159/19 159/22 160/5
160/13 161/11 161/25
162/21 163/3 164/19
164/22 165/11 166/13
166/15 166/21 167/8
167/21 167/25 168/2
168/6 170/11 170/18
170/24 171/4 172/18
173/11 173/21 175/10
175/10 176/8 176/12
177/2 178/20 178/24
180/13 180/20 182/3
182/4 184/14 185/10
186/2 186/19 188/17
189/11 192/12 192/25
194/7 196/25 198/17
199/10 201/19 206/8
208/19 210/4 210/6
215/1 215/19 216/17
218/6 220/6 220/10
220/12 220/23 221/17
222/15 223/1 223/6
223/6 223/23 225/25

**W**

**what... [7]** 229/17
232/14 232/14 233/15
233/16 233/19 234/1
**what's [20]** 17/8
38/23 52/3 54/6 60/19
67/17 67/18 70/5
73/20 102/14 103/14
107/2 111/11 116/19
117/21 145/7 163/19
184/19 217/6 233/22
**whatever [6]** 83/6
140/18 166/19 179/20
188/7 209/15
**whatnot [1]** 137/12
**whatsoever [4]**
140/25 148/14 169/11
227/2
**wheels [1]** 211/5
**when [124]** 9/21
10/6 14/11 14/14
21/20 22/23 23/4 28/8
28/15 28/18 31/14
35/15 38/3 39/10 43/3
44/11 47/25 48/23
48/24 49/24 51/19
52/11 52/16 53/17
53/19 59/19 60/19
61/1 62/6 62/9 62/10
62/20 67/16 67/19
68/16 68/16 69/21
69/22 70/14 72/3
73/23 75/13 75/14
77/23 77/25 78/4 79/4
79/9 79/12 82/17
84/15 91/11 91/20
93/15 94/21 94/23
103/4 106/14 107/12
107/13 109/8 113/21
113/21 114/16 124/8
126/24 129/8 131/2
131/9 131/10 131/19
132/14 135/10 138/5
138/15 145/19 147/19
148/10 149/16 153/12
156/12 158/5 158/24
162/11 163/16 164/8
164/22 168/19 170/6
174/21 175/22 177/14
181/17 182/3 184/4
184/13 184/22 188/15
189/11 189/16 193/23
194/17 195/13 196/4
196/17 198/13 198/19
198/24 200/11 201/17
208/14 208/19 209/19
210/20 212/1 212/1
212/2 215/21 224/12
226/25 226/25 228/1
231/19 231/20
**where [78]** 16/14

17/14 21/7 21/19
21/22 25/25 28/18
35/12 36/11 43/8
47/22 48/14 49/18
50/20 50/25 62/12
62/16 62/21 68/22
69/9 69/10 69/11
69/16 69/19 75/21
80/6 80/23 81/22 82/6
87/2 87/11 90/8 93/3
96/22 100/21 103/12
103/13 104/19 108/2
110/18 112/23 114/7
116/13 124/12 137/13
141/14 141/17 142/22
148/21 150/18 152/12
154/24 158/24 164/17
165/15 168/20 173/2
173/15 173/18 174/18
176/22 177/12 181/11
182/15 182/17 184/1
184/21 184/22 188/6
191/12 206/9 217/10
221/10 226/10 226/19
229/19 230/14 230/15
**whether [27]** 13/13
15/20 34/4 34/7 34/11
50/21 51/20 82/25
87/23 92/18 93/9
93/16 98/2 101/3
101/6 102/24 136/24
143/8 150/1 189/5
190/10 199/10 204/9
204/12 220/13 223/25
227/23
**which [53]** 6/16 9/6
13/9 23/8 28/14 42/24
54/18 59/10 59/17
60/11 62/4 65/9 65/9
68/23 69/24 80/23
94/14 96/14 97/16
100/4 109/8 121/18
137/8 141/9 141/23
144/3 144/19 144/20
145/2 150/18 153/23
154/6 154/21 155/20
156/6 156/21 157/12
157/16 161/1 164/24
172/7 176/20 185/4
191/11 191/25 213/19
216/7 221/1 225/21
227/19 228/3 229/20
232/4
**while [10]** 9/17
18/12 70/15 83/17
110/1 120/5 132/25
163/11 163/24 174/14
**white [1]** 171/10
**who [64]** 4/17 18/9
44/8 45/7 45/10 45/12
45/14 52/12 57/22
61/7 71/25 72/15

