```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                        (FORT LAUDERDALE)
                        CASE NO.  18-CV-24190
 3


 4    WILLIAM FULLER and
      MARTIN PINILLA, II,
 5           Plaintiffs,                  Fort Lauderdale, Florida
      vs.                                    April 26, 2023
 6
      JOE CAROLLO,
 7           Defendant.
      --------------------------------------------------------
 8                          Trial Day 9
                   BEFORE THE HONORABLE RODNEY SMITH
 9                   UNITED STATES DISTRICT JUDGE

10    APPEARANCES:
      FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                           Jeffrey W. Gutchess, Esq.,
                             Courtney Anne Caprio, Esq.,
12                           Joanna Niworowski, Esq.
                             Amanda Suarez, Esq.
13                           2121 NW 2nd Avenue, Suite 201
                             Miami, Florida  33127
14

15    FOR THE DEFENDANT:   KRINZMAN, HUSS,
                           LUBETSKY, FELDMAN & HOTTE, by:
16                           Mason A. Pertnoy, Esq.,
                             169 E. Flagler Street, Suite 500
17                           Miami, Florida  33131

18                         KUEHNE DAVIS LAW, by:
                             Benedict P. Kuehne, Esq.
19                           100 S.E. 2nd Street, Suite 3105
                             Miami, Florida  33131
20
                           SHUTTS & BOWEN, by:
21                           Marc D. Sarnoff, Esq.
                             200 S. Biscayne Blvd., Suite 4100
22                           Miami, Florida  33131

23


24


25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                           Thomas E. Scott, Esq.
 3                         Amber C. Dawson, Esq.
                           9150 South Dadeland Blvd., Suite 1400
 4                         Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

**INDEX**

2     **PLAINTIFFS' WITNESSES:**

3                          DIRECT    CROSS    REDIRECT    RECROSS

4     TANJHA QUINTANA           21     37     55

5

6

7     **DEFENDANT'S EXHIBITS**               **RECEIVED**

     142                            39

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          __WEDNESDAY MORNING SESSION, APRIL 26, 2023__

2                    __P-R-O-C-E-E-D-I-N-G-S__

3                             - - -

4              (Call to the Order of the Court.)

5          THE COURTROOM DEPUTY:  Calling case number 18-24190,

6      plaintiff, Fuller, Pinilla versus Joe Carollo.

7          THE COURT:  Only just the attorneys only.

8          THE COURTROOM DEPUTY:  Counsels, please state your

9      name for the record starting with the plaintiff.

10         MR. GUTCHESS:  Good morning.  Jeff Gutchess, Courtney

11     Caprio, and Amanda Suarez for the plaintiffs.

12         THE COURT:  Good morning.

13         MR. PERTNOY:  Good morning, Your Honor.  Mason

14     Pertnoy, Leah Gardner, Amber Dawson, Marc Sarnoff, and Ben

15     Kuehne on behalf of Commissioner Joe Carollo.

16         THE COURT:  Good morning.  You all may be seated.

17     Plaintiff, next witness?

18         MS. CAPRIO:  Yes, Your Honor.  Her name is Tanjha

19     Quintana.

20         THE COURT:  It was brought to my attention at sidebar

21     about an inquiry that took place yesterday.  If you want to

22     address that, we can do it right now.

23         And also to clarify, so I'm going to have plaintiff go

24     ahead and state what occurred to you yesterday, sir.

25         Go ahead.  Plaintiff?

```
 1              MR. GUTCHESS:  I'm sorry?

 2              THE COURT:  Mr. Gutchess, you mentioned at sidebar

 3    about there was an improper contact with the witness?

 4              MR. GUTCHESS:  Yes, and I think she's prepared to

 5    testify about that.

 6              THE COURT:  All right.  You can bring -- where is

 7    she?

 8              MS. CAPRIO:  She's outside.

 9              THE COURT:  All right.  You can bring her forward.

10              MR. GUTCHESS:  I think her mother is with her as well

11    as her lawyer.

12              THE COURT:  If the lawyer wants to be present, that's

13    fine.

14              MR. GUTCHESS:  Your Honor, just a clarification.  The

15    mother is the one who received the call, so if you would like

16    to question her, she's available to come up and tell you what

17    happened.

18              THE COURT:  Okay.  I wasn't here so whoever received

19    the information, you can inquire first and I can have any

20    further inquiry because you brought it to this Court's

21    attention.  We can bring the mother first and go from there,

22    sir.

23              THE COURT SECURITY OFFICER:  You want her at the

24    stand or podium?

25              THE COURT:  Podium is fine.
```

```
 1              THE COURTROOM DEPUTY:  Can you please raise your
 2    right hand?
 3                        (Witness sworn.)
 4              THE WITNESS:  Yes.
 5              THE COURTROOM DEPUTY:  Please state your name and
 6    spell it for the record.
 7              THE WITNESS:  Eleonora Gutierrez, E-L-E-O-N-O-R-A,
 8    Gutierrez is G-U-T-I-E-R-R-E-Z.
 9              THE COURT:  Mr. Gutchess, if you would like to
10    inquire first or whoever -- where is her lawyer?
11              MS. CAPRIO:  Yes, Your Honor.  I'll inquire.
12              Good morning.  I thank you for appearing in court
13    today.
14              Can you please explain to His Honor exactly what
15    happened yesterday in connection with your daughter's testimony
16    in court?
17              THE WITNESS:  Okay.  Well, I wasn't even home and I
18    called my mom, and she was crying on the phone and she said
19    that Marlene had called her and she was on the phone.  She had
20    to put her on hold when I called.
21              So I left the place where I was, which was five
22    minutes away, and drove home.  When I got there, she was
23    talking to her on the phone and she was asking about what was
24    going to happen today, why is Tanjha testifying, why would she
25    to have fly all from Texas to here.  Why is she doing this and
```

1   that this testimony could get her sister, which is Marjorie in

2   trouble.

3          And when I got there, I heard the conversation,

4   she had it on speaker, so I took to phone from my mom and I

5   actually -- I have to say I lost it with her because I thought

6   that she was trying once again to manipulate whatever was going

7   to happen and try maybe to change the outcome of the testimony.

8   I'm not sure what her intentions were.  But that's what I took

9   from the conversation.

10          THE COURT:  Who was Marlene?

11          THE WITNESS:  She's Marjorie's sister and she's

12   married to my uncle.

13          THE COURT:  Who's your uncle?

14          THE WITNESS:  Vicente Garcia is his name.  He's my

15   mom's brother, so that's a relationship we have with Marjorie.

16   That the sister, Marjorie's sister is my aunt, is my political

17   aunt is I think how you call it.  She's been married with my

18   uncle since I was a little girl.  It's been a very long time so

19   Marjorie is the sister and Marjorie is Joe Carollo's wife.

20          So she was yelling and screaming and saying that why

21   would this happen, why is this happening again, why does Tanjha

22   have to be involved in this again, that she was going to hurt

23   Marjorie, that whatever she said could put his sister in

24   trouble and Joe also in trouble.

25          And that's when I came in and I told her listen, I'm

```
 1    so sorry, but she's here to tell the truth.  I care nothing
 2    about what you have to say.  I don't want to hear anything
 3    about you again.  I don't want you talking to my mom.  I will
 4    not want you to come to my house and again see my mom crying
 5    because of this.  You stop this, you cannot cry.  You can't
 6    call again.  But my take of it is that she was trying to
 7    influence whatever was going to happen today.
 8               MS. CAPRIO:  And did you relay those concerns to your
 9    daughter?  Did you relay the conversation to your daughter?
10               THE WITNESS:  Yes, I did.  I did.  She knows what
11    happened.  I -- once we ended the call, I told my mom what
12    she's doing is illegal.  She's not supposed to be calling me.
13    What she's doing is not okay.  I didn't feel comfortable and
14    the thing I did right next after that, I called David, David
15    Winker, the lawyer, and I told him listen, this is just what
16    happened.  What do I do?  This is not okay.
17               THE COURT:  And approximately what time was this?
18               THE WITNESS:  I will say about -- oh, my God, I think
19    it was about 3, 3:00 something in the afternoon yesterday.
20               THE COURT:  And was this call placed to your home
21    phone or cellphone?
22               THE WITNESS:  My mom's cellphone.  My mother's
23    cellphone.
24               THE COURT:  And did she recognize the number who was
25    calling?
```

1               THE WITNESS:  Yeah, of course.  She's her

2     sister-in-law.

3               THE COURT:  And the sister-in-law's name?

4               THE WITNESS:  Marlene.

5               THE COURT:  Last name?

6               THE WITNESS:  Garcia.

7               THE COURT:  Anything else?

8          MS. CAPRIO:  Is there anything else that you would

9     like to add that you have not explained to the Court in

10    connection with Marlene Garcia's call to you and your mother

11    yesterday in connection with your daughter's testimony?

12              THE WITNESS:  Well, no.  Only that I mean this has

13    been going on for a very long time and this almost destroyed my

14    daughter's life.

15              And I am here, I am extremely overprotective of her,

16    and I thought that they were going to drag her again to that

17    dark hole where she was before, and I was not going to let that

18    happen.

19              I mean, we hired a lawyer because of that.  Because I

20    needed to my protect my daughter and yesterday I felt that she

21    was trying to pull this again, us back to that time.  I'm not

22    going to allow that to happen.

23         MS. CAPRIO:  When you say that you're trying to

24    protect your daughter, who are you trying to protect your

25    daughter from?

1            THE WITNESS:  From Joe Carollo.  Definitely from Joe

2     Carollo and his wife.

3            THE COURT:  All right.  Defense have any questions?

4            MR. SARNOFF:  Ms. Gutierrez, correct?

5            THE WITNESS:  Yes.

6            MR. SARNOFF:  Ms. Gutierrez, do you have any personal

7     knowledge, in other words where you spoke to or you met with

8     either Marjorie Carollo where she reached out to anyone within

9     the past 24 hours?

10            THE WITNESS:  Let me see if I understand.  You mean

11     if Joe Carollo or Marjorie personally reached out?

12            MR. SARNOFF:  I asked about Marjorie.

13            THE WITNESS:  If she reached out to us personally?

14            MR. SARNOFF:  Yes.

15            THE WITNESS:  No.

16            MR. SARNOFF:  You have no personal knowledge of that?

17            THE WITNESS:  She didn't reach out to any of us

18     personally.

19            MR. SARNOFF:  I'll ask the same question of the

20     commissioner.  Do you have any personal knowledge in the way

21     that I described it to you that he reached out to anyone

22     including yourself within the past 24 hours?

23            THE WITNESS:  No.

24            MR. SARNOFF:  That's all I have, Your Honor.

25            THE COURT:  All right.  Anything else from the

```
 1   plaintiff?

 2            MS. CAPRIO:  Nothing further, Your Honor.

 3            THE COURT:  All right.  Thank you.  You can bring in

 4   the other.

 5            MR. PERTNOY:  Your Honor, just so that we have a

 6   clear record, can we just make sure that the names that she

 7   mentioned, that the court reporter got all the correct

 8   spellings and the names?

 9            THE COURT:  All right.  Can you come back please to

10   the podium?  Can you spell the names of the individual you were

11   referring to?

12            THE WITNESS:  Marlene and Vicente.  Marlene is

13   M-A-R-L-E-N-E, that's her name, her last name is Garcia.

14   G-A-R-C-I-A, sorry.

15            And my uncle is Vicente.  That's V as in Venezuela.

16   I-C-E-N-T-E and same last name, Garcia, G-A-R-C-I-A.

17            MR. PERTNOY:  I think she also mentioned --

18            MR. SARNOFF:  Can we also get the mother's name?

19            THE WITNESS:  My mom?

20            MR. SARNOFF:  Yes.

21            THE WITNESS:  Morella Garcia.  That's M-O-R-E-L-L-A,

22   Garcia.  The same last name, G-A-R-C-I-A.

23            THE COURT:  Just to be clear, you heard this entire

24   conversation on the speakerphone?

25            THE WITNESS:  Yes, and I actually grabbed the phone
```

1    and talked to Marlene, too, and I'm sorry to say it this way

2    but I actually told her screw her, get away, and I don't want

3    to hear about her anymore again.

4              THE COURT:  All right.

5              MS. CAPRIO:  I just have one further question.  When

6    you refer to Marjorie, are you referring to Marjorie Carollo,

7    Joe Carollo's wife?

8              THE WITNESS:  Yes.

9              MS. CAPRIO:  Is Marjorie the sister of your great

10   aunt, or excuse me, of your aunt?

11             THE WITNESS:  Yes.

12             MS. CAPRIO:  And of Tanjha's great aunt?

13             THE WITNESS:  Correct.

14             MS. CAPRIO:  And when you said that you were feeling

15   that you were trying to protect your daughter from Joe Carollo,

16   were you trying to protect your daughter from being forced to

17   lie again under oath?

18             THE WITNESS:  Definitely, yes.

19             MS. CAPRIO:  Nothing further.

20             THE COURT:  All right.  Thank you.

21             THE WITNESS:  You're very welcome.

22             THE COURT:  Who's the next witness?

23             MS. CAPRIO:  It's her daughter, Tanjha Quintana.

24   She's the one that's supposed to testify today.

25             THE COURT:  All right.

1          MR. SARNOFF:  Your Honor, as long as we're -- is it

2  right not to have a sidebar just to reraise our objections to

3  Ms. Quintana?  The objections that Mr. Kuehne raised, we'd like

4  to reraise.

5          THE COURT:  Sir, I heard those objections.  They're

6  overruled.

7          MR. SARNOFF:  Understood.  But there's also a

8  second --

9          THE COURT:  Wait, let me address this witness first.

10 We can address your arguments later.

11         MR. SARNOFF:  Yes.

12         THE COURT:  Thank you.

13         MR. SARNOFF:  As long as we can reserve, Your Honor.

14         THE COURT:  It's reserved.

15         THE COURTROOM DEPUTY:  Please raise your right hand.

16                        (Witness sworn.)

17         THE WITNESS:  Yes.

18         THE COURTROOM DEPUTY:  Can you please state your name

19 and spell it for the record?

20         THE WITNESS:  Tanjha Quintana.  T as in tomato, A as

21 in apple, N as in Nancy, J as in Julia, H as in hotel, A as in

22 apple.  And the last name is Quintana.  Q as in queen, U as in

23 uniform, I as in India, N as in November, T as in tomato, A as

24 in apple, N as in November, A as in apple.

25         MS. CAPRIO:  Yes.  Thank you, Ms. Quintana.  Could

1   you please describe what happened yesterday in connection with

2   your testimony that's set to occur today?

3           THE WITNESS:  Yes.  So, yesterday, I was at the salon

4   and my mom had left, dropped me off, and then she came to pick

5   me up.  I didn't know she left.

6           And when she came to pick me up, she said Marlene had

7   called my grandmother basically asking her what I was going

8   to say today, why am I testifying, why am I even here because I

9   live in Texas.  So she was asking why I was even here.  And,

10  yeah, that was about it.

11          She just -- my grandma was very distraught, so we ran

12  to the house and she was just crying.  She was very upset.

13          MS. CAPRIO:  Did your mother relay to you any of your

14  Great Aunt Marlene Garcia's statements that your testimony

15  would harm Marjorie Carollo?

16          THE WITNESS:  Yes.

17          MS. CAPRIO:  Did your mother relay to you any of

18  Marlene Garcia's statements that your testimony today would

19  harm Joe Carollo?

20          THE WITNESS:  Yes.

21          MS. CAPRIO:  And in response to your mother's

22  statements, did you speak with your grandmother?

23          THE WITNESS:  Yes.

24          MS. CAPRIO:  And was your mother present when you

25  spoke with your grandmother?

```
 1              THE WITNESS:  Yes.

 2              MS. CAPRIO:  And what was -- could you please

 3    describe that conversation to His Honor and the Court?

 4              THE WITNESS:  Absolutely.  Basically my grandma was

 5    just telling me that she doesn't really want to involve the

 6    family anymore.  That she's kind of tired of, you know, the

 7    same thing that's been -- we've been doing this for five years,

 8    so she was basically just telling me, you know, this is very

 9    stressful.

10              My grandma is 70 something years old, almost 80, so

11    she was just basically saying like just tell the truth.  Do

12    what you have to do.  She was very anxious I guess about the

13    situation.  The fact that Marlene had to reach out to her again

14    in regards to this.  She wasn't expecting it so it was

15    definitely a little bit of a shock.  And she really -- she was

16    not okay.  She was not okay.

17              MS. CAPRIO:  And are you prepared here to testify

18    truthfully today despite what happened yesterday?

19              THE WITNESS:  Absolutely.

20              MS. CAPRIO:  Okay.  Did you feel intimidated by what

21    Marlene Garcia relayed regarding Commissioner Carollo and his

22    wife, Marjorie Carollo, in connection with this case?

23              MR. SARNOFF:  Objection, Your Honor.

24              THE COURT:  What's the objection?

25              MR. SARNOFF:  First of all, she starts out with
```

```
 1    Marjorie and then she reverts back to the Marlene to infer that
 2    somehow Marjorie had something to do with it.  It's completely
 3    inappropriate.  It's a 403.  It should not be part of this
 4    record.
 5              THE COURT:  You can clarify.
 6              MS. CAPRIO:  Yeah, I misspoke.  So, again, in light
 7    of what you learned regarding Marlene Garcia's statements
 8    concerning Joe Carollo and his wife, Marjorie Carollo, and the
 9    affect of your testimony on them, are you prepared to testify
10    truthfully today here in court?
11              THE WITNESS:  Yes.
12              MS. CAPRIO:  Did you feel intimidated by the
13    statements that were relayed to you by your mother regarding
14    Carollo and his wife?
15              MR. SARNOFF:  Objection, Your Honor.  That is not
16    what was relayed.
17              THE COURT:  Sustained.
18              MS. CAPRIO:  Nothing further.
19              THE COURT:  The question was do you feel intimidated
20    in any way by the statement that was relayed to you from
21    Marlene Garcia at all.
22              THE WITNESS:  No, Your Honor.
23              THE COURT:  All right.  Also, too, I want to be
24    clear.  While you're going to testify today, do not mention
25    anything about what was communicated to you regarding
```

```
 1    yesterday.
 2              THE WITNESS:  Okay.
 3              THE COURT:  All right.  The attorneys are instructed
 4    not to ask any questions regarding what has been said or
 5    communicated to her either through her grandmother or her
 6    mother by any means yesterday as well.  All right?
 7          That said, anything further from defense, if any?
 8              MR. SARNOFF:  Not regarding the witness.
 9              THE COURT:  All right.  You may step out.  Shortly
10    we'll call you.
11              THE WITNESS:  Thank you.
12              THE COURT:  Are there any exhibits intended to be
13    introduced through this witness?
14              MS. CAPRIO:  No, Your Honor.
15              THE COURT:  All right.  How long is your direct
16    examination?
17              MS. CAPRIO:  I estimate 20 minutes.
18              THE COURT:  Twenty minutes.  And cross-examination?
19              MR. SARNOFF:  We intend on using DX 142.  Our
20    cross-examination should be about 30 minutes, Your Honor.
21              THE COURT:  What is DX 142?
22              MR. SARNOFF:  DX 142 is an email that Ms. Quintana
23    fielded on behalf of the ALF concerning noise complaints.
24              THE COURT:  All right.  Any objections?
25              MR. SARNOFF:  Your Honor, can I just lodge at least a
```

```
1    limiting request?

2            MS. CAPRIO:  We do object.  That exhibit is about a

3    noise complaint for an ALF.  She's not being offered for any of

4    the substance of this case.

