```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         (FORT LAUDERDALE)
                         CASE NO.  18-CV-24190
 3

 4    WILLIAM FULLER and
      MARTIN PINILLA, II,
 5           Plaintiffs,                   Fort Lauderdale, Florida
      vs.                                  May 5, 2023
 6
      JOE CAROLLO,
 7           Defendant.
      -------------------------------------------------------
 8                          Trial Day 13
                    BEFORE THE HONORABLE RODNEY SMITH
 9                    UNITED STATES DISTRICT JUDGE

10    APPEARANCES:
      FOR THE PLAINTIFFS:   AXS LAW GROUP, by:
11                          Jeffrey W. Gutchess, Esq.,
                            Courtney Anne Caprio, Esq.,
12                          Joanna Niworowski, Esq.
                            Amanda Suarez, Esq.
13                          2121 NW 2nd Avenue, Suite 201
                            Miami, Florida  33127
14

15    FOR THE DEFENDANT:   KRINZMAN, HUSS,
                           LUBETSKY, FELDMAN & HOTTE, by:
16                         Mason A. Pertnoy, Esq.,
                           169 E. Flagler Street, Suite 500
17                         Miami, Florida  33131

18                         KUEHNE DAVIS LAW, by:
                           Benedict P. Kuehne, Esq.
19                         100 S.E. 2nd Street, Suite 3105
                           Miami, Florida  33131
20
                           SHUTTS & BOWEN, by:
21                         Marc D. Sarnoff, Esq.
                           200 S. Biscayne Blvd., Suite 4100
22                         Miami, Florida  33131

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:   COLE, SCOTT & KISSANE, by:
                          Thomas E. Scott, Esq.
 3                        Amber C. Dawson, Esq.
                          9150 South Dadeland Blvd., Suite 1400
 4                        Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                            INDEX

 2    DEFENDANT'S WITNESSES:

 3                          DIRECT  CROSS REDIRECT RECROSS

 4    JOE CAROLLO                 5           174    85

 5    PLAINTIFFS' WITNESSES:

 6                          DIRECT   CROSS   REDIRECT   RECROSS

 7    MELISSA BERNHEIM       184    211   241

 8    PLAINTIFFS' EXHIBITS            RECEIVED
      464                            127
 9    566                            148
      51                             160
10    578                            164

11

12    DEFENDANT'S EXHIBITS           RECEIVED
      650                            10
13    669                            12
      598                            44
14    153                            56
      577                            87

15

16

17

18

19

20

21

22

23

24

25
```

1          **FRIDAY MORNING SESSION, MAY 5, 2023**

2               P-R-O-C-E-E-D-I-N-G-S

3                    - - -

4          (Call to the Order of the Court.)

5          THE COURT:  Good morning, everyone.

6          THE COURTROOM DEPUTY:  Calling case number

7    18-CV-24190, Fuller, et al. versus Carollo, et al.  Counsel,

8    please state your appearances beginning with the plaintiff.

9          MR. GUTCHESS:  Good morning, Your Honor.  AXS Law

10   Group for plaintiffs, Jeff Gutchess, Courtney Caprio, Amanda

11   Suarez.

12         THE COURT:  Good morning.

13         MR. PERTNOY:  Good morning, Your Honor.  Mason

14   Pertnoy, Amber Dawson, Marc Sarnoff, Leah Gardner, Ben Kuehne

15   on behalf of Commissioner Joe Carollo.

16         THE COURT:  Good morning.  You may be seated,

17   everyone.  All right.  We're going to continue with the

18   examination of Commissioner Carollo.  He can take the stand

19   here, then we'll bring the jurors so they can proceed.

20         Good morning.  How are you today?

21         THE WITNESS:  Good, sir.  May I proceed?

22         THE COURT:  Yes, please.

23         THE WITNESS:  Thank you.

24         THE COURT:  All right.  You can bring the jurors,

25   sir.  Thank you.

```
 1            THE COURTROOM DEPUTY:  All rise for the jury.
 2            (Thereupon, the jury entered the courtroom.)
 3            THE COURT:  All right.  You may be seated.  Good
 4    morning, ladies and gentlemen of the jury.  How's everyone?
 5    Good?
 6            Again, everyone has kept my instruction in terms of
 7    not watching the news, reading the newspaper, listening to the
 8    radio about this matter?  All right.  Great.  Have no
 9    discussions with anyone about this case.
10            With that said, we're going to continue with the
11    direct examination.  Mr. Kuehne, you may proceed.
12            MR. KUEHNE:  Thank you, Your Honor.
13                        -  -  -  -  -
14          **CONTINUED DIRECT EXAMINATION OF JOE CAROLLO**
15    BY MR. KUEHNE:
16    Q.   Good morning, Commissioner Carollo.
17    A.   Good morning, Mr. Kuehne.
18    Q.   When we last broke, I had Defense Exhibit 384 on the
19    screen and I'll try to get it up but just to remind you, that
20    was a Viernes Pequena Habana tweet?  Do you remember that?  Let
21    me get it up so --
22    A.   Yes.  If I see it, I'm sure I'll remember it.
23    Q.   And you were asked some questions about Viernes Pequena
24    Habana, Little Havana Fridays?
25    A.   Yes.
```

```
1   Q.   And who sponsored that event?

2   A.   The City of Miami was the main sponsor of the event.

3   Q.   And do you remember when Little Havana Fridays, here where

4   you have DX 384 that you were looking at, right?

5   A.   Yes, that is the last item that I was looking at.

6   Q.   So that's the Pitbull tweet, and it's got a little flyer

7   in the bottom, and you described that just to set the pace of

8   where we were as the official flyer?

9   A.   Well, it was an official flyer from the city.  I don't

10  know if it was the official flyer, but it was an official flyer

11  from the city.

12  Q.   And can you read to us -- we'll make a little bigger --

13  what that flyer says?

14  A.   It says:  Welcome to Little Havana.  It's got the rooster

15  that's traditionally known in Little Havana.  It's got

16  dominoes.  It's got the City of Miami official emblem.  It's

17  got a picture of myself, picture of another Commissioner,

18  Reyes, and it says City of Miami Commissioners Joe Carollo,

19  Manolo Reyes cordially invite you to the launching of Little

20  Havana's official flag, as well as the first Little Havana

21  Fridays with a special appearance by our very own Mr. 305,

22  Pitbull.  There will also be many other well known celebrities

23  and special guests accompanied by the Americanteve, led by the

24  popular Calucho and the Happy Hour show.  Date, Friday,

25  November 30, 2018, location, Domino Square Park, 8th Street and
```

```
1    15th Avenue, time, 7:00 p.m.

2    Q.   Was that the first of the Little Havana Fridays?

3    A.   Yes, sir.  The first of many, many more to come.

4    Q.   And was this an official city event?

5    A.   Absolutely an official city event.

6    Q.   Even though it was an official city event, did Little

7    Havana Fridays pull or obtain permits for this event?

8    A.   We did.  The -- when you have an official city event, you

9    don't have to pull, but Mr. Gonzalez apparently wanted us to

10   pull the permits and I had no problem doing it.  But the

11   official city events are not required to pull permits.

12   Q.   Did the District 3 or some city function pull the permits?

13   A.   Yes, District 3 pulled a permit.

14   Q.   Did you use any special influence as a city commissioner

15   to pull a permit?

16   A.   None whatsoever.

17   Q.   And when the permits were pulled, was anybody thrown off

18   or eliminated from a permit that they had for that date and

19   place?

20   A.   No other organization had any permit in place for that

21   date.

22   Q.   How do you know that?  How did you learn that?

23   A.   Well, because it was asked of the Special Events Office if

24   anybody else had any permits for that day.

25   Q.   Did you -- did the city, through Little Havana Fridays,
```

1   displace or try to throw out Viernes Culturales?

2   A.   No, there were -- on most months of the year, there were

3   three other Fridays that were available and several months of

4   the year where you have a fifth Friday, there's a fourth one.

5   Viernes Culturales then decided to go to the third Friday of

6   the month.

7   Q.   Did you, as a commissioner, do anything or take any action

8   to stop Viernes Culturales from doing its community work?

9   A.   No.

10  Q.   Did you take any action against Viernes Culturales?

11  A.   No.

12  Q.   And by the way, November 30, 2018, was Steve Miro long

13  gone from your office?

14  A.   Yes.  He left right in the first week of June to the best

15  of my recollection of that same year, 2018.

16  Q.   Did he have anything to do with Little Havana Fridays?

17  A.   Nothing whatsoever.

18  Q.   Now, we were going through a little bit of a time line.

19  This was November 30, 2018.  Let me move you back a little bit.

20  I had asked you because you had been questioned about the

21  lawsuit brought by Fuller, this lawsuit?

22  A.   Yes, sir.

23  Q.   And when did you learn about that lawsuit?

24  A.   To the best of my recollection, I was at a City Commission

25  meeting, and a whole brouhaha developed because there was a

```
 1   process server that wanted to serve me in public.
 2   Q.   Well, let me ask you about that.  Was that event at a City
 3   Commission meeting soon after you got a dismissal of the
 4   Commission on Ethics complaint?
 5              MR. GUTCHESS:  Objection.  Mischaracterizes evidence.
 6              THE COURT:  Sustained.  Rephrase the question.
 7   BY MR. KUEHNE:
 8   Q.   Was the lawsuit service that you described soon after the
 9   Commission on Ethics dismissed the complaint?
10   A.   Yes.  I believe to the best of my recollection, that it
11   could have been a month and a half or two, more or less, after
12   that.
13   Q.   Have you seen the official city minutes and video of the
14   City Commission meeting that you've just reserved referred to?
15   A.   I don't remember having seen it.
16   Q.   Well, let's take a look.
17              MR. KUEHNE:  Defense Exhibit 650.  Can we pull that
18   up?  And I'm also again to go after that to Defense Exhibit 669
19   but 650.
20   BY MR. KUEHNE:
21   Q.   Do you see that as -- do you know that to be a copy of the
22   official meeting minutes of the City of Miami October 11, 2018,
23   City Commission meeting?
24   A.   It certainly looks like a copy of that, the official copy
25   that we put out.
```

```
1   Q.   And this is just an excerpt of that.

2              MR. KUEHNE:  But, Your Honor, I move the admission of

3   this excerpt, Defense Exhibit 650, into evidence.

4              THE COURT:  Any objection?

5              MR. GUTCHESS:  No objection.

6              THE COURT:  Admitted.

7                   (Defendant's Exhibit 650 Received.)

8   BY MR. KUEHNE:

9   Q.   So, DX 650, October 11, 2018, regular City Commission

10  meeting.  Was that a public meeting?

11  A.   Yes, it was a very published public meeting.  All our

12  meetings have to be announced to the public well ahead of time.

13  Q.   And you attend?

14  A.   Yes.

15  Q.   And if you go to the first page, let's move into the first

16  page.  You see that it's typical with City Commission meeting

17  right at the top, it says who's there?

18  A.   Yes.

19  Q.   And you see your name, Commissioner Carollo.  Let's go

20  back -- let's go back to the page that we were one page down at

21  the bottom?

22  A.   Yes, page one, my name is there.

23              MR. KUEHNE:  Curtis, could you go to the next page,

24  please?

25
```

1    **BY MR. KUEHNE:**

2    Q.   Do you see up at the top, present, and it's got the names

3    of commissioners present right at 9:00 a.m.?

4    A.   Having a hard time seeing.

5    Q.   Let's make that a little bigger.  Do you see it says

6    9:00 a.m., present, Chair Hardemon, Vice Chair Russell,

7    Commissioner Gort?

8    A.   Yes.

9    Q.   Commissioner Carollo, Commissioner Reyes?

10   A.   I see that now, yes.

11   Q.   Let's move to page 14, which would be the third page of

12   this exhibit.  You see that -- do you understand that to be the

13   minutes of what transpired at that meeting?

14   A.   Those are the minutes of the meeting.  I can't really read

15   them.

16   Q.   We'll get to that in just a minute.

17       Are the city -- we know the City Commission meetings are

18   video recorded, right?

19   A.   They are, yes.

20   Q.   And played on the City of Miami television channel?

21   A.   Yes, they're played live, and then they're played in

22   repeats.

23   Q.   And you can watch it on the television or on the Internet?

24   A.   Yes.

25   Q.   Let's pull up Defense 669 and just to let you know that's

1   a video of this same meeting, October 11, 2018.  And I'm going

2   to ask to go to about I think it's 126:27.

3          MR. KUEHNE:  And, Your Honor, I would move to publish

4   this excerpt, DX 669, a video portion of the official City of

5   Miami Commission meeting that we've just been referring to.

6          THE COURT:  All right.  Any objection why it should

7   not be published?

8          MR. GUTCHESS:  No objection.

9          THE COURT:  All right.  Granted.

10          (Defendant's Exhibit 669 Received.)

11  **BY MR. KUEHNE:**

12  Q.   It will be up in just a moment.  And we're at about 126:26

13  into the meeting, and that would be the equivalent of page 14

14  or so of the meeting minutes, Defense Exhibit 650, in evidence.

15  Let's play this.

16                    (Video played.)

17  **BY MR. KUEHNE:**

18  Q.   You can stop it.  That's verbatim what transpired?

19  A.   Mr. Kuehne, it's clear that's what happened.  You have the

20  video there.  I'll be very blunt with you.  So much in my mind

21  is kind of a fog that, you know, if you would have asked me

22  what I said, I wouldn't have remembered.

23      I remember now by hearing my words at the time.  Someone

24  could have put a gun to my head, that process server, and you

25  know I would not have recognized his face until I saw it here

1    again.

2    Q.   Commissioner Carollo, was this -- did you interpret this

3    event as political?

4              MR. GUTCHESS:  Objection.  Leading.

5              THE COURT:  Sustained.

6    **BY MR. KUEHNE:**

7    Q.   How -- how obvious was it what had just happened on the

8    public meeting?

9    A.   Well, it was very obvious.  They wanted to publicly try to

10   not only intimidate me, but intimidate any employee in the City

11   of Miami, whether in Code, whether in Building, whatever

12   department that might have to deal with any of their properties

13   because in that lawsuit, they had a whole bunch of John Does

14   that they were listing.

15        It was a suit against me a whole bunch of John Does that

16   weren't identified, never have been, and the City of Miami.

17   They know well that they could have sent --

18              MR. GUTCHESS:  Objection to narrative.

19              THE COURT:  All right.  Sustained.

20   **BY MR. KUEHNE:**

21   Q.   Let me continue with you.  Did that City Commission

22   meeting finish?  Get through all of the agenda?

23   A.   Yes.

24   Q.   After that City Commission meeting finished, did you learn

25   what was in the complaint that Fuller filed against you that

1    day?

2    A.   Mr. Kuehne, I believe I did, or it could have been the

3    next day.  You know, I don't quite remember at this time, but I

4    did find on it out soon enough what was in it.

5    Q.   Did you do anything to assemble a legal team because now

6    you're a defendant in a federal lawsuit?

7    A.   I had no choice but to.

8    Q.   And did you?

9    A.   Yes.

10   Q.   And tell us, did you take that lawsuit seriously?

11   A.   Absolutely.

12   Q.   And from October 11, 2018, to the present day, have you

13   been involved as a client, a party in that lawsuit?

14   A.   I have.

15   Q.   Did you have any understanding of the work that would be

16   necessary to help you defend that lawsuit?

17   A.   Well, in the beginning, I had very little notion, but soon

18   enough, I understood that it was going to take a tremendous

19   amount of work, a lot more than I could do on my own.

20   Q.   And as a result of this lawsuit filed by Fuller, did you

21   do anything to gather or help gather information that could be

22   used to defend the lawsuit?

23   A.   Yes.

24   Q.   Tell us what that involved -- strike that.  Was there any

25   involvement of public records to gather information directly

1    related to this lawsuit?

2    A.   There was, yes.

3    Q.   What did you do?

4    A.   Well, we, at different times, asked for a lot of records

5    from the city.  At different times, I had to get assistance

6    from some of my staff to put things together.

7         Frankly, there were so much that was being asked, not just

8    from the plaintiffs' own lawsuit, but from individuals

9    associated with them sending public records, at times I was

10    overwhelmed.  Frankly, the city was overwhelmed.

11    Q.   Were you allowed to do these public records?

12    A.   Yes.

13    Q.   And what did making public records make available to you?

14    A.   It made available information on the claims that they were

15    alleging in the lawsuit so that could prove that they were

16    totally untrue.

17    Q.   Now, you were asked on direct examination and shown public

18    records requests of numerous sorts.  Do you recall something

19    about that?

20    A.   Yes, I saw public records requests to the city, I think a

21    couple to the state.  I saw a series, I don't know, five, six,

22    seven emails to or from Mr. Blom to Suarez going over certain

23    properties and as was established here, I believe.

24         Those were part of the research that my staff was doing so

25    that we could provide my attorneys with information on the case

```
 1  to defend myself, and possible questions that my attorneys

 2  should go over, that they could look at, analyze, to send for

 3  discovery information from the plaintiffs.

 4  Q.   Meanwhile, are you still a city commissioner?

 5  A.   Yes.

 6  Q.   Are you still doing the job of a city commissioner?

 7  A.   Doing my best to.

 8  Q.   Are you still meeting with constituents?

 9  A.   Yes.

10  Q.   Walking the district?

11  A.   Yes.

12  Q.   Doing the research you need to be a good policymaker?

13  A.   Yes.

14  Q.   And in doing that, are you representing the people of your

15  district?

16  A.   Yes.

17  Q.   Now, were these public records requests that you did and

18  that you were asked about on direct examination designed to

19  target Bill Fuller?

20  A.   None whatsoever.

21  Q.   Now, you had mentioned that -- strike that.  You were

22  asked some questions about election night, so we're going just

23  stepping back a little bit a year earlier, election night?  Do

24  you remember some questions about that?

25  A.   Frankly, no.
```

```
 1   Q.   Well --
 2   A.   Refresh my memory.
 3   Q.   Let me ask it to you this way.  On election night, did you
 4   make public remarks?
 5   A.   Yes.  Everyone that wins, even if you lose, you make
 6   public remarks.
 7   Q.   And you've done that before, right?
 8   A.   Yes, I have.
 9   Q.   Did you have a theme of unity at your election victory
10   speech?
11   A.   Yes.  No matter what you say, you should say it with a
12   theme of unity, which I think I did.
13   Q.   And how did you do that, if you recall?
14   A.   I made some statement to the fact that -- and I think they
15   were published in different media -- that, you know, I don't
16   care who was with me or not, who came out to try to politically
17   destroy me during the campaign, that I would work with anyone
18   from that time forward.
19   Q.   And --
20   A.   And I repeated that when I got sworn in.
21   Q.   Did you understand that to be the role of an elected
22   commissioner?
23   A.   Yes, and not only just a role of an elected commissioner
24   but that's politics 101, if I may call it.  Politics is an art
25   of bringing people to you, not driving them away.  I
```

1    remember --

2    Q.   Let me stop you.  Stop you there and move on.

3         During the time that you gave that speech and continuing

4    through your tenure as a city commissioner, did you embrace

5    that policy?

6    A.   Yes, absolutely.

7    Q.   Were there any people in your district that you didn't

8    serve?

9    A.   I served everyone.  In fact, there's scores of people that

10   gave a lot more money than the few thousands of dollars than

11   the plaintiffs gave through their companies to my opponent that

12   if they're allowed to come testify, will come, that they

13   helped.  They were with Alfie Leon, but I've opened the doors

14   to them fully.  I've never held anything against them.

15   Q.   Did you have that same philosophy with regard to the whole

16   City of Miami working with everybody, not just your district?

17   A.   Yes, sir.  While I was elected by my district, I represent

18   the whole city and from the background that I came from, the

19   different times that I've been elected commissioner in the past

20   before I was elected mayor, I got elected city-wide.

21        The districts only came when we lost black representation

22   when I was mayor, and I demanded and put all my political force

23   behind the City of Miami having a referendum so we could have

24   districts so that we were guaranteed representation to every

25   group, in particular African Americans, that at that time had

```
1    lost a seat and had none on the City Commission.
2    Q.   So, at this victory party -- and then we'll move on to the
3    timeframe we were talking about -- did you mention at all at
4    your victory party Fuller or the Barlington Group?
5    A.   No.
6    Q.   Were they even on your mind?
7    A.   No, not at all.
8    Q.   So, as a commissioner, let me direct you briefly to the
9    inquiry about the Tower Hotel.  Do you remember that?  A
10   holiday party at the Tower Hotel, and you were questioned about
11   that?
12   A.   Yes.
13   Q.   This Christmas party, December 2, 2017, you're just sworn
14   in, right?
15   A.   Yes, 13 days before.
16   Q.   And what was it about the Tower Hotel that was brought
17   to your attention in connection with that holiday party?
18   A.   I received a call that --
19             MR. GUTCHESS:  Objection.  Hearsay.
20             THE COURT:  Sustained.
21   BY MR. KUEHNE:
22   Q.   You received a call.  Don't tell us what was said.  Did
23   you act on that call?
24   A.   I did.
25   Q.   Was receiving that call consistent with your duties and
```

 1  obligations as a commissioner?

 2  A.   I believe they were.  If there's an unsafe structure that

 3  had been shut down that nobody could be there, and it's a life

 4  safety issue, there are people inside, I have an obligation to

 5  act and look into it and I did.  I contacted the city manager.

 6  Q.   Let's slow down.

 7          MR. GUTCHESS:  Your Honor, I withdraw my objection

 8  about hearsay.  He can -- I have no objection to him testifying

 9  as to who called him and what they said.

10          THE COURT:  Okay.

11  **BY MR. KUEHNE:**

12  Q.   I'm not inquiring there, but let me ask you what is it

13  that you did upon getting this contact?

14  A.   I went and drove to the site to see it my own eyes, and I

15  called the city manager.

16  Q.   Okay.

17  A.   And informed him.

18  Q.   And who was that at the time?

19  A.   Daniel Alfonso.

20  Q.   Daniel Alfonso.  Just to remind us, Daniel Alfonso was the

21  city manager before Emilio Gonzalez became city manager in

22  early 2018?

23  A.   Correct.

24  Q.   Okay.

25  A.   Well, yeah, correct.

```
 1   Q.   So Daniel Alfonso, you called Daniel Alfonso.  Are you
 2   allowed to do that as city commissioner?
 3   A.   Absolutely.
 4   Q.   And did you report to him what you had understood was
 5   happening?
 6   A.   Yes.
 7   Q.   You mentioned that you went to the scene of the Tower
 8   Hotel.  How far away was that from where you were?
 9   A.   Maybe five minutes or so.
10   Q.   Okay.  Do you live nearby?
11   A.   At the time, I lived about five minutes from there, maybe
12   a little more.
13   Q.   Okay.  That was the West Brickell part of your district?
14   A.   Correct.
15   Q.   Okay.  And did you contact anybody else for your going to
16   that location?
17   A.   Yes, I contacted a Miami Herald reporter that lived right
18   in that area and had asked me in the past if there was anything
19   going on in my district of importance, to let her know.
20   Q.   And did you do that?
21   A.   I did.
22   Q.   And was there anything -- did you order the Miami Herald
23   reporter to come with you?
24   A.   No, sir.
25   Q.   And what was the purpose of having a Miami Herald reporter
```

1   accompany you to do your job?

2   A.   To be able to have other eyes and ears that were

3   independent to be able to show, in fact, what was happening.

4   How Building --

5           MR. GUTCHESS:  Objection.  Narrative.

6           THE COURT:  Sustained.

7   **BY MR. KUEHNE:**

8   Q.   Okay.  So, the Herald reporter went along with you, and

9   did you do any more follow up with the city manager that

10  evening?

11  A.   No, I did not.

12  Q.   Did you communicate with city employees called by the city

13  manager, if at all, that evening?

14  A.   I did not.

15  Q.   Did you involve yourself in the operation of the city that

16  evening?

17  A.   I did not.

18  Q.   And did you make any orders to any city employees that

19  day, that evening?

20  A.   No.

21  Q.   And did you even go into the Tower Hotel?

22  A.   No.

23  Q.   At the whole time you're talking about, are you in places

24  where you're allowed to be?

25  A.   Yes.

```
 1    Q.    Public rights-of-way?

 2    A.    Yes.

 3    Q.    Streets?

 4    A.    Yes.

 5    Q.    Your district?

 6    A.    Yes.

 7    Q.    And did you in any way interfere with anything going on at

 8    the Tower Hotel?

 9    A.    No.

10    Q.    And did you end up going home?

11    A.    Yes.

12    Q.    Did you create a stir?

13    A.    I don't understand.

14    Q.    Did you call the city and demand that the city do

15    something?

16    A.    No.

17    Q.    And did you find out what happened from your report to the

18    city manager?

19    A.    To the best of my recollection, I'm not sure when I found

20    out or not, but some time after, I found out that the city had

21    sent building inspectors there some three weeks after.

22              MR. GUTCHESS:  Objection.

23              THE COURT:  What's the objection?

24              MR. GUTCHESS:  Hearsay and he's launching into a

25    narrative.
```

 1                THE COURT:  Sustained.

 2   **BY MR. KUEHNE:**

 3   Q.   Did you immediately ask for follow up?  Do you need me to

 4   rephrase the question?

 5   A.   Yes, I would appreciate if you would so I can understand

 6   it.

 7   Q.   You report this, you go by with the Miami Herald reporter.

 8   Did you, the next day or the next day, immediately follow up to

 9   find out what happened?

10   A.   I really don't remember.  Sometime between that night and

11   when the city sent building officials to shut it down again

12   with code violations because it shouldn't be open, I don't know

13   if I inquired of the manager or not what had happened but I

14   really don't recollect.

15   Q.   As a commissioner, did you have a legitimate concern about

16   what was going on there?

17   A.   I certainly did, Mr. Kuehne.

18   Q.   And was that consistent with your duties and

19   responsibilities as a District 3 commissioner?

20   A.   Yes.

21   Q.   Did you use any of your authority to --

22                MR. GUTCHESS:  Objection.  Leading.

23                THE COURT:  Sustained.

24   **BY MR. KUEHNE:**

25   Q.   Did you take any action to require inspections of that

1    property?

2    A.   I didn't have any authority to.

3    Q.   And did you?

4    A.   No.

5    Q.   And you never entered the property?

6    A.   Never.

7    Q.   To this day, have you ever gone into the Tower Hotel

8    property?

9    A.   Never.

10   Q.   Have you relied on the city people who are authorized to

11   do that?

12   A.   They're the ones that are authorized to do that.

13   Q.   And did you expect that they would do their jobs?

14   A.   Yes.

15   Q.   And were you trying to do your job?

16   A.   Yes.

17   Q.   And you know that -- strike that.  You were asked some

18   questions about over time, there were inspections of the Tower

19   Hotel?

20   A.   They had to be over time.

21   Q.   Did you order any of those inspections to take place?

22   A.   No.

23   Q.   Was it any surprise to you as a District 3 commissioner

24   that a building under construction would be inspected?

25   A.   That's normally what would happen if there's construction

1  in a place that the city knows about, there have to be, there

2  would have to be inspections.

3  Q.   Now, you're at this point new as a city commissioner.  And

4  maybe even to this day, are you an expert on the city code?

5  A.   No.

6  Q.   Are there experts on the city code in the city?

7  A.   That would be the Law Department.  Maybe some in the Code

8  Department and then individuals from the Building Department

9  and Building, et cetera.

10  Q.   This has been held up before as a demonstrative.  You were

11  there when it was held up and identified as the building code?

12  A.   Yes.

13  Q.   A lot of pages in here?

14  A.   Tremendous amount, but I think that's the State of Florida

15  Building Code.

16  Q.   It says Florida Building Code?

17  A.   Yeah.

18  Q.   Does that apply to the City of Miami as far as you know?

19  A.   Yes, it does.  The City of Miami and every other city and

20  county government.

21  Q.   And have you ever held yourself out as an expert on the

22  city code?

23  A.   Absolutely not because I'm not.

24  Q.   And have you relied on the city's people who have more

25  knowledge of the city code?

1    A.    Absolutely.

2    Q.    Now, are there times as a commissioner when you disagree

3    on policy with the city administration?

4    A.    There are many times that -- whether myself or other

5    members of the legislative body have disagreements with the

6    administration.

7    Q.    And have you, as a District 3 commissioner, had

8    disagreements with the administration over treating matters in

9    District 3?  How they treat matters in District 3?

10   A.    I don't understand the question, if you can clarify it.

11   Q.    Have you had disagreements with the administration in your

12   District 3 commissioner status over what their focus was and

13   what their priorities were?

14   A.    Yes, I'm sure there were.

15   Q.    And do you have the ability as a district commissioner to

16   raise those concerns?

17   A.    Yes, as long as I'm not giving any orders.

18   Q.    Raising those concerns, you're allowed to do that?

19   A.    Yes, absolutely I am.

20   Q.    And are you allowed to do that at City Commission

21   meetings?

22   A.    Yes.

23   Q.    And do you do that at City Commission meetings?

24   A.    I do.

25   Q.    And you were shown an excerpt or two of City Commission

1    meetings, not just the one that I just showed you.  And is that

2    all open and played out to the public?

3    A.   Every commission meeting as we previously have stated here

4    are very open meetings that have to be advertised beforehand.

5    They're televised live to the public, and then they're replayed

6    to the public.  In fact, I even believe that they keep them in

7    records that you can go back to look at them.

8    Q.   So, let me ask you this.  As a District 3 commissioner,

9    doing work at a City Commission meeting -- let me stop for a

10   minute.  You know the phrase "on the dais?"

11   A.   Yes.

12   Q.   On the dais, does that mean you're actually acting as a

13   commissioner as a public noticed meeting?

14   A.   Yes.

15   Q.   Sitting in the seats?

16            MR. GUTCHESS:  Objection.  Leading.

17            THE WITNESS:  In the chambers, yes.

18   **BY MR. KUEHNE:**

19   Q.   In the chambers.  When you're on the dais, are you allowed

20   to talk to your fellow members of the commission, men and women

21   on the commission?

22   A.   Publicly.  Publicly.

23   Q.   If you're not on the dais in a public meeting, are you

24   allowed to talk to other commissioners about official city

25   business?

```
 1    A.    No, you're not.

 2    Q.    Do you have any opportunity not on the dais to talk

 3    to your legislative colleagues about your priorities, what you

 4    want done, what you found out?

 5    A.    No.  The only place that you can do it is in an open

 6    public meeting.

 7    Q.    And do you do that, take that opportunity?

 8    A.    In the public meetings, yes.

 9    Q.    And also in these public meetings, are the commissioners

10    allowed to address staff administration?

11    A.    Yes.

12    Q.    And ask questions?

13    A.    Yes.

14    Q.    Invite administration to bring in specialists who can help

15    answer questions?

16    A.    Yes.

17    Q.    Does that -- is that something done by every commissioner?

18    A.    Yes.

19    Q.    And is it fair to say that sometimes commission meetings

20    are not a placid as a courtroom?

21    A.    I'm sorry, can you rephrase that?

22    Q.    They're not as calming as what happens in a courtroom?

23    A.    Yes.

24    Q.    They're always like this?

25    A.    No.  At times, but for the most part, no.
```

```
 1    Q.    Okay.  And at times, are there tough debates?
 2    A.    Yes.
 3    Q.    Disappointments expressed?
 4    A.    Yes.
 5    Q.    Strong positions?
 6    A.    Yes.
 7    Q.    And are you, as a commissioner, allowed to do that?
 8    A.    Yes.  Sometimes I'm on the losing end, sometimes I'm on
 9    the winning side.  That's how it is.
10    Q.    Are you allowed to express, as a commissioner, your
11    disapproval/disagreement with actions of the administration
12    through department heads?
13    A.    Yes.
14    Q.    There was an episode that you were shown, I believe on
15    your direct with Chief Colina.  Do you remember that?
16    A.    Yes.
17    Q.    A video of that meeting?
18    A.    Yes.
19    Q.    We may go to that meeting at some point.  Is that
20    particularly unusual at a city commission meeting?
21    A.    As far as what?
22    Q.    A commissioner having a disagreement with a chief of
23    police?
24    A.    It's happened many times through the history of the City
25    of Miami.
```

```
 1    Q.    Not just with you?
 2    A.    No.
 3    Q.    Okay.  Well, let's focus on your time as a city
 4    commissioner here.  Have others on the City Commission in these
 5    City Commission meetings expressed strong disapproval with
 6    actions or inactions of the administration?
 7    A.    At different times, they've had disagreements and have
 8    expressed them publicly.
 9    Q.    And is that kind of like it goes with the territory?
10    A.    If you would call that territory.  That's how an elected
11    official might feel about a certain issue.
12    Q.    Now, let me -- I'm going to walk you through some of your
13    time as a city commissioner.  You had mentioned before that
14    citizens come to you, residents come to you, business owners or
15    vendors come to you and comment about what's going on in the
16    district?
17    A.    Yes.  That's all the time that that happens.
18    Q.    Now do you remember that your former staff member, Steve
19    Miro, testified that the D3 didn't get any complaints from
20    anybody about the business activity going on in Calle Ocho and
21    including the Fuller properties.  Do you remember that
22    testimony?
23    A.    Not fully, but I remember something to that effect.
24    Q.    You don't remember that.  Okay.  Did D3, District 3 get
25    comments, complaints, inquiries from citizens routinely?
```

1  A.    Yes, it did.

2  Q.    Did they cover virtually every subject matter that you

3  could imagine in District 3?

4  A.    Yeah, many different subject matters but, you know, many

5  were more common.

6  Q.    And how about not even in District 3?

7  A.    Yes.  We got even complaints from outside of our district

8  because they would complain that nobody was doing anything

9  about it and they were calling us.

10  Q.    Okay.  And what would you try to do, if anything?

11  A.    We would try to help them as best as we could without

12  interfering in other commissioners' decisions and being as

13  respectful to that commissioner as we could.

14  Q.    Okay.  And did your office receive complaints about

15  anything in particular involving the Calle Ocho business

16  district?

17            MR. GUTCHESS:  Objection.  Calls for hearsay.

18            THE COURT:  Sustained.

19  **BY MR. KUEHNE:**

20  Q.    If you can categorize, what were any primary subjects of

21  complaints about the business district, Calle Ocho?

22            MR. GUTCHESS:  Objection.  Calls for hearsay.

23            THE COURT:  Sustained.

24  **BY MR. KUEHNE:**

25  Q.    Did you ever direct your staff, your staff to track, to

 1  follow up on noise complaints?

 2  A.   Yes.

 3  Q.   Did you ever have any awareness of complaints about

 4  business activity in your district?

 5  A.   Yes.

 6  Q.   How about valet parking activity in your district?

 7  A.   Yes.

 8  Q.   And in the Calle Ocho area, Little Havana, 8th Street?

 9  A.   Well, the general area there of Calle Ocho.  That business

10  district with Little Havana and the arteries.

11  Q.   And did you try to be responsive to the citizens, the

12  people who were concerned about these issues?

13  A.   Yes.  I felt that the complaints that I was hearing were

14  valid.

15  Q.   Did you single out any particular business?

16          MR. GUTCHESS:  Objection.  Leading.

17          THE COURT:  Wait, sustained.

18  **BY MR. KUEHNE:**

19  Q.   How did you treat these complaints?

20  A.   We treated them like we treated any other complaint.  On

21  the valet that you were mentioning, we received a complaint --

22          MR. GUTCHESS:  Objection, hearsay.

23          THE COURT:  Sustained.

24  **BY MR. KUEHNE:**

25  Q.   Without telling us what the complaints were, did you act

```
 1   to respond to those complaints?
 2   A.   Yes.
 3   Q.   Did that include notifying city administration?
 4   A.   Yes.
 5   Q.   Did you or your office treat complaints against particular
 6   business owners differently than others?
 7              MR. GUTCHESS:  Objection.
 8              THE COURT:  Overruled.  He can answer.
 9              THE WITNESS:  No.
10   BY MR. KUEHNE:
11   Q.   Valet parking.  Did you get complaints about valet
12   parking?
13   A.   Yes.
14   Q.   Did you make inquiry about any or all of the valet parkers
15   in that area?
16   A.   All that we had there.
17   Q.   And, by the way, who, if you know in the city, is
18   responsible for regulating, overseeing valet parking?
19   A.   Well, it begins with Offstreet Parking.  Then it has to go
20   to different departments of the city to get signoffs.  The Code
21   Enforcement is one that has a duty if they're violating their
22   code, like parking in residential areas to take action.
23        And, of course, the Offstreet Parking Authority, which is
24   a semi-independent agency of the City of Miami also has
25   authority to make sure that if they gave any permits, they're
```

```
 1    keeping to the requirements of that permit, and if they're
 2    parking without permits, to stop it or inform the city so the
 3    city could stop it.
 4    Q.   Was there a parking issue in the business district there?
 5    A.   There was.
 6    Q.   Was there enough parking?
 7    A.   Well, there was not enough parking.  There still is not.
 8    It's worse than ever.
 9    Q.   And how about with valet parking, did you come to
10    understand what time of day most of the complaints involved
11    when it came to valet parking?
12    A.   It was all evening.  The complaints, that's when valet was
13    used during those times in the district.  Only in the evening.
14    Q.   And did the valet parking issues affect the residents of
15    that district?
16    A.   Very much so.  It was a quality of life issue.
17    Q.   Is valet parking supposed to have an impact on residents?
18    A.   No.
19    Q.   And did you at any time in responding to valet parking
20    issues, tell administration what they had to do?
21    A.   No.  I just reported what I observed or what complaints
22    that came to me and what I observed after the complaints.
23    Q.   Now you were -- in fact, I might show you that.  You were
24    shown some video of interaction with one of the valet
25    representatives.  I think he actually testified here, Alain
```

```
 1   Garcia.  Do you remember that?
 2   A.   Yes.
 3   Q.   Did you, at any time, do anything to order the city to
 4   take any action against Alain Garcia or his company?
 5   A.   No.
 6   Q.   Did you have an understanding whether Alain Garcia and his
 7   company were complying with the law?
 8   A.   To the best of my knowledge, then and today, he was not
 9   complying with the law and I think it's been established here
10   already.
11   Q.   And whose job was it to make that determination?
12   A.   Well, that determination fell on both Miami Off Street
13   Parking Authority and on the City of Miami if they were
14   violating our code.
15   Q.   Okay.
16   A.   Not parking in residential areas.
17   Q.   Did you make that determination?
18   A.   No.  Well, let me answer that if I can.
19   Q.   Okay.
20   A.   From what I observed after I received complaints with my
21   own eyes and what I saw, I, for myself, make a determination
22   that they were violating our code.  But for whatever the city
23   had to do, that was up to them.  I had no authority whatsoever
24   to force the city to do anything.
25   Q.   As a city commissioner, are you allowed to go through the
```

 1  district in the evening to follow up on citizen reports?

 2  A.   Yes.

 3  Q.   Is your job -- was your job as a city commissioner, just

 4  waking up at 9:00 to serve the public and turning off the clock

 5  at 5:00?

 6  A.   No.  In fact, if you understand, the City of Miami in

 7  particular how it works and so on, in different areas, you know

 8  that when a lot of the things that happen, happen, it's in the

 9  evening hours.  It's not during the daytime hours.

10  Q.   I think you've explained, but let me ask you this.  When

11  it comes to District 3 constituent services, you don't operate

12  alone, do you?

13  A.   No.

14  Q.   Do you have some staff?

15  A.   I do.

16  Q.   Limited as it is?

17  A.   Yes.

18  Q.   And are -- is your staff generally a 9:00 to 5:00 Monday

19  through Friday?

20  A.   No.  Even the less paid members of the staff know that

21  they have to work many days at night.  They might even have to

22  come on a weekend.

23  Q.   And you've been the district --

24  A.   But, you know, for the most part, we try to keep them

25  working the Monday through Friday as much as we can but doesn't

 1  work out that way many times.

 2  Q.   In your experience as the District 3 commissioner since

 3  you were elected and sworn in December 2, 2017, is it hard to

 4  work as a district commission staff?

 5  A.   Yes.  They're not easy jobs if you're going to be

 6  conscientious and do your job.

 7  Q.   And is it rewarding?

 8  A.   For the people that I have working for me, it certainly

 9  is.  And that's why I appreciate the staff that I have that

10  care about the residents of that district, no matter who they

11  are, how powerful or how poor they are, what race or creed

12  they're from.

13          MR. KUEHNE:  Let me ask to pull up on the screen

14  Defense Exhibit 381.

15          THE COURT:  Is this exhibit in evidence?

16          MR. KUEHNE:  I don't think it's in yet.

17          THE COURT:  Any objection thereto?

18          MR. GUTCHESS:  Give me a moment, Your Honor, to see

19  what it is.  Objection to hearsay, Your Honor.

20  **BY MR. KUEHNE:**

21  Q.   Do you see Defense Exhibit 381 on the screen?

22  A.   Yes.

23  Q.   Do you know this to be something you received in the

24  course of your duties and responsibilities as District 3

25  commissioner?

```
 1    A.    I did, yes.
 2    Q.    And is this part of the compilation of materials that
 3    District 3 compiled in connection with city business?
 4    A.    Yes.
 5    Q.    And is this item, Defense Exhibit 381, part of those city
 6    materials?
 7    A.    Yes.
 8    Q.    And do you know what this is?
 9    A.    Yes.
10    Q.    And did you receive it on or about the date shown on this
11    document?
12    A.    On or about, yes.
13    Q.    And do you know the makers of this document?
14    A.    Yes.  I met the maker of this document.
15    Q.    Okay.
16          MR. KUEHNE:  Your Honor, I move the admission of
17    Defense Exhibit 381 as a City of Miami document.
18          MR. GUTCHESS:  Your Honor, objection.  There's no --
19    first of all, it's full of hearsay exhibited by Mr. Carollo.
20          Second of all, there's no indication that it's a City
21    of Miami document whatsoever.  This witness has no foundation
22    to testify as to City of Miami document.  There's no records
23    custodian here, so we object on foundation and hearsay.
24          THE COURT:  Give me a moment.
25          MR. KUEHNE:  Your Honor, it's not being used for the
```

```
 1    truth of the matter asserted.
 2              THE COURT:  I understand.  Give me a moment, please.
 3              MR. GUTCHESS:  Your Honor, we'd like
 4    to say Mr. Taylor is a local businessman and he can be called
 5    and testify if they want.
 6              THE COURT:  I understand.  The objection is
 7    sustained.
 8              MR. GUTCHESS:  Thank you.
 9    BY MR. KUEHNE:
10    Q.   You can take down Defense Exhibit 381.  On occasion, did
11    constituents, business owners, send material to the City of
12    Miami?
13    A.   Yes.  Even business owners that leased from Mr. Fuller and
14    Mr. Pinilla.
15    Q.   Fair to say that sometimes people are praising, sometimes
16    people are complaining?
17    A.   Correct.
18    Q.   And how about with regard to people calling in for
19    comment?  Sometimes praise, sometimes complaints?
20    A.   Yes.
21    Q.   And how about when you and your staff walked the district,
22    shook hands, pressed the flesh, same thing?  You'd hear good,
23    you'd hear bad?
24    A.   Same thing, including when I would shop at the
25    supermarkets in the district, I would go out to the restaurants
```

1    in the district.

2    Q.    Okay.  You've described in your testimony that at some

3    point, you lived very close to the Calle Ocho business

4    district.

5    A.    Yes.  I believe around March, to the best of my

6    recollection.  Sometime in March of 2018 --

7    Q.    Okay.

8    A.    -- I moved into the district.

9    Q.    Okay.  Well, you moved into the district, you mean the

10   Little Havana business area?

11   A.    The entertainment district is what I meant to say by

12   district.

13   Q.    You had always lived in the -- from the time of your

14   election --

15   A.    Absolutely, but in the Little Havana entertainment

16   district.

17   Q.    Okay.  And is that the area that you describe it that way

18   that we've primarily been focusing on in this trial?

19   A.    From what I understand is the complaints in the lawsuit

20   and properties in that area that they have.

21   Q.    Okay.  Now, did you personally, because of where you

22   lived, become aware of noise issues?

23   A.    Personally, even though I have had complaints before,

24   personally, I became more aware of the noise issues.

25   Q.    As far as you know, were you the only one who had an

 1   experience with noise issues in that business district?

 2   A.   No, Mr. Kuehne.  I was not the only one.

 3   Q.   How frequent, if you can tell us, were comments about

 4   noise in the district, the business district?

 5   A.   They were frequent enough and what I saw was that a lot of

 6   the people there were beaten.  They had called for years --

 7              MR. GUTCHESS:  Objection.  Hearsay.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  And, you know, nothing was done.  And

10   you know, they were frustrated.  They were being doubted.  They

11   didn't understand why nothing would be done.

12   **BY MR. KUEHNE:**

13   Q.   Now remind us, with regard to the business district on

14   SW 8th Street, I think you described there were businesses

15   along SW 8th Street?

16   A.   Yes, right behind is all residential.  Right behind them.

17   Q.   Is that sort of unique in the City of Miami?

18   A.   For the most part, yes.  I mean, the 8th Street corridor

19   in that area, it's very unique in that fashion.

20   Q.   And, in fact, do you know that's one of the reasons it was

21   Little Havana/Calle Ocho was recognized as a historic treasure?

22   A.   Well, that among others but --

23   Q.   Okay.  So right behind the business district, you said

24   there are residential -- are there any institutional

25   residential there?

```
 1   A.    I don't understand the question, institutional.

 2   Q.    There was some testimony about an ALF.  Do you remember

 3   that?

 4   A.    Oh, yes.

 5   Q.    Adult living facility?

 6   A.    Yes, yes.

 7   Q.    And where does that situate?  Is it called Paradise?

 8   A.    Yes, I believe the name Paradise was similar in their

 9   name.

10   Q.    Where does that situate with regard to the creation of

11   noise at night in the district?

12   A.    Well, they are located on SW 7th Street right behind the

13   businesses on 8th Street, and they were two lots over from the

14   back of Ball & Chain.

15   Q.    Okay.  And had you gotten -- the district gotten

16   complaints or negative comments about music coming from Ball &

17   Chain right in that area?

18   A.    Yes.

19   Q.    And did you try to do anything about it?

20   A.    We did.  We would tell the city manager.  We tried to do

21   everything that we could so that the laws in the city would be

22   fairly handled for everyone involved.

23   Q.    Okay.  And did you take your own action as city

24   commissioner to shut down any business that was doing too much

25   noise in violation of the law?
```

```
 1   A.   No, I didn't have the authority to do any of that
 2   whatsoever.
 3             MR. KUEHNE:  Let me pull up Defense Exhibit 598 for
 4   you.
 5             THE COURT:  It's in evidence?
 6             MR. KUEHNE:  Just on the screen.  My notes don't
 7   reflect that it's in evidence yet.
 8             THE COURT:  If not, is there any objection from
 9   plaintiff?
10             MR. GUTCHESS:  Let me take a look at it.  No
11   objection, Your Honor.
12             THE COURT:  Admitted.  Thank you.
13                (Defendant's Exhibit 598 Received.)
14   BY MR. KUEHNE:
15   Q.   On the screen now, and I publish, move in Defense Exhibit
16   598.  Do you see this document?
17   A.   Yes.
18   Q.   We're going to make a little bit bigger.
19   A.   Please, if you would.
20   Q.   You see -- you know what it is?
21   A.   Yes.
22   Q.   Let's go to the top.  Make the first part bigger.  It says
23   March 1, 2019.  This is March 1, 2019.  Do you see that?
24   A.   Yes.  March 1, 2019.
25   Q.   And what's the subject?
```

```
1   A.    It says Ball & Chain, quote, "it's too much."

2   Q.    And who's writing this?

3   A.    Emilio Gonzalez from --

4   Q.    And it's to a bunch of people in the city?

5   A.    Yes, including the Code Enforcement Director.

6   Q.    Okay.  And then let's go to the next part.  You see here

7   it says "see below?"

8   A.    Yes.

9   Q.    And then tell us about this part of the email from Mayor

10  Francis Suarez.

11  A.    And this date is February 28?

12  Q.    2019?

13  A.    2019.

14  Q.    It's a day before?

15  A.    Yeah.

16  Q.    And --

17  A.    It's to Christina Perez.

18  Q.    So the mayor is sending something to Christina Perez and

19  copying the manager?

20  A.    Yes.

21  Q.    And the same subject, "Ball & Chain, it's too much?"

22  A.    Yes.

23  Q.    And what is the mayor informing the manager about?

24  A.    Well, it says:  Mr. Manager, please see below email from

25  one of our residents regarding a noise complaint.  Thank you,
```

```
 1  Francis Suarez, Mayor, City of Miami.
 2  Q.   And then let's go down.  You see right below the
 3  francissuarez@miamigov.com, the email address, you see there's
 4  another part of this email?
 5  A.   Yeah, at the bottom it says:  "The music is driving us
 6  crazy.  It extremely loud, in quotes.  We live on 10th Street,
 7  and with our windows shut, we still can hear the music.  We
 8  voted for you, Francis.  Help the residents."
 9  Q.   So did it come to your attention in February of 2019,
10  people or at least somebody was complaining to the mayor about
11  Ball & Chain's extremely loud music?
12  A.   I don't know when I found out about this exactly,
13  Mr. Kuehne, but I believe somehow this got to my office also
14  during that time, and it was I think someone in my office
15  answered it.
16  Q.   What was it -- was it common, as you understand it, to get
17  complaints about the loud music at Ball & Chain --
18         MR. GUTCHESS:  Objection.
19  Q.   -- affecting the residents?
20         THE COURT:  Wait, what's the objection?
21         MR. GUTCHESS:  Leading.
22         THE COURT:  Overruled.  He can answer the question.
23         THE WITNESS:  Mr. Kuehne, it was common to get
24  complaints, but like I said, the people there were beaten down
25  too many years complaining to the city.
```

```
 1              MR. GUTCHESS:  Objection, Your Honor.

 2              THE COURT:  Wait, wait.  What's the objection?

 3              MR. GUTCHESS:  There's no question pending.  He's

 4    going into a narrative.

 5              THE COURT:  Sustained.  Ask your next question,

 6    Mr. Kuehne.

 7              MR. KUEHNE:  Yes, sir.  Let me pull up -- and this

 8    was shown before -- Defense Exhibit 332.  That's a video.  And

 9    I'm going to put it up and I'm going to ask you about Defense

10    Exhibit 332.

11              THE COURT:  Is this in evidence?

12              MR. KUEHNE:  I believe it was.  It was shown earlier,

13    Judge.

14              THE COURT:  All right.  Thank you.

15              MR. KUEHNE:  Defense Exhibit 332.  We'll get this

16    video on the screen.  I'm going to stop you -- stop it at

17    various points.  Let's get this played.

18    BY MR. KUEHNE:

19    Q.   You recognize this video?

20                        (Video played.)

21    BY MR. KUEHNE:

22    Q.   Let me stop you.  Did you hear the voice saying "they're

23    here because of the noise?"

24    A.   Yes, I heard that.

25    Q.   Was that you talking?
```

```
 1   A.    No, it was not.

 2   Q.    Was it anybody accompanying you talking?

 3   A.    No, it was not.

 4   Q.    So that voice is recorded on this video and audio -- by

 5   the way, did you record this?

 6             MR. GUTCHESS:  Can we just have the date of the

 7   video?  Date and time of the video so we can put it in context?

 8             MR. KUEHNE:  Yes.  Your Honor, Defense Exhibit 332,

 9   October 2, 2018.

10             MR. GUTCHESS:  Okay.

11             MR. KUEHNE:  It's in evidence already.

12   BY MR. KUEHNE:

13   Q.    Did you record this?

14   A.    I don't believe this part was recorded by me.

15   Q.    Okay.  Is it your understanding this was recorded by

16   somebody connected to Fuller, the plaintiffs?

17   A.    Yes, I believe it was recorded by people working for him.

18   Q.    Okay.  Well, let's continue.

19                        (Video played.)

20   BY MR. KUEHNE:

21   Q.    The place where you're standing and having that

22   conversation, were you allowed to be there?

23   A.    Yes.

24   Q.    Is that an apartment building where people live?

25   A.    Yes, I believe there's eight units there.
```

```
 1   Q.   And were you there that night, October 2, 2018, because
 2   you had gotten --
 3   A.   I had gotten --
 4   Q.   -- comment or complaint?
 5   A.   I had gotten a complaint right in the street.
 6   Q.   Okay.  And were you allowed to go and do your own inquiry?
 7   A.   Yes.  As I was walking down the street, I received a
 8   complaint from two ladies, and that's why I walked back there.
 9   Q.   And did you come from your house?
10   A.   I was coming from a restaurant where I just had eaten and
11   I was heading to my house.
12   Q.   And could you hear music?
13   A.   We could hear music from 8th Street but frankly, as the
14   ladies had told me, we were going to hear it louder from the
15   back, and they were correct.
16   Q.   Okay.  Now, was this part of doing your job?
17   A.   Yes, sir.
18   Q.   Did you order anybody to do anything?
19   A.   I didn't order anybody to do anything.
20   Q.   Now, October 2, 2018.  That conversation that was just
21   played, the people who were talking to you, did you learn that
22   they were associated with Fuller and Fuller's properties?
23   A.   They came through Ball & Chain to apparently that cut into
24   the fence in the back, and they came through that way when they
25   came to approach me.
```

```
 1   Q.   And that property is right behind Ball & Chain?

 2   A.   Exactly behind it.  And where I was standing, that was

 3   over a hundred feet from the property line which the city's

 4   code says that you can't have at any time a noise that you

 5   could hear over a hundred feet.

 6          THE COURT:  We're going to pause right there a moment

 7   for a break for the jurors.  We will be in recess until 10:40.

 8          Again, please do not discuss this case with anyone,

 9   even among yourselves.  Thank you.

10          THE COURTROOM DEPUTY:  All rise for the jury.

11             (Thereupon, the jury exited the courtroom

12                    and a short recess was had.)

13          THE COURT:  Thank you.  Everyone may be seated.  The

14   jurors are ready?  Please bring them in.

15          THE COURTROOM DEPUTY:  Please remain standing for the

16   jury.

17             (Thereupon, the jury entered the courtroom.)

18          THE COURT:  All right.  The members of the jury are

19   all the present and accounted for.  You may be seated,

20   everyone.

21          Mr. Kuehne, you may continue, sir.

22          MR. KUEHNE:  Thank you, Your Honor.

23   BY MR. KUEHNE:

24   Q.   We were on the topic of noise complaints when we broke.

25   A.   I believe so, yes.
```

```
 1   Q.   And I had asked you a question and showed you the noise

 2   complaints that you referenced as having rotated through Mayor

 3   Suarez.  Do you remember that?

 4   A.   Yes.

 5           MR. KUEHNE:  Let me put up Defense Exhibit 142.

 6           MR. GUTCHESS:  Objection.

 7           THE COURT:  What's the objection?

 8           MR. GUTCHESS:  Hold on.  Let -- let me take a look at

 9   that one.  That's fine.  No objection.

10           MR. KUEHNE:  Defense Exhibit 142, Your Honor.  I move

11   into evidence I think without objection.

12           THE COURT:  All right.  That's correct?

13           MR. KUEHNE:  It's in evidence already.

14           THE COURT:  It's in evidence already.  Thank you.

15   BY MR. KUEHNE:

16   Q.   Commissioner Carollo, I'm pulling up Defense Exhibit 142.

17   You had said that Mayor Suarez's email about the complaint, the

18   loud noise got to your attention.  Do you remember that?

19   A.   Yes.

20   Q.   And can you tell us, DX 142, whether that's how you know

21   it got to your attention?

22   A.   Could it be made a little bigger so I can read it?

23   Q.   Yeah, we'll pull it up.

24   A.   Thank you.  Yes, I read it.

25   Q.   Okay.  Can we --
```

```
 1              MR. KUEHNE:  It's not on, Judge.  For some reason,

 2    it's not on my screen, but I can live with that.

 3              THE WITNESS:  Can I read all the way to the bottom?

 4    BY MR. KUEHNE:

 5    Q.   So it's on the screen.  And is this an email that is

 6    forwarding the Mayor Suarez noise complaint issue to you?

 7    A.   Yes.

 8    Q.   So let's go to the top and tell us if you can describe

 9    that.

10    A.   What would you like me to do?

11    Q.   Well, it's Monday, March 4, 2019.  So that's a couple days

12    after the Mayor Suarez noise complaint and forwarding to the

13    manager, right?

14    A.   Right.

15    Q.   And it's the same reference.

16              MR. KUEHNE:  I'm back on track, Judge.

17    Q.   It's the same reference, "Ball & Chain, it's too much?"

18    A.   Right.

19    Q.   And is this from your office.  Tanjha Quintana on behalf

20    of Joe Carollo, Joe Commissioner?

21    A.   Yes.

22    Q.   And copying to Jose Suarez?

23    A.   Yes.

24    Q.   And your office is responding to Ms. Perez?

25    A.   Yes, it is.
```

1   Q.   Christina Perez.  And do you know Christina Perez?

2   A.   She's the lady that I met briefly on 8th Street when she

3   directed me on the video that you saw me going to that evening

4   because of the noise complaint that she gave me in the back and

5   how it was affecting the senior living facility on 7th Street.

6   Q.   So Ms. Perez is a constituent?

7   A.   Yes.

8   Q.   Lives in the neighborhood?

9   A.   She not only lives in the neighborhood, she's got a

10  business in the neighborhood as I described, a senior --

11  Q.   ALF, senior living facility?

12  A.   Exactly.  ALF.

13  Q.   She brought the noise complaint to your attention that was

14  captured in Defense Exhibit 332, that video?

15  A.   Yes.

16  Q.   Okay.

17  A.   That's why I went there that night because I ran into her

18  on 8th Street and 15th Avenue.

19  Q.   Okay.  And now so this is after that, March 4, 2019.  And

20  your office is again dealing with her.  Could you tell us what

21  your office said?

22  A.   Yes.  It says from Quintana --

23  Q.   Good afternoon, Ms. Perez?

24  A.   Yeah.  "Good afternoon, Ms. Perez.  The commissioner also

25  lives on 10th Street and sympathizes with your experience.  If

 1   possible, he would like to meet with you at your earliest

 2   convenience.  The meeting can be held in the neighborhood or at

 3   his office.  Please feel free to reach out to me directly or

 4   his special assistant, Jose Suarez to schedule.  Thank you."

 5   Q.   Okay.  And is this type of contact consistent with what

 6   you do in D3, District 3?

 7   A.   Yes, sir.

 8   Q.   And besides emails, do you say the same things in person

 9   when you meet constituents?

10   A.   Yes.

11   Q.   And how about on the phone?

12   A.   Same.

13   Q.   And, again, this email is done on your behalf by somebody

14   because you don't do email?

15   A.   Correct.

16   Q.   Let's see if there's anything else on this.  And then you

17   see that it starts off with February 28, 2019, that to remind

18   you was the date of the report?

19   A.   Yes.

20   Q.   And you see -- let's go to the section Christina Perez to

21   Joe Carollo, February 28, 2019.  And sort of from the bottom,

22   I'm going to read it to you.  "Mr. Suarez said he just got one

23   email of a resident complaining.  Now this will make email

24   number two.  This is what I sent him.  Thank you, Mr. Carollo,"

25   right?  So Christina Perez is contacting your office?

1   A.   Yes, I remember that.

2   Q.   And actually repeating the same thing.  The music is

3   driving us crazy.  It extremely loud.  We live on 10th street,

4   And with our windows shut, we can still hear the music.  We

5   voted for you, Francis.  Help the residents.

6        So would -- did you have any concern that the mayor was

7   getting involved with noise complaints in your district?

8   A.   I'm sorry, Mr. Kuehne?

9   Q.   Did you have any concern that the mayor is getting

10  involved in noise complaints in your district?

11  A.   No.  On the contrary, I welcome the mayor and anyone from

12  the administration to get involved with the noise complaints

13  that I was having in my district.

14  Q.   And fair to say multiple noise complaints?

15  A.   Yes, I was receiving noise complaints from different

16  areas.

17  Q.   And after the video that we saw, Defense Exhibit 332,

18  remember that was playing through?  After that, did the music

19  tone down so that the residents were satisfied?

20  A.   Mr. Kuehne, that video was towards the end of October.

21  The music kept going on there for a long, long time until a new

22  manager came.  The plaintiffs I am told --

23  Q.   Let's not say what you're told.  So the music continued.

24  Did things change when a new manager came into town?

25  A.   Yes.

1  Q.   Okay.  Well, let me bring up to you Defense Exhibit 153.

2  This is now 2020 so we're at 2018, 2019, now 2020.

3          MR. KUEHNE:  DX 153, Your Honor, I -- if it's not in

4  evidence already, I move this into evidence?

5          THE COURT:  Granted.

6              (Defendant's Exhibit 153 Received.)

7          MR. KUEHNE:  DX 153 we'll put up on the screen.  We

8  can make it a little bit big for you.

9          THE WITNESS:  Please.

10 **BY MR. KUEHNE:**

11 Q.   You see that this is Christina Perez, same person?

12 A.   I believe so, yes.

13 Q.   Christina Perez?

14 A.   Yes.

15 Q.   September 2, 2020.  So now we're into 2020.  You're still

16 a District 3 commissioner, right?

17 A.   Yes.

18 Q.   And subject, "Against Bar next to our ALF," adult living

19 facility?

20 A.   Yes.

21 Q.   And is that the senior home that you're talking about?

22 A.   Yes.

23 Q.   That is just next or behind what's described as the bar?

24 A.   Yes.

25 Q.   And you've described that as Ball & Chain?

```
1    A.    Yes.

2    Q.    Restaurant bar and --

3    A.    Yes.

4    Q.    Did you understand where the loud music was coming from?

5    A.    It was coming from --

6          MR. GUTCHESS:  Objection.  I don't see a reference to

7    any loud music.  It seems to be a COVID social distancing

8    complaint by someone.

9          THE COURT:  Overruled.

10   BY MR. KUEHNE:

11   Q.    When let me take this back.  Independent of Defense

12   Exhibit 153 -- I'll get back to that -- where was the Ball &

13   Chain loud music coming from as you understood it?

14   A.    From the back patio area.

15   Q.    And did you understand that Code was looking at something

16   about that back patio area?

17   A.    I don't know what Code was doing at that time, but we had

18   opened up different establishments after the worst part of

19   COVID and this is what I received from Ms. Perez at that time

20   which I did not get immediately on that date.  I got it

21   sometime after.  You know, days after.

22   Q.    Okay.  So we're back on September, 2020.  Christina Perez,

23   what does she tell you?

24   A.    "We need your help.  He already started having parties.

25   Held one last Saturday.  I will provide with pictures to
```

1   support my claim.  Not respecting social distance or mask use."

2   Q.   And what did you understand the reference to "started

3   having parties," is that --

4   A.   The reference --

5   Q.   -- a reference to Ball & Chain?

6   A.   Correct.

7   Q.   Okay.  And as a District 3 commissioner, was it your duty

8   and responsibility to receive citizen comments like this?

9   A.   Yes.

10  Q.   And what -- in connection with your duties and

11  responsibilities, what did you do with regard to this citizen

12  complaint?

13  A.   We would request that the administration to look into it

14  time and time again, and I purposely expressed that to members

15  of the administration that I received complaints or my staff

16  did.

17      And in this particular case, after I received it in my

18  hands which was sometime after that date, I called

19  Ms. Christina Perez myself.

20  Q.   Okay.  So you followed up with your constituent?

21  A.   Yes.

22  Q.   Now you can take that down.  With regard to that noise and

23  the complaints about the noise at Ball & Chain, you mentioned a

24  patio area.

25  A.   Yes.

```
 1  Q.   Did you, as District 3 commissioner, have a concern about
 2  music coming from the patio area?
 3  A.   I certainly did.
 4  Q.   What was the concern?
 5  A.   Well, the concern was that, one, it wasn't allowed to
 6  operate after 11:00 p.m. which is in total violation of city
 7  ordinance in the city.
 8       Two, from what information I was being given, I was told
 9  that they didn't have any permits to have anybody back there
10  whatsoever to serve liquor, to have music, anything.
11  Q.   Did you have an expectation that city administration would
12  do what it's supposed to do to follow up on that concern?
13  A.   That's all that I could do.
14  Q.   Did you target Ball & Chain because of that citizen --
15  those citizen's concerns?
16  A.   No, I did not.
17  Q.   Now, you were asked some questions, do you remember, you
18  know who Adele Valencia is, right?
19  A.   Yes.  She was the -- up to this time, the third Code
20  Enforcement Director that we have had since I had come in.
21  Q.   And you were -- a video was played of Adele Valencia at a
22  public City Commission meeting.
23  A.   Yes.
24  Q.   And remember some questions about that?
25  A.   Right.
```

```
 1    Q.   And I think she was introduced on the video, just to set
 2    the question stage, as a lawyer and Code Director?
 3    A.   Yes.
 4    Q.   And you had -- as the city commissioner for District 3,
 5    were you entitled to address her, question her, talk to her
 6    from the dais?
 7    A.   Yes, I certainly was.
 8    Q.   Is that in the regular course of what commissioners do?
 9    A.   Yes.
10    Q.   And did you treat her in any way that was illegal?
11    A.   No.
12    Q.   Did you have other interactions with her?
13    A.   At that meeting or after the meeting?
14    Q.   Other times.  You knew who she was.  Did you have any
15    other --
16    A.   Yes, yes, yes, I did.
17    Q.   You were asked some questions about -- and I think the
18    phrasing of the question was getting her out of bed at 11:30 at
19    night, waking her up and taking her away from the family.  Do
20    you remember those questions?
21    A.   Yes.  I remember that was asked of me.
22    Q.   Is that anything close to what happened?
23    A.   No.
24    Q.   So can you tell the jury, you did have a phone
25    conversation with her, right?
```

1    A.    Yes, a very brief phone conversation.

2    Q.    Tell the jury about that.

3    A.    Well, I had read Ms. Christina Perez's letter days after

4    she had sent that email.  I don't know if the day before I read

5    it or, you know, during that time.  The night that I called

6    Adele, the music was blasting even louder than it usually

7    blasted at night, and you could hear it from there.

8    Q.    Let me stop you.  Did you know that from your own ears?

9    A.    Absolutely.  I lived approximately a block and a half

10   straight -- almost a straight line from Ball & Chain and my 93

11   year old mother that had dementia that I took care of with my

12   wife got awoken.  She couldn't sleep.  She was all nervous

13   with it.

14        And, you know, I kind of had enough.  I mean, I had to

15   live -- that they claim that I'm this powerful commissioner.

16   Well, this so-called powerful commissioner had to be concerned

17   and scared and couldn't even call a complaint for his

18   residents.  But that night, I had enough and I called the

19   manager.

20        I couldn't get ahold of Mr. Noriega and I called Adele.

21   What time it was, I don't remember what time it was, but I

22   don't think it was as late as he says.  He's claims it's 11:30

23   and we'll stop at that.

24   Q.    And without telling us what Adele Valencia said, what was

25   your understanding of her reaction?

```
 1   A.   Her reaction was very polite.  She says she was sending --
 2   was going to send a Code Enforcement officer to see it it.
 3   Q.   Any problem with that interaction?
 4   A.   None.
 5   Q.   By the way, you mentioned that the city manager was not
 6   contactable so you contacted the director.
 7   A.   Yes.
 8   Q.   Was that your understanding of the chain of command
 9   authorized by the manager if the manager was not around?
10   A.   Well, frankly, I could have contacted her directly.
11   There's nothing in the Charter that says I could not, but I
12   thought that I should contact the manager first.
13   Q.   Okay.
14   A.   When I couldn't get ahold of him, I contacted Ms. Valencia
15   and she didn't seem like she was awakened or anything else.
16   Q.   And when that episode happened, that was videotaped where
17   you're -- by the way, when you're on the dais talking to her,
18   were you happy with the job she was doing?
19   A.   I don't understand.  That day?
20   Q.   Ms. Valencia has a conversation with you.
21   A.   Yeah.
22   Q.   The jury saw the video taken of the commission meeting.
23   A.   Yes.
24   Q.   Were you happy with her, her performance?
25   A.   She had just started days before, so I really couldn't
```

1    judge her performance if it would good or bad at that point in

2    time.  It wouldn't have been fair.

3    Q.   As a commissioner, are you allowed at the public meeting

4    on the dais, to inform administration of what your expectations

5    are for your district?

6    A.   Yes.

7    Q.   Is that allowed?

8    A.   Yes.

9    Q.   Do all the commissioners do that?

10   A.   Yes.

11   Q.   And was there any part of that interaction that I think

12   the question was you broke her down to tears.  Is there any

13   part of that that actually happened?

14   A.   No, I mean, we all saw the video.  I was as gentle and

15   polite with her as I could be and respectful, but I had to ask

16   questions that I had an obligation and a right to do.

17         Particularly when the information I received was that the

18   city manager had forced HR to hire her, even though she didn't

19   meet the qualifications for what we had for Code Director.

20   Q.   Well, let me ask you, she was a lawyer, right?

21   A.   Yes.

22   Q.   Did you express on the video a concern that although a

23   lawyer, and probably a really good one, code was not her area?

24   A.   I did.  And I apologize to all attorneys here, but just

25   because you're an attorney doesn't mean that you're qualified

```
 1   for every other job.
 2   Q.   Okay.
 3            THE COURT:  Also 30 minutes remaining.
 4            MR. KUEHNE:  Yes, Judge.  Thank you.
 5   BY MR. KUEHNE:
 6   Q.   Now, as part of your duties with the -- with District 3,
 7   did you have occasion to gather information about what
 8   businesses there actually are in the business strip, the Calle
 9   Ocho business strip, and then what residences surround those?
10   A.   I'm sorry, I didn't quite understand the question.
11            MR. KUEHNE:  Let me pull up Plaintiffs' Exhibit 45,
12   Plaintiffs' Exhibit 45.  My notes reflect this is in evidence.
13            MR. GUTCHESS:  We have no objection to our own
14   exhibits.
15            THE COURT:  All right.
16            MR. KUEHNE:  Plaintiffs' Exhibit 45, if we would show
17   this up on the screen.
18   BY MR. KUEHNE:
19   Q.   So you see this email.  I'm just going to tell you --
20   first, we'll make it big in just a minute.  Plaintiffs' Exhibit
21   45 in evidence.  Jose Suarez, May 1, 2018, to Miro and Richard
22   Blom.  Do you see that?
23   A.   I see an Exhibit 45, but I can't read it.
24   Q.   Okay.  We'll make it so you can read it.
25   A.   Okay.
```

```
 1   Q.   So you see it?

 2   A.   Yes, from Jose Suarez.

 3   Q.   Why don't you read it.  Steven --

 4   A.   Steven:  We need to pull a mailing list of business and

 5   residents from 17th Avenue to 4th Avenue on 8th Street and

 6   residents along SW 7th Street, along SW 7th and 9th Street

 7   between the avenues mentioned.  Please try to get this list by

 8   Friday or provide an update as soon as possible as to when we

 9   can expect the list.

10   Q.   Is this something that you did, or caused to be done in

11   serving the public doing your job in District 3?

12   A.   Mr. Kuehne, you know in all practice, I don't remember

13   this, but that would be something normal, that we tried to get

14   a list to inform residents or business in particular that area.

15   Q.   And is a mailing list of all business and residents from

16   that described area, is that targeting Fuller and the

17   plaintiffs' properties?

18   A.   Absolutely not.  It's a huge area that we were asking for.

19   Q.   And were you doing that to try to do some work with your

20   district?

21   A.   Yes.  I'm sure that's the only reason that it could have

22   been.

23   Q.   Okay.  Let me go to -- we were kind of moving along in the

24   time line.  Let me go to February 14, 2019.  February 14, 2019.

25        Just to alert you, there's been testimony already.
```

1  You were examined about a Commission meeting on February 14,
2  2019?
3  A.   Yes, sir.
4  Q.   And I'm going to ask you about some of that and show some
5  of the excerpts from Defense Exhibit 360.  I believe that's in
6  evidence, and also Plaintiffs' Exhibit 121 which is a
7  transcript of that meeting.
8      But let me ask you first, did that meeting involve a
9  noticed -- public noticed presentation of what was going to be
10 done?
11 A.   In every meeting, there has to be an agenda on what's
12 going to be done.
13 Q.   So this was agenda-ed?
14 A.   It was agenda-ed.
15 Q.   What part of the agenda did you want to address the topic?
16 A.   I don't remember what part of the agenda it was in, but it
17 was addressed that day.
18 Q.   Okay.  And did it have to do with activity in your
19 district as well as other districts?
20 A.   I mentioned other problems that I had been made aware of
21 with code enforcement in other districts.
22 Q.   Had you, in preparation for February 14, 2019, gathered
23 information so that you could be productive at that meeting?
24 At the Commission meeting?
25 A.   Yes, and that I would have the facts and not misspeak on

1    anything.

2    Q.   Okay.  At that meeting, Commission meeting and others, is

3    it your intention to be as prepared as you reasonably can?

4    A.   Yes.

5    Q.   And are you allowed to speak your position as a city

6    commissioner?

7    A.   Yes.

8    Q.   And if that position includes criticizing the work of the

9    manager and the administrative function, are you allowed to do

10   that?

11   A.   Yes.

12   Q.   And are the other commissioners allowed to?

13   A.   Yes.

14            MR. KUEHNE:  So let me go to Defense Exhibit 360.

15   That's a video of the official commission meeting.  And I'm

16   going to ask you to go at about 217:53.  I think those are the

17   dates.  Let's look for this on the screen.  I think we're

18   pretty close.  Let's play it.

19                         (Video played.)

20   **BY MR. KUEHNE:**

21   Q.   Let's stop.  Are you speaking to the city manager now?

22   A.   I believe so.

23   Q.   Okay.  Let's continue.

24                         (Video played.).

25            MR. KUEHNE:  Stop.

1    **BY MR. KUEHNE:**

2    Q.   Does the city manager say, yes, he remembers the container

3    you're talking about?

4    A.   Yes.  I believe he said there:  "Yes, sir, I do."

5    Q.   Were you referring here to the Sanguich container?

6    A.   I am.

7    Q.   And had you had an ongoing concern about the container

8    along your --

9         MR. GUTCHESS:  Objection.  Leading.

10        MR. KUEHNE:  Strike that.

11   **BY MR. KUEHNE:**

12   Q.   Had you expressed any concern about that?

13   A.   Well, let me clarify that the whole Sanguich matter had

14   been resolved much, much before this meeting, I believe.

15   Q.   It was already resolved?

16   A.   Yes.  I was bringing these issues up as historical so that

17   the Commission could understand it, the administration could

18   understand what had been happening, but those were historical

19   issues that I was bringing up in showing things that had

20   happened and a lot of them didn't make sense.

21   Q.   Okay.  All fact?

22   A.   All fact.

23   Q.   So let's continue.

24                          (Video played.)

25        MR. KUEHNE:  We can stop at this point.

```
 1   BY MR. KUEHNE:
 2   Q.   Commissioner Carollo, when you're offering that
 3   information on the dais, are you correct?
 4   A.   Absolutely.
 5           MR. GUTCHESS:  Objection.
 6           THE WITNESS:  Yes.
 7   BY MR. KUEHNE:
 8   Q.   Did the manager agree you?
 9   A.   He certainly did on that time.
10   Q.   And you had said that the Sanguich container had been
11   removed from the property, right?
12   A.   Well, I don't know if I said that right there, but the
13   Sanguich container had been removed already --
14   Q.   Let's pull up --
15   A.   -- many, many months before.
16           MR. KUEHNE:  Let's pull up Defense Exhibit 125.
17   BY MR. KUEHNE:
18   Q.   Did you order the food truck Sanguich to be removed from
19   the property for that business to be closed down?
20   A.   No, I did not.
21           THE COURT:  Is 125 in evidence?
22           MR. KUEHNE:  Yes, Your Honor.
23           THE COURT:  Okay.  You may publish.
24           MR. KUEHNE:  Defense Exhibit 125.
25
```

 1   **BY MR. KUEHNE:**

 2   Q.   So let me show you this.  February 26, 2018, so this is a

 3   year earlier.

 4   A.   Yes.

 5   Q.   Bill Fuller to Emilio Gonzalez, February 26, 2018.

 6   A.   Can it be enlarged so I can see it?

 7   Q.   It will be.  You've seen this before.  It's in evidence.

 8   A.   Okay.

 9   Q.   Let me read this to you.  "My company owns the property

10   located at 1641 SW 8th Street.  A tenant at the property,

11   Sanguich de Miami, was operating under Special Event Permit

12   18-000 which was approved by the various city departments on

13   January 6, 2018.  It has been brought to our attention that the

14   Special Event Permit has now expired.  As such, we have

15   informed Sanguich de Miami that they must vacate the property

16   due to the expiration of the Special Event Permit.  Sanguich de

17   Miami may not operate from the premises and we have asked that

18   they vacate immediately."

19        What's your understanding of who ordered Sanguich to

20   leave?

21   A.   According to this email, it's Mr. Fuller.

22   Q.   And did Sanguich leaving have anything to do with

23   retaliation against Fuller or Fuller's companies?

24   A.   No.

25             MR. KUEHNE:  Let me ask you to pull up Defense

```
 1   Exhibit 15.  I don't think that one's in evidence yet.  It's
 2   the next day.  2-27-18.  Defense Exhibit 15.
 3            MR. GUTCHESS:  Yeah, we object to hearsay.  Hearsay
 4   and lack of foundation.
 5            MR. KUEHNE:  This page, Your Honor, and the next page
 6   would be pertinent.
 7            MR. GUTCHESS:  Again, they could have brought
 8   Mr. Cohen in to testify.
 9            THE COURT:  What's the next page?
10            MR. KUEHNE:  And the next page.  Your Honor, looking
11   at that Bill of Lading, Box 3.  And I'll lay a foundation.
12            THE COURT:  What's the foundation?
```

**BY MR. KUEHNE:**

```
14   Q.   Commissioner Carollo, you see this document, Defense
15   Exhibit 15?
16   A.   Yes.
17   Q.   Did you receive this at your official District 3 city hall
18   office?
19   A.   I did, yes.
20   Q.   And did you receive this in the course of your duties and
21   responsibilities as city commissioner of District 3?
22   A.   I did.
23   Q.   And did it pertain to the topic we're just talking about
24   right now?
25   A.   It certainly did.
```

1    Q.   And is this a record maintained by the City of Miami

2    District 3 of official communications dealing with matters in

3    your district?

4    A.   Yes.

5    Q.   And does it appear to be true and accurate?

6    A.   Yes.

7              MR. KUEHNE:   Your Honor, I move the admission of

8    Defense Exhibit 15.

9              MR. GUTCHESS:   Objection.  Still contains hearsay

10   within hearsay.  They could have called this gentleman to

11   testify.

12             THE COURT:   I understand.  The objection is

13   sustained.

14             MR. KUEHNE:   Your Honor, it's not being offered for

15   the truth.

16             THE COURT:   I understand.  The objection is

17   sustained, counsel.

18   **BY MR. KUEHNE:**

19   Q.   Following the notice of removal by order of Fuller, did

20   you have any communication as a followup to the Sanguich

21   removal?

22   A.   Yes.  I received from an individual that claimed to be a

23   partner of them -- theirs that had put up the money apologizing

24   to me --

25             MR. GUTCHESS:   Objection.  Calls for hearsay.

```
 1              MR. KUEHNE:  Don't tell us what was said.

 2              THE COURT:  Sustained.

 3    BY MR. KUEHNE:

 4    Q.   Did you have an understanding from that interaction that

 5    the city's concerns about Sanguich being illegal were accurate?

 6              MR. GUTCHESS:  Objection.

 7              THE WITNESS:  Yes.

 8              THE COURT:  Wait, what's the grounds?

 9              MR. GUTCHESS:  It calls for hearsay.

10              THE COURT:  Overruled.  You can answer that question.

11              THE WITNESS:  Yes.

12    BY MR. KUEHNE:

13    Q.   Let me continue on Defense Exhibit 360, that's that that

14    same video.  Now we're going to move to later in the meeting,

15    410:57 to around 411:33.

16                        (Video played.)

17              MR. GUTCHESS:  I'm going to object, Your Honor, to

18    the hearsay coming in through the video.

19              THE COURT:  Overruled.

20                        (Video played.).

21              MR. KUEHNE:  We can stop at this point.

22    BY MR. KUEHNE:

23    Q.   In your role as District 3 commissioner, were you

24    reporting information to administration?

25    A.   Yes.
```

```
 1   Q.    Are you allowed to do that?
 2   A.    Yes.
 3   Q.    Did you direct that administration do anything?
 4   A.    No.
 5   Q.    Were you entitled to bring this information to
 6   administration?
 7   A.    Absolutely.
 8   Q.    At a public meeting?
 9   A.    Yes.
10   Q.    Not done secretly?
11   A.    Not done secretly.  It was very, very public.
12   Q.    And is that what you did, and tried to do at City
13   Commission meetings, all the different City Commission meetings
14   that have been shown or referred to on video?
15   A.    I tried my best to do that.
16   Q.    And on some of those videos, do you see other
17   commissioners doing much the same?
18   A.    Yes, that's what they're supposed to do.
19   Q.    Do you always agree with what the other commissioners have
20   to say?
21   A.    Sometimes.  Sometimes not.
22   Q.    Did they always agree with what you have to say?
23   A.    Sometimes.  Sometimes not.
24   Q.    How are you able to get anything done at least with regard
25   to the videos that we've seen as a city commissioner when the
```

```
 1   Commission acts on the dais?
 2   A.   Well, the only way that you could get anything
 3   accomplished is by a majority of the Commission through a
 4   resolution or through an ordinance, et cetera.
 5   Q.   Do you have any ability to do it by yourself?
 6   A.   No.  The prime example is that same meeting that's been
 7   proffered here already, that what I wanted was for this to be
 8   investigated by outside agencies and the Commission didn't
 9   agree with me.
10        I wasn't the one that asked for the task force to be put
11   together and to go to different places and check for numerous
12   things that were checked.  It was Commissioner Hardemon that
13   put that motion, seconded by Commissioner Reyes.  I was
14   overruled by the Commission for what I wanted, so I voted for
15   what they put down that they wanted.
16   Q.   And is that the way the public political governing process
17   works?
18   A.   Yes, it is.
19   Q.   Do you try to persuade your commissioners of your
20   position?
21   A.   Yes, and they tried to persuade me and the other
22   commissioners.  Sometimes it succeeds, sometimes you do not.
23   Q.   And do you listen and learn from what the other
24   commissioners say?
25   A.   Yes, very much so.
```

```
 1   Q.   And how about --

 2             THE COURT:  Also five minutes remaining.

 3             MR. KUEHNE:  Yes, Judge.

 4   BY MR. KUEHNE:

 5   Q.   Let me ask you a couple other things.  Steve Miro worked

 6   for you, right?

 7   A.   For approximately six months.

 8   Q.   And he was terminated?

 9   A.   He was terminated, yes.

10   Q.   And who made the decision to terminate him?

11   A.   The decision was made as I think was proffered here by

12   Mr. Blom.  However, I'm the one since I was the district

13   commissioner that had to sign it to make it official.

14   Q.   And did you have an understanding of why Chief Blom was

15   terminating him?

16   A.   He was very specific in what he told me that --

17             MR. GUTCHESS:  Object to hearsay.

18             THE COURT:  Sustained.

19   BY MR. KUEHNE:

20   Q.   Okay.  What was your understanding of the decision to

21   terminate your staff member?

22   A.   That I would be putting the office, him, myself in harm's

23   way legally if we did not terminate him because if something

24   happened with one of the females that worked at the office

25   because of Miro and we had not acted upon it, we will liable.
```

```
 1    Q.   Did you have any role whatsoever in what Tanjha Quintana
 2    told Chief Blom about unacceptable conduct by Miro?
 3              MR. GUTCHESS:  Objection.  There's been no testimony
 4    that Quintana said anything to Blom.
 5              THE COURT:  Overruled.  He can answer.
 6              THE WITNESS:  No, not at all.
 7    BY MR. KUEHNE:
 8    Q.   Are you aware that Quintana, Tanjha Quintana, for purposes
 9    of Chief Blom's decision, wrote a document to Chief Blom
10    setting out her concerns about Miro?
11    A.   That's my understanding, yes.
12    Q.   Did you even have any contact with Tanjha Quintana about
13    Miro getting terminated?
14    A.   No.
15    Q.   I'm going to put up -- have you seen her report to Blom?
16    A.   Mr. Kuehne, I don't remember if at some point I saw it or
17    not.
18              MR. GUTCHESS:  Your Honor, I'm going to object to
19    hearsay.
20              THE COURT:  Wait --
21              MR. KUEHNE:  I haven't put it up yet.
22              THE COURT:  Go ahead.  It's overruled.
23    BY MR. KUEHNE:
24    Q.   Was that report kept as part of the records City of Miami
25    Commission District 3 pertaining to the duties and
```

1    responsibilities of office?

2    A.   Yes, we had to keep all those records.

3    Q.   And is that document -- I'm going to show you DX 672 -- a

4    true and accurate copy of a potential record of the City of

5    Miami kept and maintained for purposes of District 3?

6    A.   Well, once I see it and if I can identify it, I'll answer.

7    Q.   Do you see this?  Do you see a date?

8    A.   There's a date of June 8, 2018.

9    Q.   And then you see -- let's go all the way to the bottom.

10   All the way to the bottom.

11   A.   Yes.

12   Q.   Do you see a little signature?

13   A.   Yes.

14   Q.   Okay.  And then there's a Bates number on it?

15   A.   Yeah.

16   Q.   000257?

17   A.   Yes.

18   Q.   Is this a document that you understand to have been

19   prepared at that time by Tanjha Quintana?

20   A.   To the best of my recollection, I recognize it.

21   Q.   And given to Chief Blom?

22   A.   Correct.

23          MR. KUEHNE:  Your Honor, I'd move to --

24   Q.   And kept as a record of the City of Miami?

25          MR. GUTCHESS:  I'm going to object, Your Honor.

1    Hearsay.  Not only that, but Ms. Quintana was in court.  They

2    could have asked her about it.  They chose not for obvious

3    reasons.

4              THE COURT:  The objection is sustained.

5    **BY MR. KUEHNE:**

6    Q.   And did you have anything to do whatsoever with Quintana

7    telling Blom about Miro's misconduct?

8    A.   No.

9    Q.   Did you have any meeting with Tanjha Quintana to cook up

10   some claims about Miro?

11   A.   No.

12   Q.   Were the claims by Ms. Quintana and the staff against Miro

13   accurate, as far as you know?

14   A.   Yes.

15   Q.   And were those -- by the way, did you have any meeting

16   with Quintana about falsifying testimony under oath?

17   A.   No.

18   Q.   Did you have anything to do with Quintana testifying under

19   oath at the Civil Service Board about the same misconduct that

20   she reported to Blom?

21   A.   No.

22   Q.   Did you have any role whatsoever in Quintana giving false

23   information about anything on any occasion?

24   A.   No.

25             THE COURT:  One minute remaining.

1   **BY MR. KUEHNE:**

2   Q.   Fair to say that as a commissioner, you are a demanding

3   taskmaster?

4   A.   I don't understand the question.

5   Q.   You're pretty firm as a commissioner?

6   A.   Yes, I guess you could say that.

7   Q.   You expect people to do their job?

8   A.   I do.

9   Q.   You expect people to follow through and follow the law?

10  A.   Yes.

11  Q.   Did you try to do that in connection with your Morris Lane

12  property?

13  A.   Yes.

14  Q.   When a violation -- by the way, what was that violation on

15  your Morris Lane property?

16  A.   The violations that were placed was on three carports that

17  were wooden, and I already testified that they were built way

18  before I bought the house.  I just repaired the roof.

19  Q.   Any life safety issues?

20  A.   There was none.  In fact, that when -- that lasted there,

21  those carports, from many different hurricanes.

22  Q.   When that violation was served on you, did you follow the

23  rules and do all the things that good citizens are supposed to

24  do?

25  A.   I did what I'm supposed to do.  I could have either tried

1  to go to the city and get a permit after the fact.  I did not

2  do that because it was an old structure and frankly, I should

3  have taken it down much before because it wasn't attractive

4  anymore.  So I decided to take that down fully.

5  Q.   Did you, at any time as city commissioner, weaponize Code

6  Enforcement against Fuller and Fuller's properties?

7  A.   No, Mr. Kuehne.

8  Q.   Fuller's companies?

9  A.   No, Mr. Kuehne.

10 Q.   Did you at any time retaliate against Fuller or frankly,

11 anybody for how they voted?

12 A.   No.

13 Q.   Or who they supported?

14 A.   No.  There's no one other than the plaintiffs, no one

15 other than them that have made any allegations that I've done

16 anything against them because they supported my opponent.

17 They're the only ones that I know of in all of Miami.  No one

18 else has popped up.

19 Q.   I want to ask you about Fuller.  Same about Martin

20 Pinilla?

21 A.   Correct.

22 Q.   The plaintiffs.  And do you even care how they voted?

23 A.   That's their prerogative.  We live in America, sir.

24 Q.   Do you even care who they supported or didn't support?

25 A.   Again, that's their prerogative.  So many people that

```
1    didn't support me in that election that now support me and are
2    friends of mine, and I didn't hold anything against them.  As I
3    stated before, politics is the art of trying to bring as many
4    people as you can towards you.
5    Q.   As the District 3 commissioner, do you expect the
6    businesses and the residents to do their best to follow the
7    rules?
8    A.   Yes.
9    Q.   And do most businesses and residents in your district,
10   including the Calle Ocho business district, follow the rules?
11   A.   Look, I don't have a crystal map of what everybody does.
12   But from what my understanding is, most try very hard to follow
13   the rules.  And from what I've seen in all my years in
14   government, there's never been anyone like the plaintiffs of
15   thinking that the rules are for everybody else but not for
16   them, and they could do what they please.
17   Q.   And when other business owners get cited for code
18   violations and the like, what's your understanding of the
19   typical response in your district?
20            MR. GUTCHESS:  Objection.  Foundation.
21            THE COURT:  All right.  Sustained.  Also, Mr. Kuehne,
22   this Court has allowed more than enough time beyond what's
23   required.
24            MR. KUEHNE:  Yes, Your Honor.  I'll close.
25
```

```
 1   BY MR. KUEHNE:

 2   Q.   Commissioner Carollo --

 3   A.   Yes.

 4   Q.   -- did you target the plaintiffs?

 5   A.   No.

 6   Q.   Did you retaliate against the plaintiffs?

 7   A.   No.

 8   Q.   Did you act on their First Amendment political

 9   involvement?

10   A.   No.

11   Q.   What has been the reason for your insistence on Code

12   following the code requirements in your district?

13   A.   My protection of the residents of my district for their

14   safety, tranquility, health and welfare in my district.  When I

15   have many residents that couldn't sleep because of the music,

16   of cars rushing through their streets to park in residential

17   areas that they had no purpose and were not allowed to do,

18   those were concerns.  When I'm slowly finding out that

19   there's --

20        MR. GUTCHESS:  Object to the narrative, Your Honor.

21        THE COURT:  Sustained.  We're going to move forth

22   with recross, if any.

23        Thank you, Mr. Kuehne.

24        MR. KUEHNE:  Yes, Your Honor.  Your Honor, last

25   question.
```

1   **BY MR. KUEHNE:**

2   Q.   What happened when you stood for reelection?

3   A.   I won by approximately 65 percent of the vote.

4            MR. KUEHNE:  Thank you.  Your Honor, I have no

5   further questions.

6            THE COURT:  Thank you, sir.

7            THE WITNESS:  Your Honor, just before we start, I've

8   been drinking a lot of water.  Can I --

9            THE COURT:  I understand.

10           THE WITNESS:  Can I go to the restroom?

11           THE COURT:  Well, in that case, we'll just go to

12  lunch now.  Ladies and gentlemen, do not discuss this case with

13  anyone.  Do not formulate any opinions.  We'll see everyone

14  back here at 12:50, all right?  Thank you.

15           THE COURT SECURITY OFFICER:  All rise for the jury.

16             (Thereupon, the jury exited the courtroom

17               and the luncheon recess was taken.)

18                           - - -

19

20           FRIDAY AFTERNOON SESSION, MAY 5, 2023

21                      PROCEEDINGS

22             (Call to the Order of the Court.)

23                    (juryhere.ecl)

24           THE COURT:  All right.  The members of the jury are

25  all present and accounted for.  You may be seated.

```
 1              As far as the update, ladies and gentlemen, GSA has
 2   given us clearance to reopen in Fort Lauderdale.  So on Monday,
 3   we will be resuming operations on Monday at 9:00 a.m.  All
 4   right?  Thank you.
 5              THE WITNESS:  Your Honor, may I step forward?
 6              THE COURT:  Yes, sir.  Please.
 7         Mr. Gutchess, you may proceed.
 8              MR. GUTCHESS:  Thank you, Your Honor.
 9                             -  -  -  -  -
10              RECROSS EXAMINATION OF JOE CAROLLO
11   BY MR. GUTCHESS:
12   Q.   Good afternoon, Mr. Carollo.
13   A.   Good afternoon, Mr. Gutchess.
14   Q.   You were talking about your phone call to Adele Valenica
15   at 11:30 on a Saturday night, and I just want to show you an
16   email she sent after that to refresh your recollection as to
17   the date and time, if I may?
18   A.   Okay.
19   Q.   Do you see where she writes, who's Supervisor Haines?
20   A.   Could I ask you if you could enlarge that so I can read
21   it, please?
22   Q.   Yes.
23              MR. KUEHNE:  Mr. Gutchess, could you tell us what
24   exhibit is this?
25              MR. GUTCHESS:  We don't have an exhibit number.  We
```

```
 1   just pulled it up after his testimony.
 2              MR. KUEHNE:  No exhibit number.
 3              MR. GUTCHESS:  No.
 4              THE WITNESS:  There are two issues here.  Which one
 5   do you want me to direct?
 6   BY MR. GUTCHESS:
 7   Q.   The one on October 9th, bottom email.
 8   A.   Okay.  It says:  "Commissioner Carollo just called again
 9   to say that the music from Ball & Chain is blasting and can be
10   heard from the street away from the establishment.  Best, Adele
11   Valencia, Director."
12   Q.   And what is the date of that?
13   A.   The date of that is October 9, 2020.
14   Q.   And does that accurately reflect your call to Ms. Valencia
15   at 11:30 on October 9, 2020?
16   A.   The only call that I remember that I made to her was one
17   call on apparently that's the date, October 9th.  I don't
18   remember exactly, but that's what she has down so that has to
19   be the date.
20   Q.   Okay.
21   A.   And the time that she sent it was 11:36.  I don't know if
22   that's the time that I called, or is the time that she sent
23   that email to the Code Enforcement Officer Haines.
24              MR. GUTCHESS:  All right.  Your Honor, may we publish
25   and introduce into evidence and publish to the jury?
```

```
 1                 THE COURT:  Any objection?

 2                 MR. KUEHNE:  No objection, Your Honor.

 3                 THE COURT:  All right.  It's admitted.  Also which

 4      exhibit, which number?

 5                 MS. SUAREZ:  577.

 6                      (Plaintiffs' Exhibit 577 Received.)

 7      BY MR. GUTCHESS:

 8      Q.   Mr. Carollo, do you see where she writes that you just

 9      called again to say the music from Ball & Chain is blasting?

10      A.   Yes.  It says Commissioner Carollo just called again.  The

11      one on top that seems to be joined, says that talking about a

12      situation earlier in the night.

13      Q.   Yeah.  That's the next day on the 10th, right?

14      A.   I don't know.  I can't tell.  You've got them together so

15      I thought that was on the same date.

16      Q.   Yeah.  You see down in the bottom, it's Friday.  That's at

17      Friday night, October 9th?

18      A.   It was either Friday or Saturday.  I don't remember.

19      Q.   On the 10th, the next day, it refers to a joint inspection

20      conducted by police, fire and myself?  That seems to be

21      something else that happened the following day, right?

22      A.   I don't know what that was.

23      Q.   But going back to the October 9th email --

24      A.   Yes.

25      Q.   Let's show -- bring up the testimony from this morning.
```

1    Commissioner Carollo, sometimes, you know, in the heat of the
2    moment, writing notes, I don't get it exactly right so I pulled
3    up the transcript --
4    A.   Nobody does, sir.
5    Q.   -- from this morning.  And do you see here where you're
6    saying that you had just read -- you're talking about this call
7    to Adele Valenica.  Do you see that, the 11:30 at night call?
8    A.   Which part would you like me to address?
9    Q.   Starts up at 11:04 this morning, you were asked a question
10   by your counsel about the call at 11:30 --
11   A.   Yes.
12   Q.   If you go down to 11:05:22 in which you stated to the
13   jury:  Well, I had ready Ms. Christina Perez's letter days
14   after she had sent that email.  I don't know if it was the day
15   before I read it or, you know, during that time and then the
16   night that I called to tell her the music was blasting even
17   louder than it usually blasted at night and you could hear it
18   from there.  Do you see that?
19   A.   Yes.
20   Q.   Now that's not true, is it, because Ms. Christina Perez's
21   letter was nowhere near in time and relation to your call to
22   Ms. Adele Valencia.
23   A.   That's exactly what I'm saying there.  That I had received
24   Ms. Christina Perez's letter days before.  I don't know how
25   many days before I read it.

```
 1   Q.   So let's take that down and let's show Ms. Christina

 2   Perez's letter.  This is Defense Exhibit 598.  Do you see that

 3   that is dated February 28, 2019?

 4   A.   Yes, but this is not the same letter that I was referring

 5   to.  There was another letter that was brought out.

 6   Q.   Okay.  Do you want to pull up the other letter?  The COVID

 7   letter?

 8   A.   The one September something.

 9   Q.   Okay.  Then I'm not aware of that.  So --

10   A.   Well, it was shown here before, sir.  That's the one that

11   I was describing and talking about.

12   Q.   Okay.  We'll, I'll take a look at that.

13   A.   Okay.

14   Q.   But you testified about some issues that you had

15   highlighted in your campaign, right?

16   A.   I don't know what you're talking about.  If you can

17   explain.

18   Q.   Well, when you were running for commissioner, what were

19   some of the issues that you ran on?

20   A.   Okay.  So you're talking about the issues that I spoke to

21   the public on?

22   Q.   Yeah.

23   A.   They were a variety of issues.  Many that included the

24   quality of life in the neighborhoods.  We spoke from issues on

25   housing that were quite needed.  We spoke on issues related to
```

1   quality of life with police presence.  We spoke on issues of

2   quality of life with homeless encampments.  We spoke about

3   generally issues that would affect the quality of life of the

4   residents of the area, among many others.

5   Q.   Right.  And you actually made a proposal on the homeless

6   issue, right?

7   A.   When you say that I made a proposal, what are you

8   referring to, sir?

9   Q.   Well, from the dais, you proposed a program called Adopt

10  the Homeless program, right?

11  A.   We proposed numerous programs.

12  Q.   Right.  And then you proposed one -- a specific one called

13  Adopt the Homeless, and that was you were asking homeowners to

14  invite the homeless into their homes, right?  That was your

15  proposal how to deal with the homeless situation, correct?

16  A.   No, that was part of my comprehensive plan on how to deal

17  mainly with the homeless situation.  If there were people out

18  there, like in other cities that have done that, we were trying

19  to create and adopt the homeless, that they could either bring

20  them to their home or help them in some fashion.

21  Q.   And one of your statements --

22  A.   That was only part of a comprehensive plan.

23  Q.   But you did have specific Adopt a Homeless program, right?

24  A.   Yes, sir.  Like other cities in America have established.

25  Q.   To invite them into your home, and you actually said and I

1  quote -- I can show you the video if we need to -- where you

2  said:  Maybe in your front yard you could get a tent, and have

3  a homeless adopted there?  You said that publicly?

4  A.  Yes.  I don't know what has to do with this case.

5  Q.  You thought that that was a good program to address

6  homelessness?

7  A.  Well, sir, if people had sufficient yardage in their front

8  yard or in their back and they were willing to help and be

9  maybe with a homeless, I think it would be much better they

10 would much prefer to be in the front yard or in the backyard of

11 someone's residence than be just thrown out in a sidewalk

12 somewhere.

13 Q.  You, yourself, said you would not participate -- you would

14 not adopt a homeless yourself, right?

15 A.  I could not participate, sir, frankly, because I had my

16 mother to deal with and with everything else that I had, I just

17 don't have to time to be able to do something like that.

18 Q.  You also proposed a warehouse in Virginia Key to send the

19 homeless there, right?

20 A.  A warehouse?

21 Q.  Yeah.  Well, you proposed sending the homeless to Virginia

22 Key?

23 A.  No, no, sir.  I didn't propose a warehouse.

24 Q.  But you proposed sending them to Virginia Key where the

25 wastewater treatment plant is, right?

```
1   A.   Virginia Key is about 1000 acres that the City of Miami
2   owns.  In one part of it, there's a water treatment plant by
3   the county, but what we were proposing there were to build like
4   in many other parts of the country, tiny homes where homeless
5   could go to at the time and I'll tell you how it ended up
6   being --
7   Q.   Sir, sir, it was just a yes or no question.
8   A.   Yes, I proposed that.  It was adopted by the Commission.
9   Q.   You also talked about the good you've done with a park,
10  right?  It was Ferreir Park?  How do you say that, the art
11  installation?
12  A.   I don't know what you're talking about.  But, you know, I
13  improved many parks in my district.
14  Q.   What was the former mayor's name, Ferreir?
15  A.   Maurice Ferreir.
16  Q.   Ferreir.  And there's a Ferreir Park, right?
17  A.   Yes.
18  Q.   And you mentioned that in your examination about what you
19  had done with that park, right?
20  A.   I think what we talked about was that the park was named
21  after him.  I think what we discussed was the international art
22  exhibit from one of the top sculptors in the world, Jimenez
23  Deredia, that he at his expense has given some 14 or 15 of his
24  top artwork that's being exhibited as we speak today in Ferreir
25  Park.
```

```
 1   Q.   You left out that your wife was given a million dollar
 2   contract --
 3   A.   That is a total lie.
 4        MR. KUEHNE:  Objection.  Objection.
 5        THE COURT:  I sustain the objection.  Counsel, move
 6   on to something else.
 7   BY MR. GUTCHESS:
 8   Q.   Do you recall characterizing Mr. Miro as a lower echelon
 9   person?
10   A.   Excuse me?
11   Q.   Do you recall characterizing Mr. Steve Miro as a lower
12   echelon person?
13   A.   I remember mentioning something that in some of the duties
14   that he had were lower echelon.  I think we were referring to
15   the times of the campaign.
16        In other words, I was trying to describe that he was not a
17   campaign manager.  He didn't have any high position in my
18   campaign.
19   Q.   Okay.
20   A.   No way was it meant to demean Mr. Miro at all.
21   Q.   Okay.  But Miro picked you up every day and drove you
22   around, right?
23   A.   Not every day.  But he picked up, picked me up in the
24   early part quite a bit, and he drove as I went door to door.
25   Q.   And Miro was there at the Alfie Leon rally on
```

```
 1   November 18th talking with you, right?

 2   A.   What date are you saying, sir?

 3   Q.   November 18th.

 4   A.   I know Miro was there.  Now, did I see Miro when I was

 5   bringing some potential voters there, or voters there to vote

 6   or not?  I don't remember.

 7   Q.   Miro was there on Sunday, November, 19th talking with you

 8   about the Alfie Leon rally, right?

 9   A.   Miro was there on the 19th.  Again, did I see him when I

10   brought voters to vote or not?  I don't remember, sir.  He

11   might have been, but I certainly don't remember that.

12   Q.   Miro was there with you on election night, right?

13   A.   There were many people, many, many people that were there

14   with me at election night.

15   Q.   And Miro was one of them, right?

16   A.   He would mostly have been there, sir, yes.

17   Q.   You heard Mr. Diez testify about all the calls that Miro

18   made to him about Sanguich, right?

19   A.   I remember Diez rather making statements to Miro had

20   called him.  I don't know if it was in Sanguich particularly or

21   other things.  He said that Miro had called him.

22   Q.   Miro was making those calls on behalf of the District 3

23   commissioner, correct?

24   A.   Not necessarily, sir.  There might have been some things

25   that I've asked Miro to look into, but many things Miro took on
```

```
 1   his own without receiving any instructions from me.
 2   Q.   And are you --
 3   A.   You'd have to go one by one to see what I can remember.
 4   Q.   Would you say -- because we have this list of people you
 5   say are lying, are we going to have to add Mr. Diez to that
 6   list when he says that Miro was calling him repeatedly to shut
 7   down Sanguich?
 8            MR. KUEHNE:  Objection.  Form.  Foundation.  Lawyer
 9   comment.
10            THE COURT:  Sustained.
11   BY MR. GUTCHESS:
12   Q.   Do you believe Mr. Diez testified truthfully?
13   A.   I think it's been shown that in some of the statements
14   that Mr. Diez already stated, he was not truthful.  And before
15   this trial is over, if we're allowed to introduce the evidence,
16   this jury will see many other statements that he was not
17   truthful on and the connections that he had to your plaintiffs
18   going back since 2012.
19   Q.   Okay.  So we'll add him to the list of people that you
20   say were lying.
21        Let's go to the Gay 8 parade.  Miro was there at the Gay 8
22   parade for you, correct?
23   A.   Mr. Miro went there on his own.  He informed me that he
24   was there.  He was not there at my orders.  The reason that I
25   did not attend that first year, which is the only year that I
```

```
 1    missed the Gay 8, was that my elderly mother, as I've stated,

 2    depended only on my wife and me.

 3    Q.   Mr. Carollo, I didn't ask you why you didn't go.  I asked

 4    you if Mr. Miro was there.

 5    A.   Yes.

 6    Q.   And he was there on your behalf, correct?

 7    A.   He was not there on my behalf but he worked -- but let me

 8    rephrase that.  He didn't go there originally on my behalf.

 9         But when he reported to me that the Sanguich of Miami

10    container was operating illegally, he had interactions with me

11    that some of them he might have done on my behalf, inquiring

12    while he was there, if it was supposed to be closed down.

13    Q.   Do you recall when your counsel asked you if you were a

14    taskmaster?

15    A.   I don't remember that, sir.  He might have asked me.  I

16    don't know.  I don't remember.

17    Q.   Are you a taskmaster with your employees?

18    A.   When you say taskmaster, can you please describe it again?

19    How do you mean?

20    Q.   From what I took your counsel to mean is somebody who

21    orders your employees around.

22         MR. KUEHNE:  Objection.  Interpreting what counsel

23    might mean.  I'm not a witness.

24         THE COURT:  Sustained.

25
```

1  **BY MR. GUTCHESS:**

2  Q.    You keep saying Mr. Miro was doing these things on his

3  own.  It doesn't seem consistent with what I've seen.  Are you

4  or are you not a taskmaster of your employees?

5              MR. KUEHNE:  Objection.

6              THE COURT:  Sustained.

7  **BY MR. GUTCHESS:**

8  Q.    Miro was with you when Code Inspector Uriarte showed up on

9  a Saturday at the sushi restaurant, right?

10  A.    I don't remember if Miro was there or not.  I do know that

11  Miro called Code Enforcement so that they could send someone

12  and we could ascertain if whatever construction was going on at

13  that time there had permits or not.

14        And, again for the record, that it was not a property of

15  your plaintiffs, and we had no idea what was being built there

16  at the time because they didn't have any sushi or anything else

17  named.

18  Q.    We're going to come back to that.  Let's finish up here.

19  Mr. Miro was with you after being advised when the parking lots

20  being used by Ball & Chain when he told Mr. Garcia that he

21  worked for a millionaire, right?

22  A.    Mr. -- I'm sorry.

23  Q.    Mr. Miro was with you after midnight, at 1:30 a.m. on a

24  Saturday night when you were with Ms. Lugo and you got Mr. Miro

25  and his wife to come with you to inspect the Ball & Chain

```
 1   parking lots, correct?
 2   A.   Well, number one, sir, that was not a parking lot.  That
 3   was the lawn of a church.
 4   Q.   Was Mr. Miro with you or not?
 5   A.   Mr. Miro was with me on whatever night that was.  The
 6   time -- I'm not sure what time it was.  I don't think it was
 7   that late as you you're saying, but nevertheless whatever the
 8   time it was that I was there, Mr. Miro was present.
 9   Q.   Right.  You even trusted Mr. Miro to read your official
10   city emails for you and to determine what was important and
11   what wasn't, right?
12   A.   Mr. Gutchess, I had no choice during that time to have
13   Mr. Miro read the emails that were coming.  Number one, as I've
14   testified here already, then and even to this day, I don't have
15   a regular computer.  I don't have a laptop.  My skills were
16   very limited.
17        And between December and January, my time was eaten up
18   tremendously because of the trial that was an expedited basis
19   from Mr. Leon.
20   Q.   But even to this day, you still have people read your
21   emails, right?  It wasn't December and January.
22   A.   Oh, no.  Even to this day, people in my office read my
23   emails.
24   Q.   You must get some pretty extensive important emails as the
25   District 3 commissioner, right?
```

1  A.    No, it's all public record, sir.  Anybody could ask for
2  it.  There's nothing in there that I would be concerned that
3  any employee would read because at the end of the day, you, the
4  judge, the jury, anybody, all they've got to do is put a public
5  records request and they get every email that I get.
6  Q.    Mr. Carollo, I'm not saying that you need to hide
7  anything, right?  I'm saying that there's important city
8  business that somebody who's reliable has to read and determine
9  what's important or not to send to you, and you chose Mr. Miro,
10  right?
11  A.    I had no one else at the time, sir, because I could not
12  hire anyone else with what I was going through.
13  Q.    Let's talk about some higher echelon people.  I'm assuming
14  you're going to characterize Mr. Fuller as a higher echelon
15  person?
16  A.    I'm sorry, I don't understand that.  The question that
17  you're saying.
18  Q.    Well, you said and, I quote, "that I didn't know the power
19  this man had on our city and over our city until I was
20  elected."  Do you recall saying that?
21  A.    Something to that effect, yes.
22  Q.    And you're referring to Mr. Fuller, right?
23  A.    Yes.
24  Q.    And your brother was the District 3 commissioner then,
25  rights?

1    A.    Yes, he was.

2    Q.    Did Mr. Fuller have power over your brother?

3    A.    I don't think Mr. Fuller had powers over my brother, but

4    my brother --

5    Q.    It was just your brother, sir.  Did Mr. Fuller have power

6    over the Police Chief, Jorge Colina?

7    A.    I don't think he had power over Jorge Colina.

8    Mr. Colina's administrative assistant was Orlando Diez's

9    brother and I think Colina was getting bad information from

10   Orlando Diez through brother.

11   Q.    I don't know what that means, sir.  If you can just answer

12   my questions without adding a narrative.

13   A.    All right.

14   Q.    Did Mr. Fuller have power over the City Manager Emilio

15   Gonzalez?

16   A.    I don't know, sir.  I kept bringing stuff to Mr. Gonzalez

17   and Mr. Gonzalez, for whatever reason, would act upon very

18   little.

19   Q.    And you thought the city was selectively protecting

20   Mr. Fuller, right, because you were seeing them not do

21   anything?  Is that your testimony?

22   A.    My testimony is, sir, that I felt that there was selective

23   protection on Mr. Fuller.

24   Q.    I'm going to show you your testimony from May 2nd at page

25   96.

1    A.    Okay.

2    Q.    And this is talking about your first meeting with

3    Mr. Fuller when you were trying to get him to support you.  And

4    your statement was that he complained to you very strongly

5    against the City of Miami, how the city was harassing him in

6    his Tower Hotel and he had told me that they had shut him down

7    because it was an unsafe structure, right?

8    A.    Yes.

9    Q.    My question to you is if Mr. Fuller has all this power

10   over all of these city officials who are selectively protecting

11   him and not enforcing the code, why would he be complaining to

12   you in a campaign meeting that he was being harassed?

13   A.    Well, very simply because he had enough power where once

14   the Tower Hotel was found to be an unsafe structure --

15   Q.    Which is when he bought it in 2012, right?  And we're not

16   talking about -- something happens in 2012 and you're saying

17   when you're running, he brings this up?

18   A.    Mr. Gutchess, what the city found was that Mr. Fuller had

19   gutted the whole hotel in order to start working on it.  Not

20   that that was the condition it was in when Mr. Fuller found it.

21   Q.    And that was long before your time, right?

22   A.    Five and a half years before I got there but I'm being

23   blamed for that too.

24   Q.    You're telling this jury that the moment he met you on the

25   campaign, he raises that issue.  And then he uses these words,

```
 1   look down there:  And that he was shut down because of an
 2   unsafe structure.  That's your narrative here?
 3   A.   Yes.
 4   Q.   Do you really expect anyone to believe that when
 5   Mr. Fuller met with you on your campaign, that he said these
 6   things to you?
 7   A.   Absolutely sir, because that's exactly what he said to me.
 8   This is why for five and a half years, he was not brought up to
 9   the Unsafe Structures Board and that hotel was kept in limbo
10   which would not happen with anyone else, and it happened
11   because he hired Mario Pons.
12   Q.   Okay.  Mr. Carollo, again, I'm just asking you yes or no
13   questions.  But let me ask you this question.  Do you recall
14   testifying about the Business Improvement District?
15   A.   Well, we talked about the Business Improvement District,
16   but I don't know what is the question that you have for me.
17   Q.   Let's show you your testimony from page 98 of that day
18   where you recall very specifically this Business Improvement
19   District that Mr. Fuller was proposing.
20        And do you see that he -- you know, this was something
21   that was important to Mr. Fuller, right?  Because he had
22   gathered a group of businesses owners together and they were
23   trying to create this district where they could invest the
24   sidewalks and cleaning it up and things like that.  And he has
25   a proposal, right?
```

```
 1        And he actually gives you the paperwork.  Do you see that,
 2   and you say you read the paperwork, right?
 3   A.   I said I believe he gave me the paperwork.  It could have
 4   been him.  Maybe it could have been someone else on his behalf,
 5   but I got some paperwork on that.
 6   Q.   Right.  And you read it, and you concluded down there at
 7   the bottom that there was going to be control by him, meaning
 8   Fuller and few people of his choice.  Do you see that?
 9   A.   That's what it looked like to me.
10   Q.   And you recall who those people were, don't you?
11   A.   I do not.
12   Q.   All right.  Let's show you the -- if seeing the business,
13   the BID paperwork, would that refresh your recollection as to
14   who they were?
15   A.   Maybe.
16        MR. GUTCHESS:  Let's put that up on the screen.
17        MR. KUEHNE:  Your Honor, I would ask that it be taken
18   down from the screen at the present time to show the lawyers.
19        THE COURT:  Also do not show anything, publish to the
20   jury unless it's been already stipulated to or admitted into
21   evidence.  Show it to the Court and the attorneys.
22        MR. GUTCHESS:  If you can just flip through this,
23   Ms. Cohen, so Mr. Carollo can review it.  Just go down page by
24   page.  Go back there.  A few pages back.
25
```

1   **BY MR. GUTCHESS:**

2   Q.   Do you see where it reflects the Steering Committee for

3   the BID Mr. Carollo?

4   A.   I see six names that are there.  The only name that I

5   definitely recollect that was there was Carlos Fausto Miranda,

6   who was the one that contacted me numerous times about that

7   afterwards.  At this point in time, frankly, I don't remember

8   if the other people were there or not.

9   Q.   You know who Marcos Lapciuc is, right?

10   A.   I do today, yes.

11   Q.   And who's he?

12   A.   He's the owner of at least one property that I know of in

13   Little Havana.

14   Q.   And do you know who Arturo Ortega is, right?

15   A.   Yes.

16   Q.   He was one of these wealthy Venezuelans you were saying

17   was buying up the property, correct?

18   A.   That's not what I'm saying.  That's what the whole

19   Internet and the whole Venezuelan community says.  Their

20   family made most of their money with Chavez and Maduro --

21        MR. GUTCHESS:  I'm going to object to these

22   disparaging comments.

23        THE COURT:  Sustained.

24   **BY MR. GUTCHESS:**

25   Q.   But he was one of the Venezuelans you were referring to,

```
 1   correct?
 2   A.    The family of Ortega Gonzalez.
 3   Q.    Okay.  So sticking chronologically --
 4   A.    I do see another name that I just remember in that list at
 5   the bottom.  Henry Torres.  He called me after I was elected to
 6   help him with a project, and I told him that I'd be more than
 7   happy to and then I never heard from him again.
 8           MR. GUTCHESS:  Okay.  Any objection to introducing
 9   this?
10   BY MR. GUTCHESS:
11   Q.    Is this the BID paperwork that Mr. Fuller gave you?
12   A.    I don't know, sir.  That's a lot of pages there and I
13   don't remember from what I read back then.
14           MR. GUTCHESS:  Okay.  Any objection to introducing
15   it?
16           MR. KUEHNE:  Yes, Your Honor.  We object.
17           THE COURT:  Grounds?
18           MR. KUEHNE:  Not disclosed, number one.  Two, the
19   witness can't identify this document.  Three, I haven't even
20   had a chance to look at it but I presume it contains --
21           THE COURT:  Sustained.
22   BY MR. GUTCHESS:
23   Q.    Okay.  Now, Mr. Carollo, you testified that Mr. Miro would
24   get lists of registered voters for you and organize the walks
25   for you to knock on the doors, right?
```

1   A.    Can you repeat the question, please?

2   Q.    That Mr. Miro would get lists of the registered voters for

3   you so you could walk -- he established a list every day of the

4   registered voters so you could walk and knock on the door and

5   ask for their vote?

6   A.    Yes.  In the beginning, he would get walking lists of

7   registered voters.

8   Q.    And you can get the list of the registered voters from

9   the -- what is it, the Elections Committee or --

10  A.    The Elections Department, from many different sources.

11  Q.    Okay.

12  A.    I forgot where we got it from.

13  Q.    You would know from those lists, that Mr. Fuller was

14  registered to vote in District 3, right?

15  A.    No, sir, because I would only know if we walked that area

16  where Mr. Fuller was registered to vote, and we never walked

17  that area where he was registered to vote.  I never knocked at

18  that house where he claimed to be registered to vote.  I never

19  knocked in that area around him so it's a big district, a lot

20  of people, and you could only go to so many houses.

21  Q.    Okay.  And you did come to learn that Mr. Fuller's house

22  was a couple blocks from the Orange Bowl, and a couple blocks

23  from Calle Ocho, right?  Right in the middle?

24  A.    No, sir.  Nowhere near Calle Ocho, and far enough from the

25  Marlins Stadium if it's what you mean by the Orange Bowl.  I

 1   think you meant the old Orange Bowl.

 2   Q.   Exactly.  It was right in between there?

 3   A.   That house is on NW 1st Street, a block in from Flagler.

 4   You know, very far from the areas you've described.

 5   Q.   Let's show the area of that house, if we could.  And is

 6   this the house that you were referring to?

 7   A.   Yes, sir.

 8   Q.   Okay.  So you understood this to be Mr. Fuller's house,

 9   right?

10   A.   I understood that this was the place that he was voting

11   from.

12         MR. GUTCHESS:  Okay.  And, Your Honor, if we could

13   show this to the jury?

14         THE COURT:  Any objection?

15         MR. KUEHNE:  Your Honor, the only thing I'd like to

16   do is establish that there's a timeframe.  I don't know what

17   the timeframe is in relation to 2017.

18         MR. GUTCHESS:  It's just a picture of the house.  I

19   don't know what the date is.

20         THE WITNESS:  Well, that's important on the date.

21   **BY MR. GUTCHESS:**

22   Q.   Why is that important?

23   A.   To see what changes there might have been or not.

24   Q.   I'm not talking about the changes.  I just want to show,

25   because you said it was in a very depressed area.

1    A.    It was, sir.  It still is.

2    Q.    And still is.  So my point is I want to show what this

3    house looks like.

4    A.    It was one of the poorest areas, if not the poorest area

5    of my district.

6              MR. GUTCHESS:  Any objection to publishing this?

7              MR. KUEHNE:  Your Honor, from what I can tell, yes.

8    Objection to timeframe.  This appears to be a 2023 picture.

9    I'm saying that because the date is on it and it's not anywhere

10   related to the timeframe we're talking about or the election

11   process of 2017.

12             MR. GUTCHESS:  All right.  Your Honor, I mean, we can

13   get testimony later that it's the same house.  It looks the

14   same.

15             THE COURT:  You can establish that later then.

16             MR. GUTCHESS:  Okay.

17             THE COURT:  The objection is sustained now.

18   **BY MR. GUTCHESS:**

19   Q.    Now, Mr. Carollo, you know that Mr. Fuller, when all of

20   his buddies were renting on South Beach or Brickell or wherever

21   when he got out of college, he actually bought and invested in

22   these poor areas in Little Havana and lived there, right?

23   A.    What is the question?  Did I know that Mr. Fuller and all

24   his buddies what?  I'm sorry.

25   Q.    You knew that Mr. Fuller -- part of Mr. Fuller -- you

```
 1   researched his history, right?
 2   A.   The only thing that I know about Mr. Fuller -- I don't
 3   know about his buddies in South Beach or anything.  What I do
 4   know is having read in some Traffic Magazine article from 2016
 5   that he said that Mr. Fuller had lived in Little Havana from
 6   2004 to 2007.
 7   Q.   Well, he invested in there earlier.  He lived there.  He
 8   lived with his wife there.  He lived with his father there.  I
 9   mean, you knew that that was his central base, right?  And that
10   he had always voted there, right?
11   A.   He lived with his wife there, sir?  I believe the wife
12   testified that she never lived there.
13   Q.   Okay.  We'll let her testify to that.
14   A.   Okay.
15   Q.   So carrying on with the voting, so you didn't know that
16   Mr. Fuller, despite your getting your lists and walking around,
17   you didn't walk to that neighborhood where he lived because it
18   was a depressed neighborhood?
19   A.   No, sir.  I didn't have the time to walk to many, many
20   areas.  In fact, I walked the more depressed areas of my
21   district.
22   Q.   Little Havana is a large district, right?  100,000 people?
23   A.   It's very large.
24   Q.   And there's large, large commercial areas, too, right?
25   Not just residential?
```

```
 1   A.    Along 8th Street, and then you have another perimeter on
 2   Flagler that's also commercial besides others like 12th Avenue,
 3   and other places.
 4   Q.    And the Calle Ocho district we've been talking about is
 5   only two percent of the commercial area, right?
 6   A.    I doubt it very much.  It's a very large area and it's a
 7   very important area.
 8   Q.    Okay.  And so in your running for commissioner, your
 9   campaign signs were green, right?
10   A.    They were green and orange like the Hurricane colors.
11   Q.    And Mr. Alfie Leon's signs were blue and yellow, right?
12   A.    I really don't remember what his colors were.  Whatever
13   they were, they were.
14         MR. GUTCHESS:  Can we show you one of the Alfie Leon
15   signs?  I think it's Plaintiff's 356 in evidence already.
16         THE WITNESS:  It was shown.  I just don't remember
17   what the colors were.  Yeah, that looks like the color of the
18   Alfie Leon signs.
19   BY MR. GUTCHESS:
20   Q.    Okay.
21   A.    Not a bad color either.
22         MR. GUTCHESS:  Okay.  And so you can take that down.
23   Show it to the jury, actually.  This is in evidence already, I
24   believe, Your Honor.
25         MR. KUEHNE:  If it's not, no objection to Plaintiff's
```

356.

               THE COURT:  Okay.  Thank you.

**BY MR. GUTCHESS:**

Q.   Do you see that's the Alfie Leon colors, right?  The blue
and yellow?

A.   Yes.

Q.   So when you saw Mr. Fuller at the voting location on
election night, you knew he had voted for Mr. Leon, right?

A.   I don't understand what you're saying when I saw --

               MR. KUEHNE:  Objection.

               THE COURT:  Wait, wait --

               MR. KUEHNE:  Objection.  Foundation.

               THE COURT:  Sustained.

**BY MR. GUTCHESS:**

Q.   You knew then that he was an Alfie Leon supporter, did you
not?

A.   No, I did not, sir.  He came in in a precinct, said he was
there with his father, and he said that he was there to vote
for me.  Whether he was voting for me or not, you know, I don't
know.  I don't get to go inside the voting booth and see how he
voted.

Q.   But you saw him, you talked to him and you said to
Mr. Fuller where is your blue and yellow shirt, did you not?

A.   No, I did not.

Q.   All right.  Let's show -- we have a text message to show

1    you.

2    A.   Go ahead.

3    Q.   This is a text message from Mr. Fuller on November 21st,

4    and do you see what he says about you?

5    A.   Yes, I see what he says there.  That's what he says.

6    Q.   Right.  And he said that at 4:36 p.m., right?

7    A.   Yes.

8    Q.   Was that about the time you recall seeing him?

9    A.   I don't know.  It was sometime in the afternoon.  It could

10   have been earlier, and I think it was earlier but it could have

11   been later.  I have no idea.

12   Q.   Okay.

13   A.   He spent a lot of time in the poll though as I stated

14   before.

15   Q.   Does that refresh your recollection that you said to him

16   where is your blue and yellow shirt?

17   A.    No, it doesn't refresh the recollection.  In fact, doesn't

18   even state where he was sending that to or to whom.

19   Q.   Okay.

20   A.   I'm not even seeing a number that that's an actual text

21   that it came from him, or to whom it went or anything else.

22   Q.   Okay.  Well, I guess we'll have to wait for Mr. Fuller

23   to --

24             MR. KUEHNE:  Objection.  Move to strike.

25

```
1   BY MR. GUTCHESS:

2   Q.   -- testify.

3            THE COURT:  Sustained.

4            THE WITNESS:  What is the bottom part that you have

5   there?

6   BY MR. GUTCHESS:

7   Q.   You see the bottom part is the election results at 7:31.

8   It's the counting of the absentee ballots, right?

9   A.   So this has got nothing to do with the top.

10  Q.   Well, it's the next text, he's reporting on the election

11  results?

12  A.   Okay.

13  Q.   You were asked by your counsel that prior to December 2,

14  2017, if you had any governmental powers?

15  A.   Prior to?

16  Q.   Prior to your swearing in on December 2.

17  A.   Yes.

18  Q.   And you said you didn't, right?

19  A.   No, I was not sworn to office.

20  Q.   But everyone knew you had been elected, right?

21  A.   You would think that if you lived in the City of Miami,

22  and certainly the district, you would know that I was elected

23  but maybe there were some people that didn't know.  I don't

24  know.

25  Q.   Well, everyone knew you because you had been a politician
```

```
 1  for decades, right?
 2  A.   On and off, I had been in public office for quite a I bit
 3  of years.
 4  Q.   And you had a reputation, did you not?
 5  A.   Everyone has a reputation, sir, including you.
 6  Q.   Your reputation is for political vendettas?
 7           MR. KUEHNE:  Objection, Your Honor.
 8           THE COURT:  What's the grounds?
 9           MR. KUEHNE:  Improper cross-examination, not
10  admissible within the limits of impeachment for
11  cross-examination.
12           THE COURT:  All right.  Sustained.
13  BY MR. GUTCHESS:
14  Q.   Your widely known as Crazy Joe or Loco Joe, no?
15           MR. KUEHNE:  Objection, Your Honor.  Same.  Move to
16  strike.  Counsel testifying.
17           THE COURT:  Sustained.
18  BY MR. GUTCHESS:
19  Q.   Everyone knew you'd be taking office within a few days,
20  right?
21           MR. KUEHNE:  Objection.  What everybody knew.  Beyond
22  the scope.
23           THE COURT:  Sustained.
24  BY MR. GUTCHESS:
25  Q.   The city employees knew you'd be taking office within a
```

```
 1   few days, right?
 2              MR. KUEHNE:  Objection, Your Honor.  What city
 3   employees?
 4              THE COURT:  Overruled.  He can answer if he knows.
 5              THE WITNESS:  It's obvious that if you're elected on
 6   November 21st, that people are going to expect that you're
 7   going to be sworn in at some time in the near future.  In my
 8   case, it was much later than you usually were sworn in.  It was
 9   December 2nd.
10   BY MR. GUTCHESS:
11   Q.   And you had Mary Lugo at your side, did you not?
12   A.   When you say at my side, what do you mean, sir?
13   Q.   Well, at your side in your campaign.  At your side with
14   Mr. Garcia at night.  At your side with all the walks?
15   A.   Ms. Lugo was a volunteer in my campaign just like a lot of
16   people.  And early on, in the first few months, after I was
17   sworn in, she was helpful and helped me transition to a
18   commissioner in the areas that I was getting complaints, that I
19   was seeing problems in the quality of life of my residents.
20   Q.   She was both prior Code Enforcement and a current union
21   rep, right?
22   A.   Ms. Lugo hasn't been in Code Enforcement for over a
23   decade.  Maybe even much more than that.
24   Q.   That's a powerful and influential position, right?
25   A.   What is?
```

```
 1    Q.   Her role in the union.

 2    A.   You're going to have to ask her, but I didn't consider it

 3    a powerful position like you're saying.

 4    Q.   She'd at least be an upper echelon person?

 5    A.   I don't believe that's the case.  I think Mary at the time

 6    was the secretary of the union.  That's my recollection.  Sean

 7    Moi was the president of the union.

 8    Q.   Okay.  So let's go to Plaintiffs' Exhibit 35.

 9    Do you recall testifying for quite sometime about this exhibit,

10    sir?

11    A.   If you can make it a little bigger, please.  I appreciate

12    it.  Yes.

13    Q.   Okay.  And you claimed under oath and again today I think

14    that several of these properties were not connected to

15    Mr. Fuller, correct?

16    A.   That's correct.

17              MR. GUTCHESS:  Can we publish this to the jury?

18              THE COURT:  Is it in evidence?  All right.

19              MR. KUEHNE:  I think it's in evidence, Your Honor.

20              THE COURT:  Sure.

21    BY MR. GUTCHESS:

22    Q.   And you know, do you not, that actually all of these

23    properties are connected to plaintiffs, right?

24    A.   No, they're not.

25    Q.   You admit the first one is, right?
```

```
1   A.    1380, yes.

2   Q.    You admit the second one is, correct?

3   A.    Well, the second one, that's correct.  It's not 821.  It's

4   521 and that is --

5   Q.    Right.  That is connected to plaintiffs, and the third one

6   is a bar called the Side Bar, right?

7   A.    The third one is where you're saying, the third one is a

8   property that was not owned by Mr. Fuller, and I found out at

9   some time that he and Mr. Pinilla for some period of time had

10  ten percent interest on it.  That place, since I'm told has

11  been closed and shut down by the Alcohol and Tobacco from the

12  state.

13  Q.    And when you have an interest in -- when you're a minority

14  partner in a bar, your name is on the liquor license, right?

15  A.    Every percentage owner has to be on a liquor license.

16  Q.    And so you just pull from the state a list of all the

17  liquor licenses associated with Mr. Fuller, and you know he's

18  associated with Side Bar, right?

19  A.    At that time, when I went over there, I hadn't, to the

20  best of my recollection, gotten anything from the state to that

21  effect.

22  Q.    But you see somebody's referring to the liquor license

23  right in this complaint, right?

24  A.    Correct.

25  Q.    As far as the liquor license, that needs to be addressed
```

1   by state ABT or DBTR?

2   A.   Yes.

3   Q.   You were the complainant here, right, so you had looked at

4   the liquor license?

5   A.   Yes.  I was told at the time and I received information

6   that they did not have a liquor license.

7   Q.   And so now at least now you understand that this was

8   connected to the plaintiffs, right?

9   A.   Well, I answered your question.  I understand, but they

10  had ten percent and ten percent.

11  Q.   Okay.  So if you go gown to the fourth property, that was

12  a property used for parking for Side Bar, right?

13  A.   No, 427 SW 8th Street, that was never used as a property

14  that was used for parking for Side Bar.  They had parking.  I

15  don't know if it's in the back or the front, whichever way they

16  call it, but that was not a property that was used for parking

17  for them at all.

18  Q.   Okay.  And you knew that while plaintiffs didn't own that

19  property, they were the ones leasing the property, right?

20  A.   I'm what -- which property?

21  Q.   Number 4, plaintiffs leased it even though they didn't own

22  it, correct?

23  A.   Well, number 4 is 427 SW 8th Street.  That's the food

24  truck, correct?

25  Q.   There was a food truck on there, yes.

1    A.    Hold on.  Let me -- number 4, it says regarding food truck

2    parked which operates in the evening, yeah.  I never saw any

3    parking in that property at night, sir.

4    Q.    Okay.

5    A.    Or for that matter, at any other time outside of the food

6    truck that was there.

7    Q.    Okay.  Is it possible that's another typo, that it's 327,

8    instead of 427?

9    A.    I don't believe so because that property was before you

10   crossed 4th Avenue so I think it's your mistake, not mine.

11   Q.    Okay.  We can look at the pictures and determine that but

12   let's take a look at the fifth property.

13   A.    Yes.

14   Q.    Do you know who owns that property, right?

15   A.    I do now.

16   Q.    And who's that?

17   A.    Forgot what his name is.

18   Q.    Marcus Lapciuc, right?

19   A.    Yes, that's the name of the individual.

20   Q.    He was one of the people on the BID -- Business

21   Improvement District, with Mr. Fuller, right?

22   A.    The one that you showed me here.  I don't remember if he

23   was or not when I went with the inspector over here.  I went

24   with the inspector here because I had a couple that were

25   leasing from him at the time that were the ones that made the

1    complaint to me on their behalf and on the behalf of other

2    people that were leasing from him.  That's the only reason.  I

3    had no idea if he had permits or if he did not have permits.

4    Q.    Well, this was the sushi restaurant that you allegedly

5    called Dennis Uriarte to come inspect, right?

6    A.    No, sir.  This is number 5.  1227 SW 8th Street.  There's

7    no sushi restaurant there whatsoever.  The sushi restaurant is

8    over by 15th Avenue and 8th Street, that that would have been

9    property number 6.  That was not Mr. Fuller's either.

10   Q.    So you're saying that you putting Mr. Lapciuc's property

11   on this list has nothing to do with him being on the Business

12   Improvement District proposal with Mr. Fuller?

13   A.    No, not whatsoever.  I could bring in if His Honor would

14   allow the people that made the complaint so they can come in

15   and testify to that.

16   Q.    Now, Mr. Carollo, the other person on that BID list was

17   Ortega, correct?

18   A.    Well, from what you showed me, he was one of them.  I

19   don't remember at the time.  I mentioned to you the one that I

20   remembered was Fausto -- Carlos Fausto Miranda, I think.  And

21   that's because he was calling me about it afterwards.

22   Q.    Again, I'm just asking you about Ortega, sir.

23   A.    Yes.

24   Q.    Yesterday, there was a hearing where you were trying to

25   exercise eminent domain over his property on the river to take

```
 1   it --

 2            MR. KUEHNE:  Objection, Your Honor.  My examination

 3   hadn't touched on anything --

 4            MR. GUTCHESS:  Your Honor, he is claiming he didn't

 5   go after anyone else in the city --

 6            THE COURT:  Wait, wait, Mr. Gutchess.  Let Mr. Kuehne

 7   make his objection first.  Don't interrupt him.  Let me hear

 8   the objection.

 9            MR. KUEHNE:  Objection.  Foundation.  Not proper

10   examination during my examination deals with it.  Issues not

11   part of this case, and the name raised was not a name raised

12   during my examination, but is brought up in this portion of the

13   examination.  Improper redirect.

14            THE COURT:  All right.  I'm going to sustain the

15   objection.

16            MR. GUTCHESS:  Your Honor, if I may?

17            THE COURT:  You can rephrase the question.  I'm

18   sustaining the objection.

19   BY MR. GUTCHESS:

20   Q.   Do you recall Mr. Kuehne asking you if you had gone after

21   anybody else in the city?

22   A.   Whatever questions he asked me, he can bring up.  I don't

23   remember exactly.  There was so many questions that he asked me

24   today.  I don't remember all of them.  If he asked me that,

25   please bring it up and we'll establish it.
```

```
 1   Q.   Do you recall testifying that you treated everybody fairly

 2   and equally, and that you didn't target anyone associated with

 3   Mr. Fuller?

 4   A.   That, I do.  That's because this is exactly what I've

 5   done.

 6   Q.   So my question for you is you are seeking to exercise

 7   eminent domain over one of the people you said yourself was

 8   associated with Fuller.  You're trying to take his property?

 9            MR. KUEHNE:  Objection.

10            THE COURT:  Sustained.

11   BY MR. GUTCHESS:

12   Q.   Going back to the list.  Number 1 is Taquitos, right?

13   A.   1380 SW 8th Street, yes.

14   Q.   That's the one where we saw a video of you a couple months

15   later walking through the patio with a bunch of city officials

16   and walking back out, right?

17   A.   I don't remember what the date of that video was, but

18   there were some city administration people that walked there

19   with me, yes.

20   Q.   Right.  And then your complaint there was that there's a

21   telephone pole, right, with some electrical wires on top,

22   right?

23   A.   My complaint was that there was a pole that appeared to be

24   with live electrical wires underneath where people were eating.

25   Q.   Okay.  And there's poles on every single block in Calle
```

1   Ocho and Little Havana, right?

2   A.   No, sir.  Not like that.  There might be electrical poles

3   that you need to get wire across, but not when you're having

4   dinner right underneath where people are sitting down.

5   Q.   The pole is still there today, right?

6   A.   To the best of my knowledge, there's still a pole is.

7   Q.   Still has the electrical wires?

8   A.   I don't know if those wires are no longer live or not or

9   even if they were live back then.

10  Q.   Patio is still open still serving customers, right?

11  A.   Yes, I never asked for the patio to be shut down.

12  Q.   How are the tacos there?

13  A.   I understand they serve good tacos there.

14  Q.   You have never eaten there, have you?

15  A.   To the best of my recollection, we might have gotten tacos

16  out of there one time or maybe another place they have in the

17  Grove.  That might be the one I'm thinking about.  I don't

18  remember.

19  Q.   Let's go back to the Taquerias location.  You had an issue

20  with Mr. Uriarte not being allowed to go upstairs, right?  Do

21  you recall testifying about that?

22  A.   We're talking about Taquerias at 521 SW 8th Street?

23  Q.   Correct.

24  A.   Well, Mr. Uriarte was not allowed to go in the second

25  floor.  I did what I was supposed to do.  I informed Code of

```
 1   the complaint that I received.  It was up to Code Enforcement
 2   to follow through on any issues that might arise or not arise
 3   out of that.
 4   Q.   You're not aware of plaintiffs ever being cited for
 5   unreasonable refusal to allow access to a Code Enforcement
 6   Inspector, are you?
 7   A.   I don't know, sir.
 8   Q.   You, sir, however, have been cited for unreasonable
 9   refusal to allow access to your home to inspectors, right?
10   A.   No, sir.
11   Q.   Let's put up Plaintiffs' Exhibit 464.
12   A.   I haven't been shown anything to that effect that I was
13   cited for that.
14   Q.   Sir, I'm going to show you Plaintiffs' Exhibit 464.
15           MR. GUTCHESS:  Just show it to Mr. Carollo first.
16           THE COURT:  Is this in evidence?
17           MR. GUTCHESS:  Not yet, Your Honor.
18           MR. KUEHNE:  It's not, Judge.  I don't find it in
19   my -- on my list or in any of my access.  I don't recall having
20   seen this before.
21   BY MR. GUTCHESS:
22   Q.   Mr. Carollo, does this refresh your recollection that
23   you were cited for unreasonable denial of access to the
24   premises?
25   A.   Mr. Gutchess, in your questioning, I was thinking that
```

1    you were asking me about code.  This is not code.  This is

2    Miami-Dade Water and Sewer, and I wasn't living at that

3    property at the time.

4        The water meter was inside the property, and since the

5    place was closed, the house and the fence was closed where the

6    door inside was closed, I would require them -- ask them if

7    they would call me whenever they were going to come so I could

8    then go over and open the door for them.

9        Apparently, this was one of those days that they did not

10   call me, and then I was issued additional moneys to pay and

11   unfortunately, I didn't even have the time to challenge that at

12   the time and probably just paid it.  But I really don't

13   understand what this has to do with this case or where you're

14   trying to go with this.

15   Q.   Just you had not only with respect to the Uriarte

16   drive-along, made a big point about him not being allowed

17   upstairs but later on, in your February 14th hearing, you made

18   a big point about inspectors not being allowed upstairs.

19       And I was just asking why is that such a big deal to you

20   when you've been cited for unreasonable denial of access when

21   Mr. Fuller and Mr. Pinilla have never been cited for that?

22           MR. KUEHNE:  Objection, Your Honor.  First, states

23   facts not in evidence.  The counsel is testifying.  Second,

24   this document doesn't say what he says, and third, 403, far

25   afield of where we are.

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  I think I've answered your question
 3    very straightforward and I'll answer it again if you allow me.
 4    BY MR. GUTCHESS:
 5    Q.   Sir --
 6    A.   I was not living there at the time.  The fence was closed.
 7    It was a water meter inside my property.  Why that water meter
 8    was inside my property and not outside, I didn't own the
 9    property all those years before when it was put in, and I was
10    not called like I usually was so I could open the door and they
11    could read it and I got cited.  Now that you're bringing this
12    up, I start --
13    Q.   Sir, if you would, just I'm asking yes or no questions.
14    And please don't try to launch into an argument.
15    A.   I'm not launching into an argument, sir.
16    Q.   My question is now that you see this, it refreshes your
17    recollection that you got cited, fined and you paid the fine,
18    correct?
19    A.   This, in the format that you have here, I never saw like
20    that.  There was something that was sent to me with an
21    additional amount that was added for the inspectors to return,
22    but this format that you've given me here, I never saw this way
23    and I think I've explained very clearly what this is about and
24    this is not any different than the other scenario with your
25    clients.
```

```
 1              MR. GUTCHESS:  Okay.  Your Honor, we'd move for
 2   admission.
 3              THE COURT:  Any objection?
 4              MR. KUEHNE:  Objection.  The witness stated he's
 5   never seen this before, doesn't know what it is.  And he got
 6   something else completely different.
 7              THE COURT:  Overruled.
 8              MR. GUTCHESS:  Thank you, Your Honor.
 9              (Plaintiffs' Exhibit 464 Received.)
10   BY MR. GUTCHESS:
11   Q.   Mr. Carollo, you're aware that the city keeps a -- now
12   keeps a repeat violator list, right?
13   A.   Yes.
14   Q.   And Mr. Fuller and Mr. Pinilla have never appeared on that
15   list, right?
16   A.   I don't know if they have or not, sir.  I haven't looked
17   at the list.
18   Q.   Okay.  And going back to the Uriarte drive-around, do you
19   recall your counsel asking you if Sanguich was a part of that
20   drive-along?
21   A.   I'm sorry, you're referring to what point in time?
22   Q.   The last exhibit we had up was a list of the five
23   properties.
24              MR. GUTCHESS:  You want to put that back up, Lina?
25
```

**BY MR. GUTCHESS:**

Q.   All right.  Your counsel, referring to this exhibit, had

asked you if Sanguich was a part of this drive-along, right?

A.   If Sanguich, the container, was part of that drive-along?

Q.   Right.

A.   It wasn't.  In fact, I don't even know if Sanguich was

still up at that date or not.  I don't remember.

Q.   It was already gone at that date.

A.   I don't remember.

Q.   Okay.  That was my only point.  Now, you -- you can take

that down.  You did testify that -- and I think you said March

or April of 2018 -- you moved from the apartment you had been

renting on West Brickell two blocks off of Calle Ocho, right?

A.   It's about a block and a half truly.

Q.   That's literally a block and a half --

A.   From one street.  It's very small.

Q.   And that's literally a block and a half from Ball & Chain,

right?

A.   Approximately.

Q.   All the places you could choose to rent, you chose to rent

a block and a half from Ball & Chain, right?

A.   Sir, because that's what my wife found.  She was the one

that was looking where to move to find a house, and that's the

one that she found.

     Frankly, I wish she would have found something much

```
 1   further so we didn't have to deal with the noise also, and my
 2   mother could have slept better.
 3   Q.   So that was in spring of 2018.  You lived there for a
 4   number of years, right?
 5   A.   Yes.
 6   Q.   To be a commissioner in District 3, you have to live in
 7   District 3, right?
 8   A.   Correct.
 9   Q.   But you mentioned on the stand that you had moved back
10   into your house in Coconut Grove, right?
11   A.   I didn't mention that in the stand, but if you would like
12   to ask me a question, I'll be happy to answer it to you.
13   Q.   You had moved back into your house in Coconut Grove,
14   right?
15   A.   Yes, I have.
16   Q.   That's because you redrew the district lines, right?
17           MR. KUEHNE:  Objection.  Foundation.  Improper scope
18   of examination.  I did not discuss any of this issue.
19           MR. GUTCHESS:  He did ask him about the district
20   lines.
21           THE COURT:  Overruled.  He may answer.
22           THE WITNESS:  What is the question, sir?
23   BY MR. GUTCHESS:
24   Q.   You, along with the City Commission, redrew the district
25   lines, correct?
```

```
 1   A.   The Commission redrew the district lines.  We have to do
 2   it every ten years, correct.
 3           MR. GUTCHESS:  And let's put up the map of the new
 4   lines.
 5           MR. KUEHNE:  Objection, Your Honor.  Beyond the scope
 6   of anything having to do with this case.  District lines were I
 7   think drawn in 2023.
 8           THE WITNESS:  No, March of 2022.
 9           MR. KUEHNE:  March, 2022.
10           THE COURT:  Sustained.
11   BY MR. GUTCHESS:
12   Q.   Okay.  Well, you do admit that it was -- the new lines
13   brought your house within District 3, which was why you could
14   move back to your Coconut Grove house, right?
15   A.   That's correct.  That's a fact.  The new lines brought my
16   former homestead into the district, and it is now part of the
17   District 3.
18   Q.   And just two days ago, that --
19           MR. KUEHNE:  Objection.  Request sidebar.
20           THE COURT:  What's the objection?
21           MR. KUEHNE:  Request a sidebar.
22           THE COURT:  Denied.
23   BY MR. GUTCHESS:
24   Q.   Just two or three days ago, that redistricting was held to
25   be unconstitutional under the Fourteenth Amendment?
```

```
 1              MR. KUEHNE:  Objection, Your Honor.

 2              THE COURT:  Sustained.

 3   BY MR. GUTCHESS:

 4   Q.   You testified recently in federal court in support of this

 5   redistricting, right?

 6              MR. KUEHNE:  Objection, Your Honor.  Beyond the

 7   scope.  Not involving this case at all.

 8              THE COURT:  Sustained.

 9   BY MR. GUTCHESS:

10   Q.   Mr. Kuehne seemed to make a big deal out of you having to

11   spend time defending lawsuits, right?

12              MR. KUEHNE:  Objection, Your Honor, to Mr. Kuehne

13   making a big deal.  I just ask questions.

14              THE COURT:  Sustained.

15   BY MR. GUTCHESS:

16   Q.   Mr. Kuehne asked you a number of questions about the toll

17   it took to defend lawsuits, right?

18   A.   Yes.

19   Q.   You've been part of many lawsuits, haven't you?

20   A.   I have been part of lawsuits in my life.  In particularly

21   having been a former mayor, former city official, we get hit

22   with a lot of different lawsuits that we have to accept.

23   Q.   You've also been a plaintiff in lawsuits, right?

24   A.   I've been a plaintiff in some lawsuits.

25   Q.   And you sued the City of Doral and the city commissioners,
```

 1  right?

 2          MR. KUEHNE:  Objection, Your Honor.  Although this

 3  was gone into during the original examination, I did not touch

 4  on this whatsoever during my examination.

 5          THE COURT:  Overruled.  You can answer.

 6          THE WITNESS:  The question, sir?

 7  **BY MR. GUTCHESS:**

 8  Q.   You sued the city of Doral and the city commissioners in

 9  Doral, right?

10  A.   I sued the City of Doral and three elected officials in

11  Doral.

12  Q.   And prior to that, you sued a ladder manufacturer, right?

13          MR. KUEHNE:  Objection, Your Honor.  Timeframe.

14  Timeframe as well as scope of examination.

15          THE COURT:  Overruled.  You can answer.

16          THE WITNESS:  Long, long time ago, sir.

17  **BY MR. GUTCHESS:**

18  Q.   Okay.  Now you testified about the Alfie Leon's lawsuit

19  taking a lot of your time and you having no staff, right?

20  A.   That's correct.

21  Q.   Okay.

22  A.   I had a skeleton staff.

23  Q.   Let's put up Mr. Fuller's -- Plaintiffs' Exhibit 8 again.

24  So this is November 27th, 2017, which is about a week after

25  Mr. Leon filed his lawsuit, right?

1    A.   I think Mr. Leon filed his lawsuit the day before the

2    election, so approximately a week, eight days.

3    Q.   And so you are already working hard.  You haven't been

4    sworn in yet, but you're working hard on the Leon lawsuit and

5    Mr. Fuller reaches out to offer his assistance to you or your

6    staff, right?

7    A.   It is what it states there, sir.  I haven't said that

8    that's not so.

9    Q.   Supposedly, you didn't know that Mr. Fuller was a

10   supporter of Alfie Leon at this stage, right?

11   A.   At some point in time, I was told by Mr. Miro that

12   Mr. Fuller had stated to that already, was involved in that

13   lawsuit against me, and as I stated previously as the lawsuit

14   went on in discovery and other things, we found out towards the

15   end of December; certainly knew by January that that was not

16   the case.

17        That either Miro gave me erroneous information, or Miro

18   was given erroneous information.  We found no evidence to that

19   effect.

20   Q.   All right.  Well, now, I mean if you had known at the time

21   that Mr. Fuller had no involvement in that, would you have

22   taken him up on his offer to assist you or your staff?

23   A.   That had nothing to do with that.

24        MR. KUEHNE:  Objection.  It requests a hypothetical.

25   Speculation.

 1              THE COURT:  Sustained.

 2    **BY MR. GUTCHESS:**

 3    Q.   Well, Mr. Carollo, I mean, you could have used assistance,

 4    right?  Mr. Fuller's one of the biggest property owners,

 5    employers in the district with a similar interest as you to

 6    make the district better.  Why not take him up on offering to

 7    assist you get started as a commissioner?

 8    A.   And how was he going to assist me, sir?  I had hundreds of

 9    phone calls.

10    Q.   Could have assisted you answering your phone calls.

11    A.   More phone calls than Mr. Fuller thinks he has.

12    Practically most of those people, I never got back to.  I

13    didn't have the time to get back to them.

14         Frankly, I'm embarrassed about it because whether it's

15    Mr. Fuller, whether whoever it is, you should always get back

16    and thank people that have congratulated you.  I didn't have

17    the time to do that.

18    Q.   And Mr. Fuller could have provided you people to do that,

19    right?

20              MR. KUEHNE:  Objection.  Speculation.  Foundation.

21              THE COURT:  Sustained.

22    **BY MR. GUTCHESS:**

23    Q.   Okay.  So let's talk about this Alfie Leon lawsuit.

24    Mr. Leon was alleging that you had not really moved into the

25    district, right?  That you had actually remained in your home

```
 1  in Coconut Grove and just filled your apartment with furniture,
 2  right?
 3  A.   That's how it was started, but as evidence proved
 4  otherwise, they kept changing their story in the lawsuit.
 5  Q.   And you did, in fact, just get the furniture from Tanjha
 6  Quintana's mother, right?
 7  A.   What?
 8  Q.   The furniture for your apartment.
 9  A.   No.  Tanjha Quintana's mother?
10  Q.   Yeah, they didn't provide --
11  A.   No, they didn't provide me with anything.
12  Q.   Okay.  But let me show you the -- I just want to refresh
13  your recollection with Mr. Leon's complaint.
14        MR. GUTCHESS:  You can show that to Mr. Carollo.
15  BY MR. GUTCHESS:
16  Q.   Do you recognize this as the amended complaint filed on
17  December 15th against -- by Mr. Leon against you?
18  A.   Mr. Gutchess, you know, a lot of this looks blurred to me,
19  but if this is what you stipulated is the official amended
20  complaint, it is.  But I don't remember all that it said and
21  everything else.  That's one of those things that I really have
22  tried to put out of my mind.
23  Q.   All right.  But if you look through this, you won't see
24  anything in there about voter fraud by Fuller, right?
25  A.   Why should there be anything about voter fraud about
```

1    Fuller?

2    Q.   There shouldn't.  I'm just wanting you to confirm that.

3    A.   This is the Alfie Leon complaint, correct.

4    Q.   Correct.

5    A.   As I stated before, one of the key elements in a voter

6    fraud trial involves illegal voting, and this is why my

7    attorney, who was very keen on us finding illegal votes that

8    could have been attributed to the Leon campaign.

9    Q.   Okay.  But if you look at this emergency complaint,

10   there's nothing in this complaint about any fraudulent voting?

11   A.   Well, they're not accusing me of that.  They're accusing

12   me of something else.

13   Q.   Right.

14        MR. GUTCHESS:  Your Honor, I'd move to admit

15   Plaintiff's 554.

16        THE COURT:  Any objection?

17        MR. KUEHNE:  Yes, Your Honor, objection.  Classic

18   hearsay.  It's not on their witness list.  It contains

19   representations of a lawyer who's not a party or witness in

20   this case.

21        I, frankly, don't even think it was sworn by anybody.

22   If so, they're certainly not any parties on this case, and the

23   lawsuit was resolved adversely to all of the allegations in

24   this complaint.

25        MR. GUTCHESS:  Your Honor, they made this an issue by

1    using this to defend their research on Mr. Fuller's properties.

2            THE COURT:  I sustain the objection.

3    **BY MR. GUTCHESS:**

4    Q.   Let me show you your answer to that complaint,

5    Mr. Carollo.  Do you recognize this as your answer and

6    affirmative defenses to Mr. Leon's case?

7    A.   Again, I don't remember.  If you're stipulating that this

8    is my answer, then that's the answer that we filed.  What date

9    was this answered?

10   Q.   December 18, 2017.  If you'd like to flip through and see

11   if you see anything in there at all that relates to any

12   possible voter fraud by Mr. Fuller.

13   A.   I'm sure there's not going to be anything because this is

14   December 18, a very short time after they had filed this

15   complaint.

16       And what we were working on that my attorneys wanted to

17   work on was to gather evidence in case we had to present that

18   aspect of it as one of the three areas that you could challenge

19   on election on voter fraud.

20   Q.   So Mr. --

21           MR. GUTCHESS:  I'd move to admit Plaintiffs' Exhibit

22   560.

23           MR. KUEHNE:  Objection, Your Honor.  Much of the same

24   reasons, but I would note that this is not a document signed by

25   Mr. Carollo.  Commissioner Carollo.

```
 1            MR. GUTCHESS:  It's Carollo's own answer to the
 2   complaint.
 3            MR. KUEHNE:  Your Honor, same objections.  Court
 4   document.  It's not a sworn statement of Commissioner Carollo.
 5            THE COURT:  Sustained.
```

**BY MR. GUTCHESS:**

```
 7   Q.  All right.  Let me show you the document requests that
 8   Leon served on you.
 9            MR. GUTCHESS:  The second one, Lina, or the first
10   one.
11            THE WITNESS:  Which one?  The first or the second
12   amended one?
```

**BY MR. GUTCHESS:**

```
14   Q.  The first request for production to you for Mr. Leon,
15   December 6th.  Mr. Carollo, do you recognize this as the list
16   of documents that Mr. Leon was demanding from you?
17   A.  No, sir.  If you're stipulating to that, then I'm sure
18   it's going to be that.  My attorney's there that could look at
19   it and see it, but as I stated to you, I tried -- I've blocked
20   as much of this as I can.
21   Q.  Would you have received a copy of this and reviewed it and
22   helped gather the documents?
23   A.  I certainly would have been given a copy of this by my
24   attorney at the time because I had the obligation of gathering
25   everything that they were asking for, and I remember that it
```

```
 1   took a tremendous amount of time and effort to try to deal with
 2   that.
 3   Q.   Then if you scroll down, you'll see there's no request
 4   anywhere related to Mr. Fuller or his properties, right?
 5   A.   And, again, why should there have been?
 6   Q.   Right.  Then, Mr. Carollo, I can show you the final
 7   judgment where you did win again in the final judgment.
 8   There's no reference to anything about Mr. Fuller or any voter
 9   fraud, right?
10   A.   Well, I really would be surprised if in the final judgment
11   there would be any reference to that.
12   Q.   And let's put up this email from Mr. Miro to yourself in
13   December 19, 2017 that we were looking at.
14            THE COURT:  Also, we're going take a break in about
15   five minutes too.
16            MR. GUTCHESS:  Okay.  That's fine.
17   BY MR. GUTCHESS:
18   Q.   And this is the email, right, where Mr. Miro sends you the
19   list of properties owned by Mr. Fuller and his sister and his
20   mother and father.
21            MR. GUTCHESS:  May we publish that to the jury?  It's
22   already in evidence.
23            THE COURT:  Yes.
24            THE WITNESS:  I don't see it here.
25            MR. GUTCHESS:  It's on my screen.
```

1           THE COURT:  It says from Steven M.

2           MR. GUTCHESS:  It's not before the jury or anybody

3    else.  It's in evidence already.

4           THE COURT:  We may show the jurors.

5    **BY MR. GUTCHESS:**

6    Q.   So that's the email we've been talking about,

7    December 19th from Steven Miro to Joe Carollo and go down and

8    show that property list again.

9           Now, Mr. Carollo, you've been deposed a couple times,

10   right?

11   A.   Yes.

12   Q.   Concerning this email, the first time you were deposed,

13   you did not make any claim whatsoever that had anything to do

14   with the Alfie Leon lawsuit, is that right?

15   A.   I don't know what statements I made at the time.  I don't

16   recollect, but I will tell you that when this was shown to me,

17   I didn't believe that Mr. Miro was told by me to gather that.

18          To this day, I have no recollection of telling Mr. Miro to

19   have done that.  I do believe now that someone from my camp

20   that was working on this lawsuit probably told him about it and

21   I believe that because unlike that first deposition that I

22   didn't have sufficient time to go through these properties

23   because it was one question after another quickly, I've had the

24   time now to go through them all, and it's clear to me that this

25   was voter related.  There's no other explanation.  A quarter of

1    the properties are not even in the City of Miami.

2    Q.   Right, and I agree with you.

3    A.   They're all residential properties that had residential on

4    top with the exception of the location which is 1393 SW 1st

5    Street and 120 SW 14th Avenue, the famous lot for the rally and

6    the office building connected with it.

7    Q.   And it's definitely voter related, but it's related

8    to your effort to accuse Mr. Fuller of voter fraud with the

9    Florida Department of Law Enforcement, right?

10   A.   This was related to Mr. Fuller's voting, his father's

11   voting, and in trying to ascertain if in any of these other

12   properties, there were people that were registered to vote that

13   actually didn't live there and then that they voted.

14   Q.   And to your knowledge, at the time, it was not related at

15   all to Mr. Leon's lawsuit against you, right?

16   A.   It was.  Absolutely was.

17   Q.   At the time --

18   A.   That's the only reason that something like this would have

19   been published.

20   Q.   Okay.

21   A.   Or done.

22        MR. GUTCHESS:  Your Honor, if you'd like to take a

23   break now, I'm going to move on to a new topic area.

24        THE COURT:  That's fine.  Again, ladies and

25   gentlemen, do not discuss this case or form any opinion.  We'll

```
 1   be in recess till 2:30.
 2              THE COURTROOM DEPUTY:  All rise for the jury.
 3                 (Thereupon, the jury exited the courtroom
 4                     and a short recess was had.)
 5              THE COURT:  You can bring the jurors, sir, please.
 6   Thank you.
 7              THE WITNESS:  Your Honor, may I step to the witness
 8   chair?
 9              THE COURT:  Yes, sir.  Thank you.
10              THE COURT SECURITY OFFICER:  All rise for the jury.
11              (Thereupon, the jury entered the courtroom.)
12              THE COURT:  All right.  The members of the jury are
13   all present and accounted for.  You may be seated everyone.
14          Mr. Gutchess.
15          MR. GUTCHESS:  May I proceed?
16              THE COURT:  How much longer for your
17   cross-examination, sir?
18          MR. GUTCHESS:  Man, I have six more pages.
19              THE COURT:  I don't know what six more pages means.
20          MR. GUTCHESS:  I'm going to try to do it in 30
21   minutes.
22              THE COURT:  All right.  Six pages.  All right, fine.
23   BY MR. GUTCHESS:
24   Q.   Let's start with Exhibit 577.  That is the email we began
25   the day with, Ms. Adele Valencia.  This was your call to her
```

1    and remember, we were looking at both of these emails and the

2    timing, and one was on October 9th at 11:36.

3         MR. GUTCHESS:  And then if you go up, Lina.

4    **BY MR. GUTCHESS:**

5    Q.   You'll see the second was on October 10th, but it's at

6    12:03 a.m. so it's actually only less than 30 minutes later,

7    right?

8    A.   I don't know.  Whatever the time it is, it is.

9    Q.   And then so the response at, I guess by then, Saturday

10   morning at 12:06 is:  With this situation that just occurred at

11   9:38 till 9:51 p.m. tonight with the joint inspection conducted

12   by police, Fire and myself, how would you like me to proceed?

13        Mr. Carollo, was there actually a joint inspection of Ball

14   & Chain that occurred at 9:38?

15   A.   I have no idea.

16   Q.   By police, Fire, and Code?

17   A.   I don't have no idea what she's talking about there.

18   Q.   When so when she says Carollo just called again, doesn't

19   that suggest that you were aware of the earlier inspection?

20   A.   Well, you're saying from 9:38 to 9:51, doesn't say where

21   the joint inspection was so I have no idea where that

22   inspection was.

23   Q.   You're aware that despite this joint inspection of Ball &

24   Chain if, indeed, that's where it was and your call to

25   Ms. Valencia, there was no noise violations issued?

1    A.   Well, you are the one that is stating that at 9:38 and

2    9:51 was at Ball & Chain.  There's nothing there that states

3    that that was at Ball & Chain.  It could have been anywhere

4    else.

5    Q.   Well, isn't Supervisor Haines saying -- responding saying

6    really, we were just there?

7    A.   That's not what I read.

8         MR. KUEHNE:  Objection, Your Honor.

9         THE COURT:  Grounds?

10        MR. KUEHNE:  The document is being misstated.  It's

11   got two different dates.

12        THE COURT:  Sustained.

13   **BY MR. GUTCHESS:**

14   Q.   Yeah, so October 9th at 11:36, Friday, October 9th,

15   11:36 p.m. there's Ms. Valencia relaying your complaint to her,

16   your call to her.  Just called again about Ball & Chain

17   blasting.  The response is the next day at 12:03, less than 30

18   minutes later, saying how do I proceed given that we were just

19   doing a joint inspection?

20   A.   Well, I'm sorry, I don't know where you're getting 30

21   minutes later because the email that I'm seeing here from

22   Inspector Haines was sent at 12:03, almost 12:04 a.m. to

23   Ms. Valencia, and then the subject that comes below, it says

24   with situation that just occurred at 9:38 p.m. till 9:51

25   tonight with the joint inspection conducted by police, Fire and

1    myself, how you would like me to proceed.

2        That in no way or shape is saying Ball & Chain and I don't

3    know where you get the half hour because in the next one is

4    October 9, 2020, that is at 11:36 p.m. from Adele Valencia.  I

5    don't know where the half hour gap you're talking about is.

6    I'm confused.

7    Q.   So let's approach it this way.  How many minutes is in

8    between Friday, October 9th at 11:36 p.m. and Saturday,

9    October 10th at 12:03 a.m.?

10   A.   Oh, okay.  That's what you're looking at from October 9 to

11   October 10, so that's closer to the 30 minutes that you're

12   saying.

13   Q.   Right.  So 28 minutes later, Supervisor Haines responds

14   and says how do I respond given that we were just there with a

15   joint inspection, right?

16   A.   That's not what she's saying.

17           MR. KUEHNE:  Objection.

18           THE COURT:  What's the objection?

19           MR. KUEHNE:  Misstates the document that's in

20   evidence.

21           THE COURT:  Overruled.  He can answer and explain.

22   Go ahead.

23           THE WITNESS:  Yeah, that's not what he's saying

24   there.  If you have any further evidence that, in fact,

25   inspectors were there, I would urge you to show it.  I don't

1    see that.

2    **BY MR. GUTCHESS:**

3    Q.   Would you think it's a problem if the city had sent a

4    joint inspection team out to Ball & Chain Friday night, found

5    nothing wrong and then you called a director at 11:30 and asked

6    her to send them back out there?

7    A.   Well --

8    Q.   You don't see a problem with that?

9    A.   Number one, I have no evidence there that they had gone,

10   nor do I know if they had gone or not earlier.  But can they

11   have gone earlier and there was no noise that they heard?

12   Absolutely.  And then the noise started later, yes.

13   Q.   Okay.  Let's take this down.  Let's go -- Mr. Carollo, you

14   also testified that you issued a number of public records

15   requests, and you had Mr. Blom work all weekend, the weekend of

16   April 19th in order to gather documents in response to

17   discovery that I was requesting, right?  That I, as the

18   plaintiffs' lawyer, was requesting.

19   A.   Your question, sir?

20   Q.   That was your testimony, right?

21   A.   Well, there was either the discovery that you had

22   requested, or as I stated, we had a variety of public records

23   requests from your associates, but we were trying to get

24   information so that we could provide answers to whatever we

25   were being asked for and furthermore, to form a defense.

```
 1   Q.   Let me show you docket entry 71 which is your motion to

 2   stop discovery in the case.  To stay discovery.

 3        MR. KUEHNE:  Objection.

 4   BY MR. GUTCHESS:

 5   Q.   Do you see this document?  You can show it to the witness

 6   for now.

 7   A.   I see 566.  If you could amplify so I can read the top

 8   better and see the date.  What is your question, sir?

 9   Q.   This is the motion you made in this Court asking then

10   Judge Moreno to issue an order stopping all discovery in the

11   case?

12   A.   Yes, but it wasn't stopped.  Not until sometime in May to

13   the best of my recollection, so we had an obligation to move

14   forward and gather all the information because we didn't know

15   if we were going to get a stay or not.

16        MR. GUTCHESS:  Your Honor, move for admission of the

17   motion to stay.

18        MR. KUEHNE:  Objection, Your Honor.

19        THE COURT:  What's the objection?

20        MR. KUEHNE:  Foundation.  It's a legal document in

21   this case having nothing to do with the examination by me, and

22   it's not a document that is authorized by the client or signed

23   by the client.

24        MR. GUTCHESS:  It's authorized by the client.  It was

25   submitted by his lawyer.  He testified he was intimately
```

 1   involved with discovery.

 2           THE COURT:  The objection is overruled.

 3               (Plaintiffs' Exhibit 566 Received.)

 4           MR. GUTCHESS:  Thank you, Your Honor.  May we publish

 5   to the jury?

 6           THE COURT:  Yes.

 7   **BY MR. GUTCHESS:**

 8   Q.   Do you see this is Defendant's Joint Motion to Stay

 9   Discovery pending your motion to dismiss?

10   A.   Yes, I see that but as I stated, this is a motion that we

11   filed March the 8th.

12   Q.   Sir, if you could just answer my question.

13   A.   Yes.  What is the question?

14   Q.   Is this the motion to stay discovery that you submitted?

15   A.   It appears to be.  I really don't remember at the time if

16   this is gotten from the record like I see from the docket.  It

17   has to be the one, and I'm only seeing the first page.

18   Q.   Okay.  And, Mr. Carollo, let me put up docket entry 129

19   which was your next motion to stay discovery.  Do you see this

20   dated July 11, 2019, Motion of Defendant Commissioner Carollo

21   for a Stay Proceedings Pending Appeal?

22   A.   Yes, it's a motion for stay again in July of '19.

23           MR. GUTCHESS:  And, Your Honor, I would move to admit

24   Plaintiffs' 567.

25           MR. KUEHNE:  Objection.

```
 1              THE COURT:  Grounds?

 2              MR. KUEHNE:  Similar objection, Your Honor.  First,

 3    it's not a disclosed document.  Second, it has to do with

 4    matters that are not at issue in this case.  Third, it raises

 5    issues that are far from --

 6              THE COURT:  I understand that.  The objection is

 7    sustained.
```

**BY MR. GUTCHESS:**

```
 9    Q.   Okay.  Mr. Carollo, let me show you docket entry 172.

10    Do you recognize this as your motion to continue stay of

11    discovery?

12    A.   This is on February 10, 2021.  I don't remember it, sir,

13    but reading that that was in the docket, that must be the

14    motion and as you know, the motions have a lot of more than one

15    page.  All I'm seeing --

16    Q.   You can flip down and see the rest of it.

17    A.   I don't need to see that.  If you have the docket that

18    says it was our motion, I believe that.

19              MR. GUTCHESS:  Okay.  Your Honor, move to admit

20    Plaintiffs' Exhibit 568.

21              MR. KUEHNE:  Your Honor, similar objection.  Not

22    disclosed before, raises issues that are not germane to this

23    particular case.  It's --

24              THE COURT:  It will be sustained.  He acknowledges

25    that it is a stay.  This is not coming in.
```

```
 1              MR. GUTCHESS:  All right.
 2   BY MR. GUTCHESS:
 3   Q.   Let's go to docket entry 173.  Commissioner Carollo,
 4   do you recognize this as your motion to prevent plaintiffs from
 5   serving subpoenas on any third party witnesses?
 6              MR. KUEHNE:  Objection, Your Honor.
 7              THE COURT:  Sustained.
 8   BY MR. GUTCHESS:
 9   Q.   Okay.  Let's go to the last one, docket entry 192.  And
10   Commissioner Carollo, do you recognize this as yet another
11   motion to stay proceedings while you appeal?
12              MR. KUEHNE:  Objection, Your Honor.
13              THE COURT:  Sustained.
14   BY MR. GUTCHESS:
15   Q.   Commissioner Carollo, you admitted that you did not
16   produce a single document to the plaintiffs in this case,
17   correct?
18   A.   I did not admit that.  I stated before --
19   Q.   Sir, just answer the question.  Did you produce a single
20   document to the plaintiffs in this case?
21   A.   I don't know.  I produced them to my attorney.
22   Q.   Okay.  So you don't know if your attorney produced a
23   single document to us, but you know that you made five motions
24   to stay, right?
25              MR. KUEHNE:  Objection, Your Honor.  Now we're
```

1    getting into litigation strategy.

2              THE COURT:  Sustained.

3    **BY MR. GUTCHESS:**

4    Q.   You are not obligated to produce documents that the city

5    has, are you?

6    A.   I don't understand the question.

7              MR. KUEHNE:  Objection.  Form.

8              THE COURT:  Wait, wait, wait, Mr. Gutchess.  What's

9    the objection, Mr. Kuehne?

10             MR. KUEHNE:  Your Honor, qualification.  It sounds

11   like it's a legal question whether he has some obligation to do

12   something required by law.

13             THE COURT:  Overruled.

14   **BY MR. GUTCHESS:**

15   Q.   You understand you're sued in your individual capacity,

16   right?

17   A.   Yes.

18   Q.   And you understand that when I request documents from you,

19   you don't have an obligation to go to third parties to gather

20   documents to give to me, right?

21   A.   In the original suit, you sued the city also.  I don't

22   know what point in time since you've had several amendments.

23   The city was dropped.  What I do understand is that if my

24   attorneys are asking me to produce stuff, I'm going to do that.

25   Q.   Sir, again, my question -- focus on my question.  You

1   understand that if I ask you for documents, you don't have an

2   obligation to go anywhere else to get it from a third party,

3   right?  It's only the documents that you have in your

4   possession.

5           MR. KUEHNE:  Objection.

6   A.   I don't understand that, sir.  For instance --

7           MR. KUEHNE:  Objection.

8           THE COURT:  Overruled.  He already said he doesn't

9   understand the question.  Next question.

10          THE WITNESS:  In the trial -- may I answer it, to try

11  to?

12  **BY MR. GUTCHESS:**

13  Q.   If you can answer yes or no.  Do you understand that or

14  not?

15  A.   No.

16  Q.   Okay.  You understand that you don't have -- if I ask you

17  for a document, you don't have to issue a public records

18  request to get the document to give to me, right?

19          MR. KUEHNE:  Objection.  Foundation.  Qualification.

20          THE COURT:  Overruled.  He can answer if he knows.

21          THE WITNESS:  No, sir.

22  **BY MR. GUTCHESS:**

23  Q.   You understand that I can make a public records request

24  just like you can, right?

25  A.   Yes.

```
 1    Q.   And you understand that I did make a lot of public records
 2    requests, right?
 3    A.   You and on your behalf.
 4              MR. KUEHNE:  Objection.
 5              THE COURT:  Wait, wait, Mr. Carollo.  Don't answer
 6    anything till I rule on the objection.
 7              What's the objection, Mr. Kuehne?
 8              MR. KUEHNE:  Foundation.  Litigation privilege.
 9              THE COURT:  Overruled.
10              THE WITNESS:  I've answered.
11    BY MR. GUTCHESS:
12    Q.   Okay.  And you knew I made a lot of public records
13    requests, right?
14    A.   You, among other of your associates.
15    Q.   So you don't have any obligation, legally or any other
16    obligation to issue your own public records requests to assist
17    me, right?
18    A.    I don't know if I do or not, sir.
19    Q.   You previously admitted passing an ordinance requiring the
20    city to respond to your public records requests within five
21    days, right?
22    A.   Yes.
23    Q.   You certainly didn't do that to assist me, to get me
24    records more quickly, did you?
25              MR. KUEHNE:  Objection.  Foundation.  Litigation
```

```
 1    issue.  Legislative privilege.  And it's not part of this case.
 2              THE COURT:  The objection is sustained.  Next
 3    question.
 4    BY MR. GUTCHESS:
 5    Q.   Okay.  Before Mr. Fuller filed his ethics complaint
 6    against you, did you have any issues with him?
 7    A.   When you say before Mr. Fuller filed his ethics complaint,
 8    what do you mean if I had any issues with him?
 9    Q.   Well, you said that you didn't go -- you didn't respond to
10    the Viernes Culturales invite because he had filed an ethics
11    complaint, correct?
12         So my question for you is if you had received an invite
13    before the ethics complaint, would you have gone?
14    A.   I don't know if I would have or not.
15              MR. KUEHNE:  Objection.
16              THE COURT:  Sustained.
17    BY MR. GUTCHESS:
18    Q.   So what issues did you have with Mr. Fuller, if any, prior
19    to his filing of the ethics complaint?
20    A.    I didn't have any personal issues with Mr. Fuller, sir.
21    My only issues with Mr. Fuller was that I thought he was
22    abusing the residents of the area by playing loud music until
23    all the given hours of the night, till 3:00 in the morning,
24    that he was parking vehicles in places that were residential
25    areas and was keeping people up at night, the tranquility of
```

1   the residents of my district in that area.

2        As long as Mr. Fuller would abide by the same law that

3   many others were abiding by, I had no problem with Mr. Fuller.

4   Q.   Okay.  You forgot your issues with the Sanguich owners,

5   right?  The Sanguich owners' container?

6   A.   Well, that issue was not a personal issue.

7   Q.   You forgot the issues with the Tower Hotel, right?

8   A.   That was not my issue.  That happened five and a half

9   years before I even got there.

10  Q.   No, I'm talking about December 15th, when you left your

11  home on a Friday to go drive around for two hours watching the

12  holiday party.

13  A.   Well, sir, if you think that it's fine for an elected

14  official, if he knows that a property is an unsafe structure

15  and there are people using it, to turn the head the other way

16  and ignore it, that's your fault.

17  Q.   Sir, you knew that the city, along with Bacardi Rum along

18  with a lot of other Miami institutions, did a Miami Hotel

19  Stories series in that hotel with permits the month before,

20  right?

21  A.   Well, you mentioned Bacardi.  I never seen Bacardi that

22  was involved in that.  There was some whiskey company I think

23  when they had that sign up that was not according to our code.

24  It was not permitted because it was advertising for a

25  commercial entity.  If you're referring to what I had recently

```
 1  found out, that the office --
 2  Q.   Sir, I'm just amazed at the detailed memory you have of
 3  these events six years ago.
 4  A.   There's no detailed memory.
 5        MR. KUEHNE:  Objection.  The lawyer's commentary.
 6        THE COURT:  Sustained.
 7  BY MR. GUTCHESS:
 8  Q.   So let me show you the ethics complaint.  It's Plaintiffs'
 9  Exhibit 425.
10        THE COURT:  Is this in evidence?
11        MR. GUTCHESS:  Nope.  We'd like to move it into
12  evidence, Your Honor.
13  BY MR. GUTCHESS:
14  Q.   Do you recognize --
15        THE COURT:  Any objection?
16        MR. KUEHNE:  Oh, Your Honor, we object to that.  We
17  would relent if the plaintiff wants to put the first page in
18  which appears to bare a signature of Mr. Fuller.
19        MR. GUTCHESS:  Your Honor, I think it's in evidence
20  already.  I think it was admitted, no?  The whole thing's been
21  admitted.  It's the foundation of one of our claims of
22  retaliation.
23        THE COURT:  The objection is --
24        MR. KUEHNE:  Let me check, Your Honor.  I don't
25  believe it's in evidence, and I certainly object to this
```

1   document coming in for all the reasons I would object,

2   including the fact that the attachment is from another person

3   who's not a witness in this case.

4         It's an allegation only.  The allegation was deemed

5   unfounded with the dismissal of the complaint, and it is

6   essentially an allegation by somebody with a complaint form

7   having been signed by Fuller, but the rest of the document is

8   prepared and signed by somebody else.

9         THE COURT:  Can you enlarge the document?  Scroll up.

10   It's signed by Mr. Fuller?

11         MR. GUTCHESS:  Yes, there's his signature.

12         MR. KUEHNE:  Page 1 is, Your Honor.

13         THE COURT:  You can cross-examine him on this issue

14   but you can establish it through your client, sir, if you do

15   so, all right?

16         MR. GUTCHESS:  Okay.  So, Your Honor, may we publish

17   to the jury?

18         THE COURT:  Yes.

19   **BY MR. GUTCHESS:**

20   Q.   Commissioner Carollo, do you recognize Plaintiff's

21   Exhibit 425 as the ethics complaint that Mr. Fuller filed?

22   A.   Yes.

23   Q.   It's with the Miami-Dade Commission on Ethics and Public

24   Trust?

25   A.   Correct.

1   Q.   Okay.  And I think you testified earlier that you filed

2   this on March 12th correct?

3   A.   That's my understanding when it was filed originally.

4   Q.   You thought that you must have done that because you knew

5   what day your birthday was, right?

6   A.   That's what I thought.  If you go down more, I believe

7   maybe -- yeah, there, March 12, '18.  That's where I got that

8   from.

9   Q.   But you didn't receive it on March 12th, right?

10  A.   No, I did not receive it on March 12th I don't think

11  because if he filed it that day and they stamp it the 14th, I

12  don't believe I would have received it.

13  Q.   If you go to the top, you see the stamp on the 14th is up

14  there so you would have got it at sometime after the 14th,

15  right?

16  A.   It would seem that that would have been the time that I

17  would have received it, to the best of my recollection.

18  Q.   And when -- can we go down and show the rest of the

19  document?  And this just details all of the things that

20  Mr. Fuller was complaining about, right?  That's his lawyer?

21  A.   Yes, that was his lawyer at the time.

22  Q.   Okay.  And you testified that -- that's fine.  You

23  testified that this -- that the Ethics Committee dismissed this

24  complaint with prejudice, right?

25  A.   That's what I understand.

1   Q.   That's not true because with prejudice would mean it could

2   not be filed again, right?  That there was some -- right?

3   A.   That's what I understood that it was done.

4   Q.   But you know that the Ethics Committee never reached a

5   decision, right?

6   A.   When you say the --

7   Q.   There was no adjudication made by the Ethics Committee,

8   was there?

9   A.   Well --

10          MR. KUEHNE:  Objection.  Foundation.  Irrelevant.

11   403.

12          THE COURT:  Overruled.

13          THE WITNESS:  If I would have done anything wrong,

14   they would have moved forward to find me guilty possibly but

15   they did not move forward.  Just because you withdraw a

16   complaint doesn't stop the Ethics Commission from going forward

17   if they think that there's wrongdoing.

18   **BY MR. GUTCHESS:**

19   Q.   So you knew actually that Mr. Fuller withdraw the

20   complaint, right?

21   A.   I was told that, and I felt then and I feel today that he

22   withdrew because he knew --

23   Q.   Sir, you cannot testify as to what you felt he did.

24   A.   I'm sorry.

25   Q.   Let's go to Plaintiffs' Exhibit 51.  Do you recognize this

```
 1   as the Public Report and Final Order of the Committee on Ethics
 2   on Public Trust?
 3   A.   It could be.  It's August 29th, so it falls within the
 4   time period.
 5            MR. GUTCHESS:  Your Honor, I'd request permission to
 6   publish to the jury and move into evidence.
 7            MR. KUEHNE:  Objection, Your Honor.  One, not
 8   produced.  Two, it's an Administrative Order that is not part
 9   of this case.  Three, the witness doesn't have any -- I don't
10   think he has any knowledge of this and four, it's a conclusion
11   by an administrative agency.
12            MR. GUTCHESS:  Your Honor, this is what counsel
13   brought out in his exam that Mr. Carollo testified to
14   incorrectly if he didn't have any knowledge.
15            THE COURT:  The objection is overruled.
16                (Plaintiffs' Exhibit 51 Received.)
17            MR. GUTCHESS:  You can publish.
18   BY MR. GUTCHESS:
19   Q.   All right.  Sir, do you see it says Miami-Dade Commission
20   on Ethics and Public Trust, right?
21   A.   Yes.
22   Q.   And in re Joe Carollo, right?
23   A.   Yes, it's got my name there.
24            MR. GUTCHESS:  And can you enlarge that, Lina?
25            THE WITNESS:  Yeah, if you would I appreciate that.
```

1    Thank you.

2    **BY MR. GUTCHESS:**

3    Q.   Then go down do you see where it says on August 6, 2018,

4    the complainant requested to withdraw the complaint pursuant to

5    Rule 4.3 of the Ethics Commission's Rules of Procedure?

6    A.   Yes.

7    Q.   You understand the complainant to be Mr. Fuller?

8    A.   Yes.  Well, I understand the complainant to have been the

9    Barlington Group, care of Mr. Fuller.

10   Q.   Okay.  And that's his company, right?  One of his

11   companies?

12   A.   Yes.

13   Q.   And then you see where it says on August 15, 2018, the

14   Ethics Commission granted the complainant's request to withdraw

15   the complaint and the complaint was dismissed?

16   A.   Yes.

17   Q.   It goes ordered and adjudged, complaint against Joe

18   Carollo and Steve Miro and Alberto Parjus and Mary Lugo is

19   dismissed.  There was no dismissal with prejudice, right?

20   A.   No.  My understanding and recollection was that there was

21   some dismissal with prejudice after my attorney requested it.

22   Q.   Okay.

23   A.   That's my recollection.

24   Q.   It's not here in this Public Report and Final Order?

25   A.   It's not here.  I don't know if it's somewhere else.

```
 1   Q.   Okay.  You can take that down.  So, your counsel also
 2   suggested to you, and you agreed that you refused to respond to
 3   the Viernes Culturales invitation to attend a board meeting
 4   merely because one of its board members, Bill Fuller, had filed
 5   this ethics complaint, right?
 6   A.   That was one of the reasons.
 7   Q.   So you neglected an entire board of prominent people
 8   merely because Mr. Fuller was involved, right?
 9   A.   No, sir.
10   Q.   Okay.  You neglected an entire Miami institution that had
11   been operating for 18 years merely because Mr. Fuller was
12   involved, right?
13   A.   No, sir.
14   Q.   Even though the mayor and other prominent city officials
15   attended Viernes Culturales, you refused to attend because it
16   was associated with Mr. Fuller, right?
17   A.   No, sir.  That's not fully what I've said.  Part of it --
18   Q.   Sir, you can just say yes or no, and you actually liked
19   the idea of a party on the last Friday of every month in Calle
20   Ocho, right?
21        And you had some ideas as to how the party could be made
22   better, but you did not want to make any effort to improve the
23   organization because Mr. Fuller was involved, correct?
24   A.   The organization was a very closed organization of this
25   board.
```

1    Q.   Sir, you didn't even attend the board meeting.  How could
2    you know it was closed?
3    A.   By the information that was given to me, by many of the
4    original board members, and the fact that looking at the board
5    members, it was very few.
6    Q.   Okay.
7    A.   And they were all associated with --
8    Q.   It's a yes or no question.  If you disagree, you disagree.
9    That's fine.
10   A.   Okay.
11   Q.   Mr. Kuehne was kind enough to point out that I had shown
12   you a law on campaign signs that applied to the state and
13   county, not to the city.  But you know that the city code has
14   the same law that prevents you from putting signs in the public
15   right of way, the swale, right?
16   A.   There's some city laws connected with swales, but what you
17   showed me at the time and you asked me questions about was the
18   state law that you showed me.
19            MR. GUTCHESS:  All right.  Can we show the city code?
20   Do we have that?  Can we publish the city code to me and the
21   witness?
22            THE COURT:  Any objections?
23            MR. KUEHNE:  I don't know.  I don't have the
24   slightest idea what the city code is they're talking about.  I
25   don't know what this number is, Your Honor, but we have no

1    objection to introduction of Code Section 54-9, and looks like

2    Miami 21 Article 10.3.1 c.

3              THE COURT:  Has it been marked?  What exhibit is

4    this?

5              MS. COHEN:  We'll mark it at 578.

6              THE COURT:  578.  No objection.  You may publish.

7              (Plaintiffs' Exhibit 578 Received.)

8    **BY MR. GUTCHESS:**

9    Q.   Mr. Carollo, do you recognize this Miami Code Section

10   54-9, the placement of signs, as the code section that

11   prohibits the placement of signs on the public right-of-way on

12   sidewalks and swales?

13   A.   I do not recognize it, but I can certainly agree it's

14   there.

15   Q.   Okay.  So, I mean, look, the point is you could have been

16   cited for is violating a minor code issue at that rally just

17   like the plaintiffs were cited, right?

18             MR. KUEHNE:  Objection, Your Honor.

19             THE WITNESS:  There's a big difference --

20             MR. KUEHNE:  Objection.  The document in evidence --

21   I don't even know the number now -- about the second part says

22   no permits are required for political signs in connection with

23   an election.

24             THE COURT:  He can read it and answer the question.

25

1    **BY MR. GUTCHESS:**

2    Q.   You could have been cited for having your signs in illegal

3    area of the sidewalk, right?

4    A.   I don't know if we could have been cited there.  We might

5    have.  But we certainly didn't need any permits for that.

6         I will tell you that right along the side, there were

7    signs from both campaigns on the swale like we all know there

8    are in every campaign and in every municipality at that time.

9    Q.   So everybody breaks that rule, right?

10   A.   Yes, everybody does that whether it's correct or not.  If

11   we would have been asked to take those signs down, I would have

12   ordered for that to happen right away.

13        I didn't know his campaign workers did that but, again, if

14   we would have been asked, we would have taken those down.  But

15   this is not a full blown rally that needed permits.

16   Q.   Okay.

17   A.   You're trying to compare apples to oranges.

18   Q.   Sir, your head of parking --

19            MR. GUTCHESS:  You can take that down, Lina.

20   **BY MR. GUTCHESS:**

21   Q.   The head of parking when you had your confrontation with

22   Mr. Alain Garcia, was Art Noriega, right?

23   A.   That's correct.

24   Q.   He's now the city manager, right?

25   A.   That's correct.

```
 1   Q.   He was on the video measuring the distance from Taquerias

 2   to the religious store, right?

 3            MR. KUEHNE:  Objection.

 4            THE COURT:  Grounds?

 5            MR. KUEHNE:  That's decidedly not the evidence, Your

 6   Honor.

 7            THE COURT:  Overruled.  He can answer the question if

 8   he knows.

 9            THE WITNESS:  Again, from the video that you showed

10   me, I couldn't identify if that was Art Noriega or not.  It was

11   very dark and I couldn't tell.  I couldn't see his face.

12   BY MR. GUTCHESS:

13   Q.   Sir, did Art Noriega lie?

14   A.   No.

15   Q.   So if Art Noriega said that there was never a complaint

16   about valet parking, would he be lying?

17            MR. KUEHNE:  Objection.  Art Noriega is not a

18   witness, hasn't testified here.  Speculation and testimony by

19   counsel.

20            THE COURT:  Sustained.  Next question.

21   BY MR. GUTCHESS:

22   Q.   Okay.  You were here when Ms. Rosa Romero testified that

23   she spent $3,000.00 to install those little axles on her

24   Sanguich container, right?

25   A.   I was here when she testified that they were placed on it,
```

1   but I don't remember if she said how much they had spent on it.

2   Q.   Okay.  And now it seems like you're testifying that the

3   photo you showed of those like axles on that container was

4   photo shopped, is that right?

5   A.   Well, that's what it looked to me.  That's what even the

6   former City Manager Emilio Gonzalez stated.  He was the one

7   that originally stated it was photo shopped.

8   Q.   Are you testifying here today under oath that you know

9   that photo was photo shopped?

10  A.   I'm testifying here today that based on what I observed at

11  that container and what everybody else has seen and testified

12  on, no one has ever seen axles on that container, that axles

13  could not possibly have been put on that container because in

14  the front --

15  Q.   Sir, do you have any idea that that was -- other than your

16  raw opinion, do you have any evidence that there was any photo

17  shopping done to that?

18  A.   The only evidence that I believe is evidence is the fact

19  that that 20-foot container never was seen there by me or

20  anyone else with axles on it.

21  Q.   But you're not an expert in photo shopping?

22  A.   No.

23  Q.   You don't even know how to do it?

24  A.   Definitely not.

25  Q.   You don't know how to do it?

```
1    A.    No.

2    Q.    You don't know how to spot it?

3    A.    No.

4    Q.    And you did -- in that video yourself, you did admit that

5    it was a Zoning Director that told Ms. Romero to go out and get

6    these axles, right?  Somebody actually told her to do this from

7    the city, right?

8    A.    I believe that she had made the claim before that someone

9    in the city had told her.  I believe that was the former Zoning

10   Director, but I believe she testified here that it was not.

11   That it was the Building Director --

12   Q.    Okay.

13   A.    -- at the time.

14   Q.    And she also testified that she spent over $3,000 on those

15   axles to satisfy the city, right?

16   A.    Again, I don't know if she said any amount that she had

17   spent on it or not.  I don't remember.  The record will state

18   it if she did or not.

19   Q.    Sir, you talked a bit about the friction that arose

20   between you and Mr. Gonzalez, right?

21   A.    From -- yeah, there was friction between Mr. Gonzalez and

22   myself, yes.

23   Q.    Okay.  And you claimed it arose because you didn't vote

24   for him, right?

25   A.    I think it started with that, and the fact that I was an
```

```
 1    ally of the mayor of Miami-Dade, the Mayor Gimenez, and the
 2    Mayor Gimenez basically forced Mr. Gonzalez out of his position
 3    at the airport when he took Procurement away from him.
 4    Q.   Sir --
 5    A.   I'm answering you, sir.  I apologize.
 6    Q.   In reality, the friction arose when Mr. Gonzalez gave you
 7    an award for your military service, did it not?
 8              MR. KUEHNE:  Objection.
 9              THE COURT:  Grounds?
10              MR. KUEHNE:  Number one, beyond the scope of
11    examination.  Two --
12              THE COURT:  Sustained.
13    BY MR. GUTCHESS:
14    Q.   Sir --
15              MR. GUTCHESS:  Your Honor, the counsel asked him
16    extensive questions about the friction between him and
17    Mr. Gonzalez and I think it's a key issue.
18              THE COURT:  Rephrase the question.
19    BY MR. GUTCHESS:
20    Q.   Do you recall Mr. Gonzalez presenting you with an award
21    for your military service?
22              MR. KUEHNE:  Objection.
23              THE COURT:  Sustained.
24    BY MR. GUTCHESS:
25    Q.   Do you recall friction arising from after Mr. Gonzalez
```

1  presented you with an award for your military service?

2           MR. KUEHNE:  Objection.

3           THE COURT:  Overruled.  You can answer that question.

4           THE WITNESS:  What is the question again, please?

5  **BY MR. GUTCHESS:**

6  Q.   Do you recall friction arising after Mr. Gonzalez gave you

7  an award for your military service?

8  A.   Mr. Gonzalez handed me an award that he had gotten the

9  mayor to sign that was not given to me at the Commission

10 meeting because I was not there for that part of when they were

11 doing this.

12      He stated to me that the mayor had done this for me.  I

13 thought it was a joke, frankly, that Emilio was doing it

14 because at no time had I said to him or anyone that I was a

15 military veteran.

16 Q.   Okay.  But you did show up in an event and give a speech

17 as a military veteran, did you not?

18 A.   No, I did not.  No, I did not.  Mr. Gonzalez was trying to

19 set me up by introducing me as a military veteran, and as I

20 stated very clearly, you don't put me in the front lines when I

21 haven't been there.

22      At no time did I ever say to Mr. Gonzalez or anyone else

23 that I was a military veteran.  What had happened was that

24 Mr. Gonzalez was meeting with me over a year before that had

25 made inquiries of me of what intelligence agency had I worked

 1    for for a government.

 2           And when I stated to him that, you know, if he was such a

 3    high official, then why is he asking me that?  He should know

 4    everything, and that I was not involved in any intelligence

 5    agency.

 6           Then he asked me did I serve in the military, was I a

 7    veteran?  I told him I was not a veteran, but I was in the

 8    inactive Reserve.

 9           And this was put to rest after Mr. Gonzalez sent people to

10    get my record out of the Pentagon which showed was that

11    whatever time I had been in the Marine Corps, it said that I

12    was at Quantico.  That's what the paper said.  It said that I

13    was recruited in Tampa.  There was no picture of me, and that

14    was being spread out.

15           And in a meeting that we had that they thought they were

16    going to destroy me, say stolen valor and everything else, I

17    asked Mr.  Gonzalez to come up and read something that I had.

18              And that was an honorable discharge from the U.S.

19    Marine Corps that did not even say inactive Reserve.  It said

20    Reserve.  And then I asked him to read the bottom because they

21    kept asking for my DD214, and I stated I don't have one because

22    what I had was the DD256.  That's when you get -- when you are

23    not a veteran and you haven't been in active military service

24    for the amount of time that a veteran would require, sir, when

25    I did something honorable for my country when I was a young

1    man, and seeing millions of South Vietnamese running away from

2    the communists so they wouldn't get butchered, I signed up to

3    be a military officer in the U.S. Marine Corps.

4           And after everything started getting wound down, I

5    guess they didn't need so many people, and because I then had

6    joined the police academy and I missed some classes, I was

7    given my honorable discharge, but when I signed up for that, I

8    was considered in the Marine Reserve, what I consider was the

9    inactive reserve.  That, if indeed, there was any war, I could

10   be called up even at that time.

11   Q.   But you admit you never served, right?

12   A.   Of course I admitted that.  That wasn't the issue.  The

13   only people that created that issue was Gonzalez with the group

14   around him.

15          He used that to weaponize the worst cop in Miami's history

16   that basically all he did was abuse our residents, Hispanic,

17   blacks, and claim being white as you are, that he was black.

18   And that was the guy that Mr. Gonzalez weaponized at that

19   meeting even after he read and my honorable discharge would

20   show -- and you could bring it here if Your Honor would allow

21   it into evidence so the jury could see it the too -- he had

22   that guy come in with some of his people to accuse me of stolen

23   valor and all kinds of stuff.  And after that meeting, that was

24   the end of it because there was no issue anymore.

25   Q.   Right.  But it was you being accused of stolen valor that

```
 1    was the real friction between you and Mr. Gonzalez, right?

 2    A.    It was Mr. Gonzalez that created that thinking that he was

 3    going to run me out of office.

 4          MR. GUTCHESS:  No further questions.

 5    A.    That is something that's extremely serious.  If somebody

 6    claims that they're a veteran when they're not, that is

 7    extremely serious and Mr. Gonzalez thought that he was going to

 8    on one hand use that against me, and on the other hand, the

 9    Ritchie Blom memos.

10          And I was going to be caught in the middle and forced out

11    of office and disgraced.  It didn't happen that way.

12          MR. GUTCHESS:  Thank you, sir.

13          THE COURT:  All right.  Thank you, Mr. Carollo.

14          THE WITNESS:  Your Honor, may I bring --

15          THE COURT:  Sir, there's no question.  Who's the next

16    witness?

17          MR. KUEHNE:  Your Honor, could I ask for very limited

18    re-examination on several new documents not previously

19    disclosed, not presented?

20          THE COURT:  You have 15 minutes, counsel.

21          MR. KUEHNE:  Thank you, Judge.  If I could just take

22    a moment.

23

24

25
```

```
 1                    -   -   -   -   -

 2            REDIRECT EXAMINATION OF JOE CAROLLO

 3   BY MR. KUEHNE:

 4   Q.   Commissioner Carollo, just a couple things.

 5            MR. KUEHNE:  And, Your Honor, I'll need the help of

 6   the plaintiffs I believe for the exhibits they showed because

 7   they're not in my materials having not been disclosed.

 8            THE COURT:  Sure.

 9            MR. KUEHNE:  Plaintiffs' Exhibit 425.  That's the

10   MDCOE complaint.  Could we put that up?

11   BY MR. KUEHNE:

12   Q.   You see this Plaintiffs' 425 and the pages were shown

13   through you.  Fuller signed this under oath?

14   A.   He did.

15   Q.   And do you see that his lawyer, a fellow named Orlofsky

16   signed the actual detailed pages.  And we'll flip through it

17   rather quickly.  Could we go a few pages, just to see them,

18   please?  So this part that lists --

19   A.   He signed it at the end, yes.

20   Q.   And you had occasion to read this document, didn't you?

21   A.   Yes, sir.  A long time back.

22   Q.   So when the jury reads this, since it's published, is that

23   full of flat out lies?

24            MR. GUTCHESS:  Objection, Your Honor.

25
```

1   **BY MR. KUEHNE:**

2   Q.   By Fuller?

3          MR. GUTCHESS:   Objection.

4          THE WITNESS:   Yes, sir.  And we could go through each

5   and every one.

6          MR. KUEHNE:   We don't need to do that.  The jury can

7   look at that.

8   **BY MR. KUEHNE:**

9   Q.   Does this complaint dismissed by the Commission on Ethics

10  have any allegation of First Amendment political retaliation?

11  A.   There was not a single one that I saw in there.  Not a

12  single one.  In fact, during that time, Mr. Fuller was going on

13  radio programs, taking sworn statement of Mr. Miro and saying

14  just the opposite.

15  Q.   Plaintiffs' Exhibit 551.  The final report and order.

16  You were -- that was shown to you on examination.

17  A.   I don't see it here.

18  Q.   We'll just show it up.  You see this Plaintiffs' Exhibit

19  551?

20  A.   Yes, sir.

21  Q.   Now, it says that Fuller requested to withdraw the

22  complaint pursuant to Rule 4.3 of the Ethics Commissions Rules

23  of Procedure, right?

24  A.   That's what it says here.

25  Q.   Did you have an understanding of what was going on with

```
 1   your lawyer demanding that Fuller testify under oath so he
 2   could be reported for perjury that led to his withdrawal of the
 3   complaint?
 4             MR. GUTCHESS:  Objection, Your Honor.  Leading.
 5             THE COURT:  Sustained.
 6   BY MR. KUEHNE:
 7   Q.   What led to Fuller's withdrawal of the complaint?
 8             MR. GUTCHESS:  Objection.  Foundation.
 9             THE COURT:  Sustained.
10   BY MR. KUEHNE:
11   Q.   Were you part of the Commission on Ethics case against you
12   by Fuller?
13   A.   Yes, I was part of that case.
14   Q.   And are you aware of the events and circumstances and
15   written documents leading up to Fuller's withdrawal --
16   attempted withdrawal of the complaint?
17   A.   I am to -- in as far as what we were presenting or trying
18   to present to the Ethics Commission.
19   Q.   And are you aware that your lawyer filed an opposition --
20             MR. GUTCHESS:  Objection, Your Honor.
21             THE COURT:  What's the objection?  He didn't finish
22   asking the question.
23   BY MR. KUEHNE:
24   Q.   Filed an opposition to the withdrawal?
25   A.   Yes.
```

1    Q.   And was that part of the official record?

2    A.   Yes.

3    Q.   That led to the dismissal?

4    A.   Yes.

5    Q.   And did that withdrawal set out the reasons why Fuller was

6    withdrawing?

7    A.   Yes.

8    Q.   And did it have anything --

9              MR. GUTCHESS:  Objection, Your Honor.

10             THE COURT:  What's the objection?

11             MR. GUTCHESS:  What's the basis for this witness to

12   testify as to the reasons for the withdrawal of the complaint?

13             THE COURT:  Sustained.

14   **BY MR. KUEHNE:**

15   Q.   Did your lawyer's objection spell out for the Commission

16   on Ethics the reasons Fuller was trying to withdraw this

17   complaint?

18             MR. GUTCHESS:  Objection, Your Honor.

19             THE WITNESS:  To the best of my recollection yes.

20             THE COURT:  Sustained.

21   **BY MR. KUEHNE:**

22   Q.   And did the Commission on Ethics except your lawyer's

23   demand for dismissal with prejudice?

24             MR. GUTCHESS:  Objection, Your Honor.

25             THE COURT:  Overruled.

```
1              THE WITNESS:  To the best of my recollection, it did.
2   BY MR. KUEHNE:
3   Q.   And by the way, when you were asked about this -- you can
4   take that down and show shown the complaint.
5        That complaint is filed -- is that complaint filed against
6   you as Joe Carollo, City Commissioner?
7   A.   If I could see the top of it again.
8   Q.   Do you know that's what the complaint involved?
9   Do you see paragraph 2?
10  A.   It is, I believe.
11  Q.   Honorable Joe Carollo, City Commissioner.
12  A.   Exactly.  It's filed against me.
13  Q.   When you were asked about this lawsuit, is this lawsuit
14  filed against Joe Carollo, City Commissioner?
15  A.   No.  It's filed against me personally.
16  Q.   In what capacity?
17  A.   As a city commissioner.
18  Q.   You were also shown Plaintiffs' Exhibit 578.  That's a
19  sign code.  Do you remember that?
20  A.   I'm sorry, which?
21           MR. KUEHNE:  Plaintiffs' Exhibit 578.  I would ask
22  that to be put up on the screen?
23           THE WITNESS:  If I can see it, please.
24  BY MR. KUEHNE:
25  Q.   Sure.  Do you see this on political signage?
```

```
 1   A.    Yes.

 2   Q.    And do you have any understanding under the city code and

 3   the Code 21 that political advertisements don't need permits?

 4   A.    Correct.  They don't need permits unless they're maybe

 5   huge or something, but they don't need permits.

 6   Q.    Does this exhibit that you were shown by the plaintiff,

 7   Plaintiffs' Exhibit 578, have anything to do with illegal

 8   rallies unpermitted?

 9   A.    No, nothing whatsoever.

10   Q.    And finally, you were asked and shown a new document,

11   Plaintiffs' Exhibit 577.

12   A.    I don't see it here yet.

13   Q.    This one here.  It's the Haines, Trelana and Adele

14   Valencia.

15   A.    Right.

16   Q.    Did you have anything to do with a joint inspection

17   conducted by Police, Fire and myself, Trelana Haines?

18   A.    Nothing whatsoever with it.  In fact, I'm still intrigued

19   to see where that happened at because it's not what I'm reading

20   here.

21   Q.    And did -- with regard to this Exhibit 577, did Valencia,

22   Adele Valenica, ever object to you bringing music blasting

23   information to her attention?

24   A.    No.  In fact, I received information a few days later that

25   the reason they were --
```

```
 1              MR. GUTCHESS:  Objection.

 2              THE COURT:  Wait.  Sustained.

 3  BY MR. KUEHNE:

 4  Q.   And let me just close by asking you with regard to the

 5  documents you were asked about on the re-examination that deal

 6  with this lawsuit, remember those different documents you were

 7  asked about?

 8  A.   There was a whole bunch of documents.

 9  Q.   Discovery related documents?

10  A.   Exactly.

11  Q.   Was there a lot of discovery stuff going on in this case?

12  A.   Absolutely.  There's a lot of requests that were made.

13              MR. KUEHNE:  Nothing further, Judge.  Thank you for

14  the opportunity.

15              THE COURT:  You're welcome.  Thank you.  You may step

16  down, sir.

17              THE WITNESS:  Thank you, Your Honor.

18              THE COURT:  Plaintiff?  Mr. Gutchess, plaintiff, call

19  your next witness.

20              MS. SUAREZ:  Yes, Your Honor.  The plaintiffs call

21  Melissa Bernheim.

22              MS. DAWSON:  Before the witness takes the stand, may

23  we please approach sidebar?

24              THE COURT:  Sure.

25                        (At the bench.)
```

1              MS. DAWSON:  Your Honor, I don't know if you want to

2     do this in or out of the presence of the jury.  I'm not sure if

3     you want to do this in or out of the presence of the jury, but

4     we are objecting to her testimony, the testimony of

5     Ms. Bernheim.

6              She was not disclosed in the plaintiffs' second

7     amended initial disclosures.  The Court did allow us to depose

8     Ms. Bernheim after she was listed on their joint pretrial

9     stipulation on March 3, 2023.  That's docket entry 332.

10             Like I said, the Court did allow us to depose her and

11    for her to testify at the time of calendar call, but pursuant

12    to Magistrate Louis' order granting in part defendant's motion

13    to strike plaintiffs' second amended -- or plaintiffs' amended

14    Rule 26 disclosures as to damages and order to file amended

15    disclosures within seven days with a computation of specific

16    monetary amounts of damages sought by plaintiffs personally and

17    in any other evidentiary support of such computation, we have

18    not been provided with any computation of any damages sustained

19    by either of the plaintiffs in this case in their individual

20    capacity, nor documents which would be supportive of any

21    potential computation.

22             So it is our opinion, and the case law holds that

23    plaintiffs should not be allowed to provide any computation or

24    submit that to the jury as relates to their noneconomic

25    damages.

1            Like I said, we object to Ms. Bernheim testifying for

2    the basis that I already raised.  But additionally, since Your

3    Honor did allow us to take the deposition of her on April 14th,

4    we did agree by email dated April 18, 2023 to permit

5    Ms. Bernheim non-sequestration throughout the duration of this

6    without waiving our objection to her testimony, provided that

7    she provide a proffer of what her testimony would be.

8            And we agreed that it would be limited to Mr. Fuller's

9    individual noneconomic damages claim.  Plaintiffs' counsel

10   subsequently provided a proffer of the testimony after

11   Ms. Betancourt was deposed, and we entered into a stipulation

12   on the record of her testimony and what she would be testifying

13   to as it relates to this case and this is regarding the

14   emotional distress, noneconomic damage claims of her husband,

15   Mr. Fuller, individually.

16           Ms. Arteaga-Gomez was present on behalf of plaintiffs

17   and agreed to this stipulation on the record which I do have a

18   copy of for Your Honor at page 5, line 20.

19           THE COURT:  So her testimony is supposed to be

20   related only to emotional distress and noneconomic damages

21   only?

22           MS. DAWSON:  Claim of Mr. Fuller, individually.  Not

23   Ms. Bernheim.

24           THE COURT:  Okay.

25           MS. DAWSON:  Not Mr. Pinilla or anyone else.  She

```
 1  agrees that she's not a party to this case.
 2           MS. SUAREZ:  Correct.  I don't know what the issue
 3  is.
 4           MS. DAWSON:  I just wanted to put it on the record
 5  before it goes too far after I just finished.
 6           THE COURT:  You all agreed.  She said one word.
 7           MS. DAWSON:  Correct, Your Honor.  No, I have to lay
 8  it out, Your Honor.
 9           THE COURT:  Let me finish.  That's why I asked the
10  question.  I read the deposition, the portion as to her.  She
11  says correct.  What else can she say other than correct?
12           MS. DAWSON:  I just wanted to put it on the record.
13           THE COURT:  It's on the record.  She says correct.
14  She agreed with you.
15           MS. DAWSON:  Okay.  Okay.
16           THE COURT:  All right.  Anything else?
17           MR. PERTNOY:  First time for everything.
18           THE COURT:  That's true.  So anything else?
19           MS. DAWSON:  No.
20           THE COURT:  Thank you.
21                     (In open court.)
22           THE COURTROOM DEPUTY:  Please raise your right hand.
23                     (Witness sworn.)
24           THE WITNESS:  I do.
25           THE COURTROOM DEPUTY:  Please state your name for the
```

 1   record and spell it, please.

 2              THE WITNESS:  Melissa, M-E-L-I-S-S-A.  Bernheim,

 3   B-E-R-N-H-E-I-M.

 4              THE COURTROOM DEPUTY:  Have a seat.

 5                         -  -  -  -  -

 6           **DIRECT EXAMINATION OF MELISSA BERNHEIM**

 7   **BY MS. SUAREZ:**

 8   Q.   Good afternoon, Ms. Bernheim.

 9   A.   Good afternoon, Ms. Suarez.

10   Q.   Can you tell us a little bit about your educational

11   background?

12   A.   Yes.  I have a bachelor of arts from Emory University and

13   a Juris Doctorate from American University Washington College

14   of Law.

15   Q.   Can you tell me a little bit about your professional

16   background?

17   A.   Yeah, I graduated from law school in 2002 and took a job

18   with Greenberg Traurig down here in Miami.  I was with them a

19   couple of years.

20              And from there, I moved.  I practiced corporate bankruptcy

21   law.  I moved over to Berger Singerman for a short stint, and

22   then went to Krueger Paris.  That firm imploded so the partner

23   that I worked with was based in Fort Lauderdale, and he was

24   going to go practice in Fort Lauderdale, and I wanted to stay

25   in Miami.

1      So I went from there, and I did a very short stint as a

2  land use attorney with Shubin & Bass.  And there, I was

3  primarily doing appellate law, and that's not really my cup of

4  tea with all due respect to appellate attorneys.

5      So I made a move there to a firm down here, Zarco,

6  Einhorn, Salkowski, and at the time it was Brito.  They are

7  preeminent franchisee attorneys, so I got into franchise

8  practice.  I was with them for four and a half years when I was

9  approached by Smoothie King franchises out of New Orleans,

10  Louisiana.  They hired me as their general counsel.  And I

11  spent three years with them.

12      I commuted between Miami and New Orleans.  I spent a

13  certain amount of time here, certain amount of time there.

14  They were a privately owned company with franchisees all over

15  the world, and they were ultimately purchased by their largest

16  franchisee who's based out of Seoul, Korea.

17      So when we finished the E-mini work, I moved back to Miami

18  and I took a job with Perry Ellis International.  I was with

19  them until I had my first child.

20      I went on maternity leave, and when I went back, I decided

21  that it was too far in Doral to get home in time for a nanny

22  for my daughter so I opened my own practice; did that for a

23  little while.

24      And then ultimately was asked to join another firm from

25  there.  I went on to become general counsel for the Brazilian

```
 1   artist, Romero Britto, and I was with him for two and a half

 2   years, had my son.

 3        And from there, I actually worked for a husband and wife

 4   team doing franchise work because throughout all of this time,

 5   I was really primarily a franchise/intellectual property and

 6   licensing attorney.  And I ended up with AXS Law with

 7   Mr. Gutchess for a while.

 8        And after that, I went back to where I originally started,

 9   which was the Zarco firm, and I started as the interim general

10   counsel for Perry Ellis International while I was with the

11   Zarco firm because they had -- their general counsel had moved

12   on to North Carolina.  They knew me, they needed somebody that

13   filled the slot while they looked to hire someone, and I did

14   that for a year.  And at the end of the year, they asked me if

15   I would come on full-time.  They gave me the job as chief legal

16   officer, and that is currently where I am employed.

17   Q.   Okay.  And are you married?

18   A.   I am married to Bill Fuller.

19   Q.   And how long have you been married to Bill?

20   A.   We've been married for ten years.

21   Q.   When did you originally meet?

22   A.   We originally met in late 1998, Bill had been attending

23   college --

24            MS. DAWSON:  Objection.  Beyond the scope of the

25   question.
```

```
 1              THE COURT:  Sustained.
 2   BY MS. SUAREZ:
 3   Q.   Do you and Bill have any children together?
 4   A.   We do.  We have four.
 5   Q.   What are their names?
 6   A.   Stella, Maxwell, Emmaline and Liam.
 7   Q.   How old are they?
 8   A.   Stella is eight, Maxwell is six, Emma is four, and Liam is
 9   two.
10   Q.   And do you know Joe Carollo?
11   A.   I know of Joe Carollo.  I do not know him personally.
12   Q.   How do you know of him?
13   A.   I know of him because when I started work with Greenberg
14   Traurig in 2002, he was the mayor of Miami, and he was very
15   involved in politics.
16        I should back up.  I did a year visiting at UM while I was
17   still enrolled at American University.  That was during the
18   Elian Gonzalez situation --
19              MS. DAWSON:  Objection, Your Honor.  Unresponsive.
20              THE COURT:  All right.  Sustained.
21   BY MS. SUAREZ:
22   Q.   How do you know of Joe Carollo, Ms. Bernheim?
23   A.   Because he was a politician in Miami when I lived here and
24   he had a reputation for being outspoken.
25   Q.   Okay.  And did Bill help host a rally in November of 2017?
```

```
 1    A.    He did.

 2    Q.    Who was it for?

 3    A.    Alfie Leon.

 4    Q.    And were you with Bill on that day?

 5    A.    I was.

 6    Q.    Were you concerned about Bill's involvement in holding the

 7    rally?

 8    A.    I absolutely was.

 9    Q.    Why?

10    A.    Because there were a group of prominent Miami

11    stakeholders, if you will, that had come together and formed a

12    group.  They called themselves ABC.  This stood for Anyone But

13    Carollo, and they had come to us and requested --

14              MS. DAWSON:  Objection.  Hearsay.

15              THE COURT:  Sustained.

16    BY MS. SUAREZ:

17    Q.    Did anything happen to Bill that day?

18    A.    The day of the rally?

19    Q.    Yes.

20    A.    Yes.  We were in the car driving to my niece's birthday

21    party and we received a call, and it was on speakerphone so I

22    heard the entire conversation.  And on the phone was Steve

23    Miro --

24              MS. DAWSON:  Objection.  Hearsay.

25              THE COURT:  Overruled.
```

 1          THE WITNESS:  On the phone was Steve Miro, and he was

 2    exceptionally agitated, screaming that there is an illegal

 3    rally taking place, and that Carollo is exceptionally upset and

 4    he's sending Code and they're going to shut the rally down.

 5    **BY MS. SUAREZ:**

 6    Q.   How did that phone call affect Bill on that day?

 7          MS. DAWSON:  Objection.  Calls for speculation.

 8          THE COURT:  Overruled.

 9          THE WITNESS:  He immediately became frantic because

10    there was zero intention on his part to be out in the open

11    about this rally.  This was something that he was supporting

12    covertly, I guess if you will, not in public.

13          And so the fact that Carollo knew that it was his

14    rally really upset him.  So he -- immediately, he wanted to

15    turn around and go back to Miami, but we couldn't do that

16    because it was my niece's birthday so he's just immediately

17    started making phone calls to everyone he could.  His business

18    partner, Jenny Molina who was involved in organizing the rally,

19    whoever he could to shut it down because he was freaking out.

20    **BY MS. SUAREZ:**

21    Q.   And did he partake in your niece's birthday party?

22    A.   Unfortunately, no, because when we finally arrived there,

23    I took the kids in and he was outside for like four hours on

24    the phone so that he could eventually write Miro back and tell

25    him that --

```
1              MS. DAWSON:  Objection.  Hearsay.
2              THE COURT:  Sustained.
3              MS. DAWSON:  403.
4              THE COURT:  Sustained.
5    BY MS. SUAREZ:
6    Q.   Did Commissioner Carollo eventually win that election?
7    A.   He did.
8    Q.   Did Bill host a Christmas party in December of 2017?
9              MS. DAWSON:  Objection.  Leading.
10             THE COURT:  Sustained.
11   BY MS. SUAREZ:
12   Q.   Does Bill usually host a Christmas party?
13   A.   Yes.  Every year, Bill and Martin host a Christmas party
14   called a Last Mitchum.  It's for their tenants, friends and
15   family.
16   Q.   Was there a Christmas party on December 15, 2017?
17   A.   There was.
18   Q.   Were you present at that Christmas party?
19   A.   I was.
20             MS. SUAREZ:  If we can show Plaintiffs' Exhibit 462.
21   Is there any objection?
22             MS. DAWSON:  The Tower party, no objection.
23             THE COURT:  No objection.
24   BY MS. SUAREZ:
25   Q.   Do you recognize this to be the party in December of 2017?
```

1   A.   I do.

2   Q.   Can we scroll down?  Which of your two kiddos are those?

3   A.   That is Stella and Maxwell.

4   Q.   And is that Bill on that day as well?

5   A.   Yes.

6   Q.   You can take that down.  And did Code Enforcement come out

7   to the party on that evening?

8              MS. DAWSON:  Objection.  Leading.

9              THE COURT:  Overruled.

10             THE WITNESS:  Yes.  Code and police with flashing

11  lights.

12  **BY MS. SUAREZ:**

13  Q.   How did that affect Bill?

14  A.   I think first and foremost, Bill was incredibly

15  embarrassed because everybody that was at the party could see

16  that there was police presence.  It's not like they came

17  quietly.  The light was flashing outside.

18       And obviously, the police officer was dressed in full

19  uniform.  Code Enforcement officer was also dressed in uniform

20  and they came through the entire party so the guests --

21             MS. DAWSON:  Objection.  Unresponsive.  The question

22  was asked to Mr. Fuller personally.

23             THE COURT:  Overruled.

24             THE WITNESS:  The guests were, you know, questioning

25  it, so he was embarrassed.  Then from embarrassment it went to

```
 1    deep concern and, you know, what is going on.  Why is Code here
 2    and he and Martin immediately stepped outside to address the
 3    issue.
 4    BY MS. SUAREZ:
 5    Q.   And did Bill ever discuss with you any radio defamation?
 6              MS. DAWSON:  Objection.  Leading.
 7              THE COURT:  Sustained.
 8    BY MS. SUAREZ:
 9    Q.   Did you ever hear Mr. Carollo on the radio?
10    A.   I did personally.  I heard it myself.
11    Q.   And was he talking about Bill Fuller?
12    A.   He did not mention Bill Fuller by name, but he called him
13    the Godfather and he described him.
14              MS. DAWSON:  Objection.  Calls for speculation.
15              THE COURT:  Overruled.
16    BY MS. SUAREZ:
17    Q.   Did Bill discuss with you how that affected him?
18    A.   Yes.
19    Q.   And what affect did that have on Bill?
20    A.   Bill was devastated because Bill has worked his entire
21    career since I've known him to do good for the neighborhood,
22    the Little Havana corridor.
23         He is a very straightlaced, honest, sometimes --
24              MS. DAWSON:  Objection.  Narrative.  Bolstering.
25              THE COURT:  Overruled.
```

 1              THE WITNESS:  So for somebody who doesn't even know

 2   him to go on the radio to the people, to the community that

 3   he's friends with and suggest that he would do something as

 4   awful as laundering Venezuelan funds --

 5              MS. DAWSON:  Objection, Your Honor.  Again, hearsay.

 6              THE COURT:  Overruled.

 7              THE WITNESS:  -- was exceptionally devastating and he

 8   was -- he was beside himself because how do you combat that?

 9   That was in a public radio.  Everyone --

10              MS. DAWSON:  Objection, Your Honor.  Beyond the scope

11   of the stipulation.  Hearsay.  403.

12              THE COURT:  Sustained.

13   **BY MS. SUAREZ:**

14   Q.   And did Bill have any issues with any of his tenants

15   during the months of January or February of 2018?

16   A.   Yes.

17              MS. DAWSON:  Objection.  Leading.  Beyond the scope

18   of the stipulation.

19              THE COURT:  Sustained.

20              MS. SUAREZ:  Your Honor, I have to lay the foundation

21   to ask the question about how it affected him.

22              THE COURT:  Ask the proper question then.

23   **BY MS. SUAREZ:**

24   Q.   Did you become aware of Sanguich having issues in early

25   2018?

```
1   A.   Yes.
2             MS. DAWSON:  Objection.  Leading.
3             THE COURT:  Overruled.
4   BY MS. SUAREZ:
5   Q.   How did that affect Bill?
6   A.   Bill was concerned because he was starting to see a
7   pattern of raids.  Police people coming to his properties and
8   starting to target and harass his tenants.  So he also felt
9   responsible for his tenants and he wanted to be able to help
10  them the best way that he could.
11        So, you know, first and foremost, Bill's also a
12  businessman and he's in real estate.  So anybody, you know, an
13  issue with a tenant is going to be something he's going to be
14  concerned about.
15        So he was starting to become very frantic and believed
16  vehemently that all of this was coming from what happened with
17  the Alfie Leon rally.
18  Q.   And did you become aware of an incident that happened at
19  the Gay 8 Festival in 2018?
20  A.   Yes, I did.
21  Q.   How did that incident affect Bill?
22  A.   Bill was exceptionally ashamed.  He was -- Bill had gone
23  to the Gay 8 Festival.  He was in another event with my
24  daughter, Stella.  She was three at the time, and he took her
25  by the Ball & Chain to see the dancers because she was enamored
```

1    by the show girls dancing.

2           MS. DAWSON:  Objection, Your Honor.  Unresponsive.

3           THE COURT:  Overruled.

4           MS. SUAREZ:  I think the jurors, they want a break?

5           THE COURT:  All right.  That's fine.  We'll be in

6    recess until 4:00 p.m.  Again, do not discuss this case with

7    anyone.  Do not formulate any opinions about this matter.

8    Thank you.

9           THE COURTROOM DEPUTY:  All rise for the jury.

10          (Thereupon, the jury exited the courtroom

11                and a short recess was had.)

12          THE COURT:  Bring the jurors, please.  Thank you.

13          MS. DAWSON:  Judge, we would be moving to strike any

14   testimony regarding the rally and speeches.  It was beyond the

15   scope of the stipulation.

16          THE COURT:  All right.  Can we stick to the direct

17   examination of the stipulation, please?

18          MS. SUAREZ:  Yes, Your Honor.  She was describing how

19   the rally affected Mr. Fuller.

20          THE COURT:  That's the impact and the affect on him,

21   that's fine.  But again, let's make sure we focus strictly on

22   the stipulation.  Not beyond that, all right?

23          MS. SUAREZ:  Mm-hmm.

24          THE COURT:  All right.

25          (Thereupon, the jury entered the courtroom.)

```
 1              THE COURT:  The members of the jury are all present
 2     and accounted for.  Please be seated everyone.  And you may
 3     continue with your direct examination.
 4              MS. SUAREZ:  Thank you, Your Honor.
 5     BY MS. SUAREZ:
 6     Q.   I think before we took the break, you were describing how
 7     an incident at the Gay 8 Festival affected Mr. Fuller.  Can you
 8     just explain that for us?
 9     A.   Yes.  As I mentioned, Bill was there with our daughter,
10     Stella.  She was three at that time, and there was an incident
11     that took place --
12              MS. DAWSON:  Objection.  Beyond the scope of the
13     stipulation.
14              THE COURT:  Sustained.
15     BY MS. SUAREZ:
16     Q.   How was Bill affected by what happened at the Gay 8
17     Festival?
18     A.   He was exceptionally ashamed of the way he handled the
19     situation in light of my three year old daughter being with
20     him.  That's not the way he would normally conduct himself.
21     Q.   And on that same day, did Bill become aware of
22     Commissioner Carollo coming out to the church valet lot that
23     Ball & Chain uses?
24              MS. DAWSON:  Objection.
25              THE WITNESS:  Yes, he did.
```

```
 1                THE COURT:  Overruled.  You can answer.
 2                THE WITNESS:  Yes, he did.
 3    BY MS. SUAREZ:
 4    Q.   How did that encounter affect Bill?
 5    A.   He was exceptionally upset because the valet operators at
 6    Ball & Chain are like family, known them a very long, very long
 7    time and they were very, very concerned and he was very
 8    concerned as well and wanted immediately to help them.
 9         This was a realization that now not only are these things
10    happening during the day, they're happening at night.
11                MS. DAWSON:  Objection.
12                THE COURT:  What's the objection?
13                MS. DAWSON:  Beyond the scope of the stipulation.
14                THE COURT:  Sustained.
15    BY MS. SUAREZ:
16    Q.   Can you just describe how Bill felt about the encounter?
17    A.   Bill was exceptionally upset.  He became very anxious and
18    exceptionally concerned for on the well-being of the people he
19    associates with.
20    Q.   And did Bill become aware of a Commission meeting on
21    February 14, 2019?
22    A.   Yes, he did.
23    Q.   And how was Bill affected by that February 14, 2019
24    Commission meeting?
25    A.   Devastated.  Absolutely devastated, because his name was
```

1    being dragged through the trash.  He was being accused of doing

2    things that were untrue.

3           MS. DAWSON:  Objection.  Beyond the scope of the

4    stipulation.

5           THE COURT:  Overruled.

6           THE WITNESS:  He was being accused of doing things

7    that were not true.  He wasn't given proper notice and the way

8    that the Commission meetings work, there's only two.  There's

9    only a certain amount of time.

10          MS. DAWSON:  Objection.  Beyond the scope of the

11   stipulation.

12          THE COURT:  Sustained.

13          THE WITNESS:  He was exceptionally upset, and he was

14   deflated.

15   **BY MS. SUAREZ:**

16   Q.   And did Bill continue watching Commission meetings?

17   A.   Yes.  We had no choice.

18   Q.   How was he affected by having to continue to watch

19   Commission meetings?

20   A.   His anxiety levels became out of control.  The problem was

21   we never knew what was going to be next so he had to monitor

22   everything to see what the next attack target was going to be.

23          MS. DAWSON:  Objection, Your Honor.  Hearsay.  Beyond

24   the scope of the stipulation and assumes facts not in evidence.

25          THE COURT:  Sustained.

1   **BY MS. SUAREZ:**

2   Q.   How was he affected by having to watch the Commission

3   meetings?

4   A.   It took a lot of time away from our family, from our

5   children.  It took away time from him being able to be

6   productive at work, and it was extremely stressful and

7   overwhelming.

8   Q.   And at some point after this, did some of Bill's

9   businesses get shut down entirely?

10          MS. DAWSON:  Objection.  Beyond the scope of the

11   stipulation.  Lack of foundation.

12          THE COURT:  Sustained.

13   **BY MS. SUAREZ:**

14   Q.   Did you become aware of the Ball & Chain closing at one

15   point?

16   A.   Yes.

17   Q.   How did that closure affect Bill?

18   A.   It affected Bill from a financial perspective, and in a --

19          MS. DAWSON:  Objection.  Beyond the scope of the

20   stipulation.

21          THE COURT:  Sustained.

22   **BY MS. SUAREZ:**

23   Q.   Putting aside the financials, how did it affect Bill?

24   A.   He was extremely sad and disheartened and deflated and he

25   was -- he just became someone I didn't recognize.

```
 1   Q.   And at some point, was Taquerias el Mexicano also shut

 2   down?

 3   A.   Yes, it was.

 4            MS. DAWSON:  Objection.  Beyond the scope of the

 5   stipulation.

 6            THE COURT:  Overruled.

 7   BY MS. SUAREZ:

 8   Q.   How was Bill affected by the shutdown of Taquerias

 9   Mexicano?

10   A.   I think he -- it was incredulous.  Throughout all this

11   time, he started to gain a ton of weight.  He was stress

12   eating, and he started to develop headaches, heart

13   palpitations.  He was not sleeping at night.  He became

14   paranoid.  He -- just all the optimism and the happiness that I

15   knew him to always have had just gone away.  And it was

16   affecting him and his relationship with me and the kids.

17   Q.   And what year did you meet Bill?

18   A.   We met originally in maybe 1999, '98.

19   Q.   And before November 18th of 2017, how would you describe

20   Bill as a person?

21   A.   Happy --

22            MS. DAWSON:  Objection.  Beyond the scope of the

23   stipulation.

24            THE COURT:  Overruled.

25            THE WITNESS:  Happy, excited for the future.  Hungry
```

1   to do well.  He was an entreprenuer.  He was always glass half

2   full, and just the person everybody liked to be around and a

3   great, great husband.

4   **BY MS. SUAREZ:**

5   Q.   And as of today, how long has it been that these incidents

6   you've been discussing have been happening?

7   A.   Almost six years now.

8   Q.   And have you observed any physical changes in Bill in the

9   last five or so years?

10          MS. DAWSON:  Objection.  Lack of foundation.

11          THE COURT:  Overruled.

12          THE WITNESS:  He's gained almost 60 pounds.  He has

13  stopped being active, exercising.  He is -- like I said, he

14  does not sleep.  He is under crazy amounts of stress.  He has

15  been paranoid for his own safety --

16          MS. DAWSON:  Objection.  Improper medical opinion.

17  She's not a doctor, Your Honor.

18          THE COURT:  Overruled.

19          THE WITNESS:  He has become paranoid for his own

20  safety.  He fears false arrests like what happened to one of

21  his managers --

22          MS. DAWSON:  Objection.  Beyond the scope of the

23  stipulation.

24          THE COURT:  Overruled.

25          THE WITNESS:  He does not go to his office in Little

```
 1   Havana anymore, maybe once, twice a month.  He -- which is so
 2   sad.  He doesn't feel comfortable there.  He's afraid to be
 3   there and he -- it's just he's not the same person anymore.
 4   BY MS. SUAREZ:
 5   Q.   And with regards to the health issues that you just
 6   described, has he seen any doctors?
 7             MS. DAWSON:  Objection, Your Honor.  Lack of
 8   foundation.
 9             THE COURT:  Overruled.
10             MS. DAWSON:  Calls for hearsay and beyond the scope
11   of the stipulation.
12             THE COURT:  Overruled.
13             THE WITNESS:  He has gone to a doctor.  He sees his
14   G.P. and in --
15             MS. DAWSON:  Objection, Your Honor.  Rule 26(a).
16   This was brought up on the sidebar.
17             THE COURT:  As to that statement there, I'm going to
18   sustain the objection.  Next question.
19   BY MS. SUAREZ:
20   Q.   Can you describe for me the paranoia that you were talking
21   about earlier?
22   A.   Yes.  So like I said before, he is afraid to go into
23   Little Havana for fear of -- or really the City of Miami in
24   general for fear of being falsely arrested, or accused of doing
25   something because that's happened to people he's associated
```

```
 1   with.  A lot of what has happened as a result of what the
 2   targeting and the raids and the things at his businesses, the
 3   city's done to other businesses.
 4            MS. DAWSON:  Objection.  Unresponsive.  Move to
 5   strike.  Beyond the scope of the stipulation.
 6            THE COURT:  Sustained.
 7   BY MS. SUAREZ:
 8   Q.   You live with Bill, right?
 9   A.   I do.
10   Q.   You see him all the time?
11   A.   When he's there, yes.
12   Q.   Would you notice physical changes in him?
13   A.   Absolutely.
14   Q.   Does he discuss if he doesn't feel well with you?
15   A.   Bill's is a very proud person.  He's not a big -- his
16   family, in general, is not big on medication.  I know him.
17   We've been together for 20 years.  I know when something's
18   wrong with him so I can usually pull it out of him.  But within
19   the last year and a half, he's actually come clean when he
20   feels like his heart is racing and he's having terrible
21   headaches --
22            MS. DAWSON:  Objection.  Improper medical opinion
23   from a lay witness.  Foundation.  Beyond the scope of the
24   stipulation.
25            THE COURT:  Overruled.
```

```
 1                MS. DAWSON:  Rule 26.

 2                THE COURT:  Overruled.

 3                THE WITNESS:  Should I keep going?

 4   BY MS. SUAREZ:

 5   Q.   Yes.  You can finish your answer.

 6   A.   He has purchased blood pressure monitors.  He got an Apple

 7   watch to keep up with his heart rate and he has gone to a

 8   cardiologist.

 9                MS. DAWSON:  Your Honor, I move to strike.  Beyond

10   the scope of the stipulation as it relates to the last

11   commented, "he's gone to a cardiologist."

12                THE COURT:  Overruled.

13   BY MS. SUAREZ:

14   Q.   And have you observed any troubles with sleeping?

15   A.   Yes, he -- Bill's up every night.  It's depends sometimes,

16   3:00 to 5:00, 4:00 to 6:00.  He just does not sleep and when I

17   ask him what's up?  He just his mind is racing.  He's so

18   stressed and he has fear for our future.

19   Q.   Okay.  And has Bill changed in the way as it relates to

20   you and your relationship in the last five years?

21   A.   Absolutely.  I love my husband but the stress levels that

22   he's been under definitely have caused friction between the two

23   of us.  I think you tend to take your stress out on the people

24   that are closest to you --

25                MS. DAWSON:  Objection.  Non-responsive.
```

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  And so he takes his stress out on me

 3   from time to time, and I don't particularly appreciate it but I

 4   understand why it's happening.

 5              MS. DAWSON:  Objection.  Outside the scope of the

 6   stipulation.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  I understand the level of stress that

 9   he's under and I love him.

10              MS. DAWSON:  Objection, Your Honor.  Move to strike.

11   Beyond the scope of the stipulation.  This is what we addressed

12   sidebar.  Rule 26.  Plaintiffs' individual motion --

13              THE COURT:  Sustained.  I sustained the objection,

14   counsel.

15   BY MS. SUAREZ:

16   Q.   Have you observed Bill become stressed?

17   A.   Yes.

18   Q.   As it relates to your children?

19   A.   Yes.  He doesn't have as much time for my kids as he did

20   before.  My first two kids were around before all this started.

21   He had a lot more time for them.

22        Now he's just in undated with dealing with all of these

23   problems, as well as trying to make a living on his regular

24   business obligations, and so my kids, they complain that he's

25   always gone.
```

 1           MS. DAWSON:  Objection.  Beyond the scope of the

 2   stipulation now.

 3           THE COURT:  Sustained.

 4   **BY MS. SUAREZ:**

 5   Q.   How has Bill's behavior changed towards your children?

 6   A.   He just doesn't have as much time for them as he wants to

 7   have.  He always says that the formative years of my kids with

 8   him have been stolen from us because all this time that we

 9   should be spending with our kids and not worrying, and except

10   for what normal life stresses are are gone, and you don't get

11   that time back with your kids when they're that age.

12        And he's sad and devastated and overwhelmed by all of this

13   and my kids, my daughter bought him a cellphone --

14           MS. DAWSON:  Objection.  Beyond the scope of the

15   stipulation.

16           THE COURT:  Overruled.

17           MS. SUAREZ:  Go ahead.

18           THE WITNESS:  My daughter, my soon to be nine year

19   old, bought him a cellphone jail for the holidays so that he

20   could lock up his cellphone so you would have to pay attention

21   to her.  So that should be an idea.  My five year old son --

22           MS. DAWSON:  Objection, Your Honor.  Move to strike

23   beyond the scope of the stipulation and improper opinion

24   testimony.  Lack of foundation.  Rule 403.

25           THE COURT:  Overruled.

1          THE WITNESS:  My five year old son will tell you that

2    Joe Carollo is not a good person.

3          MS. DAWSON:  Objection, Your Honor.  Move to strike.

4    Again, beyond the scope of the stipulation we discussed this at

5    sidebar.

6          THE COURT:  Stricken.  Next.

7          MS. SUAREZ:  Can we pull up Plaintiffs' Exhibit 365?

8    Any objection?

9          MS. DAWSON:  No objection.

10   **BY MS. SUAREZ:**

11   Q.   Do you recognize this photo?

12   A.   I do.

13   Q.   Where was it taken?

14   A.   At Viernes Culturales.

15   Q.   And which two of your little ones are these?

16   A.   That's Stella and Maxwell again.

17   Q.   And does Bill appear the same as he does today to you?

18   A.   In this photo?

19   Q.   Yes.

20   A.   No.

21   Q.   Can you tell me why?

22   A.   Because he's a lot thinner in that photo and he's really

23   happy in that photo.  He's really proud of Viernes.

24   Q.   And did Viernes Culturales have to change to a different

25   date?

```
 1   A.   It did.

 2             MS. DAWSON:  Objection.  Beyond the scope of the

 3   stipulation.

 4             THE COURT:  All right.  Sustained.

 5   BY MS. SUAREZ:

 6   Q.   How did the changes for Viernes Culturales affect Bill?

 7   A.   I know I keep the using the word devastated, but he just

 8   was beside himself.  The idea that a festival would be affected

 9   because of his association with it, and that people would

10   suffer because of that was just heartbreaking to him.

11        Viernes was a labor of love for Bill.  It didn't

12   receive -- the only funding Viernes received was --

13             MS. DAWSON:  Objection.  Beyond the scope of the

14   stipulation.

15             THE COURT:  Sustained.

16   BY MS. SUAREZ:

17   Q.   Can you just shortly describe to me how Bill was affect by

18   the changes in Viernes Culturales?

19   A.   He had -- he was so upset, that he stepped down as

20   president to avoid --

21             MS. DAWSON:  Objection.  Beyond the scope of the

22   stipulation.

23             THE COURT:  Overruled.

24   BY MS. SUAREZ:

25   Q.   Can you say that again?  Sorry.
```

```
 1    A.    Yes, he was so upset that he made the decision to step

 2    down as the president of the organization in the hopes that his

 3    not being affiliated with it would save it.

 4    Q.    And did you have two of your children after 2018?

 5    A.    I did.

 6    Q.    Was Bill different during your third and fourth pregnancy

 7    compared to your first and second?

 8    A.    He had a lot more time during my first two pregnancies

 9    than he did in my third and fourth.  Things were pretty heated.

10    They were kind of at the height of the heat when my third

11    daughter, Emily, was born to the point that the day she was

12    born, she was a C-Section and we were being like rolled

13    into the --

14             MS. DAWSON:  Objection.  Beyond the scope of the

15    stipulation.

16             THE COURT:  All right.  Sustained.

17    BY MS. SUAREZ:

18    Q.    How was Bill affected on that day?

19    A.    Totally distracted.  Not -- present physically, but not

20    there mentally.

21    Q.    What was he doing?

22    A.    He was on the phone dealing with a problem and explaining

23    some things to someone related to Carollo.

24             MS. DAWSON:  Objection.  Beyond the scope of the

25    stipulation.
```

 1          THE COURT:  Sustained.

 2   **BY MS. SUAREZ:**

 3   Q.   And did you ever to have to cut a family trip short?

 4   A.   Sorry.  Yeah, we did.  We were at -- we're a Disney

 5   family.  We were on a trip to Disney to visit my dad for his

 6   birthday and we received a call from someone to tell us that --

 7          MS. DAWSON:  Objections.  Hearsay.  Beyond the scope

 8   of the stipulation.

 9          THE COURT:  Sustained.

10   **BY MS. SUAREZ:**

11   Q.   How was Bill affected by having to cut the Disney trip

12   short?

13   A.   He was exceptionally sad because my kids were melting down

14   to him for leaving Disney early.

15   Q.   What are three words you would use to describe Bill before

16   November 18, 2017?

17   A.   Happy, optimistic and excited for the future.

18   Q.   And what are three words you would use to describe Bill

19   today?

20   A.   Paranoid, deflated, and emotionally and physically just

21   exhausted.

22   Q.   And has Bill shared with you who he attributes those

23   changes to?

24   A.   Yes.

25          MS. DAWSON:  Objection.

```
 1                THE WITNESS:  Joe Carollo.

 2                THE COURT:  What's the objection?

 3                MS. DAWSON:  Hearsay, 403.  Beyond the scope of the

 4    stipulation.

 5                THE COURT:  Overruled.

 6                THE WITNESS:  Joe Carollo, the defendant.

 7                MS. SUAREZ:  I have no further questions.

 8                THE COURT:  Cross-examination?

 9                MS. DAWSON:  Yes, Your Honor.

10                          -  -  -  -  -

11            CROSS EXAMINATION OF MELISSA BERNHEIM

12    BY MS. DAWSON:

13    Q.   Good afternoon, Ms. Bernheim.

14    A.   Good afternoon.

15    Q.   Can we agree that you're only here to testify regarding

16    your husband, Mr. Fuller's claims of emotional distress

17    damages?

18    A.   If that's what your stipulation is.

19    Q.   Okay.  Thank you.  You are not Bill Fuller, correct?

20    A.   No.  I'm his wife.

21    Q.   Yes.  So you're married to Mr. Fuller?

22    A.   Yes, I am.

23    Q.   And you testified at your deposition and here today in

24    court that you've lived with Mr. Fuller at all times throughout

25    your marriage, correct?
```

```
 1   A.    Yes.
 2   Q.    Okay.  You've never been separated?
 3   A.    No.
 4   Q.    You were actually together when you were in law school,
 5   correct?
 6   A.    No.
 7   Q.    You weren't together in law school?
 8   A.    No, we weren't.
 9   Q.    Okay.  But you were together once you were already a
10   lawyer?
11   A.    Yes.
12   Q.    Okay.  And during that time, at some point in time, you
13   became married to him?
14   A.    Yes.
15   Q.    And lawyers oftentimes receive questions from their family
16   members.  Is that a fair statement?
17   A.    I think everyone receives questions from their family
18   members.
19   Q.    Well, lawyers receive legal questions from their family
20   members?
21            MS. SUAREZ:  Objection.  Outside the scope.
22            THE COURT:  Sustained.
23   BY MS. DAWSON:
24   Q.    You've testified earlier that you worked for AXS law firm?
25   A.    I did.  As an of counsel.  I was not an employee.
```

1   Q.   Okay.  And during that time, this lawsuit was filed,

2   correct?

3   A.   I believe it might have been at the tail end of my tenure

4   there.

5   Q.   Okay.  So isn't it true that you have a motive to testify

6   on behalf of your husband today favorably?

7   A.   What do you mean by motive?  I'm here to tell the truth.

8   I don't have any other motive.

9   Q.   You're married to him, correct?

10  A.   I am.

11  Q.   And you've filed this lawsuit as an attorney?

12  A.   Yes.

13  Q.   Your Bar license is important to you, isn't it?

14        MS. SUAREZ:  Objection.  Relevance.  Outside the

15  scope.

16        THE COURT:  Sustained.

17        MS. DAWSON:  I'll move on.

18  **BY MS. DAWSON:**

19  Q.   Ms. Bernheim, you've used several words to describe your

20  husband today.  Deflated, exhausted, paranoid.  You've never

21  gone to medical school, have you?

22  A.   No, but I don't think I need a medical degree to assess

23  that.

24  Q.   Okay.  Well, you've never gotten your medical license to

25  become a doctor in any way, have you?

1   A.   I'm a lawyer.

2   Q.   You're a lawyer, a Juris Doctor, right?

3   A.   Correct.

4   Q.   But that's not a license to practice medicine, is it?

5   A.   No.

6   Q.   Okay.  And you've testified earlier that your husband had

7   gained a lot of weight as a result of Commissioner Carollo,

8   correct?

9   A.   As a result of the stress caused by Commissioner Carollo,

10  correct.

11  Q.   So you attribute the weight to the stress; is that fair?

12  A.   I attribute the weight to the stress that Mr. --

13  Commissioner Carollo has brought upon my family, yes.

14  Q.   Okay.  And you can't say to any reasonable degree of

15  medical certainty that that stress was the cause of his weight

16  gain; is that fair?

17          MS. SUAREZ:  Objection, Your Honor.  Improper.  She's

18  not a medical expert.

19          THE COURT:  Sustained.

20          MS. DAWSON:  She gave her opinion.

21  **BY MS. DAWSON:**

22  Q.   You don't know if his weight caused -- his weight gain was

23  caused by his stress, do you?

24  A.   Well, he wasn't fat before this started.

25  Q.   Did COVID take place before this started?

```
 1    A.    No, but are you saying that COVID makes people fat?

 2    Q.    You agree that that could have been a reason why he may

 3    have gained weight is he was spending all his time at home,

 4    correct?

 5    A.    No, no.

 6    Q.    No?

 7    A.    No.

 8    Q.    No.  Okay.  And you actually mentioned the home that you

 9    purchased.  That was the 8002 Ponce de Leon?

10    A.    Yes.

11    Q.    During the time period that you were talking about, your

12    husband going through all of these changes and dealing with all

13    this stress, there was a lot that happened during that time; is

14    that fair?

15    A.    If you're talking about a lot happening due to Carollo,

16    yes.

17    Q.    You didn't lose your father?

18    A.    I did, but that has nothing to do with this.

19    Q.    Well, wouldn't Bill have had to dedicate more time to

20    being the responsible parent for your children at the time?

21    A.    For about three or four weeks.

22    Q.    That would be the entirety of the time it took for you to

23    mourn the loss of a loved one?

24    A.    Let me be clear.  I'm still today mourning the loss of my

25    father, but I'm a mother with four children so my first
```

```
 1   responsibility is to be a mom, so I have to tuck that away so
 2   that I can be a mom.
 3   Q.   Right.  So you don't bring your kids to events where
 4   you're fighting and doing things that are improper because it's
 5   important to you to be a mom?
 6   A.   I'm sorry, I don't understand your question.
 7   Q.   You testified earlier about your husband showing up at the
 8   Gay 8 Festival and him holding your daughter, three years old
 9   in his arms at the time.
10   A.   Well, I wasn't permitted to explain the situation but he
11   didn't go there to deal with a fight.  He went there to deal --
12   to take my daughter to Ball & Chain to see the dancers.  The
13   fight was caused by Miro and Carollo.
14   Q.   But, Ms. Bernheim, as a mother -- you were just testifying
15   as a mother, that's not something that you would do?
16   A.   No.  As I would mother, I would teach my children to stand
17   up to bullies.
18   Q.   That's how your children know who Mr. Carollo is?
19   A.   My children know who Mr. Carollo is because for the last
20   five years of my life, he's been raining hell on me and his
21   name comes up at my house at all times.
22            MS. DAWSON:  Objection.  Beyond the scope of the
23   stipulation.
24            THE COURT:  Overruled.  You asked the question.
25
```

1    **BY MS. DAWSON:**

2    Q.   He's been raining hell on you personally?

3    A.   On me and my family, yes, because he is -- he is obsessed

4    with destroying my husband.  Obsessed.

5    Q.   Ms. Bernheim, isn't it true that your husband is actually

6    obsessed with Commissioner Carollo?

7    A.   I think you're mistaken.  Absolutely not.

8    Q.   Isn't it true that you just testified he spends all of his

9    time going to these Commission meetings.

10   A.   Because he has no choice.

11   Q.   Is it true or is it false?

12   A.   First of all, I never testified that he goes to Commission

13   hearings.  I testified that he listens to Commission hearings.

14   Q.   So he's spending all this time listening to Commission

15   hearings when he's choosing not to be with you and the rest of

16   your family?

17   A.   Actually listening to Commission hearings has

18   unfortunately become a family affair.  We listen to them

19   together.

20   Q.   So you're showing this to your children?

21   A.   No, my children are at school when the Commission hearings

22   are going on.

23   Q.   I'm not sure how you --

24   A.   My husband and I together listen to Commission hearings.

25   Q.   Got you.  Ms. Bernheim, you agree that raising four young

1    children is stressful in and of itself?

2    A.    For me.

3    Q.    For Mr. Fuller.

4    A.    No.

5    Q.    You don't think that it's hard to have to deal with

6    signing kids up for preschool?

7    A.    No, I do that.

8    Q.    Potty training?

9    A.    I did that too.

10   Q.    So how exactly then does he really change so much or his

11   relationship with his kids change so much if you're the one

12   who's doing everything?

13   A.    Because prior to all this happening, Bill was like --

14   Bill's a little bit -- he's like the fun guy.  He's -- I'm the

15   disciplinarian and he's the fun guy so he plays with them and

16   he spends his time reading with them and doing those types of

17   things.

18        The day-to-day for the kids is all falls on me.  And

19   actually, as soon as this whole situation started because he

20   became so preoccupied with having to deal with an issue --

21             MS. DAWSON:  Objection, Your Honor.  Unresponsive.

22             THE COURT:  Overruled.

23             THE WITNESS:  Because he's had to spend all of his

24   time dealing with these issues over and over again, I've had to

25   take on more of all the other roles including the fun person

1    role and everything else while working full-time so the stress

2    is really on me.

3    **BY MS. DAWSON:**

4    Q.   Very stressful.

5    A.   Yes, it is.

6    Q.   But we're not here to talk about your stress today so I'm

7    going to focus on Mr. Fuller.

8    A.   Okay.

9    Q.   Mr. Fuller has not provided any medical documents in

10   support of his claim for emotional distress, has he?

11   A.   No, he did.

12   Q.   Okay.  I guess the jury will see those.  He's also

13   provided his prescriptions for medications that he's been

14   prescribed?

15            MS. SUAREZ:  Objection.  Relevance.

16            THE COURT:  Sustained.

17   **BY MS. DAWSON:**

18   Q.   Has he been diagnosed with any mental health issues?

19   A.   No, not that I had know of.

20   Q.   Has he spoken to a licensed therapist with regards to his

21   emotional distress issues?

22   A.   Well, no, because as I testified before, he is a very

23   proud person that comes from a family that doesn't really

24   believe in medication so to get Bill to go to a mental

25   therapist of any type is like pulling teeth that he won't do

```
 1   it.  I've asked him multiple times.
 2   Q.   But he has the ability to, correct?
 3   A.   If he wanted to.
 4   Q.   If he wanted to.  That's also something that I wanted to
 5   address with you.  You testified about him staying up late at
 6   night and constantly just pacing and how stressed he is when
 7   he's staying up these late nights.  Isn't that a choice for him
 8   to stay up late at night?
 9   A.   Well, first of all, I didn't testify that he stays up late
10   at night.  What I testified is is that he wakes up from
11   sleeping, usually between 3:00 to 5:00 in the morning and can't
12   go back to sleep, and it's definitely not a choice because if
13   he could sleep, he certainly would.
14   Q.   Okay.  And mentioning the sleep, sleepless nights are
15   obviously difficult, correct?
16   A.   For the average person, I would think so.
17   Q.   They take a toll on people's health, right?
18   A.   I definitely think they make people less happy.
19   Q.   Well, did Mr. Fuller ever think about how the old people
20   at the ALF were feeling when they couldn't sleep at night due
21   to the loud music from Ball & Chain?
22            MS. SUAREZ:  Objection.  Argumentative.  Counsel is
23   testifying.
24            THE COURT:  Sustained.
25
```

1    **BY MS. DAWSON:**

2    Q.   Ms. Bernheim, if you're so concerned with your husband's

3    overeating, there's meal plans that he could have gone on,

4    correct.

5    A.   He did.

6    Q.   There's things that he can do to improve his health?

7    A.   He tried.

8    Q.   He has the opportunity to exercise?

9    A.   He has no time.

10   Q.   He has no physical limitations stopping him from doing

11   anything that would better his health?

12   A.   You'd have to ask a doctor that.

13   Q.   Okay.  Yeah, that's my point.

14   A.   Right.

15   Q.   But going back to this whole stress situation, do you

16   agree that these Commission meetings that you're watching all

17   the time with your husband, he's choosing to listen to those

18   meetings, I guess?

19   A.   They're only twice a month so we're only listening to them

20   twice a month.

21   Q.   But during that time, he could be doing other things,

22   correct?

23   A.   Sometimes he is while he's listening.

24   Q.   But he chooses to listen to them regardless?

25   A.   Well, he has no choice because legislation is created

1    specifically targeting him during every single one of those

2    Commission meetings.

3    Q.   Every single meeting.

4    A.   Almost every single one.

5    Q.   Two times a month.

6    A.   Yes, it's amazing.  It's crazy.

7    Q.   Pretty wild to me too.

8    A.   Yeah, I agree with you.

9    Q.   And your reason for that is Mr. Fuller, in your view, was

10   not being treated the same way as everyone else?

11   A.   He's not.  It's not.  It's a fact.  Everybody knows that.

12   Q.   His businesses were, as you said, were being shut down?

13   A.   They were.  They are.  One of them is still closed.

14   Q.   And his business was the only business that suffered

15   during this entire pandemic?

16   A.   I didn't say it had anything to do with the pandemic.

17   Q.   So the only reason why he's suffered and felt any of these

18   physical ailments is because of Commissioner Carollo.  Is that

19   your testimony?

20   A.   Because of the actions of Commissioner Carollo and his

21   obsession with destroying him, yes, that is my testimony.

22   Q.   And nothing to do with the City of Miami, correct?

23   A.   Nope.  At the direction of Commissioner Carollo perhaps.

24   Q.   Which one is it, because you just said Commissioner

25   Carollo.

1    A.   Oh, it's one hundred percent Commissioner Carollo.  Now

2    whether or not he intimidates the city staff to do his bidding,

3    that's another story.  But it's all Commissioner Carollo.

4    There's no doubt in my mind.

5    Q.   So you can't say at the end of the day whether or not your

6    husband's stress is related to Commissioner Carollo in his

7    individual capacity or the City of Miami as an administration?

8    A.   It is Joe Carollo in his individual capacity who has made

9    it his mission in life to destroy my husband and by default,

10   his business partners, their families, their investors, and

11   everybody related to us and it's just really awful.

12   Q.   Sounds tragic.

13   A.   It is.

14   Q.   So your husband, you testified that he's gained 60 pounds?

15   A.   At least.

16   Q.   Has he done anything to fix that?

17   A.   Yes.  We're on a diet right now actually.

18   Q.   You're on a diet.

19   A.   Both of us are, yeah.

20   Q.   And has he lost any weight?

21   A.   He's starting to.

22   Q.   So he's had the ability to make these changes in his life

23   up ability, even though Commissioner Carollo was targeting him

24   allegedly twice a month, correct?

25   A.   Well, is that or die, right?  Because his heart is going

1 to be -- it's compromised with weight, so I've told him he has

2 no choice.

3 Q. Now he's going to die.

4 A. Everybody runs the risk of a heart attack, don't we?

5 Q. Okay.  Ms. Fuller --

6 A. Bernheim.

7 Q. Bernheim.  Oh, so you never changed your last name?

8 A. No, I didn't.

9 Q. Okay.  Ms. Bernheim, you've testified about your husband

10 being afraid to come to the City of Miami, is that correct?

11 A. That's correct.

12 Q. Aren't we in the City of Miami right now?

13 A. He has no choice but to be here.  We're in court.

14 Q. Well, he filed this lawsuit.  He doesn't have to be here

15 every day if he doesn't want to; is that fair?

16    MS. SUAREZ:  Objection, Your Honor.  Argumentative.

17    THE COURT:  Sustained.

18 **BY MS. DAWSON:**

19 Q. He's choosing to be here, correct?

20 A. Yes, absolutely.

21 Q. And he stays every day for court in the City of Miami?

22 A. Yes, out of respect to this jury who comes here every day

23 from Broward.

24 Q. Which we're very grateful for them for doing that as well.

25 Ms. Bernheim, I would like to turn to the first exhibit that

1    you were shown earlier today.

2    A.   Okay.

3    Q.   PX number on the first.  Tower Hotel.  PX 462.  Next

4    picture.  Next picture.

5         Ms. Bernheim, you'd agree that your children are inside of

6    the Tower Hotel on December 15, 2017?

7    A.   That is not -- that picture is not inside the Tower Hotel.

8    Q.   That's not inside the Tower Hotel?

9    A.   It's in the house next door to the Tower Hotel.

10         MS. DAWSON:  Okay.  Can we go back one, Curtis?

11   **BY MS. DAWSON:**

12   Q.   Is this inside of the Tower Hotel?

13   A.   That is.

14   Q.   Okay.  And your husband you testified was at the Tower

15   Hotel that night, correct?

16   A.   Yes, he was.

17   Q.   So why did Mr. Diez come here and tell us that he had to

18   talk to your husband by phone?

19         MS. SUAREZ:  Objection.  Outside the scope.

20         THE COURT:  Sustained.

21   **BY MS. DAWSON:**

22   Q.   You can take it down, Curtis.  Did he stay the whole night

23   of that party at that time Tower Hotel, Ms. Bernheim?

24   A.   Yes, he did.

25   Q.   Okay.  You also testified on direct examination that there

1    was a rally and Bill was afraid from the rally.

2    A.    I testified that he was afraid to even hold a rally.

3    Q.    But he held it anyway?

4    A.    He did.

5    Q.    And that was his choice?

6    A.    Yeah, mm-hmm.

7    Q.    Okay.  But then you have this phone call when you're in

8    the car going to your sister's, and you have the phone -- he

9    has the phone on speaker, correct?

10   A.    Correct.

11   Q.    He becomes frantic?

12   A.    Yes.

13   Q.    And Mr. Miro doesn't know that you're listening to this

14   call, does he?

15   A.    He does because he can hear my kids in the back.

16   Q.    That doesn't mean that he knows that you're on the call.

17   It just means that you can hear your children.

18          MS. SUAREZ:  Objection.  Asked and answered.

19   Argumentative.

20          THE COURT:  Sustained.

21   **BY MS. DAWSON:**

22   Q.    And you said that every year, Bill and Martin would hold

23   this Christmas party, correct?

24   A.    Before all this started happening, yes.

25   Q.    Okay.  So prior to 2017, they would hold the party at the

```
 1   Tower Hotel every year?
 2   A.   No, the location changed every year.
 3   Q.   Okay.  Just wanted to make sure.  You also testified that
 4   that night, I believe you said Police and Code came out in
 5   droves?
 6   A.   No.  I said Police and Code came out.  A police officer
 7   and a Code Enforcement Officer, and actually they came out
 8   twice.
 9   Q.   So how many police officers and Code Enforcement officers
10   would you say came?
11   A.   One police officer with his car parked right in front of
12   the party with flashing lights and a female Code Enforcement
13   officer in uniform.
14   Q.   And what about the second time?
15   A.   Same people.  Same police officer, same Code Enforcement
16   officer.
17   Q.   So you saw Orlando Diez that night?
18   A.   No.
19   Q.   Did you see Commissioner Carollo that night?
20   A.   No.
21   Q.   Okay.  Ms. Bernheim, Mr. Fuller has not received any
22   medical diagnosis as it relates to his emotional distress, has
23   he?
24   A.   I provided -- we provided the medical record.  There's a
25   diagnosis on there.  I don't know.  You have to look at that.
```

```
 1    Q.    So if -- have they been shown by your husband's counsel?

 2    A.    They were provided to your -- to you.

 3    Q.    When were they provided?

 4    A.    When I was deposed.

 5    Q.    When were you deposed?

 6    A.    During the trial.

 7    Q.    So they were provided during the trial.

 8          MS. SUAREZ:  Objection, Your Honor.  Relevance.

 9          THE COURT:  Sustained.

10  BY MS. DAWSON:

11    Q.    And those documents that you're talking about, you're not

12  a medical expert, correct?

13    A.    No.  We've established that.

14    Q.    You can't establish what correlates to any specific

15  medical condition, correct?

16    A.    Well, I can read.

17    Q.    You can read.  Okay.  So you know by reading, that high

18  blood pressure is caused by one specific source?

19    A.    Well, if the document says anxiety, whatever else, and it

20  continues on, I mean, a layperson can do that.  It doesn't

21  require a doctor.

22    Q.    Do you know if he has a history of high blood pressure in

23  his family?

24    A.    I don't know whether he has a history, but I don't believe

25  so.  I've never heard of that before.
```

1    Q.   You're the closest person to him in his life, correct?

2    A.   Aside from his parents.

3    Q.   Okay.  You understand that these medical results, these

4    medical diagnoses, they're based on specific definitions,

5    correct?

6    A.   I don't know what your question is.

7    Q.   You're saying that if he did have a mental health

8    diagnosis, it would have been in these documents; that's fair?

9    A.   Presumably -- well, he went to a medical doctor, not a

10   mental health doctor, so I don't think it would be.

11   Q.   Well, a doctor knows how to determine whether someone is

12   suffering from a condition, correct?

13   A.   I hope so.

14   Q.   I hope so too, but, again, you're not a doctor.

15   A.   No.  We've said that.

16   Q.   And, Ms. Bernheim, at your home where you spent all of

17   this time with your husband because he's afraid to leave home,

18   you have a pool?

19           MS. SUAREZ:  Objection.  Relevance.

20           THE COURT:  Overruled.

21           THE WITNESS:  Yes.

22   **BY MS. DAWSON:**

23   Q.   You have a Peloton?

24   A.   Yes.

25   Q.   You have a large yard?

```
 1    A.   I have a yard.
 2            MS. DAWSON:  Okay.  Curtis, can you please bring up
 3    the aerial?
 4            MS. SUAREZ:  Objection, Your Honor.  Relevance.
 5            THE COURT:  Sustained.
 6            MS. DAWSON:  Goes to his he can't exercise.
 7            THE COURT:  Sustained.
 8    BY MS. DAWSON:
 9    Q.   Okay.  Ms. Bernheim, you also testified about cars I
10    believe being parked around.
11    A.   Oh, yeah.  There was an unmarked car parked in front of my
12    house for four hours one day while my kids were outside so I
13    called the police.
14    Q.   You called the police?
15    A.   I called -- the neighborhood pays for an off-duty
16    Miami-Dade police officer.  I have his number in my cellphone.
17    If there's ever anything that causes concern, we call him and
18    he comes over to check things out.
19    Q.   So your neighborhood has a paid private off-duty police
20    officer?
21            MS. SUAREZ:  Objection.  Asked and answered.
22            THE COURT:  Overruled.
23            THE WITNESS:  Just to be clear, I live in
24    unincorporated Miami-Dade.  I don't live in Coral Gables, so we
25    pay for whatever extra added services.  So, yes, the
```

1    neighborhood got together and they paid for that.

2    **BY MS. DAWSON:**

3    Q.    The neighborhood association?

4    A.    Just a group of neighbors, yes.

5    Q.    Okay.  And does that officer make reports?

6    A.    I don't know.  I know he comes and checks things out

7    whenever there's an issue.  What he does with that, I don't

8    know.

9    Q.    You don't have any reports, correct?

10   A.    I don't personally have a report, no.

11   Q.    You don't have any record of the date this took place,

12   correct?

13   A.    No, but I guess I could go through my cellphone records or

14   request them.

15   Q.    Do you even recall what the officer's name was who you

16   called?

17   A.    In my phone, it just says Ponce officer.

18   Q.    Did you take any photographs of the person who was sitting

19   outside of the car -- in their car for four hours outside of

20   your house?

21   A.    I don't recall if I did.  I know that I found it to be

22   exceptionally strange to have a car parked outside of my house.

23   Q.    But that's something you would have wanted to document,

24   correct?

25   A.    I don't know.  My biggest concern at the time was the

1   safety of my children, so that's really all I cared about that

2   day.

3   Q.   So you're -- at the time, you're not living in the City of

4   Miami?

5   A.   No.  I haven't lived in the city -- I personally haven't

6   lived in the City of Miami in the last couple of years now.  I

7   used to live in the City of Miami.

8   Q.   Okay.  So you testified you live in unincorporated

9   Miami-Dade.

10  A.   Right now I do, correct.

11  Q.   If you wanted to call a police officer because you were in

12  fear of something or your husband was in fear of something, you

13  could call a Miami-Dade Police Department officer, correct?

14  A.   I could but I didn't need to because I had an off-duty

15  officer to call.

16  Q.   But if someone's parked outside of your house, wouldn't

17  you want this reported, documented?

18          MS. SUAREZ:  Objection.  Asked and answered.

19          THE COURT:  Overruled.  You can answer.

20          THE WITNESS:  I mean, at the time, my first instinct

21  was always to call that police officer.  That's why that

22  officer was there.  So why if I have an officer around the

23  block, why am I gonna call Miami-Dade and have to wait 30

24  minutes or 40 minutes for them to come?  I wanted somebody to

25  come immediately.  They were around the corner.  That's who I

 1   called.

 2   **BY MS. DAWSON:**

 3   Q.   Was Mr. Fuller when that happened?

 4   A.   I don't recall if he was there that day.

 5        MS. DAWSON:   Okay.   And, Curtis, can I please show

 6   the aerial?   Your Honor, I'd like permission to ask the witness

 7   where the car was parked outside of her house on the street.

 8        THE COURT:   Sure.

 9        MS. DAWSON:   It's a demonstrative.   It's not being

10   offered for evidence.

11   **BY MS. DAWSON:**

12   Q.   Ms. Bernheim you live at 8002 Ponce de Road, correct?

13   A.   I do.

14   Q.   Okay.   And is this your house that we see here?

15   A.   It is.

16   Q.   Okay.   So can you explain where you were standing when you

17   saw this car that was parked out on the street?

18   A.   In the front driveway by the front gate.

19   Q.   Okay.   And where was the car?

20   A.   Right across the street in the swale.

21   Q.   So this was a one-time encounter that you saw a car that

22   was parked outside of your home?

23   A.   No.   I have seen cars parked outside of my home other than

24   times as well.   This is the time I called the police because it

25   was there for four hours.

1    Q.   You said earlier there was one time that you had to call

2    the police.

3    A.   That's what I just said just now too.  I called the police

4    that time.

5    Q.   So when else did you call the police?

6    A.   I haven't called the police any other time.

7    Q.   You just let the car stay there?

8    A.   Well, I mean, it's a free country.  I can't force a car

9    parked outside my house to move.

10   Q.   And you never seen Commissioner Carollo --

11          MS. DAWSON:  Permission to publish to the jury, Your

12   Honor?

13          THE COURT:  Sure.

14          MS. SUAREZ:  Your Honor, I'm going to object.  It has

15   no relevance.

16          MS. DAWSON:  Just for demonstrative purposes where

17   she's saying this car was parked outside of her house.

18          THE COURT:  Overruled.

19          THE WITNESS:  It's actually a really bad picture for

20   you to be able to see where the car was parked.

21   **BY MS. DAWSON:**

22   Q.   You'd agree there's a lot of trees surrounding your

23   property, correct?

24   A.   The car was parked in the street.

25   Q.   So would it be up here to the right where the trees are?

```
 1   A.   No, it would be straight in between those two palm trees

 2   right on the street.

 3   Q.   So they were parked directly in front of your house?

 4   A.   No.  I don't know who's moving -- go straight, straight,

 5   straight.  Right there.

 6   Q.   And that's someone who's trying to conceal theirself?

 7   A.   No.  They wanted us to know they were there, whoever it

 8   was.

 9   Q.   And you still didn't call the police any single time?

10   A.   I did.  That's the time I called the police.

11   Q.   One time.  Got it.  Okay.

12        MS. DAWSON:  You can take it down, Curtis.

13   BY MS. DAWSON:

14   Q.   Ms. Bernheim, you said that your husband has missed the

15   formative years of his life with his children and that's

16   something that makes him sad, right?

17   A.   Yeah.

18   Q.   But isn't he actively choosing not to spend the time that

19   he could be spending with his children?

20   A.   Absolutely not.

21   Q.   Hadn't he filed multiple lawsuits that have taken up his

22   time?

23        MS. SUAREZ:  Objection.  Assumes facts not in

24   evidence.  Counsel is testifying.

25        THE COURT:  Sustained.
```

1   **BY MS. DAWSON:**

2   Q.   You said that he's gained a lot of weight, and he doesn't

3   have time to exercise.

4   A.   Yes.

5   Q.   What's the basis for your statement that he has no time to

6   exercise if he has time to stay up or wake up for two hours in

7   the middle of every night?

8   A.   Well, first of all, that assumes he chooses to wake up

9   which he does not.  And number two, he -- there's two things

10  happening here.  He still has to make a living.  We have four

11  mouths to feed.  We have mortgages to pay, and when he's not

12  busy trying to have a normal life, he's dealing with the

13  craziness that has been thrust upon us with every other day,

14  some new problem, some new lawsuit, some new complaint, some

15  new citation, some new something.

16       We've had to hire I don't even how many lawyers to be able

17  to defend ourselves because each problem that comes up has its

18  own unique nuances and it requires a different kind of an

19  attorney.

20       So we work to pay our legal fees and take care of our

21  children and at any time, that could run out and that's a scary

22  thing.

23  Q.   Well, now that you say that, actually don't you have a

24  15 percent contingency agreement on behalf of --

25            MS. SUAREZ:  Objection, Your Honor.  Relevance.

 1              THE COURT:  Sustained.

 2   **BY MS. DAWSON:**

 3   Q.   Do you have any financial motive in this lawsuit?

 4   A.   Zero.  I don't have a contingency.  There was a referral

 5   fee and that went as a discount to the first legal bill we ever

 6   had and that's it.

 7   Q.   So you're married to Mr. Fuller, correct?

 8   A.   But what does that have to do with anything?

 9   Q.   Well, assuming that he did win any judgment in this case,

10   you'd be entitled that as well, wouldn't you?

11   A.   That would go to pay our legal fees.

12   Q.   That would go to pay your legal bills.

13   A.   I would hope so.  They are really big.

14   Q.   Okay.  And of all of those legal cases that you mentioned

15   earlier, Commissioner Carollo didn't bring those against your

16   husband, did he?

17   A.   No.  Commissioner Carollo caused the issues that led to

18   the lawsuits.

19   Q.   Okay.  But he did not bring those lawsuits against your

20   husband, did he?

21   A.   Let me think about that before I answer it because there's

22   so many.  No, what Commissioner Carollo did was deny us due

23   process that forced us to come to this Court to try to seek it

24   out.

25   Q.   I'm asking you about all of these other lawsuits that

 1  you're saying that you have to pay all these legal fees for,

 2  has Mr. Carollo brought a single lawsuit against you?

 3  A.   He's not the plaintiff in the lawsuit, no.

 4  Q.   So he's not the one who's causing you to spend all of this

 5  money, correct?

 6  A.   No, he is causing us to spend the money.  He's just not

 7  the plaintiff in the lawsuits.

 8  Q.   That's your opinion.

 9  A.   Which is what you're asking for.

10  Q.   Okay.  You were asked about how changes to Viernes

11  Culturales affected Bill.

12        MS. DAWSON:  Curtis, if you could pull up the second

13  exhibit that was used by the plaintiffs?  I believe it was 492.

14  The Viernes Culturales picture.  Plaintiffs' 365.

15  **BY MS. DAWSON:**

16  Q.   Ms. Bernheim, when was this photograph taken?

17  A.   I don't know.  You'd have to give me a date.

18  Q.   Well, it's your exhibit so I would think that you'd know.

19        MS. SUAREZ:  Objection.  It's not her exhibit, Your

20  Honor.

21        THE COURT:  Sustained.

22  **BY MS. DAWSON:**

23  Q.   You testified that he appears differently.  He looks a lot

24  thinner, correct?

25  A.   He does.

```
 1    Q.   He looks really happy?

 2    A.   To me, he does.  He's with his kids and his wife.  He

 3    looks happy.  He's at Viernes.

 4    Q.   Do you have any other photographs with your family at

 5    Viernes Culturales?

 6    A.   Probably.  Yeah, we used to go a lot.

 7    Q.   Any to show to this jury today?

 8    A.   I didn't --

 9              MS. SUAREZ:  Objection.  Relevance.

10              THE COURT:  Sustained.

11              MS. DAWSON:  You can take it down, Curtis.

12    BY MS. DAWSON:

13    Q.   So, Ms. Bernheim, you spoke a lot about your history in

14    the legal field when you first testified, correct?

15    A.   Correct.

16    Q.   You've worked for some land use and zoning firms, correct?

17    A.   For six months.  Six to eight months, yes.

18    Q.   And at any point in time, did you ever tell Bill why don't

19    you just pull permits, follow the rules?

20              MS. SUAREZ:  Objection.  Argumentative.

21              THE COURT:  Sustained.

22              MS. DAWSON:  A moment to confer, Your Honor.

23              THE COURT:  Sure.

24    BY MS. DAWSON:

25    Q.   Just briefly one last question.  Ms. Bernheim, since 2016,
```

```
1    right before you're alleging that all of these incidents
2    started happening, you've been living in that house with
3    Mr. Fuller on Ponce?
4    A.   I live in that house.  Mr. Fuller does not always stay at
5    that house.
6    Q.   With the plaintiff, Mr. Fuller.
7    A.   As my husband Bill, no, because you have to understand
8    something.  He's in the hospitality industry and in the times
9    since this whole thing started, he had Ball & Chain, he had
10   Taquerias, and Los Altos and he works in Little Havana so from
11   Wednesday, sometimes to the weekends depending on how late he
12   was there, sometimes he would stay with his father at 1020 NW
13   1st Street.
14   Q.   But he still lives there.  He resides there.
15            MS. SUAREZ:  Objection, Your Honor.  Asked and
16   answered.  Outside the scope.
17            MS. DAWSON:  She hasn't answered.
18            THE COURT:  Sustained.
19   BY MS. DAWSON:
20   Q.   You mentioned the house in Little Havana.
21            MS. SUAREZ:  Objection.  Outside the scope.
22            THE COURT:  Sustained.
23            MS. DAWSON:  No further questions.  Thank you, Your
24   Honor.
25            THE COURT:  You're welcome.  How long is your
```

```
 1   redirect?

 2           MS. SUAREZ:  Judge, probably about ten, fifteen

 3   minutes.

 4           THE COURT:  All right.  You may proceed.

 5                     -  -  -  -  -

 6           REDIRECT EXAMINATION OF MELISSA BERNHEIM

 7   BY MS. SUAREZ:

 8   Q.   Hi again.

 9   A.   Hi.

10   Q.   So counsel asked you about Bill listening to the

11   Commission meetings.  Do you remember that?

12   A.   Yes.

13   Q.   Can you please explain why he had to listen to the

14   Commission meetings?

15   A.   Yeah, because after the Valentine's Day massacre --

16           MS. DAWSON:  Objection.  Move to strike.

17   Argumentative.  Beyond the scope of the stipulation and

18   personal -- improper personal opinion.

19           MS. SUAREZ:  Your Honor, she asked the questions.

20           THE COURT:  I understand.  The objection is

21   overruled.  You may answer.

22           THE WITNESS:  Because after the Valentine's Day

23   massacre Commission meeting, and where basically Bill's

24   property was the only property being put under a microscope,

25   Carollo said that he passed --
```

1          MS. DAWSON:  Objection.  Hearsay.  403.

2          THE COURT:  Overruled.

3          MS. DAWSON:  Move to strike.

4          THE WITNESS:  An ordinance was passed instructing the

5   city attorney to do certain things related to inspections and

6   properties and all the other departments of the city.

7          And in addition, there was -- there was a call for an

8   investigation into the code enforcement and Carollo said that

9   he would be bringing this issue up --

10          MS. DAWSON:  Objection, Your Honor.  403.  Hearsay.

11          THE COURT:  Overruled.

12          MS. DAWSON:  Unresponsive and narrative answer.

13          THE WITNESS:  That he would be bringing the issue up

14   at a later date, so we had to watch every Commission and

15   oftentimes at each subsequent Commission hearing, he would

16   defer to the next one so since we were --

17          MS. DAWSON:  Objection, Your Honor.  Narrative

18   answer.

19          THE COURT:  Overruled.

20          THE WITNESS:  So since we were very concerned, we

21   obviously watched every Commission hearing to see what was

22   going to happen and what we were going to do, and if we needed

23   to be there.

24   **BY MS. SUAREZ:**

25   Q.   There was a lot of questions and a picture was shown of

1    your house about a car that was parked outside.  Do you

2    remember that?

3    A.    I do.

4    Q.    Why are you concerned when you see a car parked outside of

5    your house?

6    A.    Because we're under scrutiny and we have a fear for our

7    safety and people that are associated with --

8            MS. DAWSON:  Objection.  Beyond the scope of the

9    stipulation.

10           THE COURT:  Sustained.

11   **BY MS. SUAREZ:**

12   Q.    Just talking about you and Bill.  Just Bill.  Why is Bill

13   concerned when he sees a car outside of your house?

14   A.    Because, as I mentioned before, Bill's concerned for his

15   safety, and the safety of his family and so it's not a normal

16   occurrence for us in that neighborhood.  That street is a busy

17   street --

18           MS. DAWSON:  Objection beyond the scope of the

19   stipulation.  Us.

20           THE COURT:  Sustained.

21   **BY MS. SUAREZ:**

22   Q.    Why does Bill fear for his safety?

23   A.    Because in the course of all of these things happening,

24   the raids, the police, the --

25           MS. DAWSON:  Objection.  Beyond the scope of the

```
 1   stipulation, Your Honor, and I did not bring up any raids.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  The 80 plus inspections of Ball & Chain

 4   and Taquerias, the city has gone out and done inspections on

 5   neighboring properties and told them it's courtesy of Bill

 6   Fuller so as a result of that --

 7              MS. DAWSON:  Objection.  Hearsay.  403.  Move to

 8   strike.

 9              THE COURT:  Sustained.  Stricken.

10   BY MS. SUAREZ:

11   Q.   Without saying what anyone said, Ms. Bernheim.

12   A.   He's concerned that the neighbors are not happy with him

13   and his safety and by default, our safety is in jeopardy.

14   Q.   And is Bill obsessed with Joe Carollo?

15   A.   Absolutely not.

16   Q.   Is Bill stressed about having to raise your kids?

17   A.   No.  I mean, he's stressed that they become productive

18   citizens but no, that falls on me.

19   Q.   And does you not changing your last name have any impact

20   on how much you love your husband?

21   A.   Absolutely not.  I didn't change my last name because I

22   was a practicing attorney for --

23              MS. DAWSON:  Objection.  Relevance.

24              THE WITNESS:  -- years before we got married.

25              THE COURT:  Overruled.
```

```
 1            THE WITNESS:  And so I chose not to change my name
 2   for professional reasons, but I go by Bernheim-Fuller at school
 3   for my kids' sake, and I'm very proud to be a Fuller.
 4   BY MS. SUAREZ:
 5   Q.   And there was some talk about medical records.  Do you
 6   remember that?
 7   A.   I do.
 8   Q.   You, in fact, provided those medical records to
 9   Mr. Pertnoy, is that right?
10   A.   I did.
11            MS. SUAREZ:  Can we show Exhibit 467, please?
12            MS. DAWSON:  Objection, Your Honor.  Rule 26(a).
13            THE COURT:  Overruled.  You opened up the door.
14            MS. DAWSON:  Your Honor, have you read the case law
15   that was provided to the Court?
16            THE COURT:  We'll visit this issue later.  You can go
17   ahead with your next question.
18            MS. DAWSON:  Will I preserve the opportunity to raise
19   a motion?
20            THE COURT:  Yes, we'll address that later.  You can
21   move on to your next question.
22            MS. SUAREZ:  Yes, Your Honor.
23   BY MS. SUAREZ:
24   Q.   Do you remember some questions about the Tower Hotel?
25   A.   I do.
```

1  Q.   And, by the way, didn't the Tower Hotel have a Certificate

2  of Use in 2017?

3  A.   Yes, it did, and that's why when Code and police came the

4  first time, they said that they would come back to verify if

5  everything was correct, and when they came back, they verified

6  that we had a Certificate of Use, Certificate of Occupancy and

7  there was absolutely no problem with the Christmas party being

8  at the Tower Hotel.

9  Q.   So to be clear, was there a citation issued on that date?

10 A.   No, no citation at all.  That party was perfectly legal.

11 Q.   And can you please explain there was some talk about

12 exercising and not having time to exercise, not having time to

13 change diet.  Can you describe how much time Bill spends

14 dealing with Mr. Carollo and his actions?

15         MS. DAWSON:  Objection.  Beyond the scope of the

16 stipulation.

17         THE COURT:  Sustained.

18 **BY MS. SUAREZ:**

19 Q.   How was Bill affected by having to deal with Mr. Carollo

20 and his actions?

21         MS. DAWSON:  Objection.  Asked and answered.

22         THE COURT:  Sustained.

23 **BY MS. SUAREZ:**

24 Q.   In regards to having time to exercise, Ms. Bernheim, which

25 counsel asked you about, how is Bill affected by having to deal

1    with Mr. Carollo?

2    A.    There is no spare time --

3            MS. DAWSON:  Objection.  Asked and answered.

4            THE COURT:  Overruled.

5    A.    There is no spare time because whatever time there is, he

6    wants to spend with his kids because they need a father and he

7    loves them, so it's his choice.  He chooses to spend the one

8    hour he gets a day because of bedtime with his children.

9    Q.    And is it a choice for him to wake up in the middle of the

10   night and be unable to sleep?

11           MS. DAWSON:  Objection.  Improper opinion, Your

12   Honor.

13           THE COURT:  Sustained.

14   **BY MS. SUAREZ:**

15   Q.    Do you sleep next to Mr. Fuller?

16   A.    While he's sleeping.

17           MS. DAWSON:  Objection.  Beyond the scope.

18           THE COURT:  Overruled.

19   **BY MS. SUAREZ:**

20   Q.    Do you see when he gets up from bed?

21   A.    He leaves the room to not disturb, and he'll go either to

22   another room or one of my kids' rooms, or -- but he sends text

23   messages telling me --

24           MS. DAWSON:  Objection.  Narrative answer.

25           THE COURT:  Sustained.

```
 1   BY MS. SUAREZ:
 2   Q.   And has he shared with you why he cannot sleep?
 3           MS. DAWSON:  Objection.  Asked and answered.
 4           THE COURT:  Overruled.
 5           THE WITNESS:  Stress, anxiety, and his he says his
 6   mind is just racing.
 7   BY MS. SUAREZ:
 8   Q.   And what is the stress and anxiety caused by?
 9           MS. DAWSON:  Objection.  Asked and answered.
10           THE COURT:  Sustained.
11   BY MS. SUAREZ:
12   Q.   And again, Ms. Bernheim, I just want to be clear.  Are the
13   changes that you've observed in Bill related to just the
14   pandemic?
15   A.   No, absolutely not.
16   Q.   What are they related to?
17           MS. DAWSON:  Objection.  Asked and answered.
18           THE COURT:  Overruled.
19           THE WITNESS:  They're related to the stress and the
20   constant targeting and harassment and worry and anxiety that
21   comes from having your entire life at the mercy of one man.
22           MS. DAWSON:  Objection.  Move to strike.
23   Argumentative.
24           THE COURT:  Overruled.
25           MS. DAWSON:  403.
```

1          MS. SUAREZ:  I have no further questions, Judge.

2          THE COURT:  Again, ladies and gentlemen, again, we're

3     going to see you on Monday in Fort Lauderdale at the

4     courthouse.  Don't drive here or make sure the van comes here.

5     We won't be sitting here.  And the courtroom, same courtroom,

6     same time.  So you want to get there at least by 8:30, 8:45 is

7     fine around that time.  No later than 8:45 so we can start

8     around 9:00 promptly.

9          With that said, be well over the weekend.  Don't watch

10    the news.  Don't read the newspaper.  Don't listen to the

11    media, anything about this case.

12         A JUROR:  What's the courtroom over there?

13         THE COURT:  Courtroom number -- it's been such a long

14    time, right?  202, yeah.  202.  Also leave the notebooks with

15    you and my law clerk will take care of them.  Just leave

16    everything.  202.

17         All right.  With that said, again, be well and the

18    only thing you can watch or cheer for is the Miami Heat, of

19    course.  We'll see you on Monday.  Thank you.

20         THE COURTROOM DEPUTY:  All rise for the jury.

21         (Thereupon, the jury exited the courtroom.)

22      (Thereupon, this proceeding was adjourned at 5:06 p.m.)

23                              - - -

24

25

1                    C-E-R-T-I-F-I-C-A-T-E

2

3          I hereby certify that the foregoing is an accurate

4    transcription of the proceedings in the above-entitled matter.

5

6

7    JULY 20, 2023              /s:/Ellen A. Rassie
                                ELLEN A. RASSIE, RMR-CRR
8                               Official Court Reporter
                                To the Honorable Rodney Smith
9                               299 East Broward Blvd., Room 202B
                                Fort Lauderdale, Florida  33301
10                              (954)769-5448

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A JUROR: [1]** 249/12
**MR. GUTCHESS:**
**[119]** 4/9 9/5 10/5
12/8 13/4 13/18 19/19
20/7 22/5 23/22 23/24
24/22 28/16 32/17
32/22 33/16 33/22
34/7 38/18 39/18 40/3
40/8 42/7 44/10 46/18
48/10 51/6 51/8 57/6
64/13 68/9 69/5 71/3
71/7 72/9 72/25 73/6
73/9 73/17 76/17 77/3
77/18 78/25 82/20
83/20 85/8 85/25 86/3
86/24 103/16 103/22
104/21 105/8 105/14
107/12 107/18 108/6
108/12 108/16 110/14
110/22 116/17 121/4
121/16 124/15 124/17
127/1 127/8 127/24
129/19 130/3 135/14
136/14 136/25 137/21
138/1 138/9 139/16
139/21 139/25 140/2
141/22 142/15 142/18
142/20 143/3 147/16
147/24 148/4 148/23
149/19 150/1 156/11
156/19 157/11 157/16
160/5 160/12 160/17
160/24 163/19 165/19
169/15 173/4 173/12
174/24 175/3 176/4
176/8 176/20 177/9
177/11 177/18 177/24
180/1
**MR. KUEHNE: [135]**
5/12 9/17 10/2 10/23
12/3 38/13 38/16
39/16 39/25 44/3 44/6
47/7 47/12 47/15 48/8
48/11 50/22 51/5
51/10 51/13 52/1
52/16 56/3 56/7 64/4
64/11 64/16 67/14
67/25 68/10 68/25
69/16 69/22 69/24
70/25 71/5 71/10 72/7
72/14 73/1 73/21 76/3
77/21 78/23 82/24
83/24 84/4 85/23 86/2
87/2 93/4 95/8 96/22
97/5 103/17 105/16
105/18 107/15 108/7
110/25 111/10 111/12
112/24 114/7 114/9
114/15 114/21 115/2

116/19 121/2 121/9
122/9 124/18 125/22
127/4 129/17 130/5
130/9 130/19 130/21
131/1 131/6 131/12
132/2 132/13 133/24
134/20 136/17 137/23
138/3 144/8 144/10
145/17 145/19 147/3
147/18 147/20 148/25
149/2 149/21 150/6
150/12 150/25 151/7
151/10 152/5 152/7
152/19 153/4 153/8
153/25 154/15 156/5
156/16 156/24 157/12
159/10 160/7 163/23
164/18 164/20 166/3
166/5 166/17 169/8
169/10 169/22 170/2
173/17 173/21 174/5
174/9 175/6 178/21
180/13
**MR. PERTNOY: [2]**
4/13 183/17
**MS. COHEN: [1]**
164/5
**MS. DAWSON:**
**[109]** 180/22 181/1
182/22 182/25 183/4
183/7 183/12 183/15
183/19 186/24 187/19
188/14 188/24 189/7
190/1 190/3 190/9
190/22 191/8 191/21
192/6 192/14 192/24
193/5 193/10 193/17
194/2 195/2 195/13
196/12 196/24 197/11
197/13 198/3 198/10
198/23 199/10 199/19
200/4 200/22 201/10
201/16 201/22 202/7
202/10 202/15 203/4
203/22 204/1 204/9
204/25 205/5 205/10
206/1 206/14 206/22
207/3 207/9 208/2
208/13 208/21 209/14
209/24 210/7 210/25
211/3 211/9 213/17
214/20 216/22 218/21
225/10 230/2 230/6
233/5 233/9 234/11
234/16 235/12 238/12
239/11 239/22 240/17
240/23 241/16 242/1
242/3 242/10 242/12
242/17 243/8 243/18
243/25 244/7 244/23
245/12 245/14 245/18
246/15 246/21 247/3

247/11 247/17 247/24
248/3 248/9 248/17
248/22 248/25
**MS. SUAREZ: [38]**
87/5 180/20 183/2
190/20 193/20 195/4
195/18 195/23 196/4
206/17 207/7 211/7
212/21 213/14 214/17
219/15 220/22 224/16
225/19 226/18 228/8
229/19 230/4 230/21
232/18 234/14 235/23
236/25 238/19 239/9
239/20 240/15 240/21
241/2 241/19 245/11
245/22 249/1
**THE COURT**
**SECURITY**
**OFFICER: [2]** 84/15
142/10
**THE COURT: [311]**
**THE COURTROOM**
**DEPUTY: [10]** 4/6
5/1 50/10 50/15 142/2
183/22 183/25 184/4
195/9 249/20
**THE WITNESS: [81]**
4/21 4/23 28/17 34/9
42/9 46/23 52/3 56/9
69/6 73/7 73/11 77/6
84/7 84/10 85/5 86/4
107/20 110/16 113/4
115/5 126/2 129/22
130/8 132/6 132/16
138/11 139/24 142/7
145/23 152/10 152/21
153/10 159/13 160/25
164/19 166/9 170/4
173/14 175/4 177/19
178/1 178/23 180/17
183/24 184/2 189/1
189/9 191/10 191/24
193/1 193/7 196/25
197/2 198/6 198/13
200/25 201/12 201/19
201/25 202/13 204/3
205/2 205/8 206/18
207/1 211/1 211/6
218/23 229/21 230/23
232/20 234/19 241/22
242/4 242/13 242/20
244/3 244/24 245/1
245/8 248/19

**$**
**$3,000 [1]** 168/14
**$3,000.00 [1]**
166/23

**,**
**'18 [1]** 158/7

**'19 [1]** 148/22
**'98 [1]** 200/18

**/**
**/s:/Ellen [1]** 250/7

**0**
**000 [1]** 70/12
**000257 [1]** 78/16

**1**
**10 [3]** 3/12 145/11
149/12
**10.3.1 [1]** 164/2
**100 [1]** 1/19
**100,000 [1]** 109/22
**1000 acres [1]** 92/1
**101 [1]** 17/24
**1020 [1]** 240/12
**10:40 [1]** 50/7
**10th [7]** 46/6 53/25
55/3 87/13 87/19
143/5 145/9
**11 [5]** 9/22 10/9 12/1
14/12 148/20
**11:00 [1]** 59/6
**11:04 [1]** 88/9
**11:05:22 [1]** 88/12
**11:30 [7]** 60/18
61/22 85/15 86/15
88/7 88/10 146/5
**11:36 [3]** 86/21
143/2 144/14
**11:36 p.m [3]**
144/15 145/4 145/8
**12 [2]** 3/13 158/7
**120 [1]** 141/5
**121 [1]** 66/6
**1227 [1]** 120/6
**125 [3]** 69/16 69/21
69/24
**126:26 [1]** 12/12
**126:27 [1]** 12/2
**127 [1]** 3/8
**129 [1]** 148/18
**12:03 [4]** 143/6
144/17 144/22 145/9
**12:04 [1]** 144/22
**12:06 [1]** 143/10
**12:50 [1]** 84/14
**12th [4]** 110/2 158/2
158/9 158/10
**13 [2]** 1/8 19/15
**1380 [2]** 117/1
122/13
**1393 [1]** 141/4
**14 [9]** 11/11 12/13
65/24 65/24 66/1
66/22 92/23 197/21
197/23
**1400 [1]** 2/3
**142 [4]** 51/5 51/10

51/16 51/20
**148 [1]** 3/9
**14th [6]** 125/17
141/5 158/11 158/13
158/14 182/3
**15 [9]** 71/1 71/2
71/15 72/8 92/23
161/13 173/20 190/16
225/6
**15 percent [1]**
236/24
**153 [6]** 3/14 56/1
56/3 56/6 56/7 57/12
**15th [5]** 7/1 53/18
120/8 135/17 155/10
**160 [1]** 3/9
**164 [1]** 3/10
**1641 [1]** 70/10
**169 [1]** 1/16
**172 [1]** 149/9
**173 [1]** 150/3
**17th [1]** 65/5
**18 [6]** 71/2 137/10
137/14 162/11 182/4
210/16
**18-000 [1]** 70/12
**18-CV-24190 [2]**
1/2 4/7
**18th [3]** 94/1 94/3
200/19
**19 [1]** 139/13
**192 [1]** 150/9
**1998 [1]** 186/22
**1999 [1]** 200/18
**19th [4]** 94/7 94/9
140/7 146/16
**1:30 [1]** 97/23
**1st [3]** 107/3 141/4
240/13

**2**
**2-27-18 [1]** 71/2
**20 [3]** 182/18 203/17
250/7
**20-foot [1]** 167/19
**200 [1]** 1/21
**2002 [2]** 184/17
187/14
**2004 [1]** 109/6
**2007 [1]** 109/6
**201 [1]** 1/13
**2012 [3]** 95/18
101/15 101/16
**2016 [2]** 109/4
239/25
**2017 [17]** 19/13
38/3 107/17 108/11
113/14 132/24 137/10
139/13 187/25 190/8
190/16 190/25 200/19
210/16 225/6 226/25
246/2

**2**

**2018 [27]** 6/25 8/12
8/15 8/19 9/22 10/9
12/1 14/12 20/22 41/6
48/9 49/1 49/20 56/2
64/21 70/2 70/5 70/13
78/8 128/12 129/3
161/3 161/13 193/15
193/25 194/19 209/4
**2019 [19]** 44/23
44/23 44/24 45/12
45/13 46/9 52/11
53/19 54/17 54/21
56/2 65/24 65/24 66/2
66/22 89/3 148/20
197/21 197/23
**202 [3]** 249/14
249/14 249/16
**2020 [8]** 56/2 56/2
56/15 56/15 57/22
86/13 86/15 145/4
**2021 [1]** 149/12
**2022 [2]** 130/8 130/9
**2023 [8]** 1/5 4/1
84/20 108/8 130/7
181/9 182/4 250/7
**202B [1]** 250/9
**21 [2]** 164/2 179/3
**2121 [1]** 1/13
**217:53 [1]** 67/16
**21st [2]** 112/3 115/6
**24190 [2]** 1/2 4/7
**26 [7]** 70/2 70/5
181/14 202/15 204/1
205/12 245/12
**27th [1]** 132/24
**28 [5]** 45/11 54/17
54/21 89/3 145/13
**299 [1]** 250/9
**29th [1]** 160/3
**2:30 [1]** 142/1
**2nd [4]** 1/13 1/19
100/24 115/9

**3**

**30 [10]** 6/25 8/12
8/19 64/3 142/20
143/6 144/17 144/20
145/11 232/23
**305 [1]** 6/21
**3105 [1]** 1/19
**327 [1]** 119/7
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**332 [7]** 47/8 47/10
47/15 48/8 53/14
55/17 181/9
**33301 [1]** 250/9
**35 [1]** 116/8
**356 [2]** 110/15 111/1

**360 [3]** 66/5 67/14
73/13
**365 [2]** 207/7 238/14
**381 [5]** 38/14 38/21
39/5 39/17 40/10
**384 [2]** 5/18 6/4
**3:00 [3]** 154/23
204/16 220/11

**4**

**4.3 [2]** 161/5 175/22
**40 [1]** 232/24
**403 [10]** 125/24
159/11 190/3 193/11
206/24 211/3 242/1
242/10 244/7 248/25
**4100 [1]** 1/21
**410:57 [1]** 73/15
**411:33 [1]** 73/15
**425 [4]** 156/9 157/21
174/9 174/12
**427 [3]** 118/13
118/23 119/8
**44 [1]** 3/13
**45 [5]** 64/11 64/12
64/16 64/21 64/23
**462 [2]** 190/20 225/3
**464 [4]** 3/8 124/11
124/14 127/9
**467 [1]** 245/11
**492 [1]** 238/13
**4:00 [2]** 195/6
204/16
**4:36 p.m [1]** 112/6
**4th [2]** 65/5 119/10

**5**

**500 [1]** 1/16
**51 [3]** 3/9 159/25
160/16
**521 [2]** 117/4 123/22
**54-9 [2]** 164/1
164/10
**5448 [1]** 250/10
**551 [2]** 175/15
175/19
**554 [1]** 136/15
**56 [1]** 3/14
**560 [1]** 137/22
**566 [3]** 3/9 147/7
148/3
**567 [1]** 148/24
**568 [1]** 149/20
**577 [6]** 3/14 87/5
87/6 142/24 179/11
179/21
**578 [7]** 3/10 164/5
164/6 164/7 178/18
178/21 179/7
**598 [5]** 3/13 44/3
44/13 44/16 89/2
**5:00 [4]** 37/5 37/18

204/16 220/11
**5:06 [1]** 249/22

**6**

**60 [2]** 201/12 223/14
**65 percent [1]** 84/3
**650 [7]** 3/12 9/17
9/19 10/3 10/7 10/9
12/14
**669 [5]** 3/13 9/18
11/25 12/4 12/10
**672 [1]** 78/3
**6:00 [1]** 204/16
**6th [1]** 138/15

**7**

**71 [1]** 147/1
**769-5448 [1]** 250/10
**7:00 [1]** 7/1
**7:31 [1]** 113/7
**7th [4]** 43/12 53/5
65/6 65/6

**8**

**80 [1]** 244/3
**8002 [2]** 215/9
233/12
**821 [1]** 117/3
**87 [1]** 3/14
**8:30 [1]** 249/6
**8:45 [2]** 249/6 249/7
**8th [19]** 6/25 33/8
42/14 42/15 42/18
43/13 49/13 53/2
53/18 65/5 70/10
110/1 118/13 118/23
120/6 120/8 122/13
123/22 148/11

**9**

**9150 [1]** 2/3
**93 [1]** 61/10
**954 [1]** 250/10
**96 [1]** 100/25
**98 [1]** 102/17
**9:00 [5]** 11/3 37/4
37/18 85/3 249/8
**9:00 a.m [1]** 11/6
**9:38 [4]** 143/11
143/14 143/20 144/1
**9:38 p.m [1]** 144/24
**9:51 [3]** 143/20
144/2 144/24
**9:51 p.m [1]** 143/11
**9th [9]** 65/6 86/7
86/17 87/17 87/23
143/2 144/14 144/14
145/8

**A**

**a.m [7]** 11/3 11/6
85/3 97/23 143/6

144/22 145/9
**ABC [1]** 188/12
**abide [1]** 155/2
**abiding [1]** 155/3
**ability [5]** 27/15
75/5 220/2 222/22
223/23
**able [8]** 22/2 22/3
74/24 91/17 194/9
199/5 234/20 236/16
**about [188]** 5/8 5/9
5/23 8/20 8/23 9/2
12/2 12/12 15/19
16/18 16/22 16/24
19/3 19/9 19/10 19/16
20/8 21/11 22/23
24/15 25/18 26/1
28/24 29/3 31/11
31/15 31/20 32/6 32/9
32/14 32/21 33/3 33/6
33/12 34/11 34/14
35/9 38/10 39/10
39/12 40/18 40/21
42/3 43/2 43/16 43/19
45/9 45/23 46/10
46/12 46/17 47/9
51/17 54/11 56/21
57/16 58/23 59/1
59/24 60/17 61/2 64/7
66/1 66/4 67/16 68/3
68/7 68/12 71/23 73/5
76/1 77/2 77/10 77/12
79/2 79/7 79/10 79/16
79/19 79/23 81/19
81/19 85/14 87/11
88/6 88/10 89/11
89/14 89/16 89/20
90/2 92/1 92/9 92/12
92/18 92/20 94/8
94/17 94/18 99/13
101/2 101/16 102/14
102/15 104/6 107/24
108/10 109/2 109/3
110/4 112/4 112/8
116/9 120/21 120/22
123/17 123/21 123/22
125/1 125/16 125/18
126/23 128/14 129/19
131/16 132/18 132/24
134/14 134/23 135/24
135/25 135/25 136/10
139/8 139/14 140/6
140/20 143/17 144/16
145/5 155/10 158/20
163/17 163/24 164/21
166/16 168/19 169/16
178/3 178/13 180/5
180/7 184/10 184/15
188/6 189/11 192/11
193/21 194/14 195/7
197/16 202/21 215/11
215/15 215/21 216/7

219/6 220/5 220/19
224/9 227/14 228/11
230/9 232/1 237/21
237/25 238/10 239/13
241/2 241/10 243/1
243/12 244/16 245/5
245/24 246/11 246/25
249/11
**above [1]** 250/4
**above-entitled [1]**
250/4
**absentee [1]** 113/8
**absolutely [27]** 7/5
14/11 18/6 21/3 26/23
27/1 27/19 41/15 61/9
65/18 69/4 74/7 102/7
141/16 146/12 180/12
188/8 197/25 203/13
204/21 217/7 224/20
235/20 244/15 244/21
246/7 248/15
**ABT [1]** 118/1
**abuse [1]** 172/16
**abusing [1]** 154/22
**academy [1]** 172/6
**accept [1]** 131/22
**access [5]** 124/5
124/9 124/19 124/23
125/20
**accompanied [1]**
6/23
**accompany [1]** 22/1
**accompanying [1]**
48/2
**accomplished [1]**
75/3
**according [2]** 70/21
155/23
**accounted [4]** 50/19
84/25 142/13 196/2
**accurate [5]** 72/5
73/5 78/4 79/13 250/3
**accurately [1]** 86/14
**accuse [2]** 141/8
172/22
**accused [4]** 172/25
198/1 198/6 202/24
**accusing [2]** 136/11
136/11
**acknowledges [1]**
149/24
**acres [1]** 92/1
**across [2]** 123/3
233/20
**act [5]** 19/23 20/5
33/25 83/8 100/17
**acted [1]** 76/25
**acting [1]** 28/12
**action [6]** 8/7 8/10
24/25 34/22 36/4
43/23
**actions [5]** 30/11

**A**

**actions... [4]** 31/6
222/20 246/14 246/20
**active [2]** 171/23
201/13
**actively [1]** 235/18
**activity [4]** 31/20
33/4 33/6 66/18
**acts [1]** 75/1
**actual [2]** 112/20
174/16
**actually [29]** 28/12
35/25 55/2 63/13 64/8
90/5 90/25 103/1
108/21 110/23 116/22
134/25 141/13 143/6
143/13 159/19 162/18
168/6 186/3 203/19
212/4 215/8 217/5
217/17 218/19 223/17
227/7 234/19 236/23
**add [2]** 95/5 95/19
**added [2]** 126/21
230/25
**adding [1]** 100/12
**addition [1]** 242/7
**additional [2]**
125/10 126/21
**additionally [1]**
182/2
**address [9]** 29/10
46/3 60/5 66/15 88/8
91/5 192/2 220/5
245/20
**addressed [3]** 66/17
117/25 205/11
**Adele [13]** 59/18
59/21 61/6 61/20
61/24 85/14 86/10
88/7 88/22 142/25
145/4 179/13 179/22
**adjourned [1]**
249/22
**adjudged [1]** 161/17
**adjudication [1]**
159/7
**administration [21]**
27/3 27/6 27/8 27/11
29/10 29/14 30/11
31/6 34/3 35/20 55/12
58/13 58/15 59/11
63/4 68/17 73/24 74/3
74/6 122/18 223/7
**administrative [4]**
67/9 100/8 160/8
160/11
**admissible [1]**
114/10
**admission [5]** 10/2
39/16 72/7 127/2
147/16

**admit [10]** 116/25
117/2 130/12 136/14
137/21 148/23 149/19
150/18 168/4 172/11
**admitted [9]** 10/6
44/12 87/3 103/20
150/15 153/19 156/20
156/21 172/12
**adopt [5]** 90/9 90/13
90/19 90/23 91/14
**adopted [2]** 91/3
92/8
**adult [2]** 43/5 56/18
**adversely [1]** 136/21
**advertised [1]** 28/4
**advertisements [1]**
179/3
**advertising [1]**
155/24
**advised [1]** 97/19
**aerial [2]** 230/3
233/6
**affair [1]** 217/18
**affect [13]** 35/14
90/3 189/6 191/13
192/19 194/5 194/21
195/20 197/4 199/17
199/23 208/6 208/17
**affected [16]** 192/17
193/21 195/19 196/7
196/16 197/23 198/18
199/2 199/18 200/8
208/8 209/18 210/11
238/11 246/19 246/25
**affecting [3]** 46/19
53/5 200/16
**affiliated [1]** 209/3
**affirmative [1]**
137/6
**afield [1]** 125/25
**afraid [6]** 202/2
202/22 224/10 226/1
226/2 229/17
**African [1]** 18/25
**after [51]** 9/3 9/8
9/11 9/18 13/24 23/20
23/21 35/22 36/20
52/12 53/19 55/17
55/18 57/18 57/21
57/21 58/17 58/18
59/6 60/13 61/3 81/1
85/16 86/1 88/14
92/21 97/19 97/23
105/5 115/16 121/5
121/20 132/24 137/14
140/23 158/14 161/21
169/25 170/6 171/9
172/4 172/19 172/23
181/8 182/10 183/5
186/8 199/8 209/4
241/15 241/22
**afternoon [10]**

53/23 53/24 84/20
85/12 85/13 112/9
184/8 184/9 211/13
211/14
**afterwards [2]**
104/7 120/21
**again [50]** 5/6 9/18
13/1 24/11 50/8 53/20
54/13 58/14 71/7
81/25 86/8 87/9 87/10
94/9 96/18 97/14
102/12 105/7 116/13
120/22 126/3 132/23
137/7 139/5 139/7
140/8 141/24 143/18
144/16 148/22 151/25
159/2 165/13 166/9
168/16 170/4 178/7
193/5 195/6 195/21
207/4 207/16 208/25
218/24 229/14 241/8
248/12 249/2 249/2
249/17
**against [30]** 8/10
13/15 13/25 18/14
34/5 36/4 56/18 70/23
79/12 81/6 81/10
81/16 82/2 83/6 101/5
133/13 135/17 135/17
141/15 154/6 161/17
173/8 176/11 178/5
178/12 178/14 178/15
237/15 237/19 238/2
**age [1]** 206/11
**agencies [1]** 75/8
**agency [4]** 34/24
160/11 170/25 171/5
**agenda [6]** 13/22
66/11 66/13 66/14
66/15 66/16
**agenda-ed [2]** 66/13
66/14
**agitated [1]** 189/2
**ago [4]** 130/18
130/24 132/16 156/3
**agree [14]** 69/8
74/19 74/22 75/9
141/2 164/13 182/4
211/15 215/2 217/25
221/16 222/8 225/5
234/22
**agreed [5]** 162/2
182/8 182/17 183/6
183/14
**agreement [1]**
236/24
**agrees [1]** 183/1
**ahead [6]** 10/12
77/22 112/2 145/22
206/17 245/17
**ahold [2]** 61/20
62/14

**ailments [1]** 222/18
**airport [1]** 169/3
**al [2]** 4/7 4/7
**Alain [4]** 35/25 36/4
36/6 165/22
**Alberto [1]** 161/18
**Alcohol [1]** 117/11
**alert [2]** 65/25
**ALF [5]** 43/2 53/11
53/12 56/18 220/20
**Alfie [15]** 18/13
93/25 94/8 110/11
110/14 110/18 111/4
111/15 132/18 133/10
134/23 136/3 140/14
183/8 194/17
**Alfonso [5]** 20/19
20/20 20/20 21/1 21/1
**all [161]** 4/17 4/24
5/1 5/3 5/8 10/11
12/6 12/9 13/19 13/22
18/22 19/3 19/7 22/13
28/2 31/17 34/14
34/16 35/12 39/19
39/20 42/16 47/14
50/10 50/18 50/19
51/12 52/3 59/13
61/12 63/9 63/14
63/24 64/15 65/12
65/15 68/21 68/22
74/13 77/6 78/2 78/9
78/10 80/23 81/17
82/13 82/21 84/14
84/15 84/24 84/25
85/3 86/24 87/3 93/20
94/17 99/1 99/4
100/13 101/9 101/10
103/12 108/12 108/19
108/23 111/25 114/12
115/14 116/18 116/22
117/16 118/17 121/14
121/24 126/9 128/2
128/20 131/7 133/20
135/20 135/23 136/23
137/11 138/7 140/24
141/3 141/15 142/2
142/10 142/12 142/13
142/22 142/22 146/15
147/10 147/14 149/15
150/1 154/23 157/1
157/15 158/19 160/19
163/7 163/19 165/7
172/16 172/23 173/13
183/6 183/16 185/4
185/14 186/4 187/20
194/16 195/5 195/9
195/16 195/22 195/24
196/1 200/10 200/14
203/10 205/20 205/22
206/8 206/12 208/4
209/16 211/24 215/3
215/12 215/12 216/21

217/8 217/12 217/14
218/13 218/18 218/23
218/25 220/9 221/16
223/3 226/24 229/16
232/1 236/8 237/14
237/25 238/1 238/4
240/1 241/4 242/6
243/23 246/10 249/17
249/20
**allegation [4]** 157/4
157/4 157/6 175/10
**allegations [2]**
81/15 136/23
**allegedly [2]** 120/4
223/24
**alleging [3]** 15/15
134/24 240/1
**allow [8]** 120/14
124/5 124/9 126/3
172/20 181/7 181/10
182/3
**allowed [29]** 15/11
18/12 21/2 22/24
27/18 27/20 28/19
28/24 29/10 30/7
30/10 36/25 48/22
49/6 59/5 63/3 63/7
67/5 67/9 67/12 74/1
82/22 83/17 95/15
123/20 123/24 125/16
125/18 181/23
**ally [1]** 169/1
**almost [5]** 61/10
144/22 201/7 201/12
222/4
**alone [1]** 37/12
**along [15]** 22/8
42/15 65/6 65/6 65/23
68/8 110/1 125/16
127/20 128/3 128/4
129/24 155/17 155/17
165/6
**already [25]** 36/10
48/11 51/13 51/14
56/4 57/24 65/25
68/15 69/13 75/7
80/17 95/14 98/14
103/20 110/15 110/23
128/8 133/3 133/12
139/22 140/3 152/8
156/20 182/2 212/9
**also [33]** 6/22 9/18
29/9 34/24 46/13
53/24 64/3 66/6 76/2
82/21 87/3 91/18 92/9
103/19 110/2 129/1
131/23 139/14 146/14
151/21 162/1 168/14
178/18 191/19 194/8
194/11 200/1 219/12
220/4 225/25 227/3
230/9 249/14

**A**

**although [2]** 63/22
132/2
**Altos [1]** 240/10
**always [12]** 29/24
41/13 74/19 74/22
109/10 134/15 200/15
201/1 205/25 206/7
232/21 240/4
**am [9]** 27/19 55/22
68/6 176/17 186/16
186/18 211/22 213/10
232/23
**Amanda [2]** 1/12
4/10
**amazed [1]** 156/2
**amazing [1]** 222/6
**Amber [2]** 2/3 4/14
**amended [7]** 135/16
135/19 138/12 181/7
181/13 181/13 181/14
**Amendment [3]**
83/8 130/25 175/10
**amendments [1]**
151/22
**America [2]** 81/23
90/24
**American [2]** 184/13
187/17
**Americans [1]** 18/25
**Americanteve [1]**
6/23
**among [4]** 42/22
50/9 90/4 153/14
**amount [9]** 14/19
26/14 126/21 139/1
168/16 171/24 185/13
185/13 198/9
**amounts [2]** 181/16
201/14
**amplify [1]** 147/7
**analyze [1]** 16/2
**Anne [1]** 1/11
**announced [1]**
10/12
**another [14]** 6/17
46/4 89/5 105/4 110/1
119/7 123/16 140/23
150/10 157/2 185/24
194/23 223/3 247/22
**answer [37]** 29/15
34/8 36/18 46/22
73/10 77/5 78/6
100/11 115/4 126/3
129/12 129/21 132/5
132/15 137/4 137/5
137/8 137/8 138/1
145/21 148/12 150/19
152/10 152/13 152/20
153/5 164/24 166/7
170/3 197/1 204/5

232/19 237/21 241/21
242/12 242/18 247/24
**answered [15]**
46/15 118/9 126/2
137/9 153/10 226/18
230/21 232/18 240/16
240/17 246/21 247/3
248/3 248/9 248/17
**answering [2]**
134/10 169/5
**answers [1]** 146/24
**anxiety [5]** 198/20
228/19 248/5 248/8
248/20
**anxious [1]** 197/17
**any [151]** 7/14 7/20
7/24 8/7 8/10 10/4
12/6 13/10 13/12
14/15 14/24 18/7 22/9
22/18 22/18 23/7
24/21 24/25 25/2
25/21 25/23 27/17
29/2 31/19 32/20 33/3
33/15 33/20 34/14
34/25 35/19 36/3 36/4
38/17 42/24 43/24
44/1 44/8 50/4 55/6
55/9 57/7 59/9 60/10
60/14 62/3 63/11
63/12 68/12 72/20
75/5 77/1 77/12 79/9
79/15 79/22 79/23
80/19 81/5 81/10
81/15 83/22 84/13
87/1 93/17 95/1 97/16
99/3 105/8 105/14
107/14 108/6 113/14
119/2 119/5 124/2
124/19 126/24 127/3
129/18 136/10 136/16
136/22 137/11 139/8
139/11 140/13 141/11
141/25 145/24 150/5
153/15 153/15 154/6
154/8 154/18 154/20
156/15 160/9 160/10
160/14 162/22 163/22
165/5 167/15 167/16
167/16 168/16 171/4
172/9 175/10 179/2
181/17 181/18 181/18
181/20 181/23 187/3
190/21 192/5 193/14
193/14 195/7 195/13
201/8 202/6 204/14
207/8 213/8 213/25
214/14 219/9 219/18
219/25 222/17 223/20
227/21 228/14 231/9
231/11 231/18 234/6
235/9 236/21 237/3
237/9 239/4 239/7

239/18 244/1 244/19
**anybody [15]** 7/17
7/24 21/15 31/20 48/2
49/18 49/19 59/9
81/11 99/1 99/4
121/21 136/21 140/2
194/12
**anymore [4]** 81/4
172/24 202/1 202/3
**anyone [18]** 5/9
17/17 50/8 55/11
82/14 84/13 99/12
102/4 102/10 121/5
122/2 167/20 170/14
170/22 182/25 188/12
195/7 244/11
**anything [62]** 8/7
8/16 14/5 14/21 18/14
21/18 21/22 23/7 32/8
32/10 32/15 36/3
36/24 43/19 49/18
49/19 54/16 59/10
60/22 62/15 67/1
70/22 74/3 74/24 75/2
77/4 79/6 79/18 79/23
81/16 82/2 97/16 99/7
100/21 103/19 109/3
112/21 117/20 121/3
124/12 130/6 135/11
135/24 135/25 137/11
137/13 139/8 140/13
153/6 159/13 177/8
179/7 179/16 183/16
183/18 188/17 221/11
222/16 223/16 230/17
237/8 249/11
**anyway [1]** 226/3
**anywhere [4]** 108/9
139/4 144/3 152/2
**apartment [4]** 48/24
128/12 135/1 135/8
**apologize [2]** 63/24
169/5
**apologizing [1]**
72/23
**apparently [4]** 7/9
49/23 86/17 125/9
**appeal [2]** 148/21
150/11
**appear [2]** 72/5
207/17
**appearance [1]** 6/21
**appearances [3]**
1/10 2/1 4/8
**appeared [2]** 122/23
127/14
**appears [4]** 108/8
148/15 156/18 238/23
**appellate [2]** 185/3
185/4
**Apple [1]** 204/6
**apples [1]** 165/17

**applied [1]** 163/12
**apply [1]** 26/18
**appreciate [5]** 24/5
38/9 116/11 160/25
205/3
**approach [3]** 49/25
145/7 180/23
**approached [1]**
185/9
**approved [1]** 70/12
**approximately [5]**
61/9 76/7 84/3 128/19
133/2
**April [4]** 128/12
146/16 182/3 182/4
**April 14th [1]** 182/3
**April 18 [1]** 182/4
**April 19th [1]**
146/16
**are [124]** 4/20 7/11
11/14 11/17 11/17
11/19 16/4 16/6 16/8
16/14 20/4 21/1 22/23
25/10 25/12 26/4 26/6
27/2 27/4 27/20 28/4
28/19 28/23 29/9
29/20 30/1 30/7 30/10
36/25 37/18 38/11
38/11 40/15 40/16
42/24 42/24 43/12
50/14 50/18 63/3 63/5
64/8 67/5 67/9 67/12
67/16 67/21 69/3 74/1
74/24 77/8 80/2 80/23
82/1 82/15 84/24 86/4
90/7 94/2 95/2 95/5
95/5 96/17 97/3 97/4
101/10 104/14 115/6
116/23 122/6 123/4
123/8 123/12 124/6
125/25 133/3 141/1
142/12 144/1 149/4
149/5 149/22 151/4
151/5 151/24 155/15
164/22 165/8 167/8
171/22 172/17 176/14
176/19 181/4 185/6
186/17 187/5 187/7
191/2 196/1 197/6
197/9 204/24 206/10
206/10 207/15 210/15
210/18 211/19 215/1
216/4 217/21 217/22
220/14 222/13 223/19
225/5 234/25 237/13
243/4 243/7 244/12
248/12 248/16
**area [31]** 21/18 33/8
33/9 34/15 41/10
41/17 41/20 42/19
43/17 57/14 57/16
58/24 59/2 63/23

65/14 65/19 65/18
90/4 106/15 106/17
106/19 107/5 107/25
108/4 110/5 110/6
110/7 141/23 154/22
155/1 165/3
**areas [14]** 34/22
36/16 37/7 55/16
83/17 107/4 108/4
108/22 109/20 109/20
109/24 115/18 137/18
154/25
**Aren't [1]** 224/12
**argument [2]** 126/14
126/15
**Argumentative [6]**
220/22 224/16 226/19
239/20 241/17 248/23
**arise [2]** 124/2 124/2
**arising [2]** 169/25
170/6
**arms [1]** 216/9
**arose [3]** 168/19
168/23 169/6
**around [18]** 41/5
62/9 73/15 93/22
96/21 106/19 109/16
127/18 155/11 172/14
189/15 201/2 205/20
230/10 232/22 232/25
249/7 249/8
**arrested [1]** 202/24
**arrests [1]** 201/20
**arrived [1]** 189/22
**art [9]** 17/24 82/3
92/10 92/21 165/22
166/10 166/13 166/15
166/17
**Arteaga [1]** 182/16
**Arteaga-Gomez [1]**
182/16
**arteries [1]** 33/10
**article [2]** 109/4
164/2
**artist [1]** 186/1
**arts [1]** 184/12
**Arturo [1]** 104/14
**artwork [1]** 92/24
**as [210]** 6/8 6/20
6/20 7/14 8/7 9/21
13/3 14/13 14/20
15/23 18/4 19/8 20/1
20/9 21/2 24/15 24/19
25/23 26/3 26/10
26/11 26/18 26/18
26/21 27/2 27/7 27/15
27/17 27/17 28/3 28/8
28/12 28/13 29/20
29/22 29/22 30/7
30/10 30/21 30/21
31/3 31/13 32/11
32/11 32/12 32/13

**A**

as... [164] 36/25
37/3 37/16 37/25
37/25 38/2 38/4 38/24
39/17 39/22 41/25
41/25 42/21 43/23
46/16 49/7 49/13 51/2
53/10 56/23 56/25
57/13 58/7 59/1 60/2
60/4 61/22 61/22 63/3
63/14 63/15 64/6 65/8
65/8 65/8 66/19 66/19
67/3 67/3 67/5 68/16
70/14 71/21 72/20
73/23 74/25 76/11
77/24 78/24 79/13
79/13 80/2 80/5 81/5
82/2 82/3 82/4 82/5
93/8 93/11 93/24 96/1
98/7 98/13 98/24
99/14 103/13 112/13
114/14 117/25 117/25
118/13 132/14 132/14
133/13 133/13 134/5
134/7 135/3 135/16
136/5 137/5 137/18
138/15 138/19 138/20
138/20 146/17 146/22
148/10 149/10 149/14
150/4 150/10 155/2
155/2 157/21 159/23
160/1 162/21 164/10
170/17 170/19 170/19
172/17 176/17 176/17
177/12 178/6 178/17
181/14 181/24 182/13
183/10 185/1 185/10
186/9 186/15 191/4
193/3 193/4 196/9
197/8 200/20 201/5
202/17 203/1 204/10
204/19 205/18 205/19
205/19 205/23 205/23
206/6 206/6 207/17
208/19 209/2 212/25
213/11 214/7 214/9
216/14 216/15 216/16
218/19 218/19 219/22
222/10 222/12 223/7
224/24 227/22 233/24
237/5 237/10 240/7
243/14 244/6
**ascertain [2]** 97/12
141/11
**ashamed [2]** 194/22
196/18
**aside [2]** 199/23
229/2
**ask [39]** 9/2 12/2
17/3 20/12 24/3 28/8

29/12 37/10 38/13
47/5 47/9 63/15 63/20
66/4 66/8 67/16 70/25
76/5 81/19 85/20 96/3
99/1 102/13 103/17
106/5 116/2 125/6
129/12 129/19 131/13
152/1 152/16 173/17
178/21 193/21 193/22
204/17 221/12 233/6
**asked [63]** 5/23 7/23
8/20 12/21 15/4 15/7
15/17 16/18 16/22
21/18 25/17 51/1
59/17 60/17 60/21
70/17 75/10 79/2 88/9
94/25 96/3 96/13
96/15 113/13 121/22
121/23 121/24 123/11
128/3 131/16 146/5
146/25 163/17 165/11
165/14 169/15 171/6
171/17 171/20 178/3
178/13 179/10 180/5
180/7 183/9 185/24
186/14 191/22 216/24
220/1 226/18 230/21
232/18 238/10 240/15
241/10 241/19 246/21
246/25 247/3 248/3
248/9 248/17
**asking [18]** 65/18
90/13 102/12 120/22
121/20 125/1 125/19
126/13 127/19 138/25
147/9 151/24 171/3
171/21 176/22 180/4
237/25 238/9
**aspect [1]** 137/18
**assemble [1]** 14/5
**asserted [1]** 40/1
**assess [1]** 213/22
**assist [5]** 133/22
134/7 134/8 153/16
153/23
**assistance [3]** 15/5
133/5 134/3
**assistant [2]** 54/4
100/8
**assisted [1]** 134/10
**associated [10]** 15/9
49/22 117/17 117/18
122/2 122/8 162/16
163/7 202/25 243/7
**associates [3]**
146/23 153/14 197/19
**association [2]**
208/9 231/3
**assumes [3]** 198/24
235/23 236/8
**assuming [2]** 99/13
237/9

**at [275]**
**attachment [1]**
157/2
**attack [2]** 198/22
224/4
**attempted [1]**
176/16
**attend [5]** 10/13
95/25 162/3 162/15
163/1
**attended [1]** 162/15
**attending [1]** 186/22
**attention [8]** 19/17
46/9 51/18 51/21
53/13 70/13 179/23
206/20
**attorney [12]** 63/25
136/7 138/24 150/21
150/22 161/21 185/2
186/6 213/11 236/19
242/5 244/22
**attorney's [1]**
138/18
**attorneys [8]** 15/25
16/1 63/24 103/21
137/16 151/24 185/4
185/7
**attractive [1]** 81/3
**attribute [2]** 214/11
214/12
**attributed [1]** 136/8
**attributes [1]**
210/22
**audio [1]** 48/4
**August [3]** 160/3
161/3 161/13
**August 29th [1]**
160/3
**authority [7]** 24/21
25/2 34/23 34/25
36/13 36/23 44/1
**authorized [5]** 25/10
25/12 62/9 147/22
147/24
**available [3]** 8/3
15/13 15/14
**Avenue [9]** 1/13 7/1
53/18 65/5 65/5 110/2
119/10 120/8 141/5
**avenues [1]** 65/7
**average [1]** 220/16
**avoid [1]** 208/20
**awakened [1]** 62/15
**award [5]** 169/7
169/20 170/1 170/7
170/8
**aware [16]** 41/22
41/24 66/20 77/8 89/9
124/4 127/11 143/19
143/23 176/14 176/19
193/24 194/18 196/21
197/20 199/14

**awareness [1]** 33/3
**away [11]** 17/25
21/8 60/19 86/10
165/12 169/3 172/1
199/4 199/5 200/15
216/1
**awful [2]** 193/4
223/11
**awoken [1]** 61/12
**axles [7]** 166/23
167/3 167/12 167/12
167/20 168/6 168/15
**AXS [4]** 1/10 4/9
186/6 212/24

**B**

**B-E-R-N-H-E-I-M [1]**
184/3
**Bacardi [3]** 155/17
155/21 155/21
**bachelor [1]** 184/12
**back [53]** 8/19 10/20
10/20 16/23 28/7
43/14 49/8 49/15
49/24 52/16 53/4
57/11 57/12 57/14
57/16 57/22 59/9
84/14 87/23 91/8
95/18 97/18 103/24
103/24 105/13 118/15
122/12 122/16 123/9
123/19 127/18 127/24
129/9 129/13 130/14
134/12 134/13 134/15
146/6 174/21 185/17
185/20 186/8 187/16
189/15 189/24 206/11
220/12 221/15 225/10
226/15 246/4 246/5
**background [3]**
18/18 184/11 184/16
**backyard [1]** 91/10
**bad [5]** 40/23 63/1
100/9 110/21 234/19
**Ball [36]** 43/14 43/16
45/1 45/21 46/11
46/17 49/23 50/1
52/17 56/25 57/12
58/5 58/23 59/14
61/10 86/9 87/9 97/20
97/25 128/17 128/21
143/13 143/23 144/2
144/3 144/16 145/2
146/4 194/25 196/23
197/6 199/14 216/12
220/21 240/9 244/3
**ballots [1]** 113/8
**bankruptcy [1]**
184/20
**bar [10]** 56/18 56/23
57/2 117/6 117/6
117/14 117/18 118/12

118/14 213/13
**bare [1]** 156/18
**Barlington [2]** 19/4
161/9
**base [1]** 109/9
**based [4]** 167/10
184/23 185/16 229/4
**basically [3]** 169/2
172/16 241/23
**basis [4]** 98/18
177/11 182/2 236/5
**Bass [1]** 185/2
**Bates [1]** 78/14
**be [166]** 4/16 5/3
6/22 9/21 10/12 11/11
11/12 12/7 12/12
12/13 12/20 14/15
14/21 16/12 17/21
20/3 22/2 22/3 22/24
24/12 25/20 25/24
26/1 26/2 26/7 28/4
33/11 38/5 38/23 40/4
42/11 43/21 48/22
50/7 50/13 50/19
51/22 54/2 57/7 61/16
63/15 65/10 65/13
66/9 66/11 66/12
66/23 67/3 69/18
69/19 70/6 70/7 71/6
72/5 72/22 75/7 75/10
76/22 84/25 85/3 86/9
86/19 87/11 87/20
91/8 91/9 91/10 91/11
91/17 96/12 99/2
101/11 101/14 103/7
103/17 105/6 106/18
107/8 108/8 114/19
114/25 115/7 116/4
117/15 117/25 122/23
123/2 123/11 123/17
129/6 129/12 130/25
135/25 137/13 138/18
139/10 139/11 142/1
142/13 148/15 148/17
149/13 149/24 159/2
160/3 161/7 162/21
166/16 172/3 172/10
173/10 176/2 178/22
181/20 181/23 182/7
182/8 182/12 182/19
189/10 190/25 194/9
194/13 194/13 195/5
195/13 196/2 198/21
198/22 199/5 201/2
202/2 206/9 206/18
206/21 208/8 215/22
215/24 216/1 216/2
216/5 217/15 221/21
224/1 224/13 224/14
224/19 229/10 230/23
231/21 234/20 234/25
235/1 235/19 236/16

**B**

**be... [11]** 237/10
242/9 242/13 242/23
245/3 246/9 247/10
248/12 249/5 249/9
249/17
**Beach [2]** 108/20
109/3
**beaten [2]** 42/6
46/24
**became [9]** 20/21
41/24 189/9 197/17
198/20 199/25 200/13
212/13 218/20
**because [130]** 7/23
8/20 8/25 13/13 14/5
24/12 26/23 32/8
41/21 47/23 49/1 53/4
53/17 54/14 59/14
63/25 76/23 76/25
81/2 81/3 81/16 83/15
88/20 91/15 95/4
97/16 98/18 99/3
99/11 100/20 101/7
101/13 102/1 102/7
102/11 102/21 106/15
107/25 108/9 109/17
113/25 119/9 119/24
120/21 122/4 128/22
129/16 134/14 137/13
138/24 140/21 140/23
144/21 145/3 147/14
154/10 155/24 158/4
158/11 159/1 159/15
159/22 162/4 162/8
162/11 162/15 162/23
167/13 168/23 170/10
170/14 171/20 171/21
172/5 172/24 174/6
179/19 186/4 186/11
187/13 187/23 188/10
189/9 189/16 189/19
189/22 191/15 192/20
193/8 194/6 194/25
197/5 197/25 202/25
206/8 207/22 208/9
208/10 210/13 216/4
216/19 217/3 217/10
218/13 218/19 218/23
219/22 220/12 221/25
222/18 222/20 222/24
223/25 226/15 229/17
232/11 232/14 233/24
236/17 237/21 240/7
241/15 241/22 243/6
243/14 243/23 244/21
247/5 247/6 247/8
**become [13]** 41/22
185/25 193/24 194/15
194/18 196/21 197/20
199/14 201/19 205/16

213/25 217/18 244/17
**becomes [1]** 226/11
**bed [2]** 60/18 247/20
**bedtime [1]** 247/8
**been [102]** 8/20
9/11 12/5 13/16 14/2
14/13 18/19 20/3
26/10 36/9 37/23
41/18 63/2 65/22
65/25 66/20 68/14
68/18 69/10 69/13
70/13 74/14 75/6 77/3
78/18 82/14 83/11
84/8 94/11 94/16
94/24 95/13 103/4
103/4 103/20 107/23
110/4 112/10 112/11
113/20 113/25 114/2
115/22 117/11 120/8
124/8 124/12 125/20
125/21 128/12 131/19
131/20 131/21 131/23
131/24 133/3 136/8
138/23 139/5 140/6
140/9 141/19 144/3
156/20 157/7 158/16
161/8 162/11 164/3
164/15 165/2 165/4
165/11 165/14 167/13
170/21 171/11 171/23
174/7 181/18 186/19
186/20 186/22 201/5
201/6 201/6 201/15
203/17 204/22 206/8
212/2 213/3 215/2
216/20 217/2 219/13
219/18 228/1 229/8
236/13 240/2 249/13
**before [60]** 1/8 17/7
18/20 19/15 20/21
26/10 31/13 41/23
45/14 47/8 61/4 62/25
68/14 69/15 70/7
80/18 81/3 82/3 84/7
88/15 88/24 88/25
89/10 95/14 101/21
101/22 112/14 119/9
124/20 126/9 127/5
133/1 136/5 140/2
149/22 150/18 154/5
154/7 154/13 155/9
155/19 168/8 170/24
180/22 183/5 196/6
200/19 202/22 205/20
205/20 210/15 214/24
214/25 219/22 226/24
228/25 237/21 240/1
243/14 244/24
**beforehand [1]** 28/4
**began [1]** 142/24
**beginning [3]** 4/8
14/17 106/6

**begins [1]** 34/19
**behalf [15]** 4/15
52/19 54/13 94/22
96/6 96/7 96/8 96/11
103/4 120/1 120/1
153/3 182/16 213/6
236/24
**behavior [1]** 206/5
**behind [8]** 18/23
42/16 42/16 42/23
43/12 50/1 50/2 56/23
**being [43]** 15/7
32/12 39/25 42/10
59/8 72/14 73/5 92/6
92/24 97/15 97/19
97/20 101/12 101/22
120/11 123/20 124/4
125/16 125/18 144/10
146/25 171/14 172/17
172/25 187/24 196/19
197/18 198/1 198/1
198/6 199/5 201/13
202/24 209/3 209/12
215/20 222/10 222/12
224/10 230/10 233/9
241/24 246/7
**believe [45]** 9/10
14/2 15/23 20/2 28/6
30/14 41/5 43/8 46/13
47/12 48/14 48/17
48/25 50/25 56/12
66/5 67/22 68/4 68/14
95/12 102/4 103/3
109/11 110/24 116/5
119/9 140/17 140/19
140/21 149/18 156/25
158/6 158/12 167/18
168/8 168/9 168/10
174/6 178/10 213/3
219/24 227/4 228/24
230/10 238/13
**believed [1]** 194/15
**below [4]** 45/7 45/24
46/2 144/23
**Ben [1]** 4/14
**bench [1]** 180/25
**Benedict [1]** 1/18
**Berger [1]** 184/21
**Bernheim [36]**
180/21 181/5 181/8
182/1 182/5 182/23
184/2 184/6 184/8
187/22 211/11 211/13
213/19 216/14 217/5
217/25 221/2 224/6
224/7 224/9 224/25
225/5 225/23 227/21
229/16 230/9 233/12
235/14 238/16 239/13
239/25 241/6 244/11
245/2 246/24 248/12
**Bernheim-Fuller [1]**

245/2
**beside [2]** 193/8
208/8
**besides [2]** 54/8
110/2
**best [20]** 8/14 8/24
9/10 16/7 23/19 32/11
36/8 41/5 74/15 78/20
82/6 86/10 117/20
123/6 123/15 147/13
158/17 177/19 178/1
194/10
**Betancourt [1]**
182/11
**better [6]** 91/9 129/2
134/6 147/8 162/22
221/11
**between [13]** 24/10
65/7 98/17 107/2
145/8 168/20 168/21
169/16 173/1 185/12
204/22 220/11 235/1
**beyond [43]** 82/22
114/21 130/5 131/6
169/10 186/24 193/10
193/17 195/14 195/22
196/12 197/13 198/3
198/10 198/23 199/10
199/19 200/4 200/22
201/22 202/10 203/5
203/23 204/9 205/11
206/1 206/14 206/23
207/4 208/2 208/13
208/21 209/14 209/24
210/7 211/3 216/22
241/17 243/8 243/18
243/25 246/15 247/17
**BID [5]** 103/13 104/3
105/11 119/20 120/16
**bidding [1]** 223/2
**big [12]** 56/8 64/20
106/19 125/16 125/18
125/19 131/10 131/13
164/19 203/15 203/16
237/13
**bigger [6]** 6/12 11/5
44/18 44/22 51/22
116/11
**biggest [2]** 134/4
231/25
**bill [82]** 16/19 70/5
71/11 162/4 186/18
186/19 186/22 187/3
187/25 188/4 188/17
189/6 190/8 190/12
190/13 191/4 191/13
191/14 192/5 192/11
192/12 192/17 192/19
192/20 192/20 193/14
194/5 194/6 194/21
194/22 194/22 196/9
196/16 196/21 197/4

197/16 197/17 197/20
197/23 198/16 199/17
199/18 199/23 200/8
200/17 200/20 201/8
203/8 204/19 205/16
207/17 208/6 208/11
208/17 209/6 209/18
210/11 210/15 210/18
210/22 211/19 215/19
218/13 219/24 226/1
226/22 237/5 238/11
239/18 240/7 241/10
243/22 243/12 243/12
243/22 244/5 244/14
244/16 246/13 246/19
246/25 248/13
**Bill's [9]** 188/6
194/11 199/8 203/15
204/15 206/5 218/14
241/23 243/14
**bills [1]** 237/12
**birthday [5]** 158/5
188/20 189/16 189/21
210/6
**Biscayne [1]** 1/21
**bit [11]** 8/18 8/19
16/23 44/18 56/8
93/24 114/2 168/19
184/10 184/15 218/14
**black [2]** 18/21
172/17
**blacks [1]** 172/17
**blamed [1]** 101/23
**blasted [2]** 61/7
88/17
**blasting [6]** 61/6
86/9 87/9 88/16
144/17 179/22
**block [8]** 61/9 107/3
122/25 128/14 128/15
128/17 128/21 232/23
**blocked [1]** 138/19
**blocks [3]** 106/22
106/22 128/13
**Blom [13]** 15/22
64/22 76/12 76/14
77/2 77/4 77/9 77/15
78/21 79/7 79/20
146/15 173/9
**Blom's [1]** 77/9
**blood [3]** 204/6
228/18 228/22
**blown [1]** 165/15
**blue [4]** 110/11
111/4 111/23 112/16
**blunt [1]** 12/20
**blurred [1]** 135/18
**Blvd [3]** 1/21 2/3
250/9
**board [9]** 79/19
102/9 162/3 162/4
162/7 162/25 163/1

**B**

**board... [2]** 163/4
163/4
**body [1]** 27/5
**Bolstering [1]**
192/24
**booth [1]** 111/20
**born [2]** 209/11
209/12
**both [5]** 36/12
115/20 143/1 165/7
223/19
**bottom [14]** 6/7
10/21 46/5 52/3 54/21
78/9 78/10 86/7 87/16
103/7 105/5 113/4
113/7 171/20
**bought [5]** 80/18
101/15 108/21 206/13
206/19
**BOWEN [1]** 1/20
**Bowl [3]** 106/22
106/25 107/1
**Box [1]** 71/11
**Brazilian [1]** 185/25
**break [5]** 50/7
139/14 141/23 195/4
196/6
**breaks [1]** 165/9
**Brickell [3]** 21/13
108/20 128/13
**brief [1]** 61/1
**briefly [3]** 19/8 53/2
239/25
**bring [21]** 4/19 4/24
29/14 50/14 56/1 74/5
82/3 87/25 90/19
120/13 121/22 121/25
142/5 172/20 173/14
195/12 216/3 230/2
237/15 237/19 244/1
**bringing [9]** 17/25
68/16 68/19 94/5
100/16 126/11 179/22
242/9 242/13
**brings [1]** 101/17
**Brito [1]** 185/6
**Britto [1]** 186/1
**broke [3]** 5/18 50/24
63/12
**brother [7]** 99/24
100/2 100/3 100/4
100/5 100/9 100/10
**brought [15]** 8/21
19/16 53/13 70/13
71/7 89/5 94/10 102/8
121/12 130/13 159/15
160/13 202/16 214/15
238/2
**brouhaha [1]** 8/25
**Broward [2]** 224/23

250/9
**buddies [3]** 108/20
108/24 109/3
**build [1]** 92/3
**building [13]** 13/11
22/4 23/21 24/11
25/24 26/8 26/9 26/11
26/15 26/16 48/24
141/6 168/11
**built [2]** 80/17 97/15
**bullies [1]** 216/17
**bunch [5]** 13/13
13/15 45/4 122/15
180/8
**business [41]** 28/25
31/14 31/20 32/15
32/21 33/4 33/9 33/15
34/6 35/4 39/3 40/11
40/13 41/3 41/10 42/1
42/4 42/13 42/23
43/24 53/10 64/8 64/9
65/4 65/14 65/15
69/19 82/10 82/17
99/8 102/14 102/15
102/18 103/12 119/20
120/11 189/17 205/24
222/14 222/14 223/10
**businesses [10]**
42/14 43/13 64/8 82/6
82/9 102/22 199/9
203/2 203/3 222/12
**businessman [2]**
40/4 194/12
**busy [2]** 236/12
243/16
**but [168]** 5/19 6/10
7/9 7/10 9/19 10/2
13/10 14/3 14/7 14/17
15/8 17/24 18/13
20/12 23/20 24/13
26/14 29/25 31/23
32/4 36/22 37/10
37/24 37/25 41/15
42/22 46/13 46/24
49/13 52/2 57/17
61/18 61/21 62/11
63/15 63/24 64/23
65/13 66/8 66/16
68/18 69/12 79/1
82/12 82/15 86/18
87/23 89/4 89/14
90/23 91/24 92/3
92/12 93/21 93/23
94/11 94/25 96/7 96/7
96/9 98/7 98/20 100/3
101/22 102/13 102/16
103/5 104/25 105/20
111/22 112/10 113/20
113/23 116/2 117/22
118/9 118/16 119/11
121/12 122/17 123/3
125/12 125/17 126/22

129/9 129/11 133/4
135/3 135/12 135/19
135/20 135/23 136/9
137/24 138/19 140/16
141/7 143/5 146/10
146/23 147/12 148/10
149/13 150/23 157/7
157/14 158/9 159/4
159/14 162/22 163/13
163/16 163/25 164/13
165/5 165/13 165/14
167/1 167/21 168/10
170/16 171/7 172/7
172/11 172/25 179/5
181/3 181/11 182/2
188/12 189/15 192/12
195/21 203/18 204/21
205/3 208/7 209/19
212/9 213/22 214/4
215/1 215/18 215/25
216/10 216/14 219/6
220/2 221/15 221/21
221/24 223/3 224/13
226/3 226/7 228/24
229/14 231/13 231/23
232/14 232/16 235/18
237/8 237/19 240/14
244/18 245/2 247/22
**butchered [1]** 172/2
**buying [1]** 104/17

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 249/24
**C-Section [1]** 209/12
**calendar [1]** 181/11
**call [43]** 4/4 17/24
19/18 19/22 19/23
19/25 23/14 31/10
61/17 84/22 85/14
86/14 86/16 86/17
88/6 88/7 88/10 88/21
118/16 125/7 125/10
142/25 143/24 144/16
180/18 180/20 181/11
188/21 189/6 210/6
226/7 226/14 226/16
230/17 232/11 232/13
232/15 232/21 232/23
234/1 234/5 235/9
242/7
**Calle [15]** 31/20
32/15 32/21 33/8 33/9
41/3 42/21 64/8 82/10
106/23 106/24 110/4
122/25 128/13 162/19
**called [43]** 20/9
20/15 21/1 22/12 40/4
42/6 43/7 58/18 61/5
61/16 61/18 61/20
72/10 86/8 86/22 87/9
87/10 88/16 90/9

90/12 94/20 94/21
97/11 105/5 117/6
120/5 126/10 143/18
144/16 146/5 172/10
188/12 190/14 192/12
230/13 230/14 230/15
231/16 233/1 233/24
234/3 234/6 235/10
**calling [5]** 4/6 32/9
40/18 95/6 120/21
**calls [13]** 32/17
32/22 72/25 73/9
94/17 94/22 134/9
134/10 134/11 189/7
189/17 192/14 202/10
**calming [1]** 29/22
**Calucho [1]** 6/24
**came [20]** 17/16
18/18 18/21 35/11
35/22 49/23 49/24
49/25 55/22 55/24
111/17 112/21 191/16
191/20 227/4 227/6
227/7 227/10 246/3
246/5
**camp [1]** 140/19
**campaign [15]**
17/17 89/15 93/15
93/17 93/18 101/12
101/25 102/5 110/9
115/13 115/15 136/8
163/12 165/8 165/13
**campaigns [1]** 165/7
**can [147]** 4/18 4/19
4/24 6/12 9/17 11/23
12/18 20/8 24/5 27/10
28/7 29/5 29/14 29/21
32/20 34/8 36/18
37/25 40/4 40/10 42/3
46/7 46/22 48/6 48/7
51/20 51/22 51/25
52/2 52/3 52/8 54/2
55/4 56/8 58/22 60/24
64/24 65/9 67/3 68/25
70/6 70/6 73/10 73/21
77/5 78/6 82/4 84/8
84/10 85/20 86/9
89/16 91/1 95/3 96/18
100/11 103/22 103/23
106/1 106/8 108/7
108/12 108/15 110/14
110/22 115/4 116/11
116/17 119/11 120/14
121/17 121/22 128/10
132/5 132/15 135/14
138/20 139/6 142/5
145/21 146/10 147/5
147/7 149/16 152/13
152/20 152/23 152/24
157/9 157/13 157/14
158/18 160/17 160/24
162/1 162/18 163/19

163/20 164/13 164/24
165/19 166/7 170/3
175/6 178/3 178/23
183/11 184/10 184/15
190/20 191/2 191/6
195/16 196/7 197/1
197/16 202/20 203/18
204/5 207/7 207/21
208/17 208/25 211/15
216/2 221/6 225/10
225/22 226/15 226/17
228/16 228/17 228/20
230/2 232/19 233/5
233/16 235/12 239/11
241/13 245/11 245/16
245/20 246/11 246/13
249/7 249/18
**can't [11]** 11/14 50/4
64/23 87/14 105/19
214/14 220/11 223/5
228/14 230/6 234/8
**cannot [2]** 159/23
248/2
**capacity [5]** 151/15
178/16 181/20 223/7
223/8
**Caprio [2]** 1/11 4/10
**captured [1]** 53/14
**car [19]** 188/20
226/8 227/11 230/11
231/19 231/19 231/22
233/7 233/17 233/19
233/21 234/7 234/8
234/17 234/20 234/24
243/1 243/4 243/13
**cardiologist [2]**
204/8 204/11
**care [8]** 17/16 38/10
61/11 81/22 81/24
161/9 236/20 249/15
**cared [1]** 232/1
**career [1]** 192/21
**Carlos [2]** 104/5
120/20
**Carolina [1]** 186/12
**CAROLLO [108]** 1/6
4/7 4/15 4/18 5/14
5/16 6/18 10/19 11/9
13/2 39/19 51/16
52/20 54/21 54/24
69/2 71/14 83/2 85/10
85/12 86/8 87/8 87/10
88/1 96/3 99/6 102/12
103/23 104/3 105/23
108/19 120/16 124/15
124/22 127/11 134/3
135/14 137/5 137/25
137/25 138/4 138/15
139/6 140/7 140/9
143/13 143/18 146/13
148/18 148/20 149/9
150/3 150/10 150/15

**C**

**CAROLLO... [54]**
153/5 157/20 160/13
160/22 161/18 164/9
173/13 174/2 174/4
178/6 178/11 178/14
187/10 187/11 187/22
188/13 189/3 189/13
190/6 192/9 196/22
207/2 209/23 211/1
214/13 215/15 216/13
216/18 216/19 217/6
222/18 222/20 222/23
222/25 223/1 223/3
223/6 223/8 223/23
227/19 234/10 237/15
237/17 237/22 238/2
241/25 242/8 244/14
246/14 246/19 247/1
**Carollo's [1]** 138/1
**carports [2]** 80/16
80/21
**carrying [1]** 109/15
**cars [3]** 83/16 230/9
233/23
**case [42]** 1/2 4/6 5/9
15/25 50/8 58/17
84/11 84/12 91/4
115/8 116/5 121/11
125/13 130/6 131/7
133/16 136/20 136/22
137/6 137/17 141/25
147/2 147/11 147/21
149/4 149/23 150/16
150/20 154/1 157/3
160/9 176/11 176/13
180/11 181/19 181/22
182/13 183/1 195/6
237/9 245/14 249/11
**cases [1]** 237/14
**categorize [1]** 32/20
**caught [1]** 173/10
**cause [1]** 214/15
**caused [9]** 65/10
204/22 214/9 214/22
214/23 216/13 228/18
237/17 248/8
**causes [1]** 230/17
**causing [2]** 238/4
238/6
**celebrities [1]** 6/22
**cellphone [5]** 206/13
206/19 206/20 230/16
231/13
**central [1]** 109/9
**certain [6]** 15/22
31/11 185/13 185/13
198/9 242/5
**certainly [17]** 9/24
24/17 38/8 59/3 60/7

69/9 71/25 94/11
113/22 133/15 136/22
138/23 153/23 156/25
164/13 165/5 220/13
**certainty [1]** 214/15
**Certificate [3]** 246/1
246/6 246/6
**certify [1]** 250/3
**cetera [2]** 26/9 75/4
**chain [36]** 43/14
43/17 45/1 45/21
46/17 49/23 50/1
52/17 56/25 57/13
58/5 58/23 59/14
61/10 62/8 86/9 87/9
97/20 97/25 128/17
128/21 143/14 143/24
144/2 144/3 144/16
145/2 146/4 194/25
196/23 197/6 199/14
216/12 220/21 240/9
244/3
**Chain's [1]** 46/11
**chair [3]** 11/6 11/6
142/8
**challenge [2]** 125/11
137/18
**chambers [2]** 28/17
28/19
**chance [1]** 105/20
**change [7]** 55/24
207/24 218/10 218/11
244/21 245/1 246/13
**changed [4]** 204/19
206/5 224/7 227/2
**changes [11]** 107/23
107/24 201/8 203/12
208/6 208/18 210/23
215/12 223/22 238/10
248/13
**changing [2]** 135/4
244/19
**channel [1]** 11/20
**characterize [1]**
99/14
**characterizing [1]**
93/8 93/11
**Charter [1]** 62/11
**Chavez [1]** 104/20
**check [3]** 75/11
156/24 230/18
**checked [1]** 75/12
**checks [1]** 231/6
**cheer [1]** 249/18
**chief [9]** 30/15 30/22
76/14 77/2 77/9 77/9
78/21 100/6 186/15
**child [1]** 185/19
**children [20]** 187/3
199/5 205/18 206/5
209/4 215/20 215/25
216/16 216/18 216/19

217/20 217/21 218/1
225/5 226/17 232/1
235/15 235/19 236/21
247/8
**choice [13]** 14/7
98/12 103/8 198/17
217/10 220/7 220/12
221/25 224/2 224/13
226/5 247/7 247/9
**choose [1]** 128/20
**chooses [3]** 221/24
236/8 247/7
**choosing [4]** 217/15
221/17 224/19 235/18
**chose [4]** 79/2 99/9
128/20 245/1
**Christina [15]** 45/17
45/18 53/1 53/1 54/20
54/25 56/11 56/13
57/22 58/19 61/3
88/13 88/20 88/24
89/1
**Christmas [8]** 19/13
190/8 190/12 190/13
190/16 190/18 226/23
246/7
**chronologically [1]**
105/3
**church [2]** 98/3
196/22
**circumstances [1]**
176/14
**citation [3]** 236/15
246/9 246/10
**cited [13]** 82/17
124/4 124/8 124/13
124/23 125/20 125/21
126/11 126/17 164/16
164/17 165/2 165/4
**cities [2]** 90/18
90/24
**citizen [4]** 37/1 58/8
58/11 59/14
**citizen's [1]** 59/15
**citizens [5]** 31/14
31/25 33/11 80/23
244/18
**city [190]** 6/2 6/9
6/11 6/16 6/18 7/4
7/5 7/6 7/8 7/11 7/12
7/14 7/25 8/24 9/2
9/13 9/14 9/22 9/23
10/9 10/16 11/17
11/17 11/20 12/4
13/10 13/16 13/21
13/24 15/5 15/10
15/20 16/4 16/6 18/4
18/16 18/18 18/20
18/23 19/1 20/5 20/15
20/21 20/21 21/2 22/9
22/12 22/12 22/15
22/18 23/14 23/14

23/18 23/20 24/1
25/10 26/1 26/3 26/4
26/6 26/6 26/18 26/19
26/19 26/22 26/25
27/3 27/20 27/23
27/25 28/9 28/24
30/20 30/24 31/3 31/4
31/5 31/13 34/3 34/17
34/20 34/24 35/2 35/3
36/3 36/13 36/22
36/24 36/25 37/3 37/6
39/3 39/5 39/17 39/20
39/22 40/11 42/17
43/20 43/21 43/23
45/4 46/1 46/25 59/6
59/7 59/11 59/22 60/4
62/5 63/18 67/5 67/21
68/2 70/12 71/17
71/21 72/1 74/12
74/13 74/25 77/24
78/4 78/24 81/1 81/5
92/1 98/10 99/7 99/19
99/19 100/14 100/19
101/5 101/5 101/10
101/18 113/21 114/25
115/2 121/5 121/21
122/15 122/18 127/11
129/24 131/21 131/25
131/25 132/8 132/8
132/10 141/1 146/3
151/4 151/21 151/23
153/20 155/17 162/14
163/13 163/13 163/16
163/19 163/20 163/24
165/24 167/6 168/7
168/9 168/15 178/6
178/11 178/14 178/17
179/2 202/23 222/22
223/2 223/7 224/10
224/12 224/21 232/3
232/5 232/6 232/7
242/5 242/6 244/4
**city's [4]** 26/24 50/3
73/5 203/3
**city-wide [1]** 18/20
**Civil [1]** 79/19
**claim [8]** 58/1 61/15
140/13 168/8 172/17
182/9 182/22 219/10
**claimed [4]** 72/22
106/18 116/13 168/23
**claiming [1]** 121/4
**claims [8]** 15/14
61/22 79/10 79/12
156/21 173/6 182/14
211/16
**clarify [2]** 27/10
68/13
**classes [1]** 172/6
**Classic [1]** 136/17
**clean [1]** 203/19
**cleaning [1]** 102/24

**clear [6]** 12/19
140/24 215/24 230/23
246/9 248/12
**clearance [1]** 85/2
**clearly [1]** 126/23
170/20
**clerk [1]** 249/15
**client [5]** 14/13
147/22 147/23 147/24
157/14
**clients [1]** 126/25
**clock [1]** 37/4
**close [5]** 41/3 60/22
67/18 82/24 180/4
**closed [10]** 69/19
96/12 117/11 125/5
125/5 125/6 126/6
162/24 163/2 222/13
**closer [1]** 145/11
**closest [2]** 204/24
229/1
**closing [1]** 199/14
**closure [1]** 199/17
**Coconut [1]** 129/10
129/13 130/14 135/1
**code [65]** 13/11
24/12 26/4 26/6 26/7
26/11 26/15 26/16
26/22 26/25 34/20
34/22 36/14 36/22
45/5 50/4 57/15 57/17
59/19 60/2 62/2 63/19
63/23 66/21 81/5
82/17 83/11 83/12
86/23 97/8 97/11
101/11 115/20 115/22
123/25 124/1 124/5
125/1 125/1 143/16
155/23 163/13 163/19
163/20 163/24 164/1
164/9 164/10 164/16
178/19 179/2 179/3
189/4 191/6 191/10
191/19 192/1 227/4
227/6 227/7 227/9
227/12 227/15 242/8
246/3
**Cohen [2]** 71/8
103/23
**COLE [1]** 2/2
**Colina [4]** 30/15
100/6 100/7 100/9
**Colina's [1]** 100/8
**colleagues [1]** 29/3
**college [3]** 108/21
184/13 186/23
**color [2]** 110/17
110/21
**colors [4]** 110/10
110/12 110/17 111/4
**combat [1]** 193/8
**come [31]** 7/3 18/12

**C**

come... [29] 18/12
21/23 31/14 31/14
31/15 35/9 37/22 46/9
49/9 59/20 97/18
97/25 106/21 120/5
120/14 125/7 171/17
172/22 186/15 188/11
188/13 191/6 203/19
224/10 225/17 232/24
232/25 237/23 246/4
comes [10] 37/11
144/23 216/21 219/23
224/22 230/18 231/6
236/17 248/21 249/4
comfortable [1]
202/2
coming [13] 43/16
49/10 57/4 57/5 57/13
59/2 73/18 98/13
149/25 157/1 194/7
194/16 196/22
command [1] 62/8
comment [4] 31/15
40/19 49/4 95/9
commentary [1]
156/5
commented [1]
204/11
comments [5] 31/25
42/3 43/16 58/8
104/22
commercial [4]
109/24 110/2 110/5
155/25
commission [73]
8/24 9/3 9/4 9/9 9/14
9/23 10/9 10/16 11/7
12/5 13/21 13/24 19/1
27/20 27/23 27/25
28/3 28/9 28/20 28/21
29/19 30/20 31/4 31/5
38/4 59/22 62/22 66/1
66/24 67/2 67/15
68/17 74/13 74/13
75/1 75/3 75/8 75/14
77/25 92/8 129/24
130/1 157/23 159/16
160/19 161/14 170/9
175/9 176/11 176/18
177/15 177/22 197/20
197/24 198/8 198/16
198/19 199/2 217/9
217/12 217/13 217/14
217/17 217/21 217/24
221/16 222/2 241/11
241/14 241/23 242/14
242/15 242/21
Commission's [1]
161/5
commissioner [108]

4/15 4/18 5/16 6/17
7/14 8/7 10/19 11/7
11/9 11/9 13/2 16/4
16/6 17/22 17/23 18/4
18/19 19/8 20/1 21/2
24/15 24/19 25/23
26/3 27/2 27/7 27/12
27/15 28/8 28/13
29/17 30/7 30/10
30/22 31/4 31/13
32/13 36/25 37/3 38/2
38/25 43/24 51/16
52/20 53/24 56/16
58/7 59/1 60/4 61/15
61/16 63/3 67/6 69/2
71/14 71/21 73/23
74/25 75/12 75/13
76/13 80/2 80/5 81/5
82/5 83/2 86/8 87/10
88/1 89/18 94/23
98/25 99/24 110/8
115/18 129/6 134/7
137/25 138/4 148/20
150/3 150/10 150/15
157/20 174/4 178/6
178/11 178/14 178/17
190/6 196/22 214/7
214/9 214/13 217/6
222/18 222/20 222/23
222/24 223/1 223/3
223/6 223/23 227/19
234/10 237/15 237/17
237/22
commissioners [14]
6/18 11/3 28/24 29/9
60/8 63/9 67/12 74/17
74/19 75/19 75/22
75/24 131/25 132/8
commissioners' [1]
32/12
Commissions [1]
175/22
Committee [6]
104/2 106/9 158/23
159/4 159/7 160/1
common [3] 32/5
46/16 46/23
communicate [1]
22/12
communication [1]
72/20
communications [1]
72/2
communists [1]
172/2
community [3] 8/8
104/19 193/2
commuted [1]
185/12
companies [4] 18/11
70/23 81/8 161/11
company [6] 36/4

36/7 70/9 155/22
161/10 185/14
compare [1] 165/17
compared [1] 209/7
compilation [1] 39/2
compiled [1] 39/3
complain [2] 32/8
205/24
complainant [4]
118/3 161/4 161/7
161/8
complainant's [1]
161/14
complained [1]
101/4
complaining [6]
40/16 46/10 46/25
54/23 101/11 158/20
complaint [65] 9/4
9/9 13/25 33/20 33/21
45/25 49/4 49/5 49/8
51/17 52/6 52/12 53/4
53/13 57/8 58/12
61/17 117/23 120/1
120/14 122/20 122/23
124/1 135/13 135/16
135/20 136/3 136/9
136/10 136/24 137/4
137/15 138/2 144/15
154/5 154/7 154/11
154/13 154/19 156/8
157/5 157/6 157/21
158/24 159/16 159/20
161/4 161/15 161/15
161/17 162/5 166/15
174/10 175/9 175/22
176/3 176/7 176/16
177/12 177/17 178/4
178/5 178/5 178/8
236/14
complaints [34]
31/19 31/25 32/7
32/14 32/21 33/1 33/3
33/13 33/19 33/25
34/1 34/5 34/11 35/10
35/12 35/21 35/22
36/20 40/19 41/19
41/23 43/16 46/17
46/24 50/24 51/2 55/7
55/10 55/12 55/14
55/15 58/15 58/23
115/18
completely [1]
127/6
complying [2] 36/7
36/9
comprehensive [2]
90/16 90/22
compromised [1]
224/1
computation [5]
181/15 181/17 181/18

181/21 181/23
computer [1] 98/15
conceal [1] 235/6
concern [13] 24/15
55/6 55/9 59/1 59/4
59/5 59/12 63/22 68/7
68/12 192/1 230/17
231/25
concerned [15]
33/12 61/16 99/2
188/6 194/6 194/14
197/7 197/8 197/18
221/2 242/20 243/4
243/13 243/14 244/12
Concerning [1]
140/12
concerns [6] 27/16
27/18 59/15 73/5
77/10 83/18
concluded [1] 103/6
conclusion [1]
160/10
condition [3] 101/20
228/15 229/12
conduct [2] 77/2
196/20
conducted [4] 87/20
143/11 144/25 179/17
confer [1] 239/22
confirm [1] 136/2
confrontation [1]
165/21
confused [1] 145/6
congratulated [1]
134/16
connected [7] 48/16
116/14 116/23 117/5
118/8 141/6 163/16
connection [5]
19/17 39/3 58/10
80/11 164/22
connections [1]
95/17
conscientious [1]
38/6
consider [2] 116/2
172/8
considered [1] 172/8
consistent [4] 19/25
24/18 54/5 97/3
constant [1] 248/20
constantly [1] 220/6
constituent [3]
37/11 53/6 58/20
constituents [3]
16/8 40/11 54/9
construction [3]
25/24 25/25 97/12
contact [5] 20/13
21/15 54/5 62/12
77/12
contactable [1] 62/6

contacted [6] 20/5
21/17 62/6 62/10
62/14 104/6
contacting [1] 54/25
container [14] 68/2
68/5 68/7 69/10 69/13
96/10 128/4 155/5
166/24 167/3 167/11
167/12 167/13 167/19
contains [3] 72/9
105/20 136/18
context [1] 48/7
contingency [2]
236/24 237/4
continue [12] 4/17
5/10 13/21 48/18
50/21 67/23 68/23
73/13 149/10 196/3
198/16 198/18
continued [3] 2/1
5/14 55/23
continues [1] 228/20
continuing [1] 18/3
contract [1] 93/2
contrary [1] 55/11
control [2] 103/7
198/20
convenience [1]
54/2
conversation [6]
48/22 49/20 60/25
61/1 62/20 188/22
cook [1] 79/9
cop [1] 172/15
copy [9] 9/21 9/24
9/24 78/4 138/21
138/23 182/18
copying [2] 45/19
52/22
Coral [1] 230/24
cordially [1] 6/19
corner [1] 232/25
corporate [1] 184/20
Corps [3] 171/11
171/19 172/3
correct [90] 20/23
20/25 21/14 40/17
49/15 51/12 54/15
58/6 69/3 78/22 81/21
90/15 94/23 95/22
96/6 98/1 104/17
105/1 116/15 116/16
118/22 118/24 120/17
123/23 126/18 129/8
129/25 130/2 130/15
132/20 136/3 136/4
150/17 154/11 157/25
158/2 162/23 165/10
165/23 165/25 179/4
183/2 183/7 183/11
183/11 183/13 211/19

**C**

**correct... [40]**
211/25 212/5 213/2
213/9 214/3 214/8
214/10 215/4 220/2
220/15 221/4 221/22
222/22 223/24 224/10
224/11 224/19 225/15
226/9 226/10 226/23
228/12 228/15 229/1
229/5 229/12 231/9
231/12 231/24 232/10
232/13 233/12 234/23
237/7 238/5 238/24
239/14 239/15 239/16
246/5

**correlates [1]**
228/14

**corridor [2]** 42/18
192/22

**could [111]** 9/11
10/23 12/24 13/17
14/2 14/19 14/21
15/15 15/25 16/2
18/23 20/3 32/3 32/11
32/13 35/3 43/21
49/12 49/13 50/5
51/22 53/20 59/13
61/7 62/10 62/11
63/15 65/21 66/23
68/17 68/17 71/7
72/10 75/2 79/2 80/6
80/25 82/16 85/20
85/20 85/23 88/17
90/19 91/2 91/15 92/5
97/11 97/12 99/1
99/11 102/23 103/3
103/4 106/3 106/4
106/20 107/5 107/12
112/9 112/10 120/13
125/7 126/10 126/11
128/20 129/2 130/13
134/3 134/10 134/18
136/8 137/18 138/18
144/3 146/24 147/7
148/12 159/1 160/3
162/21 163/1 164/15
165/2 165/4 167/13
172/9 172/20 172/21
173/17 173/21 174/10
174/17 175/4 176/2
178/7 189/17 189/19
189/24 191/15 194/10
206/20 215/2 220/13
221/3 221/21 231/13
232/13 232/14 235/19
236/21 238/12

**could say [1]** 80/6

**couldn't [11]** 61/12
61/17 61/20 62/14
62/25 83/15 166/10

166/11 166/11 189/15
220/20

**counsel [29]** 4/7
72/17 88/10 93/5
96/13 96/20 96/22
113/13 114/16 125/23
127/19 128/2 160/12
162/1 166/19 169/15
173/20 182/9 185/10
185/25 186/10 186/11
205/14 212/25 220/22
228/1 235/24 241/10
246/25

**counting [1]** 113/8

**country [3]** 92/4
171/25 234/8

**county [3]** 26/20
92/3 163/13

**couple [1]** 15/21
52/11 76/5 106/22
106/22 119/24 122/14
140/9 174/4 184/19
232/6

**course [7]** 34/23
38/24 60/8 71/20
172/12 243/23 249/19

**court [18]** 1/1 4/4
79/1 82/22 84/22
147/9 181/7 181/10
183/21 211/24 224/13
224/21 237/23 245/15
250/8

**courtesy [1]** 244/5

**courthouse [1]**
249/4

**Courtney [2]** 1/11
4/10

**courtroom [15]** 5/2
29/20 29/22 50/11
50/17 84/16 142/3
142/11 195/10 195/25
249/5 249/5 249/12
249/13 249/21

**cover [1]** 32/2

**covertly [1]** 189/12

**COVID [5]** 57/7
57/19 89/6 214/25
215/1

**craziness [1]** 236/13

**crazy [5]** 46/6 55/3
114/14 201/14 222/6

**create [3]** 23/12
90/19 102/23

**created [3]** 172/13
173/2 221/25

**creation [1]** 43/10

**creed [1]** 38/11

**criticizing [1]** 67/8

**cross [8]** 3/3 3/6
114/9 114/11 142/17
157/13 211/8 211/11

**cross-examination**
**[4]** 114/9 114/11
142/17 211/8

**cross-examine [1]**
157/13

**crossed [1]** 119/10

**CRR [1]** 250/7

**crystal [1]** 8/1

**Culturales [14]** 8/1
8/5 8/8 8/10 154/10
162/3 162/15 207/14
207/24 208/6 208/18
238/11 238/14 239/5

**cup [1]** 185/3

**current [1]** 115/20

**currently [1]** 186/16

**Curtis [8]** 10/23
225/10 225/22 230/2
233/5 235/12 238/12
239/11

**custodian [1]** 39/23

**customers [1]**
123/10

**cut [3]** 49/23 210/3
210/11

**CV [2]** 1/2 4/7

**D**

**D3 [3]** 31/19 31/24
54/6

**dad [1]** 210/5

**Dade [9]** 125/2
157/23 160/19 169/1
230/16 230/24 232/9
232/13 232/23

**Dadeland [1]** 2/3

**dais [11]** 28/10
28/12 28/19 28/23
29/2 60/6 62/17 63/4
69/3 75/1 90/9

**damage [1]** 182/14

**damages [7]** 181/14
181/16 181/18 181/25
182/9 182/20 211/17

**dancers [2]** 194/25
216/12

**dancing [1]** 195/1

**Daniel [5]** 20/19
20/20 20/20 21/1 21/1

**dark [1]** 166/11

**date [32]** 6/24 7/18
7/21 39/10 45/11 48/6
48/7 54/18 57/20
58/18 78/7 78/8 85/17
86/12 86/13 86/17
86/19 87/15 94/2
107/19 107/20 108/9
122/17 128/7 128/8
137/8 147/8 207/25
231/11 238/17 242/14
246/9

**dated [3]** 89/3

148/20 182/4

**dates [2]** 67/17
144/11

**daughter [9]** 185/22
194/24 196/9 196/19
206/13 206/18 209/11
216/8 216/12

**DAVIS [1]** 1/18

**Dawson [2]** 2/3 4/14

**day [56]** 1/8 7/24
14/1 14/3 14/12 22/19
24/8 24/8 25/7 26/4
35/10 45/14 61/4
62/19 66/17 71/2
87/13 87/19 87/21
88/14 93/21 93/23
98/14 98/20 98/22
99/3 102/17 106/3
133/1 140/18 142/25
144/17 158/5 158/11
188/4 188/17 188/18
189/6 191/4 196/21
197/10 209/11 209/18
218/18 218/18 223/5
224/15 224/21 224/22
230/12 232/2 233/4
236/13 241/15 241/22
247/8

**days [18]** 19/15
37/21 52/11 57/21
61/3 62/25 88/13
88/24 88/25 114/19
115/1 125/9 130/18
130/24 133/2 153/21
179/24 181/15

**daytime [1]** 37/9

**DBTR [1]** 118/1

**DD214 [1]** 171/21

**DD256 [1]** 171/22

**de [5]** 70/11 70/15
70/16 215/9 233/12

**deal [16]** 13/12
90/15 90/16 91/16
125/19 129/1 131/10
131/13 139/1 180/5
216/11 216/11 218/5
218/20 246/19 246/25

**dealing [8]** 53/20
72/2 205/22 209/22
215/12 218/24 236/12
246/14

**deals [1]** 121/10

**debates [1]** 30/1

**decade [1]** 115/23

**decades [1]** 114/1

**December [19]**
19/13 38/3 98/17
98/21 113/13 113/16
115/9 133/15 135/17
137/10 137/14 138/15
139/13 140/7 155/10
190/8 190/16 190/25

225/6

**December 15 [2]**
190/16 225/6

**December 15th [1]**
155/10

**December 18 [2]**
137/10 137/14

**December 19 [1]**
139/13

**December 19th [1]**
140/7

**December 2 [2]**
113/13 113/16

**December 2nd [1]**
115/9

**December 6th [1]**
138/15

**December and [1]**
98/21

**decided [3]** 8/5 81/4
185/20

**decidedly [1]** 166/5

**decision [6]** 76/10
76/11 76/20 77/9
159/5 209/1

**decisions [1]** 32/12

**dedicate [1]** 215/19

**deemed [1]** 157/4

**deep [1]** 192/1

**defamation [1]**
192/5

**default [2]** 223/9
244/13

**defend [6]** 14/16
14/22 16/1 131/17
137/1 236/17

**defendant [6]** 1/7
1/15 2/2 14/6 148/20
211/6

**defendant's [8]** 3/2
3/12 10/7 12/10 44/13
56/6 148/8 181/12

**defending [1]**
131/11

**defense [35]** 5/18
9/17 9/18 10/3 11/25
12/14 38/14 38/21
39/5 39/17 40/10 44/3
44/15 47/8 47/9 47/15
48/8 51/5 51/10 51/16
53/14 55/17 56/1
57/11 66/5 67/14
69/16 69/24 70/25
71/2 71/14 72/8 73/13
89/2 146/25

**defenses [1]** 137/6

**defer [1]** 204/16

**definitely [6]** 104/5
141/7 167/24 204/22
220/12 220/18

**definitions [1]** 229/4

**deflated [4]** 198/14

**D**

**deflated... [3]**
199/24 210/20 213/20
**degree [2]** 213/22
214/14
**demand [2]** 23/14
177/23
**demanded [1]** 18/22
**demanding [3]** 80/2
138/16 176/1
**demean [1]** 93/20
**dementia [1]** 61/11
**demonstrative [3]**
26/10 233/9 234/16
**denial [2]** 124/23
125/20
**Denied [1]** 130/22
**Dennis [1]** 120/5
**deny [1]** 237/22
**department [8]**
13/12 26/7 26/8 26/8
30/12 106/10 141/9
232/13
**departments [3]**
34/20 70/12 242/6
**depended [1]** 96/2
**depending [1]**
240/11
**depends [1]** 204/15
**depose [2]** 181/7
181/10
**deposed [5]** 140/9
140/12 182/11 228/4
228/5
**deposition [4]**
140/21 182/3 183/10
211/23
**depressed [3]**
107/25 109/18 109/20
**Deredia [1]** 92/23
**describe [12]** 41/17
52/8 93/16 96/18
197/16 200/19 202/20
208/17 210/15 210/18
213/19 246/13
**described [11]** 6/7
9/8 41/2 42/14 53/10
56/23 56/25 65/16
107/4 192/13 202/6
**describing [3]** 89/11
195/18 196/6
**designed [1]** 16/18
**despite [2]** 109/16
143/23
**destroy [3]** 17/17
171/16 223/9
**destroying [2]** 217/4
222/21
**detailed [3]** 156/2
156/4 174/16
**details [1]** 158/19

**determination [4]**
36/11 36/12 36/17
36/21
**determine [4]** 98/10
99/8 119/11 229/11
**devastated [5]**
192/20 197/25 197/25
206/12 208/7
**devastating [1]**
193/7
**develop [1]** 200/12
**developed [1]** 8/25
**diagnosed [1]**
219/18
**diagnoses [1]** 229/4
**diagnosis [3]** 227/22
227/25 229/8
**did [300]**
**Did he have [1]** 8/16
**didn't [72]** 18/7 25/2
31/19 42/11 44/1
49/19 59/9 62/15
63/18 64/10 68/20
75/8 81/24 82/1 82/2
91/23 93/17 96/3 96/3
96/8 97/16 99/18
109/15 109/17 109/19
113/18 113/23 116/2
118/18 118/21 121/4
122/2 125/11 126/8
129/1 129/11 133/9
134/13 134/16 135/10
135/11 140/17 140/22
141/13 147/14 153/23
154/9 154/9 154/20
158/9 160/14 163/1
165/5 165/13 168/23
172/5 173/11 174/20
176/21 199/25 208/11
215/17 216/11 220/9
222/16 224/8 232/14
235/9 237/15 239/8
244/21 246/1
**die [2]** 223/25 224/3
**diet [3]** 223/17
223/18 246/13
**Diez [8]** 94/17 94/19
95/5 95/12 95/14
100/10 225/17 227/17
**Diez's [1]** 100/8
**difference [1]**
164/19
**different [22]** 15/4
15/5 17/15 18/19 31/7
32/4 34/20 37/7 55/15
57/18 74/13 75/11
80/21 106/10 126/24
127/6 131/22 144/11
180/6 207/24 209/6
236/18
**differently [2]** 34/6
238/23

**difficult [1]** 220/15
**dinner [1]** 123/4
**direct [15]** 3/3 3/6
5/11 5/14 15/17 16/18
19/8 30/15 32/25 74/3
86/5 184/6 195/16
196/3 225/25
**directed [1]** 53/3
**direction [1]** 222/23
**directly [4]** 14/25
54/3 62/10 235/3
**director [10]** 45/5
59/20 60/2 62/6 63/19
86/11 146/5 168/5
168/10 168/11
**disagree [3]** 27/2
163/8 163/8
**disagreement [2]**
30/11 30/22
**disagreements [4]**
27/5 27/8 27/11 31/7
**Disappointments [1]**
30/3
**disapproval [2]**
30/11 31/5
**disapproval/disagre
ement [1]** 30/11
**discharge [3]** 171/18
172/7 172/19
**disciplinarian [1]**
218/15
**disclosed [6]** 105/18
149/3 149/22 173/19
174/7 181/6
**disclosures [3]**
181/7 181/14 181/15
**discount [1]** 237/5
**discovery [14]** 16/3
133/14 146/17 146/21
147/2 147/2 147/10
148/1 148/9 148/14
148/19 149/11 180/9
180/11
**discuss [8]** 50/8
84/12 129/18 141/25
192/5 192/17 195/6
203/14
**discussed [2]** 92/21
207/4
**discussing [1]** 201/6
**discussions [1]** 5/9
**disgraced [1]** 173/11
**disheartened [1]**
199/24
**dismiss [1]** 148/9
**dismissal [6]** 9/3
157/5 161/19 161/21
177/3 177/23
**dismissed [5]** 9/9
158/23 161/15 161/19
175/9
**Disney [4]** 210/4

210/5 210/11 210/14
**disparaging [1]**
104/22
**displace [1]** 8/1
**distance [2]** 58/1
166/1
**distancing [1]** 57/7
**distracted [1]**
209/19
**distress [6]** 182/14
182/20 211/16 219/10
219/21 227/22
**district [117]** 1/1
1/1 1/9 7/12 7/13
16/10 16/15 18/7
18/16 18/17 21/13
21/19 23/5 24/19
25/23 27/7 27/9 27/9
27/12 27/15 28/8
31/16 31/24 32/3 32/6
32/7 32/16 32/21 33/4
33/6 33/10 35/4 35/13
35/15 37/1 37/11
37/23 38/2 38/4 38/10
38/24 39/3 40/21
40/25 41/1 41/4 41/8
41/9 41/11 41/12
41/16 42/1 42/4 42/4
42/13 42/23 43/11
43/15 54/6 55/7 55/10
55/13 56/16 58/7 59/1
60/4 63/5 64/6 65/11
65/20 66/19 71/17
71/21 72/2 72/3 73/23
76/12 77/25 78/5 82/5
82/9 82/10 82/19
83/12 83/13 83/14
92/13 94/22 98/25
99/24 102/14 102/15
102/19 102/23 106/14
106/19 108/5 109/21
109/22 110/4 113/22
119/21 120/12 129/6
129/7 129/16 129/19
129/24 130/1 130/6
130/13 130/16 130/17
134/5 134/6 134/25
155/1
**districts [4]** 18/21
18/24 66/19 66/21
**disturb [1]** 247/21
**do [283]**
**do you [33]** 9/21
21/10 24/3 27/23 29/7
37/12 39/13 54/8
74/19 75/19 75/23
81/22 81/24 82/5
102/4 116/22 135/16
137/5 138/15 149/10
150/4 150/10 156/14
157/20 159/25 164/9
187/3 190/25 193/8

207/11 214/23 231/15
247/15
**Do you recall [1]**
116/9
**do you say [1]** 92/10
**do you see [31]** 11/2
11/5 38/21 44/16
44/23 64/22 74/16
78/7 78/7 78/12 85/19
87/8 88/5 88/7 88/18
89/2 102/20 103/1
103/8 104/2 111/4
112/4 147/5 148/8
148/19 160/19 161/3
174/15 178/9 178/25
247/20
**docket [9]** 147/1
148/16 148/18 149/9
149/13 149/17 150/3
150/9 181/9
**doctor [10]** 201/17
202/13 213/25 214/2
221/12 228/21 229/9
229/10 229/11 229/14
**Doctorate [1]**
184/13
**doctors [1]** 202/6
**document [36]**
39/11 39/13 39/14
39/17 39/21 39/22
44/16 71/14 77/9 78/3
78/18 105/19 125/24
137/24 138/4 138/7
144/10 145/19 147/5
147/20 147/22 149/3
150/16 150/20 150/23
152/17 152/18 157/1
157/7 157/9 158/19
164/20 174/20 179/10
228/19 231/23
**documented [1]**
232/17
**documents [18]**
138/16 138/22 146/16
151/4 151/18 151/20
152/1 152/3 173/18
176/15 180/5 180/6
180/8 180/9 181/20
219/9 228/11 229/8
**does [38]** 13/13
13/15 26/18 26/19
28/12 29/17 43/7
43/10 57/23 68/2 72/5
82/11 86/14 88/4
112/15 124/22 165/10
175/9 179/6 190/12
201/14 201/25 203/14
204/16 207/17 207/17
218/10 226/14 226/15
231/5 231/7 236/9
237/8 238/25 239/2
240/4 243/22 244/19

**D**

**doesn't [24]** 37/25
63/25 97/3 112/17
112/17 125/24 127/5
143/18 143/20 152/8
159/16 160/9 193/1
202/2 203/14 205/19
206/6 219/23 224/14
224/15 226/13 226/16
228/20 236/2
**doing [32]** 7/10 8/8
15/24 16/6 16/7 16/12
16/14 28/9 32/8 43/24
49/16 57/17 62/18
65/11 65/19 74/17
97/2 144/19 170/11
170/13 185/3 186/4
198/1 198/6 202/24
209/21 216/4 218/12
218/16 221/10 221/21
224/24
**dollar [1]** 93/1
**dollars [1]** 18/10
**domain [2]** 120/25
122/7
**Domino [1]** 6/25
**dominoes [1]** 6/16
**don't [188]** 6/9 7/9
9/15 14/3 15/21 17/15
19/22 23/13 24/10
24/12 24/14 27/10
31/24 37/11 38/16
43/1 44/6 46/12 48/14
54/14 57/6 57/17 61/4
61/21 61/22 62/19
65/3 65/12 66/16
69/12 71/1 73/1 77/16
80/4 82/11 85/25
86/17 86/21 87/14
87/18 87/22 88/2
88/14 88/24 89/16
91/4 91/17 92/12 94/6
94/10 94/11 94/20
96/15 96/16 96/16
97/10 98/6 98/14
98/15 99/16 100/3
100/7 100/11 100/16
102/16 103/10 104/7
105/12 105/13 107/16
107/19 109/2 110/12
110/16 111/9 111/19
111/20 112/9 113/23
116/5 118/15 119/9
119/22 120/19 121/7
121/22 121/24 122/17
123/8 123/17 124/7
124/18 124/19 125/12
126/14 127/16 128/6
128/7 128/9 135/20
136/21 137/7 139/24
140/15 140/15 142/19

143/8 143/17 144/20
145/2 145/5 145/25
146/8 148/15 149/12
149/17 150/21 150/22
151/6 151/19 151/21
152/1 152/6 152/16
152/17 153/5 153/15
153/18 154/14 156/24
158/10 158/12 160/9
161/25 163/23 163/23
163/25 164/21 165/4
167/1 167/23 167/25
168/2 168/16 168/17
170/20 171/21 175/6
175/17 179/3 179/4
179/5 179/12 181/1
183/2 205/3 206/10
213/8 213/22 214/22
216/3 216/6 218/5
224/4 227/25 228/24
228/24 229/6 229/10
230/24 231/6 231/7
231/9 231/10 231/11
231/21 231/25 233/4
235/4 236/16 236/23
237/4 238/17 239/18
249/4 249/9 249/10
249/10
**done [28]** 17/7 29/4
29/17 42/9 42/11
54/13 65/10 66/10
66/12 74/10 74/11
74/24 81/15 90/18
92/9 92/19 96/11
122/5 140/19 141/21
158/4 159/3 159/13
167/17 170/12 203/3
223/16 244/4
**door [8]** 93/24 93/24
106/4 125/6 125/8
126/10 225/9 245/13
**doors [2]** 18/13
105/25
**Doral [6]** 131/25
132/8 132/9 132/10
132/11 185/21
**doubt [2]** 110/6
223/4
**doubted [1]** 42/10
**down [62]** 10/20
20/3 20/6 24/11 40/10
43/24 46/2 46/24 49/7
55/19 58/22 63/12
69/19 75/15 81/3 81/4
86/18 87/16 88/12
89/1 95/7 96/12 101/6
102/1 102/1 103/6
103/18 103/23 110/22
117/11 123/4 123/11
128/11 139/3 140/7
146/13 149/16 158/6
158/18 161/3 162/1

165/11 165/14 165/19
172/4 178/4 180/16
184/18 185/5 189/4
189/19 191/2 191/6
199/9 200/2 208/19
209/2 210/13 222/12
225/22 235/12 239/11
**dragged [1]** 198/1
**drawn [1]** 130/7
**dressed [2]** 191/18
191/19
**drinking [1]** 84/8
**drive [7]** 125/16
127/18 127/20 128/3
128/4 155/11 249/4
**drive-along [4]**
125/16 127/20 128/3
128/4
**drive-around [1]**
127/18
**driveway [1]** 233/18
**driving [4]** 17/25
46/5 55/3 188/20
**dropped [1]** 151/23
**drove [3]** 20/14
93/21 93/24
**droves [1]** 227/5
**due [5]** 70/16 185/4
215/15 220/20 237/22
**duration [1]** 182/5
**during [27]** 17/17
18/3 35/13 37/9 46/14
61/5 88/15 98/12
121/10 121/12 132/3
132/4 175/12 187/17
193/15 197/10 209/6
209/8 212/12 213/1
215/11 215/13 221/21
222/1 222/15 228/6
228/7
**duties [8]** 19/25
24/18 38/24 58/10
64/6 71/20 77/25
93/13
**duty [5]** 34/21 58/7
230/15 230/19 232/14
**DX [7]** 6/4 10/9 12/4
51/20 56/3 56/7 78/3

**E**

**E-mini [1]** 185/17
**each [3]** 175/4
236/17 242/15
**earlier [18]** 16/23
47/12 70/3 87/12
109/7 112/10 112/10
143/19 146/10 146/11
158/1 202/21 212/24
214/6 216/7 225/1
234/1 237/15
**earliest [1]** 54/1
**early [5]** 20/22 93/24

115/16 193/24 210/14
**ears [2]** 22/2 61/8
**East [1]** 250/9
**easy [1]** 38/5
**eaten [3]** 49/10
98/17 123/14
**eating [2]** 122/24
200/12
**echelon [6]** 93/8
93/12 93/14 99/13
99/14 116/4
**ed [2]** 66/13 66/14
**educational [1]**
184/10
**effect [5]** 31/23
99/21 117/21 124/12
133/19
**effort [3]** 139/1
141/8 162/22
**eight [4]** 48/25 133/2
187/8 239/17
**Einhorn [1]** 185/6
**either [9]** 80/25
87/18 90/19 110/21
120/9 133/17 146/21
181/19 247/21
**el [1]** 200/1
**elderly [1]** 96/1
**elected [15]** 17/21
17/23 18/17 18/19
18/20 18/20 31/10
38/3 99/20 105/5
113/20 113/22 115/5
132/10 155/13
**election [16]** 16/22
16/23 17/3 17/9 41/14
82/1 94/12 94/14
108/10 111/8 113/7
113/10 133/2 137/19
164/23 190/6
**Elections [2]** 106/9
106/10
**electrical [4]** 122/21
122/24 123/2 123/7
**elements [1]** 136/5
**Elian [1]** 187/18
**eliminated [1]** 7/18
**Ellen [2]** 250/7 250/7
**Ellis [2]** 185/18
186/10
**else [37]** 7/24 21/15
54/16 62/15 81/18
82/15 87/21 91/16
93/6 97/16 99/11
99/12 102/10 103/4
112/21 121/5 121/21
127/6 135/21 136/12
140/3 144/4 152/2
157/8 161/25 167/11
167/20 170/22 171/16
182/25 183/11 183/16
183/18 219/1 222/10

228/19 234/5
**email [26]** 45/9
45/24 46/3 46/4 51/17
52/5 54/13 54/14
54/23 54/23 61/4
64/19 70/21 85/16
86/7 86/23 87/23
88/14 99/5 139/12
139/18 140/6 140/12
142/24 144/21 182/4
**emails [8]** 15/22
54/8 98/10 98/13
98/21 98/23 98/24
143/1
**embarrassed [3]**
134/14 191/15 191/25
**embarrassment [1]**
191/25
**emblem [1]** 6/16
**embrace [1]** 18/4
**emergency [1]**
191/6
**Emilio [6]** 20/21 45/3
70/5 100/14 167/6
170/13
**Emily [1]** 209/11
**eminent [2]** 120/25
122/7
**Emma [1]** 187/8
**Emmaline [1]** 187/6
**Emory [1]** 184/12
**emotional [6]**
182/14 182/20 211/16
219/10 219/21 227/22
**emotionally [1]**
210/20
**employed [1]** 186/16
**employee [3]** 13/10
99/3 212/25
**employees [7]** 22/12
22/18 96/17 96/21
97/4 114/25 115/3
**employers [1]** 134/5
**enamored [1]**
194/25
**encampments [1]**
90/2
**encounter [3]** 197/4
197/16 233/21
**end [10]** 23/10 30/8
55/20 99/3 133/15
172/24 174/19 186/14
213/3 223/5
**ended [2]** 92/5 186/6
**enforcement [20]**
34/21 45/5 59/20 62/2
66/21 81/6 86/23
97/11 115/20 115/22
124/1 124/5 141/9
191/6 191/19 227/7
227/9 227/12 227/15
242/8

**E**

enforcing [1] 101/11
enlarge [3] 85/20
157/9 160/24
enlarged [1] 70/6
enough [11] 14/4
14/18 35/6 35/7 42/5
61/14 61/18 82/22
101/13 106/24 163/11
enrolled [1] 187/17
entered [6] 5/2 25/5
50/17 142/11 182/11
195/25
entertainment [2]
41/11 41/15
entire [7] 162/7
162/10 188/22 191/20
192/20 222/15 248/21
entirely [1] 199/9
entirety [1] 215/22
entitled [4] 60/5
74/5 237/10 250/4
entity [1] 155/25
entreprenuer [1]
201/1
entry [6] 147/1
148/18 149/9 150/3
150/9 181/9
episode [2] 30/14
62/16
equally [1] 122/2
equivalent [1] 12/13
erroneous [2]
133/17 133/18
Esq [9] 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
essentially [1] 157/6
establish [5] 107/16
108/15 121/25 157/14
228/14
established [5]
15/23 36/9 90/24
106/3 228/13
establishment [1]
86/10
establishments [1]
57/18
estate [1] 194/12
et [4] 4/7 4/7 26/9
75/4
ethics [25] 9/4 9/9
154/5 154/7 154/10
154/13 154/19 156/8
157/21 157/23 158/23
159/4 159/7 159/16
160/1 160/20 161/5
161/14 162/5 175/9
175/22 176/11 176/18
177/16 177/22
even [48] 7/6 17/5

19/6 22/21 26/4 28/6
32/6 32/7 37/20 37/21
40/13 41/23 50/9 61/6
61/17 63/18 77/12
81/22 81/24 88/16
98/9 98/14 98/20
98/22 105/19 112/18
112/20 115/23 118/21
123/9 125/11 128/6
136/21 141/1 155/9
162/14 163/1 164/21
167/5 167/23 171/19
172/10 172/19 193/1
223/23 226/2 231/15
236/16
evening [11] 22/10
22/13 22/16 22/19
35/12 35/13 37/1 37/9
53/3 119/2 191/7
event [14] 6/1 6/2
7/4 7/5 7/6 7/7 7/8
9/2 13/3 70/11 70/14
70/16 170/16 194/23
events [5] 7/11 7/23
156/3 176/14 216/3
eventually [2]
189/24 190/6
ever [16] 25/7 26/21
32/25 33/3 35/8 124/4
167/12 170/22 179/22
192/5 192/9 210/3
220/19 230/17 237/5
239/18
every [33] 18/24
26/19 28/3 29/17 32/2
64/1 66/11 93/21
93/23 99/5 106/3
117/15 122/25 130/2
162/19 165/8 165/8
175/5 190/13 204/15
222/1 222/3 222/4
224/15 224/21 224/22
226/22 227/1 227/2
236/7 236/13 242/14
242/21
everybody [13]
18/16 82/11 82/15
114/21 122/1 165/9
165/10 167/11 191/15
201/2 222/11 223/11
224/4
everyone [20] 4/5
4/17 5/4 5/6 17/5
18/9 43/22 50/3
50/20 84/13 113/20
113/25 114/5 114/19
142/13 189/17 193/9
196/2 212/17 222/10
everything [13]
43/21 91/16 135/21
138/25 171/4 171/16
172/4 183/17 198/22

218/12 219/1 246/5
249/16
evidence [50] 9/5
10/3 12/14 38/15 44/5
44/7 47/11 48/11
51/11 51/13 51/14
56/4 56/4 64/12 64/21
66/6 69/21 70/7 71/1
86/25 95/15 103/21
110/15 110/23 116/18
116/19 124/16 125/23
133/18 135/3 137/17
139/22 140/3 145/20
145/24 146/9 156/10
156/12 156/19 156/25
160/6 164/20 166/5
167/16 167/18 167/18
172/21 198/24 233/10
235/24
evidentiary [1]
181/17
exactly [13] 46/12
50/2 53/12 86/18 88/2
88/23 102/7 107/2
121/23 122/4 178/12
180/10 218/10
exam [1] 160/13
examination [32]
4/18 5/11 5/14 15/17
16/18 85/10 92/18
114/9 114/11 121/2
121/10 121/10 121/12
121/13 129/18 132/3
132/4 132/14 142/17
147/21 169/11 173/18
174/2 175/16 180/5
184/6 195/17 196/3
211/8 211/11 225/25
241/6
examine [1] 157/13
examined [1] 66/1
example [1] 75/6
except [2] 177/22
206/9
exception [1] 141/4
exceptionally [11]
189/2 189/3 193/7
194/22 196/18 197/5
197/17 197/18 198/13
210/13 231/22
excerpt [4] 10/1
10/3 12/4 27/25
excerpts [1] 66/5
excited [2] 200/25
210/17
Excuse [1] 93/10
exercise [8] 120/25
122/6 221/8 230/6
236/3 236/6 246/12
246/24
exercising [2]
201/13 246/12

exhausted [2]
210/21 213/20
exhibit [85] 5/18
9/17 9/18 10/3 10/7
11/12 12/10 12/14
38/14 38/15 38/21
39/5 39/17 40/10 44/3
44/13 44/15 47/8
47/10 47/15 48/8 51/5
51/10 51/16 53/14
55/17 56/1 56/6 57/12
64/11 64/12 64/16
64/20 64/23 66/5 66/6
67/14 69/16 69/24
71/1 71/2 71/15 72/8
73/13 85/24 85/25
86/2 87/4 87/6 89/2
92/22 116/8 116/9
124/11 124/14 127/9
127/22 128/2 132/23
137/21 142/24 148/3
149/20 156/9 157/21
159/25 160/16 164/3
164/7 174/9 175/15
175/18 178/18 178/21
179/6 179/7 179/11
179/21 190/20 207/7
224/25 238/13 238/18
238/19 245/11
Exhibit 425 [1]
157/21
exhibited [2] 39/19
92/24
exhibits [4] 3/8 3/12
64/14 174/6
exited [5] 50/11
84/16 142/3 195/10
249/21
expect [7] 25/13
65/9 80/7 80/9 82/5
102/4 115/6
expectation [1]
59/11
expectations [1]
63/4
expedited [1] 98/18
expense [1] 92/23
experience [3] 38/2
42/1 53/25
expert [5] 26/4
26/21 167/21 214/18
228/12
experts [1] 26/6
expiration [1] 70/16
expired [1] 70/14
explain [7] 89/17
145/21 196/8 216/10
233/16 241/13 246/11
explained [2] 37/10
126/23
explaining [1]
209/22

explanation [1]
140/25
express [2] 30/10
63/22
expressed [5] 30/3
31/5 31/8 58/14 68/12
extensive [2] 98/24
169/16
extra [1] 230/25
extremely [7] 46/6
46/11 55/3 173/5
173/7 199/6 199/24
eyes [3] 20/14 22/2
36/21

**F**

face [2] 12/25
166/11
facility [4] 43/5 53/5
53/11 56/19
fact [27] 17/14 18/9
22/3 28/6 35/23 37/6
42/20 68/21 68/22
80/20 81/1 109/20
112/17 128/6 130/15
135/5 145/24 157/2
163/4 167/18 168/25
175/12 179/18 179/24
189/13 222/11 245/8
facts [4] 66/25
125/23 198/24 235/23
fair [11] 29/19 40/15
55/14 63/2 80/2
212/16 214/11 214/16
215/14 224/15 229/8
fairly [2] 43/22
122/1
falls [3] 160/3
218/18 244/18
false [3] 79/22
201/20 217/11
falsely [1] 202/24
falsifying [1] 79/16
families [1] 223/10
family [20] 60/19
104/20 105/2 190/15
197/6 199/4 203/16
210/3 210/5 212/15
212/17 212/19 214/13
217/3 217/16 217/18
219/23 228/23 239/4
243/15
family made [1]
104/20
famous [1] 141/5
far [14] 21/8 26/18
30/21 41/25 79/13
85/1 106/24 107/4
117/25 125/24 149/5
176/17 183/5 185/21
fashion [2] 42/19
90/20

**F**

**fat [2]** 214/24 215/1
**father [7]** 109/8 111/18 139/20 215/17 215/25 240/12 247/6
**father's [1]** 141/10
**fault [1]** 155/16
**Fausto [3]** 104/5 120/20 120/20
**favorably [1]** 213/6
**fear [7]** 202/23 202/24 204/18 232/12 232/12 243/6 243/22
**fears [1]** 201/20
**February [16]** 45/11 46/9 54/17 54/21 65/24 65/24 66/1 66/22 70/2 70/5 89/3 125/17 149/12 193/15 197/21 197/23
**February 14 [6]** 65/24 65/24 66/1 66/22 197/21 197/23
**February 14th [1]** 125/17
**February 26 [2]** 70/2 70/5
**February 28 [4]** 45/11 54/17 54/21 89/3
**federal [2]** 14/6 131/4
**fee [1]** 237/5
**feed [1]** 236/11
**feel [5]** 31/11 54/3 159/21 202/2 203/14
**feeling [1]** 220/20
**feels [1]** 203/20
**fees [3]** 236/20 237/11 238/1
**feet [2]** 50/3 50/5
**FELDMAN [1]** 1/15
**fell [1]** 36/12
**fellow [2]** 28/20 174/15
**felt [7]** 33/13 100/22 159/21 159/23 194/8 197/16 222/17
**female [1]** 227/12
**females [1]** 76/24
**fence [3]** 49/24 125/5 126/6
**Ferreir [6]** 92/10 92/14 92/15 92/16 92/16 92/24
**festival [6]** 194/19 194/23 196/7 196/17 208/8 216/8
**few [9]** 18/10 103/8 103/24 114/19 115/1 115/16 163/5 174/17

179/24
**field [1]** 239/14
**fifteen [1]** 241/2
**fifth [2]** 8/4 119/12
**fight [2]** 216/11 216/13
**fighting [1]** 216/4
**file [1]** 181/14
**filed [28]** 13/25 14/20 132/25 133/1 135/16 137/8 137/14 148/11 154/5 154/7 154/10 157/21 158/1 158/3 158/11 159/2 162/4 176/19 176/24 178/5 178/5 178/12 178/14 178/15 213/1 213/11 224/14 235/21
**filing [1]** 154/19
**filled [2]** 135/1 186/13
**final [6]** 139/6 139/7 139/10 160/1 161/24 175/15
**finally [2]** 179/10 189/22
**financial [2]** 199/18 237/3
**financials [1]** 199/23
**find [6]** 14/4 23/17 24/9 124/18 128/23 159/14
**finding [2]** 83/18 136/7
**fine [11]** 51/9 126/17 139/16 141/24 142/22 155/13 158/22 163/9 195/5 195/21 249/7
**fined [1]** 126/17
**finish [5]** 13/22 97/18 176/21 183/9 204/5
**finished [3]** 13/24 183/5 185/17
**fire [5]** 87/20 143/12 143/16 144/25 179/17
**firm [7]** 80/5 184/22 185/5 185/24 186/9 186/11 212/24
**firms [1]** 239/16
**first [45]** 6/20 7/2 7/3 8/14 10/15 10/15 39/19 44/22 62/12 64/20 66/8 83/8 95/25 101/2 115/16 116/25 121/7 124/15 125/22 138/9 138/11 138/14 140/12 140/21 148/17 149/2 156/17 175/10 183/17 185/19 191/14 194/11 205/20 209/7 209/8 215/25 217/12

220/9 224/25 225/3 232/20 236/8 237/5 239/14 246/4
**five [16]** 15/21 21/9 21/11 76/2 101/22 102/8 127/22 139/15 150/23 153/20 155/8 201/9 204/20 206/21 207/1 216/20
**fix [1]** 223/16
**flag [1]** 6/20
**Flagler [3]** 1/16 107/3 110/2
**flashing [3]** 191/10 191/17 227/12
**flat [1]** 174/23
**flesh [1]** 40/22
**flip [4]** 103/22 137/10 149/16 174/16
**floor [1]** 123/25
**FLORIDA [11]** 1/1 1/5 1/13 1/17 1/19 1/22 2/4 26/14 26/16 141/9 250/9
**flyer [6]** 6/6 6/8 6/9 6/10 6/10 6/13
**focus [5]** 27/12 31/3 151/25 195/21 219/7
**focusing [1]** 41/18
**fog [1]** 12/21
**follow [14]** 22/9 24/3 24/8 33/1 37/1 59/12 80/9 80/9 80/22 82/6 82/10 82/12 124/2 239/19
**followed [1]** 58/20
**following [3]** 72/19 83/12 87/21
**followup [1]** 72/20
**food [5]** 69/18 118/23 118/25 119/1 119/5
**foot [1]** 167/19
**force [4]** 18/22 36/24 75/10 234/8
**forced [4]** 63/18 169/2 173/10 237/23
**foregoing [1]** 250/3
**foremost [2]** 191/14 194/11
**forgot [4]** 106/12 119/17 155/4 155/7
**form [5]** 95/8 141/25 146/25 151/7 157/6
**format [2]** 126/19 126/22
**formative [2]** 206/7 235/15
**formed [1]** 188/11
**former [7]** 31/18 92/14 130/16 131/21 131/21 167/6 168/9

**formulate [2]** 84/13 195/7
**FORT [7]** 1/2 1/5 85/2 184/23 184/24 249/3 250/9
**forth [1]** 83/21
**forward [6]** 17/18 85/5 147/14 159/14 159/15 159/16
**forwarding [2]** 52/6 52/12
**found [16]** 23/19 23/20 29/4 46/12 101/14 101/18 101/20 117/8 128/22 128/24 128/25 133/14 133/18 146/4 156/1 231/21
**foundation [24]** 39/21 39/23 71/4 71/11 71/12 82/20 95/8 111/12 121/9 129/17 134/20 147/20 152/19 153/8 153/25 156/21 159/10 176/8 193/20 199/11 201/10 202/8 203/23 206/24
**four [12]** 160/10 185/8 187/4 187/8 189/23 215/21 215/25 217/25 230/12 231/19 233/25 236/10
**Fourteenth [1]** 130/25
**fourth [4]** 8/4 118/11 209/6 209/9
**franchise [3]** 185/7 186/4 186/5
**franchise/intellectu al [1]** 186/5
**franchisee [2]** 185/7 185/16
**franchisees [1]** 185/14
**franchises [1]** 185/9
**Francis [4]** 45/10 46/1 46/8 55/5
**francissuarez [1]** 46/3
**frankly [13]** 15/7 15/10 16/25 49/13 62/10 81/2 81/10 91/15 104/7 128/25 134/14 136/21 170/13
**frantic [3]** 189/9 194/15 226/11
**fraud [7]** 135/24 135/25 136/6 137/12 137/19 139/9 141/8
**fraudulent [1]** 136/10
**freaking [1]** 189/19
**free [2]** 54/3 234/8

**frequent [2]** 42/3 42/5
**friction [8]** 168/19 168/21 169/6 169/16 169/25 170/6 173/1 204/22
**FRIDAY [16]** 4/1 6/24 8/4 8/5 37/19 37/25 65/8 84/20 87/16 87/17 87/18 144/14 145/8 146/4 155/11 162/19
**Fridays [8]** 5/24 6/3 6/21 7/2 7/7 7/25 8/3 8/16
**friends [3]** 82/2 190/14 193/3
**front [11]** 91/2 91/7 91/10 118/15 167/14 170/20 227/11 230/11 233/18 233/18 235/3
**frustrated [1]** 42/10
**full [7]** 39/19 165/15 174/23 186/15 191/18 201/2 219/1
**full-time [2]** 186/15 219/1
**FULLER [127]** 1/4 4/7 8/21 13/25 14/20 16/19 19/4 31/21 40/13 48/16 49/22 65/16 70/5 70/21 70/23 72/19 81/6 81/10 81/19 99/14 99/22 100/2 100/3 100/5 100/14 100/20 100/23 101/3 101/9 101/18 101/20 102/5 102/19 102/21 103/8 105/11 106/13 106/16 108/19 108/23 108/25 108/25 109/2 109/5 109/16 111/7 111/23 112/3 112/22 116/15 117/8 117/17 119/21 120/12 122/3 122/8 125/21 127/14 133/5 133/9 133/12 133/21 134/11 134/15 134/18 135/24 136/1 137/12 139/4 139/8 139/19 141/8 154/5 154/7 154/18 154/20 154/21 155/2 155/3 156/18 157/7 157/10 157/21 158/20 159/19 161/7 161/9 162/4 162/8 162/1 162/11 162/16 162/23 174/13 175/2 175/12 175/21 176/1 176/12 177/5 177/16 182/15 182/22 186/18 191/22

## F

**FULLER... [23]**
192/11 192/12 195/19
196/7 211/19 211/21
211/24 218/3 219/7
219/9 220/19 222/9
224/5 227/21 233/3
237/7 240/3 240/4
240/6 244/6 245/2
245/3 247/15
**Fuller's [15]** 49/22
70/23 81/6 81/8
106/21 107/8 120/9
132/23 134/4 137/1
141/10 176/7 176/15
182/8 211/16
**fully [4]** 18/14 31/23
81/4 162/17
**fun [3]** 218/14
218/15 218/25
**function [2]** 7/12
67/9
**funding [1]** 208/12
**funds [1]** 193/4
**furniture [3]** 135/1
135/5 135/8
**further [8]** 84/5
129/1 145/24 173/4
180/13 211/7 240/23
249/1
**furthermore [1]**
146/25
**future [4]** 115/7
200/25 204/18 210/17

## G

**G.P [1]** 202/14
**Gables [1]** 230/24
**gain [3]** 200/11
214/16 214/22
**gained [5]** 201/12
214/7 215/3 223/14
236/2
**gap [1]** 145/5
**Garcia [6]** 36/1 36/4
36/6 97/20 115/14
165/22
**Gardner [1]** 4/14
**gate [1]** 233/18
**gather [10]** 14/21
14/21 14/25 64/7
137/17 138/22 140/17
146/16 147/14 151/19
**gathered [2]** 66/22
102/22
**gathering [1]** 138/24
**gave [12]** 18/3 18/10
18/11 34/25 53/4
103/3 105/11 133/17
169/6 170/6 186/15
214/20
**Gay [8]** 95/21 95/21

96/1 194/19 194/23
196/7 196/16 216/8
**general [7]** 33/9
185/10 185/25 186/9
186/11 202/24 203/16
**generally [2]** 37/18
90/3
**gentle [1]** 63/14
**gentleman [1]** 72/10
**gentleman to [1]**
72/10
**gentlemen [5]** 5/4
84/12 85/1 141/25
249/2
**germane [1]** 149/22
**get [57]** 5/19 5/21
11/16 13/22 15/5
31/19 31/24 34/11
34/20 46/16 46/23
47/15 47/17 55/12
57/12 57/20 61/20
62/14 65/7 65/13
74/24 75/2 81/1 82/17
88/2 91/2 98/24 99/5
99/5 101/3 105/24
106/2 106/6 106/8
108/13 111/20 123/3
131/21 134/7 134/13
134/15 135/5 145/3
146/23 147/15 152/2
152/18 153/23 168/5
171/10 171/22 172/2
185/21 199/9 206/10
219/24 249/6
**gets [2]** 247/8
247/20
**getting [11]** 20/13
55/7 55/9 60/18 77/13
100/9 109/16 115/18
144/20 151/1 172/4
**Gimenez [2]** 169/1
169/2
**girls [1]** 195/1
**give [7]** 38/18 39/24
40/2 151/20 152/18
170/16 238/17
**given [15]** 59/8
78/21 85/2 92/23 93/1
126/22 133/18 138/23
144/18 145/14 154/23
163/3 170/9 172/7
198/7
**gives [1]** 103/1
**giving [2]** 27/17
79/22
**glass [1]** 201/1
**go [88]** 8/5 9/18
10/15 10/19 10/20
10/23 12/2 16/2 22/21
24/7 28/7 30/19 34/19
36/25 40/25 44/22
45/6 46/2 49/6 52/8

54/20 65/23 65/24
67/14 67/16 75/11
77/22 78/9 81/1 84/10
84/11 88/12 92/5 95/3
95/21 96/3 96/8
103/23 103/24 106/20
111/20 112/2 116/8
118/11 121/5 123/19
123/20 123/24 125/8
125/14 140/7 140/22
140/24 143/3 145/22
146/13 150/3 150/9
151/19 152/2 154/9
155/11 158/6 158/13
158/18 159/25 161/3
168/5 174/17 175/4
184/24 189/15 193/2
201/25 202/22 206/17
216/11 219/24 220/12
225/10 231/13 235/4
237/11 237/12 239/6
245/2 245/16 247/21
**Godfather [1]**
192/13
**goes [5]** 31/9 161/17
183/5 217/12 230/6
**going [94]** 4/17 5/10
8/18 12/1 14/18 15/22
16/22 21/15 21/19
23/7 23/10 24/16
31/12 31/15 31/20
38/5 44/18 47/4 47/9
47/9 47/16 49/14 50/6
53/3 54/22 55/21 62/2
64/19 66/4 66/9 66/12
67/16 73/14 73/17
77/15 77/18 78/3
78/25 83/21 87/23
95/5 95/18 97/12
97/18 99/12 99/14
100/24 103/7 104/21
115/6 115/7 116/2
121/14 122/12 124/14
125/7 127/18 134/8
137/13 138/18 139/14
141/23 142/20 147/15
151/24 159/16 171/16
173/3 173/7 173/10
175/12 175/25 180/11
184/24 189/4 192/1
194/13 194/13 198/21
198/22 202/17 204/3
215/12 217/9 217/22
219/7 221/15 223/25
224/3 226/8 234/14
242/22 242/22 249/3
**Gomez [1]** 182/16
**gone [19]** 8/13 25/7
121/20 128/8 132/3
146/9 146/10 146/11
154/13 194/22 200/15
202/13 204/7 204/11

205/25 206/10 213/21
221/3 244/4
**gonna [1]** 232/23
**Gonzalez [29]** 7/9
20/21 45/3 70/5
100/15 100/16 100/17
105/2 167/6 168/20
168/21 169/2 169/6
169/17 169/20 169/25
170/6 170/8 170/18
170/22 170/24 171/9
171/17 172/13 172/18
173/1 173/2 173/7
187/18
**good [29]** 4/5 4/9
4/12 4/13 4/16 4/20
4/21 5/3 5/5 5/16
5/17 16/12 40/22
53/23 53/24 63/1
63/23 80/23 85/12
85/13 91/5 92/9
123/13 184/8 184/9
192/21 207/2 211/13
211/14
**Gort [1]** 11/7
**got [40]** 6/6 6/14
6/15 6/16 6/17 9/3
11/2 17/20 18/20 32/7
46/13 51/18 51/21
53/9 54/22 70/2
61/12 87/14 97/24
99/4 101/22 103/5
106/12 108/21 113/9
126/11 126/17 127/5
132/14 144/11 155/9
158/7 158/14 160/23
185/7 204/6 217/25
231/1 235/11 244/24
**gotten [10]** 43/15
43/15 49/2 49/3 49/5
117/20 123/15 148/16
170/8 213/24
**governing [1]** 75/16
**government [3]**
26/20 82/14 171/1
**governmental [1]**
113/14
**gown [1]** 118/11
**graduated [1]**
184/17
**granted [3]** 12/9
56/5 161/14
**granting [1]** 181/12
**grateful [1]** 224/24
**great [3]** 5/8 201/3
201/3
**green [2]** 110/9
110/10
**Greenberg [2]**
184/18 187/13
**grounds [7]** 73/8
105/17 114/8 144/9

149/1 166/4 169/9
**group [10]** 1/10 4/10
18/25 19/4 102/22
161/9 172/13 188/10
188/12 231/4
**Grove [5]** 123/17
129/10 129/13 130/14
135/1
**GSA [1]** 85/1
**guaranteed [1]**
18/24
**guess [8]** 80/6
112/22 143/9 172/5
189/12 219/12 221/18
231/13
**guests [3]** 6/23
191/20 191/24
**guilty [1]** 159/14
**gun [1]** 12/24
**Gutchess [14]** 1/11
4/10 85/7 85/13 85/23
98/12 101/18 121/6
124/25 135/18 142/14
151/8 180/18 186/7
**gutted [1]** 101/19
**guy [4]** 172/18
172/22 218/14 218/15

## H

**Habana [2]** 5/20
5/24
**had [209]** 5/18 7/10
7/18 7/20 7/24 8/20
8/20 13/7 13/13 14/7
14/17 15/5 16/21
18/25 19/1 20/3 21/4
21/18 23/20 24/13
25/20 27/7 27/11 31/7
31/13 34/16 35/20
36/23 36/23 41/13
41/23 41/25 42/6
43/15 49/2 49/3 49/5
49/10 49/14 50/12
51/1 51/17 57/17
59/20 59/20 60/4 61/3
61/4 61/11 61/14
61/14 61/16 61/18
62/25 63/15 63/16
63/18 63/19 66/20
66/22 68/7 68/7 68/12
68/13 68/18 68/19
69/10 69/10 69/13
72/23 76/13 76/25
78/2 83/17 88/6 88/13
88/14 88/23 89/14
91/7 91/15 91/16
92/19 93/14 94/19
94/21 95/17 96/10
97/13 97/15 98/12
99/11 99/19 100/3
100/7 101/6 101/6
101/13 101/18 102/21

# H

**had... [109]** 105/20
109/5 109/10 111/8
113/14 113/20 113/25
114/2 114/4 115/11
117/9 118/3 118/10
118/14 119/24 120/3
120/3 121/20 123/19
125/15 127/22 128/2
128/12 129/9 129/13
132/22 133/12 133/20
133/21 133/23 134/8
134/24 134/25 137/14
137/17 138/24 140/13
140/23 141/3 142/4
146/3 146/9 146/10
146/15 146/21 146/22
147/13 151/22 154/8
154/10 154/12 155/3
155/23 155/25 162/4
162/10 162/21 163/11
165/21 167/1 168/8
168/9 168/16 170/8
170/12 170/14 170/23
170/24 170/25 171/11
171/15 171/17 171/22
172/5 172/21 174/20
185/19 186/2 186/11
186/11 186/22 187/24
188/11 188/13 194/22
195/11 198/17 198/21
200/15 205/21 208/19
209/8 214/6 215/19
218/23 218/24 219/19
222/16 223/22 225/17
232/14 234/1 236/16
237/6 240/9 240/9
241/13 242/14 246/6
**hadn't [3]** 117/19
121/3 235/21
**Haines [7]** 85/19
86/23 144/5 144/22
145/13 179/13 179/17
**half [15]** 9/11 61/9
101/22 102/8 128/14
128/15 128/17 128/21
145/3 145/5 155/8
185/8 186/1 201/1
203/19
**hall [1]** 71/17
**hand [3]** 173/8 173/8
183/22
**handed [1]** 170/8
**handled [2]** 43/22
196/18
**hands [2]** 40/22
58/18
**happen [8]** 25/25
37/8 37/8 102/10
165/12 173/11 188/17
242/22

**happened [25]**
12/19 13/7 23/17 24/9
24/13 30/24 60/22
62/16 63/13 68/20
76/24 84/2 87/21
102/10 155/8 170/23
179/19 194/16 194/18
196/16 201/20 202/25
203/1 215/13 233/3
**happening [13]** 21/5
22/3 68/18 197/10
197/10 201/6 205/4
215/15 218/13 226/24
236/10 240/2 243/23
**happens [3]** 29/22
31/17 101/16
**happiness [1]**
200/14
**happy [13]** 6/24
62/18 62/24 105/7
129/12 200/21 200/25
207/23 210/17 220/18
239/1 239/3 244/12
**harass [1]** 194/8
**harassed [1]** 101/12
**harassing [1]** 101/5
**harassment [1]**
248/20
**hard [6]** 11/4 38/3
82/12 133/3 133/4
218/5
**Hardemon [2]** 11/6
75/12
**harm's [1]** 76/22
**has [86]** 5/6 26/10
34/19 34/21 34/24
39/21 62/20 66/11
70/13 70/14 81/18
82/22 83/11 85/1
86/18 86/18 91/4
92/23 99/8 101/9
102/24 113/9 114/5
117/10 117/15 120/11
123/7 125/13 134/11
148/17 149/3 151/5
151/11 160/10 163/13
164/3 167/11 167/12
192/20 201/5 201/12
201/14 201/19 202/6
202/13 203/1 204/6
204/7 204/18 204/19
206/5 210/22 214/13
215/18 217/10 217/17
219/9 219/10 219/18
219/20 220/2 221/8
221/9 221/10 221/25
223/8 223/16 223/20
224/1 224/13 226/9
227/21 227/22 228/22
228/24 230/19 234/14
235/14 236/5 236/6
236/10 236/13 236/17

238/2 244/4 248/2
**hasn't [3]** 115/22
166/18 240/17
**Havana [24]** 5/24
6/3 6/14 6/15 6/20
7/2 7/7 7/25 8/16
33/8 33/10 41/10
41/15 42/21 104/13
108/22 109/5 109/22
123/1 192/22 202/1
202/23 202/10 240/20
**Havana's [1]** 6/20
**Havana/Calle [1]**
42/21
**have [309]**
**haven't [12]** 77/21
105/19 124/12 127/16
131/19 133/3 133/7
170/21 171/23 232/5
232/5 234/6
**having [34]** 9/15
11/4 18/23 21/25
30/22 48/21 51/2
55/13 57/24 58/3
109/4 123/3 124/19
130/6 131/10 131/21
132/19 147/21 157/7
165/2 174/7 193/24
198/18 199/2 203/20
210/11 218/20 244/16
246/12 246/12 246/19
246/24 246/25 248/21
**he [395]**
**he'll [1]** 247/21
**he's [65]** 23/24 47/3
61/22 104/12 113/10
117/17 127/4 145/23
165/24 189/4 189/16
193/3 194/12 194/13
201/12 202/2 202/3
202/25 203/11 203/15
203/19 203/20 204/11
204/17 204/22 205/9
205/22 205/24 206/12
207/22 207/22 207/23
216/20 217/2 217/14
217/15 218/14 218/14
218/15 218/23 219/12
219/13 220/7 221/17
221/23 222/11 222/17
223/14 223/21 223/22
224/3 224/19 229/17
236/2 236/11 236/12
238/3 238/4 238/6
239/2 239/3 240/8
244/12 244/17 247/16
**head [4]** 12/24
155/15 165/18 165/21
**headaches [2]**
200/12 203/21
**heading [1]** 49/11
**heads [1]** 30/12

**health [8]** 83/14
202/5 219/18 220/17
221/6 221/11 229/7
229/10
**hear [15]** 40/22
40/23 46/7 47/22
49/12 49/13 49/14
50/5 55/4 61/7 88/17
121/7 192/9 226/15
226/17
**heard [8]** 47/24
86/10 94/17 105/7
146/11 188/22 192/10
228/25
**hearing [6]** 12/23
33/13 120/24 125/17
242/15 242/21
**hearings [6]** 217/13
217/13 217/15 217/17
217/21 217/24
**hearsay [33]** 19/19
20/8 23/24 32/17
32/22 33/22 38/19
39/19 39/23 42/7 71/3
71/3 72/9 72/10 72/25
73/9 73/18 76/17
77/19 79/1 136/18
188/14 188/24 190/1
193/5 193/11 198/23
202/10 210/7 211/3
242/1 242/10 244/7
**heart [5]** 200/12
203/20 204/7 223/25
224/4
**heartbreaking [1]**
208/10
**heat [3]** 88/1 209/10
249/18
**heated [1]** 209/9
**height [1]** 209/10
**held [8]** 18/14 26/10
26/11 26/21 54/2
57/25 130/24 226/3
**hell [2]** 216/20 217/2
**help [14]** 14/16
14/21 29/14 32/11
46/8 55/5 57/24 90/20
91/8 105/6 174/5
187/25 194/9 197/8
**helped [3]** 18/13
115/17 138/22
**helpful [1]** 115/17
**Henry [1]** 105/5
**her [55]** 21/19 53/17
53/20 60/5 60/5 60/5
60/10 60/12 60/18
60/19 60/19 60/25
61/25 62/1 62/10
62/17 62/24 62/24
63/1 63/12 63/15
63/18 63/23 77/10
77/15 79/2 86/16

88/16 109/13 116/1
116/2 142/25 144/15
144/16 146/6 146/23
168/6 168/9 179/23
181/4 181/10 181/11
182/3 182/6 182/7
182/12 182/14 182/19
183/10 194/24 206/21
214/20 233/7 234/17
238/19
**Herald [5]** 21/17
21/22 21/25 22/8 24/7
12/25 15/23 26/13
28/3 31/4 35/25 36/9
39/23 45/6 47/23
63/24 68/5 75/7 76/11
84/14 86/4 88/5 89/10
97/18 98/14 102/2
118/3 119/22 119/23
119/24 126/19 126/22
139/24 144/21 161/24
161/25 166/18 166/22
166/25 167/8 167/10
168/10 172/20 175/17
175/24 179/12 179/13
179/20 184/18 185/5
185/13 187/23 192/1
211/15 211/23 213/7
219/6 224/13 224/14
224/19 224/22 225/17
233/14 234/25 236/10
249/4 249/4 249/5
**hereby [1]** 250/3
**Hi [2]** 241/8 241/9
**hide [1]** 99/6
**high [4]** 93/17 171/3
228/17 228/22
**higher [2]** 99/13
99/14
**highlighted [1]**
89/15
**him [99]** 20/8 20/9
20/17 21/4 48/17
54/24 62/14 76/10
76/15 76/22 76/23
92/21 94/9 94/18
94/20 94/21 95/6
95/19 101/3 101/5
101/6 101/11 103/4
103/7 105/6 105/6
105/7 106/19 111/22
111/22 112/8 112/15
112/21 119/25 120/2
120/11 121/7 125/16
129/19 133/22 134/6
140/20 154/6 154/8
157/13 168/24 169/3
169/15 169/16 170/14
171/2 171/7 171/20
172/14 186/1 187/11
187/12 187/13 189/14

**H**

**him... [40]** 189/25
192/12 192/13 192/17
192/21 193/2 193/21
195/20 196/20 199/5
200/15 200/16 203/10
203/12 203/16 203/18
203/18 204/17 205/9
206/8 206/13 206/19
208/10 210/14 212/13
213/9 216/8 220/1
220/5 220/7 221/10
222/1 222/21 223/23
224/1 229/1 230/17
235/16 244/12 247/9
**himself [3]** 193/8
196/20 208/8
**hire [4]** 63/18 99/12
186/13 236/16
**hired [2]** 102/11
185/10
**his [136]** 12/25 36/4
36/6 54/3 54/4 61/17
86/1 92/23 92/23 95/1
95/23 97/2 97/25
101/6 103/4 103/8
108/20 108/24 109/1
109/3 109/8 109/8
109/9 109/11 110/12
111/18 119/17 120/13
120/25 121/7 122/8
132/25 133/1 133/5
133/22 139/4 139/19
139/19 141/10 147/25
154/5 154/7 154/19
157/11 158/20 158/21
160/13 161/10 161/10
165/13 166/11 169/2
172/22 174/15 176/2
189/10 189/13 189/17
192/20 193/14 194/7
194/8 194/9 197/25
198/20 200/16 201/15
201/19 201/21 201/25
202/13 203/2 203/15
203/20 204/7 204/17
205/2 205/23 206/20
208/9 209/2 210/5
211/20 214/15 214/22
214/22 214/23 215/3
216/9 216/20 217/8
218/10 218/11 218/16
218/23 219/10 219/13
219/20 221/6 221/11
222/12 222/14 222/20
223/2 223/6 223/8
223/9 223/10 223/22
223/25 226/5 227/11
227/22 228/23 229/1
229/2 230/6 230/16
235/15 235/15 235/19

235/21 239/2 239/2
240/12 243/14 243/15
243/22 244/13 246/14
246/20 247/6 247/7
247/8 248/5 248/5
**Hispanic [1]** 172/16
**historic [1]** 42/21
**historical [2]** 68/16
68/18
**history [6]** 30/24
109/1 172/15 228/22
228/24 239/13
**hit [1]** 131/21
**hmm [2]** 195/23
226/6
**hold [6]** 51/8 82/2
119/1 226/2 226/22
226/25
**holding [2]** 188/6
216/8
**holds [1]** 181/22
**holiday [3]** 19/10
19/17 155/12
**holidays [1]** 206/19
**home [14]** 23/10
56/21 90/20 90/25
124/9 134/25 155/11
185/21 215/3 215/8
229/16 229/17 233/22
233/23
**homeless [15]** 90/2
90/5 90/10 90/13
90/14 90/15 90/17
90/19 90/23 91/3 91/9
91/14 91/19 91/21
92/4
**homelessness [1]**
91/6
**homeowners [1]**
90/13
**homes [2]** 90/14
92/4
**homestead [1]**
130/16
**honest [1]** 192/23
**Honor [148]** 4/9
4/13 5/12 10/2 12/3
20/7 38/18 38/19
39/16 39/18 39/25
40/3 44/11 47/1 48/8
50/22 51/10 56/3
69/22 71/5 71/10 72/7
72/14 73/17 77/18
78/23 78/25 82/24
83/20 83/24 83/24
84/4 84/7 85/5 85/8
86/24 87/2 103/17
105/16 107/12 107/15
108/7 108/12 110/24
114/7 114/15 115/2
116/19 120/13 121/2
121/4 121/16 124/17

125/22 127/1 127/8
130/5 131/1 131/6
131/12 132/2 132/13
136/14 136/17 136/25
137/23 138/3 141/22
142/7 144/8 147/16
147/18 148/4 148/23
149/2 149/19 149/21
150/6 150/12 150/25
151/10 156/12 156/16
156/19 156/24 157/12
157/16 160/5 160/7
160/12 163/25 164/18
166/6 169/15 172/20
173/14 173/17 174/5
174/24 176/4 176/20
177/9 177/18 177/24
180/17 180/20 181/1
182/3 182/18 183/7
183/8 187/19 193/5
193/10 193/20 195/2
195/18 196/4 198/23
201/17 202/7 202/15
204/9 205/10 206/22
207/3 211/9 214/17
218/21 224/16 228/8
230/4 233/6 234/12
234/14 236/25 238/20
239/22 240/15 240/24
241/19 242/10 242/17
244/1 245/12 245/14
245/22 247/12
**honorable [7]** 1/8
171/18 171/25 172/7
172/19 178/11 250/8
**hope [3]** 229/13
229/14 237/13
**hopes [1]** 209/2
**hospitality [1]** 240/8
**host [4]** 187/25
190/8 190/12 190/13
**hotel [27]** 19/9
19/10 19/16 21/8
22/21 23/8 25/7 25/19
101/6 101/14 101/19
102/9 155/7 155/18
155/19 225/3 225/6
225/7 225/8 225/9
225/12 225/15 225/23
227/1 245/24 246/1
246/8
**HOTTE [1]** 1/15
**hour [4]** 6/24 145/3
145/5 247/8
**hours [9]** 37/9 37/9
154/23 155/11 189/23
230/12 231/19 233/25
236/6
**house [36]** 49/9
49/11 80/18 106/18
106/21 107/3 107/5
107/6 107/8 107/18

108/3 108/13 125/5
128/23 129/10 129/13
130/13 130/14 216/21
225/9 230/12 231/20
231/22 232/16 233/7
233/14 234/9 234/17
235/3 240/2 240/4
240/5 240/20 243/1
243/5 243/13
**houses [1]** 106/20
**housing [1]** 89/25
**how [95]** 4/20 7/22
7/22 13/7 13/7 17/13
21/8 22/4 27/9 30/9
31/10 32/6 33/6 33/19
35/9 37/7 38/11 38/11
40/18 40/21 42/3
51/20 53/5 54/11
74/24 76/11 81/1
81/22 88/24 90/15
90/16 92/5 92/10
96/19 101/5 111/20
123/12 134/8 135/3
142/16 143/12 144/18
145/1 145/7 145/14
162/21 163/1 167/1
167/23 167/25 168/2
186/19 187/7 187/12
187/22 189/6 191/13
192/17 193/8 193/21
194/5 194/21 195/18
196/6 196/16 197/4
197/16 197/23 198/18
199/2 199/17 199/23
200/8 200/19 201/5
206/5 206/6 208/17
209/18 210/11 216/18
217/23 218/10 220/6
220/19 227/9 229/11
236/16 238/10 240/11
240/25 244/20 246/13
246/19 246/25
**How old [1]** 187/7
**How's [1]** 5/4
**however [2]** 76/12
124/8
**HR [1]** 63/18
**huge [2]** 65/18 179/5
**hundred [3]** 50/3
50/5 223/1
**hundred percent [1]**
223/1
**hundreds [1]** 134/8
**Hungry [1]** 200/25
**Hurricane [1]**
110/10
**hurricanes [1]** 80/21
**husband [26]**
182/14 186/3 201/3
204/21 211/16 213/6
213/20 214/6 215/12
216/7 217/4 217/5

217/24 221/17 223/9
223/14 224/9 225/14
225/18 229/17 232/12
235/14 237/16 237/20
240/7 244/20
**husband's [3]** 221/2
223/6 228/1
**HUSS [1]** 1/15
**hypothetical [1]**
133/24

**I**

**I got [2]** 158/7 185/7
**I will [3]** 57/25
140/16 165/6
**I'd [7]** 78/23 105/6
107/15 136/14 137/21
160/5 233/6
**I'll [11]** 5/19 5/22
12/20 57/12 71/11
78/6 82/24 89/12 92/5
126/3 129/12 174/5
213/17
**I'm [95]** 5/22 9/18
12/1 20/12 23/19
26/23 27/14 27/17
29/21 30/8 30/8 31/12
47/9 47/9 47/16 51/16
52/16 54/22 55/8
61/15 64/10 64/19
65/21 66/4 67/15
73/17 76/12 77/15
77/18 78/3 78/25
80/25 83/18 88/23
89/9 96/23 97/22 98/6
99/6 99/7 99/13 99/16
100/24 101/22 102/12
104/18 104/21 107/24
108/9 108/24 112/20
117/10 118/20 120/22
121/14 121/17 123/17
124/14 126/13 126/15
127/21 134/14 136/2
137/13 138/17 141/23
142/20 144/20 144/21
145/6 148/17 149/15
151/24 155/10 156/2
159/24 167/10 169/5
178/20 179/18 179/19
181/2 202/17 211/20
213/7 214/1 215/24
215/25 216/6 217/23
218/14 219/6 234/14
237/25 245/3
**I've [23]** 18/13 18/14
18/19 81/15 82/13
84/7 94/25 96/1 97/3
98/13 122/4 126/2
126/23 131/24 138/19
140/23 153/10 162/17
192/21 218/24 220/1
224/1 228/25

**I**

**idea [11]** 97/15
112/11 120/3 143/15
143/17 143/21 162/19
163/24 167/15 206/21
208/8
**ideas [1]** 162/21
**identified [2]** 13/16
26/11
**identify [3]** 78/6
105/19 166/10
**if [193]** 5/22 6/10
7/23 10/15 12/21 17/5
17/13 17/24 18/12
20/2 21/18 22/13 24/5
24/13 25/25 27/10
28/23 31/10 32/10
32/20 34/17 34/21
34/25 35/1 36/13
36/18 37/6 38/5 40/5
42/3 44/8 44/19 52/8
53/25 54/16 56/3 61/4
62/9 63/1 64/16 67/8
69/12 76/23 76/23
77/16 78/6 83/22
85/17 85/20 86/21
88/12 88/14 89/16
90/17 91/1 91/7 94/20
95/15 96/4 96/12
96/13 97/10 97/12
100/11 101/9 103/12
103/22 104/8 106/15
106/25 107/5 107/12
108/4 110/25 113/14
113/21 115/4 115/5
116/11 118/11 118/15
119/22 120/3 120/3
120/13 121/16 121/20
121/24 123/8 123/9
125/6 126/3 126/13
127/16 127/19 128/3
128/4 128/6 129/11
133/20 135/19 135/23
136/9 136/22 137/7
137/10 137/11 138/17
139/3 139/10 141/11
141/22 143/3 143/24
145/24 146/3 146/10
147/7 147/15 148/12
148/15 149/17 150/22
151/23 152/1 152/13
152/16 152/20 153/18
154/8 154/12 154/14
154/18 155/13 155/14
155/25 156/17 157/14
158/6 158/11 158/13
159/13 159/17 160/14
160/25 161/25 163/8
165/4 165/10 165/13
166/7 166/10 166/15
167/1 168/16 168/18

171/2 172/9 172/20
173/5 173/21 178/7
178/23 181/1 181/2
186/14 188/11 189/12
190/20 203/14 211/18
214/22 215/15 218/11
220/3 220/4 220/12
221/2 224/15 228/1
228/19 228/22 229/7
230/17 231/21 232/11
232/16 232/22 233/4
236/6 238/12 242/22
246/4
**if you can [7]** 27/10
52/8 89/16 100/11
103/22 116/11 152/13
**ignore [1]** 155/16
**II [1]** 1/4
**illegal [7]** 60/10 73/5
136/6 136/7 165/2
179/7 189/2
**illegally [1]** 96/10
**imagine [1]** 32/3
**immediately [10]**
24/3 24/8 57/20 70/18
189/9 189/14 189/16
192/2 197/8 232/25
**impact [3]** 35/17
195/20 244/19
**impeachment [1]**
114/10
**imploded [1]** 184/22
**importance [1]**
21/19
**important [10]**
98/10 98/24 99/7 99/9
102/21 107/20 107/22
110/7 213/13 216/5
**improper [10]** 114/9
121/13 129/17 201/16
203/22 206/23 214/17
216/4 241/18 247/11
**improve [2]** 162/22
221/6
**improved [1]** 92/13
**Improvement [5]**
102/14 102/15 102/18
119/21 120/12
**in [538]**
**inactions [1]** 31/6
**inactive [3]** 171/8
171/19 172/9
**incident [4]** 194/18
194/21 196/7 196/10
**incidents [2]** 201/5
240/1
**include [1]** 34/3
**included [1]** 89/23
**includes [1]** 67/8
**including [7]** 31/21
40/24 45/5 82/10
114/5 157/2 218/25

**incorrectly [1]**
160/14
**incredibly [1]**
191/14
**incredulous [1]**
200/10
**indeed [2]** 143/24
172/9
**independent [3]**
22/3 34/24 57/11
**INDEX [1]** 2/11
**indication [1]** 39/20
**individual [8]** 72/22
119/19 151/15 181/19
182/9 205/12 223/7
223/8
**individually [2]**
182/15 182/22
**individuals [2]** 15/8
26/8
**industry [1]** 240/8
**influence [1]** 7/14
**influential [1]**
115/24
**inform [3]** 35/2 63/4
65/14
**information [22]**
14/21 14/25 15/14
15/25 16/3 59/8 63/17
64/7 66/23 69/3 73/24
74/5 79/23 100/9
118/5 133/17 133/18
146/24 147/14 163/3
179/23 179/24
**informed [4]** 20/17
70/15 95/23 123/25
**informing [1]** 45/23
**initial [1]** 181/7
**inquired [1]** 24/13
**inquiries [2]** 31/25
170/25
**inquiring [2]** 20/12
96/11
**inquiry [3]** 19/9
34/14 49/6
**inside [10]** 20/4
111/20 125/4 125/6
126/7 126/8 225/5
225/7 225/8 225/12
**insistence [1]** 83/11
**inspect [2]** 97/25
120/5
**inspected [1]** 25/24
**inspection [12]**
87/19 143/11 143/13
143/19 143/21 143/22
143/23 144/9 144/25
145/15 146/4 179/16
**inspections [7]**
24/25 25/18 25/21
26/2 242/5 244/3
244/4

**inspector [5]** 97/8
119/23 119/24 124/6
144/22
**inspectors [5]** 23/21
124/9 125/18 126/21
145/25
**install [1]** 166/23
**installation [1]**
92/11
**instance [1]** 152/6
**instead [1]** 119/8
**instinct [1]** 232/20
**institution [1]**
162/10
**institutional [2]**
42/24 43/1
**institutions [1]**
155/18
**instructing [1]** 242/4
**instruction [1]** 5/6
**instructions [1]** 95/1
**intellectual [1]**
186/5
**intelligence [2]**
170/25 171/4
**intention [2]** 67/3
189/10
**interaction [4]**
35/24 62/3 63/11 73/4
**interactions [2]**
60/12 96/10
**interest [3]** 117/10
117/13 134/5
**interfere [1]** 23/7
**interfering [1]** 32/12
**interim [1]** 186/9
**international [3]**
92/21 185/18 186/10
**Internet [2]** 11/23
104/19
**interpret [1]** 13/2
**Interpreting [1]**
96/22
**interrupt [1]** 121/7
**intimately [1]**
147/25
**intimidate [2]** 13/10
13/10
**intimidates [1]**
223/2
**into [38]** 10/3 10/15
12/13 20/5 22/21
23/24 25/7 41/8 41/9
47/4 49/23 51/11
53/17 55/24 56/4
56/15 58/13 86/25
90/14 90/25 94/25
103/20 126/14 126/15
129/10 129/13 130/16
132/3 134/24 151/1
156/11 160/6 172/21
182/11 185/7 202/22

209/13 242/8
**into the [1]** 209/13
**intrigued [1]** 179/18
**introduce [2]** 86/25
95/15
**introduced [1]** 60/1
**introducing [3]**
105/8 105/14 170/19
**introduction [1]**
164/1
**invest [1]** 102/23
**invested [2]** 108/21
109/7
**investigated [1]**
75/8
**investigation [1]**
242/8
**investors [1]** 223/10
**invitation [1]** 162/3
**invite [6]** 6/19 29/14
90/14 90/25 154/10
154/12
**involve [2]** 22/15
66/8
**involved [17]** 14/13
14/24 35/10 43/22
55/7 55/10 55/12
133/12 148/1 155/22
162/8 162/12 162/23
171/4 178/8 187/15
189/18
**involvement [4]**
14/25 83/9 133/21
188/6
**involves [1]** 136/6
**involving [2]** 32/15
131/7
**Irrelevant [1]**
159/10
**is [355]**
**isn't [7]** 144/5 213/5
213/13 217/5 217/8
220/7 235/18
**issue [32]** 20/4
31/11 35/4 35/16 52/6
90/6 101/25 123/19
129/18 136/25 147/10
149/4 152/17 153/16
154/1 155/6 155/6
155/8 157/13 164/16
169/17 172/12 172/13
172/24 183/2 192/3
194/13 218/20 231/7
242/9 242/13 245/16
**issued [4]** 125/10
143/25 146/14 246/9
**issues [36]** 33/12
35/14 35/20 41/22
41/24 42/1 68/16
68/19 80/19 86/4
89/14 89/19 89/20
89/23 89/24 89/25

**I**

**issues... [20]** 90/1
90/3 121/10 124/2
149/5 149/22 154/6
154/8 154/18 154/20
154/21 155/4 155/7
193/14 193/24 202/5
218/24 219/18 219/21
237/17
**it [480]**
**it's [150]** 6/6 6/14
6/15 6/16 6/16 10/16
11/2 12/2 12/19 20/3
30/24 35/8 36/9 37/8
37/9 38/16 39/19
39/20 39/25 42/19
44/5 44/7 45/1 45/4
45/14 45/17 45/21
48/11 51/13 51/14
52/1 52/2 52/5 52/11
52/15 52/17 52/17
56/3 59/12 61/22
65/18 70/7 70/21 71/1
72/14 77/22 87/3
87/16 95/13 99/1
103/20 106/19 106/25
107/18 108/9 108/13
109/23 110/6 110/6
110/15 110/25 113/8
113/10 115/5 116/19
117/3 117/3 118/15
119/7 119/10 124/18
128/14 128/16 134/14
136/18 138/1 138/4
138/18 139/21 139/25
140/2 140/3 140/24
141/7 141/7 143/5
143/6 144/10 146/3
147/20 147/22 147/24
148/22 149/3 149/23
151/11 152/3 154/1
155/13 156/8 156/19
156/21 156/25 157/4
157/10 157/23 160/3
160/8 160/10 160/23
161/24 161/25 161/25
163/8 164/13 165/10
169/17 174/22 178/12
178/15 179/13 179/19
183/13 190/14 191/16
202/3 204/15 205/4
216/4 218/5 220/12
222/6 222/6 222/11
222/11 223/1 223/3
223/11 224/1 225/9
233/9 233/9 234/8
234/19 238/18 238/19
243/15 244/5 247/7
249/13
**item [2]** 6/5 39/5
**its [3]** 8/8 162/4

236/17
**itself [1]** 218/1

**J**

**jail [1]** 206/19
**January [5]** 70/13
98/17 98/21 133/15
193/15
**January 6 [1]** 70/13
**Jeff [1]** 4/10
**Jeffrey [1]** 1/11
**Jenny [1]** 189/18
**jeopardy [1]** 244/13
**Jimenez [1]** 92/22
**Joanna [1]** 1/12
**job [15]** 16/6 22/1
25/15 36/11 37/3 37/3
38/6 49/16 62/18 64/1
65/11 80/7 184/17
185/18 186/15
**jobs [2]** 25/13 38/5
**JOE [25]** 1/6 4/15
5/14 6/18 52/20 52/20
54/21 85/10 114/14
114/14 140/7 160/22
161/17 174/2 178/6
178/11 178/14 187/10
187/11 187/22 207/2
211/1 211/6 223/8
244/14
**John [2]** 13/13 13/15
**join [1]** 185/24
**joined [2]** 87/11
172/6
**joint [12]** 87/19
143/11 143/13 143/21
143/23 144/19 144/25
145/15 146/4 148/8
179/16 181/8
**joke [1]** 170/13
**Jorge [2]** 100/6
100/7
**Jose [4]** 52/22 54/4
64/21 65/2
**judge [15]** 1/9 47/13
52/1 52/16 63/1 64/4
76/3 99/4 124/18
147/10 173/21 180/13
195/13 241/2 249/1
**judgment [4]** 139/7
139/7 139/10 237/9
**July [3]** 148/20
148/22 250/7
**June [2]** 8/14 78/8
**Juris [2]** 184/13
214/2
**jurors [8]** 4/19 4/24
50/7 50/14 140/4
142/5 195/4 195/12
**jury [49]** 5/1 5/2 5/4
50/10 50/11 50/16
50/17 50/18 60/24

61/2 62/22 84/15
84/16 84/24 86/25
88/13 95/16 99/4
101/24 103/20 107/13
110/23 116/17 139/21
140/2 142/2 142/3
142/10 142/11 142/12
148/5 157/17 160/6
172/21 174/22 175/6
181/2 181/3 181/24
195/9 195/10 195/25
196/1 219/12 224/22
234/11 239/7 249/20
249/21
**juryhere.ecl [1]**
84/23
**just [134]** 5/19 6/7
9/14 10/1 11/16 11/25
12/5 12/12 13/7 15/7
16/22 17/23 18/16
19/13 20/20 28/1 28/1
31/1 35/21 37/3 44/6
48/6 49/10 49/20
54/22 56/23 60/1
62/25 63/24 64/19
64/20 65/25 71/23
80/18 84/7 84/11
85/15 86/1 86/8 87/8
87/10 88/6 91/11
91/16 92/7 100/5
100/11 102/12 103/22
103/23 105/4 107/18
107/24 109/25 110/16
115/15 117/16 120/22
124/15 125/12 125/15
125/19 126/13 130/18
130/24 131/13 135/1
135/5 135/12 136/2
143/10 143/18 144/6
144/16 144/18 144/24
145/14 148/12 150/19
152/24 156/2 158/19
159/15 162/18 164/16
173/21 174/4 174/17
175/14 175/18 180/4
183/4 183/5 183/12
189/16 196/8 197/16
199/25 200/14 200/15
201/2 202/3 202/5
204/16 204/17 205/22
206/6 208/7 208/10
208/17 210/20 216/14
217/8 220/6 222/24
223/11 226/17 227/3
230/23 231/4 231/17
234/3 234/3 234/7
234/16 238/6 239/19
239/25 243/12 243/12
248/6 248/12 248/13
249/15

**K**

**keen [1]** 136/7
**keep [7]** 28/6 37/24
78/2 97/2 204/3 204/7
208/7
**keeping [2]** 35/1
154/25
**keeps [2]** 127/11
127/12
**kept [9]** 5/6 55/21
77/24 78/5 78/24
100/16 102/9 135/4
171/21
**key [6]** 91/18 91/22
91/24 92/1 136/5
169/17
**kiddos [1]** 191/2
**kids [19]** 189/23
200/16 205/19 205/20
205/24 206/7 206/9
206/11 206/13 210/13
216/3 218/6 218/11
218/18 226/15 230/12
239/2 244/16 247/6
**kids' [2]** 245/3
247/22
**kind [7]** 12/21 31/9
61/14 65/23 163/11
209/10 236/18
**kinds [1]** 172/23
**King [1]** 185/9
**KISSANE [1]** 2/2
**knew [21]** 60/14
108/25 109/9 111/8
111/15 113/20 113/25
114/19 114/21 114/25
118/18 133/15 153/12
155/17 158/4 159/19
159/22 186/12 189/13
198/21 200/15
**knock [2]** 105/25
106/4
**knocked [2]** 106/17
106/19
**know [163]** 6/10
7/22 9/21 11/17 11/25
12/21 12/25 13/17
14/3 15/21 17/15
21/19 24/12 25/17
26/18 28/10 32/4
34/17 37/7 37/20
37/24 38/23 39/8
39/13 41/25 42/9
42/10 42/20 44/20
46/12 51/10 53/1
57/17 57/21 59/18
61/4 61/5 61/8 61/14
65/12 69/12 79/13
81/17 86/21 87/14
87/22 88/1 88/14
88/15 88/24 89/16

91/4 92/12 92/12 94/4
94/20 96/16 97/10
99/18 100/11 100/16
102/16 102/20 104/9
104/12 104/14 105/12
106/13 106/15 107/4
107/16 107/19 108/19
108/23 109/2 109/3
109/4 109/15 111/19
111/20 112/9 113/22
113/23 113/24 116/22
117/17 118/15 119/14
123/8 124/7 127/5
127/16 128/6 133/9
135/18 140/15 142/19
143/8 144/20 145/3
145/5 146/10 147/14
149/14 150/21 150/22
150/23 151/22 153/18
154/14 159/4 161/25
162/3 163/13 163/23
163/25 164/21 165/4
165/7 165/13 167/8
167/23 167/25 168/2
168/16 171/2 171/3
178/8 181/1 183/2
187/10 187/11 187/11
187/12 187/13 187/22
191/24 192/1 193/1
194/11 194/12 203/16
203/17 208/7 214/22
216/18 216/19 219/19
226/13 227/25 228/17
228/22 228/24 229/6
231/6 231/6 231/8
231/21 231/25 235/4
235/7 238/17 238/18
**knowledge [6]**
26/25 36/8 123/6
141/14 160/10 160/14
**known [6]** 6/15 6/22
114/14 133/20 192/21
197/6
**knows [8]** 26/1
115/4 152/20 155/14
166/8 222/11 226/16
229/11
**Korea [1]** 185/16
**KRINZMAN [1]** 1/15
**Krueger [1]** 184/22
**KUEHNE [29]** 1/18
1/18 4/14 5/11 5/17
12/19 14/2 24/17 42/2
46/13 46/23 47/6
50/21 55/8 55/20
65/12 77/16 81/7 81/9
82/21 83/23 121/6
121/20 131/10 131/12
131/16 151/9 153/7
163/11

**L**

**lack [5]** 71/4 199/11 201/10 202/7 206/24
**ladder [1]** 132/12
**ladies [7]** 5/4 49/8 49/14 84/12 85/1 141/24 249/2
**Lading [1]** 71/11
**lady [1]** 53/2
**land [2]** 185/2 239/16
**Lane [2]** 80/11 80/15
**Lapciuc [2]** 104/9 119/18
**Lapciuc's [1]** 120/10
**laptop [1]** 98/15
**large [6]** 109/22 109/23 109/24 109/24 110/6 229/25
**largest [1]** 185/15
**last [18]** 5/18 6/5 57/25 83/24 127/22 150/9 162/19 190/14 201/9 203/19 204/10 204/20 216/19 224/7 232/6 239/25 244/19 244/21
**lasted [1]** 80/20
**late [8]** 61/22 98/7 186/22 220/5 220/7 220/8 220/9 240/11
**later [17]** 73/14 108/13 108/15 112/11 115/8 122/15 125/17 143/6 144/18 144/21 145/13 146/12 179/24 242/14 245/16 245/20 249/7
**LAUDERDALE [7]** 1/2 1/5 85/2 184/23 184/24 249/3 250/9
**launch [1]** 126/14
**launching [3]** 6/19 23/24 126/15
**laundering [1]** 193/4
**law [25]** 1/10 1/18 4/9 26/7 36/7 36/9 43/25 80/9 141/9 151/12 155/2 163/12 163/14 163/18 181/22 184/14 184/17 184/21 185/3 186/6 212/4 212/7 212/24 245/14 249/15
**lawn [1]** 98/3
**laws [2]** 43/21 163/16
**lawsuit [37]** 8/21 8/21 8/23 9/8 13/13 14/6 14/10 14/13 14/16 14/20 14/22

15/1 15/8 15/15 41/19 132/18 132/25 133/1 133/4 133/13 133/13 134/23 135/4 136/23 140/14 140/20 141/15 178/13 178/13 180/6 213/1 213/11 224/14 236/14 237/3 238/2 238/3
**lawsuits [12]** 131/11 131/17 131/19 131/20 131/22 131/23 131/24 235/21 237/18 237/19 237/25 238/7
**lawyer [15]** 60/2 63/20 63/23 95/8 136/19 146/18 147/25 158/20 158/21 174/15 176/1 176/19 212/10 214/1 214/2
**lawyer's [3]** 156/5 177/15 177/22
**lawyers [4]** 103/18 212/15 212/19 236/16
**lay [4]** 71/11 183/7 193/20 203/23
**layperson [1]** 228/20
**leading [13]** 13/4 24/22 28/16 33/16 46/21 68/9 176/4 176/15 190/9 191/8 192/6 193/17 194/2
**Leah [1]** 4/14
**learn [6]** 7/22 8/23 13/24 49/21 75/23 106/21
**leased [2]** 40/13 118/21
**leasing [3]** 118/19 119/25 120/2
**least [7]** 46/10 74/24 104/12 116/4 118/7 223/15 249/6
**leave [5]** 70/20 185/20 229/17 249/14 249/15
**leaves [1]** 247/21
**leaving [2]** 70/22 210/14
**led [5]** 6/23 176/2 176/7 177/3 237/17
**left [3]** 8/14 93/1 155/10
**legal [13]** 14/5 147/20 151/11 186/15 212/19 236/20 237/5 237/11 237/12 237/14 238/1 239/14 246/10
**legally [2]** 76/23 153/15
**legislation [1]** 221/25

**legislative [3]** 27/5 29/3 154/1
**legitimate [1]** 24/15
**Leon [25]** 18/13 93/25 94/8 98/19 110/14 110/18 111/4 111/8 111/15 132/25 133/1 133/4 133/10 134/23 134/24 135/17 136/3 136/8 138/8 138/14 138/16 140/14 188/3 194/17 215/9
**Leon's [5]** 110/11 132/18 135/13 137/6 141/15
**less [5]** 9/11 37/20 143/6 144/17 220/18
**let [57]** 5/20 8/19 9/2 11/25 12/21 17/3 18/2 19/8 20/12 21/19 28/8 28/9 31/12 36/18 37/10 38/13 44/3 44/10 47/7 47/22 51/5 51/8 51/8 56/1 57/11 61/8 63/20 64/11 65/23 65/24 66/8 67/14 68/13 70/2 70/9 70/25 73/13 76/5 96/7 102/13 109/13 119/1 121/6 121/7 135/12 137/4 138/7 147/1 148/18 149/9 156/8 156/24 180/4 183/9 215/24 234/7 237/21
**let's [54]** 9/16 10/15 10/19 10/20 11/5 11/11 11/25 12/15 20/6 31/3 44/22 45/6 46/2 47/17 48/18 52/8 54/16 54/20 55/23 67/17 67/18 67/21 67/23 68/23 69/14 69/16 78/9 87/25 89/1 89/1 95/21 97/18 99/13 102/17 103/12 103/16 107/5 111/25 116/8 119/12 123/19 124/11 130/3 132/23 134/23 139/12 142/24 145/7 146/13 146/13 150/3 150/9 159/25 195/21
**letter [9]** 61/3 88/13 88/21 88/24 89/2 89/4 89/5 89/6 89/7
**level [1]** 205/8
**levels [2]** 198/20 204/21
**liable [1]** 76/25
**Liam [2]** 187/6 187/8
**license [9]** 117/14 117/15 117/22 117/25

118/4 118/6 213/13 213/24 214/4
**licensed [1]** 219/20
**licenses [1]** 117/17
**licensing [1]** 186/6
**lie [2]** 93/3 166/13
**lies [1]** 174/23
**life [17]** 20/3 35/16 80/19 89/24 90/1 90/2 90/3 115/19 131/20 206/10 216/20 223/9 223/22 229/1 235/15 236/12 248/21
**light [2]** 191/17 196/19
**lights [2]** 191/11 227/12
**like [60]** 9/24 29/24 31/9 33/20 34/22 40/3 46/24 52/10 54/1 58/8 62/15 82/14 82/18 88/8 90/18 90/24 91/17 92/3 102/24 103/9 107/15 108/3 110/2 110/10 110/17 115/15 116/3 123/2 126/10 126/19 129/11 137/10 141/18 141/22 143/12 145/1 148/16 151/11 152/24 156/11 164/1 164/17 165/7 167/2 167/3 181/10 182/1 189/23 191/16 197/6 201/13 201/20 202/22 203/20 209/12 218/13 218/14 219/25 224/25 233/6
**liked [2]** 162/18 201/2
**limbo [1]** 102/9
**limitations [1]** 221/10
**limited [4]** 37/16 98/16 173/17 182/8
**limits [1]** 114/10
**Lina [5]** 127/24 138/9 143/3 160/24 165/19
**line [5]** 8/18 50/3 61/10 65/24 182/18
**lines [9]** 129/16 129/20 129/25 130/1 130/4 130/6 130/12 130/15 170/20
**liquor [8]** 59/10 117/14 117/15 117/17 117/22 117/25 118/4 118/6
**list [24]** 65/4 65/7 65/9 65/14 65/15 95/4 95/6 95/19 105/4 106/3 106/8 117/16

120/11 120/16 122/12 124/19 127/12 127/15 127/17 127/22 136/18 138/15 139/19 140/8
**listed [1]** 181/8
**listen [7]** 75/23 217/18 217/24 221/17 221/24 241/13 249/10
**listening [7]** 5/7 217/14 217/17 221/19 221/23 226/13 241/10
**listens [1]** 217/13
**listing [1]** 13/14
**lists [6]** 105/24 106/2 106/6 106/13 109/16 174/18
**literally [2]** 128/15 128/17
**litigation [3]** 151/1 153/8 153/25
**little [45]** 5/24 6/3 6/6 6/12 6/14 6/15 6/19 6/20 7/2 7/6 7/25 8/16 8/18 8/19 11/5 14/17 16/23 21/12 33/8 33/10 41/10 41/15 42/21 44/18 51/22 56/8 78/12 100/18 104/13 108/22 109/5 109/22 116/11 123/1 166/23 184/10 184/15 185/23 192/22 201/25 202/23 207/15 218/14 240/10 240/20
**live [21]** 11/21 21/10 28/5 46/6 48/24 52/2 55/3 61/15 81/23 122/24 123/8 123/9 129/6 141/13 203/8 230/23 230/24 232/7 232/8 233/12 240/4
**lived [20]** 21/11 21/17 41/3 41/13 41/22 61/9 108/22 109/5 109/7 109/8 109/8 109/11 109/12 109/17 113/21 129/3 187/23 211/24 232/5 232/6
**lives [4]** 53/8 53/9 53/25 240/14
**living [10]** 43/5 53/5 53/11 56/18 125/2 126/6 205/23 232/3 236/10 240/2
**local [1]** 40/4
**located [2]** 43/12 70/10
**location [6]** 6/25 21/16 111/7 123/19 141/4 227/2

**L**

lock [1] 206/20
Loco [1] 114/14
long [15] 8/12 27/17
55/21 55/21 101/21
132/16 132/16 155/2
174/21 186/19 197/6
197/6 201/5 240/25
249/13
longer [2] 123/8
142/16
look [21] 9/16 16/2
20/5 28/7 44/10 51/8
58/13 67/17 82/11
89/12 94/25 102/1
105/20 119/11 119/12
135/23 136/9 138/18
164/15 175/7 227/25
looked [5] 103/9
118/3 127/16 167/5
186/13
looking [9] 6/4 6/5
57/15 71/10 128/23
139/13 143/1 145/10
163/4
looks [9] 9/24 108/3
108/13 110/17 135/18
164/1 238/23 239/1
239/3
Los [1] 240/10
lose [2] 17/5 215/17
losing [1] 30/8
loss [2] 215/23
215/24
lost [3] 18/21 19/1
223/20
lot [38] 14/19 15/4
18/10 26/13 37/8 42/5
68/20 84/8 98/2
105/12 106/19 112/13
115/15 131/22 132/19
135/18 141/5 149/14
153/1 153/12 155/18
180/11 180/12 196/22
199/4 203/1 205/21
207/22 209/8 214/7
215/13 215/15 234/22
236/2 238/23 239/6
239/13 242/25
lots [3] 43/13 97/19
98/1
loud [10] 46/6 46/11
46/17 51/18 55/3 57/4
57/7 57/13 154/22
220/21
louder [3] 49/14
61/6 88/17
Louis' [1] 181/12
Louisiana [1] 185/10
love [4] 204/21
205/9 208/11 244/20

loved [1] 215/23
loves [1] 247/7
lower [3] 93/8 93/11
93/14
LUBETSKY [1] 1/15
Lugo [5] 97/24
115/11 115/15 115/22
161/18
lunch [1] 84/12
luncheon [1] 84/17
lying [3] 95/5 95/20
166/16

**M**

M-E-L-I-S-S-A [1]
184/2
made [29] 15/14
17/14 51/22 66/20
76/10 76/11 81/15
86/16 90/5 90/7 94/18
104/20 119/25 120/14
125/16 125/17 136/25
140/15 147/9 150/23
153/12 159/7 162/21
168/8 170/25 180/12
185/5 209/1 223/8
Maduro [1] 104/20
Magazine [1] 109/4
Magistrate [1]
181/12
mailing [2] 65/4
65/15
main [1] 6/2
mainly [1] 90/17
maintained [2] 72/1
78/5
majority [1] 75/3
make [35] 6/12 11/5
15/13 17/4 17/5 22/18
34/14 34/25 36/11
36/17 36/21 44/18
44/22 54/23 56/8
64/20 64/24 68/20
76/13 116/11 121/7
131/10 134/6 140/13
152/23 153/1 162/22
195/21 205/23 220/18
223/22 227/3 231/5
236/10 249/4
maker [1] 39/14
makers [1] 39/13
makes [2] 215/1
235/16
making [5] 15/13
94/19 94/22 131/13
189/17
man [4] 99/19
142/18 172/1 248/21
manager [29] 20/5
20/15 20/21 20/21
22/9 22/13 23/18
24/13 43/20 45/19

45/23 45/24 52/13
55/22 55/24 61/19
62/5 62/9 62/9 62/12
63/18 67/9 67/21 68/2
69/8 93/17 100/14
165/24 167/6
managers [1]
201/21
Manolo [1] 6/19
manufacturer [1]
132/12
many [39] 6/22 7/3
7/3 27/4 30/24 32/4
32/4 37/21 38/1 46/25
69/15 69/15 80/21
81/25 82/3 83/15
88/25 89/23 90/4 92/4
92/13 94/13 94/13
94/13 94/25 95/16
106/10 106/20 109/19
109/19 121/23 131/19
145/7 155/3 163/3
172/5 227/9 236/16
237/22
map [2] 82/11 130/3
Marc [2] 1/21 4/14
March [16] 41/5
41/6 44/23 44/23
44/24 52/11 53/19
128/11 130/8 130/9
148/11 158/2 158/7
158/9 158/10 181/9
March 12th [3]
158/2 158/9 158/10
March 3 [1] 181/9
Marcos [1] 104/9
Marcus [1] 119/18
Marine [4] 171/11
171/19 172/3 172/8
Mario [1] 102/11
mark [1] 164/5
marked [1] 164/3
Marlins [1] 106/25
marriage [1] 211/25
married [9] 186/17
186/18 186/19 186/20
211/21 212/13 213/9
237/7 244/24
MARTIN [5] 1/4
81/19 190/13 192/2
226/22
Mary [3] 115/11
116/5 161/18
mask [1] 58/1
Mason [2] 1/16 4/13
massacre [2] 241/15
241/23
material [1] 40/11
materials [3] 39/2
39/6 174/7
maternity [1] 185/20
matter [9] 5/8 17/11

32/2 38/10 40/1 68/13
119/5 195/7 250/4
matters [5] 27/8
27/9 32/4 72/2 149/4
Maurice [1] 92/15
Maxwell [4] 187/6
187/8 191/3 207/16
may [40] 1/5 4/1
4/16 4/21 5/3 5/11
17/24 30/19 50/13
50/19 50/21 64/21
69/23 70/17 84/20
84/25 85/5 85/7 85/17
86/24 100/24 121/16
129/21 139/21 140/4
142/7 142/13 142/15
147/12 148/4 152/10
157/16 164/6 173/14
180/15 180/22 196/2
215/2 241/4 241/21
may be [6] 4/16 5/3
50/13 50/19 84/25
142/13
maybe [15] 21/9
21/11 26/4 26/7 91/2
91/9 103/4 103/15
113/23 115/23 123/16
158/7 179/4 200/18
202/1
mayor [22] 18/20
18/22 45/9 45/18
45/23 46/1 46/10 51/2
51/17 52/6 52/12 55/6
55/9 55/11 131/21
162/14 169/1 169/1
169/2 170/9 170/12
187/14
mayor's [1] 92/14
MDCOE [1] 174/10
me [182] 5/21 8/19
9/1 9/2 12/21 13/10
13/15 13/21 17/3
17/16 17/17 18/2 19/8
20/12 21/18 24/3 28/8
28/9 31/12 35/22
36/18 37/10 38/8
38/13 38/18 39/24
40/2 44/3 44/10 47/7
47/22 48/14 49/14
49/25 51/5 51/8 52/10
53/3 53/3 53/4 54/3
56/1 57/11 60/21 61/8
63/20 64/11 65/23
65/24 66/8 67/14
68/13 70/2 70/9 70/25
72/24 73/13 75/9
75/21 76/5 76/16 82/1
82/1 86/5 88/8 93/10
93/23 94/14 95/1
95/23 96/2 96/7 96/9
96/10 96/15 98/5
101/6 102/7 102/13

102/16 103/3 103/9
104/6 105/5 111/19
111/19 115/17 119/1
119/22 120/1 120/18
120/21 121/7 121/22
121/23 121/24 122/19
125/1 125/7 125/10
126/3 126/20 126/22
129/12 133/13 133/17
134/8 135/11 135/12
135/18 136/11 136/12
137/4 138/7 140/16
140/17 140/24 143/12
145/1 147/1 147/21
148/18 149/9 151/20
151/24 152/18 153/17
153/23 153/23 156/8
156/24 159/14 163/3
163/17 163/17 163/18
163/20 166/10 167/5
167/19 170/8 170/9
170/12 170/12 170/19
170/19 170/20 170/24
170/25 171/3 171/6
171/13 171/16 172/22
173/3 173/8 178/12
178/15 180/4 183/9
184/15 185/10 186/12
186/14 186/15 200/16
202/20 205/2 207/21
208/17 215/24 216/20
217/3 218/2 218/18
219/2 222/7 237/21
238/17 239/2 244/18
247/23
meal [1] 221/3
mean [24] 28/12
41/9 42/18 61/14
63/14 63/25 96/19
96/20 96/23 106/25
108/12 109/9 115/12
133/20 134/3 154/8
159/1 164/15 213/7
226/16 228/20 232/20
234/8 244/17
meaning [1] 103/7
means [3] 100/11
142/19 226/17
meant [3] 41/11
93/20 107/1
Meanwhile [1] 16/4
measuring [1] 166/1
media [2] 17/15
249/11
medical [17] 201/16
203/22 213/21 213/22
213/24 214/15 214/18
219/9 227/22 227/24
228/12 228/15 229/3
229/4 229/9 245/5
245/8
medication [2]

**M**

**medication... [2]**
203/16 219/24
**medications [1]**
219/13
**medicine [1]** 214/4
**meet [5]** 54/1 54/9
63/19 186/21 200/17
**meeting [61]** 8/25
9/3 9/14 9/22 9/23
10/10 10/10 10/11
10/16 11/13 11/14
12/1 12/5 12/13 12/14
13/8 13/22 13/24 16/8
28/3 28/9 28/13 28/23
29/6 30/17 30/19
30/20 54/2 59/22
60/13 60/13 62/22
63/3 66/1 66/7 66/8
66/11 66/23 66/24
67/2 67/2 67/15 68/14
73/14 74/8 75/6 79/9
79/15 101/2 101/12
162/3 163/1 170/10
170/24 171/15 172/19
172/23 197/20 197/24
222/3 241/23
**meetings [22]** 10/12
11/17 27/21 27/23
28/1 28/4 29/8 29/9
29/19 31/5 74/13
74/13 198/8 198/16
198/19 199/3 217/9
221/16 221/18 222/2
241/11 241/14
**Melissa [5]** 180/21
184/2 184/6 211/11
241/6
**melting [1]** 210/13
**member [2]** 31/18
76/21
**members [14]** 27/5
28/20 37/20 50/18
58/14 84/24 142/12
162/4 163/4 163/5
196/1 212/16 212/18
212/20
**memory [3]** 17/2
156/2 156/4
**memos [1]** 173/9
**men [1]** 28/20
**mental [4]** 219/18
219/24 229/7 229/10
**mentally [1]** 209/20
**mention [3]** 19/3
129/11 192/12
**mentioned [16]**
16/21 21/7 31/13
58/23 62/5 65/7 66/20
92/18 120/19 129/9
155/21 196/9 215/8

237/14 240/20 243/14
**mentioning [3]**
33/21 93/13 220/14
**mercy [1]** 248/21
**merely [3]** 162/4
162/8 162/11
**message [2]** 111/25
112/3
**messages [1]** 247/23
**met [6]** 39/14 53/2
101/24 102/5 186/22
200/18
**meter [3]** 125/4
126/7 126/7
**Mexicano [2]** 200/1
200/9
**Miami [77]** 1/13
1/17 1/19 1/22 2/4
6/2 6/16 6/18 9/22
11/20 12/5 13/11
13/16 18/16 18/23
21/17 21/22 21/25
24/7 26/18 26/19
30/25 34/24 36/12
36/13 37/6 39/17
39/21 39/22 40/12
42/17 46/1 70/11
70/15 70/17 72/1
77/24 78/5 78/24
81/17 92/1 96/9 101/5
113/21 125/2 141/1
155/18 155/18 157/23
160/19 162/10 164/2
164/9 169/1 184/18
184/25 185/12 185/17
187/14 187/23 188/10
189/15 202/23 222/22
223/7 224/10 224/12
224/21 230/16 230/24
232/4 232/6 232/7
232/9 232/13 232/23
249/18
**Miami's [1]** 172/15
**Miami-Dade [9]**
125/2 157/23 160/19
169/1 230/16 230/24
232/9 232/13 232/23
**miamigov.com [1]**
46/3
**microscope [1]**
241/24
**middle [4]** 106/23
173/10 236/7 247/9
**midnight [1]** 97/23
**might [16]** 13/12
31/11 35/23 37/21
94/11 94/24 96/11
96/15 96/23 107/23
123/2 123/15 123/17
124/2 165/4 213/3
**military [11]** 169/7
169/21 170/1 170/7

170/15 170/17 170/19
170/23 171/6 171/23
172/3
**million [1]** 93/1
**millionaire [1]** 97/21
**millions [1]** 172/1
**mind [6]** 12/20 19/6
135/22 204/17 223/4
248/6
**mine [2]** 82/2 119/10
**mini [1]** 185/17
**minor [1]** 164/16
**minority [1]** 117/13
**minute [4]** 11/16
28/10 64/20 79/25
**minutes [21]** 9/13
9/22 11/13 11/14
12/14 21/9 21/11 64/3
76/2 139/15 142/21
143/6 144/18 144/21
145/7 145/11 145/13
173/20 232/24 232/24
241/3
**Miranda [2]** 104/5
120/20
**Miro [61]** 8/12 31/19
64/21 76/5 76/25 77/2
77/10 77/13 79/10
79/12 93/8 93/11
93/20 93/21 93/25
94/4 94/4 94/7 94/9
94/12 94/15 94/17
94/19 94/21 94/22
94/25 94/25 95/6
95/21 95/23 96/4 97/2
97/8 97/10 97/11
97/19 97/23 97/24
98/4 98/5 98/8 98/9
98/13 99/9 105/23
106/2 133/11 133/17
133/17 139/12 139/18
140/7 140/17 140/18
161/18 175/13 188/23
189/1 189/24 216/13
226/13
**Miro's [1]** 79/7
**Mischaracterizes [1]**
9/5
**misconduct [2]** 79/7
79/19
**missed [3]** 96/1
172/6 235/14
**mission [1]** 223/9
**misspeak [1]** 66/25
**misstated [1]** 144/10
**Misstates [1]** 145/19
**mistake [1]** 19/10
**mistaken [1]** 217/7
**Mitchum [1]** 190/14
**mm [2]** 195/23 226/6
**mm-hmm [2]** 195/23
226/6

**Moi [1]** 116/7
**Molina [1]** 189/18
**mom [3]** 216/1 216/2
216/5
**moment [9]** 12/12
38/18 39/24 40/2 50/6
88/2 101/24 173/22
239/22
**Monday [7]** 37/18
37/25 52/11 85/2 85/3
249/3 249/19
**monetary [1]** 181/16
**money [5]** 18/10
72/23 104/20 238/5
238/6
**moneys [1]** 125/10
**monitor [1]** 198/21
**monitors [1]** 204/6
**month [9]** 8/6 9/11
155/19 162/19 202/1
221/19 221/20 222/5
223/24
**months [9]** 8/2 8/3
69/15 76/7 115/16
122/14 193/15 239/17
239/17
**more [23]** 7/3 9/11
14/19 18/10 21/12
22/9 26/24 32/5 41/24
82/22 105/6 109/20
115/23 134/11 142/18
142/19 149/14 153/24
158/6 205/21 209/8
215/19 218/25
**Moreno [1]** 147/10
**morning [16]** 4/1
4/5 4/9 4/12 4/13
4/16 4/20 5/4 5/16
5/17 87/25 88/5 88/9
143/10 154/23 220/11
**Morris [2]** 80/11
80/15
**mortgages [1]**
236/11
**most [9]** 8/2 29/25
35/10 37/24 42/18
82/9 82/12 104/20
134/12
**mostly [1]** 94/16
**mother [11]** 61/11
91/16 96/1 129/2
135/6 135/9 139/20
215/25 216/14 216/15
216/16
**motion [19]** 75/13
147/1 147/9 147/17
148/8 148/9 148/10
148/14 148/19 148/20
148/22 149/10 149/14
149/18 150/4 150/11
181/12 205/12 245/19
**motions [2]** 149/14

150/23
**motive [4]** 213/5
213/7 213/8 237/3
**mourn [1]** 215/23
**mourning [1]** 215/24
**mouths [1]** 236/11
**move [44]** 8/19 10/2
10/15 11/11 12/3 18/2
19/2 39/16 44/15
51/10 56/4 72/7 73/14
78/23 83/21 93/5
112/24 114/15 127/1
128/23 130/14 136/14
137/21 141/23 147/13
147/16 148/23 149/19
156/11 159/15 160/6
185/5 203/4 204/9
205/10 206/22 207/3
213/17 234/9 241/16
242/3 244/7 245/21
248/22
**moved [11]** 41/8
41/9 128/12 129/9
129/13 134/24 159/14
184/20 184/21 185/17
186/11
**moving [3]** 65/23
195/13 235/4
**Mr [236]** 5/11 5/17
6/21 7/9 12/19 14/2
15/22 24/17 39/19
40/13 40/14 42/2
45/24 46/23 50/21
54/22 54/24 55/8
55/20 61/20 65/12
70/21 77/16 81/7 81/9
82/21 83/23 85/7
85/12 85/13 85/23
87/8 93/8 93/11 93/20
94/17 95/5 95/12
95/14 95/23 96/3 96/4
97/2 97/19 97/20
97/22 97/23 97/24
98/4 98/5 98/8 98/9
98/12 98/19 99/6 99/9
99/14 99/22 100/2
100/3 100/5 100/14
100/16 100/17 100/23
101/9 101/18 101/18
101/20 102/12 102/19
102/21 103/23 104/3
105/11 105/23 105/23
106/2 106/13 106/16
106/21 107/8 108/19
108/19 108/23 108/25
108/25 109/2 109/5
109/16 110/11 111/7
111/8 112/3 112/22
117/8 117/9 117/17
119/21 120/9 120/10
120/12 120/16 121/6
121/6 121/20 122/3

**M**

**Mr... [129]** 123/20
123/24 124/15 124/22
124/25 125/21 125/21
127/11 127/14 127/14
131/10 131/12 131/16
132/23 133/1 133/5
133/9 133/11 133/21
134/3 134/4 134/11
134/18 135/13 135/14
135/17 135/18 137/1
137/6 137/12 137/20
137/25 138/14 138/15
138/16 139/4 139/6
139/8 139/12 139/18
139/19 140/9 140/17
140/18 141/8 141/10
141/15 142/14 143/13
146/13 146/15 148/18
149/9 151/8 151/9
153/5 153/7 154/5
154/7 154/18 154/20
154/21 155/2 155/3
156/18 157/10 157/21
159/19 160/13 161/7
161/9 162/8 162/11
162/16 162/23 163/11
164/9 165/22 168/20
168/21 169/2 169/6
169/20 169/25 170/6
170/8 170/18 170/22
171/9 171/17 172/18
173/1 173/2 173/7
173/13 175/12 175/13
180/18 182/8 182/15
182/22 182/25 191/22
192/9 195/19 196/7
211/16 211/21 211/24
214/12 216/18 216/19
218/3 219/7 219/9
220/19 222/9 225/17
226/13 227/21 233/3
237/7 238/2 240/4
240/6 246/14 246/19
247/1 247/15
**Mr. [24]** 40/4 46/13
47/6 71/8 76/12 98/13
100/8 100/20 101/3
102/5 111/23 115/14
116/15 132/25 133/12
134/15 134/24 137/5
158/20 169/17 170/24
186/7 240/3 245/9
**Mr. Blom [1]** 76/12
**Mr. Carollo [1]**
137/5
**Mr. Cohen [1]** 71/8
**Mr. Colina's [1]**
100/8
**Mr. Fuller [9]** 100/20
101/3 102/5 111/23

116/15 133/12 134/15
158/20 240/3
**Mr. Garcia [1]**
115/14
**Mr. Gonzalez [2]**
169/17 170/24
**Mr. Gutchess [1]**
186/7
**Mr. Kuehne [2]**
46/13 47/6
**Mr. Leon [2]** 132/25
134/24
**Mr. Miro [1]** 98/13
**Mr. Pertnoy [1]**
245/9
**Ms [7]** 89/1 144/15
182/16 224/25 229/16
244/11 248/12
**Ms. [52]** 52/24 53/6
53/23 53/24 57/19
58/19 61/3 62/14
62/20 79/1 79/12
86/14 88/13 88/20
88/22 88/24 97/24
103/23 115/15 115/22
142/25 143/25 144/23
166/22 168/5 181/5
181/8 182/1 182/5
182/11 182/23 184/8
184/9 187/22 211/13
213/19 216/14 217/5
217/25 221/2 224/5
224/9 225/5 225/23
227/21 230/9 233/12
235/14 238/16 239/13
239/25 246/24
**Ms. Adele [2]** 88/22
142/25
**Ms. Bernheim [24]**
181/5 181/8 182/1
182/5 182/23 184/8
187/22 211/13 213/19
216/14 217/5 217/25
221/2 224/9 225/5
225/23 227/21 230/9
233/12 235/14 238/16
239/13 239/25 246/24
**Ms. Betancourt [1]**
182/11
**Ms. Christina [5]**
58/19 61/3 88/13
88/20 88/24
**Ms. Cohen [1]**
103/23
**Ms. Fuller [1]** 224/5
**Ms. Lugo [3]** 97/24
115/15 115/22
**Ms. Perez [5]** 52/24
53/6 53/23 53/24
57/19
**Ms. Quintana [2]**
79/1 79/12

**Ms. Romero [1]**
168/5
**Ms. Rosa [1]** 166/22
**Ms. Suarez [1]** 184/9
**Ms. Valencia [5]**
62/14 62/20 86/14
143/25 144/23
**much [29]** 12/20
15/7 35/16 37/25
43/24 45/1 45/21
52/17 68/14 68/14
74/17 75/25 81/3 91/9
91/10 110/6 115/8
115/23 128/25 137/23
138/20 142/16 167/1
205/19 206/6 218/10
218/11 244/20 246/13
**multiple [3]** 55/14
220/1 235/21
**municipality [1]**
165/8
**music [25]** 43/16
46/5 46/7 46/11 46/17
49/12 49/13 55/2 55/4
55/18 55/21 55/23
57/4 57/7 57/13 59/2
59/10 61/6 83/15 86/9
87/9 88/16 154/22
179/22 220/21
**must [4]** 70/15 98/24
149/13 158/4
**my [186]** 5/6 8/15
8/24 9/10 10/22 12/20
12/23 12/24 14/19
15/6 15/24 15/25 16/1
16/7 17/2 18/11 18/17
18/22 20/7 20/14
21/19 23/19 36/8
36/20 41/5 44/6 46/13
46/14 49/11 52/2
55/13 58/1 58/15
58/17 61/10 61/11
64/12 70/9 74/15
77/11 78/20 81/16
82/12 82/13 83/13
83/13 83/14 90/16
91/15 92/13 93/17
95/24 96/1 96/2 96/7
96/8 96/11 98/15
98/17 98/22 98/22
100/3 100/4 100/12
100/22 101/9 108/2
108/5 109/20 115/7
115/12 115/15 115/19
116/6 117/20 121/2
121/10 121/12 122/6
122/23 123/6 123/15
124/19 124/19 124/19
126/7 126/8 126/16
128/10 128/22 129/1
130/15 131/20 132/4
135/22 136/6 137/8

137/16 138/18 138/23
139/25 140/19 147/13
148/12 150/21 151/23
151/25 151/25 154/12
154/21 155/1 155/8
158/3 158/17 160/23
161/20 161/21 161/23
171/10 171/21 171/25
172/7 172/19 174/7
177/19 178/1 185/3
185/19 185/22 185/22
186/2 188/20 189/16
194/23 196/19 204/21
205/19 205/20 205/24
206/7 206/13 206/13
206/18 206/18 206/21
207/1 209/8 209/9
209/10 210/5 210/13
213/3 214/13 215/24
215/25 216/12 216/16
216/19 216/20 216/21
217/3 217/4 217/21
217/24 221/13 222/21
223/4 223/9 226/15
230/1 230/12 230/16
231/13 231/17 231/22
231/25 232/1 232/20
233/23 234/9 240/7
244/21 245/1 245/3
247/22 249/15
**myself [12]** 6/17
16/1 27/4 36/21 58/19
76/22 87/20 143/12
145/1 168/22 179/17
192/10

**N**

**name [22]** 10/19
10/22 43/8 43/9 92/14
104/4 105/4 117/14
119/17 119/19 121/11
121/11 160/23 183/25
192/12 197/25 216/21
224/7 231/15 244/19
244/21 245/1
**named [3]** 92/20
97/17 174/15
**names [3]** 11/2
104/4 187/5
**nanny [1]** 185/21
**narrative [11]** 13/18
22/5 23/25 47/4 83/20
100/12 102/2 192/24
242/12 242/17 247/24
**near [3]** 88/21
106/24 115/7
**nearby [1]** 21/10
**necessarily [1]**
94/24
**necessary [1]** 14/16
**need [18]** 16/12 24/3
57/24 65/4 91/1 99/6

123/3 149/17 165/5
172/5 174/5 175/6
179/3 179/4 179/5
213/22 232/14 247/6
**needed [4]** 89/25
165/15 186/12 242/22
**needs [1]** 117/25
**negative [1]** 43/16
**neglected [2]** 162/7
162/10
**neighborhood [12]**
53/8 53/9 53/10 54/2
109/17 109/18 192/21
230/15 230/19 231/1
231/3 243/16
**neighborhoods [1]**
89/24
**neighboring [1]**
244/5
**neighbors [2]** 231/4
244/12
**nervous [1]** 61/12
**never [34]** 13/16
18/14 25/5 25/6 25/9
82/14 105/7 106/16
106/17 106/18 109/12
118/13 119/2 123/11
123/14 125/21 126/19
126/22 127/5 127/14
134/12 155/21 159/4
166/15 167/19 172/11
198/21 212/2 213/20
213/24 217/12 224/7
228/25 234/10
**nevertheless [1]**
98/7
**new [16]** 26/3 55/21
55/24 130/3 130/12
130/15 141/23 173/18
179/10 185/9 185/12
236/14 236/14 236/14
236/15 236/15
**news [2]** 5/7 249/10
**newspaper [2]** 5/7
249/10
**next [34]** 10/23 14/3
24/8 24/8 45/6 47/5
56/18 56/23 71/2 71/5
71/9 71/10 87/13
87/19 113/10 144/17
145/3 148/19 152/9
154/2 166/20 173/15
180/19 198/21 198/22
202/18 207/6 225/3
225/4 225/9 242/16
245/17 245/21 247/15
**niece's [3]** 188/20
189/16 189/21
**night [42]** 16/22
16/23 17/3 24/10
37/21 43/11 49/1
53/17 60/19 61/5 61/7

**N**

**night... [31]** 61/18
85/15 87/12 87/17
88/7 88/16 88/17
94/12 94/14 97/24
98/5 111/8 115/14
119/3 146/4 154/23
154/25 197/10 200/13
204/15 220/6 220/8
220/10 220/20 225/15
225/22 227/4 227/17
227/19 236/7 247/10
**nights [2]** 220/7
220/14
**nine [1]** 206/18
**Niworowski [1]** 1/12
**no [234]** 1/2 5/8
7/10 7/20 8/2 8/9
8/11 10/5 12/8 14/7
16/25 17/11 19/5 19/7
20/8 21/24 22/11
22/20 22/22 23/9
23/16 25/4 25/22 26/5
29/1 29/5 29/25 29/25
31/2 34/9 35/18 35/21
36/5 36/18 36/23 37/6
37/13 37/20 38/10
39/18 39/20 39/21
39/22 42/2 44/1 44/10
47/3 48/1 48/3 51/9
55/11 59/16 60/11
60/23 63/14 64/13
69/20 70/24 74/4 75/6
77/3 77/6 77/14 79/8
79/11 79/17 79/21
79/24 81/7 81/9 81/12
81/14 81/14 81/14
81/17 83/5 83/7 83/10
83/17 84/4 86/2 86/3
87/2 90/16 91/23
91/23 92/7 93/20
97/15 98/12 98/22
99/1 99/11 102/12
106/15 106/24 109/19
110/25 111/17 111/24
112/11 112/17 113/19
114/14 116/24 118/13
120/3 120/6 120/7
120/13 123/2 123/8
124/10 126/13 130/8
132/19 133/18 133/21
135/9 135/11 138/17
139/3 139/8 140/18
140/25 143/15 143/17
143/21 143/25 145/2
146/9 146/11 152/13
152/15 152/21 155/3
155/10 156/4 156/20
158/10 159/7 161/19
161/20 162/9 162/13
162/17 162/18 163/8

163/25 164/6 164/22
166/14 167/12 167/22
168/1 168/3 170/14
170/18 170/18 170/22
171/13 172/24 173/4
173/15 178/15 179/9
179/24 183/7 183/19
189/22 190/22 190/23
198/17 207/9 207/20
211/7 211/20 212/3
212/6 212/8 213/22
214/5 215/1 215/5
215/15 215/6 215/7
215/8 216/16 217/10
217/21 218/4 218/7
219/11 219/19 219/22
221/9 221/10 221/25
223/4 224/2 224/8
224/13 227/2 227/6
227/18 227/20 228/13
229/15 231/10 231/13
232/5 233/23 234/15
235/1 235/4 235/7
236/5 237/17 237/22
238/3 238/6 240/7
240/23 244/17 244/18
246/7 246/10 246/10
247/2 247/5 248/15
249/1 249/7
**nobody [3]** 20/3
32/8 88/4
**noise [28]** 33/1
41/22 41/24 42/1 42/4
43/11 43/25 45/25
47/23 50/4 50/24 51/1
51/18 52/6 52/12 53/4
53/13 55/7 55/10
55/12 55/14 55/15
58/22 58/23 129/1
143/25 146/11 146/12
**non [2]** 182/5 204/25
**Non-responsive [1]**
204/25
**non-sequestration**
**[1]** 182/5
**none [5]** 7/16 16/20
19/1 62/4 80/20
**noneconomic [4]**
181/24 182/9 182/14
182/20
**Nope [2]** 156/11
222/23
**nor [2]** 146/10
181/20
**Noriega [6]** 61/20
165/22 166/10 166/13
166/15 166/17
**normal [4]** 65/13
206/10 236/12 243/15
**normally [2]** 25/25
196/20
**North [1]** 186/12

**not [331]**
**note [1]** 137/24
**notebooks [1]**
249/14
**notes [3]** 44/6 64/12
88/2
**nothing [17]** 8/17
42/9 42/11 62/11 99/2
113/9 120/11 133/23
136/10 144/2 146/5
147/21 179/9 179/18
180/13 215/18 222/22
**notice [3]** 72/19
198/7 203/12
**noticed [3]** 28/13
66/9 66/9
**notifying [1]** 34/3
**notion [1]** 14/17
**November [12]** 6/25
8/12 8/19 94/1 94/3
94/7 112/3 115/6
132/24 187/25 200/19
210/16
**November 18th [3]**
94/1 94/3 200/19
**November 21st [2]**
112/3 115/6
**November 27th [1]**
132/24
**November 30 [3]**
6/25 8/12 8/19
**now [69]** 8/18 11/10
12/23 14/5 15/17
16/17 16/21 26/3 27/2
31/12 31/18 35/23
41/21 42/13 44/15
49/16 49/20 53/19
54/23 56/2 56/2 56/15
58/22 59/17 64/6
67/21 70/14 71/24
73/14 82/1 84/12
88/20 94/4 105/23
108/17 108/19 118/7
118/7 119/15 120/16
126/11 126/16 127/11
128/10 130/16 132/18
133/20 140/9 140/19
140/24 141/23 147/6
150/25 164/21 165/24
167/2 175/21 197/9
201/7 205/22 206/2
223/1 223/17 224/3
224/12 232/6 232/10
234/3 236/23
**nowhere [2]** 88/21
106/24
**nuances [1]** 236/18
**number [27]** 4/6
54/24 78/14 85/25
86/2 87/4 98/2 98/13
105/18 112/20 118/21
118/23 119/1 120/6

120/9 122/12 129/4
131/16 146/9 146/14
163/25 164/21 169/10
225/3 230/16 236/9
249/13
**numerous [4]** 15/18
75/11 90/11 104/6
**NW [3]** 1/13 107/3
240/12

**O**

**oath [6]** 79/16 79/19
116/13 167/8 174/13
176/1
**object [15]** 39/23
71/3 73/17 76/17
77/18 78/25 83/20
104/21 105/16 156/16
156/25 157/1 179/22
182/1 234/14
**objecting [1]** 181/4
**objection [246]** 9/5
10/4 10/5 12/6 12/8
13/4 13/18 19/19 20/7
20/8 22/5 23/22 23/23
24/22 28/16 32/17
32/22 33/16 33/22
34/7 38/17 38/19
39/18 40/6 42/7 44/8
44/11 46/18 46/20
47/1 47/2 51/6 51/7
51/9 51/11 57/6 64/13
68/9 69/5 72/9 72/12
72/16 72/25 73/6 77/3
79/4 82/20 87/1 87/2
93/4 93/4 93/5 95/8
96/22 97/5 105/8
105/14 107/14 108/6
108/8 108/17 110/25
111/10 111/12 112/24
114/7 114/15 114/21
115/2 121/2 121/7
121/8 121/9 121/15
121/18 122/9 125/22
127/3 127/4 129/17
130/5 130/19 130/20
131/1 131/6 131/12
132/2 132/13 133/24
134/20 136/16 136/17
137/2 137/23 144/8
145/17 145/18 147/3
147/18 147/19 148/2
148/25 149/2 149/6
149/21 150/6 150/12
150/25 151/7 151/9
152/5 152/7 152/19
153/4 153/6 153/7
153/25 154/2 154/15
156/5 156/15 156/23
159/10 160/7 160/15
164/1 164/6 164/18
164/20 166/3 166/17

169/8 169/22 170/2
174/24 175/3 176/4
176/8 176/20 176/21
177/9 177/10 177/15
177/18 177/24 180/1
182/6 186/24 187/19
188/14 188/24 189/7
190/1 190/9 190/21
190/22 190/23 191/8
191/21 192/6 192/14
192/24 193/5 193/10
193/17 194/2 195/2
196/12 196/24 197/11
197/12 198/3 198/10
198/23 199/10 199/19
200/4 200/22 201/10
201/16 201/22 202/7
202/15 202/18 203/4
203/22 204/25 205/5
205/10 205/13 206/1
206/14 206/22 207/3
207/8 207/9 208/2
208/13 208/21 209/14
209/24 210/25 211/2
212/21 213/14 214/17
216/22 218/21 219/15
220/22 224/16 225/19
226/18 228/8 229/19
230/4 230/21 232/18
235/23 236/25 238/19
239/9 239/20 240/15
240/21 241/16 241/20
242/1 242/10 242/17
243/8 243/18 243/25
244/7 244/23 245/12
246/15 246/21 247/3
247/11 247/17 247/24
248/3 248/9 248/17
248/22
**objections [3]** 138/3
163/22 210/7
**obligated [1]** 151/4
**obligation [9]** 20/4
63/16 138/24 147/13
151/11 151/19 152/2
153/15 153/16
**obligations [2]** 20/1
205/24
**observed [8]** 35/21
35/22 36/20 167/10
201/8 204/14 205/16
248/13
**obsessed [4]** 217/3
217/4 217/6 244/14
**obsession [1]**
222/21
**obtain [1]** 7/7
**obvious [4]** 13/7
13/9 79/2 115/5
**obviously [3]** 191/18
220/15 242/21
**occasion [4]** 40/10

**O**

occasion... [3] 64/7
79/23 174/20
Occupancy [1] 246/6
occurred [3] 143/10
143/14 144/24
occurrence [1]
243/16
Ocho [15] 31/20
32/15 32/21 33/8 33/9
41/3 42/21 64/9 82/10
106/23 106/24 110/4
123/1 128/13 162/20
October [23] 9/22
10/9 12/1 14/12 48/9
49/1 49/20 55/20 86/7
86/13 86/15 86/17
87/17 87/23 143/2
143/5 144/14 144/14
145/4 145/8 145/9
145/10 145/11
October 10th [1]
145/9
October 11 [4] 9/22
10/9 12/1 14/12
October 9 [1] 86/15
October 9th [7] 86/7
86/17 87/17 87/23
143/2 144/14 145/8
off [9] 7/17 36/12
37/4 54/17 114/2
128/13 230/15 230/19
232/14
off-duty [3] 230/15
230/19 232/14
offer [2] 133/5
133/22
offered [2] 72/14
233/10
offering [2] 69/2
134/6
office [26] 7/23 8/13
32/14 34/5 46/13
46/14 52/19 52/24
53/20 53/21 54/3
54/25 71/18 76/22
76/24 78/1 98/22
113/19 114/2 114/19
114/25 141/6 156/1
173/3 173/11 201/25
officer [22] 62/2
86/23 172/3 186/16
191/18 191/19 227/6
227/7 227/11 227/13
227/15 227/16 230/16
230/20 231/5 231/17
232/11 232/13 232/15
232/21 232/22 232/22
officer's [1] 231/15
officers [2] 227/9
227/9

official [28] 6/8 6/9
6/10 6/10 6/16 6/20
7/4 7/5 7/6 7/8 7/11
9/13 9/22 9/24 12/4
28/24 31/11 67/15
71/17 72/2 76/13 98/9
131/21 135/19 155/14
171/3 177/1 250/8
officials [5] 24/11
101/10 122/15 132/10
162/14
Offstreet [2] 34/19
34/23
oftentimes [2]
212/15 242/15
Oh [7] 43/4 98/22
145/10 156/16 223/1
224/7 230/11
okay [172] 20/10
20/16 20/24 21/10
21/13 21/15 22/8 30/1
31/3 31/24 32/10
32/14 36/15 36/19
39/15 41/2 41/7 41/9
41/17 41/21 42/23
43/15 43/23 45/6
48/10 48/15 48/18
49/6 49/16 51/25
53/16 53/19 54/5 56/1
57/22 58/7 58/20
62/13 64/2 64/24
64/25 65/23 66/18
67/2 67/23 68/21
69/23 70/8 76/20
78/14 85/18 86/8
86/20 89/6 89/9 89/12
89/13 89/20 93/19
93/21 95/19 101/1
102/12 105/3 105/8
105/14 105/23 106/11
106/21 107/8 107/12
108/16 109/13 109/14
110/8 110/20 110/22
111/2 112/12 112/19
112/22 113/12 116/8
116/13 118/11 118/18
119/4 119/7 119/11
122/25 127/1 127/18
128/10 130/12 132/18
132/21 134/23 135/12
136/9 139/16 141/20
145/10 146/13 148/18
149/9 149/19 150/9
150/22 152/16 153/12
154/5 155/4 157/16
158/1 158/22 161/10
161/22 162/1 162/10
163/6 163/10 164/15
165/16 166/22 167/2
168/12 168/23 170/16
182/24 183/15 183/15
186/17 187/25 204/19

211/19 212/2 212/9
212/12 213/1 213/5
213/24 214/6 214/14
215/8 219/8 219/12
220/14 221/13 224/5
224/9 225/2 225/10
225/14 225/25 226/7
226/25 227/3 227/21
228/17 229/3 230/2
230/9 231/5 232/8
233/5 233/14 233/16
233/19 235/11 237/14
237/19 238/10
old [10] 61/11 81/2
107/1 187/7 196/19
206/19 206/21 207/1
216/8 220/19
on [337]
once [4] 78/6 101/13
202/1 212/9
one [117] 8/4 10/20
10/22 28/1 34/21
35/24 41/25 42/2
42/20 45/25 51/9
54/22 57/25 59/5
63/23 75/10 76/12
76/24 79/25 81/14
81/14 81/17 86/4 86/7
86/16 87/11 89/8
89/10 90/12 90/12
90/21 92/2 92/22
94/15 95/3 95/3 98/2
98/13 99/11 104/6
104/12 104/16 104/25
105/18 108/4 110/14
116/25 117/2 117/3
117/5 117/7 117/7
119/20 119/22 120/18
120/19 122/7 122/14
123/16 123/17 125/9
128/16 128/22 128/24
134/4 135/21 136/5
137/18 138/9 138/10
138/11 138/12 140/23
143/2 144/1 145/3
146/9 148/17 149/14
150/9 156/21 160/7
161/10 162/4 162/6
167/6 167/12 169/10
171/21 173/8 175/5
175/11 175/12 179/13
183/6 199/14 201/20
215/23 218/11 222/1
222/4 222/13 222/24
223/1 225/10 227/11
228/18 230/12 233/21
234/1 235/11 238/4
239/25 242/16 247/7
247/22 248/21
one's [1] 71/1
one-time [1] 233/21
ones [5] 25/12 81/17

118/19 119/25 207/15
ongoing [1] 68/7
only [46] 13/10
17/23 18/21 29/5
35/13 41/25 42/2 53/9
65/21 75/2 79/1 81/17
86/16 90/22 95/25
96/2 104/4 106/15
106/20 107/15 109/2
110/5 120/2 125/15
128/10 141/18 143/6
148/17 152/3 154/21
157/4 167/18 172/13
182/20 182/21 197/9
198/8 198/9 208/12
211/15 221/19 221/19
222/14 222/17 241/24
249/18
open [9] 24/12 28/2
28/4 29/5 123/10
125/8 126/10 183/21
189/10
opened [4] 18/13
57/18 185/22 245/13
operate [3] 37/11
59/6 70/17
operates [1] 119/2
operating [3] 70/11
96/10 162/11
operation [1] 22/15
operations [1] 85/3
operators [1] 197/5
opinion [10] 141/25
167/16 181/22 201/16
203/22 206/23 214/20
238/8 241/18 247/11
opinions [2] 84/13
195/7
opponent [2] 18/11
81/16
opportunity [5] 29/2
29/7 180/14 221/8
245/18
opposite [1] 175/14
opposition [2]
176/19 176/24
optimism [1] 200/14
optimistic [1]
210/17
or [157] 7/7 7/12
7/18 8/1 8/7 9/11
9/11 11/23 12/14 14/2
14/21 15/22 17/16
19/4 21/9 23/20 24/8
24/13 27/4 27/25 31/6
31/14 34/5 34/14 35/2
35/21 36/4 38/11
38/11 39/10 39/12
43/16 46/10 49/4 54/2
54/3 56/23 58/1 58/15
60/13 61/5 62/15 63/1
65/8 65/10 65/14

70/23 74/14 75/4
77/16 81/10 81/13
81/24 86/22 87/18
88/15 90/20 91/8
91/10 92/7 92/23 94/5
94/6 94/10 94/20 97/4
97/10 97/13 97/16
98/4 99/9 102/12
103/20 104/8 106/9
107/23 108/10 108/20
108/20 109/3 111/19
112/18 112/21 112/21
114/14 118/1 118/15
119/5 119/23 120/3
123/8 123/8 123/16
124/2 124/19 125/13
126/13 127/16 128/7
128/12 130/24 133/5
133/17 133/22 136/19
138/9 138/11 139/4
139/8 140/2 141/21
141/25 145/2 146/10
146/22 147/15 147/22
152/13 152/13 153/15
153/18 154/14 162/18
163/8 165/10 166/10
167/19 168/17 168/18
170/14 170/22 176/17
179/5 181/2 181/3
181/13 181/23 182/25
193/15 201/9 202/23
202/24 215/21 217/11
218/10 223/2 223/5
223/7 223/25 231/13
232/12 232/24 236/6
247/22 247/22 249/4
249/18
orange [4] 106/22
106/25 107/1 110/10
oranges [1] 165/17
order [18] 4/4 21/22
25/21 36/3 49/18
49/19 69/18 72/19
84/22 101/19 146/16
147/10 160/1 160/8
161/24 175/15 181/12
181/14
ordered [3] 70/19
161/17 165/12
orders [4] 22/18
27/17 95/24 96/21
ordinance [4] 59/7
75/4 153/19 242/4
organization [5]
7/20 162/23 162/24
162/24 209/2
organize [1] 105/24
organizing [1]
189/18
original [3] 132/3
151/21 163/4
originally [7] 96/8

**O**

**originally... [6]**
158/3 167/7 186/8
186/21 186/22 200/18
**Orlando [3]** 100/8
100/10 227/17
**Orleans [2]** 185/9
185/12
**Orlofsky [1]** 174/15
**Ortega [4]** 104/14
105/2 120/17 120/22
**other [60]** 6/22 7/20
8/3 22/2 26/19 27/4
28/24 32/12 33/20
60/12 60/14 60/15
64/1 66/19 66/20
66/21 67/12 74/16
74/19 75/21 75/23
76/5 81/14 81/15
82/17 89/6 90/18
90/24 92/4 93/16
94/21 95/16 104/8
110/3 119/5 120/1
120/16 126/24 133/14
140/25 141/11 153/14
153/15 155/15 155/18
162/14 167/15 173/8
181/17 183/11 203/3
213/8 218/25 221/21
233/23 234/6 236/13
237/25 239/4 242/6
**others [7]** 31/4 34/6
42/22 67/2 90/4 110/2
155/3
**otherwise [1]** 135/4
**our [29]** 6/21 10/11
32/7 36/14 36/22
45/25 46/7 55/4 56/18
64/13 70/13 99/19
99/19 149/18 155/23
156/21 172/16 181/22
182/6 196/9 199/4
199/4 204/18 206/9
236/20 236/20 237/11
243/6 244/13
**ourselves [1]** 236/17
**out [69]** 8/1 9/25
14/4 17/16 23/17
23/20 23/20 24/9
26/21 28/2 29/4 33/15
38/1 40/25 46/12 54/3
60/18 77/10 83/18
89/5 90/17 91/11 93/1
108/21 117/8 122/16
123/16 124/3 131/10
133/5 133/14 135/22
146/4 146/6 156/1
160/13 163/11 168/5
169/2 171/10 171/14
173/3 173/10 174/23
177/5 177/15 181/2

181/3 183/8 185/9
185/16 189/10 189/19
191/6 196/22 198/20
203/18 204/23 205/2
224/22 227/4 227/6
227/7 230/18 231/6
233/17 236/21 237/24
244/4
**outside [26]** 32/7
75/8 119/5 126/8
189/23 191/17 192/2
205/5 212/21 213/14
225/19 230/12 231/19
231/19 231/22 232/16
233/7 233/22 233/23
234/9 234/17 240/16
240/21 243/1 243/4
243/13
**outspoken [1]**
187/24
**over [33]** 15/22 16/2
25/18 25/20 27/8
27/12 43/13 50/3 50/5
95/15 99/19 100/2
100/3 100/6 100/7
100/14 101/10 115/22
117/19 119/23 120/8
120/25 122/7 125/8
168/14 170/24 184/21
185/14 218/24 218/24
230/18 249/9 249/12
**overeating [1]** 221/3
**overruled [71]** 34/8
42/8 46/22 57/9 73/10
73/19 75/14 77/5
77/22 115/4 126/1
127/7 129/21 132/5
132/15 145/21 148/2
151/13 152/8 152/20
153/9 159/12 160/15
166/7 170/3 177/25
188/25 189/8 191/9
191/23 192/15 192/25
193/6 194/3 195/3
197/1 198/5 200/6
200/24 201/11 201/18
201/24 202/9 202/12
203/25 204/2 204/12
205/1 205/7 206/16
206/25 208/23 211/5
216/24 218/22 229/20
230/22 232/19 234/18
241/21 242/2 242/11
242/19 244/2 244/25
245/13 247/4 247/18
248/4 248/18 248/24
**overseeing [1]**
34/18
**overwhelmed [3]**
15/10 15/10 206/12
**overwhelming [1]**
199/7

**own [21]** 6/21 14/19
15/8 20/14 36/21
43/23 49/6 61/8 64/13
95/1 95/23 97/3
118/18 118/21 126/8
138/1 153/16 185/22
201/15 201/19 236/18
**owned [3]** 117/8
139/19 185/14
**owner [2]** 104/12
117/15
**owners [8]** 31/14
34/6 40/11 40/13
82/17 102/22 134/4
155/4
**owners' [1]** 155/5
**owns [3]** 70/9 92/2
119/14

**P**

**P-R-O-C-E-E-D-I-N-
G-S [1]** 4/2
**p.m [10]** 7/1 59/6
112/6 143/11 144/15
144/24 145/4 145/8
195/6 249/22
**pace [1]** 6/7
**pacing [1]** 220/6
**page [22]** 10/15
10/16 10/20 10/20
10/22 10/23 11/11
11/11 12/13 71/5 71/5
71/9 71/10 100/24
102/17 103/23 103/24
148/17 149/15 156/17
157/12 182/18
**pages [9]** 26/13
103/24 105/12 142/18
142/19 142/22 174/12
174/16 174/17
**paid [5]** 37/20
125/12 126/17 230/19
231/1
**palm [1]** 235/1
**palpitations [1]**
200/13
**pandemic [3]** 222/15
222/16 248/14
**paper [1]** 171/12
**paperwork [6]** 103/1
103/2 103/3 103/5
103/13 105/11
**parade [2]** 95/21
95/22
**Paradise [2]** 43/7
43/8
**paragraph [1]** 178/9
**paranoia [1]** 202/20
**paranoid [5]** 200/14
201/15 201/19 210/20
213/20
**parent [1]** 215/20

**parents [1]** 229/2
**Paris [1]** 184/22
**Parjus [1]** 161/18
**park [8]** 6/25 83/16
92/9 92/10 92/16
92/19 92/20 92/25
**parked [17]** 119/2
227/11 230/10 230/11
231/22 232/16 233/7
233/17 233/22 233/23
234/9 234/17 234/20
234/24 235/3 243/1
243/4
**parkers [1]** 34/14
**parking [30]** 33/6
34/11 34/12 34/18
34/19 34/22 34/23
35/2 35/4 35/6 35/7
35/9 35/11 35/14
35/17 35/19 36/13
36/16 97/19 98/1 98/2
118/12 118/14 118/14
118/16 119/3 154/24
165/18 165/21 166/16
**parks [1]** 92/13
**part [46]** 15/24
21/13 29/25 37/24
39/2 39/5 42/18 44/22
45/6 45/9 46/4 48/14
49/16 57/18 63/11
63/13 64/6 66/15
66/16 77/24 88/8
90/16 90/22 92/2
93/24 108/25 113/4
113/7 121/11 127/19
128/3 128/4 130/16
131/19 131/20 154/1
160/8 162/17 164/21
170/10 174/18 176/11
176/13 177/1 181/12
189/10
**partake [1]** 189/21
**participate [2]** 91/13
91/15
**particular [8]** 18/25
32/15 33/15 34/5 37/7
58/17 65/14 149/23
**particularly [5]**
30/20 63/17 94/20
131/20 205/3
**parties [4]** 57/24
58/3 136/22 151/19
**partner [4]** 72/23
117/14 184/22 189/18
**partners [1]** 223/10
**parts [1]** 92/4
**party [31]** 14/13
19/2 19/4 19/10 19/13
19/17 136/19 150/5
152/2 155/12 162/19
162/21 183/1 188/21
189/21 190/8 190/12

190/13 190/16 190/18
190/22 190/25 191/7
191/15 191/20 225/23
226/23 226/25 227/12
246/7 246/10
**passed [2]** 241/25
242/4
**passing [1]** 153/19
**past [2]** 18/19 21/18
**patio [7]** 57/14 57/16
58/24 59/2 122/15
123/10 123/11
**pattern [1]** 194/7
**pause [1]** 50/6
**pay [8]** 125/10
206/20 230/25 236/11
236/20 237/11 237/12
238/1
**pays [1]** 230/15
**Peloton [1]** 229/23
**pending [3]** 47/3
148/9 148/21
**Pentagon [1]** 171/10
**people [69]** 16/14
17/25 18/7 18/9 20/4
25/10 26/24 33/12
38/8 40/15 40/16
40/18 42/6 45/4 46/10
46/24 48/17 48/24
49/21 80/7 80/9 81/25
82/4 90/17 91/7 94/13
94/13 95/4 95/19
98/20 98/22 99/13
103/8 103/10 104/8
106/20 109/22 113/23
115/6 115/16 119/20
120/2 120/14 122/7
122/18 122/24 123/4
134/12 134/16 134/18
141/12 154/25 155/15
162/7 171/9 172/5
172/13 172/22 193/2
194/7 197/18 202/25
204/23 208/9 215/1
220/18 220/19 227/15
243/7
**people's [1]** 220/17
**Pequena [2]** 5/20
5/23
**percent [7]** 84/3
110/5 117/10 118/10
118/10 223/1 236/24
**percentage [1]**
117/15
**Perez [15]** 45/17
45/18 52/24 53/1 53/1
53/6 53/23 53/24
54/20 54/25 56/11
56/13 57/19 57/22
58/19
**Perez's [5]** 61/3
88/13 88/20 88/24

**P**

**Perez's...** [1] 89/2
**perfectly** [1] 246/10
**performance** [2]
62/24 63/1
**perhaps** [1] 222/23
**perimeter** [1] 110/1
**period** [3] 117/9
160/4 215/11
**perjury** [1] 176/2
**permission** [3]
160/5 233/6 234/11
**permit** [10] 7/13
7/15 7/18 7/20 35/1
70/11 70/14 70/16
81/1 182/4
**permits** [20] 7/7
7/10 7/11 7/12 7/17
7/24 34/25 35/2 59/9
97/13 120/3 120/3
155/19 164/22 165/5
165/15 179/3 179/4
179/5 239/19
**permitted** [2]
155/24 216/10
**Perry** [2] 185/18
186/10
**person** [18] 54/8
56/11 93/9 93/12
99/15 116/4 120/16
157/2 200/20 201/2
202/3 203/15 207/2
218/25 219/23 220/16
229/1 231/18
**personal** [4] 154/20
155/6 241/18 241/18
**personally** [11]
41/21 41/23 41/24
178/15 181/16 187/11
191/22 192/10 217/2
231/10 232/5
**perspective** [1]
199/18
**persuade** [2] 75/19
75/21
**pertain** [1] 71/23
**pertaining** [1] 77/25
**pertinent** [1] 71/6
**Pertnoy** [3] 1/16
4/14 245/9
**philosophy** [1] 18/15
**phone** [18] 54/11
60/24 61/1 85/14
134/9 134/10 134/11
188/22 189/1 189/6
189/17 189/24 209/22
225/18 226/7 226/8
226/9 231/17
**photo** [11] 167/3
167/4 167/7 167/9
167/9 167/16 167/21

**photograph** [1]
238/16
**photographs** [2]
231/18 239/4
**phrase** [1] 28/10
**phrasing** [1] 60/18
**physical** [4] 201/8
203/12 221/10 222/18
**physically** [2]
209/19 210/20
**picked** [3] 93/21
93/23 93/23
**picture** [11] 6/17
6/17 107/18 108/8
171/13 225/4 225/4
225/7 234/19 238/14
242/25
**pictures** [2] 57/25
119/11
**PINILLA** [7] 1/4
40/14 81/20 117/9
125/21 127/14 182/25
**Pitbull** [2] 6/6 6/22
**place** [14] 7/19 7/20
25/21 26/1 29/5 48/21
107/10 117/10 123/16
125/5 189/3 196/11
214/25 231/11
**placed** [2] 80/16
166/25
**placement** [2]
164/10 164/11
**places** [5] 22/23
75/11 110/3 128/20
154/24
**placid** [1] 29/20
**plaintiff** [11] 4/8
44/9 131/23 131/24
156/17 179/6 180/18
180/18 238/3 238/7
240/6
**Plaintiff's** [4] 110/15
110/25 136/15 157/20
**plaintiffs** [31] 1/5
1/10 4/10 16/3 18/11
48/16 55/22 81/14
81/22 82/14 83/4 83/6
95/17 97/15 116/23
117/5 118/8 118/18
118/21 124/4 150/4
150/16 150/20 164/17
174/6 180/20 181/16
181/19 181/23 182/16
238/13
**plaintiffs'** [40] 3/5
3/8 15/8 64/11 64/12
64/16 64/20 65/17
66/6 87/6 116/8
124/11 124/14 127/9
132/23 137/21 146/18

148/3 148/24 149/20
156/8 159/25 160/16
164/7 174/9 174/12
175/15 175/18 178/18
178/21 179/7 179/11
181/6 181/13 181/13
182/9 190/20 205/12
207/7 238/14
**plan** [2] 90/16 90/22
**plans** [1] 221/3
**plant** [2] 91/25 92/2
**play** [2] 12/15 67/18
**played** [15] 11/20
11/21 11/21 12/16
28/2 47/17 47/20
48/19 49/21 59/21
67/19 67/24 68/24
73/16 73/20
**playing** [2] 55/18
154/22
**plays** [1] 218/15
**please** [36] 4/8 4/22
10/24 40/2 44/19
45/24 50/8 50/14
50/15 54/3 56/9 65/7
82/16 85/6 85/21
96/18 106/1 116/11
121/25 126/14 142/5
170/4 174/18 178/23
180/23 183/22 183/25
184/1 195/12 195/17
196/2 230/2 233/5
241/13 245/11 246/11
**plus** [1] 244/3
**point** [24] 26/3
30/19 41/3 63/1 68/25
73/21 77/16 104/7
108/2 125/16 125/18
127/21 128/10 133/11
151/22 163/11 164/15
199/8 199/15 200/1
209/11 212/12 221/13
239/18
**points** [1] 47/17
**pole** [4] 122/21
122/23 123/5 123/6
**poles** [2] 122/25
123/2
**police** [35] 30/23
87/20 90/1 100/6
143/12 143/16 144/25
172/6 179/17 191/10
191/16 191/18 194/7
227/4 227/6 227/6
227/9 227/11 227/15
230/13 230/14 230/16
230/19 232/11 232/13
232/21 233/24 234/2
234/3 234/5 234/6
235/9 235/10 243/24
246/3
**policy** [2] 18/5 27/3

**policymaker** [1]
16/12
**polite** [2] 62/1 63/15
**political** [9] 13/3
18/22 75/16 83/8
114/6 164/22 175/10
178/25 179/3
**politically** [1] 17/16
**politician** [2] 113/25
187/23
**politics** [4] 17/24
17/24 82/3 187/15
**poll** [1] 112/13
**Ponce** [4] 215/9
231/17 233/12 240/3
**Pons** [1] 102/11
**pool** [1] 229/18
**poor** [2] 38/11
108/22
**poorest** [2] 108/4
108/4
**popped** [1] 81/18
**popular** [1] 6/24
**portion** [3] 12/4
121/12 183/10
**position** [7] 67/5
67/8 75/20 93/17
115/24 116/3 169/2
**positions** [1] 30/5
**possession** [2] 152/4
**possible** [5] 16/1
54/1 65/8 119/7
137/12
**possibly** [2] 159/14
167/13
**potential** [3] 78/4
94/5 181/21
**Potty** [1] 218/8
**pounds** [2] 201/12
223/14
**power** [7] 99/18
100/2 100/5 100/7
100/14 101/9 101/13
**powerful** [5] 38/11
61/15 61/16 115/24
116/3
**powers** [2] 100/3
113/14
**Practically** [1]
134/12
**practice** [5] 65/12
184/24 185/8 185/22
214/4
**practiced** [1] 184/20
**practicing** [1]
244/22
**praise** [1] 40/19
**praising** [1] 40/15
**precinct** [1] 111/17
**preeminent** [1]
185/7
**prefer** [1] 91/10

**pregnancies** [1]
209/8
**pregnancy** [1] 209/6
**prejudice** [5] 158/24
159/1 161/19 161/21
177/23
**premises** [2] 70/17
124/24
**preoccupied** [1]
218/20
**preparation** [1]
66/22
**prepared** [3] 67/3
78/19 157/8
**prerogative** [2]
81/23 81/25
**preschool** [1] 218/6
**prescribed** [1]
219/14
**prescriptions** [1]
219/13
**presence** [4] 90/1
181/2 181/3 191/16
**present** [15] 11/2
11/3 11/6 14/12 50/19
84/25 98/8 103/18
137/17 142/13 176/18
182/16 190/18 196/1
209/19
**presentation** [1]
66/9
**presented** [2] 170/1
173/19
**presenting** [2]
169/20 176/17
**preserve** [1] 245/18
**president** [3] 116/7
208/20 209/2
**pressed** [1] 40/22
**pressure** [3] 204/6
228/18 228/22
**Presumably** [1]
229/9
**presume** [1] 105/20
**pretrial** [1] 181/8
**pretty** [5] 67/18 80/5
98/24 209/9 222/7
**prevent** [1] 150/4
**prevents** [1] 163/14
**previously** [4] 28/3
133/13 153/19 173/18
**primarily** [3] 41/18
185/3 186/5
**primary** [1] 32/20
**prime** [1] 75/6
**prior** [8] 113/13
113/15 113/16 115/20
132/12 154/18 218/13
226/25
**priorities** [2] 27/13
29/3
**private** [1] 230/19

**P**

**privately [1]** 185/14
**privilege [2]** 153/8
154/1
**probably [5]** 63/23
125/12 140/20 239/6
241/2
**problem [10]** 7/10
62/3 146/3 146/8
155/3 198/20 209/22
236/14 236/17 246/7
**problems [3]** 66/20
115/19 205/23
**Procedure [2]** 161/5
175/23
**proceed [9]** 4/19
4/21 5/11 85/7 142/15
143/12 144/18 145/1
241/4
**proceeding [1]**
249/22
**proceedings [4]**
84/21 148/21 150/11
250/4
**process [5]** 9/1
12/24 75/16 108/11
237/23
**Procurement [1]**
169/3
**produce [4]** 150/16
150/19 151/4 151/24
**produced [3]** 150/21
150/22 160/8
**production [1]**
138/14
**productive [3]** 66/23
199/6 244/17
**professional [2]**
184/15 245/2
**proffer [2]** 182/7
182/10
**proffered [2]** 75/7
76/11
**program [4]** 90/9
90/10 90/23 91/5
**programs [2]** 90/11
175/13
**prohibits [1]** 164/11
**project [1]** 105/6
**prominent [3]** 162/7
162/14 188/10
**promptly [1]** 249/8
**proper [3]** 121/9
193/22 198/7
**properties [20]**
13/12 15/23 31/21
41/20 49/22 65/17
81/6 116/14 116/23
127/23 137/1 139/4
139/19 140/22 141/1
141/3 141/12 194/7

242/6 244/5
**property [43]** 25/1
25/5 25/8 50/1 50/3
69/11 69/19 70/9
70/10 70/15 80/12
80/15 97/14 104/12
104/17 117/8 118/11
118/12 118/13 118/16
118/19 118/19 118/20
119/3 119/9 119/12
119/14 120/9 120/10
120/25 122/8 125/3
125/4 126/7 126/8
126/9 134/4 140/8
155/14 186/5 234/23
241/24 241/24
**proposal [5]** 90/5
90/7 90/15 102/25
120/12
**propose [1]** 91/23
**proposed [7]** 90/9
90/11 90/12 91/18
91/21 91/24 92/8
**proposing [2]** 92/3
102/19
**protecting [2]**
100/19 101/10
**protection [2]** 83/13
100/23
**proud [4]** 203/15
207/23 219/23 245/3
**prove [1]** 15/15
**proved [1]** 135/3
**provide [8]** 15/25
57/25 65/8 135/10
135/11 146/24 181/23
182/7
**provided [13]**
134/18 181/18 182/6
182/10 219/9 219/13
227/24 227/24 228/2
228/3 228/7 245/8
245/15
**public [52]** 9/1 10/10
10/11 10/12 13/8
14/25 15/9 15/11
15/13 15/17 15/20
16/17 17/4 17/6 23/1
28/2 28/5 28/6 28/13
28/23 29/6 29/8 29/9
37/4 59/22 63/3 65/11
66/9 74/8 74/11 75/16
89/21 99/1 99/4 114/2
146/14 146/22 152/17
152/23 153/1 153/12
153/16 153/20 157/23
160/1 160/2 160/20
161/24 163/14 164/11
189/12 193/9
**publicly [5]** 13/9
28/22 28/22 31/8 91/3
**publish [15]** 12/3

44/15 69/23 86/24
86/25 103/19 116/17
139/21 148/4 157/16
160/6 160/17 163/20
164/6 234/11
**published [5]** 10/11
12/7 17/15 141/19
174/22
**publishing [1]** 108/6
**pull [23]** 7/7 7/9
7/10 7/11 7/12 7/15
9/17 11/25 38/13 44/3
47/7 51/23 64/11 65/4
69/14 69/16 70/25
89/6 117/16 203/18
207/7 238/12 239/19
**pulled [4]** 7/13 7/17
86/1 88/2
**pulling [2]** 51/16
219/25
**purchased [3]**
185/15 204/6 215/9
**purpose [2]** 21/25
83/17
**purposely [1]** 58/14
**purposes [3]** 77/8
78/5 234/16
**pursuant [3]** 161/4
175/22 181/11
**put [33]** 9/25 12/24
15/6 18/22 47/9 48/7
51/5 56/7 72/23 75/10
75/13 75/15 77/15
77/21 99/4 103/16
124/11 126/9 127/24
130/3 132/23 135/22
139/12 148/18 156/17
167/13 170/20 171/9
174/10 178/22 183/4
183/12 241/24
**putting [4]** 76/22
120/10 163/14 199/23
**PX [2]** 225/3 225/3

**Q**

**qualification [2]**
151/10 152/19
**qualifications [1]**
63/19
**qualified [1]** 63/25
**quality [6]** 35/16
89/24 90/1 90/2 90/3
115/19
**Quantico [1]** 171/12
**quarter [1]** 140/25
**question [67]** 9/6
24/4 27/10 43/1 46/22
47/3 47/5 51/1 60/2
60/5 60/18 63/12
64/10 73/10 80/4
83/25 88/9 92/7 99/16
101/9 102/13 102/16

106/1 108/23 118/9
121/17 122/6 126/2
126/16 129/12 129/22
132/6 140/23 146/19
147/8 148/12 148/13
150/19 151/6 151/11
151/25 151/25 152/9
152/9 154/3 154/12
163/8 164/24 166/7
166/20 169/18 170/3
170/4 173/15 176/22
183/10 186/25 191/21
193/21 193/22 202/18
216/6 216/24 229/6
239/25 245/17 245/21
**questioned [2]** 8/20
19/10
**questioning [2]**
124/25 191/24
**questions [32]** 5/23
16/1 16/22 16/24
25/18 29/12 29/15
59/17 59/24 60/17
60/20 63/16 84/5
100/12 102/13 121/22
121/23 126/13 131/13
131/16 163/17 169/16
173/4 211/7 212/15
212/17 212/19 240/23
241/19 242/25 245/24
249/1
**quickly [3]** 140/23
153/24 174/17
**quietly [1]** 191/17
**Quintana [15]** 52/19
53/22 77/1 77/4 77/8
77/8 77/12 78/19 79/1
79/6 79/9 79/12 79/16
79/18 79/22
**Quintana's [2]** 135/6
135/9
**quite [6]** 14/3 64/10
89/25 93/24 114/2
116/9
**quote [3]** 45/1 91/1
99/18
**quotes [1]** 46/6

**R**

**race [1]** 38/11
**racing [3]** 203/20
204/17 248/6
**radio [6]** 5/8 175/13
192/5 192/9 193/2
193/9
**raids [4]** 194/7 203/2
243/24 244/1
**raining [2]** 216/20
217/2
**raise [4]** 27/16
183/22 244/16 245/18
**raised [3]** 121/11

121/11 182/2
**raises [3]** 101/25
149/4 149/22
**raising [2]** 27/18
217/25
**rallies [1]** 179/8
**rally [19]** 93/25 94/8
141/5 164/16 165/15
187/25 188/7 188/18
189/3 189/4 189/11
189/14 189/18 194/17
195/14 195/19 226/1
226/1 226/2
**ran [2]** 53/17 89/19
**Rassie [2]** 250/7
250/7
**rate [1]** 204/7
**rather [2]** 94/19
174/17
**raw [1]** 167/16
**re [3]** 160/22 173/18
180/5
**re-examination [2]**
173/18 180/5
**reach [1]** 54/3
**reached [1]** 159/4
**reaches [1]** 133/5
**reaction [2]** 61/25
62/1
**read [39]** 6/12 11/14
51/22 51/24 52/3
54/22 61/3 61/4 64/23
64/24 65/3 70/9 85/20
88/6 88/15 88/25 98/9
98/13 98/20 98/22
99/3 99/8 103/2 103/6
105/13 109/4 126/11
144/7 147/7 164/24
171/17 171/20 172/19
174/20 183/10 228/16
228/17 245/14 249/10
**reading [5]** 5/7
149/13 179/19 218/16
228/17
**reads [1]** 174/22
**ready [2]** 50/14
88/13
**real [2]** 173/1 194/12
**reality [1]** 169/6
**realization [1]** 197/9
**really [27]** 11/14
24/10 24/14 62/25
63/23 102/4 110/12
125/12 134/24 135/21
139/10 144/6 148/15
185/3 186/5 189/14
202/23 207/22 207/23
218/10 219/2 219/23
223/11 232/1 234/19
237/13 239/1
**reason [11]** 52/1
65/21 83/11 95/24

**R**

**reason... [7]** 100/17 120/2 141/18 179/25 215/2 222/9 222/17
**reasonable [1]** 214/14
**reasonably [1]** 67/3
**reasons [9]** 42/20 79/3 137/24 157/1 162/6 177/5 177/12 177/16 245/2
**recall [22]** 15/18 17/13 93/8 93/11 96/13 99/20 102/13 102/18 103/10 112/8 116/9 121/20 122/1 123/21 124/19 127/19 169/20 169/25 170/6 231/15 231/21 233/4
**receive [10]** 32/14 39/10 58/8 71/17 71/20 158/9 158/10 208/12 212/15 212/19
**received [34]** 3/8 3/12 10/7 12/10 19/18 19/22 33/21 36/20 38/23 44/13 49/7 56/6 57/19 58/15 58/17 63/17 72/22 87/6 88/23 118/5 124/1 127/9 138/21 148/3 154/12 158/12 158/17 160/16 164/7 179/24 188/21 208/12 210/6 227/21
**receives [1]** 212/17
**receiving [3]** 19/25 55/15 95/1
**recently [2]** 131/4 155/25
**recess [7]** 50/7 50/12 84/17 142/1 142/4 195/6 195/11
**recognize [16]** 47/19 78/20 135/16 137/5 138/15 149/10 150/4 150/10 156/14 157/20 159/25 164/9 164/13 190/25 199/25 207/11
**recognized [2]** 12/25 42/21
**recollect [3]** 24/14 104/5 140/16
**recollection [23]** 8/15 8/24 9/10 23/19 41/6 78/20 85/16 103/13 112/15 112/17 116/6 117/20 123/15 124/22 126/17 135/13 140/18 147/13 158/17

161/20 161/23 177/19 178/1
**record [19]** 48/5 48/13 72/1 78/4 78/24 97/14 99/1 148/16 168/17 171/10 177/1 182/12 182/17 183/4 183/12 183/13 184/1 227/24 231/11
**recorded [5]** 11/18 48/4 48/14 48/15 48/17
**records [25]** 14/25 15/4 15/9 15/11 15/13 15/18 15/20 16/17 28/7 39/22 77/24 78/2 99/5 146/14 146/22 152/17 152/23 153/1 153/12 153/16 153/20 153/24 231/13 245/5 245/8
**recross [4]** 3/3 3/6 83/22 85/10
**recruited [1]** 171/13
**redirect [6]** 3/3 3/6 121/13 174/2 241/1 241/6
**redistricting [2]** 130/24 131/5
**redrew [3]** 129/16 129/24 130/1
**reelection [1]** 84/2
**reference [8]** 52/15 52/17 57/6 58/2 58/4 58/5 139/8 139/11
**referenced [1]** 51/2
**referendum [1]** 18/23
**referral [1]** 237/4
**referred [2]** 9/14 74/14
**referring [12]** 12/5 68/5 89/4 90/8 93/14 99/22 104/25 107/6 117/22 127/21 128/2 155/25
**refers [1]** 87/19
**reflect [3]** 44/7 64/12 86/14
**reflects [1]** 104/2
**refresh [7]** 17/2 85/16 103/13 112/15 112/17 124/22 135/12
**refreshes [1]** 126/16
**refusal [2]** 124/5 124/9
**refused [2]** 162/2 162/15
**regard [9]** 18/15 40/18 42/13 43/10 58/11 58/22 74/24 179/21 180/4

**regarding [5]** 45/25 119/1 182/13 195/14 211/15
**regardless [1]** 221/24
**regards [3]** 202/5 219/20 246/24
**registered [10]** 105/24 106/2 106/4 106/7 106/8 106/14 106/16 106/17 106/18 141/12
**regular [4]** 10/9 60/8 98/15 205/23
**regulating [1]** 34/18
**related [18]** 15/1 89/25 108/10 139/4 140/25 141/7 141/7 141/10 141/14 180/9 182/20 209/23 223/6 223/11 242/5 248/13 248/16 248/19
**relates [7]** 137/11 181/24 182/13 204/10 204/19 205/18 227/22
**relation [2]** 88/21 107/17
**relationship [3]** 200/16 204/20 218/11
**relaying [1]** 144/15
**relent [1]** 156/17
**relevance [9]** 213/14 219/15 228/8 229/19 230/4 234/15 236/25 239/9 244/23
**reliable [1]** 99/8
**relied [2]** 25/10 26/24
**religious [1]** 166/2
**remain [1]** 50/15
**remained [1]** 134/25
**remaining [3]** 64/3 76/2 79/25
**remarks [2]** 17/4 17/6
**remember [68]** 5/20 5/22 6/3 9/15 12/23 14/3 16/24 18/1 19/9 24/10 30/15 31/18 31/21 31/23 31/24 36/1 43/2 51/3 51/18 55/1 55/18 59/17 59/24 60/20 60/21 61/21 65/12 66/16 77/16 86/16 86/18 87/18 93/13 94/6 94/10 94/11 94/19 95/3 96/15 96/16 97/10 104/7 105/4 105/13 110/12 110/16 119/22 120/19 121/23 121/24 122/17 123/18

128/7 128/9 135/20 137/7 138/25 143/1 148/15 149/12 167/1 168/17 178/19 180/6 241/1 243/2 245/6 245/24
**remembered [2]** 12/22 120/20
**remembers [1]** 68/2
**remind [4]** 5/19 20/20 42/13 54/17
**removal [2]** 72/19 72/21
**removed [3]** 69/11 69/13 69/18
**rent [2]** 128/20 128/20
**renting [2]** 108/20 128/13
**reopen [1]** 85/2
**rep [1]** 115/21
**repaired [1]** 80/18
**repeat [2]** 106/1 127/12
**repeated [1]** 17/20
**repeatedly [1]** 95/6
**repeating [1]** 55/2
**repeats [1]** 11/22
**rephrase [6]** 9/6 24/4 29/21 96/8 121/17 169/18
**replayed [1]** 28/5
**report [10]** 21/4 23/17 24/7 54/18 77/15 77/24 160/1 161/24 175/15 231/10
**reported [5]** 35/21 79/20 96/9 176/2 232/17
**reporter [6]** 21/17 21/23 21/25 22/8 24/7 250/8
**reporting [2]** 73/24 113/10
**reports [3]** 37/1 231/5 231/9
**represent [1]** 18/17
**representation [2]** 18/21 18/24
**representations [1]** 136/19
**representatives [1]** 35/25
**representing [1]** 16/14
**reputation [4]** 114/4 114/5 114/6 187/24
**request [12]** 58/13 99/5 130/19 130/21 138/14 139/3 151/18 152/18 152/23 160/5 161/14 231/14

**requested [5]** 146/22 161/4 161/21 175/21 188/13
**requesting [2]** 146/17 146/18
**requests [12]** 15/18 15/20 16/17 133/24 138/7 146/15 146/23 153/2 153/13 153/16 153/20 180/12
**require [4]** 24/25 125/6 171/24 228/21
**required [4]** 7/11 82/23 151/12 164/22
**requirements [2]** 35/1 83/12
**requires [1]** 236/18
**requiring [1]** 153/19
**research [3]** 15/24 16/12 137/1
**researched [1]** 109/1
**reserve [5]** 171/8 171/19 171/20 172/8 172/9
**reserved [1]** 9/14
**residence [1]** 91/11
**residences [1]** 64/9
**resident [1]** 54/23
**residential [10]** 34/22 36/16 42/16 42/24 42/25 83/16 109/25 141/3 141/3 154/24
**residents [23]** 31/14 35/14 35/17 38/10 45/25 46/8 46/19 55/5 55/19 61/18 65/5 65/6 65/14 65/15 82/6 82/9 83/13 83/15 90/4 115/19 154/22 155/1 172/16
**resides [1]** 240/14
**resolution [1]** 75/4
**resolved [3]** 68/14 68/15 136/23
**respect [3]** 125/15 185/4 224/22
**respectful [2]** 32/13 63/15
**respecting [1]** 58/1
**respond [5]** 34/1 145/14 153/20 154/9 162/2
**responding [3]** 35/19 52/24 144/5
**responds [1]** 145/13
**response [4]** 82/19 143/9 144/17 146/16
**responsibilities [5]** 24/19 38/24 58/11 71/21 78/1

**R**

**responsibility [2]**
58/8 216/1
**responsible [3]**
34/18 194/9 215/20
**responsive [2]** 33/11
204/25
**rest [5]** 149/16 157/7
158/18 171/9 217/15
**restaurant [6]** 49/10
57/2 97/9 120/4 120/7
120/7
**restaurants [1]**
40/25
**restroom [1]** 84/10
**result [5]** 14/20
203/1 214/7 214/9
244/6
**results [3]** 113/7
113/11 229/3
**resuming [1]** 85/3
**retaliate [2]** 81/10
83/6
**retaliation [3]** 70/23
156/22 175/10
**return [1]** 126/21
**review [1]** 103/23
**reviewed [1]** 138/21
**rewarding [1]** 38/7
**Reyes [4]** 6/18 6/19
11/9 75/13
**Richard [1]** 64/21
**right [290]**
**rights [2]** 23/1 99/25
**rise [7]** 5/1 50/10
84/15 142/2 142/10
195/9 249/20
**risk [1]** 224/4
**Ritchie [1]** 173/9
**river [1]** 120/25
**RMR [1]** 250/7
**RMR-CRR [1]** 250/7
**Road [1]** 233/12
**RODNEY [2]** 1/8
250/8
**role [7]** 17/21 17/23
73/23 77/1 79/22
116/1 219/1
**roles [1]** 218/25
**rolled [1]** 209/12
**Romero [3]** 166/22
168/5 186/1
**roof [1]** 80/18
**room [3]** 247/21
247/22 250/9
**rooms [1]** 247/22
**rooster [1]** 6/14
**Rosa [1]** 166/22
**rotated [1]** 51/2
**routinely [1]** 31/25
**rule [10]** 153/6

161/5 165/9 175/22
181/14 202/15 204/1
205/12 206/24 245/12
**rules [8]** 80/23 82/7
82/10 82/13 82/15
161/5 175/22 239/19
**Rum [1]** 155/17
**run [2]** 173/3 236/21
**running [4]** 89/18
101/17 110/8 172/1
**runs [1]** 224/4
**rushing [1]** 83/16
**Russell [1]** 11/6

**S**

**S.E [1]** 1/19
**s: [1]** 250/7
**sad [5]** 199/24 202/2
206/12 210/13 235/16
**safety [12]** 20/4
80/19 83/14 201/15
201/20 232/1 243/7
243/15 243/15 243/22
244/13 244/13
**said [68]** 5/10 12/22
19/22 20/9 42/23
46/24 51/17 53/21
54/22 61/24 68/4
69/10 69/12 73/1 77/4
90/25 91/2 91/3 91/13
94/21 99/18 102/5
102/7 103/3 107/25
109/5 111/17 111/18
111/22 112/6 112/15
113/18 122/7 128/11
133/7 135/20 152/8
154/9 162/17 166/15
167/1 168/16 170/14
171/11 171/12 171/12
171/19 181/10 182/1
183/6 201/13 202/22
222/12 222/24 226/22
227/4 227/6 229/15
234/1 234/3 235/14
236/2 241/25 242/8
244/11 246/4 249/9
249/17
**sake [1]** 245/3
**Salkowski [1]** 185/6
**same [35]** 8/15 12/1
18/15 40/22 40/24
45/21 52/15 52/17
54/8 54/12 55/2 56/11
73/14 74/17 75/6
79/19 81/19 87/15
89/4 108/13 108/14
114/15 137/23 138/3
155/2 163/14 196/21
202/3 207/17 222/10
227/15 227/15 227/15
249/5 249/6
**Sanguich [24]** 68/5

68/13 69/10 69/13
69/18 70/11 70/15
70/16 70/19 70/22
72/20 73/5 94/18
94/20 95/7 96/9
127/19 128/3 128/4
128/6 155/4 155/5
166/24 193/24
**Sarnoff [2]** 1/21
4/14
**satisfied [1]** 55/19
**satisfy [1]** 168/15
**Saturday [7]** 57/25
85/15 87/18 97/9
97/24 143/9 145/8
**save [1]** 209/3
**saw [21]** 12/25
15/20 15/21 36/21
42/5 53/3 55/17 62/22
63/14 77/16 111/7
111/9 111/22 119/2
122/14 126/19 126/22
175/11 227/17 233/17
233/21
**say [40]** 17/11 17/11
29/19 40/4 40/15
41/11 54/8 55/14
55/23 68/2 74/20
74/22 75/24 80/2 80/6
86/9 87/9 90/7 92/10
95/4 95/5 95/20 96/18
103/2 115/12 125/24
143/20 154/7 159/6
162/18 170/22 171/16
171/19 183/11 208/25
214/14 222/16 223/5
227/10 236/23
**saying [32]** 47/22
88/6 88/23 94/2 97/2
98/7 99/6 99/7 99/17
99/20 101/16 104/16
104/18 108/9 111/9
116/3 117/7 120/10
143/20 144/5 144/5
144/18 145/2 145/12
145/16 145/23 175/13
215/1 229/7 234/17
238/1 244/11
**says [43]** 6/13 6/14
6/18 10/17 11/5 26/16
44/22 45/1 45/7 45/24
46/5 50/4 53/22 61/22
62/1 62/11 86/8 87/10
87/11 95/6 104/19
112/4 112/5 112/5
119/1 125/24 140/1
143/18 144/23 145/14
149/18 160/19 161/3
161/13 164/21 175/21
175/24 183/11 183/13
206/7 228/19 231/17
248/5

**scared [1]** 61/17
**scary [1]** 236/21
**scenario [1]** 126/24
**scene [1]** 21/7
**schedule [1]** 54/4
**school [6]** 184/17
212/4 212/7 213/21
217/21 245/2
**scope [49]** 114/22
129/17 130/5 131/7
132/14 169/10 186/24
193/10 193/17 195/15
196/12 197/13 198/3
198/10 198/24 199/10
199/19 200/4 200/22
201/22 202/10 203/5
203/23 204/10 205/5
205/11 206/1 206/14
206/23 207/4 208/2
208/13 208/21 209/14
209/24 210/7 211/3
212/21 213/15 216/22
225/19 240/16 240/21
241/17 243/8 243/18
243/25 246/15 247/17
**scores [1]** 18/9
**SCOTT [2]** 2/2 2/2
**screaming [1]** 189/2
**screen [15]** 5/19
38/13 38/21 44/6
44/15 47/16 52/2 52/5
56/7 64/17 67/17
103/16 103/18 139/25
178/22
**scroll [3]** 139/3
157/9 191/2
**scrutiny [1]** 243/6
**sculptors [1]** 92/22
**Sean [1]** 116/6
**seat [2]** 19/1 184/4
**seated [7]** 4/16 5/3
50/13 50/19 84/25
142/13 196/2
**seats [1]** 28/15
**second [15]** 39/20
117/2 117/3 123/24
125/23 138/9 138/11
143/5 149/3 164/21
181/6 181/13 209/7
227/14 238/12
**seconded [1]** 75/13
**secretary [1]** 116/6
**secretly [2]** 74/10
74/11
**section [5]** 54/20
164/1 164/9 164/10
209/12
**see [113]** 5/22 9/21
10/16 10/19 11/2 11/5
11/10 11/12 20/14
38/18 38/21 44/16
44/20 44/23 45/6 45/7

45/24 46/2 46/3 54/16
54/17 54/20 56/11
57/6 62/2 64/19 64/22
64/23 65/1 70/6 71/14
74/16 78/6 78/7 78/7
78/9 78/12 84/13
85/19 87/8 87/16 88/5
88/7 88/18 89/2 94/4
94/9 95/3 95/16
102/20 103/1 103/8
104/2 104/4 105/4
107/23 111/4 111/20
112/4 112/5 113/7
117/22 126/16 135/23
137/10 137/11 138/19
139/3 139/24 143/5
146/1 146/8 147/5
147/7 147/8 148/8
148/10 148/16 148/19
149/16 149/17 158/13
160/19 161/3 161/13
166/11 172/21 174/12
174/15 174/17 175/17
175/18 178/7 178/9
178/23 178/25 179/12
179/19 191/15 194/6
194/25 198/22 203/10
216/12 219/12 227/19
233/14 234/20 242/21
243/4 247/20 249/3
249/19
**seeing [10]** 11/4
100/20 103/12 112/8
112/20 115/19 144/21
148/17 149/15 172/1
**seek [1]** 237/23
**seeking [1]** 122/6
**seem [3]** 62/15 97/3
158/16
**seemed [1]** 131/10
**seems [4]** 57/7
87/11 87/20 167/2
**seen [16]** 9/13 9/15
70/7 74/25 77/15
82/13 97/3 124/20
127/5 155/21 167/11
167/12 167/19 202/6
233/23 234/10
**sees [2]** 202/13
243/13
**selective [1]** 100/22
**selectively [2]**
100/19 101/10
**semi [1]** 34/24
**semi-independent
[1]** 34/24
**send [7]** 16/2 40/11
62/2 91/18 97/11 99/9
146/6
**sending [7]** 15/9
45/18 62/1 91/21
91/24 112/18 189/4

**S**

**sends [2]** 139/18
247/22
**senior [4]** 53/5 53/10
53/11 56/21
**sense [1]** 68/20
**sent [13]** 13/17
23/21 24/11 54/24
61/4 85/16 86/21
86/22 88/14 126/20
144/22 146/3 171/9
**Seoul [1]** 185/16
**separated [1]** 212/2
**September [3]** 56/15
57/22 89/8
**sequestration [1]**
182/5
**series [2]** 15/21
155/19
**serious [2]** 173/5
173/7
**seriously [1]** 14/10
**serve [6]** 9/1 18/8
37/4 59/10 123/13
171/6
**served [4]** 18/9
80/22 138/8 172/11
**server [2]** 9/1 12/24
**service [7]** 9/8 79/19
169/7 169/21 170/1
170/7 171/23
**services [2]** 37/11
230/25
**serving [3]** 65/11
123/10 150/5
**SESSION [2]** 4/1
84/20
**set [4]** 6/7 60/1
170/19 177/5
**setting [1]** 77/10
**seven [2]** 15/22
181/15
**several [5]** 8/3
116/14 151/22 173/18
213/19
**Sewer [1]** 125/2
**shape [1]** 145/2
**shared [2]** 210/22
248/2
**she [63]** 53/2 53/4
53/9 53/13 57/23
59/19 60/1 60/14 61/4
61/12 61/12 62/1 62/1
62/15 62/15 62/18
62/25 63/18 63/20
79/20 85/16 85/19
86/18 86/21 86/22
87/8 88/14 109/12
115/17 115/20 128/22
128/24 128/25 143/18
166/23 166/25 167/1

168/8 168/10 168/14
168/14 168/16 168/16
168/18 181/6 181/8
182/7 182/12 182/25
183/6 183/10 183/11
183/13 183/14 194/24
194/25 195/18 196/10
209/11 209/12 214/20
240/17 241/19
**she had [5]** 61/4
62/25 88/14 168/8
168/16
**She'd [1]** 116/4
**she's [8]** 53/2 53/9
143/17 145/16 183/1
201/17 214/17 234/17
**shirt [2]** 111/23
112/16
**shook [1]** 40/22
**shop [1]** 40/24
**shopped [3]** 167/4
167/7 167/9
**shopping [2]** 167/17
167/21
**short [8]** 50/12
137/14 142/4 184/21
185/1 195/11 210/3
210/12
**shortly [1]** 208/17
**should [14]** 12/6
16/2 17/11 62/12 81/2
134/15 135/25 139/5
171/3 181/23 187/16
204/3 206/9 206/21
**shouldn't [2]** 24/12
136/2
**show [50]** 6/24 22/3
35/23 64/16 66/4 70/2
78/3 85/15 87/25 89/1
91/1 100/24 102/17
103/12 103/18 103/19
103/21 107/5 107/13
107/24 108/2 110/14
110/23 111/25 111/25
124/14 124/15 135/12
135/14 137/4 138/7
139/6 140/4 140/8
145/25 147/1 147/5
149/9 156/8 158/18
163/19 170/16 172/20
175/18 178/4 190/20
195/1 233/5 239/7
245/11
**showed [11]** 28/1
51/1 97/8 119/22
120/18 163/17 163/18
166/9 167/3 171/10
174/6
**showing [3]** 68/19
216/7 217/20
**shown [23]** 15/17
27/25 30/14 35/24

39/10 47/8 47/12
74/14 89/10 95/13
110/16 124/12 140/16
163/11 174/12 175/16
178/4 178/18 179/6
179/10 225/1 228/1
242/25
**Shubin [1]** 185/2
**shut [15]** 20/3 24/11
43/24 46/7 55/4 95/6
101/6 102/1 117/11
123/11 189/4 189/19
199/9 200/1 222/12
**shutdown [1]** 200/8
**SHUTTS [1]** 1/20
**side [11]** 30/9
115/11 115/12 115/13
115/13 115/14 117/6
117/18 118/12 118/14
165/6
**sidebar [6]** 130/19
130/21 180/23 202/16
205/12 207/5
**sidewalk [2]** 91/11
165/3
**sidewalks [2]**
102/24 164/12
**sign [4]** 76/13
155/23 170/9 178/19
**signage [1]** 178/25
**signature [3]** 78/12
156/18 157/11
**signed [10]** 137/24
147/22 157/7 157/8
157/10 172/2 172/7
174/13 174/16 174/19
**signing [1]** 218/6
**signoffs [1]** 34/20
**signs [12]** 110/9
110/11 110/15 110/18
163/12 163/14 164/10
164/11 164/22 165/2
165/7 165/11
**similar [4]** 43/8
134/5 149/2 149/21
**simply [1]** 101/13
**since [14]** 38/2
59/20 76/12 95/18
117/10 125/4 151/22
174/22 182/2 192/21
239/25 240/9 242/16
242/20
**Singerman [1]**
184/21
**single [12]** 33/15
122/25 150/16 150/19
150/23 175/11 175/12
222/1 222/3 222/4
235/9 238/2
**sir [105]** 4/21 4/25
7/3 8/22 18/17 21/24
47/7 49/17 50/21 54/7

66/3 68/4 81/23 84/6
85/6 88/4 89/10 90/8
90/24 91/7 91/15
92/23 92/7 92/7 94/2
94/10 94/16 94/24
96/15 98/2 99/1 99/11
100/5 100/11 100/16
100/22 102/7 105/12
106/15 106/24 107/7
108/1 109/11 109/19
111/17 114/5 115/12
116/10 119/3 120/6
120/22 123/2 124/7
124/8 124/10 124/14
126/5 126/13 126/15
127/16 128/22 129/22
132/6 132/16 133/7
134/8 138/17 142/5
142/9 142/17 146/19
147/8 148/12 149/12
150/19 151/25 152/6
152/21 153/18 154/20
155/13 155/17 156/2
157/14 159/23 160/19
162/9 162/13 162/17
162/18 163/1 165/18
166/13 167/15 168/19
169/4 169/5 169/14
171/24 173/12 173/15
174/21 175/4 175/20
180/16
**sister [1]** 139/19
**sister's [1]** 226/8
**site [1]** 20/14
**sitting [4]** 28/15
123/4 231/18 249/5
**situate [2]** 43/7
43/10
**situation [10]** 87/12
90/15 90/17 143/10
144/24 187/18 196/19
216/10 218/19 221/15
**six [11]** 15/21 76/7
104/4 142/18 142/19
142/22 156/3 187/8
201/7 239/17 239/17
**skeleton [1]** 132/22
**skills [1]** 98/15
**sleep [11]** 61/12
83/15 201/14 204/16
220/12 220/13 220/14
220/20 247/10 247/15
248/2
**sleeping [4]** 200/13
204/14 220/11 247/16
**sleepless [1]** 220/14
**slept [1]** 129/2
**slightest [1]** 163/24
**slot [1]** 186/13
**slow [1]** 20/6
**slowly [1]** 83/18
**small [1]** 128/16

**SMITH [2]** 1/8 250/8
**Smoothie [1]** 185/9
**so [247]** 4/19 5/21
6/6 10/9 12/14 12/20
15/7 15/15 15/24
16/22 18/23 18/24
19/2 19/8 21/1 21/9
22/8 24/5 28/8 35/2
35/16 37/7 39/23
42/23 43/21 45/18
46/9 48/4 48/7 50/25
51/22 52/5 52/8 52/11
53/6 53/19 54/25 55/6
55/19 55/23 56/2
56/12 56/15 57/22
58/20 60/24 61/16
62/6 62/25 64/19
64/24 65/1 66/13
66/23 67/14 67/22
68/16 68/23 70/2 70/2
70/6 75/14 75/25 81/4
81/25 85/2 85/20
86/18 87/14 88/2 89/1
89/9 89/20 95/19
97/11 103/23 105/3
106/3 106/4 106/19
106/20 107/8 108/2
109/15 109/15 110/8
110/22 111/7 113/9
116/8 117/16 118/3
118/7 118/11 119/9
119/10 120/10 120/14
121/23 122/6 125/7
126/10 129/1 129/3
132/24 133/2 133/3
133/8 134/23 136/22
137/20 140/6 143/6
143/9 143/18 143/21
144/14 145/7 145/11
145/13 146/24 147/7
147/13 150/22 153/15
154/12 154/18 156/8
157/15 157/16 158/14
159/19 160/3 162/1
162/7 164/15 165/9
166/15 172/2 172/5
172/21 174/18 174/22
176/1 181/22 182/19
183/18 184/22 185/1
185/5 185/7 185/17
185/22 188/21 189/13
189/14 189/16 189/24
191/20 191/25 193/1
194/8 194/11 194/12
194/15 198/21 201/9
202/1 202/22 203/18
204/17 205/2 205/24
206/19 206/20 206/21
208/19 209/1 211/21
213/5 214/11 215/25
216/1 216/1 216/3
217/14 217/20 218/10

**S**

**so... [59]** 218/10
218/11 218/15 218/20
219/1 219/6 219/24
220/16 221/2 221/19
222/17 223/5 223/14
223/22 224/1 224/7
225/17 226/25 227/9
227/17 228/1 228/7
228/17 228/25 229/10
229/13 229/14 230/12
230/19 230/24 230/25
232/1 232/3 232/8
232/22 233/16 233/21
234/5 234/25 235/3
236/20 237/7 237/13
237/22 238/4 238/18
239/13 240/10 241/10
242/14 242/16 242/20
243/15 244/6 245/1
246/9 247/7 249/6
249/7

**so-called [1]** 61/16
**social [2]** 57/7 58/1
**some [69]** 5/23 7/12
15/6 16/22 16/24
17/14 23/20 23/21
25/17 26/7 30/19
31/12 35/24 37/14
41/2 43/2 52/1 59/17
59/24 60/17 65/19
66/4 66/4 74/16 77/6
79/10 89/14 89/19
90/20 92/23 93/13
94/5 94/24 95/13
96/11 98/24 99/13
103/5 109/4 113/23
115/7 117/9 117/9
122/18 122/21 131/24
133/11 151/11 155/22
159/2 161/21 162/21
163/16 172/6 172/22
199/8 199/8 200/1
209/23 212/12 236/14
236/14 236/14 236/14
236/15 239/16 245/5
245/24 246/11
**somebody [12]**
46/10 48/16 54/13
96/20 99/8 157/6
157/8 168/6 173/5
186/12 193/1 232/24
**somebody's [1]**
117/22
**somehow [1]** 46/13
**someone [13]** 12/23
46/14 57/8 97/11
103/4 140/19 168/8
186/13 199/25 209/23
210/6 229/11 235/6
**someone's [2]** 91/11

**232/16**
**something [40]**
15/18 23/15 29/17
31/23 38/23 45/18
57/15 65/10 65/13
76/23 87/21 89/8
91/17 93/6 93/13
99/21 101/16 102/20
126/20 127/6 128/25
136/12 141/18 151/12
171/17 171/25 173/5
179/5 189/11 193/3
194/13 202/25 216/15
220/4 231/23 232/12
232/12 235/16 236/15
240/8
**something's [1]**
203/17
**sometime [8]** 24/10
41/6 57/21 58/18
112/9 116/9 147/12
158/14
**sometimes [19]**
29/19 30/8 30/8 40/15
40/15 40/19 40/19
74/21 74/21 74/23
74/23 75/22 75/22
88/1 192/23 204/15
221/23 240/11 240/12
**somewhere [2]**
91/12 161/25
**son [3]** 186/2 206/21
207/1
**soon [7]** 9/3 9/8 14/4
14/17 65/8 206/18
218/19
**sorry [13]** 29/21
55/8 64/10 97/22
99/16 108/24 127/21
144/20 159/24 178/20
208/25 210/4 216/6
**sort [2]** 42/17 54/21
**sorts [1]** 15/18
**sought [1]** 181/16
**sounds [2]** 151/10
223/12
**source [1]** 228/18
**sources [1]** 106/10
**South [4]** 2/3 108/20
109/3 172/1
**SOUTHERN [1]** 1/1
**spare [2]** 247/2
247/5
**speak [2]** 67/5 92/24
**speaker [1]** 226/9
**speakerphone [1]**
188/21
**speaking [1]** 67/21
**special [8]** 6/21 6/23
7/14 7/23 54/4 70/11
70/14 70/16
**specialists [1]** 29/14

**specific [7]** 76/15
90/12 90/23 181/15
228/14 228/18 229/4
**specifically [2]**
102/18 222/1
**speculation [5]**
133/25 134/20 166/18
189/7 192/14
**speech [3]** 17/10
18/3 170/16
**speeches [1]** 195/14
**spell [2]** 177/15
184/1
**spend [7]** 131/11
218/23 235/18 238/4
238/6 247/6 247/7
**spending [4]** 206/9
215/3 217/14 235/19
**spends [3]** 217/8
218/16 246/13
**spent [8]** 112/13
166/23 167/1 168/14
168/17 185/11 185/12
229/16
**spoke [6]** 89/20
89/24 89/25 90/1 90/2
239/13
**spoken [1]** 219/20
**sponsor [1]** 6/2
**sponsored [1]** 6/1
**spot [1]** 168/2
**spread [1]** 171/14
**spring [1]** 129/3
**Square [1]** 6/25
**Stadium [1]** 106/25
**staff [20]** 15/6 15/24
29/10 31/18 32/25
32/25 37/14 37/18
37/20 38/4 38/9 40/21
58/15 76/21 79/12
132/19 132/22 133/6
133/22 223/2
**stage [2]** 60/2
133/10
**stakeholders [1]**
188/11
**stamp [2]** 158/11
158/13
**stand [5]** 4/18 129/9
129/11 180/22 216/16
**standing [4]** 48/21
50/2 50/15 233/16
**start [5]** 84/7 101/19
126/12 142/24 249/7
**started [21]** 57/24
58/2 62/25 134/7
135/3 146/12 168/25
172/4 186/8 186/9
187/13 189/17 200/11
200/12 205/20 214/24
214/25 218/19 226/24
240/2 240/9

**starting [4]** 194/6
194/8 194/15 223/21
**starts [2]** 54/17 88/9
**state [12]** 4/8 15/21
26/14 112/18 117/12
117/16 117/20 118/1
163/12 163/18 168/17
183/25
**stated [20]** 28/3
82/3 88/12 95/14 96/1
112/13 127/4 133/12
133/13 136/5 138/19
146/22 148/10 150/18
167/6 167/7 170/12
170/20 171/2 171/21
**statement [7]** 17/14
101/4 138/4 175/13
202/17 212/16 236/5
**statements [5]**
90/21 94/19 95/13
95/16 140/15
**states [5]** 1/1 1/9
125/22 133/7 144/2
**stating [1]** 144/1
**status [1]** 27/12
**stay [19]** 147/2
147/15 147/17 148/8
148/14 148/19 148/21
148/22 149/10 149/25
150/11 150/24 184/24
220/8 225/22 234/7
236/6 240/4 240/12
**staying [2]** 220/5
220/7
**stays [2]** 220/9
224/21
**Steering [1]** 104/2
**Stella [6]** 187/6
187/8 191/3 194/24
196/10 207/16
**step [4]** 85/5 142/7
180/15 209/1
**stepped [2]** 192/2
208/19
**stepping [1]** 16/23
**Steve [7]** 8/12 31/18
76/5 93/11 161/18
188/22 189/1
**Steven [4]** 65/3 65/4
140/1 140/7
**stick [1]** 195/16
**sticking [1]** 105/3
**still [24]** 16/4 16/6
16/8 35/7 46/7 55/4
56/15 72/9 98/20
108/1 108/2 123/5
123/6 123/7 123/10
123/10 128/7 179/18
167/17 215/24 222/13
235/9 236/10 240/14
**stint [2]** 184/21
185/1

**stipulated [2]**
103/20 135/19
**stipulating [2]** 137/7
138/17
**stipulation [42]**
181/9 182/11 182/17
193/11 193/18 195/15
195/17 195/22 196/13
197/13 198/4 198/11
198/24 199/11 199/20
200/5 200/23 201/23
202/11 203/5 203/24
204/10 205/6 205/11
206/2 206/15 206/23
207/4 208/3 208/14
208/22 209/15 209/25
210/8 211/4 211/18
216/23 241/17 243/9
243/19 244/1 246/16
**stir [1]** 23/12
**stolen [4]** 171/16
172/22 172/25 206/8
**stood [2]** 84/2
188/12
**stop [18]** 8/8 12/18
18/2 18/2 28/9 35/2
35/3 47/16 47/16
47/22 61/8 61/23
67/21 67/25 68/25
73/21 147/2 159/16
**stopped [2]** 147/12
201/13
**stopping [2]** 147/10
221/10
**store [1]** 166/2
**Stories [1]** 155/19
**story [2]** 135/4 223/3
**straight [6]** 61/10
61/10 235/1 235/4
235/4 235/5
**straightforward [1]**
126/3
**straightlaced [1]**
192/23
**strange [1]** 231/22
**strategy [1]** 151/1
**street [42]** 1/16 1/19
6/25 33/8 36/12 42/14
42/15 42/18 43/12
43/13 46/6 49/5 49/7
49/13 53/2 53/5 53/18
53/25 55/3 65/5 65/6
65/6 70/10 86/10
107/3 110/1 118/13
118/23 120/6 120/8
122/13 123/22 128/16
141/5 233/7 233/17
233/20 234/24 235/2
240/13 243/16 243/17
**streets [2]** 23/3
83/16
**stress [19]** 200/11

**S**

**stress... [18]** 201/14
204/21 204/23 205/2
205/8 214/9 214/11
214/12 214/15 214/23
215/13 219/1 219/6
221/15 223/6 248/5
248/8 248/19
**stressed [5]** 204/18
205/16 220/6 244/16
244/17
**stresses [1]** 206/10
**stressful [3]** 199/6
218/1 219/4
**Stricken [2]** 207/6
244/9
**strictly [1]** 195/21
**strike [17]** 14/24
16/21 25/17 68/10
112/24 114/16 181/13
195/13 203/5 204/9
205/10 206/22 207/3
241/16 242/3 244/8
248/22
**strip [2]** 64/8 64/9
**strong [2]** 30/5 31/5
**strongly [1]** 101/4
**structure [6]** 20/2
81/2 101/7 101/14
102/2 155/14
**Structures [1]** 102/9
**stuff [4]** 100/16
151/24 172/23 180/11
**Suarez [14]** 1/12
4/11 15/22 45/10 46/1
51/3 52/6 52/12 52/22
54/4 54/22 64/21 65/2
184/9
**Suarez's [1]** 51/17
**subject [6]** 32/2 32/4
44/25 45/21 56/18
144/23
**subjects [1]** 32/20
**submit [1]** 181/24
**submitted [2]**
147/25 148/14
**subpoenas [1]** 150/5
**subsequent [1]**
242/15
**subsequently [1]**
182/10
**succeeds [1]** 75/22
**such [5]** 70/14
125/19 171/2 181/17
249/13
**sued [6]** 131/25
132/8 132/10 132/12
151/15 151/21
**suffer [1]** 208/10
**suffered [2]** 222/14
222/17

**suffering [1]** 229/12
**sufficient [2]** 91/7
140/22
**suggest [2]** 143/19
193/3
**suggested [1]** 162/2
**suit [2]** 13/15 151/21
**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**Sunday [1]** 94/7
**supermarkets [1]**
40/25
**Supervisor [3]** 85/19
144/5 145/13
**support [8]** 58/1
81/24 82/1 82/1 101/3
131/4 181/17 219/10
**supported [3]** 81/13
81/16 81/24
**supporter [2]** 111/15
133/10
**supporting [1]**
189/11
**supportive [1]**
181/20
**supposed [8]** 35/17
59/12 74/18 80/23
80/25 96/12 123/25
182/19
**Supposedly [1]**
133/9
**sure [20]** 5/22 23/19
27/14 34/25 65/21
98/6 116/20 137/13
138/17 174/8 178/25
180/24 181/2 195/21
217/23 227/3 233/8
234/13 239/23 249/4
**surprise [1]** 25/23
**surprised [1]** 139/10
**surround [1]** 64/9
**surrounding [1]**
234/22
**sushi [5]** 97/9 97/16
120/4 120/7 120/7
**sustain [4]** 93/5
121/14 137/2 202/18
**sustained [107]** 9/6
13/5 13/19 19/20 22/6
24/1 24/23 32/18
32/23 33/17 33/23
40/7 47/5 72/13 72/17
73/2 76/18 79/4 82/21
83/21 95/10 96/24
97/6 104/23 105/21
108/17 111/13 113/3
114/12 114/17 114/23
122/10 130/10 131/2
131/8 131/14 134/1
134/21 138/5 144/12
149/7 149/24 150/7
150/13 151/2 154/2

154/16 156/6 166/20
169/12 169/23 176/5
176/9 177/13 177/20
180/2 181/18 187/1
187/20 188/15 190/2
190/4 190/10 192/7
193/12 193/19 196/14
197/14 198/12 198/25
199/12 199/21 203/6
205/13 205/13 206/3
208/4 208/15 209/16
210/1 210/9 212/22
213/16 214/19 219/16
220/24 224/17 225/20
226/20 228/9 230/5
230/7 235/25 237/1
238/21 239/10 239/21
240/18 240/22 243/10
243/20 244/9 246/17
246/22 247/13 247/25
248/10
**sustaining [1]**
121/18
**SW [13]** 42/14 42/15
43/12 65/6 65/6 70/10
118/13 118/23 120/6
122/13 123/22 141/4
141/5
**SW 8th [1]** 42/14
**swale [3]** 163/15
165/7 233/20
**swales [2]** 163/16
164/12
**swearing [1]** 113/16
**sworn [12]** 17/20
19/13 38/3 113/19
115/7 115/8 115/17
133/4 136/21 138/4
175/13 183/23
**sympathizes [1]**
53/25

**T**

**tacos [3]** 123/12
123/13 123/15
**tail [1]** 213/3
**take [47]** 4/18 8/7
8/10 9/16 14/10 14/18
24/25 25/21 29/7
34/22 36/4 40/10
43/23 44/10 51/8
57/11 58/22 81/4 89/1
89/12 110/22 119/12
120/25 122/8 128/10
134/6 139/14 141/22
146/13 162/1 165/11
165/19 173/21 178/4
182/3 191/6 204/23
214/25 216/12 218/25
220/17 225/22 231/18
235/12 236/20 239/11
249/15

**taken [9]** 62/22 81/3
84/17 103/17 133/22
165/14 207/13 235/21
238/16
**takes [2]** 180/22
205/2
**taking [6]** 60/19
114/9 114/25 132/19
175/13 189/3
**talk [10]** 28/20 28/24
29/2 60/5 99/13
134/23 219/6 225/18
245/5 246/11
**talked [5]** 92/9
92/20 102/15 111/22
168/19
**talking [35]** 19/3
22/23 47/25 48/2
49/21 56/21 62/17
68/3 71/23 85/14
87/11 88/6 89/11
89/16 89/20 92/12
94/1 94/7 101/2
101/16 107/24 108/10
110/4 123/22 140/6
143/17 145/5 155/10
163/24 192/11 202/20
215/11 215/15 228/11
243/12
**Tampa [1]** 171/13
**Tanjha [8]** 52/19
77/1 77/8 77/12 78/19
79/9 135/5 135/9
**Taquerias [7]**
123/19 123/22 166/1
200/1 200/8 240/10
244/4
**Taquitos [1]** 122/12
**target [6]** 16/19
59/14 83/4 122/2
194/8 198/22
**targeting [5]** 65/16
203/2 222/1 223/23
248/20
**task [1]** 75/10
**taskmaster [5]** 80/3
96/14 96/17 96/18
97/4
**Taylor [1]** 40/4
**tea [1]** 185/4
**teach [1]** 216/16
**team [3]** 14/5 146/4
186/4
**tears [1]** 63/12
**teeth [1]** 219/25
**telephone [1]**
122/21
**televised [1]** 28/5
**television [2]** 11/20
11/23
**tell [32]** 14/10 14/24
19/22 35/20 42/3

43/20 45/9 51/20 52/8
53/20 57/23 60/24
61/2 64/19 73/1 85/23
87/14 88/16 92/5
108/7 140/16 165/6
166/11 184/10 184/15
189/24 207/1 207/21
210/6 213/7 225/17
239/18
**telling [6]** 33/25
61/24 79/7 101/24
140/18 247/23
**ten [6]** 117/10
118/10 118/10 130/2
186/20 241/2
**tenant [2]** 70/10
194/13
**tenants [4]** 190/14
193/14 194/8 194/9
**tend [1]** 204/23
**tent [1]** 91/2
**tenure [2]** 18/4
213/3
**terminate [3]** 76/10
76/21 76/23
**terminated [3]** 76/8
76/9 77/13
**terminating [1]**
76/15
**terms [1]** 5/6
**terrible [1]** 203/20
**territory [2]** 31/9
31/10
**testified [42]** 31/19
35/25 80/17 89/14
95/12 98/14 105/23
109/12 131/4 132/18
146/14 147/25 158/1
158/22 158/23 160/13
166/18 166/22 166/25
167/11 168/10 168/14
211/23 212/24 214/6
216/7 217/8 217/12
217/13 219/22 220/5
220/10 223/14 224/9
225/14 225/25 226/2
227/3 230/9 232/8
238/23 239/14
**testify [17]** 18/12
39/22 40/5 71/8 72/11
94/17 109/13 113/2
120/15 128/11 159/23
176/1 177/12 181/11
211/15 213/5 220/9
**testifying [16]** 20/8
79/18 102/14 114/16
116/9 122/1 123/21
125/23 167/2 167/8
167/10 182/1 182/12
216/14 220/23 235/24
**testimony [26]**
31/22 41/2 43/2 65/25

**T**

**testimony... [22]**
77/3 79/16 86/1 87/25
100/21 100/22 100/24
102/17 108/13 146/20
166/18 181/4 181/4
182/6 182/7 182/10
182/12 182/19 195/14
206/24 222/19 222/21

**text [5]** 111/25 112/3
112/20 113/10 247/22

**than [24]** 14/19
18/10 18/10 34/6 35/8
61/6 81/14 81/15
82/22 88/17 91/11
105/6 115/8 115/23
126/24 134/11 143/6
144/17 149/14 167/15
183/11 209/9 233/23
249/7

**thank [41]** 4/23 4/25
5/12 40/8 44/12 45/25
47/14 50/9 50/13
50/22 51/14 51/24
54/4 54/24 64/4 83/23
84/4 84/6 84/14 85/4
85/8 111/2 127/8
134/16 142/6 142/9
148/4 161/1 173/12
173/13 173/21 180/13
180/15 180/17 183/20
195/8 195/12 196/4
211/19 240/23 249/19

**that [1296]**

**that's [143]** 6/6 6/15
11/25 12/18 12/19
17/24 25/25 26/14
30/9 31/10 31/17
35/12 38/9 42/20 47/8
49/8 51/9 51/12 51/20
52/11 53/17 59/13
65/21 66/5 67/15
73/13 74/18 75/6
77/11 81/23 81/25
86/17 86/18 86/22
87/13 87/16 88/20
88/23 89/10 92/24
102/2 102/7 103/9
104/18 104/18 105/12
107/20 110/2 111/4
112/5 112/20 115/24
116/5 116/6 116/16
117/3 118/23 119/7
119/19 120/2 120/21
122/4 122/14 128/15
128/17 128/22 128/23
129/16 130/15 130/15
132/20 133/8 135/3
135/21 137/8 139/16
140/6 141/18 141/24
143/24 144/7 145/10

145/11 145/16 145/19
145/23 155/16 158/3
158/6 158/7 158/20
158/22 158/25 159/1
159/3 161/10 161/23
162/17 163/9 165/23
165/25 166/5 167/5
167/5 171/12 171/22
173/5 174/9 175/24
178/8 178/18 181/9
183/9 183/18 185/3
195/5 195/20 195/21
196/20 202/25 207/16
211/18 214/4 216/15
216/18 220/4 221/13
223/3 224/11 225/8
229/8 231/23 232/1
232/21 232/25 234/3
235/6 235/10 235/15
236/21 237/6 238/8
246/3

**their [39]** 13/12
18/11 25/13 27/12
27/13 34/21 43/8 80/7
81/23 81/25 82/6 83/8
83/13 83/16 90/14
90/20 91/7 91/8
104/19 104/20 106/5
120/1 135/4 136/18
137/1 181/8 181/19
181/24 185/10 185/15
186/11 187/5 190/14
212/15 212/17 212/19
223/10 223/10 231/19

**theirs [1]** 72/23

**theirself [1]** 235/6

**them [60]** 11/15
15/9 17/25 18/14
18/14 28/6 28/7 31/8
32/11 33/20 36/23
37/24 42/16 50/14
68/20 72/23 81/15
81/16 82/2 82/16
87/14 90/20 90/20
90/25 91/24 94/15
96/11 100/20 118/17
120/18 121/24 125/6
125/6 125/8 134/13
140/24 146/6 150/21
174/17 184/18 185/8
185/11 185/19 194/10
197/6 197/8 205/21
206/6 217/18 218/15
218/16 221/19 221/24
222/13 224/24 231/14
232/24 244/5 247/7
249/15

**theme [2]** 17/9
17/12

**themselves [1]**
188/12

**then [55]** 4/19 8/5

11/21 19/2 26/8 28/5
34/19 36/8 45/6 45/9
46/2 54/16 64/9 78/9
78/14 88/15 89/9
90/12 98/14 99/24
101/25 105/7 105/13
108/15 110/1 111/15
122/20 123/9 125/8
125/10 137/8 138/17
139/3 139/6 141/13
143/3 143/9 143/9
144/23 146/5 146/12
147/9 159/21 161/3
161/13 171/3 171/6
171/20 172/5 184/22
185/24 191/25 193/22
218/10 226/7

**therapist [2]** 219/20
219/25

**there [245]** 6/22 8/2
8/2 8/25 10/17 10/22
12/20 14/24 15/2 15/7
18/2 18/7 20/3 20/4
20/12 21/11 21/18
21/22 23/21 24/16
25/18 26/1 26/1 26/6
26/11 27/2 27/4 27/14
30/1 30/14 33/9 34/16
35/4 35/4 35/5 35/6
35/7 35/7 42/6 42/14
42/24 42/24 42/25
43/2 44/8 46/24 48/22
48/25 49/1 49/8 50/6
53/17 55/21 59/9 61/7
63/11 63/12 64/8
66/11 68/4 69/12
80/20 80/20 86/4
88/18 88/23 89/5
90/17 90/18 91/3
91/19 92/3 93/25 94/4
94/5 94/5 94/7 94/9
94/12 94/13 94/13
94/16 94/24 95/21
95/23 95/24 95/24
96/4 96/6 96/7 96/8
96/12 97/10 97/13
97/15 98/8 99/2
100/22 101/22 102/1
103/6 103/7 103/24
104/4 104/5 104/8
105/12 107/2 107/23
108/22 109/7 109/7
109/8 109/8 109/10
109/11 109/12 111/18
111/18 112/5 113/5
113/23 117/19 118/25
125/6 119/6 120/7
120/24 121/23 122/18
122/18 122/20 122/23
123/2 123/5 123/12
123/13 123/14 123/16
126/6 126/20 129/3

133/7 135/24 135/25
136/2 137/11 138/18
139/5 139/11 141/12
141/13 143/13 143/17
143/25 144/2 144/6
145/14 145/24 145/25
146/6 146/9 146/11
146/21 155/9 155/15
155/22 158/7 158/14
159/2 159/7 159/8
160/23 161/19 161/20
164/14 165/4 165/6
165/7 166/15 167/16
167/19 168/21 170/10
170/21 171/13 172/9
172/24 175/11 175/11
180/8 180/11 184/20
185/1 185/2 185/5
185/13 185/25 186/3
188/10 189/2 189/10
189/22 190/16 190/17
190/21 191/16 196/9
196/10 202/2 202/3
202/17 203/11 209/20
213/4 215/13 216/11
216/11 225/25 227/25
230/11 232/22 233/4
233/25 234/1 234/7
235/5 235/7 237/4
240/12 240/14 240/16
242/7 242/7 242/23
242/25 245/5 246/7
246/9 246/11 247/2
247/5 247/5 249/6
249/12

**there's [54]** 8/4 18/9
20/2 25/25 39/18
39/20 39/22 46/3 47/3
48/25 54/16 62/11
65/25 77/3 78/8 78/14
81/14 82/14 83/19
92/2 92/16 99/2 99/7
107/16 109/24 120/6
122/20 122/25 123/6
136/10 137/13 139/3
139/8 140/25 144/2
144/15 156/4 157/11
159/17 163/16 164/19
173/15 180/12 198/8
198/8 221/3 221/6
223/4 227/24 230/17
231/7 234/22 236/9
237/21

**thereto [1]** 38/17

**Thereupon [10]** 5/2
50/11 50/17 84/16
142/3 142/11 195/10
195/25 249/21 249/22

**these [39]** 15/11
16/17 29/9 31/4 33/12
33/19 68/16 97/2
101/10 101/25 102/5

104/16 104/21 108/22
116/14 116/22 140/22
141/11 143/1 156/3
168/6 197/9 201/5
205/22 207/15 215/12
217/9 218/24 220/7
221/16 222/17 223/22
229/3 229/3 229/8
237/25 238/1 240/1
243/23

**they [168]** 4/19 7/18
11/19 13/9 13/13
13/14 13/17 13/17
15/14 15/15 16/2
17/14 18/12 18/13
19/6 20/2 20/9 25/13
25/20 27/9 28/6 32/2
32/8 32/9 34/25 35/20
36/13 36/22 37/21
37/21 38/10 38/11
40/5 41/20 42/5 42/6
42/10 42/10 42/10
43/12 43/13 49/15
49/22 49/23 49/24
49/24 59/9 61/15
70/15 70/18 71/7
72/10 74/22 75/15
75/15 75/21 79/1 79/2
80/17 81/11 81/13
81/16 81/22 81/24
82/16 82/16 83/17
89/23 90/19 91/8 91/9
97/11 97/16 99/5
101/6 102/22 102/23
103/14 110/10 110/13
110/13 118/6 118/9
118/14 118/15 118/19
118/21 120/14 123/9
123/13 123/16 125/7
125/7 125/9 126/10
127/16 135/4 135/10
135/11 136/25 137/14
138/25 141/13 146/9
146/10 146/10 146/11
155/23 158/11 159/14
159/15 159/17 163/7
166/25 167/1 170/10
171/15 171/15 171/20
172/2 172/5 174/6
179/4 179/5 179/25
185/6 185/10 185/14
185/15 186/11 186/12
186/12 186/13 186/14
186/15 187/7 188/12
188/13 191/16 191/20
195/4 197/7 205/24
209/10 220/17 220/18
220/20 222/13 222/13
226/25 227/7 228/1
228/2 228/3 228/7
231/1 232/25 235/3
235/7 235/7 237/13

**T**

**they... [7]** 244/17
246/4 246/4 246/5
246/5 247/6 248/16
**they're [32]** 11/21
11/21 18/12 25/12
28/5 28/5 29/22 29/24
34/21 34/25 35/1 38/5
38/12 47/22 74/18
81/17 116/24 136/11
136/11 136/22 141/3
163/24 173/6 173/6
174/7 179/4 189/4
197/10 206/11 221/19
229/4 248/19
**they've [2]** 31/7 99/4
**thing [8]** 40/22
40/24 55/2 107/15
109/2 236/22 240/9
249/18
**thing's [1]** 156/20
**things [33]** 15/6
37/8 54/8 55/24 68/19
75/12 76/5 80/23
94/21 94/24 94/25
97/2 102/6 102/24
133/14 135/21 158/19
174/4 197/9 198/2
198/6 203/2 209/9
209/23 216/4 218/17
221/6 221/21 230/18
231/6 236/9 242/5
243/23
**think [70]** 12/2
15/20 17/12 17/14
26/14 35/25 36/9
37/10 38/16 42/14
46/14 51/11 60/1
60/17 61/22 63/11
67/16 67/17 71/1
76/11 91/9 92/20
92/21 93/14 95/13
98/6 100/3 100/7
100/9 107/1 110/15
112/10 113/21 116/5
116/13 116/19 119/10
120/20 126/2 126/23
128/11 130/7 133/1
136/21 146/3 155/13
155/22 156/19 156/20
158/1 158/10 159/17
160/10 168/25 169/17
191/14 195/4 196/6
200/10 204/23 212/17
213/22 217/7 218/5
220/16 220/18 220/19
229/10 237/21 238/18
**thinking [4]** 82/15
123/17 124/25 173/2
**thinks [1]** 134/11
**thinner [2]** 207/22

238/24
**third [14]** 8/5 11/11
59/19 117/5 117/7
117/7 125/24 149/4
150/5 151/19 152/2
209/6 209/9 209/10
**this [347]**
**Thomas [1]** 2/2
**those [44]** 11/14
15/24 25/21 27/16
27/18 34/1 35/13 39/5
59/15 60/20 64/9
67/16 68/18 74/16
78/2 79/15 80/21
83/18 94/22 103/10
106/13 123/8 125/9
126/9 134/12 135/21
165/11 165/14 166/23
167/3 168/14 180/6
191/2 210/22 218/16
219/12 221/17 222/1
228/11 235/1 237/14
237/15 237/19 245/8
**though [7]** 7/6 41/23
63/18 112/13 118/21
162/14 223/23
**thought [10]** 62/12
87/15 91/5 100/19
154/21 158/4 158/6
170/13 171/15 173/7
**thousands [1]** 18/10
**three [16]** 8/3 23/21
80/16 105/19 130/24
132/10 137/18 160/9
185/11 194/24 196/10
196/19 210/15 210/18
215/21 216/8
**through [37]** 7/25
8/18 13/22 18/4 18/11
30/12 30/24 31/12
36/25 37/19 37/25
49/23 49/24 51/2
55/18 73/18 75/3 75/4
80/9 83/16 99/12
100/10 103/22 122/15
124/2 135/23 137/10
140/22 140/24 157/14
174/13 174/16 175/4
191/20 198/1 215/12
231/13
**throughout [4]**
182/5 186/4 200/10
211/24
**throw [1]** 8/1
**thrown [2]** 7/17
91/11
**thrust [1]** 236/13
**till [5]** 142/1 143/11
144/24 153/6 154/23
**time [184]** 7/1 8/18
10/12 11/4 12/23 14/3
17/18 18/3 18/25

20/18 21/11 22/23
23/20 25/18 25/20
31/3 31/13 31/17
35/10 35/19 36/3
41/13 46/14 48/7 50/4
55/21 57/17 57/19
58/14 58/14 59/19
61/21 61/21 63/2
65/24 69/9 78/19 81/5
81/10 82/22 85/17
86/21 86/22 86/22
88/15 88/21 91/17
92/5 97/13 97/16 98/6
98/6 98/8 98/12 98/17
99/11 101/21 103/18
104/7 109/19 112/8
112/13 115/7 116/5
117/9 117/9 117/19
118/5 119/5 119/25
120/19 123/16 125/3
125/11 125/12 126/6
127/21 131/11 132/16
132/19 133/11 133/20
134/13 134/17 137/14
138/24 139/1 140/12
140/15 140/22 140/24
141/14 141/17 143/8
148/15 151/22 158/16
158/21 160/4 163/17
165/8 168/13 170/14
170/22 171/11 171/24
172/10 174/21 175/12
181/11 183/17 185/6
185/13 185/13 185/21
186/4 186/15 194/24
196/10 197/7 198/9
199/4 199/5 200/11
203/10 205/3 205/3
205/19 205/21 206/6
206/8 206/11 209/8
212/12 212/12 213/1
215/3 215/11 215/13
215/19 215/20 215/22
216/9 217/9 217/14
218/16 218/24 219/1
221/9 221/17 221/21
225/23 227/14 229/17
231/25 232/3 232/20
233/21 233/24 234/1
234/4 234/6 235/9
235/10 235/11 235/18
235/22 236/3 236/5
236/6 236/21 239/18
246/4 246/12 246/12
246/13 246/24 247/2
247/5 247/5 249/6
249/7 249/14
**timeframe [7]** 19/3
107/16 107/17 108/8
108/10 132/13 132/14
**times [22]** 15/4 15/5
15/9 18/19 27/2 27/4

29/25 30/1 30/24 31/7
35/13 38/1 60/14
93/15 104/6 140/9
211/24 216/21 220/1
222/5 233/24 240/8
**timing [1]** 143/2
**tiny [1]** 92/4
**Tobacco [1]** 117/11
**today [20]** 4/20 36/8
92/24 104/10 116/13
121/24 123/5 159/21
167/8 167/10 201/5
207/17 210/19 211/23
213/6 213/20 215/24
219/6 225/1 239/7
**together [13]** 15/6
75/11 87/14 102/22
187/3 188/11 203/17
212/4 212/7 212/9
217/19 217/24 231/1
**told [21]** 49/14
55/22 55/23 59/8
76/16 77/2 97/20
101/6 105/6 117/10
118/5 133/11 140/17
140/20 159/21 168/5
168/6 168/9 171/7
224/1 244/5
**toll [2]** 131/16
220/17
**ton [1]** 200/11
**tone [1]** 55/19
**tonight [2]** 143/11
144/25
**too [15]** 43/24 45/1
45/21 46/25 52/17
101/23 109/24 139/15
172/21 183/5 185/21
218/9 222/7 229/14
234/3
**took [16]** 61/11
94/25 96/20 131/17
139/1 169/3 184/17
185/18 189/23 194/24
196/6 196/11 199/4
199/5 215/22 231/11
**top [13]** 10/17 11/2
44/22 52/8 87/11
92/22 92/24 113/9
122/21 141/4 147/7
158/13 178/7
**topic [4]** 50/24 66/15
71/23 141/23
**Torres [1]** 105/5
**total [2]** 59/6 93/3
**totally [2]** 15/16
209/19
**touch [1]** 132/3
**touched [1]** 121/3
**tough [1]** 30/1
**towards [4]** 55/20
82/4 133/14 206/5

**Tower [24]** 19/9
19/10 19/16 21/7
22/21 23/8 25/7 25/18
101/6 101/14 155/7
190/22 225/3 225/6
225/7 225/8 225/9
225/12 225/14 225/23
227/1 245/24 246/1
246/8
**town [1]** 55/24
**track [2]** 32/25 52/16
**traditionally [1]**
6/15
**Traffic [1]** 109/4
**tragic [1]** 223/12
**training [1]** 218/8
**tranquility [2]** 83/14
154/25
**transcript [2]** 66/7
88/3
**transcription [1]**
250/4
**transition [1]** 115/17
**transpired [2]** 11/13
12/18
**trash [1]** 198/1
**Traurig [2]** 184/18
187/14
**treasure [1]** 42/21
**treat [4]** 27/9 33/19
34/5 60/10
**treated [4]** 33/20
33/20 122/1 222/10
**treating [1]** 27/8
**treatment [2]** 91/25
92/2
**trees [3]** 234/22
234/25 235/1
**Trelana [2]** 179/13
179/17
**tremendous [3]**
14/18 26/14 139/1
**tremendously [1]**
98/18
**trial [8]** 1/8 41/18
95/15 98/18 136/6
152/10 228/6 228/7
**tried [9]** 43/20 65/13
74/12 74/15 75/21
80/25 135/22 138/19
221/7
**trip [3]** 210/3 210/5
210/11
**troubles [1]** 204/14
**truck [5]** 69/18
118/24 118/25 119/1
119/6
**true [10]** 72/5 78/4
88/20 159/1 183/18
198/7 213/5 217/5
217/8 217/11
**truly [1]** 128/14

**T**

**Trust [3]** 157/24
160/2 160/20
**trusted [1]** 98/9
**truth [3]** 40/1 72/15
213/7
**truthful [2]** 95/14
95/17
**truthfully [1]** 95/12
**try [19]** 5/19 8/1
13/9 17/16 32/10
32/11 33/11 37/24
43/19 65/7 65/19
75/19 80/11 82/12
126/14 139/1 142/20
152/10 237/23
**trying [18]** 25/15
82/3 90/18 93/16
101/3 102/23 120/24
122/8 125/14 141/11
146/23 165/17 170/18
176/17 177/16 205/23
235/6 236/12
**tuck [1]** 216/1
**turn [3]** 155/15
189/15 224/25
**turning [1]** 37/4
**tweet [2]** 5/20 6/6
**twice [5]** 202/1
221/19 221/20 223/24
227/8
**two [30]** 9/11 27/25
43/13 49/8 54/24 59/8
86/4 105/18 110/5
128/13 130/18 130/24
144/11 155/11 160/8
169/11 186/1 187/9
191/2 198/8 204/22
205/20 207/15 209/4
209/8 222/5 235/1
236/6 236/9 236/9
**type [2]** 54/5 219/25
**types [1]** 218/16
**typical [2]** 10/16
82/19
**typo [1]** 119/7

**U**

**U.S [2]** 171/18 172/3
**ultimately [2]**
185/15 185/24
**UM [1]** 187/16
**unable [1]** 247/10
**unacceptable [1]**
77/2
**unconstitutional [1]**
130/25
**undated [1]** 205/22
**under [15]** 25/24
70/11 79/16 79/18
116/13 130/25 167/8
174/13 176/1 179/2

201/14 204/22 205/9
241/24 243/6
**underneath [2]**
122/24 123/4
**understand [52]**
11/12 17/21 23/13
24/5 27/10 35/10 37/6
40/2 40/6 41/19 42/11
43/1 46/16 57/4 57/15
58/2 62/19 64/10
68/17 68/18 72/12
72/16 78/18 80/4 84/9
99/16 111/9 118/7
118/9 123/13 125/13
149/6 151/6 151/15
151/18 151/23 152/1
152/6 152/9 152/13
152/16 152/23 153/1
158/25 161/7 161/8
205/4 205/8 216/6
229/3 240/7 241/20
**understanding [16]**
14/15 36/6 48/15
61/25 62/8 70/19 73/4
76/14 76/20 77/11
82/12 82/18 158/3
161/20 175/25 179/2
**understood [6]**
14/18 21/4 57/13
107/8 107/10 159/3
**unfortunately [3]**
125/11 189/22 217/18
**unfounded [1]** 157/5
**uniform [3]** 191/19
191/19 227/13
**unincorporated [2]**
230/24 232/8
**union [4]** 115/20
116/1 116/6 116/7
**unique [3]** 42/17
42/19 236/18
**UNITED [2]** 1/1 1/9
**units [1]** 48/25
**unity [2]** 17/9 17/12
**University [3]**
184/12 184/13 187/17
**unless [2]** 103/20
179/4
**unlike [1]** 140/21
**unmarked [1]**
230/11
**unpermitted [1]**
179/8
**unreasonable [4]**
124/5 124/8 124/23
125/20
**Unresponsive [6]**
187/19 191/21 195/2
203/4 218/21 242/12
**unsafe [6]** 20/2
101/7 101/14 102/2
102/9 155/14

**until [8]** 12/25 50/7
55/21 99/19 147/12
154/22 185/19 195/6
**untrue [2]** 15/16
198/2
**unusual [1]** 30/20
**up [121]** 5/19 5/21
9/18 11/2 11/25 12/12
22/9 23/10 24/3 24/8
26/10 26/11 33/1
36/23 37/1 37/4 38/13
44/3 47/7 47/9 51/5
51/16 51/23 56/1 56/7
57/18 58/20 59/12
59/19 60/19 64/11
64/17 68/16 68/19
69/14 69/16 70/25
72/23 77/15 77/21
79/9 81/18 86/1 87/25
88/3 88/9 89/6 92/5
93/21 93/23 93/23
97/8 97/18 98/17
101/17 102/8 102/24
103/16 104/17 121/12
121/22 121/25 124/1
124/11 126/12 127/22
127/24 128/7 130/3
132/23 133/22 134/6
139/12 143/3 148/18
154/25 155/23 157/9
158/13 170/16 170/19
171/17 172/2 172/7
172/10 174/10 175/18
176/15 178/22 186/6
187/16 202/16 204/7
204/15 204/17 206/20
207/7 216/7 216/17
216/21 218/6 220/5
220/7 220/8 220/9
220/10 223/23 230/2
234/25 235/21 236/6
236/6 236/8 236/17
238/12 242/9 242/13
244/1 245/13 247/9
247/20
**update [2]** 65/8 85/1
**upon [5]** 20/13 76/25
100/17 214/13 236/13
**upper [1]** 116/4
**upset [7]** 189/3
189/14 197/5 197/17
198/13 208/19 209/1
**upstairs [3]** 123/20
125/17 125/18
**urge [1]** 145/25
**Uriarte [6]** 97/8
120/5 123/20 123/24
125/15 127/18
**us [41]** 6/12 7/9
14/10 14/24 19/22
20/20 32/9 33/25 42/3
42/13 45/9 46/5 51/20

52/8 53/20 55/3 61/24
73/1 85/2 85/23 136/7
150/23 181/7 181/10
182/3 184/10 188/13
196/8 204/23 206/8
210/6 223/11 223/19
225/17 235/7 236/13
237/22 237/23 238/6
243/16 243/19
**use [10]** 7/14 24/21
58/1 173/8 185/2
210/15 210/18 239/16
246/2 246/6
**used [14]** 14/22
35/13 39/25 97/20
118/12 118/13 118/14
118/16 134/3 172/15
213/19 232/7 238/13
239/6
**uses [2]** 101/25
196/23
**using [3]** 137/1
155/15 208/7
**usually [7]** 61/6
88/17 115/8 126/10
190/12 203/18 220/11

**V**

**vacate [2]** 70/15
70/18
**Valencia [15]** 59/18
59/21 61/24 62/14
62/20 86/11 86/14
88/22 142/25 143/25
144/15 144/23 145/4
179/14 179/21
**Valenica [3]** 85/14
88/7 179/22
**Valentine's [2]**
241/15 241/22
**valet [16]** 33/6 33/21
34/11 34/11 34/14
34/18 35/9 35/11
35/12 35/14 35/17
35/19 35/24 166/16
196/22 197/5
**valid [1]** 33/14
**valor [3]** 171/16
172/23 172/25
**van [1]** 249/4
**variety [2]** 89/23
146/22
**various [2]** 47/17
70/12
**vehemently [1]**
194/16
**vehicles [1]** 154/24
**vendettas [1]** 114/6
**vendors [1]** 31/15
**Venezuelan [2]**
104/19 193/4
**Venezuelans [2]**

104/16 104/25
**verbatim [1]** 12/18
**verified [1]** 246/5
**verify [1]** 246/4
**versus [1]** 4/7
**very [53]** 6/21 10/11
12/20 13/9 14/17 28/4
35/16 41/3 42/19 61/1
62/1 74/11 74/11
75/25 76/16 82/12
98/16 100/17 101/4
101/13 102/18 107/4
107/25 109/23 110/6
110/6 110/7 126/3
126/23 128/16 136/7
137/14 162/24 163/5
166/11 170/20 173/17
185/1 187/14 192/23
194/15 197/6 197/6
197/7 197/7 197/7
197/17 203/15 219/4
219/22 224/24 242/20
245/3
**veteran [9]** 170/15
170/17 170/19 170/23
171/7 171/7 171/23
171/24 173/6
**Vice [1]** 11/6
**victory [3]** 17/9 19/2
19/4
**video [40]** 9/13
11/18 12/1 12/4 12/16
12/20 30/17 35/24
47/8 47/16 47/19
47/20 48/4 48/7 48/7
48/19 53/3 53/14
55/17 55/20 59/21
60/1 62/22 63/14
63/22 67/15 67/19
67/24 68/24 73/14
73/16 73/18 73/20
74/14 91/1 122/14
122/17 166/1 166/9
168/4
**videos [2]** 74/16
74/25
**videotaped [1]**
62/16
**Viernes [20]** 5/20
5/23 8/1 8/5 8/8 8/10
154/10 162/3 162/15
207/14 207/23 207/24
208/6 208/11 208/12
208/18 238/10 238/14
239/3 239/5
**Vietnamese [1]**
172/1
**view [1]** 222/9
**violating [4]** 34/21
36/14 36/22 164/16
**violation [5]** 43/25
59/6 80/14 80/14

**V**

**violation... [1]** 80/22
**violations [4]** 24/12
80/16 82/18 143/25
**violator [1]** 127/12
**Virginia [4]** 91/18
91/21 91/24 92/1
**virtually [1]** 32/2
**visit [2]** 210/5
245/16
**visiting [1]** 187/16
**voice [2]** 47/22 48/4
**volunteer [1]** 115/15
**vote [11]** 84/3 94/5
94/10 106/5 106/14
106/16 106/17 106/18
111/18 141/12 168/23
**voted [9]** 46/8 55/5
75/14 81/11 81/22
109/10 111/8 111/21
141/13
**voter [9]** 135/24
135/25 136/5 137/12
137/19 139/8 140/25
141/7 141/8
**voters [8]** 94/5 94/5
94/10 105/24 106/2
106/4 106/7 106/8
**votes [1]** 136/7
**voting [9]** 107/10
109/15 111/7 111/19
111/20 136/6 136/10
141/10 141/11

**W**

**wait [18]** 33/17
46/20 47/2 47/2 73/8
77/20 111/11 111/11
112/22 121/6 121/6
151/8 151/8 151/8
153/5 153/5 180/2
232/23
**waiving [1]** 182/6
**wake [3]** 236/6
236/8 247/9
**wakes [1]** 220/10
**waking [2]** 37/4
60/19
**walk [5]** 31/12 106/3
106/4 109/17 109/19
**walked [6]** 40/21
49/8 106/15 106/16
109/20 122/18
**walking [6]** 16/10
49/7 106/9 109/16
122/15 122/16
**walks [2]** 105/24
115/14
**want [19]** 29/4 40/5
66/15 81/19 85/15
86/5 89/6 107/24
108/2 127/24 135/12

162/22 181/1 181/3
195/4 224/15 232/17
248/12 249/6
**wanted [21]** 7/9 9/1
13/9 75/7 75/14 75/15
137/16 183/4 183/12
184/24 189/14 194/9
197/8 220/3 220/4
220/4 227/3 231/23
232/11 232/24 235/7
**wanting [1]** 136/2
**wants [3]** 156/17
206/6 247/6
**war [1]** 172/9
**warehouse [3]**
91/18 91/20 91/23
**was [710]**
**Washington [1]**
184/13
**wasn't [12]** 59/5
75/10 81/3 98/11
98/21 125/2 128/6
147/12 172/12 198/7
214/24 216/10
**wastewater [1]**
91/25
**watch [7]** 11/23
198/18 199/2 204/7
242/14 249/9 249/18
**watched [1]** 242/21
**watching [4]** 5/7
155/11 198/16 221/16
**water [6]** 84/8 92/2
125/2 125/4 126/7
126/7
**way [39]** 8/12 17/3
23/1 23/7 34/17 38/1
41/17 48/5 49/24 52/3
60/10 62/5 62/17 75/2
75/16 76/23 78/9
78/10 79/15 80/14
80/17 93/20 118/15
126/22 145/2 145/7
155/15 163/15 164/11
173/11 178/3 194/10
196/18 196/20 198/7
204/19 213/25 222/10
246/1
**we [214]** 5/18 6/8
7/8 8/18 9/17 9/25
10/20 11/17 15/4
15/25 18/21 18/23
18/24 19/3 28/3 30/19
32/7 32/11 32/11
32/13 33/20 33/20
33/21 34/16 37/24
37/25 39/23 43/20
43/20 43/20 43/21
46/6 46/7 46/7 48/6
48/7 49/13 49/14 50/7
50/24 50/24 51/25
55/3 55/4 55/4 55/17

56/7 57/17 57/24
58/13 59/20 63/14
63/19 64/13 64/16
65/4 65/8 65/13 65/18
65/23 68/25 70/14
70/17 71/3 73/21
76/23 76/25 76/25
78/2 81/23 84/7 85/3
85/25 85/25 86/24
89/24 89/25 90/1 90/2
90/11 90/18 91/1 92/3
92/20 92/21 92/24
93/14 95/4 95/5 97/12
97/15 102/15 105/16
106/12 106/15 106/16
107/5 107/12 108/12
110/14 111/25 116/17
119/11 122/14 123/15
125/25 127/22 129/1
130/1 131/21 131/22
133/14 133/18 137/8
137/16 137/17 139/13
139/21 140/4 142/24
143/1 144/6 144/18
145/14 146/22 146/23
146/24 146/24 147/13
147/14 147/15 148/4
148/10 156/16 156/16
157/16 158/18 163/19
163/20 163/20 163/25
165/4 165/4 165/5
165/7 165/11 165/14
165/14 171/15 174/10
174/17 175/4 175/6
176/17 180/23 181/4
181/17 182/1 182/4
182/8 182/11 185/17
186/22 187/4 187/4
188/20 188/21 189/15
189/22 190/20 191/2
195/13 195/16 195/21
196/6 198/17 198/21
200/18 205/11 206/8
207/4 207/7 209/12
210/4 210/4 210/5
210/6 211/15 212/8
217/18 224/4 224/12
225/10 227/24 230/17
230/24 233/14 236/10
236/11 236/20 237/5
239/6 242/14 242/16
242/20 242/20 242/22
242/22 243/6 244/24
245/11 246/6 249/5
249/7
**we'd [3]** 40/3 127/1
156/11
**we'll [25]** 4/19 6/12
11/16 19/2 47/15
51/23 56/7 61/23
64/20 64/24 84/11
84/13 89/12 95/19

109/13 112/22 121/25
141/25 164/5 174/16
175/18 195/5 245/16
245/20 249/19
**we're [28]** 4/17 5/10
12/12 16/22 44/18
50/6 56/2 56/15 57/22
67/17 71/23 73/14
83/21 95/15 97/18
101/15 108/10 123/22
139/14 150/25 210/4
219/6 221/19 223/17
224/13 224/24 243/6
249/2
**we've [10]** 12/5
41/18 74/25 110/4
140/6 186/20 203/17
228/13 229/15 236/16
**wealthy [1]** 104/16
**weaponize [2]** 81/5
172/15
**weaponized [1]**
172/18
**Wednesday [1]**
240/11
**week [3]** 8/14
132/24 133/2
**weekend [4]** 37/22
146/15 146/15 249/9
**weekends [1]**
240/11
**weeks [2]** 23/21
215/21
**weight [11]** 200/11
214/7 214/11 214/12
214/15 214/22 214/22
215/3 223/20 224/1
236/2
**welcome [4]** 6/14
55/11 180/15 240/25
**welfare [1]** 83/14
**well [109]** 6/9 6/20
6/22 7/23 9/2 9/16
10/12 13/9 13/17
14/17 15/4 17/1 20/25
31/3 33/9 34/19 35/7
36/12 36/18 41/9
42/22 43/12 45/24
48/18 52/11 56/1 59/5
61/3 61/16 62/10
63/20 66/19 68/13
69/12 75/2 78/6 84/11
88/13 89/10 89/18
90/9 91/7 91/21 98/2
99/18 101/13 102/15
107/20 109/7 112/22
113/10 113/25 115/13
117/3 118/9 118/23
120/4 120/18 123/24
130/12 132/14 133/20
134/3 136/11 139/10
143/20 144/1 144/5

144/20 146/7 146/21
154/9 155/6 155/13
155/21 159/9 161/8
167/5 191/4 197/8
197/18 201/1 203/14
205/23 212/19 213/24
214/24 215/19 216/10
219/22 220/9 220/19
221/25 223/25 224/14
224/24 228/16 228/19
229/9 229/11 233/24
234/8 236/8 236/23
237/9 237/10 238/18
239/9 249/17
**well-being [1]**
197/18
**went [21]** 20/14
21/7 22/8 53/17 93/24
95/23 112/21 117/19
119/23 119/23 133/14
184/22 185/1 185/20
185/20 185/25 186/8
191/25 216/11 229/9
237/5
**were [228]** 5/23 6/4
6/8 7/17 8/2 8/2 8/3
8/18 10/20 13/14 15/7
15/11 15/14 15/15
15/17 15/24 16/17
16/18 16/21 17/15
18/7 18/13 18/24 19/3
19/6 19/10 20/2 21/8
22/2 25/15 25/17
25/18 26/10 27/13
27/14 27/25 30/14
32/5 32/9 32/20 33/12
33/13 33/21 33/25
35/23 35/23 36/7
36/13 36/22 38/3
41/25 42/3 42/5 42/6
42/10 42/10 42/14
43/13 46/24 48/22
49/1 49/6 49/14 49/15
49/21 49/22 50/24
55/19 59/17 59/21
60/5 60/17 62/18
62/24 65/18 65/19
65/23 66/1 68/5 68/18
73/5 73/23 74/5 75/12
79/12 79/15 80/16
80/17 80/17 83/17
83/18 85/14 88/9
89/18 89/18 89/23
89/25 90/13 90/17
90/18 91/8 92/3 92/3
93/14 93/14 94/13
94/13 95/20 96/13
97/24 98/13 98/15
100/20 101/3 102/22
103/10 103/14 104/8
104/16 104/25 107/6
108/20 110/9 110/10

**W**

were... **[104]** 110/11
110/12 110/13 110/13
110/17 113/13 113/23
115/8 116/14 118/3
118/19 119/24 119/25
120/2 120/24 122/18
122/24 123/9 124/23
125/1 125/7 130/6
137/16 138/25 139/13
140/12 141/12 141/12
143/1 143/19 144/6
144/18 145/14 145/25
146/23 146/25 147/15
154/24 155/3 163/7
164/17 165/6 166/22
166/25 170/10 171/15
174/12 175/16 176/11
176/17 178/3 178/13
178/18 179/6 179/10
179/25 180/5 180/6
180/12 185/14 185/15
188/4 188/6 188/10
188/20 190/18 191/24
196/6 197/7 198/2
198/7 202/20 205/20
209/9 209/10 209/12
210/4 210/5 210/13
212/4 212/4 212/9
212/9 215/11 216/14
220/20 222/12 222/12
222/13 225/1 228/2
228/3 228/5 228/7
230/12 232/11 232/25
233/16 235/3 235/7
238/10 242/16 242/20
242/22
**weren't [3]** 13/16
212/7 212/8
**West [2]** 21/13
128/13
**what [248]** 6/13
11/13 12/18 12/19
12/22 13/7 13/25 14/4
14/24 15/3 15/13
17/11 19/16 19/22
20/9 20/12 21/4 21/25
22/3 23/17 24/9 24/13
24/16 25/25 27/12
27/13 29/3 29/4 29/22
30/21 32/10 32/20
33/25 35/10 35/20
35/21 35/21 35/22
36/20 36/21 38/11
38/19 39/8 41/11
41/19 42/5 44/20
45/23 46/16 52/10
53/20 54/5 54/24
55/23 57/17 57/19
57/23 58/2 58/10
58/11 59/4 59/8 59/12

60/8 60/22 61/21
61/21 61/24 61/24
63/4 63/19 64/7 64/9
66/9 66/15 66/16
68/18 73/1 74/12
74/18 74/19 74/22
75/7 75/14 75/15
75/23 76/16 76/20
77/1 80/14 80/25
82/11 82/12 82/13
82/16 83/11 84/2
85/23 86/12 86/18
87/22 88/23 89/16
89/18 90/7 91/4 92/3
92/12 92/14 92/18
92/20 92/21 94/2 95/3
96/20 96/22 97/3
97/15 98/6 98/10
98/11 99/12 100/11
101/18 102/7 102/16
103/9 104/18 104/18
105/13 106/9 106/25
107/16 107/19 107/23
108/2 108/7 108/23
108/24 109/3 110/12
110/17 111/9 112/4
112/5 112/5 113/4
114/21 115/2 115/12
115/25 118/20 119/17
120/18 122/4 122/17
123/25 125/13 125/24
126/23 127/5 127/21
128/22 129/22 133/7
135/7 135/19 137/8
137/16 140/15 142/19
143/17 144/7 145/10
145/16 145/23 147/8
148/13 151/22 151/23
154/8 154/18 155/25
158/5 158/6 158/25
159/3 159/23 160/12
162/17 163/16 163/24
163/25 164/3 167/5
167/5 167/10 167/11
170/4 170/23 170/25
171/12 171/22 172/8
175/24 175/25 176/7
176/17 178/8 178/16
179/19 182/7 182/12
183/2 183/11 187/5
192/1 192/19 194/16
196/16 198/21 198/22
200/17 201/20 203/1
203/1 205/11 206/10
209/21 210/15 210/18
211/18 213/7 220/10
227/14 228/14 229/6
231/7 231/15 234/3
237/8 237/22 238/9
242/21 242/22 244/11
248/8 248/16
**what's [29]** 23/23

31/15 44/25 46/20
47/2 51/7 56/23 66/11
70/19 71/9 71/12 73/8
82/18 82/22 99/9
114/8 130/20 145/18
147/19 151/8 153/7
176/21 177/10 177/11
197/12 204/17 211/2
236/5 249/12
**whatever [14]** 13/11
36/22 97/12 98/5 98/7
100/17 110/12 121/22
143/8 146/24 171/11
228/19 230/25 247/5
**whatsoever [16]**
7/16 8/17 16/20 36/23
39/21 44/2 59/10 77/1
79/6 79/22 120/7
120/13 132/4 140/13
179/9 179/18
**when [130]** 5/18 6/3
7/8 7/17 8/23 17/20
18/21 18/22 23/19
24/11 26/11 27/2
28/19 35/11 35/12
37/8 37/10 40/21
40/24 46/12 49/24
50/24 53/2 54/9 55/24
57/11 62/14 62/16
62/17 63/17 65/8 69/2
74/25 80/14 80/20
80/22 82/17 83/14
83/18 84/2 89/18 90/7
94/4 94/9 95/6 96/9
96/13 96/18 97/8
97/19 97/20 97/24
101/3 101/15 101/17
101/20 102/4 108/19
108/21 111/7 111/9
115/12 117/13 117/13
117/19 119/23 123/3
125/20 125/20 126/9
140/16 143/18 143/18
151/18 154/7 155/10
155/23 158/3 158/18
159/6 165/21 166/22
166/25 169/3 169/6
170/10 170/20 171/2
171/22 171/22 171/24
171/25 172/7 173/6
174/22 178/3 178/13
185/8 185/17 185/20
186/21 187/13 187/23
189/22 203/11 203/17
203/19 204/16 206/11
209/10 212/4 217/15
217/21 220/6 220/20
226/7 228/3 228/4
228/5 233/3 233/16
234/5 236/11 238/16
239/14 243/4 243/13
246/3 246/5 247/20

whenever **[2]** 125/7
231/7
**where [66]** 6/3 6/8
8/4 21/8 22/24 41/21
43/7 43/10 48/21
48/24 49/10 50/2 57/4
57/12 62/16 85/19
87/8 88/5 91/1 91/24
92/4 101/13 102/18
102/23 104/2 106/12
106/16 106/17 106/18
109/17 111/23 112/16
112/18 117/7 120/24
122/14 122/24 123/4
125/5 125/13 125/25
128/23 139/7 139/18
143/20 143/21 143/24
144/20 145/3 145/5
158/7 161/3 161/13
179/19 186/8 186/16
207/13 216/3 229/16
233/7 233/16 233/19
234/16 234/20 234/25
241/23
**wherever [1]** 108/20
**whether [14]** 13/11
13/11 27/4 36/6 51/20
111/19 134/14 134/15
151/11 165/10 223/2
223/5 228/24 229/15
**which [39]** 11/11
17/12 34/23 50/3
57/20 58/18 59/6 66/6
70/12 86/4 87/3 87/4
88/8 88/12 95/25
101/15 102/10 118/20
119/2 130/13 132/24
138/11 141/4 147/1
148/19 156/18 171/10
178/20 181/20 182/17
186/9 191/2 202/1
207/15 222/24 224/24
236/9 238/9 246/24
**whichever [1]**
118/15
**while [13]** 18/17
96/12 118/18 150/11
185/23 186/7 186/10
186/13 187/16 219/1
221/23 230/12 247/16
**whiskey [1]** 155/22
**white [1]** 172/17
**who [39]** 6/1 17/16
17/16 20/9 20/18
25/10 26/24 29/14
33/12 34/17 38/10
41/25 49/21 59/18
60/14 70/19 76/10
81/13 81/24 96/20
101/10 103/10 103/14
104/6 104/9 104/14
119/14 136/7 188/2

189/18 193/1 210/22
216/18 216/19 223/8
224/22 231/15 231/18
232/25
**who's [14]** 10/17
45/2 85/19 99/8
104/11 119/16 136/19
157/3 173/15 185/16
218/12 235/4 235/6
238/4
**whoever [3]** 134/15
189/19 235/7
**whole [16]** 8/25
13/13 13/15 18/15
18/18 22/23 68/13
101/19 104/18 104/19
156/20 180/8 218/19
221/15 225/22 240/9
**whom [2]** 112/18
112/21
**whose [1]** 36/11
**why [38]** 12/6 38/9
42/11 49/8 53/17 65/3
76/14 96/3 101/11
102/8 107/22 125/19
126/7 130/13 134/6
135/25 136/6 139/5
171/3 177/5 183/9
188/9 192/1 205/4
207/21 215/2 222/17
225/17 232/21 232/22
232/23 239/18 241/13
243/4 243/12 243/22
246/3 248/2
**wide [1]** 18/20
**widely [1]** 114/14
**wife [11]** 61/12 93/1
96/2 97/25 109/8
109/11 109/11 128/22
186/3 211/20 239/2
**wild [1]** 222/7
**will [20]** 6/22 12/12
18/12 50/7 54/23
57/25 70/7 76/25 85/3
95/16 140/16 149/24
165/6 168/17 188/11
189/12 207/1 219/12
245/18 249/15
**WILLIAM [1]** 1/4
**willing [1]** 91/8
**win [3]** 139/7 190/6
237/9
**windows [2]** 46/7
55/4
**winning [1]** 30/9
**wins [1]** 17/5
**wire [1]** 123/3
**wires [4]** 122/21
122/24 123/7 123/8
**wish [1]** 128/25
**withdraw [7]** 20/7
159/15 159/19 161/4

**W**

**withdraw... [3]**
161/14 175/21 177/16
**withdrawal [7]**
176/2 176/7 176/15
176/16 176/24 177/5
177/12
**withdrawing [1]**
177/6
**withdrew [1]** 159/22
**within [9]** 72/10
114/10 114/19 114/25
130/13 153/20 160/3
181/15 203/18
**without [9]** 32/11
33/25 35/2 51/11
61/24 95/1 100/12
182/6 244/11
**witness [19]** 39/21
96/23 105/19 127/4
136/18 136/19 142/7
147/5 157/3 160/9
163/21 166/18 173/16
177/11 180/19 180/22
183/23 203/23 233/6
**witnesses [3]** 3/2
3/5 150/5
**women [1]** 28/20
**won [1]** 84/3
**won't [3]** 135/23
219/25 249/5
**wooden [1]** 80/17
**word [2]** 183/6 208/7
**words [6]** 12/23
93/16 101/25 210/15
210/18 213/19
**work [18]** 8/8 14/15
14/19 17/17 28/9
37/21 38/1 38/4 65/19
67/8 137/17 146/15
185/17 186/4 187/13
198/8 199/6 236/20
**worked [10]** 76/5
76/24 96/7 97/21
170/25 184/23 186/3
192/20 212/24 239/16
**workers [1]** 165/13
**working [10]** 18/16
37/25 38/8 48/17
101/19 133/3 133/4
137/16 140/20 219/1
**works [3]** 37/7 75/17
240/10
**world [2]** 92/22
185/15
**worry [1]** 248/20
**worrying [1]** 206/9
**worse [1]** 35/8
**worst [2]** 57/18
172/15
**would [140]** 11/11

12/3 12/13 12/21
12/25 14/15 17/17
24/5 24/5 25/13 25/24
25/25 26/2 26/7 31/10
32/8 32/10 32/11
40/24 40/25 42/11
43/20 43/21 44/19
52/10 54/1 55/6 58/13
59/11 63/1 64/16
65/13 66/25 71/6
76/22 88/8 90/3 91/9
91/10 91/13 91/13
94/16 95/4 99/2 99/3
100/17 101/11 102/10
103/13 103/17 105/23
106/2 106/6 106/13
106/15 113/21 113/22
120/8 120/13 125/6
125/7 126/13 128/25
129/11 133/21 137/24
138/21 138/23 139/10
139/11 141/18 143/12
145/1 145/25 146/3
148/23 154/13 154/14
155/2 156/17 157/1
158/12 158/14 158/16
158/16 158/17 159/1
159/13 159/14 160/25
165/11 165/11 165/14
165/14 166/16 171/24
172/19 172/20 178/21
181/20 182/7 182/8
182/12 186/15 193/3
195/13 196/20 200/19
203/12 206/20 208/8
208/9 209/3 210/15
210/18 215/22 216/15
216/16 216/16 220/13
220/16 221/11 224/25
226/22 226/25 227/10
229/8 229/10 231/23
234/25 235/1 237/11
237/12 237/13 238/18
240/12 242/9 242/13
242/15 246/4
**wouldn't [6]** 12/22
63/2 172/2 215/19
232/16 237/10
**wound [1]** 172/4
**write [1]** 189/24
**writes [2]** 85/19
87/8
**writing [2]** 45/2 88/2
**written [1]** 176/15
**wrong [3]** 146/5
159/13 203/18
**wrongdoing [1]**
159/17
**wrote [1]** 77/9

**Y**

**yard [5]** 91/2 91/8

91/10 229/25 230/1
**yardage [1]** 91/7
**yeah [33]** 20/25
26/17 32/4 45/15 46/5
51/23 53/24 62/21
71/3 78/15 87/13
87/16 89/22 91/21
110/17 119/2 135/10
144/14 145/23 158/7
160/25 168/21 184/17
210/4 221/13 222/8
223/19 226/6 230/11
235/17 239/6 241/15
249/14
**year [22]** 8/2 8/4
8/15 16/23 61/11 70/3
95/25 95/25 170/24
186/14 186/14 187/16
190/13 196/19 200/17
203/19 206/18 206/21
207/1 226/22 227/1
227/2
**years [27]** 42/6
46/25 82/13 101/22
102/8 114/3 126/9
129/4 130/2 155/9
156/3 162/11 184/19
185/8 185/11 186/2
186/20 201/7 201/9
203/17 204/20 206/7
216/8 216/20 232/6
235/15 244/24
**yellow [4]** 110/11
111/5 111/23 112/16
**yes [349]**
**Yesterday [1]**
120/24
**yet [8]** 38/16 44/7
71/1 77/21 124/17
133/4 150/10 179/12
**you [1251]**
**you were [55]** 5/23
6/4 15/17 16/18 16/21
19/10 21/8 25/17
26/10 27/25 30/14
33/21 35/23 35/23
38/3 59/17 59/21
60/17 66/1 85/14 88/9
89/18 90/13 97/24
100/20 101/3 104/16
104/25 107/6 113/13
118/3 120/24 124/23
125/1 140/12 143/19
166/22 175/16 178/3
178/18 179/16 179/10
180/5 180/6 196/6
202/20 212/4 212/4
212/9 212/9 215/11
216/14 225/1 232/11
238/10
**you'd [13]** 40/22
40/23 95/3 114/19

114/25 137/10 141/22
221/12 225/5 234/22
237/10 238/17 238/18
**you'll [2]** 139/3
143/5
**you're [91]** 14/6
19/13 22/23 22/24
26/3 27/18 28/12
28/19 28/23 29/1 38/5
48/21 55/23 56/15
56/21 62/17 62/17
63/25 63/25 68/3 69/2
80/5 88/5 88/6 89/16
89/20 92/12 98/7
99/14 99/17 99/22
101/16 101/17 101/24
111/9 115/5 115/6
116/2 116/3 117/7
117/13 120/10 122/8
123/3 124/4 125/13
126/11 127/11 127/21
133/4 137/7 138/17
143/20 143/23 144/20
145/5 145/10 145/11
151/15 155/25 165/17
167/2 167/21 180/15
211/15 211/21 213/9
214/2 215/15 216/4
217/7 217/20 218/11
221/2 221/16 223/18
226/7 226/13 226/16
228/11 228/11 229/1
229/7 229/14 232/3
232/3 237/7 238/1
238/9 240/1 240/25
**you've [29]** 9/14
17/7 37/10 37/23 41/2
56/25 70/7 87/14 92/9
107/4 125/20 126/22
131/19 131/23 140/9
151/22 201/6 211/24
212/2 212/24 213/11
213/19 213/20 213/24
214/6 224/9 239/16
240/2 248/13
**young [2]** 171/25
217/25
**your [446]**
**yourself [8]** 22/15
26/21 75/5 91/13
91/14 122/7 139/12
168/4
**yourselves [1]** 50/9

**Z**

**Zarco [3]** 185/5
186/9 186/11
**zero [2]** 189/10
237/4
**zoning [3]** 168/5
168/9 239/16