1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
2         (FORT LAUDERDALE)
          CASE NO.  18-CV-24190
3

4    **WILLIAM FULLER** and
     **MARTIN PINILLA, II,**
5          Plaintiffs,                 Fort Lauderdale, Florida
     vs.                               May 8, 2023
6
     **JOE CAROLLO,**
7          Defendant.
     -------------------------------------------------------
8                         **Trial Day 14**
                BEFORE THE HONORABLE RODNEY SMITH
9                 UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  **AXS LAW GROUP,** by:
11                        **Jeffrey W. Gutchess, Esq.,**
                          **Courtney Anne Caprio, Esq.,**
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:   **KRINZMAN, HUSS,**
                          **LUBETSKY, FELDMAN & HOTTE,** by:
16                        **Mason A. Pertnoy, Esq.,**
                          **169 E. Flagler Street, Suite** 500
17                        Miami, Florida  33131

18                        **KUEHNE DAVIS LAW,** by:
                          Benedict P. Kuehne, Esq.
19                        100 S.E. 2nd Street, Suite 3105
                          Miami, Florida  33131
20
                          **SHUTTS & BOWEN,** by:
21                        Marc D. Sarnoff, Esq.
                          200 S. Biscayne Blvd., Suite 4100
22                        Miami, Florida  33131

23

24

25

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                           Thomas E. Scott, Esq.
 3                         Amber C. Dawson, Esq.
                           9150 South Dadeland Blvd., Suite 1400
 4                         Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**INDEX**

**PLAINTIFFS' WITNESSES:**

|  | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MARTIN PINILLA | 20 | 208 | | |

**PLAINTIFFS' EXHIBITS**              **RECEIVED**

| | |
|---|---|
| 590 | 26 |
| 1 | 28 |
| 358 | 34 |
| 403 | 36 |
| 541 | 39 |
| 413 | 51 |
| 442 | 54 |
| 468 | 57 |
| 553 | 67 |
| 412 | 74 |
| 542 | 86 |
| 456 | 98 |
| 453 | 99 |
| 455 | 123 |
| 548 | 141 |
| 262 | 144 |
| 364 | 184 |
| 465 | 194 |

**DEFENDANT'S EXHIBITS**              **RECEIVED**

| | |
|---|---|
| 63 | 102 |
| 64 | 103 |
| 10 | 137 |
| 186 | 217 |
| 65 | 250 |
| 396 | 252 |
| 129, page 9 | 264 |
| 9, page 32 | 266 |
| 9, page 48 | 269 |
| 68 | 273 |
| 69 | 277 |

1     <u>**MONDAY MORNING SESSION, MAY 8, 2023**</u>

2              <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                     - - -

4          (Call to the Order of the Court.)

5          THE COURT:  Good morning, everyone.  You may be

6     seated.  You may have a seat.

7          THE COURTROOM DEPUTY:  Ready?  We're all set.

8          THE COURT SECURITY OFFICER:  All rise.

9          (Thereupon, the jury entered the courtroom.)

10         THE COURT:  You may be seated.  Good morning, ladies

11    and gentlemen of the jury.  How's everyone?  Good.  Wonderful.

12    Patricia, you want to call the case?

13         THE COURTROOM DEPUTY:  This is case Fuller, et el.,

14    versus Carollo.  Case number is 18-CV-24190, Smith.  Counsel,

15    starting with the plaintiff, please state your appearances for

16    the record.

17         MS. GOMEZ:  Good morning, Rossana Arteaga-Gomez, Jeff

18    Gutchess and Courtney Caprio on behalf of the plaintiffs.

19         THE COURT:  Good morning.

20         MR. PERTNOY:  Good morning, Your Honor.  Mason

21    Pertnoy, Leah Gardner, Amber Dawson, Marc Sarnoff, and Ben

22    Kuehne on behalf of Commissioner Joe Carollo.

23         THE COURT:  Good morning, as well.  Plaintiff, call

24    your next witness.

25         MR. PERTNOY:  Your Honor, before we have the witness

1   go to the stand, we have some issues that we would need to go

2   sidebar on concerning the upcoming testimony.

3           THE COURT:  All right.

4           MR. PERTNOY:  Thank you.

5                       (At the bench.)

6           THE COURT:  Also before we address this, let me know

7   ahead time if you're going to have these issues, before the

8   jury is coming in.  It's becomes problematic.

9           MR. PERTNOY:  My apologies, Your Honor.  With respect

10  to Mr. Pinilla who's about to testify, this also goes to

11  Mr. Fuller as well, one of the issues that we've been raising

12  continuously throughout this trial is the fact that they are

13  going to introduce testimony concerning Taquerias and Ball &

14  Chain code which is outside of the allegations in the second

15  amended complaint.

16          Specifically, they should be limited to retaliatory

17  acts pled in the second amended complaint and the speech pled

18  in the second amended complaint.

19          Second, with respect to the damage testimony that we

20  anticipate both plaintiffs to testify about on the economic

21  side, as this Court is aware, there was a motion made to strike

22  the Rule 26 disclosures.  Magistrate Louis required an

23  amendment to that, requiring the plaintiffs provide all of

24  their documentation and all of their computations by -- I think

25  it was sometime in December of 2022.  The documentation that

1   was provided with respect to economic damages is wholly

2   insufficient and more importantly, one of the documents they

3   intend to use is this damage chart which is Plaintiffs', I

4   believe 282.

5          It is effectively a summary with absolutely no backup,

6   and it's all blacked out.  There was no ability to

7   cross-examine, and they should not be allowed to testify with

8   respect to this document as to the contents of it, or the

9   information on it because there was no backup provided

10  particularly the blacked out section.

11         More importantly, there is -- they cannot introduce

12  damage testimony about Ball & Chain or Taquerias being closed

13  down because as you recall in calendar call, they testified

14  that they are not seeking damages for those damages.  In fact,

15  that is the very element of the City of Miami Mad Room

16  litigation, so if they were to testify over businesses were

17  shut down and their businesses suffered losses that, too, would

18  be problematic because they're not seeking those damages in

19  this case and that would cause double recovery.

20         Thirdly, with respect to economic damages, you have

21  the issue of they're suing individually, and cannot introduce

22  damages of their corporate entities.  They can only introduce

23  damages that they, themselves, suffered individually, not that

24  was passed through from their corporations.  That would be

25  inappropriate because their corporations are the ones that

1    suffered those damages, not them individually.

2            Finally, with respect to economic -- noneconomic

3    damages, Mr. Pinilla produced no doctor's reports, no

4    prescriptions, no mentions of doctors whatsoever, and it would

5    be inappropriate for him to testify about going to see a doctor

6    or any other noneconomic damage information because they didn't

7    produce it.  Same goes with Mr. Fuller.  He didn't produce any

8    doctor's information other than they're going to tell you about

9    a doctor's report that I have received during trial when I took

10   Ms. Bernheim's deposition, but that, too, should be precluded

11   because they didn't provide it pursuant to the Court's order

12   under the Rule 26 amended disclosures.

13           Finally, their noneconomic damages in their amended

14   disclosures just states that they're seeking approximately

15   ten million with no computation whatsoever.

16           The case law is very clear that they cannot offer a

17   number to this jury because they provided no computation.  I

18   have case law to all of those things.

19           Finally, I do not want there to be a situation where

20   when I am on cross-examination, I'm saying, well, you don't

21   have any doctor's visits, you don't have any diagnoses, you

22   don't have any prescriptions, and then on redirect, magically

23   these documents appear because I allegedly reopened the door on

24   them.  That would be trial by ambush.

25           So those are my issues, those are my concerns and they

 1    need to be -- the door needs to be kept very tight as to what

 2    they can and cannot testify to so as to not create improper

 3    reversible error.  Thank you.

 4              THE COURT:  All right.

 5              MR. GUTCHESS:  There's a lot to unwrap there.  First

 6    of all, most of these objections have already been rejected

 7    many times by Judge Louis in their motions to strike.  She's

 8    denied that like three times.  This Court has denied their

 9    motions to limit the Taquerias and Ball & Chain testimony

10    repeatedly saying the obvious, that the pleading could be

11    amended to conform to the evidence.

12              With respect to damages, I don't think we have any

13    disagreement on Ball & Chain and Taquerias' economic damages.

14    We're not seeking economic damages related to the closure of

15    Ball & Chain or Taquerias.  There will be no testimony to that.

16              THE COURT:  Okay.

17              MR. GUTCHESS:  Our damages are emotional distress and

18    reputational harm and the lost time, all of which is clearly

19    permissible.  You don't have to give a detailed calculation of

20    emotional distress damages in your initial disclosures because

21    that's impossible.  We're not going to give any detailed

22    calculation of what those emotional damages are.  We have tons

23    of case law that this is entirely appropriate to list on

24    emotional distress damages.

25              We're not bringing in any physicians or doctors.  If

```
 1    they want to open the door and raise that issue, then we're
 2    entitled to that, but if they don't open the door, we're not
 3    going to present any medical testimony.  I think this is all
 4    standard.  They're going to testify about their personal
 5    humiliation, their personal stress that this caused and then
 6    we're good to ask to the jury to assign a number to that.
 7    We're not going in there to give any detailed calculation what
 8    that number should be, Your Honor.
 9            What we're entitled to seek is lost time and that
10    basically, that chart basically says this is the value of our
11    time that we calculate on a yearly basis based upon what we
12    produce, and what happened here is that we've had to divert all
13    of our substantial -- all of our resources to fighting the city
14    instead of making money.
15            So this is their calculation of what this has caused
16    in terms of their lost time.  Now whether that holds up or not
17    under cross-examination, we'll see.  But I think it's pretty
18    compelling and we have case law that says they're entitled to
19    seek the lost time.
20            THE COURT:  What about with regard to the lost time?
21            MR. PERTNOY:  My concern is this portion was with the
22    blocked out section is their calculation of lost time.  They
23    didn't provide the underlying support for how they can testify
24    to it where I can't test the accuracy of the information.  I
25    don't know what any of this information is.  They didn't
```

 1    provide it.  The order required them to clearly provide it.

 2    And for them to be able to testify to it without having had the

 3    opportunity to even see what's behind it would be highly

 4    prejudicial.

 5              THE COURT:  Did you take his deposition in this

 6    matter?

 7              MR. PERTNOY:  No, because this was provided after the

 8    close of discovery.  I filed the motion of continuance asking

 9    specifically to be able to take depositions in regards to this

10    and you denied that motion for continuance for that.

11              And so they had the obligation to this provide this

12    way early on.  They've had this information that dates back all

13    the way to 2018, '19, '20, '21 and it's only in December of

14    2022, beginning of January, 2023, where we got this and it's

15    based off of tax returns for other corporations that they have

16    not provided.

17              For them to be able to then provide this information

18    and testimony where I can't test the accuracy of what is -- how

19    these are entities are even structured is so highly

20    prejudicial, that I am flying in the blind with trial by ambush

21    and they had the obligation under Rule 26 to disclose

22    everything that supports their information.  This is

23    effectively a summary under Federal Rules of Evidence 10.06.

24              THE COURT:  You cannot give a summary testimony of

25    it.  I'm not going to permit this.

```
 1              MR. GUTCHESS:  He'll provide that.  He'll testify in
 2    addition to the summary.  He can testify as to the basis for
 3    which they made these calculations, how they calculate the
 4    value of the time.
 5              THE COURT:  Where are the calculations here?  Why
 6    weren't they provided?
 7              MS. GOMEZ:  It's just based on what they make on an
 8    annual basis.  Twenty percent of my time in general was spent
 9    defending against Carollo's actions, so that is just what they
10    make on an annual basis.  Take the twenty percent.
11              MR. PERTNOY:  I can't test the accuracy of it because
12    the tax returns are not there.  I have to take their word that
13    this blacked out area --
14              THE COURT:  The jury doesn't have to take their word.
15    They can reject that.
16              MS. GOMEZ:  You can cross-examine on that.
17              MR. PERTNOY:  I cannot because I don't have the
18    underlying detailed information.  I don't know what's passed --
19              MR. GUTCHESS:  The Eleventh Circuit case, Walter --
20              THE COURT:  I don't have the case law, sir.
21              MR. GUTCHESS:  We have printed it here.  Let me print
22    that for --
23              MR. PERTNOY:  If you want to say that their time was
24    wasted, they can do that, but they can't testify based on these
25    numbers because they didn't provide the backup for it.  They
```

```
 1   want to get up and tell the jury that I lost twenty percent of

 2   my time, have at it.  But to then talk about these numbers

 3   without the backup, that's where the prejudice occurs.  That's

 4   where the reversible error exists.

 5          MR. GUTCHESS:  Your Honor, they did not engage in any

 6   discovery.  That's their own fault.  They could have served a

 7   document request.

 8          THE COURT:  They didn't serve a request for

 9   production?

10          MR. PERTNOY:  Under Rule 26, the case law is very

11   clear.  Under Rule 26, that they have to provide this

12   information if they're relying on.

13          MR. GUTCHESS:  Even after, they didn't make any

14   motion for leave to file a request for production.

15          MR. PERTNOY:  That's not true.

16          MR. GUTCHESS:  They didn't not request to any motion

17   to serve any documents request until the eve of trial and they

18   tried to delay --

19          THE COURT:  There's not any document requests?

20          MR. GUTCHESS:  Zero.

21          MR. PERTNOY:  Rule 26 requires them to do it without

22   a request for production.

23          THE COURT:  Still, if you knew this existed and you

24   didn't file a motion for request for production as to this

25   issue?
```

```
 1              MR. PERTNOY:  Your Honor, it didn't happen until
 2    after the close of discovery that I got this information.
 3              THE COURT:  Still.
 4              MR. PERTNOY:  By order of the Court.
 5              THE COURT:  I understand.  All right.
 6              MR. PERTNOY:  Then I asked for the deposition.  You
 7    denied it.  I asked for the deposition.
 8              MR. GUTCHESS:  It wasn't till April of this year.
 9              MR. PERTNOY:  That's not true.
10              MR. GUTCHESS:  Discovery had closed in September of
11    last year.  They didn't ask for a deposition until April, right
12    before trial.
13              MR. PERTNOY:  We got this --
14              MR. GUTCHESS:  Who does that?
15              MR. PERTNOY:  We got this in the end of December,
16    beginning of January.  I immediately moved to strike it because
17    it was non-responsive to the Court's order.  The Court then did
18    briefing and once the Court denied that, I filed the motion
19    asking for the continuance of time to take this deposition.
20    The Court denied that.
21              We did not sit on our hands.  We didn't get this
22    information until after the close of discovery and it should
23    have been given at the very beginning of the case because the
24    case --
25              MR. GUTCHESS:  They didn't ask for it formally.
```

```
1              THE COURT:  Don't cut him off, Mr. Gutchess.

2              MR. PERTNOY:  It's very clear that under the case

3    law, that Rule 26 requires them to provide anything they're

4    going to rely upon including the computations.  This was their

5    obligation and they want to turn around and you say you didn't

6    ask two times or three times for the stuff they were obligated

7    to give without us even asking.  That's not a fair way to

8    litigate.

9              MR. GUTCHESS:  They never requested it informally or

10   formal.  They never asked for an extension to file it.  They

11   just asked Judge Louis to strike it.  She denied it repeatedly.

12             If they would have called me up and asked for leave to

13   file a document after the fact, I would have said whatever you

14   want.  They never did that.  They never asked for a single

15   document in this case over the course of five years.

16             MR. PERTNOY:  For them to black this out and say that

17   the documents they need to use to support the calculations,

18   that is basic to any computation for lost sales, lost

19   profits --

20             THE COURT:  I'm going to defer on this here.  Listen,

21   I'm going to defer on the issue.  I want to see the case law

22   and I'll make a decision.  We're not going to probe this area.

23             Who else are you calling in to testify, sir?

24             MR. GUTCHESS:  Pardon?

25             THE COURT:  Who are you calling to testify today?
```

```
 1              MR. GUTCHESS:  Martin Pinilla and then Bill Fuller.

 2              THE COURT:  Who else after that?

 3              MR. GUTCHESS:  I believe we're going to rest.  We

 4    have a couple of other witnesses.

 5              THE COURT:  I want to see the case law and review it

 6    before I make -- I understand the history of this whole

 7    litigation as well, and see how this Court's going to make a

 8    decision.

 9              MR. GUTCHESS:  We'll get that for you at one of the

10    breaks.

11              MS. GOMEZ:  I want to clarify.  We are going to have

12    him testify to his medical issues, just him talking about it?

13    We're not introducing any medical records?

14              THE COURT:  Specifically what are you going to have

15    him testify to?

16              MS. GOMEZ:  He described psoriasis and bradycardia.

17    He's going to say his symptoms, how it flares up and how he

18    treats it.

19              MR. PERTNOY:  They should have provided the doctor's

20    records.

21              MS. GOMEZ:  This is not the entire case.

22              MR. GUTCHESS:  I have copies of the entire cases,

23    Your Honor.  I can get those.

24              MR. PERTNOY:  To be clear, Your Honor, they're

25    seeking emotional distress, not medical conditions.  If they're
```

 1   going to say what medical conditions were there, maybe provide

 2   the doctor's records, the testing, the diagnoses.  This is the

 3   first we're hearing about it and this is, again, what Rule 26

 4   is designed to prevent.

 5            MR. GUTCHESS:  We have a case that says plaintiffs

 6   themselves can testify on --

 7            MR. PERTNOY:  To emotional distress.

 8            THE COURT:  First of all, there was no medical or

 9   other expert testimony to support the finding of emotional

10   distress and the jury awarded Kim $100,000 according to mental

11   anguish and loss caused by the November, 1990 failure to

12   promote under 42 U.S.C. Section 1981.  Medical or other expert

13   evidence is not required to prove emotional distress.  This

14   case they're citing, they don't have to have a medical or other

15   expert evidence to discuss this emotional distress issue.

16            MR. PERTNOY:  If he's going to say psoriasis or heart

17   conditions, those are medical conditions that require a medical

18   diagnosis by a doctor.  If it's going to be I lost earnings, I

19   had stress and I had anxiety, this is what I felt, that's one

20   thing.

21            For him to say I was diagnosed with psoriasis or I was

22   diagnosed with a heart condition, that's not emotional

23   distress.

24            THE COURT:  It says testimony of plaintiff or

25   witnesses about plaintiff's deterioration in his health, mental

```
 1   anxiety, humiliation and emotional distress resulting from
 2   working conditions.  It says deterioration in health.  He can
 3   discuss that.  It's Wilmington versus J.I. Case, 793 F.2d 909,
 4   at 922, Eighth Circuit, 1986.  This is 42 U.S.C.  It says you
 5   can talk about deterioration in his health so why -- I'm
 6   reading the case law.
 7           MR. PERTNOY:  Your Honor, my concern is when I say
 8   you don't have a diagnosis from the doctor, you don't have any
 9   of that, I don't want that to be me opening the door for them
10   to now come back in and say, well, look here, you can't have it
11   both ways.  Sword and shield, Your Honor.  They didn't provide
12   it.  I get to point it out to the jury.
13           MR. GUTCHESS:  You never requested it.  You don't get
14   to ask that question.  You can just ask -- I mean, I have a
15   bunch of other cases --
16           MR. PERTNOY:  My motion to strike asks specifically
17   for this information.
18           MR. GUTCHESS:  Which was denied repeatedly.
19           THE COURT:  He has -- you have his doctor's records,
20   his medical records?
21           MS. GOMEZ:  We are not introducing the medical
22   records.
23           THE COURT:  The whole point is you can't go into a
24   doctor's condition and talk about how his health --
25           MR. GUTCHESS:  He's not going to talk about any
```

```
 1    doctor opinions.  He's going to talk about his psoriasis that

 2    he developed.  Stress is a common factor in developing that.

 3              THE COURT:  How did he develop psoriasis?

 4              MR. GUTCHESS:  He's going to say he developed it

 5    after this harassment started.

 6              THE COURT:  Didn't a doctor have to tell him?

 7              MR. GUTCHESS:  Psoriasis occurs on his skin.

 8              MR. PERTNOY:  Until it's -- until it's diagnosed, and

 9    there's a causal link established by a doctor to the stress or

10    to something, it is wild speculation.  That's --

11              MR. GUTCHESS:  Same thing as why you can't sleep.

12              THE COURT:  He can talk about his, again,

13    deterioration in health.  I'm not going to allow the psoriasis

14    in as a result of this particular case here at all.  He can

15    discuss all the things he felt and he experienced, whether he

16    agrees, whether it's a doctor or not, that's one thing.

17              MR. GUTCHESS:  I believe I can give you case law that

18    specifically says you can testify as to these conditions.

19              THE COURT:  All right, if you can.

20              MR. GUTCHESS:  Let me get that for -- I'll bring it

21    at the next break.

22              MS. GOMEZ:  It's towards the end of the testimony.

23              THE COURT:  Just don't discuss any of this until

24    after the break, and you can address that.  Moving forward,

25    don't wait till the eleventh hour and springboard it on me.
```

```
 1    It's not fair to me.  It should have been brought on Friday, so
 2    I could have time over the weekend to prepare for this.
 3           Moving forward, do not present me with any issue to
 4    sandbag this, you know, your case.  I don't know all these
 5    cases committed to memory.  I cannot tell you how one judge
 6    would know all on this.  Every time these jury comes, we have
 7    an issue.  Tell it up front.
 8           MR. PERTNOY:  Just to be clear, this is going to
 9    apply to Mr. Fuller, as well.
10           THE COURT:  When you're done, don't touch issues with
11    respect to those cases that you're saying.  Let me look at the
12    case law and I can make a decision.  Thank you.
13           MR. GUTCHESS:  Let me grab my cases.  I'll organize
14    them for you.
15           THE COURT:  Anything you have, give them to me as
16    well.
17           MR. PERTNOY:  I can give them to you now if you'd
18    like.
19           THE COURT:  Thank you.
20           MR. PERTNOY:  Thank you.
21                         (In open court.)
22           THE COURT:  Plaintiff, call your next witness.
23           MS. GOMEZ:  Your Honor, we call Martin Pinilla.
24
25
```

```
1                        (Witness sworn.)

2                     -  -  -  -  -

3            DIRECT EXAMINATION OF MARTIN PINILLA

4    BY MS. GOMEZ:

5    Q.   Mr. Pinilla, where were you born?

6    A.   Good morning.  Martin Pinilla.  M-A-R-T-I-N,

7    P-I-N-I-L-L-A.

8            THE COURT:  She asked where were you born?  I know

9    it's like a long weekend, back in Fort Lauderdale.  Answer the

10   question.

11           THE WITNESS:  Yes, sir.

12   BY MS. GOMEZ:

13   Q.   Mr. Pinilla, where were you born?

14   A.   I was born in the United States.  Houston, Texas.

15   Q.   And how old were you when you came to Miami?

16   A.   I came to Miami at the age of two.

17   Q.   Did you stay in Miami for the rest of your life or did you

18   move out of Miami for some period of time?

19   A.   Most of my life in Miami.  I did live for a few years in

20   Colorado.

21   Q.   What were you doing in Colorado?

22   A.   I was studying and working.

23   Q.   Where were you studying?

24   A.   University of Colorado.

25   Q.   And where were you working?
```

```
 1    A.    In the winters, I would work at a small mountain called El
 2    Dora, and in the summers, I would work at a kind of an outdoor
 3    sports retail store.
 4    Q.    Did you end up getting a degree from the University of
 5    Colorado?
 6    A.    I guess you could say no, I did not.
 7    Q.    What were you going to say?  What kind of degree did you
 8    get?
 9    A.    No.  I tell people I majored in snowboarding.
10    Q.    That was because of the job you were holding?
11    A.    It was a great job.  El Dora, I worked as a lift operator.
12    I taught kids how to snowboard.  I worked in the snowboard
13    rental.  It was great time in my life actually.
14    Q.    Did something happen that prevented you from graduated
15    from the University Colorado?
16    A.    I ended up coming back to Miami.  I had shoulder surgery
17    and ended up staying in Miami.
18    Q.    Are you married?
19    A.    I'm happily married, yes.
20    Q.    Do you have children?
21    A.    Yes, we have four children.  My oldest son is Martin who's
22    20, Paloma is 17, Luciana is 15, and Mila is 13.
23    Q.    And what did you end up doing for a living when you came
24    back to Miami?
25    A.    I -- I was a -- for a little bit, I was in the restaurant
```

```
1    business.  I was a food runner at a restaurant in Miami Beach,
2    and then I decided to get my real estate license which is how I
3    began my move into that industry, the real estate industry.
4    Q.   And did you end up graduating college?
5    A.   I did.  Later on, after I got into real estate and I got
6    married, I went back to school.  I went to a program at Florida
7    International University.  It was a program that was every
8    Saturday for about two years.
9    Q.   And were you working in addition to going to school?
10   A.   Yes.  I was working full-time.  At that point, I was doing
11   commercial real estate brokerage, and I also had -- was
12   investing at the same time.
13   Q.   What degree did you attain?
14   A.   I got a bachelors in business administration.  I have a
15   double major in business management, international business.
16   Q.   Do you speak Spanish?
17   A.   Fluently, yes.
18   Q.   What's your heritage?
19   A.   I tell people I'm a Cubano American.  My dad was born in
20   Cuba.  My mom is from the border of Texas and Mexico.
21   Q.   Do you serve on any boards of directors?
22   A.   I currently do.  I've sat for five years as a board
23   member.  I'm currently the treasurer of a nonprofit.  It's
24   called Healthy Little Havana.
25   Q.   And what type of organization is Healthy Little Havana?
```

```
 1   A.    They are -- they started off as an initiative that the
 2   Health Foundation created ten years ago with the goal of
 3   helping improve the health of the residents in Little Havana.
 4        And so we focus on doing that through a couple different
 5   programs.  One of them is like an education to employment
 6   program.  Another one is through housing, and then we also
 7   focus on kind of what's called the public realm which is the
 8   parks and the streets, and how do we improve that to improve
 9   the residents' health.
10   Q.    What do you do for a living today?
11   A.    Same thing I've been doing for the last 20 years.  I'm in
12   real estate and that involves, you know, investing, finding
13   opportunities to invest in and that also includes, you know,
14   signing leases, property management of these properties, et
15   cetera.
16   Q.    How did you get into real estate investment?
17   A.    So I got my real estate license and at the same time, I
18   went looking for my first property to buy which I did.  It was
19   a four unit apartment building that we bought -- that I bought
20   in Little Havana.  It was kind of a -- it was kind of like
21   masters level class in a sense, right?
22        I really learned how the building breathes, you know, this
23   was a beautiful 19, mid 20's building which a lot of the
24   buildings in Little Havana are from that era.  They have their
25   quirks, right, and it was a great experience.
```

```
 1        I learned how to work with tenants, how to prepare leases.
 2   In fact, my wife who wasn't my wife at the time, and I painted
 3   that building so we learned a little bit of construction as
 4   well in that project.  And, yeah, anyways.
 5   Q.   Did you pull a permit to paint that building?
 6   A.   Actually, that's one thing you don't need to pull a permit
 7   for in the City of Miami is painting.
 8   Q.   So tell us when did you meet Bill Fuller?
 9   A.   Shortly after, so that was in 2002, and I met Bill roughly
10   around 2004, about two years later.
11   Q.   How did you meet him?
12   A.   So I tell people we met in the classifieds and there's
13   some truth to that.  Back then, the Miami Herald would come in
14   print form, it still does.  Back then, there used to be a
15   section where you could post ads in the classified for
16   commercial real estate.  That's where I would hunt for deals
17   and he put an ad in the paper and I called him on it and he
18   says, well, I've got this opportunity.  I said I've got a buyer
19   for it, and he says let's do the deal.  We'll split the
20   profits.
21        And that was our first deal.  I think very shortly
22   thereafter, we were successful with that deal and I think we
23   may even met for the first time in person at that transaction
24   where we both walked away with two checks, so it was a good
25   day.  And --
```

```
 1   Q.   Is that when you formed the Barlington Group, after that?

 2   A.   Yeah, we hit it off very quickly.  We were both investing

 3   in Little Havana and so we shared that in common.  And in 2004,

 4   we tried to go after a hotel called the Barlington Hotel.  It's

 5   a couple of blocks south of the Orange Bowl or the Marlins

 6   Stadium.

 7        At the time, they were talking about bringing the Marlins

 8   Stadium on, and we formed at that time a company called

 9   Barlington Group.  It was inspired after the Barlington Hotel,

10   and we never ended up buying the hotel.  We got outbid.  Maybe

11   one day, we'll buy it.

12   Q.   So after that deal fell through, did you and Mr. Fuller

13   decide to continue working together?

14   A.   Yeah.  We have -- we have -- we haven't stopped working

15   together since then.

16   Q.   I'm going to show you Plaintiffs' Exhibit 590.

17             MR. PERTNOY:  Can you publish it to counsel first?

18             MS. GOMEZ:  Just to counsel and the witness.

19   BY MS. GOMEZ:

20   Q.   Let me know when you have it on your screen.

21             THE COURT:  Any objection?

22             MR. PERTNOY:  Wasn't produced to us, but no

23   objection.

24   BY MS. GOMEZ:

25   Q.   So do you recognize that picture?
```

```
 1   A.    Yes.

 2   Q.    And can you describe it?

 3   A.    This is a picture of Bill and myself.

 4             THE COURT:  It's in evidence.

 5             MS. GOMEZ:  We can publish it.

 6                (Plaintiffs' Exhibit 590 Received.)

 7   BY MS. GOMEZ:

 8   Q.    If you could describe the picture.

 9   A.    That's in -- that's a picture of Bill and myself.

10   Q.    And do you know what year that was taken?

11   A.    It's probably around 2005, 2006.

12   Q.    And is that around when you started together as

13   businessmen?

14   A.    Yeah, we started a couple years before that in 2004.

15   Q.    So now, talk to us -- and we can take the picture down.

16   Talk to us about the shared vision that you and Mr. Fuller had

17   for Little Havana.

18   A.    So, at the time when we started investing, Little Havana

19   was -- the buildings were delapidated and some would say maybe

20   even --

21   Q.    What was the crime like in that area?

22             MR. PERTNOY:  Objection.

23             THE COURT:  Wait, wait, wait.

24             MR. PERTNOY:  Objection.

25             THE COURT:  What's the objection?
```

```
 1              MR. PERTNOY:  Lack of foundation.

 2              THE COURT:  All right.  Sustained.

 3   BY MS. GOMEZ:

 4   Q.   Was it a safe neighborhood?

 5   A.   No.

 6   Q.   And so what was it about Little Havana that you were both

 7   so interested in?

 8   A.   This is kind of a long answer so I don't know how long

 9   we'll go into it, but, you know, Little Havana got its name in

10   the 60's when the Cubans migrated escaping the Castro regime,

11   including my father who came in that group and Miami's

12   population doubled overnight.

13        And because of that, it took the name of Little Havana and

14   I've never been to Cuba, but my understanding of Havana and

15   Cuba, it was kind of like the Paris of the Caribbean, and so it

16   has the Cuban culture and the Hispanic culture has a lot of

17   amazing qualities that we wanted to highlight and preserve and

18   bring back.

19        And so when you come to a neighborhood that has the name

20   Little Havana, right, it's the namesake of your -- of the

21   community, and the buildings are run down and it's unsafe, it's

22   definitely not the proper representation of the culture.

23        And so the mission has always been how do we take this

24   beautiful neighborhood that has these beautiful buildings and

25   really have these beautiful people.  You have to remember we've
```

```
 1    been here for 20 years, okay, every day, 15 hours a day in our
 2    offices, going through these streets, and the idea was to bring
 3    back and showcase the Cuban culture is really what tied both of
 4    us together on -- in that mission and to that vision.
 5    Q.   And how big is Little Havana?
 6    A.   Little Havana is pretty big.  It's about, I would say two
 7    and a half square miles.
 8    Q.   I'm going show you Plaintiffs' Exhibit 1.
 9         MS. GOMEZ:  If we can just publish it for counsel and
10    the witness.
11    BY MS. GOMEZ:
12    Q.   Can you please describe what's on the screen?
13    A.   This is a City of Miami -- this is a map of the City of
14    Miami.  Everything that's in color is in City of Miami.  And
15    then the different colors define the different districts within
16    the City of Miami.
17         MS. GOMEZ:  And, Your Honor, permission to -- well,
18    to move into evidence and publish to the jury.
19         THE COURT:  Any objection?
20         MR. PERTNOY:  No objection.
21         THE COURT:  All right.  It will be admitted.
22              (Plaintiffs' Exhibit 1 Received.)
23    BY MS. GOMEZ:
24    Q.   Could you describe for the jury what part of that is
25    District 3 and how far outside of District 3 does Little Havana
```

```
 1   go into?
 2   A.    Sure.
 3            MR. PERTNOY:  Objection.  Lack of foundation.
 4            THE COURT:  Overruled.  If he knows.
 5            THE WITNESS:  So District 3 is what you see in this
 6   kind of teal color where it says Joe Carollo, and that includes
 7   a couple of different neighborhoods.  It includes Little
 8   Havana, it includes West Brickell.  It includes part of
 9   Shenandoah and part of the Roads.
10   BY MS. GOMEZ:
11   Q.    Are you able to draw on the screen?
12   A.    Let me see.  I think so.  This -- so some people say
13   Little Havana goes as far west as 37th Avenue which is there to
14   include Versailles.  We probably considered the western
15   boundary to be 27th Avenue.  Okay.  That's the western
16   boundary.
17         The northern boundary cuts like this, and then it will
18   follow the river all the way to I-95, so I-95, because our
19   eastern boundary and our southern boundary is basically Calle
20   Ocho, all around this a little bit right here, Calle Ocho, this
21   is about two and a half square miles.  You know, 8th Street
22   from 27th Avenue and 4th Avenue is about 25 blocks.
23         And then from 8th Street to -- 8th up here to NW 7th
24   Street is about 20, 25 blocks by 20 blocks is how I got to my
25   two and a half square miles.
```

```
 1   Q.   Are there many commercial corridors in Little Havana?

 2   A.   Yeah.  So 8th Street -- and see, at one moment in time,

 3   this neighborhood was pretty dangerous and they created what I

 4   call kind of like these inner city highways to get you from the

 5   suburbs from Coral Gables, from Westchester, from Doral,

 6   into --

 7             MR. PERTNOY:  Objection.

 8             THE COURT:  Wait, wait.  What's the objection?

 9             MR. PERTNOY:  Improper narrative.

10             THE COURT:  Sustained.

11   BY MS. GOMEZ:

12   Q.   And so how -- talk to us about the development of Little

13   Havana.

14             MR. PERTNOY:  Objection.  Lack of foundation.

15             THE COURT:  Overruled.

16             MR. PERTNOY:  Objection.  Non-responsive to the

17   question posed.

18             THE COURT:  Sustained.  Rephrase the question.

19   BY MS. GOMEZ:

20   Q.   Could you describe for us what streets or avenues are

21   commercial corridors in Little Havana?

22             MR. PERTNOY:  Objection.  Lack of foundation.

23             THE COURT:  Overruled.  If he knows.

24             THE WITNESS:  Sure.  I'm not trying to ruffle

25   anybody's feathers here.  27th Avenue, pretty major corridor.
```

1   22nd Avenue, 17th Avenue, 12th Avenue, 8th Avenue, and then the

2   east/west corridors are 7th Street and 8th Street, SW 1st

3   Street, West Flagler Street and NW 7th Street.

4   **BY MS. GOMEZ:**

5   Q.   And so what was -- what did you do specifically to

6   implement your vision of what you wanted Little Havana to be?

7   What did you bring to the neighborhood?

8   A.   So Little Havana, as you can see, is a really big land

9   mass.  If you were to flip this on its side, it would probably

10  be like Brickell, downtown Miami, Edgewater.

11       So what Little Havana, what we realized was that there's

12  two blocks within this whole area that we would consider like

13  the cultural district, right?  And this is the area where all

14  the tourists are coming in.  It goes between like 17th Avenue

15  and 12th, and it's along 8th Street.  So it's not a big

16  district, but it's where the people are coming to visit either

17  Cuban Memorial Park, they're coming to visit Domino Square

18  which is where they play the dominos, the Tower Theater, and in

19  and around those buildings.

20       For the last, let's say, 25 years, 20 years, different

21  concepts are being introduced, right, because you're starting

22  to see tourists coming into the neighborhood.

23       When we started investing, there was probably let's say

24  like 250,000 tourists coming to the Little Havana area and you

25  had cigar shops and you had, you know, coffee shops and it was

1    there --

2           MR. PERTNOY:  Objection.  Improper narrative.  Beyond

3    the scope of the question.

4           THE COURT:  Overruled.

5    **BY MS. GOMEZ:**

6    Q.   You can continue.  Just tell us what it is that you've

7    been doing to revitalize that neighborhood.

8    A.   I'm sorry, I was just trying to set the foundation of what

9    area we were talking about.  But we -- although we own

10   properties in throughout the whole area of Little Havana, our

11   highest concentration of properties are in these three blocks,

12   and we've been buying them.

13          It's taken us many years to acquire these and within, you

14   know, the acquisitions of these, the idea is to kind of

15   identify really great operators or really great concepts to

16   bring to this area because what you saw 20 years ago was, you

17   know, not -- not the best representation of the Hispanic

18   culture and so people are coming to Little Havana to have a

19   cigar, to wear the Fedora, the wear the ayurveda, and they

20   weren't getting that experience.

21          So we said how do we do that?  How do we bring that?  So

22   it's about bringing in the best cigar guy, the best, you

23   know -- believe it or not, we have a tenant called Union Beer.

24   You're like what does beer have to do with the Cuban culture

25   but it's a husband and wife team, and they're Cuban American.

```
 1            MR. PERTNOY:  Objection.  Beyond the scope of the
 2   question.  Improper narrative.
 3            THE COURT:  Sustained.
 4   BY MS. GOMEZ:
 5   Q.   What are some of the operators that you've brought to the
 6   neighborhood?
 7   A.   We've brought a concept called Futurama, which is where we
 8   have our office building, where downstairs we have an array of
 9   artisans and artists, all local.  Really a great way for the
10   people from Miami and the tourists to connect directly with
11   those artists.  They're painting there every day.
12        We've worked -- obviously, you've heard of this famous bar
13   throughout the case called Ball & Chain that my business
14   partner, Bill, you know, was the brainchild behind, and in
15   bringing back Azucar Ice Cream, Little Havana Cigar Factory,
16   Party Cake which is an amazing Cuban bakery that was founded by
17   this guy that started at the Publix bakery deli, now he has ten
18   locations.  Amazing execution.  Those are some of them.
19   Q.   Okay.  And so have you and Mr. Fuller been publicly
20   recognized for your contributions to Little Havana?
21   A.   Yes, we have.
22   Q.   And how?  How have you been recognized?
23   A.   In 2019, we received a visionary award from a group out of
24   downtown Miami, architect and design group.
25            MS. GOMEZ:  I'm going to show you Plaintiffs' Exhibit
```

1    358 and just for the witness and counsel, please?

2    **BY MS. GOMEZ:**

3    Q.   Can you describe what is it that you see on your screen?

4    A.   This is a picture of myself and Bill Fuller holding the

5    awards that we received that evening.

6    Q.   And that was -- what year was that?

7    A.   2019.

8         MS. GOMEZ:  Your Honor, plaintiffs move Plaintiffs'

9    Exhibit 358 into evidence.

10        THE COURT:  Any objection?

11        MR. PERTNOY:  Relevance but -- object on the basis of

12   relevance.

13        THE COURT:  Overruled.

14        MS. GOMEZ:  And permission to publish?

15        THE COURT:  You may.

16        (Plaintiffs' Exhibit 358 Received.)

17   **BY MS. GOMEZ:**

18   Q.   Let the jury know what is it that you're holding in your

19   hands in that picture.

20   A.   So this is the aware we received that evening.  It's --

21   it's called an Urban Warrior Visionary Award, and it's a very

22   prestigious organization that awarded us -- and we -- actually

23   we were awarded that same night alongside Maurice Ferrier who

24   was a past mayor who received a Lifetime Achievement Award, and

25   it was amazing to actually hear him say his speech that night

1    before he passed.  He was a forefather for Miami.

2    Q.   And when was that picture taken, if you remember?

3    A.   It says here on the picture May 16, 2019.

4    Q.   Now does the Barlington Group have a website?

5    A.   Yes, we do.

6    Q.   I'd like to show you Plaintiffs' Exhibit 311.  And this is

7    just for counsel and the witness.  Do you recognize what's on

8    your screen?

9    A.   Yeah.

10   Q.   And if we could scroll through the different pages for the

11   witness.  And can you describe briefly what is it that you have

12   on your screen?

13   A.   So this is what seems to be a PDF document of screenshots

14   of our website.

15          MS. GOMEZ:  And so, Your Honor, we move Plaintiffs'

16   Exhibit 311 into evidence.

17          THE COURT:  Any objection?

18          MR. PERTNOY:  Yes.  On the basis of relevance and

19   improper bolstering and timeframe.  We don't know when this

20   website is from.

21          THE COURT:  All right.  Sustained.

22   BY MS. GOMEZ:

23   Q.   Does the website, the PDF that's on your screen right now,

24   does it accurately represent your website as it exists today?

25   A.   Yeah.  On the very top, it says -- it's got a date of

```
1    March 28, 2023 at 6:33 p.m.

2    Q.   If he can scroll down a few pages, does it list your

3    tenants?

4    A.   It lists some of our tenants, yes.

5    Q.   And is it -- how are your tenants divided on the website?

6    A.   We have them divided in between local tenants and national

7    tenants.

8    Q.   And what are national tenants?  What's the difference

9    between national and local tenants?

10   A.   I would consider a national tenant a tenant that has

11   multiple locations across the country such as 7-Eleven, Dollar

12   Tree.

13   Q.   And your local tenants are those tenants in Little Havana?

14   A.   Yes, local tenants are tenants that are one of a kind

15   concepts.  Usually, you know, small business owners.

16            MS. GOMEZ:  And so, Your Honor, we'd move Plaintiffs'

17   Exhibit 311 into evidence.

18            MR. PERTNOY:  Same objection and 403, as well, Your

19   Honor.

20            THE COURT:  All right.  Objection is overruled.  It's

21   admitted.

22            MS. GOMEZ:  So we can publish to the jury.

23            THE COURT:  Granted.

24               (Plaintiffs' Exhibit 403 Received.)

25            MS. GOMEZ:  Lina, if we could start with the first
```

1    page.

2    **BY MS. GOMEZ:**

3    Q.   So what is -- what do you see here on the first page of

4    your website?

5    A.   Well, it not -- I guess when they printed it, it chopped

6    up the photo a little bit but this is a photo of Ball & Chain,

7    Azucar Ice Cream, Little Havana Cigar Factory on 8th Street and

8    15th Avenue.

9         That intersection right there, I would consider to be the

10   heart of that cultural district.  It's across the street from

11   the Tower Theater and Domino Park.

12   Q.   And this is the area where the majority of the tourists

13   are going to want to come?

14             MR. PERTNOY:  Objection.  Lack of foundation.  Calls

15   for speculation.

16             THE COURT:  Sustained.

17   **BY MS. GOMEZ:**

18   Q.   You were testifying earlier about there's a few blocks in

19   Little Havana that tourists want to go visit.  Is this one of

20   them?

21             MR. PERTNOY:  Objection.  Calls for speculation as to

22   tourists wants.

23             THE COURT:  Overruled.  If he knows.

24             THE WITNESS:  Yes.  My office is about a block from

25   here to the west, and this is the area where the tourists are

1    coming to visit when they come to Little Havana.

2    **BY MS. GOMEZ:**

3    Q.   If we can scroll down to show the tenants, the national

4    tenants.  One up.  So are these some tenants that you have that

5    are located nationally?

6    A.   Yeah, so Dollar Tree is a tenant that has locations all

7    over the country but this is a project that we did that they're

8    on 8th Street.  7-Eleven is also.

9         That building in particular is a building that the project

10   that we did in Little Havana.  Good Will Superstore, although

11   they're all over the country, they're actually kind of run in

12   regions so that would be -- it's still maybe like a regional

13   tenant.

14   Q.   If we can show the local tenants.  So what are some of the

15   local tenants that are here on the screen?

16   A.   On this picture is above our -- an example of national

17   tenants, T-Mobile and Taco Bell and then below, if you can

18   scroll up a little bit, anyways -- yeah, you have Ball & Chain,

19   you have Azucar Ice Cream, you have the Little Havana Cigar

20   Factory.  Alfresco is a local artist by the name of Daniel

21   Fela -- I don't know how to pronounce Kcul, but that's how he

22   spells it, K-C-U-L, Nail Box, Union Beer, Public Eye, Doce

23   Provisions, which is great food if you're in the neighborhood

24   and you want to eat.  He's gotten some great awards.

25   Q.   If we can scroll to the next page.

1          MS. GOMEZ:  Now, let me actually pull up Plaintiffs'

2    Exhibit 541 and just for the witness and counsel.

3    **BY MS. GOMEZ:**

4    Q.   Can you describe what you see there on the screen?

5          MS. GOMEZ:  And, Lina, if you can scroll down so he

6    can see the various pages.

7    **BY MS. GOMEZ:**

8    Q.   So, what are you looking at now?

9    A.   So this is a document that shows several of our projects

10   that we worked on.

11   Q.   And what are the projects, if we can start with the first

12   one?

13   A.   The first project, the first picture is an image of the

14   building where we have Good Will as a tenant.

15         MS. GOMEZ:  And so we'd move Plaintiffs' Exhibit 541

16   into evidence.

17         THE COURT:  Any objection?

18         MR. PERTNOY:  It wasn't produced on their exhibit

19   list initially prior to trial but otherwise, no objections.

20         THE COURT:  All right.

21         MS. GOMEZ:  Permission to publish.

22         THE COURT:  Granted.

23             (Plaintiffs' Exhibit 541 Received.)

24   **BY MS. GOMEZ:**

25   Q.   So what are the drawings on the Good Will facade?

```
1    A.   So we have a lot of famous artists that have actually

2    produced -- there's a famous artist named Space Invader on the

3    top there over the windows where you see like a Pac-man figure.

4    And then there's what -- something that we worked together with

5    Good Will to create which we called the Good Wall, where we've

6    worked with different local artists to put their own

7    inspiration, whatever Good Will inspires them, and it started

8    off with about 20 squares, and we continued more squares around

9    the whole property, and it was a great, you know, effort

10   between Good Will and us to bring something to the community

11   that ties into local artists, and really has become kind of

12   like a tourist destination.

13   Q.   Can you circle the Space Invader on your screen?

14   A.   Yeah, the Space Invader is here.  I kind of chopped him

15   off, but he's a famous French artist that's recognized all over

16   the world.

17        We have another famous artist named Blek le Rat that did a

18   piece before we even signed the lease with Good Will and Good

19   Will realized how important it was and was like it's right next

20   to their front door.  Maybe we have a better picture of it on

21   the previous exhibit, but they agreed to preserve it.  They

22   even put a piece of glass over it.

23   Q.   Can we clear the screen?  Perfect.  And then we can move

24   to the second page.  And is this the Good Wall you were

25   describing?
```

1    A.   Yes.

2    Q.   So why did you bring Good Will to your property, to Little

3    Havana?

4    A.   So we buy the property, we put a for rent sign.  We get a

5    call from Good Will and I mentioned part of kind of our formula

6    as we're developing these neighborhoods is to really identify

7    great tenants and we were unsure if Good Will was going to be

8    the right fit.  Secondhand clothes, et cetera.

9         We got invited by Dennis Pastrana, he was the C.E.O. for

10   about 32 years of Good Will to their headquarters which is just

11   north of here, and what we saw was amazing.  They had -- their

12   mission is to basically train people with disabilities and get

13   them into the work force, and we saw a huge headquarters where

14   they, you know, had people sewing camouflage pants, sewing

15   flags, putting little -- the most disabled putting spices into

16   the little bags --

17             MR. PERTNOY:  Objection.  Improper narrative.  Beyond

18   the scope of the question.

19             THE COURT:  Overruled.

20             THE WITNESS:  So from that moment, we were hooked.

21   We're like this organization is amazing and we worked very

22   quickly to try and deliver what we felt to be an over

23   improvement, right?  You would think secondhand store, Good

24   Will, you know, maybe not the best, but this store is gorgeous.

25             It's got great floors.  We were able to preserve these

1    beautiful skylights in these buildings.  All these buildings

2    were built in the 20's.  They were built lot line to lot line,

3    so no parking.  We're talking about what was started as a

4    16,000 square foot store, and they did so good in their first

5    year that they expanded another 7,000.  We have a 23,000 square

6    foot store all on the ground floor.

7            And on the opening day, we had like a -- two block

8    long line to get in.  We had a ribbon cutting ceremony with

9    Frank Carollo who was a commissioner at the time, with Tomas

10   Regulato.  I pointed out to Frank, I go, Frank, look across the

11   street.  There were five empty spaces, street parking spaces

12   that led us to believe that everybody that was there in that

13   line was from the neighborhood.

14           This was a building that had been shuttered, closed

15   for over ten years.  And what Good Will has brought to this

16   block has been amazing.  It's brought jobs.  And it's brought a

17   place where the community can come and shop.  You know, it's,

18   in a way, it's entertainment, right?  Shopping is a national

19   past time.

20   Q.   And if we can turn to the next page.  And what does this

21   picture depict?

22   A.   So this is a picture of the Tower Hotel.  The top picture

23   is a picture that was taken probably in the 30's, and then the

24   picture below is a picture of the Tower Hotel probably taken

25   within the last year after we've completed our restoration.

```
 1    Q.    Can we go to the next picture?  And what is this?

 2    A.    This is Futurama.  This is a two-story building that's

 3    located on 8th Street and 16th Avenue.  It's right in that

 4    cultural district.  And downstairs is where we have -- as I was

 5    explaining before where we have all of the different local

 6    artists and artisans, and then upstairs is where we have our

 7    offices.

 8    Q.    And if we can scroll down.  And what is on the screen now?

 9    A.    This is the Taquerias el Mexicano.  It's an institution

10    Mexican restaurant, and then upstairs is the -- is what was the

11    banquet hall but is now the lounge for that concept.

12    Q.    And that's Los Altos?

13    A.    Yeah, this is a picture taken probably like two and a half

14    years ago and you can see, you know, the musicians, the

15    authentic Mexican musicians in the front and it's a great spot.

16    Hopefully it will open soon.

17    Q.    So that place is currently closed?

18    A.    It's currently closed, yes.

19    Q.    When did it close?

20          MR. PERTNOY:  Objection, Your Honor.  What we

21    discussed at sidebar.

22          THE COURT:  Sustained.

23    BY MS. GOMEZ:

24    Q.    If we can go to the next page, what is on the screen now?

25    A.    This is a tenant of ours called El Taquito.  He's
```

 1   actually -- it's owned by a Cuban gentleman, and this address

 2   is 1380 SW 8th Street.  So this is a property that's located

 3   also in that three block cultural district.

 4   Q.   Is that the last page?  And what do we have on the screen?

 5   A.   This is another one of our projects.  It's called Village

 6   Shops of Little Havana where we have seventeen different

 7   tenants in here from an amazing barb -- local barbershop, that

 8   restaurant, Doce Provisions has been awarded by, you know, by

 9   several entities including Michelen.  We have a dance studio

10   there.  We have a sculptor by the name of Carlos Alvez that is

11   there.

12        And so again, this is on 12th Avenue and SW 6th Street so

13   this is about two blocks north of 8th Street on 12th Avenue

14   which is another pretty major commercial corridor.

15   Q.   Are you familiar with the number of people that your

16   tenants employ?

17   A.   Well, we have a lot of tenants.  They definitely employ a

18   lot of people.

19   Q.   And so we want to show you now Plaintiffs' Exhibit 444.

20   This has already been admitted into evidence so we can publish

21   to the jury.  And so where is this mural located?

22   A.   So this is on a property that we own, 1551 SW 8th Street.

23   Again, in that cultural district.  It's a mural that we

24   coordinated with one of our artists tenants, DD Rock, that

25   brought this famous artist to do this mural.

```
 1   Q.    What does the mural depict?
 2   A.    This is a Cuban rhumba.
 3   Q.    What's a Cuban rhumba?
 4   A.    Its roots really span back to like the Afro Cubans but
 5   it's music, it's dance and it's a gathering of people to have a
 6   good time.
 7   Q.    And why does this mural further your vision for Little
 8   Havana?
 9   A.    You know, the Hispanic culture is rich in its music.  It's
10   rich in its cultural, you know, connection of really people
11   getting together, right, the unity, and so that highlights
12   this.
13   Q.    So now we can take that down.  Let's talk about 2017.  Did
14   you donate to any political candidates in the 2017 general
15   election for District 3 commissioner?
16   A.    Yes.
17   Q.    And who did you donate to?
18              MR. PERTNOY:  Objection.
19              THE COURT:  Grounds?
20              MR. PERTNOY:  Question is vague as to is she asking
21   individually?
22              THE COURT:  You can rephrase the question.
23   BY MS. GOMEZ:
24   Q.    Did you individually donate to any anyone running in the
25   2017 general election for District 3 commissioner?
```

```
 1   A.   We met with -- of the seven, we probably met with three or
 2   four --
 3           MR. PERTNOY:  Objection.  Non-responsive to the
 4   question.
 5           THE COURT:  Overruled.
 6   BY MS. GOMEZ:
 7   Q.   So you met with --
 8   A.   Of the seven candidates, we probably met with three or
 9   four of them of which we donated to all of them as you know,
10   Barlington Group.
11   Q.   Did you also donate to Joe Carollo?
12   A.   Yes.
13   Q.   And why did you donate to all of those different
14   candidates that you met with?
15   A.   You know, we're on this mission, right, to help develop an
16   entire neighborhood and it requires a lot of facets so you have
17   to have an open line of communication with leadership.  No
18   different than we did with Joe Sanchez, than we did with Frank
19   Carollo because issues come up.
20           It could be illegal dumping.  It could be we're trying --
21   we want to prepare a cleanup of the streets and we want to
22   invite them, and so it's imperative that whoever wins, we have
23   an open line of communication with them.
24   Q.   And so you donated to more than one candidate?
25   A.   Yes, we did.  In this race we did, yeah.
```

```
 1   Q.   What was your role for deciding on who you were going to
 2   donate to or not?
 3   A.   At that point, we just donated the same amount to
 4   everybody --
 5   Q.   Did anybody --
 6   A.   -- we met with.
 7   Q.   Anybody who would approach you?
 8   A.   Yeah.  We listened to them, and we made a small donation.
 9   It wasn't a significant donation.
10   Q.   Now did that election end up in a runoff?
11   A.   Yes, it did.
12   Q.   Who was in that runoff?
13   A.   Alfie Leon and Joe Carollo were in the runoff.
14   Q.   And who did you support in the runoff election?
15   A.   We supported Alfie Leon in a big way.
16   Q.   Why?
17   A.   He's -- he lived in the neighborhood for a long time, and
18   he worked in the neighborhood.  He worked with Frank Carollo in
19   his office, and he understood where the neighborhood was headed
20   and we believed he was the best candidate.
21   Q.   How did you support him?
22   A.   It would have been probably easier to write him a check
23   which is what you normally do.  We took a different approach.
24        We normally to take kind of always a more creative
25   approach, and we worked together with some of our tenants that
```

```
 1   had this expertise to create a whole campaign to support him
 2   and that included creating videos, creating flyers, doing
 3   social media campaigns on Facebook, on Next Door, creating
 4   rallies, hiring actors to dress up as lions because Alfie
 5   Leon's last name means lion is the translation.
 6        It wasn't your typical type of support but it was -- it
 7   was definitely more in style with Barlington creativity and
 8   passion.
 9   Q.   Did you enjoy putting together the campaign and supporting
10   Alfie?
11   A.   Everything we do, we try and have fun.  That's the truth.
12   Q.   And so was Mr. Fuller also involved in supporting Alfie
13   Leon?
14   A.   Definitely.  We worked on it together.
15        MS. GOMEZ:  If we could show Plaintiffs' Exhibit 394
16   just to the witness and counsel.  It was already admitted so we
17   can publish it to the jury?
18        MR. PERTNOY:  Without volume is my recollection.
19        THE WITNESS:  Why without volume?
20   BY MS. GOMEZ:
21   Q.   Apparently, it was already admitted that way.
22   A.   Oh.
23   Q.   That's okay.  We don't need the volume.  So we can play.
24                      (Video played.)
25   Q.   So do you recognize this ad?
```

```
1    A.    Of course.

2    Q.    And what was your involvement with that?

3    A.    We organized to produce it together with our tenant, Jenny

4    Molina.

5    Q.    And approximately when was it made?

6    A.    This was -- the general election was November 7th so this

7    was probably within five or six days after that.

8    Q.    What -- where is that right now?

9    A.    They're in the Domino Plaza.

10   Q.    And what's this?

11   A.    That's inside the Little Havana Cigar Factory.

12   Q.    What about here?

13   A.    That's inside Jenny Molina's office which is above Union

14   Beer.  That's Tower Hotel -- I mean, Tower Theater, I'm sorry

15   on the street, on 8th Street.

16   Q.    And what are Alfie Leon's colors?

17   A.    Alfie Leon's colors are yellow and blue.

18   Q.    Who's Jenny Molina?

19   A.    She is -- she was -- at the time, she was a tenant of ours

20   who rented space from us and she has her own PR company called

21   JLPR.

22   Q.    Now, can we can show Plaintiffs' Exhibit 312, and that's

23   already been admitted so we can publish to the jury.

24         Now if we can scroll down, let us know, do you recognize

25   those photos?  Stop there.
```

1   A.    Yes.

2   Q.    What is this, if you can explain to the jury?

3   A.    This is one of the actors that we hired to wear the lion

4   costumes that I personally bought at a costume shop on 8th

5   Street called La Casa De Los Trucos, a famous costume shop, and

6   he's holding the Alfie Leon sign.

7   Q.    And if we can scroll down to the last page.  So -- and

8   what is this picture of?

9   A.    This is a picture of the Code Enforcement officer that was

10  sent on the day of a rally that we had for Alfie Leon on one of

11  our properties.

12  Q.    And if we can scroll up one?  And so what is this picture

13  of?

14  A.    In that rally, we had made an invitation to the community

15  to come and vote early because the main voting date is Tuesday,

16  right?  A lot of people are at work and so they provide the

17  Friday, Saturday, Sunday early voting.  And we wanted to get

18  the vote out.

19        Normally, or historically, on these runoffs, the vote is

20  much less than the general election, and so we realized that we

21  owned a property very close to one of the early voting sites

22  and we said let's throw a party.

23        So we brought music, we brought the -- a chef to make

24  arroz con pollo, we said and come and enjoy arroz con pollo and

25  come and vote.  So this was a picture of the food that was

```
 1   prepared that day.
 2              MS. GOMEZ:  I'd like to show you Plaintiffs' Exhibit
 3   315 and this one's just for counsel and the witness.
 4   BY MS. GOMEZ:
 5   Q.   Do you recognize what's on the screen?
 6   A.   Yes.
 7   Q.   And what is it?
 8   A.   This is an image, a screenshot of somebody's phone showing
 9   a Facebook campaign that was created for Alfie Leon, pledged to
10   vote for Alfie Leon, early voting neighborhood rally this
11   Saturday and it was tied to something called Ambassadors for
12   Alfie Leon.
13   Q.   And were you and Mr. Fuller behind the creation of that
14   Facebook ad?
15   A.   Yes, we hired Jenny Lee to create this campaign.
16              MS. GOMEZ:  Your Honor, we move Plaintiffs' Exhibit
17   413 into evidence.
18              THE COURT:  Any objection?
19              MR. PERTNOY:  No objection.
20              MS. GOMEZ:  If we can publish to the jury.
21              THE COURT:  Sure.
22              (Plaintiffs' Exhibit 413 Received.)
23   BY MS. GOMEZ:
24   Q.   So now how many political rallies for Alfie Leon did you
25   and Mr. Fuller end up organizing?
```

1          MR. PERTNOY:  Objection.

2          THE COURT:  What's the grounds?

3          MR. PERTNOY:  Lack of foundation.

4          THE COURT:  Overruled.

5          THE WITNESS:  Originally, it was supposed to be one

6   rally, but we ended up doing two rallies because the first one

7   was cut short.

8          MS. GOMEZ:  If we can show Plaintiffs' Exhibit 7 and

9   if we can publish to the jury.  It's already been admitted into

10  evidence.

11  **BY MS. GOMEZ:**

12  Q.   So do you recognize this video?

13  A.   I did not take this video, but I recognize what's in the

14  video.

15  Q.   What does it depict?

16  A.   So it appears as somebody from across the street took the

17  video.  You see a policeman with their lights turned on.  Over

18  here, you see the blue tent which is where the chef was making

19  arroz con pollo.  There's a white tent where the tables and

20  chairs that we rented and set up so the voters could eat.

21  There's some speakers there for the music.  There's balloons

22  and I think if you can go back, you can actually see my car

23  there in the back.  The black car on the left is mine.

24  Q.   And what date did this event take place?

25  A.   This was Saturday, the 18th of November, 2017.

```
 1    Q.    And is this the political rally that you put together for

 2    Alfie Leon?

 3    A.    That's correct, yes.

 4    Q.    Approximately, how many people were at this event?

 5    A.    I mean, you know, people would come, they would eat, and

 6    they would leave.  I think we probably had like 40 chairs, like

 7    four tables with ten chairs around them.  I don't think we had

 8    ever more than 50 people at one time.

 9    Q.    Is this property in Little Havana?

10    A.    Yes, it is.

11    Q.    And do you own the property?

12    A.    At the time, we did, yes.

13          MS. GOMEZ:  Now, I want to show you Plaintiffs'

14    Exhibit 442.  This is just for counsel and the witness.  If we

15    can go to page 3.
```

**BY MS. GOMEZ:**

```
17    Q.    Are you familiar with what's on the screen?

18    A.    Yes.

19    Q.    And can you describe what it is?

20    A.    It just highlights where the parking lot is that we owned

21    where held the rally, and the next point is the front doors of

22    the Hispanic library, it's called the Hispanic branch which is

23    where the early voting site is.

24    Q.    And who prepared this visual?

25    A.    I prepared it.
```

```
 1              MS. GOMEZ:  Your Honor, we move Plaintiffs' Exhibit
 2    442 into evidence.
 3              THE COURT:  Any objection?
 4              MR. PERTNOY:  No objection.
 5              THE COURT:  Admitted.
 6              MS. GOMEZ:  If we can publish to the jury.
 7              THE COURT:  Yes.
 8                  (Plaintiffs' Exhibit 442 Received.)
 9    BY MS. GOMEZ:
10    Q.   So, now what is the distance from the parking lot?
11    Actually, let me go back one.  Can you mark on your screen
12    where is the parking lot?
13    A.   Yeah, the parking lot and where the rally is was right
14    here.
15    Q.   Okay.  And where is the early voting center?
16    A.   The --
17              MR. PERTNOY:  Objection.  Lack of foundation.
18              THE COURT:  Sustained.
19    BY MS. GOMEZ:
20    Q.   Was the early voting center located near the parking lot?
21    A.   Yes.
22    Q.   And where was it located?
23              MR. PERTNOY:  Objection.  Lack of foundation.
24              THE COURT:  Overruled.  If he knows.
25              THE WITNESS:  There's a red dot there where it says
```

```
 1   Hispanic branch.  That's where the early voting was or early

 2   voting entrance is.

 3              MR. PERTNOY:  Objection, Your Honor.

 4              THE COURT:  Grounds?

 5              MR. PERTNOY:  There's no foundation that that's where

 6   the early voting took place.

 7              THE COURT:  Overruled.

 8   BY MS. GOMEZ:

 9   Q.   So where that red dot is located, is that where people

10   were going to vote?

11              MR. PERTNOY:  Objection.  Lack of foundation.

12              THE COURT:  Overruled.

13              THE WITNESS:  I was there.

14   BY MS. GOMEZ:

15   Q.   Sorry.  If you could repeat your answer?

16   A.   No, I was there at the rally.  That is where the people

17   would have to enter into the building to go vote.

18   Q.   And what is the distance between the parking lot and the

19   front entrance of the early voting center?

20   A.   Walking, it says here, 269 feet.

21   Q.   Now, did defendant Carollo have people there too?

22   A.   Yes, he did.

23   Q.   And where was his people?

24   A.   So his people were like right around here.  He had young

25   women and others holding their sign kind of like as a welcome
```

```
1  committee because what he was doing is he was bringing in --
2           MR. PERTNOY:  Objection.
3           THE WITNESS:  -- voters.
4           THE COURT:  There's an objection.  Yes?
5           MR. PERTNOY:  He's testifying as to what somebody
6  else was doing.
7           THE COURT:  Overruled.
8           THE WITNESS:  I saw it with my own eyes.  I would
9  see --
10          THE COURT:  The objection is overruled.  You can
11 answer.
12          THE WITNESS:  Okay.  Great.  Thank you, sir.
13 BY MS. GOMEZ:
14 Q.   So what did you see?
15 A.   I'm just going to answer your question.  We saw -- I saw
16 the Carollo campaigners lined up across the street with their
17 signs that would welcome the voters as they were being brought
18 in by car.
19 Q.   And did anything significant happen to the rally that
20 you were holding for Alfie Leon?
21 A.   Yeah.  About halfway through the event, we were approached
22 by first by police, and then second, about half an hour after,
23 we were approached by Code Enforcement and then again by
24 police.  Code Enforcement cited us with a violation.
25          MS. GOMEZ:  And if we could put on Plaintiffs'
```

```
1   Exhibit 468 only for counsel and the witness.
2   BY MS. GOMEZ:
3   Q.   Do you recognize what's on the screen?
4   A.   Yes, I do.
5   Q.   What is it?
6   A.   This is the violation that was posted onto the property
7   that day.
8   Q.   And that day is what day?
9   A.   November 18, 2017.
10  Q.   That was the day of the rally?
11  A.   Yes.
12        MS. GOMEZ:  Your Honor, we move Plaintiffs' Exhibit
13  468 into evidence.
14        THE COURT:  Any objection?
15        MR. PERTNOY:  Wasn't produced prior to trial, nor was
16  it on their exhibit list prior to trial.  Otherwise, no
17  objection.
18        THE COURT:  Admitted.
19        MS. GOMEZ:  Your Honor, if we could publish to the
20  jury.
21        THE COURT:  Yes.
22        (Plaintiffs' Exhibit 468 Received.)
23  BY MS. GOMEZ:
24  Q.   So if you can again explain -- if we could zoom in on the
25  signature and again, this is the violation that you received
```

```
 1   that day?
 2   A.    Yeah, it has the address there written on the side in
 3   marker, the 120 SW 14th Avenue.  It says ticket, citation,
 4   location of violation and then it says a violation, failure to
 5   obtain a Class I special permit.  Name of the inspector is
 6   Henry Andelo de Armas.
 7   Q.    And if we could show the jury Plaintiffs' Exhibit 312.
 8   It's already been admitted.  If we could scroll to the last
 9   page.  Is that Mr. Andelo?
10   A.    Yes.
11   Q.    Is that Mr. Andelo and his business card?
12   A.    Yes, it is.
13   Q.    Did he give that to you that day?
14   A.    Yes.  He gave it not to me personally, but he did give it
15   to somebody in the -- in the campaign.
16   Q.    And do you know why Code Compliance showed up at your
17   rally that day?
18   A.    I didn't know then.  I can share with you what I know now.
19   Q.    What do you know now?
20              MR. PERTNOY:  Objection.
21              THE COURT:  Grounds?
22              MR. PERTNOY:  Calls for hearsay and 403.  Foundation.
23              THE COURT:  Overruled.  He can answer.
24              THE WITNESS:  So the following day when we reset up
25   for the next -- for another rally, I kind of impromptu is when
```

```
 1    we started getting calls from Carollo's camp.  To be more
 2    specifically, Steve Miro.
 3    BY MS. GOMEZ:
 4    Q.   And what Steve Miro demanding?
 5             MR. PERTNOY:  Objection.  Hearsay.
 6             THE COURT:  Overruled.
 7             THE WITNESS:  He was demanding for the event to be
 8    shut down.
 9    BY MS. GOMEZ:
10    Q.   How did you feel when your first event was shut down, your
11    November 18th event?
12    A.   I was upset.  We put a lot of time into this, a lot of
13    energy, and I felt like I was not properly cited and so I was
14    trying to figure out how I could come back without, you know,
15    being cited for the same situation.
16         So we came up with a concept of still bring the music and
17    still bring the food, but do it in a food truck and so in very
18    short order, we got a food truck to come out the next day and
19    obviously the food trucks are kind of self contained with their
20    own licenses.
21         I was like, okay, we've got our food truck, they can be
22    wherever their licenses allow them to be, and we're not going
23    to get shut down.
24    Q.   And did you prevent -- were you successful in preventing
25    the shutdown of that second rally?
```

```
 1   A.    No, they still shut us down.
 2   Q.    Who shut you down?
 3   A.    At this point, it was the police that shut us down.
 4   Q.    How many police cars showed up?
 5   A.    Probably like three or four.
 6   Q.    And were you there when the police showed up?
 7   A.    Yeah, I was there.  I was present.  I was actually going
 8   back and forth with them because at first, they were saying
 9   they're not allowed to be on the lot.  They can only be on the
10   street.
11        And then they said, oh, that they can't be on the street.
12   The moment they stopped serving, they have to keep moving so
13   they just I think did whatever they needed to say to stop it.
14   Q.    How did you feel when your two rallies were shut down back
15   to back?
16   A.    I mean, I didn't really understand at the time what was
17   going on but it was -- I didn't want to close it down to tell
18   you the truth.  I was getting text messages from my business
19   partner like, hey, Carollo's asking us to shut down the
20   music --
21             MR. PERTNOY:  Objection.  Hearsay.
22             THE COURT:  Overruled.
23             THE WITNESS:  You know, I'm kind of playing it off
24   like we turned the jingle off.  We made like a real cool jingle
25   for Alfie Leon.  He says no, the music needs to be off, so
```

```
 1    we're getting pressure over here, we're getting pressure from
 2    the police.  Eventually, we had to shut it down.  It was, oh,
 3    it's a violation.  It's a violation of my freedom of speech.
 4    BY MS. GOMEZ:
 5    Q.   And how did you feel?  How did that make you feel, knowing
 6    that your rights were violated?
 7    A.   Again --
 8              MR. PERTNOY:  Objection.
 9              THE COURT:  Overruled.
10              MS. GOMEZ:  Hold on one second.
11              THE WITNESS:  We put a lot of time and energy into
12    this campaign.  We put everything on pause and spent, you know,
13    a lot of mind share and money and the goal was to win the race,
14    right?  And so it was a close race.
15    BY MS. GOMEZ:
16    Q.   How close was it?
17    A.   200 votes, so like what's to say that if I didn't get shut
18    down, Alfie Leon wouldn't have won?
19              THE DEFENSE ATTY:  Objection.  Calls for speculation.
20              THE COURT:  Overruled.
21              THE WITNESS:  Honestly, if I would have had my rally,
22    I would have gotten my 200 votes.
23              THE DEFENSE ATTY:  Objection.
24              THE WITNESS:  I wouldn't have to be dealing with Joe
25    Carollo.
```

```
 1              THE COURT:  Sustained.  Sustained.
 2    BY MS. GOMEZ:
 3    Q.   Who ended up winning the election by 250 votes?
 4    A.   Joe Carollo.
 5    Q.   Now, were you -- so you explained that Steven Miro was
 6    calling Bill Fuller and asking him to shut down the rally,
 7    right?
 8    A.   Yes.
 9    Q.   Did that concern you?
10    A.   It didn't concern me as much as it concerned him.
11    Q.   Who's him?
12    A.   Bill.
13    Q.   And what were you or what was Mr. Fuller concerned about?
14    A.   At that point, he was very concerned with retaliation from
15    Mr. Carollo.
16    Q.   And why was he concerned about retaliation?
17              MR. PERTNOY:  Objection.  Calls for speculation.
18              THE COURT:  Overruled -- or sustained.
19    BY MS. GOMEZ:
20    Q.   Why were you concerned?
21              MR. PERTNOY:  Objection.  No foundation.
22              THE COURT:  Sustained.
23    BY MS. GOMEZ:
24    Q.   Were you concerned?
25    A.   I was concerned, but not as concerned as Bill was.
```

```
 1   Q.   Why were you concerned?

 2   A.   I was concerned because Joe Carollo's a career politician.

 3   He's been there for 40 years --

 4           MR. PERTNOY:  Objection.  Goes beyond the scope of

 5   the question.

 6           THE COURT:  Overruled.

 7           MR. PERTNOY:  Personal narrative.

 8           THE COURT:  Overruled.

 9   BY MS. GOMEZ:

10   Q.   Explain to us why were you concerned?  Why was his 40

11   years in politics, why did that concern you?

12           MR. PERTNOY:  Objection.  Calls for improper

13   reputation testimony.

14           THE COURT:  Overruled.

15           THE WITNESS:  His history has shown him to be

16   vindictive.

17           MR. PERTNOY:  Objection.  403.  Move to strike.

18           THE COURT:  Overruled.

19           THE WITNESS:  I just wasn't at that moment.  I wasn't

20   as concerned because I didn't really understand how vindictive

21   this gentleman is.

22           MR. PERTNOY:  Objection.  Again, 403.  Improper

23   reputation testimony.  No foundation.

24           THE COURT:  All right.  Sustained.  You can rephrase

25   the question.
```

```
 1   BY MS. GOMEZ:
 2   Q.   At that point, did you understand how much power he could
 3   wield?
 4             MR. PERTNOY:  Objection.
 5             THE COURT:  Grounds?
 6             MR. PERTNOY:  At that point, he hadn't even been
 7   elected yet.
 8             THE COURT:  Overruled.
 9             THE WITNESS:  That's a good point, actually, Mason.
10   He hadn't been elected yet, and he was able to mobilize the
11   city and police to shut us down.
12             MR. PERTNOY:  Objection.  Improper.  No question
13   pending and improper communication.
14             THE COURT:  Overruled.
15             MS. GOMEZ:  And so now I'm going to show you
16   Plaintiffs' Exhibit 553.  This is just for the witness and
17   counsel.
18   BY MS. GOMEZ:
19   Q.   Now, did you vote in that race?
20   A.   No, I did not.  I'm not a resident of that district.  Only
21   residents can vote.
22   Q.   So why were you so involved in that race?
23   A.   We're -- we are stakeholders in that community.  We own
24   real estate and we own businesses, and we have a lot of
25   different tenants that have been in the community for a long
```

```
 1   time.  And so it's important.  I said we've got to have open

 2   lines of communication with our leadership because

 3   neighborhoods are created through a combination of all

 4   stakeholders which includes Government leadership.

 5   Q.   And so was Mr. Fuller able to vote in that race?

 6           MR. PERTNOY:  Objection.  Calls for speculation.

 7   Lack of foundation.

 8           THE COURT:  Sustained.

 9           THE WITNESS:  Yes, he was.

10           THE COURT:  Hold on again.

11           THE WITNESS:  Excuse me.

12   BY MS. GOMEZ:

13   Q.   Was Mr. Fuller at the time a resident of that community?

14           MR. PERTNOY:  Objection.  Foundation.

15           THE COURT:  Sustained.

16   BY MS. GOMEZ:

17   Q.   Do you know if at the time that Mr. Fuller was a resident

18   of District 3?

19           MR. PERTNOY:  Objection.  Same.

20           THE COURT:  Overruled.

21           THE WITNESS:  The picture that you showed us

22   earlier --

23   BY MS. GOMEZ:

24   Q.   Wait.  Did you know if at the time if Mr. Fuller was a

25   resident of District 3?
```

```
1    A.    Yes.
2    Q.    So now what -- do you recognize what's on the screen?
3    A.    Yes.
4    Q.    And what is it, if you can describe it?
5    A.    This is a screenshot of a text thread that I have together
6    with Bill dated November 21, 2017 at 4:36 p.m.  This is the
7    date of the runoff election.
8    Q.    And is Mr. Fuller -- are you the recipient of that text
9    message?
10   A.    Yes, I'm the recipient of that text message.
11   Q.    Were you the one who saved Mr. Fuller's name on your
12   phone?
13   A.    That's correct.
14   Q.    So this -- you received this text message and you know it
15   was sent from Mr. Fuller?
16   A.    That's correct.
17          MS. GOMEZ:  And so, Your Honor, we'd move Plaintiffs'
18   Exhibit 553 into evidence.
19          THE COURT:  All right.  Any objection?
20          MR. PERTNOY:  Yes, Your Honor.  This document was not
21   produced, not listed on their exhibit list and we're seeing it
22   for the first time right now.
23          MS. GOMEZ:  Your Honor, it was shown to Mr. Carollo
24   during his examination.
25          THE COURT:  Objection is overruled.
```

1          MS. GOMEZ:  Permission to publish?

2          THE COURT:  Yes.

3              (Plaintiffs' Exhibit 553 Received.)

4    **BY MS. GOMEZ:**

5    Q.   Can you read the text message to the jury, please?

6    A.   Sure.  On top it says B. Fuller, November 21, 2017 at

7    4:36 p.m.  The message says:  Just saw Carollo at the polls.

8    He said to me where is your blue and yellow shirt.

9    Q.   And what is blue and yellow shirt referring to?

10         MR. PERTNOY:  Objection.  Calls for speculation.

11         THE COURT:  Overruled.

12         THE WITNESS:  Blue and yellow are Alfie Leon's

13   campaign colors.

14   **BY MS. GOMEZ:**

15   Q.   And so what is Mr. Fuller telling you in that text

16   message?

17         MR. PERTNOY:  Objection.

18   A.   I understood it --

19         THE COURT:  Overruled.  Go ahead.

20         THE WITNESS:  I understood it to be that Carollo was

21   letting him know that he knew that he was supporting Alfie

22   Leon.  That Bill was supporting Alfie Leon.

23   **BY MS. GOMEZ:**

24   Q.   Was that obvious from the phone calls that Miro was making

25   to Mr. Fuller telling him to shut down the rallies?

```
 1              MR. PERTNOY:  Objection.  Calls for speculation.
 2    Hearsay.  403.
 3              THE COURT:  Sustained.
 4    BY MS. GOMEZ:
 5    Q.  Was it obvious who you and Mr. Fuller were supporting in
 6    the race?
 7              MR. PERTNOY:  Objection.
 8              THE COURT:  Overruled.
 9              THE WITNESS:  I think it was obvious.  The event was
10    being held on a property that we owned.  Very simple to find
11    out who owns the property so --
12    BY MS. GOMEZ:
13    Q.  And how did you feel about Commissioner Carollo after he
14    won the election?
15    A.  At the time?
16    Q.  Yeah, at the time.  You lost, you know, you were
17    supporting Alfie Leon.  He didn't win.  Your candidate didn't
18    win.  How did you feel about Mr. Carollo?
19    A.  Obviously, we felt deflated.  We spent a lot of time and
20    energy to win but, you know, no different than playing sports
21    in high school, right?  You play a soccer game, game's over.
22    Whether you win or lose you line up and you tell everybody good
23    game, right?
24         So at this point, you know, Joe Carollo is our
25    commissioner.  Let's figure out how we can work together.
```

```
 1   Q.   And when was the first time you saw him after that
 2   election?
 3   A.   The first time I ever saw him was after he became
 4   commissioner.  We were -- Bill and I were in the car coming
 5   back from a meeting.  This was about January 20th or so, and we
 6   run into -- we're coming back to our office.
 7        We park in front of Futurama, and we see Joe Carollo
 8   together with some other gentleman on our property in our
 9   parking lot.  He's coming from behind the property, walking up
10   towards the sidewalk towards the street.  We're like, oh, my
11   God, there's Joe Carollo.  And --
12   Q.   From where in the property was he walking?
13   A.   I know now because we have some video from Rosa from
14   Sanguich where he actually entered into the property on the
15   west side, and then walked behind the building and then we have
16   two parking lots on each side of the building.
17        So he walked in on the parking lot on one side, then came
18   behind and when we pulled into the car, we're seeing him as
19   he's walking from behind the building towards the street.  So
20   we get out of the car and we meet with him on the sidewalk.
21   Q.   Around what time of day is it?
22   A.   This is about 7:30 at night.  It's dark out already and
23   he's together with a gentleman by the name of Alex Diaz De la
24   Portilla who's now a commissioner in the district for I think
25   District 2.
```

1   Q.   How did that interaction, you know, how did it take place?

2   What happened?

3   A.   It was a short conversation.  We congratulated him for

4   winning and we expressed to him that we wanted to meet with him

5   and we wanted to learn what strengths he had, and we wanted him

6   to learn what strengths we could bring to the neighborhood so

7   that we could do good for the neighborhood.  That was our olive

8   branch and our message to him.

9   Q.   Have you renovated a lot of buildings in Little Havana?

10  A.   Yes, we have.

11  Q.   And are you familiar with the permitting process?

12  A.   At a basic level, yes.

13  Q.   Are permits quick to get?

14  A.   It depends on the scope of work.

15  Q.   Can you describe the process for the jury briefly?

16  A.   So the first thing you do is you have to engage an

17  architect and engineers to design the plans.  Those plans are

18  then taken and they're submitted into the city for review.

19       The city does their review and sometimes they have

20  comments.  If they have comments, that goes back to the

21  architect and the engineers, they correct those comments and

22  they resubmit it.

23       Once that whole process is done, then you are issued a

24  permit and you pay for the permit.  That's like step one.  Once

25  you have the permit in hand, then you engage with a general

1    contractor that holds the permit with his license and begins

2    the work, and as the work is going through, he calls for

3    inspections.

4         The city will send inspectors.  They'll approve it that

5    the work was done as per the plans.  If they're not, they fail

6    the inspection.  If they are, they pass the inspection.  And

7    then until the work's complete, and then you go through the

8    process of finaling out the permit and that's kind of the

9    process.

10   Q.   And so I'd like to talk about a little bit about the time

11   required.  Now that you've explained to the jury what the

12   process is like.  If you need a permit on a quick basis to

13   address some situation, can you get it quickly?

14   A.   Again, it's all tied to the scope.  It takes some time to

15   even ramp up that whole process.  It depends on the architects

16   and the engineers, where you are in their queue.

17        This is City of Miami.  There's a lot of building going

18   on.  There's a lot of projects going on.  Everybody is super

19   busy.  I mean, great, if you have that we have some great

20   architects and engineers that we worked with for a long time,

21   they give us a little bit of preference on timing, but it could

22   take a good amount of time.  I mean, yeah.

23   Q.   And so if -- have there been times where you have not

24   pulled a permit?

25   A.   Yes, I'm sure I have.

```
1            MS. GOMEZ:  All right.  So now I want to show you

2    Plaintiffs' Exhibit 412 and this is just for the witness and

3    counsel.

4    BY MS. GOMEZ:

5    Q.   Do you recognize this document?

6    A.   Yes.

7    Q.   And what is it?

8    A.   This document is dated March 28, 2023 at 10:42 a.m.  It

9    says on top, global inquiry search.  Then it says master

10   process plans, master permit with final or revoked status.

11           So my understanding of what I'm seeing here is this is a

12   printout of a report that was obtained from a website that the

13   City of Miami has it's called I-Build.

14           It's basically a website that allows you to track all of

15   the permits for all properties in the City of Miami and so

16   more -- you want me to go more specific what I see?

17   Q.   I guess if we can scroll down and can you tell us what

18   permits -- for what properties are permits reflected on that

19   piece of paper on that document?  Like the first one, what

20   property is that for?

21   A.   The one that's on the screen right now is Calle Ocho

22   Marketplace.  That's where we were going to have the market,

23   the farmer's market and where Taquitos is.  That's 1380 SW 8th

24   Street.

25   Q.   And what's the next one?
```

```
 1   A.   This one is Calle Ocho Special which is 966 SW 8th Street.
 2   That's where we have Taco Bell.  Conquil market is the where
 3   the Good Will is.  Conquil Market II is where Dollar Tree is.
 4   Dancing Insurance Man, Yeah, Baby, is 1356, 1360 SW 8th Street.
 5   And Chopin, Futurama where our offices are, La Bohemia, where
 6   7-Eleven is.  La Gran Fiesta, 521 SW 8th where Taquerias el
 7   Mexicano is, Little Havana Arts, where Little Havana Cigar
 8   Factory Azucar and where Ball & Chain is.  Tower Hotel, the
 9   building next to Ball & Chain, 1450 SW 7th Street.  Village
10   Shops, that's the building on 12th and SW 6th Street with all
11   the tenants.  VS II is next to that, Yama Calle Ocho is 1551 SW
12   8th, that's the building where the mural, where the Cuban
13   Rhumba is, a property that we had another district in Grand
14   Avenue in the area of Little Bahamas.
15        Brickell Station is a property that we had on the corner
16   of 8th Street and 1st Avenue, right next to the Metro Rail
17   station.  83 SW 8th Street.
18   Q.   Do you and Mr. Fuller own all of those properties?
19   A.   We have.  There's one or two properties that we don't own
20   anymore, but all of these properties were properties that we
21   owned at -- yes.
22   Q.   And do all of the permits reflected on those different
23   pages for each property, were those permits that you pulled,
24   you and Mr. Fuller pulled while you owned those properties?
25   A.   Yes.
```

```
 1              MS. GOMEZ:  Your Honor, we move Plaintiffs' Exhibit
 2    412 into evidence.
 3              THE COURT:  Any objection?
 4              MR. PERTNOY:  Objection to the extent that it goes --
 5    that there are properties that go beyond the scope of the
 6    pleadings and this litigation.
 7              THE COURT:  All right.  Objection noted.  It's
 8    admitted.
 9              MS. GOMEZ:  If we can publish to the jury.
10              THE COURT:  Granted.
11              (Plaintiffs' Exhibit 412 Received.)
12    BY MS. GOMEZ:
13    Q.   So tell us what is Beatstik?
14    A.   Beatstik is a historic hotel located a couple blocks from
15    the Miami River called the Dimitri Hotel.
16    Q.   And what kind of permit did you pull for Beatstik?
17    A.   Here is a remodeling and repair permit that was pulled
18    September 12, 2019, and the first column you see the process
19    number.  That's the number that they give you when the permit
20    is under review.
21         And then once the review is completed and the permit is
22    issued, that's the permit number.  That's the second column
23    from the end there.  And then you have the address, 439 NW 4th
24    Avenue, and then you have -- in the last column you have the
25    status.  So here, it says final.  All inspections are
```

```
 1   finalized.
 2   Q.   And does that mean all inspections are finalized, does
 3   that mean that you closed the permit?
 4   A.   That's correct.
 5   Q.   And what does it mean to close the permit?
 6   A.   To close a permit meaning all the work was completed and
 7   inspected and finalized.
 8   Q.   And when did you pull this permit?
 9   A.   It says that the process began on September 12, 2019.  It
10   doesn't say when it was closed out.
11   Q.   If we can move to the next page.  And so this is Calle
12   Ocho Marketplace?
13   A.   That's correct.
14   Q.   How many different permits have you pulled for Calle Ocho
15   Marketplace?
16   A.   The process number, the permit number, it has a number
17   after the BD.  So like, for example, the very first one says BD
18   21.  That means it took place in 2021.
19        And so like on this page, it says BD 13, so that's the
20   year that we got the electrical permit at 1380 SW 8th Street,
21   BD 13.  Then you have BD, you know, 2013, '15, '17, '18, '18,
22   '21.
23   Q.   And all of this is information is pulled from the city's
24   website?
25   A.   That's correct.
```

```
 1   Q.   And so if we can just quickly move to the next property.
 2   And so this is Calle Ocho Special.  There's three pages of
 3   permits that you pulled?
 4   A.   Yep.
 5   Q.   Continue.  Conch Hill Market, you pulled these permits?
 6   A.   Yes, there's more.
 7   Q.   This is still Conch Hill Market?
 8   A.   Yes.
 9   Q.   Is Conch Hill Market II a different property?
10   A.   It's right next to Good Will.  It's where the Dollar Tree
11   is.
12   Q.   And these are all the permits you pulled?
13   A.   That's correct.
14   Q.   Now, Dancing Insurance Man, Yeah, Baby, what property is
15   that?
16   A.   That's where Party Cake is.  That's 1356 and 1360 SW 8th
17   Street.
18   Q.   And you closed all of these permits that we're showing the
19   jury?
20   A.   Yes.
21   Q.   Okay.  If we can move on.  El Shopping.  What is El
22   Shopping?
23   A.   It's a three story shopping center that's located on 12th
24   Avenue and SW 3rd Street, so about five blocks south of 8th
25   Street.  It's has a nonprofit called Cuban National Council on
```

1    the second floor and then it has a charter school, K through

2    five, about 350 students on the third floor called Alpha School

3    of Excellence.

4    Q.    And Futurama, you had to pull a 40-year and older

5    recertification?

6    A.    Yeah, every ten years.  After the building turns 40 years

7    of age, every ten years you have to get this recertification

8    done on the property.

9    Q.    Does that happen a lot to your properties since you buy

10   the older buildings?

11   A.    Yes.

12   Q.    If we can move on.  Next.  La Bohemia, which property is

13   that?

14   A.    La Bohemia is 701 735 NW -- I'm sorry, La Bohemia consists

15   of three addresses.  One is 7-Eleven, which is the front

16   building, and then 11 NW 8th Street is a little commercial

17   property that sits right behind 7-Eleven but it's all under the

18   same ownership of La Bohemia.

19   Q.    So this is La Gran Fiesta, you pulled all these permits?

20   A.    That's correct, yes.

21   Q.    Move on to the next one.  Little Havana Arts Building

22   PLLC.  Is that different from Little Havana Arts?

23   A.    Little Havana Arts, that building has several addresses,

24   so each address, whether it be Azucar Ice Cream or Ball &

25   Chain, different permits are pulled per address even if it's

```
 1   the same folio/ownership number.
 2   Q.   Okay.  And if we can continue.  Now this is the Tower
 3   Hotel?
 4   A.   Correct.
 5   Q.   If we can go to the last page for Tower Hotel.  So this
 6   is -- when was the first time you that pulled a permit for
 7   Tower Hotel?
 8   A.   June 8, 2012.
 9   Q.   And what kind of permit was that?
10   A.   Demolition permit.
11   Q.   Now go to the next page.  So how many different types of
12   permits have you pulled for Tower Hotel?
13   A.   Can you go back to the other page?  I mean, from elevator,
14   to remodeling and repairs to brand new roof, to plumbing, to
15   demolition.
16   Q.   Okay.  And if we can go --
17   A.   40-year certification.
18   Q.   Okay.  And when did you finally close all of the permits
19   on Tower Hotel?
20   A.   Tower Hotel consists of four properties.  There's one
21   property that's a parking lot that faces 15th Avenue.  15th
22   Avenue is that avenue that runs into 8th Street that we would
23   consider like the main intersection of the cultural district.
24   We have Domino Park.  You have Tower Theater, you have Ball &
25   Chain, you have Cubaocho.
```

 1      On one side of 15th Avenue is a pedestrian only plaza.

 2 That's where the Viernes Culturales would set up.  On the other

 3 side of the street, the previous mayor spent the money to

 4 beatify that corridor, that 15th Avenue, it's short.  It's from

 5 8th Street to 7th Street.  So he put pavers in, and then he put

 6 the ability to put these ballers so that you can close the

 7 street so there's no vehicular traffic, and that's -- where

 8 that first part of Tower Hotel faces and what we would consider

 9 almost like the entrance.

10      The next property over -- the next three properties, they

11 face SW 7th Street.  SW 7th Street is three lanes of pretty

12 high traffic.  It's what gets everybody out of like Brickell

13 and downtown Miami to the rest of Miami so it's that inner city

14 highway that I was telling you about.  So it's not so

15 hospitable for an Uber to get dropped off there, et cetera, so

16 what you had is a house, 1460 SW 7th Street, that was going to

17 be converted into a pool area and a restaurant bar.

18      Then you have the main hotel which is the one you saw the

19 picture of.  That is a three story 50 room hotel.  It was

20 originally 52 rooms, and I think now it's 48 rooms.  That is

21 built in the '20's.

22      And that to answer your question, took us about ten years

23 to fully restore.  We just closed out the permits on that

24 property.

25      And there's one more property to the east of it that was a

```
 1    residential house with four apartments, and those have been
 2    converted kind of as like meeting room spaces, office space as
 3    an amenity to the hotel and that one, all the permits have been
 4    closed and is completed.  The only one that's pending is where
 5    the pool and where the restaurant concept is, where it will be
 6    in the future.
 7    Q.   So we've showed the jury multiple pages of permits that
 8    you and Mr. Fuller have pulled for your various different
 9    properties.  Let me ask you, let's be clear, are you an
10    engineer?
11    A.   No.
12    Q.   Are you an architect?
13    A.   No, I'm not.
14    Q.   Are you a permit expediter?
15    A.   No.
16    Q.   Are you a general contractor?
17    A.   No.
18    Q.   Do you rely on others to do the permitting process?
19    A.   Absolutely.
20    Q.   What level of understanding do you have of the permitting
21    process?
22    A.   It's a basic level.  You know, our job as a real estate
23    investor/developer is to really bring the team together that
24    will do all these parts -- these are -- they're very technical
25    parts so we try and find the best vendors that are out there
```

```
 1   and work side by side with them to get the job done.
 2   Q.   And so do you rely on your general contractor and engineer
 3   and architect to tell you what permits you need?
 4   A.   Always.
 5   Q.   Are they sometimes wrong?
 6   A.   Yes.  You remember these are old buildings, right?  These
 7   are buildings that sometimes they just need a facelift.
 8   Sometimes they need knee surgery, sometimes they need open
 9   heart surgery.
10        When you get in there, you find things that maybe you
11   weren't planning for, so they're not always right.  These
12   architects and engineers, sometimes you open up and there's so
13   much more scope of work that you've got to take care of.
14   Q.   And are there sometimes that the building presents
15   somewhat of an emergency?
16   A.   Sometimes, yeah.
17   Q.   So now we've heard about a little casita.  Where was this
18   casita located?
19   A.   The casita was a property that we bought from the same
20   owner that sold us 1380 SW 8th Street which is the Calle Ocho
21   Marketplace and it was like an L-shaped -- you have the
22   commercial property here, and then you had a commercial parking
23   lot, and a casita directly behind it kind of facing 14th
24   Avenue.
25   Q.   What was special about the casita?
```

1    A.   Well, the casita was I think one of the oldest properties

2    in Little Havana.  It was a beautiful.

3              MR. PERTNOY:  Objection.  Speculation.

4              THE COURT:  Overruled.  You can answer.

5              THE WITNESS:  The casita was from the 1900's.

6    **BY MS. GOMEZ:**

7    Q.   Did it present a problem for you and Mr. Fuller when you

8    purchased the property?

9    A.   Yes.  It had a tenant in there that was -- had an older

10   gentleman that had his own issues, and kind of had the place a

11   mess and had a lot of guests over that were kind of like

12   dealing with those same issues.

13   Q.   What was the condition of the windows?

14   A.   It seemed like it had been run through.  The windows were

15   all broken.  And, you know, at some point, the tenant I think

16   ended up in jail and it was left empty and all of his buddies

17   were in there, you know, drinking and doing all sorts of

18   craziness.

19        And so that's a situation where we had to do a repair to

20   the windows very quickly to avoid that kind of, you know,

21   people occupying the building.

22        And so we painted the building.  We put in, you know,

23   these steel frame windows and then one of our maintenance guys

24   we told him, look, outfit the space as if it was your art

25   studio and then that way, anybody that comes and sees through

1    the windows, they can see that it's occupied.  It's not a

2    vacant structure.  So --

3    Q.   Did you pull a permit for those windows?

4    A.   No, we did not.

5    Q.   Why were those windows necessary?

6    A.   It was necessary to avoid exactly what I was just saying.

7    To avoid people coming into the building and really destroying

8    the building.  It was more of a concern to have people in that

9    building.

10   Q.   So when did you buy the Tower Hotel?

11   A.   Okay.  Tower Hotel, I believe we bought it in May, 2012.

12   Q.   And why did you purchase it?

13   A.   So we're starting to see all of these tourists coming to

14   the area that's going -- those numbers are going up.  This was

15   the only hotel that was in the cultural district.  We bought

16   the hotel from David Schechtman and we -- who had lived on the

17   properties since he was born.  He was the son of Henry

18   Schechtman.  Henry Schechtman was the last known owner of the

19   Ball & Chain back in the '50's and it was really -- actually,

20   in all these situations as we're buying from people that have

21   owned properties for a long time, it's amazing to hear their

22   stories but David Schechtman shared crazy stories of his

23   father --

24            MR. PERTNOY:  Objection.  Improper narrative.

25            THE COURT:  Sustained.

1   **BY MS. GOMEZ:**

2   Q.   Why did you purchase the Tower Hotel?

3   A.   I'm sorry, she always grills me for this.  To answer the

4   question, we wanted -- we envisioned the first boutique hotel

5   in Little Havana.

6        MS. GOMEZ:  Okay.  So now I'm going to show you

7   Plaintiffs' Exhibit 542, and this is just for the witness and

8   counsel.

9   **BY MS. GOMEZ:**

10  Q.   Do you recognize what's on the screen?

11  A.   Yes.

12  Q.   And if we can scroll down, and could you describe to the

13  jury what is it that you're looking at?

14  A.   So these are screenshots from the City of Miami website

15  I-Build.

16  Q.   And did you prepare this visual?

17  A.   Yeah, I was -- I looked this up on my phone.

18  Q.   What does it reflect?

19  A.   So, in this particular case, the search was for 1450 SW

20  7th Street which is the address for the Tower Hotel.  And it

21  reflects the permit number, BD 12, and then it goes into a

22  little below all of the different approved reviews of that

23  permit so building, electrical, fire, plumbing, zoning.

24       MS. GOMEZ:  So we move Plaintiffs' Exhibit 542 into

25  evidence.

```
1                THE COURT:  Any objection?

2                MR. PERTNOY:  Yes.  Again, another document that was

3     not produced to us and not on their exhibit list prior to

4     trial.  We don't have a timeframe on this document.

5                THE COURT:  Sustained.

6     BY MS. GOMEZ:

7     Q.   When did you prepare this document?

8     A.   This was prepared a couple weeks ago.

9     Q.   And is this using the city's website?

10    A.   This is directly from the city's website, yes.

11    Q.   Is the information contained in the city's website in the

12    possession of the city?

13    A.   Yes, it's public record.  Anybody could go onto this

14    website and pull this information.

15               MS. GOMEZ:  Okay.  So, Your Honor, we would renew our

16    motion to admit Plaintiffs' Exhibit 542 into evidence.

17               THE COURT:  All right.  Any objection?

18               MR. PERTNOY:  Same objection, Your Honor.  Again, a

19    document that was not provided to us nor identified on their

20    exhibit list prior to trial.

21               THE COURT:  It's overruled.  It's noted for the

22    record.

23               MS. GOMEZ:  If we can publish?

24               THE COURT:  Granted.

25               MS. GOMEZ:  Thank you.
```

1              (Plaintiffs' Exhibit 542 Received.)

2    BY MS. GOMEZ:

3    Q.   I want to ask you when you pull a permit, how long does it

4    stay active for?

5    A.   Until you finish the work.  Every six months, you have to

6    renew it, but as long as you renew it, it will stay open until

7    the work is complete.

8    Q.   Okay.  So now we're looking at BD 14, one of the permits,

9    you said that this was for the Tower Hotel.  Is that 1450 SW

10   7th Street?

11   A.   Yeah, up here it says the property address and the folio

12   number and above that, that is the I-Build Miami website there.

13   Q.   So what is the job category?

14   A.   Remodeling, repairs.

15   Q.   What does a remodel entail?

16   A.   It entails -- it can entail all of the different trades,

17   right?

18   Q.   What are the different trades?

19   A.   You have different reviews from mechanical, which is air

20   conditioning, electrical, fire.  It goes through public works.

21   Q.   Plumbing?

22   A.   Plumbing, drywall.  All of those.

23   Q.   Does it also include structural?

24   A.   As well.

25   Q.   And what was this particular permit for where it says work

1   items?  What were you looking to do?

2   A.   I don't have the plans in front of me, but here it says

3   other components include concrete restoration or structural

4   repairs.

5   Q.   If we can move to the second page and could we zoom in a

6   little bit?  So now when it says pending, and then active and

7   expired, can you explain to the jury what do those different

8   designations mean?

9            MR. PERTNOY:  Objection.  Lack of foundation.

10           THE COURT:  Sustained.

11  **BY MS. GOMEZ:**

12  Q.   Are you familiar with the different stages of the permit?

13  A.   Yes.

14  Q.   And so unpaid permit fees, once you pay the permit fees,

15  what happens?

16  A.   Then the permit becomes active.

17  Q.   Okay.  And then for how long is the permit active?

18  A.   Six months.

19  Q.   And when the permit is no longer active, what happens to

20  it?

21  A.   It becomes expired, and then you have to go to the city

22  and pay I think a hundred dollars and reactivate it.

23  Q.   Once it's reactivated, how is that reflected in what you

24  see now on the screen?

25  A.   So on June 10, 2014, the permit's ready I guess to pay for

1    the permit fees and then on June 11th, we paid it and it says

2    permit status permit is active and ready for inspections.

3          Then six months later, December 9th, it shows expired.  It

4    was reactivated on April 28, 2015.  It expired six months

5    later, October 26th, gets reactivated, expired, active.

6    Q.   It's about every six months that you have to renew this

7    permit?

8    A.   Sometimes.  I don't think notice is ever given that the

9    thing is going to expire so sometimes that lapses and it takes

10   a little bit of time past the six months to reactivate it.

11   Q.   And so sometimes it lapses, you get a violation.  You're

12   notified.  If you're not tickling the date, sometimes you get a

13   violation and a Stop Work Order?

14   A.   Yes.

15   Q.   And then you just go to the city, pay a fee, and it gets

16   reactivated?

17   A.   That's correct.

18          MR. PERTNOY:  Objection.  Leading.

19          THE COURT:  Sustained.

20   **BY MS. GOMEZ:**

21   Q.   Does that give you six months at a time to continue the

22   work?

23          MR. PERTNOY:  Objection.  Leading.

24          THE COURT:  Overruled.

25

1    **BY MS. GOMEZ:**

2    Q.   Sorry.  Does that give you six months at a time to

3    continue the work?

4    A.   Yes.

5    Q.   And this is a hotel that you're renovating?

6    A.   That's correct.

7    Q.   Does that take longer than six months to complete?

8    A.   Yes.

9    Q.   How long has it taken since you first started the major

10   renovation work?

11           MR. PERTNOY:  Objection.  Vague.

12           THE COURT:  Wait, wait.  Sustained.  Rephrase the

13   question.

14   **BY MS. GOMEZ:**

15   Q.   What was the date of this permit?  When did you open it,

16   BD 14?

17   A.   In 2014.

18   Q.   And when did you finally close the permit?

19   A.   If you scroll down, I think it will show when it was

20   closed.  Final on March 16, 2023.

21   Q.   So that was just a few weeks ago?

22   A.   Yes, it was.

23   Q.   And what were some of the delays?

24           MR. PERTNOY:  Objection.  Lack of foundation.

25           THE COURT:  The jurors need a break now.  We'll be in

```
 1    recess for about 15 minutes.  Please do not discuss this case
 2    with anyone.  I forgot my instruction on Friday.
 3         Did everyone keep my instructions by not watching the
 4    news, reading the newspaper?  I see all heads being affirmative
 5    saying you have followed my instructions.
 6         That being said, we'll see you back here at 11:15.
 7         THE COURT SECURITY OFFICER:  All rise.
 8         (Thereupon, the jury exited the courtroom.)
 9         THE COURT:  Does the plaintiff and defendant have
10    additional citation or authority you plan to --
11         MS. GOMEZ:  Yes, Your Honor.  Mr. Gutchess is
12    actually printing it right now.
13         THE COURT:  All right.  Thank you.  We'll be in
14    recess till 11:15.
15         MS. GOMEZ:  Thank you.
16              (Short recess had.)
17         THE COURT:  You can bring in the jurors.
18         MS. GOMEZ:  Your Honor, if we can approach before we
19    get the jury?
20         THE COURT:  Again, you've got to let me know ahead of
21    time.  You can't keep doing this back and forth, bringing in
22    the jury and wasting their time.  Any issues, you need to let
23    the Court know.
24         MS. GOMEZ:  Your Honor, I do have questions for the
25    witness about Taquerias getting shut down, or the El Taquito.
```

```
 1    I'm not going to elicit any economic damages with respect to
 2    that.  There's emotional distress with knowing the knowledge
 3    that your business has been shut down.  That's the extent that
 4    I plan to discuss it.  I bring this up because they objected
 5    and Your Honor sustained that objection.  I'm about to enter
 6    into a line of questioning.
 7            THE COURT:  Depends how you phrase the question.
 8    Rita -- Rita?  She didn't hear.  I need one more -- wait.  Give
 9    me a couple of minutes, please.  Sorry.
10            Also are there any other exhibits that you intend to
11    introduce that we can resolve right now before we go back and
12    forth?
13            MS. GOMEZ:  Yes, Your Honor.  We have several
14    exhibits.  We sent them to --
15            THE COURT:  All the exhibits are being objected to?
16            MR. PERTNOY:  They sent it to us at 7:30 this
17    morning.  Let's be fair about that.
18            THE COURT:  Why are you sending them exhibits at 7:30
19    this morning?
20            MS. GOMEZ:  Many of them are already admitted.
21            THE COURT:  I'm not talking about the ones already
22    admitted.  That's different.
23            MS. GOMEZ:  Some of them are just public records.
24    The Certificate of Use, when was the Certificate of Use issued,
25    what were the permit renewals.  They're not exhibits that --
```

1    they know about these exhibits.  It's just when was a

2    particular permit issued.  Things that they know as the city.

3           MR. PERTNOY:  Your Honor, we got a new Dropbox with

4    additional exhibits that weren't even on their exhibit list at

5    about midnight this morning, and then I got the list of what

6    they intended to use at 7:30 this morning while I was in my car

7    driving here.

8           So we're happy to try to work through those issues and

9    we'll try to be as efficient as possible, but this has been

10   rather consistent throughout the case.

11          MS. GOMEZ:  Your Honor, some of these are pictures

12   that other witnesses have already discussed.  We have a

13   picture, for example, that Mary Lugo took of the Tower Hotel.

14   It's a picture.

15          THE COURT:  Look, look at the exhibits.  See which

16   ones you don't have any objection to as well.  We can resolve

17   this here before these jurors come back, and they're giving us

18   valuable time.

19          Granted, you should have done it ahead of time.

20   Anything that already has been introduced into evidence, if

21   it's been introduced into evidence, there shouldn't be any

22   objection to something that's already in evidence.  My only

23   concern is something that is new.  You shouldn't be waiting

24   till the eleventh hour to turn over something like this.

25          MS. GOMEZ:  Your Honor, we don't have their exhibits.

```
 1              THE COURT:  I understand.  Before we do that, show

 2    them your exhibits.  We're not going to be pausing this trial

 3    back and forth so I've got to go sidebar.

 4              If there's any objection, I can rule on it.  You can

 5    help you with your case without knowing whether or not they're

 6    going to object or not.  You have which exhibit you intend to

 7    use -- first of all, who's the defense witness once they're

 8    done with their case?

 9              MR. PERTNOY:  I believe we'll be starting with Ace

10    Morrero.

11              THE COURT:  You have exhibits with respect to --

12              MR. PERTNOY:  With Mr. Morrero?

13              THE COURT:  Yes.

14              MR. PERTNOY:  Yeah, we have exhibits for him but

15    we -- based on what they've told us, I think we're looking at

16    Tuesday or Wednesday for Mr. Morrero.

17              THE COURT:  You're going to be done, what, today,

18    with respect to Mr. Pinilla and Mr. Fuller?

19              MS. GOMEZ:  My portion of the examination for sure,

20    I'm hoping to be done after lunch.

21              THE COURT:  With Mr. Fuller too?

22              MS. GOMEZ:  No, just Mr. Pinilla.

23              THE COURT:  When will you be done with Mr. Fuller?

24              MS. GOMEZ:  He won't go on till tomorrow.

25              THE COURT:  You'll be done with him tomorrow?
```

```
 1              MS. GOMEZ:  We're trying.

 2              THE COURT:  His is how many hours?

 3              MS. GOMEZ:  I would submit around four to five hours.

 4              THE COURT:  You can be done with him.  You be

 5    prepared to call your next witness tomorrow.

 6              MR. PERTNOY:  I understand that.  If they're going

 7    three to five hours with each of the two plaintiffs, the

 8    cross-examinations are going to be around the same amount of

 9    time.

10              THE COURT:  Look at his exhibits.  If there's no

11    objection, let them know ahead of time so we know -- we don't

12    have to pause this trial, okay?

13              MR. PERTNOY:  Thank you, Your Honor.

14              THE COURT:  What other exhibits you have, which ones?

15              MS. GOMEZ:  Your Honor, they have the exhibits.  So

16    if they want to, we can confer.

17                        (Pause.)

18              MS. GOMEZ:  Your Honor, we've got two exhibits that

19    we did not reach a consensus.  That is Plaintiffs' Exhibit 591,

20    it's a one page.  It's the plans of the Calle Ocho Marketplace.

21    So it's just showing the different buildings on that for the

22    Calle Ocho Marketplace.

23              MR. PERTNOY:  Our position is that it was not

24    produced until apparently about midnight today.

25              THE COURT:  Sustained.  Next?
```

 1          MS. GOMEZ:  And we already agreed that it was just

 2  going to DX 37, I think that was the only one.

 3          MR. PERTNOY:  Was it the other lease?  You said

 4  you're going to show the draft lease on the Tower Hotel.

 5          MS. GOMEZ:  Yeah.  Then, Your Honor, the only one is

 6  the damages spreadsheet that we discussed earlier today.

 7          THE COURT:  I need to have a copy of that too, as

 8  well.

 9          MS. GOMEZ:  The spreadsheet itself?

10          THE COURT:  Yes.

11          MR. PERTNOY:  I think I left my copy that I handed

12  you previously, Your Honor.

13          THE COURT:  I don't have it.  We can address this

14  document later, but in the meantime, you can go forth.

15          You can bring in the jury, Rita, please.  Thank you.

16          THE COURT SECURITY OFFICER:  All rise.

17          (Thereupon, the jury entered the courtroom.)

18          THE COURT:  All right.  The members of the jury are

19  all present and accounted for.  You may be seated, everyone.

20          You may continue with your direct examination,

21  Ms. Gomez.

22  **BY MS. GOMEZ:**

23  Q.  Now we're looking at Plaintiffs' Exhibit 542.  It's the

24  permit history -- well, for one of the permits at the Tower

25  Hotel.  Now can you tell me, did you have an active permit on

```
 1    January 8, 2018?

 2    A.    Yes.

 3    Q.    Okay.  And did you get a Certificate of Use for this

 4    property for the Tower Hotel?

 5    A.    Yes, we did.

 6    Q.    What is a Certificate of Use?

 7    A.    It's a license provided by the City of Miami to allow you

 8    to use the property as stated in the certificate.

 9    Q.    What sort of usage was it allowed in the certificate?

10    A.    A hotel lodging.

11          MS. GOMEZ:  And so, Your Honor, if we could show

12    Plaintiffs' Exhibit 456 just to the witness and counsel.

13    BY MS. GOMEZ:

14    Q.    And can you describe what's on your screen?

15    A.    This is a document produced by the City of Miami and it

16    shows the Tower Hotel doing business as Tower.  Business

17    status, active.  Gives the certificate number, gives the CU

18    usage, Certificate of Use usage is lodging.

19          Then it says 20 to dash 99 units.  CU 50 units.

20    Application status, paid.  Issued date May 30, 2012.

21    Q.    And so as of May 30, 2012, you could use the Tower Hotel

22    for what purposes?

23    A.    For hotel --

24          MR. PERTNOY:  Objection.

25          THE COURT:  Wait.  What's the grounds?
```

```
 1                 MR. PERTNOY:  Lack of foundation.

 2                 THE COURT:  Overruled.  You can answer.

 3                 THE WITNESS:  It can be used for lodging.

 4   BY MS. GOMEZ:

 5   Q.   And you were running -- Tower Hotel was a hotel, right?

 6   A.   When we bought it, it was an active hotel, yes.

 7   Q.   And at hotels, do hotels have conference spaces, meeting

 8   spaces?

 9   A.   Yes.  The hotel had the lobby that could be used for that,

10   yes.

11   Q.   And was a Certificate of Use, did it allow you to also

12   have meetings and conferences at the hotel?

13                 MR. PERTNOY:  Objection.  Leading.

14                 THE COURT:  Sustained.

15                 MR. PERTNOY:  Foundation.

16   BY MS. GOMEZ:

17   Q.   What did the Certificate of Use allow you to do at the

18   hotel?

19                 MR. PERTNOY:  Objection.  Lack of foundation.

20                 THE COURT:  Overruled.

21                 THE WITNESS:  The same uses you would find in any

22   hotel that you might go to visit.

23   BY MS. GOMEZ:

24   Q.   Which include what?

25   A.   Which include meeting spaces, events, staying in the hotel
```

```
 1   rooms, dining in the hotel rooms, et cetera.
 2            MS. GOMEZ:  Okay.  So, Your Honor, we move
 3   Plaintiffs' Exhibit 456 into evidence.
 4            THE COURT:  Any objection?
 5            MR. PERTNOY:  No objection.
 6            THE COURT:  Admitted.
 7            MS. GOMEZ:  If we can publish to the jury?
 8            THE COURT:  Granted.
 9                 (Plaintiffs' Exhibit 456 Received.)
10   BY MS. GOMEZ:
11   Q.   So is this the city's record of the Certificate of Use for
12   the Tower Hotel?
13   A.   Yes.
14   Q.   And again, when was it issued?
15   A.   The Certificate of Use was issued 2012, May 30th.
16   Q.   Okay.  So for over ten years, you've been able to use the
17   Tower Hotel for lodging?
18   A.   That's correct.
19   Q.   And that also includes meetings and conferences?
20   A.   Yes.
21   Q.   Okay.  So now if we could show Plaintiffs' Exhibit 453.
22   Do you recognize what's on your screen?
23   A.   Yes.
24   Q.   And what is it?
25   A.   This is a permit application for the City of Miami
```

```
 1   Building Department.
 2   Q.   And did you submit this application in connection with the
 3   work that you were going to do at Tower Hotel?
 4   A.   Yes.  It says here Tower Hotel, address, job address, 1450
 5   SW 7th Street, and it has a BD 12 number on top, process number
 6   and a permit number.
 7   Q.   And what condition was the Tower Hotel in when you bought
 8   it?
 9   A.   It was in decent condition.  The owner, I mentioned to you
10   was born on the property and managed that hotel personally
11   himself.  So it wasn't a property that was not maintained.  He
12   did his best to keep the, you know, the systems of the property
13   intact.  It had an active hotel license for I think 60 years.
14        MS. GOMEZ:  So, Your Honor, we move Plaintiffs'
15   Exhibit 453 into evidence.
16        MR. PERTNOY:  With respect to the single page here,
17   there's 91 pages to this document, and I think there's some
18   duplication and stuff that is not relevant to these
19   proceedings, but this page, no issue.
20        THE COURT:  All right.  It's admitted.  Thank you.
21        MS. GOMEZ:  If we can publish to the jury.
22        THE COURT:  Granted.
23          (Plaintiffs' Exhibit 453 page Received.)
24   BY MS. GOMEZ:
25   Q.   And so did you submit this application before you started
```

```
 1   doing any work on Tower Hotel?
 2            MR. PERTNOY:  Objection.
 3            THE COURT:  Wait.  There's an objection.  Grounds?
 4            MR. PERTNOY:  Timeframe.  Lack of foundation.
 5            THE COURT:  All right.  Sustained.
 6   BY MS. GOMEZ:
 7   Q.   When did you submit this application?
 8   A.   Actually, you've got to make it a little smaller because
 9   there's no dates.
10   Q.   If you can scroll down to the bottom of the page.
11   A.   I think I signed -- it says here I signed this application
12   on the 6th of June, 2012.
13   Q.   Okay.  Do you see on the bottom left hand corner,
14   application received by?
15   A.   Yes.
16   Q.   What's the date there?
17   A.   That's the 12th of June, 2012.
18   Q.   When did you buy this property?
19   A.   Actually, there's two dates.  There's the 8th of June and
20   then there's the 12th of June looks like.
21   Q.   When did you buy the property, the Tower Hotel?
22   A.   We bought it in early May of 2012.
23   Q.   And did you start doing work on the reconstruction before
24   you submitted this application?
25   A.   I don't recall.
```

```
 1    Q.    You don't recall.  Did you remove -- when you bought the
 2    Tower Hotel, did it have the prior owner's things inside of it?
 3    A.    Yeah, the hotel had 52 units.  Originally it was built
 4    with 50 units.  Over the years, there was -- on the second and
 5    on the third floor, there was -- let me start from the
 6    beginning.  The building originally had an elevator.  And over
 7    the years, I think the elevator --
 8             MR. PERTNOY:  Objection.
 9             THE COURT:  Wait.  What's the objection?
10             MR. PERTNOY:  Beyond the scope of the question.  It
11    was the owner's things.
12             THE COURT:  Sustained.
13    BY MS. GOMEZ:
14    Q.    When you purchased the hotel, did it have the prior
15    owner's stuff inside?
16    A.    Yes.
17    Q.    What did you need to do with that?
18    A.    There was areas like the elevator lobby that had been
19    converted to rooms so it went from a 50 room hotel to a 52 room
20    hotel.  And in our plan to restore the hotel to its original
21    state, we were removing the walls that he had installed
22    previously to make those extra two rooms.
23    Q.    And did you start that work before you submitted this
24    application for a permit?
25    A.    We may have.
```

```
 1   Q.   Did you know whether you needed to have a permit for that?

 2   A.   We understood it as work that shouldn't have been done and

 3   so we were just removing it and getting it to the original

 4   bones, so I don't think we did, but as soon as we got notice

 5   from the city, we went to the city and pulled a permit.

 6   Q.   Okay.  So once you started doing the renovation of the

 7   Tower Hotel, you had a permit for that?

 8   A.   Yes.

 9        MS. GOMEZ:  Okay.  Now, if we could pull up

10   Defendant's Exhibit 63.  If we can move Defendant's Exhibit 63

11   into evidence.

12        THE COURT:  Any objection?

13        MR. PERTNOY:  No objection.

14        THE COURT:  Granted.

15           (Defendant's Exhibit 63 Received.)

16        MS. GOMEZ:  If we can publish it, please.

17   BY MS. GOMEZ:

18   Q.   Do you recognize this?

19   A.   I mean, I recognize seeing documents similar to this but

20   not this exact document.

21   Q.   What is the address provided, like where was this letter

22   sent?

23   A.   Here it says this is a letter from the City of Miami being

24   sent to William O. Fuller, 1040 Brickell Avenue, and to Loujen

25   Realty, 1450 SW 7th Street.
```

```
 1   Q.    Do you recognize those addresses?
 2   A.    1450 is the address of the hotel.  Loujen Realty is the
 3   previous owner.  That was the entity that he acquired, that he
 4   owned the property in.  The other one says William O. Fuller
 5   BillyBuys.com, the address 1040 Brickell Avenue.  I do not -- I
 6   recognize the address but not any address that we do business
 7   with.
 8   Q.    Okay.  So you don't own any property at 1040 Brickell
 9   Avenue?
10   A.    No.
11   Q.    Did you receive this notice shortly either on June 5,
12   2012, or shortly thereafter?
13   A.    I don't believe we did.
14   Q.    Okay.  So were you aware that you had this violation at
15   the time that the notice was issued?
16   A.    I don't think we -- we did.
17         MS. GOMEZ:  Okay.  So now if we could pull up page --
18   I'm sorry, Defendant's Exhibit 64.  And if could move
19   Defendant's Exhibit 64 into evidence.
20         MR. PERTNOY:  No objection.
21         THE COURT:  Granted.
22         MS. GOMEZ:  If we could publish.
23         THE COURT:  Sure.
24             (Defendant's Exhibit 64 Received.)
25   BY MS. GOMEZ:
```

```
 1    Q.   Now, did you receive a subsequent Stop Work Order after
 2    you had pulled the demolition permit?
 3    A.   It looks like we did, yes.  June 25, 2012.  The first
 4    permit we pulled was in early June, couple weeks before this.
 5    Q.   And do you recall why the city issued this Stop Work
 6    Order?
 7              MR. PERTNOY:  Objection.
 8              THE COURT:  Grounds?
 9              MR. PERTNOY:  Lack of foundation.  Calls for
10    speculation.
11              THE COURT:  Sustained, unless if he knows.
12              THE WITNESS:  I'm sure that it was --
13              MR. PERTNOY:  Objection.  "I'm sure."
14              THE COURT:  All right.  Sustained.
15    BY MS. GOMEZ:
16    Q.   So do you know why there was a Stop Work Order issued?
17              MR. PERTNOY:  Objection.  Same objections.
18              THE COURT:  Sustained.
19    BY MS. GOMEZ:
20    Q.   Did the city allow you to proceed with removing trash from
21    the premises?
22              MR. PERTNOY:  Objection.
23              THE COURT:  Grounds?
24              MR. PERTNOY:  Leading.
25              THE COURT:  Sustained.
```

1  **BY MS. GOMEZ:**

2  Q.   Did you obtain a demolition permit?

3  A.   I did two weeks before, yes.

4  Q.   And what did the demolition permit allow you to do?

5  A.   To demolish a certain portion of the property.

6  Q.   And when you demolish a certain portion of the property,

7  what do you need to do with the portion you're demolishing?

8  A.   You have to remove it.

9  Q.   Were you allowed to remove what you were demolishing from

10 the property?

11 A.   Under our permit, yes.

12 Q.   Did you receive a Stop Work Order while that was

13 happening?

14 A.   Yes.

15 Q.   Do you know why?

16        MR. PERTNOY:  Objection.

17        THE COURT:  Overruled.  If he knows.

18 **BY THE WITNESS:**

19 Q.   Do you know why?

20 A.   Additional scope of work that was not included in the

21 permit.

22 Q.   And did you address that additional scope of work?

23 A.   Yes.

24 Q.   And how did you address it?

25 A.   By adding -- doing revision to the permit.

1    Q.   When was the Stop Work Order -- when does a Stop Work

2    Order get removed after you get a permit?

3    A.   Do you have any documents to refresh my memory?  I think

4    it was shortly thereafter.

5    Q.   Well, so if you have -- you have an open permit?

6    A.   Right.

7    Q.   And then there's a Stop Work Order?

8    A.   Right.

9    Q.   Do you have to close the permit in order for the Stop Work

10   Order or the violation to be removed?

11            MR. PERTNOY:  Objection.  Leading.

12            THE COURT:  Overruled.

13            THE WITNESS:  No.

14   **BY MS. GOMEZ:**

15   Q.   So, now, the -- you started renovating the Tower Hotel we

16   know in 2014.  What were you still doing to the hotel in 2017?

17   A.   The Tower Hotel and the vision of bringing it as a

18   boutique hotel included basically updating all of the systems.

19        So new roof, new windows, new AC, new fire panel, new

20   plumbing line, new electric lines.  It's pretty extensive.

21   Each floor is about 7,000 square feet so we're talking about a

22   20,000 square foot structure.

23        It's a project that Bill and I own without any partners,

24   and it's a project that we funded with our own capital.

25   Unfortunately, it took a little bit longer than what we

1    expected, but from 2012 to 2017, we were doing each one of

2    these sections and they were just done.  You know, first, we

3    started with the demolition.  Then we started with the windows.

4    Then we got the permits for the next section, et cetera.

5    Q.   Now, prior to 2017, how did you deal with violations that

6    you received on the Tower Hotel?

7    A.   The same way we deal with all violations.  There's a

8    process for that.  You meet with the Building Department and

9    you make any revisions that you need to to your plans or get

10   new permits, if that's what they require.  And then you've come

11   into compliance at that point.

12   Q.   And what was the Building Department's attitude at the

13   time working with you when you had a violation?

14            MR. PERTNOY:  Objection.  Calls for speculation.

15            THE COURT:  Overruled.

16            THE WITNESS:  The policy at the City of Miami

17   Building Department --

18            MR. PERTNOY:  Objection.  He's discussing the policy

19   of the City of Miami.

20            THE COURT:  Sustained.

21   **BY MS. GOMEZ:**

22   Q.   What was your experience with the City of Miami when

23   you were trying to address a violation prior to 2017?

24            MR. PERTNOY:  Objection.  Vague.

25            THE COURT:  My understanding -- overruled.  You can

1    answer.

2              THE WITNESS:  My understanding of how the city worked

3    was that as long as you were working towards satisfying --

4    towards compliance with the violation, the Building Department

5    would give you the necessary time to do it.  That was how it

6    had always worked.

7    **BY MS. GOMEZ:**

8    Q.   And starting at the end of 2017, did you experience any

9    problems with being able to continue renovating the Tower

10   Hotel?

11   A.   I think as time went by, starting in 2018, it became

12   progressively more difficult so things started to change a

13   little bit at a time, you know, and became progressively

14   difficult as each year went by.

15   Q.   What do you attribute that difficulty to?

16             MR. PERTNOY:  Objection.

17             THE COURT:  Grounds?

18             MR. PERTNOY:  Lack of foundation.  Speculation.

19             THE COURT:  Sustained.

20   **BY MS. GOMEZ:**

21   Q.   Explain to us how did it become more difficult.  What was

22   your experience or the, you know, the people that you hire,

23   what was their experience in dealing with the City of Miami?

24             MR. PERTNOY:  Objection.  Compound, and asking for

25   the experience of others not here to testify.

1             THE COURT:  Sustained.

2   **BY MS. GOMEZ:**

3   Q.   What was your experience in dealing with the City of

4   Miami?

5   A.   You obviously hire all the professionals, so we're working

6   day-to-day with the architects, we're working with the permit

7   expediters and some of the -- and the time to get through this

8   process, right?

9        The process of submitting the plans, getting the reviews

10  started to take longer.  The review side on the City of Miami

11  starts to take longer.  The comments become much more detailed.

12       Those go back to the architects and the engineers and

13  instead of that being one round of reviews and comments, that

14  becomes two to three rounds of reviews and comments.

15       Same happens with the inspections.  Once the permit is

16  finally issued, then the inspections become a little bit more

17  tedious.  And so at first, it wasn't as bad but every year, it

18  got progressively worse.

19  Q.   And what event -- what significant event happened in

20  between when your plans were being accepted, reviewed, and

21  quickly turned around to when they started delaying?

22            MR. PERTNOY:  Objection.  Leading.  Lack of

23  foundation.  Calls for speculation.

24            THE COURT:  Sustained.

25

 1   **BY MS. GOMEZ:**

 2   Q.   Was there anything that occurred that made you realize

 3   this is why the plans are taking so long?

 4            MR. PERTNOY:  Objection.  Lack of foundation.  Calls

 5   for speculation.

 6            THE COURT:  Overruled.  You can answer.

 7            THE WITNESS:  So since 2002, I've been doing business

 8   in the city, exclusively in the city.  Up until 2017, all of

 9   the properties that we owned have been in the City of Miami

10   where we worked closely --

11            MR. PERTNOY:  Objection.  Narrative.  Not answering

12   the question.

13            THE COURT:  Sustained.

14   **BY MS. GOMEZ:**

15   Q.   Can you please explain to the jury from 2002, when you

16   started doing business, to 2017, what is your experience

17   getting permits in the City of Miami?

18   A.   It's always a process to get the permits.  But after

19   starting in 2018, the process became more difficult.  I would

20   attribute that to everything changing --

21            MR. PERTNOY:  Objection.  Goes beyond the scope of

22   the question.

23            THE COURT:  Overruled.

24            THE WITNESS:  I would attribute that, that there was

25   a change that occurred after we showed our support to Alfie

```
 1   Leon.
 2   BY MS. GOMEZ:
 3   Q.   So prior to you showing your support to Alfie Leon, what
 4   was the attitude in the city when you submitted plans?
 5            MR. PERTNOY:  Objection.  Leading.  Calls for
 6   speculation as to the attitude of the city.
 7            THE COURT:  Overruled.  You can answer.
 8            THE WITNESS:  So when the architects and the permit
 9   expediters would submit to the city, as I mentioned before, the
10   process was normal, right?  The time that it took the city to
11   review the plans was equal to everybody else's plans.
12            After 2018, or '17, that started taking much longer.
13   The comments became much more explicit and so what normally
14   might take you two or three months to pull a permit, now is
15   getting dragged, in some instances, as far as two years to get
16   a permit.
17            So the process is debilitating because when you take
18   on a project, you say to yourself, okay, I'm going to -- we're
19   going to execute on a business plan, and we're going to deliver
20   it by a certain time.  You've got to deliver the property, the
21   property has to --
22            MR. PERTNOY:  Objection.  Narrative.
23            THE COURT:  Sustained.
24   BY MS. GOMEZ:
25   Q.   How did your -- how did your support of Alfie Leon result
```

```
 1   in your permitting process taking so long?

 2            MR. PERTNOY:  Objection.  Lack of foundation.  Calls

 3   for speculation.

 4            THE COURT:  Overruled.

 5            THE WITNESS:  It was widely known that in the city,

 6   we became --

 7            MR. PERTNOY:  Objection.  Hearsay.  "Widely known."

 8            THE COURT:  Overruled.

 9            THE WITNESS:  We became public enemy number one to

10   Joe Carollo.  We were publicly being ousted.  He was coming

11   onto the radio, he was speaking on the Commission dais --

12            MR. PERTNOY:  Objection.  Beyond the scope of the

13   question.

14            THE COURT:  Overruled.

15   BY MS. GOMEZ:

16   Q.   What he was saying on the Commission dais?

17   A.   He was saying a lot of things, but he was saying that we

18   were money launderers.  For 15 years, we've had a stellar

19   reputation so the moment that you get an elected official who

20   sounds very convincing, you heard him on the testimony, saying

21   that we're money launderers, saying that we're connected to

22   Chavez, saying that our businesses are bringing prostitution to

23   the street, saying that we're harboring Venezuelan, you know,

24   authorities as tenants.

25            MR. PERTNOY:  Objection.
```

```
 1              THE COURT:  What's the objection?

 2              MR. PERTNOY:  Improper narrative.  Beyond the scope

 3    of the question and lack of foundation and speculating wildly

 4    at this point.

 5              THE COURT:  Overruled.

 6              MR. PERTNOY:  403.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  Additionally accusing us of being

 9    protected by the City of Miami Building Department.  He's

10    basically saying, oh, these guys have done all this stuff

11    because they're protected.

12              MR. PERTNOY:  Objection.  Hearsay.

13              THE WITNESS:  Insinuating that we're involved in some

14    kind of nefarious activity or relationship with the City of

15    Miami employees.

16         So at that moment in time, you know, our banks are

17    starting to be concerned.  They're like, oh, my God, we know

18    these guys.  These guys --

19              MR. PERTNOY:  Objection.  Hearsay.

20              THE WITNESS:  Everything we have, we built on our

21    backs --

22              THE COURT:  Sustained.

23    BY MS. GOMEZ:

24    Q.  Let me take you back a little bit.  You said that

25    defendant Carollo accused you of being associated with Chavez.
```

```
 1   Who's Chavez?

 2              MR. PERTNOY:  Objection.  Assumes facts not in

 3   evidence.

 4              THE COURT:  Overruled.

 5              THE WITNESS:  This is the communist regime in

 6   Venezuela.  The dictators, Chavez and Maduro.

 7   BY MS. GOMEZ:

 8   Q.   Did he accuse you of being associated with the communist

 9   regime?

10              MR. PERTNOY:  Objection.  Hearsay.  Assumes facts not

11   in evidence.  Leading.

12              THE COURT:  Overruled.

13              THE WITNESS:  Yes.

14   BY MS. GOMEZ:

15   Q.   How did that affect your business?

16   A.   It impacted our business in a lot of different ways.

17   Including there being -- you know, when you buy real estate --

18              MR. PERTNOY:  Objection, Your Honor.  This is what we

19   discussed at sidebar.  Individual versus the business.

20              THE COURT:  All right.

21              MS. GOMEZ:  Your Honor, it's distress.

22              THE COURT:  You need to rephrase the question to

23   address that.  I'm going to sustain the objection.  You can

24   rephrase the question.

25
```

```
 1   BY MS. GOMEZ:
 2   Q.    Did this have any affect on your business that caused you
 3   emotional distress?
 4              MR. PERTNOY:  Objection.  Vague.
 5              THE COURT:  Overruled.  You can answer.
 6              THE WITNESS:  For 15 years, we've had an amazing
 7   reputation.  We're being celebrated for the work that we're
 8   doing.
 9              This guy, my partner, Bill Fuller and I have done in
10   our whole life doing what we thought was good for the City of
11   Miami and good for our culture.
12              And in very little time, Joe Carollo went out to
13   defame us in a big way.  It's difficult.  Listen to how he does
14   it, okay?  This is a multi-faceted attack --
15              MR. PERTNOY:  Objection.  Beyond the scope.
16   Narrative.
17              THE COURT:  Sustained.
18              THE WITNESS:  It's a campaign of destruction.
19              THE COURT:  Wait.  The objection is sustained.
20              MR. PERTNOY:  Objection.  Move to strike "campaign of
21   destruction."
22              THE COURT:  Stricken.
23              MR. PERTNOY:  Ask for a curative instruction.
24              THE COURT:  Disregard that comment.  It's stricken.
25   Should not be considered by the jury.  Also, again -- wait,
```

```
 1   wait.  Mr. Pinilla, once the objection is raised, do not speak
 2   until I make the decision.
 3            If I say overruled, that means you can answer.  If I
 4   say sustained, that means you cannot answer.  Okay, sir?
 5            THE WITNESS:  Understood.
 6            THE COURT:  This will be your last question prior to
 7   going to lunch.
 8   BY MS. GOMEZ:
 9   Q.  How did defendant Carollo destroy your reputation?
10            MR. PERTNOY:  Objection, Your Honor.  Calls for
11   speculation.
12            THE COURT:  Overruled.
13            MR. PERTNOY:  403.  Argumentative.
14            THE COURT:  Overruled.
15            MR. PERTNOY:  Lack of personal knowledge.
16            THE COURT:  Overruled.
17            THE WITNESS:  The reputational harm that Joe Carollo
18   has caused on me and my business partner, Bill Fuller, is
19   irreparable.
20   BY MS. GOMEZ:
21   Q.  How did he do that?  How did he cause that irreparable
22   harm?
23            MR. PERTNOY:  Objection.  Assumes facts not in
24   evidence.  Asking to speculate.
25            THE COURT:  Overruled.
```

1           THE WITNESS:  Mr. Carollo devised a multifaceted

2    campaign of destruction against us that included going out

3    publicly on the radio --

4           MR. PERTNOY:  Objection, again, Your Honor.  Move to

5    strike.

6           THE COURT:  Overruled.

7           THE WITNESS:  On the dais where he consistently

8    accused us of being money launderers connected to the communist

9    regime, insinuating that we're being selectively protected.

10   Attacking not only us, but attacking our tenants, and basically

11   letting the world know you do not do business with the

12   Barlington Group where before, people wanted to do business

13   with us.

14          MR. PERTNOY:  Objection.  Narrative.  Beyond the

15   scope of the question.

16          THE COURT:  Overruled.

17          MS. GOMEZ:  Your Honor, should we break for lunch?

18          THE COURT:  All right.  We will break for lunch.

19   Again, ladies and gentlemen, we'll see you here at five after

20   1:00.

21          Again, do not discuss this case with anyone.  Do not

22   formulate any opinions.  We'll see you at five after 1:00.

23          THE COURT SECURITY OFFICER:  All rise.

24          (Thereupon, the jury exited the courtroom.)

25          THE COURT:  Are there any other are citations or

1   authorities that the plaintiff or defendants have right now for

2   the Court to read?

3            MR. GUTCHESS:  Yes, Your Honor.  I have --

4            THE COURT:  Also when did you submit this summary to

5   the defendant?  You turned this over?

6            MR. GUTCHESS:  Yes, we did, Your Honor.

7            THE COURT:  When was this turned over?

8            MR. GUTCHESS:  December 23rd when they kept making

9   motions for us to be more specific in our disclosures.

10           THE COURT:  December 23rd of 2022?

11           MR. GUTCHESS:  Yeah, 2022.  Your Honor, I would like

12   to just for clarification, our damages --

13           THE COURT:  Sorry.  Everyone may be seated, please.

14           MR. GUTCHESS:  Our damages, as the Court's heard, are

15   emotional distress and reputational harm.  This chart we've

16   produced because of the time that was incurred in responding to

17   the targeting, and it was just a calculation in their minds

18   about how much it cost them.

19           So we don't have any documents to support it.  We

20   didn't produce any documents to support it and it's not our

21   primary damages claim.

22           So I recognize that while I think it's a valid claim

23   for damages, I recognize that this chart is not appropriate to

24   come into evidence.

25           THE COURT:  That's why I'm asking you questions about

```
 1    it.
 2               MR. GUTCHESS:  What's that?
 3               THE COURT:  That's why I'm asking you questions about
 4    it.  The Court is concerned about this particular document.
 5               MR. GUTCHESS:  Yeah, we're not going to introduce it
 6    into evidence.
 7               THE COURT:  All right.  Fine.
 8               MR. PERTNOY:  Well, my concern is they're going to
 9    then testify about what's contained in the chart without
10    showing the chart, but there's no backup.  There's no tax
11    returns.  It makes it impossible to cross-examine.
12               THE COURT:  Is there a tax return?  Was tax returns
13    produced in this trial?
14               MR. GUTCHESS:  Your Honor, we're not going to testify
15    about it either.  We're not going to put on any evidence of the
16    amount of hours.
17               THE COURT:  Relating to this at all?
18               MR. GUTCHESS:  No.  We're going to go solely on
19    emotional distress and reputational damages.
20               THE COURT:  That's fine.  We'll see you at 1:05.
21               MR. PERTNOY:  Thank you.
22                    (Luncheon recess was taken.)
23
24
25
```

1          <u>**MONDAY AFTERNOON SESSION, MAY 8, 2023**</u>

2              <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                    - - -

4          (Call to the Order of the Court.)

5          THE COURT:  Bring the jurors, please.

6          THE COURT SECURITY OFFICER:  All rise.

7          (Thereupon, the jury entered the courtroom.)

8          THE COURT:  All right.  The members of the jury are

9    all present and accounted for.  You may be seated, please.  You

10   may proceed, counsel.

11   **BY MS. GOMEZ:**

12   Q.   Mr. Pinilla, did the Tower Hotel ever host a theatrical

13   event?

14   A.   Yes.

15   Q.   What was it called?

16   A.   Miami Motel Stories.

17   Q.   And can you describe Miami Motel Stories for the jury?

18   A.   It's a type of theater that's called immersive theater and

19   what that means is that you're interacting directly with the

20   actors.

21        And in this particular immersive theater performance, the

22   group said we're going to tell a little bit of Miami's history

23   through these old historic hotels where you'll enter into the

24   room and you'll see a ten minute theatrical vignette

25   performance that you -- that showcases what may have happened

1   in that room in 1920 or in 1950 or in 1960.  And so, it was --

2   yes, that's what it was.

3   Q.   And when did that start playing?

4   A.   That debuted in the middle of October, 2017 in the Tower

5   Hotel.

6   Q.   And did it end before Commissioner Carollo took office?

7   A.   Yes, it did.  It lasted for about a month and it ended in

8   about mid November.

9   Q.   And approximately how many people were in the Tower Hotel

10  each night when the Miami Hotel Stories was playing?

11  A.   It had different times of when they had a show at 7:00 and

12  one at 9:00, and so at some points, I'm sure there was two or

13  300 people in the hotel at one time.

14  Q.   Did this -- was this event permitted?

15  A.   Yes.

16          MR. PERTNOY:  Objection.

17          THE COURT:  Wait, what's the objection?

18          MR. PERTNOY:  Lack of foundation.

19          THE COURT:  Overruled.  If he knows.

20          THE WITNESS:  The event -- the theater group that did

21  the performance obtained a Special Events Permit from the City

22  of Miami for the time of the performance.

23          MS. GOMEZ:  And if we could show Plaintiffs' Exhibit

24  455 to the witness and counsel.

25

1    **BY MS. GOMEZ:**

2    Q.   Do you recognize what's on the screen?

3    A.   Yes.

4    Q.   And what is this?

5    A.   This is a Special Event Permit issued by the City of Miami

6    from the Department Office of Film and Entertainment.

7    Q.   And when was it issued?

8    A.   This was issued -- it says here that the event dates are

9    October 26th through November 12th.

10   Q.   And if you look at the bottom, when does it expire?

11           MR. PERTNOY:  Objection.

12           THE COURT:  What's the objection?

13           MR. PERTNOY:  Lack of foundation.  Lack of personal

14   knowledge about the document.

15           THE COURT:  Overruled.

16           THE WITNESS:  There is an expiration date on the

17   bottom, but I believe that that has to do with the insurance

18   policy that the theater group had.  It says January 21, 2018.

19           MS. GOMEZ:  And so we move Plaintiffs' Exhibit 455

20   into evidence.

21           THE COURT:  Any objection?

22           MR. PERTNOY:  Other than the fact that it was not

23   produced on their -- or designated on their original exhibit

24   list before trial, no.

25           THE COURT:  All right.

1              MS. GOMEZ:  If we can publish it to the jury.

2              THE COURT:  Yes.

3                  (Plaintiffs' Exhibit 455 Received.)

4    **BY MS. GOMEZ:**

5    Q.   And so this was the permit that allowed Miami Motel

6    Stories to be played at the Tower Hotel?

7              MR. PERTNOY:  Objection.

8    A.   Yes, that's correct.

9              THE COURT:  Wait, wait.

10             MR. PERTNOY:  Foundation.

11             THE COURT:  Sustained, unless he knows.

12             THE WITNESS:  That's correct, yes.  This is the

13   permit that was issued by the City of Miami for that event.  I

14   can just go into the details if you want.

15   **BY MS. GOMEZ:**

16   Q.   And -- yeah, if we could just look at the event date.

17   A.   So event dates, location, private property, street, 1450

18   SW 7th Street, and event dates October 26, 2017 to November 12,

19   2017.

20   Q.   And so if you can remind the jury, when was the runoff

21   election or when was the general election?

22   A.   The general election was the 7th of November.

23   Q.   And that's for the District 3 commissioner seat?

24   A.   That's correct.

25   Q.   And when was the runoff election?

```
 1   A.    Two weeks later, on the 21st of November.

 2   Q.    And so this was less than ten days after the Miami Motel

 3   Stories ended?

 4   A.    That's correct.

 5   Q.    And did the city need to inspect the property to issue the

 6   permit?

 7   A.    Yes.

 8   Q.    And what kind of inspection?

 9         MR. PERTNOY:  Objection.  Lack of foundation.

10         THE COURT:  All right.  Overruled.

11         THE WITNESS:  It was inspected by the fire marshal.

12   BY MS. GOMEZ:

13   Q.    And as an owner of the Tower Hotel, are you notified of if

14   there were any violations?

15   A.    If they send it to the address, yes.

16   Q.    And did you ever receive any violations for the Tower

17   Hotel during the period that Miami Motel Stories was running?

18   A.    No, we did not.

19   Q.    Was it ever shut down, Miami Motel Stories?

20   A.    No, it was not.

21   Q.    And was it a lawfully permitted event?

22         MR. PERTNOY:  Objection.  Calls for a legal

23   conclusion.

24         THE COURT:  Sustained.

25
```

1    **BY MS. GOMEZ:**

2    Q.   Was it a permitted event?

3    A.   Yes.  This is the permit that was -- that gave them the

4    authority to do that performance.

5    Q.   So now did you and Mr. Fuller have a Christmas party that

6    December?

7    A.   Yes.

8    Q.   If you can, did you hold the Christmas party within a

9    month of when the Miami Motel Stories was running?

10   A.   Yeah, basically within a month.  A month after that.

11   Q.   Okay.  And when Miami Motel Stories was running, fire

12   inspectors reviewed the property and said it was fine?

13            MR. PERTNOY:  Objection.  Assumes facts not in

14   evidence.  Lack of personal knowledge and hearsay.

15            THE COURT:  Sustained.

16   **BY MS. GOMEZ:**

17   Q.   So as part of getting this permit, was there an inspection

18   by the City of Miami?

19            MR. PERTNOY:  Objection.  Lack of foundation.  Lack

20   of personal knowledge.

21            THE COURT:  Overruled.  If he knows.

22            THE WITNESS:  I mentioned earlier it was inspected by

23   the fire marshal in order to get the certificate.

24   **BY MS. GOMEZ:**

25   Q.   And they still issued the certificate after the

```
 1   inspection?
 2   A.    Yes.
 3   Q.    Okay.
 4   A.    This is the certificate.  This is the actual permit.
 5   Q.    And within a month, you're holding your Christmas party at
 6   the Tower Hotel?
 7   A.    That's correct.
 8   Q.    Did you have any reason to believe that you couldn't hold
 9   your personal Christmas party at the Tower Hotel one month
10   after you held the theatrical event for weeks that was
11   permitted in that same hotel?
12              MR. PERTNOY:  Objection.  Leading.
13              THE COURT:  Overruled.
14              THE WITNESS:  No reason whatsoever.  The hotel was in
15   perfect shape and it was looking beautiful.
16   BY MS. GOMEZ:
17   Q.    What day exactly was your Christmas party?
18   A.    December 15th.
19   Q.    Were you able to hold the party uninterrupted?
20   A.    The party was going just fine until a Code Enforcement
21   officer and police showed up.
22   Q.    And what happened when Code Enforcement and police showed
23   up?
24   A.    They knocked on the door, they entered into the property.
25   They asked us for our licensing, at which point we told them we
```

```
 1   had a valid Certificate of Use.
 2        They walked into the party and, you know, reviewed
 3   whatever they needed to review, and then left and said they
 4   were going to come back with their findings.
 5   Q.   And remind the jury, what was the Certificate of Use for?
 6   What did it allow you to do at the Tower Hotel?
 7             MR. PERTNOY:  Objection.  Lack of foundation.  Calls
 8   for a legal conclusion.
 9             THE COURT:  Overruled.
10             THE WITNESS:  The Certificate of Use is for hotel
11   lodging that includes events, meeting spaces, dining, drinking
12   alcohol, et cetera.
13   BY MS. GOMEZ:
14   Q.   What was your reaction to Code Enforcement being there at
15   your Christmas party?
16   A.   At first, we were surprised.  We weren't sure why they
17   were there, especially at the fact that they remained outside
18   with their lights on in full uniform for about two hours.
19   Q.   Okay.  And how did your guests react?
20             MR. PERTNOY:  Objection.  Calls for hearsay.
21             THE COURT:  Overruled.
22             THE WITNESS:  People became a little uneasy.  They
23   were also confused and wondering.
24             MR. PERTNOY:  Objection.  He's testifying about
25   guests wondering.
```

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  Some people left the party early.  They

 3   weren't sure if there was an issue.  It was a bit intimidating.

 4              The windows to the lobby of the Tower Hotel are

 5   transparent so if you have a car with lights turned on and a

 6   lady standing looking into the party, actually standing in the

 7   street on the sidewalk, it was intimidating.  People felt

 8   intimidated.

 9              MR. PERTNOY:  Objection.  Move to strike, "people

10   felt intimidated."  Lack of personal knowledge.

11              THE COURT:  Sustained.

12   BY MS. GOMEZ:

13   Q.  How did you feel?

14   A.  I felt intimidated.  I was -- actually, again, I was

15   confused and my parents and my kids were wondering what's going

16   on.  They kept asking me is everything okay, and it definitely

17   did not add to the Christmas spirit.

18              MS. GOMEZ:  If we can show Defendant's Exhibit 325.

19              THE COURT:  Is this in evidence?

20              MS. GOMEZ:  I believe it is.

21              THE COURT:  325 in evidence.  Defendant's Exhibit

22   325.

23              MS. GOMEZ:  I think I moved it into evidence during

24   Diez's testimony, yes.

25              THE COURT:  It is.  All right.
```

```
 1              MS. GOMEZ:  So it's published.

 2              THE COURT:  Can we have the right exhibit, please,

 3    before it's being published before the jury?

 4              MS. GOMEZ:  Yes.  That one was already admitted

 5    though, Your Honor, but yes.

 6    BY MS. GOMEZ:

 7    Q.   And, sir, do you recognize this picture?

 8    A.   Yes.

 9    Q.   When was this picture taken?

10    A.   This was --

11              MR. PERTNOY:  Objection.  Lack of personal knowledge.

12              THE WITNESS:  I'm in the picture.

13              THE COURT:  Overruled.

14    BY MS. GOMEZ:

15    Q.   Which one is you?

16    A.   I'm the person that is looking towards the front door on

17    your left.

18    Q.   Okay.  And who's the person that he sort of looks up at

19    the front door?

20    A.   That's Bill.

21    Q.   Okay.  And when was this picture taken?

22    A.   That was the night of the Christmas party, December 15,

23    2017.

24    Q.   Is there any indication that there's any construction

25    taking place at this property on that night, on December 15,
```

```
 1   2017?
 2   A.   No.  Although the facade definitely looks a little rough
 3   with a little of that graffiti.
 4   Q.   But there was no construction?
 5   A.   None.
 6   Q.   Is there any scaffolding outside the building?
 7   A.   No.
 8   Q.   And you did have a Certificate of Use?
 9   A.   Yes.
10   Q.   And there had just been a permitted event for the Miami
11   Motel Stories?
12   A.   That's correct.
13   Q.   Okay.  Now, I'm going to show you Defendant's Exhibit 66
14   which has already been admitted, page 3.  Now do you remember
15   these pictures being shown to Mr. Emilio Gonzalez when he
16   testified?
17   A.   Yes.
18   Q.   Do you know what building is being depicted in these
19   photos?
20   A.   This is the Tower Hotel.
21   Q.   And is this the hotel portion of the property?
22   A.   Yes.
23   Q.   Now if we could scroll down a few pictures.  Keep going.
24   Now stay right there.  What do these pictures show?
25   A.   This is some of the work we were doing to restore the
```

1    facade of the hotel.  That's why those scaffolds are set up.

2    Q.   When was this scaffolding set up in relation to the

3    Christmas party?

4    A.   After the new year.

5    Q.   What's the date on the picture?

6    A.   January 8, 2018.

7    Q.   And so how many weeks after the Christmas party were these

8    pictures taken?

9    A.   Two to three weeks.

10   Q.   So the scaffolding came up between the Christmas party and

11   when the pictures were taken?

12   A.   Yeah, they came up shortly after the new year.

13   Q.   Do you remember if you had a valid building permit on

14   January 8, 2018?

15   A.   Yeah, I believe I did.

16            MR. PERTNOY:  Objection.

17            THE COURT:  Grounds?

18            MR. PERTNOY:  Lack of specificity.  There could be

19   multiple permits.  What scope, what discipline.

20            THE COURT:  Sustained.

21            MS. GOMEZ:  Sorry.  If we can pull up Plaintiffs'

22   Exhibit 542 which has already been admitted into evidence.

23   Page 4.

24   **BY MS. GOMEZ:**

25   Q.   Can you remind the jury what is it that we're looking at?

1   A.    This is a printout from I-Build.  The first page on this

2   printout reflects the address and the permit number.

3   Q.    And on January 8, 2018, did you have an active building

4   permit?

5          MR. PERTNOY:  Objection, Your Honor.  Same issue.

6   Scope, discipline.

7          THE COURT:  Overruled.

8          THE WITNESS:  The first page talks about the scope

9   and discipline.

10  **BY MS. GOMEZ:**

11  Q.    But first here on this page, on January 8, 2018, did you

12  have an active building permit?

13  A.    Yeah, the permit did expire the following day.

14  Q.    Was it renewed?

15  A.    January 9.  It was reactivated on January 19.

16  Q.    And if we go to the first page.  What was this building

17  permit for?

18  A.    It was for remodeling and repairs, including concrete

19  restoration and structural repairs.

20  Q.    Where do you see concrete restoration and structural

21  repairs?

22  A.    That is under the section where it says work items.

23  Q.    And that scaffolding, what was being done with that

24  scaffolding and the facade of the building?

25  A.    That was part of the facade restoration, concrete

```
 1    restoration that we were doing.
 2    Q.   So did you have a valid building permit on January 8th?
 3              MR. PERTNOY:  Objection.
 4              THE COURT:  Grounds?
 5              MR. PERTNOY:  Vagueness as to a specific part of the
 6    hotel but this doesn't address the entirety of the property.
 7              THE COURT:  Overruled.  You can cross-examine him.
 8    BY MS. GOMEZ:
 9    Q.   What address is this for?
10    A.   1450 SW 7th Street.
11    Q.   And the pictures with the scaffolding, what address is
12    that?
13    A.   1450 SW 7th Street.
14    Q.   Again, did you have an active building permit on January
15    8, 2018?
16    A.   Yes.
17              MR. PERTNOY:  Same objection, Your Honor.
18              THE COURT:  It's noted.  It's overruled.
19    BY MS. GOMEZ:
20    Q.   Okay.  Did you experience any problems renewing that
21    permit when it expired on January 9th?
22    A.   Not that I can remember.
23    Q.   Were there any allegations by the city that you were doing
24    work outside of the scope of the permit with the scaffolding?
25    A.   I believe there was an issue with the scaffolding being on
```

```
 1    the sidewalk, the right-of-way, at which point we had to take

 2    the scaffolding back down, which we did.  If not, they wouldn't

 3    have given us our permit ten days later.

 4    Q.   So you fixed whatever issue there was?

 5    A.   Right.

 6    Q.   I'm going to show you now Defendant's Exhibit 66 which has

 7    already been admitted on page 53.  So, this -- the defendants

 8    have shown this picture a number of times.  Can you explain why

 9    that garland was not removed from that wall?

10    A.   That's the original wall that's there.  It's never been

11    touched.  It's actually been preserved to even stay like that.

12    That's years and years of layers of paint.  So that garland

13    just stayed there because we weren't addressing that in our

14    construction.

15    Q.   Okay.  And so did you install a pool at the Tower Hotel?

16    A.   Yes.

17    Q.   And did -- when did you install a pool?

18    A.   2020.

19    Q.   2020.  So, at the time of the Christmas party, was there a

20    pool at the Tower Hotel?

21    A.   No, there was not.

22    Q.   And, again, just to be clear, the Christmas party we're

23    talking about is the one in December of 2018?

24    A.   The one on December 15, 2017.

25    Q.   Sorry, 2017.  Correct.  Was there a pool at that time?
```

1   A.    No, there was not.

2   Q.    Okay.  When did you start building that pool?

3   A.    That was in the year 2020.

4   Q.    And did you and Mr. Fuller run into any permitting issues

5   with respect to that pool?

6   A.    Yes, we did.

7   Q.    What were the permitting issues?

8   A.    We had a -- we had processed the -- there were a lot of

9   issues.  This is a longwinded answer.  Let me see how I can

10  make this a little more concise.

11       Of the four properties in the Tower Hotel, three of them

12  we were doing construction on.  The main hotel, 1450, the one

13  to the east, 1444, we call it co work.  Those we had full

14  permits.  They're open and they're closed.

15       The one that's pending that never received a permit was

16  what we called Botanica.  Botanica is a restaurant/bar concept

17  that was going to be as, you know, part of the hotel.  We had

18  to get it in three separate permits because at the time, there

19  were three separate addresses.

20       We had signed a lease with a tenant to deliver the space

21  in a certain way to them.  That included delivering them a pool

22  and it was tied to a timeline.  The restaurant was actually

23  going to be built out by the tenant, not by us, so we just had

24  to deliver the hotel, the co work and the pool.

25       So we signed that lease and we got to work, and as

1    we're -- and the pool is part of the set of plans that the

2    tenant is processing to do his whole restaurant because it's on

3    the same address.

4        And that ended up being a mistake on our part because that

5    set of plans was a much larger scope of work and it delayed the

6    process significantly.  I'm talking about crazy revisions back

7    and forth.  We talked a little bit about that before that the

8    revisions started becoming instead of two revisions becoming

9    ten revisions, 15 revisions, et cetera.

10       So then we had to -- what we decided to do was pull out a

11   freestanding pool permit, and I hate to get into the minutiae

12   of it all, but it was the only path we had because the other

13   one was taking forever.

14   Q.   Why was the other one taking forever?

15   A.   We believed that --

16            MR. PERTNOY:  Objection.  Speculating.

17            THE COURT:  Sustained.

18   **BY MS. GOMEZ:**

19   Q.   How long did you expect the pool permit would take to

20   process?

21            MR. PERTNOY:  Objection.  Calls for speculation.

22            THE COURT:  Overruled.

23            THE WITNESS:  Long story short, we got all the way to

24   the finish line with the pool permit except for one last

25   approval that was being held up because the reviewer wanted the

1  other permit that was to build out the restaurant.  He wanted

2  that one to be fully approved.

3          So we were in a little bit of a quagmire, what do we

4  do here.  And so we actually submitted for a third permit for

5  the pool, another freestanding pool permit that didn't have any

6  reference in the plans to that restaurant.

7  Q.  Is that what you would have needed to have done prior to

8  November, 2017?

9  A.  No.  The process had become progressively more difficult

10 after 2017, and there was also a reason -- there was always a

11 review.  There was always some sort of comment.

12      We have a situation now where we're on revision number 63

13 and our business is still closed on the Mexican restaurant,

14 Taquerias.

15          MR. PERTNOY:  Objection.  Outside the scope of the

16 question.

17          THE COURT:  Sustained.

18          MS. GOMEZ:  I'm going to show you Defendant's Exhibit

19 10.  We'd move Defendant's Exhibit 10 into evidence.

20          MR. PERTNOY:  No objection, but will you at least put

21 it on the screen?  Yeah.  All right.

22          MS. GOMEZ:  And if we could publish it to the jury.

23              (Defendant's Exhibit 10 Received.)

24 BY MS. GOMEZ:

25 Q.  Now do you recognize this document?

```
 1    A.    Yes, I do.

 2    Q.    What is it?

 3    A.    This is an order from the Unsafe Structures Panel.

 4    Q.    And what is Unsafe Structures?

 5    A.    So the City of Miami has a Building Department, and within

 6    the Building Department, it has different departments.  It has

 7    the Unsafe Structures Department, it has the department that

 8    does the review of the plans, it has the department that sends

 9    out the inspectors to do the inspections.  And the Unsafe

10    Structures Department deals with issuing violations.

11          And the violations can be for 40-year certification, it

12    could be for doing work without a permit.  It could be as

13    mundane for changing your toilet.  I think the rule is is

14    anything over a hundred dollar value --

15          MR. PERTNOY:  Objection.  Speculating at this point,

16    I think.

17          THE COURT:  All right.  Sustained.

18    BY MS. GOMEZ:

19    Q.    So Unsafe Structures, is that the name of the department

20    in the building -- within the Building Department?

21    A.    Yes.

22    Q.    Okay.  So when it says order of the Unsafe Structures

23    Panel, what is it referring to?

24          MR. PERTNOY:  Objection.  Calls for speculation.

25          THE COURT:  Overruled.
```

1              THE WITNESS:  There's a board of private citizens

2    that is appointed from the commissioners to sit on this Unsafe

3    Structures Panel.

4              MR. PERTNOY:  Objection.  Speculating as to who sits

5    and who's appointed to the --

6              THE COURT:  Sustained.

7    **BY MS. GOMEZ:**

8    Q.   What is the -- it's a panel, right, of people?

9    A.   Once you receive a violation, you go in front of this

10   board and the city presents its case and the property owner

11   presents their case, and then they give a determination.  This

12   document that you're seeing is the determination after us going

13   in front of this panel.

14   Q.   What's the date of this order?

15   A.   February 23, 2018.

16   Q.   Now did this order get canceled?

17   A.   Yes, it did.

18   Q.   And did you -- how did it get canceled?

19   A.   It was -- in couple months after this, the city rescinded

20   a decision from the Unsafe Structures Panel.

21             MR. PERTNOY:  Objection.  Misstates the evidence.  No

22   facts in evidence to support the statement.

23             THE COURT:  Sustained.

24             MS. GOMEZ:  And if we could show Plaintiffs' Exhibit

25   548 just to witness and counsel.

1    **BY MS. GOMEZ:**

2    Q.   Now let me ask you, did you have an active permit at the

3    Tower Hotel on February 23, 2018?

4    A.   Yes.

5    Q.   Okay.  And did you also enter into a Compliance Agreement

6    with respect to the Tower Hotel?

7    A.   At some point, yes.

8    Q.   Why did you enter into this Compliance Agreement?

9    A.   Compliance Agreements were signed in order to create a

10   timeline with the city to come into compliance with whatever

11   issues they have.

12   Q.   And what were you attempting to do by entering into the

13   Compliance Agreement?

14   A.   To comply with their -- with their violation.

15   Q.   Now, from -- if you could look at your screen and tell us

16   what is it that's on your screen?

17   A.   This is a document from the City of Miami dated July 27,

18   2018, Tower Hotel.  Certificate canceling the decision order of

19   the City of Miami Unsafe Structures Board, and then it gives a

20   case reference number, a folio number, et cetera.

21            MS. GOMEZ:  Your Honor, we move Plaintiffs Exhibit

22   548 into evidence.

23            THE COURT:  Any objection?

24            MR. PERTNOY:  Object to it on the fact that it was

25   never produced to us or identified on the exhibit list.

```
 1              THE COURT:  Any other objection?

 2              MR. PERTNOY:  Other than that, no.

 3              THE COURT:  It's overruled.

 4              MS. GOMEZ:  If we can publish it to the jury.

 5              (Plaintiffs' Exhibit 548 Received.)

 6  BY MS. GOMEZ:

 7  Q.   Mr. Pinilla, does this order that's on the screen, did

 8  this cancel the Unsafe Structures Order that we previously saw?

 9  A.   Yes.

10  Q.   And so what does it mean now with respect to your

11  compliance to have that order canceled?

12              MR. PERTNOY:  Hold on.  Objection, Your Honor.  This

13  is dealing with the 1460 property.  The order I believe that

14  she showed dealt with the 1450 property.  Two different

15  addresses.

16              THE COURT:  Sustained.

17  BY MS. GOMEZ:

18  Q.   What's the address on this?

19  A.   That's 1450 SW 7th Street.

20  Q.   And what is this certificate?

21  A.   There was two certificates.  One was for the canceling the

22  notice of lien, and the other one was for the rescinding of the

23  Unsafe Structures.  Probably a similar document than the one

24  that I first spoke, you showed me with the address of 1450.

25  There we go.
```

```
 1   Q.   What is this that's on the screen?
 2   A.   This is the certificate canceling the decision order of
 3   the City of Miami Unsafe Structures Board.  It's dated July 27,
 4   2018, address 1450 SW 7th Street, signed by Rene Diaz who's the
 5   Chief of the Unsafe Structures Division of the Building
 6   Department.
 7   Q.   Now did you enter into a lease for the Tower Hotel for a
 8   tenant?
 9   A.   Yes.
10   Q.   And were you able to close out on that deal?  Were you
11   able to actually rent it?
12   A.   No.
13   Q.   And why not?
14   A.   Man, this is another long story.  We signed the lease in
15   February, 2018.  And in that lease, us, as landlords, committed
16   to delivering the space a certain way.
17        That process started to take longer than what everybody in
18   between us and the tenant thought it was going to take and --
19   Q.   Why was it taking longer?
20   A.   It was taking longer because as I mentioned to you before,
21   the Building Department was taking longer to review plans.
22   They were issuing more comments, et cetera.
23        This is a project that we thought we were going to be able
24   to deliver in January, 2019.  So we signed the lease end of
25   January, first part of February, I don't remember exactly, of
```

```
1    2018, and we gave ourselves a year basically to do this work.
2         I forgot the question.
3    Q.   So the lease that you negotiated.  Let's start were -- was
4    there more than one lease for the Tower Hotel with this same
5    tenant?
6    A.   Right.  So --
7    Q.   Was there --
8    A.   Yes, there was.
9         MS. GOMEZ:  Now I'm going to show you Plaintiffs'
10   Exhibit 262.  Just the witness and counsel.
11   BY MS. GOMEZ:
12   Q.   Do you recognize what's on the screen?
13   A.   Yes.
14   Q.   And what is it?
15   A.   This is a copy of the lease agreement between Tower Hotel
16   and the tenant, Selina Operation Little Havana, LLC.
17        MS. GOMEZ:  Your Honor, we move Plaintiffs' Exhibit
18   262 into evidence.
19        MR. PERTNOY:  Object on the basis that it's a draft
20   lease.  It's a clear red-lined lease.  It's not a final
21   version.
22        MS. GOMEZ:  Your Honor, that is what we're trying
23   to --
24        THE COURT:  Overruled.
25        MS. GOMEZ:  If we can publish to the jury.
```

```
 1                THE COURT:  Granted.

 2                     (Plaintiffs' Exhibit 262 Received.)

 3                MS. GOMEZ:  If we can go to page 3.

 4   BY MS. GOMEZ:

 5   Q.   What's the date of that lease?

 6                MR. PERTNOY:  Objection to calling it a lease.  It's

 7   a draft.

 8   BY MS. GOMEZ:

 9   Q.   Draft lease.  What is the date on this draft lease?

10   A.   April, 2022.

11                MR. PERTNOY:  Objection, Your Honor.  The fact that

12   there's a red line that says that's the date, I mean, that

13   doesn't say when this document was created.

14                THE COURT:  I'm going to sustain the objection.

15   BY MS. GOMEZ:

16   Q.   What was the date that the parties were contemplating the

17   lease would go into effect?

18   A.   It was in and around this time of 2022.

19   Q.   In April?

20   A.   It extended further.  Those negotiations went back and

21   forth quite a long time.

22   Q.   Okay.  And had there been -- this was the second lease

23   with the tenant?

24   A.   Yes.

25   Q.   What happened with the prior lease?
```

```
 1    A.    The prior lease was terminated by us.

 2    Q.    Okay.  And so now I want to go to page 15 of the document

 3    which is the page 17 of the PDF.  Now who's the landlord?

 4    A.    Tower Hotel, LLC.

 5    Q.    And were you personally involved in negotiating this

 6    lease?

 7    A.    Intimately.

 8    Q.    Now who made those red lines on paragraph 6.8?

 9    A.    Those were provided by the tenant's attorneys.

10    Q.    And what were those red lines seeking to do?

11    A.    They were seeking to change some terms that were never in

12    the original lease.

13    Q.    And what were those terms?

14    A.    These were concepts to help protect the tenant in the

15    event that if they opened their doors for business and they got

16    shut down by the targeting --

17              MR. PERTNOY:  Objection.

18              THE COURT:  Grounds?

19              MR. PERTNOY:  Nothing in 6.8 references targeting.

20              THE COURT:  Sustained.

21    BY MS. GOMEZ:

22    Q.    So tell me what are the new concepts that the -- that 6.8

23    introduces to the lease?

24    A.    That the landlord shall be solely responsible to forgive

25    them for rent or pay them for any lost revenue in the event
```

1    that they were closed down by a revocation of their Certificate

2    of Use.

3    Q.   Were your tenants, prospective tenants starting to

4    incorporate provisions like that in their leases?

5              MR. PERTNOY:  Objection.

6              THE COURT:  Grounds?

7              MR. PERTNOY:  She's referring to multiple tenants and

8    we're only looking at a singular lease.

9              THE COURT:  Overruled.

10             THE WITNESS:  This has become the normal when we're

11   negotiating leases with tenants.

12   **BY MS. GOMEZ:**

13   Q.   What is it that's become normal?

14   A.   Well, it's normal that you see in 2017, he takes out

15   Sanguich.  In 2018 --

16             MR. PERTNOY:  Objection.

17             THE COURT:  Wait, there's an objection.  Yes.

18             MR. PERTNOY:  "He takes out Sanguich" is beyond the

19   scope of the question, narrative and it's 403.

20             THE COURT:  Sustained.

21   **BY MS. GOMEZ:**

22   Q.   What has become knowledge, public knowledge, common

23   knowledge in the City of Miami with respect to your tenants?

24             MR. PERTNOY:  Objection., Your Honor.  Speculation as

25   to what is or is not public knowledge, and hearsay, 403.

```
 1              THE COURT:  Sustained.
 2   BY MS. GOMEZ:
 3   Q.   What have you been repeatedly told is public knowledge in
 4   the City of Miami?
 5              MR. PERTNOY:  Objection.  Hearsay.
 6              THE COURT:  Sustained.
 7   BY MS. GOMEZ:
 8   Q.   What are your tenants -- when you're trying to negotiate a
 9   lease, what are you consistently seeing tenants asking for?
10              MR. PERTNOY:  Objection.  Multiple tenants and asking
11   for what multiple tenants are saying is hearsay.
12              THE COURT:  Sustained.  Rephrase the question.
13   BY MS. GOMEZ:
14   Q.   What are multiple tenants seeking to incorporate into
15   their leases when they're negotiating with you?
16              MR. PERTNOY:  Objection, Your Honor.  Again, multiple
17   tenants.  Seeking hearsay and facts outside of evidence and
18   it's asking him to speculate as to prospective leases.
19              THE COURT:  Overruled.  If he knows.
20              THE WITNESS:  Just like this lease, tenants are
21   asking for more time, so more rent concessions.  Tenants are
22   adding provisions that if they're shut down, that they won't
23   have to pay rent and they've cited exclusively our own
24   businesses being shut down by the city like Ball & Chain,
25   Taquerias el Mexicano, Sanguich.
```

```
1                MR. PERTNOY:  Objection.  Improper narrative.

2                THE COURT:  Overruled.

3   BY MS. GOMEZ:

4   Q.   The tenants that are seeking these concessions are telling

5   you they're seeking the concessions because of what's happening

6   your properties, to Ball & Chain, to Taquerias Mexicanos?

7                MR. PERTNOY:  Objection.  Leading.  Asking for

8   hearsay.

9                THE COURT:  Sustained.

10  BY MS. GOMEZ:

11  Q.   What is it that your tenants are explaining is the

12  basis --

13               MR. PERTNOY:  Objection, hearsay.  Explaining.

14               THE COURT:  Overruled.

15               MS. GOMEZ:  Your Honor, it's not being offered for

16  the truth.

17               THE COURT:  I understand that.  Overruled.

18               MS. GOMEZ:  Thank you, Your Honor.

19               THE WITNESS:  Yes.

20  BY MS. GOMEZ:

21  Q.   Now are you being asked to indemnify tenants?

22  A.   Yes.

23  Q.   Are you being asked to reimburse them for lost profits?

24  A.   Yes.

25  Q.   And when you said that they're asking you for more time,
```

```
1    it's for more time to do what?
2    A.   For them to do their construction to open their store.
3    Q.   And why are they anticipating that they're going to need
4    more time?
5             MR. PERTNOY:  Objection.  Asks for speculation as to
6    a prospective tenant needing potentially more time.
7             THE COURT:  Sustained.
8    BY MS. GOMEZ:
9    Q.   In the contracts, in the draft leases that you're being
10   provided by the attorneys for the tenants, are they asking for
11   more time to complete construction?
12            MR. PERTNOY:  Objection.
13            THE WITNESS:  Yes.
14            THE COURT:  Overruled.
15            MR. PERTNOY:  Hearsay.  Not even documents that are
16   before this Court at the moment.
17            THE COURT:  Overruled.
18            THE WITNESS:  Yes.  They are consistently asking for
19   more time.  They're concerned that their projects are going to
20   take long.
21            MR. PERTNOY:  Objection.
22            THE COURT:  Wait, there's -- what's the objection?
23            MR. PERTNOY:  Improper testimony as to unnamed
24   tenants' concerns.
25            THE COURT:  Overruled.
```

1   **BY MS. GOMEZ:**

2   Q.   Why are your tenants asking for more time to complete

3   construction?

4              MR. PERTNOY:  Objection.  Calls for hearsay.

5              THE COURT:  Overruled.

6              THE WITNESS:  They're very much aware of the

7   targeting that we are being imposed upon by Commissioner

8   Carollo.

9   **BY MS. GOMEZ:**

10  Q.   And have you ever had a tenant -- have you ever been able

11  to get a tenant into the Tower Hotel?

12  A.   No.

13  Q.   How much revenue have you lost as a result of that?

14             MR. PERTNOY:  Objection.

15             THE COURT:  Grounds?

16             MR. PERTNOY:  The testimony when the jury left as to

17  what they were seeking and not seeking as far as damages before

18  the lunch break.

19             THE COURT:  That's what he lost personally.

20             MR. PERTNOY:  Well, first off, a business would have

21  lost that as Tower Hotel.

22             THE COURT:  Sustained.

23  **BY MS. GOMEZ:**

24  Q.   When your business loses money, do you lose money

25  personally?

```
 1                MR. PERTNOY:  Objection.

 2                THE COURT:  Overruled.

 3                THE WITNESS:  Yes.

 4   BY MS. GOMEZ:

 5   Q.   Did you lose money as a result of not being able to get a

 6   tenant into the Tower Hotel?

 7                MR. PERTNOY:  Objection, Your Honor.

 8                THE COURT:  Overruled.

 9                THE WITNESS:  Millions of dollars.

10   BY MS. GOMEZ:

11   Q.   Do you know about how much money?

12                MR. PERTNOY:  Objection, Your Honor.

13                THE COURT:  Sustained.

14   BY MS. GOMEZ:

15   Q.   All right.

16                THE WITNESS:  This lease --

17                THE COURT:  I sustained the objection.

18   BY MS. GOMEZ:

19   Q.   Did you have to take out a loan in connection with the

20   Tower Hotel?

21   A.   We did.

22   Q.   Did the lender demand payment at some point?

23                MR. PERTNOY:  Objection.

24                THE COURT:  Grounds?

25                MR. PERTNOY:  Calls for hearsay, what the lender
```

```
 1   demanded.
 2             THE COURT:  Overruled.
 3             THE WITNESS:  So we got a loan from a local bank that
 4   we have a relationship with.  And that bank was predicated on
 5   having a lease signed with this group for the Tower Hotel.
 6             About a year and a half after we signed the initial
 7   lease, the lease was terminated.  We weren't able to deliver
 8   the property on time and we entered into negotiations again.
 9   That's why this lease is so much later.  It's in the year of
10   2022.
11   BY MS. GOMEZ:
12   Q.   What happened once you weren't able to enter into the
13   lease?
14   A.   Once the bank was patient with us, we told them we're in
15   the process of renegotiating the lease.  When we got to the
16   point that it was an impasse with this group, we reported back
17   to the bank and the bank said, okay, well, if you don't have a
18   lease --
19             MR. PERTNOY:  Objection.
20             THE COURT:  Sustained.
21   BY MS. GOMEZ:
22   Q.   As a result of not having the lease, what happened with
23   the loan?
24   A.   I've got to learn these law rules here.  They required us
25   to pay down the loan by a million and a half dollars in very
```

```
 1   short order.  It was a five million dollar loan, and they asked
 2   us to pay -- about 30 days notice to pay it down by a million
 3   and a half dollars.
 4   Q.   Have you had issues with lenders as a result of the
 5   targeting you've suffered?
 6             MR. PERTNOY:  Objection, Your Honor.
 7             THE COURT:  What's the grounds?
 8             MR. PERTNOY:  Starting with individual damages versus
 9   damages of their businesses.  Moreover, as stated prior to the
10   lunch break, plaintiffs are solely seeking damages on emotional
11   distress and reputation.
12             THE COURT:  All right.
13             MR. PERTNOY:  This goes outside of that now.
14             THE COURT:  As long as the question should be
15   directly related to the plaintiffs' claim at issue.  Don't go
16   nothing beyond.  Anything beyond that shall be stricken from
17   the record.
18   BY MS. GOMEZ:
19   Q.   Have you suffered any emotional distress related to the
20   way that lenders have treated you since 2017?
21             MR. PERTNOY:  Objection.
22             THE COURT:  Grounds?
23             MR. PERTNOY:  Assumes facts not in evidence.  Lack of
24   foundation.
25             THE COURT:  Overruled.
```

1          THE WITNESS:  In business, everything is about

2   relationships.  The banks that we work with when we buy these

3   properties, they -- even though they have a mortgage on the

4   property, they're our lending partners --

5          MR. PERTNOY:  Objection, Your Honor.  Beyond the

6   scope of the question.  The question was about his emotional

7   distress, not his relationship with the lender.

8          THE COURT:  Sustained.

9   **BY MS. GOMEZ:**

10  Q.   Is the affect of -- is your -- has your relationship with

11  the lenders been affected -- sorry.  Has the affect on the

12  relationship with your lenders affected your emotional state?

13  A.   Yes.  My emotional state has been -- the ability not to

14  deliver these projects and because -- and the reasons why we

15  haven't been able to deliver these projects has affected our

16  reputation as being able to execute on these projects.  And so

17  where before -- and by the way, these lenders, they're doing

18  business --

19         MR. PERTNOY:  Objection.  Improper narrative.

20         THE WITNESS:  -- with us --

21         THE COURT:  Sustained.

22  **BY MS. GOMEZ:**

23  Q.   Have lenders -- have lenders expressed concern about you

24  being associated with the communist regime in Venezuela?

25         MR. PERTNOY:  Objection.  Calls for hearsay,

```
 1   speculation.   403.   Goes beyond the scope of damages.
 2            THE COURT:   Sustained.
 3   BY MS. GOMEZ:
 4   Q.   Have lenders changed their relationship -- the way that
 5   they do business with you as a result of the defamation that
 6   they've heard about you?
 7            MR. PERTNOY:   Objection, Your Honor.   Again,
 8   emotional distress is the claim and defamation.
 9            THE COURT:   I understand that.   The objection is
10   sustained.
11            MR. PERTNOY:   Thank you.
12   BY MS. GOMEZ:
13   Q.   Are you experiencing emotional distress as a result of how
14   lenders are treating you now?
15   A.   How would you feel if a bank called you and said you've
16   got to deliver a million and a half dollars in 30 days?
17            MR. PERTNOY:   Objection.   Non-responsive.
18            THE COURT:   Sustained.
19   BY MS. GOMEZ:
20   Q.   Are you experiencing emotional distress as a result of the
21   way that banks are treating you now?
22            MR. PERTNOY:   Objection.   Asked and answered.
23            THE COURT:   Overruled.
24            THE WITNESS:   The pressure is intense.
25
```

1   **BY MS. GOMEZ:**

2   Q.   And are you -- have there been repeated instances where

3   lenders have expressed concerns?

4          MR. PERTNOY:  Objection.  This is about emotional

5   distress, not about the concerns of the lenders.

6          THE COURT:  Sustained.

7   **BY MS. GOMEZ:**

8   Q.   Have the cumulative effects of multiple lenders calling

9   you exacerbated your stress?

10         MR. PERTNOY:  Objection.

11         THE COURT:  What's the grounds?

12         MR. PERTNOY:  Calls for speculation and hearsay.

13  Assumes facts not in evidence.

14         THE COURT:  Overruled.  You can answer.

15         THE WITNESS:  Can you repeat the question?

16  **BY MS. GOMEZ:**

17  Q.   Have the multiple phone calls from multiple lenders

18  affected your emotional distress?

19  A.   I can tell you that I have had many, many, many sleepless

20  nights.  I have constant anxiety, and I didn't know this word,

21  but my wife told me, she's says it's called catastrophic

22  thoughts --

23         MR. PERTNOY:  Objection.

24         THE COURT:  Sustained.

25         THE WITNESS:  -- when I explained to her --

1              MR. PERTNOY:  Your Honor?

2              THE COURT:  Sustained.

3    **BY MS. GOMEZ:**

4    Q.   Mr. Pinilla, talk to us about your thoughts.  What are

5    your thoughts?

6    A.   No problem.

7    Q.   What are your thoughts in terms -- describe your emotion

8    with respect to everything that you've been going through?

9              MR. PERTNOY:  Objection.

10             THE COURT:  Overruled.

11             THE WITNESS:  So I'm working for 20 years to build

12   this, right?  I have a family, I have four kids.  And because I

13   chose to support a guy for a District 3 Commission, I have a

14   guy trying to attack me and destroy everything that I've built.

15             MR. PERTNOY:  Objection.  Assumes facts not in

16   evidence.

17             THE WITNESS:  So I cannot put food on the table.

18             THE COURT:  Objection is overruled.  You may

19   continue.

20   **BY MS. GOMEZ:**

21   Q.   And are you worried about being able to provide for your

22   family?

23             MR. PERTNOY:  Objection.  The claim is for emotional

24   distress.

25             THE COURT:  Overruled.

 1            THE WITNESS:  Provide for the family.  Having to

 2   start all over again.  My -- in this world, your reputation is

 3   everything, so to have it all taken away, if he's allowed to,

 4   and to start all over is -- it's close to impossible and so we

 5   wouldn't have gone in and sued this gentleman if it wasn't our

 6   only revenue --

 7            MR. PERTNOY:  Objection.  Beyond the scope of the

 8   question.  Narrative.

 9            THE COURT:  Sustained.

10   **BY MS. GOMEZ:**

11   Q.   What are your catastrophic thoughts?

12            MR. PERTNOY:  Objection.  Misstates his testimony.

13            THE COURT:  Overruled.  You can answer.

14            THE WITNESS:  You know, you try to do your best.  You

15   don't want to be a failure in life.  You want to be good.  You

16   want to be a good father.  You want to be a good wife.  You

17   want to be able to provide for your family.  You want to be

18   able to contribute.

19            To think that one step at a time, it can all be taken

20   away and the life that you have can be wiped out.  No more

21   family, no more business.  What do you do then?

22   **BY MS. GOMEZ:**

23   Q.   How has your reputation been affected?

24   A.   I'm telling you our reputation was stellar for 15 years.

25   Banks don't want to do business with people that are associated

```
 1    with money laundering.  Banks don't want to do business --
 2              MR. PERTNOY:  Objection.  Calls for speculation as to
 3    what banks do or do not want.
 4              THE COURT:  Overruled.
 5              THE WITNESS:  Banks have to follow very strict
 6    guidelines.  It's called know your client.  So the moment that
 7    there's rumblings that at any point in time, we built our
 8    business with nefarious dollars is direct -- is -- is
 9    devastating to our reputation.
10              We -- I've built, Bill built, we both built this
11    business one building at a time with hard work, with good
12    sincere intentions.  Never -- and he can never show you one
13    document that has us associated with any communists, with any
14    money laundering, with wanting to de-Latinize or de-Cubanize
15    Little Havana.  That's been our sole mission for 20 years, is
16    to preserve and highlight the Cuban --
17              MR. PERTNOY:  Objection.  Improper narrative.
18              THE COURT:  Overruled.
19              THE WITNESS:  He had never seen a campaign like the
20    one we put together to go against him.  He couldn't deal with
21    it.  So much --
22              MR. PERTNOY:  Objection.  Speculating as to what
23    Commissioner Carollo can or cannot deal with.
24              THE COURT:  Overruled.
25
```

```
 1   BY MS. GOMEZ:
 2   Q.   What was the affect of that?  How was your reputation
 3   harmed as a result of the campaign that you put on for Alfie
 4   Leon?
 5   A.   So before Joe Carollo, people wanted to do business with
 6   us.  Bankers wanted to do business with us.  Tenants wanted to
 7   do business with us.  Investors, they wanted to do business
 8   with us.
 9        They were excited about the vision.  They're excited by
10   our mission.  And after Joe Carollo, we've -- we haven't been
11   able to do deals in the City of Miami.  We've had to go
12   outside.  We gotten phone calls from our investors, hey, we're
13   seeing and reading what's in the papers.  We're concerned.
14   We've been getting provisions in leases --
15              MR. PERTNOY:  Objection.
16              THE COURT:  Sustained.
17   BY MS. GOMEZ:
18   Q.   Mr. Pinilla, let's talk about one of those businesses.
19   You have a property called Calle Ocho Marketplace, right?
20   A.   Yes.
21   Q.   And were you in the process of going into business with
22   someone for a business at Calle Ocho Marketplace?
23   A.   Yes.
24   Q.   And what was that, if you can describe it to the jury?
25   A.   That was a rum distillery.
```

```
1    Q.   Were you able to go into business with the owner of the
2    rum distillery?
3    A.   No, we were not.
4    Q.   And why not?
5    A.   He was unable to get the appropriate permits to open that
6    business at that location.
7    Q.   And what happened as a result of not being able to get the
8    permits?  What happened to the deal?
9    A.   The deal was not able to get signed.
10   Q.   And why was it -- like why weren't you able to get the
11   permits?
12              MR. PERTNOY:  Objection.  Calls for speculation.
13              THE COURT:  Overruled.  If he knows.
14              THE WITNESS:  Because we were the landlords.
15              MR. PERTNOY:  Objection.  Move to strike as
16   speculation.
17              THE COURT:  Overruled.
18   BY MS. GOMEZ:
19   Q.   And how much money did you lose as a result of not being
20   able to go into that project?
21              MR. PERTNOY:  Objection.  Goes beyond the emotional
22   distress claim.
23              THE COURT:  All right.  Sustained.
24   BY MS. GOMEZ:
25   Q.   Did it cause you emotional distress to not be able to
```

1   complete that project?

2   A.   Of course.  You see we can break it down to as finite as

3   one deal with one lease, but you see the mission to create a

4   place that highlights the Cuban culture, the Hispanic culture

5   is one that we've been working on for 20 years.  That it's

6   going to take us another 20 years to do.  The rum distillery

7   was to highlight that specific piece --

8            MR. PERTNOY:  Objection, Your Honor.

9            THE WITNESS:  -- of Cuban culture.

10            MR. PERTNOY:  Improper narrative.  Beyond the

11   question.

12            THE COURT:  Sustained.

13   **BY MS. GOMEZ:**

14   Q.   Have you had multiple businesses shut down?

15   A.   The emotional distress that the fact that we couldn't

16   obtain that lease --

17            MR. PERTNOY:  Objection.  Nonresponsive to the

18   question.

19            THE COURT:  Overruled.

20            THE WITNESS:  -- is directly related to us not being

21   able to fulfill our vision, our plan to create something

22   spectacular for the City of Miami for the people that visit the

23   city and you telling me, oh, yeah, it was $15,000 a month.

24   That's a heck of a lot of money, but it's not that.  It's the

25   whole picture.

```
 1              Like Sanguich, a Cuban sandwich restaurant --
 2              MR. PERTNOY:  Objection, Your Honor.
 3              THE COURT:  What's the objection?
 4              MR. PERTNOY:  Improper narrative at this time.
 5              THE COURT:  Overruled.
 6   BY MS. GOMEZ:
 7   Q.   For example, Taquerias, is Taquerias open?
 8              MR. PERTNOY:  Objection.  We discussed this in
 9   sidebar.
10              THE COURT:  Sustained.
11   BY MS. GOMEZ:
12   Q.   Are you suffering emotional distress because Taquerias is
13   closed?
14              MR. PERTNOY:  Objection.  Assumes facts not in
15   evidence.
16              THE COURT:  Overruled.
17              THE WITNESS:  Every time he crushes a lease, every
18   time he takes a tenant away, every time he closes down one of
19   our business, he's --
20              MR. PERTNOY:  Objection.
21              THE WITNESS:  -- he's attacking our vision.
22              THE COURT:  Wait.  What's the objection?
23              MR. PERTNOY:  Wild speculation as to "he" with no
24   facts in evidence to support just generalized statements.
25              THE COURT:  Overruled.  You can cross-examine him.
```

1            THE WITNESS:  I could say Joe Carollo instead of he

2    if you'd like.

3    **BY MS. GOMEZ:**

4    Q.   So, Mr. Pinilla, what -- you were explaining the affect of

5    your businesses being shut down and you not being able to

6    complete your vision for Little Havana, how that was affecting

7    your emotional distress.

8         Can you talk to us about Taquerias?  Was that a portion of

9    your emotional distress?

10            MR. PERTNOY:  Objection, Your Honor.

11            THE COURT:  Grounds?

12            MR. PERTNOY:  What we discussed at sidebar as far as

13   what damages they're seeking versus what damages they're not

14   seeking here.

15            THE COURT:  Relating to his emotional distress, which

16   is proper.  The objection is overruled.  You may speak, sir.

17            THE WITNESS:  So for years, we are working on

18   projects that the root and the mission comes from a really good

19   place.  They come from our heart.  The moment they start

20   shutting down these businesses is the moment --

21            MR. PERTNOY:  Objection.

22            THE COURT:  Wait.  What's the grounds?

23            MR. PERTNOY:  Facts outside of evidence.  Vague to

24   who "they" are.

25            THE COURT:  All right.  Sustained.

```
 1   BY MS. GOMEZ:

 2   Q.   Who was shutting you down?

 3   A.   The City of Miami at the behest of Joe Carollo.

 4           MR. PERTNOY:  Objection.  Move to strike.  Facts

 5   outside of evidence.

 6           THE COURT:  Overruled.  You can cross-examine him.

 7   BY MS. GOMEZ:

 8   Q.   And so describe the affect that Joe Carollo shutting down

 9   your businesses had on your emotional distress?

10           MR. PERTNOY:  Objection.  Improper leading.

11           THE COURT:  Overruled.

12           THE WITNESS:  In the eyes of the community when

13   something like that happens, if at that point they're

14   wondering --

15           MR. PERTNOY:  Objection.

16           THE COURT:  Wait.

17           MR. PERTNOY:  Speculating as to the eyes of the

18   community.

19           THE COURT:  Sustained.

20   BY MS. GOMEZ:

21   Q.   What was the affect of Joe Carollo shutting down your

22   businesses on your emotional distress?

23           MR. PERTNOY:  Objection.

24           THE WITNESS:  It's been very difficult to deal with.

25           THE COURT:  Grounds?
```

 1              MR. PERTNOY:  Assumes facts not in evidence.

 2              THE COURT:  Overruled.

 3   **BY MS. GOMEZ:**

 4   Q.    It's been very difficult to deal with?

 5   A.    This has been five and a half years of constant anguish

 6   every day.  We don't know where the next attack is coming from.

 7   It's a heightened level of stress.  It's not with -- we don't

 8   at some points feel like that -- I feel that I don't have the

 9   ability to make the proper decisions, so you're entering into

10   these situations, you're spending dollars to defend all these

11   attacks, whether it be violations, whether it be lawsuits --

12              MR. PERTNOY:  Objection, Your Honor.  Improper

13   narrative.

14              THE COURT:  Overruled.

15              THE WITNESS:  It is -- it has caused -- it has caused

16   me to be a different person.

17   **BY MS. GOMEZ:**

18   Q.    What's the relationship with your children?  How has it

19   affected --

20              MR. PERTNOY:  Objection, Your Honor.  Goes beyond the

21   claim.

22              THE COURT:  Sustained.

23   **BY MS. GOMEZ:**

24   Q.    Has the emotional distress caused by Joe Carollo's actions

25   affected your relationship with your children?

```
 1                MR. PERTNOY:  Same objection, Your Honor.

 2                THE COURT:  Overruled.

 3                THE WITNESS:  I'm a super optimistic person.  I'm

 4     always looking for the silver lining.  Even now, with all this

 5     having happened, I'm always looking for the silver lining.

 6                It has been very difficult over the last five years.

 7     Okay.  I'm with my kids, maybe I'm with them, but I'm not with

 8     them.  My wife's like they're asking you a question.  Sometimes

 9     they're asking me three, four times the same question.

10                I'm like in my brain thinking of how to deal with that

11     situation.  I'm short.  I have a short fuse with everybody

12     around me.  My employees.  My wife.  My business partner.  Why,

13     why?  Why to be put in that situation, I'm like a snowboarder,

14     surfer, peace and love.  You know what I'm saying?  Like --

15                MR. PERTNOY:  Objection.  Improper narrative at this

16     point.

17                THE COURT:  Overruled.

18     BY MS. GOMEZ:

19     Q.   And how are you now?

20     A.   I'm a different person.  I'm telling you, it's not right

21     what this man has done to us.  It's not -- this guy right

22     here --

23                MR. PERTNOY:  Objection, Your Honor.

24                THE WITNESS:  -- he should be abolished from earth.

25                MR. PERTNOY:  Objection, Your Honor.  Move to strike.
```

```
 1                THE COURT:  Sustained.

 2                MR. PERTNOY:  Ask for a curative.

 3                THE COURT:  I'm going to instruct the jurors to

 4    disregard that last statement made by the witness.  All right.

 5    Next question.

 6    BY MS. GOMEZ:

 7    Q.   Let's talk about other failed projects.  On Calle Ocho

 8    Marketplace, was there a little house that was on that

 9    property?

10                THE WITNESS:  Your Honor, do you mind if I go to the

11    restroom a second, please?

12                THE COURT:  Sure.  We're going to take a brief recess

13    for ten minutes.  Again, do not discuss this case with anyone,

14    ladies and gentlemen.  Do not formulate any opinion, all right?

15                THE COURT SECURITY OFFICER:  All rise.

16                (Thereupon, the jury exited the courtroom.)

17                THE COURT:  You may go to the restroom, sir.

18                THE WITNESS:  Thank you.

19                THE COURT:  We'll be in recess for ten minutes.

20                      (Short recess had.)

21                MR. PERTNOY:  Before we bring in the jury, I have to

22    go sidebar with you, please.

23                THE COURT:  Sure.

24                      (At the bench.)

25                MR. PERTNOY:  First off, when Mr. Pinilla was
```

1    testifying, he talked about millions of dollars with losses of

2    leases.  That goes to his businesses, and that ought to be

3    stricken and there should be an instruction to that effect, but

4    more importantly, with respect to Mr. Pinilla's statement that

5    Commissioner Carollo should be smelted from the face of the

6    earth, we'd like to move for a mistrial because such a highly

7    prejudicial statement which was clearly orchestrated by the

8    plaintiffs goes beyond damages, goes to threatening.  It's

9    totally inappropriate, and ought to result in a mistrial here.

10          So we move for mistrial based on the fact that he made

11   such an outrageous statement, pointed and threatened violence

12   against our client and that cannot be unseen by the jury.

13          THE COURT:  All right.

14          MS. GOMEZ:  If anything, that would prejudice us.

15   We're not moving for a mistrial and so what Mr. Pinilla was

16   saying was corroborated by the testimony of all of the

17   different incidents that occurred to him.

18          THE COURT:  First of all, I did sustain the objection

19   and told the jurors to strike that and disregard that

20   immediately.  Therefore, the motion is denied.

21          And I also with respect to his damages, I didn't say

22   his emotional damages, that was stricken.  I did sustain your

23   objection as to that as well.  All right?  He's only testifying

24   to emotional distress.

25          MS. GOMEZ:  And reputation.

```
1              THE COURT:  And that speaks to the reputation as

2    well.  So make sure you ask the questions directly.  Otherwise,

3    it's going to be the end of your examination, direct

4    examination.  I don't want to sit you down, but you control

5    that.  Right now, it's going to be reputation.  Maybe you want

6    to talk to him.  Make sure he focuses.

7              MS. GOMEZ:  If I can speak to him for a minute?

8              THE COURT:  You want to speak to him, this is what

9    we're trying for this case.  Otherwise, you dwell into other

10   areas and that's going to be the end of your discussion.

11             MS. GOMEZ:  Also the health diagnosis, I know you

12   said no diagnosis.  He should be able to mention how he

13   feels --

14             THE COURT:  Any type of deterioration or health,

15   that's clear.  You can't talk about that, as well.

16             MS. GOMEZ:  Okay.  Thank you.

17             MR. PERTNOY:  Thank you, Your Honor.

18             MS. GOMEZ:  I'm going to speak to him for a minute.

19             THE COURT:  All right.

20                       (In open.)

21             MS. GOMEZ:  Thank you, Your Honor.

22             THE COURT:  All right.  Rita, bring the jurors,

23   please.  Thank you.

24             THE COURT SECURITY OFFICER:  All rise.

25
```

```
 1              (Thereupon, the jury entered the courtroom.)
 2              THE COURT:  All right.  You may be seated.  The
 3    members of the jury are all present and accounted for.  As a
 4    reminder, again, ladies and gentlemen, Mr. Pinilla is only
 5    testifying to his emotional distress as it pertains to either
 6    reputation or his -- yeah, emotional distress, not business
 7    relations or financial, anything beyond that, all right?
 8              So anything that you may have heard of that is
 9    stricken from the record.  Again, I instructed you previously,
10    please make sure that the question relates to his
11    emotional/reputation damages, if anything.
12              MS. GOMEZ:  Thank you, Your Honor.  If we could show
13    Plaintiffs' Exhibit 393.  It's already been admitted into
14    evidence.
15    BY MS. GOMEZ:
16    Q.   Mr. Pinilla, do you recognize this picture?
17    A.   Yes.
18    Q.   What is it?
19    A.   This is our property, Calle Ocho Marketplace.  1380 SW 8th
20    Street.  It's a picture of the shipping containers in progress
21    of being built for the creation of el passel dieron which was
22    the farmer's market that we had obtained permits from the city.
23    Q.   And what was your vision for each one of these kiosks,
24    each one of the shipping containers?
25    A.   Each one of those would be where a specific -- an
```

```
 1   independent tenant would create his store, so to speak, his
 2   stall as a farmer's market kiosk.
 3   Q.   Were you ever able to rent those stalls and open the
 4   marketplace?
 5           MR. PERTNOY:  Objection, Your Honor, based on
 6   sidebar.
 7           THE COURT:  Sustained.
 8   BY MS. GOMEZ:
 9   Q.   Did you suffer any emotional distress as a result of your
10   inability to open up the marketplace?
11   A.   Yes.  Again, this is part of our vision to bring and
12   highlight the Hispanic culture, to have a market -- you find
13   markets in all great cities, and we have wanted to introduce
14   this into this tourist district.
15           So the fact that we weren't able to accomplish this was,
16   again, very -- another hit on our vision.
17   Q.   Why weren't you able to open the marketplace?
18           MR. PERTNOY:  Objection.  Calls for speculation.
19           THE COURT:  Overruled.
20           THE WITNESS:  We had obtained a permit from the City
21   of Miami issued.  Permit issued.  And the permit was revoked at
22   a later date by the City of Miami.
23   BY MS. GOMEZ:
24   Q.   Now --
25   A.   Under false pretense.
```

```
 1              MR. PERTNOY:  Objection.  Move to strike.
 2              THE COURT:  It's stricken.  Sustain the objection.
 3   BY MS. GOMEZ:
 4   Q.   What was the basis for the revocation of the permit?
 5   A.   They made up a lot of reasons.
 6              MR. PERTNOY:  Objection.  Lack of personal knowledge.
 7              THE COURT:  All right.  Sustained.
 8   BY MS. GOMEZ:
 9   Q.   Do you know the reason why the building permit, the stated
10   reason for revoking the permit?
11   A.   I don't remember.
12   Q.   Okay.  So now we have Taquerias.  Did you suffer any
13   emotional distress as a result of the closing of Taquerias?
14   A.   Yes.
15   Q.   Now, do you believe that Taquerias was targeted?
16   A.   I do.
17   Q.   And how so?
18   A.   If you're hit with a violation in the city, there's a
19   process to solve it.  Before Joe Carollo was elected, that's a
20   process that we were familiar with.
21        After Joe Carollo came into office, that process for us
22   specifically became something totally different, and it
23   included really onerous requests from the City of Miami and
24   then once we reached them, they would move the goal line.  They
25   said, oh, sorry, we forgot one more thing over here.
```

```
 1              MR. PERTNOY:  Objection.  Hearsay.
 2              THE COURT:  Overruled.
 3              THE WITNESS:  63 times, we've been in revisions to
 4    try and get the plans to open Taquerias right now.
 5    BY MS. GOMEZ:
 6    Q.   Now let's talk El Taquito.  Has that been targeted by
 7    Commissioner Carollo?
 8    A.   Yes.  Taquito was a tenant of ours and he was attacked
 9    early on.  His outdoor seating area was closed for a year.
10    Q.   Now let me show you Plaintiffs' Exhibit 307 which has been
11    admitted into evidence.  Do you recognize -- can you pause it?
12    Who's that?
13    A.   This first gentleman is Joe Carollo.
14    Q.   And where is this?
15    A.   This is the outside eating area of El Taquito at our
16    property, 1380 SW 8th Street.  This is on May 4, 2018.
17    Q.   And if you can play it just until we can see the person
18    right behind him.  Pause.  Who's that?
19    A.   That's Maurice Pons.  He's the head Building official.
20    Q.   And if you can continue.  Pause.  Who is that person
21    behind Maurice Pons?
22    A.   This is Devin Cejas.  He was the Zoning administrator at
23    the time, the top Zoning official.
24    Q.   Now has the targeting of El Taquito affected you
25    emotionally?
```

 1              MR. PERTNOY:  Objection.  Assumes facts not in

 2  evidence.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  Yes.  This is another example of how he

 5  comes down on our tenants.  This is a tenant that was there --

 6  that was there before we ever owned this building.  This

 7  outside seating area was there for years so --

 8  **BY MS. GOMEZ:**

 9  Q.  But to be clear, is the -- while this picture was taken --

10  sorry, this video was taken, you owned this restaurant?

11  A.  At this time, we owned it, yes.  I'm just -- it just blows

12  my mind that he's going after an outside seating area that's

13  been opened for years and years and years, and to do what?

14  Really to send a message to all of our tenants --

15              MR. PERTNOY:  Objection.

16              THE WITNESS:  -- don't do business with Bill and

17  Martin.

18              THE COURT:  Wait.  What's the objection?

19              MR. PERTNOY:  Speculating as to the purpose behind

20  Commissioner Carollo's actions in this video.

21              THE COURT:  Sustained.

22  **BY MS. GOMEZ:**

23  Q.  Has the targeting of your businesses affected your

24  reputation?

25  A.  Tremendously.  I started to explain to you before, our

```
 1   business partners are concerned.  They don't to do deals with

 2   us.  Our tenants are concerned --

 3            MR. PERTNOY:  Objection.

 4            THE COURT:  Wait.  What's the objection?

 5            MR. PERTNOY:  Asked and answered.  We've gone through

 6   this line of questioning already.

 7            THE COURT:  Sustained.

 8   BY MS. GOMEZ:

 9   Q.   Let me show you Defendant's Exhibit 37, page 2.  What is

10   this on the screen?

11   A.   This is a picture of the hundred year old wood framed

12   casita located behind Calle Ocho Marketplace.

13   Q.   Okay.  And now if we could scroll all the way towards the

14   bottom, the last few slides.  What is happening here in this

15   picture?

16   A.   This is -- we had received a demolition order in 2018, and

17   this is four years later.

18   Q.   Now do you recall why the city issued an Unsafe Structure

19   Violation on this house?

20   A.   For the installation of the windows.

21   Q.   What was the value of the house, and I don't mean

22   monetarily.  Just, you know, why was the house important?

23            MR. PERTNOY:  Objection.  Calls for speculation.

24            THE COURT:  Overruled.

25            THE WITNESS:  The rare part of 1380 SW 8th Street was
```

```
 1   where the rum distillery was going to be.  The idea that was
 2   developed together with Matt Malone was that this house and the
 3   pictures that we just saw have the house in a very rough state
 4   but once the glass came in, it was painted.  It looked -- there
 5   we go, much more presentable.
 6             MR. PERTNOY:  Objection, Your Honor.  This goes
 7   beyond the emotional distress damages.
 8             THE COURT:  Sustained.
 9   BY MS. GOMEZ:
10   Q.  Once -- so you -- we saw how the house looked when you
11   first purchased it.  Did you paint it and fix it up a little
12   bit?
13             MR. PERTNOY:  Objection.
14             THE WITNESS:  Yes.
15             MR. PERTNOY:  Goes beyond the scope of the damages.
16             THE COURT:  Overruled.
17   BY MS. GOMEZ:
18   Q.  And so once you paint the house and it gets demolished,
19   how does that make you feel?
20   A.   It was a funeral.  We actually went with flowers to the
21   event and stood solemnly while they did it.  It was a show of
22   force from the City of Miami to let us know who was in charge.
23             MR. PERTNOY:  Objection.  Speculating as to the
24   intent of the City of Miami beyond the order of unsafe
25   structure and demolition.
```

```
 1                  THE COURT:  Overruled.
 2   BY MS. GOMEZ:
 3   Q.   So now let's talk also about Sanguich de Miami.  Was that
 4   one of your tenants?
 5   A.   For a short time, yes.
 6   Q.   What happened to that tenant?
 7   A.   That tenant was not provided a path to remain open on our
 8   property by the City of Miami.
 9   Q.   And was Sanguich successful when it opened?
10   A.   When it reopened --
11                  MR. PERTNOY:  Objection.  Calls for speculation.
12                  THE COURT:  Sustained.
13   BY MS. GOMEZ:
14   Q.   Has Sanguich de Miami received any accolades as of late?
15                  MR. PERTNOY:  Objection.  Relevance.
16                  THE COURT:  Overruled.
17                  THE WITNESS:  When Sanguich opened on our property in
18   October, they were wildly successful and would always sell out
19   their food.
20                  When Joe Carollo took office and the attacks began,
21   the multiple raids and the ability not to have a path to open,
22   they had no choice but to remove the shipping container, rent a
23   space at another building that didn't belong to us, and spend
24   about a year to open the restaurant.
25                  Since then, they have been opened, and there's lines
```

1    out the door every day.  And to answer your question, yes, they

2    were awarded by the Michelin rating, an award just recently.

3              MR. PERTNOY:  Objection, Your Honor.  Move to strike

4    as non-responsive.

5              THE COURT:  Overruled.

6    **BY MS. GOMEZ:**

7    Q.   And what is your -- how did it make you feel?  What was

8    your emotional state at seeing this tenant get run off your

9    property?

10             MR. PERTNOY:  Objection.  Argumentative.

11             THE COURT:  Overruled.

12             THE WITNESS:  It was -- this is devastating.  I mean,

13   this is a husband and wife team with two babies, like, just

14   born.

15             MR. PERTNOY:  Objection.

16             THE COURT:  Grounds?

17             MR. PERTNOY:  Goes beyond the scope of his damages.

18             THE COURT:  Sustained.

19   **BY MS. GOMEZ:**

20   Q.   Now let's talk about another failed project.  Let's go to

21   Plaintiffs' Exhibit 359.  It's been admitted into evidence.

22   What is El Museo?

23   A.   The Museo was a concept that was developed in conjunction

24   with History Miami.  As you can see, History Miami is also

25   associated with the Smithsonian to do a satellite museum in the

```
1    tourist district that would highlight the history of Little
2    Havana.
3         And all of you know where it started, and how it changed
4    over the years with the migration of the different communities.
5    That picture there is Bill at the podium, that's me in the
6    middle, that's Jorge Zamanillo, the director of History Miami
7    and that's Paul George, and this is when we're announcing we're
8    doing a press release to announce to the world that this is
9    coming to Little Havana.
10   Q.   And where was this supposed to be housed?
11   A.   This was supposed to be housed in the Futurama building.
12   Q.   Were you able to go forward with the project?
13   A.   No, we were not.
14   Q.   And why not?
15   A.   The governmental environment was too toxic that --
16             MR. PERTNOY:  Objection.
17             THE COURT:  Wait.
18             MS. GOMEZ:  Hold on, Mr. Pinilla.
19             MR. PERTNOY:  Speculating as to the governmental
20   environment.
21             THE COURT:  All right.  Sustained.
22   BY MS. GOMEZ:
23   Q.   What -- was the Miami History Museum willing to continue
24   working with you?
25   A.   No.
```

```
 1   Q.   Why not?
 2          MR. PERTNOY:  Objection.  Calls for speculation and
 3   hearsay from the Miami History Museum.
 4          THE COURT:  Overruled.  If he knows.
 5          THE WITNESS:  Any association with Bill and Martin by
 6   default makes them a target.  This is an institution, History
 7   Miami, and he's like I can't get into the crosshairs of this.
 8   That project was shelved.
 9   BY MS. GOMEZ:
10   Q.   Now do you know a woman named Maria Woleska?
11   A.   Yes, she was a tenant of ours.
12   Q.   And a tenant where?
13   A.   She was a tenant in Futurama.  We have multiple tenants
14   there, small tenants.  Artisans, artists.  In this case, she
15   had a little shop that sold chocolate that came from Venezuela.
16   It was something that's called -- that's not farm to table.
17   It's bean to bar, chocolate, from bean to bar.
18          And so this is like -- it's like a premium chocolate but
19   it's a whole art in the creation of it.
20   Q.   Is she still your tenant?
21   A.   Unfortunately, no.
22   Q.   Why not?
23          MR. PERTNOY:  Objection.
24          THE COURT:  Grounds?
25          MR. PERTNOY:  Calls for speculation and hearsay as to
```

```
 1   the mindset of Ms. Woleska as to why or why not she's still not
 2   a tenant.
 3             THE COURT:  As long as he doesn't testify to her
 4   mindset or reason, the objection is overruled.
 5   BY MS. GOMEZ:
 6   Q.   Why is Ms. Woleska not your tenant anymore?
 7             MR. PERTNOY:  Same objection.
 8             THE COURT:  Overruled.
 9             THE WITNESS:  Joe Carollo went on the radio and not
10   only defamed us, but defamed her in a really big way.  Letting
11   the people know who her stepfather was and that he was
12   connected to some ambassador of Venezuela that is connected to
13   Castro, and all this craziness, literally craziness --
14   BY MS. GOMEZ:
15   Q.   Mr. Pinilla -- sorry.  Did you ever take any formal action
16   in connection with defendant Carollo's targeting?
17   A.   Yes, we did.  We filed an ethics complaint which we
18   withdrew and filed this case in federal court.  It's taken us
19   five years to get to where we are today.
20   Q.   When did you file this lawsuit?
21   A.   October, 2018.
22   Q.   And what was the basis of this complaint?
23   A.   The basis of this complaint is simple.  It's a violation
24   of our First Amendment rights, our right that we have here in
25   this country, the United States, to support whoever we want
```

```
 1    without retribution, without political payback, and that's
 2    exactly what this gentleman did to us.  We're not in Cuba.
 3    We're not in Venezuela.  We're not in China --
 4                MR. PERTNOY:  Objection.  Improper narrative.
 5                THE WITNESS:  We're in the U.S.A.
 6                THE COURT:  Sustained.
 7                MS. GOMEZ:  Hold on, Mr. Pinilla.
 8                THE COURT:  Sustained.  Next question, counsel.
 9                MR. PERTNOY:  Strike the statement as unresponsive.
10                THE COURT:  Overruled.
11    BY MS. GOMEZ:
12    Q.   Why did you withdraw the ethics complaint and file this
13    lawsuit instead?
14    A.   The ethics complaint is a slap on the hand.  Nothing's
15    going to happen to him.  What this man is doing and has done to
16    us for the last five and a half years needs to be stopped.
17    It's got to be done in a way --
18                MR. PERTNOY:  Objection, Your Honor.  Non-responsive.
19                THE COURT:  Sustained.  Answer the question as
20    directed, Mr. Pinilla.
21                THE WITNESS:  Yes, Your Honor.
22    BY MS. GOMEZ:
23    Q.   So, now I want to show you Plaintiffs' Exhibit 364.
24                MS. GOMEZ:  Just to counsel and the witness.
25
```

1  **BY MS. GOMEZ:**

2  Q.   Do you recognize this photo?

3  A.   Yes, I do.  I was there that day.

4  Q.   And what does the picture depict?

5  A.   So, in this picture, you have two buildings.  They both

6  belong to us.  He's standing -- there's a group of people

7  standing in front of a driveway that goes in between these two

8  buildings.

9       I see there the new Code director, James Bernat, who's a

10 policeman, so he's there in his police uniform along with two

11 other Code Enforcement officers.  I see a lady there by the

12 name of Mary Lugo.  There's -- there's -- I can -- I also see

13 Joe Carollo standing there, and then there's three tourists in

14 the picture.

15           MS. GOMEZ:  Okay.  We move Plaintiffs' Exhibit 364

16 into evidence.

17           MR. PERTNOY:  No objection.

18           THE COURT:  All right.  It's admitted.

19           MS. GOMEZ:  Permission to publish.

20           THE COURT:  Granted.

21           (Plaintiffs' Exhibit 364 Received.)

22 **BY MS. GOMEZ:**

23 Q.   Now, if we could zoom in.  Do you recognize the

24 gentleman behind the person with the Duke sweater?

25 A.   Yes, that's Joe Carollo.

```
 1   Q.   And who's to the right of Commissioner Carollo?

 2   A.   I don't know who that is, but it looks like he's wearing a

 3   City of Miami Code Enforcement jacket.

 4           MR. PERTNOY:  Objection.  He's speculating if he

 5   doesn't know who it is.

 6           THE COURT:  Sustained.

 7   BY MS. GOMEZ:

 8   Q.   Who is the third person -- so sorry.  So after, who's next

 9   to the guy that's next to Joe Carollo?

10   A.   The tall guy is James Bernat.  He is the second Code

11   director hired during Carollo's time.

12   Q.   And who's the woman in the white shirt?

13   A.   That's Mary Lugo.  She's an employee of the city and a

14   member of the employee union.

15   Q.   And what was your understanding of what these people were

16   doing that day?

17           MR. PERTNOY:  Objection.  Calls for speculation.

18           THE COURT:  Sustained.

19           MR. PERTNOY:  And hearsay.

20   BY MS. GOMEZ:

21   Q.   Did you speak to Mr. Carollo that day?

22   A.   Yes, I did.

23   Q.   And did you speak to him about what was happening?

24   A.   Yes.

25   Q.   And what was happening?
```

```
 1   A.   I was in my office.  This is one block from my office.  I
 2   received a phone call that Carollo was walking up the street
 3   with police and with Code, and with Marie Lugo, Steve Miro, and
 4   this other gentleman, Sean Moy.  Sean Moy is another employee
 5   of the city and the president of the union, of the employee
 6   union.
 7        And I left my office, I walked downstairs, and I walked
 8   over here and I actually met him right here in front of this
 9   building and when I got there, the two code enforcement
10   officers were in my property.  I asked Bernat, I said can I
11   help you guys?  And at that point, Bernat waved and told the
12   Code Enforcement officers to come --
13            MR. PERTNOY:  Objection, hearsay.  What Bernat said.
14            THE COURT:  Sustained.
15   BY MS. GOMEZ:
16   Q.   So what was happening?  Why were these people on your
17   property?
18            MR. PERTNOY:  Objection.  Calls for speculation.
19            THE COURT:  Overruled.  If he knows.
20            THE WITNESS:  My understanding is that Joe was
21   walking --
22            MR. PERTNOY:  Objection.
23            THE COURT:  Overruled.
24            MS. GOMEZ:  Go ahead.
25            THE WITNESS:  My understanding is that Joe Carollo
```

1    coordinated this walk-along to highlight to the new Code

2    Director issues that he is seeing in his district.  And

3    since -- and really, it was a very short walk.  It was just in

4    these three blocks.  It wasn't 27th Avenue, it wasn't NW 7th

5    Street --

6              MR. PERTNOY:  Objection.  He's speculating as to the

7    length and duration of the walk, and he only testified that

8    he's seen this one moment in time.

9              THE COURT:  Sustained.

10   **BY MS. GOMEZ:**

11   Q.   So, Mr. Pinilla, let me ask you, what is the property on

12   the right of where the people are standing?

13   A.   The property on the right is a two-story building where on

14   the ground floor, we have a tenant called Union Beer.

15   Upstairs, there's an upstairs tenant, and then that's the

16   building on the right.

17   Q.   And what's the building on the left?

18   A.   The building on the left is the building that has the

19   mural.  This is -- the eastern wall of the mural is on the

20   other wall.  It has four tenants in this space.  They're all

21   retail, single story building.

22   Q.   Were there violations issued?

23   A.   I don't recall if there were or there weren't.

24   Q.   Okay.  And now have you and Mr. Fuller tried to buy more

25   properties in Little Havana?

```
1    A.    Imagine, for 20 years, we've been 15 hours a day in this
2    neighborhood.  This is before Carollo takes office --
3              MR. PERTNOY:  Objection.  Non-responsive to the
4    question.
5    BY MS. GOMEZ:
6    Q.    Have you and Mr. Fuller tried to buy more property?
7    A.    Our goal and vision is to continue to --
8              MR. PERTNOY:  Objection.
9    BY MS. GOMEZ:
10   Q.    Is that a yes?  Have you and Mr. Fuller tried to buy more
11   properties in Little Havana, or do you have concerns for buying
12   more property in Little Havana?
13             MR. PERTNOY:  Objection.  Leading.
14             THE COURT:  Overruled.
15             THE WITNESS:  We have serious concerns of buying more
16   properties in Little Havana.  Not only do we have concerns, but
17   our business partners and our investors have concerns.
18             MR. PERTNOY:  Objection.
19             THE COURT:  Sustained.
20   BY MS. GOMEZ:
21   Q.    Has it been difficult for you and Mr. Fuller to do
22   business in Little Havana since November, 2017?
23             MR. PERTNOY:  Objection.  Goes beyond the scope of
24   the damages.
25             THE COURT:  Sustained.
```

1    **BY MS. GOMEZ:**

2    Q.   Has it caused you emotional distress that you -- that it's

3    been difficult, challenging for you to do business in Little

4    Havana since Commissioner Carollo took office?

5            MR. PERTNOY:  Same objection.

6            THE COURT:  Overruled.

7            THE WITNESS:  I'm not going to get emotional again.

8    This is something that unless you lived it, it's very difficult

9    to understand, you know --

10   **BY MS. GOMEZ:**

11   Q.   Take a minute.

12   A.   I can only compare it to something that maybe your family

13   members went through.

14           MR. PERTNOY:  Objection.  Inappropriate narrative.

15           THE COURT:  Sustained.

16   **BY MS. GOMEZ:**

17   Q.   Has it been difficult for you emotionally?

18   A.   It's been difficult for me emotionally.  It's affected my

19   health.  It's affected my relationships with my partners, with

20   my family.  It's been difficult with -- on all levels.

21   Q.   Let me ask you, is it easy to find tenants?

22           MR. PERTNOY:  Objection.

23           THE COURT:  Sustained.

24   **BY MS. GOMEZ:**

25   Q.   Is it emotionally distressing that it's difficult to find

```
 1    tenants?

 2              MR. PERTNOY:  Objection.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  Honestly, we were and are doing good

 5    things for City of Miami.

 6              MR. PERTNOY:  Objection.  Non-responsive.

 7              THE WITNESS:  Our relationships with our tenants are

 8    spectacular.

 9              THE COURT:  Overruled.

10              THE WITNESS:  We have had tenants with us for 15

11    years where we bring them in and we help them and we point them

12    towards grants, and we try and come up with other tenants --

13              MR. PERTNOY:  Objection.

14              THE WITNESS:  -- some --

15              THE COURT:  Mr. Pinilla -- what's the objection?

16              MR. PERTNOY:  It's an inappropriate narrative.

17    Non-responsive to the question.

18              THE COURT:  Overruled.

19    BY MS. GOMEZ:

20    Q.   Has it been difficult for you that it's hard to find

21    tenants?

22    A.   It has been hard to find tenants.  We now carry the stigma

23    of that if you do business with Bill and Martin, expect your

24    businesses to be messed with, and that makes it difficult for

25    us to attract great and amazing tenants.
```

```
 1        Even tenants that we've had for ten years that are looking
 2   to open something new in this area where all these tourists are
 3   coming, they, themselves, are writing language into the lease
 4   and saying, hey, if you get shut down --
 5             MR. PERTNOY:  Objection.
 6             THE COURT:  Wait.  Grounds?
 7             MR. PERTNOY:  Now he's testifying as to what his
 8   tenants are saying.
 9             THE COURT:  Sustained.
10   BY MS. GOMEZ:
11   Q.   Mr. Pinilla, has it -- has your reputation made it
12   difficult -- your reputation now after you were called a
13   Venezuela Chavez regime supporter, has it been made difficult
14   for you to find people to work on projects with you?
15             MR. PERTNOY:  Objection.  Leading.
16             THE COURT:  Overruled.
17             THE WITNESS:  It's not just that we're Chavez-stas,
18   money launderers, that our businesses have brought prostitution
19   to the streets.  That it's an assassination of our names, of
20   Bill Fuller's name and my name, and -- his more than mine
21   because the brainchild behind Ball & Chain and everybody knows
22   Ball & Chain --
23             MR. PERTNOY:  Objection.
24             THE COURT:  Wait.  Wait, what's the objection?
25             MR. PERTNOY:  Improper narrative at this point.
```

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  I'm here to clear my name.
 3   BY MS. GOMEZ:
 4   Q.   Mr. Pinilla --
 5   A.   The work that we have done is sound.  It's good.  We're
 6   creators.  This gentleman destroys things.
 7              MR. PERTNOY:  Objection, Your Honor.
 8              THE COURT:  Grounds?
 9              MR. PERTNOY:  He's pointing at the client and he's
10   threatening again.
11              THE COURT:  Don't point at anyone.
12   BY MS. GOMEZ:
13   Q.   Now, Mr. Pinilla, did you report defendant Carollo's code
14   violations to the city?
15   A.   We held a press conference --
16   Q.   Hold on.  Did you report code violations to the city?
17   A.   Yes.
18   Q.   And how did you figure out that he had code violations?
19   A.   We just looked at the Google Street View.
20   Q.   I'm going to you show what's been marked as Plaintiffs'
21   Exhibit 465.
22              MS. GOMEZ:  Just to you and to counsel.
23              THE WITNESS:  We cross-referenced Google Street View
24   with the City of Miami microfilm files for that property.
25              MR. PERTNOY:  Objection.  No question pending.
```

```
 1              THE COURT:  There's no question pending.  The

 2    objection is sustained.

 3    BY MS. GOMEZ:

 4    Q.   So if you could explain to the jury, how did you figure

 5    out that Mr. Carollo had code violations, Mr. Pinilla?

 6    A.   There was an initial press release that we did in front of

 7    city hall letting people know that for the very same thing that

 8    we're being accused of and more, for being a code violator,

 9    the -- the commissioner, himself, is guilty of the same things.

10    Q.   Well, how did you figure out that defendant Carollo had

11    code violations on his property?

12    A.   It was -- it was research that we compiled internally.

13    Q.   You said you looked at Google?

14    A.   Yeah, that was part of it.  We pulled a microfilm on his

15    property and we did Google Street View that has a history on

16    it, so you can see from one year with to the next to the next

17    to the next, the different changes including him knocking down

18    a huge beautiful tree on his property which is a major, major

19    thing not to do in the City of Miami.

20    Q.   And so now what is the -- what is on your screen right

21    now?

22    A.   This is an email that I sent to Adele Valenica who is the

23    third Director of Code during Carollo's tenure.

24    Q.   And why did you send that email?

25    A.   I sent that email because this was as a stakeholder and a
```

1    business owner, I was -- I had my right to send a complaint.

2    Q.    And so now let's talk about the press conference.  When

3    did you hold the press conference?

4    A.    I don't remember the exact date.

5          MS. GOMEZ:  Okay.  Can I move Plaintiffs' Exhibit 465

6    into evidence?

7          THE COURT:  Any objection?

8          MR. PERTNOY:  No objection.

9          THE COURT:  Admitted.

10         MS. GOMEZ:  If we can publish, Your Honor.

11         THE COURT:  Granted.

12         (Plaintiffs' Exhibit 465 Received.)

13   **BY MS. GOMEZ:**

14   Q.    Now, what is this email?  If you can read it to the jury.

15   A.    Dear Ms. Valencia:  I would like to submit a formal

16   complaint regarding the address referenced above.  Subject says

17   code complaint 3230 Morris Lane.  This property is in

18   disrepair, is unsightly, the carports were removed without

19   permits and the materials left on the property causing a

20   concern of potential flying objects during hurricane season.

21   The fallen garage doors reflected in the photos are creating

22   water intrusion and mold issues that create a health hazard.

23   The property is blighted and creating devaluation to the

24   surrounding property values.  Please send Code inspectors to

25   review and issue a code violations.  See pictures below for

```
 1    your reference.
 2    Q.    And did you do a press conference to discuss the code
 3    violations of defendant Carollo's property?
 4    A.    Yes.
 5    Q.    Were there any repercussions?
 6    A.    Are you saying was his house raided 17 times?
 7    Q.    Were there any repercussions to you?
 8    A.    Every time we make a move to try to vindicate ourselves,
 9    he doubles down.  When we filed the lawsuit, four months later,
10    he does a public display on the dais.  It's called --
11           MR. PERTNOY:  Objection.  Move to strike.
12    Unresponsive to the question.
13           THE COURT:  Sustained.
14    BY MS. GOMEZ:
15    Q.    So let's talk about him doubling down.  So when did you
16    file the complaint?
17    A.    The complaint was filed in October, 2018.
18    Q.    And what was the consequence?  What happened to you after
19    that?
20    A.    So when I talk about doubling down, on February 14th,
21    since that date in October, there was a line item in the agenda
22    for the Commission meeting that said District 3 Code Issues or
23    Code and Building Issues, and you guys remember the video when
24    he was served at the Commission meeting --
25           MR. PERTNOY:  Objection.
```

```
 1              THE COURT:  Sustained.
 2    BY MS. GOMEZ:
 3    Q.    So what video are we referring to?
 4    A.    Okay.  Sorry about that.  It's a video of when the process
 5    server took the federal lawsuit complaint and went into the
 6    Commission meeting and served Joe Carollo, and Joe Carollo in
 7    that video states I know where this is coming from.  Today I
 8    was going to publicly announce issues in my district regarding
 9    Code and Building, and so that's what he says.  And so the next
10    Commission meeting in November, that little --
11              MR. PERTNOY:  Objection.
12              THE WITNESS:  -- the line in the agenda is there.
13              THE COURT:  Wait.
14              MR. PERTNOY:  Improper narrative at this point.
15              THE COURT:  Sustained.
16    BY MS. GOMEZ:
17    Q.    What happened at the next Commission meeting in November
18    after you filed the lawsuit?
19    A.    Nothing happens at the November meeting.
20    Q.    What happens in the February meeting?
21    A.    In the February meeting, Mr. Carollo spends about two
22    hours of time basically laying out his Code and Building issues
23    in District 3.
24    Q.    And did those Code and Building issues in District 3
25    involve you and Mr. Fuller?
```

```
1   A.    The majority of the properties were our properties, yes.

2   Q.    And what was being discussed during that Commission

3   meeting with respect to your properties?

4   A.    Many things were discussed.  I wish we had the time to

5   show you the whole thing, but the result of it was a resolution

6   from the Commission to give the authority to the city attorney

7   to do an investigation on a list of properties of which that

8   list of properties.

9            MR. PERTNOY:  Objection.

10            THE COURT:  Wait.  Grounds?

11            MR. PERTNOY:  Now he's beyond the scope of the

12   question.

13            THE COURT:  Sustained.
```

14  **BY MS. GOMEZ:**

```
15  Q.    Was there a list of properties mentioned at the February

16  Commission meeting?

17  A.    Commissioner Carollo --

18  Q.    Sorry, Mr. Pinilla.  Was there a list of properties

19  mentioned at the February Commission meeting?

20  A.    Yes.

21  Q.    And was the majority of the properties on that list yours?

22  A.    Yes.

23  Q.    And why was there a list of properties to begin with?

24            MR. PERTNOY:  Objection.  Calls for speculation.

25            THE COURT:  Sustained.
```

```
1    BY MS. GOMEZ:

2    Q.   What was being discussed was going to happen with those

3    list of properties?

4             MR. PERTNOY:  Objection.  Asking him to testify about

5    hearsay statements of others.

6             THE COURT:  Sustained.

7    BY MS. GOMEZ:

8    Q.   You said there was an investigation that was going to take

9    place.  Was it with respect to the list of properties?

10   A.   The ordinance specified an investigation on that list of

11   properties.

12   Q.   Now I want to show you Plaintiffs' Exhibit 305 which has

13   already been admitted into evidence, page 11.  Let me show you

14   the first page.  So do you recognize this?

15   A.   Yes.

16   Q.   And what is this a transcript of?

17   A.   These are transcripts of radio -- Spanish radio shows.

18   Q.   If we can turn to page 11.  Now, if you could just start

19   from the bottom up about seven to eight lines.  Can you read

20   for the jury?

21   A.   Especially when it comes to large groups that are trying

22   to buy the entire historical part of Little Havana to control

23   and split it into something very different from what it is

24   today.  Uh, they want --

25   Q.   Let me stop you right there.  Who is speaking?
```

```
 1   A.    This -- that I'm reading to you is a translation of Joe
 2   Carollo speaking in Spanish on the Raul Martinez show.
 3   Q.    Who is Mr. Carollo referring to when he says large groups
 4   that are trying to buy the entire historical part of Little
 5   Havana?
 6             MR. PERTNOY:  Objection.  Calls for speculation.
 7   Lack of personal knowledge.
 8             THE COURT:  Sustained.
 9   BY MS. GOMEZ:
10   Q.    Do you know who Mr. Carollo is referring to?
11             MR. PERTNOY:  Objection.  Calls for speculation.
12             THE COURT:  Overruled.
13             THE WITNESS:  I do.  When you read the rest of what
14   he said, it confirms who he's speaking about.
15   BY MS. GOMEZ:
16   Q.    And who's he speaking about?
17   A.    He's speaking about Bill and myself.
18   Q.    Okay.  And what is he accusing you of doing, if you can
19   keep reading?
20   A.    They want to de-Cubanize it, they want to de-Latinize it.
21   That is, I'm talking not only about getting Cubans out of here
22   but everything that is Hispanic with the exception a small of
23   group of well-connected Venezuelans who they're then allowing
24   to open something in their places.
25   Q.    If we could scroll to the next page.  Keep reading.
```

```
1    A.    Who have companies in all kinds of companies from Panama

2    or one whose father was a former Venezuelan ambassador to Cuba.

3    That's what I've been finding here because of all of this.

4    Q.    And who's he referring to when he says the father was a

5    former ambassador?

6              MR. PERTNOY:  Objection.  Calls for speculation.

7              THE COURT:  Overruled.

8              THE WITNESS:  That is Maria Woleska, the chocolate

9    tenant that we have in our building.

10   BY MS. GOMEZ:

11   Q.    Now, is this tame for Mr. Carollo?

12             MR. PERTNOY:  Objection, Your Honor.  Asking to

13   opine.

14             THE COURT:  Sustained.

15   BY MS. GOMEZ:

16   Q.    Have there been other radio shows where he has openly

17   accused you of being associated with the Venezuelan regime?

18             MR. PERTNOY:  Objection.

19             THE COURT:  Grounds?

20             MR. PERTNOY:  Speculation.  Facts not in evidence.

21             THE COURT:  Overruled.

22             MR. PERTNOY:  Lack of personal knowledge.

23             THE COURT:  Overruled.  If he knows.

24             THE WITNESS:  This is a letter that he has not only

25   said on various radio shows, but publicly on the Commission
```

```
 1   dais over the last five years over and over and over again
 2   including in this trial, he's defamed us.
 3           MR. PERTNOY:  Objection, Your Honor.  Again, this is
 4   now the third time I've asked about the witness pointing and
 5   threatening.
 6           THE WITNESS:  I did not point at him.
 7           THE COURT:  First of all, there's no one threatening
 8   anyone here.  For the record, and there's no one pointing
 9   anywhere here, as well.  Let's not make an accusation that's
10   not true on the record.  You may move forward with the next
11   question.
12   BY MS. GOMEZ:
13   Q.   Has Mr. Carollo's targeting of your businesses affected
14   your health?
15   A.   Most definitely.
16   Q.   Tell me some of the symptoms you've experienced.
17   A.   I've had panic attacks.  I've had lowering of my heartbeat
18   where I go to less than 40 -- 40 beats --
19   Q.   How does that make you feel?
20   A.   -- a minute.  That's caused by stress.  I've had --
21           MR. PERTNOY:  Objection.
22           THE COURT:  Wait.
23           MR. PERTNOY:  Calls for a medical conclusion.
24           THE COURT:  Overruled.
25
```

```
 1   BY MS. GOMEZ:
 2   Q.   How does it make you feel when your heart rate lowers to
 3   that low of a level?
 4   A.   I've got to sit down.  It's an episode that takes quite a
 5   long time.
 6   Q.   Does it cause chest pains?
 7   A.   Well, the chest pains are really from the panic attacks.
 8   The lowering of the heartbeat is a whole another sensation
 9   where you have to sit down and kind of breathe it out.  That
10   answers your question.
11   Q.   Have you -- do you have any skin issues?
12           MR. PERTNOY:  Objection, Your Honor.  Discussed at
13   sidebar.
14           THE COURT:  Sustained.
15   BY MS. GOMEZ:
16   Q.   What affect has the targeting of Mr. Carollo had on your
17   health with respect to your skin?
18   A.   I've always had an issue --
19           MR. PERTNOY:  Objection.
20           THE COURT:  Sustained.
21           MS. GOMEZ:  Hold on, Mr. Pinilla.
22   BY MS. GOMEZ:
23   Q.   Do you take any medication?
24   A.   Yes, I do.
25   Q.   What is it that you take this medication for?
```

```
 1              MR. PERTNOY:  Objection, Your Honor.  We discussed at

 2   sidebar, the issue of this.

 3              THE COURT:  Sustained.

 4   BY MS. GOMEZ:

 5   Q.   How else has your health been affected?

 6   A.   I've had to begin to take medication to deal with some of

 7   the issues.

 8              MR. PERTNOY:  Objection, Your Honor.

 9              THE COURT:  Sustained.

10              MR. PERTNOY:  Move to strike and ask for a curative.

11              THE COURT:  Sustained.  Wait, it's stricken from the

12   record.  Shall not be considered for this jury.  Next question,

13   counsel.

14   BY MS. GOMEZ:

15   Q.   If you could describe the symptoms that you've experienced

16   as a result of the health issues that you have?

17   A.   The attack on the skin creates itchiness, flakiness.  It

18   attacks the nails.  That turns into scabs, and if not treated,

19   it spreads across the whole body.  It starts in the extremities

20   like the knees, the feet, the elbows.

21   Q.   Is that painful?

22   A.   It's very painful.

23   Q.   And what causes that?

24   A.   And it looks horrible.

25              MR. PERTNOY:  Objection.  Asking for a medical
```

```
 1  opinion as to what is the cause.
 2            THE COURT:  Sustained.
 3  BY MS. GOMEZ:
 4  Q.   Have you noticed a connection?  Do you have flare-ups of
 5  this condition?
 6  A.   That's correct.
 7  Q.   And have you noticed a connection of when it flares up?
 8            MR. PERTNOY:  Objection.
 9            THE COURT:  Grounds?
10            MR. PERTNOY:  Speculation.  And, again, a medical
11  diagnosis is being asked for here connecting an event with a
12  medical event.
13            THE COURT:  Sustained.
14  BY MS. GOMEZ:
15  Q.   Have you suffered any psychological issues?
16            MR. PERTNOY:  Objection.  Again, calls for a medical
17  diagnosis.
18            THE COURT:  Sustained.
19  BY MS. GOMEZ:
20  Q.   Can you talk to us about any symptoms that you experience
21  as a result of Mr. Carollo's targeting?
22  A.   Sure.  I now live a life where I am constantly checking to
23  see if somebody's following me.  I'm always concerned that my
24  phone lines are tapped, that my office has wires in it.
25       I'm concerned about my children and their safety.  My --
```

```
 1                    MR. PERTNOY:  Objection, Your Honor.

 2                    THE COURT:  Sustained.

 3                    THE WITNESS:  My --

 4    BY MS. GOMEZ:

 5    Q.    Talk to us about other symptoms that you have experienced.

 6    What's your sleep like?

 7    A.    So --

 8                    MR. PERTNOY:  Objection.  Asked and answered.

 9                    THE COURT:  Sustained.

10    BY MS. GOMEZ:

11    Q.    Is there anything else that you would like to discuss with

12    respect to your health?

13    A.    Sleeping is so important for you, and my sleep over the

14    last five years --

15                    MR. PERTNOY:  Objection.  Non-responsive.

16                    THE COURT:  Overruled.

17                    THE WITNESS:  -- has been the type of sleep that

18    doesn't allow you to rest.  You are going to bed with racing

19    thoughts.  You are sleeping, you know, not profoundly.  You are

20    waking up in the middle of the night is a common effect -- is a

21    common occurrence.  3:00 in the morning, no problem.  Don't go

22    to sleep, and it's really, you know, this concept of everything

23    being taken away from you.  And so the only thing that I can

24    compare it to is when my aunt who's here --

25                    MR. PERTNOY:  Objection, Your Honor.
```

```
 1              THE WITNESS:  My father who's here --

 2              THE COURT:  Sustained.

 3   BY MS. GOMEZ:

 4   Q.   Mr. Pinilla, tell us, is there anything else that you want

 5   to explain in terms of the symptoms that you feel --

 6              MR. PERTNOY:  Objection.

 7   Q.   -- that have caused --

 8              MR. PERTNOY:  Asked and answered.

 9   BY MS. GOMEZ:

10   Q.   Is there anything else?

11              THE COURT:  Sustained.

12   BY MS. GOMEZ:

13   Q.   Mr. Pinilla, how do you feel today about your decision to

14   support Alfie Leon in the 2017 runoff election?

15              MR. PERTNOY:  Objection.

16              THE COURT:  Sustained.

17              MS. GOMEZ:  Your Honor, if I could have a minute?

18              THE COURT:  Sure.

19   BY MS. GOMEZ:

20   Q.   Mr. Pinilla, would you ever support another candidate like

21   that again?

22              MR. PERTNOY:  Objection.  Calls for speculation.

23              THE COURT:  Overruled.

24              THE WITNESS:  I would really have to -- really have

25   to think about it because of what has -- what we've endured for
```

1    the last five years nobody should endure.  And actually is a

2    big reason --

3              MR. PERTNOY:  Objection.

4              THE COURT:  Wait, wait.

5              MS. GOMEZ:  I'm sorry.  Hold on, Mr. Pinilla.

6              THE COURT:  Grounds?

7              MR. PERTNOY:  Beyond the scope of the question.

8              THE COURT:  Sustained.

9              MS. GOMEZ:  No further questions.

10             THE COURT:  Cross-examination?

11             MR. PERTNOY:  Your Honor, do you mind if we take a

12   comfort break and allow me to set up my box and the like?

13             THE COURT:  All right.  We'll be in break for at

14   least ten minutes.  Do not discuss this case with anyone.  Do

15   not formulate any opinion.  Thank you.

16             THE COURT SECURITY OFFICER:  All rise.

17             (Thereupon, the jury exited the courtroom.)

18             MS. GOMEZ:  Your Honor, I'm sorry.  How long is the

19   break?  I haven't seen their exhibits.

20             THE COURT:  Ten minutes.

21             MS. GOMEZ:  Ten minutes.

22                        (Short recess had.)

23             THE COURT:  You can bring the jurors, please.

24   Everyone can remain seated until the jurors are ready to

25   proceed.

```
 1                  THE COURT SECURITY OFFICER:  All rise.

 2                  THE COURT:  That was short.

 3                  (Thereupon, the jury entered the courtroom.)

 4                  THE COURT:  All right.  The members of the jury are

 5       all present and accounted for.  Please be seated, everyone.

 6                  Mr. Pertnoy, you may proceed with your

 7       cross-examination.

 8                  MR. PERTNOY:  Thank you, Your Honor.

 9                            -   -   -   -   -

10                  CROSS EXAMINATION OF MARTIN PINILLA

11       BY MR. PERTNOY:

12       Q.   Good afternoon, Mr. Pinilla.  How are you?

13       A.   I'm good.  How are you, Mr. Pertnoy?

14       Q.   Doing all right.  So I want to first talk a little bit

15       about your complaint because that's what we're actually here

16       on, so I want to kind of focus on that.

17            You understand that you are filing an individual complaint

18       against Commissioner Carollo, correct?

19       A.   Yes.

20       Q.   You're not suing on behalf of your businesses, correct?

21       A.   That's correct.

22       Q.   And separately, Mr. Fuller is bringing an individual

23       complaint against Mr. Carollo, correct?

24       A.   Yes.  We are suing in our individual capacity Joe Carollo

25       in his individual capacity.
```

1  Q.   Understood.  And so you have your own burden to make in

2  this case separate from Mr. Fuller's burden, correct?  You

3  understand that?

4  A.   I'm not an attorney.

5  Q.   But you understand that you're bringing an individual

6  claim for your alleged speech and the retaliation as a result

7  of your speech individually, correct?

8  A.   I guess.  I don't know the answer to that.

9  Q.   Okay.  Now, originally, you filed this complaint in this

10 action as a verified complaint.  Do you recall doing that when

11 you first filed this back in October of 2018?

12 A.   I'm not sure what verified means.

13 Q.   Sure.

14      MR. PERTNOY:  Well, can we just show to counsel and

15 to the witness DX 131?

16 **BY MR. PERTNOY:**

17 Q.   So, hopefully, in front of your screen you have DX 131

18 which is the verified complaint and demand for jury trial.  Is

19 that before you?

20 A.   No, sir.

21 Q.   I think it's there now, correct?

22      MS. GOMEZ:  Now it is.

23      MR. PERTNOY:  Thank you, counsel.

24 **BY MR. PERTNOY:**

25 Q.   All right.  So you see there, it's your verified complaint

1    and demand for jury trial and it's dated October 11, 2018,

2    correct?

3    A.    Okay.

4    Q.    And do you recall that being around the time that at the

5    Commission meeting, you or your counsel had that theatrical

6    show of serving Commissioner Carollo --

7              MS. GOMEZ:  Objection.  Argumentative.

8              THE COURT:  Sustained.

9    BY MR. PERTNOY:

10   Q.    You recall that was around the time that service was

11   attempted on Commissioner Carollo at the Commission meeting,

12   correct?

13   A.    What exactly is the question?

14   Q.    You understand that October 11, 2018, that was in and

15   around the time that your counsel or on behalf of you and

16   Mr. Fuller, attempted to serve -- have a process server serve

17   Commissioner Carollo with the complaint at the Commission

18   meeting, correct?

19   A.    Yes, there was a Commission meeting in October where this

20   lawsuit was served or attempted to be served upon Joe Carollo.

21   Q.    And if --

22             MR. PERTNOY:  Curtis, if you can go to the very last

23   page, page 49 of this document.

24   BY MR. PERTNOY:

25   Q.    You should see at the back of it says verification is page

```
 1   49 in front of you?

 2           MS. GOMEZ:  No.  Mr. Pertnoy?

 3   BY MR. PERTNOY:

 4   Q.   It's page 49 before you, sir.

 5           MS. GOMEZ:  Yes.

 6   BY MR. PERTNOY:

 7   Q.   And you can see it says verification at the top, sir?

 8   A.   Yes.

 9   Q.   Right below, it says:  I, Martin Pinilla, verify under

10   penalty of perjury, that I have read the above complaint and

11   its contents as to the allegations in the complaint of which I

12   have personal knowledge and verify that those allegations are

13   true and correct and as to any allegations stated in the

14   complaint of which I do not have personal knowledge, I verify

15   that I believe those allegations to be true based on the

16   specified information and documents contained in and attached

17   to the complaint.  Do you see that, sir?

18   A.   I do see that.

19   Q.   That's your signature there, sir?

20   A.   That's correct.

21   Q.   Can you go back to page 1 of the verified complaint?  And

22   what I want to draw your attention to in the verified complaint

23   is right in the middle of the first paragraph, and the

24   allegation states --

25           MS. GOMEZ:  Your Honor, improper examination.
```

1    There's no pending question for which the witness needs his

2    recollection refreshed to show him a document.

3              THE COURT:  All right.  Sustained.

**BY MR. PERTNOY:**

5    Q.   Do you recall the statement in the introduction paragraph?

6              MS. GOMEZ:  Mr. Pertnoy, if the exhibit could be

7    taken down?

8              MR. PERTNOY:  Can you take down the exhibit for the

9    moment, please?

**BY MR. PERTNOY:**

11   Q.   Do you recall stating in the verified complaint that an

12   allegation that said Carollo's actions designed to destroy

13   plaintiffs' business and reputation is pure political payback

14   targeting plaintiffs simply because they dare to support

15   Carollo's opponent in a runoff election and because they filed

16   an ethics complaint against Carollo?  You recall that being the

17   allegation?

18   A.   I recall something to that effect.

19   Q.   Okay.  And you also have that same exact allegation in the

20   second amended complaint which is the current version of this

21   complaint.  Do you recall that, sir?

22   A.   Yes.

23   Q.   Okay.  And so the first element of your entire claim

24   involves the concept of political speech, or political -- some

25   sort of First Amendment speech, correct?  You understand you

```
 1    have to have actually spoken or expressed something, correct,

 2    sir?

 3               MS. GOMEZ:  Objection.  Misstated the law.

 4               THE COURT:  Sustained.

 5    BY MR. PERTNOY:

 6    Q.   Now, in the second amended complaint, it says because they

 7    filed an ethics complaint against Carollo.  I'd like to show

 8    you DX 126 which is already in evidence.

 9               MR. PERTNOY:  So we can publish that to the jury,

10    please.

11    BY MR. PERTNOY:

12    Q.   Did you -- have you seen this document before, sir?  In

13    fact, they showed it to you in your direct examination if I'm

14    not mistaken?

15    A.   I have seen this document.

16    Q.   And at the top of it, it says complaint, and it says name

17    and it says Bill Fuller, care of the Barlington Group.

18    Do you see that, sir?

19    A.   Okay.

20    Q.   And then at the bottom, it is signed by Mr. Fuller.

21    Do you see that where the -- at the oath in Section 5,

22    do you see that?

23    A.   Yes.

24    Q.   What you don't see is your name on this document, but yet

25    you say in your complaint and you've testified here today that
```

1    you filed the ethics complaint as well, but your name is not on

2    this document, is it, sir?

3    A.   My name's definitely not on that document, but I'm not

4    exactly sure what section you're talking about in the complaint

5    that goes against the fact that an ethics complaint was filed

6    against Joe Carollo.

7    Q.   Understood.  But you have claimed that one of your

8    elements of speech in this case, aside from supporting Alfie

9    Leon with the political rallies, is that you filed an ethics

10   complaint against Commissioner Carollo, but the document

11   clearly shows that Bill Fuller, care of Barlington Group filed

12   the ethics complaint, and your name does not appear on this

13   document nor did you sign it, correct, sir?

14           MS. GOMEZ:  Objection.  Argumentative.

15           THE COURT:  Overruled.

16           THE WITNESS:  I'm not sure what your question is.

17   **BY MR. PERTNOY:**

18   Q.   You're claiming to have filed the ethics complaint, you

19   individually, Martin Pinilla, correct?

20   A.   That's said there.

21   Q.   What you testified to earlier today in your direct

22   examination, you said that you and Mr. Fuller filed the ethics

23   complaint?

24           MS. GOMEZ:  Objection.  Misstates the testimony.

25           THE COURT:  Sustained.

1    **BY MR. PERTNOY:**

2    Q.   You also state in your complaint that you -- that you and

3    Mr. Fuller, they, filed an ethics complaint?

4              MS. GOMEZ:  Objection.  Improper impeachment.

5              THE COURT:  Overruled.

6    **BY MR. PERTNOY:**

7    Q.   Did you individually, Mr. Pinilla, file the ethics

8    complaint?

9    A.   You have a form here that says this is the complaint form

10   for the ethics.  My name's not on it so I didn't -- the

11   attorneys are the ones that draft these complaints.  I reviewed

12   it and I signed to it.

13        If you want to get technical that I wasn't on there, that

14   in my personal capacity, I guess, then I did not file an ethics

15   complaint.

16   Q.   Okay.  Now, let's talk about the second element of speech

17   that you have claimed is the basis of retaliation.  It was the

18   ethics complaint which you just said technically you didn't

19   file, and now it's the support for Alfie Leon with the campaign

20   rallies, correct, sir?

21             MS. GOMEZ:  Objection.  Compound question.

22             THE COURT:  Sustained.

23   **BY MR. PERTNOY:**

24   Q.   Let's talk about the second element of the speech which is

25   the campaign rallies for Alfie Leon.  Do you recall testifying

```
 1  here today that your testimony was that you individually
 2  supported Alfie Leon, correct?
 3  A.   Both Bill and I supported him.
 4  Q.   Now, to be clear -- I'm sorry --
 5  A.   Individually, yes.
 6  Q.   So let's focus on that.  To be clear, you were asked about
 7  your campaign contributions.  Your campaign contributions were
 8  all in the form of giving through your limited liability
 9  companies, correct?
10          MS. GOMEZ:  Objection.  Misstatement of the law.
11          THE COURT:  Sustained.
12  BY MR. PERTNOY:
13  Q.   I'll re-ask the question.  The campaign contributions that
14  you made to the Alfie Leon campaign were made by limited
15  liability companies, correct?  Not you individually?
16  A.   No, that's not correct.  In the runoff, I made many
17  expenditures with my own credit card to buy the lion costumes,
18  to pay for the paella.
19  Q.   And so -- so those expenditures you would expect as
20  required by law would be on the reports filed by Mr. Leon,
21  correct?
22          MS. GOMEZ:  Objection.  Legal conclusion.
23          THE COURT:  Sustained.
24          MR. PERTNOY:  Let's start with DX 186, please.
25  Please don't publish it yet.  Any objection to the DX 186?
```

1          MS. GOMEZ:  Yes, Your Honor.  We object based on

2    relevance.  It's also never been disclosed to us until I think

3    3:17, 20 minutes ago.

4          MR. PERTNOY:  That is not the case.  This was listed

5    on our exhibit list during the -- and they don't have an

6    objection on it with respect our Defendant's Exhibit index.

7          THE COURT:  Overruled.  It's overruled.

8          MR. PERTNOY:  May I publish it, Your Honor?

9          THE COURT:  I said it's overruled.  Yes.

10         MR. PERTNOY:  Yes.  Request please publish it to the

11   jury, please?  Seek to admit it as evidence.

12         THE COURT:  Granted.

13              (Defendant's Exhibit 186 Received.)

14   **BY MR. PERTNOY:**

15   Q.   So this is the campaign treasury report which itemizes the

16   contributions for Alfie Leon for November 4, 2017 to

17   November 16, 2017.  If you can turn to page 15, please -- or

18   sorry, not page 15, page 2.

19        If you look at item number 15, do you see that, Altos

20   Mexicanos, that's one of your entities, correct?  Or is that

21   one of Mr. Fuller's entities?

22   A.   That's a company I'm associated with.

23   Q.   It is?

24   A.   Yes.

25   Q.   So as you can see, it was a corporate contribution here,

```
 1   not an individual contribution, correct?
 2   A.    In this particular case, yes.
 3   Q.    In fact, what I'd like to do --
 4         MR. PERTNOY:  If I may approach, Your Honor, to save
 5   a little time is may I hand my document to the witness and I'd
 6   ask him to review it to see if his name individually appears on
 7   the campaign treasury report?
 8         MS. GOMEZ:  Your Honor, we object.  It's improper use
 9   of the document.  It's an improper legal conclusion because the
10   contributions doesn't have to be in his individual name.
11         THE COURT:  I understand.  You can have a redirect.
12   You can approach him.  Go ahead, sir.
13         MR. PERTNOY:  Thank you, Your Honor.
14         THE WITNESS:  What would you like me to do with this?
15   BY MR. PERTNOY:
16   Q.   I'd like you to look through the treasury report and see
17   if your name individually appears as a contribution, or if it's
18   only contributions through entities affiliated with yourself or
19   Mr. Fuller.
20   A.    Is it in alphabetical order?
21   Q.    I believe it is.
22   A.    A lot of pages here.  I don't see my name here.
23         MR. PERTNOY:  May I approach, Your Honor?
24         THE COURT:  Sure.
25         MR. PERTNOY:  Take the document back.  Thank you.
```

1   **BY MR. PERTNOY:**

2   Q.   So, to be clear, the campaign treasury report filed by

3   Mr. Leon for November 4, 2017 through November 16, 2017 does

4   not list any contributions by yourself individually, correct?

5            MS. GOMEZ:  Objection.  Relevance.  Misstates the

6   law.

7            MR. PERTNOY:  I'm not stating the law.

8            THE COURT:  I'm sustaining the objection.

9   **BY MR. PERTNOY:**

10  Q.   Furthermore, you testified that you made in kind

11  contributions to the campaign, correct, sir?

12  A.   I'm not sure I ever testified that I made in kind

13  contributions to any campaign.  I just said that I created a

14  multifaceted campaign to support Alfie Leon by creating

15  content, flyers, throwing rallies, buying costumes.  It was

16  never a paid contribution to any campaign.  It was my own

17  campaign.

18  Q.   You understand that if it's for the benefit of a

19  candidate --

20           MS. GOMEZ:  Objection.  Argumentative.

21           THE COURT:  Let him finish asking the question.

22  **BY MR. PERTNOY:**

23  Q.   It needed to be a reported as a contribution to the

24  candidate?

25           MS. GOMEZ:  Objection.  Relevance.  Legal conclusion.

```
 1              THE COURT:  Sustained.
 2   BY MR. PERTNOY:
 3   Q.   So to be clear, you did not individually give money to the
 4   Leon campaign, correct?
 5              MS. GOMEZ:  Your Honor, objection.  Relevance.  Legal
 6   conclusion.  This is the third time.
 7              THE COURT:  Sustained.
 8   BY MR. PERTNOY:
 9   Q.   You understand the difference between individuals and
10   LLCs, limited liability companies, correct, sir?
11              MS. GOMEZ:  Objection.  Same.
12              THE COURT:  Overruled.  He can answer the question.
13              THE WITNESS:  I know that one's a company and one's
14   an individual.
15              MR. PERTNOY:  Sure.
16   BY MR. PERTNOY:
17   Q.   And, in fact, as a real estate developer, I believe is it
18   fair to say that all of your real estate holdings are held by
19   different limited liability companies or corporations as
20   opposed to you individually?
21   A.   For the most part.
22   Q.   And you understand that with limited liability companies,
23   they can open checking accounts, correct?
24   A.   Yes.
25   Q.   They can make charitable contributions or political
```

```
 1   contributions, correct?
 2           MS. GOMEZ:  Objection, relevance.  Opening the door
 3   to economic damages.
 4           THE COURT:  Sustained.
 5   BY MR. PERTNOY:
 6   Q.   You understand that limited liability companies can be
 7   sued, correct?
 8           MS. GOMEZ:  Objection.  Relevance.
 9           THE COURT:  Sustained.
10   BY MR. PERTNOY:
11   Q.   Let's talk about the rally.  The rally you indicated was
12   held on a property owned by one of your LLCs, correct?
13   A.   That's correct.
14   Q.   So it was not something that was owned by you
15   individually.  It was owned by an entity, correct?
16           MS. GOMEZ:  Objection.  Misstates the testimony.
17           THE COURT:  Overruled.  He can answer the question.
18           THE WITNESS:  The parking lot where the rally was
19   held was owned by an entity called 1393 LLC that was wholly
20   owned by Bill and myself.
21   BY MR. PERTNOY:
22   Q.   Understood.  But it's a limited liability company which
23   means the entity has the ability, as we've discussed, to open a
24   checking account, write checks, sue, be sued, correct, sir?
25           MS. GOMEZ:  Objection.  Relevance.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. PERTNOY:
 3   Q.   So the property was owned by 1393 LLC, and I think you
 4   also testified that the rallies themselves were put on or
 5   hosted by Jenny Lee Molina, correct?
 6   A.   I'm not sure I said that.  I think I said it was organized
 7   in conjunction with her.
 8   Q.   You were shown PX 315.  Can you tell -- please put up on
 9   the screen and publish PX 315.  So you recall seeing this
10   document, PX 315, in your direct testimony?
11   A.   Yes.
12   Q.   And this is a Facebook advertisement for the rally on
13   November 18th, is that your understanding?
14   A.   Yes, it's a campaign, yes.
15   Q.   Understood.  And if you scroll to the second page, please,
16   and if you look at the boosted by, that's the person who
17   published this document, correct?
18   A.   Yes.
19   Q.   And that's Jenny Lee Molina, correct?
20   A.   Right.
21   Q.   You are not listed here, correct?
22   A.   I don't see my name on this document, no.
23   Q.   Nor is Mr. Fuller, correct?
24   A.   I don't see his name.
25              MR. PERTNOY:  Can we go to PX 314, which I believe is
```

1  also in evidence.  I believe it's in evidence but --

2          MS. GOMEZ:  We don't have an objection, Your Honor.

3          MR. PERTNOY:  Thank you.  Can you publish it, please?

4  Thank you.

5  **BY MR. PERTNOY:**

6  Q.   Now, this is another advertisement for the Leon rally,

7  correct?

8  A.   That was the flyer that was prepared for as an invitation

9  to the rally, yes.

10 Q.   And what I'd like you to do is go to the very bottom and

11 enlarge that, please?  There we go.  And it says at the bottom,

12 independent expenditure paid for by Jenny Lee Molina.

13 Do you see that, sir?

14 A.   Yes.

15 Q.   So, again, this was a rally that was put on by Jenny Lee

16 Molina and the Facebook ad and the poster were all by Jenny Lee

17 Molina, correct, sir?

18 A.   This just talks about the creation of the flyer.  Not the

19 who paid for the rally.

20 Q.   I see.  Now, it doesn't say on this flyer here anywhere --

21 please keep that up -- nowhere on the rally does it's say

22 hosted by Martin Pinilla and William Fuller, correct?

23 A.   I don't see that there, no.

24 Q.   In fact, during your counsel's opening statements and then

25 on Friday when Ms. Bernheim testified, the testimony and the

1  opening statement was that you and Mr. Fuller wanted to keep

2  your support of Alfie Leon a secret, correct, sir?

3  A.   I don't remember her testimony, but if we're hosting an

4  event on our property, I don't know how secret it could be.

5  Q.   Well, when you went to the event, we've seen the videos --

6  you can take that down, please.  We've seen the videos.  On the

7  video, nowhere does it say hosted by William Fuller and Martin

8  Pinilla, correct?

9  A.   The only reason Carollo knew that we were involved in the

10  hosting was because --

11        MR. PERTNOY:  Move to strike as unresponsive.  It was

12  a yes or no, Your Honor.

13        THE COURT:  I'm going to sustain the objection.

14  Also, listen to the question being asked of you, Mr. Pinilla,

15  as well.  Go ahead.

16        THE WITNESS:  Yes, sir.

17  **BY MR. PERTNOY:**

18  Q.   So, again, the question was when we've seen the videos,

19  we've seen the pictures of the rally.  Nowhere at the rally

20  does it say hosted by Martin Pinilla and William Fuller,

21  correct, sir?

22  A.   That's correct.

23  Q.   So the rally is on your LLC's property, and it is being --

24  all the documentation that we've seen all show that Jenny Lee

25  Molina is hosting the rally, is that correct, sir?

```
 1   A.   I don't know if it's on all, but the ones you showed me,

 2   yes.

 3   Q.   And so there's nothing that's being held out to the public

 4   that we have seen, or that you have testified to that shows

 5   that you or Mr. Fuller are individually doing anything

 6   associated with this rally, is that correct, sir?

 7            MS. GOMEZ:  Objection.  Misstatement of the law, and

 8   relevance.

 9            THE COURT:  Sustained.

10            MR. PERTNOY:  Your Honor, what is this?  It's not a

11   legal question.

12            MS. GOMEZ:  Objection.  Argumentative.

13            THE COURT:  I sustained the objection.  You can

14   rephrase the question.

15            MR. PERTNOY:  Sure.

16   BY MR. PERTNOY:

17   Q.   Is there -- you have not testified to any document that

18   shows that you or Mr. Fuller individually hosted these rallies,

19   correct, sir?

20            MS. GOMEZ:  Objection, relevance.  Misstatement of

21   the law.  This is about the fifth or sixth time.

22            THE COURT:  Overruled.  He can answer.

23            THE WITNESS:  Actually, when they showed me the video

24   on my testimony, I explained how the video was being held in

25   various buildings that we own.
```

```
 1    BY MR. PERTNOY:

 2    Q.   Now, those buildings that you own, those are also owned by

 3    LLCs, not you individually, correct, sir?

 4              MS. GOMEZ:  Objection.  Relevance.

 5              THE COURT:  Sustained.

 6    BY MR. PERTNOY:

 7    Q.   The picture -- the video you showed -- you saw the video.

 8    They played the video.  And the video were of your buildings

 9    throughout the video, correct, sir?

10    A.   Let me just clarify the point --

11              MR. PERTNOY:  It's a yes or no question, Your Honor.

12              THE COURT:  Overruled.

13              THE WITNESS:  There's video of residents speaking and

14    they are sitting inside of buildings that we own, our

15    properties.

16    BY MR. PERTNOY:

17    Q.   And when you say our properties, you do not own those

18    properties individually.  You own them --

19              MS. GOMEZ:  Objection.

20    Q.   -- and hold them in an LLC, correct?

21              MS. GOMEZ:  Objection, relevance.  Misstatement of

22    the law.

23              THE COURT:  Overruled.

24              THE WITNESS:  We just went to explain that we hold

25    most of our properties in an LLC.
```

```
 1   BY MR. PERTNOY:

 2   Q.   So the sitting of -- somebody sitting in the cigar shop

 3   with the Alfie Leon sign that we saw, that would be a building

 4   that is owned by one of your LLCs, correct?

 5          MS. GOMEZ:  Objection.  Relevance.

 6          THE COURT:  Overruled.

 7          THE WITNESS:  That's correct.

 8   BY MR. PERTNOY:

 9   Q.   So with respect to the rally itself, is there any public

10   notice that you can testify to that shows to the public that

11   Martin Pinilla is hosting this rally?

12          MS. GOMEZ:  Objection.  Misstatement of the law.

13          THE COURT:  Sustained.

14   BY MR. PERTNOY:

15   Q.   When you testified -- you were at the rally on the 18th,

16   correct, sir?

17   A.   Yes.

18   Q.   Were you there wearing an Alfie Leon T-shirt?

19   A.   I don't remember.

20   Q.   Were you there -- I think you testified you were just

21   there passing by at that point in time?

22          MS. GOMEZ:  Objection.  Misstatement of the

23   testimony.

24          THE COURT:  Overruled.  He can answer if he knows.

25          THE WITNESS:  What I testified was when they showed
```

```
1    me the video, it showed that my car was parked just behind the
2    rally in the parking lot and I was there for -- I didn't say
3    this, but I'm attesting to it now.  I was there for the entire
4    time.
5    BY MR. PERTNOY:
6    Q.   The entire time.  And so the rally as you testified was
7    shut down because there was no permit that was pulled, a
8    special event permit, correct, sir?
9    A.   The violation shows a requirement for a Class I special
10   permit.  I'm not sure if that's a Special Event Permit or not.
11   Q.   Did you -- as the -- did you pull a permit for that event?
12   A.   There was no need for a permit.
13   Q.   There was no need for the permit despite the fact that
14   you were -- the rally was cited for not having a permit and you
15   then paid the fine, correct, sir?
16   A.   It's my belief that the violation was bogus and improperly
17   cited, and we paid it because to contest it, it would have
18   interfered with the sale of the property that we were having in
19   the next coming weeks.  It was a business decision that we
20   made.
21   Q.   So your belief is that it's bogus, is that your testimony,
22   if I heard you correctly?
23   A.   Bogus.
24   Q.   I see.  So you are the arbiter of what is --
25            MS. GOMEZ:  Objection.  Argumentative.
```

1         THE COURT:  Sustained.

2    BY MR. PERTNOY:

3    Q.   So you also testified with respect to the election.  That

4    but for the election being -- the rallies being shut down,

5    Mr. Leon may have won the election, correct, sir?

6    A.   If you're asking me that -- can you repeat the question?

7    I just want to hear that clearly.

8    Q.   Sure.  You testified previously that -- I think your

9    testimony here today was that but for the rally being shut

10   down, Mr. Leon may have won the election, correct?

11   A.   Yes, that's my testimony.  It was shut down twice and if

12   we weren't shut down, there's a good chance he would have won.

13   Q.   I think you testified that -- and the evidence has shown

14   that the victory, the difference in votes was about 250 votes,

15   correct, sir?

16   A.   Yes.

17   Q.   All right.  Now, isn't it true that on November 18th, and

18   November 19th, there was only 214 early votes cast at the early

19   voting center for the Hispanic Branch Library?

20        MS. GOMEZ:  Objection.  Speculation.  Facts not in

21   evidence.

22        THE COURT:  Overruled.  If he knows.

23        THE WITNESS:  I'm not aware of that fact, no.

24   BY MR. PERTNOY:

25   Q.   So even under your theory, even if we were to assume that

1    all 214 votes would have gone Leon's way, that still would not

2    have changed the results of the election?

3           MS. GOMEZ:  Objection.  Counsel is testifying to

4    facts that are not in evidence.  They haven't been established.

5           THE COURT:  Sustained.

6    **BY MR. PERTNOY:**

7    Q.   So you testified earlier about permits and that I think

8    you said you know generally what needs to be done to pull a

9    permit, correct, sir?

10   A.   I said I have a basic understanding.

11   Q.   And I think you went through and you testified that I

12   think your testimony was the first step is you have to design

13   plans with an architect and submit those plans to the city,

14   correct?

15   A.   Yes.

16   Q.   And then, thereafter, the city has to review those plans,

17   correct?

18   A.   Yes.

19   Q.   And then the city comes back with comments, and that has a

20   back and forth process is what I think you said with the city,

21   correct?

22   A.   Yes.

23   Q.   And then once the plans are all gone through the back and

24   forth and all the comments, then once they're all correct, then

25   the permit gets issued, correct?

```
 1   A.    That's my understanding.
 2   Q.    And then thereafter, the GC you testified pulls the
 3   permit, and then as work is being done, the GC calls out to the
 4   city to do inspections as you go, correct, sir?
 5   A.    Yes.
 6   Q.    And is it your testimony here today that that is the
 7   process that you always follow with respect to your properties?
 8   A.    We definitely try, yes.
 9   Q.    That wasn't my question.  Is that the process that you
10   follow with respect to your properties or not?
11              MS. GOMEZ:  Objection.  Asked and answered.
12              THE COURT:  Sustained.
13   BY MR. PERTNOY:
14   Q.    You would agree with me that as a builder and as a real
15   estate developer, you have to follow the rules, correct?  You
16   have to follow the Florida Building Code, you have to follow
17   the City of Miami Code, the Miami-Dade Code?  You have to
18   follow those things, correct?
19   A.    Yes.
20   Q.    And you're not -- and so part of that process -- and I
21   want to show you -- we've talked a little bit about it.  You're
22   familiar with the Florida Building Code, correct, sir?
23   A.    The book that you showed everybody?
24   Q.    Yes, the big book.
25   A.    I've never seen it before in my life.
```

1    Q.   You're generally familiar that that book is the book and

2    the books that tell you how to build properties, renovate

3    properties so that you're in compliance with the laws of the

4    State of Florida, correct, sir?

5              MS. GOMEZ:  Objection.  Asked and answered.

6              THE COURT:  Sustained.

7              MR. PERTNOY:  I'd like to publish to the witness and

8    publish to counsel the Florida Building Code Sixth Edition,

9    2017.

10             MS. GOMEZ:  Your Honor, we do object.  The witness

11   has already said he has no personal knowledge of this building

12   code.

13             THE COURT:  Wait till the question is being asked,

14   okay?

15   **BY MR. PERTNOY:**

16   Q.   So isn't it true -- if you can go to page 4 so the witness

17   can see where I'm at.  Section 105, concerning permits.  All

18   right.  And if you look at Section 105.1, do you see that, sir?

19   Is it on your screen, 105.1, it says required and it talks

20   about permits?

21   A.   Okay.

22   Q.   So isn't it true that any owner who intends to

23   construct --

24             MS. GOMEZ:  Objection, Your Honor.  Counsel's

25   testifying and putting a document in evidence that's not in

```
 1    evidence.  The witness has said that he has no personal

 2    knowledge of this document.

 3              THE COURT:  Sustained.

 4    BY MR. PERTNOY:

 5    Q.   You understand --

 6              THE COURT:  Ask the question, sir.

 7              MR. PERTNOY:  Excuse me?

 8              THE COURT:  You can rephrase and ask your question.

 9              MR. PERTNOY:  Will do.

10    BY MR. PERTNOY:

11    Q.   You understand that all your projects when you're pulling

12    permits is done pursuant to the Florida Building Code, correct?

13    A.   I'm not aware of that.

14    Q.   So you're not aware that the Florida Building Code

15    requires you to pull permits before you commence a project?

16    A.   No.  I just know the City of Miami requires permits.

17    Q.   And you're aware that the City of Miami has adopted the

18    Florida Building Code?

19              MS. GOMEZ:  Objection, Your Honor.  Asked and

20    answered.

21              THE COURT:  Sustained.

22              MS. GOMEZ:  Your Honor, if we take down the exhibit?

23    There's no question to refresh the recollection of the witness.

24              THE COURT:  All right.  It shall be removed from the

25    screen.
```

1   **BY MR. PERTNOY:**

2   Q.   You understand under the Miami City Code, that there's a

3   fee schedule that's associated with pulling permits?

4   A.   I've never seen the fee schedule, no.

5   Q.   So you're not familiar in any way, shape or form that you

6   have to pay fees?

7        MS. GOMEZ:  Objection.  Argumentative and asked and

8   answered.

9        THE COURT:  Sustained.

10  **BY MR. PERTNOY:**

11  Q.   So you talked about the Tower Hotel, correct, in your

12  testimony, so let's talk about Tower Hotel.

13       And I think you testified earlier that you purchased the

14  property in or around May 21, 2012, is that correct, sir?

15  A.   I'm not sure if I said the exact date.  I think I said

16  May, 2012.

17  Q.   Fair enough.  And when -- I think you testified that when

18  you purchased the property, it was generally in decent

19  condition, correct?

20       MS. GOMEZ:  Objection.  Mischaracterizes testimony.

21       THE COURT:  Overruled.  He can answer the question.

22       THE WITNESS:  What I said was that the current owner

23  owned and managed the property and would take care of the

24  property, so it wasn't necessarily in shambles if that's what

25  you're asking.

1   **BY MR. PERTNOY:**

2   Q.   And then after the closing, the idea and the plan was for

3   you to renovate the property, correct?

4   A.   Restoration, preservation of the property.

5   Q.   Sure.  And was there a budget that you all planned for as

6   far as what this would cost to renovate the project?

7            MS. GOMEZ:  Objection.  Relevance, and opening the

8   door to economic damages.

9            THE COURT:  All right.  Sustained.

10           MR. PERTNOY:  Can we go to DX 63 which is already in

11  evidence?  Can we publish DX 63?

12  **BY MR. PERTNOY:**

13  Q.   So, DX 63 is the June 5, 2012 first notice where you --

14  where the property was cited for failure to obtain required

15  work permits.  Do you see that right there in the middle

16  section?  Can you blow that up and make that a little larger,

17  please?

18  A.   This is a document that I never received, but if you want

19  me to read it, I can read it.

20  Q.   Sure.

21  A.   What part?

22  Q.   The middle section where it has the violation reference

23  numbers and you see there's one that says 7601, failure of

24  owner/tenant to obtain required permit.  Do you see that?

25  A.   Okay.

```
1   Q.   And then --

2   A.   Yes, I do see that.

3   Q.   Right below that, it says failure reference 7605, failure

4   to comply with lawful Stop Work Stop order.  Do you see that,

5   sir?

6   A.   Yes.

7   Q.   And then below in the description, it says work without

8   permits concealed after Stop Work Order was issued renders this

9   hotel an unsafe structure.  Do you see that, sir?

10  A.   I read it, yeah.

11  Q.   Now, if we turn to the second -- third page of this

12  document, page 3.

13  A.   You have got to read the rest of that sentence.

14  Q.   There's no question pending.

15  A.   Where it tells you how to come into compliance.

16            MR. PERTNOY:  Move to strike.

17            THE COURT:  Stricken.

18  BY MR. PERTNOY:

19  Q.   So this is the Tower Hotel, correct, sir?  You recognize

20  that as the Tower Hotel?

21  A.   Yes.

22  Q.   And is that what the Tower Hotel looked like on or about

23  May 31, 2012?

24  A.   Yes.

25  Q.   You have no reason to believe that these documents -- that
```

```
 1    these photos are -- strike that.
 2         These -- any reason to believe these pictures were not
 3    taken on May 31, 2012?
 4    A.   I didn't take the pictures, but it looks around that era,
 5    yes.
 6    Q.   So let's go to picture number 6.  So this is an interior
 7    shot of the Tower Hotel, and you can see there is debris,
 8    correct?  Do you see that, sir?
 9    A.   Yes.
10    Q.   And there's -- is this the condition of the hotel prior to
11    your purchase, or is this part of the demolition that you had
12    commenced at this point in time?
13    A.   This picture here looks -- what's the question again?
14    Q.   Is this part of the demolition that you were discussing in
15    your testimony that you had commenced after closing on the
16    hotel?
17    A.   Yes.
18    Q.   Okay.  And if we go to page 9.  Again, this is another
19    area nearby where parts of the walls have been ripped off, is
20    that correct, sir, as part of the demo?
21    A.   That what it looks like.
22    Q.   Okay.  And page 13, please.  And, again, these pictures,
23    more -- these were the garbage bags that your counsel was
24    asking about where you were filling them up with debris from
25    the demo, correct?
```

```
 1                    MS. GOMEZ:  Objection.  Mischaracterizes counsel's --
 2                    THE COURT:  Sustained.
 3    BY MR. PERTNOY:
 4    Q.    Do you recognize these garbage bags as being garbage bags
 5    full of demolition debris?
 6    A.    I think they could have been that, or they could have been
 7    other garbage that the owner left behind.
 8    Q.    Let's go to number 15, page 15.  And you can see here more
 9    garbage bags with planks of wood sitting out, and some more
10    planks of wood over by the wall at the end.  Do you see that,
11    sir?
12    A.    Yes.
13    Q.    And you can see there used to be -- looks like there may
14    have been a wall.  Is this one of the walls that you talked
15    about demoing what used to be a room near the elevator shaft?
16    A.    Looks like it.
17    Q.    And if you turn to page 18, please.  This looks to be
18    some -- a portion of the ceiling that's exposed.  Is this more
19    part of the demolition of that -- of one of the rooms?
20    A.    It's tough to tell, but probably.
21    Q.    Okay.  And if you go to page 19, please.  This is again
22    images of more demolition materials that were being done as
23    part of the demolition at this time, correct?
24                    MS. GOMEZ:  Objection, Your Honor.  Lack of
25    foundation and lack of personal knowledge.
```

```
 1              THE COURT:  Overruled.  If he knows.

 2              THE WITNESS:  Looks like it.

 3    BY MR. PERTNOY:

 4    Q.   Go to page 21, please.  Again, this is another hallway

 5    with more demolition materials being piled up from the

 6    commencement of the demolition, correct, sir?

 7    A.   That could be a mix of all the garbage and some

 8    demolition.

 9    Q.   Page 23, please.  Again, you can see more wood and wall

10    materials, and some other materials down the hallway.  All part

11    of the demolition, correct, sir?

12    A.   Okay.  What's -- yes.

13    Q.   Can you go to page 28?  So, again, this is another image

14    of demolition, looks like to be in a stairwell area because you

15    can see the banisters.  Do you see that, sir?

16    A.   Yes.

17    Q.   Is that more of the demolition that you discussed

18    previously commencing after the purchase of the property?

19    A.   Looks like that, or more construction debris, yeah.

20    Q.   Page 11.  I'm sorry, page 29.  And here, looks like more

21    demo, and then exposing some of the wiring because you

22    testified that eventually, you all were going to replace all of

23    the wiring in the building, correct, sir?

24    A.   I don't think there's any demolition of wires.  I think

25    that's -- that was the condition of the hotel when we bought
```

 1    it.

 2    Q.   Okay.  Page 32.  Again, this is another area, another room

 3    where you're removing the wall areas to get to the plumbing and

 4    the electrical and the like as part of demo, correct, sir?

 5              MS. GOMEZ:  Objection.  Counsel's testifying.

 6              THE COURT:  Overruled.  It was a question.  He can

 7    ask if he knows the answer.  He can respond to it.

 8              THE WITNESS:  Repeat the question, please.

 9    **BY MR. PERTNOY:**

10    Q.   Again, this is another image of the demolition that you've

11    discussed occurring after the purchase of the property?  Looks

12    like here, the walls have been removed to get access to the

13    piping, the electrical, the plumbing, et cetera, correct, sir?

14    A.   I'm not sure why the walls were removed.

15    Q.   That would be part of the demolition process, correct?

16    A.   I don't really handle that, but under the definition of

17    demolition, it looks like it.

18              MS. GOMEZ:  Your Honor, objection.  Lack of personal

19    knowledge.

20              THE COURT:  Overruled.

21    **BY MR. PERTNOY:**

22    Q.   If we go to page 38, please.  Should be the last page of

23    the -- one more.  There we go.  And again, this would be more

24    demolition that was occurring on site including looks like

25    drywall, or some sort of roofing material or some sort of

1    ceiling material?  Is that your understanding of what was

2    occurring?

3    A.    I have no idea what kind of material that is.

4    Q.    But it's more -- it's part of the demolition process that

5    was commencing?

6            MS. GOMEZ:  Objection.  Asked and answered.  Lack of

7    personal knowledge.

8            THE COURT:  Overruled.  If he knows.

9            THE WITNESS:  I think you showed me this picture

10   already once before.

11   **BY MR. PERTNOY:**

12   Q.    So those pictures were from May 31st, and then it was on

13   June 5th that you received -- that you claimed to have not

14   received the notice from the city indicating that the work was

15   being done without a permit, correct, sir?

16   A.    Well, the letter was dated June 5th and it was sent to no

17   addresses that were tied to us.  And -- and so no, I did not

18   receive that letter.

19   Q.    But your testimony is -- and I think you were shown and I

20   think it was on page 10, you testified that starting on June

21   6th, you commenced to pull a permit for the work after this

22   June 5th notice, correct, sir?

23   A.    I think I had a permit in hand on June 6th, so that means

24   that maybe that process started before that, but if you want to

25   show me something, I'm happy to take a look at it.

1              MR. PERTNOY:  So can you pull up Plaintiffs' 453 and

2    I think it's page 10.  It's been admitted.  Page 10 has been

3    admitted into evidence.

4    **BY MR. PERTNOY:**

5    Q.   So I'd like to -- it was shown in your direct testimony.

6    A.   Maybe I'm off with the dates.  It was a long time ago.

7              MR. PERTNOY:  So can you make it a little larger so

8    the jury and the witness can see the document, please?

9    **BY MR. PERTNOY:**

10   Q.   So this was shown to you in your direct examination, and

11   if you look at the bottom, you'll see that that's your

12   signature at the bottom right there?  Stop, please.  That's

13   your signature right there, correct?

14   A.   Yes.

15   Q.   And then if you go to the bottom, you see there's a date

16   of June 8th, and then permit authorized on June 12, 2012.

17   Do you see that, sir?

18   A.   Okay.

19   Q.   Does that refresh your recollection that you obtained a

20   permit on or about June 12, 2012?

21   A.   That's what that says.  That does refresh my recollection.

22   Thank you.

23   Q.   So if we -- having looked at the May 31st photos, you

24   started demolition without permits, and then after the city

25   noticed that you were doing work without a permit, and issued a

```
 1    notice on June 5, 2012, by June 12, 2012, you had pulled a
 2    permit to fix the fact that you hadn't pulled a permit to
 3    commence the work, correct, sir?
 4    A.   That's correct.
 5    Q.   And so let's look at the -- please keep it up, please.
 6    The general information with respect to this permit.  Because
 7    from the pictures, it looks likes there was a substantial
 8    amount of demolition that had occurred, correct, sir?
 9              MS. GOMEZ:  Objection.  Characterizing the
10    photograph.
11              THE COURT:  Sustained.
12    BY MR. PERTNOY:
13    Q.   Zoom in on the section that says general information,
14    please.  So right here, you write in the general information
15    that this is a permit that you're seeking for partial
16    demolition/individual repair with the total remodeling cost to
17    be $2,500, correct, sir?
18              MS. GOMEZ:  Objection.  Misread of the document.
19              THE COURT:  Sustained.
20    BY MR. PERTNOY:
21    Q.   I'll re-read the document.  So the job description says
22    partial demo.  Do you see that?
23    A.   Yes.
24    Q.   And demo stands for demolition?
25    A.   That's a shortened version of it.
```

```
 1   Q.   And then it says slash, and then it says incidental
 2   repair.  Do you see that, sir?
 3   A.   Yes.
 4   Q.   I read that correctly at this time?
 5   A.   I guess you did.
 6   Q.   And the remodeling total cost was only $2,500.  Do you see
 7   that, sir?
 8   A.   Yes.
 9   Q.   So you're representing to the City of Miami, the Building
10   Department, that all of the demolition that you're doing in a
11   50-room hotel as it says here in units was only going to cost
12   $2,500?
13           MS. GOMEZ:  Objection.  Mischaracterizes the
14   application.
15           THE COURT:  Overruled.
16           THE WITNESS:  It was partial demolition.  It wasn't a
17   big job.
18   BY MR. PERTNOY:
19   Q.   I think the pictures differ, don't they, sir?
20   A.   This was --
21           MS. GOMEZ:  Objection.  Argumentative.
22           THE COURT:  Sustained.
23   BY MR. PERTNOY:
24   Q.   So that is the permit that you pulled on June 12, 2012 for
25   in the amount of $2,500 work for demolition materials and
```

```
 1  incidental repair.
 2          MR. PERTNOY:  Now, I'd like to go to page 1 of this
 3  document.  Any issue with the -- first please take it off the
 4  before we publish it to the jury.  Any issue with page 1?
 5          MS. GOMEZ:  Yes, Your Honor.  It's outside the scope
 6  of our direct examination.  Counsel only agreed to the
 7  admission of page 10 of this document.
 8          THE COURT:  That's correct.  So the objection is
 9  sustained.
10          MR. PERTNOY:  Okay.  No problem.
11  BY MR. PERTNOY:
12  Q.   So can we go to DX 64 which is already in evidence.  So,
13  this is another Stop Work Order that you received on June 25,
14  2012, correct, sir?
15  A.   That's what it says.
16  Q.   And this is one that you can concede receiving, correct,
17  sir?
18  A.   I'm not sure if I did.
19  Q.   No problem.  Now, your counsel talked about that $2,500
20  dollar demo permit but I'd like to now --
21          MS. GOMEZ:  Objection.  Argumentative.
22  Mischaracterizes counsel's comments.
23          THE COURT:  Sustained.
24  BY MR. PERTNOY:
25  Q.   Let's just go to page 3 of the document.  So you recognize
```

```
 1    this to be the Tower Hotel on June 25, 2012?

 2    A.   It was -- being -- starting to take form there.

 3         MR. PERTNOY:  So -- and if you can also pull up

 4    DX 63, please, and go to picture number 3.

 5    BY MR. PERTNOY:

 6    Q.   So, there's May 31, 2012, that's the exterior of the Tower

 7    Hotel, correct, sir?

 8    A.   Yes.

 9         MR. PERTNOY:  Now, let's go to June 25, 2012 to see

10    the differences.  A little less than a month later on June 25,

11    2012.

12         MS. GOMEZ:  Objection.  Relevance.

13         THE COURT:  There's nothing on the screen.

14         MR. PERTNOY:  I'm waiting for it to come up.

15    BY MR. PERTNOY:

16    Q.   So this is DX 64, and now as you can see that on the left

17    and the right at the bottom, the walls, the exterior walls have

18    been cut and the new windows are being cut into place, is that

19    correct, sir?

20    A.   What I see here is plywood in the place of where the

21    windows have always been historically.

22    Q.   Can you please go back to May 31, 2012?  You can see

23    there's only outboard air conditioning units there.  There's no

24    windows cut there on May 31, 2012, correct, sir?

25         MS. GOMEZ:  Objection, Your Honor.  Counsel's
```

```
 1    testifying.  There wasn't a question.
 2             MR. PERTNOY:  I just said correct, sir, after I
 3    pointed it out.
 4             THE COURT:  Overruled.
 5    BY MR. PERTNOY:
 6    Q.   You can see that the windows are not there on May 31,
 7    2012, correct, sir?
 8    A.   Not in this picture, but behind that wall, those window
 9    openings were there because they were the original window
10    openings.
11    Q.   And so on -- go back to the June 25, 2012 picture, please.
12    Now, you can see them being cut in, correct, sir, on June 25,
13    2012?
14    A.   No.  The window openings are now exposed, yes.
15    Q.   You did that work without pulling a permit, correct, sir?
16    A.   I'm not sure if I did or I didn't.
17    Q.   Well, your counsel showed you the $2,500 demo permit --
18             MS. GOMEZ:  Objection to counsel's actions.
19             THE COURT:  Overruled.  You may ask the next
20    question, Mr. Pertnoy.
21    BY MR. PERTNOY:
22    Q.   Sure.  Isn't it true that you did not pull any permits on
23    June 25, 2012 in order to cut the exterior building with all
24    these new windows, correct, sir?
25             MS. GOMEZ:  Objection.  Asked and answered.
```

```
 1            MR. PERTNOY:  He didn't answer it yet.

 2            THE COURT:  Overruled.  He can answer.

 3            THE WITNESS:  I pulled a permit on June 12th that was

 4   for partial demolition.  What you showed me here is partial

 5   demolition.

 6            MR. PERTNOY:  Let's go to the back to -- can we go

 7   back to DX 453, page 10, please?  Just hold off on that.

 8   BY MR. PERTNOY:

 9   Q.   So continuing on with go back to DX 625, please.  Sorry,

10   DX 64.  In addition to the lower windows down below, you also

11   started to cut the windows on the second floor and in the third

12   floor with the arch.  You see that you started to cut the

13   arches, correct?

14   A.   I see that, yes.  We were restoring the original arches.

15   Q.   Again, all of that work was done prior to you pulling a

16   permit for that work, correct, sir?

17   A.   I don't believe so.  That's what you're saying.  Have you

18   showed me anything to that effect?  We just went through a

19   permit that was pulled on June 12th for partial demolition.

20   Q.   Pull up PX 453, and it would be page 10 again, please.

21   So -- and scroll back into job description.  Is it your

22   testimony that cutting out all of those windows on the exterior

23   of the building cost less than $2,500 to perform?

24   A.   I'm probably not the best person to ask that question.  I

25   don't really deal with that.
```

1          MR. PERTNOY:  And then I'd like to go to -- on

2    page -- in document 453, I'd like show a continuation of the

3    permit, the documents that were attached to the permit

4    application.  Plaintiffs' 453 after the permit.  It has the

5    attached documentation that go along with it.

6          MS. GOMEZ:  Your Honor, we object.  When we tried to

7    introduce this exhibit, we were limited to page 10.

8          MR. PERTNOY:  They didn't attempt to do anything

9    other than page 10.

10          THE COURT:  The objection is sustained.  Move on to

11   the next question.

12          MR. PERTNOY:  Okay.

13   **BY MR. PERTNOY:**

14   Q.   Isn't it true that the demo and incidental repair that the

15   $2,500 permit was associated with was to do some demo and

16   incidental repair in some of the hallways and in some of the

17   rooms in the hotel, not for the exterior?

18   A.   I don't know.

19          MR. PERTNOY:  Okay.  Can we go to DX 65, please?  So,

20   this is a second or a final notice that was received on

21   August 24, 2012.  Can you take it off for a second just so that

22   it's not any objection to it?

23          MS. GOMEZ:  No, Your Honor.  No objection.

24          THE COURT:  All right.  It's admitted.

25          MR. PERTNOY:  Seek to publish, Your Honor.

```
 1                  THE COURT:  Granted.

 2                  MR. PERTNOY:  Thank you.

 3                       (Defendant's Exhibit 65 Received.)

 4     BY MR. PERTNOY:

 5     Q.   So this is August 4, 2012, repair or demolish, final

 6     notice.  Do you recall seeing this document?

 7     A.   No, I've never seen the document.

 8     Q.   So you have no knowledge about another failure of owner to

 9     obtain required permit or failure to comply with lawful Stop

10     Work Order?

11     A.   No, that letter's not addressed to me.  I've never seen

12     that letter.

13     Q.   Let's -- with respect to the -- aside from this $2,500

14     permit that was pulled after the Notice of Violation, are you

15     aware of any other permits being pulled by you for the Tower

16     Hotel, the 1450 property, prior to 2018?

17     A.   I believe, yes.  I think those were shown.

18     Q.   I believe you were shown an I-Build document, correct,

19     sir?

20                  MS. GOMEZ:  Your Honor, if we can take down the

21     exhibit.  There aren't any questions related to it.

22                  MR. PERTNOY:  You can take that down at this point.

23     BY MR. PERTNOY:

24     Q.   You were shown an I-Build report for 1450 that had the

25     history of one permit in 2014, correct, sir?
```

1    A.    No.   That was one of the documents that was shown to me.

2    There was another document that was in black and white that

3    went property by property by property that we own and had

4    pulled permits on and multiple permits are shown for 1450 SW

5    7th Street.   Many before 2018.

6    Q.    Let's talk about them then.   I believe you're referring to

7    Plaintiffs' 412 so can we put up Plaintiffs' 412, please?

8         So if you can scroll down till we get to the 1450

9    property, the Tower Hotel property, page 23.   Are we able to

10   rotate that?   Thank you.

11        So, let's go down to the next page after that because it's

12   one of two, so please move to the next page.   We'll work our

13   way up.

14        So the first one on the list is this June 8, 2012, and

15   this June created date of June 6, 2012 and June 8, 2012, and

16   as -- so that's the permit that we were talking about a moment

17   ago, correct, sir?

18   A.    Appears to be.

19   Q.    Okay.   So let's move up to the next page.   Now, you have

20   a -- the next time you pull a permit is July 11, 2013, correct,

21   sir?

22   A.    That's what it says there.

23   Q.    And then the next permit after that is remodel and

24   repairs?

25   A.    In the previous page there shows a second plumbing permit

1    that was pulled in July, 2012.  July 6, 2012.

2    Q.   And then above that, please?  You have the July, 2013

3    remodeling and repair permit which I'd like to bring up now.

4    Let's go to DX 396.

5           MS. GOMEZ:  Counsel, what was the exhibit number for

6    the prior exhibit?

7           MR. PERTNOY:  That was yours.  That was Plaintiffs'

8    412.  DX 396.  Can you take it down, please?  Any objection to

9    DX 396?

10          MS. GOMEZ:  No objection.

11          MR. PERTNOY:  Can we seek to admit and seek to

12   publish?

13          THE COURT:  Granted.

14          MR. PERTNOY:  Thank you.

15          (Defendant's Exhibit 396 Received.)

16   **BY MR. PERTNOY:**

17   Q.   So if you scroll into the general information on this

18   document, please?  Do you see where it says remove and replace

19   windows, $75,000?

20   A.   Yeah.

21   Q.   And this is a document that started the process in 2013?

22   Do you see that, sir?  If you go -- if you scroll to the top.

23   You see it says BD 13, which would indicate that was something

24   that began in 2013?

25   A.   Correct.

1    Q.   Now, if you scroll back to the general information, this

2    is for roofing and replacing windows.  Yet, the pictures that

3    we saw a few minutes ago in June of 2012 show that you had

4    already commenced roofing and replacing windows, isn't that

5    true, sir?

6    A.   Maybe.

7    Q.   And so you commenced the work without the proper permit,

8    correct, sir?

9    A.   I'm not sure what the other permit included or didn't

10   include.

11   Q.   I see.  And if you go to the second page of this document,

12   we have another permit that's dated June 10, 2014.  Scroll to

13   the bottom, please.  Do you see that, June 10, 2014?

14   A.   You're saying when the permit was authorized?

15   Q.   Yeah, on June 10, 2014, correct?

16   A.   Okay, yeah.

17   Q.   Then if you go back to the general information, and right

18   there, you can see that the job description is window

19   reinforcement, structural, looks like concrete repair.

20   Do you see that, sir?

21   A.   Yeah, I can read.

22   Q.   Again -- and so that was some of the work that we saw from

23   the pictures on June 25, 2012, correct, sir?

24   A.   Again, I don't really handle this component.  We hire

25   people to do these things.  Whatever permit was pulled back

 1   then for whatever violation was issued must have been enough to
 2   satisfy the city because if not, they wouldn't have allowed us
 3   to pull these permits.
 4   Q.   I see.  Your testimony, if I understand it correctly, you
 5   believe you had the correct permits even though the permits
 6   that I just showed you are after the work that these permits
 7   would have been for, correct, sir?
 8            MS. GOMEZ:  Objection.  Mischaracterization of the
 9   testimony and counsel is testifying.
10            THE COURT:  Sustained.
11   **BY MR. PERTNOY:**
12   Q.   So you can take that down.  The -- you had talked about
13   the Miami Hotel -- sorry, Miami Motel Stories during your
14   direct testimony, correct?
15   A.   Yes.
16   Q.   And the Miami Motel Stories was -- had an unusual process
17   for them to come in to the Tower Hotel to work with you all,
18   correct, sir?
19   A.   I don't remember saying that.
20            MS. GOMEZ:  Objection.  Outside the scope of direct
21   examination.
22            THE COURT:  Sustained.
23   **BY MR. PERTNOY:**
24   Q.   Well, isn't it true that -- strike that.  Do you know who
25   Michelle Antonello is?

```
 1                MS. GOMEZ:  Objection.  Relevance.

 2                THE COURT:  He can answer that question.  Overruled.

 3                THE WITNESS:  Yes.

 4   BY MR. PERTNOY:

 5   Q.   She was the managing director nor the Miami Motel Stories

 6   for the Tower Hotel project, correct, sir?

 7                MS. GOMEZ:  Objection.  Outside the scope of direct

 8   examination.

 9                THE COURT:  Sustained.

10   BY MR. PERTNOY:

11   Q.   Isn't it true that Ms. Antonello, when talking about

12   putting on the Miami Motel Stories, indicated that it was --

13                MS. GOMEZ:  Objection.  Counsel is testifying.  And

14   hearsay.

15                THE COURT:  Sustained.  Next question, counsel.

16   BY MR. PERTNOY:

17   Q.   Are you aware of Ms. Antonello discussing the fact --

18                MS. GOMEZ:  Objection.  Hearsay and relevance.

19   Outside the scope of direct examination.

20                THE COURT:  Sustained.

21   BY MR. PERTNOY:

22   Q.   Was the -- at the time that Miami Motel Stories was being

23   put on, the Tower Hotel was still undergoing renovations and

24   construction, correct, sir?

25                MS. GOMEZ:  Objection.  Mischaracterizes the
```

 1    testimony.

 2              THE COURT:  Overruled.  He can answer if he knows.

 3              THE WITNESS:  What was the question?

 4    **BY MR. PERTNOY:**

 5    Q.   During the time when Miami Motel Stories was having its

 6    run at the Tower Hotel, renovations for the property were still

 7    going on, correct, sir?

 8    A.   Not while the show was going on, no.

 9    Q.   Understood.  Not while they were physically having the

10    play, but during that same timeframe, sir, you were still

11    renovating the hotel?  The project was not complete at that

12    time, correct?

13    A.   We had active construction permits.

14    Q.   So you would agree with me that while the Miami Motel

15    Stories was being performed simultaneously, not at the same

16    time that the play was occurring --

17              MS. GOMEZ:  Objection.  Asked and answered and

18    mischaracterizing testimony and testifying for the witness.

19              THE COURT:  Sustained.

20    **BY MR. PERTNOY:**

21    Q.   It was an active construction site because work was still

22    being performed on the property, correct, sir?

23              MS. GOMEZ:  Objection.  Asked and answered.

24              THE COURT:  Sustained.

25

 1   **BY MR. PERTNOY:**

 2   Q.   I'd like to -- can you put that up for the witness?

 3   You were own shown the video and the website of -- strike that.

 4        The Miami Motel Stories website is in evidence, and I'd

 5   like to show you a portion of that website.

 6             MR. PERTNOY:  Can you take down the publication first

 7   and go to the third page?  Should be this photo.

 8             Can you show photo to the witness, please?

 9             MS. GOMEZ:  Your Honor, just to the witness?

10             MR. PERTNOY:  Just to the witness.

11   **BY MR. PERTNOY:**

12   Q.   Do you recognize the photo that's shown on your screen?

13   A.   Yes.

14   Q.   Is that you and Mr. Fuller with some of the people from

15   the Miami Motel Stories?

16   A.   Yes.

17   Q.   Is this a photo in and around the time that Miami Motel

18   Stories was preparing for its run or performing at the Tower

19   Hotel?

20   A.   I don't know the exact date.

21   Q.   But it's in and around that time, correct, sir?

22   A.   I don't remember when it was taken.

23   Q.   Well, would you agree that it's in and around the time

24   that they were preparing the Miami Motel Stories to perform at

25   the Tower Hotel?

1          MS. GOMEZ:  Your Honor, objection.  Asked and

2    answered.

3          THE COURT:  Sustained.

4    **BY MR. PERTNOY:**

5    Q.   Does this picture accurately reflect the state of the

6    Tower Hotel in and around October of 2017?

7          MS. GOMEZ:  Your Honor, objection.  Speculation.

8    It's also outside the scope of direct examination.

9          THE COURT:  Sustained.

10   **BY MR. PERTNOY:**

11   Q.   Do you recognize this photo to be in the hotel lobby of

12   the Tower Hotel?

13   A.   It appears to be, yes.

14   Q.   And the person with the guitar, do you recognize that

15   person?

16         MS. GOMEZ:  Your Honor, again, objection.  Relevance

17   and outside the scope of direct examination.

18         THE COURT:  Sustained.

19         MR. PERTNOY:  Your Honor, seek to admit the photo and

20   publish it to the jury as being a photo he's recognized at the

21   Tower Hotel and the lobby?

22         MS. GOMEZ:  Your Honor, we object.  There hasn't been

23   a foundation laid.

24         THE COURT:  I understand.  The objection is

25   sustained.

```
 1   BY MR. PERTNOY:
 2   Q.   Take it down.  Let's go to DX 325.  Again, you recognize
 3   this to be the Tower Hotel on or about December 15, 2017,
 4   correct, sir?
 5   A.   Yes.
 6   Q.   And so aside from the lobby area, other parts of the Tower
 7   Hotel were still undergoing renovations and construction, is
 8   that correct, sir?
 9   A.   It may have been.  I don't know for certain.
10   Q.   Can you zoom in on this photo and go above the left window
11   to the second floor window, please?
12        So there's still cracking on the facade and still work
13   that needs to be done in placing those windows into the second
14   floor, is that correct, sir?
15   A.   Yeah, the facade restoration has not been completed, no.
16   Q.   And then go up to the second floor, or the third floor?
17   Sorry.  Same thing with the third floor.  There still needs to
18   be work done in order to secure those windows into the third
19   floor, correct, sir?
20   A.   The windows are in.
21   Q.   But it's not finished yet.  There's still work that needs
22   to be done, correct, sir?
23   A.   The windows are in and they're secured.  What's missing
24   there is the concrete facade restoration.
25   Q.   Okay.  You can take those down, please.
```

1      So your testimony about -- let's talk about the Christmas

2   party.  So your testimony was that the -- that you're hosting

3   this Christmas party.  How many people were at the Christmas

4   party that night?

5   A.   I would say anywhere between 50 to 75 people.

6   Q.   Okay.

7           MS. GOMEZ:  Your Honor, objection.  Relevance and

8   outside the scope of direct examination.

9           THE COURT:  Overruled.

10  **BY MR. PERTNOY:**

11  Q.   And at some point during the Christmas party, a Code

12  Enforcement officer and a Miami police officer arrive at the

13  party, correct, sir?

14  A.   That's correct.

15  Q.   And from your testimony, it appears as if they walked in,

16  spoke to you all for a few minutes, and then walked out shortly

17  thereafter, correct, sir?

18  A.   I remember the Code Enforcement officer knocking on the

19  door.  I did not speak with them.  I believe Bill spoke with

20  them.  I do remember seeing her walking through the party and

21  then walking out.

22  Q.   All right.  And, thereafter, I think you testified another

23  officer came by a little later in the evening, is that correct?

24  A.   The Code Enforcement officer stayed outside of the party

25  for approximately two hours.

```
1    Q.   Now, a Code Enforcement officer has the right to be out on

2    the public street, correct?  They're allowed to be sitting

3    there in their car if they wish?

4            MS. GOMEZ:  Objection.  Argumentative.  Outside the

5    scope.

6            THE COURT:  Also I need to take a quick five minute

7    recess, all right?

8            MR. PERTNOY:  Sure.

9            THE COURT SECURITY OFFICER:  All rise.

10           (Thereupon, the jury exited the courtroom.)

11           MR. PERTNOY:  Your Honor, just for timing purposes,

12   what's the guideline for that because --

13           THE COURT:  By 5:30 at least.  We'll go to 5:30.  How

14   much time do you have left?

15           MR. PERTNOY:  I have quite a bit.  We're just

16   scratching the surface here.

17           THE COURT:  How much time do you have left?

18           MR. PERTNOY:  I would imagine I have probably three

19   to four hours.

20           MS. GOMEZ:  I think my entire direct was three to

21   four hours.

22           THE COURT:  We'll go to 5:30.  I'll give you an

23   additional hour tomorrow morning, 9:00 to 10:00, okay?

24           MR. PERTNOY:  Your Honor, respectfully, given the

25   fact that they went from 9:00 to 3:00 --
```

1          THE COURT:  It wasn't 9:00 to 3:00.  We started at

2    9:25 with the motions and we took a break at 12:00.  Then we

3    started back at 1:10.  Also ended around 2:00.  I can pull up

4    the record, give you the exact time as well.

5          MR. PERTNOY:  I don't dispute, but just so that Your

6    Honor's clear, when we were giving our estimates on the amount

7    of time that we would need, we very clearly indicated that we

8    were going to need about four to five hours.

9          THE COURT:  I understand that, but that's not

10   feasible here for this particular cross-examination, sir.

11         So, again, we'll go to 5:30.  I'll give you an

12   additional hour, up to 10:00, or two more which is an hour more

13   what the plaintiff did on direct.  You'll go from 9:00 to 11:00

14   tomorrow.

15         MR. PERTNOY:  Thank you, Your Honor.

16         THE COURT:  With that said, you want to bring in the

17   jurors, please?

18         THE COURT SECURITY OFFICER:  All rise.

19         (Thereupon, the jury entered the courtroom.)

20         THE COURT:  All right.  The members of the jury are

21   all present and accounted for.  You may be seated.

22         MR. PERTNOY:  Can we pull up DX 9, please?  Can we

23   publish to the witness DX 9, please?

24   **BY MR. PERTNOY:**

25   Q.   You're aware that on or about January 8, 2018, 1450, that

```
 1   portion of the Tower Hotel received another Stop Work Order for
 2   work without a permit, sir, correct?
 3   A.   Yeah, this is part of the fresh attacks from Joe Carollo.
 4        MR. PERTNOY:  Your Honor, move to strike.  It was a
 5   yes or no question.
 6        THE COURT:  All right.  It's stricken.
 7   BY MR. PERTNOY:
 8   Q.   And can we go to page 9 of 129?  And do you recognize
 9   that -- this -- sorry, yeah, the picture in front of you,
10   do you recognize it to be the exterior of the Tower Hotel?
11   A.   Yes, I do.
12   Q.   And you recognize this to be pictures, and what it looked
13   like on or about January 8, 2018?
14   A.   That's what it says on the picture, yes.
15   Q.   And you're aware that the City of Miami came in and with
16   respect to the Stop Work Order and took pictures throughout the
17   Tower Hotel on or about January 8, 2018?
18   A.   I'm not aware of that, no.
19        MR. PERTNOY:  And move to publish page 9, please.
20        MS. GOMEZ:  Your Honor, we object.  The witness has
21   not established a foundation to move this into evidence.
22        MR. PERTNOY:  He said he recognized the photo.
23        THE WITNESS:  You asked me if I recognized this to be
24   the Tower Hotel.
25
```

1   **BY MR. PERTNOY:**

2   Q.   On or about January 8, 2018, correct, sir?

3   A.   Only because it has a date on it.

4            THE COURT:  Overruled.

5            MS. GOMEZ:  Your Honor, I'm sorry, just to be clear,

6   this is a 129-page exhibit.  Are we -- we're only allowing page

7   9, correct?

8            THE COURT:  That's exactly what was introduced, this

9   particular exhibit.  Next question.

10           MR. PERTNOY:  I'm sorry --

11           THE COURT:  Yes, the exhibit you introduced, you can

12   introduce it.

13           MR. PERTNOY:  Sounds good.  So publish to the jury,

14   please.

15           (Defendant's Exhibit 129 page 9 Received.)

16   **BY MR. PERTNOY:**

17   Q.   Thank you.  And can you also -- so that's the Tower Hotel

18   on or about January 8, 2018.  Can you go to PX 324 for a moment

19   which is already in evidence?

20       So if you can zoom in on the picture below where they're

21   playing -- yes, right there.  Scroll down a little.  Thank you.

22   You recognize that picture to be part of the Miami Motel

23   Stories event, correct, sir?

24   A.   Which picture?

25   Q.   The picture right there in the center with the people

```
 1    talking, playing, hanging out in that room?

 2    A.    Yes.

 3    Q.    Yes.  And you see to the left, there's some keys on the

 4    wall, correct, sir?

 5    A.    Right.  That was part of the set.

 6    Q.    And you recognize that to be part of the Tower Hotel,

 7    correct?

 8    A.    Yes.

 9    Q.    You can take that down, please.  Can you go to -- back to

10    DX 9 and go to picture 32.

11          MS. GOMEZ:  Your Honor, I'm sorry.  Is the entire

12    129-page exhibit in evidence?

13          THE COURT:  The one that was shown on the screen,

14    it's admitted.

15          MS. GOMEZ:  This has not been admitted.

16    BY MR. PERTNOY:

17    Q.    I'm showing you a picture from January 8, 2018.  Can

18    you -- and if you look at the picture, can you see on the right

19    hand side, you can see the keys on the wall?  Do you see that,

20    sir?

21    A.    Yeah, I see the keys.

22    Q.    And those are the same keys from the same set from the

23    Miami Motel Stories inside the Tower Hotel, correct, sir?

24    A.    They might be.

25    Q.    Do you have any reason to believe that that's not the same
```

1    room as I just showed you with the same keys hanging on the

2    same wall?

3    A.   I'm not sure.  There may have been multiple rooms with

4    multiple keys.

5    Q.   But you recognize this to be inside the Tower Hotel,

6    correct, sir?

7    A.   It looks like it's the Tower Hotel, yes.

8             MR. PERTNOY:  Move to admit and move to publish, Your

9    Honor.

10             THE COURT:  Any objection?

11             MS. GOMEZ:  Not to this page, Your Honor.

12             THE COURT:  All right.  It's admitted.

13             (Defendant's Exhibit 9, picture 32 Received.)

14   **BY MR. PERTNOY:**

15   Q.   As you can see, you've got in here there's a

16   gentleman performing work while there's a Stop Work Order

17   posted for work without a permit.  Do you see that, sir?

18             MS. GOMEZ:  Objection.  Counsel's testifying.

19             THE COURT:  Sustained.

20   **BY MR. PERTNOY:**

21   Q.   Do you see the gentleman performing work on the room

22   adjacent to the keys, sir?

23   A.   I see that there's a gentleman putting tile on the wall,

24   yes.

25   Q.   And so he's performing construction work in the property,

```
 1    correct, sir?

 2    A.    In the Tower Hotel?

 3    Q.    Yes.

 4    A.    Okay, yes.

 5    Q.    And he's doing so without there having been a permit

 6    pulled?

 7              MS. GOMEZ:  Objection.  Lack of foundation.

 8              THE COURT:  Sustained.

 9              THE WITNESS:  Who says there wasn't a permit?

10    BY MR. PERTNOY:

11    Q.    The only permit that we have seen so far today, correct me

12    if I'm wrong, sir, is a permit for the windows and the exterior

13    and for $2,500 worth of demo, correct, sir?

14              MS. GOMEZ:  Objection, Your Honor.

15              THE WITNESS:  Not correct.  If you look back to the

16    plans, there were two more permits for repair and remodel in

17    2014 so the answer is no, that is not correct.

18    BY MR. PERTNOY:

19    Q.    I see.

20    A.    I'm not actually understanding even what this questioning

21    is about.

22              MR. PERTNOY:  Your Honor, move to strike the

23    extraneous statement.  He answered the question and now he's

24    just commenting.

25              THE COURT:  Sustained.  Stricken.
```

1    **BY MR. PERTNOY:**

2    Q.    In your testimony, you testified that part of the

3    renovation work that was being done inside the Tower Hotel was

4    installing all new electrical systems, all new plumbing

5    systems, all new fire systems, correct, sir?

6    A.    Yeah, we did a full restoration of the property.  It took

7    us ten years to do it.

8    Q.    And I would imagine that it's very expensive to install

9    that type of equipment, correct?

10              MS. GOMEZ:  Objection, Your Honor.  Outside the scope

11   of direct examination and opening the door to economic damages.

12              THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.    Can we turn to page 48?  Do you recognize this to be the

15   installation of the electrical systems for the Tower Hotel?

16   A.    I mean, that's definitely electrical units in the Tower

17   Hotel, yeah.

18   Q.    And those -- that's work that was performed and done prior

19   to pulling the proper permits, correct, sir?

20              MS. GOMEZ:  Objection.  Counsel is testifying.  Lack

21   of foundation.

22              THE COURT:  Sustained.

23   **BY MR. PERTNOY:**

24   Q.    Move to -- do you recognize these to be the electrical

25   systems inside the Tower Hotel, correct, sir?

```
 1  A.   Yes.

 2           MR. PERTNOY:  Can you -- wish to publish and admit?

 3           MS. GOMEZ:  No objection, Your Honor, on this page,

 4  page 48.

 5           THE COURT:  Granted.

 6           (Defendant's Exhibit 9, picture 48 Received.)

 7           THE WITNESS:  I don't think this is new electrical

 8  work.

 9           MR. PERTNOY:  No question pending.

10           THE WITNESS:  Well, you asked me if this was --

11           MR. PERTNOY:  Your Honor, there's no question

12  pending.

13           THE COURT:  All right.  There's no question pending

14  now.

15           MR. PERTNOY:  Seek to admit, Your Honor.

16           THE COURT:  Granted.

17           MR. PERTNOY:  Thank you.

18           THE COURT:  You're welcome.

19  BY MR. PERTNOY:

20  Q.   Then if you can take that down, and go to page 50, please.

21  And do you recognize this to be the installation of the fire

22  control panel?

23  A.   This is an existing fire panel.

24  Q.   Existing -- not -- so this was work that you did not have

25  to perform, correct, sir?
```

```
 1    A.    I don't believe so, no.

 2    Q.    Okay.  Can we go to page 54, please, which is already in

 3    evidence.  So seek to publish.

 4              THE COURT:  Granted.

 5    BY MR. PERTNOY:

 6    Q.    So this is the lobby of the Tower Hotel where the parties

 7    were held, where the Miami Hotel Stories -- Motel Stories was

 8    held, correct, sir?

 9    A.    Yes.  Both great events.  You should have been there.

10              MR. PERTNOY:  Move to strike.  It was a yes or no

11    question.

12              THE COURT:  Stricken.

13              MR. PERTNOY:  I didn't hear you.

14              THE COURT:  I said stricken.

15              MR. PERTNOY:  Thank you.

16    BY MR. PERTNOY:

17    Q.    As you can see, if you look on the archway and above the

18    wreath, there's all sorts of board over the columns and the

19    ceiling area, correct, covering up construction work, correct,

20    sir?

21              MS. GOMEZ:  Objection to the characterization of the

22    picture.

23              THE COURT:  Sustained.

24    BY MR. PERTNOY:

25    Q.    Do you see the --
```

```
 1              MS. GOMEZ:  Your Honor, we move to strike comments of

 2    counsel on that.

 3              THE COURT:  Sustained.  Stricken.

 4    BY MR. PERTNOY:

 5    Q.   And at the bottom, you see there's exposed plumbing or

 6    some sort of like water pipe spigot at the bottom of the

 7    column?

 8              MS. GOMEZ:  Again, Your Honor, objection to counsel's

 9    testimony.

10              THE COURT:  Overruled.

11    BY MR. PERTNOY:

12    Q.   Do you see the spigot at the exposed column?

13    A.   I see a valve there, yeah.

14    Q.   That's fine.  And then currently in this picture, there's

15    a work saw, ladders and other construction materials in the

16    lobby, correct?

17    A.   That's correct.

18    Q.   So at this point in time, once again, the lobby is an

19    active construction site, correct, sir?

20    A.   It looks like it, yes.

21    Q.   Okay.

22    A.   Remind me the date of the Christmas party?

23              MR. PERTNOY:  Move to strike.  No question pending.

24              THE COURT:  All right.  Sustained.

25
```

1              MR. PERTNOY:  You can take that down.  Go to DX 67,

2    please?  Can we show it to the witness the DX 67, please?

3    **BY MR. PERTNOY:**

4    Q.   So after you got the January 8, 2018 Stop Work Order, on

5    January 22, 2018, you -- there was a posting of the -- a notice

6    of hearing for the City of Miami Unsafe Structure Panel.  Do

7    you recall seeing that, sir?

8    A.   No, I do not recall seeing that.

9    Q.   And you can see here that at the bottom of the document,

10   it lists out various interested parties including William

11   Fuller at that 1040 Brickell Avenue address.  Do you recall, is

12   that one of Mr. Fuller's addresses?

13   A.   1040 Brickell Avenue is not an address that I'm familiar

14   that's attached to William Fuller.

15   Q.   What about the next one that says William Fuller and it

16   says 2600 SW 8th Street?  Is that an address that Mr. Fuller

17   was associated with?

18   A.   That is.

19   Q.   And so would you believe that Mr. Fuller would have

20   received a copy of this at that address if it was sent there?

21              MS. GOMEZ:  Objection, Your Honor.  Objection.

22   Speculation.

23              THE COURT:  All right.  Sustained.

24   **BY MR. PERTNOY:**

25   Q.   And then there are two other interested parties.  There's

```
 1   a B-N-Z-A-L-S, Inc.  Is that an entity associated with the Bush
 2   brothers?
 3            MS. GOMEZ:  Objection.  Relevance.  Objection.
 4   Outside the scope.
 5            THE COURT:  Sustained.
 6            MR. PERTNOY:  Your Honor, we've been talking about
 7   the Tower Hotel half the day.
 8            MS. GOMEZ:  And, Your Honor, prior ruling of the
 9   Court.
10            THE COURT:  Listen, there's no speaking objections
11   before this Court.  Once I sustain the objection, unless I say
12   otherwise, you may ask your next question.
13            MR. PERTNOY:  Let's move on to -- strike that.  Seek
14   to publish and admit DX 67, Your Honor.
15            MS. GOMEZ:  Your Honor, we object.  The foundation
16   hasn't been established through this witness to admit this
17   document.
18            THE COURT:  Sustained.
19            MR. PERTNOY:  Move on to DX 68 which I believe is in
20   evidence.  Move to publish and admit DX 68.
21            MS. GOMEZ:  No objection, Your Honor.
22            THE COURT:  Granted.
23                 (Defendant's Exhibit 68 Received.)
24   BY MR. PERTNOY:
25   Q.   On January 22, 2018, there was a notice for a hearing, and
```

```
 1    then I believe in your direct testimony, you talked about that
 2    there was, in fact, a hearing held with respect to the Stop
 3    Work Orders and the notice for work without a permit.  Do you
 4    recall that, sir?
 5    A.   I remember seeing this document in my direct and
 6    explaining what that was.
 7              MR. PERTNOY:  Your Honor, it's a yes or no question.
 8              THE COURT:  Overruled.
 9              THE WITNESS:  And explaining what the Unsafe
10    Structures Panel was, and I don't know if I spoke to the latter
11    part of your question.
12              MS. GOMEZ:  Objection, Your Honor.  Outside the scope
13    of direct examination.
14              MR. PERTNOY:  She put the document up for him to
15    discuss.
16              THE COURT:  Look, no one should be talking.  Only
17    just counsel here, so please, no remarks of defense counsel.
18    Only the attorney who's at the podium.
19              Mr. Pertnoy, could you repeat what you said because I
20    didn't hear, and was interrupted.
21              MR. PERTNOY:  I was indicating that this document was
22    used by counsel in the direct testimony and I wished to ask him
23    about this document.
24              THE COURT:  You may, sir.
25              MR. PERTNOY:  Thank you.
```

```
 1   BY MR. PERTNOY:
 2   Q.   Just to be clear, there was a notice given with respect to
 3   the work without a permit.  Then a notice of hearing was
 4   provided, and then as you testified, there was a hearing that
 5   was held that you indicated that you or representatives on your
 6   behalf attended which led to this order of the Unsafe Structure
 7   Panel, correct, sir?
 8   A.   Someone must have been there on our behalf because if not,
 9   the Unsafe Structures Panel wouldn't have provided us this
10   order.
11   Q.   Okay.  And so ultimately, you got notices of the
12   violation, you got notice of the hearing, and then you were
13   there at the hearing and had an opportunity to present
14   evidence, correct?
15           MS. GOMEZ:  Objection.  Characterization of the
16   testimony.
17           THE COURT:  Overruled.  He can answer the question.
18           THE WITNESS:  What's the question?
19   BY MR. PERTNOY:
20   Q.   You had the notice of the violation, you had notice of the
21   hearing, and then you had an opportunity to present evidence at
22   the hearing, correct, sir?
23           MS. GOMEZ:  Objection.  Mischaracterization of the
24   testimony of whether he received notice.
25           THE COURT:  Overruled.  He can answer.
```

 1              THE WITNESS:  The Unsafe Structures Panel, the city

 2    presents their case, the landlord presents their case, and then

 3    they issue the order.

 4    **BY MR. PERTNOY:**

 5    Q.   So, in other words, you received due process from the City

 6    of Miami with respect to this notice of violation, correct?

 7              MS. GOMEZ:  Objection.  Relevance.  Legal conclusion.

 8              THE COURT:  Sustained.

 9              THE WITNESS:  This order was reversed and rescinded.

10    This is not a valid --

11              MS. GOMEZ:  Objection.  It was sustained.

12              THE WITNESS:  Excuse me.

13              MR. PERTNOY:  So, let's go to DX 69 which I believe

14    is in evidence.

15    **BY MR. PERTNOY:**

16    Q.   Now your testimony was that the order we just reviewed was

17    rescinded and I think they showed you a document that was dated

18    July 27, 2018.  Do you recall that, sir?

19    A.   Yes.

20    Q.   Now, I'd like to --

21              MS. GOMEZ:  This was not admitted into evidence.

22              MR. PERTNOY:  Seek to admit, Your Honor.  No

23    objection.  She indicated no objection.

24              MS. GOMEZ:  No objection, Your Honor.

25              THE COURT:  I don't see anything on the screen.

1           MR. PERTNOY:  Sorry.  DX 69.

2           THE COURT:  All right.

3                (Defendant's Exhibit 69 Received.)

4    **BY MR. PERTNOY:**

5    Q.   So in your direct testimony, you indicated that on

6    July 27, 2018, the Unsafe Structures order was rescinded.  That

7    was I think your testimony, correct, sir?

8    A.   That was the document that was showed to me and I

9    validated it.

10   Q.   Understood.  And the reason that was rescinded is because

11   on July 23rd prior to the recision on July 27th, you entered

12   into the Compliance Agreement with the City of Miami, correct,

13   sir?

14   A.   Looks like it, yes.

15   Q.   Okay.  And this Compliance Agreement is a contract between

16   you as the owner and the City of Miami in order to bring your

17   property into compliance with the Florida Building Code and the

18   City of Miami Code, correct, sir?

19           MS. GOMEZ:  Objection.  Legal conclusion.

20   Characterization of his testimony.

21           THE COURT:  Sustained.

22   **BY MR. PERTNOY:**

23   Q.   Now, in the preamble -- first preamble, where it says

24   whereas, I'd like -- you see at the very top, it says:  The

25   owner desires to make a voluntary and binding commitment to

```
1   assure that the property shall be in compliance with the
2   provisions of the Florida Building Code, Fire Preventive Code
3   and all other federal, state or local codes as amended.
4   Do you see that, sir?
5   A.   I see that, but I'm not familiar with this document.  I
6   don't even think this is a document that I'm attached to.
7   Q.   Okay.  And then the next -- at the very bottom in Section
8   3, it talks about terms.
9            MS. GOMEZ:  Your Honor, objection.  This is outside
10  the scope of the direct examination.  This is for a different
11  property address.
12           THE COURT:  Sustained.
13           MR. PERTNOY:  Your Honor, this is for the Tower
14  Hotel, and it's for 14 --
15           THE COURT:  Tower Hotel?
16           MR. PERTNOY:  It's for 1450.
17           THE COURT:  I see the address, sir.
18           MR. PERTNOY:  Sorry.
19           THE COURT:  The objection is overruled.
20           MR. PERTNOY:  Thank you.
21           THE COURT:  You may continue.
22           MS. GOMEZ:  Your Honor, I'm sorry, that was my
23  mistake.  I was reading the wrong address.
24           THE COURT:  I understand.  That's why I'm looking at
25  it right here to correct that.
```

1          MR. PERTNOY:  Thank you, Your Honor.

2    **BY MR. PERTNOY:**

3    Q.   At the bottom of Section 3 where it says terms, it states

4    that the owner agrees the above described property is in

5    violation of the City of Miami Code, subsequently the owner

6    agrees to the following terms.  Do you see that, sir?

7    A.   Yes, I see that.

8    Q.   And Tower Hotel, LLC, that's one of your entities,

9    correct, sir?

10   A.   Yes, it is.

11   Q.   And so you, through your entity, is the owner, correct?

12   A.   That's correct.

13   Q.   Okay.  And then on the second page in paragraph A through

14   G, it sets forth the terms of the agreement between Tower

15   Hotel, LLC and the City of Miami in order to bring your

16   property into compliance with the code, correct, sir?

17   A.   I haven't read all of the sections.  It might say that.

18          MS. GOMEZ:  Your Honor, lack of -- objection.  Lack

19   of foundation as to this witness' knowledge of the document.

20          THE COURT:  Overruled.

21   **BY MR. PERTNOY:**

22   Q.   Now, I want to focus -- you indicated that there was some

23   refinancing that you needed to do, correct, with respect to the

24   Tower Hotel?  There was lenders and refinancing that needed to

25   be done, correct, sir?

```
 1   A.   I mentioned that we had a loan on the property, yes.   I
 2   don't know if I used the word "refinance."
 3   Q.   So I'd like you to look at paragraph D for a second.   Can
 4   we blow up paragraph D?   So paragraph D reads that owner shall
 5   provide the city with a bond, letter of credit, or cashiers
 6   check in the sum of the estimated cost of demolition of the
 7   structure within 30 days of the execution of this agreement, or
 8   within 30 days of being provided with an invoice for the costs
 9   by the city, whichever is later.
10        And then it has an estimated cost of demolition at
11   $99,725.00.   Do you see that?
12             MS. GOMEZ:   Objection.   Outside the scope of direct
13   examination.
14             THE COURT:   Sustained.   And also we're going to
15   recess in five minutes.   You may ask your next question.
16   BY MR. PERTNOY:
17   Q.   Do you see in paragraph F and G, that the city is
18   indicating that it shall release notices of unsafe structure
19   violations, do you see that?
20   A.   Yes.
21   Q.   Isn't it true that in order for the city to help you get
22   into compliance with the code, that the city agreed to release
23   its liens on your property so that you could then get financing
24   in order to pay for the repairs that needed to be done and
25   bring the property into compliance.   Isn't that true, sir?
```

```
 1    A.    I'm not certain of the timeline.  It may be.
 2    Q.    Now with respect to the Tower Hotel, you also talked about
 3    this lease with -- I think you mentioned the name Selina Group
 4    or Selina Operations?
 5    A.    That's correct.
 6    Q.    And isn't it true that with respect to that lease that
 7    you were shown, that there was a caveat in that lease that one
 8    of the things that needed to be done before the lease could
 9    even take effect was there needed to be a settlement of the
10    lawsuit between Selina Group and Tower Hotel?
11          MS. GOMEZ:  Objection, Your Honor.  Outside the scope
12    of direct examination.  Prior court rulings.  Hearsay.
13          THE COURT:  All right.
14          MR. PERTNOY:  It's in the document.
15          THE COURT:  The objection is sustained.
16          MR. PERTNOY:  Your Honor, I'm at a stopping point for
17    the moment.  If you want to -- I know you said I had two
18    minutes left.
19          THE COURT:  You have three minutes.
20          MR. PERTNOY:  Well, I was going to switch to another
21    topic.  I figured might as well start fresh.
22          THE COURT:  If that's your decision, that's fine,
23    sir.  With that said, ladies and gentlemen, we'll be in recess
24    until tomorrow.  We'll see you here tomorrow at 9:00 a.m.
25          Again, do not read the newspapers, listen to the
```

1    radio, or any media about this matter, and do not discuss this

2    case with anyone, even amongst yourselves as well.  Thank you

3    and have a good night.  We'll see you tomorrow.

4              THE COURT SECURITY OFFICER:  All rise.

5              (Thereupon, the jury exited the courtroom.)

6              THE COURT:  We'll see everyone tomorrow.  Thank you.

7    Have a good night.

8       (Thereupon, this proceeding was adjourned at 5:28 p.m.)

9                            - - -

10                   C-E-R-T-I-F-I-C-A-T-E

11

12         I hereby certify that the foregoing is an accurate

13   transcription of the proceedings in the above-entitled matter.

14

15   JULY 20, 2023          /s:/Ellen A. Rassie
                            ELLEN A. RASSIE, RMR-CRR
16                          Official Court Reporter
                            To the Honorable Rodney Smith
17                          299 East Broward Blvd., Room 202B
                            Fort Lauderdale, Florida  33301
18                          (954)769-5448

19

20

21

22

23

24

25

MR. GUTCHESS:
[38] 8/5 8/17 11/1
11/19 11/21 12/5
12/13 12/16 12/20
13/8 13/10 13/14
13/25 14/9 14/24 15/1
15/3 15/9 15/22 16/5
17/13 17/18 17/25
18/4 18/7 18/11 18/17
18/20 19/13 118/3
118/6 118/8 118/11
118/14 119/2 119/5
119/14 119/18
MR. PERTNOY:
[480]
MS. GOMEZ: [237]
4/17 11/7 11/16 15/11
15/16 15/21 17/21
18/22 19/23 25/18
26/5 28/9 28/17 33/25
34/8 34/14 35/15
36/16 36/22 36/25
39/1 39/5 39/15 39/21
48/15 51/2 51/16
51/20 52/8 53/13 54/1
54/6 56/25 57/12
57/19 61/10 64/15
66/17 66/23 67/1 72/1
74/1 74/9 84/6 84/24
85/15 85/23 85/25
90/11 90/15 90/18
90/24 91/13 91/20
91/23 92/11 92/25
93/19 93/22 93/24
94/1 94/3 94/15 94/18
95/1 95/5 95/9 96/11
98/2 98/7 99/14 99/21
102/9 102/16 103/17
103/22 114/21 117/17
121/23 122/19 123/1
128/18 128/20 128/23
129/1 129/4 131/21
137/18 137/22 139/24
140/21 141/4 143/9
143/17 143/22 143/25
144/3 148/15 148/18
169/14 169/25 170/7
170/11 170/16 170/18
170/21 171/12 180/18
183/7 183/24 184/15
184/19 186/24 192/22
194/5 194/10 202/21
206/17 207/5 207/9
207/18 207/21 209/22
210/7 211/2 211/5
211/25 212/6 213/3
214/14 214/24 215/4
215/21 216/10 216/22
217/1 218/8 219/5
219/20 219/25 220/5

220/11 221/2 221/8
221/16 221/25 223/2
225/7 225/12 225/20
226/4 226/19 226/21
227/5 227/12 227/22
228/25 229/20 230/3
231/11 232/5 232/10
232/24 233/19 233/22
234/7 234/20 235/7
238/1 238/24 240/5
240/18 241/6 243/9
243/18 244/13 244/21
245/5 245/21 246/12
246/25 247/18 247/25
249/6 249/23 250/20
252/5 252/10 254/8
254/20 255/1 255/7
255/13 255/18 255/25
256/17 256/23 257/9
258/1 258/7 258/16
258/22 260/7 261/4
261/20 263/20 264/5
265/11 265/15 266/11
266/18 267/7 267/14
268/10 268/20 269/3
270/21 271/1 271/8
272/21 273/3 273/8
273/15 273/21 274/12
275/15 275/23 276/7
276/11 276/21 276/24
277/19 278/9 278/22
279/18 280/12 281/11
THE COURT
SECURITY
OFFICER: [12] 4/8
90/7 95/16 117/23
120/6 168/15 170/24
207/16 208/1 261/9
262/18 282/4
THE COURT: [610]
THE COURTROOM
DEPUTY: [2] 4/7
4/13
THE DEFENSE ATTY:
[2] 61/19 61/23
THE WITNESS:
[159] 20/11 29/5
30/24 37/24 41/20
48/19 52/5 54/25
55/13 56/3 56/8 56/12
58/24 59/7 60/23
61/11 61/21 61/24
63/15 63/19 64/9 65/9
65/11 65/21 67/12
67/20 68/9 82/5 97/3
97/21 104/12 106/13
107/16 108/2 110/7
110/24 111/8 112/5
112/9 113/8 113/13
113/20 114/5 114/13
115/6 115/18 116/5
116/17 117/1 117/7

121/20 122/16 123/12
124/11 125/22 126/14
127/10 127/22 128/2
129/12 132/8 136/23
139/1 146/10 147/20
148/19 149/13 149/18
150/6 151/3 151/9
151/16 152/3 154/1
154/20 155/24 156/15
156/25 157/11 157/17
158/1 158/14 159/5
159/19 161/14 162/9
162/20 163/17 163/21
164/1 164/17 165/12
165/24 166/15 167/3
167/24 168/10 168/18
172/20 174/3 175/4
175/16 176/25 177/14
178/17 179/12 181/5
182/9 183/5 183/21
186/20 186/25 188/15
189/7 190/4 190/7
190/10 190/14 191/17
192/2 192/23 196/12
199/13 200/8 200/24
201/6 205/3 205/17
206/1 206/24 214/16
218/14 220/13 221/18
224/16 225/23 226/13
226/24 227/7 227/25
229/23 234/22 239/2
240/8 241/9 244/16
248/3 255/3 256/3
263/23 267/9 267/15
269/7 269/10 274/9
275/18 276/1 276/9
276/12

$
$100,000 [1] 16/10
$15,000 [1] 162/23
$2,500 [10] 243/17
244/6 244/12 244/25
245/19 247/17 248/23
249/15 250/13 267/13
$75,000 [1] 252/19
$99,725.00 [1]
280/11

'
'15 [1] 75/21
'17 [2] 75/21 111/12
'18 [2] 75/21 75/21
'19 [1] 10/13
'20 [1] 10/13
'20's [1] 79/21
'21 [2] 10/13 75/22
'50's [1] 83/19

/
/s:/Ellen [1] 282/15

1
10 [16] 3/16 87/25
137/19 137/19 137/23
241/20 242/2 242/2
245/7 248/7 248/20
249/7 249/9 253/12
253/13 253/15
10.06 [1] 10/23
100 [1] 1/19
102 [1] 3/15
103 [1] 3/16
1040 [5] 102/24
103/5 103/8 272/11
272/13
105 [1] 232/17
105.1 [2] 232/18
232/19
10:00 [2] 261/23
262/12
10:42 [1] 72/8
11 [7] 77/16 198/13
198/18 210/1 210/14
239/20 251/20
11:00 [1] 262/13
11:15 [2] 90/6 90/14
11th [1] 88/1
12 [9] 74/18 75/9
84/21 99/5 123/18
242/16 242/20 243/1
244/24
120 [1] 58/3
123 [1] 3/12
126 [1] 213/8
129 [3] 3/18 263/8
264/15
129-page [2] 264/6
265/12
12:00 [1] 262/2
12th [11] 31/1 31/15
44/12 44/13 73/10
76/23 100/17 100/20
122/9 248/3 248/19
13 [5] 21/22 75/19
75/21 237/22 252/23
131 [2] 209/15
209/17
1356 [2] 73/4 76/16
1360 [2] 73/4 76/16
137 [1] 3/16
1380 [7] 44/2 72/23
75/20 81/20 171/19
174/16 176/25
1393 [2] 221/19
222/3
14 [4] 1/8 86/8 89/16
278/14
1400 [1] 2/3
141 [1] 3/12
144 [1] 3/13
1444 [1] 135/13
1450 [20] 73/9

84/19 86/9 99/4
102/25 103/2 123/17
133/10 133/13 135/12
141/14 141/19 141/24
142/4 250/16 250/24
251/4 251/8 262/25
278/16
1460 [2] 79/16
141/13
14th [3] 58/3 81/23
195/20
15 [19] 21/22 28/1
90/1 112/18 115/6
129/22 129/25 134/24
136/9 145/2 158/24
188/1 190/10 217/17
217/18 217/19 238/8
238/8 259/3
1551 [2] 44/22 73/11
15th [6] 37/8 78/21
78/21 79/1 79/4
126/18
16 [4] 35/3 89/20
217/17 219/3
16,000 [1] 42/4
169 [1] 1/16
16th [1] 43/3
17 [3] 21/22 145/3
195/6
17th [2] 31/1 31/14
18 [2] 57/9 238/17
18-CV-24190 [2]
1/2 4/14
184 [1] 3/13
186 [4] 3/17 216/24
216/25 217/13
18th [5] 52/25 59/11
222/13 227/15 229/17
19 [3] 23/23 132/15
238/21
1900's [1] 82/5
1920 [1] 121/1
194 [1] 3/14
1950 [1] 121/1
1960 [1] 121/1
1981 [1] 16/12
1986 [1] 17/4
1990 [1] 16/11
19th [1] 229/18
1:00 [2] 117/20
117/22
1:05 [1] 119/20
1:10 [1] 262/3
1st [2] 31/2 73/16

2
20 [16] 21/22 23/11
28/1 29/24 29/24
31/20 32/16 40/8
96/19 157/11 159/15
162/5 162/6 188/1
217/3 282/15

## 2

**20's [2]** 23/23 42/2
**20,000 [1]** 106/22
**200 [3]** 1/21 61/17
61/22
**2002 [3]** 24/9 110/7
110/15
**2004 [3]** 24/10 25/3
26/14
**2005 [1]** 26/11
**2006 [1]** 26/11
**201 [1]** 1/13
**2012 [41]** 78/8
83/11 96/20 96/21
98/15 100/12 100/17
100/22 103/12 104/3
107/1 234/14 234/16
235/13 236/23 237/3
242/16 242/20 243/1
243/1 244/24 245/14
246/1 246/6 246/9
246/11 246/22 246/24
247/7 247/11 247/13
247/23 249/21 250/5
251/14 251/15 251/15
252/1 252/1 253/3
253/23
**2013 [5]** 75/21
251/20 252/2 252/21
252/24
**2014 [8]** 87/25 89/17
106/16 250/25 253/12
253/13 253/15 267/17
**2015 [1]** 88/4
**2017 [34]** 45/13
45/14 45/25 52/25
57/9 66/6 67/6 106/16
107/1 107/5 107/23
108/8 110/8 110/16
121/4 123/18 123/19
129/23 130/1 134/24
134/25 137/8 137/10
146/14 153/20 188/22
206/14 217/16 217/17
219/3 219/3 232/9
258/6 259/3
**2018 [39]** 10/13
96/1 108/11 110/19
111/12 122/18 131/6
131/14 132/3 132/11
133/15 134/23 139/15
140/3 140/18 142/4
142/15 143/1 146/15
174/16 176/16 182/21
195/17 209/11 210/1
210/14 250/16 251/5
262/25 263/13 263/17
264/2 264/18 265/17
272/4 272/5 273/25
276/18 277/6
**2019 [6]** 33/23 34/7

35/3 74/18 75/9
142/24
**2020 [3]** 134/18
134/19 135/3
**2021 [1]** 75/18
**2022 [7]** 5/25 10/14
118/10 118/11 144/10
144/18 152/10
**2023 [8]** 1/5 4/1
10/14 36/1 72/8 89/20
120/1 282/15
**202B [1]** 282/17
**20th [1]** 69/5
**21 [6]** 66/6 67/6
75/18 122/18 234/14
239/4
**2121 [1]** 1/13
**214 [2]** 229/18 230/1
**217 [1]** 3/17
**21st [1]** 124/1
**22 [2]** 272/5 273/25
**22nd [1]** 31/1
**23 [4]** 139/15 140/3
239/9 251/9
**23,000 square [1]**
42/5
**23rd [3]** 118/8
118/10 277/11
**24 [1]** 249/21
**24190 [2]** 1/2 4/14
**25 [12]** 29/22 29/24
31/20 104/3 245/13
246/1 246/9 246/10
247/11 247/12 247/23
253/23
**250 [3]** 3/17 62/3
229/14
**250,000 [1]** 31/24
**252 [1]** 3/18
**26 [10]** 3/5 5/22
7/12 10/21 12/10
12/11 12/21 14/3 16/3
123/18
**2600 [1]** 272/16
**262 [4]** 3/13 143/10
143/18 144/2
**264 [1]** 3/18
**266 [1]** 3/19
**269 [2]** 3/19 55/20
**26th [2]** 88/5 122/9
**27 [4]** 140/17 142/3
276/18 277/6
**273 [1]** 3/20
**277 [1]** 3/20
**27th [5]** 29/15 29/22
30/25 187/4 277/11
**28 [5]** 3/6 36/1 72/8
88/4 239/13
**282 [1]** 6/4
**29 [1]** 239/20
**299 [1]** 282/17
**2:00 [1]** 262/3

**2nd [2]** 1/13 1/19

## 3

**30 [6]** 96/20 96/21
153/2 155/16 280/7
280/8
**30's [1]** 42/23
**300 [1]** 121/13
**305 [1]** 198/12
**307 [1]** 174/10
**30th [1]** 98/15
**31 [6]** 236/23 237/3
246/6 246/22 246/24
247/6
**3105 [1]** 1/19
**311 [3]** 35/6 35/16
36/17
**312 [2]** 49/22 58/7
**314 [1]** 222/25
**315 [4]** 51/3 222/8
222/9 222/10
**31st [2]** 241/12
242/23
**32 [5]** 3/19 41/10
240/2 265/10 266/13
**3230 [1]** 194/17
**324 [1]** 264/18
**325 [4]** 128/18
128/21 128/22 259/2
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**33301 [1]** 282/17
**34 [1]** 3/6
**350 [1]** 77/2
**358 [4]** 3/6 34/1
34/9 34/16
**359 [1]** 179/21
**36 [1]** 3/7
**364 [4]** 3/13 183/23
184/15 184/21
**37 [2]** 95/2 176/9
**37th [1]** 29/13
**38 [1]** 240/22
**39 [1]** 3/7
**393 [1]** 171/13
**394 [1]** 48/15
**396 [5]** 3/18 252/4
252/8 252/9 252/15
**3:00 [3]** 205/21
261/25 262/1
**3:17 [1]** 217/3
**3rd [1]** 76/24

## 4

**40 [6]** 53/6 63/3
63/10 77/6 201/18
201/18
**40-year [3]** 77/4
78/17 138/11
**403 [12]** 3/7 36/18

36/24 58/22 63/17
63/22 68/2 113/6
116/13 146/19 146/25
155/1
**4100 [1]** 1/21
**412 [7]** 3/10 72/2
74/2 74/11 251/7
251/7 252/8
**413 [3]** 3/8 51/17
51/22
**42 [2]** 16/12 17/4
**439 [1]** 74/23
**442 [4]** 3/8 53/14
54/2 54/8
**444 [1]** 44/19
**453 [9]** 3/11 98/21
99/15 99/23 242/1
248/7 248/20 249/2
249/4
**455 [4]** 3/12 121/24
122/19 123/3
**456 [4]** 3/11 96/12
98/3 98/9
**465 [4]** 3/14 192/21
194/5 194/12
**468 [4]** 3/9 57/1
57/13 57/22
**48 [5]** 3/19 79/20
268/14 269/4 269/6
**49 [3]** 210/23 211/1
211/4
**4:36 p.m [2]** 66/6
67/7
**4th [2]** 29/22 74/23

## 5

**50 [7]** 53/8 79/19
96/19 101/4 101/19
260/5 269/20
**50-room [1]** 244/11
**500 [1]** 1/16
**51 [1]** 3/8
**52 [3]** 79/20 101/3
101/19
**521 [1]** 73/6
**53 [1]** 134/7
**54 [2]** 3/8 270/2
**541 [4]** 3/7 39/2
39/15 39/23
**542 [7]** 3/10 84/7
84/24 85/16 86/1
95/23 131/22
**5448 [1]** 282/18
**548 [4]** 3/12 139/25
140/22 141/5
**553 [4]** 3/9 64/16
66/18 67/3
**57 [1]** 3/9
**590 [3]** 3/5 25/16
26/6
**591 [1]** 94/19
**5:28 [1]** 282/8

**5:30 [4]** 261/13
261/13 261/22 262/11
**5th [3]** 241/13
241/16 241/22

## 6

**6.8 [3]** 145/8 145/19
145/22
**60 [1]** 99/13
**60's [1]** 27/10
**625 [1]** 248/9
**63 [10]** 3/15 102/10
102/10 102/15 137/12
174/3 235/10 235/11
235/13 246/4
**64 [7]** 3/16 103/18
103/19 103/24 245/12
246/16 248/10
**65 [3]** 3/17 249/19
250/3
**66 [2]** 130/13 134/6
**67 [4]** 3/9 272/1
272/2 273/14
**68 [4]** 3/20 273/19
273/20 273/23
**69 [4]** 3/20 276/13
277/1 277/3
**6:33 p.m [1]** 36/1
**6th [5]** 44/12 73/10
100/12 241/21 241/23

## 7

**7,000 [2]** 42/5
106/21
**7-Eleven [5]** 36/11
38/8 73/6 77/15 77/17
**701 [1]** 77/14
**735 [1]** 77/14
**74 [1]** 3/10
**75 [1]** 260/5
**7601 [1]** 235/23
**7605 [1]** 236/3
**769-5448 [1]** 282/18
**793 [1]** 17/3
**7:00 [1]** 121/11
**7:30 [4]** 69/22 91/16
91/18 92/6
**7th [21]** 29/23 31/2
31/3 49/6 73/9 79/5
79/11 79/11 79/16
84/20 86/10 99/5
102/25 123/18 123/22
133/10 133/13 141/19
142/4 187/4 251/5

## 8

**83 [1]** 73/17
**86 [1]** 3/10
**8th [36]** 29/21 29/23
29/23 30/2 31/1 31/2
31/15 37/7 38/8 43/3
44/2 44/13 44/22

**8**

**8th... [23]** 49/15
50/4 72/23 73/1 73/4
73/6 73/12 73/16
73/17 75/20 76/16
76/24 77/16 78/22
79/5 81/20 100/19
133/2 171/19 174/16
176/25 242/16 272/16

**9**

**909 [1]** 17/3
**91 [1]** 99/17
**9150 [1]** 2/3
**922 [1]** 17/4
**95 [2]** 29/18 29/18
**954 [1]** 282/18
**966 [1]** 73/1
**98 [1]** 3/11
**99 [2]** 3/11 96/19
**9:00 [6]** 121/12
261/23 261/25 262/1
262/13 281/24
**9:25 [1]** 262/2
**9th [2]** 88/3 133/21

**A**

**a.m [2]** 72/8 281/24
**ability [6]** 6/6 79/6
154/13 166/9 178/21
221/23
**able [37]** 10/2 10/9
10/17 29/11 41/25
64/10 65/5 98/16
108/9 126/19 142/10
142/11 142/23 150/10
151/5 152/7 152/12
154/15 154/16 157/21
158/17 158/18 160/11
161/1 161/7 161/9
161/10 161/20 161/25
162/21 164/5 170/12
172/3 172/15 172/17
180/12 251/9
**abolished [1]** 167/24
**about [157]** 5/10
5/20 6/12 7/5 7/8 9/4
9/20 12/2 15/12 16/3
16/25 17/5 17/24
17/25 18/1 18/12 22/8
24/10 25/7 26/16 27/6
28/6 29/21 29/22
29/24 30/12 32/9
32/22 37/18 37/24
40/8 41/10 42/3 44/13
45/13 49/12 56/21
56/22 62/13 62/16
68/13 68/18 69/5
69/22 71/10 71/10
76/24 77/2 79/14
79/22 81/17 81/25
88/6 90/1 90/25 91/5

91/17 91/21 92/1 92/5
94/24 106/21 106/21
118/18 118/25 119/3
119/4 119/9 119/15
121/7 121/8 122/14
127/18 127/24 132/8
134/23 136/6 136/7
151/11 152/6 153/2
154/1 154/6 154/23
155/6 156/4 156/5
157/4 157/21 160/9
160/18 164/8 168/7
169/1 170/15 178/3
178/24 179/20 185/23
194/2 195/15 195/20
196/4 196/21 198/4
198/19 199/14 199/16
199/17 199/21 201/4
204/20 204/25 205/5
206/13 206/25 208/15
214/4 215/16 215/24
216/6 221/11 223/18
225/21 229/14 230/7
231/21 232/20 234/11
234/12 236/22 237/24
238/15 242/20 245/19
250/8 251/6 251/16
254/12 255/11 259/3
260/1 260/1 262/8
262/25 263/13 263/17
264/2 264/18 267/21
272/15 273/6 274/1
274/23 278/8 281/2
282/1
**above [10]** 38/16
49/13 86/12 194/16
211/10 252/2 259/10
270/17 279/4 282/13
**above-entitled [1]**
282/13
**absolutely [2]** 6/5
80/19
**AC [1]** 106/19
**accepted [1]** 109/20
**access [1]** 240/12
**accolades [1]** 178/14
**accomplish [1]**
172/15
**according [1]** 16/10
**account [1]** 221/24
**accounted [5]** 95/19
120/9 171/3 208/5
262/21
**accounts [1]** 220/23
**accuracy [3]** 9/24
10/18 11/11
**accurate [1]** 282/12
**accurately [2]** 35/24
258/5
**accusation [1]** 201/9
**accuse [1]** 114/4
**accused [4]** 113/25

117/8 193/8 200/17
**accusing [2]** 113/8
199/18
**Ace [1]** 93/9
**Achievement [1]**
34/24
**acquire [1]** 32/13
**acquired [1]** 103/3
**acquisitions [1]**
32/14
**across [6]** 36/11
37/10 42/10 52/16
56/16 203/19
**action [2]** 182/15
209/10
**actions [5]** 11/9
166/24 175/20 212/12
247/18
**active [18]** 86/4 87/6
87/16 87/17 87/19
88/2 88/5 95/25 96/17
97/6 99/13 132/3
132/12 133/14 140/2
256/13 256/21 271/19
**activity [1]** 113/14
**actors [3]** 48/4 50/3
120/20
**acts [1]** 5/17
**actual [1]** 126/4
**actually [30]** 21/13
24/6 34/22 34/25
38/11 39/1 40/1 44/1
52/22 54/11 60/7 64/9
69/14 83/19 90/12
100/8 100/19 128/6
128/14 134/11 135/22
137/4 142/11 177/20
186/8 207/1 208/15
213/1 225/23 267/20
**ad [4]** 24/17 48/25
51/14 223/16
**add [1]** 128/17
**adding [2]** 105/25
147/22
**addition [3]** 11/2
22/9 248/10
**additional [6]** 90/10
92/4 105/20 105/22
261/23 262/12
**Additionally [1]**
113/8
**address [39]** 5/6
18/24 44/1 58/2 71/13
74/23 77/24 77/25
84/20 86/11 95/13
99/4 99/4 102/21
103/2 103/5 103/6
103/6 105/22 105/24
107/23 114/23 124/15
132/2 133/6 133/9
133/11 136/3 141/18
141/24 142/4 194/16

272/11 272/13 272/16
272/20 278/11 278/17
278/23
**addressed [1]**
250/11
**addresses [7]** 77/15
77/23 103/1 135/19
141/15 241/17 272/12
**addressing [1]**
134/13
**Adele [1]** 193/22
**adjacent [1]** 266/22
**adjourned [1]** 282/8
**administration [1]**
22/14
**administrator [1]**
174/22
**admission [1]** 245/7
**admit [11]** 85/16
217/11 252/11 258/19
266/8 269/2 269/15
273/14 273/16 273/20
276/22
**admitted [32]** 28/21
36/21 44/20 48/16
48/21 49/23 52/9 54/5
57/18 58/8 74/8 91/20
91/22 98/6 99/20
129/4 130/14 131/22
134/7 171/13 174/11
179/21 184/18 194/9
198/13 242/2 242/3
249/24 265/14 265/15
266/12 276/21
**adopted [1]** 233/17
**ads [1]** 24/15
**advertisement [2]**
222/12 223/6
**affect [9]** 114/15
115/2 154/10 154/11
160/2 164/4 165/8
165/21 202/16
**affected [13]** 154/11
154/12 154/15 156/18
158/23 166/19 166/25
174/24 175/23 189/18
189/19 201/13 203/5
**affecting [1]** 164/6
**affiliated [1]** 218/18
**affirmative [1]** 90/4
**Afro [1]** 45/4
**after [62]** 10/7 12/13
13/2 13/22 14/13 15/2
18/5 18/24 22/5 24/9
25/1 25/4 25/9 25/12
42/25 49/7 56/22
68/13 69/1 69/3 75/17
77/6 93/20 104/1
106/2 110/18 110/25
111/12 117/19 117/22
124/2 125/10 125/25
126/10 131/4 131/7

131/12 137/10 139/12
139/19 152/6 160/10
173/21 175/12 185/8
191/12 195/18 196/18
235/2 236/8 237/15
239/18 240/11 241/21
242/24 247/2 249/4
250/14 251/11 251/23
254/6 272/4
**afternoon [2]** 120/1
208/12
**again [60]** 16/3
18/12 44/12 44/23
56/23 57/24 57/25
61/7 63/22 65/10
71/14 85/2 85/18
90/20 98/14 115/25
117/4 117/19 117/21
128/14 133/14 134/22
147/16 152/8 155/7
158/2 168/13 171/4
171/9 172/11 172/16
189/7 192/10 201/1
201/3 204/10 204/16
206/21 223/15 224/18
237/13 237/18 237/22
238/21 239/4 239/9
239/13 240/2 240/10
240/23 248/15 248/20
253/22 253/24 258/16
259/2 262/11 271/8
271/18 281/25
**against [11]** 11/9
117/2 159/20 169/12
208/18 208/23 212/16
213/7 214/5 214/6
214/10
**age [2]** 20/16 77/7
**agenda [2]** 195/21
196/12
**ago [9]** 23/2 32/16
43/14 85/8 89/21
217/3 242/6 251/17
253/3
**agree [3]** 231/14
256/14 257/23
**agreed [4]** 40/21
95/1 245/6 280/22
**agreement [8]** 140/5
140/8 140/13 143/15
277/12 277/15 279/14
280/7
**Agreements [1]**
140/9
**agrees [2]** 18/16
279/4 279/6
**ahead [8]** 5/7 67/19
90/20 92/19 94/11
186/24 218/12 224/15
**air [2]** 86/19 246/23
**alcohol [1]** 127/12
**Alex [1]** 69/23

**A**

**Alfie [36]** 47/13
47/15 48/4 48/10
48/12 49/16 49/17
50/6 50/10 51/9 51/10
51/12 51/24 53/2
56/20 60/25 61/18
67/12 67/21 67/22
68/17 110/25 111/3
111/25 160/3 206/14
214/8 215/19 215/25
216/2 216/14 217/16
219/14 224/2 227/3
227/18

**Alfresco [1]** 38/20
**all [193]** 4/7 4/8 5/3
5/23 5/24 6/6 7/18
8/4 8/6 8/18 9/3 9/12
9/13 10/12 13/5 16/8
18/14 18/15 18/19
19/4 19/6 27/2 28/21
29/18 29/20 31/13
33/9 35/21 36/20 38/6
38/11 39/20 40/15
42/1 42/6 43/5 46/9
46/13 63/24 65/3
66/19 71/14 72/1
72/14 72/15 73/10
73/18 73/20 73/22
74/7 74/25 75/2 75/6
75/23 76/12 76/18
77/17 77/19 78/18
80/3 80/24 82/15
82/16 82/17 83/13
83/20 84/22 85/17
86/16 86/22 90/4 90/7
90/13 91/15 93/7
95/16 95/18 95/19
99/20 100/5 104/14
106/18 107/7 109/5
110/8 113/10 114/20
117/18 117/23 119/7
119/17 120/6 120/8
120/9 122/25 124/10
128/25 136/12 136/23
137/21 138/17 151/15
153/12 158/2 158/3
158/4 158/19 161/23
164/25 166/10 167/4
168/4 168/14 168/15
169/13 169/16 169/18
169/23 170/19 170/22
170/24 171/2 171/3
171/7 172/13 173/7
175/14 176/13 180/3
180/21 182/13 184/18
187/20 189/20 191/2
200/1 200/3 201/7
207/13 207/16 208/1
208/4 208/5 208/14
209/25 212/3 216/8

220/18 223/16 224/24
224/24 225/1 229/17
230/1 230/23 230/24
230/24 232/17 233/11
233/24 235/5 235/9
239/7 239/10 239/22
239/22 244/10 247/23
248/15 248/22 249/24
254/17 260/16 260/22
261/7 261/9 262/18
262/20 262/21 263/6
266/12 268/4 268/4
268/5 269/13 270/18
271/24 272/23 277/2
278/3 279/17 281/13
282/4

**allegation [4]**
211/24 212/12 212/17
212/19
**allegations [6]** 5/14
133/23 211/11 211/12
211/13 211/15
**alleged [1]** 209/6
**allegedly [1]** 7/23
**allow [10]** 18/13
59/22 96/7 97/11
97/17 104/20 105/4
127/6 205/18 207/12
**allowed [8]** 6/7 60/9
96/9 105/9 123/5
158/3 254/2 261/2
**allowing [2]** 199/23
264/6
**allows [1]** 72/14
**almost [1]** 79/9
**along [4]** 31/15
184/10 187/1 249/5
**alongside [1]** 34/23
**Alpha [1]** 77/2
**alphabetical [1]**
218/20
**already [29]** 8/6
44/20 48/16 48/21
49/23 52/9 58/8 69/22
91/20 91/21 92/12
92/20 92/22 95/1
129/4 130/14 131/22
134/7 171/13 176/6
198/13 213/8 232/11
235/10 241/10 245/12
253/4 264/19 270/2
**also [39]** 5/6 5/10
22/11 23/6 23/13 38/8
44/3 46/11 48/12
86/23 91/10 97/11
98/19 115/25 118/4
127/23 137/10 140/5
169/21 170/11 178/3
179/24 184/12 212/19
215/2 217/2 222/4
223/1 224/14 226/2
229/3 246/3 248/10

258/8 261/6 262/3
264/17 280/14 281/2
**although [3]** 32/9
38/10 130/2
**Altos [2]** 43/12
217/19
**Alvez [1]** 44/10
**always [16]** 27/23
47/24 81/4 81/11 84/3
108/6 110/18 137/10
137/11 167/4 167/5
178/18 202/18 204/23
231/7 246/21
**am [3]** 7/20 10/20
204/22
**Amanda [1]** 1/12
**amazing [11]** 27/17
33/16 33/18 34/25
41/11 41/21 42/16
44/7 83/21 115/6
190/25
**ambassador [3]**
182/12 200/2 200/5
**Ambassadors [1]**
51/11
**Amber [2]** 2/3 4/21
**ambush [2]** 7/24
10/20
**amended [9]** 5/15
5/17 5/18 7/12 7/13
8/11 212/20 213/6
278/3
**amendment [3]** 5/23
182/24 212/25
**amenity [1]** 80/3
**American [2]** 22/19
32/25
**amongst [1]** 282/2
**amount [7]** 47/3
71/22 94/8 119/16
243/8 244/25 262/6
**Andelo [3]** 58/6 58/9
58/11
**anguish [2]** 16/11
166/5
**Anne [1]** 1/11
**announce [2]** 180/8
196/8
**announcing [1]**
180/7
**annual [2]** 11/8
11/10
**another [32]** 23/6
40/17 42/5 44/5 44/14
58/25 73/13 85/2
137/5 142/14 162/6
172/16 175/4 178/23
179/20 186/4 202/8
206/20 223/6 237/18
239/4 239/13 240/2
240/2 240/10 245/13
250/8 251/2 253/12

260/22 263/1 281/20
**answer [35]** 20/9
27/8 55/15 56/11
56/15 58/23 79/22
82/4 84/3 97/2 108/1
110/6 111/7 115/5
116/3 116/4 135/9
156/14 158/13 179/1
183/19 209/8 220/12
221/17 225/22 227/24
234/21 240/7 248/1
248/2 255/2 256/2
267/17 275/17 275/25
**answered [14]**
155/22 176/5 205/8
206/8 231/11 232/5
233/20 234/8 241/6
247/25 256/17 256/23
258/2 267/23
**answering [1]**
110/11
**answers [1]** 202/10
**anticipate [1]** 5/20
**anticipating [1]**
149/3
**Antonello [3]** 254/25
255/11 255/17
**anxiety [3]** 16/19
17/1 156/20
**any [113]** 7/6 7/7
7/21 7/21 7/22 8/12
8/21 8/25 9/3 9/7
9/25 12/5 12/13 12/16
12/17 12/19 14/18
15/13 17/8 17/25
18/23 19/3 22/21
25/21 28/19 34/10
35/17 39/17 45/14
45/24 51/18 54/3
57/14 66/19 74/3 85/1
85/17 90/22 91/1
91/10 92/16 92/21
93/4 97/21 98/4 100/1
102/12 103/6 103/8
106/3 106/23 107/9
108/8 115/2 117/22
117/25 118/19 118/20
119/15 122/21 124/14
124/16 126/8 129/24
129/24 130/6 133/20
133/23 135/4 137/5
140/23 141/1 145/25
153/19 159/7 159/13
159/13 168/14 170/14
172/9 173/12 178/14
181/5 182/15 194/7
195/5 195/7 202/11
202/23 204/15 204/20
207/15 211/13 216/25
219/4 219/13 219/16
225/17 227/9 232/22
234/5 237/2 239/24

245/3 245/4 247/22
249/22 250/15 250/21
252/8 265/25 266/10
282/1
**anybody [4]** 47/5
47/7 82/25 85/13
**anybody's [1]** 30/25
**anymore [2]** 73/20
182/6
**anyone [8]** 45/24
90/2 117/21 168/13
192/11 201/8 207/14
282/2
**anything [18]** 14/3
19/15 56/19 92/20
110/2 138/14 153/16
169/14 171/7 171/8
171/11 205/11 206/4
206/10 225/5 248/18
249/8 276/25
**anyways [2]** 24/4
38/18
**anywhere [3]** 201/9
223/20 260/5
**apartment [1]** 23/19
**apartments [1]** 80/1
**apologies [1]** 5/9
**apparently [2]** 48/21
94/24
**appear [2]** 7/23
214/12
**appearances [3]**
1/10 2/1 4/15
**appears [6]** 52/16
218/6 218/17 251/18
258/13 260/15
**application [11]**
96/20 98/25 99/2
99/25 100/7 100/11
100/14 100/24 101/24
244/14 249/4
**apply [1]** 19/9
**appointed [2]** 139/2
139/5
**approach [7]** 47/7
47/23 47/25 90/18
218/4 218/12 218/23
**approached [2]**
56/21 56/23
**appropriate [3]** 8/23
118/23 161/5
**approval [1]** 136/25
**approve [1]** 71/4
**approved [2]** 84/22
137/2
**approximately [5]**
7/14 49/5 53/4 121/9
260/25
**April [5]** 13/8 13/11
88/4 144/10 144/19
**arbiter [1]** 228/24
**arch [1]** 248/12

(4) Alfie - arch

**A**

**arches [2]** 248/13
248/14
**architect [6]** 33/24
70/17 70/21 80/12
81/3 230/13
**architects [6]** 71/15
71/20 81/12 109/6
109/12 111/8
**archway [1]** 270/17
**are [189]** 5/12 6/14
6/25 7/25 7/25 8/17
8/22 10/19 10/19 11/5
11/12 14/23 14/25
15/11 15/14 16/17
17/21 21/18 23/1
23/24 27/21 29/11
30/1 30/20 31/2 31/14
31/16 31/21 32/11
32/18 33/5 33/18 36/5
36/8 36/13 36/14
36/14 37/13 37/25
38/4 38/5 38/14 38/15
39/8 39/11 39/25
44/15 49/16 49/17
50/16 53/17 59/19
64/23 65/3 66/8 67/12
70/11 70/13 70/17
70/23 71/6 71/16
72/18 73/5 74/5 74/25
75/2 76/12 77/25 80/9
80/12 80/14 80/16
80/24 80/25 81/5 81/6
81/7 81/14 83/14
84/14 86/18 87/12
91/10 91/15 91/18
91/20 91/23 92/11
94/8 95/18 110/3
112/22 113/16 117/25
117/25 118/14 120/8
122/8 124/13 128/4
131/1 145/22 147/8
147/9 147/11 147/14
147/20 147/21 148/4
148/4 148/11 148/21
148/23 149/3 149/10
149/15 149/18 149/19
150/2 150/7 153/10
155/13 155/14 155/20
155/21 156/2 157/4
157/7 157/21 158/11
158/25 163/12 164/17
164/24 167/19 171/3
176/1 176/2 182/19
187/12 190/4 190/7
191/1 191/2 191/3
191/8 194/21 195/6
196/3 198/17 198/21
199/4 202/7 204/24
205/18 205/19 205/19
207/24 208/4 208/12

208/13 208/17 208/24
211/12 215/11 220/18
222/21 225/5 226/2
226/14 228/24 230/4
230/23 237/1 246/18
247/6 247/14 250/14
251/4 251/9 254/6
255/17 259/20 259/23
262/20 264/6 265/22
272/25
**area [24]** 11/13
14/22 26/21 31/12
31/13 31/24 32/9
32/10 32/16 37/12
37/25 73/14 79/17
83/14 174/9 174/15
175/7 175/12 191/2
237/19 239/14 240/2
259/6 270/19
**areas [3]** 101/18
170/10 240/3
**aren't [1]** 250/21
**Argumentative [11]**
116/13 179/10 210/7
214/14 219/20 225/12
228/25 234/7 244/21
245/21 261/4
**Armas [1]** 58/6
**around [25]** 14/5
24/10 26/11 26/12
29/20 31/19 40/8 53/7
55/24 69/21 94/3 94/8
109/21 144/18 167/12
210/4 210/10 210/15
234/14 237/4 257/17
257/21 257/23 258/6
262/3
**array [1]** 33/8
**arrive [1]** 260/12
**arroz [3]** 50/24
50/24 52/19
**art [2]** 82/24 181/19
**Arteaga [1]** 4/11
**Arteaga-Gomez [1]**
4/17
**artisans [3]** 33/9
43/6 181/14
**artist [5]** 38/20 40/2
40/15 40/17 44/25
**artists [8]** 33/9
33/11 40/1 40/6 40/11
43/6 44/24 181/14
**Arts [4]** 73/7 77/21
77/22 77/23
**aside [3]** 214/8
250/13 259/6
**as [190]** 4/23 5/11
5/21 6/8 6/13 8/1 8/2
11/2 12/24 15/7 18/11
18/14 18/18 19/9
19/15 21/11 22/22
23/1 24/3 26/12 29/13
29/13 31/8 35/24
36/11 36/18 37/21

39/14 41/6 42/3 43/4
45/20 46/9 48/4 52/16
55/25 56/5 56/17
62/10 62/10 62/25
62/25 63/20 69/18
71/2 71/5 80/2 80/2
80/22 82/24 83/20
86/6 86/6 86/24 92/2
92/9 92/9 92/16 95/7
96/8 96/16 96/21
102/2 102/4 102/4
106/17 108/3 108/3
108/11 108/14 109/17
111/6 111/9 111/15
111/15 112/24 118/14
124/13 125/17 133/5
135/17 135/25 138/12
139/4 142/15 142/20
146/24 147/18 149/5
149/23 150/13 150/16
150/17 150/17 150/21
151/5 152/22 153/4
153/9 153/14 153/14
154/16 155/5 155/13
155/20 159/2 159/22
160/3 161/7 161/15
161/19 162/2 162/22
163/23 164/12 164/12
165/17 169/23 169/23
170/1 170/15 171/3
171/5 172/2 172/9
173/13 175/19 177/23
178/14 179/4 179/24
180/19 181/25 182/1
182/3 182/3 183/9
183/19 187/6 191/7
192/20 193/25 201/9
203/16 204/1 204/21
209/6 209/10 211/11
211/13 214/1 216/19
217/11 217/25 218/17
219/23 220/17 220/19
221/23 223/8 224/11
224/15 228/6 228/11
231/3 231/4 231/14
231/14 235/5 235/6
236/20 237/20 238/4
238/22 240/4 244/11
246/16 251/16 258/20
260/15 262/4 266/1
266/15 270/17 275/4
277/16 278/3 279/19
281/21 282/2
**ask [25]** 9/6 13/11
13/25 14/6 17/14
17/14 80/9 86/3
115/23 140/2 168/2
170/2 187/11 189/21
203/10 216/13 218/6
233/6 233/8 240/7

247/19 248/24 273/12
274/22 280/15
**asked [32]** 13/6 13/7
14/10 14/11 14/12
14/14 20/8 126/25
148/21 148/23 153/1
155/22 176/5 186/10
201/4 204/11 205/8
206/8 216/6 224/14
231/11 232/5 232/13
233/19 234/7 241/6
247/25 256/17 256/23
258/1 263/23 269/10
**asking [29]** 10/8
13/19 14/7 45/20
60/19 62/6 108/24
116/24 118/25 119/3
128/16 147/9 147/10
147/18 147/21 148/7
148/25 149/10 149/18
150/2 167/8 167/9
198/4 200/12 203/25
219/21 229/6 234/25
237/24
**asks [2]** 17/16 149/5
**assassination [1]**
191/19
**assign [1]** 9/6
**associated [13]**
113/25 114/8 154/24
158/25 159/13 179/25
200/17 217/22 225/6
234/3 249/15 272/17
273/1
**association [1]**
181/5
**assume [1]** 229/25
**Assumes [10]** 114/2
114/10 116/23 125/13
153/23 156/13 157/15
163/14 166/1 175/1
**assure [1]** 278/1
**at [220]** 5/5 12/2
13/23 15/9 17/4 18/14
18/21 19/11 20/16
21/1 21/2 22/1 22/6
22/10 22/12 23/17
24/2 24/23 25/7 25/8
26/18 30/2 33/17 36/1
39/8 42/9 43/21 47/3
49/19 50/4 50/16 53/4
53/8 53/12 55/16
58/16 60/3 60/8 60/16
62/14 63/19 64/2 64/6
65/13 65/17 65/24
66/6 67/6 67/7 68/15
68/16 68/24 69/22
70/12 72/8 73/21
75/20 82/15 84/13
86/8 88/21 89/2 90/6
91/16 91/18 92/4 92/6
92/15 93/15 94/10

95/23 95/24 97/7
97/12 97/17 99/3
103/8 103/14 107/11
107/12 107/16 108/8
108/13 109/17 113/4
113/16 114/19 117/19
117/22 119/17 119/20
121/11 121/12 121/12
121/13 122/10 123/6
123/16 126/5 126/9
126/25 127/6 127/14
127/16 127/17 129/18
129/25 131/25 134/1
134/15 134/19 134/20
134/25 135/18 137/20
138/15 140/2 140/7
140/15 146/8 149/16
151/22 153/15 158/19
159/7 159/11 160/22
161/6 163/4 164/12
165/3 165/13 166/8
167/15 168/24 172/21
174/15 174/22 175/11
178/23 179/8 180/5
186/11 191/25 192/9
192/11 192/19 193/13
195/24 196/14 196/17
196/19 197/15 197/19
201/6 202/12 203/1
207/13 210/4 210/11
210/17 210/25 211/7
213/16 213/20 213/21
217/19 222/16 223/11
224/19 227/15 227/21
229/18 232/17 232/18
237/12 238/10 238/23
241/25 242/11 242/12
242/23 243/5 244/4
246/17 250/22 255/22
256/6 256/11 256/15
257/18 257/24 258/20
260/3 260/11 260/12
261/13 262/1 262/2
262/3 265/18 271/5
271/6 271/12 271/18
272/9 272/11 272/20
274/18 275/13 275/21
277/24 278/7 278/24
279/3 280/3 280/10
281/16 281/24 282/8
**attached [5]** 211/16
249/3 249/5 272/14
278/6
**attack [4]** 115/14
157/14 166/6 203/17
**attacked [1]** 174/8
**attacking [3]** 117/10
117/10 163/21
**attacks [6]** 166/11
178/20 201/17 202/7
203/18 263/3
**attain [1]** 22/13

**A**

**attempt [1]** 249/8
**attempted [3]**
210/11 210/16 210/20
**attempting [1]**
140/12
**attended [1]** 275/6
**attention [1]** 211/22
**attesting [1]** 228/3
**attitude [3]** 107/12
111/4 111/6
**attorney [3]** 197/6
209/4 274/18
**attorneys [3]** 145/9
149/10 215/11
**attract [1]** 190/25
**attribute [3]** 108/15
110/20 110/24
**August [2]** 249/21
250/5
**August 24 [1]**
249/21
**August 4 [1]** 250/5
**aunt [1]** 205/24
**authentic [1]** 43/15
**authorities [2]**
112/24 118/1
**authority [1]** 90/10
125/4 197/6
**authorized [1]**
242/16 253/14
**avenue [32]** 1/13
29/13 29/15 29/22
29/22 30/25 31/1 31/1
31/1 31/1 31/14 37/8
43/3 44/12 44/13 58/3
73/14 73/16 74/24
76/24 78/21 78/22
78/22 79/1 79/4 81/24
102/24 103/5 103/9
187/4 272/11 272/13
**avenues [1]** 30/20
**avoid [3]** 82/20 83/6
83/7
**award [4]** 33/23
34/21 34/24 179/2
**awarded [5]** 16/10
34/22 34/23 44/8
179/2
**awards [2]** 34/5
38/24
**aware [13]** 5/21
34/20 103/14 150/6
229/23 233/13 233/14
233/17 250/15 255/17
262/25 263/15 263/18
**away [5]** 24/24
158/3 158/20 163/18
205/23
**AXS [1]** 1/10
**ayurveda [1]** 32/19

**Azucar [5]** 33/15
37/7 38/19 73/8 77/24

**B**

**B-N-Z-A-L-S [1]**
273/1
**babies [1]** 179/13
**Baby [2]** 73/4 76/14
**bachelors [1]** 22/14
**back [55]** 10/12
17/10 20/9 21/16
21/24 22/6 24/13
24/14 27/18 28/3
33/15 45/4 52/22
52/23 54/11 59/14
60/8 60/14 60/15 69/5
69/6 70/20 78/13
83/19 90/6 90/21
91/11 92/17 93/3
109/12 113/24 127/4
134/2 136/6 144/20
152/16 209/11 210/25
211/21 218/25 230/19
230/20 230/23 246/22
247/11 248/6 248/7
248/9 248/21 253/1
253/17 253/25 262/3
265/9 267/15
**backs [1]** 113/21
**backup [5]** 6/5 6/9
11/25 12/3 119/10
**bad [1]** 109/17
**bags [5]** 41/16
237/23 238/4 238/4
238/9
**Bahamas [1]** 73/14
**bakery [2]** 33/16
33/17
**Ball [17]** 5/13 6/12
8/9 8/13 8/15 33/13
37/6 38/18 73/8 73/9
77/24 78/24 83/19
147/24 148/6 191/21
191/22
**ballers [1]** 79/6
**balloons [1]** 52/21
**banisters [1]** 239/15
**bank [6]** 152/3 152/4
152/14 152/17 152/17
155/15
**Bankers [1]** 160/6
**banks [7]** 113/16
154/2 155/21 158/25
159/1 159/3 159/5
**banquet [1]** 43/11
**bar [5]** 33/12 79/17
135/16 181/17 181/17
**barb [1]** 44/7
**barbershop [1]** 44/7
**Barlington [10]** 25/1
25/4 25/9 25/9 35/4
46/10 48/7 117/12

213/17 214/11
**based [9]** 9/11 10/15
11/7 11/24 93/15
169/10 172/5 211/15
217/1
**basic [4]** 14/18 70/12
80/22 230/10
**basically [11]** 9/10
9/10 29/19 41/12
72/14 106/18 113/10
117/10 125/10 143/1
196/22
**basis [13]** 9/11 11/2
11/8 11/10 34/11
35/18 71/12 143/19
148/12 173/4 182/22
182/23 215/17
**BD [10]** 75/17 75/17
75/19 75/21 75/21
84/21 86/8 89/16 99/5
252/23
**be [182]** 4/5 4/10
5/16 6/7 6/18 6/24
7/5 7/10 7/19 7/24
8/1 8/1 8/10 8/15 9/8
10/2 10/3 10/9 10/17
15/24 16/18 17/9 19/8
24/14 28/21 29/15
31/6 31/10 35/13 37/9
38/12 41/7 41/22
46/20 46/20 52/5 59/1
59/7 59/21 59/22 60/9
60/9 60/11 60/25
61/24 63/15 67/20
77/24 79/17 80/5 80/9
89/25 90/13 91/17
92/9 92/21 92/23 93/2
93/9 93/17 93/20
93/23 93/25 94/4 94/4
94/8 95/19 97/3 97/9
106/10 113/17 115/25
116/6 118/9 118/13
120/9 123/6 131/18
134/22 135/17 135/23
137/2 138/11 138/12
138/12 142/23 145/24
153/14 153/16 158/15
158/15 158/16 158/16
158/17 158/17 158/19
158/20 161/25 166/11
166/11 166/16 167/13
167/24 168/19 169/2
169/3 169/5 169/12
170/3 170/5 170/10
170/12 171/2 171/25
175/9 177/1 180/10
180/11 183/16 183/17
190/24 203/12 207/13
208/5 210/20 211/15
212/6 216/4 216/6
216/20 218/10 219/2
219/23 220/3 221/6

221/24 224/4 227/3
230/8 233/24 238/13
238/15 238/17 239/7
239/14 240/15 240/22
240/23 243/17 246/1
248/20 251/18 257/7
258/11 258/13 259/3
259/13 259/18 259/22
261/1 261/2 262/21
263/10 263/12 263/23
264/5 264/22 265/6
265/24 266/5 268/14
268/24 269/21 274/16
275/2 278/1 279/25
280/24 281/1 281/8
281/9 281/23
**Beach [1]** 22/1
**bean [2]** 181/17
181/17
**beatify [1]** 79/4
**beats [1]** 201/18
**Beatstik [3]** 74/13
74/14 74/16
**beautiful [8]** 23/23
27/24 27/24 27/25
42/1 82/2 126/15
193/18
**became [9]** 69/3
108/11 108/13 110/19
111/13 112/6 112/9
127/22 173/22
**because [72]** 6/9
6/13 6/18 6/25 7/6
7/11 7/17 7/23 8/20
10/7 11/11 11/17
11/25 13/16 13/23
21/10 27/13 29/18
31/21 32/16 46/19
48/4 50/15 52/6 56/1
60/8 63/2 63/20 65/2
69/13 91/4 100/8
111/17 113/11 118/16
134/13 135/18 136/2
136/4 136/12 136/25
142/20 148/5 154/14
157/12 161/14 163/12
169/6 191/21 193/25
200/3 206/25 208/15
212/14 212/15 213/6
218/9 224/10 228/7
228/17 239/14 239/25
243/6 247/9 251/11
254/2 256/21 261/12
264/3 274/19 275/8
277/10
**become [8]** 40/11
108/21 109/11 109/16
137/9 146/10 146/13
146/22
**becomes [4]** 5/8
87/16 87/21 109/14
**becoming [2]** 136/8

136/8
**bed [1]** 205/18
**been [105]** 5/11 8/6
13/23 19/1 23/11
27/14 27/23 28/1 32/7
32/12 33/19 33/22
42/14 42/16 44/8
44/20 47/22 49/23
52/9 58/8 63/3 64/6
64/10 64/25 71/23
80/1 80/3 82/14 91/3
92/9 92/20 92/21
98/16 101/18 102/2
110/7 110/9 130/10
130/14 131/22 134/7
134/10 134/11 144/22
147/3 150/10 154/11
154/13 154/15 156/2
157/8 158/23 159/15
160/10 160/14 162/5
165/24 166/4 166/5
167/6 171/13 174/3
174/6 174/10 175/13
178/25 179/21 188/1
188/21 189/3 189/17
189/18 189/20 190/20
190/22 191/13 192/20
198/13 200/3 200/16
203/5 205/17 217/2
230/4 237/19 238/6
238/6 238/14 240/12
242/2 242/2 246/18
246/21 254/1 254/7
258/22 259/9 259/15
265/15 266/3 267/5
270/9 273/6 273/16
275/8
**beer [5]** 32/23 32/24
38/22 49/14 187/14
**before [47]** 1/8 4/25
5/6 5/7 13/12 15/6
26/14 35/1 40/18 43/5
90/18 91/11 92/17
93/1 99/25 100/23
101/23 104/4 105/3
111/9 117/12 121/6
122/24 129/3 129/3
136/7 142/20 149/16
150/17 154/17 160/5
168/21 173/19 175/6
175/25 188/2 209/19
211/4 213/12 231/25
233/15 241/10 241/24
245/4 251/5 273/11
281/8
**began [4]** 22/3 75/9
178/20 252/24
**begin [2]** 197/23
203/6
**beginning [4]** 10/14
13/16 13/23 101/6
**begins [1]** 71/1

**B**

**behalf [6]** 4/18 4/22
208/20 210/15 275/6
275/8
**behest [1]** 165/3
**behind [18]** 10/3
33/14 51/13 69/9
69/15 69/18 69/19
77/17 81/23 174/18
174/21 175/19 176/12
184/24 191/21 228/1
238/7 247/8
**being [76]** 6/12
31/21 56/17 59/15
68/10 90/4 90/6 91/15
102/23 108/9 109/13
109/20 112/10 113/8
113/25 114/8 114/17
115/7 117/8 117/9
127/14 129/3 130/15
130/18 132/23 133/25
136/4 136/25 147/24
148/15 148/21 148/23
149/9 150/7 151/5
154/16 154/24 157/21
161/7 161/19 162/20
164/5 164/5 171/21
193/8 193/8 197/2
198/2 200/17 204/11
205/23 210/4 212/16
224/14 224/23 225/3
225/24 229/4 229/4
229/9 231/3 232/13
238/4 238/22 239/5
241/15 246/2 246/18
247/12 250/15 255/22
256/15 256/22 258/20
268/3 280/8
**belief [2]** 228/16
228/21
**believe [34]** 6/4 15/3
18/17 32/23 42/12
83/11 93/9 103/13
122/17 126/8 128/20
131/15 133/25 141/13
173/15 211/15 218/21
220/17 222/25 223/1
236/25 237/2 248/17
250/17 250/18 251/6
254/5 260/19 265/25
270/1 272/19 273/19
274/1 276/13
**believed [2]** 47/20
136/15
**Bell [2]** 38/17 73/2
**belong [2]** 178/23
184/6
**below [9]** 38/17
42/24 84/22 194/25
211/9 236/3 236/7
248/10 264/20

**Ben [1]** 4/21
**bench [2]** 5/5 168/24
**Benedict [1]** 1/18
**benefit [1]** 219/18
**Bernat [5]** 184/9
185/10 186/10 186/11
186/13
**Bernheim [1]** 223/25
**Bernheim's [1]** 7/10
**best [9]** 32/17 32/22
32/22 41/24 47/20
80/25 99/12 158/14
248/24
**better [1]** 40/20
**between [15]** 31/14
36/6 36/9 40/10 55/18
109/20 131/10 142/18
143/15 184/7 220/9
260/5 277/15 279/14
281/10
**beyond [29]** 32/2
33/1 41/17 63/4 74/5
101/10 110/21 112/12
113/2 115/15 117/14
146/18 153/16 153/16
154/5 155/1 158/7
161/21 162/10 166/20
169/8 171/7 177/7
177/15 177/24 179/17
188/23 197/11 207/7
**big [10]** 28/5 28/6
31/8 31/15 47/15
115/13 182/10 207/2
231/24 244/17
**Bill [29]** 15/1 24/8
24/9 26/3 26/9 33/14
34/4 62/6 62/12 62/25
66/6 67/22 69/4
106/23 115/9 116/18
129/20 159/10 175/16
180/5 181/5 190/23
191/20 199/17 213/17
214/11 216/3 221/20
260/19
**BillyBuys.com [1]**
103/5
**binding [1]** 277/25
**Biscayne [1]** 1/21
**bit [21]** 21/25 24/3
29/20 37/6 38/18
71/10 71/21 87/6
88/10 106/25 108/13
109/16 113/24 120/22
128/3 136/7 137/3
177/12 208/14 231/21
261/15
**black [3]** 14/16
52/23 251/2
**blacked [3]** 6/6 6/10
11/13
**Blek [1]** 40/17
**blighted [1]** 194/23

**blind [1]** 10/20
**block [5]** 37/24 42/7
42/16 44/3 186/1
**blocked [1]** 9/22
**blocks [11]** 25/5
29/22 29/24 29/24
31/12 32/11 37/18
44/13 74/14 76/24
187/4
**blow [2]** 235/16
280/4
**blows [1]** 175/11
**blue [5]** 49/17 52/18
67/8 67/9 67/12
**Blvd [3]** 1/21 2/3
282/17
**board [6]** 22/22
139/1 139/10 140/19
142/3 270/18
**boards [1]** 22/21
**body [1]** 203/19
**bogus [3]** 228/16
228/21 228/23
**Bohemia [5]** 73/5
77/12 77/14 77/14
77/18
**bolstering [1]** 35/19
**bond [1]** 280/5
**bones [1]** 102/4
**book [4]** 231/23
231/24 232/1 232/1
**books [1]** 232/2
**boosted [1]** 222/16
**border [1]** 22/20
**born [8]** 20/5 20/8
20/13 20/14 22/19
83/17 99/10 179/14
**Botanica [2]** 135/16
135/16
**both [10]** 5/20 17/11
24/24 25/2 27/6 28/3
159/10 184/5 216/3
270/9
**bottom [19]** 100/10
100/13 122/10 122/17
176/14 198/19 213/20
223/10 223/11 242/11
242/12 242/15 246/17
253/13 271/5 271/6
272/9 278/7 279/3
**bought [11]** 23/19
23/19 50/4 81/19
83/11 83/15 97/6 99/7
100/22 101/1 239/25
**boundary [5]** 29/15
29/16 29/17 29/19
29/19
**boutique [2]** 84/4
106/18
**BOWEN [1]** 1/20
**Bowl [1]** 25/5
**box [2]** 38/22 207/12

**bradycardia [1]**
15/16
**brain [1]** 167/10
**brainchild [2]** 33/14
191/21
**branch [4]** 53/22
55/1 70/8 229/19
**brand [1]** 78/14
**break [12]** 18/21
18/24 89/25 117/17
117/18 150/18 153/10
162/2 207/12 207/13
207/19 262/2
**breaks [1]** 15/10
**breathe [1]** 202/9
**breathes [1]** 23/22
**Brickell [9]** 29/8
31/10 73/15 79/12
102/24 103/5 103/8
272/11 272/13
**brief [1]** 168/12
**briefing [1]** 13/18
**briefly [2]** 35/11
70/15
**bring [26]** 18/20
27/18 28/2 31/7 32/16
32/21 40/10 41/2
59/16 59/17 70/6
80/23 90/17 91/4
95/15 120/5 168/21
170/22 172/11 190/11
207/23 252/3 262/16
277/16 279/15 280/25
**bringing [10]** 8/25
25/7 32/22 33/15 56/1
90/21 106/17 112/22
208/22 209/5
**broken [1]** 82/15
**brokerage [1]** 22/11
**brothers [1]** 273/2
**brought [11]** 19/1
33/5 33/7 42/15 42/16
42/16 44/25 50/23
50/23 56/17 191/18
**Broward [1]** 282/17
**buddies [1]** 82/16
**budget [1]** 235/5
**build [9]** 72/13 84/15
86/12 132/1 137/1
157/11 232/2 250/18
250/24
**builder [1]** 231/14
**building [85]** 23/19
23/22 23/23 24/3 24/5
33/8 38/9 38/9 39/14
42/14 43/2 55/17
69/15 69/16 69/19
71/17 73/9 73/10
73/12 77/6 77/16
77/21 77/23 81/14
82/21 82/22 83/7 83/8
83/9 84/23 99/1 101/6

107/8 107/12 107/17
108/4 113/9 130/6
130/18 131/13 132/3
132/12 132/16 132/24
133/2 133/14 135/2
138/5 138/6 138/20
138/20 142/5 142/21
159/11 173/9 174/19
175/6 178/23 180/11
186/9 187/13 187/16
187/17 187/18 187/18
187/21 195/23 196/9
196/22 196/24 200/9
227/3 231/16 231/22
232/8 232/11 233/12
233/14 233/18 239/23
244/9 247/23 248/23
277/17 278/2
**buildings [18]** 23/24
26/19 27/21 27/24
31/19 42/1 42/1 70/9
77/10 81/6 81/7 94/21
184/5 184/8 225/25
226/2 226/8 226/14
**built [12]** 42/2 42/2
79/21 101/3 113/20
135/23 157/14 159/7
159/10 159/10 159/10
171/21
**bunch [1]** 17/15
**burden [2]** 209/1
209/2
**Bush [1]** 273/1
**business [54]** 22/1
22/14 22/15 22/15
33/13 36/15 58/11
60/18 91/3 96/16
96/16 103/6 110/7
110/16 111/19 114/15
114/16 114/19 115/2
116/18 117/11 117/12
137/13 145/15 150/20
150/24 154/1 154/18
155/5 158/21 158/25
159/1 159/8 159/11
160/5 160/6 160/7
160/7 160/21 160/22
161/1 161/6 163/19
167/12 171/6 175/16
176/1 188/17 188/22
189/3 190/23 194/1
212/13 228/19
**businesses [18]**
6/16 6/17 64/24
112/22 147/24 153/9
160/18 162/14 164/5
164/20 165/9 165/22
169/2 175/23 190/24
191/18 201/13 208/20
**businessmen [1]**
26/13
**busy [1]** 71/19

**B**

**but [100]** 7/10 9/2
9/17 11/24 12/2 25/22
27/9 27/14 31/16 32/9
32/25 34/11 37/6 38/7
38/21 39/19 40/15
40/21 41/24 43/11
45/4 48/6 52/6 52/13
58/14 59/17 60/17
62/25 68/20 71/21
73/20 77/17 83/22
86/6 87/2 92/9 93/14
95/14 99/19 102/4
102/19 103/6 107/1
109/17 110/18 112/17
117/10 119/10 122/17
129/5 130/4 132/11
133/6 136/12 137/20
156/21 162/3 162/24
167/7 169/3 170/4
175/9 177/4 178/22
181/18 182/10 185/2
188/16 197/5 199/22
200/25 209/5 213/24
214/1 214/3 214/7
214/10 221/22 223/1
224/3 225/1 228/3
229/4 229/9 235/18
237/4 238/20 240/16
241/4 241/19 241/24
245/20 247/8 256/10
257/21 259/21 262/5
262/9 266/5 278/5
**buy [15]** 23/18 25/11
41/4 77/9 83/10
100/18 100/21 114/17
154/2 187/24 188/6
188/10 198/22 199/4
216/17
**buyer [1]** 24/18
**buying [6]** 25/10
32/12 83/20 188/11
188/15 219/15

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 282/10
**C.E.O [1]** 41/9
**Cake [2]** 33/16 76/16
**calculate [2]** 9/11
11/3
**calculation [6]** 8/19
8/22 9/7 9/15 9/22
118/17
**calculations [3]** 11/3
11/5 14/17
**calendar [1]** 6/13
**call [12]** 4/4 4/12
4/23 6/13 19/22 19/23
30/4 41/5 94/5 120/4
135/13 186/2
**Calle [16]** 29/19

29/20 72/21 73/1
73/11 75/11 75/14
76/2 81/20 94/20
94/22 160/19 160/22
168/7 171/19 176/12
**called [34]** 14/12
21/1 22/24 23/7 24/17
25/4 25/8 32/23 33/7
33/13 34/21 40/5
43/25 44/5 49/20 50/5
51/11 53/22 72/13
74/15 76/25 77/2
120/15 120/18 135/16
155/15 156/21 159/6
160/19 181/16 187/14
191/12 195/10 221/19
**calling [5]** 14/23
14/25 62/6 144/6
156/8
**calls [47]** 37/14
37/21 58/22 59/1
61/19 62/17 63/12
65/6 67/10 67/24 68/1
71/2 104/9 107/14
109/23 110/4 111/5
112/2 116/10 124/22
127/7 127/20 136/21
138/24 150/4 151/25
154/25 156/12 156/17
159/2 160/12 161/12
172/18 176/23 178/11
181/2 181/25 185/17
186/18 197/24 199/6
199/11 200/6 201/23
204/16 206/22 231/3
**came [13]** 20/15
20/16 21/23 27/11
59/16 69/17 131/10
131/12 173/21 177/4
181/15 260/23 263/15
**camouflage [1]**
41/14
**camp [1]** 59/1
**campaign [28]** 48/1
48/9 51/9 51/15 58/15
61/12 67/13 115/18
115/20 117/2 159/19
160/3 215/19 215/25
216/7 216/7 216/13
216/14 217/15 218/7
219/2 219/11 219/13
219/14 219/16 219/17
220/4 222/14
**campaigners [1]**
56/16
**campaigns [1]** 48/3
**can [275]** 6/22 8/2
9/23 11/2 11/15 11/16
11/24 15/23 16/6 17/2
17/5 17/14 18/12
18/14 18/17 18/18
18/19 18/24 19/12

19/17 25/17 26/2 26/5
26/15 28/9 28/12 31/8
32/6 34/3 35/11 36/2
36/22 38/3 38/14
38/17 38/25 39/4 39/5
39/6 39/11 40/13
40/23 40/23 42/17
42/20 43/1 43/8 43/14
43/24 44/20 45/13
45/22 48/17 48/23
49/22 49/22 49/23
49/24 50/2 50/7 50/12
51/20 52/8 52/9 52/22
52/22 53/15 53/19
54/6 54/11 56/10
57/24 58/18 58/23
59/21 60/9 63/24
64/21 66/4 67/5 68/25
70/15 71/13 72/17
72/17 74/9 75/11 76/1
76/21 77/12 78/2 78/5
78/13 78/16 79/6 82/4
83/1 84/12 85/23
86/16 87/5 87/7 90/17
90/18 91/11 92/16
93/4 93/4 94/4 94/16
95/13 95/14 95/15
95/25 96/14 97/2 97/3
98/7 99/21 100/10
102/10 102/16 107/25
110/6 110/15 111/7
114/23 115/5 116/3
120/17 123/1 123/14
123/20 125/8 128/18
129/2 131/21 131/25
133/7 133/22 134/8
135/9 138/11 141/4
143/25 144/3 156/14
156/15 156/19 158/13
158/19 158/20 159/12
159/23 160/24 162/2
163/25 164/8 165/6
170/7 174/11 174/17
174/17 174/20 179/24
184/12 186/10 189/12
193/16 194/5 194/10
194/14 198/18 198/19
199/18 204/20 205/23
207/23 207/24 209/14
210/22 211/7 211/21
212/8 213/9 217/7
217/25 218/11 218/12
220/12 220/23 220/25
221/6 221/17 222/8
222/25 223/3 224/6
225/13 225/22 227/10
227/24 229/6 232/16
232/17 233/8 234/21
235/10 235/11 235/16
235/19 237/7 238/8
238/13 239/9 239/13
239/15 240/6 240/7

242/1 242/7 242/8
245/12 245/16 246/3
246/16 246/22 246/22
247/6 247/12 248/2
248/6 249/19 249/21
250/20 250/22 251/7
251/8 252/8 252/11
253/18 253/21 254/12
255/2 256/2 257/2
257/6 257/8 259/10
259/25 262/3 262/22
262/22 263/8 264/11
264/17 264/18 264/20
265/9 265/9 265/17
265/18 265/19 266/15
268/14 269/2 269/20
270/2 270/17 272/1
272/2 272/9 275/17
275/25 280/3
**can't [11]** 9/24 10/18
11/11 11/24 17/10
17/23 18/11 60/11
90/21 170/15 181/7
**cancel [1]** 141/8
**canceled [3]** 139/16
139/18 141/11
**canceling [3]** 140/18
141/21 142/2
**candidate [6]** 46/24
47/20 68/17 206/20
219/19 219/24
**candidates [3]** 45/14
46/8 46/14
**cannot [11]** 6/11
6/21 7/16 8/2 10/24
11/17 19/5 116/4
157/17 159/23 169/12
**capacity [3]** 208/24
208/25 215/14
**capital [1]** 106/24
**Caprio [2]** 1/11 4/18
**car [10]** 52/22 52/23
56/18 69/4 69/18
69/20 92/6 128/5
228/1 261/3
**card [2]** 58/11
216/17
**care [4]** 81/13
127/13 214/11 234/23
**career [1]** 63/2
**Caribbean [1]** 27/15
**Carlos [1]** 44/10
**CAROLLO [77]** 1/6
4/14 4/22 29/6 42/9
46/11 46/19 47/13
47/18 55/21 56/16
61/25 62/4 62/15
66/23 67/7 67/20
68/13 68/18 68/24
69/7 69/11 112/10
113/25 115/12 116/9
116/17 117/1 121/6

150/8 159/23 160/5
160/10 164/1 165/3
165/8 165/21 169/5
173/19 173/21 174/7
174/13 178/20 182/9
184/13 184/25 185/1
185/9 185/21 186/2
186/25 188/2 189/4
193/5 193/10 196/6
196/6 196/21 197/17
199/2 199/3 199/10
200/11 202/16 208/18
208/23 208/24 210/6
210/11 210/17 210/20
212/16 213/7 214/6
214/10 224/9 263/3
**Carollo's [15]** 11/9
59/1 60/19 63/2
166/24 175/20 182/16
185/11 192/13 193/23
195/3 201/13 204/21
212/12 212/15
**carports [1]** 194/18
**carry [1]** 190/22
**cars [1]** 60/4
**Casa [1]** 50/5
**case [49]** 1/2 4/12
4/13 4/14 6/19 7/16
7/18 8/23 9/18 11/19
11/20 12/10 13/23
13/24 14/2 14/15
14/21 15/5 15/21 16/5
16/14 17/3 17/6 18/14
18/17 19/4 19/12
33/13 84/19 90/1
92/10 93/5 93/8
117/21 139/10 139/11
140/20 168/13 170/9
181/14 182/18 207/14
209/2 214/8 217/4
218/2 276/2 276/2
282/2
**cases [5]** 15/22
17/15 19/15 19/11
19/13
**cashiers [1]** 280/5
**casita [8]** 81/17
81/18 81/19 81/23
81/25 82/1 82/5
176/12
**cast [2]** 229/18
**Castro [2]** 27/10
182/13
**catastrophic [2]**
156/21 158/11
**category [1]** 86/13
**causal [1]** 18/9
**cause [5]** 6/19
116/21 161/25 202/6
204/1
**caused [11]** 9/5 9/15
16/11 115/2 116/18

# C

**caused... [6]** 166/15 166/15 166/24 189/2 201/20 206/7
**causes [1]** 203/23
**causing [1]** 194/19
**caveat [1]** 281/7
**ceiling [3]** 238/18 241/1 270/19
**Cejas [1]** 174/22
**celebrated [1]** 115/7
**center [6]** 54/15 54/20 55/19 76/23 229/19 264/25
**ceremony [1]** 42/8
**certain [7]** 105/5 105/6 111/20 135/21 142/16 259/9 281/1
**certificate [23]** 91/24 91/24 96/3 96/6 96/8 96/9 96/17 96/18 97/11 97/17 98/11 98/15 125/23 125/25 126/4 127/1 127/5 127/10 130/8 140/18 141/20 142/2 146/1
**certificates [1]** 141/21
**certification [2]** 78/17 138/11
**certify [1]** 282/12
**cetera [10]** 23/15 41/8 79/15 98/1 107/4 127/12 136/9 140/20 142/22 240/13
**Chain [17]** 5/14 6/12 8/9 8/13 8/15 33/13 37/6 38/18 73/8 73/9 77/25 78/25 83/19 147/24 148/6 191/21 191/22
**chairs [3]** 52/20 53/6 53/7
**challenging [1]** 189/3
**chance [1]** 229/12
**change [3]** 108/12 110/25 145/11
**changed [3]** 155/4 180/3 230/2
**changes [1]** 193/17
**changing [2]** 110/20 138/13
**characterization [3]** 270/21 275/15 277/20
**Characterizing [1]** 243/9
**charge [1]** 177/22
**charitable [1]** 220/25
**chart [6]** 6/3 9/10

118/15 118/23 119/9 119/10
**charter [1]** 77/1
**Chavez [6]** 112/22 113/25 114/1 114/6 191/13 191/17
**Chavez-stas [1]** 191/17
**check [2]** 47/22 280/6
**checking [3]** 204/22 220/23 221/24
**checks [2]** 24/24 221/24
**chef [2]** 50/23 52/18
**chest [2]** 202/6 202/7
**Chief [1]** 142/5
**children [5]** 21/20 21/21 166/18 166/25 204/25
**China [1]** 183/3
**chocolate [4]** 181/15 181/17 181/18 200/8
**choice [1]** 178/22
**Chopin [1]** 73/5
**chopped [2]** 37/5 40/14
**chose [1]** 157/13
**Christmas [18]** 125/5 125/8 126/5 126/9 126/17 127/15 128/17 129/22 131/3 131/7 131/10 134/19 134/22 260/1 260/3 260/3 260/11 271/22
**cigar [9]** 31/25 32/19 32/22 33/15 37/7 38/19 49/11 73/7 227/2
**circle [1]** 40/13
**Circuit [2]** 11/19 17/4
**citation [2]** 58/3 90/10
**citations [1]** 117/25
**cited [7]** 56/24 59/13 59/15 147/23 228/14 228/17 235/14
**cities [1]** 172/13
**citing [1]** 16/14
**citizens [1]** 139/1
**city [114]** 6/15 9/13 24/7 28/13 28/13 28/14 28/16 30/4 64/11 70/18 70/19 71/4 71/17 72/13 72/15 79/13 84/14 85/12 87/21 88/15 92/2 96/7 96/15 98/25 102/5 102/5 102/23 104/5 104/20 107/16

107/19 107/22 108/2 108/23 109/3 109/10 110/8 110/8 110/9 110/17 111/4 111/6 111/9 111/10 112/5 113/9 113/14 115/10 121/21 122/5 123/13 124/5 125/18 133/23 138/5 139/10 139/19 140/10 140/17 140/19 142/3 146/23 147/4 147/24 160/11 162/22 162/23 165/3 171/22 172/20 172/22 173/18 173/23 176/18 177/22 177/24 178/8 185/3 185/13 186/5 190/5 192/14 192/16 192/24 193/7 193/19 197/6 230/13 230/16 230/19 230/20 231/4 231/17 233/16 233/17 234/2 241/14 242/24 244/9 254/2 263/15 272/6 276/1 276/5 277/12 277/16 277/18 279/5 279/15 280/5 280/9 280/17 280/21 280/22
**city's [5]** 75/23 85/9 85/10 85/11 98/11
**claim [9]** 118/21 118/22 153/15 155/8 157/23 161/22 166/21 209/6 212/23
**claimed [2]** 214/7 215/17 241/13
**claiming [1]** 214/18
**clarification [1]** 118/12
**clarify [2]** 15/11 226/10
**class [3]** 23/21 58/5 228/9
**classified [1]** 24/15
**classifieds [1]** 24/12
**cleanup [1]** 46/21
**clear [19]** 7/16 12/11 14/2 15/24 19/8 40/23 80/9 134/22 143/20 170/15 175/9 192/2 216/4 216/6 219/2 220/3 262/6 264/5 275/2
**clearly [6]** 8/18 10/1 169/7 214/11 229/7 262/7
**client [3]** 159/6 169/12 192/9
**close [16]** 10/8 13/2 13/22 43/19 50/21 60/17 61/14 61/16 75/5 75/6 78/18 79/6

89/18 106/9 142/10 158/4
**closed [16]** 6/12 13/10 42/14 43/17 43/18 75/3 75/10 76/18 79/23 80/4 89/20 135/14 137/13 146/1 163/13 174/9
**closely [1]** 110/10
**closes [1]** 163/18
**closing [3]** 173/13 235/2 237/15
**closure [1]** 8/14
**clothes [1]** 41/8
**co [2]** 135/13 135/24
**code [53]** 5/14 50/9 56/23 56/24 58/16 126/20 126/22 127/14 184/9 184/11 185/3 185/10 186/3 186/9 186/12 187/1 192/13 192/16 192/18 193/5 193/8 193/11 193/23 194/17 194/24 194/25 195/2 195/22 195/23 196/9 196/22 196/24 231/16 231/17 231/17 231/22 232/8 232/12 233/12 233/14 233/18 234/2 260/11 260/18 260/24 261/1 277/17 277/18 278/2 278/2 279/5 279/16 280/22
**codes [1]** 278/3
**coffee [1]** 31/25
**COLE [1]** 2/2
**college [1]** 22/4
**color [2]** 28/14 29/6
**Colorado [5]** 20/20 20/21 20/24 21/5 21/15
**colors [4]** 28/15 49/16 49/17 67/13
**column [5]** 74/18 74/22 74/24 271/7 271/12
**columns [1]** 270/18
**combination [1]** 65/3
**come [24]** 17/10 24/13 27/19 37/13 38/1 42/17 46/19 50/15 50/24 50/25 53/5 59/14 59/18 92/17 107/10 118/24 127/4 140/10 164/19 186/12 190/12 236/15 246/14 254/17
**comes [6]** 19/6 82/25 164/18 175/5 198/21 230/19
**comfort [1]** 207/12

**coming [20]** 5/8 21/16 31/14 31/16 31/17 31/22 31/24 32/18 38/1 69/4 69/6 69/9 83/7 83/13 112/10 166/6 180/9 191/3 196/7 228/19
**commence [2]** 233/15 243/3
**commenced [5]** 237/12 237/15 241/21 253/4 253/7
**commencement [1]** 239/6
**commencing [2]** 239/18 241/5
**comment [2]** 115/24 137/11
**commenting [1]** 267/24
**comments [12]** 70/20 70/20 70/21 109/11 109/13 109/14 111/13 142/22 230/19 230/24 245/22 271/1
**commercial [8]** 22/11 24/16 30/1 30/21 44/14 77/16 81/22 81/22
**Commission [17]** 112/11 112/16 157/13 195/22 195/24 196/6 196/10 196/17 197/2 197/6 197/16 197/19 200/25 210/5 210/11 210/17 210/19
**commissioner [24]** 4/22 42/9 45/15 45/25 68/13 68/25 69/4 69/24 121/6 123/23 150/7 159/23 169/5 174/7 175/20 185/1 189/4 193/9 197/17 208/18 210/6 210/11 210/17 214/10
**commissioners [1]** 139/2
**commitment [1]** 277/25
**committed [2]** 19/5 142/15
**committee [1]** 56/1
**common [5]** 18/2 25/3 146/22 205/20 205/21
**communication [4]** 46/17 46/23 64/13 65/2
**communist [4]** 114/5 114/8 117/8 154/24
**communists [1]**

**C**

**communists... [1]** 159/13

**communities [1]** 180/4

**community [9]** 27/21 40/10 42/17 50/14 64/23 64/25 65/13 165/12 165/18

**companies [8]** 200/1 200/1 216/9 216/15 220/10 220/19 220/22 221/6

**company [5]** 25/8 49/20 217/22 220/13 221/22

**compare [2]** 189/12 205/24

**compelling [1]** 9/18

**compiled [1]** 193/12

**complaint [49]** 5/15 5/17 5/18 182/17 182/22 182/23 183/12 183/14 194/1 194/16 194/17 195/16 195/17 196/5 208/15 208/17 208/23 209/9 209/10 209/18 209/25 210/17 211/10 211/11 211/14 211/17 211/21 211/22 212/11 212/16 212/20 212/21 213/6 213/7 213/16 213/25 214/1 214/4 214/5 214/10 214/12 214/18 214/23 215/2 215/3 215/8 215/9 215/15 215/18

**complaints [1]** 215/11

**complete [8]** 71/7 86/7 89/7 149/11 150/2 162/1 164/6 256/11

**completed [5]** 42/25 74/21 75/6 80/4 259/15

**compliance [18]** 58/16 107/11 108/4 140/5 140/8 140/9 140/10 140/13 141/11 232/3 236/15 277/12 277/15 277/17 278/11 279/16 280/22 280/25

**comply [3]** 140/14 236/4 250/9

**component [1]** 253/24

**components [1]** 87/3

**Compound [2]** 108/24 215/21

**computation [3]** 7/15 7/17 14/18

**computations [2]** 5/24 14/4

**con [3]** 50/24 50/24 52/19

**concealed [1]** 236/8

**concede [1]** 245/16

**concentration [1]** 32/11

**concept [8]** 33/7 43/11 59/16 80/5 135/16 179/23 205/22 212/24

**concepts [5]** 31/21 32/15 36/15 145/14 145/22

**concern [10]** 9/21 17/7 62/9 62/10 63/11 83/8 92/23 119/8 154/23 194/20

**concerned [20]** 62/10 62/13 62/14 62/16 62/20 62/24 62/25 62/25 63/1 63/2 63/10 63/20 113/17 119/4 149/19 160/13 176/1 176/2 204/23 204/25

**concerning [3]** 5/2 5/13 232/17

**concerns [8]** 7/25 149/24 156/3 156/5 188/11 188/15 188/16 188/17

**concessions [3]** 147/21 148/4 148/5

**Conch [3]** 76/5 76/7 76/9

**concise [1]** 135/10

**conclusion [9]** 124/23 127/8 201/23 216/22 218/9 219/25 220/6 276/7 277/19

**concrete [6]** 87/3 132/18 132/20 132/25 253/19 259/24

**condition [9]** 16/22 17/24 82/13 99/7 99/9 204/5 234/19 237/10 239/25

**conditioning [2]** 86/20 246/23

**conditions [6]** 15/25 16/1 16/17 16/17 17/2 18/18

**confer [1]** 94/16

**conference [5]** 97/7 192/15 194/2 194/3 195/2

**conferences [2]** 97/12 98/19

**confirms [1]** 199/14

**conform [1]** 8/11

**confused [2]** 127/23 128/15

**congratulated [1]** 70/3

**conjunction [2]** 179/23 222/7

**connect [1]** 33/10

**connected [5]** 112/21 117/8 182/12 182/12 199/23

**connecting [1]** 204/11

**connection [6]** 45/10 99/2 151/19 182/16 204/4 204/7

**Conquil [2]** 73/2 73/3

**consensus [1]** 94/19

**consequence [1]** 195/18

**consider [5]** 31/12 36/10 37/9 78/23 79/8

**considered [3]** 29/14 115/25 203/12

**consistent [1]** 92/10

**consistently [3]** 117/7 147/9 149/18

**consists [2]** 77/14 78/20

**constant [2]** 156/20 166/5

**constantly [1]** 204/22

**construct [1]** 232/23

**construction [17]** 24/3 129/24 130/4 134/14 135/12 149/2 149/11 150/3 239/19 255/24 256/13 256/21 259/7 266/25 270/19 271/15 271/19

**contained [4]** 59/19 85/11 119/9 211/16

**container [1]** 178/22

**containers [2]** 171/20 171/24

**contemplating [1]** 144/16

**content [1]** 219/15

**contents [2]** 6/8 211/11

**contest [1]** 228/17

**continuance [3]** 10/8 10/10 13/19

**continuation [1]** 249/2

**continue [13]** 25/13 32/6 76/5 78/2 88/21 89/3 95/20 108/9 157/19 174/20 180/23

188/7 278/21

**continued [2]** 2/1 40/8

**continuing [1]** 248/9

**continuously [1]** 5/12

**contract [1]** 277/15

**contractor [3]** 71/1 80/16 81/2

**contracts [1]** 149/9

**contribute [1]** 158/18

**contribution [5]** 217/25 218/1 218/17 219/16 219/23

**contributions [12]** 33/20 216/7 216/7 216/13 217/16 218/10 218/18 219/4 219/11 219/13 220/25 221/1

**control [3]** 170/4 198/22 269/22

**conversation [1]** 70/3

**converted [3]** 79/17 80/2 101/19

**convincing [1]** 112/20

**cool [1]** 60/24

**coordinated [2]** 44/24 187/1

**copies [1]** 15/22

**copy [4]** 95/7 95/11 143/15 272/20

**Coral [1]** 30/5

**corner [2]** 73/15 100/13

**corporate [2]** 6/22 217/25

**corporations [4]** 6/24 6/25 10/15 220/19

**correct [196]** 53/3 66/13 66/16 70/21 75/4 75/13 75/25 76/13 77/20 78/4 88/17 89/6 98/18 123/8 123/12 123/24 124/4 126/7 130/12 134/25 204/6 208/18 208/20 208/21 208/23 209/2 209/7 209/21 210/2 210/12 210/18 211/13 211/20 212/25 213/1 214/13 214/19 215/20 216/2 216/9 216/15 216/16 216/21 217/20 218/1 219/4 219/11 220/4 220/10 220/23 221/1 221/7 221/12 221/13 221/15 221/24 222/5 222/17

222/19 222/21 222/23 223/7 223/17 223/22 224/2 224/8 224/21 224/22 224/25 225/6 225/19 226/3 226/9 226/20 227/4 227/7 227/16 228/8 228/15 229/5 229/10 229/15 230/9 230/14 230/17 230/21 230/24 230/25 231/4 231/15 231/18 231/22 232/4 233/12 234/11 234/14 234/19 235/3 236/19 237/8 237/20 237/25 238/23 239/6 239/11 239/23 240/4 240/13 240/15 241/15 241/22 242/13 243/3 243/4 243/8 243/17 245/8 245/14 245/16 246/7 246/19 246/24 247/2 247/7 247/12 247/15 247/24 248/13 248/16 250/18 250/25 251/17 251/20 252/25 253/8 253/15 253/23 254/5 254/7 254/14 254/18 255/6 255/24 256/7 256/12 256/22 257/21 259/4 259/8 259/14 259/19 259/22 260/13 260/14 260/17 260/23 261/2 263/2 264/2 264/7 264/23 265/4 265/7 265/23 266/6 267/1 267/11 267/13 267/15 267/17 268/5 268/9 268/19 268/25 269/25 270/8 270/19 270/19 271/16 271/17 271/19 275/7 275/14 275/22 276/6 277/7 277/12 277/18 278/25 279/9 279/11 279/12 279/16 279/23 279/25 281/5

**correctly [3]** 228/22 244/4 254/4

**corridor [3]** 30/25 44/14 79/4

**corridors [3]** 30/1 30/21 31/2

**corroborated [1]** 169/16

**cost [8]** 118/18 235/6 243/16 244/6 244/11 248/23 280/6 280/10

**costs [1]** 280/8

**costume [2]** 50/4 50/5

**costumes [3]** 50/4

**C**

**costumes... [2]** 216/17 219/15
**could [62]** 8/10 12/6 19/2 21/6 24/15 26/8 28/24 30/20 35/10 36/25 46/20 46/20 48/15 52/20 55/15 56/25 57/19 57/24 58/7 58/8 59/14 64/2 85/13 87/5 96/11 96/21 97/9 98/21 102/9 103/17 103/18 103/22 121/23 123/16 130/23 131/18 137/22 138/12 138/12 139/24 140/15 164/1 171/12 176/13 184/23 193/4 198/18 199/25 203/15 206/17 212/6 224/4 238/6 238/6 239/7 274/19 280/23 281/8
**could say [1]** 164/1
**couldn't [3]** 126/8 159/20 162/15
**Council [1]** 76/25
**counsel [42]** 4/14 25/17 25/18 28/9 34/1 35/7 39/2 48/16 51/3 53/14 57/1 64/17 72/3 84/8 96/12 120/10 121/24 139/25 143/10 183/8 183/24 192/22 203/13 209/14 209/23 210/5 210/15 230/3 232/8 237/23 245/6 245/9 247/17 252/5 254/9 255/13 255/15 268/20 271/2 274/17 274/17 274/22
**counsel's [9]** 223/24 232/24 238/1 240/5 245/22 246/25 247/18 266/18 271/8
**country [4]** 36/11 38/7 38/11 182/25
**couple [10]** 15/4 23/4 25/5 26/14 29/7 74/14 85/8 91/9 104/4 139/19
**course [3]** 14/15 49/1 162/2
**court [19]** 1/1 4/4 5/21 8/8 13/4 13/17 13/18 13/20 19/21 90/23 118/2 119/4 120/4 149/16 182/18 273/9 273/11 281/12 282/16
**Court's [4]** 7/11

**13/17 15/7 118/14**
**Courtney [2]** 1/11 4/18
**courtroom [12]** 4/9 90/8 95/17 117/24 120/7 168/16 171/1 207/17 208/3 261/10 262/19 282/5
**covering [1]** 270/19
**cracking [1]** 259/12
**craziness [3]** 82/18 182/13 182/13
**crazy [2]** 83/22 136/6
**Cream [4]** 33/15 37/7 38/19 77/24
**create [9]** 8/2 40/5 48/1 51/15 140/9 162/3 162/21 172/1 194/22
**created [7]** 23/2 30/3 51/9 65/3 144/13 219/13 251/15
**creates [1]** 203/17
**creating [6]** 48/2 48/2 48/3 194/21 194/23 219/14
**creation [4]** 51/13 171/21 181/19 223/18
**creative [1]** 47/24
**creativity [1]** 48/7
**creators [1]** 192/6
**credit [2]** 216/17 280/5
**crime [1]** 26/21
**cross [15]** 3/3 6/7 7/20 9/17 11/16 94/8 119/11 133/7 163/25 165/6 192/23 207/10 208/7 208/10 262/10
**cross-examination [5]** 7/20 9/17 207/10 208/7 262/10
**cross-examinations [1]** 94/8
**cross-examine [6]** 6/7 11/16 119/11 133/7 163/25 165/6
**cross-referenced [1]** 192/23
**crosshairs [1]** 181/7
**CRR [1]** 282/15
**crushes [1]** 163/17
**CU [2]** 96/17 96/19
**Cuba [5]** 22/20 27/14 27/15 183/2 200/2
**Cuban [15]** 27/16 28/3 31/17 32/24 32/25 33/16 44/1 45/2 45/3 73/12 76/25 159/16 162/4 162/9 163/1

**Cubanize [2]** 159/14 199/20
**Cubano [1]** 22/19
**Cubans [3]** 27/10 45/4 199/21
**Cubaocho [1]** 78/25
**cultural [8]** 31/13 37/10 43/4 44/3 44/23 45/10 78/23 83/15
**Culturales [1]** 79/2
**culture [17]** 26/11 27/16 27/22 28/3 32/18 32/24 45/9 115/11 162/4 162/4 162/9 172/12
**cumulative [1]** 156/8
**curative [3]** 115/23 168/2 203/10
**current [2]** 212/20 234/22
**currently [5]** 22/22 22/23 43/17 43/18 271/14
**Curtis [1]** 210/22
**cut [9]** 14/1 52/7 246/18 246/18 246/24 247/12 247/23 248/11 248/12
**cuts [1]** 29/17
**cutting [2]** 42/8 248/22
**CV [1]** 1/2 4/14

**D**

**dad [1]** 22/19
**Dade [1]** 231/17
**Dadeland [1]** 2/3
**dais [5]** 112/11 112/16 117/7 195/10 201/1
**damage [4]** 5/19 6/3 6/12 7/6
**damages [42]** 6/1 6/14 6/14 6/18 6/20 6/22 6/23 7/1 7/3 7/13 8/12 8/13 8/14 8/17 8/20 8/22 8/24 91/1 95/6 118/12 118/14 118/21 118/23 119/19 150/17 153/8 153/9 153/10 155/1 164/13 164/13 169/8 169/21 169/22 171/11 177/7 177/15 179/17 188/24 221/3 235/8 268/11
**dance [2]** 44/9 45/5
**Dancing [2]** 73/4 76/14
**dangerous [1]** 30/3
**Daniel [1]** 38/20

**dare [1]** 212/14
**dark [1]** 69/22
**dash [1]** 96/19
**date [25]** 35/25 50/15 52/24 66/7 88/12 89/15 96/20 100/16 122/16 123/16 131/5 139/14 144/5 144/9 144/12 144/16 172/22 194/4 195/21 234/15 242/15 251/15 257/20 264/3 271/22
**dated [8]** 66/6 72/8 140/17 142/3 210/1 241/16 253/12 276/17
**dates [7]** 10/12 100/9 100/19 122/8 123/17 123/18 242/6
**David [2]** 83/16 83/22
**DAVIS [1]** 1/18
**Dawson [2]** 2/3 4/21
**day [30]** 1/8 24/25 25/11 28/1 28/1 33/11 42/7 50/10 51/1 57/7 57/8 57/8 57/10 58/1 58/13 58/17 58/24 59/18 69/21 109/6 109/6 126/17 132/13 166/6 179/1 184/3 185/16 185/21 188/1 273/7
**days [7]** 49/7 124/2 134/3 153/2 155/16 280/7 280/8
**DD [1]** 44/24
**de [9]** 50/5 58/6 69/23 159/14 159/14 178/3 178/14 199/20 199/20
**de-Cubanize [2]** 159/14 199/20
**de-Latinize [2]** 159/14 199/20
**deal [17]** 24/19 24/21 24/22 25/12 107/5 107/7 142/10 159/20 159/23 161/8 161/9 162/3 165/24 166/4 167/10 203/6 248/25
**dealing [5]** 61/24 82/12 108/23 109/3 141/13
**deals [4]** 24/16 138/10 160/11 176/1
**dealt [1]** 141/14
**Dear [1]** 194/15
**debilitating [1]** 111/17
**debris [4]** 237/7 237/24 238/5 239/19

**debuted [1]** 121/4
**December [13]** 5/25 10/13 13/15 88/3 118/8 118/10 125/6 126/18 129/22 129/25 134/23 134/24 259/3
**December 15 [3]** 129/22 129/25 259/3
**December 15th [1]** 126/18
**December 23rd [2]** 118/8 118/10
**December 9th [1]** 88/3
**decent [2]** 99/9 234/18
**decide [1]** 25/13
**decided [2]** 22/2 136/10
**deciding [1]** 47/1
**decision [10]** 14/22 15/8 19/12 116/2 139/20 140/18 142/2 206/13 228/19 281/22
**decisions [1]** 166/9
**defamation [2]** 155/5 155/8
**defame [1]** 115/13
**defamed [3]** 182/10 182/10 201/2
**default [1]** 181/6
**defend [1]** 166/10
**defendant [12]** 1/7 1/15 2/2 55/21 90/9 113/25 116/9 118/5 182/16 192/13 193/10 195/3
**DEFENDANT'S [24]** 3/15 102/10 102/10 102/15 103/18 103/19 103/24 128/18 128/21 130/13 134/6 137/18 137/19 137/23 176/9 217/6 217/13 250/3 252/15 264/15 266/13 269/6 273/23 277/3
**defendants [2]** 118/1 134/7
**defending [1]** 11/9
**defense [2]** 93/7 274/17
**defer [2]** 14/20 14/21
**define [1]** 28/15
**definitely [10]** 27/22 44/17 48/7 48/14 128/16 130/2 201/15 214/3 231/8 268/16
**definition [1]** 240/16
**deflated [1]** 68/19
**degree [3]** 21/4 21/7 22/13

**D**

**delapidated [1]**
26/19
**delay [1]** 12/18
**delayed [1]** 136/5
**delaying [1]** 109/21
**delays [1]** 89/23
**deli [1]** 33/17
**deliver [10]** 41/22
111/19 111/20 135/20
135/24 142/24 152/7
154/14 154/15 155/16
**delivering [2]**
135/21 142/16
**demand [3]** 151/22
209/18 210/1
**demanded [1]** 152/1
**demanding [2]** 59/4
59/7
**demo [11]** 237/20
237/25 239/21 240/4
243/22 243/24 245/20
247/17 249/14 249/15
267/13
**demoing [1]** 238/15
**demolish [3]** 105/5
105/6 250/5
**demolished [1]**
177/18
**demolishing [2]**
105/7 105/9
**demolition [38]**
78/10 78/15 104/2
105/2 105/4 107/3
176/16 177/25 237/11
237/14 238/5 238/19
238/22 238/23 239/5
239/6 239/8 239/11
239/14 239/17 239/24
240/10 240/15 240/17
240/24 241/4 242/24
243/8 243/16 243/24
244/10 244/16 244/25
248/4 248/5 248/19
280/6 280/10
**demolition/individu
al [1]** 243/16
**denied [9]** 8/8 8/8
10/10 13/7 13/18
13/20 14/11 17/18
169/20
**Dennis [1]** 41/9
**department [17]**
99/1 107/8 107/17
108/4 113/9 122/6
138/5 138/6 138/7
138/7 138/8 138/10
138/19 138/20 142/6
142/21 244/10
**Department's [1]**
107/12

**departments [1]**
138/6
**depends [3]** 70/14
71/15 91/7
**depict [4]** 42/21 45/1
52/15 184/4
**depicted [1]** 130/18
**deposition [6]** 7/10
10/5 13/6 13/7 13/11
13/19
**depositions [1]** 10/9
**describe [18]** 26/2
26/8 28/12 28/24
30/20 34/3 35/11 39/4
53/19 66/4 70/15
84/12 96/14 120/17
157/7 160/24 165/8
203/15
**described [2]** 15/16
279/4
**describing [1]** 40/25
**description [4]**
236/7 243/21 248/21
253/18
**design [3]** 33/24
70/17 230/12
**designated [1]**
122/23
**designations [1]**
87/8
**designed [2]** 16/4
212/12
**desires [1]** 277/25
**despite [1]** 228/13
**destination [1]**
40/12
**destroy [3]** 116/9
157/14 212/12
**destroying [1]** 83/7
**destroys [1]** 192/6
**destruction [3]**
115/18 115/21 117/2
**detailed [5]** 8/19
8/21 9/7 11/18 109/11
**details [1]** 123/14
**deterioration [5]**
16/25 17/2 17/5 18/13
170/14
**determination [2]**
139/11 139/12
**devaluation [1]**
194/23
**devastating [2]**
159/9 179/12
**develop [2]** 18/3
46/15
**developed [4]** 18/2
18/4 177/2 179/23
**developer [3]** 80/23
220/17 231/15
**developing [2]** 18/2
41/6

**development [1]**
30/12
**Devin [1]** 174/22
**devised [1]** 117/1
**diagnosed [3]** 16/21
16/22 18/8
**diagnoses [2]** 7/21
16/2
**diagnosis [6]** 16/18
17/8 170/11 170/12
204/11 204/17
**Diaz [2]** 69/23 142/4
**dictators [1]** 114/6
**did [223]** 10/5 12/5
13/17 13/21 14/14
18/3 20/17 20/17
20/19 21/4 21/6 21/7
21/14 21/23 22/4 22/5
22/13 23/16 23/18
24/5 24/8 24/11 25/12
31/5 31/7 38/7 38/10
40/17 41/2 42/4 43/19
45/13 45/17 45/24
46/11 46/13 46/18
46/18 46/25 46/25
47/5 47/10 47/11
47/14 47/21 48/9
51/24 52/13 52/24
53/12 55/21 55/22
56/14 56/19 58/13
58/14 59/10 59/24
60/13 60/14 61/5 61/5
62/9 63/11 64/2 64/19
64/20 65/24 68/13
68/18 70/1 70/1 74/16
75/8 78/18 82/7 83/3
83/4 83/10 83/12 84/2
84/16 85/7 89/15
89/18 90/3 94/19
95/25 96/3 96/5 97/11
97/17 99/2 99/12
99/25 100/7 100/18
100/21 100/23 101/1
101/2 101/14 101/17
101/23 102/1 102/4
103/11 103/13 103/16
104/1 104/3 104/20
105/2 105/3 105/4
105/12 105/22 105/24
107/5 108/8 108/21
111/25 111/25 114/8
114/15 115/2 116/9
116/21 116/21 118/4
118/6 120/12 121/3
121/6 121/7 121/14
121/20 124/5 124/16
124/18 125/5 125/8
126/8 127/6 127/19
128/13 128/17 130/8
131/15 132/3 132/11
132/13 133/2 133/14
133/20 134/2 134/15

134/17 134/17 135/2
135/4 135/6 136/19
139/16 139/17 139/18
139/18 140/2 140/5
140/8 141/7 142/7
151/5 151/19 151/21
151/22 161/19 161/25
169/18 169/22 172/9
173/12 177/11 177/21
179/7 182/15 182/17
182/20 183/2 183/12
185/21 185/22 185/23
192/13 192/16 192/18
193/4 193/6 193/10
193/15 193/24 194/3
195/2 195/15 196/24
201/6 213/12 214/13
215/7 215/14 220/3
228/11 228/11 241/17
244/5 245/18 247/15
247/16 247/22 260/19
262/13 268/6 269/24
**didn't [41]** 7/6 7/7
7/11 9/23 9/25 11/25
12/8 12/13 12/16
12/24 13/1 13/11
13/21 13/25 14/5
17/11 18/6 58/18
60/16 60/17 61/17
62/10 63/20 68/17
68/17 91/8 118/20
137/5 156/20 169/21
178/23 215/10 215/18
228/2 237/4 247/16
248/1 249/8 253/9
270/13 274/20
**dieron [1]** 171/21
**Diez's [1]** 128/24
**differ [1]** 244/19
**difference [3]** 36/8
220/9 229/14
**differences [1]**
246/10
**different [42]** 23/4
28/15 28/15 29/7
31/20 35/10 40/6 43/5
44/6 46/13 46/18
47/23 64/25 68/20
73/22 75/14 76/9
77/22 77/25 78/11
80/8 84/22 86/16
86/18 86/19 87/7
87/12 91/22 94/21
114/16 121/11 138/6
141/14 166/16 167/20
169/17 173/22 180/4
193/17 198/23 220/19
278/10
**difficult [20]** 108/12
108/14 108/21 110/19
115/13 137/9 165/24
166/4 167/6 188/21

189/3 189/8 189/17
189/18 189/20 189/25
190/20 190/24 191/12
191/13
**difficulty [1]** 108/15
**Dimitri [1]** 74/15
127/11
**dining [2]** 98/1
127/1
**direct [29]** 3/3 20/3
95/20 159/8 170/3
213/13 214/21 222/10
242/5 242/10 245/6
254/14 254/20 255/7
255/19 258/8 258/17
260/8 261/20 262/13
268/1 274/1 274/5
274/13 274/22 277/5
278/10 280/12 281/12
**directed [1]** 183/20
**directly [7]** 33/10
81/23 85/10 120/19
153/15 162/20 170/2
**director [6]** 180/6
184/9 185/11 187/2
193/23 255/5
**directors [1]** 22/21
**disabilities [1]** 41/12
**disabled [1]** 41/15
**disagreement [1]**
8/13
**discipline [3]** 131/19
132/6 132/9
**disclose [1]** 10/21
**disclosed [1]** 217/2
**disclosures [5]** 5/22
7/12 7/14 8/20 118/9
**discovery [5]** 10/8
12/6 13/2 13/10 13/22
**discuss [13]** 16/15
17/3 18/15 18/23 90/1
91/4 117/21 168/13
195/2 205/11 207/14
274/15 282/1
**discussed [14]**
43/21 92/12 95/6
114/19 163/8 164/12
197/2 197/4 198/2
202/12 203/1 221/23
239/17 240/11
**discussing [3]**
107/18 237/14 255/17
**discussion [1]**
170/10
**display [1]** 195/10
**dispute [1]** 262/5
**disregard [3]** 115/24
168/4 169/19
**disrepair [1]** 194/18
**distance [2]** 54/10
55/18
**distillery [4]** 160/25
161/2 162/6 177/1

**D**

**distress [41]** 8/17
8/20 8/24 15/25 16/7
16/10 16/13 16/15
16/23 17/1 91/2
114/21 115/3 118/15
119/19 153/11 153/19
154/7 155/8 155/13
155/20 156/5 156/18
157/24 161/22 161/25
162/15 163/12 164/7
164/9 164/15 165/9
165/22 166/24 169/24
171/5 171/6 172/9
173/13 177/7 189/2
**distressing [1]**
189/25
**district [31]** 1/1 1/1
1/9 28/25 28/25 29/5
31/13 31/16 37/10
43/4 44/3 44/23 45/15
45/25 64/20 65/18
65/25 69/24 69/25
73/13 78/23 83/15
123/23 157/13 172/14
180/1 187/2 195/22
196/8 196/23 196/24
**districts [1]** 28/15
**divert [1]** 9/12
**divided [2]** 36/5 36/6
**Division [1]** 142/5
**do [235]** 7/19 11/24
12/21 19/3 21/20
22/16 22/21 22/22
23/8 23/10 23/10
24/19 25/25 26/10
27/23 31/5 32/21
32/21 32/21 32/24
35/5 35/7 37/3 44/4
44/25 47/23 48/11
48/25 49/24 51/5
52/12 53/11 57/3 57/4
58/16 58/19 59/17
65/17 66/2 70/7 70/16
72/5 73/18 73/22
80/18 80/18 80/20
80/24 81/2 82/19
84/10 87/1 87/7 90/1
90/24 93/1 97/7 97/17
98/22 99/3 100/13
101/17 102/18 103/1
103/5 103/6 104/5
104/16 105/4 105/7
105/7 105/15 105/19
106/3 106/9 108/5
108/15 116/1 116/21
117/11 117/11 117/12
117/21 117/21 122/2
122/17 125/4 127/6
129/7 130/14 130/18
130/24 131/13 132/20

136/2 136/10 137/3
137/4 137/25 138/1
138/9 140/12 143/1
143/12 145/10 149/1
149/2 150/24 151/11
155/5 158/14 158/21
158/21 158/25 159/1
159/3 159/3 160/5
160/6 160/7 160/7
160/11 162/6 168/10
168/13 168/14 171/16
173/9 173/15 173/16
174/11 175/13 175/16
176/1 176/18 179/25
181/10 184/2 184/3
184/23 188/11 188/16
188/21 189/3 190/23
193/19 195/2 197/7
198/14 199/10 199/13
202/11 202/23 202/24
204/4 206/13 207/11
207/14 207/14 209/10
210/4 211/14 211/17
211/18 212/5 212/11
212/21 213/18 213/21
213/22 215/25 217/19
218/3 218/14 223/10
223/13 226/17 231/4
232/10 232/18 233/9
235/15 235/24 236/2
236/4 236/9 237/8
238/4 238/10 239/15
242/17 243/22 244/2
244/6 249/8 249/15
250/6 252/18 252/22
253/13 253/20 253/25
254/24 257/12 258/11
258/14 260/20 261/14
261/17 263/8 263/10
263/11 265/19 265/25
266/17 266/21 268/7
268/14 268/24 269/21
270/25 271/12 272/6
272/8 272/11 274/3
276/18 278/4 279/6
279/23 280/11 280/17
280/19 281/25 282/1
**do you [45]** 22/16
22/21 23/10 25/25
35/7 48/25 49/24 51/5
52/12 53/11 57/3 66/2
72/5 73/18 80/18 81/2
84/10 98/22 102/18
103/1 105/7 108/15
122/2 129/7 137/25
143/12 150/24 158/21
168/10 171/16 174/11
184/2 184/23 198/14
202/23 207/11 238/4
257/12 258/11 258/14
263/8 263/10 268/14
268/24 269/21

**do you see [35]** 37/3
100/13 132/20 211/17
213/18 213/21 213/22
217/19 223/13 232/18
235/15 235/24 236/4
236/9 237/8 238/10
239/15 242/17 243/22
244/2 244/6 252/18
252/22 253/13 253/20
265/19 266/17 266/21
270/25 271/12 278/4
279/6 280/11 280/17
280/19
**Doce [2]** 38/22 44/8
**doctor [7]** 7/5 16/18
17/8 18/11 18/6 18/9
18/16
**doctor's [8]** 7/3 7/8
7/9 7/21 15/19 16/2
17/19 17/24
**doctors [2]** 7/4 8/25
**document [74]** 6/8
12/7 12/19 14/13
14/15 35/13 39/9
66/20 72/5 72/8 72/19
85/2 85/4 85/7 85/19
95/14 96/15 99/17
102/20 119/4 122/14
137/25 139/12 140/17
141/23 144/13 145/2
159/13 210/23 212/2
213/12 213/15 213/24
214/2 214/3 214/10
214/13 218/5 218/9
218/25 222/10 222/17
222/22 225/17 232/25
233/2 235/18 236/12
242/8 243/18 243/21
245/3 245/7 245/25
249/2 250/6 250/7
250/18 251/2 252/18
252/21 253/11 272/9
273/17 274/5 274/14
274/21 274/23 276/17
277/8 278/5 278/6
279/19 281/14
**documentation [4]**
5/24 5/25 224/24
249/5
**documents [13]** 6/2
7/23 12/17 14/17
102/19 106/3 118/19
118/20 149/15 211/16
236/25 249/3 251/1
**does [45]** 13/14
24/14 28/25 32/24
35/4 35/23 35/24 36/2
42/20 45/1 45/7 52/15
70/19 75/2 75/2 75/5
77/9 84/18 86/3 86/15
86/23 88/21 89/2 89/7
90/9 106/1 115/13

122/10 138/8 141/7
141/10 177/19 184/4
195/10 201/19 202/2
202/6 214/12 219/3
223/21 224/7 224/20
242/19 242/21 258/5
**doesn't [9]** 11/14
75/10 133/6 144/13
182/3 185/5 205/18
218/10 223/20
**doing [40]** 20/21
21/23 22/10 23/4
23/11 32/7 48/2 52/6
56/1 56/6 82/17 90/21
96/16 100/1 100/23
102/6 105/25 106/16
107/1 110/7 110/16
115/8 115/10 130/25
133/1 133/23 135/12
138/12 154/17 180/8
183/15 185/16 190/4
199/18 208/14 209/10
225/5 242/25 244/10
267/5
**dollar [7]** 36/11 38/6
73/3 76/10 138/14
153/1 245/20
**dollars [8]** 87/22
151/9 152/25 153/3
155/16 159/8 166/10
169/1
**Domino [4]** 31/17
37/11 49/9 78/24
**dominos [1]** 31/18
**don't [91]** 7/20 7/21
7/22 8/12 8/19 9/2
9/25 11/17 11/18
11/20 14/1 16/14 17/8
17/8 17/9 17/13 18/23
18/25 19/4 19/10 24/6
27/8 35/19 38/21
48/23 53/7 73/19 85/4
87/2 88/8 92/16 92/25
94/11 95/13 100/25
101/1 102/4 103/8
103/13 103/16 118/19
142/25 152/17 153/15
158/15 158/25 159/1
166/6 166/7 166/8
170/4 173/11 175/16
176/1 176/21 185/2
187/23 192/11 194/4
205/21 209/8 213/24
216/25 217/5 218/22
222/22 222/24 223/2
223/23 224/3 224/4
225/1 227/19 239/24
240/16 244/19 248/17
248/25 249/18 253/24
254/19 257/20 257/22
259/9 262/5 269/7
270/1 274/10 276/25

278/6 280/2
**donate [6]** 45/14
45/17 45/24 46/11
46/13 47/2
**donated [3]** 46/9
46/24 47/3
**donation [2]** 47/8
47/9
**done [36]** 19/10
70/23 71/5 77/8 81/1
92/19 93/8 93/17
93/20 93/23 93/25
94/4 102/2 107/2
113/10 115/9 132/23
137/7 167/21 183/15
183/17 192/5 230/8
231/3 233/12 238/22
241/15 248/15 259/13
259/18 259/22 268/3
268/18 279/25 280/24
281/8
**door [15]** 7/23 8/1
9/1 9/2 17/9 40/20
48/3 126/24 129/16
129/19 179/1 221/2
235/8 260/19 268/11
**doors [3]** 53/21
145/15 194/21
**Dora [2]** 21/2 21/11
**Doral [1]** 30/5
**dot [1]** 54/25 55/9
**double [2]** 6/19
22/15
**doubled [1]** 27/12
**doubles [1]** 195/9
**doubling [2]** 195/15
195/20
**down [81]** 6/13 6/17
26/15 27/21 36/2 38/3
39/5 43/8 45/13 49/24
50/7 59/8 59/10 59/23
60/1 60/2 60/3 60/14
60/17 60/19 61/2
61/18 62/6 64/11
67/25 72/17 84/12
89/19 90/25 91/3
100/10 124/19 130/23
134/2 145/16 146/1
147/22 147/24 152/25
153/2 162/2 162/14
163/18 164/5 164/20
165/2 165/8 165/21
170/4 175/5 191/4
193/17 195/9 195/15
195/20 202/4 202/9
212/7 212/8 224/6
228/7 229/4 229/10
229/11 229/12 233/22
239/10 248/10 250/20
250/22 251/8 251/11
252/8 254/12 257/6
259/2 259/25 264/21

**D**

**down... [3]** 265/9
269/20 272/1
**downstairs [3]** 33/8
43/4 186/7
**downtown [3]** 31/10
33/24 79/13
**draft [7]** 95/4 143/19
144/7 144/9 144/9
149/9 215/11
**dragged [1]** 111/15
**draw [2]** 29/11
211/22
**drawings [1]** 39/25
**dress [1]** 48/4
**drinking [2]** 82/17
127/11
**driveway [1]** 184/7
**driving [1]** 92/7
**Dropbox [1]** 92/3
**dropped [1]** 79/15
**drywall [2]** 86/22
240/25
**due [1]** 276/5
**Duke [1]** 184/24
**dumping [1]** 46/20
**duplication [1]**
99/18
**duration [1]** 187/7
**during [14]** 7/9
66/24 124/17 128/23
185/11 193/23 194/20
197/2 217/5 223/24
254/13 256/5 256/10
260/11
**dwell [1]** 170/9
**DX [30]** 95/2 209/15
209/17 213/8 216/24
216/25 235/10 235/11
235/13 245/12 246/4
246/16 248/7 248/9
248/10 249/19 252/4
252/8 252/9 259/2
262/22 262/23 265/10
272/1 272/2 273/14
273/19 273/20 276/13
277/1
**DX 63 [1]** 246/4

**E**

**each [11]** 69/16
73/23 77/24 94/7
106/21 107/1 108/14
121/10 171/23 171/24
171/25
**earlier [7]** 37/18
65/22 95/6 125/22
214/21 230/7 234/13
**early [18]** 10/12
50/15 50/17 50/21
51/10 53/23 54/15
54/20 55/1 55/1 55/6

55/19 100/22 104/4
128/2 174/9 229/18
229/18
**earnings [1]** 16/18
**earth [2]** 167/24
169/6
**easier [1]** 47/22
**east [4]** 31/2 79/25
135/13 282/17
**east/west [1]** 31/2
**eastern [2]** 29/19
187/19
**easy [1]** 189/21
**eat [3]** 38/24 52/20
53/5
**eating [1]** 174/15
**economic [10]** 5/20
6/1 6/20 7/2 8/13
8/14 91/1 221/3 235/8
268/11
**Edgewater [1]** 31/10
**Edition [1]** 232/8
**education [1]** 23/5
**effect [6]** 144/17
169/3 205/20 212/18
248/18 281/9
**effectively [2]** 6/5
10/23
**effects [1]** 156/8
**efficient [1]** 92/9
**effort [1]** 40/9
**eight [1]** 198/19
**Eighth [1]** 17/4
**either [4]** 31/16
103/11 119/15 171/5
**el [15]** 4/13 21/1
21/11 43/9 43/25 73/6
76/21 76/21 90/25
147/25 171/21 174/6
174/15 174/24 179/22
**elbows [1]** 203/20
**elected [4]** 64/7
64/10 112/19 173/19
**election [21]** 45/15
45/25 47/10 47/14
49/6 50/20 62/3 66/7
68/14 69/2 123/21
123/21 123/22 123/25
206/14 212/15 229/3
229/4 229/5 229/10
230/2
**electric [1]** 106/20
**electrical [10]** 75/20
84/23 86/20 240/4
240/13 268/4 268/15
268/16 268/24 269/7
**element [4]** 6/15
212/23 215/16 215/24
**elements [1]** 214/8
**elevator [5]** 78/13
101/6 101/7 101/18
238/15

**Eleven [5]** 36/11
38/8 73/6 77/15 77/17
**eleventh [3]** 11/19
18/25 92/24
**elicit [1]** 91/1
**Ellen [2]** 282/15
282/15
**else [7]** 14/23 15/2
56/6 203/5 205/11
206/4 206/10
**else's [1]** 111/11
**email [4]** 193/22
193/24 193/25 194/14
**emergency [1]**
81/15
**Emilio [1]** 130/15
**emotion [1]** 157/7
**emotional [47]** 8/17
8/20 8/22 8/24 15/25
16/7 16/9 16/13 16/15
16/22 17/1 91/2 115/3
118/15 119/19 153/10
153/19 154/6 154/12
154/13 155/8 155/13
155/20 156/4 156/18
157/23 161/21 161/25
162/15 163/12 164/7
164/9 164/15 165/9
165/22 166/24 169/22
169/24 171/5 171/6
171/11 172/9 173/13
177/7 179/8 189/2
189/7
**emotional/reputatio
n [1]** 171/11
**emotionally [4]**
174/25 189/17 189/18
189/25
**employ [2]** 44/16
44/17
**employee [4]** 185/13
185/14 186/4 186/5
**employees [2]**
113/15 167/12
**employment [1]**
23/5
**empty [2]** 42/11
82/16
**end [14]** 13/15 18/22
21/4 21/23 22/4 47/10
51/25 74/23 108/8
121/6 142/24 170/3
170/10 238/10
**ended [10]** 21/16
21/17 25/10 52/6 62/3
82/16 121/7 124/3
136/4 262/3
**endure [1]** 207/1
**endured [1]** 206/25
**enemy [1]** 112/9
**energy [3]** 59/13
61/11 68/20

**enforcement [14]**
50/9 56/23 56/24
126/20 126/22 127/14
184/1 185/3 186/9
186/12 260/12 260/18
260/24 261/1
**engage [3]** 12/5
70/16 70/25
**engineer [2]** 80/10
81/2
**engineers [6]** 70/17
70/21 71/16 71/20
81/12 109/12
**enjoy [2]** 48/9 50/24
**enlarge [1]** 223/11
**enough [2]** 234/17
254/1
**entail [2]** 86/15
86/16
**entails [1]** 86/16
**enter [7]** 55/17 91/5
120/23 140/5 140/8
142/7 152/12
**entered [10]** 4/9
69/14 95/17 120/7
126/24 152/8 171/1
208/3 262/19 277/11
**entering [2]** 140/12
166/9
**entertainment [2]**
42/18 122/6
**entire [10]** 15/21
15/22 46/16 198/22
199/4 212/23 228/3
228/6 261/20 265/11
**entirely [1]** 8/23
**entirety [1]** 133/6
**entities [7]** 6/22
10/19 44/9 217/20
217/21 218/18 279/8
**entitled [4]** 9/2 9/9
9/18 282/13
**entity [6]** 103/3
221/15 221/19 221/23
273/1 279/11
**entrance [3]** 55/2
55/19 79/9
**environment [2]**
180/15 180/20
**envisioned [1]** 84/4
**episode [1]** 202/4
**equal [1]** 111/11
**equipment [1]** 268/9
**era [2]** 23/24 237/4
**error [2]** 8/3 12/4
**escaping [1]** 27/10
**especially [2]**
127/17 198/21
**Esq [9]** 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
**established [4]** 18/9

230/4 263/21 273/16
**estate [14]** 22/2
22/3 22/5 22/11 23/12
23/16 23/17 24/16
64/24 80/22 114/17
220/17 220/18 231/15
**estimated [2]** 280/6
280/10
**estimates [1]** 262/6
**et [11]** 4/13 23/14
41/8 79/15 98/1 107/4
127/12 136/9 140/20
142/22 240/13
**ethics [16]** 182/17
183/12 183/14 212/16
213/7 214/1 214/5
214/9 214/12 214/18
214/22 215/3 215/7
215/10 215/14 215/18
**eve [1]** 12/17
**even [24]** 10/3 10/19
12/13 14/7 24/23
26/20 40/18 40/22
64/6 71/15 77/25 92/4
134/11 149/15 154/3
167/4 191/1 229/25
229/25 254/5 267/20
278/6 281/9 282/2
**evening [3]** 34/5
34/20 260/23
**event [33]** 52/24
53/4 56/21 59/7 59/10
59/11 68/9 109/19
109/19 120/13 121/14
121/20 122/5 122/8
123/13 123/16 123/17
123/18 124/21 125/2
126/10 130/10 145/15
145/25 177/21 204/11
204/12 224/4 224/5
228/8 228/10 228/11
264/23
**events [4]** 97/25
121/21 127/11 270/9
**eventually [2]** 61/2
239/22
**ever [13]** 53/8 69/3
88/8 120/12 124/16
124/19 150/10 150/10
172/3 175/6 182/15
206/20 219/12
**every [15]** 19/6 22/7
28/1 33/11 77/6 77/7
86/5 88/6 109/17
163/17 163/17 163/18
166/6 179/1 195/8
**everybody [10]**
42/12 47/4 68/22
71/18 79/12 111/11
142/17 167/11 191/21
231/23
**everyone [8]** 4/5

**E**

**everyone... [7]** 4/11
90/3 95/19 118/13
207/24 208/5 282/6
**everything [13]**
10/22 28/14 48/11
61/12 110/20 113/20
128/16 154/1 157/8
157/14 158/3 199/22
205/22
**evidence [82]** 8/11
10/23 16/13 16/15
26/4 28/18 34/9 35/16
36/17 39/16 44/20
51/17 52/10 54/2
57/13 66/18 74/2
84/25 85/16 92/20
92/21 92/22 98/3
99/15 102/11 103/19
114/3 114/11 116/24
118/24 119/6 119/15
122/20 125/14 128/19
128/21 128/23 131/22
137/19 139/21 139/22
140/22 143/18 147/17
153/23 156/13 157/16
163/15 163/24 164/23
165/5 166/1 171/14
174/11 175/2 179/21
184/16 194/6 198/13
200/20 213/8 217/11
223/1 223/1 229/13
229/21 230/4 232/25
233/1 235/11 242/3
245/12 257/4 263/21
264/19 265/12 270/3
273/20 275/14 275/21
276/14 276/21
**exacerbated [1]**
156/9
**exact [6]** 102/20
194/4 212/19 234/15
257/20 262/4
**exactly [7]** 83/6
126/17 142/25 183/2
210/13 214/4 264/8
**examination [28]**
7/20 9/17 20/3 66/24
93/19 95/20 170/3
170/4 207/10 208/7
208/10 211/25 213/13
214/22 242/10 245/6
254/21 255/8 255/19
258/8 258/17 260/8
262/10 268/11 274/13
278/10 280/13 281/12
**examinations [1]**
94/8
**examine [6]** 6/7
11/16 119/11 133/7
163/25 165/6

**example [5]** 38/16
75/17 92/13 163/7
175/4
**Excellence [1]** 77/3
**except [1]** 136/24
**exception [1]** 199/22
**excited [2]** 160/9
160/9
**exclusively [2]**
110/8 147/23
**Excuse [3]** 65/11
233/7 276/12
**execute [2]** 111/19
154/16
**execution [2]** 33/18
280/7
**exhibit [112]** 25/16
26/6 28/8 28/22 33/25
34/9 34/16 35/6 35/16
36/17 36/24 39/2
39/15 39/18 39/23
40/21 44/19 48/15
49/22 51/2 51/16
51/22 52/8 53/14 54/1
54/8 57/1 57/12 57/16
57/22 58/7 64/16
66/18 66/21 67/3 72/2
74/1 74/11 84/7 84/24
92/4 93/6 94/19 95/23
96/12 98/3 98/9 98/21
99/15 99/23 102/10
102/10 102/15 103/18
103/19 103/24 121/23
122/19 122/23 123/3
128/18 128/21 129/2
130/13 131/22 134/6
137/18 137/19 137/23
139/24 140/21 140/25
141/5 143/10 143/17
144/2 171/13 174/10
176/9 179/21 183/23
184/15 184/21 192/21
194/5 194/12 198/12
212/6 212/8 217/5
217/6 217/13 233/22
249/7 250/3 250/21
252/5 252/6 252/15
264/6 264/9 264/11
264/15 265/12 266/13
269/6 273/23 277/3
**exhibits [19]** 3/5
3/15 91/10 91/14
91/15 91/18 91/25
92/1 92/4 92/15 92/25
93/2 93/11 93/14
94/10 94/14 94/15
94/18 207/19
**existed [1]** 12/23
**existing [2]** 269/23
269/24
**exists [2]** 12/4 35/24

**exited [6]** 90/8
117/24 168/16 207/17
261/10 282/5
**expanded [1]** 42/5
**expect [3]** 136/19
190/23 216/19
**expected [1]** 107/1
**expediter [1]** 80/14
**expediters [2]** 109/7
111/9
**expenditure [1]**
223/12
**expenditures [2]**
216/17 216/19
**expensive [1]** 268/8
**experience [11]**
23/25 32/20 107/22
108/8 108/22 108/23
108/25 109/3 110/16
133/20 204/20
**experienced [4]**
18/15 201/16 203/15
205/5
**experiencing [2]**
155/13 155/20
**expert [3]** 16/9
16/12 16/15
**expertise [1]** 48/1
**expiration [1]**
122/16
**expire [3]** 88/9
122/10 132/13
**expired [6]** 87/7
87/21 88/3 88/4 88/5
133/21
**explain [11]** 50/2
57/24 63/10 87/7
108/21 110/15 134/8
175/25 193/4 206/5
226/24
**explained [4]** 62/5
71/11 156/25 225/24
**explaining [6]** 43/5
148/11 148/13 164/4
274/6 274/9
**explicit [1]** 111/13
**exposed [4]** 238/18
247/14 271/5 271/12
**exposing [1]** 239/21
**expressed [4]** 70/4
154/23 156/3 213/1
**extended [1]** 144/20
**extension [1]** 14/10
**extensive [1]** 106/20
**extent [2]** 74/4 91/3
**exterior [7]** 246/6
246/17 247/23 248/22
249/17 263/10 267/12
**extra [1]** 101/22
**extraneous [1]**
267/23
**extremities [1]**

203/19
**Eye [1]** 38/22
**eyes [3]** 56/8 165/12
165/17

**F**

**F.2d [1]** 17/3
**facade [8]** 39/25
130/2 131/1 132/24
132/25 259/12 259/15
259/24
**face [2]** 79/11 169/5
**Facebook [5]** 48/3
51/9 51/14 222/12
223/16
**facelift [1]** 81/7
**faces [2]** 78/21 79/8
**faceted [1]** 115/14
**facets [1]** 46/16
**facing [1]** 81/23
**fact [22]** 5/12 6/14
14/13 24/2 122/22
127/17 140/24 144/11
162/15 169/10 172/15
213/13 214/5 218/3
220/17 223/24 228/13
229/23 243/2 255/17
261/25 274/2
**factor [1]** 18/2
**Factory [5]** 33/15
37/7 38/20 49/11 73/8
**facts [18]** 114/2
114/10 116/23 125/13
139/22 147/17 153/23
156/13 157/15 163/14
163/24 164/23 165/4
166/1 175/1 200/20
229/20 230/4
**fail [1]** 71/5
**failed [2]** 168/7
179/20
**failure [9]** 16/11
58/4 158/15 235/14
235/23 236/3 236/3
250/8 250/9
**fair [5]** 14/7 19/1
91/17 220/18 234/17
**fallen [1]** 194/21
**false [1]** 172/25
**familiar [10]** 44/15
53/17 70/11 87/12
173/20 231/22 232/1
234/5 272/13 278/5
**family [7]** 157/12
157/22 158/1 158/17
158/21 189/12 189/20
**famous [7]** 33/12
40/1 40/2 40/15 40/17
44/25 50/5
**far [7]** 28/25 29/13
111/15 150/17 164/12
235/6 267/11

**farm [1]** 181/16
**farmer's [3]** 72/23
171/22 172/2
**father [6]** 27/11
83/23 158/16 200/2
200/4 206/1
**fault [1]** 12/6
**feasible [1]** 262/10
**feathers [1]** 30/25
**February [9]** 139/15
140/3 142/15 142/25
195/20 196/20 196/21
197/15 197/19
**February 14th [1]**
195/20
**February 23 [2]**
139/15 140/3
**federal [4]** 10/23
182/18 196/5 278/3
**Fedora [1]** 32/19
**fee [3]** 88/15 234/3
234/4
**feel [16]** 59/10 60/14
61/5 61/5 68/13 68/18
128/13 155/15 166/8
166/8 177/19 179/7
201/19 202/2 206/5
206/13
**feels [1]** 170/13
**fees [4]** 87/14 87/14
88/1 234/6
**feet [3]** 55/20 106/21
203/20
**Fela [1]** 38/21
**FELDMAN [1]** 1/15
**fell [1]** 25/12
**felt [8]** 16/19 18/15
41/22 59/13 68/19
128/7 128/10 128/14
**Ferrier [1]** 34/23
**few [8]** 20/19 36/2
37/18 89/21 130/23
176/14 253/3 260/16
**Fiesta [2]** 73/6 77/19
**fifth [1]** 225/21
**fighting [1]** 9/13
**figure [6]** 40/3 59/14
68/25 192/18 193/4
193/10
**figured [1]** 281/21
**file [10]** 12/14 12/24
14/10 14/13 182/20
183/12 195/16 215/7
215/14 215/19
**filed [20]** 10/8 13/18
182/17 182/18 195/9
195/17 196/18 209/9
209/11 212/15 213/7
214/1 214/5 214/9
214/11 214/18 214/22
215/3 216/20 219/2
**files [1]** 192/24

**F**

**filing [1]** 208/17
**filling [1]** 237/24
**Film [1]** 122/6
**final [6]** 72/10 74/25
89/20 143/20 249/20
250/5
**finaling [1]** 71/8
**finalized [3]** 75/1
75/2 75/7
**finally [6]** 7/2 7/13
7/19 78/18 89/18
109/16
**financial [1]** 171/7
**financing [1]** 280/23
**find [10]** 68/10
80/25 81/10 97/21
172/12 189/21 189/25
190/20 190/22 191/14
**finding [3]** 16/9
23/12 200/3
**findings [1]** 127/4
**fine [7]** 119/7 119/20
125/12 126/20 228/15
271/14 281/22
**finish [3]** 86/5
136/24 219/21
**finished [1]** 259/21
**finite [1]** 162/2
**fire [10]** 84/23 86/20
106/19 124/11 125/11
125/23 268/5 269/21
269/23 278/2
**first [58]** 8/5 16/3
16/8 23/18 24/21
24/23 25/17 36/25
37/3 39/11 39/13
39/13 42/4 52/6 56/22
59/10 60/8 66/22 69/1
69/3 70/16 72/19
74/18 75/17 78/6 79/8
84/4 89/9 93/7 104/3
107/2 109/17 127/16
132/1 132/8 132/11
132/16 141/24 142/25
150/20 168/25 169/18
174/13 177/11 182/24
198/14 201/7 208/14
209/11 211/23 212/23
212/25 230/12 235/13
245/3 251/14 257/6
277/23
**fit [1]** 41/8
**five [21]** 14/15 22/22
42/11 49/7 76/24 77/2
94/3 94/7 117/19
117/22 153/1 166/5
167/6 182/19 183/16
201/1 205/14 207/1
261/6 262/8 280/15
**fix [2]** 177/11 243/2

**fixed [1]** 134/4
**Flagler [1]** 1/16 31/3
**flags [1]** 41/15
**flakiness [1]** 203/17
**flare [1]** 204/4
**flare-ups [1]** 204/4
**flares [2]** 15/17
204/7
**flip [1]** 31/9
**floor [14]** 42/6 77/1
77/2 101/5 106/21
187/14 248/11 248/12
259/11 259/14 259/16
259/16 259/17 259/19
**floors [1]** 41/25
**FLORIDA [18]** 1/1
1/5 1/13 1/17 1/19
1/22 2/4 22/6 231/16
231/22 232/4 232/8
233/12 233/14 233/18
277/17 278/2 282/17
**flowers [1]** 177/20
**Fluently [1]** 22/17
**flyer [3]** 223/8
223/18 223/20
**flyers [2]** 48/2
219/15
**flying [2]** 10/20
194/20
**focus [5]** 23/4 23/7
208/16 216/6 279/22
**focuses [1]** 170/6
**folio [3]** 78/1 86/11
140/20
**folio/ownership [1]**
78/1
**follow [8]** 29/18
159/5 231/7 231/10
231/15 231/16 231/16
231/18
**followed [1]** 90/5
**following [4]** 58/24
132/13 204/23 279/6
**food [10]** 22/1 38/23
50/25 59/17 59/17
59/18 59/19 59/21
157/17 178/19
**foot [3]** 42/4 42/6
106/22
**force [2]** 41/13
177/22
**forefather [1]** 35/1
**foregoing [1]** 282/12
**forever [2]** 136/13
136/14
**forgive [1]** 145/24
**forgot [3]** 90/2 143/2
173/25
**form [6]** 24/14 215/9
215/9 216/8 234/5
246/2
**formal [3]** 14/10

182/15 194/15
**formally [1]** 13/25
**formed [2]** 25/1 25/8
**former [2]** 200/2
200/5
**formula [1]** 41/5
**formulate [3]**
117/22 168/14 207/15
**FORT [4]** 1/2 1/5
20/9 282/17
**forth [10]** 60/8 90/21
91/12 93/3 95/14
136/7 144/21 230/20
230/24 279/14
**forward [4]** 18/24
19/3 180/12 201/10
**foundation [43]**
23/2 27/1 29/3 30/14
30/22 32/8 37/14 52/3
54/17 54/23 55/5
55/11 58/22 62/21
63/23 65/7 65/14 87/9
89/24 97/1 97/15
97/19 100/4 104/9
108/18 109/23 110/4
112/2 113/3 121/18
122/13 123/10 124/9
125/19 127/7 153/24
238/25 258/23 263/21
267/7 268/21 273/15
279/19
**founded [1]** 33/16
**four [18]** 21/21
23/19 46/2 46/9 53/7
60/5 78/20 80/1 94/3
135/11 157/12 167/9
176/17 187/20 195/9
261/19 261/21 262/8
**frame [1]** 82/23
**framed [1]** 176/11
**Frank [5]** 42/9 42/10
42/10 46/18 47/18
**freedom [1]** 61/3
**freestanding [2]**
136/11 137/5
**French [1]** 40/15
**fresh [2]** 263/3
281/21
**Friday [4]** 19/1 50/17
90/2 223/25
**front [18]** 19/7 40/20
43/15 53/21 55/19
69/7 77/15 87/2
129/16 129/19 139/9
139/13 184/7 186/8
193/6 209/17 211/1
**fulfill [1]** 162/21
**full [5]** 22/10 127/18
135/13 235/5 268/6
**full-time [1]** 22/10
**FULLER [65]** 1/4

4/13 5/11 7/7 15/1
19/9 24/8 25/12 26/16
33/19 34/4 48/12
51/13 51/25 62/6
62/13 65/5 65/13
65/17 65/24 66/8
66/15 67/6 67/15
67/25 68/5 73/18
73/24 80/8 82/7 93/18
93/21 93/23 102/24
103/4 115/9 116/18
125/5 135/4 187/24
188/6 188/10 188/21
196/25 208/22 210/16
213/17 213/20 214/11
214/22 215/3 218/19
222/23 223/22 224/1
224/7 224/20 225/5
225/18 257/14 272/11
272/14 272/15 272/16
272/19
**Fuller's [5]** 66/11
191/20 209/2 217/21
272/12
**fully [2]** 79/23 137/2
**fun [1]** 48/11
**funded [1]** 106/24
**funeral [1]** 177/20
**further [3]** 45/7
144/20 207/9
**Furthermore [1]**
219/10
**fuse [1]** 167/11
**Futurama [7]** 33/7
43/2 69/7 73/5 77/4
180/11 181/13
**future [1]** 80/6

**G**

**Gables [1]** 30/5
**game [2]** 68/21
68/23
**game's [1]** 68/21
**garage [1]** 194/21
**garbage [6]** 237/23
238/4 238/4 238/7
238/9 239/7
**Gardner [1]** 4/21
**garland [2]** 134/9
134/12
**gathering [1]** 45/5
**gave [3]** 58/14 125/3
143/1
**GC [2]** 231/2 231/3
**general [16]** 11/8
45/14 45/25 49/6
50/20 70/25 80/16
81/2 123/21 123/22
243/6 243/13 243/14
252/17 253/1 253/17
**generalized [1]**
163/24

**generally [3]** 230/8
232/1 234/18
**gentleman [14]** 44/1
63/21 69/8 69/23
82/10 158/5 174/13
183/2 184/24 186/4
192/6 266/16 266/21
266/23
**gentleman behind
[1]** 184/24
**gentleman by [1]**
69/23
**gentleman destroys
[1]** 192/6
**gentleman did [1]**
183/2
**gentleman if [1]**
158/5
**gentleman is [2]**
63/21 174/13
**gentleman on [1]**
69/8
**gentleman
performing [2]**
266/16 266/21
**gentleman putting
[1]** 266/23
**gentleman that [1]**
82/10
**gentlemen [5]** 4/11
117/19 168/14 171/4
281/23
**George [1]** 180/7
**get [58]** 12/1 13/21
15/9 15/23 17/12
17/13 18/20 21/8 22/2
42/8 50/17 59/23
61/17 69/20 70/13
71/13 77/7 79/15 81/1
81/10 88/11 88/12
90/19 96/3 106/2
106/2 107/9 109/7
110/18 111/15 112/19
125/23 135/18 136/11
139/16 139/18 150/11
151/5 161/5 161/7
161/9 161/10 174/4
179/8 181/7 182/19
189/7 191/4 215/13
240/3 240/12 251/8
280/21 280/23
**gets [5]** 79/12 88/5
88/15 177/18 230/25
**getting [15]** 21/4
32/20 45/11 59/1
60/18 61/1 61/1 90/25
102/3 109/9 110/17
111/15 125/17 160/14
199/21
**give [22]** 8/19 8/21
9/7 10/24 14/7 18/17

**G**

give... [16] 19/15
19/17 58/13 58/14
71/21 74/19 88/21
89/2 91/8 108/5
139/11 197/6 220/3
261/22 262/4 262/11
given [5] 13/23 88/8
134/3 261/24 275/2
gives [3] 96/17
96/17 140/19
giving [3] 92/17
216/8 262/6
glass [2] 40/22 177/4
global [1] 72/9
go [106] 5/1 5/1
17/23 25/4 27/9 29/1
37/19 42/10 43/1
43/24 52/22 53/15
54/11 55/17 67/19
71/7 72/16 74/5 78/5
78/11 78/13 78/16
85/13 87/21 88/15
91/11 93/3 93/24
95/14 97/22 109/12
119/18 123/14 132/16
139/9 141/25 144/3
144/17 145/2 153/15
159/20 160/11 161/1
161/20 168/10 168/17
168/22 177/5 179/20
180/12 186/24 201/18
205/21 210/22 211/21
218/12 222/25 223/10
223/11 224/15 231/4
232/16 235/10 237/6
237/18 238/8 238/21
239/4 239/13 240/22
240/23 242/15 245/2
245/12 245/25 246/4
246/9 246/22 247/11
248/6 248/6 248/9
249/1 249/5 249/19
251/11 252/4 252/22
253/11 253/17 257/7
259/2 259/10 259/16
261/13 261/22 262/11
262/13 263/8 264/18
265/9 265/10 269/20
270/2 272/1 276/13
173/24 188/7
goal [4] 23/2 61/13
God [2] 69/11 113/17
goes [23] 5/10 7/7
29/13 31/14 63/4
70/20 74/4 84/21
86/20 110/21 153/13
155/1 161/21 166/20
169/2 169/8 169/8
177/6 177/15 179/17
184/7 188/23 214/5

going [113] 5/7 5/13
7/5 7/8 8/21 9/3 9/4
9/7 10/25 14/4 14/20
14/21 14/22 15/3 15/7
15/11 15/14 15/17
16/1 16/16 16/18
17/25 18/1 18/4 18/13
19/8 21/7 22/9 25/16
28/2 28/8 33/25 37/13
41/7 47/1 55/10 56/15
59/22 60/7 60/17
64/15 71/2 71/17
71/18 72/22 79/16
83/14 83/14 84/6 88/9
91/1 93/2 93/6 93/17
94/6 94/8 95/2 95/4
99/3 111/18 111/19
111/19 114/23 116/7
117/2 119/5 119/8
119/14 119/15 119/18
120/22 126/20 127/4
128/15 130/13 130/23
134/6 135/17 135/23
137/18 139/12 142/18
142/23 143/9 144/14
149/3 149/19 157/8
160/21 162/6 168/3
168/12 170/3 170/5
170/10 170/18 175/12
177/1 183/15 189/7
192/20 196/8 198/2
198/8 205/18 224/13
239/22 244/11 256/7
256/8 262/8 280/14
281/20
Gomez [2] 4/17
95/21
gone [4] 158/5 176/5
230/1 230/23
Gonzalez [1] 130/15
good [49] 4/5 4/10
4/11 4/17 4/19 4/20
4/23 9/6 20/6 24/24
38/10 39/14 39/25
40/5 40/5 40/7 40/10
40/18 40/18 40/24
41/2 41/5 41/7 41/10
41/23 42/4 42/15 45/6
64/9 68/22 70/7 71/22
73/3 76/10 115/10
115/11 158/15 158/16
158/16 159/11 164/18
190/4 192/5 208/12
208/13 229/12 264/13
282/3 282/7
Google [4] 192/19
192/23 193/13 193/15
gorgeous [1] 41/24
got [46] 10/14 13/2
13/13 13/15 22/5 22/5
22/14 23/17 24/18
24/18 25/10 27/9

29/24 35/25 41/9
41/25 59/18 59/21
65/1 75/20 81/13
90/20 92/3 92/5 93/3
94/18 100/8 102/4
107/4 109/18 111/20
135/25 136/23 145/15
152/3 152/15 152/24
155/16 183/17 186/9
202/4 236/13 266/15
272/4 275/11 275/12
gotten [3] 38/24
61/22 160/12
Government [1]
65/4
governmental [2]
180/15 180/19
grab [1] 19/13
graduated [1] 21/14
graduating [1] 22/4
graffiti [1] 130/3
Gran [2] 73/6 77/19
Grand [1] 73/13
Granted [19] 36/23
39/22 74/10 85/24
92/19 98/8 99/22
102/14 103/21 144/1
184/20 194/11 217/12
250/1 252/13 269/5
269/16 270/4 273/22
grants [1] 190/12
great [18] 21/11
21/13 23/25 32/15
32/15 33/9 38/23
38/24 40/9 41/7 41/25
43/15 56/12 71/19
71/19 172/13 190/25
270/9
grills [1] 84/3
ground [2] 42/6
187/14
grounds [30] 45/19
52/2 55/4 58/21 64/5
96/25 100/3 104/8
104/23 108/17 131/17
133/4 145/18 146/6
150/15 151/24 153/7
153/22 156/11 164/11
164/22 165/25 179/16
181/24 191/6 192/8
197/10 200/19 204/9
207/6
group [20] 1/10 25/1
25/9 27/11 33/23
33/24 35/4 46/10
117/12 120/22 121/20
122/18 152/5 152/16
184/6 199/23 213/17
214/11 281/3 281/10
groups [2] 198/21
199/3
guess [7] 21/6 37/5

72/17 87/25 209/8
215/14 244/5
guests [3] 82/11
127/19 127/25
guideline [1] 261/12
guidelines [1] 159/6
guilty [1] 193/9
guitar [1] 258/14
Gutchess [4] 1/11
4/18 14/1 90/11
guy [8] 32/22 33/17
115/9 157/13 157/14
167/21 185/9 185/10
guys [6] 82/23
113/10 113/18 113/18
186/11 195/23

**H**

had [117] 9/12 10/2
10/11 10/12 10/21
13/10 16/19 16/19
21/16 22/11 26/16
31/25 31/25 41/11
41/14 42/7 42/8 47/24
48/1 50/10 50/14 53/6
53/7 55/24 61/2 61/21
70/5 73/13 73/15 77/4
79/16 81/22 82/9 82/9
82/10 82/10 82/11
82/14 82/19 83/16
90/16 97/9 99/13
101/3 101/6 101/18
101/21 102/7 103/14
104/2 107/13 108/6
112/18 115/6 121/11
121/11 122/18 127/1
130/10 131/13 134/1
135/8 135/8 135/13
135/17 135/20 135/23
136/10 136/12 137/9
144/22 150/10 153/4
156/19 159/19 160/11
162/14 165/9 168/20
171/22 172/20 176/16
178/22 181/15 190/10
191/1 192/18 193/5
193/10 194/1 197/4
201/17 201/17 201/20
202/16 202/18 203/6
207/22 210/5 237/11
237/15 241/23 243/1
243/8 250/24 251/3
253/3 254/5 254/12
254/16 256/13 275/13
275/20 275/20 275/21
280/1 281/17
hadn't [3] 64/6
64/10 243/2
half [12] 28/7 29/21
29/25 43/13 56/22
152/6 152/25 153/3
155/16 166/5 183/16

273/7
halfway [1] 56/21
hall [2] 43/11 193/7
hallway [2] 239/4
239/10
hallways [1] 249/16
hand [6] 70/25
100/13 183/14 218/5
241/23 265/19
handed [1] 95/11
handle [2] 240/16
253/24
hands [2] 13/21
34/19
hanging [2] 265/1
266/1
happen [6] 13/1
21/14 56/19 77/9
183/15 198/2
happened [14] 9/12
70/2 109/19 120/25
126/22 144/25 152/12
152/22 161/7 161/8
167/5 178/6 195/18
196/17
happening [6]
105/13 148/5 176/14
185/23 185/25 186/16
happens [6] 87/15
87/19 109/15 165/13
196/19 196/20
happily [1] 21/19
happy [2] 92/8
241/25
harassment [1] 18/5
harboring [1]
112/23
hard [3] 159/11
190/20 190/22
harm [4] 8/18
116/17 116/22 118/15
harmed [1] 160/3
has [99] 8/8 9/15
17/19 27/16 27/16
27/19 27/23 27/24
33/17 36/10 38/6
40/11 42/15 42/16
44/8 44/20 49/20 58/2
63/15 72/13 75/16
76/25 77/1 77/23 89/9
91/3 92/9 92/20 99/5
111/21 116/18 122/17
130/14 131/22 134/6
138/5 138/6 138/6
138/7 138/8 146/10
146/22 154/10 154/11
154/13 154/15 158/23
159/13 166/5 166/15
166/15 166/18 166/24
167/6 167/21 174/6
174/10 174/24 175/23
178/14 183/15 187/18

**H**

**has... [37]** 187/20
188/21 189/2 189/17
190/20 190/22 191/11
191/11 191/13 193/15
198/12 200/16 200/24
201/13 202/16 203/5
204/24 205/17 206/25
221/23 229/13 230/16
230/19 232/11 232/11
233/1 233/1 233/17
235/22 242/2 249/4
259/15 261/1 263/20
264/3 265/15 280/10
**hasn't [2]** 258/22
273/16
**hate [1]** 136/11
**Havana [61]** 22/24
22/25 23/3 23/20
23/24 25/3 26/17
26/18 27/6 27/9 27/13
27/14 27/20 28/5 28/6
28/25 29/8 29/13 30/1
30/13 30/21 31/6 31/8
31/11 31/24 32/10
32/18 33/15 33/20
36/13 37/7 37/19 38/1
38/10 38/19 41/3 44/6
45/8 49/11 53/9 70/9
73/7 73/7 77/21 77/22
77/23 82/2 84/5
143/16 159/15 164/6
180/2 180/9 187/25
188/11 188/12 188/16
188/22 189/4 198/22
199/5
**have [339]**
**haven't [6]** 25/14
154/15 160/10 207/19
230/4 279/17
**having [11]** 10/2
152/5 152/22 158/1
167/5 228/14 228/18
242/23 256/5 256/9
267/5
**hazard [1]** 194/22
**he [159]** 7/7 11/2
15/16 15/17 17/2
17/19 18/2 18/3 18/4
18/12 18/14 18/15
18/15 18/15 24/17
24/17 24/19 29/4
30/23 33/17 35/1 35/1
36/2 37/23 38/21 39/5
41/9 47/17 47/18
47/18 47/19 47/20
54/24 55/22 55/24
56/1 56/1 58/13 58/14
58/14 58/23 59/7
60/25 62/14 62/16
64/2 64/6 64/10 64/10

65/9 67/8 67/21 67/21
68/13 68/17 69/3
69/12 69/14 69/17
70/5 71/2 79/5 79/5
83/17 83/17 93/24
99/11 101/21 103/3
103/3 104/11 105/17
112/10 112/11 112/16
112/17 112/17 114/8
115/13 116/21 116/21
117/7 121/19 123/11
125/21 129/18 130/15
137/1 146/14 146/18
147/19 150/19 159/12
159/19 159/20 161/5
161/13 163/17 163/18
163/18 163/23 164/1
167/24 169/1 169/10
170/6 170/12 170/12
174/8 174/22 175/4
181/4 182/3 182/11
185/4 185/10 186/19
187/2 187/7 192/18
195/9 195/10 195/24
196/9 199/3 199/14
199/16 199/18 200/4
200/4 200/16 200/23
200/24 220/12 221/17
225/22 227/24 227/24
229/12 229/22 232/11
233/1 234/21 239/1
240/6 240/7 240/7
241/8 248/1 248/2
255/2 256/2 256/2
263/22 263/22 267/23
275/17 275/24 275/25
**He'll [2]** 11/1 11/1
**he's [42]** 15/17
16/16 17/25 18/1 18/4
38/24 40/15 43/25
47/17 50/6 56/5 63/3
69/9 69/19 69/23
107/18 113/9 127/24
158/3 163/19 163/21
169/23 174/19 175/12
181/7 184/6 184/10
185/2 185/4 187/6
187/8 191/7 192/9
192/9 197/11 199/14
199/17 201/2 258/20
266/25 267/5 267/23
**head [1]** 174/19
**headed [1]** 47/19
**headquarters [2]**
41/10 41/13
**heads [1]** 90/4
**health [17]** 16/25
17/2 17/5 17/24 18/13
23/2 23/3 23/9 170/11
170/14 189/19 194/22
201/14 202/17 203/5
203/16 205/12

**Healthy [2]** 22/24
22/25
**hear [6]** 34/25 83/21
91/8 229/7 270/13
274/20
**heard [7]** 33/12
81/17 112/20 118/14
155/6 171/8 228/22
**hearing [10]** 16/3
272/6 273/25 274/2
275/3 275/4 275/12
275/13 275/21 275/22
**hearsay [30]** 58/22
59/5 60/21 68/2 112/7
113/12 113/19 114/10
125/14 127/20 146/25
147/5 147/11 147/17
148/8 148/13 149/15
150/4 151/25 154/25
156/12 174/1 181/3
181/25 185/19 186/13
198/5 255/14 255/18
281/12
**heart [6]** 16/16
16/22 37/10 81/9
164/19 202/2
**heartbeat [2]** 201/17
202/8
**heck [1]** 162/24
**heightened [1]**
166/7
**held [14]** 53/21
68/10 126/10 136/25
192/15 220/18 221/12
221/19 225/3 225/24
270/7 270/8 274/2
275/5
**help [6]** 46/15 93/5
145/14 186/11 190/11
280/21
**helping [1]** 23/3
**Henry [3]** 58/6 83/17
83/18
**her [8]** 49/20 156/25
182/3 182/10 182/11
222/7 224/3 260/20
**Herald [1]** 24/13
**here [84]** 9/12 11/5
11/21 14/20 17/10
18/14 28/1 29/20
29/23 30/25 35/3 37/3
37/25 38/15 40/14
41/11 44/7 49/12
52/18 54/14 55/20
55/24 61/1 72/11
74/17 74/25 81/22
86/11 87/2 90/6 92/7
92/17 99/4 99/16
100/11 102/23 108/25
117/19 122/8 132/11
137/4 152/24 164/14
167/22 169/9 173/25

176/14 182/24 186/8
186/8 192/2 199/21
200/3 201/8 201/9
204/11 205/24 206/1
208/15 213/25 215/9
216/1 217/25 218/22
218/22 222/21 223/20
229/9 231/6 237/13
238/8 239/20 240/12
243/14 244/11 246/20
248/4 261/16 262/10
266/15 272/9 274/17
278/25 281/24
**hereby [1]** 282/12
**heritage [1]** 22/18
**hey [3]** 60/19 160/12
191/4
**high [2]** 68/21 79/12
**highest [1]** 32/11
**highlight [6]** 27/17
159/16 162/7 172/12
180/1 187/1
**highlights [3]** 45/11
53/20 162/4
**highly [3]** 10/3 10/19
169/6
**highway [1]** 79/14
**highways [1]** 30/4
**Hill [3]** 76/5 76/7
76/9
**him [59]** 7/5 14/1
15/12 15/12 15/15
16/21 18/6 24/11
24/17 34/25 40/14
47/21 47/22 48/1 62/6
62/10 62/11 63/15
67/21 67/25 69/1 69/3
69/18 69/20 70/3 70/4
70/4 70/5 70/8 82/24
93/14 93/25 94/4
112/20 133/7 147/18
159/20 163/25 165/6
169/17 170/6 170/7
170/8 170/18 174/18
183/15 185/23 186/8
193/17 195/15 198/4
201/6 212/2 216/3
218/6 218/12 219/21
274/14 274/22
**himself [2]** 99/11
193/9
**hire [3]** 108/22 109/5
253/24
**hired [3]** 50/3 51/15
185/11
**hiring [1]** 48/4
**his [56]** 10/5 15/12
15/17 16/25 17/5
17/19 17/20 17/24
18/1 18/7 18/12 34/25
47/19 55/23 55/24
58/11 63/10 63/15

66/24 71/1 82/10
82/16 83/22 94/2
94/10 99/12 136/2
154/6 154/7 158/12
164/15 169/2 169/21
169/22 171/5 171/6
171/10 172/1 172/1
174/9 179/17 184/10
187/2 191/7 191/20
193/11 193/14 193/18
195/6 196/22 208/25
212/1 218/6 218/10
222/24 277/20
**Hispanic [10]** 27/16
32/17 45/9 53/22
53/22 55/1 162/4
172/12 199/22 229/19
**historic [2]** 74/14
120/23
**historical [2]** 198/22
199/4
**historically [2]**
50/19 246/21
**history [13]** 15/6
63/15 95/24 120/22
179/24 179/24 180/1
180/6 180/23 181/3
181/6 193/15 250/25
**hit [3]** 25/2 172/16
173/18
**hold [15]** 61/10
65/10 125/8 126/8
126/19 141/12 180/18
183/7 192/16 194/3
202/21 207/5 226/20
226/24 248/7
**holding [7]** 21/10
34/4 34/18 50/6 55/25
56/20 126/5
**holdings [1]** 220/18
**holds [2]** 9/16 71/1
**Honestly [2]** 61/21
190/4
**Honor [166]** 4/20
4/25 5/9 9/8 12/5
13/1 15/23 15/24 17/7
17/11 19/23 28/17
34/8 35/15 36/16
36/19 43/20 51/16
54/1 55/3 57/12 57/19
66/17 66/20 66/23
74/1 85/15 85/18
90/11 90/18 90/24
91/5 91/13 92/3 92/11
92/25 94/13 94/15
94/18 95/5 95/12
96/11 98/2 99/14
114/18 114/21 116/10
117/4 117/17 118/3
118/6 118/11 119/14
129/5 132/5 133/17
140/21 141/12 143/17

**H**

**Honor... [107]**
143/22 144/11 146/24
147/16 148/15 148/18
151/7 151/12 153/6
154/5 155/7 157/1
162/8 163/2 164/10
166/12 166/20 167/1
167/23 167/25 168/10
170/17 170/21 171/12
172/5 177/6 179/3
183/18 183/21 192/7
194/10 200/12 201/3
202/12 203/1 203/8
205/1 205/25 206/17
207/11 207/18 208/8
211/25 217/1 217/8
218/4 218/8 218/13
218/23 220/5 223/2
224/12 225/10 226/11
232/10 232/24 233/19
233/22 238/24 240/18
245/5 246/25 249/6
249/23 249/25 250/20
257/9 258/1 258/7
258/16 258/19 258/22
260/7 261/11 261/24
262/15 263/4 263/20
264/5 265/11 266/9
266/11 267/14 267/22
268/10 269/3 269/11
269/15 271/1 271/8
272/21 273/6 273/8
273/14 273/15 273/21
274/7 274/12 276/22
276/24 278/9 278/13
278/22 279/1 279/18
281/11 281/16
**Honor's [1]** 262/6
**HONORABLE [2]** 1/8
282/16
**hooked [1]** 41/20
**hopefully [2]** 43/16
209/17
**hoping [1]** 93/20
**horrible [1]** 203/24
**hospitable [1]** 79/15
**host [1]** 120/12
**hosted [5]** 222/5
223/22 224/7 224/20
225/18
**hosting [5]** 224/3
224/10 224/25 227/11
260/2
**hotel [160]** 25/4
25/4 25/9 25/10 42/22
42/24 49/14 73/8
74/14 74/15 78/3 78/5
78/7 78/12 78/19
78/20 79/8 79/18
79/19 80/3 83/10

83/11 83/15 83/16
84/2 84/4 84/20 86/9
89/5 92/13 95/4 95/25
96/4 96/10 96/16
96/21 96/23 97/5 97/5
97/6 97/9 97/12 97/18
97/22 97/25 98/1
98/12 98/17 99/3 99/4
99/7 99/10 99/13
100/1 100/21 101/2
101/3 101/14 101/19
101/20 101/20 102/7
103/2 106/15 106/16
106/17 106/18 107/6
108/10 120/12 121/5
121/9 121/10 121/13
123/6 124/13 124/17
126/6 126/9 126/11
126/14 127/6 127/10
128/4 130/20 130/21
131/1 133/6 134/15
134/20 135/11 135/12
135/17 135/24 140/3
140/6 140/18 142/7
143/4 143/15 145/4
150/11 150/21 151/6
151/20 152/5 234/11
234/12 236/9 236/19
236/20 236/22 237/7
237/10 237/16 239/25
244/11 246/1 246/7
249/17 250/16 251/9
254/13 254/17 255/6
255/23 256/6 256/11
257/19 257/25 258/6
258/11 258/12 258/21
259/3 259/7 263/1
263/10 263/17 263/24
264/17 265/6 265/23
266/5 266/7 267/2
268/3 268/15 268/17
268/25 270/6 270/7
273/7 278/14 278/15
279/8 279/15 279/24
281/2 281/10
**hotels [3]** 97/7 97/7
120/23
**HOTTE [1]** 1/15
**hour [6]** 52/25 56/22
92/24 261/23 262/12
262/12
**hours [12]** 28/1 94/2
94/3 94/7 119/16
127/18 188/1 196/22
260/25 261/19 261/21
262/8
**house [11]** 79/16
80/1 168/8 176/19
176/21 176/22 177/2
177/3 177/10 177/18
195/6
**housed [2]** 180/10

180/11
**housing [1]** 23/6
**Houston [1]** 20/14
**how [112]** 9/23
10/18 11/3 15/7 15/17
15/17 17/24 18/3 19/5
20/15 21/12 22/2 23/8
23/16 23/22 24/1 24/1
24/11 27/8 27/23 28/5
28/25 29/24 30/12
32/21 32/21 33/22
33/22 36/5 38/21
38/21 40/19 47/21
51/24 53/4 59/10
59/14 60/4 60/14 61/5
61/5 61/16 63/20 64/2
68/13 68/18 68/25
70/1 70/1 75/14 78/11
86/3 87/17 87/23 89/9
91/7 94/2 105/24
107/5 108/2 108/5
108/21 111/25 111/25
114/15 115/13 116/9
116/21 116/21 118/18
121/9 127/19 128/13
131/7 135/9 136/19
139/18 150/13 151/11
155/13 155/15 158/23
160/2 161/19 164/6
166/18 167/10 167/19
170/12 173/17 175/4
177/10 177/19 179/7
180/3 192/18 193/4
193/10 201/19 202/2
203/5 206/13 207/18
208/12 208/13 224/4
225/24 232/2 236/15
260/3 261/13 261/17
**how old [1]** 20/15
**How's [1]** 4/11
**huge [2]** 41/13
193/18
**humiliation [2]** 9/5
17/1
**hundred [3]** 87/22
138/14 176/11
**hunt [1]** 24/16
**hurricane [1]** 194/20
**husband [2]** 32/25
179/13
**HUSS [1]** 1/15

**I**

**I get [1]** 17/12
**I got [2]** 29/24 186/9
**I'd [20]** 35/6 51/2
71/10 213/7 218/3
218/5 218/16 223/10
232/7 242/5 245/2
245/20 249/1 249/2
252/3 257/2 257/4
276/20 277/24 280/3

**I'll [7]** 14/22 18/20
19/13 216/13 243/21
261/22 262/11
**I'm [116]** 7/20 10/25
14/20 14/21 17/5
18/13 21/19 22/19
22/23 23/11 25/16
28/8 30/24 32/8 33/25
49/14 56/15 60/23
64/15 64/20 66/10
71/25 72/11 77/14
80/13 84/3 84/6 91/1
91/5 91/21 93/20
103/18 104/12 104/13
111/18 114/23 118/25
119/3 121/12 129/12
129/16 130/13 134/6
136/6 137/18 143/9
144/14 157/11 158/24
167/3 167/3 167/5
167/7 167/7 167/7
167/10 167/11 167/13
167/14 167/20 167/20
168/3 170/18 175/11
189/7 192/2 192/20
199/1 199/21 204/23
204/25 207/5 207/18
208/13 209/4 209/12
213/13 214/3 214/16
216/4 217/22 219/7
219/8 219/12 222/6
224/13 228/3 228/10
229/23 232/17 233/13
234/15 239/20 240/14
241/25 242/6 245/18
246/14 247/16 248/24
253/9 263/18 264/5
264/10 265/11 265/17
266/3 267/12 267/20
272/13 278/5 278/6
278/22 278/24 281/1
281/16
**I've [22]** 22/22 23/11
24/18 24/18 27/14
93/3 110/7 152/24
157/14 159/10 200/3
201/4 201/17 201/17
201/20 202/4 202/18
203/6 231/25 234/4
250/7 250/11
**I-95 [2]** 29/18 29/18
**I-Build [6]** 72/13
84/15 86/12 132/1
250/18 250/24
**Ice [4]** 33/15 37/7
38/19 77/24
**idea [5]** 28/2 32/14
177/1 235/2 241/3
**identified [2]** 85/19
140/25
**identify [2]** 32/15
41/6

**if [240]** 5/7 6/16
8/25 9/2 11/23 12/12
12/23 14/12 15/25
16/16 16/18 18/19
19/17 26/8 28/9 29/4
30/23 31/9 35/2 35/10
36/2 36/25 37/23 38/3
38/14 38/17 38/23
38/25 39/5 39/11 41/7
42/20 43/8 43/24
48/15 49/24 50/2 50/7
50/12 51/20 52/8 52/9
52/22 53/14 54/6
54/24 55/15 56/25
57/19 57/24 57/24
58/7 58/8 61/17 61/21
65/17 65/24 65/24
66/4 70/20 71/5 71/6
71/12 71/19 71/23
72/17 74/9 75/11 76/1
76/21 77/12 77/25
78/2 78/5 78/16 82/24
84/12 85/23 87/5
88/12 89/19 90/18
92/20 93/4 94/6 94/10
94/16 96/11 98/7
98/21 99/21 100/10
102/9 102/10 102/16
103/17 103/18 103/22
104/11 105/17 106/5
107/10 116/3 116/3
121/19 121/23 122/10
123/1 123/14 123/16
123/20 124/13 124/15
125/8 125/21 128/3
128/5 128/18 130/23
131/13 131/21 132/16
134/2 137/22 139/24
140/15 141/4 143/25
144/3 145/15 147/19
147/22 152/17 155/15
158/3 158/5 160/24
161/13 164/2 165/13
168/10 169/14 170/7
171/11 171/12 173/18
174/17 174/20 176/13
181/4 184/23 185/4
186/19 187/23 190/23
191/4 193/4 194/10
194/14 198/18 198/18
199/18 199/25 200/23
203/15 203/18 204/23
206/17 207/11 210/21
210/22 212/6 213/13
215/13 217/17 217/19
218/4 218/6 218/17
218/17 219/18 222/15
222/16 224/3 225/1
227/24 228/10 228/22
229/6 229/11 229/22
229/25 232/16 232/18
233/22 234/15 234/24

**I**

**if... [43]** 235/18
236/11 237/18 238/17
238/21 239/1 240/7
240/22 241/8 241/24
242/11 242/15 242/23
245/18 246/3 247/16
250/20 251/8 252/17
252/22 252/22 253/1
253/11 253/17 254/2
254/4 256/2 260/15
261/3 263/23 264/20
265/18 267/12 267/15
269/10 269/20 270/17
272/20 274/10 275/8
280/2 281/17 281/22
**if you can [18]**
18/19 38/17 39/5 50/2
52/22 57/24 66/4
100/10 123/20 125/8
160/24 174/17 174/20
194/14 199/18 210/22
246/3 269/20
**II [4]** 1/4 73/3 73/11
76/9
**illegal [1]** 46/20
**image [4]** 39/13 51/8
239/13 240/10
**images [1]** 238/22
**imagine [3]** 188/1
261/18 268/8
**immediately [2]**
13/16 169/20
**immersive [2]**
120/18 120/21
**impacted [1]** 114/16
**impasse [1]** 152/16
**impeachment [1]**
215/4
**imperative [1]** 46/22
**implement [1]** 31/6
**important [4]** 40/19
65/1 176/22 205/13
**importantly [3]** 6/2
6/11 169/4
**imposed [1]** 150/7
**impossible [3]** 8/21
119/11 158/4
**impromptu [1]**
58/25
**improper [28]** 8/2
30/9 32/2 33/2 35/19
41/17 63/12 63/22
64/12 64/13 83/24
113/2 148/1 149/23
154/19 159/17 162/10
163/4 165/10 166/12
167/15 183/4 191/25
196/14 211/25 215/4
218/8 218/9
**improperly [1]**

228/16
**improve [3]** 23/3
23/8 23/8
**improvement [1]**
41/23
**in [554]**
**inability [1]** 172/10
**inappropriate [5]**
6/25 7/5 169/9 189/14
190/16
**Inc [1]** 273/1
**incidental [4]** 244/1
245/1 249/14 249/16
**incidents [1]** 169/17
**include [6]** 29/14
86/23 87/3 97/24
97/25 253/10
**included [7]** 48/2
105/20 106/18 117/2
135/21 173/23 253/9
**includes [8]** 23/13
29/6 29/7 29/8 29/8
65/4 98/19 127/11
**including [9]** 14/4
27/11 44/9 114/17
132/18 193/17 201/2
240/24 272/10
**incorporate [2]**
146/4 147/14
**incurred [1]** 118/16
**indemnify [1]**
148/21
**independent [2]**
172/1 223/12
**index [2]** 2/10 217/6
**indicate [1]** 252/23
**indicated [7]** 221/11
255/12 262/7 275/5
276/23 277/5 279/22
**indicating [3]**
241/14 274/21 280/18
**indication [1]**
129/24
**individual [11]**
114/19 153/8 208/17
208/22 208/24 208/25
209/5 218/1 218/10
220/14 243/16
**individually [21]**
6/21 6/23 7/1 45/21
45/24 209/7 214/19
215/7 216/1 216/5
216/15 218/6 218/17
219/4 220/3 220/20
221/15 225/5 225/18
226/3 226/18
**individuals [1]** 220/9
**industry [2]** 22/3
22/3
**informally [1]** 14/9
**information [23]** 6/9
7/6 7/8 9/24 9/25

10/12 10/17 10/22
11/18 12/12 13/2
13/22 17/17 75/23
85/11 85/14 211/16
243/6 243/13 243/14
252/17 253/1 253/17
**initial [3]** 8/20 152/6
193/6
**initially [1]** 39/19
**initiative [1]** 23/1
**inner [2]** 30/4 79/13
**inquiry [1]** 72/9
**inside [9]** 49/11
49/13 101/2 101/15
226/14 265/23 266/5
268/3 268/25
**insinuating [2]**
113/13 117/9
**inspect [1]** 124/5
**inspected [3]** 75/7
124/11 125/22
**inspection [5]** 71/6
71/6 124/8 125/17
126/1
**inspections [8]** 71/3
74/25 75/2 88/2
109/15 109/16 138/9
231/4
**inspector [1]** 58/5
**inspectors [4]** 71/4
125/12 138/9 194/24
**inspiration [1]** 40/7
**inspired [1]** 25/9
**inspires [1]** 40/7
**install [3]** 134/15
134/17 268/8
**installation [3]**
176/20 268/15 269/21
**installed [1]** 101/21
**installing [1]** 268/4
**instances [2]** 111/15
156/2
**instead [5]** 9/14
109/13 136/8 164/1
183/13
**institution [2]** 43/9
181/6
**instruct [1]** 168/3
**instructed [1]** 171/9
**instruction [3]** 90/2
115/23 169/3
**instructions [2]** 90/3
90/5
**insufficient [1]** 6/2
**insurance [3]** 73/4
76/14 122/17
**intact [1]** 99/13
**intend [3]** 6/3 91/10
93/6
**intended [1]** 92/6
**intends [1]** 232/22
**intense [1]** 155/24

**intent [1]** 177/24
**intentions [1]**
159/12
**interacting [1]**
120/19
**interaction [1]** 70/1
**interested [3]** 27/7
272/10 272/25
**interfered [1]**
228/18
**interior [1]** 237/6
**internally [1]** 193/12
**international [2]**
22/7 22/15
**interrupted [1]**
274/20
**intersection [2]** 37/9
78/23
**Intimately [1]** 145/7
**intimidated [3]**
128/8 128/10 128/14
**intimidating [2]**
128/3 128/7
**into [102]** 17/23
22/3 22/5 23/16 27/9
28/18 29/1 30/6 31/22
34/9 35/16 36/17
39/16 40/11 41/13
41/15 44/20 51/17
52/9 54/2 55/17 57/13
59/12 61/11 66/18
69/6 69/14 69/18
70/18 74/2 78/22
79/17 83/7 84/21
84/24 85/16 91/6
92/20 92/21 98/3
99/15 102/11 103/19
107/11 118/24 119/6
120/23 122/20 123/14
126/24 127/2 128/6
128/23 131/22 135/4
136/11 137/19 140/5
140/8 140/10 140/12
140/22 142/7 143/18
144/17 147/14 150/11
151/6 152/8 152/12
160/21 161/1 161/20
166/9 170/9 171/13
172/14 173/21 174/11
179/21 181/7 184/16
191/3 194/6 196/5
198/13 198/23 203/18
236/15 242/3 246/18
248/21 252/17 259/13
259/18 263/21 276/21
277/12 277/17 279/16
280/22 280/25
**introduce [9]** 5/13
6/11 6/21 6/22 91/11
119/5 172/13 249/7
264/12
**introduced [5]** 31/21

92/20 92/21 264/8
264/11
**introduces [1]**
145/23
**introducing [2]**
15/13 17/21
**introduction [1]**
212/5
**intrusion [1]** 194/22
**Invader [3]** 40/2
40/13 40/14
**invest [1]** 23/13
**investigation [3]**
197/7 198/8 198/10
**investing [5]** 22/12
23/12 25/2 26/18
31/23
**investment [2]**
23/16
**investor [1]** 80/23
**investor/developer**
**[1]** 80/23
**investors [3]** 160/7
160/12 188/17
**invitation [1]** 50/14
223/8
**invite [1]** 46/22
**invited [1]** 41/9
**invoice [1]** 280/8
**involve [1]** 196/25
**involved [5]** 48/12
64/22 113/13 145/5
224/9
**involvement [1]**
49/2
**involves [2]** 23/12
212/24
**irreparable [2]**
116/19 116/21
**is [657]**
**isn't [11]** 229/17
232/16 232/22 247/22
249/14 253/4 254/24
255/11 280/21 280/25
281/6
**issue [20]** 6/21 9/1
12/25 14/21 16/15
19/3 19/7 99/19 124/5
128/3 132/5 133/25
134/4 153/15 194/25
202/18 203/2 245/3
245/4 276/3
**issued [24]** 70/23
74/22 91/24 92/2
96/20 98/14 98/15
103/15 104/5 104/16
109/16 122/5 122/7
122/8 123/13 125/25
172/21 172/21 176/18
187/22 230/25 236/8
242/25 254/1
**issues [27]** 5/1 5/7

**I**

**issues... [25]** 5/11
7/25 15/12 19/10
46/19 82/10 82/12
90/22 92/8 135/4
135/7 135/9 140/11
153/4 187/2 194/22
195/22 195/23 196/8
196/22 196/24 202/11
203/7 203/16 204/15
**issuing [2]** 138/10
142/22
**it [624]**
**it's [213]** 5/8 6/6
9/17 10/13 10/14 11/7
14/2 16/18 17/3 18/8
18/8 18/16 18/22 19/1
20/9 22/23 25/4 26/4
26/11 27/20 27/21
27/21 28/6 31/15
31/15 31/16 32/13
32/22 32/25 34/20
34/21 34/21 35/25
36/20 37/10 38/12
40/19 41/25 42/16
42/16 42/17 42/18
43/3 43/9 43/15 43/18
44/1 44/5 44/23 45/5
45/5 45/5 45/9 46/22
52/9 53/22 58/8 61/3
61/3 65/1 69/22 71/14
72/13 72/14 74/7
76/10 76/10 76/23
76/25 77/17 77/25
79/4 79/4 79/12 79/13
79/14 79/20 80/22
83/1 83/1 83/21 85/13
85/21 85/21 87/23
88/6 92/1 92/14 92/21
94/20 94/20 94/21
95/23 96/7 99/20
106/20 106/23 106/24
110/18 114/21 115/13
115/18 115/24 118/20
118/22 120/18 129/1
129/3 133/18 133/18
134/10 134/11 136/22
139/8 141/3 142/3
143/19 143/20 143/20
144/6 146/14 146/19
147/18 148/15 149/1
152/9 156/21 158/4
159/6 162/5 162/24
162/24 165/24 166/4
166/7 166/7 167/20
167/21 169/8 170/3
170/5 171/13 171/20
173/2 179/21 181/17
181/18 181/19 182/18
182/23 183/17 184/18
189/2 189/8 189/18

189/18 189/19 189/20
189/25 190/16 190/20
191/17 191/19 192/5
195/10 196/4 202/4
203/11 203/22 205/22
209/21 209/25 210/1
211/4 215/19 217/2
217/7 217/9 218/8
218/9 218/17 219/18
221/22 222/14 223/1
223/21 225/1 225/10
226/11 228/16 228/21
238/20 241/4 241/4
242/2 242/2 245/5
249/22 249/24 251/11
257/21 257/23 258/8
259/21 263/6 265/14
266/7 266/12 268/8
274/7 278/14 278/16
281/14
**itchiness [1]** 203/17
**item [2]** 195/21
217/19
**itemizes [1]** 217/15
**items [2]** 87/1
132/22
**its [11]** 27/9 31/9
45/4 45/9 45/10
101/20 139/10 211/11
256/5 257/18 280/23
**itself [2]** 95/9 227/9

**J**

**J.I [1]** 17/3
**jacket [1]** 185/3
**jail [1]** 82/16
**James [2]** 184/9
185/10
**January [25]** 10/14
13/16 69/5 96/1
122/18 131/6 131/14
132/3 132/11 132/15
132/15 133/2 133/14
133/21 142/24 142/25
262/25 263/13 263/17
264/2 264/18 265/17
272/4 272/5 273/25
**January 19 [1]**
132/15
**January 20th [1]**
69/5
**January 22 [2]**
272/5 273/25
**January 8 [2]** 96/1
131/6
**January 8th [1]**
133/2
**January 9th [1]**
133/21
**Jeff [1]** 4/17
**Jeffrey [1]** 1/11
**Jenny [10]** 49/3

49/13 49/18 51/15
222/5 222/19 223/12
223/15 223/16 224/24
**jingle [2]** 60/24
60/24
**JLPR [1]** 49/21
**Joanna [1]** 1/12
**job [10]** 21/10 21/11
80/22 81/1 86/13 99/4
243/21 244/17 248/21
253/18
**jobs [1]** 42/16
**JOE [39]** 1/6 4/22
29/6 46/11 46/18
47/13 61/24 62/4 63/2
68/24 69/7 69/11
112/10 115/12 116/17
160/5 160/10 164/1
165/3 165/8 165/21
166/24 173/19 173/21
174/13 178/20 182/9
184/13 184/25 185/9
186/20 186/25 196/6
196/6 199/1 208/24
210/20 214/6 263/3
**Jorge [1]** 180/6
**judge [4]** 1/9 8/7
14/11 19/5
**July [11]** 140/17
142/3 251/20 252/1
252/1 252/2 276/18
277/6 277/11 277/11
282/15
**July 11 [1]** 251/20
**July 23rd [1]** 277/11
**July 27 [2]** 276/18
277/6
**July 27th [1]** 277/11
**June [40]** 78/8 87/25
88/1 100/12 100/17
100/19 100/20 103/11
104/3 104/4 235/13
241/13 241/16 241/20
241/22 241/23 242/16
242/16 242/20 243/1
243/1 244/24 245/13
246/1 246/9 246/10
247/11 247/12 247/23
248/3 248/19 251/14
251/15 251/15 251/15
253/3 253/12 253/13
253/15 253/23
**June 10 [2]** 253/12
253/15
**June 12 [2]** 242/16
244/24
**June 12th [1]** 248/3
**June 25 [5]** 246/9
247/11 247/12 247/23
253/23
**June 5 [3]** 103/11
235/13 243/1

June 5th [3] 241/13
241/16 241/22
**June 8 [1]** 251/14
**June 8th [1]** 242/16
**jurors [10]** 89/25
90/17 92/17 120/5
168/3 169/19 170/22
207/23 207/24 262/17
**jury [79]** 4/9 4/11
5/8 7/17 9/6 11/14
12/1 16/10 17/12 19/6
28/18 28/24 34/18
36/22 44/21 48/17
49/23 50/2 51/20 52/9
54/6 57/20 58/7 67/5
70/15 71/11 74/9
76/19 80/7 84/13 87/7
90/8 90/19 90/22
95/15 95/17 95/18
98/7 99/21 110/15
115/25 117/24 120/7
120/8 120/17 123/1
123/20 127/5 129/3
131/25 137/22 141/4
143/25 150/16 160/24
168/16 168/21 169/12
171/1 171/3 193/4
194/14 198/20 203/12
207/17 208/3 208/4
209/18 210/1 213/9
217/11 242/8 245/4
258/20 261/10 262/19
262/20 264/13 282/5
**just [95]** 7/14 11/7
11/9 14/11 15/12
17/14 18/23 19/8
25/18 28/9 32/6 32/8
34/1 35/7 39/2 41/10
47/3 48/16 51/3 53/14
53/20 56/15 60/13
63/19 64/16 67/7 72/2
76/1 79/23 81/7 83/6
84/7 88/15 89/21
91/23 92/1 93/22
94/21 95/1 96/12
102/3 107/2 118/12
118/17 123/14 123/16
126/20 130/10 134/13
134/22 135/23 139/25
143/10 147/20 163/24
174/17 175/11 175/11
176/22 177/3 179/2
179/13 183/24 187/3
191/17 192/19 192/22
198/18 209/14 215/18
219/13 223/18 226/10
226/24 227/20 228/1
229/7 233/16 245/25
247/2 248/7 248/18
249/21 254/6 257/9
257/10 261/11 261/15
262/5 264/5 266/1

267/24 274/17 275/2
276/16

**K**

**K-C-U-L [1]** 38/22
**Kcul [1]** 38/21
**keep [10]** 60/12 90/3
90/21 99/12 130/23
199/19 199/25 223/21
224/1 243/5
**kept [3]** 8/1 118/8
128/16
**keys [7]** 265/3
265/19 265/21 265/22
266/1 266/4 266/22
**kids [4]** 21/12
128/15 157/12 167/7
**Kim [1]** 16/10
**kind [35]** 21/2 21/7
23/7 23/20 23/20 27/8
27/15 29/6 30/4 32/14
36/14 38/11 40/11
40/14 41/5 47/24
55/25 58/25 59/19
60/23 71/8 74/16 78/9
80/2 81/23 82/10
82/11 82/11 82/20
82/11 82/20 113/14
124/8 202/9 208/16
219/10 219/12 241/3
**kinds [1]** 200/1
**kiosk [1]** 172/2
**kiosks [1]** 171/23
**KISSANE [1]** 2/2
**knee [1]** 81/8
**knees [1]** 203/20
**knew [3]** 12/23
67/21 224/9
**knocked [1]** 126/24
**knocking [2]** 193/17
260/18
**know [115]** 5/6 9/25
11/18 19/4 19/4 19/6
20/8 23/12 23/13
23/22 25/20 26/10
27/8 27/9 29/21 31/25
32/14 32/17 32/23
33/14 34/18 35/19
36/15 38/21 40/9
41/14 41/24 42/17
43/14 44/8 45/9 45/10
46/9 46/15 49/24 53/5
58/16 58/18 58/18
58/19 59/14 60/23
61/12 65/17 65/24
66/14 67/21 68/16
68/20 68/24 69/13
70/1 75/21 80/22
82/15 82/17 82/20
82/22 90/20 90/23
92/1 92/2 94/11 94/11
99/12 102/1 104/16
105/15 105/19 106/16

**K**

**know... [45]** 107/2
108/13 108/22 112/23
113/16 113/17 114/17
117/11 127/2 130/18
135/17 151/11 156/20
158/14 159/6 166/6
167/14 170/11 173/9
176/22 177/22 180/3
181/10 182/11 185/2
185/5 189/9 193/7
196/7 199/10 205/19
205/22 209/8 220/13
224/4 225/1 230/8
233/16 249/18 254/24
257/20 259/9 274/10
280/2 281/17
**knowing [3]** 61/5
91/2 93/5
**knowledge [24]**
91/2 116/15 122/14
125/14 125/20 128/10
129/11 146/22 146/22
146/23 146/25 147/3
173/6 199/7 200/22
211/12 211/14 232/11
233/2 238/25 240/19
241/7 250/8 279/19
**known [3]** 83/18
112/5 112/7
**knows [21]** 29/4
30/23 37/23 54/24
104/11 105/17 121/19
123/11 125/21 147/19
161/13 181/4 186/19
191/21 200/23 227/24
229/22 239/1 240/7
241/8 256/2
**KRINZMAN [1]** 1/15
**KUEHNE [3]** 1/18
1/18 4/22

**L**

**L-shaped [1]** 81/21
**la [9]** 50/5 69/23
73/5 73/6 77/12 77/14
77/14 77/18 77/19
**lack [45]** 27/1 29/3
30/14 30/22 37/14
52/3 54/17 54/23
55/11 65/7 87/9 89/24
97/1 97/19 100/4
104/9 108/18 109/22
110/4 112/2 113/3
116/15 121/18 122/13
122/13 124/9 125/14
125/19 125/19 127/7
128/10 129/11 131/18
153/23 173/6 199/7
200/22 238/24 238/25
240/18 241/6 267/7
268/20 279/18 279/18

**ladders [1]** 271/15
**ladies [5]** 4/10
117/19 168/14 171/4
281/23
**lady [2]** 128/6
184/11
**laid [1]** 258/23
**land [1]** 31/8
**landlord [3]** 145/3
145/24 276/2
**landlords [2]** 142/15
161/14
**Lane [1]** 194/17
**lanes [1]** 79/11
**language [1]** 191/3
**lapses [2]** 88/9
88/11
**large [2]** 198/21
199/3
**larger [3]** 136/5
235/16 242/7
**last [22]** 13/11 23/11
31/20 42/25 44/4 48/5
50/7 58/8 74/24 78/5
83/18 116/6 136/24
167/6 168/4 176/14
183/16 201/1 205/14
207/1 210/22 240/22
**lasted [1]** 121/7
**late [1]** 178/14
**later [14]** 22/5 24/10
88/3 88/5 95/14 124/1
134/3 152/9 172/22
176/17 195/9 246/10
260/23 280/9
**Latinize [2]** 159/14
199/20
**latter [1]** 274/10
**LAUDERDALE [4]**
1/2 1/5 20/9 282/17
**launderers [4]**
112/18 112/21 117/8
191/18
**laundering [2]** 159/1
159/14
**law [24]** 1/10 1/18
7/16 7/18 8/23 9/18
11/20 12/10 14/3
14/21 15/5 17/6 18/17
19/12 152/24 213/3
216/10 216/20 219/6
219/7 225/7 225/21
226/22 227/12
**lawful [2]** 236/4
250/9
**lawfully [1]** 124/21
**laws [1]** 232/3
**lawsuit [7]** 182/20
183/13 195/9 196/5
196/18 210/20 281/10
**lawsuits [1]** 166/11
**layers [1]** 134/12

**laying [1]** 196/22
**le [1]** 40/17
**leadership [3]** 46/17
65/2 65/4
**leading [13]** 88/18
88/23 97/13 104/24
106/11 109/22 111/5
114/11 126/12 148/7
165/10 188/13 191/15
**Leah [1]** 4/21
**learn [3]** 70/5 70/6
152/24
**learned [3]** 23/22
24/1 24/3
**lease [45]** 40/18
95/3 95/4 135/20
135/25 142/7 142/14
142/15 142/24 143/3
143/4 143/15 143/20
143/20 144/5 144/6
144/9 144/9 144/17
144/22 144/25 145/1
145/6 145/12 145/23
146/8 147/9 147/20
151/16 152/5 152/7
152/7 152/9 152/13
152/15 152/18 152/22
162/3 162/16 163/17
191/3 281/3 281/6
281/7 281/8
**leases [9]** 23/14 24/1
146/4 146/11 147/15
147/18 149/9 160/14
169/2
**least [3]** 137/20
207/14 261/13
**leave [3]** 12/14
14/12 53/6
**led [2]** 42/12 275/6
**Lee [7]** 51/15 222/5
222/19 223/12 223/15
223/16 224/24
**left [19]** 52/23 82/16
95/11 100/13 127/3
128/2 129/17 150/16
186/7 187/17 187/18
194/19 238/7 246/16
259/10 261/14 261/17
265/3 281/18
**legal [9]** 124/22
127/8 216/22 218/9
219/25 220/5 225/11
276/7 277/19
**lender [3]** 151/22
151/25 154/7
**lenders [14]** 153/4
153/20 154/11 154/12
154/17 154/23 154/23
155/4 155/14 156/3
156/5 156/8 156/17
279/24
**lending [1]** 154/4

**length [1]** 187/7
**Leon [37]** 47/13
47/15 48/13 50/6
50/10 51/9 51/10
51/12 51/24 53/2
56/20 60/25 61/18
67/22 67/22 68/17
111/1 111/3 111/25
160/4 206/14 214/9
215/19 215/25 216/2
216/14 216/20 217/16
219/3 219/14 220/4
223/6 224/2 227/3
227/18 229/5 229/10
**Leon's [5]** 48/5
49/16 49/17 67/12
230/1
**less [5]** 50/20 124/2
201/18 246/10 248/23
**let [28]** 5/6 11/21
18/20 19/11 19/13
25/20 29/12 34/18
39/1 49/24 54/11 80/9
90/20 90/22 94/11
101/5 113/24 135/9
140/2 174/10 176/9
177/22 187/11 189/21
198/13 198/25 219/21
226/10
**let's [39]** 24/19
31/20 31/23 45/13
50/22 68/25 80/9
91/17 143/3 160/18
168/7 174/6 178/3
179/20 179/20 194/2
195/15 201/9 215/16
215/24 216/6 216/24
221/11 234/12 237/6
238/8 243/5 245/25
246/9 248/6 250/13
251/6 251/11 251/19
252/4 259/2 260/1
273/13 276/13
**letter [7]** 102/21
102/23 200/24 241/16
241/18 250/12 280/3
**letter's [1]** 250/11
**letting [4]** 67/21
117/11 182/10 193/7
**level [6]** 23/21 70/12
80/20 80/22 166/7
202/3
**levels [1]** 189/20
**liability [7]** 216/8
216/15 220/10 220/19
220/22 221/6 221/22
**library [2]** 53/22
229/19
**license [5]** 22/2
23/17 71/1 96/7 99/13
**licenses [2]** 59/20
59/22

**licensing [1]** 126/25
**lien [1]** 141/22
**liens [1]** 280/23
**life [8]** 20/17 20/19
21/13 115/10 158/15
158/20 204/22 231/25
**Lifetime [1]** 34/24
**lift [1]** 21/11
**lights [3]** 52/17
127/18 128/5
**like [117]** 8/8 19/18
20/9 23/5 23/20 26/21
27/15 29/17 30/4
31/10 31/12 31/14
31/24 32/24 35/6
38/12 40/3 40/12
40/19 41/21 42/7
43/13 45/4 51/2 53/6
53/6 55/24 55/25
59/13 59/21 60/5
60/19 60/24 60/24
61/17 69/10 70/24
71/10 71/12 72/19
75/17 75/19 78/23
79/9 79/12 80/2 81/21
82/11 82/14 92/24
100/20 101/18 102/21
104/3 113/17 118/11
134/11 146/4 147/20
147/24 159/19 161/10
163/1 164/2 165/13
166/8 167/8 167/10
167/13 167/14 169/6
179/13 181/7 181/18
181/18 185/2 194/15
203/20 205/6 205/11
206/20 207/12 213/7
218/3 218/14 218/16
223/10 232/7 236/22
237/21 238/13 238/16
239/2 239/14 239/19
239/20 240/4 240/12
240/17 240/24 242/5
245/2 245/20 249/1
249/2 252/3 253/19
257/2 257/5 263/13
266/7 271/6 271/20
276/20 277/14 277/24
280/3
**likes [1]** 243/7
**limit [1]** 8/9
**limited [9]** 5/16
216/8 216/14 220/10
220/19 220/22 221/6
221/22 249/7
**Lina [2]** 36/25 39/5
**line [15]** 42/2 42/2
42/8 42/13 46/17
46/23 68/22 91/6
106/20 136/24 144/12
173/24 176/6 195/21
196/12

**L**

**lined [2]** 56/16 143/20
**lines [7]** 65/2 106/20 145/8 145/10 178/25 198/19 204/24
**lining [1]** 167/4 167/5
**link [1]** 18/9
**lion [3]** 48/5 50/3 216/17
**lions [1]** 48/4
**list [23]** 8/23 36/2 39/19 57/16 66/21 85/3 85/20 92/4 92/5 122/24 140/25 197/7 197/8 197/15 197/18 197/21 197/23 198/3 198/9 198/10 217/5 219/4 251/14
**listed [3]** 66/21 217/4 222/21
**listen [5]** 14/20 115/13 224/14 273/10 281/25
**listened [1]** 47/8
**lists [2]** 36/4 272/10
**literally [1]** 182/13
**litigate [1]** 14/8
**litigation [3]** 6/16 15/7 74/6
**little [100]** 21/25 22/24 22/25 23/3 23/20 23/24 24/3 25/3 26/17 26/18 27/6 27/9 27/13 27/20 28/5 28/6 28/25 29/7 29/13 29/20 30/1 30/12 30/21 31/6 31/8 31/11 31/24 32/10 32/18 33/15 33/20 36/13 37/6 37/7 37/19 38/1 38/10 38/18 38/19 41/2 41/15 41/16 44/6 45/7 49/11 53/9 70/9 71/10 71/21 73/7 73/7 73/14 77/16 77/21 77/22 77/23 81/17 82/2 84/5 84/22 87/6 88/10 100/8 106/25 108/13 109/16 113/24 115/12 120/22 127/22 130/2 130/3 135/10 136/7 137/3 143/16 159/15 164/6 168/8 177/11 180/1 180/9 181/15 187/25 188/11 188/12 188/16 188/22 189/3 196/10 198/22 199/4 208/14 218/5 231/21 235/16 242/7

246/10 260/23 264/21
**live [2]** 20/19 204/22
**lived [3]** 47/17 83/16 189/8
**living [2]** 21/23 23/10
**LLC [8]** 143/16 145/4 221/19 222/3 226/20 226/25 279/8 279/15
**LLC's [1]** 224/23
**LLCs [4]** 220/10 221/12 226/3 227/4
**loan [6]** 151/19 152/3 152/23 152/25 153/1 280/1
**lobby [9]** 97/9 101/18 128/4 258/11 258/21 259/6 270/6 271/16 271/18
**local [14]** 33/9 36/6 36/9 36/13 36/14 38/14 38/15 38/20 40/6 40/11 43/5 44/7 152/3 278/3
**located [11]** 38/5 43/3 44/2 44/21 54/20 54/22 55/9 74/14 76/23 81/18 176/12
**location [3]** 58/4 123/17 161/6
**locations [3]** 33/18 36/11 38/6
**lodging [5]** 96/10 96/18 97/3 98/17 127/11
**long [25]** 20/9 27/8 27/8 42/8 47/17 64/25 71/20 83/21 86/3 86/6 87/17 89/9 108/3 110/3 112/1 136/19 136/23 142/14 144/21 149/20 153/14 182/3 202/5 207/18 242/6
**longer [10]** 87/19 89/7 106/25 109/10 109/11 111/12 142/17 142/19 142/20 142/21
**longwinded [1]** 135/9
**look [22]** 17/10 19/11 42/10 82/24 92/15 92/15 94/10 122/10 123/16 140/15 217/19 218/16 222/16 232/18 241/25 242/11 243/5 265/18 267/15 270/17 274/16 280/3
**looked [8]** 84/17 177/4 177/10 192/19 193/13 236/22 242/23 263/12
**looking [16]** 23/18

39/8 84/13 86/8 87/1 93/15 95/23 126/15 128/6 129/16 131/25 146/8 167/4 167/5 191/1 278/24
**looks [24]** 100/20 104/3 129/18 130/2 185/2 203/24 237/4 237/13 237/21 238/13 238/16 238/17 239/2 239/14 239/19 239/20 240/11 240/17 240/24 243/7 253/19 266/7 271/20 277/14
**Los [2]** 43/12 50/5
**lose [4]** 68/22 150/24 151/5 161/19
**loses [1]** 150/24
**loss [1]** 16/11
**losses [2]** 6/17 169/1
**lost [16]** 8/18 9/9 9/16 9/19 9/20 9/22 12/1 14/18 14/18 16/18 68/16 145/25 148/23 150/13 150/19 150/21
**lot [40]** 8/5 23/23 27/16 40/1 42/2 42/2 44/17 44/18 46/16 50/16 53/20 54/10 54/12 54/13 54/20 55/18 59/12 59/12 60/9 61/11 61/13 64/24 68/19 69/9 69/17 70/9 71/17 71/18 77/9 78/21 81/23 82/11 112/17 114/16 135/8 162/24 173/5 218/22 221/18 228/2
**lots [1]** 69/16
**Louis [3]** 5/22 8/7 14/11
**Loujen [2]** 102/24 103/2
**lounge [1]** 43/11
**love [1]** 167/14
**low [1]** 202/3
**lower [1]** 248/10
**lowering [2]** 201/17 202/8
**lowers [1]** 202/2
**LUBETSKY [1]** 1/15
**Luciana [1]** 21/22
**Lugo [4]** 92/13 184/12 185/13 186/3
**lunch [6]** 93/20 116/7 117/17 117/18 150/18 153/10
**Luncheon [1]** 119/22

**M**

**M-A-R-T-I-N [1]** 20/6
**Mad [1]** 6/15
**made [19]** 5/21 11/3 47/8 49/5 50/14 60/24 110/2 145/8 168/4 169/10 173/5 191/11 191/13 216/14 216/14 216/16 219/10 219/12 228/20
**Maduro [1]** 114/6
**magically [1]** 7/22
**Magistrate [1]** 5/22
**main [4]** 50/15 78/23 79/18 135/12
**maintained [1]** 99/11
**maintenance [1]** 82/23
**major [6]** 22/15 30/25 44/14 89/9 193/18 193/18
**majored [1]** 21/9
**majority [3]** 37/12 197/1 197/21
**make [29]** 11/7 11/10 12/13 14/22 15/6 15/7 19/12 50/23 61/5 100/8 101/22 107/9 116/2 135/10 166/9 170/2 170/6 171/10 177/19 179/7 195/8 201/9 201/19 202/2 209/1 220/25 235/16 242/7 277/25
**makes [3]** 119/11 181/6 190/24
**making [4]** 9/14 52/18 67/24 118/8
**Malone [1]** 177/2
**man [6]** 40/3 73/4 76/14 142/14 167/21 183/15
**managed [2]** 99/10 234/23
**management [2]** 22/15 23/14
**managing [1]** 255/5
**many [19]** 8/7 30/1 32/13 51/24 53/4 60/4 75/14 78/11 91/20 94/2 121/9 131/7 156/19 156/19 156/19 197/4 216/16 251/5 260/3
**map [1]** 28/13
**Marc [1]** 1/21 4/21
**March [3]** 36/1 72/8 89/20
**March 28 [2]** 36/1

72/8
**Maria [2]** 181/10 200/8
**Marie [1]** 186/3
**mark [1]** 54/11
**marked [1]** 192/20
**marker [1]** 58/3
**market [10]** 72/22 72/23 73/2 73/3 76/5 76/7 76/9 171/22 172/2 172/12
**marketplace [14]** 72/22 75/12 75/15 81/21 94/20 94/22 160/19 160/22 168/8 171/19 172/4 172/10 172/17 176/12
**markets [1]** 172/13
**Marlins [2]** 25/5 25/7
**married [3]** 21/18 21/19 22/6
**marshal [2]** 124/11 125/23
**MARTIN [16]** 1/4 15/1 19/23 20/3 20/6 21/21 175/17 181/5 190/23 208/10 211/9 214/19 223/22 224/7 224/20 227/11
**Martinez [1]** 199/2
**Mary [3]** 92/13 184/12 185/13
**Mason [3]** 1/16 4/20 64/9
**mass [1]** 31/9
**master [2]** 72/9 72/10
**masters [1]** 23/21
**material [3]** 240/25 241/1 241/3
**materials [7]** 194/19 238/22 239/5 239/10 239/10 244/25 271/15
**Matt [1]** 177/2
**matter [3]** 10/6 282/1 282/13
**Maurice [3]** 34/23 174/19 174/21
**may [55]** 1/5 4/1 4/5 4/6 4/10 24/23 34/15 35/3 83/11 95/19 95/20 96/20 96/21 98/15 100/22 101/25 118/13 120/1 120/9 120/10 120/25 157/18 164/16 168/17 171/2 171/8 174/16 201/10 208/6 217/8 218/4 218/5 218/23 229/5 229/10 234/14 234/15 236/23 237/3 238/13

**M**

**may... [15]** 241/12
242/23 246/6 246/22
246/24 247/6 247/19
259/9 262/21 266/3
273/12 274/24 278/21
280/15 281/1
**May 16 [1]** 35/3
**May 21 [1]** 234/14
**May 30th [1]** 98/15
**May 31st [2]** 241/12
242/23
**may be [6]** 4/5 4/10
118/13 120/9 171/2
281/1
**maybe [13]** 16/1
25/10 26/19 38/12
40/20 41/24 81/10
167/7 170/5 189/12
241/24 242/6 253/6
**mayor [2]** 34/24
79/3
**me [73]** 5/6 11/21
14/12 17/9 18/20
18/25 19/1 19/3 19/11
19/13 19/15 25/20
29/12 39/1 54/11
58/14 62/10 65/11
67/8 72/16 80/9 84/3
87/2 90/20 91/9 95/25
101/5 113/24 116/18
128/16 135/9 140/2
141/24 145/22 156/21
157/14 162/23 166/16
167/9 167/12 174/10
176/9 180/5 187/11
189/18 189/21 198/13
198/25 201/16 204/23
207/12 218/14 225/1
225/23 226/10 228/1
229/6 231/14 233/7
235/19 241/9 241/25
248/4 248/18 250/11
251/1 256/14 263/23
267/11 269/10 271/22
276/12 277/8
**mean [17]** 17/14
49/14 53/5 60/16
71/19 71/22 75/2 75/3
75/5 78/13 87/8
102/19 141/10 144/12
176/21 179/12 268/16
**meaning [1]** 75/6
**means [8]** 48/5
75/18 116/3 116/4
120/9 209/12 221/23
241/23
**meantime [1]** 95/14
**mechanical [1]**
86/19
**media [2]** 48/3 282/1

**medical [17]** 9/3
15/12 15/13 15/25
16/1 16/8 16/12 16/14
16/17 16/17 17/20
17/21 201/23 203/25
204/10 204/12 204/16
**medication [3]**
202/23 202/25 203/6
**meet [5]** 24/8 24/11
69/20 70/4 107/8
**meeting [20]** 69/5
80/2 97/7 97/25
127/11 195/22 195/24
196/6 196/10 196/17
196/19 196/20 196/21
197/3 197/16 197/19
210/5 210/11 210/18
210/19
**meetings [2]** 97/12
98/19
**member [2]** 22/23
185/14
**members [6]** 95/18
120/8 171/3 189/13
208/4 262/20
**Memorial [1]** 31/17
**memory [2]** 19/5
106/3
**mental [2]** 16/10
16/25
**mention [1]** 170/12
**mentioned [9]** 41/5
99/9 111/9 125/22
142/20 197/15 197/19
280/1 281/3
**mentions [1]** 7/4
**mess [1]** 82/11
**message [8]** 66/9
66/10 66/14 67/5 67/7
67/16 70/8 175/14
**messages [1]** 60/18
**messed [1]** 190/24
**met [10]** 24/9 24/12
24/23 46/1 46/1 46/7
46/8 46/14 47/6 186/8
**Metro [1]** 73/16
**Mexican [3]** 43/10
43/15 137/13
**Mexicano [3]** 43/9
73/7 147/25
**Mexicanos [2]** 148/6
217/20
**Mexico [1]** 22/20
**Miami [119]** 1/13
1/17 1/19 1/22 2/4
6/15 20/15 20/16
20/17 20/18 20/19
21/16 21/17 21/24
22/1 24/7 24/13 28/13
28/14 28/14 28/16
31/10 33/10 33/24
35/1 71/17 72/13

72/15 74/15 79/13
79/13 84/14 86/12
96/7 96/15 98/25
102/23 107/16 107/19
107/22 108/23 109/4
109/10 110/9 110/17
113/9 113/15 115/11
120/16 120/17 121/10
121/22 122/5 123/5
123/13 124/2 124/17
124/19 125/9 125/11
125/18 130/10 138/5
140/17 140/19 142/3
146/23 147/4 160/11
162/22 165/3 172/21
172/22 173/23 177/22
177/24 178/3 178/8
178/14 179/24 179/24
180/6 180/23 181/3
181/7 185/3 190/5
192/24 193/19 231/17
231/17 233/16 233/17
234/2 244/9 254/13
254/13 254/16 255/5
255/12 255/22 256/5
256/14 257/4 257/15
257/17 257/24 260/12
263/15 264/22 265/23
270/7 272/6 276/6
277/12 277/16 277/18
279/5 279/15
**Miami's [2]** 27/11
120/22
**Miami-Dade [1]**
231/17
**Michelen [1]** 44/9
**Michelin [1]** 179/2
**Michelle [1]** 254/25
**microfilm [2]** 192/24
193/14
**mid [2]** 23/23 121/8
**middle [6]** 121/4
180/6 205/20 211/23
235/15 235/22
**midnight [2]** 92/5
94/24
**might [5]** 97/22
111/14 265/24 279/17
281/21
**migrated [1]** 27/10
**migration [1]** 180/4
**Mila [1]** 21/22
**miles [3]** 28/7 29/21
29/25
**million [5]** 7/15
152/25 153/1 153/2
155/16
**millions [2]** 151/9
169/1
**mind [4]** 61/13
168/10 175/12 207/11
**minds [1]** 118/17

**mindset [2]** 182/1
182/4
**mine [2]** 52/23
191/20
**minute [7]** 120/24
170/7 170/18 189/11
201/20 206/17 261/6
**minutes [13]** 90/1
91/9 168/13 168/19
207/14 207/20 207/21
217/3 253/3 260/16
280/15 281/18 281/19
**minutiae [1]** 136/11
**Miro [5]** 59/2 59/4
62/5 67/24 186/3
**Mischaracterization
[2]** 254/8 275/23
**Mischaracterizes [5]**
234/20 238/1 244/13
245/22 255/25
**mischaracterizing
[1]** 256/18
**Misread [1]** 243/18
**missing [1]** 259/23
**mission [8]** 27/23
28/4 41/12 46/15
159/15 160/10 162/3
164/18
**Misstated [1]** 213/3
**Misstatement [6]**
216/10 225/7 225/20
226/21 227/12 227/22
**Misstates [5]** 139/21
158/12 214/24 219/5
221/16
**mistake [2]** 136/4
278/23
**mistaken [1]** 213/14
**mistrial [4]** 169/6
169/9 169/10 169/15
**mix [1]** 239/7
**Mobile [1]** 38/17
**mobilize [1]** 64/10
**mold [1]** 194/22
**Molina [8]** 49/4
49/18 222/5 222/19
223/12 223/16 223/17
224/25
**Molina's [1]** 49/13
**mom [1]** 22/20
**moment [15]** 30/2
41/20 60/12 63/19
112/19 113/16 149/16
159/6 164/19 164/20
187/8 212/9 251/16
264/18 281/17
**MONDAY [2]** 3/22
119/24
**monetarily [1]**
176/22
**money [16]** 9/14
61/13 79/3 112/18

112/21 117/8 150/24
150/24 151/5 151/11
159/1 159/14 161/19
162/24 191/18 220/3
**month [8]** 121/7
125/9 125/10 125/10
126/5 126/9 162/23
246/10
**months [12]** 86/5
87/18 88/3 88/4 88/6
88/10 88/21 89/2 89/7
111/14 139/19 195/9
**more [63]** 6/2 6/11
40/8 46/24 47/24 48/7
53/8 59/1 72/16 72/16
76/6 79/25 81/13 83/8
91/8 108/12 108/21
109/11 109/16 110/19
111/13 118/9 135/10
137/9 142/22 143/4
147/21 147/21 148/25
149/1 149/4 149/6
149/11 149/19 150/2
158/20 158/21 169/4
173/25 177/5 187/24
188/6 188/10 188/12
188/15 191/20 193/8
237/23 238/8 238/9
238/18 238/22 239/5
239/9 239/17 239/19
239/20 240/23 240/23
241/4 262/12 262/12
267/16
**Moreover [1]** 153/9
**morning [14]** 4/1
4/5 4/10 4/17 4/19
4/20 4/23 20/6 91/17
91/19 92/5 92/6
205/21 261/23
**Morrero [3]** 93/10
93/12 93/16
**Morris [1]** 194/17
**mortgage [1]** 154/3
**most [6]** 8/6 20/19
41/15 201/15 220/21
226/25
**Motel [23]** 120/16
120/17 123/5 124/2
124/17 124/19 125/9
125/11 130/11 254/13
254/16 255/5 255/12
255/22 256/5 256/14
257/4 257/15 257/17
257/24 264/22 265/23
270/7
**motion [10]** 5/21
10/8 10/10 12/14
12/16 12/24 13/18
17/16 85/16 169/20
**motions [4]** 8/7 8/9
118/9 262/2
**mountain [1]** 21/1

# M

**move [64]** 20/18 22/3 28/18 34/8 35/15 36/16 39/15 40/23 51/16 54/1 57/12 63/17 66/17 74/1 75/11 76/1 76/21 77/12 77/21 84/24 87/5 98/2 99/14 102/10 103/18 115/20 117/4 122/19 128/9 137/19 140/21 143/17 161/15 165/4 167/25 169/6 169/10 173/1 173/24 179/3 184/15 194/5 195/8 195/11 201/10 203/10 224/11 236/16 249/10 251/12 251/19 263/4 263/19 263/21 266/8 266/8 267/22 268/24 270/10 271/1 271/21 273/13 273/19 273/20
**moved [2]** 13/16 128/23
**moving [4]** 18/24 19/3 60/12 169/15
**Moy [2]** 186/4 186/4
**Mr [113]** 5/10 7/3 7/7 14/1 19/9 20/5 20/13 25/12 26/16 33/19 48/12 51/13 51/25 58/9 58/11 62/13 62/15 65/5 65/13 65/17 65/24 66/8 66/11 66/15 66/23 67/15 67/25 68/5 68/18 73/18 73/24 80/8 82/7 90/11 93/12 93/16 93/18 93/18 93/21 93/22 93/23 116/1 117/1 120/12 125/5 130/15 135/4 141/7 157/4 160/18 164/4 168/25 169/4 169/15 171/4 171/16 180/18 182/15 183/7 183/20 185/21 187/11 187/24 188/6 188/10 188/21 190/15 191/11 192/4 192/13 193/5 193/5 196/21 196/25 197/18 199/3 199/10 200/11 201/13 202/16 202/21 204/21 206/4 206/13 206/20 207/5 208/6 208/12 208/13 208/22 208/23 209/2 211/2 212/6 213/20 214/22 215/3 215/7 216/20 217/21

218/19 222/23 224/1 224/14 225/5 225/18 229/10 247/20 257/14 272/12 272/16 272/19 274/19
**Mr. [4]** 5/11 210/16 219/3 229/5
**Mr. Fuller [2]** 5/11 210/16
**Mr. Leon [2]** 219/3 229/5
**Ms. [8]** 7/10 95/21 182/1 182/6 194/15 223/25 255/11 255/17
**Ms. Antonello [2]** 255/11 255/17
**Ms. Bernheim [1]** 223/25
**Ms. Bernheim's [1]** 7/10
**Ms. Gomez [1]** 95/21
**Ms. Valencia [1]** 194/15
**Ms. Woleska [2]** 182/1 182/6
**much [18]** 50/20 62/10 64/2 81/13 109/11 111/12 111/13 118/18 136/5 150/6 150/13 151/11 152/9 159/21 161/19 177/5 261/14 261/17
**multi [1]** 115/14
**multi-faceted [1]** 115/14
**multifaceted [2]** 117/1 219/14
**multiple [17]** 36/11 80/7 131/19 146/7 147/10 147/11 147/14 147/16 156/8 156/17 156/17 162/14 178/21 181/13 251/4 266/3 266/4
**mundane [1]** 138/13
**mural [8]** 44/21 44/23 44/25 45/1 45/7 73/12 187/19 187/19
**Museo [2]** 179/22 179/23
**museum [3]** 179/25 180/23 181/3
**music [7]** 45/5 45/9 50/23 52/21 59/16 60/20 60/25
**musicians [2]** 43/14 43/15
**must [2]** 254/1 275/8
**my [104]** 5/9 7/25 7/25 9/21 11/8 12/2 17/7 17/16 19/13 20/19 21/13 21/21

22/2 22/3 22/19 22/20 23/17 23/18 24/2 24/2 27/11 27/14 29/24 33/13 37/24 48/18 52/22 56/8 60/18 61/3 61/21 61/22 69/10 72/11 84/17 90/2 90/3 90/5 92/6 92/22 93/19 95/11 106/3 107/25 108/2 113/17 115/9 116/18 119/8 128/15 128/15 154/13 156/21 158/2 167/7 167/8 167/10 167/12 167/12 167/12 175/12 186/1 186/1 186/7 186/10 186/20 186/25 189/18 189/19 189/19 189/20 191/20 192/2 194/1 196/8 201/17 204/23 204/24 204/25 204/25 205/3 205/13 205/24 206/1 207/12 214/3 215/10 215/14 216/17 218/5 218/22 219/16 222/22 225/24 228/1 228/16 229/11 231/1 231/9 231/25 242/21 261/20 274/5 278/22
**myself [5]** 26/3 26/9 34/4 199/17 221/20

# N

**Nail [1]** 38/22
**nails [1]** 203/18
**name [25]** 27/9 27/13 27/19 38/20 44/10 48/5 58/5 66/11 69/23 138/19 184/12 191/20 191/20 192/2 213/16 213/24 214/1 214/12 218/6 218/10 218/17 218/22 222/22 222/24 281/3
**name's [2]** 214/3 215/10
**named [3]** 40/2 40/17 181/10
**names [1]** 191/19
**namesake [1]** 27/20
**narrative [25]** 30/9 32/2 33/2 41/17 63/7 83/24 110/11 111/22 113/2 115/16 117/14 146/19 148/1 154/19 158/8 159/17 162/10 163/4 166/13 167/15 183/4 189/14 190/16 191/25 196/14
**national [8]** 36/6 36/8 36/9 36/10 38/3 38/16 42/18 76/25

**nationally [1]** 38/5
**near [2]** 54/20 238/15
**nearby [1]** 237/19
**necessarily [1]** 234/24
**necessary [3]** 83/5 83/6 108/5
**need [25]** 5/1 8/1 14/17 24/6 48/23 71/12 81/3 81/7 81/8 81/8 89/25 90/22 91/8 95/7 101/17 105/7 107/9 114/22 124/5 149/3 228/12 228/13 261/6 262/7 262/8
**needed [10]** 60/13 102/1 127/3 137/7 219/23 279/23 279/24 280/24 281/8 281/9
**needing [1]** 149/6
**needs [8]** 8/1 60/25 183/16 212/1 230/8 259/13 259/17 259/21
**nefarious [2]** 113/14 159/8
**negotiate [1]** 147/8
**negotiated [1]** 143/3
**negotiating [3]** 145/5 146/11 147/15
**negotiations [2]** 144/20 152/8
**neighborhood [18]** 27/4 27/19 27/24 30/3 31/7 31/22 32/7 33/6 38/23 42/13 46/16 47/17 47/18 47/19 51/10 70/6 70/7 188/2
**neighborhoods [3]** 29/7 41/6 65/3
**never [21]** 14/9 14/10 14/14 14/14 17/13 25/10 27/14 134/10 135/15 140/25 145/11 159/12 159/12 159/19 217/2 219/16 231/25 234/4 235/18 250/7 250/11
**new [22]** 78/14 92/3 92/23 106/19 106/19 106/19 106/19 106/19 106/20 107/10 131/4 131/12 145/22 184/9 187/1 191/2 246/18 247/24 268/4 268/4 268/5 269/7
**news [1]** 90/4
**newspaper [1]** 90/4
**newspapers [1]** 281/25
**next [54]** 4/24 18/21 19/22 38/25 40/19

42/20 43/1 43/24 48/3 53/21 58/25 59/18 72/25 73/9 73/11 73/16 75/11 76/1 76/10 77/12 77/21 78/11 79/10 79/10 94/5 94/25 107/4 166/6 168/5 183/8 185/8 185/9 193/16 193/16 193/17 196/9 196/17 199/25 201/10 203/12 228/19 247/19 249/11 251/11 251/12 251/19 251/20 251/23 255/15 264/9 272/15 273/12 278/7 280/15
**night [10]** 34/23 34/25 69/22 121/10 129/22 129/25 205/20 260/4 282/3 282/7
**nights [1]** 156/20
**Niworowski [1]** 1/12
**no [138]** 1/2 6/5 6/6 6/9 7/3 7/3 7/4 7/15 7/17 8/15 10/7 16/8 21/6 21/9 25/22 27/5 28/20 39/19 42/3 46/17 51/19 54/4 55/5 55/16 57/16 60/1 60/25 62/21 63/23 64/12 64/20 68/20 79/7 80/11 80/13 80/15 80/17 83/4 87/19 93/22 94/10 98/5 99/19 100/9 102/13 103/10 103/20 106/13 119/10 119/10 119/18 122/24 124/18 124/20 126/14 130/2 130/4 130/7 134/21 135/1 137/9 137/20 139/21 141/2 142/12 150/12 157/6 158/20 158/21 161/3 163/23 170/12 178/22 180/13 180/25 181/21 184/17 192/25 193/1 194/8 201/7 201/8 205/21 207/9 209/20 211/2 212/1 216/16 222/22 223/23 224/12 226/11 228/7 228/12 228/13 229/23 232/11 233/1 233/16 233/23 234/4 236/14 236/25 241/3 241/16 241/17 245/10 245/19 246/23 247/14 249/23 249/23 250/7 250/8 250/11 251/1 252/10 256/8 259/15 263/5 263/18 267/17 269/3 269/9 269/11

**N**

**no... [13]** 269/13
270/1 270/10 271/23
272/8 273/10 273/21
274/7 274/16 274/17
276/22 276/23 276/24
**nobody [1]** 207/1
**non [10]** 13/17 30/16
46/3 155/17 179/4
183/18 188/3 190/6
190/17 205/15
**non-responsive [10]**
13/17 30/16 46/3
155/17 179/4 183/18
188/3 190/6 190/17
205/15
**None [1]** 130/5
**noneconomic [3]**
7/2 7/6 7/13
**nonprofit [2]** 22/23
76/25
**Nonresponsive [1]**
162/17
**nor [5]** 57/15 85/19
214/13 222/23 255/5
**normal [4]** 111/10
146/10 146/13 146/14
**normally [4]** 47/23
47/24 50/19 111/13
**north [2]** 41/11
44/13
**northern [1]** 29/17
**not [260]** 6/7 6/14
6/18 6/23 7/1 7/19
8/2 8/14 8/21 8/25
9/2 9/7 9/16 10/16
10/25 11/12 12/5
12/15 12/16 12/19
13/9 13/21 14/7 14/22
15/13 15/21 15/25
16/13 16/22 17/21
17/25 18/13 18/16
19/1 19/3 21/6 27/22
30/24 31/15 32/17
32/17 32/23 37/5
41/24 47/2 52/13
58/14 59/13 59/22
60/9 62/25 64/20
64/20 66/20 66/21
71/5 71/23 79/14
80/13 81/11 83/1 83/4
85/3 85/3 85/19 88/12
90/1 90/3 91/1 91/21
91/25 93/2 93/5 93/6
94/19 94/23 99/11
99/18 102/20 103/5
103/6 105/20 108/25
110/11 114/2 114/10
115/25 116/1 116/23
117/10 117/11 117/21
117/21 118/20 118/23

119/5 119/14 119/15
122/22 124/18 124/20
125/13 128/17 133/22
134/2 134/9 134/21
135/1 135/23 142/13
143/20 146/25 148/15
149/15 150/17 151/5
152/22 153/23 154/7
154/13 156/5 156/13
157/15 159/3 161/3
161/4 161/7 161/9
161/19 161/25 162/20
162/24 163/14 164/5
164/13 166/1 166/7
167/7 167/20 167/21
168/13 168/14 169/15
171/6 175/1 178/7
178/21 180/13 180/14
181/1 181/16 181/22
182/1 182/1 182/6
182/9 183/2 183/3
183/3 188/16 189/7
191/17 193/19 199/21
200/20 200/24 201/6
201/9 201/10 203/12
203/18 205/19 207/14
207/15 208/20 209/4
209/12 211/14 213/14
214/1 214/3 214/3
214/12 214/16 215/10
215/14 216/15 216/16
217/4 217/18 218/1
219/4 219/7 219/12
220/3 221/14 222/6
222/21 223/18 225/10
225/17 226/3 226/17
228/10 228/10 228/14
229/20 229/23 230/1
230/4 231/10 231/20
232/25 233/13 233/14
234/5 234/15 237/2
240/14 241/13 241/17
245/18 247/6 247/8
247/16 247/22 248/24
249/17 249/22 250/11
253/9 254/2 256/8
256/9 256/11 256/15
259/15 259/21 260/19
262/9 263/18 263/21
265/15 265/25 266/3
266/11 267/15 267/17
267/20 269/24 269/24
272/8 272/13 275/8
276/10 276/21 278/5
281/1 281/25 282/1
**noted [3]** 74/7 85/21
133/18
**nothing [5]** 145/19
153/16 196/19 225/3
246/13
**Nothing's [1]** 183/14
**notice [24]** 88/8

102/4 103/11 103/15
141/22 153/2 227/10
235/13 241/14 241/22
243/1 249/20 250/6
250/14 272/5 273/25
274/3 275/2 275/3
275/12 275/20 275/20
275/24 276/6
**noticed [3]** 204/4
204/7 242/25
**notices [2]** 275/11
280/18
**notified [2]** 88/12
124/13
**November [24]**
16/11 49/6 52/25 57/9
59/11 66/6 67/6 121/8
122/9 123/18 123/22
124/1 137/8 188/22
196/10 196/17 196/19
217/16 217/17 219/3
219/3 222/13 229/17
229/18
**November 12 [1]**
123/18
**November 16 [2]**
217/17 219/3
**November 18 [1]**
57/9
**November 18th [3]**
59/11 222/13 229/17
**November 19th [1]**
229/18
**November 21 [2]**
66/6 67/6
**now [140]** 9/16
17/10 19/17 26/15
33/17 35/4 35/23 39/1
39/8 43/8 43/11 43/24
44/19 45/13 47/10
49/8 49/22 49/24
51/24 53/13 54/10
55/21 58/18 58/19
62/5 64/15 64/19 66/2
66/22 69/13 69/24
71/11 72/1 72/21
76/14 78/2 78/11
79/20 81/17 84/6 86/8
87/6 87/24 89/25
90/12 91/11 95/23
95/25 98/21 102/9
103/17 104/1 106/15
107/5 111/14 118/1
125/5 130/13 130/14
130/23 130/24 134/6
137/12 137/25 139/16
140/2 140/15 141/10
142/7 143/9 145/2
145/3 145/8 148/21
153/13 155/14 155/21
167/4 167/19 170/5
172/24 173/12 173/15

174/4 174/6 174/10
174/24 176/13 176/18
178/3 179/20 181/10
183/23 184/23 187/24
190/22 191/7 191/12
192/13 193/20 193/21
194/2 194/14 197/11
198/12 198/18 200/11
201/4 204/22 209/9
209/21 209/22 213/6
215/16 215/19 216/4
223/6 223/20 226/2
228/3 229/17 236/11
245/2 245/19 245/20
246/9 246/16 247/12
247/14 251/19 252/23
253/1 261/1 267/23
269/14 276/16 276/20
277/23 279/22 281/2
**nowhere [3]** 223/21
224/7 224/19
**number [29]** 4/14
7/17 9/6 9/8 44/15
74/19 74/19 74/22
75/16 75/16 75/16
78/1 84/21 86/12
96/17 99/5 99/5 99/6
112/9 132/2 134/8
137/12 140/20 140/20
217/19 237/6 238/8
246/4 252/5
**numbers [4]** 11/25
12/2 83/14 235/23
**NW [7]** 1/13 29/23
31/3 74/23 77/14
77/16 187/4

**O**

**oath [1]** 213/21
**object [11]** 34/11
93/6 140/24 143/19
217/1 218/8 232/10
249/6 258/22 263/20
273/15
**objected [2]** 91/4
91/15
**objection [425]**
**objections [4]** 8/6
39/19 104/17 273/10
**objects [1]** 194/20
**obligated [1]** 14/6
**obligation [3]** 10/11
10/21 14/5
**obtain [6]** 58/5
105/2 162/16 235/14
235/24 250/9
**obtained [5]** 72/12
121/21 171/22 172/20
242/19
**obvious [4]** 8/10
67/24 68/5 68/9
**obviously [4]** 33/12

59/19 68/19 109/5
**occupied [1]** 83/1
**occupying [1]** 82/21
**occurred [4]** 110/2
110/25 169/17 243/8
**occurrence [1]**
205/21
**occurring [4]** 240/11
240/24 241/2 256/16
**occurs [2]** 12/3 18/7
**Ocho [16]** 29/20
29/20 72/21 73/1
73/11 75/12 75/14
76/2 81/20 94/20
94/22 160/19 160/22
168/7 171/19 176/12
**October [13]** 88/5
121/4 122/9 123/18
178/18 182/21 195/17
195/21 209/11 210/1
210/14 210/19 258/6
**October 11 [2]**
210/1 210/14
**October 26th [1]**
122/9
**off [18]** 10/15 14/1
23/1 25/2 40/8 40/15
60/23 60/24 60/25
79/15 150/20 168/25
179/8 237/19 242/6
245/3 248/7 249/21
**offer [1]** 7/16
**offered [1]** 148/15
**office [16]** 33/8
37/24 47/19 49/13
69/6 80/2 121/6 122/6
173/21 178/20 186/1
186/1 186/7 188/2
189/4 204/24
**officer [8]** 50/9
126/21 260/12 260/12
260/18 260/23 260/24
261/1
**officers [3]** 184/11
186/10 186/12
**offices [3]** 28/2 43/7
73/5
**official [4]** 112/19
174/19 174/23 282/16
**oh [8]** 48/22 60/11
61/2 69/10 113/10
113/17 162/23 173/25
**okay [85]** 8/16 28/1
29/15 33/19 48/23
54/15 56/12 59/21
76/21 78/2 78/16
78/18 83/11 84/6
85/15 86/8 87/17
94/12 96/3 98/2 98/16
98/21 100/13 102/6
102/9 103/8 103/14
103/17 111/18 115/14

**O**

**okay... [55]** 116/4
125/11 126/3 127/19
128/16 129/18 129/21
130/13 133/20 134/15
135/2 138/22 140/5
144/22 145/2 152/17
167/7 170/16 173/12
176/13 184/15 187/24
194/5 196/4 199/18
209/9 210/3 212/19
212/23 213/19 215/16
232/14 232/21 235/25
237/18 237/22 238/21
239/12 240/2 242/18
245/10 249/12 249/19
251/19 253/16 259/25
260/6 261/23 267/4
270/2 271/21 275/11
277/15 278/7 279/13
**old [4]** 20/15 81/6
120/23 176/11
**older [3]** 77/4 77/10
82/9
**oldest [2]** 21/21 82/1
**olive [1]** 70/7
**on [398]**
**once [22]** 13/18
70/23 70/24 74/21
87/14 87/23 93/7
102/6 109/15 116/1
139/9 152/12 152/14
173/24 177/4 177/10
177/18 230/23 230/24
241/10 271/18 273/11
**one [113]** 5/11 6/2
15/9 16/19 18/16 19/5
23/5 23/6 24/6 25/11
30/2 36/14 37/19 38/4
39/12 44/5 44/24
46/24 50/3 50/10
50/12 50/21 52/5 52/6
53/8 54/11 61/10
66/11 69/17 70/24
72/19 72/21 72/25
73/1 73/19 75/17
77/15 77/21 78/20
79/1 79/18 79/25 80/3
80/4 82/1 82/23 86/8
91/8 94/20 95/2 95/5
95/24 103/4 107/1
109/13 112/9 121/12
121/13 126/9 129/4
129/15 134/23 134/24
135/12 135/15 136/13
136/14 136/24 137/2
141/21 141/22 141/23
143/4 158/19 159/11
159/12 159/20 160/18
162/3 162/3 162/5
163/18 171/23 171/24

171/25 173/25 178/4
186/1 187/8 193/16
200/2 201/7 201/8
214/7 217/20 217/21
221/12 227/4 235/23
238/14 238/19 240/23
245/16 250/25 251/1
251/12 251/14 265/13
272/12 272/15 274/16
279/8 281/7
**one's [3]** 51/3
220/13 220/13
**onerous [1]** 173/23
**ones [6]** 6/25 91/21
92/16 94/14 215/11
225/1
**only [36]** 6/22 10/13
57/1 60/9 64/20 79/1
80/4 83/15 92/22 95/2
95/5 117/10 136/12
146/8 158/6 169/23
171/4 182/10 187/7
188/16 189/12 199/21
200/24 205/23 218/18
224/9 229/18 244/6
244/11 245/6 246/23
264/3 264/6 267/11
274/16 274/18
**onto [3]** 57/6 85/13
112/11
**open [28]** 9/1 9/2
19/21 43/16 46/17
46/23 65/1 81/8 81/12
86/6 89/15 106/5
135/14 149/2 161/5
163/7 170/20 172/3
172/10 172/17 174/4
178/7 178/21 178/24
191/2 199/24 220/23
221/23
**opened [5]** 145/15
175/13 178/9 178/17
178/25
**opening [7]** 17/9
42/7 221/2 223/24
224/1 235/7 268/11
**openings [3]** 247/9
247/10 247/14
**openly [1]** 200/16
**Operation [1]**
143/16
**Operations [1]**
281/4
**operator [1]** 21/11
**operators [2]** 32/15
33/5
**opine [1]** 200/13
**opinion [3]** 168/14
204/1 207/15
**opinions [2]** 18/1
117/22
**opponent [1]** 212/15

**opportunities [1]**
23/13
**opportunity [4]** 10/3
24/18 275/13 275/21
**opposed [1]** 220/20
**optimistic [1]** 167/3
**or [123]** 6/8 6/12 7/6
8/15 8/25 9/16 14/6
14/9 16/8 16/12 16/14
16/16 16/21 16/24
18/9 18/16 20/17 25/5
30/20 32/15 32/23
46/1 46/8 47/2 49/7
50/19 55/1 60/5 62/13
62/18 68/22 69/5
72/10 73/19 77/24
87/3 90/10 90/25 93/5
93/6 93/16 103/12
106/10 107/9 108/22
111/12 111/14 113/14
117/25 118/1 121/1
121/1 121/12 122/23
123/21 140/25 145/25
146/25 159/3 159/14
159/23 170/14 171/6
171/7 182/1 182/4
187/23 188/11 195/22
200/2 210/5 210/15
210/20 212/24 213/1
217/17 217/20 218/17
218/18 220/19 220/25
222/4 224/12 225/4
225/5 225/18 225/21
226/11 228/10 231/10
234/5 234/14 236/22
237/11 238/6 239/19
240/25 240/25 242/20
247/16 249/20 250/5
250/9 253/9 257/18
259/3 259/16 262/12
262/25 263/5 263/13
263/17 264/2 264/18
270/10 271/5 274/7
275/5 278/3 280/5
280/7 281/4 282/1
**Orange [1]** 25/5
**orchestrated [1]**
169/7
**order [53]** 4/4 7/11
10/1 13/4 13/17 59/18
88/13 104/1 104/6
104/16 105/12 106/1
106/2 106/7 106/9
106/10 120/4 125/23
138/3 138/22 139/14
139/16 140/9 140/18
141/7 141/8 141/11
141/13 142/2 153/1
176/16 177/24 218/20
236/4 236/8 245/13
247/23 250/10 259/18
263/1 263/16 266/16

272/4 275/6 275/10
276/3 276/9 276/16
277/6 277/16 279/15
280/21 280/24
**Orders [1]** 274/3
**ordinance [1]**
198/10
**organization [3]**
22/25 34/22 41/21
**organize [1]** 19/13
**organized [2]** 49/3
222/6
**organizing [1]** 51/25
**original [7]** 101/20
102/3 122/23 134/10
145/12 247/9 248/14
**originally [5]** 52/5
79/20 101/3 101/6
209/9
**other [43]** 7/6 7/8
10/15 15/4 16/9 16/12
16/14 17/15 69/8
78/13 79/2 87/3 91/10
92/12 94/14 95/3
103/4 117/25 122/22
136/12 136/14 137/1
141/1 141/2 141/22
168/7 170/9 184/11
186/4 187/20 190/12
200/16 205/5 238/7
239/10 249/9 250/15
253/9 259/6 271/15
272/25 276/5 278/3
**others [4]** 55/25
80/18 108/25 198/5
**otherwise [5]** 39/19
57/16 170/2 170/9
273/12
**ought [2]** 169/2
169/9
**our [104]** 8/17 9/10
9/13 9/13 13/21 24/21
28/1 29/18 29/19
32/10 33/8 35/14 36/4
38/16 39/9 41/5 42/25
43/6 44/5 44/24 47/25
49/3 50/11 59/21 65/2
68/24 69/6 69/8 69/8
70/7 70/8 73/5 80/22
82/23 85/15 94/23
101/20 105/11 106/24
110/25 112/22 113/16
113/20 114/16 115/10
115/11 117/10 118/9
118/12 118/14 118/20
126/25 134/3 134/13
136/4 137/13 147/23
154/4 154/15 158/5
158/24 159/7 159/9
159/15 160/10 160/12
162/21 162/21 163/19
163/21 164/19 169/12

171/19 172/11 172/16
174/15 175/5 175/14
175/25 176/2 178/7
178/17 182/24 182/24
188/7 188/17 188/17
190/7 190/7 191/18
191/19 197/1 200/9
208/24 217/5 217/6
224/4 226/14 226/17
226/25 245/6 251/12
256/25 275/8
**ours [4]** 43/25 49/19
174/8 181/11
**ourselves [2]** 143/1
195/8
**ousted [1]** 112/10
**out [50]** 6/6 6/10
9/22 11/13 14/16
17/12 20/18 33/23
42/10 50/18 59/14
59/18 68/11 68/25
69/20 69/22 71/8
75/10 79/12 79/25
80/25 115/12 117/2
135/23 136/10 137/1
138/9 142/10 146/14
146/18 151/19 158/20
178/18 179/1 192/18
193/5 193/10 196/22
199/21 202/9 225/3
231/3 238/9 247/3
248/22 260/16 260/21
261/1 265/1 272/10
**outbid [1]** 25/10
**outboard [1]** 246/23
**outdoor [2]** 21/2
174/9
**outfit [1]** 82/24
**outrageous [1]**
169/11
**outside [29]** 5/14
28/25 127/17 130/6
133/24 137/15 147/17
153/13 160/12 164/23
165/5 174/15 175/7
175/12 245/5 254/20
255/7 255/19 258/8
258/17 260/8 260/24
261/4 268/10 273/4
274/12 278/9 280/12
281/11
**over [35]** 6/16 14/15
19/2 38/7 38/11 40/3
40/15 40/22 41/22
42/15 52/17 61/1
68/21 79/10 82/11
92/24 98/16 101/4
101/6 118/5 118/7
138/14 158/2 158/4
167/6 173/25 180/4
186/8 201/1 201/1
201/1 201/6 205/13

**O**

over... [2] 238/10
270/18
overnight [1] 27/12
overruled [171]
29/4 30/15 30/23 32/4
34/13 36/20 37/23
41/19 46/5 52/4 54/24
55/7 55/12 56/7 56/10
58/23 59/6 60/22 61/9
61/20 62/18 63/6 63/8
63/14 63/18 64/8
64/14 65/20 66/25
67/11 67/19 68/8 82/4
85/21 88/24 97/2
97/20 105/17 106/12
107/15 107/25 110/6
110/23 111/7 112/4
112/8 112/14 113/5
113/7 114/4 114/12
115/5 116/3 116/12
116/14 116/16 116/25
117/6 117/16 121/19
122/15 124/10 125/21
126/13 127/9 127/21
128/1 129/13 132/7
133/7 133/18 136/22
138/25 141/3 143/24
146/9 147/19 148/2
148/14 148/17 149/14
149/17 149/25 150/5
151/2 151/8 152/2
153/25 155/23 156/14
157/10 157/18 157/25
158/13 159/4 159/18
159/24 161/13 161/17
162/19 163/5 163/16
163/25 164/16 165/6
165/11 166/2 166/14
167/2 167/17 172/19
174/2 175/3 176/24
177/16 178/1 178/16
179/5 179/11 181/4
182/4 182/8 183/10
186/19 186/23 188/14
189/6 190/3 190/9
190/18 191/16 192/1
199/12 200/7 200/21
200/23 201/24 205/16
206/23 214/15 215/5
217/7 217/7 217/9
220/12 221/17 225/22
226/12 226/23 227/6
227/24 229/22 234/21
239/1 240/6 240/20
241/8 244/15 247/4
247/19 248/2 255/2
256/2 260/9 264/4
271/10 274/8 275/17
275/25 278/19 279/20
own [27] 12/6 32/9
40/6 44/22 49/20
53/11 56/8 59/20
64/23 64/24 73/18
73/19 82/10 103/8
106/23 106/24 147/23
209/1 216/17 219/16
225/25 226/2 226/14
226/17 226/18 251/3
257/3
owned [21] 44/1
50/21 53/20 68/10
73/21 73/24 83/21
103/4 110/9 175/6
175/10 175/11 221/12
221/14 221/15 221/19
221/20 222/3 226/2
227/4 234/23
owner [19] 81/20
83/18 99/9 103/3
124/13 139/10 161/1
194/1 232/22 234/22
235/24 238/7 250/8
277/16 277/25 279/4
279/5 279/11 280/4
owner's [3] 101/2
101/11 101/15
owner/tenant [1]
235/24
owners [1] 36/15
ownership [2] 77/18
78/1
owns [1] 68/11

**P**

P-I-N-I-L-L-A [1]
20/7
P-R-O-C-E-E-D-I-N-
G-S [2] 4/2 120/2
p.m [4] 36/1 66/6
67/7 282/8
Pac [1] 40/3
Pac-man [1] 40/3
paella [1] 216/18
page [97] 3/18 3/19
3/19 37/1 37/3 38/25
40/24 42/20 43/24
44/4 50/7 53/15 58/9
75/11 75/19 78/5
78/11 78/13 87/5
94/20 99/16 99/19
99/23 100/10 103/17
130/14 131/23 132/1
132/8 132/11 132/16
134/7 144/3 145/2
145/3 176/9 198/13
198/14 198/18 199/25
210/23 210/23 210/25
211/4 211/21 217/17
217/18 217/18 222/15
232/16 236/11 236/12
237/18 237/22 238/8
238/17 238/21 239/4
239/9 239/13 239/20
239/20 240/2 240/22
240/22 241/20 242/2
242/2 245/2 245/4
245/7 245/25 248/7
248/20 249/2 249/7
249/9 251/9 251/11
251/12 251/19 251/25
253/11 257/7 263/8
263/19 264/6 264/6
264/15 265/12 266/11
268/14 269/3 269/4
269/20 270/2 279/13
pages [8] 35/10 36/2
39/6 73/23 76/2 80/7
99/17 218/22
paid [7] 88/1 96/20
219/16 223/12 223/19
228/15 228/17
painful [2] 203/21
203/22
pains [2] 202/6
202/7
paint [4] 24/5
134/12 177/11 177/18
painted [3] 24/2
82/22 177/4
painting [2] 24/7
33/11
Paloma [1] 21/22
Panama [1] 200/1
panel [14] 106/19
138/3 138/23 139/3
139/8 139/13 139/20
269/22 269/23 272/6
274/10 275/7 275/9
276/1
panic [2] 201/17
202/7
pants [1] 41/14
paper [2] 24/17
72/19
papers [1] 160/13
paragraph [8] 145/8
211/23 212/5 279/13
280/3 280/4 280/4
280/17
Pardon [1] 14/24
parents [1] 128/15
Paris [1] 27/15
park [4] 31/17 37/11
69/7 78/24
parked [1] 228/1
parking [15] 42/3
42/11 53/20 54/10
54/12 54/13 54/20
55/18 69/9 69/16
69/17 78/21 81/22
221/18 228/2
parks [1] 23/8
part [35] 28/24 29/8
29/9 41/5 79/8 125/17
132/25 133/5 135/17
136/1 136/4 142/25
172/11 176/25 193/14
198/22 199/4 220/21
231/20 235/21 237/11
237/14 237/20 238/19
238/23 239/10 240/4
240/15 241/4 263/3
264/22 265/5 265/6
268/2 274/11
partial [6] 243/15
243/22 244/16 248/4
248/4 248/19
particular [10]
18/14 38/9 84/19
86/25 92/2 119/4
120/21 218/2 262/10
264/9
particularly [1] 6/10
parties [4] 144/16
270/6 272/10 272/25
partner [5] 33/14
60/19 115/9 116/18
167/12
partners [5] 106/23
154/4 176/1 188/17
189/19
parts [4] 80/24
80/25 237/19 259/6
party [28] 33/16
50/22 76/16 125/5
125/8 126/5 126/9
126/17 126/19 126/20
127/2 127/15 128/2
128/6 129/22 131/3
131/7 131/10 134/19
134/22 260/2 260/3
260/4 260/11 260/13
260/20 260/24 271/22
pass [1] 71/6
passed [3] 6/24
11/18 35/1
passel [1] 171/21
passing [1] 227/21
passion [1] 48/8
past [3] 34/24 42/19
88/10
Pastrana [1] 41/9
path [3] 136/12
178/7 178/21
patient [1] 152/14
Patricia [1] 4/12
Paul [1] 180/7
pause [6] 61/12
94/12 94/17 174/11
174/18 174/20
pausing [1] 93/2
pavers [1] 79/5
pay [13] 70/24 87/14
87/22 87/25 88/15
145/25 147/23 152/25
153/2 153/2 216/18
234/6 280/24
payback [2] 183/1
212/13
payment [1] 151/22
PDF [3] 35/13 35/23
145/3
peace [1] 167/14
pedestrian [1] 79/1
penalty [1] 211/10
pending [12] 64/13
80/4 87/6 135/15
192/25 193/1 212/1
236/14 269/9 269/12
269/13 271/23
people [51] 21/9
22/19 24/12 27/25
29/12 31/16 32/18
33/10 41/12 41/14
44/15 44/18 45/5
45/10 50/16 53/4 53/5
53/8 55/9 55/16 55/21
55/23 55/24 82/21
83/7 83/8 83/20
108/22 117/12 121/9
121/13 127/22 128/2
128/7 128/9 139/8
158/25 160/5 162/22
182/11 184/6 185/15
186/16 187/12 191/14
193/7 253/25 257/14
260/3 260/5 264/25
per [2] 71/5 77/25
percent [3] 11/8
11/10 12/1
perfect [2] 40/23
126/15
perform [3] 248/23
257/24 269/25
performance [5]
120/21 120/25 121/21
121/22 125/4
performed [3]
256/15 256/22 268/18
performing [4]
257/18 266/16 266/21
266/25
period [2] 20/18
124/17
perjury [1] 211/10
permissible [1] 8/19
permission [5]
28/17 34/14 39/21
67/1 184/19
permit [157] 10/25
24/5 24/6 58/5 70/24
70/24 70/25 71/1 71/8
71/12 71/24 72/10
74/16 74/17 74/19
74/21 74/22 75/3 75/5
75/6 75/8 75/16 75/20
78/6 78/9 78/10 80/14
83/3 84/21 84/23 86/3

**P**

**permit... [126]**
86/25 87/12 87/14
87/14 87/16 87/17
87/19 88/1 88/2 88/2
88/7 89/15 89/18
91/25 92/2 95/24
95/25 98/25 99/6
101/24 102/1 102/5
102/7 104/2 104/4
105/2 105/4 105/11
105/21 105/25 106/2
106/5 106/9 109/6
109/15 111/8 111/14
111/16 121/21 122/5
123/5 123/13 124/6
125/3 125/17 126/4
131/13 132/2 132/4
132/12 132/13 132/17
133/2 133/14 133/21
133/24 134/3 135/15
136/11 136/19 136/24
137/1 137/4 137/5
138/12 140/2 172/20
172/21 172/21 173/4
173/9 173/10 228/7
228/8 228/10 228/10
228/11 228/12 228/13
228/14 230/9 230/25
231/3 235/24 241/15
241/21 241/23 242/16
242/20 242/25 243/2
243/2 243/6 243/15
244/24 245/20 247/15
247/17 248/3 248/16
248/19 249/3 249/3
249/4 249/15 250/9
250/14 250/25 251/16
251/20 251/23 251/25
252/3 253/7 253/9
253/12 253/14 253/25
263/2 266/17 267/5
267/9 267/11 267/12
274/3 275/3
**permit's [1]** 87/25
**permits [54]** 70/13
72/15 72/18 72/18
73/22 73/23 75/14
76/3 76/5 76/12 76/18
77/19 77/25 78/12
78/18 79/23 80/3 80/7
81/3 86/8 95/24 107/4
107/10 110/17 110/18
131/19 135/14 135/18
161/5 161/8 161/11
171/22 194/19 230/7
232/17 232/20 232/12
233/15 233/16 234/3
235/15 236/8 242/24
247/22 250/15 251/4
251/4 254/3 254/5

254/5 254/6 256/13
267/16 268/19
**permitted [5]**
121/14 124/21 125/2
126/11 130/10
**permitting [6]** 70/11
80/18 80/20 112/1
135/4 135/7
**person [14]** 24/23
129/16 129/18 166/16
167/3 167/20 174/17
174/20 184/24 185/8
222/16 248/24 258/14
258/15
**personal [21]** 9/4
9/5 63/7 116/15
122/13 125/14 125/20
126/9 128/10 129/11
173/6 199/7 200/22
211/12 211/14 215/14
232/11 233/1 238/25
240/18 241/7
**personally [6]** 50/4
58/14 99/10 145/5
150/19 150/25
**pertains [1]** 171/5
**Pertnoy [8]** 1/16
4/21 208/6 208/13
211/2 212/6 247/20
274/19
**phone [8]** 51/8 66/12
67/24 84/17 156/17
160/12 186/2 204/24
**photo [12]** 37/6 37/6
184/2 257/7 257/8
257/12 257/17 258/11
258/19 258/20 259/10
263/22
**photograph [1]**
243/10
**photos [5]** 49/25
130/19 194/21 237/1
242/23
**phrase [1]** 91/7
**physically [1]** 256/9
**physicians [1]** 8/25
**picture [65]** 25/25
26/3 26/8 26/9 26/15
34/4 34/19 35/2 35/3
38/16 39/13 40/20
42/21 42/22 42/22
42/23 42/24 42/24
43/1 43/13 50/8 50/9
50/12 50/25 65/21
79/19 92/13 92/14
129/7 129/9 129/12
129/21 131/5 134/8
162/25 171/16 171/20
175/9 176/11 176/15
180/5 184/4 184/5
184/14 226/7 237/6
237/13 241/9 246/4

247/8 247/11 258/5
263/9 263/14 264/20
264/22 264/24 264/25
265/10 265/17 265/18
266/13 269/6 270/22
271/14
**pictures [20]** 92/11
130/15 130/23 130/24
131/8 131/11 133/11
177/3 194/25 224/19
237/2 237/4 237/22
241/12 243/7 244/19
253/2 253/23 263/12
263/16
**piece [4]** 40/18
40/22 72/19 162/7
**piled [1]** 239/5
**PINILLA [47]** 1/4
5/10 7/3 15/1 19/23
20/3 20/5 20/6 20/13
93/18 93/22 116/1
120/12 141/17 157/4
160/18 164/4 168/25
169/15 171/4 171/16
180/18 182/15 183/7
183/20 187/11 190/15
191/11 192/4 192/13
193/5 197/18 202/21
206/4 206/13 206/20
207/5 208/10 208/12
211/9 214/19 215/7
223/22 224/8 224/14
224/20 227/11
**Pinilla's [1]** 169/4
**pipe [1]** 271/6
**piping [1]** 240/13
**place [13]** 42/17
43/17 52/24 55/6 70/1
75/18 82/10 129/25
162/4 164/19 198/9
246/18 246/20
**places [1]** 199/24
**placing [1]** 259/13
**plaintiff [7]** 4/15
4/23 16/24 19/22 90/9
118/1 262/13
**plaintiff's [1]** 16/25
**plaintiffs [12]** 1/5
1/10 4/18 5/20 5/23
16/5 34/8 94/7 140/21
153/10 169/8 212/14
**plaintiffs' [75]** 3/2
3/5 6/3 25/16 26/6
28/8 28/22 33/25 34/8
34/16 35/6 35/15
36/16 36/24 39/1
39/15 39/23 44/19
48/15 49/22 51/2
51/16 51/22 52/8
53/13 54/1 54/8 56/25
57/12 57/22 58/7
64/16 66/17 67/3 72/2

74/1 74/11 84/7 84/24
85/16 86/1 94/19
95/23 96/12 98/3 98/9
98/21 99/14 99/23
121/23 122/19 123/3
131/21 139/24 141/5
143/9 143/17 144/2
153/15 171/13 174/10
179/21 183/23 184/15
184/21 192/20 194/5
194/12 198/12 212/13
242/1 249/4 251/7
251/7 252/7
**plan [6]** 90/10 91/4
101/20 111/19 162/21
235/2
**planks [2]** 238/9
238/10
**planned [1]** 235/5
**planning [1]** 81/11
**plans [24]** 70/17
70/17 71/5 72/10 87/2
94/20 107/9 109/9
109/20 110/3 111/4
111/11 111/11 136/1
136/5 137/6 138/8
142/21 174/4 230/13
230/13 230/16 230/23
267/16
**play [6]** 31/18 48/23
68/21 174/17 256/10
256/16
**played [3]** 48/24
123/6 226/8
**playing [6]** 60/23
68/20 121/3 121/10
264/21 265/1
**plaza [2]** 49/9 79/1
**pleading [1]** 8/10
**pleadings [1]** 74/6
**please [74]** 4/15
28/12 34/1 67/5 90/1
91/9 95/15 102/16
110/15 118/13 120/5
120/9 129/2 168/11
168/22 170/23 171/10
194/24 207/23 208/5
212/9 213/10 216/24
216/25 217/10 217/11
217/17 222/8 222/15
223/3 223/11 223/21
224/6 235/17 237/22
238/17 238/21 239/4
239/9 240/8 240/22
242/8 242/12 243/5
243/5 243/14 245/3
246/4 246/22 247/11
248/7 248/9 248/20
249/19 251/7 251/12
252/2 252/8 252/18
253/13 257/8 259/11
259/25 262/17 262/22

262/23 263/19 264/14
265/9 269/20 270/2
272/2 272/2 274/17
**pled [2]** 5/17 5/17
**pledged [1]** 51/9
**PLLC [1]** 77/22
**plumbing [10]** 78/14
84/23 86/21 86/22
106/20 240/3 240/13
251/25 268/4 271/5
**plywood [1]** 246/20
**podium [2]** 180/5
274/18
**point [36]** 17/12
17/23 22/10 47/3
53/21 60/3 62/14 64/2
64/6 64/9 68/24 82/15
107/11 113/4 126/25
134/1 138/15 140/7
151/22 152/16 159/7
165/13 167/16 186/11
190/11 191/25 192/11
196/14 201/6 226/10
227/21 237/12 250/22
260/11 271/18 281/16
**pointed [3]** 42/10
169/11 247/3
**pointing [3]** 192/9
201/4 201/8
**points [2]** 121/12
166/8
**police [12]** 56/22
56/24 60/3 60/4 60/6
61/2 64/11 126/21
126/22 184/10 186/3
260/12
**policeman [2]** 52/17
184/10
**policy [3]** 107/16
107/18 122/18
**political [9]** 45/14
51/24 53/1 183/1
212/13 212/24 212/24
214/9 220/25
**politician [1]** 63/2
**politics [1]** 63/11
**pollo [3]** 50/24 50/24
52/19
**polls [1]** 67/7
**Pons [2]** 174/19
174/21
**pool [16]** 79/17 80/5
134/15 134/17 134/20
134/25 135/2 135/5
135/21 135/24 136/1
136/11 136/19 136/24
137/5 137/5
**population [1]** 27/12
**Portilla [1]** 69/24
**portion [10]** 9/21
93/19 105/5 105/6
105/7 130/21 164/8

**P**

portion... [3]  238/18
257/5 263/1
posed [1]  30/17
position [1]  94/23
possession [1]  85/12
possible [1]  92/9
post [1]  24/15
posted [2]  57/6
266/17
poster [1]  223/16
posting [1]  272/5
potential [1]  194/20
potentially [1]  149/6
power [1]  64/2
PR [1]  49/20
preamble [2]  277/23
277/23
precluded [1]  7/10
predicated [1]  152/4
preference [1]  71/21
prejudice [2]  12/3
169/14
prejudicial [3]  10/4
10/20 169/7
premises [1]  104/21
premium [1]  181/18
prepare [5]  19/2
24/1 46/21 84/16 85/7
prepared [6]  51/1
53/24 53/25 85/8 94/5
223/8
preparing [2]  257/18
257/24
prescriptions [2]  7/4
7/22
present [11]  9/3
19/3 60/7 82/7 95/19
120/9 171/3 208/5
262/21 275/13 275/21
presentable [1]
177/5
presents [5]  81/14
139/10 139/11 276/2
276/2
preservation [1]
235/4
preserve [4]  27/17
40/21 41/25 159/16
preserved [1]
134/11
president [1]  186/5
press [6]  180/8
192/15 193/6 194/2
194/3 195/2
pressure [3]  61/1
61/1 155/24
prestigious [1]
34/22
pretense [1]  172/25
pretty [9]  9/17 28/6

30/3 30/25 44/14
79/11 106/20
prevent [2]  16/4
59/24
prevented [1]  21/14
preventing [1]  59/24
Preventive [1]  278/2
previous [4]  40/21
79/3 103/3 251/25
previously [6]  95/12
101/22 141/8 171/9
229/8 239/18
primary [1]  118/21
print [2]  11/21 24/14
printed [2]  11/21
37/5
printing [1]  90/12
printout [3]  72/12
132/1 132/2
prior [23]  39/19
57/15 57/16 85/3
85/20 101/2 101/14
107/5 107/23 111/3
116/6 137/7 144/25
145/1 153/9 237/10
248/15 250/16 252/6
268/18 273/8 277/11
281/12
private [2]  123/17
139/1
probably [17]  26/11
29/14 31/9 31/23
42/23 42/24 43/13
46/1 46/8 47/22 49/7
53/6 60/5 141/23
238/20 248/24 261/18
probe [1]  14/22
problem [5]  82/7
157/6 205/21 245/10
245/19
problematic [2]  5/8
6/18
problems [2]  108/9
133/20
proceed [4]  104/20
120/10 207/25 208/6
proceeding [1]
282/8
proceedings [2]
99/19 282/13
process [43]  70/11
70/15 70/23 71/8 71/9
71/12 71/15 72/10
74/18 75/9 75/16
80/18 80/21 99/5
107/8 109/8 109/9
110/18 110/19 111/10
111/17 112/1 136/6
136/20 137/9 142/17
152/15 160/21 173/19
173/20 173/21 196/4
210/16 230/20 231/7

231/9 231/20 240/15
241/4 241/24 252/21
254/16 276/5
processed [1]  135/8
processing [1]  136/2
produce [5]  7/7 7/7
9/12 49/3 118/20
produced [13]  7/3
25/22 39/18 40/2
57/15 66/21 85/3
94/24 96/15 118/16
119/13 122/23 140/25
production [4]  12/9
12/14 12/22 12/24
professionals [1]
109/5
profits [3]  14/19
24/20 148/23
profoundly [1]
205/19
program [3]  22/6
22/7 23/6
programs [1]  23/5
progress [1]  171/20
progressively [4]
108/12 108/13 109/18
137/9
project [17]  24/4
38/7 38/9 39/13
106/23 106/24 111/18
142/23 161/20 162/1
179/20 180/12 181/8
233/15 235/6 255/6
256/11
projects [12]  39/9
39/11 44/5 71/18
149/19 154/14 154/15
154/16 164/18 168/7
191/14 233/11
promote [1]  16/12
pronounce [1]  38/21
proper [5]  27/22
164/16 166/9 253/7
268/19
properly [1]  59/13
properties [46]
23/14 32/10 32/11
50/11 72/15 72/18
73/18 73/19 73/20
73/20 73/24 74/5 77/9
78/20 79/10 80/9 82/1
83/17 83/21 110/9
135/11 148/6 154/3
187/25 188/11 188/16
197/1 197/1 197/3
197/7 197/8 197/15
197/18 197/21 197/23
198/3 198/9 198/11
226/15 226/17 226/18
226/25 231/7 231/10
232/2 232/3
property [115]

23/14 23/18 40/9 41/2
41/4 44/2 44/22 50/21
53/9 53/11 57/6 68/10
68/11 69/8 69/9 69/12
69/14 72/20 73/13
73/15 73/23 76/1 76/9
76/14 77/8 77/12
77/17 78/21 79/10
79/24 79/25 81/19
81/22 82/8 86/11 96/4
96/8 99/10 99/11
99/12 100/18 100/21
103/4 103/8 105/5
105/6 105/10 111/20
111/21 123/17 124/5
125/12 126/24 129/25
130/21 133/6 139/10
141/13 141/14 152/8
154/4 160/19 168/9
171/19 174/16 178/8
178/17 179/9 186/10
186/17 187/11 187/13
188/6 188/12 192/24
193/11 193/15 193/18
194/17 194/19 194/23
194/24 195/3 221/12
222/3 224/4 224/23
228/18 234/14 234/18
234/23 234/24 235/3
235/4 235/14 239/18
240/11 250/16 251/3
251/3 251/3 251/9
251/9 256/6 256/22
266/25 268/6 277/17
278/1 278/11 279/4
279/16 280/1 280/23
280/25
prospective [3]
146/3 147/18 149/6
prostitution [2]
112/22 191/18
protect [1]  145/14
protected [3]  113/9
113/11 117/9
prove [1]  16/13
provide [18]  5/23
7/11 9/23 10/1 10/1
10/11 10/17 11/1
11/25 12/11 14/3 16/1
17/11 50/16 157/21
158/1 158/17 280/25
provided [16]  6/1
6/9 7/17 10/7 10/16
1/6 15/19 85/19 96/7
102/21 145/9 149/10
178/7 275/4 275/9
280/8
provisions [6]  38/23
44/8 146/4 147/22
160/14 278/2
psoriasis [7]  15/16
16/16 16/21 18/1 18/3

18/7 18/13
psychological [1]
204/15
public [14]  23/7
38/22 85/13 86/20
91/23 112/9 146/22
146/25 147/3 195/10
225/3 227/9 227/10
261/2
publication [1]
257/6
publicly [5]  33/19
112/10 117/3 196/8
200/25
publish [48]  25/17
26/5 28/9 28/18 34/14
36/22 39/21 44/20
48/17 49/23 51/20
52/9 54/6 57/19 67/1
74/9 85/23 98/7 99/21
102/16 103/22 123/1
137/22 141/4 143/25
184/19 194/10 213/9
216/25 217/8 217/10
222/9 223/3 232/7
232/8 235/11 245/4
249/25 252/12 258/20
262/23 263/19 264/13
266/8 269/2 270/3
273/14 273/20
published [3]  129/1
129/3 222/17
Publix [1]  33/17
pull [26]  24/5 24/6
39/1 74/16 75/8 77/4
83/3 85/14 86/3 102/9
103/17 111/14 131/21
136/10 228/11 230/8
233/15 241/21 242/1
246/3 247/22 248/20
251/20 254/3 262/3
262/22
pulled [31]  69/18
71/24 73/23 73/24
74/17 75/14 75/23
76/3 76/5 76/12 77/19
77/25 78/6 78/12 80/8
102/5 104/2 104/4
193/14 228/7 243/1
243/2 244/24 248/3
248/19 250/14 250/15
251/4 252/1 253/25
267/6
pulling [5]  233/11
234/3 247/15 248/15
268/19
pulls [1]  231/2
purchase [5]  83/12
84/2 237/11 239/18
240/11
purchased [5]  82/8
101/14 177/11 234/13

**P**

purchased... [1]
234/18
pure [1] 212/13
purpose [1] 175/19
purposes [2] 96/22
261/11
pursuant [2] 7/11
233/12
put [26] 24/17 40/6
40/22 41/4 53/1 56/25
59/12 61/11 61/12
79/5 79/5 79/6 82/22
119/15 137/20 157/17
159/20 160/3 167/13
222/4 222/8 223/15
251/7 255/23 257/2
274/14
putting [6] 41/15
41/15 48/9 232/25
255/12 266/23
PX [6] 222/8 222/9
222/10 222/25 248/20
264/18

**Q**

quagmire [1] 137/3
qualities [1] 27/17
question [100]
17/14 20/10 30/17
30/18 32/3 33/2 41/18
45/20 45/22 46/4
56/15 63/5 63/25
64/12 79/22 84/4
89/13 91/7 101/10
110/12 110/22 112/13
113/3 114/22 114/24
116/6 117/15 137/16
143/2 146/19 147/12
153/14 154/6 154/6
156/15 158/8 162/11
162/18 167/8 167/9
168/5 171/10 179/1
183/8 183/19 188/4
190/17 192/25 193/1
195/12 197/12 201/11
202/10 203/12 207/7
210/13 212/1 214/16
215/21 216/13 219/21
220/12 221/17 224/14
224/18 225/11 225/14
226/11 229/6 231/9
232/13 233/6 233/8
233/23 234/21 236/14
237/13 240/6 240/8
247/1 247/20 248/24
249/11 255/2 255/15
256/3 263/5 264/9
267/23 269/9 269/11
269/13 270/11 271/23
273/12 274/7 274/11
275/17 275/18 280/15

questioning [3] 91/6
176/6 267/20
questions [6] 90/24
118/25 119/3 170/2
207/9 250/21
queue [1] 71/16
quick [3] 70/13
71/12 261/6
quickly [6] 25/2
41/22 71/13 76/1
82/20 109/21
quirks [1] 23/25
quite [3] 144/21
202/4 261/15

**R**

race [7] 46/25 61/13
61/14 64/19 64/22
65/5 68/6
racing [1] 205/18
radio [8] 112/11
117/3 182/9 198/17
198/17 200/16 200/25
282/1
raided [1] 195/6
raids [1] 178/21
Rail [1] 73/16
raise [1] 9/1
raised [1] 116/1
raising [1] 5/11
rallies [12] 48/4
51/24 52/6 60/14
67/25 214/9 215/20
215/25 219/15 222/4
225/18 229/4
rally [36] 50/10
50/14 51/10 52/6 53/1
53/21 54/13 55/16
56/19 57/10 58/17
58/25 59/25 61/21
62/6 221/11 221/11
221/18 222/12 223/6
223/9 223/15 223/19
223/21 224/19 224/19
224/23 224/25 225/6
227/9 227/11 227/15
228/2 228/6 228/14
229/9
ramp [1] 71/15
rare [1] 176/25
Rassie [2] 282/15
282/15
Rat [1] 40/17
rate [1] 202/2
rather [1] 92/10
rating [1] 179/2
Raul [1] 199/2
re [2] 216/13 243/21
re-ask [1] 216/13
re-read [1] 243/21
reach [1] 94/19
reached [1] 173/24

react [1] 127/19
reaction [1] 127/14
reactivate [2] 87/22
88/10
reactivated [5]
87/23 88/4 88/5 88/16
132/15
read [15] 67/5 118/2
194/14 198/19 199/13
211/10 235/19 235/19
236/10 236/13 243/21
244/4 253/21 279/17
281/25
reading [7] 17/6
90/4 160/13 199/1
199/19 199/25 278/23
reads [1] 280/4
ready [4] 4/7 87/25
88/2 207/24
real [15] 22/2 22/3
22/5 22/11 23/12
23/16 23/17 24/16
60/24 64/24 80/22
114/17 220/17 220/18
231/14
realize [1] 110/2
realized [3] 31/11
40/19 50/20
really [28] 23/22
27/25 28/3 31/8 32/15
32/15 33/9 40/11 41/6
45/4 45/10 60/16
63/20 80/23 83/7
83/19 164/18 173/23
175/14 182/10 187/3
202/7 205/22 206/24
206/24 240/16 248/25
253/24
realm [1] 23/7
Realty [2] 102/25
103/2
reason [12] 126/8
126/14 137/10 173/9
173/10 182/4 207/2
224/9 236/25 237/2
265/25 277/10
reasons [2] 154/14
173/5
recall [22] 6/13
100/25 101/1 104/5
176/18 187/23 209/10
210/4 210/10 212/5
212/11 212/16 212/18
212/21 215/25 222/9
250/6 272/7 272/8
272/11 274/4 276/18
receive [6] 103/11
104/1 105/12 124/16
139/9 241/18
received [53] 3/5
3/15 7/9 26/6 28/22
33/23 34/5 34/16

34/20 34/24 36/24
39/23 51/22 54/8
57/22 57/25 66/14
67/3 74/11 86/1 98/9
99/23 100/14 102/15
103/24 107/6 123/3
135/15 137/23 141/5
144/2 176/16 178/14
184/21 186/2 194/12
217/13 235/18 241/13
241/14 245/13 249/20
250/3 252/15 263/1
264/15 266/13 269/6
272/20 273/23 275/24
276/5 277/3
receiving [1] 245/16
recently [1] 179/2
recertification [2]
77/5 77/7
recess [11] 90/1
90/14 90/16 119/22
168/12 168/19 168/20
207/22 261/7 280/15
281/23
recipient [2] 66/8
66/10
recision [1] 277/11
recognize [43]
25/25 35/7 48/25
49/24 51/5 52/12
52/13 57/3 66/2 72/5
84/10 98/22 102/18
102/19 103/1 103/6
118/22 118/23 122/2
129/7 137/25 143/12
171/16 174/11 184/2
184/23 198/14 236/19
238/4 245/25 257/12
258/11 258/14 259/2
263/8 263/10 263/12
264/22 265/6 266/5
268/14 268/24 269/21
recognized [6]
33/20 33/22 40/15
258/20 263/22 263/23
recollection [5]
48/18 212/2 233/23
242/19 242/21
reconstruction [1]
100/23
record [10] 4/16
85/13 85/22 98/11
153/17 171/9 201/8
201/10 203/12 262/4
records [7] 15/13
15/20 16/2 17/19
17/20 17/22 91/23
recovery [1] 6/19
RECROSS [1] 3/3
red [5] 54/25 55/9
143/20 144/12 145/8
145/10

red-lined [1] 143/20
redirect [3] 3/3 7/22
218/11
reference [5] 137/6
140/20 195/1 235/22
236/3
referenced [2]
192/23 194/16
references [1]
145/19
referring [8] 67/9
138/23 146/7 196/3
199/3 199/10 200/4
251/6
refinance [1] 280/2
refinancing [2]
279/23 279/24
reflect [2] 84/18
258/5
reflected [4] 72/18
73/22 87/23 194/21
reflects [2] 84/21
132/2
refresh [4] 106/3
233/23 242/19 242/21
refreshed [1] 212/2
regard [1] 9/20
regarding [2] 194/16
196/8
regards [1] 10/9
regime [7] 27/10
114/5 114/9 117/9
154/24 191/13 200/17
regional [1] 38/12
regions [1] 38/12
Regulato [1] 42/10
reimburse [1]
148/23
reinforcement [1]
253/19
reject [1] 11/15
rejected [1] 8/6
related [5] 8/14
153/15 153/19 162/20
250/21
relates [1] 171/10
Relating [2] 119/17
164/15
relation [1] 131/2
relations [1] 171/7
relationship [8]
113/14 152/4 154/7
154/10 154/12 155/4
166/18 166/25
relationships [3]
154/2 189/19 190/7
release [4] 180/8
193/6 280/18 280/22
relevance [24]
34/11 34/12 35/18
178/15 217/2 219/5
219/25 220/5 221/2

**R**

**relevance... [15]**
221/8 221/25 225/8
225/20 226/4 226/21
227/5 235/7 246/12
255/1 255/18 258/16
260/7 273/3 276/7
**relevant [1]** 99/18
**rely [3]** 14/4 80/18
81/2
**relying [1]** 12/12
**remain [2]** 178/7
207/24
**remained [1]** 127/17
**remarks [1]** 274/17
**remember [17]**
27/25 35/2 81/6
130/14 131/13 133/22
142/25 173/11 194/4
195/23 224/3 227/19
254/19 257/22 260/18
260/20 274/5
**remind [4]** 123/20
127/5 131/25 271/22
**reminder [1]** 171/4
**remodel [3]** 86/15
251/23 267/16
**remodeling [7]**
74/17 78/14 86/14
132/18 243/16 244/6
252/3
**remove [5]** 101/1
105/8 105/9 178/22
252/18
**removed [7]** 106/2
106/10 134/9 194/18
233/24 240/12 240/14
**removing [4]** 101/21
102/3 104/20 240/3
**renders [1]** 236/8
**Rene [1]** 142/4
**renegotiating [1]**
152/15
**renew [4]** 85/15
86/6 86/6 88/6
**renewals [1]** 91/25
**renewed [1]** 132/14
**renewing [1]** 133/20
**renovate [3]** 232/2
235/3 235/6
**renovated [1]** 70/9
**renovating [4]** 89/5
106/15 108/9 256/11
**renovation [3]** 89/10
102/6 268/3
**renovations [3]**
255/23 256/6 259/7
**rent [7]** 41/4 142/11
145/25 147/21 147/23
172/3 178/22
**rental [1]** 21/13

**rented [2]** 49/20
52/20
**reopened [2]** 7/23
178/10
**repair [11]** 74/17
82/19 243/16 244/2
245/1 249/14 249/16
250/5 252/3 253/19
267/16
**repairs [8]** 78/14
86/14 87/4 132/18
132/19 132/21 251/24
280/24
**repeat [5]** 55/15
156/15 229/6 240/8
274/19
**repeated [1]** 156/2
**repeatedly [4]** 8/10
14/11 17/18 147/3
**repercussions [2]**
195/5 195/7
**rephrase [9]** 30/18
45/22 63/24 89/12
114/22 114/24 147/12
225/14 233/8
**replace [2]** 239/22
252/18
**replacing [2]** 253/2
253/4
**report [9]** 7/9 72/12
192/13 192/16 217/15
218/7 218/16 219/2
250/24
**reported [2]** 152/16
219/23
**Reporter [1]** 282/16
**reports [2]** 7/3
216/20
**represent [1]** 35/24
**representation [2]**
27/22 32/17
**representatives [1]**
275/5
**representing [1]**
244/9
**reputation [21]**
63/13 63/23 112/19
115/7 116/9 153/11
154/16 158/2 158/23
158/24 159/9 160/2
169/25 170/1 170/5
171/6 171/11 175/24
191/11 191/12 212/13
**reputational [4]**
8/18 116/17 118/15
119/19
**request [8]** 12/7
12/8 12/14 12/16
12/17 12/22 12/24
217/10
**requested [2]** 14/9
17/13

**requests [2]** 12/19
173/23
**require [2]** 16/17
107/10
**required [10]** 5/22
10/1 16/13 71/11
152/24 216/20 232/19
235/14 235/24 250/9
**requirement [1]**
228/9
**requires [5]** 12/21
14/3 46/16 233/15
233/16
**requiring [1]** 5/23
**rescinded [5]** 139/19
276/9 276/17 277/6
277/10
**rescinding [1]**
141/22
**research [1]** 193/12
**reset [1]** 58/24
**resident [4]** 64/20
65/13 65/17 65/25
**residential [1]** 30/3
**residents [3]** 23/3
64/21 226/13
**residents' [1]** 23/9
**resolution [1]** 197/5
**resolve [2]** 91/11
92/16
**resources [1]** 9/13
**respect [37]** 5/9
5/19 6/1 6/8 6/20 7/2
8/12 19/11 91/1 93/11
93/18 99/16 135/5
140/6 141/10 146/23
157/8 169/4 169/21
197/3 198/9 202/17
205/12 217/6 227/9
229/3 231/7 231/10
243/6 250/13 263/16
274/2 275/2 276/6
279/23 281/2 281/6
**respectfully [1]**
261/24
**respond [1]** 240/7
**responding [1]**
118/16
**responsible [1]**
145/24
**responsive [10]**
13/17 30/16 46/3
155/17 179/4 183/18
188/3 190/6 190/17
205/15
**rest [6]** 15/3 20/17
79/13 199/13 205/18
236/13
**restaurant [15]**
21/25 22/1 43/10 44/8
79/17 80/5 135/16
135/22 136/2 137/1

137/6 137/13 163/1
175/10 178/24
**restaurant/bar [1]**
135/16
**restoration [10]**
42/25 87/3 132/19
132/20 132/25 133/1
235/4 259/15 259/24
268/6
**restore [3]** 79/23
101/20 130/25
**restoring [1]** 248/14
**restroom [2]** 168/11
168/17
**resubmit [1]** 70/22
**result [19]** 18/14
111/25 150/13 151/5
152/22 153/4 155/5
155/13 155/20 160/3
161/7 161/19 169/9
172/9 173/13 197/5
203/16 204/21 209/6
**resulting [1]** 17/1
**results [1]** 230/2
**retail [2]** 21/3
187/21
**retaliation [4]** 62/14
62/16 209/6 215/17
**retaliatory [1]** 5/16
**retribution [1]** 183/1
**return [1]** 119/12
**returns [4]** 10/15
11/12 119/11 119/12
**revenue [3]** 145/25
150/13 158/6
**reversed [1]** 276/9
**reversible [2]** 8/3
12/4
**review [14]** 15/5
70/18 70/19 74/20
74/21 109/10 111/11
127/3 137/11 138/8
142/21 194/25 218/6
230/16
**reviewed [5]** 109/20
125/12 127/2 215/11
276/16
**reviewer [1]** 136/25
**reviews [5]** 84/22
86/19 109/9 109/13
109/14
**revision [2]** 105/25
137/12
**revisions [7]** 107/9
136/6 136/8 136/8
136/9 136/9 174/3
**revitalize [1]** 32/7
**revocation [2]** 146/1
173/4
**revoked [2]** 72/10
172/21
**revoking [1]** 173/10

**rhumba [3]** 45/2
45/3 73/13
**ribbon [1]** 42/8
**rich [2]** 45/9 45/10
**right [141]** 5/3 8/4
13/5 13/11 18/19
23/21 23/25 27/2
27/20 28/21 29/20
31/13 31/21 35/21
35/23 36/20 37/9
39/20 40/19 41/8
41/23 42/18 43/3
45/11 46/15 49/8
50/16 54/13 55/24
61/14 62/7 63/24
66/19 66/22 68/21
68/23 72/1 72/21
73/16 74/7 76/10
77/17 81/6 81/11
85/17 86/17 90/12
90/13 91/11 95/18
97/5 99/20 100/5
104/14 106/6 106/8
109/8 111/10 114/20
117/18 118/1 119/7
120/8 122/25 124/10
128/25 129/2 130/24
134/1 134/5 137/21
138/17 139/8 143/6
151/15 153/12 157/12
160/19 161/23 164/25
167/20 167/21 168/4
168/14 169/13 169/23
170/5 170/19 170/22
171/2 171/7 173/7
174/4 174/18 180/21
182/24 184/18 185/1
186/8 187/12 187/13
187/16 193/20 194/1
198/25 207/13 208/4
208/14 209/25 211/9
211/23 212/3 222/20
229/17 232/18 233/24
235/9 235/15 236/3
242/12 242/13 243/14
246/17 249/24 253/17
260/22 261/1 261/7
262/20 263/6 264/21
264/25 265/5 265/18
266/12 269/13 271/24
272/23 277/2 278/25
281/13
**rights [2]** 61/6
182/24
**ripped [1]** 237/19
**rise [12]** 4/8 90/7
95/16 117/23 120/6
168/15 170/24 207/16
208/1 261/9 262/18
282/4
**Rita [4]** 91/8 91/8
95/15 170/22

**R**

**river [2]** 29/18 74/15
**RMR [1]** 282/15
**RMR-CRR [1]** 282/15
**Roads [1]** 29/9
**Rock [1]** 44/24
**RODNEY [2]** 1/8
282/16
**role [1]** 47/1
**roof [2]** 78/14
106/19
**roofing [3]** 240/25
253/2 253/4
**room [14]** 6/15
79/19 80/2 101/19
101/19 120/24 121/1
238/15 240/2 244/11
265/1 266/1 266/21
282/17
**rooms [9]** 79/20
79/20 98/1 98/1
101/19 101/22 238/19
249/17 266/3
**root [1]** 164/18
**roots [1]** 45/4
**Rosa [1]** 69/13
**Rossana [1]** 4/17
**rotate [1]** 251/10
**rough [2]** 130/2
177/3
**roughly [1]** 24/9
**round [1]** 109/13
**rounds [1]** 109/14
**ruffle [1]** 30/24
**rule [10]** 5/22 7/12
10/21 12/10 12/11
12/21 14/3 16/3 93/4
138/13
**rules [3]** 10/23
152/24 231/15
**ruling [1]** 273/8
**rulings [1]** 281/12
**rum [4]** 160/25 161/2
162/6 177/1
**rumblings [1]** 159/7
**run [8]** 27/21 38/11
69/6 82/14 135/4
179/8 256/6 257/18
**runner [1]** 22/1
**running [5]** 45/24
97/5 124/17 125/9
125/11
**runoff [10]** 47/10
47/12 47/13 47/14
66/7 123/20 123/25
206/14 212/15 216/16
**runoffs [1]** 50/19
**runs [1]** 78/22

**S**

**S.E [1]** 1/19
**s: [1]** 282/15

**safe [1]** 27/4
**safety [1]** 204/25
**said [50]** 14/13
24/18 32/21 50/22
50/24 60/11 65/1 67/8
86/9 90/6 95/3 113/24
120/22 125/12 127/3
148/25 152/17 155/15
170/12 173/25 186/10
186/13 193/13 195/22
198/8 199/14 200/25
212/12 214/20 214/22
215/18 217/9 219/13
222/6 222/6 230/8
230/10 230/20 232/11
233/1 234/15 234/15
234/22 247/2 262/16
263/22 270/14 274/19
281/17 281/23
**sale [1]** 228/18
**sales [1]** 14/18
**same [41]** 7/7 18/11
22/12 23/11 23/17
34/23 36/18 47/3
59/15 65/19 77/18
78/1 81/19 82/12
85/18 94/8 97/21
104/17 107/7 109/15
126/11 132/5 133/17
136/3 143/4 167/1
167/9 182/7 189/5
193/7 193/9 212/19
220/11 256/10 256/15
259/17 265/22 265/22
265/25 266/1 266/2
**Sanchez [1]** 46/18
**sandbag [1]** 19/4
**sandwich [1]** 163/1
**Sanguich [9]** 69/14
146/15 146/18 147/25
163/1 178/3 178/9
178/14 178/17
**Sarnoff [2]** 1/21
4/21
**sat [1]** 22/22
**satellite [1]** 179/25
**satisfy [1]** 254/2
**satisfying [1]** 108/3
**Saturday [4]** 22/8
50/17 51/11 52/25
**save [1]** 218/4
**saved [1]** 66/11
**saw [18]** 32/16
41/11 41/13 56/8
56/15 56/15 67/7 69/1
69/3 79/18 141/8
177/3 177/10 226/7
227/3 253/3 253/22
271/15
**say [38]** 11/23 14/5
14/16 15/17 16/1
16/16 16/21 17/7

17/10 18/4 21/6 21/7
26/19 28/6 29/12
31/20 31/23 34/25
60/13 61/17 75/10
111/18 116/3 116/4
144/13 164/1 169/21
213/25 220/18 223/20
223/21 224/7 224/20
226/17 228/2 260/5
273/11 279/17
**saying [23]** 7/20
8/10 19/11 60/8 83/6
90/5 112/16 112/17
112/17 112/20 112/21
112/22 112/23 113/10
147/11 167/14 169/16
191/4 191/8 195/6
248/17 253/14 254/19
**says [75]** 9/10 9/18
16/5 16/24 17/2 17/4
18/18 24/18 24/19
29/6 35/3 35/25 54/25
55/20 58/3 58/4 60/25
67/6 67/7 72/9 72/9
74/25 75/9 75/17
75/19 86/11 86/25
87/2 87/6 88/1 96/19
99/4 100/11 102/23
103/4 122/8 122/18
132/22 138/22 144/12
156/21 194/16 196/9
199/3 200/4 210/25
211/7 211/9 213/6
213/16 213/16 213/17
215/9 223/11 232/19
235/23 236/3 236/7
242/21 243/13 243/21
244/1 244/1 244/11
245/15 251/22 252/18
252/23 263/14 267/9
272/15 272/16 277/23
277/24 279/3
**scabs [1]** 203/18
**scaffolding [9]**
130/6 131/2 131/10
132/23 132/24 133/11
133/24 133/25 134/2
**scaffolds [1]** 131/1
**Schechtman [4]**
83/16 83/18 83/18
83/22
**schedule [2]** 234/3
234/4
**school [5]** 22/6 22/9
68/21 77/1 77/2
**scope [45]** 32/3 33/1
41/18 63/4 70/14
71/14 74/5 81/13
101/10 105/20 105/22
110/21 112/12 113/2
115/15 117/15 131/19
132/6 132/8 133/24

136/5 137/15 146/19
154/6 155/1 158/7
177/15 179/17 188/23
197/11 207/7 245/5
254/20 255/7 255/19
258/8 258/17 260/8
261/5 268/10 273/4
274/12 278/10 280/12
281/11
**SCOTT [2]** 2/2 2/2
**scratching [1]**
261/16
**screen [41]** 25/20
28/12 29/11 34/3 35/8
35/12 35/23 38/15
39/4 40/13 40/23 43/8
43/24 44/4 51/5 53/17
54/11 57/3 66/2 72/21
84/10 87/24 96/14
98/22 122/2 137/21
140/15 140/16 141/7
142/1 143/12 176/10
193/20 209/17 222/9
232/19 233/25 246/13
257/12 265/13 276/25
**screenshot [2]** 51/8
66/5
**screenshots [2]**
35/13 84/14
**scroll [26]** 35/10
36/2 38/3 38/18 38/25
39/5 43/8 49/24 50/7
50/12 58/8 72/17
84/12 89/19 100/10
130/23 176/13 199/25
222/15 248/21 251/8
252/17 252/22 253/1
253/12 264/21
**sculptor [1]** 44/10
**Sean [2]** 186/4 186/4
**search [2]** 72/9
84/19
**season [1]** 194/20
**seat [2]** 4/6 123/23
**seated [9]** 4/6 4/10
95/19 118/13 120/9
171/2 207/24 208/5
262/21
**seating [3]** 174/9
175/7 175/12
**second [31]** 5/14
5/17 5/18 5/19 40/24
56/22 59/25 61/10
74/22 77/1 87/5 101/4
144/22 168/11 185/10
212/20 213/6 215/16
215/24 222/15 236/11
248/11 249/20 249/21
251/25 253/11 259/11
259/13 259/16 279/13
280/3
**secondhand [2]** 41/8

41/23
**secret [2]** 224/2
224/4
**section [15]** 6/10
9/22 16/12 24/15
107/4 132/22 213/21
214/4 232/17 232/18
235/16 235/22 243/13
278/7 279/3
**sections [2]** 107/2
279/17
**secure [1]** 259/18
**secured [1]** 259/23
**see [137]** 7/5 9/17
10/3 14/21 15/5 15/7
29/5 29/12 30/2 31/8
31/22 34/3 37/3 39/4
39/6 40/3 43/14 52/17
52/18 52/22 56/9
56/14 69/7 72/16
74/18 83/1 83/13
87/24 90/4 90/6 92/15
100/13 117/19 117/22
119/20 120/24 132/20
135/9 146/14 162/2
162/3 174/17 179/24
184/9 184/11 184/12
193/16 194/25 204/23
209/25 210/25 211/7
211/17 211/18 213/18
213/21 213/22 213/24
217/19 217/25 218/6
218/16 218/22 222/22
222/24 223/13 223/20
223/23 228/24 232/17
232/18 235/15 235/23
235/24 236/2 236/4
236/9 237/7 237/8
238/8 238/10 238/13
239/9 239/15 239/15
242/8 242/11 242/15
242/17 243/22 244/2
244/6 246/9 246/16
246/20 246/22 247/6
247/12 248/12 248/14
252/18 252/22 252/23
253/11 253/13 253/18
253/20 254/4 265/3
265/18 265/19 265/19
265/21 266/15 266/17
266/21 266/23 267/19
270/17 270/25 271/5
271/12 271/13 272/9
276/25 277/24 278/4
278/5 278/17 279/6
279/7 280/11 280/17
280/19 281/24 282/3
282/6
**seeing [15]** 66/21
69/18 72/11 102/19
139/12 147/9 160/13
179/8 187/2 222/9

**S**

**seeing... [5]** 250/6
260/20 272/7 272/8
274/5
**seek [11]** 9/9 9/19
217/11 249/25 252/11
252/11 258/19 269/15
270/3 273/13 276/22
**seeking [17]** 6/14
6/18 7/14 8/14 15/25
145/10 145/11 147/14
147/17 148/4 148/5
150/17 150/17 153/10
164/13 164/14 243/15
**seemed [1]** 82/14
**seems [1]** 35/13
**seen [16]** 159/19
187/8 207/19 213/12
213/15 224/5 224/6
224/18 224/19 224/24
225/4 231/25 234/4
250/7 250/11 267/11
**sees [1]** 82/25
**selectively [1]** 117/9
**self [1]** 59/19
**Selina [4]** 143/16
281/3 281/4 281/10
**sell [1]** 178/18
**send [6]** 71/4 124/15
175/14 193/24 194/1
194/24
**sending [1]** 91/18
**sends [1]** 138/8
**sensation [1]** 202/8
**sense [1]** 23/21
**sent [10]** 50/10
66/15 91/14 91/16
102/22 102/24 193/22
193/25 241/16 272/20
**sentence [1]** 236/13
**separate [3]** 135/18
135/19 209/2
**separately [1]**
208/22
**September [3]** 13/10
74/18 75/9
**serious [1]** 188/15
**serve [5]** 12/8 12/17
22/21 210/16 210/16
**served [5]** 12/6
195/24 196/6 210/20
210/20
**server [2]** 196/5
210/16
**service [1]** 210/10
**serving [2]** 60/12
210/6
**SESSION [2]** 4/1
120/1
**set [11]** 4/7 32/8
52/20 79/2 131/1

131/2 136/1 136/5
207/12 265/5 265/22
**sets [1]** 279/14
**settlement [1]** 281/9
**seven [3]** 46/1 46/8
198/19
**seventeen [1]** 44/6
**several [4]** 39/9 44/9
77/23 91/13
**sewing [2]** 41/14
41/14
**shaft [1]** 238/15
**shall [7]** 145/24
153/16 203/12 233/24
278/1 280/4 280/18
**shambles [1]** 234/24
**shape [2]** 126/15
234/5
**shaped [1]** 81/21
**share [2]** 58/18
61/13
**shared [3]** 25/3
26/16 83/22
**she [17]** 14/11 20/8
45/20 49/19 49/19
49/19 49/20 84/3 91/8
141/14 181/11 181/13
181/14 181/20 255/5
274/14 276/23
**she's [5]** 8/7 146/7
156/21 182/1 185/13
**shelved [1]** 181/8
**Shenandoah [1]**
29/9
**shield [1]** 17/11
**shipping [3]** 171/20
171/24 178/22
**shirt [4]** 67/8 67/9
185/12 227/18
**shop [5]** 42/17 50/4
50/5 181/15 227/2
**shopping [4]** 42/18
76/21 76/22 76/23
**shops [4]** 31/25
31/25 44/6 73/10
**short [14]** 52/7
59/18 70/3 79/4 90/16
136/23 153/1 167/11
167/11 168/20 178/5
187/3 207/22 208/2
**shortened [1]**
243/25
**shortly [7]** 24/9
24/21 103/11 103/12
106/4 131/12 260/16
**shot [1]** 237/7
**should [21]** 5/16 6/7
7/10 9/8 13/22 15/19
19/1 92/19 115/25
117/17 153/14 167/24
169/3 169/5 170/12
207/1 210/25 240/22

257/7 270/9 274/16
**shoulder [1]** 21/16
**shouldn't [3]** 92/21
92/23 102/2
**show [54]** 25/16
28/8 33/25 35/6 38/3
38/14 44/19 48/15
49/22 51/2 52/8 53/13
58/7 64/15 72/1 84/6
89/19 93/1 95/4 96/11
98/21 121/11 121/23
128/18 130/13 130/24
134/6 137/18 139/24
143/9 159/12 171/12
174/10 176/9 177/21
183/23 192/20 197/5
198/12 198/13 199/2
209/14 210/6 212/2
213/7 224/24 231/21
241/25 249/2 253/3
256/8 257/5 257/8
272/2
**showcase [1]** 28/3
**showcases [1]**
120/25
**showed [25]** 58/16
60/4 60/6 65/21 80/7
110/25 126/21 126/22
141/14 141/24 213/13
225/1 225/23 226/7
227/25 228/1 231/23
241/9 247/17 248/4
248/18 254/6 266/1
276/17 277/8
**showing [6]** 51/8
76/18 94/21 111/3
119/10 265/17
**shown [18]** 63/15
66/23 130/15 134/8
222/8 229/13 241/19
242/5 242/10 250/17
250/18 250/24 251/1
251/4 257/3 257/12
265/13 281/7
**shows [12]** 39/9
88/3 96/16 198/17
200/16 200/25 214/11
225/4 225/18 227/10
228/9 251/25
**shut [28]** 6/17 59/8
59/10 59/23 60/1 60/2
60/3 60/14 60/19 61/2
61/17 62/6 64/11
67/25 90/25 91/3
124/19 145/16 147/22
147/24 162/14 164/5
191/4 228/7 229/4
229/9 229/11 229/12
**shutdown [1]** 59/25
**shuttered [1]** 42/14
**shutting [4]** 164/20
165/2 165/8 165/21

**SHUTTS [1]** 1/20
**side [12]** 5/21 31/9
58/2 69/15 69/16
69/17 79/1 79/3 81/1
81/1 109/10 265/19
**sidebar [10]** 5/2
43/21 93/3 114/19
163/9 164/12 168/22
172/6 202/13 203/2
**sidewalk [4]** 69/10
69/20 128/7 134/1
**sign [5]** 41/4 50/6
55/25 214/13 227/3
**signature [4]** 57/25
211/19 242/12 242/13
**signed [14]** 40/18
100/11 100/11 135/20
135/25 140/9 142/4
142/14 142/24 152/5
152/6 161/9 213/20
215/12
**significant [3]** 47/9
56/19 109/19
**significantly [1]**
136/6
**signing [1]** 23/14
**signs [1]** 56/17
**silver [2]** 167/4
167/5
**similar [2]** 102/19
141/23
**simple [2]** 68/10
182/23
**simply [1]** 212/14
**simultaneously [1]**
256/15
**since [11]** 25/15
77/9 83/17 89/9 110/7
153/20 178/25 187/3
188/22 189/4 195/21
**sincere [1]** 159/12
**single [3]** 14/14
99/16 187/21
**singular [1]** 146/8
**sir [139]** 11/20 14/23
20/11 56/12 116/4
129/7 164/16 168/17
209/20 211/4 211/7
211/17 211/19 212/21
213/2 213/12 213/18
214/2 214/13 215/20
218/12 219/11 220/10
221/24 223/13 223/17
224/2 224/16 224/21
224/25 225/6 225/19
226/3 226/9 227/16
228/8 228/15 229/5
229/15 230/9 231/4
231/22 232/4 232/18
233/6 234/14 236/5
236/9 236/19 237/8
237/20 238/11 239/6

239/11 239/15 239/23
240/4 240/13 241/15
241/22 242/17 243/3
243/8 243/17 244/2
244/7 244/19 245/14
245/17 246/7 246/19
246/24 247/2 247/7
247/12 247/15 247/24
248/16 250/19 250/25
251/17 251/21 252/22
253/5 253/8 253/20
253/23 254/7 254/18
255/6 255/24 256/7
256/10 256/22 257/21
259/4 259/8 259/14
259/19 259/22 260/13
260/17 262/10 263/2
264/2 264/23 265/4
265/20 265/23 266/6
266/17 266/22 267/1
267/12 267/13 268/5
268/19 268/25 269/25
270/8 270/20 271/19
272/7 274/4 274/24
275/7 275/22 276/18
277/7 277/13 277/18
278/4 278/17 279/6
279/9 279/16 279/25
280/25 281/23
**sit [5]** 13/21 139/2
170/4 202/4 202/9
**site [4]** 53/23 240/24
256/21 271/19
**sites [1]** 50/21
**sits [2]** 77/17 139/4
**sitting [5]** 226/14
227/2 227/2 238/9
261/2
**situation [7]** 7/19
59/15 71/13 82/19
137/12 167/11 167/13
**situations [2]** 83/20
166/10
**six [10]** 49/7 86/5
87/18 88/3 88/4 88/6
88/10 88/21 89/2 89/7
**sixth [2]** 225/21
232/8
**skin [4]** 18/7 202/11
202/17 203/17
**skylights [1]** 42/1
**slap [1]** 183/14
**slash [1]** 244/1
**sleep [5]** 18/11
205/6 205/13 205/17
205/22
**sleeping [2]** 205/13
205/19
**sleepless [1]** 156/19
**slides [1]** 176/14
**small [5]** 21/1 36/15
47/8 181/14 199/22

**S**

**smaller [1]** 100/8
**smelted [1]** 169/5
**SMITH [3]** 1/8 4/14
282/16
**Smithsonian [1]**
179/25
**snowboard [2]**
21/12 21/12
**snowboarder [1]**
167/13
**snowboarding [1]**
21/9
**so [410]**
**soccer [1]** 68/21
**social [1]** 48/3
**sold [2]** 81/20
181/15
**sole [1]** 159/15
**solely [3]** 119/18
145/24 153/10
**solemnly [1]** 177/21
**solve [1]** 173/19
**some [55]** 5/1 20/18
24/13 26/19 29/12
33/5 33/18 36/4 38/4
38/14 38/24 47/25
52/21 69/8 69/13
71/13 71/14 71/19
82/15 89/23 91/23
92/11 99/17 109/7
111/15 113/13 121/12
128/2 130/25 137/11
140/7 145/11 151/22
166/8 182/12 190/14
201/16 203/6 212/24
238/9 238/18 239/7
239/10 239/21 240/25
240/25 249/15 249/16
249/16 253/22 257/14
260/11 265/3 271/6
279/22
**somebody [4]** 52/16
56/5 58/15 227/2
**somebody's [2]** 51/8
204/23
**someone [2]** 160/22
275/8
**something [22]**
18/10 21/14 40/4
40/10 51/11 92/22
92/23 92/24 162/21
165/13 173/22 181/16
189/8 189/12 191/2
198/23 199/24 212/18
213/1 221/14 241/25
252/23
**sometime [1]** 5/25
**sometimes [13]**
70/19 81/5 81/7 81/8
81/8 81/12 81/14

81/16 88/8 88/9 88/11
88/12 167/8
**somewhat [1]** 81/15
**son [2]** 21/21 83/17
**soon [2]** 43/16 102/4
**sorry [33]** 32/8
49/14 55/15 77/14
84/3 89/2 91/9 103/18
118/13 131/21 134/25
154/11 173/25 175/10
182/15 185/8 196/4
197/18 207/5 207/18
216/4 217/18 239/20
248/9 254/13 259/17
263/9 264/5 264/10
265/11 277/1 278/18
278/22
**sort [7]** 96/9 129/18
137/11 212/25 240/25
240/25 271/6
**sorts [2]** 82/17
270/18
**sound [1]** 192/5
**sounds [2]** 112/20
264/13
**south [3]** 2/3 25/5
76/24
**southern [2]** 1/1
29/19
**space [10]** 40/2
40/13 40/14 49/20
80/2 82/24 135/20
142/16 178/23 187/20
**spaces [7]** 42/11
42/11 80/2 97/7 97/8
97/25 127/11
**span [1]** 45/4
**Spanish [3]** 22/16
198/17 199/2
**speak [10]** 22/16
116/1 164/16 170/7
170/8 170/18 172/1
185/21 185/23 260/19
**speakers [1]** 52/21
**speaking [8]** 112/11
198/25 199/2 199/14
199/16 199/17 226/13
273/10
**speaks [1]** 170/1
**special [9]** 58/5 73/1
76/2 81/25 121/21
122/5 228/8 228/9
228/10
**specific [5]** 72/16
118/9 133/5 162/7
171/25
**specifically [8]** 5/16
10/9 15/14 17/16
18/18 31/5 59/2
173/22
**specificity [1]**
131/18

**specified [2]** 198/10
211/16
**spectacular [2]**
162/22 190/8
**speculate [2]** 116/24
147/18
**speculating [11]**
113/3 136/16 138/15
139/4 159/22 165/17
175/19 177/23 180/19
185/4 187/6
**speculation [44]**
18/10 37/15 37/21
61/19 62/17 65/6
67/10 68/1 82/3
104/10 107/14 108/18
109/23 110/5 111/6
112/3 116/11 136/21
138/24 146/24 149/5
155/1 156/12 159/2
161/12 161/16 163/23
172/18 176/23 178/11
181/2 181/25 185/17
186/18 197/24 199/6
199/11 200/6 200/20
204/10 206/22 229/20
258/7 272/22
**speech [10]** 5/17
34/25 61/3 209/6
209/7 212/24 212/25
214/8 215/16 215/24
**spells [1]** 38/22
**spend [1]** 178/23
**spending [1]** 166/10
**spends [1]** 196/21
**spent [4]** 11/8 61/12
68/19 79/3
**spices [1]** 41/15
**spigot [2]** 271/6
271/12
**spirit [1]** 128/17
**split [2]** 24/19
198/23
**spoke [4]** 141/24
260/16 260/19 274/10
**spoken [1]** 213/1
**sports [2]** 21/3 68/20
**spot [1]** 43/15
**spreads [1]** 203/19
**spreadsheet [2]**
95/6 95/9
**springboard [1]**
18/25
**square [8]** 28/7
29/21 29/25 31/17
42/4 42/5 106/21
106/22
**squares [2]** 40/8
40/8
**Stadium [2]** 25/6
25/8
**stages [1]** 87/12

**stairwell [1]** 239/14
**stakeholder [1]**
193/25
**stakeholders [2]**
64/23 65/4
**stall [1]** 172/2
**stalls [1]** 172/3
**stand [1]** 5/1
**standard [1]** 9/4
**standing [6]** 128/6
128/6 184/6 184/7
184/13 187/12
**stands [1]** 243/24
**start [14]** 36/25
39/11 100/23 101/5
101/23 121/3 135/2
143/3 158/2 158/4
164/19 198/18 216/24
281/21
**started [32]** 18/5
23/1 26/12 26/14
26/18 31/23 33/17
40/7 42/3 59/1 89/9
99/25 102/6 106/15
107/3 107/3 108/12
109/10 109/21 110/16
111/12 136/8 142/17
175/25 180/3 241/24
242/24 248/11 248/12
252/21 262/1 262/3
**starting [12]** 4/15
31/21 83/13 93/9
108/8 108/11 110/19
113/17 146/3 153/8
241/20 246/2
**starts [2]** 109/11
203/19
**stas [1]** 191/17
**state [10]** 4/15
101/21 154/12 154/13
177/3 179/8 215/2
232/4 258/5 278/3
**stated [4]** 96/8
153/9 173/9 211/13
**statement [9]**
139/22 168/4 169/4
169/7 169/11 183/9
212/5 224/1 267/23
**statements [3]**
163/24 198/5 223/24
**states [8]** 1/1 1/9
7/14 20/14 182/25
196/7 211/24 279/3
**stating [2]** 212/11
219/7
**station [2]** 73/15
73/17
**status [5]** 72/10
74/25 88/2 96/17
96/20
**stay [5]** 20/17 86/4
86/6 130/24 134/11

**stayed [3]** 134/13
260/24
**staying [2]** 21/17
97/25
**steel [1]** 82/23
**stellar [2]** 112/18
158/24
**step [3]** 70/24
158/19 230/12
**stepfather [1]**
182/11
**Steve [3]** 59/2 59/4
186/3
**Steven [1]** 62/5
**stigma [1]** 190/22
**still [23]** 12/23 13/3
24/14 38/12 59/16
59/17 60/1 76/7
106/16 125/25 137/13
181/20 182/1 230/1
255/23 256/6 256/10
256/21 259/7 259/12
259/12 259/17 259/21
**stood [1]** 177/21
**stop [23]** 49/25
60/13 88/13 104/1
104/5 104/16 105/12
106/1 106/1 106/7
106/9 198/25 236/4
236/4 236/8 242/12
245/13 250/9 263/1
263/16 266/16 272/4
274/2
**stopped [3]** 25/14
60/12 183/16
**stopping [1]** 281/16
**store [7]** 21/3 41/23
41/24 42/4 42/6 149/2
172/1
**stories [27]** 83/22
83/22 120/16 120/17
121/10 123/6 124/3
124/17 124/19 125/9
125/11 130/11 254/13
254/16 255/5 255/12
255/22 256/5 256/15
257/4 257/15 257/18
257/24 264/23 265/23
270/7 270/7
**story [7]** 43/2 76/23
79/19 136/23 142/14
187/13 187/21
**street [75]** 1/16 1/19
29/21 29/23 29/24
30/2 31/2 31/2 31/3
31/3 31/3 31/15 37/7
37/10 38/8 42/11
42/11 43/3 44/2 44/12
44/13 44/22 49/15
49/15 50/5 52/16
56/16 60/10 60/11
69/10 69/19 72/24

**S**

**street... [43]** 73/1
73/4 73/9 73/10 73/16
73/17 75/20 76/17
76/24 76/25 77/16
78/22 79/3 79/5 79/5
79/7 79/11 79/11
79/16 81/20 84/20
86/10 99/5 102/25
112/23 123/17 123/18
128/7 133/10 133/13
141/19 142/4 171/20
174/16 176/25 186/2
187/5 192/19 192/23
193/15 251/5 261/2
272/16

**streets [5]** 23/8 28/2
30/20 46/21 191/19

**strengths [2]** 70/5
70/6

**stress [7]** 9/5 16/19
18/2 18/9 156/9 166/7
201/20

**stricken [14]** 115/22
115/24 153/16 169/3
169/22 171/9 173/2
203/11 236/17 263/6
267/25 270/12 270/14
271/3

**strict [1]** 159/5

**strike [29]** 5/21 8/7
13/16 14/11 17/16
63/17 115/20 117/5
128/9 161/15 165/4
167/25 169/19 173/1
179/3 183/9 195/11
203/10 224/11 236/16
237/1 254/24 257/3
263/4 267/22 270/10
271/1 271/23 273/13

**structural [5]** 86/23
87/3 132/19 132/20
253/19

**structure [9]** 83/2
106/22 176/18 177/25
236/9 272/6 275/6
280/7 280/18

**structured [1]** 10/19

**Structures [17]**
138/3 138/4 138/7
138/10 138/19 138/22
139/3 139/20 140/19
141/8 141/23 142/3
142/5 274/10 275/9
276/1 277/6

**students [1]** 77/2

**studio [2]** 44/9 82/25

**studying [2]** 20/22
20/23

**stuff [4]** 14/6 99/18
101/15 113/10

**style [1]** 48/7

**Suarez [1]** 1/12

**Subject [1]** 194/16

**submit [8]** 94/3 99/2
99/25 100/7 111/9
118/4 194/15 230/13

**submitted [5]** 70/18
100/24 101/23 111/4
137/4

**submitting [1]** 109/9

**subsequent [1]**
104/1

**subsequently [1]**
279/5

**substantial [2]** 9/13
243/7

**suburbs [1]** 30/5

**successful [4]** 24/22
59/24 178/9 178/18

**such [3]** 36/11 169/6
169/11

**sue [1]** 221/24

**sued [3]** 158/5 221/7
221/24

**suffer [2]** 172/9
173/12

**suffered [6]** 6/17
6/23 7/1 153/5 153/19
204/15

**suffering [1]** 163/12

**suing [3]** 6/21
208/20 208/24

**Suite [5]** 1/13 1/16
1/19 1/21 2/3

**sum [1]** 280/6

**summary [5]** 6/5
10/23 10/24 11/2
118/4

**summers [1]** 21/2

**Sunday [1]** 50/17

**super [2]** 71/18
167/3

**Superstore [1]**
38/10

**support [22]** 9/23
14/17 16/9 47/14
47/21 48/1 48/6
110/25 111/3 111/25
118/19 118/20 139/22
157/13 163/24 182/25
206/14 206/20 212/14
215/19 219/14 224/2

**supported [3]** 47/15
216/2 216/3

**supporter [1]** 191/13

**supporting [7]** 48/9
48/12 67/21 67/22
68/5 68/17 214/8

**supports [1]** 10/22

**supposed [3]** 52/5
180/10 180/11

**sure [40]** 29/2 30/24

51/21 67/6 71/25
93/19 103/23 104/12
104/13 121/12 127/16
128/3 168/12 168/23
170/2 170/6 171/10
204/22 206/18 209/12
209/13 214/4 214/16
218/24 219/12 220/15
222/6 225/15 228/10
229/8 234/15 235/5
235/20 240/14 245/18
247/16 247/22 253/9
261/8 266/3

**surface [1]** 261/16

**surfer [1]** 167/14

**surgery [3]** 21/16
81/8 81/9

**surprised [1]** 127/16

**surrounding [1]**
194/24

**sustain [7]** 114/23
144/14 169/18 169/22
173/2 224/13 273/11

**sustained [181]**
27/2 30/10 30/18 33/3
35/21 37/16 43/22
54/18 62/1 62/1 62/18
62/22 63/24 65/8
65/15 68/3 83/25 85/5
87/10 88/19 89/12
91/5 94/25 97/14
100/5 101/12 104/11
104/14 104/18 104/25
107/20 108/19 109/1
109/24 110/13 111/23
113/22 115/17 115/19
116/4 123/11 124/24
125/15 128/11 131/20
136/17 137/17 138/17
139/6 139/23 141/16
145/20 146/20 147/1
147/6 147/12 148/9
149/7 150/22 151/13
151/17 152/20 154/8
154/21 155/2 155/10
155/18 156/6 156/24
157/2 158/9 160/16
161/23 162/12 163/10
164/25 165/19 166/22
168/1 172/7 173/7
175/21 176/7 177/8
178/12 179/18 180/21
183/6 183/8 183/19
185/6 185/18 186/14
187/9 188/19 188/25
189/15 189/23 191/9
193/2 195/13 196/1
196/15 197/13 197/25
198/6 199/8 200/14
202/14 202/20 203/3
203/9 203/11 204/2
204/13 204/18 205/2

205/9 206/2 206/11
206/16 207/8 210/8
212/3 213/4 214/25
215/22 216/11 216/23
220/1 220/7 221/4
221/9 222/1 225/9
225/13 226/5 227/13
229/1 230/5 231/12
232/6 233/3 233/21
234/9 235/9 238/2
243/11 243/19 244/22
245/9 245/23 249/10
254/10 254/22 255/9
255/15 255/20 256/19
256/24 258/3 258/9
258/18 258/25 266/19
267/8 267/25 268/12
268/22 270/23 271/3
271/24 272/23 273/5
273/18 276/8 276/11
277/21 278/12 280/14
281/15

**sustaining [1]** 219/8

**SW [34]** 31/2 44/2
44/12 44/22 58/3
72/23 73/1 73/4 73/6
73/9 73/10 73/11
73/17 75/20 76/16
76/24 79/11 79/11
79/16 81/20 84/19
86/9 99/5 102/25
123/18 133/10 133/13
141/19 142/4 171/19
174/16 176/25 251/4
272/16

**sweater [1]** 184/24

**switch [1]** 281/20

**Sword [1]** 17/11

**sworn [1]** 20/1

**symptoms [6]** 15/17
201/16 203/15 204/20
205/5 206/5

**systems [7]** 99/12
106/18 268/4 268/5
268/5 268/15 268/25

**T**

**T-Mobile [1]** 38/17

**T-shirt [1]** 227/18

**table [2]** 157/17
181/16

**tables [2]** 52/19 53/7

**Taco [2]** 38/17 73/2

**take [58]** 10/5 10/9
11/10 11/12 11/14
13/19 26/15 27/23
45/13 47/24 52/13
52/24 70/1 71/22
81/13 89/7 109/10
109/11 111/14 111/17
113/24 134/1 136/19
142/17 142/18 149/20

151/19 162/6 168/12
182/15 189/11 198/8
202/23 202/25 203/6
207/11 212/8 218/25
224/6 233/22 234/23
237/4 241/25 245/3
246/2 249/21 250/20
250/22 252/8 254/12
257/6 259/2 259/25
261/6 265/9 269/20
272/1 281/9

**taken [22]** 26/10
32/13 35/2 42/23
42/24 43/13 70/18
89/9 119/22 129/9
129/21 131/8 131/11
158/3 158/19 175/9
175/10 182/18 205/23
212/7 237/3 257/22

**takes [7]** 71/14 88/9
146/14 146/18 163/18
188/2 202/4

**taking [9]** 110/3
111/12 112/1 129/25
136/13 136/14 142/19
142/20 142/21

**talk [32]** 12/2 17/5
17/24 17/25 18/1
18/12 26/15 26/16
30/12 45/13 71/10
157/4 160/18 164/8
168/7 170/6 170/15
174/6 178/3 179/20
194/2 195/15 195/20
204/20 205/5 208/14
215/16 215/24 221/11
234/12 251/6 260/1

**talked [9]** 136/7
169/1 231/21 234/11
238/14 245/19 254/12
274/1 281/2

**talking [15]** 15/12
25/7 32/9 42/3 91/21
106/21 134/23 136/6
199/21 214/4 251/16
255/11 265/1 273/6
274/16

**talks [4]** 132/8
223/18 232/19 278/8

**tall [1]** 185/10

**tame [1]** 200/11

**tapped [1]** 204/24

**Taquerias [18]** 5/13
6/12 8/9 8/15 43/9
73/6 90/25 137/14
147/25 148/6 163/7
163/7 163/12 164/8
173/12 173/13 173/15
174/4

**Taquerias' [1]** 8/13

**Taquito [6]** 43/25
90/25 174/6 174/8

**T**

Taquito... [2] 174/15 174/24

Taquitos [1] 72/23

target [1] 181/6

targeted [2] 173/15 174/6

targeting [12] 118/17 145/16 145/19 150/7 153/5 174/24 175/23 182/16 201/13 202/16 204/21 212/14

taught [1] 21/12

tax [5] 10/15 11/12 119/10 119/12 119/12

teal [1] 29/6

team [3] 32/25 80/23 179/13

technical [2] 80/24 215/13

technically [1] 215/18

tedious [1] 109/17

tell [25] 7/8 12/1 18/6 19/5 19/7 21/9 22/19 24/8 24/12 32/6 60/17 68/22 72/17 74/13 81/3 95/25 120/22 140/15 145/22 156/19 201/16 206/4 222/8 232/2 238/20

telling [7] 67/15 67/25 79/14 148/4 158/24 162/23 167/20

tells [1] 236/15

ten [20] 7/15 23/2 33/17 42/15 53/7 77/6 77/7 79/22 98/16 120/24 124/2 134/3 136/9 168/13 168/19 191/1 207/14 207/20 207/21 268/7

ten million [1] 7/15

tenant [41] 32/23 36/10 36/10 38/6 38/13 39/14 43/25 49/3 49/19 82/9 82/15 135/20 135/23 136/2 142/8 142/18 143/5 143/16 144/23 145/14 149/6 150/10 150/11 151/6 163/18 172/1 174/8 175/5 178/6 178/7 179/8 181/11 181/12 181/13 181/20 182/2 182/6 187/14 187/15 200/9 235/24

tenant's [1] 145/9

tenants [64] 24/1 36/3 36/4 36/5 36/6 36/7 36/8 36/9 36/13

36/13 36/14 36/14 38/3 38/4 38/4 38/14 38/15 38/17 41/7 44/7 44/16 44/17 44/24 47/25 64/25 73/11 112/24 117/10 146/3 146/3 146/7 146/11 146/23 147/8 147/9 147/10 147/11 147/14 147/17 147/20 147/21 148/4 148/11 148/21 149/10 150/2 160/6 175/5 175/14 176/2 178/4 181/13 181/14 187/20 189/21 190/1 190/7 190/10 190/12 190/21 190/22 190/25 191/1 191/8

tenants' [1] 149/24

tent [2] 52/18 52/19

tenure [1] 193/23

terminated [2] 145/1 152/7

terms [9] 9/16 145/11 145/13 157/7 206/5 278/8 279/3 279/6 279/14

test [3] 9/24 10/18 11/11

testified [28] 6/13 130/16 187/7 213/25 214/21 219/10 219/12 222/4 223/25 225/4 225/17 227/15 227/20 227/25 228/6 229/3 229/8 229/13 230/7 230/11 231/2 234/13 234/17 239/22 241/20 260/22 268/2 275/4

testify [24] 5/10 5/20 6/7 6/16 7/5 8/2 9/4 9/23 10/2 11/1 11/2 11/24 14/23 14/25 15/12 15/15 16/6 18/18 108/25 119/9 119/14 182/3 198/4 227/10

testifying [17] 37/18 56/5 127/24 169/1 169/23 171/5 191/7 215/25 230/3 232/25 240/5 247/1 254/9 255/13 256/18 266/18 268/20

testimony [57] 5/2 5/13 5/19 6/12 8/9 8/15 9/3 10/18 10/24 16/9 16/24 18/22 63/13 63/23 112/20 128/24 149/23 150/16 158/12 169/16 214/24 216/1 221/16 222/10

223/25 224/3 225/24 227/23 228/21 229/9 229/11 230/12 231/6 234/12 234/20 237/15 241/19 242/5 248/22 254/4 254/9 254/14 256/1 256/18 260/1 260/2 260/15 268/2 271/9 274/1 274/22 275/16 275/24 276/16 277/5 277/7 277/20

testing [1] 16/2

Texas [2] 20/14 22/20

text [7] 60/18 66/5 66/8 66/10 66/14 67/5 67/15

than [20] 7/8 46/18 46/18 46/24 50/20 53/8 68/20 89/7 106/25 122/22 124/2 141/2 141/23 142/17 143/4 191/20 201/18 246/10 248/23 249/9

Thank [42] 5/4 8/3 19/12 19/19 19/20 56/12 85/25 90/13 90/15 94/13 95/15 99/20 119/21 148/18 155/11 168/18 170/16 170/17 170/21 170/23 171/12 207/15 208/8 209/23 218/13 218/25 223/3 223/4 242/22 250/2 251/10 252/14 262/15 264/17 264/21 269/17 270/15 274/25 278/20 279/1 282/2 282/6

that [1152]

that's [169] 8/21 12/3 12/3 12/6 12/15 13/9 14/7 16/19 16/22 18/10 18/16 24/6 24/16 26/9 26/9 28/14 29/15 35/23 38/21 40/15 43/2 43/12 44/2 48/11 48/23 49/11 49/13 49/14 49/22 53/3 55/1 55/5 64/9 66/13 66/16 70/24 71/8 72/21 72/22 72/23 73/2 73/10 73/12 74/19 74/22 74/22 75/4 75/13 75/19 75/25 76/13 76/16 76/16 76/23 77/20 78/21 79/2 79/7 80/4 82/19 83/14 88/17 89/6 91/3 91/22 92/22 98/18 100/17 107/10 118/25 119/3

119/20 120/18 121/2 123/8 123/12 123/23 123/24 124/4 126/7 129/20 130/12 131/1 134/10 134/10 134/12 135/15 140/16 141/7 141/19 142/1 144/12 146/13 150/19 152/9 159/15 162/24 170/10 170/15 173/19 174/19 175/12 180/5 180/6 180/7 181/16 181/16 183/1 184/25 185/9 185/13 187/15 196/9 200/3 201/9 201/20 204/6 208/15 208/21 211/19 211/20 214/20 216/16 217/20 217/22 221/13 222/16 222/19 224/22 225/3 227/7 228/10 229/11 231/1 232/25 234/3 234/24 238/18 239/25 242/11 242/12 242/21 243/4 243/25 245/8 245/15 246/6 248/17 251/16 251/22 253/12 257/12 260/14 262/9 263/14 264/8 264/17 265/25 268/16 268/18 271/14 271/17 272/14 278/24 279/8 279/12 281/5 281/22 281/22

theater [9] 31/18 37/11 49/14 78/24 120/18 120/18 120/21 121/20 122/18

theatrical [4] 120/12 120/24 126/10 210/5

their [69] 5/24 5/24 6/17 6/22 6/24 6/25 7/13 7/13 8/7 8/8 9/4 9/5 9/15 9/16 9/22 10/22 11/12 11/14 11/23 12/6 14/4 23/24 39/18 40/6 40/20 41/10 41/11 42/4 52/17 55/25 56/16 57/16 59/19 59/22 66/21 70/19 71/16 83/21 85/3 85/19 90/22 92/4 92/25 93/8 108/23 118/17 122/23 122/23 127/4 127/18 139/11 140/14 140/14 145/15 146/1 146/4 147/15 149/2 149/2 149/19 153/9 155/4 178/19 199/24 204/25 207/19 261/3 276/2 276/2

them [60] 7/1 7/24

10/1 10/2 10/17 12/21 14/3 14/16 17/9 19/14 19/15 19/17 23/5 32/12 33/18 36/6 37/20 40/7 41/13 46/9 46/9 46/22 46/23 47/8 53/7 59/22 60/8 81/1 91/14 91/18 91/20 91/23 93/2 94/11 118/18 125/3 126/25 135/11 135/21 135/21 145/25 145/25 148/23 149/2 152/14 167/7 167/8 173/24 181/6 190/11 190/11 190/11 226/18 226/20 237/24 247/12 251/6 254/17 260/19 260/20

themselves [4] 6/23 16/6 191/3 222/4

then [120] 7/22 9/1 9/5 10/17 12/2 13/6 13/17 15/1 22/2 23/6 24/13 24/14 25/15 28/15 29/17 29/23 31/1 38/17 40/4 40/23 42/23 43/6 43/10 56/22 56/23 58/4 58/18 60/11 69/15 69/15 69/17 70/18 70/23 70/25 71/7 71/7 72/9 74/21 74/23 74/24 75/21 77/1 77/16 79/5 79/18 81/22 82/23 82/25 84/21 87/6 87/16 87/17 87/21 88/1 88/3 88/15 92/5 95/5 96/19 100/20 106/7 107/3 107/4 107/10 109/16 119/9 127/3 136/10 139/11 140/19 158/21 173/24 178/25 184/13 187/15 199/23 213/20 215/14 223/24 228/15 230/16 230/19 230/23 230/24 230/24 231/2 231/3 235/2 236/1 236/7 239/21 241/12 242/15 242/16 242/24 244/1 244/1 249/1 251/6 251/23 252/2 253/17 254/1 259/16 260/16 260/21 262/2 269/20 271/14 272/25 274/1 275/3 275/4 275/12 275/21 276/2 278/7 279/13 280/10 280/23

theory [1] 229/25

there [186] 5/21 6/6 6/9 6/11 7/19 8/5

**T**

**there... [180]** 8/15
9/7 11/12 16/1 16/8
24/14 29/13 30/1
31/23 32/1 33/11 37/9
39/4 40/3 42/11 42/12
44/10 44/11 49/25
52/21 52/23 54/25
55/13 55/16 55/21
58/2 60/6 60/7 63/3
71/23 74/5 74/23
79/15 80/25 81/10
81/14 82/9 82/17
86/12 91/10 92/21
100/16 101/4 101/5
101/18 104/16 110/2
110/24 114/17 117/25
119/12 121/12 122/16
124/14 125/17 127/14
127/17 128/3 129/24
130/4 130/6 130/10
130/24 131/18 133/23
133/25 134/4 134/10
134/13 134/19 134/21
134/25 135/1 135/8
135/18 137/10 137/10
137/11 141/21 141/25
143/4 143/7 143/8
144/22 156/2 168/8
169/3 175/5 175/6
175/7 177/4 180/5
181/14 184/3 184/9
184/10 184/11 184/13
186/9 187/22 187/23
187/23 193/6 195/5
195/7 195/21 196/12
197/15 197/18 197/23
198/8 198/25 200/16
205/11 206/4 206/10
209/21 209/25 210/19
211/19 214/20 215/13
223/11 223/23 225/17
227/9 227/18 227/20
227/21 228/2 228/3
228/7 228/12 228/13
229/18 235/5 235/15
237/7 238/13 238/13
240/23 242/12 242/13
243/7 246/2 246/23
246/24 247/1 247/6
247/9 250/21 251/2
251/22 251/25 253/18
258/22 259/17 259/24
261/3 264/21 264/25
266/3 267/5 267/9
267/16 270/9 271/13
272/5 272/20 272/25
273/25 274/2 275/2
275/4 275/8 275/13
279/22 279/24 281/7
281/9

**there's [82]** 8/5
12/19 18/9 24/12
31/11 37/18 40/2 40/4
52/19 52/21 52/21
54/25 55/5 56/4 69/11
71/17 71/18 73/19
76/2 76/6 78/20 79/7
79/25 81/12 91/2 93/4
94/10 99/17 99/17
100/3 100/9 100/19
100/19 100/20 106/7
107/7 119/10 119/10
129/24 139/1 144/12
146/17 149/22 159/7
173/18 178/25 184/6
184/12 184/12 184/13
187/15 193/1 201/7
201/8 212/1 225/3
226/13 229/12 233/23
234/2 235/23 236/14
237/10 239/24 242/15
246/6 246/13 246/23
246/23 259/12 259/21
265/3 266/15 266/16
266/23 269/11 269/13
270/18 271/5 271/14
272/25 273/10
**thereafter [7]** 24/22
103/12 106/4 230/16
231/2 260/17 260/22
**Therefore [1]** 169/20
**Thereupon [13]** 4/9
90/8 95/17 117/24
120/7 168/16 171/1
207/17 208/3 261/10
262/19 282/5 282/8
**these [84]** 5/7 7/23
8/6 10/19 11/3 11/24
12/2 18/18 19/4 19/6
23/14 27/24 27/25
28/2 30/4 32/11 32/13
32/14 38/4 41/6 41/25
42/1 42/1 50/19 73/20
76/5 76/12 76/18
77/19 79/6 80/24
80/24 81/6 81/6 81/11
82/23 83/13 83/20
84/14 92/1 92/11
92/17 99/18 107/2
113/10 113/18 113/18
120/23 130/15 130/18
130/24 131/7 145/14
148/4 152/24 154/2
154/14 154/15 154/16
154/17 164/20 166/10
166/10 171/23 184/7
185/15 186/16 187/4
191/2 198/17 215/11
225/18 236/25 237/1
237/2 237/2 237/22
237/23 238/4 247/24
253/25 254/3 254/6

268/24
**they [191]** 5/12 5/16
6/2 6/7 6/11 6/13
6/14 6/16 6/22 6/23
7/6 7/11 7/16 7/17
7/25 8/2 9/1 9/2 9/22
9/23 9/25 10/11 10/15
10/21 11/3 11/3 11/6
11/7 11/9 11/15 11/24
11/24 11/25 11/25
12/5 12/6 12/8 12/11
12/13 12/16 12/17
13/11 13/25 14/5 14/6
14/9 14/10 14/10
14/12 14/14 14/14
14/17 15/19 16/14
17/11 23/1 23/1 23/24
25/7 30/3 31/18 32/19
37/5 38/1 40/21 40/21
41/11 41/14 42/2 42/4
42/5 44/17 50/16 53/5
53/6 56/17 59/21 60/1
60/8 60/9 60/11 60/11
60/12 60/12 60/13
60/13 70/19 70/20
70/21 70/22 71/5 71/6
71/6 71/21 74/19
79/10 81/5 81/7 81/8
81/8 83/1 91/4 91/16
92/1 92/2 92/6 94/15
94/16 107/2 107/10
109/21 118/8 121/11
124/15 125/25 126/24
126/24 126/25 127/2
127/3 127/3 127/16
127/17 127/22 128/2
128/16 131/12 134/2
139/11 140/11 142/22
145/11 145/15 145/15
146/1 147/22 149/3
149/10 149/18 150/17
152/24 153/1 154/3
154/3 155/5 160/7
160/9 164/19 164/19
164/24 173/5 173/24
173/24 176/1 177/21
178/18 178/22 178/25
179/1 184/5 191/3
198/24 199/20 199/20
212/14 212/15 213/6
213/13 215/3 217/5
220/23 220/25 225/23
226/8 226/14 227/25
230/4 238/6 238/6
244/19 247/9 249/8
254/2 256/9 257/24
260/15 261/3 261/25
265/24 276/3 276/17
**They'll [1]** 71/4
**they're [54]** 6/18
6/21 7/8 7/14 9/4
9/18 12/12 14/3 15/24

15/25 16/14 31/17
32/25 33/11 38/7
38/11 38/11 49/9 60/9
70/18 71/5 80/24
81/11 91/25 92/17
93/5 93/7 94/6 113/11
113/17 119/8 135/14
135/14 147/15 147/22
148/5 148/25 149/3
149/19 150/6 154/4
154/17 160/9 164/13
164/13 165/13 167/8
167/9 187/20 199/23
230/24 259/23 261/2
264/20
**they've [4]** 10/12
93/15 147/23 155/6
**thing [13]** 16/20
18/11 18/16 23/11
24/6 70/16 88/9
173/25 193/7 193/19
197/5 205/23 259/17
**things [15]** 7/18
18/15 81/10 92/2
101/2 101/10 108/12
112/17 190/5 192/6
193/9 197/4 231/18
253/25 281/8
**think [68]** 5/24 8/12
9/3 9/17 24/21 24/22
29/12 41/23 52/22
53/6 53/7 60/13 68/9
69/24 79/20 82/1
82/15 87/22 88/8
89/19 93/15 95/2
95/11 99/13 99/17
100/11 101/7 102/4
103/16 106/3 108/11
118/22 128/23 138/13
138/16 158/19 206/25
209/21 217/2 222/3
222/6 227/20 229/8
229/13 230/7 230/11
230/12 230/20 234/13
234/15 234/17 238/6
239/24 239/24 241/9
241/19 241/20 241/23
242/2 244/19 250/17
260/22 261/20 269/7
276/17 277/7 278/6
281/3
**thinking [1]** 167/10
**third [13]** 77/2 101/5
137/4 185/8 193/23
201/4 220/6 236/11
248/11 257/7 259/16
259/17 259/18
**Thirdly [1]** 6/20
this [555]
**Thomas [1]** 2/2
**those [63]** 6/14 6/18
7/1 7/18 7/25 7/25

8/22 15/23 16/17
19/11 31/19 33/11
33/18 36/13 46/13
49/25 70/17 70/21
73/18 73/22 73/23
73/24 80/1 82/12 83/3
83/5 83/14 86/22 87/7
92/8 101/22 103/1
109/12 131/1 135/13
144/20 145/8 145/9
145/10 145/13 160/18
171/25 172/3 196/24
198/2 211/12 211/15
216/19 226/2 226/2
226/7 230/13 230/16
231/18 241/12 247/8
248/22 250/17 259/13
259/18 259/25 265/22
268/18
**though [3]** 129/5
154/3 254/5
**thought [3]** 115/10
142/18 142/23
**thoughts [6]** 156/22
157/4 157/5 157/7
158/11 205/19
**thread [1]** 66/5
**threatened [1]**
169/11
**threatening [4]**
169/8 192/10 201/5
201/7
**three [26]** 8/8 14/6
32/11 44/3 46/1 46/8
60/5 76/2 76/23 77/15
79/10 79/11 79/19
94/7 109/14 111/14
131/9 135/11 135/18
135/19 167/9 184/13
187/4 261/18 261/20
281/19
**through [32]** 6/24
23/4 23/6 25/12 28/2
35/10 56/21 65/3 71/2
71/7 77/1 82/14 82/25
86/20 92/8 109/7
120/23 122/9 157/8
176/5 189/13 216/8
218/16 218/18 219/3
230/11 230/23 248/18
260/20 273/16 279/11
279/13
**throughout [6]** 5/12
32/10 33/13 92/10
226/9 263/16
**throw [1]** 50/22
**throwing [1]** 219/15
**ticket [1]** 58/3
**tickling [1]** 68/1
**tied [5]** 28/3 51/11
71/14 135/22 241/17
**ties [1]** 40/11

**T**

**tight [1]** 8/1
**tile [1]** 266/23
**till [7]** 13/8 18/25
90/14 92/24 93/24
232/13 251/8
**time [132]** 5/7 8/18
9/9 9/11 9/16 9/19
9/20 9/22 11/4 11/8
11/23 12/2 13/19 19/2
19/6 20/18 21/13
22/10 22/12 23/17
24/2 24/23 25/7 25/8
26/18 30/2 42/9 42/19
45/6 47/17 49/19 53/8
53/12 59/12 60/16
61/11 65/1 65/13
65/17 65/24 66/22
68/15 68/16 68/19
69/1 69/3 69/21 71/10
71/14 71/20 71/22
78/6 83/21 88/10
88/21 89/2 90/21
90/22 92/18 92/19
94/9 94/11 103/15
107/13 108/5 108/11
108/13 109/7 111/10
111/20 113/16 115/12
118/16 121/13 121/22
134/19 134/25 135/18
144/18 144/21 147/21
148/25 149/1 149/4
149/6 149/11 149/19
150/2 152/8 158/19
159/7 159/11 163/4
163/17 163/18 163/18
174/23 175/11 178/5
185/11 187/8 195/8
196/22 197/4 201/4
202/5 210/4 210/10
210/15 218/5 220/6
225/21 227/21 228/4
228/6 237/12 238/23
242/6 244/4 251/20
255/22 256/5 256/12
256/16 257/17 257/21
257/23 261/14 261/17
262/4 262/7 271/18
**timeframe [4]** 35/19
85/4 100/4 256/10
**timeline [3]** 135/22
140/10 281/1
**times [10]** 8/7 8/8
14/6 14/6 71/23
121/11 134/8 167/9
174/3 195/6
**timing [2]** 71/21
261/11
**today [16]** 14/25
23/10 35/24 93/17
94/24 95/6 182/19

196/7 198/24 206/13
213/25 214/21 216/1
229/9 231/6 267/11
**together [18]** 25/13
25/15 26/12 28/4 40/4
45/11 47/25 48/9
48/14 49/3 53/1 66/5
68/25 69/8 69/23
80/23 159/20 177/2
**toilet [1]** 138/13
**told [8]** 82/24 93/15
126/25 147/3 152/14
156/21 169/19 186/11
**Tomas [1]** 42/9
**tomorrow [9]** 93/24
93/25 94/5 261/23
262/14 281/24 281/24
282/3 282/6
**tons [1]** 8/22
**too [6]** 6/17 7/10
55/21 93/21 95/7
180/15
**took [17]** 7/9 27/13
47/23 52/16 55/6
75/18 79/22 92/13
106/25 111/10 121/6
178/20 189/4 196/5
262/2 263/16 268/6
**top [11]** 35/25 40/3
42/22 67/6 72/9 99/5
174/23 211/7 213/16
252/22 277/24
**topic [1]** 281/21
**total [2]** 243/16
244/6
**totally [2]** 169/9
173/22
**touch [1]** 19/10
**touched [1]** 134/11
**tough [1]** 238/20
**tourist [3]** 40/12
172/14 180/1
**tourists [11]** 31/14
31/22 31/24 33/10
37/12 37/19 37/22
37/25 83/13 184/13
191/2
**towards [9]** 18/22
69/10 69/10 69/19
108/3 108/4 129/16
176/13 190/12
**Tower [111]** 31/18
37/11 42/22 42/24
49/14 49/14 73/8 78/2
78/5 78/7 78/12 78/19
78/20 78/24 79/8
83/10 83/11 84/2
84/20 86/9 92/13 95/4
95/24 96/4 96/16
96/16 96/21 97/5
98/12 98/17 99/3 99/4
99/7 100/1 100/21

101/2 102/7 106/15
106/17 107/6 108/9
120/12 121/4 121/9
123/6 124/13 124/16
126/6 126/9 127/6
128/4 130/20 134/15
134/20 135/11 140/3
140/6 140/18 142/7
143/4 143/15 145/4
150/11 150/21 151/6
151/20 152/5 234/11
234/12 236/19 236/20
236/22 237/7 246/1
246/6 250/15 251/9
254/17 255/6 255/23
256/6 257/18 257/25
258/6 258/12 258/21
259/3 259/6 263/1
263/10 263/17 263/24
264/17 265/6 265/23
266/5 266/7 267/2
268/3 268/15 268/16
268/25 270/6 273/7
278/13 278/15 279/8
279/14 279/24 281/2
281/10
**toxic [1]** 180/15
**track [1]** 72/14
**trades [2]** 86/16
86/18
**traffic [2]** 79/7 79/12
**train [1]** 41/12
**transaction [1]**
24/23
**transcript [1]** 198/16
**transcription [1]**
282/13
**transcripts [1]**
198/17
**translation [2]** 48/5
199/1
**transparent [1]**
128/5
**trash [1]** 104/20
**treasurer [1]** 22/23
**treasury [4]** 217/15
218/7 218/16 219/2
**treated [2]** 153/20
203/18
**treating [1]** 155/14
155/21
**treats [1]** 15/18
**tree [5]** 36/12 38/6
73/3 76/10 193/18
**Tremendously [1]**
175/25
**trial [19]** 1/8 5/12
7/9 7/24 10/20 12/17
13/12 39/19 57/15
57/16 85/4 85/20 93/2
94/12 119/13 122/24
201/2 209/18 210/1

**tried [6]** 12/18 25/4
187/24 188/6 188/10
249/6
**truck [3]** 59/17
59/18 59/21
**trucks [1]** 59/19
**Trucos [1]** 50/5
**true [16]** 12/15 13/9
201/10 211/13 211/15
229/17 232/16 232/22
247/22 249/14 253/5
254/24 255/11 280/21
280/25 281/6
**truth [4]** 24/13 48/11
60/18 148/16
**try [10]** 41/22 48/11
80/25 92/8 92/9
158/14 174/4 190/12
195/8 231/8
**trying [12]** 30/24
32/8 46/20 59/14 94/1
107/23 143/22 147/8
157/14 170/9 198/21
199/4
**Tuesday [2]** 50/15
93/16
**turn [8]** 14/5 42/20
92/24 198/18 217/17
236/11 238/17 268/14
**turned [6]** 52/17
60/24 109/21 118/5
118/7 128/5
**turns [2]** 77/6
203/18
**twenty [3]** 11/8
11/10 12/1
**twenty percent [3]**
11/8 11/10 12/1
**twice [1]** 229/11
**two [45]** 14/6 20/16
22/8 24/10 24/24 28/6
29/21 29/25 31/12
42/7 43/2 43/13 44/13
52/6 60/14 69/16
73/19 94/7 94/18
100/19 101/22 105/3
109/14 111/14 111/15
121/12 124/1 127/18
131/9 136/8 141/14
141/21 179/13 184/5
184/7 184/10 186/9
187/13 196/21 251/12
260/25 262/12 267/16
272/25 281/17
**two-story [2]** 43/2
187/13
**type [6]** 22/25 48/6
120/18 170/14 205/17
268/9
**types [1]** 78/11
**typical [1]** 48/6

**U**

**U.S.A [1]** 183/5
**U.S.C [2]** 16/12 17/4
**Uber [1]** 79/15
**Uh [1]** 198/24
**ultimately [1]**
275/11
**unable [1]** 161/5
**under [17]** 7/12 9/17
10/21 10/23 12/10
12/11 14/2 16/12
74/20 77/17 105/11
132/22 172/25 211/9
229/25 234/2 240/16
**undergoing [2]**
255/23 259/7
**underlying [2]** 9/23
11/18
**understand [27]**
13/5 15/6 60/16 63/20
64/2 93/1 94/6 148/17
155/9 189/9 208/17
209/3 209/5 210/14
212/25 218/11 219/18
220/9 220/22 221/6
233/5 233/11 234/2
254/4 258/24 262/9
278/24
**understanding [13]**
27/14 72/11 80/20
107/25 108/2 185/15
186/20 186/25 222/13
230/10 231/1 241/1
267/20
**understood [11]**
47/19 67/18 67/20
102/2 116/5 209/1
214/7 221/22 222/15
256/9 277/10
**uneasy [1]** 127/22
**Unfortunately [2]**
106/25 181/21
**uniform [2]** 127/18
184/10
**uninterrupted [1]**
126/19
**union [7]** 32/23
38/22 49/13 185/14
186/5 186/6 187/14
**unit [1]** 23/19
**UNITED [4]** 1/1 1/9
20/14 182/25
**units [7]** 96/19 96/19
101/3 101/4 244/11
246/23 268/16
**unity [1]** 45/11
**University [5]** 20/24
21/4 21/15 22/7
**unless [4]** 104/11
123/11 189/8 273/11
**unnamed [1]** 149/23

**U**

**unpaid [1]** 87/14
**unresponsive [3]** 183/9 195/12 224/11
**unsafe [24]** 27/21 138/3 138/4 138/7 138/9 138/19 138/22 139/2 139/20 140/19 141/8 141/23 142/3 142/5 176/18 177/24 236/9 272/6 274/9 275/6 275/9 276/1 277/6 280/18
**unseen [1]** 169/12
**unsightly [1]** 194/18
**unsure [1]** 41/7
**until [18]** 12/17 13/1 13/11 13/22 18/8 18/8 18/23 71/7 86/5 86/6 94/24 110/8 116/2 126/20 174/17 207/24 217/2 281/24
**unusual [1]** 254/16
**unwrap [1]** 8/5
**up [84]** 9/16 12/1 14/12 15/17 19/7 21/4 21/16 21/17 21/23 22/4 25/10 29/23 37/6 38/4 38/18 39/1 46/19 47/10 48/4 50/12 51/25 52/6 52/20 56/16 58/16 58/24 59/16 60/4 60/6 62/3 68/2 69/9 71/15 79/2 81/12 82/16 83/14 84/17 86/11 91/4 102/9 103/17 110/8 126/21 126/23 129/18 131/1 131/2 131/10 131/12 131/21 136/4 136/25 172/10 173/5 177/11 186/2 190/12 198/19 204/7 205/20 207/12 222/8 223/21 235/16 237/24 239/5 242/1 243/5 246/3 246/14 248/20 251/7 251/13 251/19 252/3 257/2 259/16 262/3 262/12 262/22 270/19 274/14 280/4
**upcoming [1]** 5/2
**updating [1]** 106/18
**upon [4]** 9/11 14/4 150/7 210/20
**ups [1]** 204/4
**upset [1]** 59/12
**upstairs [4]** 43/6 43/10 187/15 187/15
**Urban [1]** 34/21
**us [84]** 14/7 24/8

25/22 26/15 26/16 28/4 30/12 30/20 32/6 32/13 34/22 40/10 42/12 49/20 49/24 56/24 60/1 60/3 60/19 63/10 64/11 65/21 71/21 72/17 74/13 79/22 81/20 85/3 85/19 91/16 92/17 93/15 108/21 113/8 115/13 117/2 117/8 117/10 117/13 118/9 126/25 134/3 135/23 139/12 140/15 140/25 142/15 142/18 145/1 152/14 152/24 153/2 154/20 157/4 159/13 160/6 160/6 160/7 160/8 162/6 162/20 164/8 167/21 169/14 173/21 176/2 177/22 178/23 182/10 182/18 183/2 183/16 184/6 190/10 190/25 201/2 204/20 205/5 206/4 217/2 241/17 254/2 268/7 275/9
**usage [3]** 96/9 96/18 96/18
**use [22]** 6/3 14/17 91/24 91/24 92/6 93/7 96/3 96/6 96/8 96/18 96/21 97/11 97/17 98/11 98/15 98/16 127/1 127/5 127/10 130/8 146/2 218/8
**used [7]** 24/14 97/3 97/9 238/13 238/15 274/22 280/2
**uses [1]** 97/21
**using [1]** 85/9
**Usually [1]** 36/15

**V**

**vacant [1]** 83/2
**vague [5]** 45/20 89/11 107/24 115/4 164/23
**Vagueness [1]** 133/5
**Valencia [1]** 194/15
**Valenica [1]** 193/22
**valid [5]** 118/22 127/1 131/13 133/2 276/10
**validated [1]** 277/9
**valuable [1]** 92/18
**value [4]** 9/10 11/4 138/14 176/21
**values [1]** 194/24
**valve [1]** 271/13
**various [5]** 39/6 80/8 200/25 225/25

272/10
**vehicular [1]** 79/7
**vendors [1]** 80/25
**Venezuela [6]** 114/6 154/24 181/15 182/12 183/3 191/13
**Venezuelan [3]** 112/23 200/2 200/17
**Venezuelans [1]** 199/23
**verification [2]** 210/25 211/7
**verified [7]** 209/10 209/12 209/18 209/25 211/21 211/22 212/11
**verify [3]** 211/9 211/12 211/14
**Versailles [1]** 29/14
**version [3]** 143/21 212/20 243/25
**versus [5]** 4/14 17/3 114/19 153/8 164/13
**very [39]** 6/15 7/16 8/1 12/10 13/23 14/2 24/21 25/2 34/21 35/25 41/21 50/21 59/17 62/14 68/10 75/17 80/24 82/20 112/20 115/12 150/6 152/25 159/5 165/24 166/4 167/6 172/16 177/3 187/3 189/8 193/7 198/23 203/22 210/22 223/10 262/7 268/8 277/24 278/7
**victory [1]** 229/14
**video [23]** 48/24 52/12 52/13 52/14 52/17 69/13 175/10 175/20 195/23 196/3 196/4 196/7 224/7 225/23 225/24 226/7 226/7 226/8 226/8 226/9 226/13 228/1 257/3
**videos [4]** 48/2 224/5 224/6 224/18
**Viernes [1]** 79/2
**View [3]** 192/19 192/23 193/15
**vignette [1]** 120/24
**Village [2]** 44/5 73/9
**vindicate [1]** 195/8
**vindictive [2]** 63/16 63/20
**violated [1]** 61/6
**violation [28]** 56/24 57/6 57/25 58/4 58/4 61/3 61/3 88/11 88/13 103/14 106/10 107/13 107/23 108/4 139/9 140/14 173/18 176/19

182/23 228/9 228/16 235/22 250/14 254/1 275/12 275/20 276/6 279/5
**violations [16]** 107/5 107/7 124/14 124/16 138/10 138/11 166/11 187/22 192/14 192/16 192/18 193/5 193/11 194/25 195/3 280/19
**violator [1]** 193/8
**violence [1]** 169/11
**vision [13]** 26/16 28/4 31/6 45/7 106/17 160/9 162/21 163/21 164/6 171/23 172/11 172/16 188/7
**visionary [2]** 33/23 34/21
**visit [6]** 31/16 31/17 37/19 38/1 97/22 162/22
**visits [1]** 7/21
**visual [2]** 53/24 84/16
**volume [3]** 48/18 48/19 48/23
**voluntary [1]** 277/25
**vote [10]** 50/15 50/18 50/19 50/25 51/10 55/10 55/17 64/19 64/21 65/5
**voters [3]** 52/20 56/3 56/17
**votes [7]** 61/17 61/22 62/3 229/14 229/14 229/18 230/1
**voting [12]** 50/15 50/17 50/21 51/10 53/23 54/15 54/20 55/1 55/2 55/6 55/19 229/19

**W**

**wait [37]** 18/25 26/23 26/23 26/23 30/8 30/8 65/24 89/12 89/12 91/8 96/25 100/3 101/9 115/19 115/25 116/1 121/17 123/9 123/9 146/17 149/22 163/22 164/22 165/16 175/18 176/4 180/17 191/6 191/24 191/24 196/13 197/10 201/22 203/11 207/4 207/4 232/13
**waiting [2]** 92/23 246/14
**waking [1]** 205/20
**walk [3]** 187/1 187/3

187/7
**walk-along [1]** 187/1
**walked [8]** 24/24 69/15 69/17 127/2 186/7 186/7 260/15 260/16
**walking [8]** 55/20 69/9 69/12 69/19 186/2 186/21 260/20 260/21
**wall [15]** 40/5 40/24 134/9 134/10 187/19 187/20 238/10 238/14 239/9 240/3 247/8 265/4 265/19 266/2 266/23
**walls [7]** 101/21 237/19 238/14 240/12 240/14 246/17 246/17
**Walter [1]** 11/19
**want [55]** 4/12 7/19 9/1 11/23 12/1 14/5 14/14 14/21 15/5 15/11 17/9 37/13 37/19 38/24 44/19 46/21 46/21 53/13 60/17 72/1 72/16 86/3 94/16 123/14 145/2 158/15 158/15 158/16 158/16 158/17 158/17 158/25 159/1 159/3 170/4 170/5 170/8 182/25 183/23 198/12 198/24 199/20 199/20 206/4 208/14 208/16 211/22 215/13 229/7 231/21 235/18 241/24 262/16 279/22 281/17
**wanted [16]** 27/17 31/6 50/17 70/4 70/5 70/5 84/4 117/12 136/25 137/1 160/5 160/6 160/6 160/7 172/13 224/1
**wanting [1]** 159/14
**wants [1]** 37/22
**Warrior [1]** 34/21
**was [614]**
**wasn't [21]** 13/8 24/2 25/22 39/18 47/9 48/6 57/15 63/19 63/19 99/11 109/17 158/5 187/4 187/4 215/13 231/9 234/24 244/16 247/1 262/1 267/9
**wasted [1]** 11/24
**wasting [1]** 90/22
**watching [1]** 90/3
**water [2]** 194/22 271/6

**W**

**waved [1]** 186/11
**way [25]** 10/12
10/13 14/7 29/18 33/9
42/18 47/15 48/21
82/25 107/7 115/13
134/1 135/21 136/23
142/16 153/20 154/17
155/4 155/21 176/13
182/10 183/17 230/1
234/5 251/13
**ways [2]** 17/11
114/16
**we [558]**
**we did [1]** 193/6
**we'd [5]** 36/16 39/15
66/17 137/19 169/6
**we'll [23]** 9/17 15/9
24/19 25/11 27/9
89/25 90/6 90/13 92/9
93/9 117/19 117/22
119/20 168/19 207/13
251/12 261/13 261/22
262/11 281/23 281/24
282/3 282/6
**we're [79]** 4/7 8/14
8/21 8/25 9/1 9/2 9/6
9/7 9/9 14/22 15/3
15/13 16/3 41/6 41/21
42/3 46/15 46/20
59/22 61/1 61/1 64/23
66/21 69/6 69/10
69/18 76/18 83/13
83/20 86/8 92/8 93/2
93/15 94/1 95/23
106/21 109/5 109/6
111/18 111/19 112/21
112/21 112/23 113/13
115/7 115/7 117/9
119/5 119/14 119/15
119/18 120/22 131/25
134/22 136/1 137/12
143/22 146/8 146/10
152/14 160/12 160/13
168/12 169/15 170/9
180/7 180/7 183/2
183/3 183/3 183/5
191/17 192/5 193/8
208/15 224/3 261/15
264/6 280/14
**we've [33]** 5/11 9/12
27/25 32/12 33/7
33/12 40/5 42/25
59/21 65/1 80/7 81/17
94/18 112/18 115/6
118/15 160/10 160/11
160/14 162/5 174/3
176/5 188/1 191/1
206/25 221/23 224/5
224/6 224/18 224/19
224/24 231/21 273/6

**wear [3]** 32/19 32/19
50/3
**wearing [2]** 185/2
227/18
**website [19]** 35/4
35/14 35/20 35/23
35/24 36/5 37/4 72/12
72/14 75/24 84/14
85/9 85/10 85/11
85/14 86/12 257/3
257/4 257/5
**Wednesday [1]**
93/16
**weekend [2]** 19/2
20/9
**weeks [9]** 85/8
89/21 104/4 105/3
124/1 126/10 131/7
131/9 228/19
**welcome [3]** 55/25
56/17 269/18
**well [43]** 4/23 5/11
7/20 15/7 17/10 19/9
19/16 24/4 24/18
28/17 36/18 37/5
44/17 82/1 86/24
92/16 95/8 95/24
106/5 119/8 146/14
150/20 152/17 169/23
170/2 170/15 193/10
199/23 201/9 202/7
209/14 214/1 224/5
224/15 241/16 247/17
254/24 257/23 262/4
269/10 281/20 281/21
282/2
**well-connected [1]**
199/23
**went [19]** 22/6 22/6
23/18 101/19 102/5
108/11 108/14 115/12
144/20 177/20 182/9
189/13 196/5 224/5
226/24 230/11 248/18
251/3 261/25
**were [191]** 6/16
6/16 14/6 16/1 20/5
20/8 20/13 20/15
20/21 20/23 20/25
21/7 21/10 22/9 24/22
25/2 25/7 26/19 27/6
31/9 32/9 34/23 37/18
40/24 41/7 41/20
41/25 42/2 42/2 42/11
47/1 47/13 51/13 53/4
55/10 55/24 56/17
56/20 56/21 56/23
59/24 60/6 60/8 60/14
61/6 62/5 62/13 62/20
62/24 63/1 63/10
64/22 66/11 68/5
68/16 69/4 69/4 72/22

73/20 73/23 82/11
82/14 82/17 83/5 87/1
89/23 91/25 97/5 99/3
101/21 102/3 103/14
105/9 105/9 106/16
107/1 107/2 107/23
108/3 109/20 112/10
112/18 121/9 124/14
126/19 127/4 127/16
127/17 127/23 128/15
130/25 131/7 131/11
133/1 133/23 133/23
135/7 135/8 135/12
135/19 137/3 140/9
140/12 142/10 142/10
142/22 142/23 143/3
144/16 145/5 145/9
145/10 145/11 145/11
145/13 145/14 146/1
146/3 150/17 160/9
160/21 161/1 161/3
161/14 164/4 172/3
173/20 178/18 179/2
180/12 180/13 185/15
186/10 186/16 187/22
187/23 190/4 191/12
194/18 195/5 195/7
197/1 197/4 216/6
216/7 216/14 222/4
222/8 223/16 224/9
226/8 227/15 227/18
227/20 227/20 228/14
228/18 229/25 237/2
237/14 237/23 237/24
238/22 239/22 240/14
241/12 241/17 241/19
242/25 247/9 247/9
248/14 249/3 249/7
250/17 250/18 250/24
251/16 256/6 256/9
256/10 257/3 257/24
259/7 260/3 262/6
262/8 267/16 270/7
275/12 281/7
**weren't [14]** 11/6
32/20 81/11 92/4
127/16 128/3 134/13
152/7 152/12 161/10
172/15 172/17 187/23
229/12
**west [6]** 29/8 29/13
31/2 31/3 37/25 69/15
**Westchester [1]**
30/5
**western [2]** 29/14
29/15
**what [336]**
**what's [58]** 10/3
11/18 22/18 23/7
26/25 28/12 30/8 35/7
36/8 45/3 49/10 51/5
52/2 52/13 53/17 57/3

61/17 66/2 72/25
84/10 96/14 96/25
98/22 100/16 101/9
113/1 119/2 119/9
121/17 122/2 122/12
128/15 131/5 139/14
141/18 143/12 144/5
148/5 149/22 153/7
156/11 160/13 163/3
163/22 164/22 166/18
175/18 176/4 187/17
190/15 191/24 192/20
205/6 237/13 239/12
259/23 261/12 275/18
**whatever [8]** 14/13
40/7 60/13 127/3
134/4 140/10 253/25
254/1
**whatsoever [3]** 7/4
7/15 126/14
**when [139]** 7/9 7/20
17/7 19/10 20/15
21/23 24/8 25/1 25/20
26/12 26/18 27/10
27/19 31/23 35/2
35/19 37/5 38/1 43/19
49/5 58/24 58/25
59/10 60/6 60/14 69/1
69/18 74/19 75/8
75/10 78/6 78/18
81/10 82/7 83/10 85/7
86/3 87/6 87/19 89/15
89/18 89/19 91/24
92/1 93/23 97/6 98/14
99/7 100/7 100/18
100/21 101/1 101/14
105/6 106/1 106/1
107/13 107/22 109/20
109/21 110/15 111/4
111/8 111/17 114/17
118/4 118/7 118/8
121/3 121/10 121/11
122/7 122/10 123/20
123/21 123/25 125/9
125/11 126/22 129/9
129/21 130/15 131/2
131/11 133/21 134/17
135/2 138/22 144/13
146/10 147/8 147/15
148/25 150/16 150/24
152/15 154/2 156/25
165/12 168/25 177/10
178/9 178/10 178/17
178/20 180/7 182/20
186/9 194/2 195/9
195/15 195/20 195/23
196/4 198/21 199/3
199/13 200/4 202/2
204/7 205/24 209/10
223/25 224/5 224/18
225/23 226/17 227/15
227/25 233/11 234/17

234/17 239/25 249/6
253/14 255/11 256/5
257/22 262/6
**where [123]** 7/19
9/24 10/14 10/18 11/5
12/3 12/4 20/5 20/8
20/13 20/23 20/25
24/15 24/16 24/24
29/6 31/13 31/16
31/18 33/7 33/8 37/12
37/25 39/14 40/3 40/5
41/13 42/17 43/4 43/5
43/6 44/6 44/21 47/19
49/8 52/18 52/19
53/20 53/21 53/23
54/12 54/13 54/15
54/22 54/25 55/1 55/5
55/9 55/9 55/16 55/23
67/8 69/12 69/14
71/16 71/23 72/22
72/23 73/2 73/2 73/3
73/5 73/5 73/6 73/7
73/8 73/12 73/12
76/10 76/16 79/2 79/7
80/4 80/5 80/5 81/17
82/19 86/25 102/21
110/10 117/7 117/12
120/23 132/20 132/22
137/12 154/17 156/2
166/6 171/25 174/14
177/1 180/3 180/10
181/12 182/19 187/12
187/13 190/11 191/2
196/7 200/16 201/18
202/9 204/22 210/19
213/21 221/18 232/17
235/13 235/14 235/22
236/15 237/19 237/24
240/3 246/20 252/18
264/20 270/6 270/7
277/23 279/3
**whereas [1]** 277/24
**wherever [1]** 59/22
**whether [10]** 9/16
18/15 18/16 68/22
77/24 93/5 102/1
166/11 166/11 275/24
**which [73]** 5/14 6/3
8/18 11/3 17/18 22/2
23/7 23/18 23/23
29/13 31/18 33/7
33/16 38/23 40/5
41/10 44/14 46/9
47/23 49/13 52/18
53/22 65/4 73/1 77/12
77/15 79/18 81/20
84/20 86/19 92/15
93/6 94/14 97/24
97/25 126/25 129/15
130/14 131/22 134/1
134/2 134/6 145/3
164/15 169/7 171/21

# W

**which...** [27] 174/10
182/17 193/18 197/7
198/12 209/18 211/11
211/14 212/1 212/20
213/8 215/18 215/24
217/15 221/22 222/25
235/10 245/12 252/3
252/23 262/12 264/19
264/24 270/2 273/19
275/6 276/13
**whichever** [1] 280/9
**while** [10] 73/24
92/6 105/12 118/22
175/9 177/21 256/8
256/9 256/14 266/16
**white** [3] 52/19
185/12 251/2
**who** [45] 13/14
14/23 14/25 15/2 24/2
27/11 34/23 34/24
42/9 45/17 47/1 47/7
47/12 47/14 49/20
53/24 60/2 62/3 66/11
68/5 68/11 83/16
112/19 139/4 145/8
164/24 165/2 174/20
177/22 182/11 185/2
185/5 185/8 193/22
198/25 199/3 199/10
199/14 199/23 200/1
222/16 223/19 232/22
254/24 267/9
**who's** [22] 5/10
21/21 49/18 62/11
69/24 93/7 114/1
129/18 139/5 142/4
145/3 174/12 174/18
184/9 185/1 185/8
185/12 199/16 200/4
205/24 206/1 274/18
**whoever** [2] 46/22
182/25
**whole** [15] 15/6
17/23 31/12 32/10
40/9 48/1 70/23 71/15
115/10 136/2 162/25
181/19 197/5 202/8
203/19
**wholly** [2] 6/1
221/19
**whose** [1] 200/2
**why** [60] 11/5 17/5
18/11 41/2 45/7 46/13
47/16 48/19 58/16
62/16 62/20 63/1
63/10 63/10 63/11
64/22 83/5 83/12 84/2
91/18 104/5 104/16
105/15 105/19 110/3
118/25 119/3 127/16

131/1 134/8 136/14
140/8 142/13 142/19
149/3 150/2 152/9
154/14 161/4 161/10
161/10 167/12 167/13
167/13 172/17 173/9
176/18 176/22 180/14
181/1 181/22 182/1
182/1 182/6 183/12
186/16 193/24 197/23
240/14 278/24
**widely** [2] 112/5
112/7
**wield** [1] 64/3
**wife** [7] 24/2 24/2
32/25 156/21 158/16
167/12 179/13
**wife's** [1] 167/8
**wild** [2] 18/10
163/23
**wildly** [2] 113/3
178/18
**will** [30] 8/15 28/21
29/17 38/10 39/14
39/25 40/5 40/7 40/10
40/18 40/19 41/2 41/5
41/7 41/10 41/24
42/15 43/16 71/4 73/3
76/10 80/5 80/24 86/6
89/19 93/23 116/6
117/18 137/20 233/9
**WILLIAM** [9] 1/4
102/24 103/4 223/22
224/7 224/20 272/10
272/14 272/15
**willing** [1] 180/23
**Wilmington** [1] 17/3
**win** [5] 61/13 68/17
68/18 68/20 68/22
**window** [6] 247/8
247/9 247/14 253/18
259/10 259/11
**windows** [28] 40/3
82/13 82/14 82/20
82/23 83/1 83/3 83/5
106/19 107/3 128/4
176/20 246/18 246/21
246/24 247/6 247/24
248/10 248/11 248/22
252/19 253/2 253/4
259/13 259/18 259/20
259/23 267/12
**winning** [2] 62/3
70/4
**wins** [1] 46/22
**winters** [1] 21/1
**wiped** [1] 158/20
**wires** [2] 204/24
239/24
**wiring** [2] 239/21
239/23
**wish** [3] 197/4 261/3

269/2
**wished** [1] 274/22
**withdraw** [1] 183/12
**withdrew** [1] 182/18
**within** [12] 28/15
31/12 32/13 42/25
49/7 125/8 125/10
126/5 138/5 138/20
280/7 280/8
**without** [25] 10/2
12/3 12/21 14/7 48/18
48/19 59/14 93/5
106/23 119/9 138/12
183/1 183/1 194/18
236/7 241/15 242/24
242/25 247/15 253/7
263/2 266/17 267/5
274/3 275/3
**witness** [45] 4/24
4/25 19/22 20/1 25/18
28/10 34/1 35/7 35/11
39/2 48/16 51/3 53/14
57/1 64/16 72/2 84/7
90/25 93/7 94/5 96/12
121/24 139/25 143/10
168/4 183/24 201/4
209/15 212/1 218/5
232/7 232/10 232/16
233/1 233/23 242/8
256/18 257/2 257/8
257/9 257/10 262/23
263/20 272/2 273/16
**witness'** [1] 279/19
**witnesses** [4] 3/2
15/4 16/25 92/12
**Woleska** [4] 181/10
182/1 182/6 200/8
**woman** [2] 181/10
185/12
**women** [1] 55/25
**won** [5] 61/18 68/14
229/5 229/10 229/12
**won't** [2] 93/24
147/22
**Wonderful** [1] 4/11
**wondering** [4]
127/23 127/25 128/15
165/14
**wood** [4] 176/11
238/9 238/10 239/9
**word** [4] 11/12 11/14
156/20 280/2
**words** [1] 276/5
**work** [92] 21/1 21/2
24/1 41/13 50/16
68/25 70/14 71/2 71/2
71/5 75/6 81/1 81/13
86/5 86/7 86/25 88/13
88/22 89/3 89/10 92/8
99/3 100/1 100/23
101/23 102/2 104/1
104/5 104/16 105/12

105/20 105/22 106/1
106/1 106/7 106/9
115/7 130/25 132/22
133/24 135/13 135/24
135/25 136/5 138/12
143/1 154/2 159/11
191/14 192/5 231/3
235/15 236/4 236/7
236/8 241/14 241/21
242/25 243/3 244/25
245/17 247/15 248/15
248/16 250/10 251/12
253/7 253/22 254/6
254/17 256/21 259/12
259/18 259/21 263/1
263/2 263/16 266/16
266/16 266/17 266/21
266/25 268/3 268/18
269/8 269/24 270/19
271/15 272/4 274/3
274/3 275/3
**work's** [1] 71/7
**worked** [15] 21/11
21/12 33/12 39/10
40/4 40/6 41/21 47/18
47/18 47/25 48/14
71/20 108/2 108/6
110/10
**working** [15] 17/2
20/22 20/25 22/9
22/10 25/13 25/14
107/13 108/3 109/5
109/6 157/11 162/5
164/17 180/24
**works** [1] 86/20
**world** [4] 40/16
117/11 158/2 180/8
**worried** [1] 157/21
**worse** [1] 109/18
**worth** [1] 267/13
**would** [82] 5/1 6/17
6/19 6/24 7/4 7/24
10/3 14/12 14/13 19/6
21/1 21/2 24/13 24/16
26/19 28/6 31/9 31/12
36/10 37/9 38/12
41/23 47/7 47/22 53/5
53/5 53/6 55/17 56/8
56/17 61/21 61/22
78/22 79/2 79/8 85/15
94/3 97/21 108/5
110/19 110/24 111/9
118/11 136/19 137/7
144/17 150/20 155/15
169/14 171/25 172/1
173/24 178/18 180/1
194/15 205/11 206/20
206/24 216/19 216/20
218/14 227/3 228/17
229/12 230/1 230/1
231/14 234/23 235/6
240/15 240/23 248/20

252/23 254/7 256/14
257/23 260/5 261/18
262/7 268/8 272/19
272/19
**wouldn't** [6] 61/18
61/24 134/2 158/5
254/2 275/9
**wreath** [1] 270/18
**write** [3] 47/22
221/24 243/14
**writing** [1] 191/3
**written** [1] 58/2
**wrong** [3] 81/5
267/12 278/23

# Y

**Yama** [1] 73/11
**yeah** [52] 24/4 25/2
25/14 26/14 30/2 35/9
35/25 38/6 38/18
40/14 43/13 46/25
47/8 54/13 56/21 58/2
60/7 68/16 71/22 73/4
76/14 77/6 81/16
84/17 86/11 93/14
95/5 101/3 118/11
119/5 123/16 125/10
131/12 131/15 132/13
137/21 162/23 171/6
193/14 236/10 239/19
252/20 253/15 253/16
253/21 259/15 263/3
263/9 265/21 268/6
268/17 271/13
**year** [22] 13/8 13/11
26/10 34/6 42/5 42/25
75/20 77/4 78/17
108/14 109/17 131/4
131/12 135/3 138/11
143/1 152/6 152/9
174/9 176/11 178/24
193/16
**yearly** [1] 9/11
**years** [54] 14/15
20/19 22/8 22/22 23/2
23/11 24/10 26/14
28/1 31/20 31/20
32/13 32/16 41/10
42/15 43/14 63/3
63/11 77/6 77/6 77/7
79/22 98/16 99/13
101/4 101/7 111/15
112/18 115/6 134/12
134/12 157/11 158/24
159/15 162/5 162/6
164/17 166/5 167/6
175/7 175/13 175/13
175/13 176/17 180/4
182/19 183/16 188/1
190/11 191/1 201/1
205/14 207/1 268/7
**yellow** [4] 49/17

**Y**

**yellow... [3]** 67/8
67/9 67/12
**Yep [1]** 76/4
**yes [237]** 20/11
21/19 21/21 22/10
22/17 26/1 33/21 35/5
35/18 36/4 36/14
37/24 41/1 43/18
45/16 46/12 46/25
47/11 50/1 51/6 51/15
53/3 53/10 53/12
53/18 54/7 54/21
55/22 56/4 57/4 57/11
57/21 58/10 58/12
58/14 62/8 65/9 66/1
66/3 66/10 66/20 67/2
70/10 70/12 71/25
72/6 73/21 73/25 76/6
76/8 76/20 77/11
77/20 81/6 82/9 84/11
85/2 85/10 85/13
87/13 88/14 89/4 89/8
89/22 90/11 91/13
93/13 95/10 96/2 96/5
97/6 97/9 97/10 98/13
98/20 98/23 99/4
100/15 101/16 102/8
104/3 105/3 105/11
105/14 105/23 114/13
118/3 118/6 120/14
121/2 121/7 121/15
122/3 123/2 123/8
123/12 124/7 124/15
125/3 125/7 126/2
128/24 129/4 129/5
129/8 130/9 130/17
130/22 133/16 134/16
135/6 138/1 138/21
139/17 140/4 140/7
141/9 142/9 143/8
143/13 144/24 146/17
148/19 148/22 148/24
149/13 149/18 151/3
154/13 160/20 160/23
171/17 172/11 173/14
174/8 175/4 175/11
177/14 178/5 179/1
181/11 182/17 183/21
184/3 184/25 185/22
185/24 188/10 192/11
195/4 197/1 197/20
197/22 198/15 202/24
208/19 208/24 210/19
211/5 211/8 212/22
213/23 216/5 217/1
217/9 217/10 217/24
218/2 220/24 222/11
222/14 222/14 222/18
223/9 223/14 224/12
224/16 225/2 226/11

227/17 229/11 229/16
230/15 230/18 230/22
231/5 231/8 231/19
231/24 236/2 236/6
236/21 236/24 237/5
237/9 237/17 238/12
239/12 239/16 242/14
243/23 244/3 244/8
245/5 246/8 247/14
248/14 250/17 254/15
255/3 257/13 257/16
258/13 259/5 263/5
263/11 263/14 264/11
264/21 265/2 265/3
265/8 266/7 266/24
267/3 267/4 269/1
270/9 270/10 271/20
274/7 276/19 277/14
279/7 279/10 280/1
280/20
**yet [7]** 64/7 64/10
213/24 216/25 248/1
253/2 259/21
**you [1235]**
**you were [28]** 21/10
27/6 31/9 37/18 40/24
47/1 56/20 68/16 97/5
99/3 105/9 107/23
108/3 133/23 164/4
191/12 216/6 222/8
227/15 227/20 228/14
237/14 237/24 241/19
250/18 250/24 257/3
281/7
**you'd [2]** 19/17
164/2
**you'll [5]** 93/25
120/23 120/24 242/11
262/13
**you're [47]** 5/7
19/10 19/11 31/21
32/24 34/18 38/23
84/13 88/11 88/12
89/5 93/17 95/4 105/7
120/19 126/5 139/12
147/8 149/9 166/9
166/10 173/18 208/20
209/5 214/4 214/18
229/6 231/20 231/21
232/1 232/3 233/11
233/14 233/17 234/5
234/25 240/3 243/15
244/9 244/10 248/17
251/6 253/14 260/2
262/25 263/15 269/18
**you've [18]** 32/6
33/5 33/12 71/11
81/13 90/20 98/16
100/8 107/10 111/20
153/5 155/15 157/8
201/16 203/15 213/25
240/10 266/15

**young [1]** 55/24
**your [395]**
**yours [2]** 197/21
252/7
**yourself [3]** 111/18
218/18 219/4
**yourselves [1]** 282/2

**Z**

**Zamanillo [1]** 180/6
**Zero [1]** 12/20
**zoning [3]** 84/23
174/22 174/23
**zoom [6]** 57/24 87/5
184/23 243/13 259/10
264/20