84/23 104/2 104/5
111/23 114/10 122/4
122/10 122/14 122/21
123/8 123/8 123/9
123/17 133/19 133/21
138/18 141/5 143/25
144/25 144/25 148/13
149/8 149/18 159/4
159/5 159/15 161/1
165/17 165/17 165/22
168/15 173/23 174/13
178/16 178/18 179/7
188/10 188/24 191/17
193/2 195/20 198/22
198/24 201/7 201/13
204/6 217/4 220/10
222/25 227/14 233/7
233/7
**who's [21]** 14/24
33/21 43/6 57/22
72/11 76/2 86/9 86/9
99/3 109/5 110/14
112/12 115/19 139/15
140/12 149/6 149/13
179/8 216/11 216/22
218/5
**whoever [3]** 76/21
211/10 227/3
**whole [11]** 8/23
30/19 33/17 35/19
36/2 52/16 66/9 106/8
120/1 184/25 231/20
**whom [1]** 218/22
**whose [1]** 104/5
**why [39]** 16/23
24/12 28/22 33/17
36/4 47/18 47/18
59/19 65/21 67/19
69/13 70/7 75/2 78/23
78/23 81/6 82/7
102/22 103/7 107/8
107/8 126/24 128/8
129/17 129/18 130/15
134/4 137/21 141/24
152/17 167/22 179/12
180/1 192/5 226/19
228/8 228/11 232/4
233/2
**wide [1]** 191/5
**wife [3]** 133/1 162/3
163/8
**wife's [1]** 216/25
**will [39]** 29/4 31/4
65/12 84/1 89/3 89/7
110/11 112/2 112/3
112/10 112/11 112/21
112/22 113/10 116/4
120/5 125/8 129/14
140/6 142/20 145/13
148/5 149/15 149/17
149/24 169/1 173/19
182/21 189/4 206/20

217/13 218/14 220/6
221/13 223/12 223/20
223/25 224/5 225/7
**willful [1]** 145/8
**WILLIAM [2]** 1/4
117/12
**Willie [1]** 41/19
**willing [2]** 130/13
130/14
**winding [1]** 42/8
**window [1]** 122/25
**windows [2]** 48/17
211/20
**wire [1]** 127/25
**wish [2]** 220/7
220/16
**wishes [1]** 222/22
**withdraw [1]** 232/16
**within [21]** 17/1
24/8 27/8 60/22 60/22
60/24 61/22 94/24
94/24 96/1 127/21
139/21 140/22 140/22
141/3 179/3 179/4
192/3 201/3 223/15
223/24
**without [24]** 17/24
48/16 48/21 49/20
52/15 55/10 55/16
70/1 71/10 86/13 93/5
93/8 93/18 98/3 99/25
100/1 100/14 101/4
102/17 140/19 146/18
197/11 208/23 232/19
**witness [52]** 4/17
4/18 5/10 7/15 39/4
63/16 64/1 87/21
92/23 92/24 109/6
110/14 111/23 112/12
112/12 112/23 115/23
139/15 140/9 140/11
140/25 141/12 141/13
141/20 141/20 146/24
148/21 149/6 149/13
151/8 151/11 177/8
179/8 179/9 205/6
205/15 205/16 207/19
216/12 216/14 216/22
217/1 217/14 217/22
217/24 220/24 221/14
221/18 221/20 222/17
222/20 223/20
**witnessed [3]** 20/18
138/20 181/7
**witnesses [8]** 3/2
5/17 5/24 6/14 147/10
149/17 149/18 216/23
**woman [3]** 33/1
158/17 216/23
**women [1]** 173/23
**won [1]** 11/7
**won't [2]** 112/21