5            THE COURT:  An ALF, that's referring to --

6            MR. SARNOFF:  Assisted living facility.

7            THE COURT:  I know what it stands for.  How is it

8    related to this case?

9            MR. SARNOFF:  It's regarding Ball & Chain and it's

10   regarding that the noise is too much; comes from -- it goes

11   from a Christina Perez, it goes to the mayor, and it gets

12   forwarded to Carollo.

13           She fields the complaint, she writes back:  The

14   commissioner also lives on 10th Street.  I sympathize with your

15   experience.  If possible, he would like to meet with you at

16   your earliest convenience.  The meeting can be held at the

17   neighborhood or his office.  Please feel free to reach out to

18   me directly or Special Assistant Jose Suarez to schedule.

19   Respectfully, Tanjha Quintana.  It's her handwriting.  It's her

20   response.  It's a public record.

21           THE COURT:  All right.  Anything else?

22           MS. CAPRIO:  Your Honor, that would go beyond the

23   scope of my direct.

24           THE COURT:  We'll wait until -- I haven't heard your

25   direct yet.
```

1          MS. CAPRIO:  The other thing, she has a clicker where

2    she has anxiety.  It's like a little cube that she brings with

3    her to keep her hands busy.  I just wanted to alert the Court.

4          And the other issue just so we don't get into any

5    sideshows is that she was arrested for a DUI.  It was

6    eventually resolved as a reckless driving charge, and I trust

7    that counsel will not go into that on cross-examination.

8          MR. SARNOFF:  That would be incorrect.  That's

9    exactly why she resigned.  It was --

10         MS. CAPRIO:  It has nothing to do with her

11   resignation.  It's not probative of anything in this case and

12   it's completely improper.

13         MR. SARNOFF:  Your Honor, the DUI occurred two days

14   before she resigns.  She resigns as a result of the DUI.  As a

15   matter of fact, we're going to I think elicit in her

16   resignation letter she says she has another job and that will

17   turn out to be untrue.  This is part and parcel --

18         THE COURT:  Look, whether she resigned for a DUI or

19   misdemeanor crime or not is not probative or relevant in this

20   case here.  So I will sustain that.  You're not allowed to

21   inquire about that, sir.

22         Anything else?

23         MS. CAPRIO:  Nothing further, Your Honor.

24         THE COURT:  All right.  With that said, we're going

25   to bring in the jurors -- and all right.  You can let them in

1    first, yes.  Everyone may be seated.  The sheriffs are not

2    ready yet.

3              THE COURTROOM DEPUTY:  All rise for the jury.

4              (Thereupon, the jury entered the courtroom.)

5              THE COURT:  Good morning.  You may be seated.  Good

6    morning, ladies and gentlemen of the jury.  How's everyone?

7    Good?

8              As I mentioned yesterday, this is going to be a short

9    hearing today so I anticipate we should be done within about an

10   hour so and I think we should be done.

11             And also, too, again with my instructions, as I always

12   instruct on a daily basis about not discussing this case with

13   anyone, even among yourselves, not reading the newspaper,

14   listening to radio or watching the news.

15             Everyone kept my instructions?

16             ALL JURORS:  Yes.

17             THE COURT:  All right.  That being said, everyone has

18   acknowledged, all nine jurors.

19             With that said, plaintiff, call your next witness.

20             MS. CAPRIO:  Yes, Your Honor.  Plaintiffs call Tanjha

21   Quintana.

22             THE COURT:  All right.

23             THE COURTROOM DEPUTY:  Can you please raise your

24   right hand?

25

```
 1                         (Witness sworn.)
 2              THE WITNESS:  Yes.
 3              THE COURTROOM DEPUTY:  Please state your name clearly
 4    and spell it for the record?
 5              THE WITNESS:  Tanjha Quintana, T as in tomato, A as
 6    in apple, N as in Nancy, J as in Julia, H as in hotel, A as in
 7    apple, and the last name is Quintana.  Q as in queen, U as in
 8    uniform, I as in India, N as in November, T as in tomato, A as
 9    in apple.
10              THE COURTROOM DEPUTY:  Thank you.  Have a seat.
11                         -  -  -  -  -
12              DIRECT EXAMINATION OF TANJHA QUINTANA
13    BY MS. CAPRIO:
14    Q.   Good morning, Ms. Quintana.
15    A.   Good morning.
16    Q.   Could you please tell the jury where you currently reside?
17    A.   Right now, I'm residing in Texas.
18    Q.   Where in Texas?
19    A.   In Dallas.
20    Q.   And how long have you lived in Dallas?
21    A.   Two months approximately.
22    Q.   Okay.  And what do you currently do for a living?
23    A.   I work for a clinic that does therapy for kids with
24    autism, ADHD.
25    Q.   And why are you here appearing in court to testify today?
```

```
1    A.    I'm here because I received a subpoena.

2    Q.    Okay.  And are you accompanied by anybody here that is

3    your family members?

4    A.    Yes.

5    Q.    And who are you accompanied by?

6    A.    My mother.

7    Q.    And is she in the audience?

8    A.    Yes.

9    Q.    And are you also accompanied by an attorney?

10   A.    Yes.

11   Q.    And is he also in the audience?

12   A.    Yes.

13   Q.    And are you being reimbursed for your expenses for

14   appearing to testify here today?

15   A.    Yes.

16   Q.    And could you briefly take us through your employment

17   historying starting after high school?

18   A.    So after high school, I was pretty much working restaurant

19   jobs for about maybe three years I believe.  And then in 2018,

20   I was hired with the City of Miami.

21        I was employed with them for -- I was -- I was employed by

22   Commissioner Carollo for about a year, year and a half.

23   Q.    Okay.  And were you born in Miami?

24   A.    No.

25   Q.    Where were you born?
```

```
 1   A.    Venezuela.

 2   Q.    When did you move to Miami?

 3   A.    When I was 18 months old.

 4   Q.    As a baby.  Did you graduate from high school in Miami?

 5   A.    Yes.

 6   Q.    So you started working for Commissioner Carollo in 2018,

 7   is that right?

 8   A.    Correct.

 9   Q.    Okay.  And what was your position at that time,

10   Ms. Quintana?

11   A.    I was hired as a receptionist.

12   Q.    And did you know Commissioner Carollo before you were

13   hired?

14   A.    Yes.

15   Q.    And could you please describe to the jury how you knew

16   Commissioner Carollo?

17   A.    Yes.  So Commissioner Carollo's wife, Marjorie, is related

18   to my great uncle's wife.

19   Q.    Okay.  So, Marjorie Carollo's sister is your --

20   A.    Is my great aunt.

21   Q.    Is your great aunt.  So Marjorie Carollo's sister is

22   married to your uncle?

23   A.    Correct.

24   Q.    And is your uncle your grandmother's brother?

25   A.    Brother, correct.
```

```
 1   Q.   And so when you started the job as the receptionist in

 2   2018 at the City of Miami, how old were you?

 3   A.   I was about 20.

 4   Q.   Was that your first real job?

 5   A.   Correct.

 6   Q.   And how did you get the position as a receptionist at

 7   Commissioner Carollo's office?

 8   A.   Marjorie called my mom one night and she said that she

 9   wanted me to work for Commissioner Carollo.

10   Q.   And then did you interview?

11   A.   Yes.

12   Q.   And then you started working there?

13   A.   Yes.

14   Q.   And what were your job responsibilities as a receptionist

15   for Commissioner Carollo?

16   A.   As a receptionist, I was basically just answering incoming

17   phone calls, any meetings that people wanted to have with him,

18   I would jot down and let him know.  I would go to some events

19   with him, some community events and stuff, but that was about

20   it.

21   Q.   And did you work full-time for Commissioner Carollo?

22   A.   Yes.

23   Q.   Were your hours 9:00 to 5:00 Monday through Friday?

24   A.   Yes.

25   Q.   In his office?
```

```
 1   A.   Yes.
 2   Q.   And as the receptionist, were you the first person that
 3   people would see when they would come into the office?
 4   A.   Yes.
 5   Q.   And while you worked for Commissioner Carollo, did you
 6   know Steve Miro?
 7   A.   Yes.
 8   Q.   And do you recall what Steve Miro's job was at
 9   Commissioner Carollo's office?
10   A.   I believe his position was liaison.  So to my
11   understanding, he was basically helping the constituents in our
12   area with any, I guess, complaints.  To be honest, I really
13   didn't know what his job entailed but I know he was a liaison.
14   He was contacting constituents and all that stuff.
15   Q.   While you worked for Commissioner Carollo, where did you
16   live?
17   A.   In West Kendall.
18   Q.   Who did you live with at the time?
19   A.   My mom.
20   Q.   And did you have any job responsibilities with regard to
21   Steve Miro?
22   A.   Yes.
23   Q.   And what were they?
24   A.   I was designated to keep a log of whenever he would walk
25   out of the office and come back in.
```

```
1   Q.   If you could just describe in a little more detail, so

2   when Steve Miro left and you would look at the clock and write

3   down, let's say 10:02?

4   A.   Correct.

5   Q.   Steve Miro departs office?

6   A.   Correct.

7   Q.   And then when he would return?

8   A.   Write down the time he came back.

9   Q.   And why did you do that?

10  A.   I was requested to do it.

11  Q.   Requested by whom to do that?

12  A.   Commissioner Carollo.

13  Q.   And did you provide this log of Steve Miro's whereabouts

14  to Commissioner Carollo?

15  A.   Yes.  Correct.

16  Q.   And did you interact with Steve Miro while you worked at

17  Commissioner Carollo's office as a receptionist?

18  A.   Yes.

19  Q.   And aside from the logs of Steve Miro's comings and

20  goings, did Commissioner Carollo ever ask you to do anything

21  else with regard to Steve Miro?

22  A.   Yes.

23  Q.   And what else did Commissioner Carollo ask you to do

24  regarding Steve Miro?

25  A.   He asked me to lie on the witness stand and say that Miro
```

1   sexually assaulted me and he was a sexual predator, and he was

2   making remarks towards me.

3   Q.   Okay.  So Commissioner Carollo asked you to lie on the

4   witness stand regarding Steve Miro sexually assaulting you?

5   A.   Correct.

6         MR. SARNOFF:  Objection.  Asked and answered.

7         THE COURT:  Overruled.

8   **BY MS. CAPRIO:**

9   Q.   And could you please describe to the jury the

10  circumstances of when Commissioner Carollo asked you to lie on

11  the witness stand that Steve Miro sexually assaulted you?

12  A.   He -- we had just left the Viernes de Little Havana, a

13  little event that he was doing, and me and him had left and

14  Marjorie called my mom that she needed both of us to go to

15  Carollo's house because Carollo needed to talk to us.

16        And the night before I was supposed to testify, he had me

17  to go to his house and he basically told me everything he

18  wanted me to say about Steve Miro.

19  Q.   And who was at the meeting at Commissioner Carollo's house

20  when he instructed you to lie under oath regarding Steve Miro

21  sexually harassing you?

22  A.   It was Commissioner Carollo, his wife, Marjorie, my mother

23  and myself.

24  Q.   And do you recall exactly the words that Commissioner

25  Carollo used in giving these instructions to lie under oath

1   regarding Steve Miro sexually harassing you?

2   A.   He wanted me to say that he was sexually harassing me,

3   that he was very inquisitive about my personal life, which he

4   wasn't.  He was basically just -- he wanted me to say that he

5   was weird and that he was always making remarks towards me and

6   leering around me.

7   Q.   And was any of that true?

8   A.   Nothing.

9   Q.   And how did Commissioner Carollo's request for you to lie

10   under oath regarding Steve Miro's alleged sexual harassment of

11   you make you feel?

12   A.   Terrified.

13   Q.   And, Ms. Quintana, did you comply with Commissioner

14   Carollo's requests to lie about Steve Miro sexual harassing you

15   under oath?

16   A.   Yes.

17   Q.   And how so?  How so?

18   A.   Well, I didn't flat out use "sexual harass," but I said

19   that he was doing things that would be considered sexual

20   harassment.

21   Q.   Where did you consider -- where did you present this

22   statement that Steve Miro was alleged sexually harassing you?

23   A.   It was in a civil service board at the City of Miami.

24   Q.   And did you take an oath to tell the truth?

25   A.   Yes.

1   Q.   Did you assume a witness stand like you're doing today?

2   A.   Yes.

3   Q.   And you mentioned that you didn't use the word sexual

4   harassment.  Do you recall the subject matter of your testimony

5   before the Civil Service Board after Commissioner Carollo asked

6   you to lie to them under oath about Steve Miro's sexual

7   harassment of you?

8   A.   Basically, he just -- I mean, he wanted me to say flat out

9   sexual harassment.  I wasn't comfortable with it because like

10  said, it wasn't true so I basically just kind of specified,

11  kind of went into detail about what the sexual harassment was

12  instead of flat out saying it.

13  Q.   Okay.  If I presented you with your testimony that you

14  gave to the Civil Service Board, would it refresh your

15  recollection?

16  A.   Yes.

17          MS. CAPRIO:  May I approach?

18          THE COURT:  Sure.

19  **BY MS. CAPRIO:**

20  Q.   Please review that.

21  A.   I'm done.

22  Q.   Ms. Quintana, does this excerpt of your testimony refresh

23  your recollection as to what you testified under oath at the

24  civil service board hearing on Steve Miro's termination?

25  A.   Yes.

```
 1    Q.    Okay.  And let's break it down.  Did you testify that you
 2    felt concerned about Miro?
 3    A.    Yes.
 4    Q.    Were you, in fact, concerned about Mr. Miro sexual
 5    harassing you?
 6    A.    No.
 7    Q.    Were you ever concerned about Mr. Miro?  Did you ever have
 8    any concerns about Mr. Miro that resulted from any type of
 9    sexual nature?
10    A.    Not at all.
11    Q.    And does this refresh your recollection that you also
12    testified that Mr. Miro asked you about your boyfriend, and he
13    asked you to see a picture of your boyfriend on your phone?
14    A.    He did do that -- or I did testify to that, yes.
15    Q.    Was that testimony regarding your boyfriend and Mr. Miro
16    asking you to see a picture of your boyfriend on your phone
17    true?
18    A.    No.
19    Q.    Was that something that you lied about at Mr. Carollo's
20    request?
21    A.    Yes.
22    Q.    Do you see your testimony where you testified that
23    Mr. Steve Miro would loom over you?  Do you see that,
24    Ms. Quintana?
25    A.    Yes, I see that.
```

1   Q.   Did Mr. Steve Miro ever loom over you while you were the

2   receptionist?

3   A.   Not at all.

4   Q.   Was this also a lie that Commissioner Carollo asked you

5   to say under oath?

6   A.   Yes.

7   Q.   Do you see your testimony where you testified that Steve

8   Miro would leer over you --

9   A.   Yes.

10   Q.   -- Ms. Quintana?  And was that testimony also a lie that

11   Commissioner Carollo wanted you to say under oath?

12   A.   Yes.

13   Q.   And then lastly, do you see where you testified that Steve

14   Miro would lean and hover over you?

15   A.   I see it.

16   Q.   And was that also false testimony and lies that

17   Commissioner Carollo requested that you say under oath?

18   A.   Yes.

19   Q.   And then lastly, do you see where you testified that

20   you were relieved when Mr. Miro stopped working at Commissioner

21   Carollo's office?

22   A.   Yes.

23   Q.   And was that also a lie that Commissioner Carollo

24   requested that you say under oath?

25   A.   Yes.

1   Q.   Now, after you testified here at the civil service board,

2   did you speak with Commissioner Carollo?

3   A.   Yes.

4   Q.   And do you recall the substance of that conversation?

5   A.   Somewhat.  He basically just wanted to ask me what I said.

6   He wanted to tell me I was doing a good thing, and Steve Miro

7   is a bad guy.

8   Q.   And did you tell Commissioner Carollo that you did what he

9   asked you to do?

10  A.   Yes.

11  Q.   Now, at some point in time, did you ever correct the lies

12  that Commissioner Carollo coerced you to make in your sworn

13  testimony before this civil service board?

14          MR. SARNOFF:  Objection, Your Honor.

15          THE COURT:  What's the objection?

16          MR. SARNOFF:  Coerced.

17          THE COURT:  Overruled.

18          THE WITNESS:  Yes.

19  **BY MS. CAPRIO:**

20  Q.   Did you feel coerced by Commissioner Carollo into giving

21  false testimony under oath before the Civil Service Board?

22  A.   Yes.

23  Q.   And why do you feel coerced?

24  A.   I was terrified.  I was 20.  It was my first real job.

25  He's related to me and the family, so I didn't want to -- one,

1    I didn't want to lose my job and two, I didn't want to cause

2    any problems with him that would like move into my family

3    members; like I did not want that.

4    Q.   All right.  So now let's go back.  Ms. Quintana, did you

5    ever correct the lies that Commissioner Carollo coerced you

6    into making in your sworn testimony before the Civil Service

7    Board?

8    A.   Yes.

9    Q.   On what occasion did you correct that testimony?

10   A.   That was in my deposition.

11   Q.   Okay.  And do you recall what context that deposition was

12   given in?

13   A.   It was in regards to Chief Blom, I believe.

14   Q.   I'm actually -- if I presented you with your deposition

15   testimony, would that refresh your recollection?

16   A.   Yes.

17           MS. CAPRIO:  Your Honor, may I approach the witness?

18           THE COURT:  Yes.

19   **BY MS. CAPRIO:**

20   Q.   Ms. Quintana, is this the deposition that you were

21   referring to when you corrected your previous inaccurate sworn

22   testimony that Commissioner Carollo coerced you into giving

23   under oath?

24   A.   Yes, ma'am.

25   Q.   And does this refresh your recollection that this

1  proceeding was a proceeding brought by Steven Miro against the

2  City of Miami?

3  A.    Correct.

4  Q.    Okay.  And, Ms. Quintana, do you recall, were you

5  subpoenaed to give this deposition testimony?

6  A.    Yes.

7  Q.    Okay.  And did you hire a lawyer in connection with this

8  deposition?

9  A.    Yes.

10 Q.    And why did you feel the need to do that?

11 A.    I was scared.  I knew that, you know, I lied in the

12 beginning.  I was terrified.  I was -- I said they're going to

13 charge me with perjury.  They're going to do something.  I need

14 help I, don't know what to do here.  Immediately -- my mom

15 immediately went and looked for a lawyer because we didn't want

16 that to happen again.

17 Q.    Okay.  And in this deposition, did you testify that

18 Commissioner Carollo had intimidated you into giving false

19 testimony to the civil service board?

20 A.    Yes.

21 Q.    And is this what you were referring to when you corrected

22 your sworn testimony?

23 A.    Yes.

24 Q.    So today is the not first time that you're telling the

25 truth about what Commissioner Carollo forced you to do as his

1    employee to lie about Steve Miro sexually harassing you?

2             MR. SARNOFF:  Objection, Your Honor.  Leading.

3             THE COURT:  Overruled.

4             THE WITNESS:  That is correct.  This is not the first

5    time.

6    **BY MS. CAPRIO:**

7    Q.   And did you testify at your deposition that Steve Miro was

8    quote, "a little creepy?"

9    A.   Yes.

10   Q.   And was Steve Miro ever creepy in a sexual manner to you?

11   A.   Not at all.

12   Q.   What did you mean by your statement that Steve Miro was a

13   little creepy?

14   A.   He's just awkward.  His presence is just -- I don't know.

15   It's just weird.  It's not in a sexual way at all.  He's just

16   an awkward person in general.

17   Q.   And that testimony is the truth, correct?

18   A.   Yes.

19   Q.   Since you gave false testimony after Commissioner Carollo

20   coerced you to do so at the Civil Service Board, have you ever

21   given any other false testimony?

22   A.   No.

23   Q.   And just to be clear, did Steve Miro ever sexually harass

24   you while you worked at Commissioner Carollo's office as a

25   receptionist when you were 20 years old?