221/1
**wonderful [3]** 7/10
158/16 172/19
**wood [5]** 20/22 48/3
126/5 136/22 201/2
**word [7]** 11/5 104/15
192/20 197/20 200/2
200/2 216/24
**words [1]** 231/13
**work [43]** 9/7 9/17
13/14 21/9 24/3 29/18
29/19 48/15 50/6
51/14 55/4 55/9 55/9
55/16 65/4 65/12 74/7
74/11 78/3 98/3
100/13 103/11 115/14
122/4 122/5 122/21
123/3 123/6 123/9
123/17 130/11 133/16
138/1 153/17 167/5
168/11 178/10 184/10
190/8 195/8 205/20
206/1 220/20
**worked [18]** 9/6 9/8
16/10 22/9 31/25 56/5
65/7 65/11 66/19
81/21 96/18 126/24
142/10 142/12 153/13
193/17 201/12 201/23
**working [13]** 19/12
38/15 63/4 80/3 80/6
81/10 83/17 84/18
107/19 134/8 134/18
168/16 176/17
**works [2]** 16/4
119/15
**world [1]** 27/1
**worry [1]** 76/12
**worse [1]** 137/12
**worsening [1]**
219/15
**worth [1]** 25/18
**worthy [1]** 190/7
**would [120]** 4/24
5/19 6/5 10/8 11/12
13/16 14/21 15/2 15/9
20/7 20/8 20/9 22/13
23/11 23/11 24/12
24/21 26/18 26/20
27/12 30/12 30/12
30/13 34/5 34/21 35/4
35/6 36/7 42/18 52/18
52/20 55/17 59/17
69/22 80/11 83/7
86/21 89/9 96/14
104/13 106/6 106/9
106/14 106/18 106/25
108/2 108/4 108/13
111/8 112/15 114/7
119/2 124/12 124/20
124/23 126/4 129/5
129/7 129/16 129/22

(CASENUM)   (WITNESSNAME)   (DATE)

## W

**would... [60]** 129/23
131/9 132/1 132/3
132/4 134/15 134/17
137/8 137/13 138/1
139/2 140/13 143/25
145/10 145/16 146/3
146/17 153/23 155/22
157/15 159/16 159/17
161/1 164/5 164/8
164/24 166/15 166/17
167/15 168/20 170/25
171/2 177/14 178/12
178/13 178/23 185/13
185/16 193/1 197/18
201/2 206/19 214/12
214/19 216/7 218/1
219/20 220/2 221/4
221/4 221/9 221/24
223/4 223/25 226/5
229/14 231/16 231/20
233/7 233/10
**wouldn't [7]** 33/5
136/2 136/24 204/16
206/9 230/4 230/17
**write [2]** 152/6
219/17
**writing [4]** 4/24
121/18 169/21 228/3
**written [4]** 4/22 5/6
74/24 229/15
**wrong [8]** 103/9
126/21 192/20 227/20
227/22 229/20 230/1
230/1
**wrote [7]** 138/18
153/14 228/4 229/4
229/4 229/7 233/3
**Wynwood [2]** 189/5
189/7

## Y

**yard [1]** 98/19
**yeah [23]** 14/17
16/11 18/13 26/17
29/25 41/20 42/21
50/3 66/11 69/22 78/1
78/20 86/6 86/24
89/13 183/17 189/10
190/18 193/10 206/7
213/3 218/9 221/7
**year [16]** 9/14 15/10
15/11 22/24 22/24
23/8 23/13 23/17
23/18 25/6 78/4
170/22 182/16 198/9
198/9 219/1
**yearly [1]** 23/18
**years [49]** 8/18 8/19
8/20 8/24 16/12 19/21
22/10 22/10 22/10
22/10 22/10 22/10