```
 1   A.    Not at all.  Not once.

 2   Q.    And at some point, did you resign from Commissioner

 3   Carollo's office?

 4   A.    Yes.

 5   Q.    And did you ever observe while you were working at

 6   Commissioner Carollo's office, Steve Miro sexually harass other

 7   women in the office?

 8   A.    No, not that I know of.

 9   Q.    But you never observed it?

10   A.    No.

11   Q.    And were you ever concerned about Steven Miro based on

12   anything of a sexual nature?

13   A.    Not at all.

14   Q.    Do you regret lying under oath about Steve Miro after

15   Commissioner Carollo intimidated you to do so?

16   A.    Absolutely.

17   Q.    And how did this experience of being forced by

18   Commissioner Carollo to lie under oath about fake sexual

19   harassment impact your life?

20          MR. SARNOFF:  Objection, Your Honor.  Relevance.

21   403.

22          THE COURT:  Overruled.

23          THE WITNESS:  It was terrible.  It broke me

24   completely.  Not only me being forced to lie, but the lie

25   itself.  I was forced to ruin somebody's life over something
```

```
 1   that wasn't true.

 2          MS. CAPRIO:  Thank you so much for appearing to

 3   testify today, Ms. Quintana.  I have no further questions.

 4          THE COURT:  Thank you.  Cross-examination.

 5                       -  -  -  -  -

 6          CROSS EXAMINATION OF TANJHA QUINTANA

 7   BY MR. SARNOFF:

 8   Q.   Ms. Quintana, let's start with what we can sort of agree

 9   on.  You were employed on April 16th of 2018 as a receptionist?

10   A.   Correct.

11   Q.   Part and parcel of your job duties as counsel elicited was

12   receptionist?

13   A.   Correct.

14   Q.   And as a receptionist, you took in complaints of

15   constituents on behalf of District 3?

16   A.   Correct.

17   Q.   And sometimes and oftentimes, you would actually receive

18   complaints via email, and you would forward them to the

19   appropriate persons?

20   A.   Correct.

21   Q.   And, in fact, you had a policy, whether it was yours or

22   the office's, where you would forward it to the first available

23   person?

24   A.   Correct.

25          MS. CAPRIO:  Objection.  Relevance.
```

```
 1              THE COURT:  Overruled.
 2   BY MR. SARNOFF:
 3   Q.   Whereas, Mr. Miro wanted all complaints forwarded to him,
 4   correct?
 5   A.   Correct.
 6   Q.   But you instead forwarded it to the person that got to the
 7   office first, correct?
 8   A.   Yes.
 9   Q.   And one of those complaints was DX 142.
10              MR. SARNOFF:  And I'd like to, Your Honor, show the
11   witness DX 142.
12              MS. CAPRIO:  Objection.  Beyond the scope.
13              THE COURT:  I didn't see exhibit.
14              MR. SARNOFF:  It's DX 142, Your Honor.  We can put it
15   up just for the judge to see.  And, again, they opened the door
16   by asking her job duties.
17              MS. CAPRIO:  It was a background question, Your
18   Honor.
19              MR. SARNOFF:  Background, foreground.  They opened
20   the door.
21              THE COURT:  I don't see the exhibit, sir.
22              MR. SARNOFF:  It's DX 142.
23              THE COURT:  It's not up on the screen yet.
24            The objection is overruled.
25
```

```
 1   BY MR. SARNOFF:
 2   Q.   Ms. Quintana, would you describe what is referenced in
 3   this email?
 4             MR. KUEHNE:  Publish.
 5             MR. SARNOFF:  Sorry, Your Honor.  Can we publish and
 6   offer to introduce into evidence Defense Exhibit 142?
 7             THE COURT:  Yes.
 8             (Defendant's Exhibit 142 Received.)
 9   BY MR. SARNOFF:
10   Q.   Ms. Quintana, let me help you with this.  The email is a
11   forwarding from Mayor Suarez, correct?
12   A.   Yes.
13   Q.   And the email references Ball & Chain, in quotes "it's too
14   much?"
15   A.   Yes.
16   Q.   Okay.  In the email, Suarez was saying he just received
17   the second email concerning noise complaints and I'll read it
18   to you.
19        The music is driving us crazy.  It -- and this is all caps
20   with a quote -- extremely loud.  We live on 10th Street -- and
21   you know where that is, right?
22   A.   Yes.
23   Q.   And our windows shut, we still can hear the music,
24   correct?
25   A.   Yes.
```

1  Q.   We voted for you, Francis, not referencing Commissioner

2  Carollo, but Mayor Francis Suarez, correct?

3  A.   Yes.

4  Q.   Help the residents.  Correct?

5  A.   Yes.

6  Q.   And you responded on behalf of Commissioner Carollo.

7  Again subject line, Ball & Chain, quotes, it's too much.

8       Let me go back.  You knew that Christina Perez -- you know

9  the district, right?

10 A.   Somewhat.

11 Q.   Christina Perez was the manager of the assisted living

12 facility where the old folks couldn't sleep, correct?

13           MS. CAPRIO:  Objection.  Foundation.

14           THE COURT:  Sustained.

15 **BY MR. SARNOFF:**

16 Q.   All right.  You wrote:  Good afternoon, Ms. Perez.  The

17 commissioner also lives on 10th Street and sympathizes with

18 your experience.  Did you write that?

19 A.   It's there, yes.

20 Q.   Okay.  If possible, we would like to meet with you at your

21 earliest convenience.  Did you write that?

22 A.   Yes.

23 Q.   The meeting can take place -- sorry, I didn't read that

24 correctly.  I apologize.

25      The meeting can be held in the neighborhood or at his

```
 1   office.  Then you invite them to respond to you.  Please feel
 2   free to reach out to me directly or his Special Assistant, Jose
 3   Suarez, to schedule.
 4        And just for the jury, who's Jose Suarez?
 5   A.   He was Commissioner Carollo's Special Assistant at the
 6   time.
 7   Q.   And becomes chief of staff, correct?
 8   A.   Correct.
 9   Q.   So you were offering your services or you were offering
10   Jose's Suarez's services?
11   A.   Both.
12   Q.   Both, correct?
13   A.   Yes.
14   Q.   Because there was a legitimate concern here?
15   A.   Yes.
16   Q.   Nothing illegitimate about this, is there?
17   A.   Not at all.
18   Q.   Sorry?
19   A.   No.
20   Q.   I didn't hear you.  I apologize.
21   A.   No, that's okay.  I'm sorry.
22   Q.   That's all right.  And to your knowledge, Commissioner
23   Carollo does go out there, correct?
24   A.   Out where?  To the neighborhood?
25   Q.   Sure.
```

```
 1   A.    Yes.

 2   Q.    And by invitation, starts to talk to the neighbors

 3   concerning the noise complaints?

 4   A.    Yes.

 5   Q.    And he visits the ALF?

 6         MS. CAPRIO:  Objection.  Foundation.

 7         THE COURT:  Sustained.

 8   BY MR. SARNOFF:

 9   Q.    Do you know if he visited the ALF?

10   A.    I have no idea.  I don't even know what that is.

11   Q.    So you never followed up on this?

12   A.    I believe it just went straight to Jose.

13   Q.    Okay.  So you had no more involvement with this?

14   A.    No.

15   Q.    Okay.  So, we talked about your date of starting as

16   receptionist which was 4-16-18.  Mr. Miro is terminated by

17   former chief Richard Blom on 6-4-18, correct?

18   A.    Mm-hmm.

19         THE COURT:  You have to say yes or no.

20         THE WITNESS:  Yes, I'm sorry.

21         MR. SARNOFF:  I don't mean to be -- because I don't

22   want the judge yelling at me.

23         THE COURT:  I'm not going to yell at anyone, so

24   that's no reason to make that misrepresentation about this

25   Court.
```

```
 1            I just want to make a fair and accurate record.  You
 2   weren't here initially but you cannot make nonwords, saying
 3   "mm-hmm" or "uh-huh".  You have to say yes or no.  No one is
 4   yelling at anyone.
 5            THE WITNESS:  Thank you, Your Honor.
 6   BY MR. SARNOFF:
 7   Q.   Now your testimony at the civil service board occurred not
 8   quite a year, but almost a year after you started, right?  On
 9   4-3-19?
10   A.   Correct.
11   Q.   Your letter of resignation occurs on 8-19-19?
12   A.   Correct.
13   Q.   You took an oath when you went to the City of Miami as
14   part of your employment package, right?  You raised your right
15   hand?
16   A.   Yes.
17   Q.   Took an oath?
18   A.   Yes.
19   Q.   You took an oath when you testified at the civil service
20   board just like you did in front of this jury?
21   A.   Yes.
22   Q.   And you also took an oath on your testimony of 4-14-19.
23   What I'd like to do is just show you taking that oath.
24            MS. CAPRIO:  Objection.  Irrelevant.  Beyond the
25   scope.
```

```
 1                 THE COURT:  Sustained.

 2                 MR. SARNOFF:  The oath, Your Honor?

 3                 THE COURT:  I sustained the objection, sir.  That's

 4      what I said.

 5      BY MR. SARNOFF:

 6      Q.   So, correct me if I'm wrong, Commissioner Carollo based on

 7      your testimony in the Miro deposition, what you said is he

 8      basically coached me into what I was supposed to say before the

 9      deposition, correct?

10      A.   Correct.

11      Q.   Okay.  He didn't threaten -- you said under your testimony

12      manipulated would have been a better word?

13      A.   Correct.

14      Q.   Okay.  And what you said was your testimony at the Civil

15      Service Board, Miro did not ask about my boyfriend.

16      A.   Correct.

17      Q.   But what Miro did do, and I've seen your office where the

18      reception is.  And your computer is low, correct?

19      A.   Yes.

20      Q.   And Miro would stand high above your computer and he would

21      leer down at you?

22      A.   No.

23      Q.   That was your testimony.  You never recanted that in the

24      deposition with Miro?

25      A.   It was a tall desk.  Everybody would stand over it.  I was
```

```
 1   like you said, like it was like this, and then the counter was
 2   up here so anybody that was talking to me would have to speak
 3   over.
 4   Q.   He did that according to your testimony frequently?
 5   A.   He didn't.
 6   Q.   No.
 7   A.   In the deposition, I mentioned that he does not do that.
 8   Q.   Really.
 9   A.   I believe so.
10   Q.   You want to read it again?
11   A.   Sure.
12   Q.   So, let's be clear on something again.  The best case for
13   you for a moment.  You don't say at the Civil Service Board
14   that Miro sexually harassed you, correct?
15   A.   Correct.
16   Q.   You don't make -- you don't swear under oath that Miro did
17   anything of a sexual nature to you, correct?
18   A.   Correct.
19   Q.   And this is I believe April 3rd of 2019.  Commissioner
20   Carollo doesn't get upset with you, that's correct?
21   A.   No.
22   Q.   Doesn't demote you, correct?
23   A.   Not at that moment, yes.
24   Q.   Doesn't -- not at that moment?
25   A.   I was demoted later in the course of my employment there.
```

```
 1   Q.   You were demoted for another reason, right?
 2   A.   Yeah.  I believe so, yes.
 3   Q.   And that reason has nothing to do with this, correct?
 4   A.   As far as I know, no.
 5   Q.   Commissioner Carollo doesn't dock your pay?
 6   A.   No.
 7   Q.   Doesn't take a vacation day away from you?
 8   A.   No.
 9   Q.   Doesn't change any of the incidents of your employment
10   under your scenario of him manipulating you, right?
11   A.   Correct.  Nothing happened.
12   Q.   So no adverse employment action happens whatsoever?
13   A.   No.
14   Q.   You provided a resignation letter, correct?
15   A.   Yes.
16   Q.   And in that resignation letter, you write to Commissioner
17   Carollo, you date it August 19, 2019, correct?
18   A.   Correct.
19   Q.   You write Commissioner Carollo:  I would like to inform
20   you of my resignation from my position as receptionist.
21   You were still a receptionist, right?
22   A.   I was demoted back to a receptionist, yes.  I was an
23   administrative assistant for a long time.
24   Q.   Nothing to do with this, right?
25   A.   Not that they would ever tell me explicitly.
```

```
1    Q.    Hmm, okay.  As a receptionist for District 3 effective
2    September 2, 2019.  I was offered another job and I begin
3    tomorrow.  Were you offered another job that you were beginning
4    tomorrow?
5    A.    Yes.
6    Q.    Was that truthful?
7    A.    No.
8    Q.    Okay.  And you write it has been a pleasure to work for
9    the City of Miami alongside you, meaning Carollo, correct?
10   A.    Yes.
11   Q.    And my other co-workers, correct?
12   A.    Yes.
13   Q.    I would like to thank you for giving me the opportunity to
14   work for this office.
15   A.    I wrote that, yes.
16   Q.    Okay.  Did you do many drafts of it?
17   A.    No.
18   Q.    Okay.  I wish you and all of my co-workers the best on
19   your future endeavors.
20   A.    I wrote that.
21   Q.    Okay.  I want to ensure a smooth transition of my
22   resignation from this company so please let me know if I can
23   ever be -- I read that wrong -- if I can be of any assistance.
24   A.    Yes, I wrote that.
25   Q.    Thank you again for the past year and five months.  Wish
```

1   you the best.

2   A.   I wrote that, yes.

3   Q.   Was that truthful?

4   A.   No.

5   Q.   It's not truthful?

6   A.   Not at all.

7   Q.   You want to read your testimony in front of Miro?

8   A.   Yes.

9   Q.   Okay.  Let's do it.  And, again, you raised your right

10  hand and swore to tell the truth and nothing but the truth in

11  that one again?

12  A.   Yes.

13  Q.   Okay.  You have your testimony there that counsel was so

14  kind to give you?

15  A.   Yes.  This is the Civil Service Board one, correct?

16  Q.   No, ma'am.  This is the Miro.

17  A.   This is the deposition.  Okay.  Mm-hmm.

18  Q.   So, I'm just reading from page 87, 103, you wrote in this

19  letter:  It was a pleasure working for you, correct?

20  A.   I did write that.

21  Q.   And you wrote -- you answered correct, and then at this

22  moment you're testifying, you come clean, right?

23  A.   Yes.

24  Q.   What your perspective is clean, right?

25  A.   Yes.

1  Q.   And nobody forced you to write it.  You could have -- you

2  could have wrote nothing, right?

3  A.   I could have, yes.

4  Q.   You said write my uncle?  But you chose to write it was a

5  pleasure working alongside you, right?

6  A.   I did write that, yes.

7  Q.   And you wrote -- your answer was:  Well, I chose to write

8  it to avoid family issues, fair enough?

9  A.   Yes.

10  Q.   I'm being full with you here.  You wrote I wish you the

11  best.  Do you see that?

12  A.   Yes.

13  Q.   You answered:  I do.  Like I said, my uncle didn't want

14  any -- didn't want any problems with the family so my uncle had

15  me lighten up the resignation letter I guess.

16       You wrote that, right?  Or you testified to that, I

17  apologize?

18  A.   Yes.

19  Q.   Okay.  So what you're saying today is that the sentiments

20  and things you had written are lies?

21  A.   Yes.

22  Q.   But you wrote -- you responded I'm sorry, correct?

23  A.   Responded to what?

24  Q.   I just wanted to make sure I'm reading it right.

25  A.   Responded to what?

1   Q.   The question was so what you're saying today is that the

2   sentiment and things that you've written are lies.  You just

3   responded with a question, I'm sorry?

4        And you say -- and the question then goes to you:  Are you

5   indicating that what you wrote is a lie?  Are you telling me

6   that these are lies?  You didn't really mean any of this?  And

7   you did respond yeah.

8   A.   Mm-hmm.

9        MS. CAPRIO:  Counsel, what page are you on in the

10  depo?

11       MR. SARNOFF:  Sure.  I'm on page 88.

12  **BY MR. SARNOFF:**

13  Q.   Then the questions goes:  Okay.  So I want to be clear,

14  dash, dash, was there any objection where no -- all right.  So

15  I want to be clear, although no one forced you, you indicated

16  twice, no, one, you wrote this you were telling me that you

17  wrote this here is a lie.

18       I mean, I do wish him the best.  I'm not saying like I

19  hate you, go away.  I mean I do wish him the best.  He's a

20  commissioner.  I hope he does whatever he needs to do.  And you

21  wrote it was a pleasure to work for the city commission -- the

22  City of Miami alongside you.  You wrote that too.

23       Are you suggesting that this is another lie in this case,

24  right?  You are not suggesting you lied.  And you responded no.

25  So that wasn't a lie.

1   A.    What wasn't a lie?  I'm sorry, you lost me.

2   Q.    Well, your answers to all those questions were regarding

3   the boding of Commissioner Carollo and you're saying you

4   truthfully were wishing him well?

5   A.    Mm-hmm, yes.

6   Q.    Correct?  I take it you were trying to relate that your

7   uncle influenced you to write some of those things but what you

8   wrote was true, correct?

9   A.    Not entirely, no.

10  Q.    No.

11  A.    No.

12  Q.    So when you were under oath on April 3rd of 2019, same

13  oath as you took here, again, you weren't entirely true?

14  A.    Correct.

15  Q.    So, if you weren't entirely true post employment, away

16  from Carollo taking an oath, why should the jury believe you

17  now if it's the same oath?

18  A.    I lied back then because I was trying to protect my

19  family.  I was trying to protect the family bond that we had.

20  That bond is broken already.  It's completely shattered.  I

21  have nothing to lose.  I have no reason to lie anymore.

22  There's nobody that could tell me what to say right now.

23  Q.    I see.  You had an event that occurred just prior to your

24  separation from employment?

25        MS. CAPRIO:  Objection, Your Honor.  We addressed

```
1    that this morning.
2              THE COURT:  Sustained.
3    BY MR. SARNOFF:
4    Q.   Did you contribute to the family household?
5    A.   Yes.
6    Q.   And --
7              MS. CAPRIO:  Objection.  Outside the scope.
8              THE COURT:  Sustained.
9    BY MR. SARNOFF:
10   Q.   Just prior to your testimony at the Civil Service Board,
11   did you go to Commissioner Carollo's house and ask for a raise?
12   A.   No.
13   Q.   Untrue?  Never happened?
14   A.   Never.  He's not somebody you'd ask for a raise.
15   Q.   I'm sorry?
16   A.   He's not somebody you ask for a raise.
17   Q.   Did you ever ask Jose Suarez for a raise?
18   A.   No.
19   Q.   Did you ever ask Richard Blom for a raise?
20   A.   He brought it up to me first.
21   Q.   Richard Blom offered to raise you?
22   A.   He said something along the lines of if you would like a
23   raise, you should probably ask.
24   Q.   You know anybody that doesn't take somebody up on that?
25             MS. CAPRIO:  Objection.  Outside the scope.
```

```
 1              THE COURT:  Sustained.

 2              MR. SARNOFF:  Just a moment, Your Honor.

 3   BY MR. SARNOFF:

 4   Q.   My apologies, Ms. Quintana.

 5   A.   That's okay.

 6   Q.   Plaintiffs paid for you to come today, right?

 7   A.   Yes.

 8   Q.   How long will you be in Miami?

 9   A.   Until Friday.

10   Q.   So, you've testified under oath at the April 3, 2019 Civil

11   Service Board, correct?

12   A.   Yes.

13   Q.   You lied there?

14   A.   Yes.

15   Q.   You testified under oath at the Miro deposition?

16   A.   Yes.

17   Q.   You lied there?

18   A.   Not entirely.

19   Q.   Not entirely.  You weren't entirely truthful either,

20   correct?