26/22 50/5 50/7 65/7
65/7 78/12 81/12
81/21 83/7 118/24
126/16 133/9 153/1
154/22 156/16 160/11
164/24 169/22 170/8
170/9 173/13 174/1
174/23 176/6 179/3
179/5 179/14 183/7
183/17 187/9 190/3
190/12 193/6 195/18
196/4 199/3 227/7
**yes [212]** 5/9 7/1
9/19 12/24 13/2 13/19
15/7 15/17 16/6 18/8
18/13 19/2 20/7 20/11
20/14 22/7 22/19 26/7
26/17 26/20 27/23
27/25 29/16 31/22
32/9 32/16 32/21
33/13 34/21 34/24
39/3 39/18 41/16
41/18 41/20 42/3 44/4
45/9 46/20 47/5 47/15
48/19 50/3 53/7 57/11
57/25 58/12 63/17
64/2 64/22 66/14
67/24 68/5 69/21
72/10 72/15 73/12
74/18 75/12 76/12
77/4 77/9 78/19 78/19
79/24 80/2 80/15
81/20 81/24 83/9
84/20 85/2 85/4 85/15
85/19 85/21 86/20
87/10 88/18 89/9
89/16 89/18 89/20
89/22 89/24 90/15
91/19 92/3 92/6 92/9
93/14 93/23 94/5
94/12 95/18 95/21
96/12 96/20 96/24
97/2 97/5 98/11 98/22
99/5 99/10 101/1
102/14 102/19 103/1
103/7 105/16 105/18
105/21 106/3 107/6
114/1 114/16 115/17
116/16 118/17 119/11
119/19 120/18 120/25
121/4 121/21 121/24
122/3 122/7 122/24
123/2 123/24 124/7
124/10 124/23 125/21
125/24 126/7 126/23
127/21 131/5 131/21
132/15 135/10 135/25
139/8 139/22 142/4
149/20 151/9 154/6
157/4 161/10 161/17
165/10 166/2 168/5
173/17 173/17 175/19

178/3 182/23 183/11
183/14 184/1 184/4
184/12 184/18 185/12
186/1 186/6 187/16
187/20 190/24 191/4
191/4 191/7 191/14
192/11 192/13 193/7
193/16 194/1 196/16
196/16 197/8 198/18
199/5 199/9 202/13
204/5 206/6 206/19
207/23 208/1 208/12
209/21 210/18 211/4
211/9 211/21 212/13
212/19 212/21 213/3
215/8 219/16 224/8
226/15 226/18 229/4
234/10
**yesterday [9]** 4/24
5/6 109/13 109/18
110/9 111/7 217/3
226/8 232/6
**yesteryear [1]** 188/4
**yet [7]** 96/4 116/4
200/1 214/13 223/19
227/15 231/23
**you [1081]**
**you were [41]** 9/17
18/12 31/12 36/6
37/10 43/8 45/22
53/16 54/25 60/2
70/15 79/4 84/21
90/24 114/2 114/14
115/8 119/17 121/22
124/24 127/14 131/19
135/12 158/24 163/16
163/24 164/9 183/15
194/18 196/23 197/4
202/5 204/7 204/9
204/23 208/19 214/21
215/1 215/19 226/14
226/17
**you'd [2]** 118/12
144/16
**you'll [2]** 38/16 84/2
**you're [76]** 6/25
16/22 16/23 16/23
17/12 17/14 24/10
35/23 36/3 36/11 38/3
38/13 40/13 40/16
43/21 44/24 50/1
50/25 51/18 54/18
54/18 55/1 55/6 55/8
57/3 61/17 67/5 67/7
68/7 70/8 83/5 90/14
90/17 91/4 93/24 94/3
94/21 97/20 97/23
97/23 99/24 102/24
110/1 113/10 115/3
116/12 117/16 119/16
119/25 121/22 121/25
123/25 127/6 139/5

143/11 164/9 178/22
184/21 188/15 188/17
188/20 189/11 190/14
191/11 191/15 198/19
208/25 209/5 212/10
212/17 219/8 225/7
228/15 230/4 230/20
231/25
**you've [23]** 6/10
30/18 31/11 50/4 50/6
54/19 57/18 80/16
80/16 83/17 85/3 87/6
91/10 119/17 194/8
195/18 197/23 198/9
199/14 201/12 206/8
209/13 213/1
**your [301]**
**yours [1]** 114/23
**yourself [1]** 17/13
**yourselves [1]**
108/22

## Z

**Zach [12]** 15/8 31/24
33/1 33/7 33/9 33/19
85/1 85/18 224/11
225/19 225/22 233/24
**Zamanillo [5]**
178/18 179/6 179/18
179/23 179/25
**zero [2]** 23/22 35/13
**zoned [1]** 46/23
**zoning [4]** 23/14
122/14 133/13 140/16
**Zoom [1]** 28/18