21   A.   Correct.

22   Q.   And you were away from Carollo, you had resigned.  No

23   connections.  You're testifying here today under oath, the same

24   oath you took on April 3rd of 2019, the same oath you took on

25   August -- I'm sorry, on 4-14-20.  And yet, you were never
```

```
 1   essentially truthful at any of those times?
 2   A.    Those two, no.  Like I said already, I have nothing to
 3   lose now.  The first time I lied was because I was coerced and
 4   I was manipulated by Commissioner Carollo.
 5         The second time, after I was already unemployed by him, I
 6   was influenced by my family.  Again, like I said, I was trying
 7   to keep my family together.  And right now, my family is not
 8   together.
 9   Q.    Your mom is here?
10   A.    My mom, yes, my Uncle Vicente that is with this is not.
11   Q.    When you were testifying in the Miro case, you did that by
12   Zoom, correct?
13   A.    Yes.
14   Q.    And your mom was sitting right alongside of you until the
15   lawyers --
16              MS. CAPRIO:  Objection.  Relevance.
17              THE COURT:  Sustained.
18              MR. SARNOFF:  Your Honor, she testified --
19              THE COURT:  I sustained the objection, counsel.  Next
20   question.
21   BY MR. SARNOFF:
22   Q.    Was your mother in the same room?
23              MS. CAPRIO:  Objection.  Relevance.
24   BY MR. SARNOFF:
25   Q.    When you were testifying --
```

```
 1              THE COURT:  Sustained.
 2              MR. SARNOFF:  Thanks, Your Honor.  I have nothing
 3    else.
 4              THE COURT:  You're welcome.  All right.  Any redirect
 5    examination, if any?
 6              MS. CAPRIO:  Yes, Your Honor.
 7                         -  -  -  -  -
 8          REDIRECT EXAMINATION OF TANJHA QUINTANA
 9    BY MS. CAPRIO:
10    Q.   Ms. Quintana, do you recall a document that Mr. Sarnoff
11    showed you that revealed the words Ball & Chain?
12    A.   Yes.
13    Q.   Did Commissioner Carollo have any rules in connection with
14    the Ball & Chain for you to follow while you worked for him as
15    a receptionist?
16    A.   Yes.
17    Q.   What were those rules?
18    A.   I could not go to Ball & Chain or any property that Bill
19    Fuller owned.
20    Q.   Commissioner Carollo communicated that to you in
21    connection with your job responsibilities?
22    A.   Yes.
23    Q.   And since Mr. Sarnoff brought it up, did you also work
24    with Ritchie Blom?
25    A.   Yes.
```

```
 1    Q.   And did Commissioner Carollo ever pressure you to say any

 2    lies under oath about Ritchie Blom?

 3              MR. SARNOFF:  Objection, Your Honor.

 4              THE COURT:  What's the objection?

 5              MR. SARNOFF:  403 objection.  We discussed this

 6    earlier.  This is not about Miro.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  Yes, he did.

 9    BY MS. CAPRIO:

10    Q.   And could you please describe how Commissioner Carollo

11    pressured you to lie under oath about Ritchie Blom?

12    A.   He basically had --

13              MR. SARNOFF:  Objection, Your Honor.  Continuing.

14    Same objection.

15              THE COURT:  It's noted.

16              THE WITNESS:  He basically had me say the same things

17    that I said about Steven, that Blom was overly friendly with

18    me.  That he was -- he had like -- what's it called like --

19    like a bad intentions towards like the way that he was acting

20    towards me.

21    BY MS. CAPRIO:

22    Q.   And how did -- where -- when did Commissioner Carollo ask

23    you to lie about Chief Ritchie Blom?

24              MR. SARNOFF:  Objection, Your Honor.  Same objection.

25    Continuing.
```

 1              THE COURT:  Overruled.  It's noted.  You have a

 2    continuing objection.  Go ahead, counsel.

 3              THE WITNESS:  Basically he asked me a couple times,

 4    he -- Marlene, which is my aunt, she actually came to my house,

 5    and picked me up and took me to her house where she had me

 6    leave my phone in the car.  And Commissioner Carollo and his

 7    wife, Marjorie, were waiting for me in Marlene's house.  And

 8    that's where they basically attacked me and told me I need to

 9    lie about Richard Blom.

10    **BY MS. CAPRIO:**

11    Q.   And did Commissioner Carollo pressure you to lie about

12    Chief Ritchie Blom to say that he sexually harassed you?

13    A.   Yes.

14    Q.   Did Commissioner Carollo pressure you to lie under oath

15    regarding Chief Blom sexually harassing you?

16    A.   Yes.

17              MR. SARNOFF:  Same objection, Your Honor.

18              THE COURT:  It's noted.  Thank you.

19    **BY MS. CAPRIO:**

20    Q.   How did that pressure from Commissioner Carollo make you

21    feel about Chief Ritchie Blom?

22    A.   Terrified.

23              MR. SARNOFF:  Objection.  403.  404.

24              THE COURT:  It's noted.

25              THE WITNESS:  Terrible.

1   **BY MS. CAPRIO:**

2   Q.   Terrified?

3   A.   Extremely.

4   Q.   And was this the second time that Commissioner Carollo

5   intimidated you into lying under oath regarding false claims of

6   sexual harassment?

7           MR. SARNOFF:  Objection, Your Honor, as to form,

8   inclusive of the substantive objections I've raised.

9           THE COURT:  Overruled.

10          THE WITNESS:  Yes, it was the second time.

11  **BY MS. CAPRIO:**

12  Q.   And now did Chief Ritchie Blom ever behave in a sexually

13  inappropriate manner towards you?

14  A.   Not at all.

15  Q.   And did you ever observe Chief Ritchie Blom sexually

16  harassing anybody else in your office?

17  A.   No, not at all.

18  Q.   And were you ever concerned about Chief Ritchie Blom based

19  on anything regarding a sexual nature?

20  A.   No, not at all.

21  Q.   So all of that was lies that Commissioner Carollo made you

22  say under oath regarding Chief Ritchie Blom, is that right?

23          MR. SARNOFF:  Same objection.  Continuing with form.

24          THE COURT:  All right.  Overruled.

25          THE WITNESS:  Yes.

```
 1   BY MS. CAPRIO:
 2   Q.   And do you regret lying under oath about Chief Ritchie
 3   Blom after Commissioner Carollo intimidated you to do so?
 4   A.   Yes.
 5            MR. SARNOFF:  Objection, Your Honor.  404.
 6            THE COURT:  Overruled.
 7            THE WITNESS:  It's probably one of the things I
 8   regret the most in my life.
 9   BY MS. CAPRIO:
10   Q.   And why is that?
11   A.   Like I said with Miro, I ruined this man's life.  I was
12   forced to lie about them and say things that weren't true and
13   all of this stuff happened.  I feel terrible to this day.  I
14   still can't believe I actually did that.
15   Q.   And we talked about your deposition that you gave on April
16   14, 2020.  Do you recall talking about that with Mr. Sarnoff?
17   A.   Yes.
18   Q.   At the time, were you still living in Miami?
19   A.   Yes.
20   Q.   And were you still feeling pressure from your family to
21   lie about Commissioner Carollo?
22   A.   Yes.
23   Q.   And does that explain why you were not entirely truthful
24   in that deposition?
25   A.   Yes.
```

```
 1                MR. SARNOFF:  Objection, Your Honor.

 2                THE COURT:  What's the objection?

 3                MR. SARNOFF:  The objection would be a 403.  It would

 4     also include foundation.  It would equally include inflection

 5     testimony that has no basis to come before the jury as well as

 6     a 403 again.

 7                THE COURT:  Overruled.

 8                THE WITNESS:  I'm sorry, what was the question again?

 9     BY MS. CAPRIO:

10     Q.   You know, I actually lost the question too, but I'll ask

11     it to you again.

12          When you gave your deposition on April 14, 2020, did you

13     still feel that you were being pressured by Commissioner

14     Carollo not to tell the complete truth?

15     A.   Yes.

16                MR. SARNOFF:  Same objection.

17                THE COURT:  It's noted.  It's overruled.

18     BY MS. CAPRIO:

19     Q.   The answer was yes?

20     A.   Yes.

21     Q.   And in that deposition, did you also reveal that

22     Commissioner Carollo had intimidated you into testifying

23     falsely about Ritchie Blom in connection with these same fake

24     sexual harassment allegations?

25     A.   Yes.
```

```
 1              MR. SARNOFF:  Objection, Your Honor.  Leading.
 2   Counsel's testifying.  This is recross.  This is not --
 3              THE COURT:  Overruled.
 4   BY MS. CAPRIO:
 5   Q.   The answer was yes?
 6   A.   Yes.
 7   Q.   You told the truth about Commissioner Carollo pressuring
 8   you to lie about Chief Ritchie Blom in your deposition,
 9   correct?
10              MR. SARNOFF:  Same objection.
11              THE WITNESS:  Yes.
12   BY MS. CAPRIO:
13   Q.   You also told the truth about Commissioner Carollo
14   pressuring you to lie about Mr. Steve Miro in this deposition,
15   correct?
16              MR. SARNOFF:  Same objection.
17              THE WITNESS:  Yes.
18   BY MS. CAPRIO:
19   Q.   Are you telling the complete truth here today,
20   Ms. Quintana?
21   A.   Yes.
22              MS. CAPRIO:  Thank you very much.
23              MR. SARNOFF:  Same objection.
24              THE COURT:  It's noted.
25              MS. CAPRIO:  I have nothing further of this witness.
```

```
 1              THE COURT:  Thank you, Ms. Quintana.  You are
 2    excused.
 3              THE WITNESS:  Do I leave these papers here or do I
 4    take them?
 5              THE COURT:  You may leave them.
 6              Again, ladies and gentlemen, as I just mentioned, we
 7    will be in recess until Monday.  Again, do not discuss this
 8    case with anyone, even among yourselves.  Do not watch the
 9    news, read the newspaper, listen to the radio, or anything
10    relating to this case as well.  Of course, if anyone contacts
11    you directly or indirectly, please bring it up to my attention
12    as well.
13              With that said, hopefully the Heat will move on to the
14    second round playoffs, I guess.  You guys all Heat fans?  All
15    right.  Just didn't want to offend anybody.  You never know.
16              With that said, we'll see you on Monday morning at
17    9:00 a.m.  Thank you.
18              THE COURT SECURITY OFFICER:  All rise for the jury.
19              (Thereupon, the jury exited the courtroom.)
20              THE COURT:  You may be seated.  Also, Monday
21    testimony, you'll be beginning with your next witness?
22              MR. GUTCHESS:  Commissioner Carollo.
23              THE COURT:  Commissioner Carollo will be testifying
24    on Monday.  Make sure he's here promptly at 9:00 a.m. so the
25    Court will proceed at that time.
```

1          MR. SARNOFF:  Your Honor, at this time, we'd move for

2    a mistrial based on the irrelevant and prejudicial information

3    that has come in through Ms. Quintana.

4          THE COURT:  Thank you.  Any response from the

5    plaintiff?

6          MS. CAPRIO:  Your Honor, they opened the door with

7    the cross of Mr. Miro when they asked questions about a

8    Snickers bar, leering over women.  They mentioned two of them

9    by name, and we were entitled to bring this woman in to tell

10   her truth and her side of the story to rehabilitate Mr. Miro's

11   credibility.

12         THE COURT:  The motion for mistrial is denied.

13   I will see everyone here Monday at 9:00 a.m. beginning with

14   Commissioner Carollo.

15         How long is his testimony do you anticipate?

16         MR. GUTCHESS:  Six hours.

17         THE COURT:  Six hours.  So that's the full day.  All

18   right.  So, all right.  We'll see everyone Monday.  Enjoy the

19   weekend.  Thank you.

20         THE COURTROOM DEPUTY:  All rise.

21     (Thereupon, this proceeding was adjourned at 10:51 a.m.)

22                            - - -

23

24

25

```
 1                      C-E-R-T-I-F-I-C-A-T-E

 2

 3          I hereby certify that the foregoing is an accurate

 4   transcription of the proceedings in the above-entitled matter.

 5

 6

 7   JULY 20, 2023           /s:/Ellen A. Rassie_____
                             ELLEN A. RASSIE, RMR-CRR
 8                           Official Court Reporter
                             To the Honorable Rodney Smith
 9                           299 East Broward Blvd., Room 202B
                             Fort Lauderdale, Florida  33301
10                           (954)769-5448

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**ALL JURORS: [1]**
20/16
**MR. GUTCHESS: [7]**
4/10 5/1 5/4 5/10
5/14 62/22 63/16
**MR. KUEHNE: [1]**
39/4
**MR. PERTNOY: [3]**
4/13 11/5 11/17
**MR. SARNOFF: [57]**
10/4 10/6 10/12 10/14
10/16 10/19 10/24
11/18 11/20 13/1 13/7
13/11 13/13 15/23
15/25 16/15 17/8
17/19 17/22 17/25
18/6 18/9 19/8 19/13
27/6 32/14 32/16 35/2
36/20 38/10 38/14
38/19 38/22 39/5
42/21 44/2 50/11 53/2
54/18 55/2 56/3 56/5
56/13 56/24 57/17
57/23 58/7 58/23 59/5
60/1 60/3 60/16 61/1
61/10 61/16 61/23
63/1
**MS. CAPRIO: [51]**
4/18 5/8 6/11 8/8 9/8
9/23 11/2 12/5 12/9
12/12 12/14 12/19
12/23 13/25 14/13
14/17 14/21 14/24
15/2 15/17 15/20 16/6
16/12 16/18 17/14
17/17 18/2 18/22 19/1
19/10 19/23 20/20
29/17 33/17 37/2
37/25 38/12 38/17
40/13 42/6 43/24 50/9
51/25 52/7 52/25
54/16 54/23 55/6
61/22 61/25 63/6
**THE COURT SECURITY OFFICER: [2]** 5/23
62/18
**THE COURT: [100]**
**THE COURTROOM DEPUTY: [11]** 4/5
4/8 6/1 6/5 13/15
13/18 20/3 20/23 21/3
21/10 63/20
**THE WITNESS: [59]**
6/4 6/7 6/17 7/11
7/14 8/10 8/18 8/22
9/1 9/4 9/6 9/12 10/1
10/5 10/10 10/13
10/15 10/17 10/23
11/12 11/19 11/21

11/25 12/8 12/11
12/13 12/18 12/21
13/17 13/20 14/3
14/16 14/20 14/23
15/1 15/4 15/19 16/11
16/22 17/2 17/11 21/2
21/5 32/18 35/4 36/23
42/20 43/5 56/8 56/16
57/3 57/25 58/10
58/25 59/7 60/8 61/11
61/17 62/3

**/**

**/s:/Ellen [1]** 64/7

**1**

**100 [1]** 1/19
**103 [1]** 48/18
**10:02 [1]** 26/3
**10:51 [1]** 63/21
**10th [3]** 18/14 39/20
40/17
**14 [2]** 59/16 60/12
**1400 [1]** 2/3
**142 [10]** 3/7 17/19
17/21 17/22 38/9
38/11 38/14 38/22
39/6 39/8
**169 [1]** 1/19
**16th [1]** 37/9
**18 [3]** 23/3 42/16
42/17
**18-24190 [1]** 4/5
**18-CV-24190 [1]**
1/2
**19 [4]** 43/9 43/11
43/22 46/17

**2**

**20 [6]** 17/17 24/3
32/24 35/25 53/25
64/7
**200 [1]** 1/21
**201 [1]** 1/13
**2018 [4]** 22/19 23/6
24/2 37/9
**2019 [6]** 45/19 46/17
47/2 51/12 53/10
53/24
**2020 [2]** 59/16 60/12
**2023 [3]** 1/5 4/1
64/7
**202B [1]** 64/9
**2121 [1]** 1/13
**24 [2]** 10/9 10/22
**24190 [2]** 1/2 4/5
**26 [2]** 1/5 4/1
**299 [1]** 64/9
**2nd [2]** 1/13 1/19

**3**

**30 [1]** 17/20

**3105 [1]** 1/19
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**33301 [1]** 64/9
**39 [1]** 3/7
**3:00 [1]** 8/19
**3rd [3]** 45/19 51/12
53/24

**4**

**4-14-19 [1]** 43/22
**4-14-20 [1]** 53/25
**4-16-18 [1]** 42/16
**4-3-19 [1]** 43/9
**403 [6]** 16/3 36/21
56/5 57/23 60/3 60/6
**404 [2]** 57/23 59/5
**4100 [1]** 1/21

**5**

**500 [1]** 1/16
**5448 [1]** 64/10
**5:00 [1]** 24/23

**6**

**6-4-18 [1]** 42/17

**7**

**70 [1]** 15/10
**769-5448 [1]** 64/10

**8**

**8-19-19 [1]** 43/11
**80 [1]** 15/10
**87 [1]** 48/18
**88 [1]** 50/11

**9**

**9150 [1]** 2/3
**954 [1]** 64/10
**9:00 [4]** 24/23 62/17
62/24 63/13

**A**

**a.m [4]** 62/17 62/24
63/13 63/21
**about [62]** 4/21 5/3
5/5 6/23 8/2 8/3 8/18
8/19 10/12 12/3 14/10
15/12 16/25 17/20
18/2 19/21 20/9 20/12
22/19 22/22 24/3
24/19 27/18 28/3
28/14 29/6 29/11 30/2
30/4 30/7 30/8 30/12
30/19 34/25 35/1
36/11 36/14 36/18
41/16 42/15 42/24
44/15 56/2 56/6 56/11
56/17 56/23 57/9
57/11 57/21 58/18

59/2 59/12 59/15
59/16 59/21 60/23
61/7 61/8 61/13 61/14
63/7
**about Ritchie [1]**
56/2
**above [2]** 44/20 64/4
**above-entitled [1]**
64/4
**Absolutely [3]** 15/4
15/19 36/16
**accompanied [3]**
22/2 22/5 22/9
**according [1]** 45/4
**accurate [2]** 43/1
64/3
**acknowledged [1]**
20/18
**acting [1]** 56/19
**action [1]** 46/12
**actually [8]** 7/5
11/25 12/23 13/14
37/17 57/4 59/14
60/10
**add [1]** 9/9
**address [3]** 4/22
13/9 13/10
**addressed [1]** 51/25
**ADHD [1]** 21/24
**adjourned [1]** 63/21
**administrative [1]**
46/23
**adverse [1]** 46/12
**affect [1]** 16/9
**after [10]** 8/14 22/17
22/18 29/5 32/1 35/19
36/14 43/8 54/5 59/3
**afternoon [2]** 8/19
40/16
**again [28]** 7/6 7/21
7/22 8/3 8/4 8/6 9/16
9/21 12/3 12/17 15/13
16/6 20/11 34/16
38/15 40/7 45/10
45/12 47/25 48/9
48/11 51/13 54/6 60/6
60/8 60/11 62/6 62/7
**against [1]** 34/1
**agree [1]** 37/8
**ahead [3]** 4/24 4/25
57/2
**alert [1]** 19/3
**ALF [5]** 17/23 18/3
18/5 42/5 42/9
**all [58]** 4/16 5/6 5/9
6/25 10/3 10/24 10/25
11/3 11/7 11/9 12/4
12/20 12/25 15/25
16/21 16/23 17/3 17/6
17/9 17/15 17/24
18/21 19/24 19/25
20/3 20/17 20/18

20/22 25/14 30/10
31/3 33/4 35/11 35/15
36/1 36/13 38/3 39/19
40/16 41/17 41/22
47/18 48/6 50/14 51/2
55/4 58/14 58/17
58/20 58/21 58/24
59/13 62/14 62/14
62/18 63/17 63/18
63/20
**allegations [1]**
60/24
**alleged [2]** 28/10
28/22
**allow [1]** 9/22
**allowed [1]** 19/20
**almost [3]** 9/13
15/10 43/8
**along [1]** 52/22
**alongside [4]** 47/9
49/5 50/22 54/14
**already [3]** 51/20
54/2 54/5
**also [22]** 4/23 7/24
11/17 11/18 13/7
16/23 18/14 20/11
22/9 22/11 30/11 31/4
31/10 31/16 31/23
40/17 43/22 55/23
60/4 60/21 61/13
62/20
**although [1]** 50/15
**always [2]** 20/11
28/5
**am [4]** 9/15 9/15
14/8 14/8
**Amanda [2]** 1/12
4/11
**Amber [2]** 2/3 4/14
**among [2]** 20/13
62/8
**Anne [1]** 1/11
**another [5]** 19/16
46/1 47/2 47/3 50/23
**answer [3]** 49/7
60/19 61/5
**answered [3]** 27/6
48/21 49/13
**answering [1]** 24/16
**answers [1]** 51/2
**anticipate [2]** 20/9
63/15
**anxiety [1]** 19/2
**anxious [1]** 15/12
**any [36]** 5/19 10/3
10/6 10/17 10/20
14/13 14/17 16/20
17/4 17/6 17/7 17/12
17/24 18/3 19/4 24/17
25/12 25/20 28/7 30/8
30/8 33/2 35/21 46/9
47/23 49/14 49/14

**A**

any... **[9]** 50/6 50/14 54/1 55/4 55/5 55/13 55/18 56/1 63/4
anybody **[5]** 22/2 45/2 52/24 58/16 62/15
anymore **[3]** 12/3 15/6 51/21
anyone **[7]** 10/8 10/21 20/13 42/23 43/4 62/8 62/10
anything **[14]** 8/2 9/7 9/8 10/25 16/25 17/7 18/21 19/11 19/22 26/20 36/12 45/17 58/19 62/9
apologies **[1]** 53/4
apologize **[3]** 40/24 41/20 49/17
**APPEARANCES [2]** 1/10 2/1
appearing **[4]** 6/12 21/25 22/14 37/2
apple **[7]** 13/21 13/22 13/24 13/24 21/6 21/7 21/9
approach **[2]** 29/17 33/17
appropriate **[1]** 37/19
approximately **[2]** 8/17 21/21
**April [9]** 1/5 4/1 37/9 45/19 51/12 53/10 53/24 59/15 60/12
**April 16th [1]** 37/9
are **[22]** 9/24 12/6 15/17 16/9 17/3 17/12 20/1 21/25 22/2 22/5 22/9 22/13 49/20 50/2 50/4 50/5 50/6 50/9 50/23 50/24 61/19 62/1
area **[1]** 25/12
arguments **[1]** 13/10
around **[1]** 28/6
arrested **[1]** 19/5
as **[67]**
aside **[1]** 26/19
ask **[14]** 10/19 17/4 26/20 26/23 32/5 44/15 52/11 52/14 52/16 52/17 52/19 52/23 56/22 60/10
asked **[12]** 10/12 26/25 27/3 27/6 27/10 29/5 30/12 30/13 31/4 32/9 57/3 63/7
asking **[5]** 6/23 14/7 14/9 30/16 38/16

**B**

baby **[1]** 23/4
back **[10]** 9/21 11/9 16/1 18/13 25/25 26/8 33/4 40/8 46/22 51/18
background **[2]** 38/17 38/19

assaulted **[2]** 27/1 27/11
assaulting **[1]** 27/4
assistance **[1]** 47/23
assistant **[4]** 18/18 41/2 41/5 46/23
assisted **[2]** 18/6 40/11
assume **[1]** 29/1
at **[64]** 4/20 5/2 5/23 14/3 16/21 17/25 18/15 18/16 23/9 24/2 24/6 25/8 25/18 26/2 26/16 27/19 27/19 28/23 29/23 30/10 30/19 31/3 31/20 32/1 32/11 35/7 35/11 35/15 35/20 35/24 36/1 36/2 36/5 36/13 40/20 40/25 41/5 41/17 42/22 42/23 43/4 43/7 43/19 44/14 44/21 45/13 45/23 45/24 48/6 48/21 52/10 53/10 53/15 54/1 58/14 58/17 58/20 59/18 62/16 62/24 62/25 63/1 63/13 63/21
attacked **[1]** 57/8
attention **[3]** 4/20 5/21 62/11
attorney **[1]** 22/9
attorneys **[2]** 4/7 17/3
audience **[2]** 22/7 22/11
**August [2]** 46/17 53/25
aunt **[9]** 7/16 7/17 12/10 12/10 12/12 14/14 23/20 23/21 57/4
autism **[1]** 21/24
available **[2]** 5/16 37/22
**Avenue [1]** 1/13
avoid **[1]** 49/8
away **[6]** 6/22 12/2 46/7 50/19 51/15 53/22
awkward **[2]** 35/14 35/16
**AXS [1]** 1/10

bad **[2]** 32/7 56/19
**Ball [6]** 18/9 39/13 40/7 55/11 55/14 55/18
bar **[1]** 63/8
based **[4]** 36/11 44/6 58/18 63/2
basically **[16]** 14/7 15/4 15/8 15/11 24/16 25/11 27/17 28/4 29/8 29/10 32/5 44/8 56/12 56/16 57/3 57/8
basis **[2]** 20/12 60/5
be **[33]** 4/16 5/12 7/22 8/12 11/23 16/3 16/23 17/12 17/20 18/16 19/8 19/17 20/1 20/5 20/8 20/9 20/10 25/12 28/19 35/23 40/25 42/21 45/12 47/23 47/23 50/13 50/15 53/8 60/3 62/7 62/20 62/21 62/23
because **[14]** 5/20 7/5 8/5 9/19 9/19 14/8 22/1 27/15 29/9 34/15 41/14 42/21 51/18 54/3
becomes **[1]** 41/7
been **[8]** 7/17 7/18 9/13 15/7 15/7 17/4 44/12 47/8
before **[11]** 1/8 9/17 19/14 23/12 27/16 29/5 32/13 32/21 33/6 44/8 60/5
begin **[1]** 47/2
beginning **[4]** 34/12 47/3 62/21 63/13
behalf **[4]** 4/15 17/23 37/15 40/6
behave **[1]** 58/12
being **[8]** 12/16 18/3 20/17 22/13 36/17 36/24 49/10 60/13
believe **[9]** 22/19 25/10 33/13 42/12 45/9 45/19 46/2 51/16
**Ben [1]** 4/14
**Benedict [1]** 1/18
best **[6]** 45/12 47/18 48/1 49/11 50/18 50/19
better **[1]** 44/12
beyond **[3]** 18/22 38/12 43/24
**Bill [1]** 55/18
**Biscayne [1]** 1/21
bit **[1]** 15/15
**Blom [20]** 33/13 42/17 52/19 52/21

55/24 56/2 56/11 56/17 56/23 57/9 57/12 57/15 57/21 58/12 58/15 58/18 58/22 59/3 60/23 61/8
**Blvd [3]** 1/21 2/3 64/9
board **[17]** 28/23 29/5 29/14 29/24 32/1 32/13 32/21 33/7 34/19 35/20 43/7 43/20 44/15 45/13 48/15 52/10 53/11
boding **[1]** 51/3
bond **[2]** 51/19 51/20
born **[2]** 22/23 22/25
both **[3]** 27/14 41/11 41/12
**BOWEN [1]** 1/20
boyfriend **[5]** 30/12 30/13 30/15 30/16 44/15
break **[1]** 30/1
briefly **[1]** 22/16
bring **[7]** 5/6 5/9 5/21 11/3 19/25 62/11 63/9
brings **[1]** 19/2
broke **[1]** 36/23
broken **[1]** 51/20
brother **[3]** 7/15 23/24 23/25
brought **[5]** 4/20 5/20 34/1 52/20 55/23
**Broward [1]** 64/9
busy **[1]** 19/3
but **[20]** 7/8 8/1 8/6 12/2 13/7 24/19 25/13 28/18 36/9 36/24 38/6 40/2 43/2 43/8 44/17 48/10 49/4 49/22 51/7 60/10

**C**

**C-E-R-T-I-F-I-C-A-T-E [1]** 63/23
call **[10]** 4/4 5/15 7/17 8/6 8/11 8/20 9/10 17/10 20/19 20/20
called **[8]** 6/18 6/19 6/20 8/14 14/7 24/8 27/14 56/18
calling **[3]** 4/5 8/12 8/25
calls **[1]** 24/17
came **[8]** 7/25 14/4 14/6 26/8 57/4
can **[29]** 4/22 5/6 5/9 5/19 5/19 5/21 6/1 6/14 11/3 11/6 11/9 11/10 11/18 13/10

13/13 13/18 16/5 17/25 18/16 19/25 20/23 37/8 38/14 39/5 39/23 40/23 40/25 47/22 47/23
can't **[2]** 8/5 59/14
cannot **[2]** 8/5 43/2
**Caprio [2]** 1/11 4/11
caps **[1]** 39/19
car **[1]** 57/6
care **[1]** 8/1
**CAROLLO [84]**
**Carollo's [19]** 7/19 12/7 23/17 23/19 23/21 24/7 25/9 26/17 27/15 27/19 28/9 28/14 30/19 31/21 35/24 36/3 36/6 41/5 52/11
case **[13]** 1/2 4/5 15/22 18/4 18/8 19/11 19/20 20/12 45/12 50/23 54/11 62/8 62/10
cause **[1]** 33/1
cellphone **[3]** 8/21 8/22 8/23
certify **[1]** 64/3
**Chain [6]** 18/9 39/13 40/7 55/11 55/14 55/18
change **[2]** 7/7 46/9
charge **[2]** 19/6 34/13
chief **[13]** 33/13 41/7 42/17 56/23 57/12 57/15 57/21 58/12 58/15 58/18 58/22 59/2 61/8
chose **[2]** 49/4 49/7
**Christina [3]** 18/11 40/8 40/11
circumstances **[1]** 27/10
city **[8]** 22/20 24/2 28/23 34/2 43/13 47/9 50/21 50/22
civil **[17]** 28/23 29/5 29/14 29/24 32/1 32/13 32/21 33/6 34/19 35/20 43/7 43/19 44/14 45/13 48/15 52/10 53/10
claims **[1]** 58/5
clarification **[1]** 5/14
clarify **[2]** 4/23 16/5
clean **[2]** 48/22 48/24
clear **[7]** 11/6 11/23 16/24 35/23 45/12 50/13 50/15
clearly **[1]** 21/3

# C

clicker [1] 19/1
clinic [1] 21/23
clock [1] 26/2
co [2] 47/11 47/18
co-workers [2]
47/11 47/18
coached [1] 44/8
coerced [8] 32/12
32/16 32/20 32/23
33/5 33/22 35/20 54/3
COLE [1] 2/2
come [9] 5/16 8/4
11/9 25/3 25/25 48/22
53/6 60/5 63/3
comes [1] 18/10
comfortable [2]
8/13 29/9
comings [1] 26/19
commission [1]
50/21
commissioner [82]
communicated [3]
16/25 17/5 55/20
community [1]
24/19
company [1] 47/22
complaint [2] 18/3
18/13
complaints [8]
17/23 25/12 37/14
37/18 38/3 38/9 39/17
42/3
complete [2] 60/14
61/19
completely [4] 16/2
19/12 36/24 51/20
comply [1] 28/13
computer [2] 44/18
44/20
concern [1] 41/14
concerned [5] 30/2
30/4 30/7 36/11 58/18
concerning [4] 16/8
17/23 39/17 42/3
concerns [2] 8/8
30/8
connection [9] 6/15
9/10 9/11 14/1 15/22
34/7 55/13 55/21
60/23
connections [1]
53/23
consider [1] 28/21
considered [1] 28/19
constituents [3]
25/11 25/14 37/15
contact [1] 5/3
contacting [1] 25/14
contacts [1] 62/10
context [1] 33/11

# CONTINUED [1] 2/1
continuing [4] 56/13
56/25 57/2 58/23
contribute [1] 52/4
convenience [2]
18/16 40/21
conversation [6] 7/3
7/9 8/9 11/24 15/3
32/4
correct [69]
corrected [2] 33/21
34/21
correctly [1] 40/24
could [15] 7/1 7/23
13/25 15/2 21/16
22/16 23/15 26/1 27/9
49/1 49/2 49/3 51/22
55/18 56/10
couldn't [1] 40/12
counsel [6] 19/7
37/11 48/13 50/9
54/19 57/2
Counsel's [1] 61/2
Counsels [1] 4/8
counter [1] 45/1
couple [1] 57/3
course [3] 9/1 45/25
62/10
court [13] 1/1 4/4
6/12 6/16 9/9 11/7
15/3 16/10 19/3 21/25
42/25 62/25 64/8
Court's [1] 5/20
Courtney [2] 1/11
4/10
courtroom [2] 20/4
62/19
crazy [1] 39/19
credibility [1] 63/11
creepy [3] 35/8
35/10 35/13
crime [1] 19/19
cross [7] 3/3 17/18
17/20 19/7 37/4 37/6
63/7
cross-examination
[4] 17/18 17/20 19/7
37/4
CRR [1] 64/7
cry [1] 8/5
crying [3] 6/18 8/4
14/12
cube [1] 19/2
currently [2] 21/16
21/22
CV [1] 1/2

# D
Dadeland [1] 2/3
daily [1] 20/12
Dallas [2] 21/19
21/20

# dark [1] 9/17
dash [2] 50/14 50/14
date [2] 42/15 46/17
daughter [8] 8/9 8/9
9/20 9/24 9/25 12/15
12/16 12/23
daughter's [3] 6/15
9/11 9/14
David [2] 8/14 8/14
DAVIS [1] 1/18
Dawson [2] 2/3 4/14
day [4] 1/8 46/7
59/13 63/17
days [1] 19/13
de [1] 27/12
Defendant [3] 1/7
1/15 2/2
DEFENDANT'S [2]
3/7 39/8
defense [3] 10/3
17/7 39/6
definitely [3] 10/1
12/18 15/15
demote [1] 45/22
demoted [3] 45/25
46/1 46/22
denied [1] 63/12
departs [1] 26/5
depo [1] 50/10
deposition [20]
33/10 33/11 33/14
33/20 34/5 34/8 34/17
35/7 44/7 44/9 44/24
45/7 48/17 53/15
52/24 59/14 60/12
60/21 61/8 61/14
describe [7] 14/1
15/3 23/15 26/1 27/9
39/2 56/10
described [1] 10/21
designated [1]
25/24
desk [1] 44/25
despite [1] 15/18
destroyed [1] 9/13
detail [2] 26/1 29/11
did [84]
did you go [1] 52/11
didn't [19] 8/13
10/17 14/5 25/13
28/18 29/3 32/25 33/1
33/1 34/15 38/13
40/23 41/20 44/11
45/5 49/13 49/14 50/6
62/15
direct [5] 3/3 17/15
18/23 18/25 21/12
directly [3] 18/18
41/2 62/11
discuss [1] 62/7
discussed [1] 56/5
discussing [1] 20/12

# distraught [1] 14/11
district [6] 1/1 1/1
1/9 37/15 40/9 47/1
do [62] 4/22 8/16
8/16 10/6 10/20 15/11
15/12 16/2 16/19
16/24 18/2 19/10
21/22 21/22 25/8 26/9
26/10 26/11 26/20
26/23 27/24 29/4
30/14 30/22 30/23
31/7 31/13 31/19 32/4
32/9 32/23 33/11 34/4
34/10 34/13 34/14
34/25 35/20 36/14
36/15 42/9 43/23
44/17 45/7 46/3 46/24
47/16 48/9 49/11
49/13 50/18 50/19
50/20 55/10 59/2 59/3
59/16 62/3 62/3 62/7
62/8 63/15
do you [3] 21/22
36/14 59/2
do you see [5] 30/23
31/7 31/13 31/19
49/11
dock [1] 46/5
document [1] 55/10
does [9] 7/21 21/23
29/22 30/11 33/25
41/23 45/7 50/20
59/23
doesn't [8] 15/5
45/20 45/22 45/24
46/5 46/7 46/9 52/24
doing [8] 6/25 8/12
8/13 15/7 27/13 28/19
29/1 32/6
don't [13] 8/2 8/13
12/2 19/4 34/14 35/14
38/21 42/10 42/21
42/21 45/13 45/16
45/16
done [3] 20/9 20/10
29/21
door [3] 38/15 38/20
63/6
down [5] 24/18 26/3
26/8 30/1 44/21
drafts [1] 47/16
drag [1] 9/16
driving [2] 19/6
39/19
dropped [1] 14/4
drove [1] 6/22
DUI [4] 19/5 19/13
19/14 19/18
duties [2] 37/11
38/16
DX [7] 17/19 17/21
17/22 38/9 38/11

# 38/14 38/22

# E

E-L-E-O-N-O-R-A [1]
6/7
earlier [1] 56/6
earliest [2] 18/16
40/21
East [1] 64/9
effective [1] 47/1
either [3] 10/8 17/5
53/19
Eleonora [1] 6/7
elicit [1] 19/15
elicited [1] 37/11
Ellen [2] 64/7 64/7
else [9] 9/7 9/8
10/25 18/21 19/22
26/21 26/23 55/3
58/16
email [7] 17/22
37/18 39/3 39/10
39/13 39/16 39/17
employed [3] 22/21
22/21 37/9
employee [1] 35/1
employment [7]
22/16 43/14 45/25
46/9 46/12 51/15
51/24
endeavors [1] 47/19
ended [1] 8/11
Enjoy [1] 63/18
enough [1] 49/8
ensure [1] 47/21
entailed [1] 25/13
entered [1] 20/4
entire [1] 11/23
entirely [1] 51/9
51/13 51/15 53/18
53/19 53/19 59/23
entitled [2] 63/9
64/4
equally [1] 60/4
Esq [9] 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
essentially [1] 54/1
estimate [1] 17/17
even [6] 6/17 14/8
14/9 20/13 42/10 62/8
event [2] 27/13
51/23
events [2] 24/18
24/19
eventually [1] 19/6
ever [19] 26/20 30/7
30/7 31/1 32/11 33/5
35/10 35/20 35/23
36/5 36/11 46/25
47/23 52/17 52/19
56/1 58/12 58/15

**E**

ever... [1] 58/18
Everybody [1] 44/25
everyone [6] 20/1
20/6 20/15 20/17
63/13 63/18
everything [1] 27/17
evidence [1] 39/6
exactly [3] 6/14 19/9
27/24
examination [9]
17/16 17/18 17/20
19/7 21/12 37/4 37/6
55/5 55/8
excerpt [1] 29/22
excuse [1] 12/10
excused [1] 62/2
exhibit [5] 18/2
38/13 38/21 39/6 39/8
exhibits [2] 3/7
17/12
exited [1] 62/19
expecting [1] 15/14
expenses [1] 22/13
experience [3]
18/15 36/17 40/18
explain [2] 6/14
59/23
explained [1] 9/9
explicitly [1] 46/25
extremely [3] 9/15
39/20 58/3

**F**

facility [2] 18/6
40/12
fact [4] 15/13 19/15
30/4 37/21
fair [2] 43/1 49/8
fake [2] 36/18 60/23
false [6] 31/16 32/21
34/18 35/19 35/21
58/5
falsely [1] 60/23
family [13] 15/6
22/3 32/25 33/2 49/8
49/14 51/19 51/19
52/4 54/6 54/7 54/7
59/20
fans [1] 62/14
far [1] 46/4
feel [13] 8/13 15/20
16/12 16/19 18/17
28/11 32/20 32/23
34/10 41/1 57/21
59/13 60/13
feeling [2] 12/14
59/20
FELDMAN [1] 1/15
felt [2] 9/20 30/2
fielded [1] 17/23
fields [1] 18/13

fine [2] 5/13 5/25
first [15] 5/19 5/21
6/10 13/9 15/25 20/1
24/4 25/2 32/24 34/24
35/4 37/22 38/7 52/20
54/3
five [3] 6/21 15/7
47/25
Flagler [1] 1/16
flat [3] 28/18 29/8
29/12
FLORIDA [8] 1/1 1/5
1/13 1/17 1/19 1/22
2/4 64/9
fly [1] 6/25
folks [1] 40/12
follow [1] 55/14
followed [1] 42/11
forced [8] 12/16
34/25 36/17 36/24
36/25 49/1 50/15
59/12
foregoing [1] 64/3
foreground [1]
38/19
form [2] 58/7 58/23
former [1] 42/17
FORT [3] 1/2 1/5
64/9
forward [3] 5/9
37/18 37/22
forwarded [3] 18/12
38/3 38/6
forwarding [1]
39/11
foundation [3]
40/13 42/6 60/4
Francis [2] 40/1 40/2
free [2] 18/17 41/2
frequently [1] 45/4
Friday [2] 24/23 53/9
friendly [1] 56/17
front [2] 43/20 48/7
full [3] 24/21 49/10
63/17
full-time [1] 24/21
FULLER [3] 1/4 4/6
55/19
further [9] 5/20 11/2
12/5 12/19 16/18 17/7
19/23 37/3 61/25
future [1] 47/19

**G**

G-A-R-C-I-A [3]
11/14 11/16 11/22
G-U-T-I-E-R-R-E-Z
[1] 6/8
Garcia [8] 7/14 9/6
11/13 11/16 11/21
11/22 15/21 16/21
Garcia's [4] 9/10

14/14 14/18 16/7
Gardner [1] 4/14
gave [2] 29/14 35/19
59/15 60/12
general [1] 35/16
gentlemen [2] 20/6
62/6
get [6] 7/1 11/18
12/2 19/4 24/6 45/20
gets [1] 18/11
girl [1] 7/18
give [2] 34/5 48/14
given [2] 33/12
35/21
giving [5] 27/25
32/20 33/22 34/18
47/13
go [15] 4/23 4/25
5/21 18/22 19/7 24/18
27/14 27/17 33/4 40/8
41/23 50/19 52/11
55/18 57/2
God [1] 8/18
goes [4] 18/10 18/11
50/4 50/13
going [17] 4/23 6/24
7/6 7/22 8/7 9/13
9/16 9/17 9/22 14/7
16/24 19/15 19/24
20/8 34/12 34/13
42/23
goings [1] 26/20
good [12] 4/10 4/12
4/13 4/16 6/12 20/5
20/5 20/7 21/14 21/15
32/6 40/16
got [4] 6/22 7/3 11/7
38/6
grabbed [1] 11/25
graduate [1] 23/4
grandma [3] 14/11
15/4 15/10
grandmother [4]
14/7 14/22 14/25 17/5
grandmother's [1]
23/24
great [6] 12/9 12/12
14/14 23/18 23/20
23/21
GROUP [1] 1/10
guess [4] 15/12
25/12 49/15 62/14
Gutchess [4] 1/11
4/10 5/2 6/9
Gutierrez [4] 6/7 6/8
10/4 10/6
guy [1] 32/7
guys [1] 62/14

**H**

had [23] 6/19 6/19
7/4 14/4 14/6 15/13

16/2 27/12 27/13
27/16 34/18 37/21
42/13 49/14 49/20
51/19 51/23 53/22
56/12 56/16 56/18
57/5 60/22
half [1] 22/22
hand [5] 6/2 13/15
20/24 43/15 48/10
hands [1] 19/3
handwriting [1]
18/19
happen [7] 6/24 7/7
7/21 8/7 9/18 9/22
34/16
happened [9] 5/17
6/15 8/11 8/16 14/1
15/18 46/11 52/13
59/13
happening [1] 7/21
happens [1] 46/12
harass [1] 28/18
35/23 36/6
harassed [2] 45/14
57/12
harassing [9] 27/21
28/1 28/2 28/14 28/22
30/5 35/1 57/15 58/16
harassment [9]
28/10 28/20 29/4 29/7
29/9 29/11 36/19 58/6
60/24
harm [2] 14/15
14/19
has [11] 9/12 17/4
19/1 19/2 19/10 19/16
20/17 46/3 47/8 60/5
63/3
hate [1] 50/19
Havana [1] 27/12
have [40] 4/23 5/19
6/25 7/5 7/15 7/22
8/2 9/9 10/3 10/6
10/16 10/20 10/24
11/5 12/5 13/2 15/12
21/10 21/20 24/7
25/20 30/7 35/20 37/3
42/10 42/19 43/3
44/12 45/2 48/13 49/1
49/2 49/3 51/21 51/21
54/2 55/2 55/13 57/1
61/25
haven't [1] 18/24
he [57] 10/21 18/15
22/11 25/11 25/13
25/14 25/24 26/7 26/8
26/25 27/1 27/1 27/12
27/13 27/16 27/17
27/17 27/20 28/2 28/2
28/3 28/3 28/4 28/4
28/4 28/5 28/19 29/8
29/8 30/12 30/14 32/5

32/6 32/8 39/16 41/5
42/5 42/9 44/7 44/11
44/20 45/4 45/5 45/7
50/20 50/20 52/20
52/22 56/8 56/12
56/16 56/18 56/18
56/19 57/3 57/4 57/12
he's [8] 7/14 32/25
35/14 35/15 50/19
52/14 52/16 62/24
hear [4] 8/2 12/3
39/23 41/20
heard [4] 7/3 11/23
13/5 18/24
hearing [2] 20/9
29/24
Heat [2] 62/13 62/14
held [2] 18/16 40/25
help [3] 34/14 39/10
40/4
helping [1] 25/11
her [39] 4/18 5/9
5/10 5/10 5/11 5/16
5/23 6/10 6/19 6/20
6/23 7/1 7/5 7/8 7/25
9/1 9/15 9/16 11/13
11/13 12/2 12/2 12/3
12/23 14/7 15/13 17/5
17/5 17/5 18/19 18/19
19/3 19/3 19/10 19/15
38/16 57/5 63/10
63/10
here [27] 5/18 6/25
8/1 9/15 14/8 14/9
15/17 16/10 19/20
21/25 22/1 22/2 22/14
32/1 34/14 41/14 43/2
45/2 49/10 50/17
51/13 53/23 54/9
61/19 62/3 62/24
63/13
hereby [1] 64/3
high [4] 22/17 22/18
23/4 44/20
him [13] 8/15 24/17
24/18 24/19 27/13
33/2 38/3 46/10 50/18
50/19 51/4 54/5 55/14
hire [1] 34/7
hired [4] 9/19 22/20
23/11 23/13
his [20] 6/14 7/14
7/23 10/2 15/3 15/21
16/8 16/14 18/17
24/25 25/10 25/13
27/17 27/22 34/25
35/14 40/25 41/2 57/6
63/15
historying [1] 22/17
hmm [6] 42/18 43/3
47/1 48/17 50/8 51/5
hold [1] 6/20

**H**

hole [1]  9/17
home [3]  6/17 6/22
 8/20
honest [1]  25/12
Honor [46]  4/13
 4/18 5/14 6/11 6/14
 10/24 11/2 11/5 13/1
 13/13 15/3 15/23
 16/15 16/22 17/14
 17/20 17/25 18/22
 19/13 19/23 20/20
 32/14 33/17 35/2
 36/20 38/10 38/14
 38/18 39/5 43/5 44/2
 51/25 53/2 54/18 55/2
 55/6 56/3 56/13 56/24
 57/17 58/7 59/5 60/1
 61/1 63/1 63/6
HONORABLE [2]  1/8
 64/8
hope [1]  50/20
hopefully [1]  62/13
hotel [2]  13/21 21/6
HOTTE [1]  1/15
hour [1]  20/10
hours [5]  10/9 10/22
 24/23 63/16 63/17
house [9]  8/4 14/12
 27/15 27/17 27/19
 52/11 57/4 57/5 57/7
household [1]  52/4
hover [1]  31/14
how [16]  7/17 17/15
 18/7 21/20 23/15 24/2
 24/6 28/9 28/17 28/17
 36/17 53/8 56/10
 56/22 57/20 63/15
how old [1]  24/2
How's [1]  20/6
huh [1]  43/3
hurt [1]  7/22
HUSS [1]  1/15

**I**

I got [1]  6/22
I will [4]  8/3 8/18
 19/20 63/13
I'd [2]  38/10 43/23
I'll [4]  6/11 10/19
 39/17 60/10
I'm [25]  4/23 5/1 7/8
 7/25 9/21 12/1 21/17
 22/1 29/21 33/14
 41/21 42/20 42/23
 44/6 48/18 49/10
 49/22 49/24 50/3
 50/11 50/18 51/1
 52/15 53/25 60/8
I've [2]  44/17 58/8
I-C-E-N-T-E [1]
 11/16

**idea [1]**  42/10
if [22]  4/21 5/12 5/15
 6/9 10/10 10/11 10/13
 17/7 18/15 26/1 29/13
 33/14 40/20 42/9 44/6
 47/22 47/23 51/15
 51/17 52/22 55/5
 62/10
II [1]  1/4
illegal [1]  8/12
illegitimate [1]
 41/16
immediately [2]
 34/14 34/15
impact [1]  36/19
improper [2]  5/3
 19/12
in [126]
inaccurate [1]  33/21
inappropriate [2]
 16/3 58/13
incidents [1]  46/9
include [2]  60/4 60/4
including [1]  10/22
inclusive [1]  58/8
incoming [1]  24/16
incorrect [1]  19/8
INDEX [1]  2/10
India [2]  13/23 21/8
indicated [1]  50/15
indicating [1]  50/5
indirectly [1]  62/11
individual [1]  11/10
infer [1]  16/1
inflection [1]  60/4
influence [1]  8/7
influenced [2]  51/7
 54/6
inform [1]  46/19
information [2]  5/19
 63/2
initially [1]  43/2
inquire [4]  5/19 6/10
 6/11 19/21
inquiry [4]  4/21 5/20
inquisitive [1]  28/3
instead [2]  29/12
 38/6
instruct [1]  20/12
instructed [2]  17/3
 27/20
instructions [3]
 20/11 20/15 27/25
intend [1]  17/19
intended [1]  17/12
intentions [2]  7/8
 56/19
interact [1]  26/16
interview [1]  24/10
intimidated [8]
 15/20 16/12 16/19
 34/18 36/15 58/5 59/3

 60/22
into [13]  19/4 19/7
 25/3 29/11 32/20 33/2
 33/6 33/22 34/18 39/6
 44/8 58/5 60/22
introduce [1]  39/6
introduced [1]  17/13
invitation [1]  42/2
invite [1]  41/1
involve [1]  15/5
involved [1]  7/22
involvement [1]
 42/13
irrelevant [2]  43/24
 63/2
is [99]
issue [1]  19/4
issues [1]  49/8
it [73]
it's [32]  7/18 12/23
 13/14 16/2 16/3 18/9
 18/9 18/19 18/19
 18/20 19/2 19/11
 19/12 35/15 35/15
 38/14 38/22 38/23
 39/13 40/7 40/19 48/5
 51/17 51/20 56/15
 57/1 57/18 57/24 59/7
 60/17 60/17 61/24
itself [1]  36/25

**J**

Jeff [1]  4/10
Jeffrey [1]  1/11
Joanna [1]  1/12
job [14]  19/16 24/1
 24/4 24/14 25/8 25/13
 25/20 32/24 33/1
 37/11 38/16 47/2 47/3
 55/21
jobs [1]  22/19
JOE [12]  1/6 4/6
 4/15 7/19 7/24 10/1
 10/1 10/11 12/7 12/15
 14/19 16/8
Jose [5]  18/18 41/2
 41/4 42/12 52/17
Jose's [1]  41/10
jot [1]  24/18
judge [3]  1/9 38/15
 42/22
Julia [2]  13/21 21/6
JULY [1]  64/7
jurors [2]  19/25
 20/18
jury [12]  20/3 20/4
 20/6 21/16 23/15 27/9
 41/4 43/20 51/16 60/5
 62/18 62/19
just [44]  4/7 5/14
 8/15 11/5 11/6 11/23
 12/5 13/2 14/11 14/12

 15/5 15/8 15/11 15/11
 17/25 19/3 19/4 24/16
 26/1 27/12 28/4 29/8
 29/10 32/5 35/14
 35/14 35/15 35/15
 35/23 38/15 39/16
 41/4 42/12 43/1 43/20
 43/23 48/18 49/24
 50/2 51/23 52/10 53/2
 62/6 62/15

**K**

keep [3]  19/3 25/24
 54/7
Kendall [1]  25/17
kept [1]  20/15
kids [1]  21/23
kind [4]  15/6 29/10
 29/11 48/14
KISSANE [1]  2/2
knew [3]  23/15
 34/11 40/8
know [22]  14/5 15/6
 15/8 18/7 23/12 24/18
 25/6 25/13 25/13
 34/11 34/14 35/14
 36/8 39/21 40/8 42/9
 42/10 46/4 47/22
 52/24 60/10 62/15
knowledge [4]  10/7
 10/16 10/20 41/22
knows [1]  8/10
KRINZMAN [1]  1/15
KUEHNE [4]  1/18
 1/18 4/15 13/3

**L**

ladies [2]  20/6 62/6
last [6]  9/5 11/13
 11/16 11/22 13/22
 21/7
lastly [2]  31/13
 31/19
later [2]  13/10 45/25
LAUDERDALE [3]
 1/2 1/5 64/9
law [3]  1/10 1/18 9/2
law's [1]  9/3
lawyer [7]  5/11 5/12
 6/10 8/15 9/19 34/7
 34/15
lawyers [1]  54/15
Leading [2]  35/2
 61/1
Leah [1]  4/14
lean [1]  31/14
learned [1]  16/7
least [1]  17/25
leave [3]  57/6 62/3
 62/5
leer [2]  31/8 44/21
leering [2]  28/6 63/8

 15/5 15/8 15/11 15/11
 17/25 19/3 19/4 24/16
 26/1 27/12 27/13
 14/5 26/2 27/12 27/13
 29/10 32/5 35/14
legitimate [1]  41/14
let [8]  9/17 10/10
 13/9 19/25 24/18
 39/10 40/8 47/22
let's [6]  26/3 30/1
 33/4 37/8 45/12 48/9
letter [6]  19/16
 43/11 46/14 46/16
 48/19 49/15
liaison [2]  25/10
 25/13
lie [31]  12/17 26/25
 27/3 27/10 27/20
 27/25 28/9 28/14 29/6
 31/4 31/10 31/23 35/1
 36/18 36/24 36/24
 50/5 50/17 50/23
 50/25 51/1 51/21
 56/11 56/23 57/9
 57/11 57/14 59/12
 59/21 61/8 61/14
lied [7]  30/19 34/11
 50/24 51/18 53/13
 53/17 54/3
lies [8]  31/16 32/11
 33/5 49/20 50/2 50/6
 56/2 58/21
life [6]  9/14 28/3
 36/19 36/25 59/8
 59/11
light [1]  16/6
lighten [1]  49/15
like [30]  5/15 6/9
 9/9 13/3 15/11 18/15
 19/2 29/1 29/9 33/2
 33/3 38/10 40/20
 43/20 43/23 45/1 45/1
 45/1 46/19 47/13
 49/13 50/18 52/22
 54/2 54/6 56/18 56/18
 56/19 56/19 59/11
limiting [1]  18/1
line [1]  40/7
lines [1]  52/22
listen [3]  7/25 8/15
 62/9
listening [1]  20/14
little [8]  7/18 15/15
 19/2 26/1 27/12 27/13
 35/8 35/13
live [4]  14/9 25/16
 25/18 39/20
lived [1]  21/20
lives [4]  18/14 40/17
living [4]  18/6 21/22
 40/11 59/18
lodge [1]  17/25
log [2]  25/24 26/13
logs [1]  26/19
long [9]  7/18 9/13

**L**

long... **[7]** 13/1 13/13
17/15 21/20 46/23
53/8 63/15
look **[2]** 19/18 26/2
looked **[1]** 34/15
loom **[2]** 30/23 31/1
lose **[3]** 33/1 51/21
54/3
lost **[3]** 7/5 51/1
60/10
loud **[1]** 39/20
low **[1]** 44/18
LUBETSKY **[1]** 1/15
lying **[3]** 36/14 58/5
59/2

**M**

M-A-R-L-E-N-E **[1]**
11/13
M-O-R-E-L-L-A **[1]**
11/21
ma'am **[2]** 33/24
48/16
made **[1]** 58/21
make **[10]** 11/6
28/11 32/12 42/24
43/1 43/2 45/16 49/24
57/20 62/24
making **[1]** 27/2
28/5 33/6
man's **[1]** 59/11
manager **[1]** 40/11
manipulate **[1]** 7/6
manipulated **[2]**
44/12 54/4
manipulating **[1]**
46/10
manner **[2]** 35/10
58/13
many **[1]** 47/16
Marc **[2]** 1/21 4/14
Marjorie **[23]** 7/1
7/15 7/19 7/19 7/23
10/8 10/11 10/12 12/6
12/6 12/9 14/15 15/22
16/1 16/2 16/8 23/17
23/19 23/21 24/8
27/14 27/22 57/7
Marjorie's **[2]** 7/11
7/16
Marlene **[16]** 6/19
7/10 9/4 9/10 11/12
11/12 12/1 14/6 14/14
14/18 15/13 15/21
16/1 16/7 16/21 57/4
Marlene's **[1]** 57/7
married **[3]** 7/12
7/17 23/22
MARTIN **[1]** 1/4
Mason **[2]** 1/16 4/13
matter **[3]** 19/15

29/4 64/4
may **[8]** 4/16 17/9
20/1 20/5 29/17 33/17
62/5 62/20
may be **[4]** 4/16 20/1
20/5 62/20
maybe **[2]** 7/7 22/19
mayor **[3]** 18/11
39/11 40/2
me **[56]** 8/12 10/10
12/10 13/9 14/4 14/5
14/6 15/5 15/8 18/18
24/9 26/25 27/1 27/2
27/13 27/16 27/17
27/18 28/2 28/2 28/4
28/5 28/6 29/8 32/5
32/6 32/25 34/13
36/23 36/24 39/10
40/8 41/2 42/22 44/6
44/8 45/2 46/25 47/13
47/22 49/15 50/5
50/16 51/1 51/22
52/20 56/16 56/18
56/20 57/3 57/5 57/5
57/5 57/7 57/8 57/8
57/18 57/19 57/19
10/10 29/8 35/12
42/21 50/6 50/18
50/19
meaning **[1]** 47/9
means **[1]** 17/6
meet **[2]** 18/15 40/20
meeting **[4]** 18/16
27/19 40/23 40/25
meetings **[1]** 24/17
members **[2]** 22/3
33/3
mention **[1]** 16/24
mentioned **[8]** 5/2
11/7 11/17 20/8 29/3
45/7 62/6 63/8
met **[1]** 10/7
Miami **[17]** 1/13
1/17 1/19 1/22 2/4
22/20 22/23 23/2 23/4
24/2 28/23 34/2 43/13
47/9 50/22 53/8 59/18
minutes **[4]** 6/22
17/17 17/18 17/20
Miro **[53]** 25/6 25/21
26/2 26/5 26/16 26/21
26/24 26/25 27/4
27/11 27/18 27/20
28/1 28/14 28/22 30/2
30/4 30/7 30/8 30/12
30/15 30/23 31/1 31/8
31/14 31/20 32/6 34/1
35/1 35/7 35/10 35/12
35/23 36/6 36/11
36/14 38/3 42/16 44/7
44/15 44/17 44/20
44/24 45/14 45/16

48/7 48/16 53/15
54/11 56/6 59/11
61/14 63/7
Miro's **[7]** 25/8 26/13
26/19 28/10 29/6
29/24 63/10
misdemeanor **[1]**
19/19
misrepresentation
**[1]** 42/24
misspoke **[1]** 16/6
mistrial **[2]** 63/2
63/12
mm **[5]** 42/18 43/3
48/17 50/8 51/5
mm-hmm **[5]** 42/18
43/3 48/17 50/8 51/5
mom **[14]** 6/18 7/4
8/3 8/4 8/11 11/19
14/4 24/8 25/19 27/14
34/14 54/9 54/10
54/14
mom's **[2]** 7/15 8/22
moment **[5]** 45/13
45/23 45/24 48/22
53/2
Monday **[7]** 24/23
62/7 62/16 62/20
62/24 63/13 63/18
months **[3]** 21/21
23/3 47/25
more **[2]** 26/1 42/13
Morella **[1]** 11/21
morning **[12]** 4/1
4/10 4/12 4/13 4/16
6/12 20/5 20/6 21/14
21/15 52/1 62/16
most **[1]** 59/8
mother **[12]** 5/10
5/15 5/21 9/10 14/13
14/17 14/24 16/13
17/6 22/6 27/22 54/22
mother's **[3]** 8/22
11/18 14/21
motion **[1]** 63/12
move **[4]** 23/2 33/2
62/13 63/1
Mr **[19]** 5/2 6/9 13/3
30/4 30/7 30/8 30/12
30/15 30/19 31/1
31/20 38/3 42/16 57/4
55/10 55/23 59/16
61/14 63/7 63/10
Mr. **[1]** 30/23
Mr. Steve **[1]** 30/23
Ms **[1]** 39/10
Ms. **[23]** 10/4 10/6
13/3 13/25 17/22
21/14 23/10 28/13
29/22 30/24 31/10
33/4 33/20 34/4 37/3
37/8 39/2 40/16 53/4

55/10 61/20 62/1 63/3
**Ms. Gutierrez [2]**
10/4 10/6
**Ms. Perez [1]** 40/16
**Ms. Quintana [20]**
13/3 13/25 17/22
21/14 23/10 28/13
29/22 30/24 31/10
33/4 33/20 34/4 37/3
37/8 39/2 53/4 55/10
61/20 62/1 63/3
much **[6]** 18/10
22/18 37/2 39/14 40/7
61/22
music **[2]** 39/19
39/23
my **[65]**
myself **[1]** 27/23

**N**

name **[16]** 4/9 4/18
6/5 7/14 9/3 9/5
11/13 11/13 11/16
11/18 11/22 13/18
13/22 21/3 21/7 63/9
names **[3]** 11/6 11/8
11/10
Nancy **[2]** 13/21 21/6
nature **[4]** 30/9
36/12 45/17 58/19
need **[3]** 34/10 34/13
57/8
needed **[3]** 9/20
27/14 27/15
needs **[1]** 50/20
neighborhood **[3]**
18/17 40/25 41/24
neighbors **[1]** 42/2
never **[7]** 36/9 42/11
44/23 52/13 52/14
53/25 62/15
news **[2]** 20/14 62/9
newspaper **[2]**
20/13 62/9
next **[6]** 4/17 8/14
12/22 20/19 54/19
62/21
night **[2]** 24/8 27/16
nine **[1]** 20/18
Niworowski **[1]** 1/12
no **[50]** 1/2 9/12
10/15 10/16 10/23
16/22 17/14 22/24
30/6 30/18 35/22 36/8
36/10 37/3 41/19
41/21 42/10 42/13
42/14 42/19 42/24
43/3 43/3 44/22 45/6
45/21 46/4 46/6 46/8
46/12 46/13 47/7
47/17 48/4 48/16
50/14 50/15 50/16

50/24 51/9 51/10
51/11 51/21 52/12
52/18 53/22 54/2
58/17 58/20 60/5
nobody **[2]** 49/1
51/22
noise **[5]** 17/23 18/3
18/10 39/17 42/3
nonwords **[1]** 43/2
not **[68]**
noted **[6]** 56/15 57/1
57/18 57/24 60/17
61/24
nothing **[17]** 8/1
11/2 12/19 16/18
19/10 19/23 28/8
41/16 46/3 46/11
46/24 48/10 49/2
51/21 54/2 55/2 61/25
November **[3]** 13/23
13/24 21/8
now **[14]** 4/22 21/17
32/1 32/11 33/4 43/7
51/17 51/22 54/3 54/7
58/12
number **[2]** 4/5 8/24
NW **[1]** 1/13

**O**

oath **[38]** 12/17
27/20 27/25 28/10
28/15 28/24 29/6
29/23 31/5 31/11
31/17 31/24 32/21
33/23 36/14 36/18
43/13 43/17 43/19
43/22 43/23 44/2
45/16 51/12 51/13
51/16 51/17 53/10
53/15 53/23 53/24
53/24 56/2 56/11
57/14 58/5 58/22 59/2
object **[1]** 18/2
objection **[43]** 15/23
15/24 16/15 27/6
32/14 32/15 35/2
36/20 37/25 38/12
38/24 40/13 42/6
43/24 44/3 50/14
51/25 52/7 52/25
54/16 54/19 54/23
56/3 56/4 56/5 56/13
56/14 56/24 56/24
57/2 57/17 57/23 58/7
58/23 59/5 60/1 60/2
60/3 60/16 61/1 61/10
61/16 61/23
objections **[5]** 13/2
13/3 13/5 17/24 58/8
observe **[2]** 36/5
58/15
observed **[1]** 36/9

**O**

occasion [1] 33/9
occur [1] 14/2
occurred [4] 4/24
19/13 43/7 51/23
occurs [1] 43/11
off [1] 14/4
offend [1] 62/15
offer [1] 39/6
offered [4] 18/3 47/2
47/3 52/21
offering [2] 41/9
41/9
office [18] 18/17
24/7 24/25 25/3 25/9
25/25 26/5 26/17
31/21 35/24 36/3 36/6
36/7 38/7 41/1 44/17
47/14 58/16
office's [1] 37/22
Official [1] 64/8
oftentimes [1] 37/17
oh [1] 8/18
okay [38] 5/18 6/17
8/13 8/16 15/16 15/16
15/20 17/2 21/22 22/2
22/23 23/9 23/19 27/3
29/13 30/1 33/11 34/4
34/7 34/17 39/16
40/20 41/21 42/13
42/15 44/11 44/14
47/1 47/8 47/16 47/18
47/21 48/9 48/13
48/17 49/19 50/13
53/5
old [5] 15/10 23/3
24/2 35/25 40/12
on [51] 4/15 6/18
6/19 6/20 6/23 7/4
9/13 11/24 16/9 17/19
17/23 18/14 19/7
20/12 26/25 27/3
27/10 29/24 30/13
30/16 33/9 36/11 37/9
37/9 37/15 38/23
39/20 40/6 40/17
42/11 42/17 43/8
43/11 43/22 44/6
45/12 47/18 50/9
50/11 51/12 52/24
53/24 53/24 53/25
58/19 59/15 60/12
62/13 62/16 62/24
63/2
once [3] 7/6 8/11
36/1
one [12] 5/15 12/5
12/24 24/8 32/25 38/9
43/3 48/11 48/15
50/15 50/16 59/7
only [4] 4/7 4/7 9/12
36/24
opened [3] 38/15
38/19 63/6
opportunity [1]
47/13
or [27] 5/24 6/10
8/21 10/7 10/11 12/10
17/4 17/5 18/17 18/18
19/18 19/19 19/19
20/14 30/14 37/21
40/25 41/2 41/9 42/19
43/3 43/3 49/16 55/18
62/3 62/9 62/11
Order [1] 4/4
other [7] 10/7 11/4
19/1 19/4 35/21 36/6
47/11
our [4] 13/2 17/19
25/11 39/23
out [17] 10/8 10/11
10/13 10/17 10/21
15/13 15/25 17/9
18/17 19/17 25/25
28/18 29/8 29/12 41/2
41/23 41/24
outcome [1] 7/7
outside [3] 5/8 52/7
52/25
over [8] 30/23 31/1
31/8 31/14 36/25
44/25 45/3 63/8
overly [1] 56/17
overprotective [1]
9/15
overruled [15] 13/6
27/7 32/7 35/3 36/22
38/1 38/24 56/7 57/1
58/9 58/24 59/6 60/7
60/17 61/3
owned [1] 55/19

**P**

P-R-O-C-E-E-D-I-N-
G-S [1] 4/2
package [1] 43/14
page [3] 48/18 50/9
50/11
paid [1] 53/6
papers [1] 62/3
parcel [2] 19/17
37/11
part [4] 16/3 19/17
37/11 43/14
past [3] 10/9 10/22
47/25
pay [1] 46/5
people [2] 24/17
25/3
Perez [4] 18/11 40/8
40/11 40/16
perjury [1] 34/13
person [4] 25/2
35/16 37/23 38/6
personal [4] 10/6
10/16 10/20 28/3
personally [3] 10/11
10/13 10/18
persons [1] 37/19
perspective [1]
48/24
Pertnoy [2] 1/16
4/14
phone [10] 6/18
6/19 6/23 7/4 8/21
11/25 24/17 30/13
30/16 57/6
pick [2] 14/4 14/6
picked [1] 57/5
picture [2] 30/13
30/16
PINILLA [2] 1/4 4/6
place [3] 4/21 6/21
40/23
placed [1] 8/20
plaintiff [8] 4/6 4/9
4/17 4/23 4/25 11/1
20/19 63/5
plaintiffs [5] 1/5
1/10 4/11 20/20 53/6
PLAINTIFFS' [1] 3/2
playoffs [1] 62/14
please [20] 4/8 6/1
6/5 6/14 11/9 13/15
13/18 14/1 15/2 18/17
20/23 21/3 21/16
23/15 27/9 29/20 41/1
47/22 56/10 62/11
pleasure [4] 47/8
48/19 49/5 50/21
podium [3] 5/24
5/25 11/10
point [2] 32/11 36/2
policy [1] 37/21
political [1] 7/16
position [4] 23/9
24/6 25/10 46/20
possible [2] 18/15
40/20
post [1] 51/15
predator [1] 27/1
prejudicial [1] 63/2
prepared [3] 5/4
15/17 16/9
presence [1] 35/14
present [3] 5/12
14/24 28/21
presented [2] 29/13
33/14
pressure [5] 56/1
57/11 57/14 57/20
59/20
pressured [2] 56/11
60/13
pressuring [2] 61/7
61/14
pretty [1] 22/18
previous [1] 33/21
prior [2] 51/23 52/10
probably [2] 52/23
59/7
probative [2] 19/11
19/19
problems [2] 33/2
49/14
proceed [1] 62/25
proceeding [3] 34/1
34/1 63/21
proceedings [1]
64/4
promptly [1] 62/24
property [1] 55/18
protect [7] 9/20 9/24
9/24 12/15 12/16
51/18 51/19
provide [1] 26/13
provided [1] 46/14
public [1] 18/20
publish [2] 39/4 39/5
pull [1] 9/21
put [3] 6/20 7/23
38/14

**Q**

queen [2] 13/22 21/7
question [11] 5/16
10/19 12/5 16/19
38/17 50/1 50/3 50/4
54/20 60/8 60/10
questions [6] 10/3
17/4 37/3 50/13 51/2
63/7
Quintana [32] 4/19
12/23 13/3 13/20
13/22 13/25 17/22
18/19 20/21 21/5 21/7
21/12 21/14 23/10
28/13 29/22 30/24
31/10 33/4 33/20 34/4
37/3 37/6 37/8 39/2
39/10 53/4 55/8 55/10
61/20 62/1 63/3
quite [1] 43/8
quote [2] 35/8 39/20
quotes [2] 39/13
40/7

**R**

radio [2] 20/14 62/9
raise [10] 6/1 13/15
20/23 52/11 52/14
52/16 52/17 52/19
52/21 52/23
raised [4] 13/3 43/14
48/9 58/8
ran [1] 14/11
Rassie [2] 64/7 64/7
reach [4] 10/17
15/13 18/17 41/2
reached [4] 10/8
10/11 10/13 10/21
read [6] 39/17 40/23
45/10 47/23 48/7 62/9
reading [3] 20/13
48/18 49/24
ready [1] 20/2
real [2] 24/4 32/24
really [5] 15/5 15/15
25/12 45/8 50/6
reason [4] 42/24
46/1 46/3 51/21
recall [8] 25/8 27/24
29/4 32/4 33/11 34/4
55/10 59/16
recanted [1] 44/23
receive [1] 37/17
received [6] 3/7
5/15 5/18 22/1 39/8
39/16
reception [1] 44/18
receptionist [18]
23/11 24/1 24/6 24/14
24/16 25/2 26/17 31/2
35/25 37/9 37/12
37/14 42/16 46/20
46/21 46/22 47/1
55/15
recess [1] 62/7
reckless [1] 19/6
recognize [1] 8/24
recollection [5]
29/15 29/23 30/11
33/15 33/25
record [8] 4/9 6/6
11/6 13/19 16/4 18/20
21/4 43/1
recross [2] 3/3 61/2
redirect [3] 3/3 55/4
55/8
refer [1] 12/6
referenced [1] 39/2
references [1] 39/13
referencing [1] 40/1
referring [5] 11/11
12/6 18/5 33/21 34/21
refresh [5] 29/14
29/22 30/11 33/15
33/25
regard [2] 25/20
26/21
regarding [19]
15/21 16/7 16/13
16/25 17/4 17/8 18/9
18/10 26/24 27/4
27/20 28/1 28/10
30/15 51/2 57/15 58/5
58/19 58/22
regards [2] 15/14
33/13

| | | | | |
|---|---|---|---|---|
| **R** | revealed [1] 55/11 | say [27] 7/5 8/2 8/18 | sexually [15] 27/1 | Snickers [1] 63/8 |

**R**

regret [3] 36/14 59/2
59/8
rehabilitate [1]
63/10
reimbursed [1]
22/13
relate [1] 51/6
related [3] 18/8
23/17 32/25
relating [1] 62/10
relationship [1] 7/15
relay [4] 8/8 8/9
14/13 14/17
relayed [4] 15/21
16/13 16/16 16/20
Relevance [4] 36/20
37/25 54/16 54/23
relevant [1] 19/19
relieved [1] 31/20
remarks [2] 27/2
28/5
reporter [2] 11/7
64/8
request [3] 18/1
28/9 30/20
requested [4] 26/10
26/11 31/17 31/24
requests [1] 28/14
reraise [2] 13/2 13/4
reserve [1] 13/13
reserved [1] 13/14
reside [1] 21/16
residents [1] 40/4
residing [1] 21/17
resign [1] 36/2
resignation [8]
19/11 19/16 43/11
46/14 46/16 46/20
47/22 49/15
resigned [3] 19/9
19/18 53/22
resigns [2] 19/14
19/14
resolved [1] 19/6
Respectfully [1]
18/19
respond [2] 41/1
50/7
responded [6] 40/6
49/22 49/23 49/25
50/3 50/24
response [3] 14/21
18/20 63/4
responsibilities [3]
24/14 25/20 55/21
restaurant [1] 22/18
result [1] 19/14
resulted [1] 30/8
return [1] 26/7
reveal [1] 60/21

revealed [1] 55/11
reverts [1] 16/1
review [1] 29/20
Richard [4] 42/17
52/19 52/21 57/9
right [59] 4/22 5/6
5/9 6/2 8/14 10/3
10/25 11/3 11/9 12/4
12/20 12/25 13/2
13/15 16/23 17/3 17/6
17/9 17/15 17/24
18/21 19/24 19/25
20/17 20/22 20/24
21/17 23/7 33/4 39/21
40/9 40/16 41/22 43/8
43/14 43/14 46/1
46/10 46/21 46/24
48/9 48/22 48/24 49/2
49/5 49/16 49/24
50/14 50/24 51/22
53/6 54/7 54/14 55/4
58/22 58/24 62/15
63/18 63/18
rise [3] 20/3 62/18
63/20
Ritchie [13] 55/24
56/2 56/11 56/23
57/12 57/21 58/12
58/15 58/18 58/22
59/2 60/23 61/8
RMR [1] 64/7
RMR-CRR [1] 64/7
RODNEY [2] 1/8
64/8
room [2] 54/22 64/9
round [1] 62/14
ruin [1] 36/25
ruined [1] 59/11
rules [2] 55/13 55/17

**S**

S.E [1] 1/19
s: [1] 64/7
said [28] 6/18 7/23
12/14 14/6 17/4 17/7
19/24 20/17 20/19
24/8 28/18 29/10 32/5
34/12 44/4 44/7 44/11
44/14 45/1 49/4 49/13
52/22 54/2 54/6 56/17
59/11 62/13 62/16
salon [1] 14/3
same [19] 10/19
11/16 11/22 15/7
51/12 51/17 53/23
53/24 54/22 56/14
56/16 56/24 57/17
58/23 60/16 60/23
61/10 61/16 61/23
Sarnoff [5] 1/21
4/14 55/10 55/23
59/16

say [27] 7/5 8/2 8/18
9/23 12/1 14/8 26/3
26/25 27/18 28/2 28/4
29/8 31/5 31/11 31/17
31/24 42/19 43/3 44/8
45/13 50/4 51/22 56/1
56/16 57/12 58/22
59/12
saying [9] 7/20
15/11 29/12 39/16
43/2 49/19 50/1 50/18
51/3
says [1] 19/16
scared [1] 34/11
scenario [1] 46/10
schedule [2] 18/18
41/3
school [3] 22/17
22/18 23/4
scope [5] 18/23
38/12 43/25 52/7
52/25
SCOTT [2] 2/2 2/2
screaming [1] 7/20
screen [1] 38/23
screw [1] 12/2
seat [1] 21/10
seated [4] 4/16 20/1
20/5 62/20
second [6] 13/8
39/17 54/5 58/4 58/10
62/14
see [20] 8/4 10/10
25/3 30/13 30/16
30/22 30/23 30/25
31/7 31/13 31/15
31/19 38/13 38/15
38/21 49/11 51/23
62/16 63/13 63/18
seen [1] 44/17
sentiment [1] 50/2
sentiments [1]
49/19
separation [1] 51/24
September [1] 47/2
service [17] 28/23
29/5 29/14 29/24 32/1
32/13 32/21 33/6
34/19 35/20 44/3
43/19 44/15 45/13
48/15 52/10 53/11
services [2] 41/9
41/10
SESSION [1] 4/1
set [1] 14/2
sexual [19] 27/1
28/10 28/14 28/18
28/19 29/3 29/6 29/9
29/11 30/4 30/9 35/10
35/15 36/12 36/18
45/17 58/6 58/19
60/24

sexually [15] 27/1
27/4 27/11 27/21 28/1
28/2 28/22 35/1 35/23
36/6 45/14 57/12
57/15 58/12 58/15
shattered [1] 51/20
she [61] 5/7 6/18
6/18 6/19 6/19 6/22
6/23 6/24 6/25 7/4
7/6 7/20 7/22 7/23
8/6 8/10 8/24 9/17
9/20 10/8 10/13 10/17
11/6 11/17 14/4 14/5
14/6 14/6 14/9 14/11
14/12 14/12 15/5 15/8
15/11 15/12 15/14
15/15 15/15 15/16
15/25 16/1 18/13
18/13 19/1 19/2 19/2
19/5 19/9 19/14 19/14
19/16 19/16 19/18
22/7 24/8 24/8 27/14
54/18 57/4 57/5
she had [3] 6/19 7/4
57/5
she's [14] 5/4 5/8
5/16 7/11 7/11 7/17
8/1 8/12 8/12 8/13
9/1 12/24 15/6 18/3
sheriffs [1] 20/1
shock [1] 15/15
short [1] 20/8
Shortly [1] 17/9
should [6] 16/3
17/20 20/9 20/10
51/16 52/23
show [2] 38/10
43/23
showed [1] 55/11
shut [1] 39/23
SHUTTS [1] 1/20
side [1] 63/10
sidebar [3] 4/20 5/2
13/2
sideshows [1] 19/5
since [3] 7/18 35/19
55/23
sir [6] 4/24 5/22 13/5
19/21 38/21 44/3
sister [11] 7/1 7/11
7/16 7/16 7/19 7/23
9/2 9/3 12/9 23/19
23/21
sister-in-law [1] 9/2
sister-in-law's [1]
9/3
sitting [1] 54/14
situation [1] 15/13
Six [2] 63/16 63/17
sleep [1] 40/12
SMITH [2] 1/8 64/8
smooth [1] 47/21

Snickers [1] 63/8
so [67]
some [5] 24/18
24/19 32/11 36/2 51/7
somebody [3] 52/14
52/16 52/24
somebody's [1]
36/25
somehow [1] 16/2
something [8] 8/19
15/10 16/2 16/2 30/19
34/13 36/25 45/12
52/22
sometimes [1] 37/17
Somewhat [2] 32/5
40/10
sorry [15] 5/1 8/1
11/14 12/1 39/5 40/23
41/18 41/21 42/20
49/22 50/3 51/1 52/15
53/25 60/8
sort [1] 37/8
South [1] 2/3
SOUTHERN [1] 1/1
speak [4] 14/22 32/2
45/2
speaker [1] 7/4
speakerphone [1]
11/24
Special [3] 18/18
41/2 41/5
specified [1] 29/10
spell [4] 6/6 11/10
13/19 21/4
spellings [1] 11/8
spoke [2] 10/7 14/25
staff [1] 41/7
stand [7] 5/24 26/25
27/4 27/11 29/1 44/20
44/25
stands [1] 18/7
start [1] 37/8
started [4] 23/6 24/1
24/12 43/8
starting [3] 4/9
22/17 42/15
starts [2] 15/25 42/2
state [5] 4/8 4/24
6/5 13/18 21/3
statement [3] 16/20
28/22 35/12
statements [5]
14/14 14/18 14/22
16/7 16/13
STATES [2] 1/1 1/9
step [1] 17/9
Steve [33] 25/6 25/8
25/21 26/2 26/5 26/13
26/16 26/19 26/21
26/24 27/4 27/11
27/18 27/20 28/1
28/10 28/14 28/22

**S**

**Steve... [15]** 29/6 29/24 30/23 31/1 31/7 31/13 32/6 35/1 35/7 35/10 35/12 35/23 36/6 36/14 61/14
**Steven [3]** 34/1 36/11 56/17
**still [6]** 39/23 46/21 59/14 59/18 59/20 60/13
**stop [1]** 8/5
**stopped [1]** 31/20
**story [1]** 63/10
**straight [1]** 42/12
**Street [5]** 1/16 1/19 18/14 39/20 40/17
**stressful [1]** 15/9
**stuff [3]** 24/19 25/14 59/13
**Suarez [9]** 1/12 4/11 18/18 39/11 39/16 40/2 41/3 41/4 52/17
**Suarez's [1]** 41/10
**subject [2]** 29/4 40/7
**subpoena [1]** 22/1
**subpoenaed [1]** 34/5
**substance [2]** 18/4 32/4
**substantive [1]** 58/8
**suggesting [2]** 50/23 50/24
**Suite [5]** 1/13 1/16 1/19 1/21 2/3
**supposed [4]** 8/12 12/24 27/16 44/8
**sure [8]** 7/8 11/6 29/18 41/25 45/11 49/24 50/11 62/24
**sustain [1]** 19/20
**sustained [11]** 16/17 40/14 42/7 44/1 44/3 52/2 52/8 53/1 54/17 54/19 55/1
**swear [1]** 45/16
**swore [1]** 48/10
**sworn [7]** 6/3 13/16 21/1 32/12 33/6 33/21 34/22
**sympathize [1]** 18/14
**sympathizes [1]** 40/17

**T**

**take [8]** 8/6 22/16 28/24 40/23 46/7 51/6 52/24 62/4
**taking [2]** 43/23 51/16
**talk [2]** 27/15 42/2

**talked [3]** 12/1 42/15 59/15
**talking [4]** 6/23 8/3 45/2 59/16
**tall [1]** 44/25
**Tanjha [11]** 4/18 6/24 7/21 12/23 13/20 18/19 20/20 21/5 21/12 37/6 55/8
**Tanjha's [1]** 12/12
**tell [12]** 5/16 8/1 15/11 21/16 28/24 32/6 32/8 46/25 48/10 51/22 60/14 63/9
**telling [4]** 15/5 15/8 34/24 50/5 50/16 61/19
**terminated [1]** 42/16
**termination [1]** 29/24
**terrible [3]** 36/23 57/25 59/13
**terrified [5]** 28/12 32/24 34/12 57/22 58/2
**testified [12]** 29/23 30/12 30/22 31/7 31/13 31/19 32/1 43/19 49/16 53/10 53/15 54/18
**testify [13]** 5/5 12/24 15/17 16/9 16/24 21/25 22/14 27/16 30/1 30/14 34/17 35/7 37/3
**testifying [9]** 6/24 14/8 48/22 53/23 54/11 54/25 60/22 61/2 62/23
**testimony [41]** 6/15 7/1 7/7 9/11 14/2 14/14 14/18 16/9 29/4 29/13 29/22 30/15 30/22 31/7 31/10 31/16 32/13 32/21 33/6 33/9 33/15 33/22 34/5 34/19 34/22 35/17 35/19 35/21 43/7 43/22 44/7 44/11 44/14 44/23 45/4 48/7 48/13 52/10 60/5 62/21 63/15
**Texas [4]** 6/25 14/9 21/17 21/18
**thank [18]** 6/12 11/3 12/20 13/12 13/25 17/11 21/10 37/2 37/4 43/5 47/13 47/25 57/18 61/22 62/1 62/17 63/4 63/19
**Thanks [1]** 55/2

**that [222]**
**that's [21]** 5/12 7/8 7/15 7/25 10/24 11/13 11/15 11/21 12/24 14/2 15/7 18/5 19/8 41/21 41/22 42/24 44/3 45/20 53/5 57/8 63/17
**them [10]** 16/9 19/25 22/21 29/6 37/18 41/1 59/12 62/4 62/5 63/8
**then [14]** 14/4 16/1 22/19 24/10 24/12 26/7 31/13 31/19 41/1 45/1 48/21 50/4 50/13 51/18
**therapy [1]** 21/23
**there [16]** 5/3 5/21 6/22 7/3 9/8 17/12 24/12 40/19 41/14 41/16 41/23 45/25 48/13 50/14 53/13 53/17
**there's [2]** 13/7 51/22
**Thereupon [3]** 20/4 62/19 63/21
**these [4]** 27/25 50/6 60/23 62/3
**they [10]** 9/16 25/3 25/23 38/15 38/19 46/25 57/8 63/6 63/7 63/8
**they're [3]** 13/5 34/12 34/13
**thing [4]** 8/14 15/7 19/1 32/6
**things [7]** 28/19 49/20 50/2 51/7 56/16 59/7 59/12
**think [7]** 5/4 5/10 7/17 8/18 11/17 19/15 20/10
**this [87]**
**Thomas [1]** 2/2
**those [8]** 8/8 13/5 38/9 51/2 51/7 54/1 54/2 55/17
**thought [2]** 7/5 9/16
**threaten [1]** 44/11
**three [1]** 22/19
**through [5]** 17/5 17/13 22/16 24/23 63/3
**time [20]** 7/18 8/17 9/13 9/21 23/9 24/21 25/18 26/8 32/11 34/24 35/5 41/6 46/23 54/3 54/5 58/4 58/10 59/18 62/25 63/1
**times [2]** 54/1 57/3

**tired [1]** 15/6
**today [21]** 6/13 6/24 8/7 12/24 14/2 14/8 14/18 15/18 16/10 16/24 20/9 21/25 22/14 29/1 34/24 37/3 49/19 50/1 53/6 53/23 61/19
**together [2]** 54/7 54/8
**told [8]** 7/25 8/11 8/15 12/2 27/17 57/8 61/7 61/13
**tomato [4]** 13/20 13/23 21/5 21/8
**tomorrow [2]** 47/3 47/4
**too [8]** 12/1 16/23 18/10 20/11 39/13 40/7 50/22 60/10
**took [12]** 4/21 7/4 7/8 37/14 43/13 43/17 43/19 43/22 51/13 53/24 53/24 57/5
**towards [5]** 27/2 28/5 56/19 56/20 58/13
**transcription [1]** 64/4
**transition [1]** 47/21
**Trial [1]** 1/8
**trouble [3]** 7/2 7/24 7/24
**true [8]** 28/7 29/10 30/17 37/1 51/8 51/13 51/15 59/12
**trust [1]** 19/6
**truth [12]** 8/1 15/11 28/24 34/25 35/17 48/10 48/10 60/14 61/7 61/13 61/19 63/10
**truthful [6]** 47/6 48/3 48/5 53/19 54/1 59/23
**truthfully [3]** 15/18 16/10 51/4
**try [1]** 7/7
**trying [1]** 7/6 8/6 9/21 9/23 9/24 12/15 12/16 51/6 51/18 51/19 54/6
**turn [1]** 19/17
**Twenty [1]** 17/18
**twice [1]** 50/16
**two [5]** 19/13 21/21 33/1 54/2 63/8
**type [1]** 30/8

**U**

**uh [1]** 43/3
**uh-huh [1]** 43/3

**uncle [11]** 7/12 7/13 7/18 11/15 23/22 23/24 49/4 49/13 49/14 51/7 54/10
**uncle's [1]** 23/18
**under [28]** 12/17 27/20 27/25 28/10 28/15 29/6 29/23 31/5 31/11 31/17 31/24 32/21 33/23 36/1 36/18 44/11 45/16 46/10 51/12 53/10 53/15 53/23 56/2 56/11 57/14 58/5 58/22 59/2
**understand [1]** 10/10
**understanding [1]** 25/11
**Understood [1]** 13/7
**unemployed [1]** 54/5
**uniform [2]** 13/23 21/8
**UNITED [2]** 1/1 1/9
**until [4]** 18/24 53/9 54/14 62/7
**untrue [2]** 19/17 52/13
**up [13]** 5/16 14/5 14/6 38/15 38/23 42/11 45/2 49/15 52/20 52/24 55/23 57/5 62/11
**upset [2]** 14/12 45/20
**us [7]** 9/21 10/13 10/17 22/16 27/14 27/15 39/19
**use [2]** 28/18 29/3
**used [2]** 27/25
**using [1]** 17/19

**V**

**vacation [1]** 46/7
**Venezuela [2]** 11/15 23/1
**versus [1]** 4/6
**very [9]** 7/18 9/13 12/21 14/11 14/12 15/8 15/12 28/3 61/22
**via [1]** 37/18
**Vicente [4]** 7/14 11/12 11/15 54/10
**Viernes [1]** 27/12
**visited [1]** 42/9
**visits [1]** 42/5
**voted [1]** 40/1

**W**

**wait [2]** 13/9 18/24
**waiting [1]** 57/7

**W**

walk [1] 25/24
want [23] 4/21 5/23
8/2 8/3 8/4 12/2 15/5
16/23 32/25 33/1 33/1
33/3 34/15 42/22 43/1
45/10 47/21 48/7
49/13 49/14 50/13
50/15 62/15
wanted [12] 19/3
24/9 24/17 27/18 28/2
28/4 29/8 31/11 32/5
32/6 38/3 49/24
wants [1] 5/12
was [157]
wasn't [9] 5/18 6/17
15/14 28/4 29/9 29/10
37/1 50/25 51/1
watch [1] 62/8
watching [1] 20/14
way [5] 10/20 12/1
16/20 35/15 56/19
we [32] 4/22 5/21
7/15 8/11 9/19 11/5
11/6 11/18 13/10
13/13 14/11 17/19
18/2 19/4 20/9 20/10
27/12 34/15 37/8
38/14 39/5 39/20
39/23 40/1 40/20
42/15 51/19 51/25
56/5 59/15 62/6 63/9
we'd [2] 13/3 63/1
we'll [4] 17/10 18/24
62/16 63/18
we're [3] 13/1 19/15
19/24
we've [1] 15/7
WEDNESDAY [1] 4/1
weekend [1] 63/19
weird [2] 28/5 35/15
welcome [2] 12/21
55/4
well [11] 5/10 6/17
9/12 17/6 28/18 49/7
51/2 51/4 60/5 62/10
62/12
went [4] 29/11 34/15
42/12 43/13
were [49] 7/8 9/16
11/10 12/14 12/15
12/16 16/13 22/23
22/25 23/12 24/2
24/14 24/23 25/2
25/23 30/4 30/7 31/1
31/20 33/20 34/4
34/21 35/25 36/5
36/11 37/9 41/9 41/9
46/1 46/21 47/3 47/3
50/16 51/2 51/4 51/6
51/12 53/22 53/25

54/11 54/25 55/17
57/7 58/18 59/18
59/20 59/23 60/13
63/9
weren't [5] 43/2
51/13 51/15 53/19
59/12
West [1] 25/17
what [63] 4/24 5/16
6/14 6/23 7/8 7/8 8/2
8/10 8/11 8/13 8/15
8/16 8/17 14/1 14/7
15/2 15/12 15/18
15/20 16/7 16/16
16/25 17/4 17/21 18/7
21/22 23/9 24/14 25/8
25/13 25/23 26/23
29/11 29/23 32/5 32/8
33/9 33/11 34/14
34/21 34/25 35/12
37/8 39/2 42/10 43/23
44/4 44/7 44/8 44/14
44/17 48/24 49/19
49/23 49/25 50/1 50/5
50/9 51/1 51/7 51/22
55/17 60/8
what's [5] 15/24
32/15 56/4 56/18 60/2
whatever [4] 7/6
7/23 8/7 50/20
whatsoever [1]
46/12
when [29] 6/20 6/22
7/3 7/25 9/23 12/5
12/14 14/6 14/24 23/2
23/3 24/1 25/3 26/2
26/7 27/10 27/20
31/20 33/21 34/21
35/25 43/13 43/19
51/12 54/11 54/25
56/22 60/12 63/7
whenever [1] 25/24
where [26] 5/6 6/10
6/21 9/17 10/7 10/8
19/1 21/16 21/18
22/25 25/15 28/21
28/21 30/22 31/7
31/13 31/19 37/22
39/21 40/12 41/24
44/17 50/14 56/22
57/5 57/8
whereabouts [1]
26/13
Whereas [1] 38/3
whether [2] 19/18
37/21
which [5] 6/21 7/1
28/3 42/16 57/4
while [8] 16/24 25/5
25/15 26/16 31/1
35/24 36/5 55/14
who [7] 5/15 7/10

8/24 9/24 22/5 25/18
27/19
who's [3] 7/13 12/22
41/4
whoever [2] 5/18
6/10
whom [1] 26/11
why [17] 6/24 6/24
6/25 7/20 7/21 7/21
14/8 14/8 14/9 19/9
21/25 26/9 32/23
34/10 51/16 59/10
59/23
wife [10] 7/19 10/2
12/7 15/22 16/8 16/14
23/17 23/18 27/22
57/7
will [11] 8/3 8/18
19/7 19/16 19/20 53/8
62/7 62/13 62/23
62/25 63/13
WILLIAM [1] 1/4
windows [1] 39/23
Winker [1] 8/15
wish [5] 47/18 47/25
49/10 50/18 50/19
wishing [1] 51/4
within [3] 10/8
10/22 20/9
witness [18] 4/17
5/3 6/3 12/22 13/9
13/16 17/8 17/13
20/19 21/1 26/25 27/4
27/11 29/1 33/17
38/11 61/25 62/21
WITNESSES [1] 3/2
woman [1] 63/9
women [2] 36/7 63/8
word [2] 29/3 44/12
words [3] 10/7 27/24
55/11
work [7] 21/23 24/9
24/21 47/8 47/14
50/21 55/23
worked [5] 25/5
25/15 26/16 35/24
55/14
workers [2] 47/11
47/18
working [7] 22/18
23/6 24/12 31/20 36/5
48/19 49/5
would [41] 5/15 6/9
6/24 7/21 9/8 14/15
14/18 18/15 18/22
19/8 24/18 24/18 25/3
25/3 25/24 26/2 26/7
28/19 29/14 30/23
31/8 31/14 33/2 33/15
37/17 37/18 37/22
39/2 40/20 44/12
44/20 44/20 44/25

45/2 46/19 46/25
47/13 52/22 60/3 60/3
60/4
write [14] 26/2 26/8
40/18 40/21 46/16
46/19 47/8 48/20 49/1
49/4 49/4 49/6 49/7
51/7
writes [1] 18/13
written [2] 49/20
50/2
wrong [2] 44/6
47/23
wrote [18] 40/16
47/15 47/20 47/24
48/2 48/18 48/21 49/2
49/7 49/10 49/16
49/22 50/5 50/16
50/17 50/21 50/22
51/8

**Y**

yeah [5] 9/1 14/10
16/6 46/22 50/7
year [5] 22/22 22/22
43/8 43/8 47/25
years [4] 15/7 15/10
22/19 35/25
yell [1] 42/23
yelling [3] 7/20
42/22 43/4
yes [148]
yesterday [12] 4/21
4/24 6/15 8/19 9/11
9/20 14/1 14/3 15/18
17/1 17/6 20/8
yet [4] 18/25 20/2
38/23 53/25
you [436]
you were [21] 11/10
12/14 12/15 23/12
31/20 33/20 34/21
35/25 36/5 37/9 41/9
41/9 46/1 46/21 47/3
51/6 51/12 53/22
54/11 54/25 60/13
you'd [1] 52/14
you'll [1] 62/21
you're [12] 9/23
12/21 16/24 19/20
29/1 34/24 48/22
49/19 50/1 51/3 53/23
55/4
you've [2] 50/2
53/10
your [160]
yours [1] 37/21
yourself [1] 10/22
yourselves [2] 20/13
62/8

**Z**

Zoom [1] 54/12

(10) walk - Zoom