```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                      (FORT LAUDERDALE)
                       CASE NO.  18-CV-24190
 3

 4   WILLIAM FULLER and
     MARTIN PINILLA, II,
 5          Plaintiffs,               Fort Lauderdale, Florida
     vs.                              May 9, 2023
 6
     JOE CAROLLO,
 7          Defendant.
     -------------------------------------------------------
 8                          Trial Day 15
                  BEFORE THE HONORABLE RODNEY SMITH
 9                  UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                        Jeffrey W. Gutchess, Esq.,
                          Courtney Anne Caprio, Esq.,
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:  KRINZMAN, HUSS,
                         LUBETSKY, FELDMAN & HOTTE, by:
16                       Mason A. Pertnoy, Esq.,
                         169 E. Flagler Street, Suite 500
17                       Miami, Florida  33131

18                       KUEHNE DAVIS LAW, by:
                         Benedict P. Kuehne, Esq.
19                       100 S.E. 2nd Street, Suite 3105
                         Miami, Florida  33131
20
                         SHUTTS & BOWEN, by:
21                       Marc D. Sarnoff, Esq.
                         200 S. Biscayne Blvd., Suite 4100
22                       Miami, Florida  33131

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                           Thomas E. Scott, Esq.
 3                         Amber C. Dawson, Esq.
                           9150 South Dadeland Blvd., Suite 1400
 4                         Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2

 3    PLAINTIFFS' WITNESSES:

 4                         DIRECT   CROSS   REDIRECT   RECROSS

 5    MARTIN PINILLA                 5       83
      WILLIAM FULLER       129
 6

 7    PLAINTIFFS' EXHIBITS            RECEIVED
      579                            137
 8    434                            143
      373                            167
 9    357                            181
      449                            260
10

11    DEFENDANT'S EXHIBITS           RECEIVED
      70, picture 10                 12
12    398, page 2                    17
      74, page 40                    20
13    78                             26
      80                             31
14    28, page 58                    36
      28, page 64                    38
15

16

17

18

19

20

21

22

23

24

25
```

1          **TUESDAY MORNING SESSION, MAY 9, 2023**

2              P-R-O-C-E-E-D-I-N-G-S

3                     -  -  -

4          (Call to the Order of the Court.)

5          THE COURT:  Good morning, everyone.  You may be

6    seated.

7          THE COURTROOM DEPUTY:  Okay.  This is Fuller, et al.,

8    versus Carollo.  Case number is 18 CV-24190, Smith.  Counsel,

9    please state your appearances for the record.

10          MS. CAPRIO:  Yes, good morning, Your Honor.  Courtney

11   Caprio, Amanda Suarez, and Jeff Gutchess on behalf of the

12   plaintiffs.

13          THE COURT:  Good morning.

14          MR. PERTNOY:  Good morning, Your Honor.  Mason

15   Pertnoy, Leah Gardner, Amber Dawson, Marc Sarnoff, and Ben

16   Kuehne on behalf of Commissioner Joe Carollo.

17          THE COURT:  Good morning as well.  Do we have

18   Mr. Pinilla?  He can take the stand.  We'll continue with his

19   cross-examination.

20          MS. CAPRIO:  Yes, Your Honor.  Ms. Amanda Suarez is

21   going to handle objecting on behalf of plaintiffs.  Roseanna

22   Arteaga-Gomez in on her way.  There was a bad traffic jam on

23   her way on I-95.

24          THE COURT:  Okay.  You can bring the jurors, please.

25   Thank you.

```
 1                THE COURT SECURITY OFFICER:  All rise.

 2                (Thereupon, the jury entered the courtroom.)

 3                THE COURT:  All right.  Good morning, ladies and

 4     gentlemen of the jury.  How's everyone?  You may be seated.

 5                A JUROR:  Heat won.

 6                THE COURT:  Exactly.  Well, one more to go before we

 7     move on to the Eastern Conference final.  Keep that streak up.

 8           All right.  With that said, of course, everyone has

 9     followed my instructions in terms of not watching the news,

10     reading the newspaper, listening to radio about this case,

11     that's correct?

12                A JUROR:  Just the Heat game.

13                THE COURT:  Just the Heat game.  That's fine.  As

14     long as they keep winning, that's fine with this Court, as

15     well.

16           With that, Mr. Pertnoy, you may proceed.

17           MR. PERTNOY:  Thank you, Your Honor.

18                          -  -  -  -  -

19        **CONTINUED CROSS EXAMINATION OF MARTIN PINILLA**

20     **BY MR. PERTNOY:**

21     Q.   Good morning, Mr. Pinilla.  How are you?

22     A.   Good morning, Mr. Pertnoy.  A little exhausted, but I'm

23     here.

24     Q.   Aren't we all.  Let's get back into where we were

25     yesterday.  Yesterday, during your testimony, you briefly
```

1    discussed one of your properties.  One of them that you

2    mentioned was a property called Beatstik.  Do you recall that?

3    A.   I think that was one of the properties that was listed on

4    that document that showed all of the open and closed permits

5    that we had pulled throughout the years.

6    Q.   Yes.  I think that is correct.  So why don't --

7    A.   I'm not sure I spoke about it.  I'm sure it was on that

8    list.

9         MR. PERTNOY:  Why don't we pull up Plaintiff's 412,

10   and we'll confirm that was one of the properties on the list.

11   That's been admitted so we can publish that to the jury.  I

12   don't know if the screens are on.

13   **BY MR. PERTNOY:**

14   Q.   Before you is Plaintiffs' Exhibit 412.  As you can see, as

15   you recall, there was Beatstik and it indicated that there was

16   a permit created on September 12, 2019.  Do you see that, sir?

17   A.   Yes.

18   Q.   And you are one of the managers of that LLC, is that

19   correct?

20   A.   Yes.

21   Q.   Okay.  And you can take that down for a moment.  And do

22   you recall in September, around September 6, 2016, receiving a

23   Notice of Violation from the City of Miami regarding the

24   Beatstik property?

25   A.   No.

 1            MR. PERTNOY:  All right.  Why don't we show the

 2   witness and counsel the Notice of Violation of September 6,

 3   2016, and see if that refreshes your recollection.

 4   **BY MR. PERTNOY:**

 5   Q.   So before you is a Notice of Violation dated September 6,

 6   2016.  And you can see, it's addressed to Beatstik, LLC.

 7   Do you see that, sir?

 8   A.   Yes.

 9   Q.   And you have testified that you are a manager of Beatstik,

10   LLC?

11   A.   Yes.

12   Q.   And do you recall -- and is 2030 Douglas Road, Coral

13   Gables, Florida, 33134.  Is that an address associated with

14   Beatstik?

15   A.   It's not an address where I associate with any of my

16   properties or office.

17   Q.   Do you know why the Beatstik property has a 2030 Douglas

18   Road address?

19            MS. GOMEZ:  Your Honor, objection.  Outside of the

20   scope of the direct examination.

21            THE COURT:  Sustained.

22   **BY MR. PERTNOY:**

23   Q.   So do you recall receiving this Notice of Violation which

24   sought -- that we had extensive remodeling without the required

25   permits?  Do you recall receiving that Notice of Violation?

1    A.    I've never seen this document.

2    Q.    All right.  So you didn't receive -- you've never seen the

3    Notice of Violation dated September 6, 2016?

4              MS. GOMEZ:  Your Honor, objection.  Asked and

5    answered.  Lack of personal knowledge and outside the scope of

6    direct examination.

7              THE COURT:  The objection has been sustained.  Move

8    on to your next line of inquiry, sir.

9    **BY MR. PERTNOY:**

10   Q.    However, as Plaintiff's 412 indicates, the first permit

11   that you pulled and the only permit that you pulled for --

12             MS. GOMEZ:  Objection.  Argumentative.

13             THE COURT:  Sustained.

14             MR. PERTNOY:  Can you pull up 412, please?

15             THE COURT:  Also is this in evidence?

16             MR. PERTNOY:  Yes.  Plaintiff's 412 is in evidence.

17             THE COURT:  You may publish it.

18   **BY MR. PERTNOY:**

19   Q.    As you can see here, isn't it true that the only permit

20   shown to be pulled by Beatstik on this document is from

21   September 12, 2019, sir?

22   A.    On this document, yes.

23   Q.    So is it fair to say that the Notice of Violation in 2016

24   before Commissioner Carollo was even elected was accurate and

25   correct?  That you did work without a permit?

1          MS. GOMEZ:  Objection.  Assumes facts not in

2    evidence.  Outside the scope of direct examination and lack of

3    personal knowledge.

4          THE COURT:  Sustained.

5    **BY MR. PERTNOY:**

6    Q.   Let's move on to another one of the properties that you

7    talked about which was the Tower Hotel had two other -- I think

8    you testified had three other addresses associated with it

9    other than 1450.  The parking lot and then you had the casita,

10   and the pool house property, correct?

11   A.   That's correct.

12   Q.   All right.  And one of those properties is 1460 SW 7th

13   Street, correct, sir?

14   A.   Yes.

15   Q.   And with respect to 1460, isn't it true that on January 9,

16   2018, the 1460 property also received a Notice of Violation for

17   work without a permit?

18          MS. GOMEZ:  Objection.  Lack of foundation.  Assumes

19   facts not in evidence.

20          THE COURT:  Overruled.  He can answer if he knows.

21          THE WITNESS:  It may have.  It's just more evidence

22   of Joe Carollo's attacks on us.

23          MR. PERTNOY:  Your Honor, it was a yes or no question

24   and move to strike the non-responsive extracurricular

25   commentary.

```
 1              THE COURT:  Sustained.

 2              MR. PERTNOY:  So if you can pull up DX 70 for the

 3   witness.

 4   BY MR. PERTNOY:

 5   Q.   Is it -- you can see it on your screen, Mr. Pinilla?

 6   A.   Yes.

 7   Q.   All right.  And does this refresh your recollection that

 8   on or about January 9, 2018 on the 1460 property, the City of

 9   Miami posted a Notice of Violation for work without a permit?

10   A.   Again, everything after November, '17 are direct attacks

11   on all of our properties.  This is an example of this.  I have

12   never seen this document before.

13              MS. GOMEZ:  Your Honor, objection.

14              MR. PERTNOY:  Your Honor, move to strike.  It was a

15   yes or no question and it was non-responsive.

16              MS. GOMEZ:  Your Honor, objection.  It was improper

17   refreshing recollection.  The witness did not see it, did not

18   recall.

19              THE COURT:  Sustained.  Next question.

20   BY MR. PERTNOY:

21   Q.   So your testimony is that's a document that's posted on

22   the 1460 property.  You don't recall it ever being placed on

23   your property?

24              MS. GOMEZ:  Objection.  Asked and answered.

25              THE COURT:  Sustained.
```

1    **BY MR. PERTNOY:**

2    Q.   Can you turn to photo number 10?  The photo before you,

3    do you recognize that to be the back of the 1460 property, the

4    back of the house?

5    A.   It looks like it, yes.

6    Q.   And does this look like the house as it was on or about

7    January 8, 2018?

8    A.   That, I can't attest.

9    Q.   But as far as you know, you can identify this as being the

10   back of the house from your personal recollection, correct,

11   sir?

12   A.   That's the back of 1460, yes.

13            MR. PERTNOY:  Seek to admit picture number 10 from

14   DX --

15            THE COURT:  Any objections?

16            MR. PERTNOY:  -- 70.

17            MS. GOMEZ:  Your Honor, I don't think the appropriate

18   foundation has been laid so yes, we would object.

19            MR. PERTNOY:  First off, this document's not objected

20   to in its entirety on their -- when we posted it on our exhibit

21   list.

22            THE COURT:  I understand that.  Again, the objection

23   is overruled.

24            MR. PERTNOY:  Thank you.  Move to admit into

25   evidence, Your Honor, and move to publish.

```
 1            THE COURT:  Granted.

 2            MR. PERTNOY:  Thank you.

 3            (Defendant's Exhibit 70, picture 10 Received.)
```

**BY MR. PERTNOY:**

```
 4

 5  Q.  So this is your understanding of what the back of the

 6  property looked like, the back of the house at 1460 in and

 7  around 2018, correct, sir?

 8            MS. GOMEZ:  Objection.  Asked and answered.

 9            THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

```
10

11  Q.  You can take that down, please.  Do you recall on

12  January 22, 2018, the City of Miami posting on the 1460

13  property a notice of hearing for the Notice of Violation for

14  work without a permit?

15  A.  No.

16  Q.  Did you regularly visit the Tower Hotel properties while

17  they were under construction?

18  A.  I don't know how you define regularly.  I've been to the

19  site.

20  Q.  And if something was posted by the City of Miami, would

21  you have been contacted by a worker or by a construction

22  manager that the City of Miami has posted something on one of

23  the properties?

24  A.  Mr. Pertnoy, I have a very impressive collection, a binder

25  this thick of violations.
```

```
 1   Q.   It was a yes or no question.

 2   A.   Given to me over the last six years.

 3            THE COURT:  Overruled.

 4            MR. PERTNOY:  My question was a simple question.

 5            THE WITNESS:  My answer is a very complex answer.

 6   BY MR. PERTNOY:

 7   Q.   My question was was it the regular business practice for

 8   somebody at the site to call you if something was posted on the

 9   property by the City of Miami?

10   A.   We were inundated with violations across all of our

11   properties.  They were -- they came on a regular basis.

12   Q.   I asked a yes or no question.  I require a yes or no

13   answer.

14            THE COURT:  Overruled.  You can answer.

15            MR. PERTNOY:  Can you please show to the witness the

16   January 22, 2018 Notice of Hearing?

17            MS. GOMEZ:  What exhibit number is this?

18            MR. PERTNOY:  It is DX 71.

19   BY MR. PERTNOY:

20   Q.   Does this refresh your recollection that on January 22,

21   2018, the City of Miami posted a notice of hearing on the 1460

22   property for the Notice of Violation for work without a permit?

23            MS. GOMEZ:  Objection, Your Honor.  The witness did

24   not say that.  He did not recall.

25            THE COURT:  I understand that.  The objection is
```

```
 1    overruled, but he can answer.
 2              THE WITNESS:  I've never seen this document.
 3    BY MR. PERTNOY:
 4    Q.   So another document posted on your property that you did
 5    not see, is that correct, sir?
 6              MS. GOMEZ:  Objection.  Argumentative and asked and
 7    answered.
 8              THE COURT:  Sustained.
 9    BY MR. PERTNOY:
10    Q.   You can take that down.  Isn't it true that on or about
11    July 23, 2018, in addition to entering into a Compliance
12    Agreement on the 1450 property, that Tower Hotel, LLC also
13    entered into a Compliance Agreement for the 1460 property?
14    A.   I never entered into any Compliance Agreement.
15              MR. PERTNOY:  Can you please bring up the Compliance
16    Agreement for 1460 with the City of Miami, DX 73?
17    BY MR. PERTNOY:
18    Q.   There are -- the Tower Hotel, LLC has multiple managers
19    including yourself and I believe Mr. Fuller is the other
20    manager of the LLC, correct?
21    A.   That's correct.
22    Q.   All right.  And before you is the Compliance Agreement for
23    1460 SW 7th Street LLC.  You don't recall -- you indicated you
24    don't recall entering into A compliance -- the Tower Hotel,
25    LLC, you don't recall entering into a Compliance Agreement, is
```

```
 1   that correct, sir?
 2           MS. GOMEZ:  Objection.  That mischaracterizes
 3   Mr. Pinilla's testimony.
 4           THE COURT:  Overruled.  He can answer.
 5           THE WITNESS:  I've never seen this document.  And I
 6   have personally never entered into a Compliance Agreement for
 7   that address.  I answered your question.
 8           MR. PERTNOY:  Can you please turn to page 4 of 5 of
 9   the document?
10   BY MR. PERTNOY:
11   Q.   You can see here that there's a signature block for the
12   Tower Hotel, LLC and it's signed by Mr. Fuller.  Do you
13   recognize the signature?
14           MS. GOMEZ:  Objection.  Lack of personal knowledge.
15   And asked and answered.
16           THE COURT:  Overruled.
17           THE WITNESS:  I recognize that signature.  It's
18   William Fuller's signature.
19   BY MR. PERTNOY:
20   Q.   So Mr. Fuller is signing this Compliance Agreement that I
21   showed you on behalf of the Tower Hotel, LLC, correct, sir?
22   A.   That's what it looks like, yes.
23   Q.   But your testimony here is you've never seen this
24   Compliance Agreement?
25   A.   I have not.
```

```
 1    Q.    All right.  Move on to the next document.  You can take
 2    that down.
 3          Isn't it true that on or about August 21, 2018, after the
 4    Notice of Violations for work without a permit were issued,
 5    that Tower Hotel sought a permit for demolition on the 1460
 6    property?
 7    A.    I'm not sure.
 8    Q.    Do you recall filing a permit application and you
 9    individually signing it?
10    A.    I would need something to refresh my memory.
11          MR. PERTNOY:  Okay.  Can you please bring up DX 398,
12    please?  And can you go to the second page of it, please?
13    Thank you.
14    BY MR. PERTNOY:
15    Q.    Mr. Pinilla, can you see -- can you see the document in
16    front of you and down below on the left hand side, it says
17    Martin Pinilla.  Is that your signature there?
18    A.    Yes, it is.
19    Q.    Does this refresh your recollection that on or about
20    August, looks like 20th, 2018, you signed this permit
21    application?
22    A.    Can you expand the permit so I can see the whole thing?
23    Q.    Sure.  Can you bring -- make it larger?
24    A.    No, I meant I wanted to see the whole picture.
25    Q.    Sure.  Sorry about that.
```

```
 1   A.    That's what it looks like.
 2            MR. PERTNOY:  All right.  Seek to admit DX 398 into
 3   evidence.
 4            THE COURT:  Any objection?
 5            MS. GOMEZ:  Is that more than one page?
 6            MR. PERTNOY:  It's more than one page, but I'm only
 7   seeking the second page.
 8            MS. GOMEZ:  No objection.
 9            MR. PERTNOY:  Seek to publish and move into evidence,
10   Your Honor.
11            THE COURT:  Granted.
12            (Defendant's Exhibit 398, second page Received.)
13   BY MR. PERTNOY:
14   Q.    So you can see here that if you enlarge the general
15   information section, please?  Scroll up.  Scroll up.  Right
16   there.
17         So this is a City of Miami Building Department permit
18   application for demolition that has already commenced on the
19   1460 SW 7th Street property, isn't that true, sir?
20   A.    I'm not sure.
21   Q.    All right.  And if you scroll a little further down, you
22   can see that this document is -- this permit application is
23   signed by yourself, is that correct, sir?
24   A.    August 20, 2018.
25   Q.    And it looks like the permit appears to be approved
```

```
 1   somewhere around July 26, 2019.  Do you see that, sir, down at
 2   the bottom?
 3   A.   Wow.  Ten months for an interior demolition permit.
 4   That's a long time.
 5            MR. PERTNOY:  It was a yes or no question, Your
 6   Honor, and not a request for commentary.
 7            THE COURT:  Just answer the question only,
 8   Mr. Pinilla.  Next question, Mr. Pertnoy.
 9            THE WITNESS:  Just more evidence.
10            MR. PERTNOY:  Your Honor, move to strike the
11   commentary without a question.
12            THE COURT:  Stricken.
13   BY MR. PERTNOY:
14   Q.   So, again, this is a permit application for a permit after
15   you -- your Tower Hotel, LLC has been cited for work without a
16   permit, correct, sir?
17   A.   I don't agree with that statement.
18            MR. PERTNOY:  Okay.  Can we now go -- you can take
19   that down and go to DX 74.  Don't put it up yet.
20   BY MR. PERTNOY:
21   Q.   Do you recall on or about July 2, 2020, another Notice of
22   Violation was issued for, again, work without a permit?  This
23   time with respect to the construction of the pool?
24            MS. GOMEZ:  Objection, Your Honor.  Lack of
25   foundation and counsel is testifying.
```

```
 1              THE COURT:  Well --
 2              MR. PERTNOY:  I'm asking if he recalls.
 3              THE COURT:  Don't respond, sir.  The objection is
 4   overruled.  You may ask the question.
 5              THE WITNESS:  Can you repeat the question?
 6   BY MR. PERTNOY:
 7   Q.   Sure.  Do you recall on July 2, 2020, that another Notice
 8   of Violation was posted on the 1460 property for work without a
 9   permit concerning the construction of the pool without permits?
10   A.   No, I do not.
11              MR. PERTNOY:  Can you please bring up DX 74 and
12   publish only to the witness and counsel?  And can you please go
13   to I think it's the third page?  One more page.  Thank you.
14   Can you make a little larger so it can be seen?
15   BY MR. PERTNOY:
16   Q.   Mr. Pinilla, does this refresh your recollection that on
17   July 2, 2020, the City of Miami posted a Notice of Violation on
18   the 1460 property for work without a permit for constructing a
19   pool without any permits?
20   A.   I've never seen that document.
21   Q.   Another document for your property that you haven't seen.
22              MS. GOMEZ:  Objection.  Argumentative.
23              THE COURT:  Sustained.
24              THE WITNESS:  You just showed me a picture.  I've
25   never seen the picture.
```

1              MS. GOMEZ:  Objection.  Argumentative.

2              MR. PERTNOY:  There's no question pending, sir.  Can

3    you show the witness page 40 of this document?  I believe it's

4    page 40.

5    **BY MR. PERTNOY:**

6    Q.   Mr. Pinilla, the photo before you, do you recognize this

7    to be the 1460 property?  You have the back of the 1460 house,

8    and then you have the pool in the foreground.  Does this look

9    like what the property looked like on or about July of 2020?

10   A.   Yes.

11             MR. PERTNOY:  Seek to admit the photo into evidence.

12             MS. GOMEZ:  To that page, no objection.

13             MR. PERTNOY:  Seek to enter into it evidence and move

14   to publish, Your Honor.

15             THE COURT:  Granted.

16             (Defendant's Exhibit 74, page 40 Received.)

17   **BY MR. PERTNOY:**

18   Q.   So this is a picture of the pool area and the back of the

19   1460 property, and this is the pool that was being cited for

20   being work workout a permit, correct, sir?

21   A.   That's a pool at 1460 SW 7th Street.

22   Q.   And is it your understanding that the City of Miami was

23   citing this property at this time for constructing a pool

24   without a permit?

25   A.   I didn't get to see the document clearly.  It was blurry

 1  so I can't attest that.

 2  Q.   Okay.  Now, can you zoom in on the building where the

 3  bulldozers are?  Can you see where the second bulldozer is, on

 4  the right hand side of the building, it's now an open area like

 5  a doorway area?  Do you see that, sir?

 6  A.   Yes.

 7       MR. PERTNOY:  Can you go back to DX 70, page 10,

 8  which has also been admitted into evidence?

 9  **BY MR. PERTNOY:**

10  Q.   So, this is the same area, the same part of the house in

11  2018, and it still has the window and the wall there?

12  Do you see that, sir?

13  A.   Yes.

14  Q.   And in -- so this work again was also done without

15  permits, correct, sir?

16  A.   That statement is not correct.  You just showed me a

17  permit that was issued for demolition on this building on July,

18  2019, and now you're showing a picture from 2020.  What makes

19  you think that there was no permit to do that work?

20  Q.   You can take it down.  Thank you.  Continuing on to DX 75.

21  Hold it there for a second.  Do you recall on or about

22  October 5, 2020, that the Tower Hotel, LLC received a Repair or

23  Demolition Final Notice from the City of Miami for pool

24  construction without permits, need to stop work immediately,

25  submit architectural, engineering plans --

1              MS. GOMEZ:  Objection.  Counsel's testifying.

2              THE COURT:  Rephrase the question.  The objection is

3     sustained.

4     **BY MR. PERTNOY:**

5     Q.   Do you recall on October 5, 2020, the Tower Hotel

6     receiving a Repair or Demolish Final Notice from the City of

7     Miami for work without a permit concerning the pool

8     construction without permits?

9     A.   No.

10             MR. PERTNOY:  Can you please bring up DX 75?  Can you

11    make that a little larger so the witness can see it?

12    **BY MR. PERTNOY:**

13    Q.   Does this refresh your recollection that on October 5,

14    2020, the Tower Hotel received a Repair or Demolish Final

15    Notice for work without a permit?

16    A.   It looks it was sent to my office.  I don't recall ever

17    seeing this document.

18    Q.   Another document that you have not seen, correct, sir?

19             MS. GOMEZ:  Objection.  Argumentative.

20             THE COURT:  Sustained.

21             THE WITNESS:  It's more evidence of his attacks on

22    us.

23             MR. PERTNOY:  Move to strike the response with no

24    question pending.

25             THE COURT:  All right.  Also, please do not make any

```
 1    commentary as well, Mr. Pinilla.  Also, Mr. Pertnoy, no more

 2    argumentative questions, sir, back and forth.

 3              MR. PERTNOY:  Yes, Your Honor.

 4              THE WITNESS:  Yes, Your Honor.

 5              MR. PERTNOY:  I'm going to pull up DX 76, just hold

 6    it before.

 7    BY MR. PERTNOY:

 8    Q.   Do you recall on or about October 20, 2020 that the City

 9    of Miami posted for the 1460 property a notice of hearing with

10    respect to the Final Notice, Notice of Violation for work

11    without a permit?

12              MS. GOMEZ:  Objection.  Compound question and

13    counsel's testifying.

14              THE COURT:  Sustained.  Rephrase the question.

15    BY MR. PERTNOY:

16    Q.   Do you recall that the City of Miami posted a notice of

17    hearing on October 20, 2020 for the 1460 property concerning

18    the Notice of Violation for work without a permit?

19              MS. GOMEZ:  Objection.  Same exact issue.

20              THE COURT:  Sustained.

21    BY MR. PERTNOY:

22    Q.   Do you recall that the City of Miami posted a notice of

23    hearing on October 20, 2020 on the 1460 property?

24    A.   No.

25              MR. PERTNOY:  Can you please bring up DX 76, and go
```

1    to page, looks like 82?

2    **BY MR. PERTNOY:**

3    Q.   Mr. Pinilla, does this refresh your recollection that on

4    October 20, 2020, the City of Miami posted a notice of hearing

5    on the 1460 SW 7th Street property?

6    A.   I've never seen this photo and the print on this document

7    is illegible.

8    Q.   But you can see above it in all red, it says Posted Notice

9    of Hearing?  You see that part, correct, sir?

10   A.   I've still never seen this photo before.

11            MR. PERTNOY:  You can take it down.  Thank you.

12            Can we have DX 77 ready in a moment?

13   **BY MR. PERTNOY:**

14   Q.   Mr. Pinilla, do you recall that on November 20, 2020,

15   there was a hearing on the Notice of Violation and an order was

16   entered by the Unsafe Structure Panel?

17   A.   No.

18   Q.   Can we please bring up DX 77?  Mr. Pinilla, does this

19   refresh your recollection that there was a final action on

20   November 20, 2020 with an order of the Unsafe Structure Panel

21   for the Tower Hotel regarding 1460 SW 7th Street?

22   A.   Exhausting.  These attacks, constant, time, money.

23            MR. PERTNOY:  Your Honor, move to strike.  It was a

24   yes or no question.

25            THE COURT:  All right.  Stricken.

```
 1   BY MR. PERTNOY:
 2   Q.   Mr. Pinilla, let's try that again.  Do you recall -- does
 3   this refresh your recollection that on November 20, 2020, there
 4   was an order entered by the Unsafe Structure Panel regarding
 5   the Tower Hotel, LLC for the 1460 SW 7th Street property?
 6   A.   That's what this document says.
 7   Q.   Do you recall attending this hearing?
 8   A.   I'm not sure if I did.
 9   Q.   Do you recall if the Tower Hotel had representation at
10   this hearing to speak on its behalf?
11   A.   You're saying hiring an attorney to represent us?
12   Q.   An attorney or another manager from the company going
13   there to represent the Tower Hotel, LLC?
14   A.   More legal fees from his attacks.  Probably because if
15   not, the Unsafe Structures Panel wouldn't have given an order,
16   but I don't know for a fact.
17   Q.   Okay.  Let's move on to the next.  Have DX 78 ready.  Do
18   you recall on or about -- in October of -- October 12, 2021,
19   that the Tower Hotel entered into a second Compliance Agreement
20   with the City of Miami regarding the Tower Hotel?
21   A.   We may have.
22   Q.   Can you bring up DX 78?  Mr. Pinilla, does this document
23   refresh your recollection that on October 12, 2021, the Tower
24   Hotel, LLC entered into a Compliance Agreement with the City of
25   Miami?
```

```
 1   A.   Will you allow me to see the whole document?

 2   Q.   Sure.  Can you please flip through?

 3   A.   I think it says the -- it's either the 13th of October or

 4   maybe the 15th.

 5   Q.   Sure.  If you go to the first page of the document, you

 6   can see it says this Compliance Agreement running with the land

 7   entered into on 12th day of October, 2021.  Does that help your

 8   recollection?

 9   A.   I see it.  It says on the signature page, everybody signed

10   on the 13th of October.

11   Q.   Sure, fair enough.  So either on the 13th or on the 12th,

12   Tower Hotel entered into a Compliance Agreement with the City

13   of Miami so that the Tower Hotel would have additional time to

14   bring the property into compliance, correct?

15   A.   Under duress, yes.

16           MR. PERTNOY:  Move to admit the Compliance Agreement

17   into evidence.

18           MS. GOMEZ:  No objection.

19           MR. PERTNOY:  Seek to publish, Your Honor.

20           THE COURT:  Granted.

21              (Defendant's Exhibit 78 Received.)

22   BY MR. PERTNOY:

23   Q.   So this Compliance Agreement is the second Compliance

24   Agreement for the 1460 property, is that your understanding?

25   A.   This Compliance Agreement --
```

1   Q.   It's a yes or no, sir.

2   A.   -- wouldn't be needed if the permit that was submitted in

3   2018 would --

4          MR. PERTNOY:  Move to strike, Your Honor.  It was a

5   yes or no question.

6          THE WITNESS:  Had it been processed correctly.

7          MS. GOMEZ:  Objection, Your Honor.

8          THE COURT:  The objection is overruled.

9          THE WITNESS:  It would not be processed correctly,

10  the 2018 permit that still hasn't been approved was delayed

11  revision after revision after revision.  And the City of Miami

12  staff Building Department said guys, we're getting pressure

13  from above to finish this project.  Sign this Compliance

14  Agreement so they don't demolish your building.

15          If not, if we don't follow instructions, we're going

16  to be fired.  We're going to be demoted.  It has happened over

17  and over again.  It's not a coincidence that there's been two

18  city managers, three Code directors, three Chief of Police,

19  four Code Directors --

20          MR. PERTNOY:  Your Honor, non-responsive narrative at

21  this point.

22          THE COURT:  It's a narrative.  At this point, only

23  answer the question directly, Mr. Pinilla.  All right?

24          THE WITNESS:  Yes, sir.  Yes, Your Honor.

25

1    **BY MR. PERTNOY:**

2    Q.    The other address with respect to the Tower Hotel is 1444

3    SW 7th Street, correct, sir?

4    A.    Yes.

5            MR. PERTNOY:  And can you have DX 79 ready?

6    **BY MR. PERTNOY:**

7    Q.    Do you recall also on January 9, 2018, that the City of

8    Miami posted a Notice of Violation for work without a permit

9    for the 1444 SW 7th Street property?

10   A.    1444 SW 7th Street?

11   Q.    Yes.

12   A.    Just received its Certificate of Use.  It's in full

13   compliance.

14           MR. PERTNOY:  Your Honor, it's a yes or no question.

15           THE WITNESS:  It took us four years longer.

16           THE COURT:  Mr. Pinilla, the objection is sustained.

17   Of course, if you have any further explanation, your attorney

18   will have an opportunity on redirect to explore those issues,

19   if necessary.

20           THE WITNESS:  I understand.

21           THE COURT:  I understand some questions may require

22   further explanation.  The Court may allow that.  We're not

23   going to engage in any further narrative other than what is

24   being asked of you.  Please listen to the question carefully.

25   If you don't understand, ask him to repeat it.

```
 1              Mr. Pertnoy, ask your next question.
 2              THE WITNESS:  Understood, Your Honor.
 3              MR. PERTNOY:  Can you please bring up DX 79, the
 4    first page?
 5    BY MR. PERTNOY:
 6    Q.   Can you make it a little larger for the witness, please?
 7    Does this refresh your recollection that on January 9, 2018,
 8    the City of Miami posted a Notice of Violation for work without
 9    a permit on the 1444 SW 7th Street property?
10    A.   I've never seen this photo before.
11    Q.   Do you recall there being a posting on the property on
12    January 9, 2018, sir?
13              MS. GOMEZ:  Objection.  Asked and answered.
14              THE COURT:  Sustained.
15    BY MR. PERTNOY:
16    Q.   So can we go to -- have DX 80 ready.  Do you recall that
17    on July 23, 2018, the Tower Hotel, LLC entered into another
18    Compliance Agreement with the City of Miami for the 1444 SW 7th
19    Street property?
20              MS. GOMEZ:  Objection.  Counsel is testifying.  Lack
21    of foundation.
22              THE COURT:  Sustained.
23    BY MR. PERTNOY:
24    Q.   Mr. Pinilla, do you recall that the Tower Hotel, LLC
25    entered into a Compliance Agreement on July 23, 2018 for the
```

1    1444 SW 7th Street property?

2            MS. GOMEZ:  Sorry.  Objection.  Lack of foundation.

3    Counsel is testifying.

4            MR. PERTNOY:  I'm asking if he recalls.

5            THE COURT:  The objection is overruled.  You may

6    answer the question.

7            THE WITNESS:  Tower Hotel may have.

8            MR. PERTNOY:  Sure.  Can you please show the witness

9    DX 80?

10   **BY MR. PERTNOY:**

11   Q.   Mr. Pinilla, does this refresh your recollection that on

12   July 23, 2018, the Tower Hotel, LLC entered into a Compliance

13   Agreement with the City of Miami for the 1444 SW 7th Street

14   property?

15   A.   Can you scroll to the bottom?

16   Q.   Sure.

17   A.   Can you go through all the pages of the document?

18   Q.   Yeah, he's going to go through.

19   A.   We're on the same page there.  July 23, 2018, it says

20   here.

21   Q.   Do you recall the Tower Hotel, LLC entering into this

22   Compliance Agreement with the City of Miami for the 1444 SW 7th

23   Street property?

24   A.   I did not sign it, but I do remember it being entered

25   into.

1            MR. PERTNOY:  Move to admit into evidence and move to

2    publish.

3            MS. GOMEZ:  No objection.

4            THE COURT:  Granted.

5                (Defendant's Exhibit 80 Received.)

6    **BY MR. PERTNOY:**

7    Q.   And with respect to this Compliance Agreement, isn't it

8    true that in Section 3, terms on the first page, it states that

9    the owner agrees that the above described property is in

10   violation of the City of Miami Code.  Subsequently the owner

11   agrees to the following terms.  Isn't that correct, sir?

12   A.   What line?

13   Q.   Section 3, terms.  The very first sentence right there.

14   A.   That's what that document -- that's what it says in that

15   section, yes.

16   Q.   Isn't it true that after the July 23, 2018 Compliance

17   Agreement, that Tower Hotel, LLC pulled its first permit for

18   the 1444 SW 7th Street property?

19           MS. GOMEZ:  Objection.  Counsel is testifying.  It's

20   lack of foundation.

21           THE COURT:  Overruled.  He can answer the question.

22           THE WITNESS:  I'm not sure if it was the first permit

23   or not, but I can tell you that all the permits have been

24   closed subsequent to that, and we have a Certificate of Use on

25   that property so we've come into full compliance.

1          MR. PERTNOY:  Can you please bring up PX 12?  And I

2     think you're going to have to scroll to approximately to page

3     21 or 22 or 23.  This is already entered into evidence so --

4          MS. GOMEZ:  Counsel, which exhibit?

5          MR. PERTNOY:  PX 412.  I missed the four.

6     BY MR. PERTNOY:

7     Q.   This was shown to you earlier.  This was PX 412.  This was

8     the document we talked about earlier.  Does this refresh your

9     recollection that the -- this document shows that the first

10    permit was pulled on August 24, 2018 for demolition for the

11    1444 SW 7th Street property?

12    A.   That's what this document says.  I don't know necessarily

13    if it was the first permit ever pulled on 1444.

14    Q.   Okay.  You can take that down, please.  Isn't it true

15    after entering into all of these Compliance Agreements for the

16    Tower Hotel, that Tower Hotel, LLC didn't comply with the

17    Compliance Agreements, and then ultimately proceeded to sue?

18         MS. GOMEZ:  Objection.  Counsel is testifying and

19    outside of matters that are -- sorry.  Matters outside the

20    scope of direct examination and of this case.

21         THE COURT:  The objection is sustained.

22    BY MR. PERTNOY:

23    Q.   Are you aware that the Tower Hotel brought litigation

24    against the City of Miami regarding these Compliance

25    Agreements?

 1              MS. GOMEZ:  Objection.  Objection, Your Honor.

 2              THE COURT:  Sustained.

 3   **BY MR. PERTNOY:**

 4   Q.   You also talked about the Calle Ocho Marketplace.  Do you

 5   recall discussing Calle Ocho Marketplace?

 6   A.   Yes.

 7   Q.   And Calle Ocho Marketplace actually has three areas that

 8   you discussed, if I recall.  You had Taquito which is the

 9   Mexican restaurant, and there was an issue concerning the

10   outdoor seating down the alleyway, correct, sir?

11   A.   Yes.

12   Q.   Then there was the farmer's market kiosks that were being

13   built and placed in the parking lot.  That was a separate

14   issue, correct, sir?

15   A.   That was a separate permit, yes.

16   Q.   And then finally, the last issue was the residential house

17   in the back of the property.  I think it's 827 SW 14th Avenue

18   is the address for that, correct?

19   A.   That beautiful bungalow, yes.

20   Q.   So, can you -- do you recall in May 22, 2017, that the

21   City of Miami issued its first Notice of Violation with respect

22   to the Calle Ocho Marketplace for work performed without a

23   permit?

24   A.   What was the date?

25   Q.   May 22, 2017.

```
 1   A.   No, I do not.

 2            MR. PERTNOY:  Can you please bring up DX 16 just to

 3   show to the witness and counsel, please?

 4   BY MR. PERTNOY:

 5   Q.   Do you see -- does this refresh your recollection that on

 6   May 22, 2017, the City of Miami issued a Notice of Violation

 7   for Calle Ocho Marketplace for work performed without a

 8   finalized permit?

 9   A.   That's what this document looks like.

10   Q.   Do you recall ever seeing this document?

11   A.   No, I do not.

12   Q.   Do you recall receiving this document?

13   A.    It's addressed to Carlos Decepedes, 800 Douglas Road.

14   Q.    It's also addressed to Calle Ocho Marketplace, LLC at 1380

15   SW 8th Street which is the property address, correct, sir?

16   A.    No, I don't receive mail there, no.

17   Q.   You can take that down.  Isn't it true that in February of

18   2018, the City of Miami conducted an inspection and determined

19   that the kiosks --

20            MS. GOMEZ:  Objection.  Counsel is testifying.  Lack

21   of foundation.

22            THE COURT:  The objection is sustained.  Rephrase the

23   question.

24   BY MR. PERTNOY:

25   Q.   Are you aware that the City of Miami conducted an
```

```
 1   inspection of the kiosks on or about February 12, 2018?
 2   A.   They may have.  I don't know for a fact.
 3   Q.   Are you aware that the City of Miami determined that that
 4   work was being done without a permit?
 5             MS. GOMEZ:  Objection.  Outside the scope of
 6   knowledge.
 7             THE COURT:  Sustained.
 8   BY MR. PERTNOY:
 9   Q.   Do you have any knowledge as to whether or not the kiosks
10   were being built with or without permits?
11   A.   Mr. Pertnoy, when you receive a violation, in order to
12   cure it, you have to go to the city, specifically sit down with
13   the Unsafe Structures Department, and show them a set of plans
14   and he has to approve that the scope of work is included in
15   those plans to cure the violation.
16        Before you can even submit them to get processed, any of
17   these violations that you're showing to me we followed that
18   process and we obtained a permit for those kiosks.
19   Q.   So your testimony is that every single one of these
20   notices for work without a permit are made up and fake?
21             MS. GOMEZ:  Objection.  Argumentative and
22   mischaracterizes.
23             THE COURT:  Sustained.
24             MR. PERTNOY:  Can we go to on DX 28?  Can you turn to
25   page 58, please?
```

1    **BY MR. PERTNOY:**

2    Q.   Mr. Pinilla, the photo in front of you, do you recognize

3    that to be the alleyway for El Taquito with the outdoor

4    seating?

5    A.   That's the outdoor seating for Taquito.  I wouldn't call

6    it an alleyway but --

7    Q.   Well, it's between two buildings, correct, sir?

8    A.   Okay.  It's outdoor seating for a restaurant.  That's the

9    way I see it.

10   Q.   And down that alleyway or that outdoor seating area, there

11   was a utility pole about halfway down, is that correct, sir?

12   A.   I don't see it.

13   Q.   Sure.  Can you -- first off, do you recognize this to look

14   to be El Taquito, and what it looked on or about March 19,

15   2018?

16   A.   That's definitely El Taquito.  I cannot attest to the

17   date.

18   Q.   Fair enough.

19            MR. PERTNOY:  Move to admit page 58 of DX 28.

20            MS. GOMEZ:  No objection to that page.

21            MR. PERTNOY:  Seek to publish, Your Honor?

22            THE COURT:  Granted.

23            (Defendant's Exhibit 28, page 58 Received.)

24   **BY MR. PERTNOY:**

25   Q.   So you see in the back behind, I guess it would be

1    straight behind the Q, there's a pole sticking up?  Do you see

2    that, sir?

3    A.   Yeah, I see two poles.  I see one over the Q and one over

4    the E.

5    Q.   I'm asking you about the one over the Q.  Do you recognize

6    that to be the utility pole that's about halfway down the

7    outdoor seating alleyway area?

8    A.   I'm not sure if I see any pole in the outside seating

9    area.  I see the pole behind, but you're talking about like the

10   regular utility poles that you see all over the city?

11   Q.   I'm asking --

12   A.   That hold telephone lines?  Is that the type of utility

13   pole you're asking me about?

14   Q.   I'm asking if you recognize that being a pole that was in

15   that alleyway?

16   A.   I see a pole here in this picture.  I don't see a pole in

17   the restaurant seating area.

18           MR. PERTNOY:  Can you take it off publish and go to

19   page 64?

20           MS. GOMEZ:  Just for the witness and counsel, right?

21           MR. PERTNOY:  Yeah.

22   **BY MR. PERTNOY:**

23   Q.   So this is a little bit further in on the outdoor seating

24   area.  Does this help refresh your recollection that there was

25   the roofing and then right behind it, next to the other

```
 1   building is the utility pole that we were discussing?
 2   A.   Yes.  This looks like the utility poles that you see all
 3   over town, yes.
 4            MR. PERTNOY:  Move to admit picture 64 and publish.
 5            MS. GOMEZ:  No objection.
 6            THE COURT:  Granted.
 7            (Defendant's Exhibit 28, Picture 64 Received.)
 8   BY MR. PERTNOY:
 9   Q.   So from this angle, you can see the roofing that was built
10   for the outdoor seating area, and right up against it is this
11   utility pole with all these wires, correct, sir?
12   A.   You're talking about the trellis?
13   Q.   Yes.  If that's the name for it.
14   A.   Okay, yeah.  And I believe there's still one there today.
15   Q.   So you can take down 64.  Do you recall that in February
16   of 2019, that Calle Ocho Marketplace, LLC filed a Building
17   Department permit application to demo the illegal structure?
18            MS. GOMEZ:  Objection.  Counsel is testifying.  Lack
19   of foundation.
20            THE COURT:  Sustained.
21   BY MR. PERTNOY:
22   Q.   Do you recall that in 2019 -- strike that.  Do you recall
23   in February of 2019, that Calle Ocho Marketplace filed a permit
24   with the City of Miami -- sought a permit from the City of
25   Miami to demo that, the outdoor portion of El Taquito?
```

1  A.   Remind me the date?

2  Q.   February 1, 2019.

3  A.   No, I do not.

4        MR. PERTNOY:  Can you bring up DX 632?  So, if you

5  scroll --

6  **BY MR. PERTNOY:**

7  Q.   Do you need it to be made larger, Mr. Pinilla?

8  A.   No, I can see it.

9  Q.   Does this refresh your recollection that in and around

10 February of 2019, Calle Ocho Marketplace filed a permit

11 application with a job description reading demo illegal

12 structure?

13 A.   I've never seen this document before.

14 Q.   Now Mr. Fuller is also a member and a manager of Calle

15 Ocho Marketplace?

16 A.   I'm not sure.

17 Q.   You can take that down.  You also talked about Sanguich

18 during your testimony.  Do you recall that, sir?

19 A.   What a shame.  Yes.

20        MR. PERTNOY:  Can you bring up DX 13?  Just hold it

21 for a second.

22 **BY MR. PERTNOY:**

23 Q.   Do you recall on November 30, 2017, receiving a Notice of

24 Violation for violations including no Certificate of Use,

25 failure to obtain a Business Tax Receipt, failure to perform

```
 1    work without a permit with respect to the --
 2              MS. GOMEZ:  Objection.  Counsel is testifying.  Lack
 3    of foundation.
 4              THE COURT:  Sustained.
 5    BY MR. PERTNOY:
 6    Q.   Do you recall receiving a Notice of Violation from the
 7    City of Miami on November 30, 2017 in regards to the Sanguich
 8    container?
 9    A.   I'm not sure.  I may have.
10              MR. PERTNOY:  Can you please show the witness DX 13
11    and go to page 15?  Actually, I believe DX 13 is in evidence
12    other than the petition itself so we can just publish page 15
13    when it's up.
14    BY MR. PERTNOY:
15    Q.   Mr. Pinilla, does this refresh your recollection that you
16    received a Notice of Violation from the City of Miami regarding
17    the Sanguich container?
18    A.   Yes, it does.
19    Q.   All right.  And to be clear, November 30, 2017, that's
20    before Commissioner Carollo was sworn in as a commissioner for
21    District 3, correct, sir?
22    A.   What date was he sworn in?
23    Q.   December 2, 2017.
24    A.   Wow.  Attacks continued before he was in power.  Yes.
25              MR. PERTNOY:  Move to strike the non-responsive
```

```
 1   commentary.

 2            THE COURT:  All right.  Stricken.

 3            THE WITNESS:  I answered your question.  That

 4   November 30th is before December 2, that's accurate.

 5            MR. PERTNOY:  Thank you.

 6   BY MR. PERTNOY:

 7   Q.   And this Notice of Violation identifies that there's no

 8   Certificate of Use, no Business Tax Receipt, and work was being

 9   done without a finalized permit, correct, sir?

10   A.   That's what that document states, yes.

11   Q.   And isn't it true that the Sanguich container was placed

12   onto the property before all the necessary permits and licenses

13   were acquired?

14            MS. GOMEZ:  Objection.  Lack of foundation.  Counsel

15   is testifying.

16            THE COURT:  Sustained.

17            MR. PERTNOY:  You can take that down, and can you

18   publish DX 125 which is also in evidence?  Make it a little

19   larger so the witness can see this.

20   BY MR. PERTNOY:

21   Q.   Mr. Pinilla, this is an email from Mr. Fuller dated

22   February 26, 2018, and you see that you were copied on this

23   email?  Do you see that, sir?

24   A.   Yes.

25   Q.   Do you recall receiving this email and reading this email
```

1   on or about February 26, 2018?

2   A.   Yes.

3   Q.   All right.  And in the email, Mr. Fuller writes:  My

4   company owns the property located at 1641 SW 8th Street.  A

5   tenant at the property, Sanguich de Miami, was operating under

6   Special Event Permit Number 18-000 which was approved by the

7   various city departments on January 6, 2018.  It has been

8   brought to our attention that the Special Event Permit has now

9   expired.  As such, we have informed Sanguich de Miami that they

10  must vacate the property due to the expiration of the Special

11  Event Permit.  Sanguich de Miami may not operate from the

12  premises and we have asked that they vacate immediately.  And

13  this is being written -- you see that, sir?

14  A.   Yes.

15  Q.   And this is being written to Emilio Gonzalez, the city

16  manager for the City of Miami at the time, correct, sir?

17  A.   Yes, I see that.

18  Q.   And isn't it true that Sanguich de Miami did not vacate

19  after -- immediately after this email of February 26, 2018,

20  correct, sir?

21  A.   I'd have to review my records.  I'm pretty sure that they

22  vacated shortly after, after they tried endlessly to find a

23  path and no path was provided by the city for them to remain

24  open.

25  Q.   Isn't it true that the City of Miami had to actually file

```
 1    a lawsuit to get them to move off the property, correct, sir?
 2              MS. GOMEZ:  Objection, Your Honor.  Assumes facts not
 3    in evidence.
 4              THE COURT:  Overruled.  If he knows.
 5              THE WITNESS:  Wow.  I was not aware of that, no.
 6    BY MR. PERTNOY:
 7    Q.   Okay.  Now yesterday during your testimony, you discussed
 8    a little bit about your leases with your tenants.  Do you
 9    recall that?
10    A.   Yes.
11    Q.   And said that all of a sudden, all of your leases had to
12    have additional provisions due to --
13              MS. GOMEZ:  Objection.  Argumentative.
14              THE COURT:  Overruled.
15    BY MR. PERTNOY:
16    Q.   Due to issues that you are having with the City of Miami,
17    correct, sir?
18    A.   Those are with the tenants that actually even wanted to
19    start the conversation of having leases.  We've had many
20    examples where they've basically been too scared to even enter
21    into business with us.
22    Q.   Now, but your -- I think you testified that you got your
23    start doing real estate development and doing leases with all
24    sorts of tenants, correct?  That's part of what your job duties
25    and what your business history is, correct?
```

1    A.    Yes.

2    Q.    And so you're very familiar with commercial leases

3    generally, correct?

4    A.    I'm not an attorney.  I deal the business points.

5    Q.    But you understand that every lease always has a provision

6    where the landlord is promising quiet enjoyment of the

7    property, correct, sir?

8    A.    I'm not sure what quiet enjoyment means, but if you can

9    explain, I can confirm.

10   Q.    You would agree that the landlord is promising that --

11            MS. GOMEZ:  Objection.  Outside the scope of direct

12   examination.  Asked and answered.

13            THE COURT:  Sustained.

14   **BY MR. PERTNOY:**

15   Q.    You would agree in every lease, that the landlord makes

16   warranties and representations regarding the -- that the

17   property that's being tendered is in compliance with the law,

18   correct, sir?

19            MS. GOMEZ:  Objection.  Legal conclusion.

20            THE COURT:  Sustained.

21            MR. PERTNOY:  Can we go to I'd like to show you PX 5

22   which is already in evidence.  Please publish it to the jury,

23   please.

24   **BY MR. PERTNOY:**

25   Q.    Do you recognize this to be the least between Futurama and

1   Brush and Bristle for the Sanguich container, sir?

2   A.   Yes.

3   Q.   And this lease was entered in March of 2 -- in and around

4   March of 2017.  I think it's actually signed on April 4, 2017,

5   if you go to the last page.  Do you see that?

6   A.   Yes.  It's signed April 4, 2017.

7   Q.   So this lease, we can agree, preexists Commissioner

8   Carollo being a commissioner for District 3, correct, sir?

9   A.   Yes.

10  Q.   And if you turn to Section 26 of the lease, and make that

11  a little larger so everybody can see that.  This is a provision

12  in the lease for compliance with the law and the second

13  sentence states:  Landlord shall comply with all laws, orders,

14  ordinances, and other public requirements now or hereafter

15  affecting the leased premises.  Do you see that, sir?

16  A.   Yes, I do.

17  Q.   So even in this simple lease of three or four pages,

18  there's always provisions where the landlord is assuring that

19  the property is in compliance with the law, correct, sir?

20  A.   That's what we try and do always.

21  Q.   So adding those provisions to your new leases is actually

22  not something new.  That's something you've done all along,

23  correct, sir?

24  A.   I think you don't understand the types of provisions that

25  they're requesting.

```
 1   Q.   Now you also talked about a walking tour that you saw

 2   Commissioner Carollo engaging in with -- I think you said

 3   Mr. Bernat and other members of the City of Miami.  Do you

 4   recall that, sir?

 5   A.   When he was breaking the City Charter, yes.

 6            MR. PERTNOY:  Move to strike.  It was a yes or no,

 7   Your Honor.

 8            THE WITNESS:  I answered it.

 9            THE COURT:  Overruled.

10   BY MR. PERTNOY:

11   Q.   So you would agree that Commissioner Carollo has the right

12   to walk his district, yes?

13   A.   He's not allowed to give direction to subordinates in City

14   of Miami.  That's the city manager's job.

15            MR. PERTNOY:  Your Honor, move to strike.

16   Non-responsive to my yes or no question.

17            THE COURT:  It's stricken.

18   BY MR. PERTNOY:

19   Q.   Let's try this again, Mr. Pinilla.  You would agree that

20   Commissioner Carollo has the right like any other citizen to

21   walk the streets of his district, correct, sir?

22   A.   And walk onto my properties?  No.

23            MR. PERTNOY:  Your Honor, again, it's a yes or no.

24            THE COURT:  Overruled.

25            THE WITNESS:  I answered it.
```

```
 1              THE COURT:  Overruled.
 2    BY MR. PERTNOY:
 3    Q.   And Commissioner Carollo has the right to point to issues
 4    of concern in his district, correct, sir?
 5    A.   You'd have to ask him.
 6    Q.   Well, I think you testified that your observation was that
 7    he was pointing out issues on his walk, correct?  That was your
 8    observations.
 9    A.   That's correct.
10    Q.   And some of those observations, some of those issues
11    concerned your properties, correct?
12    A.   Specifically, yes.
13    Q.   Others did not, correct, sir?
14    A.   I'm not sure.
15    Q.   Now, when Mr. -- Commissioner Carollo and Officer Bernat
16    were walking on this tour, you confronted them during that
17    tour, didn't you, sir?
18              MS. GOMEZ:  Objection.  Mischaracterization of his
19    testimony.
20              THE COURT:  Sustained.
21              THE WITNESS:  You're talking --
22              MR. PERTNOY:  The question was sustained,
23    Mr. Pinilla.  I have to ask another one.
24              THE WITNESS:  Okay.
25
```

1  **BY MR. PERTNOY:**

2  Q.   While Commissioner Carollo and Officer Bernat and the

3  other City of Miami officials were walking through District 3,

4  you approached them, correct, sir?

5  A.   They were on my property and at that moment, I approached

6  them, yes.

7  Q.   And you confronted them and made accusatory remarks to

8  them, correct, sir?

9         MS. GOMEZ:  Objection.  Mischaracterization.

10        THE COURT:  Sustained.

11  **BY MR. PERTNOY:**

12  Q.   Isn't it true that James Bernat advised the Commission on

13  Ethics that he felt that you were harassing them?

14        MS. GOMEZ:  Objection.  Counsel is testifying and

15  lacks -- sorry, facts not in evidence.

16        THE COURT:  Overruled.  He can answer the question if

17  he knows.

18        THE WITNESS:  Officer Bernat, who was the second Code

19  Director during Joe Carollo's tenure, if he felt I was

20  harassing him, he would have done something about it.  He's a

21  policeman.

22  **BY MR. PERTNOY:**

23  Q.   Now you talked about the Raul Martinez interview that

24  Commissioner Carollo gave.  In fact, it was shown to you during

25  your testimony.  Do you recall that, sir?

```
 1   A.   Yes.
 2              MR. PERTNOY:  ]And can we bring up PX 305?  I'm going
 3   to ask that you go to the page that ends in Mad Room and then
 4   it ends in 91.  Can you make that a little bit larger so it's a
 5   little easier to read?  That's good right there.  Thank you.
 6   BY MR. PERTNOY:
 7   Q.   So, you were asked about this section of in your
 8   testimony, correct, sir?
 9   A.   Yes.
10   Q.   I want to actually focus in on the question and the entire
11   response so that we have context to the portion that you read.
12   So the section above is the question coming from Mr. Raul
13   Martinez.
14        And I'm going to read you the last part of it which says:
15   What is it that you've seen in the four or five months that
16   you've been there that the people of Miami, the citizens of
17   Miami should know to be able to, ah, evaluate the elected
18   officials or the people who work in the City of Miami.
19   Do you see that, sir?
20   A.   Yes.
21   Q.   So that's the question that Commissioner Carollo was
22   asked, correct, sir?
23   A.   It seems that's definitely a question.
24   Q.   And let's read his entire response.  I, look, as, well,
25   I'm going to start with the code, Code Department, Zoning, uh,
```

1   Building, uh, the things that I have seen with my own eyes, uh,

2   that I have taken to the administrator to walk with me and see

3   them, I took the new mayor himself to see.  I took the new head

4   of Code to see, and I continue to see the same things.

5       So this is Commissioner Carollo talking about all of the

6   walking tours that he's done?

7           MS. GOMEZ:  Objection.  Counsel is testifying and

8   characterization.

9           THE COURT:  Sustained.

10  **BY MR. PERTNOY:**

11  Q.   Do you understand that Commissioner Carollo is explaining

12  that he has gone on walking tours?

13          MS. GOMEZ:  Objection.  Counsel is testifying.

14          THE COURT:  Sustained.

15          MR. PERTNOY:  It's cross-examination.

16          THE COURT:  Doesn't matter.  The Court determines

17  what's proper on cross-examination and what's not.  You may ask

18  your next question.

19  **BY MR. PERTNOY:**

20  Q.   Let's continue reading.  But on the contrary, uh, what I'm

21  hearing are other things.  It's clearly, uh, alarming to me.

22  Look, we see here that there has been a total abandonment in

23  enforcing code regulations.  I'm not talking about, Raul, the

24  (inaudible) that exists, we are talking about the big and

25  serious things.  Especially when it comes to large groups that

```
 1   are trying to buy the entire historical part of Little Havana
 2   to control and split it into something very different from what
 3   it is today.  Uh, they want de-Cubanize it, they want to
 4   de-Latinize it, that is I'm not talking about getting Cubans
 5   out of here but talking, but everything that is Hispanic, uh,
 6   with the exception of a small group of Venezuelans who they're
 7   then allowing to open up something in their place who have
 8   companies in all kinds of companies from Panama or one who's
 9   father is a former Venezuelan ambassador to Cuba that I'm
10   finding here.
11        Do you see that's the complete answer, correct, sir?
12   A.   Glad you pointed it out, yes.
13   Q.   And so Commissioner Carollo is talking about code issues
14   that he's seeing throughout the City of Miami and throughout
15   his district, correct, sir?
16   A.   I think he's specifically talking about several
17   walk-alongs that he did with the administration at the City of
18   Miami in a two block radius where we're the largest property
19   owner versus all of the commercial corridors in his district
20   where he pays no attention to.
21   Q.   So Commissioner Carollo is pointing out his concern with
22   code issues in his district here, correct, sir?
23             MS. GOMEZ:  Objection.  Counsel is testifying.
24             THE COURT:  Overruled.  He can answer the question.
25             THE WITNESS:  Can you repeat the question?
```

1   **BY MR. PERTNOY:**

2   Q.   My question was Commissioner Carollo is pointing out that

3   he has a concern for code issues in his district, correct, sir?

4   A.   That's not how I understood it.

5   Q.   Now, in this answer, at no point does Commissioner Carollo

6   actually say your name, Mr. Pinilla, correct?

7   A.   He speaks about us in two formats.  In this one, the first

8   one is that he talks about --

9        MR. PERTNOY:  Move to strike.  It was a yes or no

10  question as to whether Commissioner Carollo said Mr. Pinilla's

11  name.

12       MS. GOMEZ:  Objection.

13       THE COURT:  Overruled.  He can answer.

14       THE WITNESS:  In this testimony, he talks about us

15  twice.  Okay?  The first time is he references the largest

16  people buying all the properties in the historic district.

17  Everybody agrees that we're the largest property owner in those

18  three blocks where the tourists are going.

19       Secondly, he tells -- he says that we're de-Latinizing

20  and we're de-Cubanizing when, in fact, everything we're doing

21  is trying to bring the best of the Hispanic culture to that

22  street.  That's been our mission for 20 years.  So, again, he's

23  disparaging our name.  Lastly, he's using --

24       MR. PERTNOY:  Objection.

25       THE WITNESS:  -- very specifically says that there's

```
 1    Venezuelan people -- this is the chocolate lady that whose
 2    father was a former Venezuelan ambassador to Cuba.  Direct
 3    attack on us without saying my name, without saying Bill's
 4    name.  He is defaming us publicly, radio, T.V., dais for the
 5    last five years.
 6             MR. PERTNOY:  Your Honor, move to strike.  It was a
 7    yes or no question.
 8             THE COURT:  Overruled.
 9             THE WITNESS:  You got what you asked for.
10             MR. PERTNOY:  Move to strike, and I don't appreciate
11    the threat, Mr. Pinilla.
12             THE COURT:  Stricken.
13    BY MR. PERTNOY:
14    Q.   First off, this is not testimony.  This is a radio
15    interview, correct, sir?
16    A.   I'm not sure what you mean by that question.
17    Q.   Testimony is what you're giving now under oath.  Correct,
18    sir?
19    A.   So are you saying he was lying?
20    Q.   No.  This is a radio interview.  It's not testimony.
21    Correct, sir?
22             MS. GOMEZ:  Objection.  Relevance.
23             THE COURT:  Sustained.
24             MR. PERTNOY:  He testified that it was testimony,
25    Your Honor.
```

```
 1                    MS. GOMEZ:  Objection.  Argumentative.

 2                    THE COURT:  Overruled.  You can answer, Mr. Pinilla.

 3                    THE WITNESS:  I didn't understand the question.
```

**BY MR. PERTNOY:**

```
 5   Q.   You testified a moment ago that this was testimony.  This

 6   is not testimony.  This is a radio interview.

 7                    MS. GOMEZ:  Objection.  Argumentative.
```

**BY MR. PERTNOY:**

```
 9   Q.   Correct, sir?

10                    THE COURT:  Overruled.

11                    THE WITNESS:  I don't remember saying that that was

12   testimony.  I don't understand the question.
```

**BY MR. PERTNOY:**

```
14   Q.   You've read this entire radio interview, correct, sir?

15   A.   Parts of it.

16   Q.   Is there anywhere in this entire interview where

17   Commissioner Carollo even says Alfie Leon's name or says that

18   he's doing what he's doing because you supported Alfie Leon?

19   A.   I'd have to review it.

20   Q.   Isn't it true that it doesn't even mention Alfie Leon?

21                    MS. GOMEZ:  Objection.  Asked and answered.
```

**BY MR. PERTNOY:**

```
23   Q.   Correct, sir?

24                    THE COURT:  Overruled.  You can answer.

25                    THE WITNESS:  I'm not certain if it does or it
```

1   doesn't.  I'd have to review it.

2   **BY MR. PERTNOY:**

3   Q.   In your testimony, you talked about that after

4   Commissioner Carollo got elected, it became progressively more

5   difficult for you to go through the permitting process,

6   correct, sir?

7   A.   Yes, absolutely.  I believe that wholeheartedly.

8   Q.   Now, I think your testimony was after November, 2017,

9   after that election cycle, correct, sir?

10  A.   Yes, after we began -- he learned of our support for Alfie

11  Leon.  That's when everything changed.

12          MR. PERTNOY:  Move to strike as unresponsive.  It was

13  a yes or no, Your Honor.

14          THE COURT:  Sustained.  Stricken.  Next question.

15  **BY MR. PERTNOY:**

16  Q.   Isn't it true that there were multiple public officials

17  elected in the -- for the City of Miami in the 2017 election

18  cycle including Commissioner Carollo, correct, sir?

19  A.   I believe there were seven people running for District 3

20  Commission, yes.  Multiple people.

21  Q.   But beyond District 3, Francis Suarez, the mayor was

22  elected in November of 2017?

23          MS. GOMEZ:  Objection.  Relevance.  Outside the

24  scope.

25          THE COURT:  Sustained.

```
 1                    MR. PERTNOY:  Your Honor, he testified that this is

 2    all Commissioner Carollo's fault.

 3                    THE COURT:  Sustained.

 4                    MR. PERTNOY:  I want to point out that there were

 5    other public officials --

 6                    THE COURT:  Sir, don't speak when I'm speaking.  I

 7    sustained the objection.  You can ask your next question.
```

**BY MR. PERTNOY:**

```
 9    Q.  Isn't it true that there was a new commissioner elected

10    for District 4?

11                    MS. GOMEZ:  Objection.  Relevance.

12                    THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

```
14    Q.  Isn't it true that there was a new commissioner elected

15    for District 5?

16                    MS. GOMEZ:  Objection.  Relevance.

17                    THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

```
19    Q.  Isn't it true that a new city manager was appointed in

20    January of 2018?

21                    MS. GOMEZ:  Objection.  Relevance.

22                    THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

```
24    Q.  Isn't it true that a new police chief was appointed in

25    January of 2018?
```

```
 1                MS. GOMEZ:  Objection.  Relevance.

 2                THE COURT:  Sustained.

 3   BY MR. PERTNOY:

 4   Q.   Isn't it true that there was an entirely new city

 5   administration that had new priorities?

 6                MS. GOMEZ:  Objection.  Sorry.  Objection.

 7                THE COURT:  Let him finish asking his question before

 8   you object in the middle of --

 9                MS. GOMEZ:  Your Honor, he's testifying.  I'm sorry.

10                THE COURT:  Well, no attorney here took the oath to

11   tell the truth.  Again, what attorneys say is not evidence, as

12   I explained that before to this jury.  Okay?

13                Go ahead, Mr. Pertnoy.

14   BY MR. PERTNOY:

15   Q.   Isn't it true this was an entirely new administration

16   elected to the City of Miami, not just Commissioner Carollo?

17                MS. GOMEZ:  Objection.  Relevance.  And counsel is

18   testifying.

19                THE COURT:  He can answer that question.  Go ahead,

20   sir.

21                THE WITNESS:  What I am aware of is that since

22   Commissioner Carollo has been elected, the City of Miami has

23   been a revolving door of employees and when the city manager

24   gets axed, the police officer gets axed --

25                MR. PERTNOY:  Move to strike as non-responsive.
```

```
 1              THE WITNESS:  Code directors get axed, the people of

 2    the highest position are getting axed, what message does that

 3    send to everybody else in the City of Miami that basically if

 4    they don't follow suit, you get demoted or you get fired and I

 5    can do it with the highest positions.  That's what I have seen.

 6              MR. PERTNOY:  Move to strike.  It was a yes or no

 7    question.

 8              THE COURT:  Overruled.

 9    BY MR. PERTNOY:

10    Q.   Your testimony was that permitting became more difficult

11    after Commissioner Carollo was elected, correct, sir?

12    A.   Absolutely.

13    Q.   And inspections became more difficult after Commissioner

14    Carollo?

15    A.   The whole process, yes.

16    Q.   Those are functions run by the city administration,

17    correct, sir?

18    A.   Yes.

19    Q.   So your issue is really with the city, correct, sir?

20    A.   I just explained to you how he intimidates all of the city

21    employees to do his bidding.  If you want, I'll repeat myself.

22    Q.   Do you have a single document that shows in writing

23    Commissioner Carollo intimidating anybody?

24              MS. GOMEZ:  Objection, Your Honor.

25              THE COURT:  Overruled.
```

 1              THE WITNESS:  I have video on the dais of him

 2    intimidating plenty of employees.

 3    **BY MR. PERTNOY:**

 4    Q.   Wasn't my question, sir.  I asked --

 5    A.   I can show it if you want.

 6    Q.   Excuse me, my question was very simple.  Do you have a

 7    single document where Commissioner Carollo is directing or

 8    ordering anybody to do anything?

 9              MS. GOMEZ:  Objection.  Asked and answered.

10              THE COURT:  Overruled.

11              THE WITNESS:  We have plenty of documents that show

12    him giving direction to Uriarte on the ride-along, getting

13    together with all the Code directors to walk along without

14    giving notice to the administrator, and on the dais, every

15    single Commission meeting is signed, it's transcribed, so if

16    you want something written of him showing how he intimidates

17    every single employee, I'm happy to bring it up.

18    **BY MR. PERTNOY:**

19    Q.   Because everybody knows it's Carollo, correct, sir?

20              MS. GOMEZ:  Objection.  Argumentative.

21              THE WITNESS:  It's wildly known --

22    **BY MR. PERTNOY:**

23    Q.   It's a grand conspiracy where everything goes back to

24    Carollo, correct, sir?

25              MS. GOMEZ:  Objection.  Argumentative.

1              THE COURT:  Sustained.

2  **BY MR. PERTNOY:**

3  Q.   You mentioned the dais.  The dais is at City Commission.

4  This is a public meeting, correct, sir?

5  A.   Yes.  He's trashed our name there several times.

6  Q.   This is the opportunity for the commissioners to speak and

7  raise their issues before all of the City of Miami, correct,

8  sir?

9  A.   The dais is there for a lot of different reasons.  That's

10  probably one of them.

11  Q.   And you mentioned in your testimony the February 14, 2019

12  Commission meeting.  Do you recall that meeting, sir?

13  A.   February 14th --

14  Q.   Yes.

15  A.   2019?

16  Q.   Yes, sir.

17  A.   Valentine's Day Massacre.

18  Q.   I'm asking do you recall the meeting, sir?

19  A.   Oh, I recall it.

20  Q.   Did you attend it?

21  A.   No, I did not.

22  Q.   Did you watch it after?

23  A.   I watched it while it was happening live.

24  Q.   Fair enough.  So if you watched it while it was happening

25  live, then surely you heard that Commissioner Carollo stated --

```
 1              MS. GOMEZ:  Objection.  Counsel's testifying.
 2              THE COURT:  Overruled.
 3  BY MR. PERTNOY:
 4  Q.   Stated to everyone I don't care who likes me, don't like
 5  me, supported me, don't support me, what I care about is for
 6  people to follow our Code and Building laws.  Not to be
 7  pounding their chest and bragging how they own Little Havana,
 8  they own Miami.  He said that, correct, sir?  You heard him say
 9  that?
10  A.   That's more defamation.  That statement is defaming us.
11  What he did on the February 14th was basically his way of
12  covering up this the selective enforcement, the targeting, the
13  political payback, the retribution.  It was a well orchestrated
14  kangaroo court on February 14 --
15  Q.   Another grand conspiracy, sir?
16              MS. GOMEZ:  Objection.  Argumentative.
17              THE COURT:  Sustained.
18  BY MR. PERTNOY:
19  Q.   Commissioner Carollo made it clear to everybody, including
20  you watching, that this was about following the code, correct,
21  sir?
22  A.   That's one of the ways that he attacks us.  He has
23  weaponized the Code Department, the Building Department, all of
24  the departments to go against us.  On that day, he created an
25  ordinance, okay?
```

 1        Not only was he trying to create an ordinance to do an

 2   in -- he wanted -- listen to what he wanted to do.  He says --

 3           MR. PERTNOY:  Move to strike, Your Honor.

 4           THE WITNESS:  -- that there's nefarious activities

 5   happening in the Building Department --

 6           THE COURT:  Mr. Pinilla, the objection is sustained.

 7   Stricken as narrative.

 8           Mr. Pertnoy, ask your next question, sir.

 9           MR. PERTNOY:  Thank you, sir.

10           THE COURT:  You're welcome.

11   **BY MR. PERTNOY:**

12   Q.   To be clear, Commissioner Carollo stated very clearly to

13   you and everybody else in the City of Miami it was about

14   following the code, not about whether you supported Leon or any

15   other candidate, correct, sir?

16   A.   I disagree with that statement wholeheartedly.

17   Q.   In your testimony, you were talking about Commissioner

18   Carollo's campaign of destruction and mentioned money

19   laundering and selective protection and attacking your tenants.

20   Do you recall saying all those things, sir?

21   A.   You wouldn't be making fun of me if this happened to you.

22   Q.   But to be clear, when you said that testimony, you had

23   never said that it was because Leon was who you supported,

24   correct, sir?

25   A.   I'll say it today.  All of the campaign of destruction was

```
 1   due to our support to Leon.  This gentleman is vindictive --

 2              MR. PERTNOY:  Your Honor, may we have him please stop

 3   pointing at the commissioner?

 4              THE COURT:  All right.  Just answer the question.

 5              THE WITNESS:  I apologize.  This campaign of

 6   destruction was a plan meant to abolish us from Little Havana.

 7   What we have done in Little Havana is the best work.  Any other

 8   city, any other leader would welcome the work that we do.

 9              MR. PERTNOY:  Objection.  Move to strike the improper

10   narrative.

11              THE COURT:  Sustained.  Next question.

12              MR. PERTNOY:  Thank you, Your Honor.

13          I'd like to show you PX 465 which is in evidence, so

14   if we can bring that up.

15              THE WITNESS:  Your Honor, do you think we can take a

16   break?

17              THE COURT:  Sure we can.  We'll be in recess for 15

18   minutes.  10:55.  Again, ladies and gentlemen, do not discuss

19   this case with anyone, even among yourselves.  Do not formulate

20   any opinion.  We'll be in recess till 10:55.

21              THE COURT SECURITY OFFICER:  All rise.

22          (Thereupon, the jury exited the courtroom and

23                  a short recess was taken.)

24              MS. GOMEZ:  Your Honor, could we bring up just a

25   matter?  We had conferred with counsel about getting two extra
```

```
 1    days to respond to the motion for mistrial and counsel has
 2    agreed.  We just wanted to confirm with the Court that the
 3    Court is also in agreement and to find out if we need to
 4    formalize it by filing a motion?
 5              THE COURT:  All right.  If that's an agreement to
 6    grant you two additional days to file your response, that
 7    motion is granted.  We have about 41 minutes left for
 8    cross-examination, as well.
 9              With that said, you may be seated, everyone, and we
10    can bring in the jurors.
11              (Thereupon, the jury entered the courtroom.)
12              THE COURT:  The members of the jury are all present
13    and accounted for.  You may be seated.
14              Mr. Pertnoy, you may resume your cross-examination of
15    Mr. Pinilla.
16              MR. PERTNOY:  Thank you, Your Honor.  We were looking
17    at PX 465 which is in evidence.  May we publish the document,
18    please?
19    BY MR. PERTNOY:
20    Q.  So you were shown this document in your direct examination
21    and this is an email from you, Mr. Pinilla, November 5, 2020,
22    to Adele Valencia who's the head of Code Compliance at that
23    time, correct, sir?
24    A.  Yes.  Code Compliance Director during Joe Carollo's
25    tenure, yes.
```

```
 1   Q.   And this is an email concerning Mr. Carollo's --
 2   Commissioner Carollo's home in Coconut Grove, correct, sir?
 3   A.   Yes.
 4   Q.   And at the time that you're writing this, you no longer
 5   lived in that neighborhood, correct, sir?  You live in Key
 6   Biscayne at this time, correct?
 7   A.   I've continued to invest in Coconut Grove.
 8   Q.   But you're not living there.  You're not a neighbor of his
 9   at that time?
10        MS. GOMEZ:  Objection.  Outside the scope of direct
11   examination and relevance.
12        THE COURT:  Sustained.
13   BY MR. PERTNOY:
14   Q.   So you write this email because you want to lodge a
15   complaint with Code Compliance, correct, sir?
16   A.   That's what the email says, yes.
17   Q.   And at the end of it, you are requesting that they send a
18   Code inspector to the property, correct?
19   A.   Yes.
20   Q.   And then you are -- also appears like directing that he
21   issue -- that they issue a code violation?
22   A.   This email is to show clearly that you can file as a
23   resident a complaint upon somebody, and nothing happens as
24   opposed to the multiple complaints that Commissioner Carollo
25   has filed against our properties, and we've -- and we've
```

1    suffered from multiple, multiple, multiple raids, year after

2    year after year.

3    Q.   Hold on.  After you filed this code complaint, inspectors

4    did go out to his house, correct, sir?

5    A.   No, they did not.

6    Q.   That's not true?  You testified that there was inspectors

7    that went out, and then you also testified that he eventually

8    got cited for things, correct, sir?

9    A.   That was from the press release that we did before, not

10   tied to this.

11   Q.   So this was the second time that you were making a

12   complaint because the first time was the press conference?

13   A.   That's correct.

14   Q.   And when was the press conference?

15   A.   I don't have the date.

16   Q.   But that was held at the steps of city hall, correct?

17   A.   That's correct.

18   Q.   So you were expressing your First Amendment rights at the

19   steps of city hall, holding a press conference so that all the

20   world knew that you had grievances and you were airing them

21   without concern, correct, sir?

22   A.   That's not how I would explain it, no.

23   Q.   So -- and then a second time you are sending a complaint

24   to Code Compliance, saying I have a complaint, here are other

25   violations.  Please go look into them, correct, sir?

```
 1                 MS. GOMEZ:  Objection.  Asked and answered.

 2                 THE COURT:  It's overruled.  He can answer.

 3                 THE WITNESS:  That's what the email states, yes.

 4   BY MR. PERTNOY:

 5   Q.   And again, when you were living in the Coconut Grove area,

 6   did you ever make complaints regarding Commissioner Carollo's

 7   home or any other homes?

 8   A.   Not that I recall.

 9   Q.   And I think you testified that in order to get this

10   information, you went onto Google, and you went onto other

11   areas to get information, correct, sir?

12   A.   I believe that's what I testified, yes.

13   Q.   So isn't it fair to say that you were obsessed with

14   Commissioner Carollo, correct, sir?

15   A.   I wouldn't qualify it like that.

16   Q.   And with respect to -- isn't it true that there's a third

17   occasion where you contacted Miami-Dade mosquito control to

18   complain about mosquitoes at his house, is that true, sir?

19                 MS. GOMEZ:  Objection, outside the scope of direct.

20                 THE COURT:  Overruled.

21                 THE WITNESS:  I don't recall that.

22   BY MR. PERTNOY:

23   Q.   You don't recall being asked at your deposition in

24   another -- in the Mad Room case --

25                 MS. GOMEZ:  Objection.  Outside the scope of this
```

```
 1   case.

 2               THE COURT:  Sustained.

 3   BY MR. PERTNOY:

 4   Q.   So with respect to the complaint that you did at the press

 5   conference, you got up, had a dais right outside of city hall,

 6   you had poster boards up, and you --

 7               MS. GOMEZ:  Objection.  Lack of foundation.

 8               THE COURT:  Overruled.

 9   BY MR. PERTNOY:

10   Q.   And you had the press there so that you could explain to

11   the press what your issues and grievances were with respect to

12   Commissioner Carollo's house, correct, sir?

13   A.   We were just explaining the work that he did without a

14   permit.

15   Q.   Understood.  And you did it with a dais and you did it

16   right in front of city hall, correct?

17               MS. GOMEZ:  Objection.  Asked and answered.

18               THE COURT:  Overruled.

19               THE WITNESS:  I believe there was a -- I don't

20   remember exactly but yes, it was in front of city hall.

21   BY MR. PERTNOY:

22   Q.   And you weren't arrested for doing that, were you, sir?

23   A.   I would hope not.

24   Q.   Right.  Because you were expressing your speech and airing

25   your grievances to the public, correct, sir?
```

1    A.    I'm not sure exactly if I would express it that way but

2    yes, we were expressing our First Amendment rights, yes.

3    Q.    And doing this complaint is another expression of your

4    First Amendment right to complain about the commissioner's

5    home, correct, sir?

6    A.    I guess.

7    Q.    And no one stopped you from doing that, correct, sir?

8    A.    No.

9    Q.    Nothing made you hesitate in sending this email or holding

10   that press conference, correct, sir?

11   A.    No.

12   Q.    And with respect to the press conference, after that press

13   conference, Code inspectors, as you've testified, went out and

14   inspected the house, correct?

15   A.    That's my understanding, yes.

16   Q.    So that's how the process works?

17   A.    With very limited access.

18   Q.    The process works.  You made a complaint, and then the

19   city went out and made a determination as to whether or not

20   there was a code violation?

21          MS. GOMEZ:  Objection.  Asked and answered and lack

22   of personal knowledge as to the determination.

23          THE COURT:  Overruled.  If he knows.

24          THE WITNESS:  I don't understand the question.

25

1    **BY MR. PERTNOY:**

2    Q.   Well, you didn't order Code Compliance to do anything

3    specific when they went out there other than to please go out

4    there and take a look, correct, sir?

5    A.   The only thing that we did was let the world know that

6    Mr. Carollo is guilty of doing work without permits on his

7    house.

8    Q.   And then Code Compliance went out there, did its own

9    independent investigation, correct, sir?

10   A.   I'm not exactly sure what Code Compliance did.

11   Q.   All right.  And he was cited, wasn't he, sir?

12   A.   I believe, yes, he was.

13   Q.   And then he went through the same process that you went

14   through when you were cited of having to deal with resolving

15   and coming into compliance, correct, sir?

16   A.   I'm not sure what his process was, no.

17   Q.   But when you got notices, you got hearings, and you work

18   your way into compliance, correct, sir?

19   A.   Yes.

20   Q.   And that's how the process should work, correct?

21   A.   Before the Alfie Leon rally, it functioned completely

22   different than after the Alfie Leon rally.

23   Q.   Well, is it -- did it function differently because he had

24   better control over the inner workings of the City of Miami and

25   now that there was new administration and you didn't have the

1   same level of control?

2          MS. GOMEZ:  Objection.  Argumentative and counsel is

3   testifying.

4          THE COURT:  Sustained.

5          THE WITNESS:  I'm insulted by that question.

6          MR. PERTNOY:  Move to strike, Your Honor.

7          THE COURT:  Stricken.

8   **BY MR. PERTNOY:**

9   Q.   And you would agree with me that just like you complained

10  about the commissioner's home, he has a right as a citizen and

11  as a commissioner to complain about how you operate your

12  businesses as well, correct, sir?

13  A.   I'm not sure what right he has as a commissioner.

14  Q.   Does he have a right as a citizen of Miami and a citizen

15  of the State of Florida to lodge a complaint and pass along

16  information to Code Compliance?

17  A.   It's totally different when you're a commissioner, and you

18  do that, you have access to the whole city to go after a person

19  and so it's what's considered abuse of power.  That's what that

20  is.

21  Q.   So your testimony is that he has to give up rights that

22  you have because he's a commissioner?

23          MS. GOMEZ:  Objection.  Mischaracterization.

24          THE COURT:  Sustained.

25

```
 1   BY MR. PERTNOY:
 2   Q.   Now during this tenure from December 2, 2017 onward, your
 3   business is not the only business in the City of Miami that has
 4   been cited for code violations, correct, sir?
 5             MS. GOMEZ:  Objection.  Speculation.
 6             THE WITNESS:  We're the only business that's still
 7   closed down.
 8             THE COURT:  Wait, wait.  The objection is sustained.
 9   BY MR. PERTNOY:
10   Q.   Do you know whether you're the only business in the City
11   of Miami that has been cited for code violations since
12   Commissioner Carollo has taken office?
13   A.   I know that Commissioner Carollo passed an ordinance where
14   if you got a violation, your Certificate of Use is revoked.
15             MR. PERTNOY:  Your Honor, it was a yes or no
16   question.
17             THE COURT:  Sustained.
18             THE WITNESS:  He asked me if I knew something.  I was
19   telling him what I know.
20   BY MR. PERTNOY:
21   Q.   Do you know whether you are the only business in the City
22   of Miami that has received a code compliance violation since
23   Commissioner Carollo has taken office?
24   A.   I don't know that statistic.  I know how many issues and
25   code compliance violations we've received on our properties.
```

1  Hundreds.  I have an impressive collection.

2  Q.   With respect to code Notices of Violation, is it fair that

3  to say that if the city -- that if your companies were doing

4  work without a permit, that it would be fair for the city to

5  cite you for work without a permit?

6  A.   Yes.

7  Q.   And so if the city is citing your properties for work

8  without a permit, that's not violating your rights.  That's

9  them enforcing the laws, correct, sir?

10 A.   Not when you're being targeted.

11 Q.   So the law applies differently to you than everybody else.

12 Is that your position?

13        MS. GOMEZ:  Objection.  Mischaracterization and

14 argumentative.

15        THE COURT:  Sustained.

16 **BY MR. PERTNOY:**

17 Q.   Now, you talked about your vision with respect to Calle

18 Ocho and your investments, correct, sir?

19 A.   Yes, I did.

20 Q.   And you also talked about the fact that you have local

21 tenants and national tenants, correct, sir?

22 A.   That's correct.

23 Q.   And is it fair to say that you probably -- you, through

24 your limited liability companies and your real estate

25 development, have in excess of 50 properties?

```
 1   A.    I would -- in the City of Miami, you're asking?

 2   Q.    Yeah, in the City of Miami.

 3   A.    In the City of Miami, I would say today we have about

 4   between 30 and 40 properties.

 5   Q.    And at the height of your -- your tenure, would you say

 6   you had up to 50?

 7         MS. GOMEZ:  Objection.  Outside the scope of direct

 8   examination and relevance.

 9         THE COURT:  Sustained.

10   BY MR. PERTNOY:

11   Q.    Let me ask this:  You have 30 to hospitality properties in

12   the City of Miami.  Not every single one of those properties

13   have been cited by the City of Miami, is that correct, sir?

14   A.    I'm not sure, but thank God.

15   Q.    So the targeting is only on the properties where you're

16   not pulling permits, correct, sir?

17   A.    That's not correct.

18   Q.    Now, the Barlington Group which we showed -- you were

19   shown your website during your testimony, do you recall that?

20   A.    Yes, I do.

21   Q.    And on your website, you have a section or a page that

22   talks about the Barlington Group's strategy.  Are you familiar

23   with the fact that there's a link or a page that says strategy?

24   A.    Sure.  You want to pull it up so you can refresh my

25   memory?
```

1   Q.   I don't have the exhibit.  I'll just ask you a few

2   questions.  I think it will be faster that way.

3        My only question is this:  Is that the Barlington Group

4   gathers multiple investors to invest in the properties that you

5   are investing in, correct, sir?

6             MS. GOMEZ:  Objection.  Lack of relevance and opening

7   the door to economic damages.

8             THE COURT:  Sustained.

9   **BY MR. PERTNOY:**

10  Q.   You also talked about your business model, your vision

11  when talking about your investment, your real estate

12  development strategy, correct, sir?

13  A.   Yes, we touched on that.

14  Q.   And is it fair to characterize it as, you know, your idea

15  is to buy low, renovate, raise the rents and --

16            MS. GOMEZ:  Objection.  Mischaracterization.

17  Argumentative.  Outside the scope.

18            MR. PERTNOY:  May I finish the question?

19            THE COURT:  The objection is sustained.

20  **BY MR. PERTNOY:**

21  Q.   Let me ask it this way.  Is it fair to characterize your

22  business model as buy the properties low, renovate the

23  properties, and do so in order to change the flavor of the

24  neighborhood?

25  A.   This is another narrative that he's gone out into the

1    radio publicly to defame us.  This concept of buying low, he's

2    actually gone out onto the radio and said -- and accused us of

3    sending a Code Enforcement officer on other properties so that

4    they have problems, and they have to sell at a distressed

5    price.  None of which is true.  More defamation.  More

6    reputational harm.

7    Q.   And also isn't it true that that could be considered

8    gentrification?

9    A.   We've done everything in our power to create something

10   special.  I don't know what you mean by the term of

11   gentrification.  But our work is sound.  It comes from a good

12   place.

13   Q.   But your goal is to buy and consolidate as much property

14   and neighborhoods in order to change the flavor or the fabric

15   of the neighborhood, correct, sir?

16        MS. GOMEZ:  Objection.  Asked and answered, and

17   argumentative.

18        THE COURT:  Sustained.

19   **BY MR. PERTNOY:**

20   Q.   Have you ever given an interview where you've said exactly

21   that?  Where your goal is to buy up the properties and then do

22   so in order to change the flavor of the neighborhood?

23        MS. GOMEZ:  Objection.  Outside the scope of direct

24   examination.

25        THE COURT:  Sustained.

**BY MR. PERTNOY:**

1  Q.   Isn't it true that you are buying your properties in bulk

2  so that you can do exactly what Commissioner Carollo was

3  concerned about?

4          MS. GOMEZ:  Objection.

5  Q.   De-Latinize, de-Cubanizing and turning your areas into

6  gentrified Wynwood on steroids, sir?

7          MS. GOMEZ:  Objection.  Counsel is testifying.

8          THE COURT:  Sustained.

9          THE WITNESS:  I'd love to answer that question.  Can

10 I answer that question?

11         MR. PERTNOY:  It was sustained, Mr. Pinilla.

**BY MR. PERTNOY:**

12 Q.   During this entire tenure when you have since Commissioner

13 Carollo has taken office and the city has cited your properties

14 for Notices of Violation, have you ever had a conversation with

15 Mr. Fuller in which you discussed maybe we should just

16 follow --

17         MS. GOMEZ:  Objection.  Hearsay.

18         THE COURT:  Sustained.

**BY MR. PERTNOY:**

19 Q.   Did you ever discuss with Mr. Fuller --

20         MS. GOMEZ:  Objection.  Hearsay.

21         THE COURT:  Overruled.  Go ahead.  Finish the

22 question.

1          MR. PERTNOY:  Thank you.

2          THE COURT:  Wait.  Let Mr. Pertnoy ask his question

3    first and if you have an issue with it, you can make your

4    objection then.  Go ahead, Mr. Pertnoy.

5          MR. PERTNOY:  Thank you, Your Honor.

6    **BY MR. PERTNOY:**

7    Q.   Did you ever have a discussion with Mr. Fuller that maybe

8    you all should start pulling permits on your properties prior

9    to starting the work on your properties?

10         MS. GOMEZ:  Objection.  Hearsay.

11         THE COURT:  Overruled.  You can answer that question.

12         THE WITNESS:  I don't remember ever having any kind

13   of conversation like that.  We are preservationists.  We

14   restore beautiful buildings to their best, and we fill them

15   with amazing tenants to highlight the Hispanic culture and

16   highlight the Miami culture.  That is what we do and what we

17   have done for 20 years.

18         And for 15 of those 20 years, we were celebrated.  And

19   now we cannot do business in the City of Miami because of the

20   attacks --

21         MR. PERTNOY:  Move to strike.  Improper narrative,

22   Your Honor.

23         THE COURT:  Sustained.  Next question, Mr. Pertnoy.

24   **BY MR. PERTNOY:**

25   Q.   You testified that earlier in your testimony, that you

1    rely on your professionals to pull the permits, submit the

2    plans, is that correct?

3    A.    That's what I stated, yes.

4    Q.    So if permits were not pulled or plans were not properly

5    submitted with the right amount of information, is that on your

6    professionals?

7    A.    Mr. Pertnoy, before 2017, November, we had no problems

8    doing business with the City of Miami.

9              MR. PERTNOY:  Your Honor, it was a yes or no

10   question.

11             THE COURT:  Mr. Pinilla, you can answer the question

12   as instructed.  As I mentioned earlier, your attorney, if she

13   wishes, can engage in redirect on that issue.  You will have an

14   opportunity to do so.  So answer the question that's been asked

15   by Mr. Pertnoy, sir.

16   **BY MR. PERTNOY:**

17   Q.    My question is the fact that permits may not have been

18   pulled before construction started or demo started, or the fact

19   that the plans that were submitted were missing information or

20   not sufficient information, is that on your professionals in

21   any way, shape or form?

22   A.    We work with professionals on all of these projects.  We

23   have to.  I'm not an architect.  I'm not an engineer.  I'm not

24   a general contractor.  We work as a team.

25         So if there was issues, you can blame it on the whole

```
 1    team.  I'm part of that team.

 2    Q.    Okay.  So to be clear, if permits were supposed to be

 3    pulled and they weren't, the buck stops with you as part of

 4    that team and that's on you, correct, sir?

 5    A.    We always worked to comply with whatever requests the city

 6    puts in front of us, always.

 7    Q.    And if plans were submitted and the information was

 8    insufficient or needed more information, the buck again stops

 9    with you as part of that team, and that's on you as well,

10    correct, sir?

11              MS. GOMEZ:  Objection.  Asked and answered.

12              THE COURT:  Overruled.

13              THE WITNESS:  There's been many instances when the

14    city gives us a full final on a permit, a Certificate of Use,

15    and two weeks later, revokes it and basically says we're going

16    to do an audit --

17              MR. PERTNOY:  Move to strike.  Improper narrative.

18              THE COURT:  The objection is sustained, Mr. Pinilla.

19    Next question, Mr. Pertnoy.

20    BY MR. PERTNOY:

21    Q.    Mr. Pinilla, in your complaint that you have filed, part

22    of your relief that you are seeking is injunctive relief asking

23    this Court to --

24              MS. GOMEZ:  Objection, Your Honor.  Legal conclusion.

25              THE COURT:  Sustained.
```

```
 1              MR. PERTNOY:  I'm asking if -- I'll strike that.
 2    BY MR. PERTNOY:
 3    Q.   Are you aware that your complaint contains a request for
 4    relief --
 5              MS. GOMEZ:  Objection.
 6              THE COURT:  Overruled.
 7    BY MR. PERTNOY:
 8    Q.   -- in which you're asking this Court to order Commissioner
 9    Carollo and the City of Miami from not enforcing rules against
10    you and your partners, correct?
11              MS. GOMEZ:  Objection.  It's a legal question, not a
12    factual.
13              THE COURT:  Sustained.
14    BY MR. PERTNOY:
15    Q.   Are you aware that part of your complaint is seeking
16    injunctive relief preventing Commissioner Carollo from voting
17    on issues that may affect you and your properties?
18              MS. GOMEZ:  Objections.  Not a legal question.  I'm
19    sorry, a legal question.  Not a fact question for the jury.
20              THE COURT:  Sustained.
21    BY MR. PERTNOY:
22    Q.   Are you aware that your complaint contains a request for
23    injunctive relief against Commissioner Carollo?
24              MS. GOMEZ:  Objection.  Asked and answered.
25              THE COURT:  Sustained.
```

1              MR. PERTNOY:  Hasn't been answered yet.

2              THE COURT:  I sustained the objection.

3              MR. PERTNOY:  All right.  Your Honor, let me look at

4    my notes for a moment.  I may have one last cleanup question

5    but I think I may be done.

6              THE COURT:  Sure.

7              MR. PERTNOY:  Thank you.

8              THE COURT:  You're welcome, sir.

9                        (Pause.)

10   **BY MR. PERTNOY:**

11   Q.   Just one final question, Mr. Pinilla.  Do you take any

12   personal responsibility for the issues concerning the permits

13   with the City of Miami?

14   A.   If we had not complied, if that's not a sign of us

15   personally taking responsibility of complying with every

16   requirement the city has asked from us, I don't know what is.

17   Q.   So if you didn't pull permits to commence the projects,

18   whether it's demo or construction, or renovation, you agree

19   that that is your responsibility and your failure?

20             MS. GOMEZ:  Objection.  Asked and answered.

21             THE COURT:  Overruled.

22             THE WITNESS:  I do not agree with that statement.

23             MR. PERTNOY:  No further questions, Your Honor.

24             THE COURT:  All right.  Thank you.  Any redirect?

25             MS. GOMEZ:  Yes, Your Honor.  If we can pull up

```
 1   DX 126.   I believe it's already in evidence.
 2              MR. PERTNOY:  Counsel, what number did you say?
 3              MS. GOMEZ:  126.
 4              MR. PERTNOY:  PX or DX?
 5              MS. GOMEZ:  DX.  And if we could enlarge the top
 6   portion.
 7                          -  -  -  -  -
 8              REDIRECT EXAMINATION OF MARTIN PINILLA
 9   BY MS. GOMEZ:
10   Q.   Do you recognize this document, Mr. Pinilla?
11   A.   Yes, I've seen it.
12   Q.   And what is the name of the complainant on this document?
13   Can we go back to the --
14   A.   It says Bill Fuller, care of the Barlington Group.
15   Q.   And are you a part of the Barlington Group?
16   A.   Since 2004, yes.
17   Q.   Okay.  And what is this document?
18   A.   This is the Miami-Dade Commission on Ethics and Public
19   Trust Complaint Form.
20   Q.   And so as part of the Barlington Group, did you file a
21   complaint with the Ethics Commission against Mr. Carollo?
22              MR. PERTNOY:  Objection.  Leading.
23              THE COURT:  All right.  Sustained.
24   BY MS. GOMEZ:
25   Q.   Did you file a complaint against Mr. Carollo with the
```

```
 1   Commission on Ethics?
 2   A.    Yes.
 3            MR. PERTNOY:  Objection.  Leading.
 4            THE COURT:  Sustained.
 5   BY MS. GOMEZ:
 6   Q.    Who filed this complaint?
 7   A.    Barlington Group did.
 8   Q.    And are you a member of Barlington Group?
 9   A.    Yes, I am.
10   Q.    And so who filed this complaint with the Commission on
11   Ethics?
12   A.    Bill and Martin did.
13   Q.    And you're Martin?
14   A.    I'm Martin Pinilla, yes.
15   Q.    Now if we could look at PX 314.  That was also admitted.
16   Who paid to have this flyer prepared?
17            MR. PERTNOY:  Objection.  Assumes facts not in
18   evidence.
19            THE COURT:  Overruled.  If he knows.
20            THE WITNESS:  Both Bill and I paid for that.
21   BY MS. GOMEZ:
22   Q.    And did you pay for it individually?
23            MR. PERTNOY:  Objection.  Assumes facts not in
24   evidence.
25            THE COURT:  Overruled.  If he knows.
```

```
 1                 THE WITNESS:  We paid, yes, individually.

 2                 MS. GOMEZ:  Now if we can show you PX 350.

 3    BY MS. GOMEZ:

 4    Q.   Who paid to have this Facebook ad prepared?

 5                 MR. PERTNOY:  Objection.  Assumes facts not in

 6    evidence.

 7                 THE COURT:  Overruled.

 8                 THE WITNESS:  We reimbursed Jenny Lee Molina for this

 9    payment that she made.

10    BY MS. GOMEZ:

11    Q.   Okay.  And so -- to be clear, on the second page, where it

12    says boosted by and the payment method, Jenny Lee Molina

13    fronted the money and you reimbursed her?

14    A.   That's correct.

15                 MR. PERTNOY:  Objection.  Leading.

16                 THE COURT:  Overruled.

17    BY MS. GOMEZ:

18    Q.   Now you testified that you have a basic understanding of

19    the permitting process.

20    A.   That's correct.

21    Q.   Have you ever read the City of Miami's Code Regulations?

22    A.   No.

23    Q.   Are you just told by the professionals you hire when you

24    need a permit?

25    A.   Yes.
```

1   Q.   And do you take their word for it?

2   A.   I depend on their expertise, yes.

3   Q.   And have you ever seen a permit fee schedule?

4   A.   Never.

5   Q.   Are you just told how much to pay?

6   A.   We put the number that's on the estimate from the

7   contractor.

8   Q.   Now was anyone occupying the Tower Hotel on May 31, 2012

9   when you purchased it?

10  A.   I don't recall.

11  Q.   Okay.  Now once you purchased it, after you purchased it,

12  was anybody occupying the Tower Hotel?

13  A.   I don't recall.

14       MS. GOMEZ:  Okay.  If we could pull up PX 453.  It's

15  in evidence.  If you could zoom in on the top.

16  **BY MS. GOMEZ:**

17  Q.   Now do you see the job description?

18  A.   Yes.

19  Q.   You remember being shown this document yesterday?

20  A.   Yes.

21  Q.   What is the job description?

22  A.   Partial demo, incidental repairs.

23  Q.   And this is -- what kind of document is this?

24  A.   This is the City of Miami Building Department Permit

25  Application.

```
1    Q.   Are you applying -- with this document, are you submitting
2    an application to renovate the entire hotel?
3              MR. PERTNOY:  Objection.  Leading.
4              THE COURT:  Wait.  Sustained.
5    BY MS. GOMEZ:
6    Q.   What are you submitting this document for?  What are you
7    requesting from the City of Miami?
8              MR. PERTNOY:  Objection.  Lack of foundation.
9              THE COURT:  Overruled.
10             THE WITNESS:  For them to provide a permit for
11   partial demolition and incidental repairs.
12   BY MS. GOMEZ:
13   Q.   And are you asking for permission to do anything other
14   than partial demolition and incidental repair?
15   A.   Not from what I can see here.
16   Q.   And what is the costs of partial demolition that is being
17   estimated?
18   A.   It shows there $2,500.
19   Q.   And did you put in -- does that cost -- is that meant to
20   reflect the entire -- the repair of the entire building, the
21   cost of the entire project?
22             MR. PERTNOY:  Objection.  Leading.
23             THE COURT:  Overruled.
24             THE WITNESS:  No.  Just for the scope of work.
25
```

1    **BY MS. GOMEZ:**

2    Q.   And, again, what is the scope of work?

3    A.   Partial demolition, incidental repair.

4         MS. GOMEZ:  Okay.  So now I'd like to show you DX 63,

5    page 3.  This is also already in evidence.

6    **BY MS. GOMEZ:**

7    Q.   Are you familiar with this building?

8    A.   Yes.

9    Q.   Are you familiar with the windows of the building?

10   A.   Yes.

11   Q.   And are you familiar with those AC units that you see in

12   the picture?

13   A.   Yes.

14   Q.   Did those units come with the Tower Hotel when you

15   purchased it?

16        MR. PERTNOY:  Objection.

17        THE COURT:  Grounds?

18        MR. PERTNOY:  Lack of foundation.  Beyond my cross.

19        THE COURT:  Overruled.

20        THE WITNESS:  Yes, this looks like the condition when

21   we acquired it in 2012.

22   **BY MS. GOMEZ:**

23   Q.   And so -- and where are those AC units installed?

24        MR. PERTNOY:  Objection.

25        THE COURT:  Grounds?

```
 1              MR. PERTNOY:  Lack of personal knowledge.  Based off
 2    of testimony on cross.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  Well, when we bought the hotel, the
 5    room on the left was -- was kind of like his maintenance room.
 6    And then the room on the right was kind of his front desk/area
 7    where he kept -- he had like a little hood with a kitchen, and,
 8    you know, kept alcohol where he would sell.
 9    BY MS. GOMEZ:
10    Q.   Okay.  And so where those AC units are, are there
11    pre-existing windows there?  What's the original construction
12    of the building?
13              MR. PERTNOY:  Objection.
14    BY MS. GOMEZ:
15    Q.   Did it have windows?
16              MR. PERTNOY:  Leading.  Lack of personal knowledge.
17              THE COURT:  Sustained.
18              MR. PERTNOY:  Beyond the cross.
19    BY MS. GOMEZ:
20    Q.   What did the building look like originally?
21              MR. PERTNOY:  Objection.  Lack of personal knowledge.
22              THE COURT:  Overruled.
23              THE WITNESS:  We -- you shared with me pictures of
24    before and after.  Behind that stucco, or that kind of like
25    stucco, and that's really are the original openings to the
```

```
 1   windows.  That's why they were able to get those ACs in like
 2   that.
 3   BY MS. GOMEZ:
 4   Q.   The ACs are in an opening, in a pre-existing opening?
 5   A.   Correct.
 6             MR. PERTNOY:  Objection.
 7             THE COURT:  Grounds?
 8             MR. PERTNOY:  Beyond the cross.  Beyond his personal
 9   knowledge, based off his testimony on cross.
10             THE COURT:  Overruled.
11   BY MS. GOMEZ:
12   Q.   So the permit that I just showed you, that you were showed
13   during cross-examination for partial demolition, what is it
14   that you need to do to be -- to that wall where the units are
15   to be able to restore it to its original condition?
16             MR. PERTNOY:  Objection.  Beyond his personal
17   knowledge.  Based off of his testimony at cross.
18             THE COURT:  Overruled.
19             THE WITNESS:  I would think it would fall into
20   partial demolition.
21             MR. PERTNOY:  Objection.  "I think it would."
22             THE COURT:  Sustained.
23             THE WITNESS:  It would fall into partial demolition
24   and incidental repair.
25             MR. PERTNOY:  Objection, Your Honor.
```

```
 1                THE COURT:  Sustained.
 2    BY MS. GOMEZ:
 3    Q.   What would be entailed in removing those AC units and
 4    installing windows?
 5                MR. PERTNOY:  Objection, Your Honor.
 6                THE COURT:  Grounds?
 7                MR. PERTNOY:  Lack of personal knowledge, based off
 8    of his testimony at cross where he indicated he had no
 9    knowledge of the details.
10                MS. GOMEZ:  Speaking objection, Your Honor.
11    Objection to that.
12                THE COURT:  Objection is overruled.
13                THE WITNESS:  It's not a difficult process to remove
14    that.
15    BY MS. GOMEZ:
16    Q.   And so what -- removing that, can you explain to us what
17    is it that you're doing there that would need to be done?
18                MR. PERTNOY:  Objection.  Beyond my cross.
19                THE COURT:  Overruled.
20                THE WITNESS:  The openings are just immediately
21    behind where these ACs and around it, and so, you know, with a
22    sledge hammer and an hour of your time, those windows were
23    reopened.
24    BY MS. GOMEZ:
25    Q.   Is that considered partial demolition?
```

```
 1   A.   That's my understanding.

 2   Q.   Now what is the date on this picture?

 3   A.   It says May 31, 2012.

 4   Q.   I want you to remember that date.

 5        MS. GOMEZ:  If we can pull up PX 542, page five

 6   through page 9, both of which have been admitted.  Actually,

 7   stay right there for a second.

 8   BY MS. GOMEZ:

 9   Q.   What is this permit for?

10   A.   This permit is for remodeling and repairs.

11   Q.   And what's the second work item list listed there?

12   A.   It says other components, concrete restoration.  Other

13   components, structural repairs.

14   Q.   And if we can show page 5?  And what is this permit for?

15   A.   This is for demolition, and the work items as demolition

16   partial.

17   Q.   And when was that permit issued?

18   A.   That permit was issued -- there's two.  There's a Building

19   Master on June 12, 2012, and there's an electrical on July 9,

20   2012.

21   Q.   Okay.  So on June 12, 2012, what kind of permit do you

22   have?  Actually, I'm sorry, let me take that back one step.

23   The property address, what's the property address here?

24   A.   1450 SW 7th Street.

25   Q.   And what property is that?
```

1    A.    That is the historic Tower Hotel.

2    Q.    And is that the property we were just looking at in the

3    picture?

4    A.    Yes, it was.

5    Q.    So now if you can take us back to the building permit.  On

6    what day was the building master permit issued?

7    A.    June 12, 2012.

8    Q.    Okay.  Now, if we can continue on to page 9?  And did you

9    have a permit on June 25, 2012?

10   A.    June 25?

11   Q.    Yeah.

12   A.    Yes.

13   Q.    Okay.  And so as of June 25, 2012, you could begin the

14   construction on the Tower Hotel?

15           MR. PERTNOY:  Objection.

16           THE COURT:  Wait, wait.

17           THE WITNESS:  It had an active permit June 12.

18           THE COURT:  What's the grounds, Mr. Pertnoy?

19           MR. PERTNOY:  Assumes facts not in evidence and

20   speculation that this permit allows for whatever vague

21   construction that she's referring to.

22           THE COURT:  Sustained.

23   **BY MS. GOMEZ:**

24   Q.    So remember you were shown pictures yesterday of work that

25   was being done at the Tower Hotel?

```
 1   A.    Yes.

 2   Q.    And what was some of the work that was being done?

 3   A.    Demolition.

 4   Q.    And was there any other kind of work that was being done?

 5   A.    They showed me some pictures from 2018 of doing tile in

 6   the bathroom.

 7   Q.    And so -- and if we're looking at this permit, as of what

 8   date were you allowed to -- did you have a permit to do

 9   building construction work at the Tower Hotel?

10              MR. PERTNOY:  Objection.  Leading.

11              THE COURT:  Overruled.

12              THE WITNESS:  We had an active permit.

13              MR. PERTNOY:  Objection.  Vague as to construction

14   work.

15              THE COURT:  Sustained.

16   BY MS. GOMEZ:

17   Q.    What kind of building permit did you have?

18   A.    On June 12, 2012, this is the one we just reviewed for

19   partial demolition, incidental repairs.

20   Q.    And did you have additional permits on this property?

21   A.    Yes.

22   Q.    What other permits did you have?

23              MR. PERTNOY:  Objection.  Assumes facts not in

24   evidence.

25              THE COURT:  Overruled.
```

```
 1              THE WITNESS:  There's a whole list of permits that we
 2  pulled up on the other document that shows year after year, all
 3  the different permits we obtained.
 4              MS. GOMEZ:  If we can pull up Plaintiffs'
 5  Exhibit 412.
 6  BY MS. GOMEZ:
 7  Q.   And if we could go -- actually if you go to one to two, go
 8  to the next one.  Actually, go back up one.  So this is what's
 9  the address?
10  A.   1450 SW 7th Street.
11  Q.   And is that -- what is that for?  What is that address?
12  A.   That's the address to the historical Tower Hotel.
13  Q.   And that's the main building?
14  A.   That's the main three story hotel building, yes.
15  Q.   And that's the one that you were being shown all the
16  pictures for yesterday?
17  A.   Yes.
18  Q.   Okay.  What kind of permit -- when did you pull the first
19  permit on that property?
20              MR. PERTNOY:  Objection.  Asked and answered.
21              THE COURT:  Overruled.
22              THE WITNESS:  June 8, 2012 is when it was created.
23  It says here.
24  BY MS. GOMEZ:
25  Q.   When was the second permit pulled?
```

```
 1   A.    Created date is July 6, 2012.

 2   Q.    And what was that for?

 3   A.    Here it says scope of work, plumbing.

 4   Q.    What's the next page?  What's the next permit that you

 5   pulled?

 6   A.    July 11, 2013.

 7   Q.    And what is that permit for?

 8   A.    Remodeling and repairs.

 9   Q.    And what does remodeling and repairs entail?

10           MR. PERTNOY:  Objection.  Calls for speculation.

11           THE COURT:  Overruled.

12           THE WITNESS:  This is for what we do.  Restoration

13   and preservation of these buildings.

14   BY MS. GOMEZ:

15   Q.    Does that allow you to do -- is the scope of work under

16   remodeling and repairs broad?

17           MR. PERTNOY:  Objection, Your Honor.  There's nothing

18   on this document that shows what the scope of the work was for

19   that permit.

20           THE COURT:  Sustained.

21   BY MS. GOMEZ:

22   Q.    To your knowledge -- to your understanding, is a permit

23   that allows to you do remodeling and repair work allow you a

24   broad scope of work?

25           MR. PERTNOY:  Objection, Your Honor.  Calls for
```

```
 1    speculation.  Calls for a legal conclusion as to what the
 2    Florida Building Code allows with respect to permits.
 3            THE COURT:  Overruled.  You can answer.
 4            THE WITNESS:  Yeah, whatever the plans are attached
 5    to that permit, it could include electric, it could include air
 6    conditioning, it could include plumbing, et cetera.
 7    BY MS. GOMEZ:
 8    Q.   It's whatever the plans attached to the Building Permit
 9    Application, whatever they show?
10    A.   That's correct.
11    Q.   Okay.  And so you pulled multiple permits for the Tower
12    Hotel?
13    A.   That's correct.
14            MR. PERTNOY:  Objection.
15            THE COURT:  Grounds?
16            MR. PERTNOY:  Asked and answered.  Beyond the scope
17    of cross.
18            THE COURT:  Sustained.
19    BY MS. GOMEZ:
20    Q.   And I want to show you DX 396.  Now do you remember
21    yesterday Mr. Pertnoy suggesting that you had misrepresented on
22    the application for the permit application the costs of the
23    Tower Hotel renovation of $2,500?
24            MR. PERTNOY:  Objection.  Argumentative and leading.
25            THE COURT:  Sustained.
```

1   **BY MS. GOMEZ:**

2   Q.   Do you remember if you were asked yesterday whether you

3   put on the application for the Tower Hotel permit $2,500 as the

4   cost?

5             MR. PERTNOY:  Objection.  Leading.

6             THE COURT:  Overruled.

7             THE WITNESS:  Yes, I do remember.  I wasn't exactly

8   sure why he was asking me about that but yes, I do remember.

9   **BY MS. GOMEZ:**

10  Q.   Okay.  And so now I want to show you DX 396.  And if we

11  could zoom in at the top.  What is this that you have in front

12  of you?

13  A.   City of Miami Building Department Permit Application.

14  Q.   For what job address?

15  A.   1450 SW 7th Street.

16  Q.   And is that still the same hotel we're still talking

17  about, the same property?

18  A.   Tower Hotel, yes.

19  Q.   What is the application for?  What kind of permit is being

20  sought?

21  A.   Remove and replace windows.

22  Q.   And what's the remodeling total cost that's there?

23  A.   It says $75,000.

24  Q.   Okay.  Now, I want to show you page 2.  What is it that

25  we're looking at here?

```
 1   A.   This is another City of Miami Building Department Permit

 2   Application.

 3   Q.   And what's the address?

 4   A.   1450 SW 7th Street.

 5   Q.   And is that the same property we've been talking about?

 6   A.   Yes, it is.

 7   Q.   And what are you asking?  What permit are you asking for?

 8   A.   Window reinforcement, structural concrete repair.

 9   Q.   And what's the remodeling total cost being estimated as?

10   A.   $20,000.

11   Q.   Okay.  And you see what's the permit number at the top, BD

12   14?

13   A.   BD 14, yes.

14   Q.   What does that tell you about what year this permit

15   application was being submitted?

16   A.   That it was being issued in the year 2014.

17   Q.   Now do you remember a few exhibits back, did the Tower

18   Hotel have a building permit that allowed concrete restoration

19   in 2014?

20            MR. PERTNOY:  Objection.

21            THE COURT:  Grounds?

22            MR. PERTNOY:  Leading.

23            THE COURT:  Overruled.

24            THE WITNESS:  Yes.

25
```

1   **BY MS. GOMEZ:**

2   Q.   Now, did that original $2,500 that was written on the

3   first application that I showed you for partial demolition, did

4   that represent the cost of anything other than the demolition

5   of those windows?

6            MR. PERTNOY:  Objection.

7            THE COURT:  Grounds?

8            MR. PERTNOY:  Calls for speculation.  Goes beyond the

9   cross.

10           THE COURT:  Overruled.  You can answer.

11           THE WITNESS:  I don't believe so.

12  **BY MS. GOMEZ:**

13  Q.   Okay.  Now, you certainly did not represent to the City of

14  Miami that the total cost of the project was $2,500 with that

15  application, did you?

16           MR. PERTNOY:  Objection, Your Honor.  Goes to the

17  damages questions.

18           THE COURT:  Overruled.

19           THE WITNESS:  No.  That is not a representative of

20  the total cost of construction.

21  **BY MS. GOMEZ:**

22  Q.   And, in fact, you've shown to the City of Miami -- you've

23  represented that $20,000 would be the cost of replacing the

24  windows, right?

25  A.   $75,000 for the replacement of the windows --

```
 1              MR. PERTNOY:  Objection.

 2              THE COURT:  What's the objection?

 3              MR. PERTNOY:  He corrected his answer, so I'm going

 4    to leave it be.

 5    BY MS. GOMEZ:

 6    Q.   If you could continue, Mr. Pinilla.

 7    A.   Sure.  The first permit reflected the price for the

 8    installation of the impact windows, and the second permit is

 9    regarding the reinforcement of the structural concrete --

10    Q.   Okay.

11    A.   -- which was $20,000.

12    Q.   Now we can show you DX 48.  Let me take you to something

13    else for a second.  Before the Alfie Leon campaign, did you

14    receive violations?

15              MR. PERTNOY:  Objection.

16              THE WITNESS:  In general?

17              THE COURT:  Wait.  What's the grounds?

18              MR. PERTNOY:  Vague as to timeframe, location.

19              THE COURT:  Sustained.  Sustained.

20    BY MS. GOMEZ:

21    Q.   Before the city -- sorry.  Before Mr. Carollo ran in the

22    District 3 runoff election where you supported Alfie Leon, were

23    you -- were your properties cited for violations?

24              MR. PERTNOY:  Objection.  Timeframe and vague as to

25    locations.
```

1              THE COURT:  Sustained.

2    **BY MS. GOMEZ:**

3    Q.   Before November, 2017, did you receive violations from the

4    City of Miami?

5              MR. PERTNOY:  Objection.

6              THE COURT:  Overruled.  You can answer.

7              THE WITNESS:  Yes, we have.

8    **BY MS. GOMEZ:**

9    Q.   And after November, 2017, did you receive violations from

10   the City of Miami?

11   A.   A barrage of them, yes.

12   Q.   Did the number of violations you received grow

13   exponentially?

14             MR. PERTNOY:  Objection.

15             THE COURT:  Grounds?

16             MR. PERTNOY:  Vague as to timeframe, location, and

17   beyond the scope of my cross.

18             THE COURT:  Sustained.

19   **BY MS. GOMEZ:**

20   Q.   After November, 2017, what was your experience with the

21   number of violations that your properties were receiving?

22             MR. PERTNOY:  Objection.  Asked and answered.

23             THE COURT:  Overruled.

24             THE WITNESS:  My experience is that we had to spend a

25   significant amount of our time and money defending all of the

```
 1   violations that we received across our entire portfolio.
 2   BY MS. GOMEZ:
 3   Q.   Were you able to keep count of how many violations
 4   you were getting?
 5           MR. PERTNOY:  Objection.
 6           THE COURT:  Grounds?
 7           MR. PERTNOY:  Beyond the scope of my cross.
 8           THE COURT:  Overruled.
 9           THE WITNESS:  We have an amazing book at our office,
10   three ring binder with all of our violations.  I've never
11   counted them.  They're quite a lot.
12   BY MS. GOMEZ:
13   Q.   Would it be possible for to you memorize all of the
14   violations that you've received after November, 2017?
15           MR. PERTNOY:  Objection.
16           THE WITNESS:  It would be a difficult task.  I'm sure
17   I can do it.
18           THE COURT:  Sustained.  Sustained.
19   BY MS. GOMEZ:
20   Q.   Now, I want to show you DX 73.  Do you see -- were you
21   shown this document earlier today?
22   A.   Yes.
23   Q.   Okay.  And do you see the date on this document?
24   A.   The date that's on this image that I'm looking at right
25   now is the 23rd of July.
```

1    Q.    Of what year?

2    A.    2018.

3    Q.    Had Mr. Carollo already won the election on that date, on

4    July 23, 2018?

5    A.    Yes.  He had already been as a commissioner since

6    December, 2017.

7    Q.    And if we can show DX 78.  What's the date on this

8    document?

9    A.    It says the 12th day of October, 2021.

10   Q.    And was that after Commissioner Carollo took office?

11   A.    Yes.

12   Q.    Okay.  If we can show DX 79.  What's the date on that

13   document?  Only not to the jury.  Do you have it on your

14   screen?

15   A.    Yes.

16   Q.    And what is on your screen?

17   A.    It seems to be a picture of a notice posted from the City

18   of Miami.

19   Q.    What's the date on that notice?

20   A.    It says 1-9-18, so January 9, 2018.

21   Q.    And is that the notice -- does it look like a notice for a

22   violation?

23   A.    It says in red this property is in violation of the Code

24   of the City of Miami.

25   Q.    And is January 9, 2018 after Commissioner Carollo took

1    office?

2    A.    Yes, it is.

3    Q.    Now if we can show you DX 80 and I think just to the

4    witness.  I'm not sure if it was admitted.  Do you have it on

5    your screen?

6    A.    Yes.

7    Q.    And what is it?

8    A.    It's labeled Compliance Agreement.

9    Q.    And what's the date on that Compliance Agreement?

10   A.    23rd of July, 2018.

11   Q.    And is that after Commissioner Carollo took office?

12   A.    Yes.

13   Q.    Now if I can show you PX 12.  Now I'm going to show you DX

14   28.  We can publish this to the jury.  It's at page 64.  Now

15   do you recognize this picture?

16   A.    This was shown to me previously.

17   Q.    And where is that located?

18   A.    This is located in the outdoor seating area of El Taquito.

19   Q.    And that pole, what kind of pole is that?

20          MR. PERTNOY:  Objection.

21          THE COURT:  Grounds?

22          MR. PERTNOY:  Calls for speculation.  Beyond his

23   knowledge at cross.

24          THE COURT:  Sustained.

25

1    BY MS. GOMEZ:

2    Q.   Do you remember what you testified about during

3    cross-examination, Mr. Pinilla, regarding this pole?

4    A.   I asked if this was the same utility pole that you see all

5    over the city.

6    Q.   That's what you said.  What you said.

7    A.   That's correct.

8    Q.   So what kind of pole is that?

9         MR. PERTNOY:  Objection.  His testimony just now was

10   he asked if it was, so clearly he does not have personal

11   knowledge.

12        THE COURT:  The objection is sustained.

13   BY MS. GOMEZ:

14   Q.   Are you familiar with what kind of pole that is that's

15   shown in the picture?

16        MR. PERTNOY:  Objection, Your Honor.

17        THE COURT:  Overruled.

18        THE WITNESS:  Appears to be a telephone pole.

19   BY MS. GOMEZ:

20   Q.   Did you or anybody working for the Barlington Group or

21   Mr. Fuller, did anybody install that pole on the property?

22        MR. PERTNOY:  Objection, Your Honor.  Goes beyond the

23   scope of the cross.

24        THE COURT:  Overruled.  You can answer.

25        THE WITNESS:  We did not install that.

**BY MS. GOMEZ:**

Q.   Who installed that pole?

      MR. PERTNOY:  Objection.  Calls for speculation.
Beyond the scope of the cross.

      THE COURT:  Overruled.  If he knows.

      THE WITNESS:  I don't know who installed it, but it
was not us.

**BY MS. GOMEZ:**

Q.   Would it be the AT & T or FPL, whoever that pole belongs
to?

      MR. PERTNOY:  Objection.  Leading.

      THE COURT:  Sustained.

      MR. PERTNOY:  Calls for speculation.

      THE COURT:  Sustained.  Next question.  Do not ask
any questions relating to this matter.  He said he doesn't
know.

      THE WITNESS:  Yes, sir.

**BY MS. GOMEZ:**

Q.   Do you need to pull a permit for construction work that
you did not do?

      MR. PERTNOY:  Objection.

      THE COURT:  Overruled.

      THE WITNESS:  If the tenant is doing his own
buildout, that's the tenant's responsibility.

1   **BY MS. GOMEZ:**

2   Q.   As far as you know, was your tenant installing a utility

3   pole on his property?

4        MR. PERTNOY:  Objection, Your Honor.  Goes beyond the

5   scope of the cross.

6        THE COURT:  Overruled.

7        THE WITNESS:  No, he did not.

8        THE COURT:  Five minutes before we break for lunch,

9   counsel.

10       MS. GOMEZ:  Sure, Your Honor.

11  **BY MS. GOMEZ:**

12  Q.   Now I want to show you PX 5.  Do you recognize this

13  document?

14  A.   Yes.

15  Q.   And what is it?

16  A.   This was the lease that was signed between Futurama, LLC

17  who was the landlord and Brush and Bristle Corp. which was the

18  entity for Sanguich.

19  Q.   And when was this lease signed?

20  A.   This was signed -- can you go to the -- that last page?

21  It says there April 4, 2017.

22  Q.   And is that before Commissioner Carollo took office?

23  A.   Yes.

24  Q.   Does that lease ask you to indemnify the tenant for any --

25  the consequences of any of Mr. Carollo's targeting?

1   A.   No.

2          MR. PERTNOY:  Objection.  Calls for a legal

3   conclusion.

4          THE COURT:  Sustained.

5   **BY MS. GOMEZ:**

6   Q.   After Mr. Carollo took office, what kinds of provisions

7   do you see in your leases now, in the tenants' proposed leases?

8          MR. PERTNOY:  Objection.  Beyond the scope of my

9   cross.

10          THE COURT:  Overruled.

11          THE WITNESS:  Addition rent concessions such as

12   delaying the rent commencement date, additional provisions

13   within the code that state that if once they're operating and

14   they close, and the business is closed by some sort of

15   revocation of a Certificate of Use, that that would require us

16   as the tenant not only to forgive them for their rent that's

17   due, but also to reimburse them for any lost profits.

18   **BY MS. GOMEZ:**

19   Q.   Were any of those provisions contained in this lease?  In

20   this proposed lease?

21          MR. PERTNOY:  Objection, Your Honor.

22          THE COURT:  Grounds?

23          MR. PERTNOY:  Beyond the scope of the cross.

24          THE COURT:  Overruled.

25          THE WITNESS:  No.

1   **BY MS. GOMEZ:**

2   Q.   Was it necessary to have any of those provisions?

3   A.   No.

4           MR. PERTNOY:  Objection, Your Honor.

5           THE COURT:  Grounds?

6           MR. PERTNOY:  Beyond the scope of the cross.

7           THE COURT:  Overruled.

8   **BY MS. GOMEZ:**

9   Q.   Why not?

10  A.   Because we were not suffering from those issues that were

11  caused by Joe Carollo at the time.

12          THE COURT:  You have two minutes, counsel.

13          MS. GOMEZ:  Your Honor, could we break here?

14          THE COURT:  All right.  Ladies and gentlemen, we'll

15  be in recess for lunch.  We shall return at 1:00 p.m.  Again,

16  do not discuss this case.  Do not formulate any opinions.

17  We'll see you here at that time.

18          THE COURT SECURITY OFFICER:  All rise.

19          (Thereupon, the jury exited the courtroom.)

20          THE COURT:  We'll be in recess till 1:00 p.m.  Thank

21  you.

22              (Luncheon recess was taken.)

23

24

25

<u>**TUESDAY AFTERNOON SESSION, MAY 9, 2023**</u>

<u>P-R-O-C-E-E-D-I-N-G-S</u>

- - -

(Call to the Order of the Court.)

THE COURT:  The Court is back in session.  You may be seated, everyone.  Thank you.  Ready?  Someone needs a sidebar issue?

MR. PERTNOY:  There's a possible sidebar we need to do before the next witness.  Do you want to do it before the jury comes in?

THE COURT:  We can do it now.  Thank you.

(At the bench.)

MS. CAPRIO:  This is in connection with Mr. Fuller's exhibits.  We wanted to go sidebar and go through the exhibits before he comes in.  I think Mr. Pinilla is about to be released.

THE COURT:  Okay.

MS. CAPRIO:  The main objection, I believe, that we have in connection with Mr. Fuller's statements at the February 14, 2019 Commission meeting which was -- and we have a video of clip of it.  I have it excerpted and we're going to play a clip.  I'll present it to Your Honor.  It starts there.

THE COURT:  Where at?

MS. CAPRIO:  So Mr. Kuehne is objecting based on --

MR. KUEHNE:  Your Honor, this video clip, there are

1    portions of it that we believe are inadmissible.  He starts off

2    talking about his uncle being killed by Castro.  He then rails

3    against -- against Commissioner Carollo, calls him a bad man,

4    and other personal ad homonyms.

5         We believe that these are efforts to inflame this

6    jury.  The way he was inflaming the City Commission is

7    irrelevant to this particular case or irrelevant to any of the

8    issues at issue here.

9         So we would ask that certain words be excised so that

10   the context is certainly there, but his actual language that

11   has nothing to do with this case injects a political drama that

12   has nothing to do with Mr. Fuller or Commissioner Carollo into

13   this case.

14        THE COURT:  Okay.

15        MS. CAPRIO:  And, Your Honor --

16        MR. KUEHNE:  I can go through it, Your Honor, and

17   tell you those words and I think there are four or five

18   sections.

19        THE COURT:  I'm looking at it right now where it says

20   Bill Fuller, 531 SW 8th Street.  In 1960, my uncle was executed

21   in Cuba in a sham trial that lasted 24 hours in front of his

22   mother, okay, when evidence was falsely provided --

23        MS. CAPRIO:  So basically what we're playing here is

24   we've seen the excerpts of the February 14, 2019 meeting in

25   this trial, and Mr. Fuller heard what was happening in

```
 1   connection with the selective targeting that was going on and
 2   especially with what Francis Suarez said earlier in the
 3   meeting.  He rushed to the meeting, he took the dias -- he took
 4   the podium, not the dais, and addressed the commissioners at
 5   the dais.
 6           THE COURT:  If that's the case, look, what does this
 7   to have to do with saying my uncle was being killed in Cuba and
 8   was executed?
 9           MS. CAPRIO:  If you turn the page, he keeps on going
10   and he talks about how they are targeting his business and
11   trying to prevent him from getting due process.
12           THE COURT:  You know, we all know the political
13   process and how things are in Cuba and how sensitive to say
14   that my uncle was executed.  It has nothing to do with this
15   trial -- let me finish.  We're not going to play those games
16   here.
17           So right now, anything related to that is not coming
18   in.  You can talk to Mr. Fuller so we don't have to have this
19   sidebar issue anymore.  I don't want to revisit this issue
20   again.  That's it.  If that's the case, I'm going to strike his
21   entire testimony.  That's going to be the end of your case.
22           You can talk to him, counsel him, don't mention his
23   uncle getting killed.  Mr. Carollo cannot say whoever they've
24   got, their witness, that their family got executed in Cuba
25   either.  No one is going to be talking about that.
```

 1          MS. CAPRIO:  Mr. Kuehne had no issue with the rest of

 2    it.  He has no issue with the other part.  Just that reference

 3    that says that I just read that says in 1960, my uncle was

 4    executed, am I correct, sir?

 5          MR. KUEHNE:  Yes, sir.

 6          MS. CAPRIO:  Okay.

 7          MR. KUEHNE:  That's on that one.  He calls

 8    Mr. Carollo a criminal.

 9          THE COURT:  All right.  That's not going to come in.

10          MS. CAPRIO:  Thank you, Your Honor.

11          MR. KUEHNE:  I think if I could just look at that

12    issue.  He comments on his health, he calls him unwell.  I'm

13    not sure where that comes from.  We would ask that that be

14    stricken, as well.

15          MS. CAPRIO:  I think we can come to a compromise.

16    Take out the parts that are objectionable and have him read the

17    transcript as opposed the parts that you don't like.

18          MR. KUEHNE:  That works fine.  I'm just concerned

19    about those specific references.

20          MS. CAPRIO:  We'll take a break beforehand to make

21    sure we're approved on that.  I don't think I'm going to get to

22    that before the first break.

23          MR. KUEHNE:  There are two sections on this video, on

24    this meeting I'm objecting to because they're cumulative.  I

25    think we've seen them two or three times.  I'm objecting to it

```
 1    to be played yet again with this witness.  I'm not even certain

 2    if this witness was present or not.  But nonetheless, they're

 3    in evidence, but I'll object to them being shown yet again.

 4         MS. CAPRIO:  Those are the February 14, 2019 excerpts

 5    of Chief Colina where he references Mr. Fuller and also Francis

 6    Suarez.  That is what inspired Mr. Fuller to go to the actual

 7    meetings.  I wanted to show why he actually showed up to

 8    explain to the jury why he actually came to that meeting and

 9    was present to protect his rights.

10         THE COURT:  Only for that purpose, I will allow it.

11    Anything else?

12         MS. CAPRIO:  I think we have a few photographs that

13    we don't like of the bungalow.

14         MR. KUEHNE:  Yes, Judge.  There were a few

15    photographs that it may be that plaintiffs' counsel was going

16    to show us the specific photographs.  We just have it

17    referenced here.  Perhaps we can just take a couple minutes

18    when we're ready to do that to look at the specific

19    photographs.

20         THE COURT:  I'm here now.  I don't want to waste

21    time.  Show me what you have here so we can move forward.

22         Also, does the defendant have any exhibits that you

23    intend to introduce that the plaintiff has an objection to?  I

24    can rule on those right now as well.  We don't want to stop

25    this trial once you get to cross-examining.  Who's
```

 1    cross-examining Mr. Fuller?

 2             MR. KUEHNE:  I will be doing that, Your Honor.  On

 3    that point, I have given plaintiffs' counsel but just after

 4    lunch, my preliminary list of exhibits.  We've not gone through

 5    them yet.

 6             I don't know if there will be objections or not but we

 7    would like an opportunity.  They do have them as I just I gave

 8    them to them after lunch when I put everything together in

 9    handwriting.  I don't know that there will be a lot of

10    objections, but we would like a chance to review them first.

11             THE COURT:  All right.

12             MS. CAPRIO:  We're conceding that.  We're happy to

13    look at it once we get a handle on it.  These are the

14    photographs that are the ones that are objectionable.  This

15    just shows -- it's just for background of Mr. Fuller.  This is

16    the bungalow that we've talked about in District 3.

17             THE COURT:  Exactly.

18             MS. CAPRIO:  Thank you.  So we have some photographs

19    here of Mr. Fuller's bungalow.  This is the Little Havana

20    bungalow.

21             MR. KUEHNE:  So this first picture, Judge, we do not

22    have an objection to.

23             THE COURT:  Which exhibit is this?

24             MS. CAPRIO:  This is Exhibit 579.

25             THE COURT:  All right.  What is the objection as to

```
 1   579?

 2          MS. CAPRIO:  We have a few in here.  This is just

 3   another one of Bill when he was younger.  Just --

 4          MR. KUEHNE:  Judge, that would be our objection.

 5   Timeframe.

 6          THE COURT:  Wait, when was the second picture taken?

 7          MS. CAPRIO:  I believe that was taken around 2006.

 8          MR. KUEHNE:  Way before the timeframe we're dealing

 9   with here, Judge.  So we object to that.  We object to this,

10   the family photo.

11          MS. CAPRIO:  I believe that's in evidence already.

12          MR. KUEHNE:  I don't remember.  If it's not, we

13   object to this one, as well.  Frankly, I guess, it's a family

14   reunion.

15          MS. CAPRIO:  This is just for background.  We're just

16   going to go through.  He actually moved to Little Havana when

17   he was a younger gentleman and was in the neighborhood with the

18   people that he actually started inspiring and then inspired him

19   to create what he created.

20          THE COURT:  The objection's overruled.

21          MS. CAPRIO:  I'll be very quick.  And we had some

22   objections to other videos.

23          MR. KUEHNE:  The Little Havana BID document.

24          MS. CAPRIO:  What number is that?

25          MR. PERTNOY:  That is 574.
```

```
 1                THE COURT:  How many more minutes you have for
 2       Mr. Pinilla?
 3                MS. GOMEZ:  I'm done.  I'm going to rest in front of
 4       the jury.  That's why I was confused.
 5                MR. PERTNOY:  I think there was a couple of
 6       foundation --
 7                MS. CAPRIO:  It was the BID document.  I'm going to
 8       lay a foundation with the witness on that.
 9                MR. PERTNOY:  There's also a couple other Ball &
10       Chain and Taquerias videos.
11                MS. CAPRIO:  They just have an objection.  This was
12       something that was discussed with Mr. Carollo at the first
13       meeting.  I think Commissioner Carollo was shown this as well.
14       He didn't recognize it.  We're just going to --
15                THE COURT:  What is that?
16                MS. CAPRIO:  This is the BID, the BID proposal that
17       was discussed between Mr. Fuller and Mr. Carollo at their first
18       meeting I think in summer of 2017, and this was eventually
19       given to Mr. Carollo's office by Mr. Fuller.
20                This is the beginning of their relationship, so he's
21       just going to testify that he prepared this.  He was part of
22       the B-I-D.  This was also relevant to Commissioner Carollo's --
23                THE COURT:  B-I what?
24                MS. CAPRIO:  B-I-D.  It's an acronym for Business
25       Improvement District.  This was given to Mr. Carollo by
```

```
 1   Mr. Fuller eventually through Steve Miro, I believe.  It was

 2   discussed at the breakfast meeting, and I'll lay the foundation

 3   and that's the document --

 4          THE COURT:  What's the next exhibit?

 5          MR. KUEHNE:  Judge, we object to that as a complete

 6   hearsay document, has nothing to do with this case.  Predates

 7   this case, doesn't involve anything about this case.  And it's

 8   essentially a speaking document.  It's not an official city

 9   document.  It's not even a Ball & Chain document.  It's

10   something that he did to present, and it's completely filled

11   with hearsay.  All kinds of things that are unsubstantiated and

12   it's never been analyzed, available, or anything other than

13   some kind of a protocol presentation.

14          THE COURT:  Where does it contain --

15          MS. CAPRIO:  It came in.  We're not trying to --

16          THE COURT:  Is it in evidence?

17          MS. CAPRIO:  It's not in evidence yet.  Carollo

18   referenced it during his testimony on cross-examination that

19   there was a BID that was discussed between him and Mr. Fuller

20   at the very first breakfast meeting that they had.  And this is

21   that document.

22          MR. KUEHNE:  He did not.

23          MS. CAPRIO:  He referenced it, but he didn't recall.

24          MR. KUEHNE:  He did not recall receiving any such

25   document, didn't know where it came, when it came.  It's not
```

```
 1   shown.  It doesn't show up as a City of Miami record or
 2   document in any respect and we've looked for it.
 3           MS. GOMEZ:  Your Honor, it's just to tell the story.
 4   It's not hearsay.  We're not offering it for the truth.
 5           MS. CAPRIO:  I'm just trying to establish what was
 6   discussed at the meeting that's in dispute.
 7           THE COURT:  What's next?
 8           MS. CAPRIO:  Then we have the other project that was
 9   the hotel project which is number --
10           MR. PERTNOY:  I think that was on some of the
11   other --
12           THE COURT:  Who's doing the direct examination?
13           MS. CAPRIO:  I am.
14           THE COURT:  Make sure you speak very slowly.  We
15   don't want to Ellie to tell you anything.
16           MS. CAPRIO:  I will.
17           MR. PERTNOY:  Is the Hotel Stories.
18           MS. CAPRIO:  373.  This was another document that was
19   also provided to Mr. Carollo's office through Mr. Miro from
20   Mr. Fuller.  And this is what Mr. Fuller recalls speaking about
21   with Mr. Carollo at their very first breakfast meeting.
22           So this is what -- we want to introduce this to
23   establish Mr. Fuller's recollection of that meeting which
24   differs from Mr. Carollo's as to which hotel was discussed.
25           This was the hotel project that Mr. Fuller will
```

1    testify that he discussed with Mr. Carollo.  We're just

2    offering it to show that this was what was talked about at that

3    meeting and there was a follow up from Steve Miro.  That's how

4    Miro began to interact with Fuller.

5            It was before Carollo announced his candidacy or right

6    around that time.  This was provided to Commissioner Carollo's

7    office as a followup to that breakfast meeting.

8            MR. KUEHNE:  So, Your Honor, we're seeing this here

9    as an exhibit.  It's not part of any City of Miami record.

10   It's not part of any City of Miami document.  We've checked and

11   doublechecked.

12           Mr. Carollo was not even asked whether he received

13   such a thing.  This is strictly hearsay, promotional document,

14   done by Fuller.

15           THE COURT:  She can show it to him.  He can talk

16   about it but it won't be admissible in evidence.  We can show

17   it, show him what it was, okay?  For that purpose.

18           MS. GOMEZ:  I'm sorry, it's not a hearsay document

19   because we're not offering it for the truth of the matter.

20           THE COURT:  What are you offering it for?

21           MS. GOMEZ:  We're offering it to just help tell the

22   story.

23           THE COURT:  Let's see first what he tells without it

24   first.  If it needs to, we can revisit that later so I will

25   reserve, okay?

1          MS. GOMEZ:  Thank you.

2          THE COURT:  What's the next document that you have an

3     issue with?

4          MR. PERTNOY:  The medical records.

5          MS. CAPRIO:  Yes.  We have the medical records issue.

6          THE COURT:  What medical records issue?

7          MS. CAPRIO:  Your Honor reserved on that during

8     Melissa Bernheim's testimony.  They were Bill Fuller's medical

9     records, and they were provided at Melissa Bernheim's

10    deposition which, I believe, was April 13th.

11         MR. PERTNOY:  It was during trial.

12         MR. GUTCHESS:  It was during trial.  That was during

13    her deposition.  There's no surprise here.  They've had them

14    for almost a month, and they're medical records that go to

15    Mr. Fuller's emotional harm and why he visited a doctor because

16    of the conditions that have been imposed as a result of the

17    targeting that he's suffered in this lawsuit.

18         THE COURT:  They were turned over?

19         MS. CAPRIO:  Yes.

20         MR. PERTNOY:  At the end of the deposition of

21    Ms. Bernheim, I got these records.  This is what should have

22    been given during your Rule 26.

23         THE COURT:  Look --

24         MS. GOMEZ:  The deposition had not ended.  They could

25    have continued asking questions.  And, in fact, she just said

1  she is not a doctor, and doesn't have any knowledge of that,

2  and he had refused to ask anything about it.

3        MR. PERTNOY:  She had no knowledge of the document.

4  She couldn't speak to them.  They literally handed -- the

5  biggest issue here, this is the Rule 26 disclosures that we

6  talked about yesterday.

7        They were required to handle everything that was going

8  to support their emotional distress, and that was the order

9  from Magistrate Louis on December 23rd.  These documents did

10 not get produced, 161 pages that dealt with that yesterday, but

11 they were --

12       THE COURT:  They were produced when?

13       MR. PERTNOY:  December 23, 2022.

14       THE COURT:  The medical records?

15       MR. PERTNOY:  It was not given to us.  The case law

16 was very clear under Rule 26, and according to the order of

17 Magistrate Louis, if you fail to give them, you don't get to

18 open the door by handing it to me in the middle of trial.

19       THE COURT:  Don't ask any questions about his medical

20 records.  They don't come in.  If there's going to be an issue,

21 it can be used for a rebuttal, so don't ask him about any

22 medical records at all.

23       MS. GOMEZ:  Your Honor, I just want to say there was

24 no prejudice.  These documents were given to Mr. Pertnoy during

25 his deposition of Melissa Bernheim which I defended.

```
1              THE COURT:  When was that taken?

2              MS. GOMEZ:  April 13th, and he had an opportunity.

3    We made sure that the court reporter was still there.  He had

4    an opportunity to ask questions.  He did not ask her whether

5    she was familiar with it.  That is not correct.  All he did was

6    say are you a doctor?  Did you prepare these?  You don't have

7    any knowledge, and he ended the deposition.

8              MR. PERTNOY:  She said she didn't --

9              MS. GOMEZ:  You just stated that to her --

10             THE COURT:  What was Mr. -- what is Mr. Fuller's

11   medical issues with respect to his emotional distress?

12             MS. GOMEZ:  He had cardiac issues and he had to go

13   see a doctor.

14             MR. PERTNOY:  This requires a medical diagnosis.

15             MS. GOMEZ:  He saw a cardiologist.

16             MR. PERTNOY:  Diagnosis, no.  That's not a diagnosis.

17   They're just medical records.  There's no diagnosis here.

18   There's nobody to even authenticate the records.

19             MS. CAPRIO:  He has gained weight, endorses binge

20   eating.  He has felt pressure at times, and is under stress,

21   had not had blood pressure monitored.  He does endure --

22             THE COURT:  He can testify to what he experienced but

23   right now, again, I'm not going to allow the medical records

24   unless the door is opened.  If it's cross-examined about those

25   issues, then they're going to come in.
```

```
 1            MS. CAPRIO:  Thank you, Your Honor.

 2            MR. KUEHNE:  Judge, I think there's one more topical

 3   area.  There are three exhibits we want to --

 4            THE COURT:  Also, too, let me be clear.  When I said

 5   you can't comment on inadmissible evidence, as well, if you do

 6   that again, you attempt to do that, I mean when I ruled on the

 7   issue, you can't backdoor those things so we don't put that

 8   before the Court.  I want to be clear.  When I rule on this

 9   issue, you can't do that.  Both sides.  All right?

10            MR. KUEHNE:  We understand.

11            MS. CAPRIO:  Yes.

12            MR. KUEHNE:  We do want to let the Court know we're

13   preserving our objection to Taquerias.  There was some exhibits

14   about Taquerias and Ball & Chain.  We've objected for all the

15   reasons you've heard on sidebar.  I'll make that objection

16   known, Judge, that I don't know that this is a big deal, but

17   there is a like a promotional photograph, somebody with two

18   entertainers.  I, frankly, don't even know who the entertainers

19   are, but they're apparently famous and we object to that as

20   being irrelevant to anything we're dealing with in this case.

21   I believe it's 368.  I do know who Juanus is.  He is very

22   famous musician.

23            THE COURT:  I don't know.  I have never heard of

24   either of those people.  While they may be famous.  I don't

25   know any of those people.
```

1          MR. KUEHNE:  We object to relevance as well as

2    nothing to do with this case.

3          THE COURT:  I can't tell you one song.  I wouldn't

4    even be able to identify that person if he walks in this court

5    right now.

6          MS. CAPRIO:  We're offering that just to establish

7    some background about Ball & Chain and how, you know,

8    celebrities visit there.  It's Mr. Fuller's property.  It's

9    where celebrities go, who these are, they're at Ball & Chain.

10   Thanks very much.

11         MS. GOMEZ:  They're Latin.  They've already testified

12   about Little Havana and they keep saying they're not Latin.

13   These are his artists.

14         THE COURT:  They showed that Pitbull was in this

15   article too, as well.  He's the only one I think is famous with

16   all due respect.  These people, I don't know who they are.  If

17   I had to buy a ticket, I would go see Pitbull over these two.

18   You say they're very famous.  I don't know who they are.

19   Gloria Estefan, that's who I would go see.  That's fine with

20   that.  There's no issue.  All right.  Anything else?

21         MR. KUEHNE:  There is one issue that is just a

22   scheduling issue to ask the Court about.

23         THE COURT:  Sure.

24         MR. KUEHNE:  Thursday is a City Commission meeting.

25   And for two reasons we would ask the Court to authorize us to

 1   not have court on Thursday.

 2          One, it's a Commission meeting and there was some

 3   important issues and others have to attend to, and number two,

 4   we expect to be fully in the defense case and the way we've set

 5   up trying to get everybody ready for this afternoon, tomorrow,

 6   going through, we have a number of city witnesses who will be

 7   at the City Commission meeting just because that's part of

 8   their job.  That's what they do there.

 9          They're called to the City Commission meeting if they

10   need information about various items that are on the agenda.

11   We're trying -- we were trying to figure out if we could work

12   around that, but it just doesn't work in terms of the people

13   that we have prepared and we're ready to call.

14          And we think under the circumstances, we would ask the

15   Court to consider not having court on Thursday so Commissioner

16   Carollo can attend to those responsibilities, as well as not

17   having a problem with witnesses who would then have to miss

18   their obligations as a part of their job to come to court to be

19   available.

20          THE COURT:  Look, before I rule on that, how many

21   days do you intend you're going to present for your defense?

22   This jury has been here for a very long time notwithstanding we

23   had issues with the flood and we pushed back days and

24   everything else.  I know.  I don't want to have any issues with

25   jurors' schedules.

1          I know some having expressed beforehand that this case

2     is going to end around the 15th.  I think that one juror even

3     promised, I didn't think it was going to go beyond that.  We

4     may even lose one, perhaps one or two jurors.  I'm not going to

5     let them lose their vacation when I gave them my word.  That's

6     why I went with nine jurors, as well.  How many days?

7          MR. KUEHNE:  With regard to that, could we just

8     caucus?  We've been working busily trying to figure out how

9     slimmed down we can be.  We haven't yet finalized --

10          THE COURT:  I'll tell you what.  You let me know by

11     tomorrow.  Based on what you tell me, I will let you know

12     whether we're going to have court on Thursday.

13          MR. KUEHNE:  I understand, Judge.

14          THE COURT:  All right?

15          MR. KUEHNE:  Thank you for considering.

16          THE COURT:  Thank you.

17                         (In open.)

18          THE COURT:  Jermaine, you can bring in the jurors

19     please.  Thank you.

20          (Thereupon, the jury entered the courtroom.)

21          THE COURT:  All right.  The members of the jury are

22     all present and accounted for.  You may be seated, everyone.

23          You may proceed.

24          MS. GOMEZ:  No further questions, Your Honor.

25          THE COURT:  All right.  Mr. Pinilla, you may step

```
 1   down.  Thank you.
 2            THE WITNESS:  Thank you, Your Honor.  Thank you,
 3   court reporter.  Thank you, jury, for your time.
 4            THE COURT:  All right.  Call your next witness,
 5   plaintiff.
 6            MS. CAPRIO:  Yes.  Plaintiffs call Mr. Bill Fuller.
 7                      (Witness sworn.)
 8                      -  -  -  -  -
 9            DIRECT EXAMINATION OF WILLIAM FULLER
10   BY MS. CAPRIO:
11   Q.   Good afternoon.  Could you please state your name for the
12   record?
13   A.   Bill Fuller.
14   Q.   And, Mr. Fuller, with whom do you currently reside?
15   A.   My wife and my four children and my father.
16   Q.   Are your wife and father here today in court?
17   A.   Yes.
18   Q.   And how old are your children, Mr. Fuller?
19   A.   Two, four, six, and nine.
20   Q.   And where do you live?
21   A.   I live at 8002 Ponce de Leon Road, Miami-Dade.
22   Q.   Were you born and raised in Miami?
23   A.   Yes.
24   Q.   And what is your family heritage, Mr. Fuller?
25   A.   My mother was born in Havana, Cuba, 1949.  My father was
```

1    born in Holguin, Cuba in 1939 to an American family that

2    migrated there in 1902.

3    Q.   And do you speak Spanish?

4    A.   Si.  Yes.

5    Q.   And, Mr. Fuller, if you could briefly explain what is

6    Little Havana?

7    A.   Well, aside from being directly connected to it for the

8    last -- for basically my entire life, Little Havana is the

9    cultural centerpiece of the entire Cuban heritage of Miami.

10        My good friend, Arvin Moore Parks, also said that Little

11   Havana --

12            MR. KUEHNE:  Objection.  Hearsay, what Arvin Moore

13   Parks says.

14            THE COURT:  Sustained.

15   **BY MS. CAPRIO:**

16   Q.   You can go ahead.

17   A.   Little Havana is the Cuban Plymouth Rock.

18   Q.   And did you have any connection to Little Havana when

19   you were growing up in Miami?

20   A.   Yes.

21   Q.   And could you please describe briefly for the jury what

22   that connection was?

23   A.   As my father lived in Cuba in the summers, they also had a

24   home in Miami off of 19th Avenue and 12th Street in the

25   neighborhood call Shenandoah, and this is a home that my

1   grandmother lived in until she was almost a hundred in the year

2   2000.

3       And as a child growing up in the '80's, and '90's, I would

4   visit my grandmother many, many weekends, spend a lot of time

5   with her.  And had my early immersion of Little Havana with her

6   as she introduced me to her neighbors, to the children of her

7   neighbors, and a lot of the residents in the neighborhood.

8       We oftentimes would walk to the local stores on Calle Ocho

9   right from our house.  It was about a five minute walk.  I

10  spent a lot of time going to the Calle Oche Festival year after

11  year.  It became a tradition, so where I grew up in very

12  suburbia Kendall, I also had a direct connection with Little

13  Havana as a child.

14  Q.   Bill, what did your parents do for a living in suburbia

15  Kendall?

16  A.   They were telephone folks.  So my father worked for

17  Southern Bell and later Bell South, and my mother worked for AT

18  & T.

19  Q.   And did you have any brothers or sisters growing up?

20  A.   Yes.  I'm a middle child.  I have two sisters.  My older

21  sister is named Julie.  My younger sister is named Jessica.

22  Q.   And can you briefly explain to the jury and His Honor a

23  little bit about your educational background.

24  A.   Grew up in Miami.  My most important educational

25  experience in Miami as a child was that I was accepted to

1    Southwood Middle School for Arts.

2        I have a deep passion for the visual arts and the creative

3    side, and that was a real honor and a reality experience for me

4    to get involved at that level of concentration.  And then I

5    moved over to Palmetto High School.

6    Q.   And after Palmetto High School, did you go to college?

7    A.   Yes.  I attended two years at Florida State University,

8    and then I transferred to Emory University for two more years.

9    Q.   While you were at Emory University, what did you study?

10   A.   I was a double major.  I studied in political science as

11   well as theater set design.

12   Q.   Okay.  And did you graduate from Emory?

13   A.   No.

14   Q.   And why didn't you graduate from college?

15   A.   Well, I think that I was little ambitious in undertaking

16   two majors, so I later realized that my plan was almost a five

17   or six year plan and I completed the full four years.  And then

18   I was truly bitten by the entrepreneurial bug, and at that

19   point, it was time for me to move on.

20   Q.   Okay.  And after you decided not to graduate from Emory,

21   what did you do next?

22   A.   I moved back to Miami and I went back to live in my

23   bedroom in Kendall Lakes with my parents.

24   Q.   And while you were living with your parents in your

25   childhood bedroom, what did you do for a living?  What happened

1    next?

2    A.    Well, I took my four year college degree and worked at the

3    Cheesecake Factory.  It was an amazing experience.  It was my

4    first truly -- my first comprehensive experience in the

5    hospitality business.  Cheesecake Factory is an amazing

6    company.

7          But at the same time, I was also developing a technology

8    program through a smart chip technology and a loyalty program

9    that kind of was just a tech dream I had.

10   Q.    And how long did you work at the Cheesecake Factory

11   approximately?

12   A.    I think about six months.

13   Q.    And then what did you do next?

14   A.    And then I had an opportunity of a friend of mine from

15   high school that had started a business at his college that was

16   a shipping and storage solution for college students.  We

17   would -- he had started this at Duke University where he would

18   provide a solution to students at the end of their semester to

19   have their stuff in their dorm room either sent to their home,

20   or stored over the summer, and then they would be redelivered

21   in the fall.

22         And so he had started the program at Duke, and he asked me

23   if I would come on board to help him expand it across the

24   United States.

25   Q.    And at some point, did you move away from your parents'

1    house?

2    A.   Well, during that work with that company, it was called

3    College Boxes, I spent a lot of time on the road.  We ended up

4    expanding that business to 23 campuses across the United States

5    as far west as Utah.

6         And during the spring and fall semesters of those schools,

7    we spent a lot of time meeting with administrations, working

8    with the students, marketing and the logistics of that

9    operation.

10   Q.   And now what business are you in today, Mr. Fuller?

11   A.   I am in two businesses, I'd like to say.  In the real

12   estate business and in the hospitality business.

13   Q.   And how did you first get involved in the real estate

14   business?

15   A.   My first entrance into the real estate business was in

16   2001.  I was out of college.  I was excited to live on South

17   Beach.  That's where everything was happening.

18        And I had an opportunity to buy a small little studio at

19   637 West 12th Street in the heart of the Art Deco District.

20   And it was like $47,000, and I had developed a relationship

21   with a local bank, and the gentleman told me look, your down

22   payment to buy is about $6,500 and so I had managed to save

23   enough of my money to do that, and I pursued the purchase of

24   that property.

25   Q.   And did you ever live in that property?

```
 1   A.    Well --

 2   Q.    Right away?

 3   A.    I'll never forget that property because I had it under

 4   contract in August of 2001, and when September 11th came

 5   around, I don't know if everybody recalls, but all of the

 6   airlines stopped.  Nobody was coming to South Beach.  It

 7   concerned me.

 8         It was going to be my residential home but, of course, I

 9   was always concerned that I wouldn't be able to make the

10   mortgage payment and then what would happen if I couldn't pay

11   it, you know, what was going to become of tourism and South

12   Beach and everything.

13         So I did proceed forward to closing, but I'll never forget

14   at the closing table, the agent, the realtor and the agent were

15   talking and they're saying, hey, you know, your mortgage

16   payment with your HOA fees is going to be like $425 a month,

17   but for those units on South Beach, you can get like $800 a

18   month, and I remember thinking to myself at that moment, wow, I

19   could actually make $375 of positive cash flow off this little

20   unit.

21         And so while I was excited to be, you know, with my peers

22   and living on South Beach the bachelor lifestyle, I closed on

23   that property and went back to live at my house in Kendall

24   Lakes, my childhood, and went back to making $375 a month in

25   cash flow.
```

1   Q.   And did you ever move to Little Havana?

2   A.   Yes.

3   Q.   When you were young, about how old were you when you moved

4   to Little Havana?

5   A.   I was 27 when I moved to Little Havana.

6   Q.   Okay.  And did you purchase a home in Little Havana?

7   A.   Yes.

8   Q.   Okay.  And why did you do that?

9   A.   I -- the first home I bought in Little Havana was on 8th

10  Avenue.  It was introduced to me by a family friend.  And I

11  purchased the property and it was a real experience dealing

12  with all the tenants in that property.

13       But I immediately knew that I had the passion and the

14  experience to deal with what came with that type of

15  landlord/tenant relationship and I -- what I had done with that

16  property is improve it in a way where the esthetic, the

17  landscaping, the painting on the property made an immediate

18  impact on the lifestyle that these tenants were having.

19       And I got excited about being near these tenants.  I

20  wanted to immerse myself in that neighborhood, and so I bought

21  a bungalow not far away, 1020 NW 1st Street, and I moved in

22  right next to my tenants.

23       I started to buy properties around this.  It was kind of

24  like a hub and spoke concept, and they knew they could find me

25  there, and I knew that if I had an issue with these properties,

 1   with any of these properties, I could be there in less than a

 2   minute.  And so this was my way of truly understanding, you

 3   know, my tenants.

 4        MS. CAPRIO:  Okay.  And if we can please call up

 5   Plaintiff's 579 for the witness and for opposing counsel.

 6   **BY MS. CAPRIO:**

 7   Q.   Let me know, please, when you see the photograph,

 8   Mr. Fuller.

 9   A.   Yes.

10   Q.   Okay.  And do you recognize that photograph?

11   A.   Yes.  This is 1020 NW 1st Street.  This is the house that

12   I moved into.

13   Q.   Could you scroll through the rest of the photographs and

14   just let me know if you recognize those photographs as well?

15   A.   Yes, yes.

16   Q.   And are they all of your home?

17   A.   Yes.

18        MS. CAPRIO:  Could we please publish to the jury?

19   And I move to admit, Your Honor?

20        THE COURT:  All right.  It's admitted.

21           (Plaintiffs' Exhibit 579 Received.)

22   **BY MS. CAPRIO:**

23   Q.   Mr. Fuller, is this the property that you purchased?

24   A.   Yes.

25   Q.   This is Little Havana?

1   A.   Yes, 1926 bungalow home, natural light, Florida light on

2   the columns.

3   Q.   And is that you and your wife, Melissa?

4   A.   Yes.

5   Q.   Okay.  Another photograph, this is the same bungalow?

6   A.   Yes.

7   Q.   Did you renovate it?

8   A.   Yes.  That's my father on the porch and that's Andy who

9   was our neighbor across the street.  Him and his family live

10  across the street.

11  Q.   When approximately was this picture taken?

12  A.   This photo is from approximately 2005 or 6.

13  Q.   Let's keep going.  And what is this photograph,

14  Mr. Fuller?

15  A.   This was -- I was so excited because as a child, I grew up

16  going to all the University of Miami Hurricane games and this

17  was actually -- this house was perfectly located because the

18  Orange Bowl was still around.  So we would -- we started

19  holding tailgate -- very large tailgate parties at the house.

20       And so this is a photo of one of the tailgate parties that

21  we had at that house and so friends, family, colleagues, I

22  mean, everybody is inside this photo.

23  Q.   That's great.  Then I think that's it.  Beautiful.  Okay.

24  And did you ever set up a real estate office in Little Havana,

25  Mr. Fuller?

```
1    A.    I set up an office inside of this home.

2    Q.    Okay.  Who is Mr. Martin Pinilla?

3    A.    Martin Pinilla is my business partner since June of 2004.

4    He's a dear friend and like a brother to me.

5    Q.    Okay.  And could you please briefly tell the jury how you

6    met Mr. Pinilla in 2004?

7    A.    He explained it very properly.  You cannot make this up.

8    I put an ad in the classifieds sections when the paper was

9    still a thing, and I said, well, I have a house available for

10   sale in Little Havana.  It was like $250,000.  He called me

11   late one evening.  I was on the way home, and he said I think I

12   have a buyer for this.  I said, well, if you have a buyer,

13   let's split it, and we did.

14        We met at the closing, and it never stopped.  Martin and I

15   we -- we were bound to meet each other because we were both

16   farming the same neighborhood.

17        What we came to realize very quickly is that we were both

18   deeply passionate about -- through our own heritage, we were

19   deeply, deeply passionate about the neighborhood, what it meant

20   to our Cuban heritage, and that's why we were both there

21   independently.

22        And when we ran into each other early, we never stopped.

23   I mean, we were aligned from day one in what our principles and

24   what our focus was going to be.

25   Q.    And was your focus with Mr. Pinilla always on Little
```

1  Havana?

2  A.   When I tell you that we went in head first, I mean, for

3  some time, it felt like we never came out of that rabbit hole.

4  We were deep inside it.  You could cut my wrists and I would

5  bleed Little Havana.  That's what we feel about that

6  neighborhood.

7  Q.   And can you please describe -- well, do you and

8  Mr. Pinilla share a vision for your real estate partnership?

9  A.   We share a similar vision.

10 Q.   And could you please just briefly describe your shared

11 vision for your real estate partnership?

12 A.   It's -- broadly, it's a holistic vision.  It's first and

13 foremost, the net profit is not the bottom line.  We always put

14 our tenants first.  We believe in local tenants.  We both have

15 an entrepreneurial spirit.  A lot of -- we co-invest with our

16 tenants.

17      But by holistic, I mean it didn't just stop at the

18 property level.  We both engaged deeply into the community.  We

19 both took up leadership roles in nonprofits in the community.

20 We both were engaged in community activation and community

21 meetings.

22      These were all things that were non-paying but we realize

23 that if we wanted to help steer the vision that we had for the

24 neighborhood, and when I mean vision, I specifically mean that

25 we had a vision on this three block geographic space on Calle

1   Ocho, and that vision was to accentuate and highlight the best

2   of what we thought was the Hispanic culture.

3       And what I mean by that is that it was beautiful the way

4   it was when we arrived, but as children, we grew up

5   experiencing a lot of the Latin culture.  The things that we

6   loved.  The food, the music, the dance, the salsa, a lot of

7   that in its best form was missing from Calle Ocho when we first

8   started to invest.

9       And so our idea was let's -- let us focus on really

10  bringing unique, one of a kind tenants to these spaces, and

11  let's help them create that best experience and by doing so, we

12  can really be proud of what we're showcasing as this

13  experience.

14      And we did that.  Each and every tenant was hand picked.

15  We vetted them.  It didn't matter if they didn't have

16  experience because oftentimes, the best tenants are the ones

17  that have the best and wildest dreams, and so those are the

18  ones you want to rally behind and we have tremendous examples

19  throughout our history of giving rise to tenants that simply

20  had ideas.  And like in one case, Azucar Ice Cream, if I may?

21  Q.   Yes, please.

22  A.   Azucar Ice Cream was Susie Battl was a mortgage broker in

23  2007 for Bank of America.  And by the following year, she was

24  out of business and we were starting to buy a lot of properties

25  on Calle Ocho, and I remember her -- I remember having a lunch

```
 1   meeting with her and she was struggling.  She had no work.

 2   She had no direction of where she was going to go.

 3        And we talked about a lot of interesting concepts, and

 4   she -- we recalled -- I recalled as a child going to the movies

 5   at the Falls where it was always like you went to the movies,

 6   you would go get ice cream, and we had this amazing theater in

 7   the neighborhood.  It was really what we called the beacon of

 8   the neighborhood which is the Tower Theater.  It was a

 9   centerpiece of our neighborhood.  It's still there.  It's an

10   icon.

11        And I said you know what we're missing?  We're missing ice

12   cream, and that immediately gave her this recollection of her

13   as a child, where she -- her grandmother would make her unique

14   recipe from Cuba on how to make ice cream.  And we were by that

15   time, the year was 2008, Martin and I were dealing with the

16   recession.  We were dealing with our own real life crisis,

17   economic crisis in real estate.  And I'll never forget she

18   wrote out to me --

19             MR. KUEHNE:  Objection, Your Honor.  This narrative

20   is going on to not answer the question.

21             THE COURT:  All right.  Sustained.

22   BY MS. CAPRIO:

23   Q.   And did you eventually -- did Ms. Battl eventually open

24   and ice cream shop in one of you and Mr. Pinilla's properties?

25   A.   She went to the Penn State Creamery.  She came back a year
```

1   later, she knew how to make ice cream from udder to ice cream

2   distribution at grocery stores.  She opened up Azucar Ice

3   Cream, and today, she has opened multiple locations across the

4   United States and also sells her ice cream in American

5   Airlines.

6          MS. CAPRIO:  If we can please publish Plaintiffs' 434

7   to the witness and to opposing counsel.

8   **BY MS. CAPRIO:**

9   Q.   Mr. Fuller, let me know when it's on your screen, please.

10  A.   That's Azucar Ice Cream.

11  Q.   Beautiful.

12  A.   The ice cream cone was inspired by sculptural pieces that

13  I saw in London in a small neighborhood.

14         MR. KUEHNE:  Objection.  No question pending.

15         THE COURT:  There's no question pending.

16         MR. KUEHNE:  I had not seen this, Judge.  This is

17  fine.  No objection to 434.

18         MS. CAPRIO:  Permission to publish and to admit, Your

19  Honor.

20         THE COURT:  Granted.

21            (Plaintiffs' Exhibit 434 Received.)

22  **BY MS. CAPRIO:**

23  Q.   Is this -- that's the Azucar Ice Cream shop?

24  A.   Yes.  That's Azucar Ice Cream.

25

```
 1   Q.    That's one of you of Mr. Pinilla's tenants?
 2   A.    Yes.
 3   Q.    And do you and Mr. Pinilla purchase historical buildings
 4   in Calle Ocho?
 5   A.    It's kind of like an addiction of ours.  It's a habit we
 6   have.
 7   Q.    And when you purchase the historical properties, do you
 8   restore them?
 9   A.    Yes.
10   Q.    And what is important to you when you're restoring a
11   historical property?
12   A.    Look, we're storytellers, right?  So we want the property
13   that we restore to speak to the form that it was in when the
14   original architect and designers brought it to construction.
15         And we strive to try to bring it to that original look and
16   feel.  We as historians.  What we recognize as one of the
17   greatest values, not the greatest, but one of the greatest
18   values in this little district is the amount of historical
19   building stock that we have together that is all compressed.
20   It's very rare everywhere in the world to find this type of
21   historical building stock.
22   Q.    And could you please give the jury and His Honor just a
23   few examples of the historical properties that you and
24   Mr. Pinilla own in Calle Ocho?
25   A.    This one building, Little Havana Arts Building, Azucar,
```

1   Little Havana Cigar Factory, Ball & Chain.  We have the

2   Futurama Gallery which was the second installation of the Great

3   Western Auto Store in South Florida.

4       We have the Good Will store which is a series of 1930's

5   and '40s buildings.  We have a property called Village Shoppes

6   of Little Havana which is another collection of small

7   buildings.

8       And every building, the Tower Hotel, an amazing story.

9   Architecturally rich, very rich in history.  And, you know,

10  it's what we love.  We'll move faster on a historic property

11  than we do on a newer property just because I like to say that

12  historic properties age like a fine wine.  They're

13  irreplaceable.

14  Q.   And when you and Mr. Pinilla purchased these historical

15  properties that you just described, were you required to

16  restore them?

17  A.   We weren't required to restore them, but we felt the need

18  to restore them.

19  Q.   Could you have demolished them if you wanted to?

20  A.   Yes.  When it comes to historic properties, oftentimes it

21  is less costly to start new, to scrape them and build new than

22  it is to restore their historical charm and that's mainly

23  because what you find behind the walls of some of these

24  buildings presents challenges, and you have to work through

25  that.

1    Q.    How old are these historical buildings that you are

2    discussing like the Tower Hotel, for instance?

3    A.    The Tower Hotel is a 1920/1930 vintage property.

4    Q.    Okay.  How old is Ball & Chain?  When was Ball & Chain

5    first constructed?

6    A.    The Ball & Chain structure was built in 1934.  Originally,

7    it opened in 1935 and the building next to it was later built

8    in the early '40s.

9    Q.    So these buildings are all around 80 to a hundred years

10   old when you purchased them?

11   A.    Yeah.  I don't think we have anything in the Little Havana

12   collection that is, you know, less than 50 or 60 years old.

13   Q.    Mr. Fuller, what is your understanding of the term

14   "gentrification?"

15   A.    My understanding of gentrification is this concept of a

16   neighborhood that's improving that ultimately displaces the

17   original residents of a neighborhood.

18   Q.    Okay.  And do you believe that you and Mr. Pinilla have

19   gentrified Calle Ocho?

20   A.    We have not gentrified Calle Ocho.  Matter of fact, that's

21   one of the greatest questions that I get from developers that

22   are trying to build or acquire residential properties in our

23   neighborhood.  They say to me -- what I know is that they --

24   what I know is what we have focused on is commercial properties

25   and all the residential properties that abut Calle Ocho have

```
 1    not really improved significantly over our time that we've been

 2    there.  The reason that that has not happened is because

 3    remember when I said to you --

 4              MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

 5    of the question that was posed.

 6              THE COURT:  All right.  The objection is sustained.

 7    BY MS. CAPRIO:

 8    Q.   Okay.  Let's just briefly -- if you could just please

 9    describe why you do not believe that and you Mr. Pinilla have

10    gentrified Calle Ocho?

11              MR. KUEHNE:  Objection, Your Honor.  Asked and

12    answered.  That was the question that was pending.

13              THE COURT:  Sustained.

14    BY MS. CAPRIO:

15    Q.   And so you mentioned that there are residents that were

16    around Calle Ocho.  Could you please explain to me what type of

17    residents are there?

18    A.   They're all -- everything north of 8th Street is

19    commercial zoning.  So this concept that there's residential,

20    there are residential by form that people live there.  But all

21    of the properties is zoned commercial and so, therefore, you

22    could actually take down the properties and you could build a

23    retail store, a grocery market, a bar.  You could do that if

24    you wanted to.

25         We don't want that because the greatest asset in Little
```

1    Havana itself is the people.  That's why people come to Little

2    Havana.  That's why we are so successful.  It's the people that

3    live there.  That's what makes it authentic.  Places like

4    Wynwood and South Beach, those are contrived.  Those are formed

5    places.  Those are places that are --

6              MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

7    of the question.  Now we're in South Beach and Little Havana

8    and Wynwood.

9              THE COURT:  Sustained.

10   **BY MS. CAPRIO:**

11   Q.   Could you please explain to me how Wynwood and South Beach

12   are different than Little Havana?

13   A.   South Beach is an Art Deco gem.  It's a worldwide

14   historical masterpiece, but it's forced.  There's high end

15   retailers.  There's expensive condos --

16             MR. KUEHNE:  Objection, Your Honor.  Improper opinion

17   testimony.

18             THE COURT:  Sustained.

19             MR. KUEHNE:  Foundation.

20   **BY MS. CAPRIO:**

21   Q.   And does Little Havana have those high end retail and high

22   end stores that you see in South Beach?

23   A.   No.

24   Q.   Okay.  And, Mr. Fuller, do you and Mr. Pinilla own any

25   properties here in Broward County?

1    A.    We do.

2    Q.    Could you tell me about one of those properties, please?

3    A.    One of my greatest memories was traveling up from Miami

4    for the -- for special events to go to the Mai Kai Restaurant

5    in Oakland Park as a child.  And two years ago, I had actually

6    been --

7              MR. KUEHNE:  Objection, Your Honor.  Scope and

8    foundation.  This is way beyond the timeframe of this case as

9    well as the subject matter of this case.

10             THE COURT:  All right.  Sustained.

11   **BY MS. CAPRIO:**

12   Q.    Could you please briefly describe to the jury your vision

13   for the Mai Kai Restaurant in Oakland Park here in Broward?

14             MR. KUEHNE:  Objection, Your Honor.  This case is

15   focused on the allegations in the complaint.  Vision and

16   Broward County.

17             THE COURT:  Sustained.

18   **BY MS. CAPRIO:**

19   Q.    Mr. Fuller, why was it important for you to purchase the

20   Mai Kai property here in Broward?

21             MR. KUEHNE:  Your Honor, same objection.

22             THE COURT:  Again, the objection is sustained.  Move

23   on to another subject area.

24   **BY MS. CAPRIO:**

25   Q.    And, Mr. Fuller, do you believe in public service?

1    A.    Absolutely.

2    Q.    And why is that?

3    A.    Because it's important to give to the community, it's

4    important to be engaged with the community, not just because

5    it's important to me to do it.  Because it's rewarding for

6    myself to do that.

7    Q.    And what do you do, Mr. Fuller, to give back to your

8    community for public service?

9    A.    I engage deeply.  I've been members of several boards,

10   nonprofit boards, where I've committed thousands of hours of my

11   time to the service on those boards.  And I also mentor a lot

12   of the residents of Little Havana, and budding entrepreneurs.

13   Q.    Which boards do you serve on, sir?

14   A.    I serve on the Viernes Culturales board.  I have served on

15   the Dade Heritage Trust.  I have served on the Stars of Calle

16   Ocho which is a City of Miami board.  I was designated a board

17   member by Frank Carollo, Commissioner Carollo's brother.  I

18   have served as a board member of Inter Credit Bank as a

19   director of the board.

20   Q.    Okay.  And could you please tell the jury just briefly

21   about what the Stars of Calle Ocho, what type of organization

22   is that?

23   A.    Stars of Calle Ocho is a City of Miami designated board

24   that was established by Commission ordinance.  And the purpose

25   was to protect and preserve Calle Ocho' stars which are

 1   embedded into the sidewalk in the cultural and historic

 2   district.

 3        And we -- they had started to become tarnished over time,

 4   so the idea was to develop a committee so that we could protect

 5   the ones that were there that had very famous stars like Selia

 6   Cruz and Tito Fuente, and at the same time introduce a new era

 7   of the stars which would come and start to place and recognize

 8   artists, contemporary artists, and would have their place as

 9   well in the stars.

10   Q.   And you mentioned that that was a city board.  Could you

11   please explain what that means?

12   A.   It means that it sanctioned by the City of Miami.  It

13   means that you have to meet the criteria of what it is to be a

14   board member and you have to file annual reports with the City

15   of Miami.

16   Q.   Okay.  And then you also mentioned Dade Heritage Trust.

17   What kind of organization is that, Mr. Fuller?

18   A.   Dade Heritage Trust is an organization that promotes the

19   preservation of historic assets in Miami-Dade County.  It's a

20   50-year organization.

21        It annually selects about ten properties that are on the

22   endangered list of properties that are seeking to be

23   demolished, and it works carefully with municipalities to

24   identify and help preserve historic assets.

25   Q.   Okay.  And are you familiar with an organization called

```
 1   the Little Havana Homeowner's Initiative?

 2   A.   Yes.  This is an organization that Martin and I back in

 3   2005 and 6 were appointed to by then Commissioner Joe Sanchez.

 4        And the purpose of this organization was to increase home

 5   ownership in Little Havana.  So everyone north of 8th Street,

 6   Little Havana, there's about 15 percent home ownership.

 7        And so the objective there was if we could help existing

 8   residents that were renting in the neighborhood become

 9   homeowners, we would assure that they would not be displaced in

10   the future.  That they would be living in Little Havana for a

11   long time.

12        And at the same time, by becoming homeowners, we felt that

13   they and the organization believed that they would be more

14   committed to the community, and there would be more community

15   engagement by these residents.  And that's still a mission of

16   ours.

17        Like -- I believe like I said before, the people of Little

18   Havana are its best asset.  We need to find ways that they can

19   live there forever.

20   Q.   And then another one that you mentioned was the Little

21   Havana Merchant Alliance.  Could you please briefly describe

22   what that is?

23   A.   Little Havana Merchant Alliance was started by myself and

24   a friend of ours, Corinna Moebius, in 2009, and the concept

25   there was to help budding business owners in the community,
```

```
 1   help them establish their business and help them grow their
 2   business.
 3         So what we did is we established a collective of all the
 4   businesses, and we hold monthly meetings where we would go from
 5   business to business because a lot of times business owners are
 6   so busy in their business that they don't have an opportunity
 7   to go to other businesses.
 8         It could be a restaurant.  Like a restaurateur if you have
 9   ever asked them have you ever been to that restaurant and that
10   restaurant, they've never been to another restaurant.  And this
11   gave them an opportunity to go to these other businesses and we
12   would listen to the business owner, and they would say, hey,
13   this works for us on social media.  This works in this and it
14   was a way for the community of business owners to grow
15   collectively and together.
16         It was really, really important in its mission and was
17   very helpful in the renaissance of the Calle Ocho district.
18   Q.   And, Mr. Fuller, approximately how many jobs do you and
19   Mr. Pinilla provide to the community through your businesses?
20              MR. KUEHNE:  Objection.
21              THE WITNESS:  In excess of --
22              THE COURT:  Wait.  There's an objection.
23              MR. KUEHNE:  Objection.  Foundation, as well as the
24   sidebar we've had on the limited issue of damages.
25              THE COURT:  Overruled.
```

1    **BY MS. CAPRIO:**

2    Q.   I'll repeat my question.  Approximately how many jobs

3    do you and Mr. Pinilla provide through your businesses to this

4    community?

5    A.   In excess of 250.

6    Q.   Okay.  Now just going back to Mr. Pinilla briefly.  Can

7    you just please describe the significance to you that you and

8    Mr. Pinilla have been partners for 19 years?

9    A.   One of the greatest challenges in life is finding great

10   partners.  And the longer we go by, it's a testament to that,

11   but -- and listening to him earlier, I was thinking to myself I

12   picked a good partner in 2004.

13        But, look, great partnerships are established through

14   amazing communication and great dialogue.  And by that, I mean

15   that we don't always disagree.  Matter of fact, rarely, but

16   sometimes we have it out.  And that's okay because we don't

17   hold it back and we're transparent and we need to communicate.

18   That's what makes us stronger.

19        And sometimes I want to move the companies in this

20   direction and sometimes he wants to move it in the other

21   direction.  And that's the great compromise.  But collectively,

22   that's what makes our companies unique.  Is that it's both him

23   and I moving the ouija board sometimes in his direction,

24   sometimes back in my direction, sometimes together.  But we

25   move it forward.  That's the most important part and he's a

1    great partner.

2    Q.    Okay.  And since defendant Carollo took office in

3    November, 2017, has your relationship with Mr. Pinilla changed?

4    A.    The challenges that have been presented by Carollo and all

5    of the events that have happened as a result of his attacks on

6    us have changed us greatly.  We -- it's no longer the --

7          MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

8    of the question.

9          THE COURT:  Sustained.  Sustained.

10   **BY MS. CAPRIO:**

11   Q.    Could you please describe the changes that your

12   relationship with Mr. Pinilla has experienced since defendant

13   Carollo took office?

14         MR. KUEHNE:  Objection, Your Honor.  Relevance, as

15   well as the sidebar issue on the scope of damages.

16         MS. CAPRIO:  It goes to the emotional harm.

17         THE COURT:  All right.  You need to rephrase the

18   question to state that specifically.

19         MS. CAPRIO:  Sure.

20         THE COURT:  I will sustain the objection.  Rephrase

21   your question.

22         MS. CAPRIO:  Absolutely.

23   **BY MS. CAPRIO:**

24   Q.    So, Mr. Fuller, since defendant Carollo took office in

25   November of 2017, has that had any affect emotionally on your

```
 1    relationship with Mr. Pinilla?
 2              MR. KUEHNE:  Objection, Your Honor.  Just technically
 3    the date is incorrect.  It's December 2, 2017 that he took
 4    office.
 5              THE COURT:  All right.  Thank you.  You want to
 6    rephrase the question, counsel.
 7    BY MS. CAPRIO:
 8    Q.   Okay.  You want me to reask the question?
 9    A.   Please.
10    Q.   Okay.  Since Commissioner Carollo was elected in December,
11    December 2, 2017, what has been the impact emotionally on your
12    relationship with Mr. Pinilla?
13    A.   It's been -- it's changed.
14    Q.   Could you please describe briefly to the jury how that's
15    changed?
16    A.   Look, we have been living under a cloud.  And so when you
17    live under a cloud, a dark cloud, you behave differently.  It's
18    not carefree anymore.  It's not, you know, shoot for the stars.
19    It's not, you know, pursue your ambitions.
20         It's how do you protect, what's the next move, what's
21    going to happen.  Are we going to lose everything?  Is collapse
22    imminent?  Where is the next strike?  How do we protect
23    ourselves?  It's a totally different world.  It's a
24    game-changing environment.
25    Q.   And now, Mr. Fuller, why have you and Mr. Pinilla brought
```

```
 1   this lawsuit against defendant Carollo?
 2           MR. KUEHNE:  Objection.  Relevance and foundation.
 3           THE COURT:  Overruled.
 4           THE WITNESS:  It's really simple.  We supported his
 5   political opponent.  We're entitled to free speech.  He
 6   retaliated against us politically.  He has punished us for five
 7   years.  You see us here physically.  We're walking in --
 8           MR. KUEHNE:  Objection, Your Honor.  Beyond the scope
 9   of the question.
10           THE COURT:  Overruled.
11   BY MS. CAPRIO:
12   Q.   You can continue, Mr. Fuller.
13   A.   You see us here, we're walking in every day, we look good
14   but we're barely hanging on.
15           MR. KUEHNE:  Objection.  The question was why did you
16   bring the lawsuit.
17           THE COURT:  I understand the question.  I overruled
18   the objection.
19           THE WITNESS:  We're barely hanging on because part of
20   the mission here in getting to you was to destroy us
21   financially, to break our backs so we would never see you guys.
22           MR. KUEHNE:  Objection, Your Honor.  Request a
23   sidebar on the issue that we've had discussions on.
24           THE COURT:  Denied.
25           THE WITNESS:  Do you know what that feels like to
```

1   finally have your voice heard here after five years?  That's

2   why we're here.  So you can hear the truth.  Not this narrative

3   of how bad we are.

4         MR. KUEHNE:  Objection, Your Honor.  Now he's

5   commenting on the evidence.

6         THE COURT:  All right.  That's sustained.

7   **BY MS. CAPRIO:**

8   Q.   Thank you, Mr. Fuller.  So, now let's focus back in 2017.

9   Did you and Mr. Pinilla own properties in Little Havana in

10  2017?

11  A.   Yes.

12  Q.   And were you the predominant property owner in the

13  historical district of Calle Ocho in 2017?

14  A.   Yes, and we were proud of it.  It was a business plan that

15  was developed in 2004.  It was not hatched overnight.

16  Q.   So 13 years it took?

17  A.   Yes.

18  Q.   Approximately.  Okay.  And, Mr. Fuller, when is the first

19  time that you met defendant Carollo?

20  A.   I was introduced by Joe Carollo in the spring of 2017

21  through a mutual friend that we had, Art Noriega, who was now

22  the City Commissioner of Miami.

23      He reached out to me and he said, hey, Bill, you know,

24  we -- actually, Art and I were in the middle of business --

25        MR. KUEHNE:  Objection to what Art Noriega, a

```
 1   non-witness has said.

 2             THE COURT:  Sustained.

 3   BY MS. CAPRIO:

 4   Q.   So after Mr. Noriega introduced you, did you meet with

 5   defendant Carollo?

 6   A.   Yes.  We had breakfast one morning at El Casita at 9:00 in

 7   the spring of 2017.

 8   Q.   And can you please describe to the jury and His Honor what

 9   happened during your first meeting with Commissioner Carollo?

10   A.   We had never met before, so it was a meet and greet.  It

11   was a way for us to share an opportunity, to share kind of the

12   visions that we had.

13        So he knew that we were involved in the neighborhood for

14   some time, and he explained to me that he was considering

15   running for office, and that he also shared some visions.

16        So two of the visions that I shared with him, or two of

17   the concepts that we had been working on, one was a business

18   improvement district that we had been working on for some time

19   as a way to help improve the neighborhood.

20        And the other was a hotel project that Martin and I were

21   working on with the actor Andy Garcia to bring to a property

22   owned by the Miami Parking Authority which Art Noriega at the

23   time was the director, and that is why he introduced me to Joe

24   Carollo.

25   Q.   Okay.  And can we please -- briefly before we call up the
```

exhibit, could you please explain to the jury and His Honor

what the Business Improvement District project was or BID, the

acronym?

A.   The Business Improvement Districts have been successful,

mostly successful all over the United States.  For some of you

that know New York City, you know like Bryant Park, Bryant Park

was a success of a Business Improvement District.

     The concept there is that a bunch of neighboring property

owners to a specific area come together and establish a vision

or a mission for what the BID is going to achieve.

     And what they do is they self tax themselves.  So they

actually say, listen, we're going to agree collectively for

this vision, but to execute it, we are going to pay for it, not

the city, not the county, not the state.  We are all going to

agree on this through a vote, and we are going to tax ourselves

so we can improve it.

     And this was knowing that we wanted the BID with a group

of other individuals, actually Martin and I stood to pay the

most amount because we had the most property.  We were going to

be paying the most amount.  We were going to self tax ourselves

so that we could improve Little Havana.  By improving Little

Havana, what were some of our initiatives?

Q.   Let me stop you there.

          MS. CAPRIO:  Let's call up Plaintiffs' Exhibit 574.

Permission to publish to the witness and opposing counsel?

 1              MR. KUEHNE:  Objection, Your Honor.  We had a sidebar

 2    discussion on this.

 3              THE COURT:  Let me see the exhibit.  The objection is

 4    overruled.

 5    **BY MS. CAPRIO:**

 6    Q.   Mr. Fuller, you were about to talk about the initiatives

 7    from the Business Improvement District.  First of all, do you

 8    recognize the document?

 9    A.   I don't know if there's a way to flip it in the view, if

10    that's the way --

11              MS. CAPRIO:  We'll work on it.

12              THE WITNESS:  Okay.  Go ahead.

13              MS. CAPRIO:  Let's, if we can, please move to admit

14    and publish to the jury.

15              THE COURT:  Denied at this point.  You can go ahead

16    and question him about it.

17    **BY MS. CAPRIO:**

18    Q.   Mr. Fuller, do you recognize that document?

19    A.   Yes.  This is our Business Improvement package that was

20    developed so that we could share information with the community

21    and to all of the property owners that were going to

22    participate in this program.

23    Q.   And is this document representative of what you were just

24    talking about in connection with the BID that you discussed

25    with Mr. Carollo at your breakfast meeting?

A.   Yes.  This is the Little Havana Business Improvement

District, and this was produced around the time that I met with

the commissioner and he expressed -- he was excited about this,

actually to the point where he told me that somebody from his

campaign team would come and get this from me.  He wanted to

learn more about it.

Q.   Did you show him this document at the meeting?

A.   I didn't show him this document, but at one point, Steve

Miro came to my office to collect it, and my understanding is

that he had -- he had a review of this document --

          MR. KUEHNE:  Objection to his understanding.

Speculation.

          THE COURT:  Sustained.  All right.  The objection in

terms of this exhibit is overruled.  You may publish it.

          MS. CAPRIO:  Permission to publish?

          THE COURT:  Granted.

**BY MS. CAPRIO:**

Q.   So, Mr. Fuller, if you can just please explain to the jury

why what the initiatives that you were discussing before I

called this exhibit to your screen?

A.   This is the title page.  What you're going to see is

this -- for example, go back for a second, if you don't mind.

     Liken in this building is one of our properties.  This is

a property actually my mother owns, and this is the entrance of

Little Havana from the west side.  It's an iconic mural because

1   as you go through here, it talks about our mission.

2       Here it says to solidify Little Havana's nationally

3   recognized standing as a cultural treasure known for its

4   passion, art, music and outspoken political engagement.  Beyond

5   support for Little Havana's cultural vitality, the Little

6   Havana BID will produce visibly clean and safer streets while

7   enhancing the landscape and streetscape strengthening the

8   artistic programming and speaking with a unified voice for the

9   commercial neighborhood to the benefit of all.

10       The BID was really the successor organization to the

11   Little Havana Merchant Alliance.

12   Q.   Okay.  And if we can through who was involved with the

13   BID.  I think it's in the document.

14   A.   Yeah, you can keep going down.

15   Q.   This is sanitation, lighting, arts, events.  There we go.

16   Who are the people that were involved in the BID?

17   A.   This was our Steering Committee.  The BID and its

18   formation and its initial efforts were actually sponsored by

19   the mayor at the time, Tomas Regalado, so he provided an

20   $80,000 grant to our organization to be able to do all the

21   research necessary to determine whether the BID was going to be

22   successful.  But this was the Steering Committee of the BID.

23   Myself, Marcus Lapciuc, Carlos Fausto Miranda, Arturo Ortega,

24   Martin Pinilla and Henry Torres.

25   Q.   And I think earlier in the document, it says this would

```
 1    also fund additional police hours.  Do you recall that being

 2    part of the initiative?

 3    A.   Yes.  It was also going to hire a BID executive director,

 4    which is a -- actually a known type of executor that exists in

 5    the United States, and this person was going to leverage our

 6    tax dollars to be able to go seek state, local and national

 7    grants so that we could have more fire power to even bring more

 8    tourism and more exposure to the Little Havana neighborhood.

 9    Q.   Okay.  And you also mentioned that you discussed an Andy

10    Garcia hotel project with Mr. Carollo at your breakfast

11    meeting?

12    A.   Yes, that's correct.

13    Q.   Could you please describe briefly what that project was?

14    A.   Well, there's a very important plaza, you've heard it come

15    up a lot during this hearing, and it's called Domino Plaza, and

16    its important because it's -- it's a plaza between both the

17    Tower Theater, the iconic Tower Theater, and Domino Park which

18    is really a United States treasure and so --

19              MR. KUEHNE:  Objection, Your Honor.

20              THE COURT:  Wait, there's an objection.

21              MR. KUEHNE:  We're now in another narrative.

22              THE COURT:  Sustained.

23    BY MS. CAPRIO:

24    Q.   How was the Andy Garcia hotel project supposed to interact

25    with Domino Park?
```

A.    Behind -- Domino Park Plaza is a large piece of property

owned by the Miami Parking Authority, and this is the project

that we were engaged in with Andy Garcia, and Mr. Pinilla and

myself and another developer and the idea was simply to bring a

mixed use project which was going to be retail on the plaza, an

office component, and the hotel right on the main plaza.

     And one of the ideas that was incorporated into this was

the Tower Theater at the time was being managed by Miami-Dade

College.  I had a good with relationship with Miami Dade

because I was on the board of Viernes Culturales which we had

the president of Miami-Dade College in our American campus on

our board.

     So the idea was to develop an incubator program where the

residents of the neighborhood, especially the youth, were going

to be able to learn and immerse themselves in the hospitality

businesses in this incubator and eventually take management and

leadership roles in the restaurant, nightlife and hotel

operation that was being felt above so that we could have

basically an entire learning platform of how to engage in the

hospitality business both in Miami-Dade and Broward are

extremely important to our economy.

     That's what we were trying to get people from Little

Havana to become more involved in that business knowing that

the neighborhood itself was becoming more visited by visitors.

          MS. CAPRIO:  Okay.  And if you can please call up

1   Plaintiffs' Exhibit 373 just for the witness and opposing

2   counsel.

3   **BY MS. CAPRIO:**

4   Q.   Is it on your screen, Mr. Fuller?

5   A.   Yes.

6   Q.   Could you please describe this document?

7   A.   This is -- the photo on the right is the Domino Plaza and

8   the photo on the bottom left is the photo of Domino Park and

9   the area around it will be in this -- this is a document from

10  Trelles Cabarrocas Architect which is a local architect that

11  was a high school and college friend of Andy Garcia.

12       It says here Andy Garcia, Design Director.  Andy was very

13  clear with us.  We said Andy, we don't want you to cut the

14  ribbon.  We want you to be engaged, and he said, no, no, I'm

15  going to take this project on from A to Z.  It's going to be an

16  Andy Garcia project.  We were very proud of this.

17  Q.   Is this the hotel project that you discussed with

18  Commissioner Carollo?

19  A.   Yes.

20  Q.   Yes.  El Tropico was the concept.  You can see the Tower

21  Theater there and this was really like a mood board.  This

22  really speaks to some of the architectural elements that they

23  believe were going to be incorporated into this type of

24  project.

25            MS. CAPRIO:  And move to admit, Your Honor.

```
 1              THE COURT:  All right.

 2              MR. KUEHNE:  Objection, Your Honor.  We had the

 3  discussion at sidebar.  It's a 2016 document, well before the

 4  timeframe of any of the content of this case.

 5              THE COURT:  The objection is noted.  It's admitted.

 6              MS. CAPRIO:  Can we please publish?

 7              THE COURT:  Granted.

 8                 (Plaintiffs' Exhibit 373 Received.)

 9  BY MS. CAPRIO:

10  Q.   This is some pictures of Little Havana, the hotel was El

11  Tropico.  These were mood boards you said?

12  A.   Yeah, these -- these speak to like here, this is called

13  Architectural Look Book, so one of the things you see in the

14  top is a concept that we loved because it was going to be a

15  pedestrian passageway that was going to connect the residential

16  part of the neighborhood to the south to the commercial

17  corridor.  It kind of softens the blow to the residential

18  section.

19              MR. KUEHNE:  Objection, Your Honor.

20              THE COURT:  The objection, sir?

21              MR. KUEHNE:  Narrative and --

22              THE COURT:  All right.  Sustained.

23  BY MS. CAPRIO:

24  Q.   Let's just move quickly.

25  A.   Mood -- now these are actual working site plans of how the
```

 1   property was going to be on the Miami Parking Authority site

 2   and behind the Tower Theater.

 3   Q.   Just quickly flip through the rest of -- there's Calle

 4   Ocho right there?

 5   A.   Yep.

 6   Q.   Let's go through --

 7   A.   It had a pool.  This is what I call a volumetric study.

 8   This would have talked about scale, not necessarily the

 9   architectural design.

10   Q.   Okay.  Great.  And at your breakfast meeting, did

11   Mr. Carollo discuss his vision of Calle Ocho with you,

12   Mr. Fuller?

13   A.   He shared some ideas with me.  One of the ones that I

14   recall was that he had this idea to bring metal palm trees to

15   Calle Ocho.  He wanted to erect them on the sidewalk.  They

16   were going to be lit by LED lights.  I thought it was

17   interesting.  Not something I would have wanted.  But, you

18   know, like anything else, we were there to listen to each

19   other, and not one person controls a neighborhood.  It's always

20   on a dialogue.

21   Q.   And now, Mr. Fuller, did you ever discuss the Tower Hotel

22   with Mr. Carollo during your first meeting?

23   A.   No, never.

24   Q.   Okay.  And did you ever offer your support for Carollo's

25   election in exchange for his help with the Tower Hotel?

```
 1   A.    No, never.  That's ridiculous.  If I needed help with the
 2   Tower Hotel, I would have simply gone to the Building
 3   Department because prior to Mr. Carollo being elected, we had a
 4   great relationship with the Building Department.
 5         And if I needed a commissioner's help, I would have gone
 6   to his brother, Frank Carollo, who assigned me in that very
 7   same year to the Stars of Little Havana.  I would never have
 8   gone to somebody who was thinking about electing and making a
 9   ridiculous proposition.  That's not even in my ethos to
10   consider that.
11   Q.    And after you met with Joe Carollo, did he ever follow up
12   with you regarding either the BID project or the Andy Garcia
13   hotel project?
14   A.    Yes.  A few months later, Steve Miro and I were speaking
15   several times.  Steve Miro called me and he introduced himself
16   as part of the Joe Carollo campaign, and he met at my office.
17         And he said that Mr. Carollo wanted to review the
18   documents related to this.  And we -- and I gave it to him, and
19   my understanding is that Mr. Carollo looked at them
20   carefully --
21               MR. KUEHNE:  Objection to the witness' understanding
22   through Miro.
23               THE COURT:  Sustained.
24   BY MS. CAPRIO:
25   Q.    Did Mr. Miro come to your office to retrieve those
```

1    documents?

2    A.   Yes.

3    Q.   Okay.  And that was for Joe Carollo is your understanding?

4    A.   Yes.

5           MR. KUEHNE:  Objection.  Now speculating why Miro is

6    doing something or what Miro said.

7           THE COURT:  Sustained.

8    **BY MS. CAPRIO:**

9    Q.   Did you understand that Steve Miro worked for Joe Carollo

10   when he picked up the documents from your office?

11   A.   No.  I know he worked for Joe Carollo.

12          MR. KUEHNE:  Objection.  Foundation.

13          THE COURT:  Overruled.

14   **BY MS. CAPRIO:**

15   Q.   And at some point in time, did defendant Carollo announce

16   his candidacy for the District 3 city commissioner?

17   A.   Yes, he did.

18   Q.   Okay.  And do you recall approximately how many candidates

19   ran in the 2017 general election for the city commissioner?

20   A.   It was approximately six or seven.

21   Q.   Okay.  And during the general election, did you ever

22   decide to support a candidate for the District 3 city

23   commission?

24   A.   We gave certain donations to candidates.  I don't

25   necessarily call that our support.  There were several

1    candidates, about four of them that I can recall that we met

2    with or spoke to.  We knew.  And we gave them what -- a small

3    political donation, like five hundred or a thousand dollars.

4         But this was really more of like a token to thank them for

5    engaging in our community, in the community dialogue, and not

6    necessarily an endorsement, but simply to say good luck, and,

7    you know, thank you for, you know, pledging to public service

8    in Little Havana.

9    Q.   Okay.  And in connection with the general election, did

10   you ever support any of the six to seven candidates for office

11   for the city commissioner election?

12   A.   Not publicly.

13   Q.   Okay.  Did you privately support any candidates for the

14   general election for District 3 city commissioner?

15   A.   Yes.  We privately supported Alfie Leon.

16   Q.   Okay.  And can you please describe how you privately

17   supported Alfie Leon for the District 3 city commissioner

18   election, general election?

19   A.   Well, we were concerned about being outed for helping

20   Alfie Leon --

21            MR. KUEHNE:  Objection.  Non-responsive to the

22   question.  How did you privately support is the question.

23            THE COURT:  Sustained.

24   **BY MS. CAPRIO:**

25   Q.   Let's try again.  How did you privately support Alfie Leon

1    for the District 3 city commissioner general election?

2    A.    We helped him in any way possible that he could win.

3    Creativity, we helped him in any way.  We studied lots of

4    different options, and we were there as a support to him and

5    his staff to ensure that he would win.

6    Q.    And are you familiar with a group known as Anyone But

7    Carollo?

8    A.    That was a group that was an informal group that was

9    established by many City of Miami stakeholders and businesses

10   and residents from greater Miami, and the mission of that

11   organization was to --

12          MR. KUEHNE:  Objection.  The question was have you

13   ever heard of the group.

14          THE COURT:  I understand.  Sustained.

15   **BY MS. CAPRIO:**

16   Q.    Were you part of the group, Anyone But Carollo, in the

17   2017 District 3 city commissioner general election?

18   A.    Yes.

19   Q.    Okay.  And what was your understanding of that group's

20   purpose?

21          MR. KUEHNE:  Objection, Your Honor.  First,

22   relevance, beyond the scope of this particular issue.  And the

23   relevant -- the mission of a group which is composed of others

24   is beyond his knowledge and is speculation.

25          THE COURT:  Overruled.  You can answer.

1          THE WITNESS:  Joe Carollo was well-known in South

2     Florida, and the group that had assembled under any

3     circumstances did not want him to be elected in the City of

4     Miami.  And so it was called by its acronym, ABC.  That's how

5     we met and everybody knew that ABC meant Anyone But Carollo.

6          MR. KUEHNE:  Objection to everyone knowing.

7     Foundation.  Scope.  Who are these everyones.

8          THE COURT:  Sustained.

9     **BY MS. CAPRIO:**

10    Q.   So you testified that there were stakeholders in the group

11    Anyone But Carollo.  And were you one of those stakeholders?

12    A.   Yes.

13    Q.   The name of the group was also known by an acronym, ABC?

14    A.   Yes.

15    Q.   And who was the candidate that the Anyone But Carollo

16    group that you were a part of supported during the general

17    election?

18         MR. KUEHNE:  Objection.  Beyond the scope of this

19    particular lawsuit.  Deals with political campaign issues that

20    are not before this Court.

21         THE COURT:  Overruled.

22         THE WITNESS:  The candidate that we selected was

23    Alfie Leon.

24    **BY MS. CAPRIO:**

25    Q.   And did Mr. Leon win the general election for the District

1    3 city commissioner office?

2    A.    No.

3    Q.    Okay.  And what happened after he didn't win?

4    A.    Well, it was a runoff.  So to win the general election,

5    you would have needed a true majority and Mr. Carollo was --

6    was in a one and two position with Alfie Leon.  And so

7    approximately two weeks later, they went to a runoff.

8    Q.    You testified that there were other stakeholders that were

9    in the ABC, Anyone But Carollo organization.  Who were those

10   people?

11           MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

12   of this particular litigation.

13           THE COURT:  Overruled.

14           THE WITNESS:  The core of the group was evolved from

15   the BID organization, and then it stretched way outwards to

16   include other public officials and other senior members of the

17   community.

18   **BY MS. CAPRIO:**

19   Q.    Okay.  And let's move on to the runoff election.  Okay.

20   Who were the candidates for the 2017 runoff election for

21   District 3 commissioner?

22   A.    Joe Carollo and Alfie Leon.

23   Q.    And, Mr. Fuller, who did you support for the runoff

24   election?

25   A.    I supported Alfie Leon, but not in a public way.

```
 1   Q.   Okay.  And why didn't you support Alfie Leon in a public
 2   way?
 3             MR. KUEHNE:  Objection.  Foundation.  Relevance.
 4             THE COURT:  Overruled.
 5             MR. KUEHNE:  403.
 6             THE COURT:  You can answer.
 7             THE WITNESS:  I knew that if I supported Alfie
 8   publicly, that there would be political retaliation.
 9             MR. KUEHNE:  Objection.
10             THE WITNESS:  I knew it before the election.
11             THE COURT:  What's the objection?
12             MR. KUEHNE:  Objection.  Speculation.  Not based on
13   anything.
14             THE COURT:  Overruled.  You may answer.
15             THE WITNESS:  I knew it.  Everyone knew it.  We all
16   knew it.  That's what ABC was founded on.
17             MR. KUEHNE:  Objection, Your Honor, to again everyone
18   knowing something.  We don't even know who these people are.
19             THE COURT:  Sustained.
20             THE WITNESS:  I knew it.
21   BY MS. CAPRIO:
22   Q.   What was Joe Carollo's nickname in 2017?
23             MR. KUEHNE:  Objection, Your Honor.  Beyond the scope
24   of this particular litigation.  Rule 403, and frankly --
25             THE COURT:  Sustained.
```

1    **BY MS. CAPRIO:**

2    Q.   And how did you show your private support for Mr. Leon in

3    the 2017 runoff election for District 3 city commissioner?

4    A.   We assisted in the production of what we -- what was a

5    video, what we called like an organic authentic video.  It had

6    a lot of our tenants in a lot of our tenant spaces.  This was a

7    grassroots effort.

8         We engaged in signage, we had the Alfie Leon mascot, we

9    lent, you know, the properties to the Alfie Leon rallies.  And

10   we had lots of communication with their campaign, and with, you

11   know, people on the ground to get the Alfie Leon message out

12   into the community.

13   Q.   And what appealed to you about Alfie Leon being the

14   candidate for the runoff election in 2017?

15        MR. KUEHNE:  Objection.  Political commentary as well

16   as irrelevant to this particular litigation, why a particular

17   candidate is supported.

18        THE COURT:  Overruled.

19        THE WITNESS:  About two weeks before the general

20   election, there was a debate at the Koubek Center.  I remember

21   that the place was absolutely packed.  All of the folks that I

22   recognized in the community, most of them that are fully

23   engaged were at the meeting.  And it was a debate between all

24   of the candidates.

25        And I remember leaving that meeting after listening to

```
 1   Alfie Leon and reaching out to Alfie and telling him that he

 2   would then have my support because what he spoke about was

 3   extremely compelling.  He talked about spending the last few

 4   months walking miles and miles --

 5               MR. KUEHNE:  Objection to what Leon, a non-witness

 6   said.

 7               THE COURT:  Sustained.

 8   BY MS. CAPRIO:

 9   Q.   What did you like about Alfie Leon?  Why was he your

10   candidate?

11   A.   Alfie was a person of the community.  He pounded the

12   pavement.  He had lived in the neighborhood.  He had worked for

13   Frank Carollo, the then sitting commissioner, you know,

14   different than a lot of the other candidates.  They were like

15   transplants, right?  They helicopter in when it's time --

16               MR. KUEHNE:  Objection.

17               THE COURT:  Wait, there's an objection.

18               MR. KUEHNE:  Objection.  Speculation.  Foundation.

19   Talking about other candidates not at issue in this case.

20               THE COURT:  Overruled.

21               THE WITNESS:  Look, the career politicians, they roll

22   in when it's convenient.  They find the district they can

23   figure out how to win --

24               MR. KUEHNE:  Objection.  Objection.

25               THE COURT:  Mr. Fuller, there's an objection.  Yes,
```

 1   Mr. Kuehne?

 2           MR. KUEHNE:  Now a narrative.  The question was --

 3           THE COURT:  I understand the question, sir.  The

 4   objection is overruled.  You may continue, Mr. Fuller.

 5           THE WITNESS:  Yes, sir.  Alfie was Little Havana.

 6   That's why our -- that's why our messaging was Little Havana,

 7   when we see the heart as yo amo, right?  Alfie, Little Havana

 8   amo, Alfie Leon.  That's what it was really about.  And so he

 9   spoke to us and he spoke to the people and he was great.  And,

10   you know --

11   **BY MS. CAPRIO:**

12   Q.   Excellent.  You mentioned a T.V. ad.

13           MS. CAPRIO:  If we can please call Plaintiffs'

14   Exhibit 394 which has been admitted into evidence and publish.

15           MR. KUEHNE:  Your Honor, this has been played in

16   evidence so without volume and it's cumulative.  We object to

17   it being shown yet again.

18           THE COURT:  Overruled.

19           THE WITNESS:  This was Reesa Fernandez and her son at

20   the time.  That's Corinna Moebius on the left side.  This is

21   her boyfriend.

22           MR. KUEHNE:  Your Honor, there's no question pending.

23   **BY MS. CAPRIO:**

24   Q.   Could you please describe the people that are in the video

25   Mr. Fuller?

1    A.   This is Ball & Chain.  This is our Ball & Chain band

2    that's playing here in the video.  Pepe Montez.  That's Corinna

3    speaking in Domino Plaza next to the Tower Theater.  This is

4    the Calle Ocho Little Havana Cigar Factory.  There's Alfie

5    right there.  Azucar Avenue, 15th Avenue next to our property.

6    There's Corinna holding the sign.

7    **BY MS. CAPRIO:**

8    Q.   Is this a T.V. ad that you and Mr. Pinilla produced?

9    A.   Yes.

10   Q.   And how did you produce it?

11   A.   We organized its locations.  We helped coordinate with the

12   individuals in the community that we knew, that we had known

13   were supportive of Alfie and we worked with Jenny Lee Molina to

14   edit and produce it.  There were several iterations of this

15   video.  This is one of example of them.

16   Q.   And who's Jenny Lee Molina?

17   A.   Jenny Lee was tenant of ours on 15th Avenue and 8th Street

18   and she has a PR company.

19   Q.   Okay.  And did you and Mr. Pinilla pay for that

20   advertisement that we just saw?

21   A.   Yes.

22        MS. CAPRIO:  And if we can please call up Plaintiffs'

23   Exhibit 356 which has already been admitted into evidence and

24   publish.

25

1   **BY MS. CAPRIO:**

2   Q.   Mr. Fuller, do you recognize this gentleman?

3   A.   Yes, this is a friend of mine.  We -- this is the Little

4   Havana Cigar Factory.

5   Q.   Is that one of your properties, Mr. Fuller?  And

6   Mr. Pinilla?

7   A.   Yes.

8   Q.   And was he the gentleman in the commercial?

9   A.   He was not in the commercial which he just saw, but he was

10  in another commercial that we had.

11  Q.   Okay.  So you had more than one commercial for Alfie Leon?

12  A.   Correct.

13  Q.   And do you know when those commercials were aired?

14  A.   They were circulated through social media and through

15  emails and the sort.

16       MS. CAPRIO:  Okay.  And then if we can please show

17  Exhibit 357 which has not been admitted yet to the witness and

18  to opposing counsel.

19  **BY MS. CAPRIO:**

20  Q.   Let me know, Mr. Fuller, when it comes onto your screen.

21  And do you recognize that photograph, Mr. Fuller?

22  A.   Yes.  This is me and him in the production shoot.

23  Q.   Okay.  The production shoot for another advertisement for

24  Alfie Leon?

25  A.   Correct.

```
 1              MS. CAPRIO:  Move to admit.
 2              MR. KUEHNE:  Objection, Your Honor.  Has nothing to
 3  do with this case.
 4              THE COURT:  Overruled.
 5              MS. CAPRIO:  Please publish to the jury.
 6              (Plaintiffs' Exhibit 357 Received.)
 7  BY MS. CAPRIO:
 8  Q.   And, Mr. Fuller, do you recall if this photograph was
 9  taken pretty soon after the one we just saw with the Alfie Leon
10  sign?
11  A.   It was taken at the same time.  It's contemporaneous.
12  Q.   You were there when the video was being filmed for Alfie
13  Leon?
14  A.   Yes.  This is a good friend of mine.  This gentleman.
15              MS. CAPRIO:  And if we can please call up what's been
16  already been admitted, Plaintiffs' Exhibit 314.  Actually 413,
17  I apologize.  It's the translated version.
18  BY MS. CAPRIO:
19  Q.   Mr. Fuller, do you recognize this advertisement?
20  A.   This is the advertisement I was speaking about.
21  Q.   And you've mentioned about yo amo, the heart?
22  A.   Yo amo Alfie Leon.
23  Q.   Is this another part of the private support that you
24  showed for Alfie Leon and the runoff election in 2017?
25  A.   Yes, the flyer announcing the rally on Saturday,
```

```
 1   November 18th.
 2   Q.   Okay.  Let's focus on that, Saturday, November 18th, from
 3   10:00 to 2:00, and then there's an address.  It's 140 SW 14th
 4   Avenue, Miami, Florida, 33145.  Are you familiar with that
 5   address?
 6   A.   Yes.  That's a property that Martin and I owned.
 7   Q.   And where is that property located?
 8   A.   It's on the corner of one property in from the corner of
 9   14th Avenue and SW 1st street.
10   Q.   And what is this advertisement, like if you can please
11   explain to the jury what this was supposed to be used for?
12   A.   Look, this is a get out the vote, so you're encouraging
13   folks to get out and vote in the community, but clearly it has
14   an Alfie Leon slant.  So it's, you know, get out the vote but
15   also support Alfie.
16   Q.   Get out the vote for Alfie Leon?
17   A.   Yes.
18   Q.   And at the bottom, it does say Jenny Lee Molina's name.
19   Do you see that?
20   A.   Yes.
21   Q.   And were you and Mr. Pinilla responsible for paying for
22   this advertisement as well as for Alfie Leon?
23   A.   Yes, and that's our property address as well.  1549 SW 8th
24   Street.
25   Q.   This was the rally, a political rally, correct?
```

```
 1    A.   Yes.
 2              THE COURT:  Before your next question, let's take a
 3    brief recess.  We'll be in recess for 15 minutes until about
 4    3:06 p.m.  Do not discuss this case with anyone.  Do not
 5    formulate any opinion.  Okay?
 6              THE COURT SECURITY OFFICER:  All rise.
 7              (Thereupon, the jury exited the courtroom.)
 8              THE COURT:  We'll be in recess, 15 minutes.
 9                        (Short recess had.)
10              THE COURT:  All right.  Rita, bring the jurors,
11    please.  Thank you.
12              (Thereupon, the jury entered the courtroom.)
13              THE COURT:  The members of the jury are all present
14    and accounted for.  Please be seated, everyone.  Continue with
15    your direct examination.
16    BY MS. CAPRIO:
17    Q.   Good afternoon, Mr. Fuller.  Before the break, we had
18    Plaintiff's 413, the I heart Alfie Leon poster was published.
19    If we could please call that back up?  And it says that on --
20    come and enjoy a community and family atmosphere this Saturday
21    and vote early.  Rice with chicken and music and celebration.
22         And was this an advertisement for the first political
23    rally that you had for Alfie Leon on your property with
24    Mr. Pinilla?
25    A.   Yes.
```

```
1    Q.   Okay.  And this was only on Saturday, November 18th,
2    correct?
3    A.   Yes.
4         MS. CAPRIO:  And then if we can please call up
5    Plaintiffs' Exhibit 314.  This has already been admitted as
6    well.
7         MS. CAPRIO:
8    Q.   And this is -- is this the same advertisement but in
9    Spanish, Mr. Fuller?
10   A.   Yes.
11   Q.   Okay.  And this is another advertisement that you
12   commissioned Jenny Lee Molina to create for your rally in
13   Spanish?
14   A.   Yes.
15   Q.   When were these two advertisements disseminated?
16   A.   The digital dissemination.
17   Q.   Like Facebook, social media?
18   A.   Social media, email, links, text.
19   Q.   Great.  And before we go on to the political -- the first
20   political rally on Saturday, November 18t, 2017, you testified
21   before the break that you were privately supporting Alfie Leon
22   for the runoff election.
23   A.   Yes, that's correct.
24   Q.   Could you please explain to the jury and His Honor or why
25   you were privately supporting Alfie Leon in the runoff
```

1    election?

2    A.   I knew then that if you were publicly outed as a Joe

3    Carollo enemy --

4             MR. KUEHNE:  Objection.  Speculation and foundation.

5             THE COURT:  Overruled.

6             THE WITNESS:  I knew then that if you were exposed or

7    outed as a Joe Carollo political enemy, that you would face

8    political payback.  This was one of the reasons why the ABC

9    organization --

10            MR. KUEHNE:  Objection.  Beyond the scope of the

11   question, number one.  And number two, speculation as to this

12   other organization, ABC.

13            MS. CAPRIO:  He was a member of the organization.

14            THE COURT:  I understand.  I heard the evidence, and

15   the testimony presented to this Court.  The objection is

16   overruled.  You may speak, sir.

17   **BY MS. CAPRIO:**

18   Q.   You may continue with your answer, Mr. Fuller.

19   A.   Yes.  And so I knew, through my research, I knew through

20   my understanding of Joe Carollo --

21            MR. KUEHNE:  Objection to his understanding of Joe

22   Carollo, whatever that means.

23            THE COURT:  Overruled.  You can cross-examine him,

24   sir.

25            THE WITNESS:  That it would be best to stay very

1  private, very discreet, to operate undercover and so that's why

2  we were engaged in creative grassroots marketing that was

3  not -- did not fully expose us because we were hedging our bet.

4         We didn't want to -- we owned a lot of property.

5  We're the largest property owner.  We had businesses.  We

6  wanted Alfie because we felt Alfie Leon would be the best, but

7  we also wanted to protect our backside in the event that

8  Carollo won because we didn't want the wrath that came with

9  that.

10 **BY MS. CAPRIO:**

11 Q.   So is it fair to say that there was never any type of

12 advertisement or public pronouncement of Bill Fuller for Alfie

13 Leon for the runoff election?

14 A.   No, there wasn't.  I mean, one of the -- no, there was

15 not.

16 Q.   And why was that?

17 A.   Well, what most public officials or those seeking -- those

18 candidates seeking office expect from us --

19        MR. KUEHNE:  Objection.  Speculation as to what

20 public officials want.

21        THE COURT:  Sustained.

22 **BY MS. CAPRIO:**

23 Q.   Why didn't you, Bill Fuller, publicly support Alfie Leon

24 for the District 3 runoff election in 2017?

25 A.   For fear of political retaliation.

1   Q.   By whom?

2   A.   By Joe Carollo.

3   Q.   All right.  And let's move on to the November 18, 2017

4   rally that we just saw the advertisement for, the chicken and

5   rice party.  Can you please describe for the jury what that

6   rally consisted of?

7   A.   It was an activation, so we owned the property, it was a

8   parking lot.  It was nearby to the early voting center, the

9   Spanish branch library, public library of Miami-Dade.  And

10  we -- there were tents erected, there was food brought out,

11  there was music consistent with the type of music that we play

12  often in the neighborhood when we engage.  And it was just

13  meant to be a very high-spirited event.

14  Q.   Okay.  And was your partner, Mr. Pinilla, at that rally on

15  Saturday, November 18, 2017?

16  A.   Yes.

17  Q.   Okay.  And do you know how that rally ended on Saturday,

18  November 18, 2017 that you sponsored on your property?

19  A.   I don't recall.

20  Q.   Okay.  Were you there, Mr. Fuller, at the political rally?

21  A.   No.

22  Q.   Okay.  And were you aware that there was a second Alfie

23  Leon political rally held on you and Mr. Pinilla's property on

24  Sunday, November 19, 2017?

25  A.   Yes.

```
 1   Q.   Okay.  And did you know about that rally ahead of time?

 2   A.   I did not.

 3   Q.   Okay.  And whose decision was it to have that second

 4   rally?

 5             MR. KUEHNE:  Objection.  Foundation.

 6             THE COURT:  All right.  Sustained.

 7   BY MS. CAPRIO:

 8   Q.   Do you know whose decision it was to have the second rally

 9   on your property on Sunday, November 19, 2017?

10   A.   Yes.  It was Martin's.

11   Q.   Okay.  Now at some point in time, did you learn that there

12   was a rally on your property on Sunday, November 19, 2017?

13   A.   I did when I received a phone call from Steve Miro that

14   afternoon.

15   Q.   Okay.  And who was Steve Miro again?

16   A.   Steve Miro was a campaign worker or employee of Joe

17   Carollo.

18   Q.   And do you know why Steve Miro called you on Sunday,

19   November 19, 2017 during the middle of the Alfie Leon political

20   rally that was held on you and Martin Pinilla's parking lot?

21   A.   Joe Carollo was very upset that he had come to learn --

22             MR. KUEHNE:  Objection.

23             THE COURT:  What's the objection?

24             MR. KUEHNE:  Hearsay from Steve Miro.  Not

25   testifying.
```

```
 1              THE COURT:  Sustained.
 2   BY MS. CAPRIO:
 3   Q.   After you spoke with Steve Miro, what was your
 4   understanding about the second Alfie Leon rally on your
 5   property?
 6   A.   My understanding is that Steve Miro had identified Martin,
 7   he was in his vehicle.  He had never met Martin previously, but
 8   he had known that I guess who Martin was or the type of vehicle
 9   Martin owned.  And he explained to me that they were now aware
10   that we were supporting Alfie Leon.
11              MR. KUEHNE:  Objection.  He said he's guessing and
12   speculation beyond the knowledge.
13              THE COURT:  Sustained.
14   BY MS. CAPRIO:
15   Q.   And when Mr. Miro called you, was that the first time that
16   you were aware of the Alfie Leon political rally held on you
17   and Martin's parking lot on Sunday, November 19, 2017?
18   A.   Yes.
19   Q.   And how did that phone call make you feel?
20   A.   Awful.  Very concerned.
21   Q.   Were you upset with Mr. Pinilla?
22   A.   Yes.
23   Q.   And why were you upset with Mr. Pinilla?
24              MR. KUEHNE:  Objection.  Scope.  Foundation.
25              THE COURT:  Overruled.
```

1          THE WITNESS:  Because we wanted to be undercover, and

2    our cover was blown.

3    **BY MS. CAPRIO:**

4    Q.   Okay.  And what did you do in response to Mr. Miro's phone

5    call?

6    A.   Well, I wanted the optics to remain consistent with what I

7    had been communicating with where we would be not be supporting

8    anyone member of the candidacy.  And my immediate response to

9    Miro was that, you know, this is a get out the vote rally, this

10   is not specific to Alfie, and you know, he dispelled all of

11   that.

12       He's like there's blue and yellow signs.  There's Alfie

13   members here.  Your partner's in the parking lot.  He was

14   basically calling me out for BS.

15   Q.   Okay.  And did you ever call Martin Pinilla after you

16   received the call from Steve Miro?

17   A.   Yes.  Martin and I were on the phone for long periods of

18   time that afternoon.

19   Q.   And what was the substance of those communications, if you

20   recall?

21   A.   Substance was that we were talking about the cover.  That

22   it had been blown.  That it didn't matter how close we thought

23   Alfie was to winning.  It didn't really matter because at the

24   end of the day, what we had our business and our properties,

25   were at risk now of any type of retaliation.

1    Q.   By whom?

2    A.   By Joe Carollo.

3         MS. CAPRIO:  And let's call up Plaintiffs' Exhibit 6.

4    This has already been admitted.  If we can please publish to

5    the jury.

6    **BY MS. CAPRIO:**

7    Q.   Mr. Fuller, are you familiar with this text message

8    thread?

9    A.   Yes.

10   Q.   And if we go down November 19, 2017, that's the Sunday

11   rally, correct?

12   A.   That's correct.

13   Q.   Okay.  And who is in the green?  Who's communicating in

14   the green section?

15   A.   This is -- the green text is mine.

16   Q.   Okay.  So did you text Steve Miro after he called you?

17   A.   Yes, I texted they should be leaving the site.  Please let

18   me know if they don't.

19   Q.   Okay.  And then Steve MIro says the music is still

20   playing, and then what did you say?

21   A.   I write is it off now.

22   Q.   Okay.  And why did you write this text message to Steve

23   Miro?

24   A.   Again, this was about optics.  This was about, you know,

25   this concept of I wasn't aware -- I had no idea.  Of course,

1  you know, we would never be supporting Alfie Leon publicly.

2  This is just one big mistake, and this was my way of showing

3  him that I could ultimately control whether or not that party

4  remained open.

5  Q.   Okay.  And if we go up earlier in the text message, just

6  to jump ahead, this is June, 2017.  Do you recall what those

7  text messages were about with Steve Miro, Mr. Fuller?

8  A.   This is the period of time when I became familiar where

9  Steve Miro and he reached out to me, and, you know, discussed

10  here, he says Steve from Joe Carollo's camp, and then this is

11  where we set up the meeting where I shared with him the two

12  documents we discussed earlier.

13  Q.   The BID and the Andy Garcia project?

14  A.   Yes.

15  Q.   Now do you know if Mr. Pinilla eventually shut down the

16  second rally on November 19, 2017 that was on your parking lot?

17  A.   I know now that he did not.

18  Q.   Okay.  And you know now.  So did you expect Mr. Pinilla to

19  shut it down after you spoke with him?

20  A.   I did.

21  Q.   And how did you -- what is your understanding of how that

22  rally was shut down today?

23  A.   My understanding is that Police and Code shut down that

24  rally ultimately.

25  Q.   Okay.  And now let's move forward in time a few days to

1    the actual day of the runoff election.  After the two Leon

2    political rallies that you and Mr. Pinilla had on your property

3    in Little Havana, did you ever encounter defendant Carollo

4    again?

5    A.    Physically?

6    Q.    Yes.

7    A.    We did.  In January of '18.

8    Q.    And prior to January of 2018, did you actually see him at

9    the runoff election?

10   A.    I did see him at the runoff election.

11   Q.    And where was that?

12   A.    This was at Robert King High.

13   Q.    Do you recall the date of the runoff election?

14   A.    It was the Tuesday after the Sunday.  So a few days after.

15   I don't recall.  It was the 21st maybe.

16   Q.    A few days after the second political rally?

17   A.    Correct.

18   Q.    Okay.  And can you please describe to the jury and His

19   Honor what happened when you saw defendant Carollo at the

20   polling place for the runoff election?

21   A.    He -- my father and I were walking in, we were out in the

22   courtyard.  He was out in the courtyard with a few of his

23   people.

24        And he reached out and said, hey, hey, Fuller, there you

25   go.  Look at Fuller over there.  And I thought that was curious

1   but he said to me make sure you don't hit the wrong button when

2   you're inside the polling booth.

3   Q.   Okay.  And then did you go in to vote after that

4   encounter?

5   A.   Yes.

6   Q.   Okay.  And then did you see defendant Carollo again after

7   you finished voting?

8   A.   I did.

9   Q.   Okay.  And do you recall what defendant Carollo said to

10   you when you saw him that second time?

11   A.   He said to me where is your blue and yellow shirt?  And I

12   said no, I don't have a blue and yellow shirt.  I voted for

13   you.

14   Q.   Okay.  When you said I voted for you, was that

15   sarcastically?

16   A.   When you look at it like that, it's sarcastically if you

17   know that I truly didn't vote for him, but I didn't mean for it

18   to be sarcastically.  I meant for it to be convincing.

19   Q.   Okay.  And why did you mean it to be convincing?

20   A.   Because, again, even then, I did not want the perception

21   to be that I had in any way supported Alfie Leon.

22   Q.   Okay.  And who did you actually vote for in the runoff

23   election?

24   A.   Do I have to say that?

25   Q.   If you'd like to.

```
 1    A.   Alfie Leon.

 2              MS. CAPRIO:  And can we please call up Plaintiffs'

 3    Exhibit 312?  This is already admitted.

 4    BY MS. CAPRIO:

 5    Q.   Okay.  And are you familiar with this sign?

 6    A.   Yes.  That's an Alfie Leon campaign sign.

 7    Q.   And what are the colors of Alfie Leon's campaign?

 8    A.   Blue and yellow.

 9              MS. CAPRIO:  And then let's call up Plaintiffs'

10    Exhibit 553.  This has already been admitted as well.

11    BY MS. CAPRIO:

12    Q.   Before we get to this document, how did you feel when

13    Commissioner Carollo asked you where your blue and yellow shirt

14    was on the runoff election day?

15    A.   Well, it was clear to me that he knew that we were in the

16    Alfie Leon camp.  That was, for me, the ultimate certification

17    that the outing of our involvement in the political rally had

18    materialized into his knowledge and him explaining to me at

19    that moment that we were supporting Alfie Leon.

20    Q.   And were you concerned?

21    A.   Well, my fear and my nightmare that we had been trying to

22    do undercover now was realized.

23    Q.   Your cover was blown?

24    A.   Yes.

25              MS. CAPRIO:  Okay.  So let's call up Plaintiffs'
```

1   Exhibit 553.

2   **BY MS. CAPRIO:**

3   Q.   And, Mr. Fuller, do you recognize this text thread?

4   A.   Yes.

5   Q.   And what is the date of it, please?

6   A.   This is November 21, 2017.  It's at 4:36 p.m.

7   Q.   And is that the election day, the runoff election day?

8   A.   Yes.

9   Q.   And who are you texting to?

10  A.   This is right when I leave the polls, and I'm texting

11  Martin here.  And I'm saying just saw Carollo at the polls.  He

12  said to me where is your blue and yellow shirt.

13  Q.   So you reported to Martin what Carollo said to you?

14  A.   Yep.

15  Q.   And?

16  A.   And no response.

17  Q.   And who won the runoff election for District 3 city

18  commissioner in 2017?

19  A.   Joe Carollo.

20  Q.   Do you know whether it was a close race?

21  A.   It's a few hundred votes.

22  Q.   Mr. Fuller, did you ever contact now Commissioner Joe

23  Carollo after he won the runoff election?

24  A.   I did.  I reached out to him via phone and he didn't

25  respond, so then I wrote him a text.

1          MS. CAPRIO:  Okay.  And let's please call up that

2    text.  It's Plaintiffs' Exhibit 8.  It's already admitted.  If

3    we can please publish to the jury.

4    **BY MS. CAPRIO:**

5    Q.   Mr. Fuller, could you tell us the date of that text

6    message?

7    A.   This is November 27, 2017 at 7:20 p.m.

8    Q.   And could you please read that into the record, sir?

9    A.   Hey, Joe.  I congratulate you on your commission win.

10   You're taking the leadership at a very exciting time for our

11   neighborhood.  I look forward to working with you.  Please do

12   not hesitate to reach out to me if I can be assistance to you

13   or your staff.  Best, Bill Fuller.

14   Q.   And how did you feel after Joe Carollo won the runoff

15   election in connection with your feelings towards him?

16   A.   How did I feel about him?  I felt that we now had our

17   elected leader and as in any other election, I felt that we had

18   to rally behind our commissioner.  And we love Little Havana,

19   and he was our elected leader and we were going to rally behind

20   him.

21   Q.   And you wanted to work with him, right?

22   A.   Yes.

23   Q.   Okay.  And did he ever respond to that text message?

24   A.   No, he did not.

25   Q.   And after defendant Carollo won the election for District

1   3 commissioner, did you ever meet with him again or encounter

2   him, I should say?

3   A.   Yes.

4   Q.   Okay.  And what was the circumstances of that encounter,

5   if you recall?  First, when did it happen?

6   A.   The next time I saw him was in January of 2018 and Martin

7   and I had gotten back to our office from a meeting late one

8   night.  It's wintertime so it was already dark.  It was around

9   7:30 at night.

10       And Carollo and another gentleman that we now -- that I

11   knew then was Alex de la Portilla, he's a current city

12   commissioner, were walking on our property.

13       And this was very alarming to us because these events were

14   after the events that we had become aware of, including the

15   closure of our Christmas party and other events that happened

16   where he was now walking on our property at night unbeknownst

17   to us.

18       And the way I describe the moment is like a deer in

19   headlights moment.  Like we didn't know what he was doing, we

20   didn't know why he was there.  We were shocked, and they were

21   both equally shocked probably because we saw them walking on

22   our property.

23   Q.   Okay.  And was it dark when you saw them?

24   A.   Yes.

25   Q.   Can you please describe, was it the Futurama Building

1    parking lot, correct?

2    A.    Yes.

3    Q.    Could you please describe the size of that parking lot for

4    the jury and His Honor?

5    A.    Well, it's a building.  It's in line in the block.

6    There's a parking lot that wraps all the way around it to the

7    back side.

8          At the time, the Sanguich container was on the west side

9    and then the parking lot through an alley wrapped around to the

10   back side to the east side.  When Mr. Pinilla and I approached,

11   he was -- they were on the east side of the parking lot.

12   Q.    Okay.

13   A.    And they were -- when we approached them, they immediately

14   walked out of the property in our direction.

15   Q.    And is that a big parking lot at Futurama?

16   A.    It's -- I wouldn't call it a big parking lot.  But it's a

17   parking lot.

18   Q.    How many spots are there?

19   A.    On the west side, there's approximately ten spots.  On the

20   east side, there's about four spots.

21   Q.    So it's pretty narrow, correct?

22   A.    Yes, it's constrained.

23   Q.    And what did you think of encountering defendant Carollo

24   in your Futurama parking lot in January, 2018 at night with

25   Alex de la Portilla?

1  A.   It was suspicious.  I had known Alex from before this

2  encounter, and I found it curious that he was with Carollo.

3  But very suspicious that after I had reached out to Joe and he

4  had not responded to me, he felt the will to be able to walk on

5  our property freely.

6  Q.   Okay.  And do you recall if you spoke with defendant

7  Carollo during that encounter in the Futurama parking lot at

8  night?

9  A.   We did.

10  Q.   Okay.  And what were the contents of that conversation?

11  A.   I remember we talked a little bit about what his obsession

12  was with the shipping containers and why he wanted to remove

13  what was called a TUP, Temporary Use Permit from the

14  neighborhood.  His --

15        MR. KUEHNE:  Objection.  We've had a substantial

16  sidebar on this issue.

17        THE COURT:  All right.  Sustained.

18  **BY MS. CAPRIO:**

19  Q.   Setting aside the TUP, what was -- what did Commissioner

20  Carollo tell you about the container issue?

21  A.   He said that containers were not the right fit for Little

22  Havana.  That he believed that they were good in other

23  neighborhoods but in his opinion, the containers were not right

24  for Little Havana.

25  Q.   Okay.  And did you respond to that?

1    A.   Well, clearly, we had been advocates of containers.  We

2    had the Sanguich container was physically on the site.  The

3    Calle Ocho Marketplace containers were in the middle of

4    construction.

5         And he was squaring up against us.  He was saying not only

6    am I aware that you have these containers, but now I am

7    publicly making you aware that I do not want these containers,

8    and we were simply trying to have dialogue with him as to why

9    shipping containers were immediate ways to create activation in

10    neighborhoods like ours as the model had been proven all over

11    the world for the last several years prior to that date.

12    Q.   And to your knowledge, are there shipping containers that

13    are located elsewhere that are restaurants in the City of

14    Miami?

15         MR. KUEHNE:  Objection, Your Honor.  Foundation,

16    scope and it deals with a completely different set of legal

17    issues that are not relevant to this case.

18         THE COURT:  Sustained.  Rephrase the question.

19    **BY MS. CAPRIO:**

20    Q.   Yes.  Mr. Fuller, have you ever visited any container

21    restaurants in the City of Miami?

22    A.   Yes.

23         MR. KUEHNE:  Objection.

24         THE COURT:  Grounds?

25         MR. KUEHNE:  Relevance and scope.  Has nothing to do

```
 1   with this case, Judge.
 2            THE COURT:  Overruled.
 3   BY MS. CAPRIO:
 4   Q.   Where did you visit those container restaurants in the
 5   City of Miami?
 6   A.   They were everywhere.  The shipping containers were
 7   proliferating all over Miami.
 8            MR. KUEHNE:  Objection.  Form.  Foundation.
 9   Timeframe.  Where he's talking about.
10            THE COURT:  Sustained.  Rephrase the question.
11   BY MS. CAPRIO:
12   Q.   When did you visit a shipping container restaurant in the
13   City of Miami?
14   A.   2015, 2016.  They were in Wynwood.  They were in downtown.
15   They were in Brickell.  They were in Little Havana.
16   Q.   Thank you.  And, in fact, when you encountered Mr. Carollo
17   --
18            MR. KUEHNE:  Objection, Your Honor.  Move to strike.
19   What locations is he talking about.  He's speaking generally
20   without any ability to test what he's talking about.
21            THE COURT:  The objection is overruled.  You can
22   cross-examine him if you want to.
23   BY MS. CAPRIO:
24   Q.   And, in fact, when you encountered Commissioner Carollo in
25   your narrow parking lot at night, the Sanguich container was
```

```
 1   just to the east of it?
 2   A.   West.
 3   Q.   West.  Thank you.  Bad with directions.  So that was
 4   there.  Okay.  And you mentioned that you were surprised and
 5   suspicious to see him because he hadn't responded to your
 6   messages.
 7        Let's call up again Plaintiffs' Exhibit 6 which has
 8   already been admitted.  If we keep going down, the second page.
 9   Okay.  So then actually this finishes the text chain from the
10   rally.  You write they should be leaving the site.  Please let
11   me know if they don't.  Music still playing.  Is it off now?
12   A.   That's correct.
13   Q.   Was that the end of the conversation for that rally and
14   you thought that that ended it, correct?
15   A.   It -- I thought it ended it.  I didn't hear back from
16   Steve Miro again.
17   Q.   Now let's jump forward to December 7, 2017.  Is this a
18   text -- the green is still from you, Mr. Fuller --
19   A.   Yes.
20   Q.   -- to Steve Miro?  Could you please explain to the jury
21   what this Calle Ocho Christmas event is?
22   A.   This was an event that was being hosted at the Ball &
23   Chain.  It was a nonprofit organization that we often partner
24   with called Connect Familias, and this was like a toy drive
25   that was going to be happening there.
```

```
 1   Q.    Okay.
 2   A.    And I -- you know, this is no different than what I had
 3   done with other commissioners where I --
 4              MR. KUEHNE:  Objection.
 5              THE COURT:  What's the grounds?
 6              MR. KUEHNE:  Relevance.  What he's done with others.
 7              THE COURT:  Sustained.
 8   BY MS. CAPRIO:
 9   Q.    Let's move forward.  Could you please read your message to
10   Steve Miro that's under the Calle Ocho Christmas toy drive
11   invitation?
12   A.    I would love for Joe to attend this event in coordination
13   with the Children's Trust and Connect Familias.  Let me know if
14   possible.
15   Q.    And did you get a response to that invitation to your
16   Christmas toy drive from defendant Carollo?
17   A.    No.
18   Q.    And what did you understand the relationship between Steve
19   Miro and defendant Carollo to be at the time of that text
20   message in December of 2017?
21              MR. KUEHNE:  Objection.  Foundation.  Speculation.
22              THE COURT:  Overruled.  If he knows.
23              THE WITNESS:  Steve was Carollo's point person.  He
24   was the direct connection to Joe, and if you wanted to speak to
25   Joe or you needed to meet with him, you went through Steve.
```

1          MR. KUEHNE:  Objection.  Speculation.  If you wanted

2    to do something.

3          THE COURT:  Overruled.

4    **BY MS. CAPRIO:**

5    Q.   Now, Mr. Fuller, to shift gears, do you know about a

6    lawsuit that was brought by Alfie Leon against defendant

7    Carollo challenging his election for District 3 commissioner?

8    A.   Yes, I heard of it.

9    Q.   Okay.  And what do you know about that lawsuit?

10         MR. KUEHNE:  Objection.  It's based on hearsay, and

11   his review or speaking to people.

12         THE COURT:  Sustained.

13   **BY MS. CAPRIO:**

14   Q.   Do you have personal knowledge about the lawsuit that was

15   brought by Alfie Leon that challenged Carollo's election to

16   District 3?

17   A.   The lawsuit contested his residency and eligibility.

18         MR. KUEHNE:  Objection.

19         THE COURT:  Wait.  There's an objection.  Yes,

20   Mr. Kuehne?

21         MR. KUEHNE:  Foundation.  It's based on hearsay.

22         THE COURT:  Overruled.

23   **BY MS. CAPRIO:**

24   Q.   Let's start again.  What was that lawsuit by Leon against

25   defendant Carollo, what was that based on?

```
 1   A.    It contested Carollo's eligibility for residency in the

 2   district.

 3   Q.    And were you, Mr. Fuller, in any way connected to this

 4   lawsuit brought by Leon against now Commissioner Carollo

 5   challenging his election based on his residency?

 6   A.    Absolutely not.

 7   Q.    Did you fund in any way Alfie Leon's lawsuit challenging

 8   defendant Carollo's residency in connection with his election

 9   for District 3 commissioner?

10         MR. KUEHNE:  Objection, Your Honor.  We've been

11   through a bunch of leading questions.

12         THE COURT:  Sustained.

13   BY MS. CAPRIO:

14   Q.    Did you provide any money to Alfie Leon to fund his

15   lawsuit against Joe Carollo?

16   A.    No.

17   Q.    Now did you ever learn that Joe Carollo had mistakenly

18   thought you had financed Leon's lawsuit against him?

19         MR. KUEHNE:  Objection.  Foundation.  Speculation.

20   Based on hearsay.

21         THE COURT:  Overruled.  If he knows.

22         THE WITNESS:  Yes.  Joe Carollo accused me and Martin

23   of funding that campaign.

24         MR. KUEHNE:  Objection.  Time, place.

25         THE COURT:  All right.  Sustained.  Rephrase the
```

1    question.

2    **BY MS. CAPRIO:**

3    Q.   When did you learn that Commissioner Carollo accused you

4    and Martin of funding Leon's lawsuit against him challenging

5    his residency?

6    A.   I learned by hearing it through T.V. and media that we

7    were responsible for the funding of that lawsuit.

8              MR. KUEHNE:  Objection.

9              MS. CAPRIO:  It was publicly aired.

10             MR. KUEHNE:  Objection.  Hearsay.

11             THE COURT:  Sustained.

12   **BY MS. CAPRIO:**

13   Q.   Apart from what you heard, did you ever learn that Carollo

14   had accused you of financing this lawsuit against him

15   challenging his residency and his election as District 3

16   commissioner?

17   A.   Yes.  I know he accused me of this.

18             MR. KUEHNE:  Objection.  Lack of personal knowledge.

19             THE COURT:  Sustained.

20   **BY MS. CAPRIO:**

21   Q.   To be clear, you had nothing to do with this lawsuit,

22   correct?

23   A.   Nothing whatsoever.

24   Q.   Now, at the beginning of our examination, we discussed how

25   you and Mr. Pinilla had been renovating and restoring a lot of

1    historic buildings in Little Havana.

2         Approximately, how many buildings have you and Mr. Pinilla

3    renovated in Little Havana?

4    A.   More than 20.

5    Q.   Okay.  And in connection with your experience restoring

6    and renovating these historic properties, do you have any

7    experience with the City of Miami permitting process?

8    A.   Limited.

9    Q.   Could you please describe what your limited experience is

10   to the jury and His Honor?

11   A.   You apply, you describe the scope of work, you pay the

12   necessary fees, and you begin the process.  Now, during my 20

13   years of doing business in the City of Miami, the process has

14   changed considerably.

15            MR. KUEHNE:  Objection.

16            THE COURT:  Grounds?

17            MR. KUEHNE:  Beyond the scope of the question.

18            THE COURT:  Overruled.

19   BY MS. CAPRIO:

20   Q.   Okay.  And, first of all, can you explain to us how the

21   process and permitting process -- strike that.

22        First of all, can you explain to us how the permitting

23   process has changed during your 20 years of experience

24   developing and restoring real estate in Miami?

25   A.   When I first started doing business and you wanted to pull

```
 1   a permit, you would -- the GC or the architect would --

 2            MR. KUEHNE:  Objection, Your Honor.

 3            THE COURT:  Wait.  There's an objection.  Yes?

 4            MR. KUEHNE:  Timeframe, when he first started doing

 5   business.  I think we're talking about 2004.

 6            THE COURT:  Sustained.  Rephrase the question.

 7   BY MS. CAPRIO:

 8   Q.   When did you first start doing business renovating and

 9   restoring properties?

10   A.   2004.

11   Q.   And let's focus on the time period between 2004 and 2017.

12   Are you following me?

13   A.   Yes.

14   Q.   Can you please explain to the jury and His Honor what the

15   permitting process was like during that timeframe?

16            MR. KUEHNE:  Objection.  Relevance, timeframe, scope.

17   Not within the scope of this litigation.

18            THE COURT:  Overruled.

19            THE WITNESS:  That period of time was the transition

20   from paper and catalog to digital technology and databasing and

21   Cloud.

22            And through that period of time, the permit process

23   went from drawing your plans on a piece of paper, to accepting

24   plans that were signed, sealed by architects, and it

25   transitioned and there was a lot of transition that happened
```

1   through what was expected and what happened.  And so --

2   **BY MS. CAPRIO:**

3   Q.   And then how after -- so it changed from paper to digital.

4   But how was your experience in securing permits and getting

5   inspections for your properties during that 2004 to 2017

6   timeframe?

7   A.   It was smooth.  It was -- I considered it to be, you know,

8   business as usual.

9   Q.   You testified that that changed.  How did that smooth

10  business as usual permitting process change and when did it

11  change?

12  A.   Everything changed after Joe Carollo and the political

13  rally.  The tone of the Building Department and our

14  relationships changed.

15      There was immediate pushback.  There was concern that was

16  coming and there was challenges that were being -- and

17  obstacles that were being placed in front of us that we had

18  never experienced before.

19  Q.   And now throughout the time that you've been a real estate

20  renovator in Little Havana, have you had any policy regarding

21  permits when you do these types of renovations?

22  A.   Our practice and policy is to do work that's compliant

23  with the code and where a permit is necessary, you get a

24  permit.

25  Q.   And who ultimately is responsible for securing permits

1    during this timeframe from 2004 to 2000 -- actually, in the

2    beginning until now, who's responsible in your organization for

3    securing these permits when you renovate properties?

4            MR. KUEHNE:  Objection, Judge.  Again, timeframe.

5    We're talking about 2004 to I guess today.

6            MS. CAPRIO:  I'll rephrase.

7    **BY MS. CAPRIO:**

8    Q.   Let's focus on the time between December, 2017 until the

9    present.  Who in your organization, Mr. Fuller, is responsible

10   for actually securing the permits from the City of Miami when

11   you renovate historic properties in Little Havana?

12   A.   Depends on the circumstance, but generally permits are

13   secured and facilitated by permit runners or directly from the

14   vendor like a GC or general contractor.

15       They -- where we sign them, but not always, sometimes the

16   tenants would sign the permits themselves.  They facilitate the

17   permits generally.

18   Q.   Okay.  Prior to December of 2017, and let's go back in

19   time to, let's say, January of 2016.  Did you have that same

20   policy as far as professionals being responsible for securing

21   your permits?

22   A.   Yes, I mean, permits require qualifications.  They need to

23   be notarized or validated by a professional license.  And so

24   generally, that professional is the one who was responsible for

25   the permitting process.

1   Q.   Okay.  And now let's focus on December, 2017 until the

2   present.  Have you, Mr. Fuller, ever instructed anyone to do

3   work without a permit in the City of Miami?

4   A.   No, never.

5   Q.   Now, before defendant Carollo assumed office on

6   December 2, 2017, did you receive any building violations from

7   the City of Miami?

8   A.   Yes, we had building violations.

9   Q.   Okay.  And can you please describe the process during that

10  timeframe, pre Carollo?  Can you please describe the process

11  you would need to go through when you received a building

12  violation?

13  A.   Building violation, you identify what you're being cited

14  for, what violation and infractions you're being cited for.

15       Generally, you would meet with the Unsafe Structure

16  Department.  In the City of Miami, building violations are

17  issued by that department which is a division of the Building

18  Department.

19       You would meet with the director or subordinate of the

20  director and you would have a conversation as to what specific

21  lack of scope or whatever the particular issue was needed to be

22  addressed in an additional work permit.

23       And once that was understood, we would secure the

24  necessary permits to address those concerns.  And we went

25  through the process and resolved them.

```
 1   Q.   Then you mentioned earlier, you know, when you purchase

 2   these historic properties that are 80 to a hundred years old,

 3   you inherit a lot of problems.  Do you recall that testimony?

 4   A.   Yeah, it's -- look, there's a lot of secrets behind the

 5   walls.  They're old and they reveal themselves as you work.

 6   Q.   And now let's talk about after defendant Carollo took

 7   office on December 2, 2017.  Have you received any building

 8   violations from the City of Miami?

 9   A.   Yes.  Voluminous amount.

10   Q.   A voluminous amount.  And did the amount of violations

11   change after defendant Carollo took office on December 2, 2017?

12   A.   I'm sorry, can you repeat the question?

13   Q.   Sure.  Did the amount and volume of violations, building

14   violations that you received from the City of Miami, did that

15   change after defendant Carollo took office on December 2, 2017?

16   A.   Yes.  The frequency and intensity of the violations

17   increased significantly.

18   Q.   And after defendant Carollo took office on December 2,

19   2017, can you please describe the process you would need to go

20   through after you received a building violation from the City

21   of Miami?

22   A.   It was the same process, but ever increasingly more

23   difficult.  The more and more the Building Department became

24   despondent --

25              MR. KUEHNE:  Objection.
```

```
 1               THE COURT:  Wait, there's an objection.
 2               MR. KUEHNE:  Objection.  The feelings of the Building
 3    Department.  Lack of knowledge.  Speculation.
 4               THE COURT:  Sustained.
 5    BY MS. CAPRIO:
 6    Q.   Did you observe people in the Building Department become
 7    more despondent after Commissioner Carollo took office on
 8    December 2, 2017?
 9               MR. KUEHNE:  Objection.  Foundation, as well as first
10    leading question and beyond of the scope witness' knowledge.
11               THE COURT:  Overruled.  If he knows.
12               THE WITNESS:  Yes, they were.
13    BY MS. CAPRIO:
14    Q.   Okay.  And now you mentioned the Unsafe Structure Division
15    of the Building Department.  Are you familiar with the term
16    Unsafe Structure Violation as used in the City of Miami?
17    A.   Yes.
18    Q.   Okay.  And how are you familiar with it?
19    A.   I've received Unsafe Structure Violations.
20    Q.   Okay.  And what does an Unsafe Structure Violation mean in
21    your experience?
22               MR. KUEHNE:  Objection.  Legal term.  His experience
23    is based on speculation as well as hearsay.
24               THE COURT:  Sustained.
25
```

1  **BY MS. CAPRIO:**

2  Q.   Mr. Fuller, have you received Unsafe Structure Violations

3  from the City of Miami?

4  A.   Yes.

5  Q.   And what do you understand those to mean?

6  A.   Unsafe structure could be something as innocuous as

7  changing a toilet without a permit, and it could be also

8  something more severe like a structural issue.

9  Q.   Okay.  And is an Unsafe Structure Violation in the City of

10  Miami the same thing as a building violation?

11  A.   Yes, it's exactly the same.

12  Q.   So is the term "unsafe structure" overly broad in your

13  view?

14  A.   Yes, it's very broad.  It's not what other municipalities

15  use to describe their building violations.

16          MR. KUEHNE:  Objection.  Move to strike.  Comparing

17  to other municipalities.

18          THE COURT:  Sustained.  Stricken.

19  **BY MS. CAPRIO:**

20  Q.   Let's move on to the 2017 Christmas party at the Tower

21  Hotel.

22       Now, Mr. Fuller, did you have an annual Christmas party at

23  the Tower Hotel in 2017?

24  A.   Yes, I did.

25  Q.   Okay.  What was that party called?

1   A.    It's called the last la chon.

2   Q.    What is it the called the last la chon?

3   A.    It was -- it's a little comic thing that happened in 2012

4   where our understanding was that the Mayan culture believed

5   that the world was coming to an end.

6         So before 2012, we used to always celebrate our Christmas

7   parties for family and friends with a la chon, right?  A fire

8   roasted pig, but in 2012, it became the last la chon, the last

9   la chon we were going to share that together, so after that

10  year, that became the name of our party.

11  Q.    Where was the 2017 last la chon Christmas party held?

12  A.    At the Tower Hotel.

13  Q.    And why did you -- who did you and Mr. Pinilla invite

14  to your Christmas party at the Tower Hotel in 2017?

15  A.    We invited as usual the friends and families, stakeholders

16  in the community.  People that were close to our universe.

17  Q.    Okay.  And why did you and Mr. Pinilla decide to have your

18  last la chon Christmas party at the Tower Hotel in 2017?

19  A.    Because it's beautiful.  It was iconic.  It had just -- we

20  had just wrapped up an amazing theatrical season with the

21  Juggernaut Theater Company in the Miami Motel Stories.  It was

22  just -- it was appropriate to have it there that year.  There

23  was just very magical.

24         MS. CAPRIO:  Can we please call up Plaintiffs'

25  Exhibit 432?  This has already been admitted into evidence and

 1   publish to the jury.  I think without sound.  We had sound,
 2   let's play the sound then.
 3                          (Video played.)
 4   **BY MS. CAPRIO:**
 5   Q.   And, Mr. Fuller, does that video represent the 2017
 6   Christmas party at you and Mr. Pinilla's Tower Hotel?
 7   A.   Yes.  This is in the lobby, and this is Miguel Cruz,
 8   Grammy award winner playing in the lobby here.
 9   Q.   And did you attend that event with your family?
10   A.   Yes.
11   Q.   Okay.
12   A.   This is my daughter in the video.
13   Q.   Playing the bongo?
14   A.   Yes.
15   Q.   And can we please call up Plaintiffs' Exhibit 462 which
16   has already been admitted into evidence and publish to the
17   jury.  Do you recognize these pictures, Mr. Fuller?
18   A.   Yes.
19   Q.   Is this your Christmas party?
20   A.   This is the lobby.  This is the historical fireplace in
21   the lobby and the original stone quarry tile.
22   Q.   Original from the '20's?
23   A.   Yes.
24   Q.   You preserved that?
25   A.   Yes, of course.

```
 1   Q.   Your kids?
 2   A.   Yes.  This is Stella and Maxwell.  This is Suzie Battl
 3   from Azucar Ice Cream and her daughter, Bianca, and her
 4   boyfriend at the time.
 5   Q.   Cool.  Are you with you your daughter?
 6   A.   Family, friends, my sister, Jessica.  Everybody having a
 7   good time.  Vivian Greer on the bottom left side from Viernes
 8   Culturales.
 9   Q.   And apart from the fun, can you describe what happens
10   happened at your 2017 Christmas party?
11   A.   Well, we were having a good time and we got a visit from
12   Code Enforcement.
13   Q.   Okay.  And what is your understanding as to why Code
14   Enforcement arrived at your Christmas party?
15             MR. KUEHNE:  Objection.  Foundation.  Based on
16   hearsay.
17             THE COURT:  Overruled.  If he knows.
18             THE WITNESS:  They received a complaint that night.
19   Scarlet Morua explained to me --
20             MR. KUEHNE:  Objection.
21             THE COURT:  Yes.
22             MR. KUEHNE:  Based on hearsay.
23             THE COURT:  Sustained.
24   BY MS. CAPRIO:
25   Q.   Were you at the Christmas party when the Code Enforcement
```

```
 1   arrived?

 2   A.   Yes.

 3   Q.   And what happened when they arrived?

 4   A.   The Code Enforcement officer, Scarlet Morua explained to

 5   me that Code received a complaint --

 6             MR. KUEHNE:  Objection.  What Scarlet Morua said.

 7             THE COURT:  Sustained.

 8   BY MS. CAPRIO:

 9   Q.   Without talking about what Scarlet Morua said to you, what

10   is the reason why Code Enforcement arrived at your Christmas

11   party to your knowledge?

12             MR. KUEHNE:  Objection.  Foundation.  Speculation.

13   Based on hearsay.

14             THE COURT:  Sustained.

15   BY MS. CAPRIO:

16   Q.   And how many -- how many Code Compliance officers arrived

17   at the Christmas party?

18   A.   One.

19   Q.   Did you speak with her?

20   A.   Yes.

21   Q.   Okay.  And what did she do at your Christmas party?

22   A.   She walked through the party.  She walked through all the

23   areas.  She explained that the Certificate of Use was being

24   questioned.

25             MR. KUEHNE:  Objection.  Hearsay.  What she
```

```
 1   explained.

 2             THE COURT:  Overruled.

 3             THE WITNESS:  She explained that the Certificate of

 4   Use was being questioned, and she was very clear, she did not

 5   mince her words.  She said --

 6             MR. KUEHNE:  Objection.  Hearsay.

 7             MS. CAPRIO:  It's not being offered for the truth,

 8   Your Honor.

 9             THE COURT:  The objection is sustained.

10   BY MS. CAPRIO:

11   Q.   So she said that she was there because she was checking on

12   a Certificate of Use, correct?

13   A.   She had received a complaint, and she was checking on the

14   Certificate of Use.

15   Q.   Did you have a Certificate of Use at the Tower Hotel in

16   2017?

17   A.   Yes, we did.  It was a valid Certificate of Use.

18   Q.   What is a Certificate of Use?

19   A.   Certificate of Use is issued by the City of Miami by the

20   Fire Department, and it is the legal document that gives the

21   ability for a property to have occupants in it.  We had this.

22   And we had our party.  We were absolutely legal to have that

23   party.

24   Q.   In 2017, how many years had you and Martin had a Christmas

25   party for your friends, family and employees?
```

```
 1    A.   I think this party started in '09, so it had been

 2    approximately eight years.  This would have been the eighth

 3    iteration.

 4    Q.   Had Code Enforcement ever visited your Christmas party

 5    before 2017?

 6             MR. KUEHNE:  Objection, Your Honor.  First,

 7    timeframe.  Second, location.  We have no idea when and where

 8    these Christmas parties were.

 9             THE COURT:  Sustained.

10    BY MS. CAPRIO:

11    Q.   And in 2017, why did you think the Code Enforcement

12    arrived at your Christmas party?

13             MR. KUEHNE:  Objection.  Speculation.  Foundation.

14             THE COURT:  Sustained.

15    BY MS. CAPRIO:

16    Q.   And do you know who Orlando Diez is?

17    A.   I do.  He was the Code Enforcement Director at the time of

18    the Christmas party.

19    Q.   The Code Enforcement Director of the City of Miami?

20    A.   Yes.

21    Q.   And do you recall if you communicated with Mr. Diez the

22    day of your Christmas party?

23    A.   It was either that day or the early hours of the morning

24    of the following day at like 12:30 at night.

25    Q.   Okay.
```

```
 1    A.    But I received a call through my manager at the hotel and

 2    Mr. Diez introduced himself to me on the phone.

 3    Q.    Okay.  Prior to that call after midnight, did the Code

 4    Enforcement from the City of Miami shut down your Christmas

 5    party?

 6              MR. KUEHNE:  Objection.  Leading question.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  No, they did not.

 9    BY MS. CAPRIO:

10    Q.    And why didn't they?

11              MR. KUEHNE:  Objection.

12              THE WITNESS:  Because they realized that there was --

13              MR. KUEHNE:  Objection.  Foundation.  Based on

14    hearsay.

15              THE COURT:  Overruled.  If he knows.

16              THE WITNESS:  They verified that, in fact, we did

17    have the necessary licensing to have the party.  And after two

18    hours of waiting in the vehicle and making that determination,

19    Ms. Scarlet Morua informed us that we had, in fact, had the

20    legal right to operate that party.

21              MR. KUEHNE:  Objection.  Hearsay.  Scarlet Morua.

22              THE COURT:  Sustained.

23              MS. CAPRIO:  Not offered for the truth.  Just offered

24    for state of mind.

25              THE COURT:  I understand.
```

1   **BY MS. CAPRIO:**

2   Q.   Do you have any understanding if Joe Carollo was driving

3   around your Christmas party in 2017?

4   A.   Yes, I know.

5           MR. KUEHNE:   Objection.   Foundation.   Based on

6   hearsay.

7           THE COURT:   Sustained.   Rephrase the question.

8   **BY MS. CAPRIO:**

9   Q.   Did you learn that Joe Carollo was driving around your

10  Christmas party in 2017?

11          MR. KUEHNE:   Same objection.

12          THE WITNESS:   Yes.   With the Miami Herald --

13          THE COURT:   Overruled.

14          THE WITNESS:   Yes.   With a Miami Herald reporter.

15  **BY MS. CAPRIO:**

16  Q.   And were you surprised to learn that Mr. Carollo was

17  driving around your 2017 Christmas party with a Miami Herald

18  reporter?

19  A.   Surprised then, but not shocking now whatsoever.

20  Q.   And you mentioned that you spoke Mr. Diez.   Without

21  talking about the substance of your conversation, what happened

22  after you spoke with Mr. Diez?

23  A.   What happened was that I was now aware that Carollo was

24  actively working to shut down our operations.

25          MR. KUEHNE:   Objection, Your Honor.

```
 1              THE COURT:  What's the objection?

 2              MR. KUEHNE:  Non-responsive.

 3              THE COURT:  Overruled.

 4   BY MS. CAPRIO:

 5   Q.   You learned that Commissioner Carollo was actively working

 6   to shut down your operations, is that right?

 7              MR. KUEHNE:  Objection.  Leading.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  Yes, that's correct.

10   BY MS. CAPRIO:

11   Q.   Okay.  How did that make you feel at that time?

12   A.   I mean, this was a day after I had invited him to the

13   Christmas party at the Ball & Chain.  So it was -- it was clear

14   to me that he was non-responsive to me bridging the gap, and

15   more responsive to him conducting a retaliation campaign.

16   Q.   Okay.  And why do you believe Code Compliance arrived at

17   your 2017 Tower Hotel Christmas party despite the fact that you

18   had a Certificate of Use?

19              MR. KUEHNE:  Objection.  Foundation.  Speculation.

20   Based on hearsay, if anything.

21              THE COURT:  All right.  Sustained.

22   BY MS. CAPRIO:

23   Q.   Why do you believe that Code Compliance arrived at you and

24   Mr. Pinilla's 2017 Christmas party?

25              MR. KUEHNE:  Objection.  Same speculation.
```

```
 1                  THE COURT:  Sustained.

 2                  MR. KUEHNE:  Based on hearsay.

 3    BY MS. CAPRIO:

 4    Q.   How did you feel after you learned that Commissioner

 5    Carollo was behind Code Compliance coming to your Christmas

 6    party?

 7                  MR. KUEHNE:  Objection.  Argumentative.  Asked and

 8    answered.

 9                  THE COURT:  Overruled.

10                  THE WITNESS:  I was very concerned because this

11    wasn't -- this was an authorized licensed event.

12                  MR. KUEHNE:  Objection.

13                  THE COURT:  Wait.

14                  THE WITNESS:  With our friends and family.

15                  THE COURT:  Wait.  There's an objection.

16                  MR. KUEHNE:  Opinion testimony.  Speculation.

17                  THE COURT:  Overruled.

18                  THE WITNESS:  This was an authorized valid event with

19    our friends and family during a sacred moment in the year, and

20    one where, you know, spirits are bright, right?  And you have a

21    nefarious ill intent to shut down a party.

22    BY MS. CAPRIO:

23    Q.   And let's move on to Sanguich.  We mentioned Sanguich was

24    a container restaurant that was on your property.  Do you

25    recall that, Mr. Fuller?
```

1    A.    Yes.

2    Q.    Okay.  And what is -- if you can briefly describe the

3    concept of Sanguich de Miami to the jury.

4    A.    Sanguich, I knew Danny Figueroa.  I had known him for some

5    time.  He was a gold leaf artist which is a very rare talent

6    for somebody who's skilled in that old trade, and he had been

7    developing this concept to have a sandwich concept based on the

8    Cuban sandwich where everything was made from scratch.  And

9    that was very rare at the time to have that.

10          And he was -- him and his wife, Rosa, were absolutely

11   committed to creating this product.  And when he came to us

12   with the idea, it was that he wanted to bring it in a shipping

13   container.

14          He had been working on the shipping container for some

15   time in a yard that he had, and he developed truly to this day

16   one of the nicest shipping containers I have ever seen.  It was

17   gorgeous.  Every last detail, I mean, the gold leaf was there,

18   the mirrors, edges.  He was very proud of it.  We were very

19   proud of it.  It was quite a statement piece.

20          MS. CAPRIO:  Let's call up Plaintiffs' Exhibit 197

21   which has already been admitted into evidence, and please

22   publish to the jury.

23   **BY MS. CAPRIO:**

24   Q.    Mr. Fuller, is this the Sanguich container you were just

25   describing?

```
 1   A.    Yes.
 2   Q.    And the gold leaf you're referring to is located around
 3   the windows?
 4   A.    You can't actually appreciate the gold leaf because it was
 5   on mirrors on the back counter.
 6   Q.    Okay.
 7   A.    But it's there.
 8   Q.    So --
 9   A.    From this photo, I'm saying.
10   Q.    Who is Danny married to?
11   A.    Rosa.
12   Q.    Rosa Romero?
13   A.    No.
14   Q.    And they own that Sanguich restaurant together?
15   A.    Yes, they do.
16   Q.    He was the one that made that art piece?
17   A.    You're saying the art, yes.  What I described as the art
18   piece, this was his creation.  Yes, from beginning, I mean, he
19   worked on this personally to develop this concept.
20   Q.    And is the shipping container mobile, Mr. Fuller?
21   A.    Of course.
22   Q.    What do you mean by that?
23   A.    Well, if you have ever been on the shore at Port
24   Everglades or Miami, Port of Miami, you know that shipping
25   containers are taken off cargo ships and moved very quickly.
```

1   Thousands of them a day, right, onto trucks.

2       And they move the trucks out and they move the trucks in.

3   They go back on the ship.  They move across the world, right?

4   Panama Canal, China, all the way around.  The very essence of a

5   shipping container is its mobility.

6   Q.   Okay.  And where was Sanguich located in November of 2017?

7   A.   It was located on our property.  This is the west side of

8   our Futurama Building to the west of the entrance to the

9   parking lot.

10  Q.   This was close to where you encountered Joe Carollo in

11  January of 2018?

12  A.   This is the lot, and Mr. Carollo and Alex de la Portilla

13  were on the other side of this building, so the other side of

14  the two-story building where you see the gentleman playing the

15  trumpet, they were on the other side.  What I would call the

16  eastern side of the lot.

17  Q.   And did you attend the ribbon cutting ceremony for

18  Sanguich?

19  A.   I did.

20       MS. CAPRIO:  If we can please publish Plaintiffs'

21  Exhibit 443, I think without the sound?  No volume.  Okay.

22  Which has already been admitted into evidence.

23  **BY MS. CAPRIO:**

24  Q.   Mr. Fuller, were you at this ribbon cutting ceremony?

25  A.   Yes.

1    Q.   Was this video a video of the ribbon cutting ceremony?

2    A.   This is Mayor Tomas Regalado --

3         MR. KUEHNE:  Objection, Your Honor.  We had a

4    sidebar.  There was a -- there have been instructions about

5    this particular video and what is allowed to be said.

6         THE COURT:  Objection is sustained.

7         THE WITNESS:  There's me in the video.

8    **BY MS. CAPRIO:**

9    Q.   Okay.  You saw yourself in the video?

10   A.   Yes.  These are some really happy people here.

11                       (Video played.)

12   A.   I don't know about those two.  It's the actual ribbon

13   cutting.  Rosa and Danny.

14   Q.   Rosa and Danny, the husband and wife?

15   A.   Yes.

16   Q.   Looks like a great party.  And who's -- so Sanguich was

17   you and Martin's tenant?

18   A.   Yes.

19   Q.   And whose responsibility was it to obtain the necessary

20   permits for Sanguich to be able to operate on your property?

21   A.   This was the responsibility of Danny and Rosa for the

22   Sanguich.

23   Q.   Okay.  And to your knowledge, when Sanguich opened, were

24   they required to obtain any permits to operate the Sanguich

25   container?

1              MR. KUEHNE:  Objection.  Foundation.  Speculation.

2              THE COURT:  Sustained.

3     **BY MS. CAPRIO:**

4     Q.   Do you know if Sanguich was required to obtain any permits

5     to operate on your property?

6              MR. KUEHNE:  Objection.

7              THE WITNESS:  Yes.

8              MR. KUEHNE:  Foundation, speculation.

9              THE COURT:  Overruled.  If he knows.

10             THE WITNESS:  Yes.

11    **BY MS. CAPRIO:**

12    Q.   Could you describe that?

13    A.   Yes.  My understanding is that they needed a mobile food

14    license based on the mobility of the actual container.

15             MR. KUEHNE:  Objection.

16             THE COURT:  Wait.  What's the objection?

17             MR. KUEHNE:  Foundation.  Understanding based on

18    hearsay.

19             THE COURT:  Sustained.  Unless he has personal

20    knowledge.

21    **BY MS. CAPRIO:**

22    Q.   Do you have personal knowledge of this, Mr. Fuller?

23    A.   Yes.

24    Q.   Please explain.

25    A.   As a mobile container, you need a mobile food license.

```
 1                  MR. KUEHNE:  Objection.

 2                  THE COURT:  What's the objection?

 3                  MR. KUEHNE:  Objection.  Foundation, legal

 4      conclusion.

 5                  THE COURT:  Overruled.

 6                  THE WITNESS:  You need a mobile food license which is

 7      what they had obtained prior to opening that container.

 8      BY MS. CAPRIO:

 9      Q.   And can you please describe what happened to Sanguich in

10      late November, 2017 after the Alfie Leon political rallies that

11      you and Martin held on your property?

12                  MR. KUEHNE:  Objection.  Leading, as well as

13      foundation.

14                  THE COURT:  Sustained.  Rephrase the question.

15      BY MS. CAPRIO:

16      Q.   Sure.  Are you aware of anything that happened to Sanguich

17      after the Leon political rallies held on your property?

18                  MR. KUEHNE:  Objection.  Leading.

19                  THE COURT:  Overruled.

20                  THE WITNESS:  Joe Carollo sent Code Enforcement to

21      the property two days before his swearing in --

22                  THE COURT:  What's the objection?

23                  MR. KUEHNE:  Based on hearsay.  Foundation.

24                  THE COURT:  All right.  Sustained, unless he has

25      personal knowledge.
```

1    **BY MS. CAPRIO:**

2    Q.   Do you have personal knowledge?

3    A.   Yes, I do.

4    Q.   Can you please explain your personal knowledge?

5    A.   Joe Carollo sent Code Compliance to the property to shut

6    down the container two days before his swearing in.

7                MR. KUEHNE:  Objection.

8                THE COURT:  What's the objection?

9                MR. KUEHNE:  Foundation.  Speculation.  Based on

10   hearsay.

11               THE COURT:  Overruled.

12   **BY MS. CAPRIO:**

13   Q.   So before his actual swearing in on December 2, 2017, it's

14   your testimony that you have personal knowledge that Joe

15   Carollo send Code Enforcement out to shut down Rosa and Danny's

16   Sanguich container?

17   A.   That is correct.

18   Q.   And after Commissioner Carollo took office on December 2,

19   2017, was Sanguich still operating as a container restaurant on

20   your property?

21   A.   Yes.

22   Q.   Okay.  And after Mr. Carollo took office on December 2,

23   2017, was Sanguich targeted by Mr. Carollo?

24               MR. KUEHNE:  Objection.

25               THE COURT:  Grounds?

```
 1                MR. KUEHNE:  Leading.  Vague.  As well as foundation
 2  based on hearsay.
 3                THE COURT:  Sustained.
 4  BY MS. CAPRIO:
 5  Q.   Do you know if Mr. Carollo targeted the Sanguich container
 6  after he took office in December, 2017?
 7  A.   Yes, repeatedly.
 8                MR. KUEHNE:  Objection.
 9                THE COURT:  What's the objection?
10                MR. KUEHNE:  Objection.  Leading as well as states
11  facts not in evidence.
12                THE COURT:  Overruled.
13                THE WITNESS:  Yes.  Repeatedly.
14  BY MS. CAPRIO:
15  Q.   Okay.  And how did he do that?
16  A.   Well, this is the first example of the carpet bombs that
17  came from Joe Carollo's --
18                MR. KUEHNE:  Objection.
19  A.   -- attack.
20                MR. KUEHNE:  Objection.  Non-responsive.  Move to
21  strike.
22                THE COURT:  Stricken.
23  BY MS. CAPRIO:
24  Q.   You can continue with your answer, Mr. Fuller.  Tell me
25  about how Joe Carollo targeted the Sanguich container after he
```

 1    assumed office in December of 2017.

 2              MR. KUEHNE:  Objection.  Leading question.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  Rosa and Danny, when they got the first

 5    visit, went immediately to the City of Miami to address the

 6    concern.  City of Miami was working with them to resolve the

 7    issue at the time --

 8              MR. KUEHNE:  Objection, Your Honor.  Foundation.

 9    This is obviously based on hearsay unless the witness was

10    present with the City of Miami.

11              THE COURT:  All right.  Sustained.  Unless he was

12    present.

13    **BY MS. CAPRIO:**

14    Q.   Tell me about what you know firsthand, Mr. Fuller.

15    A.   I was actively engaged with Rosa and Danny in the securing

16    of these permits.  We were very concerned.  The success of

17    Sanguich was the success for Martin and I, so our attorneys

18    were involved --

19              THE COURT:  Wait.  There's an objection.  Yes,

20    Mr. Kuehne?

21              MR. KUEHNE:  Yes.  Relevance, number one, and based

22    on work of attorneys.

23              THE COURT:  All right.

24              MR. KUEHNE:  Who are not parties to this case.

25              THE COURT:  Sustained.

1    **BY MS. CAPRIO:**

2    Q.   How were you involved with helping your tenants combat Joe

3    Carollo's targeting?

4            MR. KUEHNE:  Objection.  Leading.

5            THE COURT:  Overruled.

6            THE WITNESS:  We were working -- we were working to

7    bring them into compliance, and Joe Carollo was working against

8    us every step of the way.

9            THE COURT:  What's the objection?

10           MR. KUEHNE:  Speculation.  Foundation.

11           THE COURT:  Overruled.  You can cross-examine him.

12   **BY MS. CAPRIO:**

13   Q.   And can you give me an example of targeting after -- the

14   targeting of Sanguich after Commissioner Carollo assumed office

15   in December of 2017?

16   A.   Two weeks after he took office, he eradicated the ability

17   for shipping containers to be in Little Havana.

18           MR. KUEHNE:  Objection.

19           THE COURT:  There's an objection.  What's the

20   grounds?

21           MR. KUEHNE:  Your Honor, we've had this issue at

22   sidebar.

23           THE COURT:  What's the grounds?

24           MR. KUEHNE:  Pardon?

25           THE COURT:  What's your grounds you're seeking the

1   objection for?

2         MR. KUEHNE:  Yes, Judge.  The discussion has been

3   legislative privilege.  Your Honor has made a definitive ruling

4   on that.

5         THE COURT:  All right.  That objection is sustained.

6   **BY MS. CAPRIO:**

7   Q.   And was the Gay 8 Festival after Commissioner Carollo took

8   office in December 2017?

9   A.   Yes, it was.

10  Q.   Okay.  And what is the Gay 8 Festival?

11  A.   Gay 8 Festival was a festival produced for the LGBTQ

12  community where the festival was active between 17th Avenue and

13  14th Avenue.  It was a one-day event.  It happens on Sunday,

14  once a year.

15        And it's a street festival with vendors, a lot of the

16  businesses are open, and it's -- I think it's probably in its

17  like seventh year now.  It's a hugely successful event.

18  Q.   Okay.  And were any of your tenants participating in the

19  2017 Gay 8 Festival on Calle Ocho?

20  A.   Most or all of our tenants that were inside of those three

21  blocks were engaged in the festival.

22  Q.   How were they engaged?

23  A.   With their businesses open, many of them had activations

24  in the street in front of their businesses.  Many of them

25  hosted pre and post party events.  Others had VIP parties

1  inside of their venues.  It's is -- again, any time there's a

2  festival and an activation in the street, it helps both the

3  businesses on the street and those vendors that come to the

4  festival.

5  Q.   Mr. Fuller, did you go to the Gay 8 Festival?  It was

6  2018, in February of 2018.  Did you go to that festival?

7  A.   Yes, I did.

8  Q.   And why did you go to the Gay 8 Festival in February of

9  2018?

10 A.   Well, I remember that day.  I was taking care of my

11 daughter, Stella, in the morning.  And we were at a park, and I

12 got a call from Danny Figueroa that once again --

13          MR. KUEHNE:  Objection.

14          THE COURT:  All right.  What's the grounds?

15          MR. KUEHNE:  Hearsay.  What Danny Figueroa told him.

16          MS. CAPRIO:  Not going for the truth, Your Honor.

17          THE COURT:  Overruled.

18          THE WITNESS:  Once again, they were being visited by

19 Code and Police and Fire the day of the festival, and this --

20 it was just one compounding issue after the other related to

21 the Joe Carollo attacks, and Stella and I immediately left the

22 park and I raced over to the festival.

23 **BY MS. CAPRIO:**

24 Q.   So did you understand that defendant Carollo was targeting

25 Sanguich at the Gay 8 Festival when you arrived there?

 1              MR. KUEHNE:  Objection to understanding based on

 2    hearsay.  Lack of foundation.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  There are no limits for Joe Carollo and

 5    there are no boundaries to how he attacks.

 6              MR. KUEHNE:  Objection.

 7              THE COURT:  Wait, there's an objection.  What's the

 8    grounds?

 9              MR. KUEHNE:  Non-responsive.

10              THE COURT:  Overruled.

11              THE WITNESS:  There are no boundaries.  Nothing is

12    off limits.  Not a festival, not a party.

13              MR. KUEHNE:  Objection.

14              THE COURT:  Grounds?

15              MR. KUEHNE:  Non-responsive.

16              THE COURT:  Sustained.

17    **BY MS. CAPRIO:**

18    Q.   And when you arrived at the Gay 8 Festival, what did you

19    observe in 2018 -- February of 2018?

20    A.   I observed a festival in full swing.  The street was

21    active.  Everybody was having fun.  And our tenants, Sanguich,

22    had an island just right off of the back side of its operation.

23    City of Miami staff, police, the Special Events Director Vinny

24    Betancourt was there, Steve Miro was there, and they were just

25    huddled up and it was basically like a form strategy for like

```
 1    an hour just talking, and their only intent was how they were
 2    going to close that tent that day.
 3                MR. KUEHNE:  Objection.
 4                THE COURT:  There's an objection, Mr. Fuller.
 5                MR. KUEHNE:  Speculation and intent of others, not
 6    the witness.
 7                THE COURT:  Sustained.
 8    BY MS. CAPRIO:
 9    Q.   Did you see -- first of all, Steve Miro worked for Joe
10    Carollo?
11    A.   Yes.  I established that.
12    Q.   So when you saw Steve Miro, what did you understand was
13    happening?
14                MR. KUEHNE:  Objection.  Foundation.  Speculation.
15                THE COURT:  Overruled.
16    BY MS. CAPRIO:
17    Q.   What did you observe?
18    A.   Steve Miro being Joe's strongarm was there to shut the
19    party down.
20                MR. KUEHNE:  Objection.
21                THE COURT:  Wait.  I'm sustaining that objection.
22    It's stricken.  Next question, counsel.
23    BY MS. CAPRIO:
24    Q.   Sure.  And did you see Steve Miro at the Gay 8 Festival?
25    A.   Yes, I did.
```

```
 1   Q.   And before you arrived at the Gay 8 Festival in February,

 2   2018, where were you?

 3   A.   I was at a park with Stella.

 4   Q.   Okay.  So you left the park to go to the Gay 8 Festival?

 5   A.   Yes.

 6   Q.   And why was that?

 7   A.   Because it was urgent.  Because a lot of times these

 8   tenants do not have the legal understanding and the fight to be

 9   able to speak.

10           MR. KUEHNE:  Objection.  Speculation.  Narrative.

11   It's not responsive.

12           THE COURT:  Sustained.
```

**BY MS. CAPRIO:**

```
14   Q.   Were you trying to help Daniel and Rosa?

15           MR. KUEHNE:  Objection.  Leading.

16           THE COURT:  Sustained.
```

**BY MS. CAPRIO:**

```
18   Q.   What were you trying to do when left the park with your

19   daughter?  How old was she at the time?

20   A.   She was three.

21   Q.   When you left the park with your three year old daughter

22   after Danny Figueroa who owns Sanguich called you -- strike

23   that.

24       Why would you leave the park with your three year old

25   daughter in order to go to the Gay 8 Festival?
```

```
 1   A.   Because this was an urgent matter.

 2            MR. KUEHNE:  Objection.  Asked and answered.  He's

 3   already said --

 4            THE COURT:  Overruled.

 5            THE WITNESS:  This was an urgent matter that required

 6   my attention because of the sensitivity and the visits from the

 7   City of Miami that needed -- that were driving complex issues

 8   at our tenant, and so I was there to defend our tenant from

 9   these types of attacks.
```

**BY MS. CAPRIO:**

```
11   Q.   And did you see Steve Miro at the Gay 8 Festival?

12   A.   I did.

13   Q.   Did you interact with Steve Miro at the Gay 8 Festival?

14   A.   I did.

15   Q.   Could you please describe your interaction with Steve Miro

16   to the jury and His Honor?

17   A.   My interaction with Steve Miro was very heated.  I called

18   him out for basically being identified in the vehicle with Joe

19   Carollo at the valet operation from two weeks earlier, or a few

20   weeks earlier.

21        And I let him know that -- I let him know that I thought

22   that essentially, in other words, that he was a coward, that he

23   was hiding behind what was right from wrong.  And I did not

24   mince my words, and I regret -- what I can tell you is that

25   three year olds don't remember stuff like that.  I know Stella
```

```
 1   got upset but, she did not understand what I was saying.  I did

 2   not mince my words.

 3           MR. KUEHNE:  Objection.  Beyond the scope.  It's now

 4   a narrative answer.

 5           THE COURT:  Sustained.

 6   BY MS. CAPRIO:

 7   Q.   So you mentioned you had a heated interaction with Steve

 8   Miro, that you did not mince words; fair?

 9   A.   Yes.

10   Q.   And then when you had the interaction with Steve Miro, the

11   heated interaction, where was your daughter?

12   A.   She was in my hands.

13   Q.   And did you get upset?

14   A.   I was very upset.

15   Q.   Were you angry?

16   A.   I was angry.

17   Q.   Did you use bad language?

18   A.   I did.

19   Q.   And was your daughter upset after that altercation?

20   A.   She was crying because --

21           MR. KUEHNE:  Objection.

22           THE COURT:  Wait.

23           MR. KUEHNE:  Objection.  Relevance.  Rule 403.

24           THE COURT:  Overruled.

25           THE WITNESS:  She was upset because even though being
```

```
 1  the age of three, she was aware that I had gotten in a way that

 2  she even at that young age had never seen me get before.

 3  BY MS. CAPRIO:

 4  Q.   And do you regret getting upset with Steve Miro regarding

 5  defendant Carollo's targeting of Sanguich at the Gay 8 Festival

 6  in February of 2018?

 7  A.   I regret my use of words.  But under the duress that I was

 8  experiencing at that time, it was raw, it was honest, and I'm

 9  not sure that I would change the way that I articulated myself

10  to Mr. Miro on that day.

11  Q.   Because you felt that strongly about what was happening?

12  A.   It was wrong, and I made him aware and I put him on notice

13  that day that he was wrong for what he was doing.  And he later

14  after he left Joe Carollo's office, called me --

15          MR. KUEHNE:  Objection.  He's now going to relate the

16  information received from a non-witness.

17          THE COURT:  Sustained.

18  BY MS. CAPRIO:

19  Q.   So Steve Miro called you later the day of the Gay 8

20  Festival?

21  A.   Later on after.

22  Q.   How far along afterwards?

23  A.   Once he left the commissioner's office, he called me and

24  apologized for his behavior on that day.

25          MR. KUEHNE:  Objection.
```

```
 1                THE COURT:  Sustained.
 2                MS. CAPRIO:  Not for the truth.
 3    BY MS. CAPRIO:
 4    Q.   And do you know if Commissioner Carollo targeted any other
 5    vendor at the Gay 8 Festival, Mr. Fuller?
 6                MR. KUEHNE:  Objection.  Foundation.  Speculation.
 7                THE COURT:  Sustained.
 8    BY MS. CAPRIO:
 9    Q.   If you know, did you observe -- did you observe the team
10    of Code Enforcement and police and Steve Miro?
11    A.   I did.
12    Q.   Did you observe them targeting any other businesses at the
13    Gay 8 Festival other than Sanguich?
14                MR. KUEHNE:  Leading, as well as foundation and
15    speculation.
16                THE COURT:  Overruled.  If he knows.
17                THE WITNESS:  They did not target anyone else.  Their
18    obsession was only on the --
19                MR. KUEHNE:  Objection.
20                THE WITNESS:  -- on Sanguich.
21                MR. KUEHNE:  First, it's non-responsive and second,
22    he's testifying about somebody else's intention for activity
23    not observed.
24                THE COURT:  Overruled.
25
```

1  BY MS. CAPRIO:

2  Q.   What was your answer again?

3  A.   The team of individuals that were out there the day of the

4  festival were obsessed with Sanguich.   There could have been no

5  other time --

6         MR. KUEHNE:  Objection.  Speculation.  Foundation.

7         THE COURT:  Overruled.

8         THE WITNESS:  There was no other ability to go to any

9  other vendor because they were camped out at Sanguich.  We're

10  talking about a three block geographic area.  They were camped

11  out within ten feet of the tenant so they were in plain sight

12  next to Sanguich.

13  BY MS. CAPRIO:

14  Q.   Okay.  And after you had the heated altercation with Steve

15  Miro, what did you do?

16  A.   I cooled down a little bit.  I went upstairs to my office

17  which was immediately adjacent.  I got a stack of business

18  cards.  I came downstairs, and I handed each and every City of

19  Miami official my business card.  And --

20  Q.   Why did you do that?

21  A.   I did that because it's no different than any other time

22  we had been approached previously at our office from a City of

23  Miami official.  We opened a dialogue with them.  We're open

24  people.  We're transparent.  You can reach us.  Our business

25  cards have our cellphones on them.  You can text us, you can

1    call us.

2        I said to him, listen, if there's a problem, if there's an

3    issue, if you want to work through it, this is how you reach

4    us.  You don't need to show up in cover.  You don't need to

5    show up unannounced.  You can call us.  If there's an issue,

6    we're here to work with you.

7    Q.   And were your efforts to work with the City of Miami in

8    connection with the Sanguich container successful?

9                MR. KUEHNE:  Objection.

10               THE COURT:  Grounds?

11               MR. KUEHNE:  Foundation.  Speculation.

12               THE COURT:  Sustained.

13   **BY MS. CAPRIO:**

14   Q.   Did -- what happened to Sanguich after the Gay 8 Festival

15   that you observed and have personal knowledge of?

16   A.   They were burned to the ground.

17               MR. KUEHNE:  Objection.

18               THE COURT:  Sustained.

19   **BY MS. CAPRIO:**

20   Q.   Can you describe how -- what happened to Sanguich after

21   the Gay 8 Festival, Mr. Fuller?

22   A.   Visit after visit after visit.  Door being shut, after

23   door being shut after door being shut.

24               MR. KUEHNE:  Objection.

25               THE COURT:  What's the objection?

1              MR. KUEHNE:  Foundation.  Unless he's there at all of

2     these whatever he's describing.

3     **BY MS. CAPRIO:**

4     Q.   Were you there, Mr. Fuller?  Did you witness this?

5     A.   I did.

6     Q.   What did you witness?

7     A.   The goal post always moves.

8              MR. KUEHNE:  Objection.

9              THE COURT:  Grounds?

10             MR. KUEHNE:  Speculation.  Moving goal posts, he

11    observed that.

12             THE COURT:  Sustained.

13             MS. CAPRIO:  I think it was a metaphor.

14             THE COURT:  I understand.  We have a record here,

15    but --

16    **BY MS. CAPRIO:**

17    Q.   Mr. Fuller, what did you observe in connection with the

18    Sanguich container and Mr. Carollo's targeting of the Sanguich

19    container after the Gay 8 Festival?

20             MR. KUEHNE:  Objection.  Leading.

21             THE COURT:  Wait.  Overruled.  You can answer.

22             THE WITNESS:  I observed a husband and wife team that

23    were absolutely dedicated to their business that were on a

24    shoestring budget that were raising two young children that was

25    decimated --

```
 1                MR. KUEHNE:  Objection.  This is now narrative, what
 2      did you observe and now he's --
 3                THE COURT:  Sustained.
 4      BY MS. CAPRIO:
 5      Q.   Okay.  So what did you see in connection with the
 6      targeting that was wrought on the Sanguich container by
 7      Mr. Carollo?
 8                MR. KUEHNE:  Objection.  Leading.
 9                THE COURT:  Overruled.
10                THE WITNESS:  I saw his wish, his mal-intent to shut
11      down our business realized.
12                MR. KUEHNE:  Objection.
13                THE COURT:  Wait.  What's the grounds?
14                MR. KUEHNE:  Objection.  Speculation.  Now he's
15      offering testimony about Joe Carollo's intent.
16                THE COURT:  Sustained.
17      BY MS. CAPRIO:
18      Q.   Setting aside Joe Carollo's intent, what did you observe,
19      Mr. Fuller, in connection with the Sanguich container after the
20      Gay 8 Festival?  What happened to them?
21      A.   I observed numerous continued visits by Code to the
22      property and numerous attempts to shut down their business.
23      Q.   And Sanguich is located right next to your business
24      office, is that correct?
25      A.   That's correct.
```

```
 1   Q.    Okay.  And what eventually happened too Sanguich?

 2   A.    They were run out of the neighborhood.

 3             MR. KUEHNE:  Objection.

 4             THE COURT:  Grounds?

 5             MR. KUEHNE:  Speculation.

 6             THE COURT:  Overruled.

 7             MR. KUEHNE:  Foundation.

 8   BY MS. CAPRIO:

 9   Q.    Who were they run out by?

10   A.    They were run out by Joe Carollo and his puppets.

11             MR. KUEHNE:  Objection.  Speculation.  Narrative.

12   They were run out because he sent a letter telling them to

13   leave.

14             THE COURT:  Sir, the objection is sustained.  You can

15   rephrase the question, counsel.

16   BY MS. CAPRIO:

17   Q.    What happened after you observed all of the different

18   raids and targeting by defendant Carollo?  What happened to

19   Sanguich?

20   A.    Their back was broken.

21             MR. KUEHNE:  Objection, Judge.  Speculation.

22   Non-responsive.

23             THE COURT:  Sustained.

24             MR. KUEHNE:  What happened and their backs are

25   broken?
```

1           THE COURT:  I sustained the objection, Mr. Kuehne.

2    **BY MS. CAPRIO:**

3    Q.   What do you mean by that?

4           MR. KUEHNE:  Objection.

5           THE COURT:  Overruled.  You can answer.

6           THE WITNESS:  Rosa and Danny's life savings were

7    inside of that shipping container.

8           MR. KUEHNE:  Objection.

9           THE COURT:  Wait, what's the objection?

10          MR. KUEHNE:  Now foundation and narrative, and the

11   issue of damages is at issue contrary to the Court's

12   instructions.

13          MS. CAPRIO:  This is a narrative of our case, Judge.

14   We're not talking about damages.

15          THE COURT:  I understand you're not talking about

16   damages related to this particular case here at all.  The

17   objection is overruled.  You may proceed.

18   **BY MS. CAPRIO:**

19   Q.   Go ahead, Mr. Fuller.

20   A.   The life savings of the Figueroas were inside of that

21   container.

22          MR. KUEHNE:  Objection.  Speculation and foundation.

23          THE COURT:  Sustained.

24   **BY MS. CAPRIO:**

25   Q.   How do you know -- how do you know that their life savings

1   was in that container?

2   A.   Because I know these people.

3       MR. KUEHNE:   Objection.   They explained this to him

4   based on hearsay.

5       THE COURT:   Sustained.

6   **BY MS. CAPRIO:**

7   Q.   So did the Sanguich container eventually leave your

8   property?

9   A.   Yes.   They called a tow truck.   The tow truck came to the

10  site, they removed it.   It took about 45 minutes.

11  Q.   Before we go any further, let's look at Defendant's

12  Exhibit 125 which has already been admitted into evidence.

13      Mr. Fuller, are you familiar with this email?

14  A.   Yes.

15  Q.   You sent it?

16  A.   Yes.

17  Q.   Can you please explain to the jury why you sent this

18  email?

19  A.   This email was sent at the behest of my attorneys at

20  Greenberg Traurig.

21      MR. KUEHNE:   Objection.

22      THE COURT:   Sustained.

23  **BY MS. CAPRIO:**

24  Q.   Apart from what your attorneys told you to do, why did you

25  send this email to Mr. Emilio Gonzalez on February 26, 2018?

1    A.    When I knew Sanguich was -- when I knew that this path had

2    been closed for Sanguich to continue to operate at our

3    property, I sent this email to the manager in good faith as

4    requested by my attorneys to show compliance with the --

5              MR. KUEHNE:  Objection.  Move to strike.  And request

6    to admonish the witness based on the objections made.

7              THE COURT:  Don't say anything about what your

8    attorneys told you to do at your request, sir.

9              THE WITNESS:  Yes, sir.

10             THE COURT:  With that said, we're going to have a

11   brief break for about ten minutes.  Thank you.

12             THE COURT SECURITY OFFICER:  All rise.

13             (Thereupon, the jury exited the courtroom.)

14             THE COURT:  We'll be wrapping up today around

15   5:00 p.m.  You'll have about 20 minutes once the jury returns.

16   We'll be done at 5:00 p.m. today.

17             MR. KUEHNE:  Yes, Judge.

18             THE COURT:  She has about 20 minutes once they

19   return.  Thank you.

20                        (Short recess had.)

21             MS. CAPRIO:  Your Honor, if we can briefly go sidebar

22   before the jury comes in.

23             THE COURT:  Sure.

24                        (At the bench.)

25             MS. CAPRIO:  Okay.  A few things.  First of all,

 1    speaking objections are completely out of control.  They're

 2    argumentative.  They're interrupting the flow.  I'm trying to

 3    elicit facts from him and counsel is testifying through his

 4    objections.  I'd like the Court to come to some resolution with

 5    Mr. Kuehne that is professional so we can get through to --

 6         THE COURT:  Look, I made it clear.  All the

 7    objections should be legal objections, and I don't think they

 8    were grossly argumentative.  I know some were speaking

 9    objections and some were legal.

10         MS. CAPRIO:  I just wanted to call that to the

11    Court's attention.  As far as the legal advice, I'm allowed to

12    ask my client whether he relied on legal advice.  It's a

13    perfectly okay line of questioning.  It's something that he can

14    explain where in one document, I'm not going to ask him what

15    they told him.  If they told him to send that email, I

16    certainly should be able to ask him.  It's not inappropriate

17    for him to say I relied on my lawyers.

18         THE COURT:  Anything else?

19         MS. CAPRIO:  I think the last thing was -- oh, the

20    damages objection.  Everything that we elicit now is like

21    doesn't go to their damages and that's purposeful.  We're not

22    trying to talk about damages here.  We're talking about

23    liability.  And they're trying to taint the jury to say that we

24    don't have any damages throughout these objections.

25         THE COURT:  The objection was overruled with respect

1    to that.

2            MS. CAPRIO:  It was, but the objections keep coming

3    over and over about the damages, and they're inappropriate.

4            MR. GUTCHESS:  They're all overruled.  They keep

5    saying not damages, not in this case.  That's the messaging for

6    the jury to get a bonus objection which is always overruled.

7            MR. KUEHNE:  First, Your Honor, I make objections

8    based on what I think is a legitimate objection.  And I try not

9    to make speaking objections.  So to the extent I have made a

10   number of speaking objections, I apologize.  I try not to do

11   that.  I try to direct what I'm objecting to and make a legal

12   foundation for that.

13           But with regard to damages, Your Honor, there are two

14   reasons.  Every time he talks about money, and he does that as

15   often as he can, it is clear the message he's telling the jury.

16           If it goes unobjected to, is that it's something

17   they're supposed to consider.  So I make objections based on,

18   number one, making sure that the door is not opened to this and

19   number two, to make sure that the jury understands if Your

20   Honor agrees, that this has nothing to do with the damages

21   calculation.

22           If he didn't say things about how much money he spent

23   and the activities, the business activities of his business, as

24   opposed to the emotional toll on that, I would not be

25   objecting.  I believe I know they're acting in good faith, but

 1    it's a purposeful effort to get monetary issues before this

 2    jury and I have to make certain that the record is protected.

 3    That the jury knows this is just an emotional damages case.

 4            Otherwise, I don't even know why the issues of how

 5    much money he's spent would even come up in this case.

 6            MR. GUTCHESS:  It's not money.  Mr. Fuller's claim.

 7    It's the money that these individuals spent that they destroyed

 8    their lives and there's the emotional distress that it caused

 9    to this man.  It's all related.  It will be clear what damages

10    we're seeking when we get to closing arguments when she gets to

11    question him on damages.

12            For him to get up every five minutes and say

13    objection, it goes to economic damages not in this case is

14    inappropriate.  He can say relevance, he can say form, he can

15    say scope.  But he can't be making these type of speaking

16    objections.

17            THE COURT:  All right.  Anything else we need to

18    address right now?  It's going to be ten minutes before I

19    release these jurors.

20            MS. CAPRIO:  I want to make clear what the Court is

21    saying with regard to the legal advice.  I can ask about that?

22            THE COURT:  As long as you ask in the manner that you

23    ask it, not anything beyond.  What exactly is going to be your

24    question?

25            MS. CAPRIO:  Why did you send this email?  He's going

```
 1   to say because my lawyers told me to send it.

 2              THE COURT:  That's hearsay.  No.

 3              MS. CAPRIO:  He relied on his lawyers to send the

 4   email.  It's not for the truth, for the state of mind effect on

 5   the listener.

 6              MR. GUTCHESS:  They make it a big point of this

 7   email, oh, it was Fuller who you shut you down.  That's not

 8   true.  They were already shut down.  He sent that because his

 9   lawyers told him to do it to try to make amends to the city.

10   If they're going to create a false narrative, he can testify to

11   the real reason why he sent it.

12              THE COURT:  You can ask that question, that he met

13   with his lawyer, he made his decision to do it.  All right?  He

14   made -- he doesn't have to accept his lawyer's advice but he

15   met with his lawyer and he made a decision on his own to send

16   the letter which is fine to say that.  Okay?

17              MS. CAPRIO:  Thank you, Your Honor.

18              THE COURT:  Anything else?

19              MS. CAPRIO:  That's it.

20              MR. KUEHNE:  Thank you, Your Honor.

21                         (In open court.)

22              THE COURT:  Mr. Fuller, you can take the stand again,

23   sir.

24              THE COURT SECURITY OFFICER:  All rise for the jury.

25
```

```
 1              (Thereupon, the jury entered the courtroom.)

 2              THE COURT:  All right.  The members of the jury are

 3   all present and accounted for.  You may be seated, everyone.

 4              You may continue with your direct examination.

 5   BY MS. CAPRIO:

 6   Q.   Mr. Fuller, before we took a break, do you recall looking

 7   at an email, Defendant's Exhibit 125?

 8              MS. CAPRIO:  If we can please call that up.

 9              THE WITNESS:  Yes.

10   BY MS. CAPRIO:

11   Q.   And when did you send that email?

12   A.   February 26, 2018.

13   Q.   Okay.  And did you meet with your lawyers before sending

14   that email?

15   A.   Yes.

16   Q.   And did you accept their advice to send that email?

17   A.   Yes.

18              MR. KUEHNE:  Objection.

19              THE COURT:  Overruled.

20              MR. KUEHNE:  Sidebar.

21              THE COURT:  Overruled.

22   BY MS. CAPRIO:

23   Q.   Okay.  You can take that down.  Okay.  And before we move

24   on from Sanguich, how did the targeting -- how did defendant

25   Carollo's targeting of Sanguich make you feel emotionally?
```

1   A.   Exhausted.  Deflated.  Hopeless.  Challenged.

2   Q.   That's in -- and did Sanguich eventually reopen?

3   A.   Sanguich opened more than a year later in a brick and

4   mortar location outside of the historic district.

5   Q.   Okay.  And now let's switch gears and talk about Ball &

6   Chain.  Specifically the Ball & Chain valet.

7        First of all, just for background, what is the Ball &

8   Chain?

9   A.   Ball & Chain was located at 15th, 1513 SW 8th Street,

10  Calle Ocho.  Originally opened in 1935, closed in 1957, hosted

11  very famous entertainers, Count Basie, Chet Baker, Lena Horn;

12  was a live music venue.  It was reopened in 2014 as a live

13  music venue.  We produce over 90 hours of music a week with the

14  original intent, no cover, no minimum --

15            MR. KUEHNE:  Objection.  It's now a narrative.

16            THE COURT:  Sustained.

17  **BY MS. CAPRIO:**

18  Q.   So tell me about the music you produce at Ball & Chain.

19  Could you describe describe that to the jury?

20  A.   Live music, mainly salsa, Latin jazz, and we have DJs as

21  well.

22  Q.   Okay.  And before you launched Ball & Chain in 2014, did

23  you do any research into its history?

24  A.   We did.  My father -- I had grown up with my father

25  explaining stories of the original Ball & Chain and it led me

```
 1   to dig deeper on its history.

 2   Q.   And who did you do the research with?

 3   A.   I did the history search with Dr. Paul George.

 4           MS. CAPRIO:  And if we could please publish

 5   Plaintiff's 449 just to the witness and to opposing counsel.

 6   BY MS. CAPRIO:

 7   Q.   Mr. Fuller, do you recognize this photograph?

 8   A.   Yes.  This is the Ball & Chain.

 9   Q.   Okay.  Just go through the other -- I think there are two

10   more photographs behind.  What is this photograph, Mr. Fuller?

11   A.   This is the inside of the main room.

12   Q.   The next photograph?

13   A.   This is a view from the other side looking out to Calle

14   Ocho and the Tower Theater.

15           MS. CAPRIO:  I move to admit Plaintiffs' 449 into

16   evidence.

17           THE COURT:  Any objection?

18           MR. KUEHNE:  No objection as long as she establishes

19   the timeframe of these photos.

20   BY MS. CAPRIO:

21   Q.   What are the timeframes of these photos, Mr. Fuller?

22   A.   This photo is from -- one second.  This photo is from

23   2016.  I know this because the palm tree, the Royal Palm that

24   is in this photo eventually died and we had to replant it.

25           MS. CAPRIO:  Move to admit.
```

```
 1              THE COURT:  Any objection?

 2              MR. KUEHNE:  No, Your Honor.

 3              THE COURT:  It's admitted.

 4              MS. CAPRIO:  Let's publish it to the jury, please.

 5              THE COURT:  Granted.

 6                  (Plaintiffs' Exhibit 449 Received.)
```

**BY MS. CAPRIO:**

```
 8  Q.   That's the facade of the Ball & Chain, Mr. Fuller?

 9  A.   Yes, this is the Calle Ocho facade.

10  Q.   Okay.  And then that's the entrance?

11  A.   That's the main entrance.

12  Q.   Then go to the next photograph.  Please describe what this

13  photograph is for the jury.

14  A.   This is the interior.  It showcases the original vaulted

15  ceilings, wood beam, handcrafted Cuban tile floors.

16  Q.   And were you responsible for this renovation?

17  A.   Yes.

18  Q.   Okay.  And then let's go to what does this photograph

19  depict?

20  A.   This is another angle of the same space from the inside,

21  looking out to Calle Ocho.

22  Q.   Now before defendant Carollo took office in December of

23  2017, did Ball & Chain have a valet?

24  A.   It did.

25  Q.   Okay.  And who was the valet?
```

```
 1   A.    Alain Garcia.
 2   Q.    And after defendant Carollo took office in December of
 3   2017, who was the valet at Ball & Chain?
 4   A.    Alain Garcia.
 5   Q.    Okay.  Now, you own Ball & Chain, correct?
 6   A.    With partners.
 7   Q.    Okay.  And now do you have a policy at Ball & Chain
 8   regarding any complaints that are made by nearby residents?
 9   A.    Any complaint that would come by a nearby resident we do
10   have a policy for.
11   Q.    Okay.  Can you please describe this policy briefly for the
12   jury?
13   A.    The policy would be to reach out to the neighbor and to
14   understand what their concern was and try to remedy that
15   concern directly with the neighbor.
16   Q.    And now let's focus on pre Carollo.  Before defendant
17   Carollo took office in December of 2017, are you aware of any
18   complaints that were made by residents in connection with the
19   Ball & Chain valet?
20   A.    No, never.
21   Q.    And then after Commissioner Carollo took office as the
22   District 3 city commissioner in December of 2017, are you aware
23   of any complaints that were made by any residents regarding
24   Alain Garcia as Ball & Chain's valet?
25   A.    No, I'm not aware of any.
```

```
 1   Q.   And before defendant Carollo took office in December of
 2   2017, did Ball & Chain's valet ever receive any violations from
 3   the City of Miami, to your knowledge?
 4   A.   No, never.
 5   Q.   And did that change after defendant Carollo took office in
 6   December of 2017?
 7   A.   Yes.
 8   Q.   And how did that change?
 9   A.   Carollo wanted the valet shut down.
10        MR. KUEHNE:  Objection.
11        THE COURT:  Grounds?
12        MR. KUEHNE:  Speculation.  Foundation.
13        THE COURT:  Overruled.  If he knows.
14        THE WITNESS:  He did everything in his capacity to
15   shut down the Ball & Chain valet.
16        MR. KUEHNE:  Objection.  Speculation.
17   BY MS. CAPRIO:
18   Q.   Could you describe what he did based on your firsthand
19   knowledge?
20        THE COURT:  Sustained.
21   BY MS. CAPRIO:
22   Q.   I'll repeat the question.  Can you, Mr. Fuller, please
23   describe what defendant Carollo did to shut down Ball & Chain's
24   valet after he took office in December of 2017?
25   A.   His first move was to stake out the valet operation
```

```
 1    undercover.
 2    Q.    Okay.  And then what was his next move?
 3    A.    His next move was to mobilize the Miami Parking Authority
 4    to remove our licensing for the valet on a Friday night.
 5    Q.    Okay.  And were you made aware of those instances by
 6    Mr. Garcia?
 7    A.    Yes.
 8    Q.    Were you made aware of them in real time?
 9    A.    Yes.
10    Q.    How did that make you feel?
11    A.    Shocked.  One of a kind.  Never before.  How is this even
12    possible?  We still live in the United States, don't we?
13              MR. KUEHNE:  Objection.  Move to strike.
14              THE COURT:  Sustained.  Stricken.
15    BY MS. CAPRIO:
16    Q.    And what eventually happened in connection -- during one
17    of these targeting events?  Did you ever go to the Ball & Chain
18    after Mr. Garcia would call you?
19    A.    Yes.  When possible, I would go to the operation to see
20    what was happening.
21    Q.    Okay.  And do you recall any specific event where you
22    responded to Mr. Alain Garcia's call when defendant Carollo was
23    targeting his valet operation?
24              MR. KUEHNE:  Objection.  Leading.
25              THE COURT:  Overruled.
```

```
 1              THE WITNESS:  The night after the covert operation at

 2    the church, we had identified another lot where the valet was

 3    going to be happening which was a parking garage about a mile

 4    away.  And based on what I had understood to be his methodology

 5    at this point --

 6              MR. KUEHNE:  Objection.

 7              THE COURT:  Wait.  There's an objection.

 8              MR. KUEHNE:  Foundation.  Speculation.  Obviously

 9    he's basing this on hearsay or something else.

10              THE COURT:  Overruled.

11              THE WITNESS:  I expected to see Joe Carollo come back

12    the same way he had come back the night before because when he

13    wants it to be closed, it will be closed.

14              MR. KUEHNE:  Objection.

15              THE COURT:  Grounds?

16              MR. KUEHNE:  Speculation.

17              THE COURT:  Overruled.

18              THE WITNESS:  So that night, I stayed at the Ball &

19    Chain and I waited patiently for Mr. Carollo to appear.  And as

20    expected, around 11:30 that night, I got a call from Alain

21    Garcia explaining to me that Joe Carollo had tailed one of the

22    vehicles --

23              MR. KUEHNE:  Objection.

24              THE WITNESS:  One of the vehicles.

25              MR. KUEHNE:  Objection.  Alain Garcia testimony.
```

1    Hearsay.

2           MS. CAPRIO:  It's not hearsay, Your Honor.  It goes

3    the state of mind.

4           THE COURT:  Overruled.

5           THE WITNESS:  Had tailed one of the vehicles from a

6    runway ramp at the valet to the new lot.  So I immediately

7    summoned our photographer because we have a professional

8    photographer at the Ball & Chain on Thursday, Friday and

9    Saturday nights to accompany me in my vehicle.

10          And I drove immediately to the parking lot and Gil

11   Bitton, the photographer, was in my front seat.  And we

12   observed Mr. Carollo and his wife in the vehicle in front of

13   the parking lot.

14          And when we took the photo, he covered his face like

15   this, not to be seen.  He was in a baseball cap, and this is

16   what I was becoming to learn.  That this was -- these were

17   sneaky attacks at night.

18          MR. KUEHNE:  Objection.

19          THE COURT:  Wait.  Grounds?

20          MR. KUEHNE:  Narrative.  Non-responsive to the

21   question.

22          THE COURT:  Overruled.

23          MS. CAPRIO:  Let's call up Plaintiffs' Exhibit 344

24   which has already been admitted into evidence.  If we can

25   please publish to the jury.

1    **BY MS. CAPRIO:**

2    Q.   Mr. Fuller, is this the photograph that you're referring

3    to?

4    A.   Yes.

5    Q.   Okay.  And where was this photograph taken?

6    A.   In front of our parking structure.  Mr. Carollo is in his

7    vehicle.  I'm driving in my vehicle and my photographer has

8    lowered my window and is taking the photograph of Mr. Carollo

9    at around 11:30 at night camped out with his wife in front of

10   our parking garage.

11   Q.   And what was that parking garage used for?

12   A.   For -- it was the temporary solution to parking the cars

13   because remember, the night before over the Friday night to the

14   Saturday night, they had closed the church valet parking lot

15   that we've heard during this trial, so this was --

16        MR. KUEHNE:  Objection.  Now speculation referring to

17   an unknown "they."

18        THE COURT:  Sustained.

19   **BY MS. CAPRIO:**

20   Q.   Who was they?  Who closed the valet?  Let's back up just a

21   minute.

22        THE COURT:  Also you have one minute, counsel.

23   **BY MS. CAPRIO:**

24   Q.   Okay.  Who -- what happened after the first encounter of

25   Alain Garcia with Carollo at the Ball & Chain valet?

1    A.    Art Noriega told me to find a new valet lot --

2              MR. KUEHNE:  Objection.

3              THE COURT:  Wait.  There's an objection.

4              MR. KUEHNE:  Hearsay.

5              THE COURT:  Sustained.

6    **BY MS. CAPRIO:**

7    Q.   What happened to Mr. Alain Garcia's licenses with the City

8    of Miami after he encountered Carollo in the Ball & Chain

9    parking lot for the first time?

10             MR. KUEHNE:  Objection.  Foundation.  Speculation.

11   Not based on personal knowledge.

12             THE COURT:  Overruled.  If he knows.

13             THE WITNESS:  On Monday after the series of events, I

14   went with Mr. Alain Garcia to meet Roberto Escandon that

15   managed this particular operation for the Miami Parking

16   Authority.

17   **BY MS. CAPRIO:**

18   Q.   Okay.  And were Mr. Garcia's licenses revoked?

19   A.    Yes.

20             MR. KUEHNE:  Objection.  Foundation.

21             THE COURT:  Overruled.

22   **BY MS. CAPRIO:**

23   Q.   Okay.  This was the photograph that you and your

24   photographer took the next day?

25   A.   This was taken on Saturday, the day after the covert

1    church operation.

2    Q.   And what do you mean by the covert church operation?

3    A.   Well, originally, I understood that Mr. Carollo had a

4    meeting with the priest that evening --

5            MR. KUEHNE:  Objection.

6            THE COURT:  Wait.

7            MR. KUEHNE:  Objection.  Lack of personal knowledge.

8    Hearsay.

9            THE COURT:  Sustained.

10   **BY MS. CAPRIO:**

11   Q.   What did you learn from Mr. Garcia?  Did Mr. Garcia notify

12   you about what was happening at the Ball & Chain valet lot?

13   A.   Yes, he did.

14   Q.   Okay.  And --

15           THE COURT:  Well, that will be your last question for

16   the day.

17           MS. CAPRIO:  We'll resume tomorrow.  Thank you, Your

18   Honor.

19           THE COURT:  Ladies and gentlemen, again, we'll see

20   everyone tomorrow.  We'll start at 9:00 a.m.  Again, do not

21   discuss this case with anyone.  Do not formulate any opinions.

22   Do not watch the news, read the newspaper, repeat my

23   instructions that I have instructed at the beginning of this

24   case.  Thank you.  We'll see you tomorrow morning.  Okay?

25           THE COURT SECURITY OFFICER:  All rise for the jury.

1          (Thereupon, the jury exited the courtroom.)

2          THE COURT:  Have a good night, everyone.  We'll

3    resume tomorrow at 9:00 a.m.  Thank you.

4          (Thereupon, this proceeding was adjourned 5:01 p.m.)

5                           - - -

6

7                    C-E-R-T-I-F-I-C-A-T-E

8

9          I hereby certify that the foregoing is an accurate

10   transcription of the proceedings in the above-entitled matter.

11

12   JULY 20, 2023              /s/:/Ellen A. Rassie
                                ELLEN A. RASSIE, RMR-CRR
13                              Official Court Reporter
                                To the Honorable Rodney Smith
14                              299 East Broward Blvd., Room 202B
                                Fort. Lauderdale, Florida  33301
15                              (954)769-5448

16

17

18

19

20

21

22

23

24

25

**A JUROR: [2]** 5/5
5/12
**MR. GUTCHESS: [4]**
122/12 254/4 255/6
256/6
**MR. KUEHNE: [250]**
111/25 112/16 114/5
114/7 114/11 114/18
114/23 115/14 116/2
116/21 117/4 117/8
117/12 117/23 119/5
119/22 119/24 121/8
125/2 125/10 125/12
126/1 126/21 126/24
128/7 128/13 128/15
130/12 142/19 143/14
143/16 147/4 147/11
148/6 148/16 148/19
149/7 149/14 149/21
153/20 153/23 155/7
155/14 156/2 157/2
157/8 157/15 157/22
158/4 158/25 161/1
162/11 164/19 164/21
167/2 167/19 167/21
169/21 170/5 170/12
171/21 172/12 172/21
173/6 173/18 174/11
175/3 175/5 175/9
175/12 175/17 175/23
176/15 177/5 177/16
177/18 177/24 178/2
178/15 178/22 181/2
185/4 185/10 185/21
186/19 188/5 188/22
188/24 189/11 189/24
200/15 201/15 201/23
201/25 202/8 202/18
204/4 204/6 204/21
205/1 205/10 205/18
205/21 206/10 206/19
206/24 207/8 207/10
207/18 208/15 208/17
209/2 209/4 209/16
211/4 213/25 214/2
214/9 214/22 215/16
218/15 218/20 218/22
219/6 219/12 219/25
220/6 221/6 221/13
222/6 222/11 222/13
222/21 223/5 223/11
223/25 224/2 224/7
224/19 224/25 225/2
225/7 225/12 225/16
229/3 230/1 230/6
230/8 230/15 230/17
231/1 231/3 231/12
231/18 231/23 232/7
232/9 232/24 233/1
233/8 233/10 233/18

233/20 234/2 234/8
234/21 234/24 235/4
235/10 235/18 235/21
235/24 236/2 237/13
237/15 238/1 238/6
238/9 238/13 238/15
239/3 239/5 239/14
239/20 240/10 240/15
241/2 242/3 242/21
242/23 243/15 243/25
244/6 244/14 244/19
244/21 245/6 246/9
246/11 246/17 246/24
247/1 247/8 247/10
247/20 248/1 248/8
248/12 248/14 249/3
249/5 249/7 249/11
249/21 249/24 250/4
250/8 250/10 250/22
251/3 251/21 252/5
252/17 254/7 256/20
257/18 257/20 258/15
259/18 260/2 262/10
262/12 262/16 263/13
263/24 264/6 264/8
264/14 264/16 264/23
264/25 265/18 265/20
266/16 267/2 267/4
267/10 267/20 268/5
268/7
**MR. PERTNOY:**
**[189]** 4/14 5/17 6/9
7/1 8/14 8/16 9/23
10/2 10/14 11/13
11/16 11/19 11/24
12/2 13/4 13/15 13/18
14/15 15/8 16/11 17/2
17/6 17/9 18/5 18/10
18/18 19/2 19/11 20/2
20/11 20/13 21/7
22/10 22/23 23/3 23/5
23/25 24/11 24/23
26/16 26/19 27/4
27/20 28/5 28/14 29/3
30/4 30/8 31/1 32/1
32/5 34/2 35/24 36/19
36/21 37/18 37/21
38/4 39/4 39/20 40/10
40/25 41/5 41/17
44/21 46/6 46/15
46/23 47/22 49/2
50/15 52/9 52/24 53/6
53/10 53/24 55/12
56/1 56/4 57/25 58/6
62/3 62/9 63/2 63/9
63/12 64/16 71/6
72/15 75/18 77/12
78/1 78/5 78/21 79/9
80/17 81/1 82/1 82/3
82/7 82/23 83/2 83/4
83/22 84/3 84/17
84/23 85/5 85/15 87/3

87/8 87/22 88/16
88/18 88/24 89/1
89/13 89/16 89/18
89/21 90/6 90/8 90/16
90/21 90/25 91/5 91/7
91/18 93/15 93/19
94/10 94/13 94/23
95/20 96/10 96/17
96/25 97/14 97/16
97/24 98/5 99/20
99/22 100/6 100/8
100/16 101/1 101/3
101/15 101/18 101/24
102/5 102/14 102/16
102/22 103/5 103/7
103/15 105/20 105/22
106/9 106/16 106/22
107/3 107/11 107/13
107/21 108/4 109/2
109/8 109/21 109/23
110/4 110/6 111/8
117/25 118/5 118/9
120/10 120/17 122/4
122/11 122/20 123/3
123/13 123/15 124/8
124/14 124/16
**MS. CAPRIO: [101]**
4/10 4/20 111/13
111/18 111/24 112/15
112/23 113/9 114/1
114/6 114/10 114/15
114/20 115/4 115/12
116/12 116/18 116/24
117/2 117/7 117/11
117/15 117/21 117/24
118/7 118/11 118/16
118/24 119/15 119/17
119/23 120/5 120/8
120/13 120/16 120/18
122/5 122/7 122/19
124/19 125/1 125/11
126/6 129/6 137/4
137/18 143/6 143/18
155/16 155/19 155/22
160/24 161/11 161/13
162/15 165/25 166/25
167/6 178/13 179/22
180/16 181/1 181/5
181/15 184/4 184/7
185/13 191/3 195/2
195/9 195/25 197/1
207/9 211/6 216/24
220/7 222/23 226/20
228/20 237/16 244/2
247/13 250/13 252/21
252/25 253/10 253/19
254/2 255/20 255/25
256/3 256/17 256/19
257/8 259/4 259/15
259/25 260/4 265/2
265/23 268/17
**MS. GOMEZ: [126]**

7/19 8/4 8/12 9/1
9/18 10/13 10/16
10/24 11/17 12/8
13/17 13/23 14/6 15/2
15/14 17/5 17/8 18/24
19/22 20/1 20/12 22/1
22/19 23/12 23/19
26/18 27/7 29/13
29/20 30/2 31/3 31/19
32/4 32/18 33/1 34/20
35/5 35/21 36/20
37/20 38/5 38/18 40/2
41/14 43/2 43/13
44/11 44/19 47/18
48/9 48/14 50/7 50/13
51/23 52/12 53/22
54/1 54/7 54/21 55/23
56/11 56/16 56/21
57/1 57/6 57/9 57/17
58/24 59/9 59/20
59/25 61/1 61/16
63/24 65/10 67/1
67/19 67/25 68/7
68/17 69/21 71/2
71/23 72/5 73/13 74/7
75/6 75/16 76/16
76/23 77/5 77/8 77/19
77/23 78/10 80/11
80/24 81/5 81/11
81/18 81/24 82/20
82/25 83/3 83/5 85/2
86/14 88/4 91/10 92/5
95/4 108/10 110/13
118/3 120/3 121/18
121/21 122/1 122/24
123/23 124/2 124/9
124/12 124/15 126/11
128/24
**THE COURT**
**SECURITY**
**OFFICER: [7]** 5/1
63/21 110/18 183/6
252/12 256/24 268/25
**THE COURT: [514]**
**THE COURTROOM**
**DEPUTY: [1]** 4/7
**THE WITNESS:**
**[149]** 9/21 13/5 14/2
15/5 15/17 18/9 19/5
19/24 22/21 23/4 27/6
27/9 27/24 28/15
28/20 29/2 30/7 31/22
41/3 43/5 46/8 46/25
47/21 47/24 48/18
51/25 52/14 52/25
53/9 54/3 54/11 54/25
57/21 58/1 59/1 59/11
59/21 62/4 63/5 63/15
67/3 67/21 68/19
69/24 71/5 72/6 72/18
77/10 78/12 80/13
82/22 84/20 85/1 85/8

87/10 87/24 88/20
89/4 89/23 90/19
90/23 91/13 91/20
93/17 94/12 95/1
95/22 96/12 97/4 98/7
99/24 100/11 100/19
101/16 102/7 102/24
103/9 103/16 106/18
106/25 107/6 107/17
107/23 108/7 109/11
109/25 129/2 153/21
157/4 157/19 157/25
161/12 173/1 173/22
174/14 175/7 175/10
175/15 175/20 176/19
177/21 178/5 178/19
185/6 185/25 190/1
204/23 206/22 209/19
214/12 218/18 220/3
222/8 222/12 222/16
223/12 223/14 224/9
225/10 225/14 225/18
229/7 230/7 230/10
231/6 231/20 233/13
234/4 235/6 237/18
238/4 238/11 241/5
242/25 244/17 244/20
245/8 247/22 248/10
250/6 252/9 257/9
262/14 264/1 264/11
264/18 264/24 265/5
267/13

---

**$**

**$2,500 [5]** 87/18
97/23 98/3 100/2
100/14
**$20,000 [3]** 99/10
100/23 101/11
**$250,000 [1]** 139/10
**$375 [2]** 135/19
135/24
**$425 [1]** 135/16
**$47,000 [1]** 134/20
**$6,500 [1]** 134/22
**$75,000 [2]** 98/23
100/25
**$80,000 [1]** 163/20
**$800 [1]** 135/17

---

**,**

**'09 [1]** 221/1
**'17 [1]** 193/7
**'18 [1]** 193/7
**'20's [1]** 217/22
**'40s [2]** 145/5 146/8
**'80's [1]** 131/3
**'90's [1]** 131/3

---

**/**

**/s:/Ellen [1]** 269/12

**1**

**1-9-18 [1]** 104/20
**10 [5]** 3/11 11/2
11/13 12/3 21/7
**100 [1]** 1/19
**1020 [2]** 136/21
137/11
**10:00 [1]** 182/3
**10:55 [2]** 63/18
63/20
**11 [1]** 96/6
**11:30 [2]** 264/20
266/9
**11th [1]** 135/4
**12 [13]** 3/11 6/16
8/21 25/18 25/23 32/1
35/1 92/19 92/21 93/7
93/17 94/18 105/13
**125 [3]** 41/18 251/12
257/7
**126 [2]** 83/1 83/3
**12:30 [1]** 221/24
**12th [5]** 26/7 26/11
104/9 130/24 134/19
**13 [4]** 39/20 40/10
40/11 158/16
**137 [1]** 3/7
**1380 [1]** 34/14
**13th [5]** 26/3 26/10
26/11 122/10 124/2
**14 [7]** 60/11 61/14
99/12 99/13 111/20
112/24 115/4
**140 [1]** 182/3
**1400 [1]** 2/3
**143 [1]** 3/8
**1444 [11]** 28/2 28/9
28/10 29/9 29/18 30/1
30/13 30/22 31/18
32/11 32/13
**1450 [6]** 9/9 14/12
92/24 95/10 98/15
99/4
**1460 [28]** 9/12 9/15
9/16 10/8 10/22 11/3
11/12 12/6 12/12
13/21 14/13 14/16
14/23 16/5 17/19 19/8
19/18 20/7 20/7 20/19
20/21 23/9 23/17
23/23 24/5 24/21 25/5
26/24
**14th [6]** 33/17 60/13
61/11 182/3 182/9
236/13
**15 [7]** 1/8 40/11
40/12 63/17 78/18
183/3 183/8
**15 percent [1]** 152/6
**1513 [1]** 258/9
**1549 [1]** 182/23

**15th [5]** 26/4 128/2
179/5 179/17 258/9
**16 [1]** 34/2
**161 [1]** 123/10
**1641 [1]** 42/4
**167 [1]** 3/8
**169 [1]** 1/16
**17 [1]** 3/12
**17th [1]** 236/12
**18 [5]** 4/8 104/20
187/3 187/15 187/18
**18-000 [1]** 42/6
**18-CV-24190 [1]**
1/2
**181 [1]** 3/9
**18t [1]** 184/20
**18th [3]** 182/1 182/2
184/1
**19 [9]** 36/14 154/8
187/24 188/9 188/12
188/19 189/17 191/10
192/16
**1902 [1]** 130/2
**1920/1930 [1]**
146/3
**1926 [1]** 138/1
**1930 [1]** 146/3
**1930's [1]** 145/4
**1934 [1]** 146/6
**1935 [2]** 146/7
258/10
**1939 [1]** 130/1
**1949 [1]** 129/25
**1957 [1]** 258/10
**1960 [2]** 112/20
114/3
**197 [1]** 226/20
**19th [1]** 130/24
**1:00 [2]** 110/15
110/20
**1st [3]** 136/21
137/11 182/9

**2**

**20 [18]** 3/12 17/24
23/8 23/17 23/23 24/4
24/14 24/20 25/3
52/22 78/17 78/18
208/4 208/12 208/23
252/15 252/18 269/12
**200 [1]** 1/21
**2000 [2]** 131/2 211/1
**2001 [2]** 134/16
135/4
**2004 [11]** 83/16
139/3 139/6 154/12
158/15 209/5 209/10
209/11 210/5 211/1
211/5
**2005 [2]** 138/12
152/3
**2006 [2]** 117/7

**2007 [1]** 141/23
**2008 [1]** 142/15
**2009 [1]** 152/24
**201 [1]** 1/13
**2012 [15]** 86/8
88/21 92/3 92/19
92/20 92/21 93/7 93/9
93/13 94/18 95/22
96/1 216/3 216/6
216/8
**2013 [1]** 96/6
**2014 [4]** 99/16 99/19
258/12 258/22
**2015 [1]** 202/14
**2016 [9]** 6/22 7/3
7/6 8/3 8/23 157/3
202/14 211/19 259/23
**2017 [100]** 33/20
33/25 34/6 39/23 40/7
40/19 40/23 45/4 45/4
45/6 55/8 55/17 55/22
72/2 79/7 102/3 102/9
102/20 103/14 104/6
108/21 118/18 155/3
155/25 156/3 156/11
158/8 158/10 158/13
158/20 159/7 170/19
172/17 174/20 175/22
176/3 176/14 181/24
184/20 186/24 187/3
187/15 187/18 187/24
188/9 188/12 188/19
189/17 191/10 192/6
192/16 196/6 196/18
197/7 203/17 204/20
209/11 210/5 211/8
211/18 212/1 212/6
213/7 213/11 213/15
213/19 214/8 215/20
215/23 216/11 216/14
216/18 217/5 220/10
220/16 220/24 221/5
221/11 223/3 223/10
223/17 224/17 224/24
228/6 231/10 232/13
232/19 232/23 233/6
234/1 235/15 236/8
236/19 260/23 261/3
261/17 261/22 262/2
262/6 262/24
**2018 [51]** 9/16 10/8
11/7 12/7 12/12 13/16
13/21 14/11 16/3
16/20 17/24 21/11
27/3 27/10 28/7 29/7
29/12 29/17 29/25
30/12 30/19 31/16
32/10 34/18 35/1
36/15 41/22 42/1 42/7
42/19 56/20 56/25
94/5 104/2 104/4
104/20 104/25 105/10

193/8 198/6 199/24
228/11 237/6 237/6
237/9 238/19 238/19
240/2 243/6 251/25
257/12
**2019 [14]** 6/16 8/21
18/1 21/18 38/16
38/22 38/23 39/2
39/10 60/11 60/15
111/20 112/24 115/4
**2020 [16]** 18/21
19/7 19/17 20/9 21/18
21/22 22/5 22/14 23/8
23/17 23/23 24/4
24/14 24/20 25/3
64/21
**2021 [4]** 25/18 25/23
26/7 104/9
**2022 [1]** 123/13
**2023 [4]** 1/5 4/1
111/1 269/12
**202B [1]** 269/14
**2030 [2]** 7/12 7/17
**20th [1]** 16/20
**21 [3]** 16/3 32/3
196/6
**2121 [1]** 1/13
**21st [1]** 193/15
**22 [7]** 12/12 13/16
13/20 32/3 33/20
33/25 34/6
**23 [10]** 14/11 29/17
29/25 30/12 30/19
31/16 32/3 104/4
123/13 134/4
**23rd [3]** 103/25
105/10 123/9
**24 [2]** 32/10 112/21
**24190 [2]** 1/2 4/8
**25 [3]** 93/9 93/10
93/13
**250 [1]** 154/5
**26 [11]** 3/13 18/1
41/22 42/1 42/19
45/10 122/22 123/5
123/16 251/25 257/12
**260 [1]** 3/9
**27 [2]** 136/5 197/7
**28 [7]** 3/14 3/14
35/24 36/19 36/23
38/7 105/14
**299 [1]** 269/14
**2:00 [1]** 182/3
**2nd [2]** 1/13 1/19

**3**

**30 [5]** 39/23 40/7
40/19 74/4 74/11
**305 [1]** 49/2
**30th [1]** 41/4
**31 [3]** 3/13 86/8 92/3
**3105 [1]** 1/19

**312 [1]** 195/3
**314 [3]** 84/15 181/16
184/5
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33134 [1]** 7/13
**33145 [1]** 182/4
**33156 [1]** 2/4
**33301 [1]** 269/14
**344 [1]** 265/23
**350 [1]** 85/2
**356 [1]** 179/23
**357 [3]** 3/9 180/17
181/6
**36 [1]** 3/14
**368 [1]** 125/21
**373 [4]** 3/8 120/18
166/1 167/8
**38 [1]** 3/14
**394 [1]** 178/14
**396 [2]** 97/20 98/10
**398 [4]** 3/12 16/11
17/2 17/12
**3:06 [1]** 183/4

**4**

**40 [5]** 3/12 20/3 20/4
20/16 74/4
**403 [3]** 175/5 175/24
242/23
**41 [1]** 64/7
**4100 [1]** 1/21
**412 [8]** 6/9 6/14
8/10 8/14 8/16 32/5
32/7 95/5
**413 [2]** 181/16
183/18
**432 [1]** 216/25
**434 [4]** 3/8 143/6
143/17 143/21
**443 [1]** 228/21
**449 [4]** 3/9 259/5
259/15 260/6
**45 [1]** 251/10
**453 [1]** 86/14
**462 [1]** 217/15
**465 [2]** 63/13 64/17
**48 [1]** 101/12
**4:36 p.m [1]** 196/6

**5**

**50 [3]** 73/25 74/6
146/12
**50-year [1]** 151/20
**500 [1]** 1/16
**531 [1]** 112/20
**542 [1]** 92/5
**5448 [1]** 269/15
**553 [2]** 195/10 196/1
**574 [2]** 117/25
160/24

**5**

**579 [5]** 3/7 116/24
117/1 137/5 137/21
**58 [4]** 3/14 35/25
36/19 36/23
**5:00 [1]** 252/16
**5:00 p.m [1]** 252/15
**5:01 [1]** 269/4

**6**

**60 [1]** 146/12
**63 [1]** 88/4
**632 [1]** 39/4
**637 [1]** 134/19
**64 [6]** 3/14 37/19
38/4 38/7 38/15
105/14

**7**

**70 [5]** 3/11 10/2
11/16 12/3 21/7
**71 [1]** 13/18
**73 [2]** 14/16 103/20
**74 [4]** 3/12 18/19
19/11 20/16
**75 [2]** 21/20 22/10
**76 [2]** 23/5 23/25
**769-5448 [1]** 269/15
**77 [2]** 24/12 24/18
**78 [5]** 3/13 25/17
25/22 26/21 104/7
**79 [3]** 28/5 29/3
104/12
**7:20 [1]** 197/7
**7:30 [1]** 198/9
**7th [21]** 9/12 14/23
17/19 20/21 24/5
24/21 25/5 28/3 28/9
28/10 29/9 29/18 30/1
30/13 30/22 31/18
32/11 92/24 95/10
98/15 99/4

**8**

**80 [7]** 3/13 29/16
30/9 31/5 105/3 146/9
213/2
**800 [1]** 34/13
**8002 [1]** 129/21
**82 [1]** 24/1
**827 [1]** 33/17
**8th [9]** 34/15 42/4
112/20 136/9 147/18
152/5 179/17 182/23
258/9

**9**

**90 [1]** 258/13
**91 [1]** 49/4
**9150 [1]** 2/3
**95 [1]** 4/23
**954 [1]** 269/15

**9:00 [3]** 159/6
268/20 269/3

**A**

**a.m [2]** 268/20 269/3
**abandonment [1]**
50/22
**ABC [7]** 173/4 173/5
173/13 174/9 175/16
185/8 185/12
**ability [4]** 202/20
220/21 235/16 245/8
**able [13]** 49/17 90/1
90/15 103/3 126/4
135/9 163/20 164/6
165/15 200/4 229/20
240/9 253/16
**abolish [1]** 63/6
**about [165]** 5/10 6/7
9/7 10/8 11/6 14/10
16/3 16/19 16/25
18/21 20/9 21/21 23/8
25/18 32/8 33/4 35/1
36/11 36/14 37/5 37/6
37/9 37/13 38/12
39/17 42/1 43/8 46/1
48/20 48/23 49/7 50/5
50/23 50/24 51/4
51/13 51/16 52/7 52/8
52/14 55/3 61/5 61/20
62/13 62/14 62/17
63/25 64/7 67/18 69/4
71/10 71/11 73/17
73/20 74/3 74/22
75/10 75/11 77/4 98/8
98/17 99/5 99/14
106/2 111/15 112/2
113/10 113/25 114/19
116/16 119/7 120/20
121/2 121/16 123/2
123/6 123/19 123/21
124/24 125/14 126/7
126/12 126/22 127/10
131/9 131/23 133/12
134/22 136/3 136/19
139/18 139/19 140/5
142/3 149/2 150/21
151/21 152/6 161/6
161/6 161/16 161/24
162/3 162/6 163/1
168/8 169/8 171/1
171/19 176/13 176/19
177/2 177/3 177/9
177/19 178/8 181/20
181/21 183/3 188/1
189/4 190/21 191/24
191/24 192/7 197/16
199/20 200/11 200/20
202/9 202/19 202/20
205/5 205/9 205/14
209/5 211/5 213/6
219/9 223/21 229/4

229/12 233/25 234/14
243/11 244/22 245/10
248/15 250/14 250/15
251/10 252/7 252/11
252/15 252/18 253/22
253/22 254/3 254/14
254/22 255/21 258/5
258/18 264/3 268/12
**above [6]** 24/8 27/13
31/9 49/12 165/18
269/10
**above-entitled [1]**
269/10
**absolutely [9]** 55/7
58/12 150/1 155/22
176/21 206/6 220/22
226/10 247/23
**abuse [1]** 71/19
**abut [1]** 146/25
**AC [4]** 88/11 88/23
89/10 91/3
**accentuate [1]**
141/1
**accept [2]** 256/14
257/16
**accepted [1]** 131/25
**accepting [1]** 209/23
**access [2]** 69/17
71/18
**accompany [1]**
265/9
**according [1]** 123/16
**accounted [4]** 64/13
128/22 183/14 257/3
**accurate [3]** 8/24
41/4 269/9
**accusatory [1]** 48/7
**accused [5]** 76/2
206/22 207/3 207/14
207/17
**achieve [1]** 160/10
**acquire [1]** 146/22
**acquired [2]** 41/13
88/21
**acronym [4]** 118/24
160/3 173/4 173/13
**across [8]** 13/10
103/1 133/23 134/4
138/9 138/10 143/3
228/3
**ACs [3]** 90/1 90/4
91/21
**acting [1]** 254/25
**action [1]** 24/19
**activation [4]**
140/20 187/7 201/9
237/2
**activations [1]**
236/23
**active [4]** 93/17
94/12 236/12 238/21
**actively [3]** 223/24

**224/5 234/15
activities [3]** 62/4
254/23 254/23
**activity [1]** 244/22
**actor [1]** 159/21
**actual [7]** 112/10
115/6 167/25 193/1
229/12 230/14 232/13
**actually [35]** 33/7
40/11 42/25 43/18
45/4 45/21 49/10 52/6
76/2 92/6 92/22 95/7
95/8 115/7 115/8
117/16 117/18 135/19
138/17 147/22 149/5
158/24 160/12 160/18
162/4 162/24 163/18
164/4 181/16 193/8
194/22 203/9 211/1
211/10 227/4
**ad [5]** 85/4 112/4
139/8 178/12 179/8
**addiction [1]** 144/5
**adding [1]** 45/21
**addition [2]** 14/11
109/11
**additional [7]** 26/13
43/12 64/6 94/20
109/12 164/1 212/22
**address [20]** 7/13
7/15 7/18 15/7 28/2
33/18 34/15 92/23
92/23 95/9 95/11
95/12 98/14 99/3
182/3 182/5 182/23
212/24 234/5 255/18
**addressed [5]** 7/6
34/13 34/14 113/4
212/22
**addresses [1]** 9/8
**Adele [1]** 64/22
**adjacent [1]** 245/17
**adjourned [1]** 269/4
**administration [5]**
51/17 57/5 57/15
58/16 70/25
**administrations [1]**
134/7
**administrator [2]**
50/2 59/14
**admissible [1]**
121/16
**admit [15]** 11/13
11/24 17/2 20/11
26/16 31/1 36/19 38/4
137/19 143/18 161/13
166/25 181/1 259/15
259/25
**admitted [24]** 6/11
21/8 84/15 92/6 105/4
137/20 167/5 178/14
179/23 180/17 181/16

**184/5 191/4 195/3
195/10 197/2 203/8
216/25 217/16 226/21
228/22 251/12 260/3
265/24
**admonish [1]** 252/6
**advertisement [11]**
179/20 180/23 181/19
181/20 182/10 182/22
183/22 184/8 184/11
186/12 187/4
**advertisements [1]**
184/15
**advice [5]** 253/11
253/12 255/21 256/14
257/16
**advised [1]** 48/12
**advocates [1]** 201/1
**affect [2]** 81/17
155/25
**affecting [1]** 45/15
**after [109]** 10/10
16/3 18/14 27/11
27/11 31/16 32/15
42/19 42/19 42/22
42/22 55/3 55/8 55/9
55/10 58/11 58/13
60/22 66/1 66/2 66/3
69/12 70/22 71/18
86/11 89/24 95/2
102/9 102/20 103/14
104/10 104/25 105/11
109/6 116/3 116/8
131/10 132/6 132/20
158/1 159/4 169/11
174/3 176/25 181/9
189/3 190/15 191/16
192/19 193/1 193/14
193/14 193/16 194/3
194/6 196/23 197/14
197/25 198/14 200/3
210/3 210/12 213/6
213/11 213/15 213/18
213/20 214/7 216/9
222/3 222/17 223/22
224/12 225/4 231/10
231/17 232/18 232/22
233/6 233/25 235/13
235/14 235/16 236/7
237/20 240/22 242/19
243/14 243/21 245/14
246/14 246/20 246/22
246/22 246/22 246/23
247/19 248/19 249/17
261/2 261/21 262/5
262/24 263/18 264/1
266/24 267/8 267/13
267/25
**afternoon [6]** 111/1
127/5 129/11 183/17
188/14 190/18
**afterwards [1]**

**A**

**afterwards... [1]**
243/22

**again [42]** 10/10
11/22 18/14 18/22
21/14 25/2 27/17
46/19 46/23 52/22
57/11 63/18 67/5 80/8
88/2 110/15 113/20
115/1 115/3 124/23
125/6 149/22 171/25
175/17 178/17 188/15
191/24 193/4 194/6
194/20 198/1 203/7
203/16 205/24 211/4
237/1 237/12 237/18
245/2 256/22 268/19
268/20

**against [21]** 32/24
38/10 61/24 65/25
81/9 81/23 83/21
83/25 112/3 112/3
157/1 157/6 201/5
205/6 205/24 206/4
206/15 206/18 207/4
207/14 235/7

**age [3]** 145/12 243/1
243/2

**agenda [1]** 127/10

**agent [2]** 135/14
135/14

**ago [2]** 54/5 149/5

**agree [11]** 18/17
44/10 44/15 45/7
46/11 46/19 71/9
82/18 82/22 160/12
160/15

**agreed [1]** 64/2

**agreement [28]**
14/12 14/13 14/14
14/16 14/22 14/25
15/6 15/20 15/24
25/19 25/24 26/6
26/12 26/16 26/23
26/24 26/25 27/14
29/18 29/25 30/13
30/22 31/7 31/17 64/3
64/5 105/8 105/9

**Agreements [3]**
32/15 32/17 32/25

**agrees [4]** 31/9
31/11 52/17 254/20

**ah [1]** 49/17

**ahead [10]** 57/13
57/19 77/24 78/4
130/16 161/12 161/15
188/1 192/6 250/19

**air [1]** 97/5

**aired [2]** 180/13
207/9

**airing [2]** 66/20

68/24

**airlines [2]** 135/6
143/5

**al [1]** 4/7

**Alain [9]** 261/1 261/4
261/24 263/22 264/20
264/25 266/25 267/7
267/14

**alarming [2]** 50/21
198/13

**alcohol [1]** 89/8

**Alex [4]** 198/11
199/25 200/1 228/12

**Alfie [69]** 54/17
54/18 54/20 55/10
70/21 70/22 101/13
101/22 171/15 171/17
171/20 171/25 173/23
174/6 174/22 174/25
175/1 175/7 176/8
176/9 176/11 176/13
177/1 177/1 177/9
177/11 178/5 178/7
178/8 179/4 179/13
180/11 180/24 181/9
181/12 181/22 181/24
182/14 182/15 182/16
182/22 183/18 183/23
184/21 184/25 186/6
186/6 186/12 186/23
187/22 188/19 189/4
189/10 189/16 190/10
190/12 190/23 192/1
194/21 195/1 195/6
195/7 195/16 195/19
205/6 205/15 206/7
206/14 231/10

**aligned [1]** 139/23

**all [149]** 5/1 5/3 5/8
5/24 6/4 7/1 8/2 9/12
10/7 10/11 13/10
14/22 16/1 17/2 17/21
22/25 24/8 24/25
27/23 30/17 31/23
32/15 37/10 38/2
38/11 40/19 41/2
41/12 42/3 43/11
43/11 43/23 45/13
45/22 50/5 51/8 51/19
52/16 56/2 58/20
59/13 60/7 61/23
62/20 62/25 63/4
63/21 64/5 64/12
66/19 70/11 78/8
79/22 82/3 82/24
83/23 95/2 95/15
102/25 103/10 103/13
106/4 110/14 110/18
113/12 114/9 116/11
116/25 119/11 123/22
124/5 125/9 125/14
126/16 126/20 128/14

128/21 128/22 128/25
129/4 135/5 136/12
137/16 137/20 138/16
140/22 142/21 144/19
146/9 146/25 147/6
147/18 147/20 149/10
153/3 155/4 155/17
156/5 158/6 160/5
160/14 161/7 161/21
162/13 163/9 163/20
167/1 167/22 175/15
176/21 176/23 183/6
183/10 183/13 187/3
188/6 190/10 199/6
200/17 201/10 202/7
206/25 208/20 208/22
219/22 224/21 228/4
231/24 234/11 234/23
236/5 236/20 237/14
239/9 247/1 249/17
250/16 252/12 252/25
253/6 254/4 255/9
255/17 256/13 256/24
257/2 257/3 258/7
268/25

**allegations [1]**
149/15

**alley [1]** 199/9

**alleyway [6]** 33/10
36/3 36/6 36/10 37/7
37/15

**Alliance [3]** 152/21
152/23 163/11

**allow [6]** 26/1 28/22
96/15 96/23 115/10
124/23

**allowed [5]** 46/13
94/8 99/18 229/5
253/11

**allowing [1]** 51/7

**allows [3]** 93/20
96/23 97/2

**almost [3]** 122/14
131/1 132/16

**along [5]** 45/22
59/12 59/13 71/15
243/22

**alongs [1]** 51/17

**already [26]** 17/18
32/3 44/22 83/1 88/5
104/3 104/5 117/11
126/11 179/23 181/16
184/5 191/4 195/3
195/10 197/2 198/8
203/8 216/25 217/16
226/21 228/22 241/3
251/12 256/8 265/24

**also [45]** 8/15 9/16
14/12 21/8 21/14
22/25 23/1 28/7 33/4
34/14 39/14 39/17
41/18 46/1 64/3 65/20

66/7 73/20 75/10 76/7
84/15 88/5 109/17
115/5 115/22 118/9
118/22 120/19 125/4
130/10 130/23 131/12
133/7 143/4 150/11
151/16 159/15 164/1
164/3 164/9 173/13
182/15 186/7 215/7
266/22

**altercation [2]**
242/19 245/14

**always [15]** 44/5
45/18 45/20 80/5 80/6
135/9 139/25 140/13
142/5 154/15 168/19
211/15 216/6 247/7
254/6

**am [7]** 57/21 84/9
114/4 120/13 134/11
201/6 201/6

**Amanda [3]** 1/12
4/11 4/20

**amazing [8]** 78/15
103/9 133/3 133/5
142/6 145/8 154/14
216/20

**ambassador [2]**
51/9 53/2

**Amber [2]** 2/3 4/15

**ambitions [1]**
156/19

**ambitious [1]**
132/15

**Amendment [3]**
66/18 69/2 69/4

**amends [1]** 256/9

**America [1]** 141/23

**American [3]** 130/1
143/4 165/11

**amo [4]** 178/7 178/8
181/21 181/22

**among [1]** 63/19

**amount [9]** 79/5
102/25 144/18 160/19
160/20 213/9 213/10
213/10 213/13

**analyzed [1]** 119/12

**Andy [12]** 138/8
159/21 164/9 164/24
165/3 166/11 166/12
166/12 166/13 166/16
169/12 192/13

**angle [2]** 38/9
260/20

**angry [2]** 242/15
242/16

**Anne [1]** 1/11

**announce [1]** 170/15

**announced [1]**
121/5

**announcing [1]**

181/25

**annual [2]** 151/14
215/22

**annually [1]** 151/21

**another [30]** 9/6
14/4 18/21 19/7 19/21
22/18 25/12 29/17
47/23 61/15 67/24
69/3 75/25 99/1 117/3
120/18 138/5 145/6
149/23 152/20 153/10
164/21 165/4 180/10
180/23 181/23 184/11
198/10 260/20 264/2

**answer [41]** 9/20
13/5 13/5 13/13 13/14
14/1 15/4 18/7 27/23
30/6 31/21 48/16
51/11 51/24 52/5
52/13 54/2 54/24
57/19 63/4 67/2 77/10
77/11 78/11 79/11
79/14 97/3 100/10
101/3 102/6 106/24
142/20 172/25 175/6
175/14 185/18 233/24
242/4 245/2 247/21
250/5

**answered [27]** 8/5
10/24 12/8 14/7 15/7
15/15 29/13 41/3
44/12 46/8 46/25
54/21 59/9 67/1 68/17
69/21 76/16 80/11
81/24 82/1 82/20
95/20 97/16 102/22
147/12 225/8 241/2

**any [89]** 7/15 11/15
14/14 17/4 19/19
22/25 28/17 28/23
35/9 35/16 37/8 46/20
62/14 63/7 63/8 63/20
67/7 78/12 79/21
82/11 82/24 94/4
107/15 108/24 108/25
109/17 109/19 110/2
110/16 112/7 115/22
119/24 120/2 121/9
121/10 123/1 123/19
123/21 124/7 125/25
127/24 130/18 131/19
137/1 148/24 155/25
167/4 171/10 171/13
172/2 172/3 173/2
183/5 186/11 190/25
194/21 197/17 201/20
202/20 206/3 206/7
206/14 208/6 210/20
212/6 213/7 223/2
229/24 230/4 236/18
237/1 244/4 244/12
245/8 245/21 251/11

**A**

**any... [13]** 253/24
258/23 259/17 260/1
261/8 261/9 261/17
261/23 261/23 261/25
262/2 263/21 268/21
**anybody [5]** 58/23
59/8 86/12 106/20
106/21
**anymore [2]** 113/19
156/18
**anyone [13]** 63/19
86/8 172/6 172/16
173/5 173/11 173/15
174/9 183/4 190/8
212/2 244/17 268/21
**anything [22]** 59/8
70/2 87/13 100/4
113/17 115/11 119/7
119/12 120/15 123/2
125/20 126/20 146/11
168/18 175/13 224/20
231/16 252/7 253/18
255/17 255/23 256/18
**anywhere [1]** 54/16
**apart [3]** 207/13
218/9 251/24
**apologize [3]** 63/5
181/17 254/10
**apologized [1]**
243/24
**apparently [1]**
125/19
**appealed [1]** 176/13
**appear [1]** 264/19
**appearances [3]**
1/10 2/1 4/9
**appears [3]** 17/25
65/20 106/18
**application [19]**
16/8 16/21 17/18
17/22 18/14 38/17
39/11 86/25 87/2 97/9
97/22 97/22 98/3
98/13 98/19 99/2
99/15 100/3 100/15
**applies [1]** 73/11
**apply [1]** 208/11
**applying [1]** 87/1
**appointed [3]** 56/19
56/24 152/3
**appreciate [2]** 53/10
227/4
**approached [5]** 48/4
48/5 199/10 199/13
245/22
**appropriate [2]**
11/17 216/22
**approve [1]** 35/14
**approved [4]** 17/25
27/10 42/6 114/21

**approximately [13]**
32/2 133/11 138/11
138/12 153/18 154/2
158/18 170/18 170/20
174/7 199/19 208/2
221/2
**April [5]** 45/4 45/6
108/21 122/10 124/2
**April 13th [2]**
122/10 124/2
**April 4 [3]** 45/4 45/6
108/21
**architect [5]** 79/23
144/14 166/10 166/10
209/1
**architects [1]**
209/24
**architectural [4]**
21/25 166/22 167/13
168/9
**Architecturally [1]**
145/9
**are [158]** 5/21 6/12
6/18 7/9 10/10 14/18
21/3 32/19 32/23
34/25 35/3 35/20
43/16 43/18 50/21
50/24 51/1 52/18
53/19 58/2 58/16
64/12 65/17 65/20
66/23 66/24 72/21
74/22 75/5 77/2 78/13
80/22 81/3 81/15
81/22 83/15 84/8
85/23 86/5 87/1 87/1
87/6 87/6 87/13 88/7
88/9 88/11 88/23
89/10 89/10 89/25
90/4 90/14 91/20 97/4
99/7 99/7 106/14
111/25 112/1 112/5
112/17 113/10 113/13
114/16 114/23 115/4
116/13 116/14 116/14
119/11 121/20 124/6
125/3 125/19 126/9
126/13 126/16 126/18
127/10 128/21 129/16
129/18 134/10 137/16
141/16 141/17 146/1
146/1 146/9 146/22
147/15 147/17 147/20
148/2 148/4 148/4
148/5 148/5 148/12
150/25 151/21 151/22
151/25 152/18 153/5
154/13 156/21 158/3
160/13 160/14 160/15
163/16 165/20 167/25
172/6 173/7 173/20
175/18 176/22 178/24
182/4 183/13 191/7

195/5 195/7 196/9
199/18 201/12 201/13
201/13 201/17 209/12
211/12 212/16 213/2
214/15 214/18 218/5
225/20 227/25 229/10
231/16 234/24 236/16
238/4 238/5 238/11
249/24 251/13 253/1
254/13 257/2 259/9
259/21 261/8 261/17
261/22
**area [18]** 20/18 21/4
21/5 21/10 36/10 37/7
37/9 37/17 37/24
38/10 67/5 89/6
105/18 125/3 149/23
160/9 166/9 245/10
**areas [4]** 33/7 67/11
77/6 219/23
**Aren't [1]** 5/24
**argumentative [21]**
8/12 14/6 19/22 20/1
22/19 23/2 35/21
43/13 54/1 54/7 59/20
59/25 61/16 71/2
73/14 75/17 76/17
97/24 225/7 253/2
253/8
**arguments [1]**
255/10
**around [28]** 6/22
12/7 18/1 39/9 45/3
91/21 117/7 121/6
127/12 128/2 135/5
136/23 138/18 146/9
147/16 162/2 166/9
198/8 199/6 199/9
223/3 223/9 223/17
227/2 228/4 252/14
264/20 266/9
**arrested [1]** 68/22
**arrived [12]** 141/4
218/14 219/1 219/3
219/10 219/16 221/12
224/16 224/23 237/25
238/18 240/1
**art [11]** 134/19
148/13 158/21 158/24
158/25 159/22 163/4
227/16 227/17 227/17
267/1
**Arteaga [1]** 4/22
**Arteaga-Gomez [1]**
4/22
**article [1]** 126/15
**articulated [1]** 243/9
**artist [1]** 226/5
**artistic [1]** 163/8
**artists [3]** 126/13
151/8 151/8
**arts [4]** 132/1 132/2

144/25 163/15
**Arturo [1]** 163/23
**Arvin [2]** 130/10
130/12
**as [172]** 4/17 5/13
5/14 5/14 6/14 6/14
8/10 8/19 11/6 11/9
11/9 11/9 23/1 35/9
40/20 42/9 49/24
52/10 55/12 57/11
57/25 62/7 64/8 65/22
65/23 69/13 69/19
69/22 71/10 71/11
71/12 71/13 71/14
75/14 75/22 76/13
79/12 79/12 79/24
80/3 80/9 80/9 83/20
92/15 93/13 94/7
94/13 97/1 98/3 99/9
101/18 101/24 102/16
104/5 108/2 108/2
109/11 109/16 114/14
114/17 115/24 116/7
116/25 117/13 118/13
119/5 120/1 120/24
121/7 121/9 122/16
125/5 125/19 126/1
126/1 126/15 127/16
127/16 127/18 128/6
130/23 131/3 131/6
131/13 131/25 132/10
132/11 134/5 134/5
137/14 138/15 141/4
141/12 142/4 142/13
144/16 144/16 149/5
149/8 149/9 150/18
150/18 151/8 153/23
153/23 155/5 155/14
155/15 159/19 163/1
163/3 169/16 172/4
172/6 176/15 176/16
178/7 182/22 182/22
182/23 184/5 185/2
185/7 185/11 186/19
195/10 197/17 201/8
201/10 207/15 210/8
210/10 211/20 211/20
212/20 213/5 214/9
214/9 214/16 214/23
214/23 215/6 215/6
215/10 216/15 218/13
227/17 230/25 231/12
231/12 232/19 233/1
233/1 233/10 233/10
244/14 244/14 252/3
253/11 253/11 254/14
254/15 254/23 255/22
255/22 258/12 258/20
259/18 259/18 261/21
261/24 264/19
**aside [3]** 130/7
200/19 248/18

**ask [32]** 19/4 28/25
29/1 47/5 47/23 49/3
50/17 56/7 62/8 74/11
75/1 75/21 78/2
107/14 108/24 112/9
114/13 123/2 123/19
123/21 124/4 124/4
126/22 126/25 127/14
253/12 253/14 255/10
255/21 255/22 255/23
256/12
**asked [40]** 8/4 10/24
12/8 13/12 14/6 15/15
28/24 29/13 42/12
44/12 49/7 49/22 53/9
54/21 59/4 59/9 67/1
67/23 68/17 69/21
72/18 76/16 79/14
80/11 81/24 82/16
82/20 95/20 97/16
98/2 102/22 106/4
106/10 121/12 133/22
147/11 153/9 195/13
225/7 241/2
**asking [17]** 19/2
30/4 37/5 37/11 37/13
37/14 57/7 60/18 74/1
80/22 81/1 81/8 87/13
98/8 99/7 99/7 122/25
**assembled [1]** 173/2
**asset [2]** 147/25
152/18
**assets [2]** 151/19
151/24
**assigned [1]** 169/6
**assistance [1]**
197/12
**assisted [1]** 176/4
**associate [1]** 7/15
**associated [2]** 7/13
9/8
**assumed [3]** 212/5
234/1 235/14
**Assumes [8]** 9/1
9/18 43/2 84/17 84/23
85/5 93/19 94/23
**assure [1]** 152/9
**assuring [1]** 45/18
**at [218]** 12/6 13/8
18/1 20/21 20/23 25/9
27/20 27/22 34/14
42/4 42/5 42/16 48/5
51/17 52/5 60/3 63/3
64/17 64/22 65/4 65/6
65/9 65/17 66/16
66/18 67/18 67/23
68/4 74/5 76/4 82/3
84/15 90/17 91/8 93/2
93/25 94/7 94/9 98/11
98/25 99/11 103/9
103/24 105/14 105/23
107/9 110/11 110/15

**A**

**at... [170]** 110/17
111/12 111/19 111/23
112/8 112/19 113/4
114/11 115/18 116/13
118/12 118/17 119/2
119/20 120/6 120/21
121/2 122/9 122/20
123/22 124/20 126/9
127/7 129/21 131/17
132/4 132/7 132/9
132/18 133/2 133/7
133/10 133/15 133/17
133/18 133/22 133/25
134/18 135/14 135/18
135/23 138/19 138/21
139/14 140/17 142/5
143/2 151/6 152/12
159/6 159/6 159/22
161/15 161/25 162/7
162/8 163/19 164/10
165/8 167/3 168/10
169/16 169/19 170/15
176/20 176/23 177/19
178/19 181/11 182/18
187/14 187/20 188/11
190/23 190/25 193/8
193/10 193/12 193/19
193/25 194/16 195/18
196/6 196/11 197/7
197/10 198/9 198/16
199/8 199/15 199/24
200/7 202/25 203/22
204/19 207/24 215/20
215/22 216/12 216/14
216/18 217/6 218/4
218/10 218/14 218/25
219/10 219/17 219/21
220/15 221/12 221/17
221/24 221/24 222/1
224/11 224/13 224/16
224/23 226/9 227/23
228/24 234/7 235/21
237/11 237/25 238/18
239/24 240/1 240/3
240/19 241/8 241/11
241/13 241/19 243/2
243/5 243/8 244/5
244/12 245/9 245/22
247/1 250/11 250/16
251/11 251/19 251/19
252/2 252/8 252/16
252/24 257/7 258/9
258/18 261/3 261/7
264/1 264/5 264/18
265/6 265/8 265/17
266/9 266/9 266/25
268/12 268/20 268/23
269/3
**atmosphere [1]**
183/20

**attached [2]** 97/4
97/8
**attack [2]** 53/3
233/19
**attacking [1]** 62/19
**attacks [13]** 9/22
10/10 22/21 24/22
25/14 40/24 61/22
78/20 155/5 237/21
238/5 241/9 265/17
**attempt [1]** 125/6
**attempts [1]** 248/22
**attend [6]** 60/20
127/3 127/16 204/12
217/9 228/17
**attended [1]** 132/7
**attending [1]** 25/7
**attention [4]** 42/8
51/20 241/6 253/11
**attest [3]** 11/8 21/1
36/16
**attorney [6]** 25/11
25/12 28/17 44/4
57/10 79/12
**attorneys [7]** 57/11
234/17 234/22 251/19
251/24 252/4 252/8
**audit [1]** 80/16
**August [5]** 16/3
16/20 17/24 32/10
135/4
**August 20 [1]** 17/24
**authentic [2]** 148/3
176/5
**authenticate [1]**
124/18
**Authority [5]** 159/22
165/2 168/1 263/3
267/16
**authorize [1]** 126/25
**authorized [2]**
225/11 225/18
**Auto [1]** 145/3
**available [3]** 119/12
127/19 139/9
**Avenue [11]** 1/13
33/17 130/24 136/10
179/5 179/5 179/17
182/4 182/9 236/12
236/13
**award [1]** 217/8
**aware [24]** 32/23
34/25 35/3 43/5 57/21
81/3 81/15 81/22
187/22 189/9 189/16
191/25 198/14 201/6
201/7 223/23 231/16
243/1 243/12 261/17
261/22 261/25 263/5
263/8
**away [4]** 133/25
135/2 136/21 264/4

**Awful [1]** 189/20
**axed [4]** 57/24 57/24
58/1 58/2
**AXS [1]** 1/10
**Azucar [9]** 141/20
141/22 143/2 143/10
143/23 143/24 144/25
179/5 218/3

**B**

**B-I [1]** 118/23
**B-I-D [2]** 118/22
118/24
**bachelor [1]** 135/22
**back [46]** 5/24 11/3
11/4 11/10 11/12 12/5
12/6 20/7 20/18 21/7
23/2 33/17 36/25
59/23 83/13 92/22
93/5 95/8 99/17 111/5
127/23 132/22 132/22
135/23 135/24 142/25
150/7 152/2 154/6
154/17 154/24 158/8
162/22 183/19 198/7
199/7 199/10 203/15
211/18 227/5 228/3
238/22 249/20 264/11
264/12 266/20
**backdoor [1]** 125/7
**background [5]**
116/15 117/15 126/7
131/23 258/7
**backs [2]** 157/21
249/24
**backside [1]** 186/7
**bad [5]** 4/22 112/3
158/3 203/3 242/17
**Baker [1]** 258/11
**Ball [37]** 118/9 119/9
125/14 126/7 126/9
145/1 146/4 146/4
146/6 179/1 179/1
203/22 224/13 258/5
258/6 258/7 258/9
258/18 258/22 258/25
259/8 260/8 260/23
261/3 261/5 261/7
261/19 261/24 262/2
262/15 262/23 263/17
264/18 265/8 266/25
267/8 268/12
**band [1]** 179/1
**bank [3]** 134/21
141/23 150/18
**bar [1]** 147/23
**barely [2]** 157/14
157/19
**Barlington [9]** 74/18
74/22 75/3 83/14
83/15 83/20 84/7 84/8
106/20

**barrage [1]** 102/11
**baseball [1]** 265/15
**based [36]** 89/1 90/9
90/17 91/7 111/24
128/11 175/12 205/10
205/21 205/25 206/5
206/20 214/23 218/15
218/22 219/13 222/13
223/5 224/20 225/2
226/7 230/14 230/17
231/23 232/9 233/2
234/9 234/21 238/1
251/4 252/6 254/8
254/17 262/18 264/4
267/11
**basic [1]** 85/18
**basically [10]** 43/20
58/3 61/11 80/15
112/23 130/8 165/19
190/14 238/25 241/18
**Basie [1]** 258/11
**basing [1]** 264/9
**basis [1]** 13/11
**bathroom [1]** 94/6
**Battl [3]** 141/22
142/23 218/2
**BD [2]** 99/11 99/13
**be [151]** 4/5 5/4
8/20 11/3 17/25 19/14
20/7 27/2 27/9 27/16
27/16 36/3 36/14
36/25 37/6 39/7 40/19
44/25 49/17 61/6
62/12 62/21 62/22
63/17 63/20 64/9
64/13 73/4 75/2 76/7
80/2 80/2 82/5 85/11
90/14 90/15 91/3
91/17 100/23 101/4
103/13 103/16 104/17
106/18 107/9 110/15
110/20 111/5 111/15
112/9 112/21 113/25
114/13 115/1 115/15
116/2 116/6 116/9
117/4 117/21 121/16
123/20 123/21 125/4
125/8 125/24 126/4
127/4 127/6 127/18
128/9 128/22 133/20
135/8 135/9 135/16
135/21 137/1 139/24
141/12 150/4 151/13
151/22 152/9 152/10
152/13 152/14 153/8
160/20 163/20 163/21
164/6 165/5 165/15
166/9 166/14 166/15
167/14 167/21 168/16
168/16 173/3 175/8
182/11 183/3 183/8
183/14 185/25 186/6

187/13 190/1 190/7
190/7 191/17 192/1
194/18 194/18 194/19
194/21 197/12 200/4
203/10 203/25 204/19
207/21 210/7 211/23
212/21 215/6 215/7
229/5 229/20 235/17
240/8 252/14 252/16
253/7 253/16 254/24
255/9 255/15 255/18
255/23 257/3 261/13
264/3 264/4 264/13
264/13 265/15 268/15
**Beach [10]** 134/17
135/6 135/12 135/17
135/22 148/4 148/7
148/11 148/13 148/22
**beacon [1]** 142/7
**beam [1]** 260/15
**Beatstik [8]** 6/2 6/15
6/24 7/6 7/9 7/14
7/17 8/20
**beautiful [6]** 33/19
78/14 138/23 141/3
143/11 216/19
**became [8]** 55/4
58/10 58/13 131/11
192/8 213/23 216/8
216/10
**because [68]** 25/14
54/18 59/19 62/23
65/14 66/12 68/24
70/23 71/22 78/19
110/10 114/24 121/19
122/15 127/7 135/3
138/15 138/17 139/15
141/16 145/11 145/23
147/2 147/25 150/3
150/4 150/5 153/5
154/16 157/19 160/19
162/25 164/16 165/10
167/14 169/3 177/2
186/3 186/6 186/8
190/1 190/23 194/20
198/13 198/21 203/5
216/19 220/11 222/12
225/10 227/4 240/7
240/7 241/1 241/6
242/20 242/25 243/11
245/9 245/21 249/12
251/2 256/1 256/8
259/23 264/12 265/7
266/13
**become [6]** 135/11
151/3 152/8 165/23
198/14 214/6
**becoming [3]** 152/12
165/24 265/16
**bedroom [2]** 132/23
132/25
**been [80]** 6/11 8/7

**B**

**been... [78]** 11/18 12/18 12/21 18/15 21/8 27/6 27/10 27/17 31/23 42/7 43/20 49/16 50/22 52/22 57/22 57/23 72/4 72/11 74/13 79/14 79/17 80/13 82/1 92/6 99/5 104/5 119/12 122/16 122/22 127/22 128/8 147/1 149/6 150/9 153/9 153/10 154/8 155/4 156/11 156/13 156/16 159/17 159/18 160/4 178/14 178/15 179/23 180/17 181/15 181/16 184/5 190/7 190/22 191/4 195/10 195/21 201/1 201/10 203/8 206/10 207/25 210/19 216/25 217/16 221/1 221/2 226/6 226/14 226/21 227/23 228/22 229/4 236/2 245/4 245/22 251/12 252/2 265/24

**before [77]** 1/8 5/6 6/14 7/5 8/24 10/12 11/2 14/22 20/6 23/6 24/10 29/10 35/16 39/13 40/20 40/24 41/4 41/12 57/7 57/12 60/7 66/9 70/21 79/7 101/21 101/21 102/3 108/8 108/22 111/9 111/9 111/15 114/22 117/8 121/5 125/8 127/20 152/17 159/10 159/25 162/19 167/3 173/20 175/10 176/19 183/2 183/17 184/19 184/21 195/12 200/1 210/18 212/5 216/6 221/5 231/21 232/6 232/13 240/1 243/2 251/11 252/22 255/1 255/18 257/6 257/13 257/23 258/22 260/22 261/16 262/1 263/11 264/12 266/13

**beforehand [2]** 114/20 128/1

**began [2]** 55/10 121/4

**begin [2]** 93/13 208/12

**beginning [5]** 118/20 207/24 211/2 227/18 268/23

**behalf [5]** 4/11 4/16 4/21 15/21 25/10

**behave [1]** 156/17

**behavior [1]** 243/24

**behest [1]** 251/19

**behind [16]** 36/25 37/1 37/9 37/25 89/24 91/21 141/18 145/23 165/1 168/2 197/18 197/19 213/4 225/5 241/23 259/10

**being [58]** 10/22 11/9 20/19 20/20 28/24 29/11 30/24 33/12 35/4 35/10 37/14 41/8 42/13 42/15 44/17 45/8 67/23 73/10 86/19 87/16 93/25 94/2 94/4 95/15 98/19 99/9 99/15 99/16 112/2 113/7 115/3 125/20 130/7 136/19 164/1 165/8 165/18 169/3 171/19 176/13 178/17 181/12 203/22 210/16 210/17 211/20 212/13 212/14 219/23 220/4 220/7 237/18 239/18 241/18 242/25 246/22 246/23 246/23

**believe [28]** 14/19 20/3 38/14 40/11 55/7 55/19 67/12 68/19 70/12 83/1 100/11 111/18 112/1 112/5 117/7 117/11 119/1 122/10 125/21 140/14 146/18 147/9 149/25 152/17 166/23 224/16 224/23 254/25

**believed [3]** 152/13 200/22 216/4

**Bell [2]** 131/17 131/17

**belongs [1]** 107/9

**below [1]** 16/16

**Ben [1]** 4/15

**bench [2]** 111/12 252/24

**Benedict [1]** 1/18

**benefit [1]** 163/9

**Bernat [5]** 46/3 47/15 48/2 48/12 48/18

**Bernheim [2]** 122/21 123/25

**Bernheim's [2]** 122/8 122/9

**best [12]** 52/21 63/7 78/14 141/1 141/7 141/11 141/16 141/17

**152/18 185/25 186/6 197/13**

**bet [1]** 186/3

**Betancourt [1]** 238/24

**better [1]** 70/24

**between [12]** 36/7 44/25 74/4 108/16 118/17 119/19 164/16 176/23 204/18 209/11 211/8 236/12

**beyond [36]** 55/21 88/18 89/18 90/8 90/8 90/16 91/18 97/16 100/8 102/17 103/7 105/22 106/22 107/4 108/4 109/8 109/23 110/6 128/3 147/4 148/6 149/8 155/7 157/8 163/4 172/22 172/24 173/18 174/11 175/23 185/10 189/12 208/17 214/10 242/3 255/23

**Bianca [1]** 218/3

**BID [20]** 117/23 118/7 118/16 118/16 119/19 160/2 160/10 160/17 161/24 163/6 163/10 163/13 163/16 163/17 163/21 163/22 164/3 169/12 174/15 192/13

**bidding [1]** 58/21

**big [6]** 50/24 125/16 192/2 199/15 199/16 256/6

**biggest [1]** 123/5

**Bill [13]** 83/14 84/12 84/20 112/20 117/3 122/8 129/6 129/13 131/14 158/23 186/12 186/23 197/13

**Bill's [1]** 53/3

**binder [2]** 12/24 103/10

**binge [1]** 124/19

**Biscayne [2]** 1/21 65/6

**bit [6]** 37/23 43/8 49/4 131/23 200/11 245/16

**bitten [1]** 132/18

**Bitton [1]** 265/11

**blame [1]** 79/25

**bleed [1]** 140/5

**block [5]** 15/11 51/18 140/25 199/5 245/10

**blocks [2]** 52/18 236/21

**blood [1]** 124/21

**blow [1]** 167/17

**blown [3]** 190/2 190/22 195/23

**blue [6]** 190/12 194/11 194/12 195/8 195/13 196/12

**blurry [1]** 20/25

**Blvd [3]** 1/21 2/3 269/14

**board [13]** 133/23 150/14 150/16 150/16 150/18 150/19 150/23 151/10 151/14 154/23 165/10 165/12 166/21

**boards [6]** 68/6 150/9 150/10 150/11 150/13 167/11

**bombs [1]** 233/16

**bongo [1]** 217/13

**bonus [1]** 254/6

**book [2]** 103/9 167/13

**boosted [1]** 85/12

**booth [1]** 194/2

**born [3]** 129/22 129/25 130/1

**both [15]** 84/20 92/6 125/9 139/15 139/17 139/20 140/14 140/18 140/19 140/20 154/22 164/16 165/20 198/21 237/2

**bottom [6]** 18/2 30/15 140/13 166/8 182/18 218/7

**bought [3]** 89/4 136/9 136/20

**bound [1]** 139/15

**boundaries [2]** 238/5 238/11

**BOWEN [1]** 1/20

**Bowl [1]** 138/18

**Boxes [1]** 134/3

**boyfriend [2]** 178/21 218/4

**bragging [1]** 61/7

**branch [1]** 187/9

**break [10]** 63/16 108/8 110/13 114/20 114/22 157/21 183/17 184/21 252/11 257/6

**breakfast [8]** 119/2 119/20 120/21 121/7 159/6 161/25 164/10 168/10

**breaking [1]** 46/5

**brick [1]** 258/3

**Brickell [1]** 202/15

**bridging [1]** 224/14

**brief [2]** 183/3 252/11

**briefly [17]** 5/25

**130/5 130/21 131/22 139/5 140/10 147/8 149/12 150/20 152/21 154/6 156/14 159/25 164/13 226/2 252/21 261/11**

**bright [1]** 225/20

**bring [31]** 4/24 14/15 16/11 16/23 19/11 22/10 23/25 24/18 25/22 26/14 29/3 32/1 34/2 39/4 39/20 49/2 52/21 59/17 63/14 63/24 64/10 128/18 144/15 157/16 159/21 164/7 165/4 168/14 183/10 226/12 235/7

**bringing [1]** 141/10

**Bristle [2]** 45/1 108/17

**broad [4]** 96/16 96/24 215/12 215/14

**broadly [1]** 140/12

**broken [2]** 249/20 249/25

**broker [1]** 141/22

**brother [3]** 139/4 150/17 169/6

**brothers [1]** 131/19

**brought [8]** 32/23 42/8 144/14 156/25 187/10 205/6 205/15 206/4

**Broward [6]** 148/25 149/13 149/16 149/20 165/20 269/14

**Brush [2]** 45/1 108/17

**Bryant [2]** 160/6 160/6

**BS [1]** 190/14

**buck [2]** 80/3 80/8

**budding [2]** 150/12 152/25

**budget [1]** 247/24

**bug [1]** 132/18

**build [3]** 145/21 146/22 147/22

**building [60]** 17/17 21/2 21/4 21/17 27/12 27/14 38/1 38/16 50/1 61/6 61/23 62/5 86/24 87/20 88/7 88/9 89/12 89/20 92/18 93/5 93/6 94/9 94/17 95/13 95/14 97/2 97/8 98/13 99/1 99/18 144/19 144/21 144/25 144/25 145/8 146/7 162/23 169/2 169/4 198/25 199/5 210/13 212/6

**B**

**building... [17]**
212/8 212/11 212/13
212/16 212/17 213/7
213/13 213/20 213/23
214/2 214/6 214/15
215/10 215/15 228/8
228/13 228/14

**buildings [11]** 36/7
78/14 96/13 144/3
145/5 145/7 145/24
146/1 146/9 208/1
208/2

**buildout [1]** 107/24

**built [5]** 33/13 35/10
38/9 146/6 146/7

**bulk [1]** 77/2

**bulldozer [1]** 21/3

**bulldozers [1]** 21/3

**bunch [2]** 160/8
206/11

**bungalow [8]** 33/19
115/13 116/16 116/19
116/20 136/21 138/1
138/5

**burned [1]** 246/16

**busily [1]** 128/8

**business [64]** 13/7
39/25 41/8 43/21
43/25 44/4 72/3 72/3
72/6 72/10 72/21
75/10 75/22 78/19
79/8 109/14 113/10
118/24 133/5 133/15
134/4 134/10 134/12
134/12 134/14 134/15
139/3 141/24 152/25
153/1 153/2 153/5
153/5 153/5 153/6
153/12 153/14 158/14
158/24 159/17 160/2
160/4 160/7 161/7
161/19 162/1 165/20
165/23 190/24 208/13
208/25 209/5 209/8
210/8 210/10 245/17
245/19 245/24 247/23
248/11 248/22 248/23
254/23 254/23

**business that's [1]**
72/6

**businesses [15]**
71/12 134/11 153/4
153/7 153/11 153/19
154/3 165/16 172/9
186/5 236/16 236/23
236/24 237/3 244/12

**busy [1]** 153/6

**but [104]** 5/22 11/9
14/1 15/23 17/6 24/8
25/16 30/24 31/23

36/6 37/9 43/22 44/5
44/8 50/20 51/5 51/5
55/21 62/22 65/8
66/16 68/20 69/1
70/17 74/14 76/11
76/13 82/5 98/8 107/6
109/17 112/10 115/2
115/3 116/3 116/6
116/10 119/23 121/16
123/10 124/22 125/16
125/19 127/12 133/7
135/5 135/8 135/13
135/17 136/13 140/17
140/22 141/4 144/17
145/17 147/20 148/14
154/11 154/13 154/15
154/21 154/24 157/14
160/13 162/8 163/22
168/17 171/4 171/6
172/6 172/16 173/5
173/11 173/15 174/9
174/25 180/9 182/13
182/14 184/8 186/6
189/7 194/1 194/17
199/16 200/3 200/23
201/6 210/4 211/12
211/15 213/22 216/8
222/1 223/19 227/7
242/1 243/7 247/15
254/2 254/13 254/25
255/15 256/14

**button [1]** 194/1

**buy [10]** 51/1 75/15
75/22 76/13 76/21
126/17 134/18 134/22
136/23 141/24

**buyer [2]** 139/12
139/12

**buying [3]** 52/16
76/1 77/2

**C**

**C-E-R-T-I-F-I-C-A-T**
**-E [1]** 269/7

**Cabarrocas [1]**
166/10

**calculation [1]**
254/21

**call [46]** 4/4 13/8
36/5 111/4 127/13
129/4 129/6 130/25
137/4 159/25 160/24
165/25 168/7 170/25
178/13 179/22 181/15
183/19 184/4 188/13
189/19 190/5 190/15
190/16 191/3 195/2
195/9 195/25 197/1
199/16 203/7 216/24
217/15 222/1 222/3
226/20 228/15 237/12
246/1 246/5 253/10

257/8 263/18 263/22
264/20 265/23

**Calle [41]** 33/4 33/5
33/7 33/22 34/7 34/14
38/16 38/23 39/10
39/14 73/17 131/8
131/10 140/25 141/7
141/25 144/4 144/24
146/19 146/20 146/25
147/10 147/16 150/15
150/21 150/23 150/25
153/17 158/13 168/3
168/11 168/15 179/4
201/3 203/21 204/10
236/19 258/10 259/13
260/9 260/21

**called [27]** 6/2 127/9
134/2 139/10 142/7
145/5 151/25 162/20
164/15 167/12 169/15
173/4 176/5 188/18
189/15 191/16 200/13
203/24 215/25 216/1
216/2 240/22 241/17
243/14 243/19 243/23
251/9

**calling [1]** 190/14

**calls [11]** 96/10
96/25 97/1 100/8
105/22 107/3 107/13
109/2 112/3 114/7
114/12

**came [16]** 13/11
115/8 119/15 119/25
119/25 135/4 136/14
139/17 140/3 142/25
162/9 186/8 226/11
233/17 245/18 251/9

**camp [2]** 192/10
195/16

**campaign [13]**
62/18 62/25 63/5
101/13 162/5 169/16
173/19 176/10 188/16
195/6 195/7 206/23
224/15

**camped [3]** 245/9
245/10 266/9

**campus [1]** 165/11

**campuses [1]** 134/4

**can [240]** 4/18 4/24
6/11 6/14 6/21 7/6
8/14 8/19 9/20 10/2
10/5 11/2 11/9 12/11
13/14 13/15 14/1
14/10 14/15 15/4 15/8
15/11 16/1 16/11
16/12 16/15 16/15
16/22 16/22 16/23
17/14 17/22 18/18
18/18 19/5 19/11
19/12 19/14 19/14

20/2 21/2 21/3 21/7
21/20 22/10 22/10
22/11 23/25 24/8
24/11 24/12 24/18
25/22 26/2 26/6 28/5
29/3 29/6 29/16 30/8
30/15 30/17 31/21
31/23 32/1 32/14
33/20 34/2 34/17
35/16 35/24 35/24
36/13 37/18 38/9
38/15 39/4 39/8 39/17
39/20 40/10 40/12
41/17 41/17 41/19
44/8 44/9 44/21 45/7
45/11 48/16 49/2 49/4
51/24 51/25 52/13
54/2 54/24 56/7 57/19
58/5 59/5 63/14 63/15
63/17 64/10 65/22
67/2 74/24 77/3 77/10
78/3 78/11 79/11
79/13 79/25 82/25
83/13 85/2 87/15
91/16 92/5 92/14 93/5
93/8 95/4 97/3 100/10
101/12 102/6 103/17
104/7 104/12 105/3
105/13 105/14 106/24
108/20 111/11 112/16
113/18 113/22 114/15
115/17 115/21 115/24
121/15 121/15 121/16
121/24 123/21 124/22
127/16 128/9 128/18
130/16 131/22 135/17
137/4 140/7 141/12
143/6 152/18 154/6
157/12 158/2 159/8
159/25 160/16 161/13
161/15 162/18 163/12
163/14 165/25 166/20
167/6 171/1 171/16
172/25 175/6 177/22
178/13 179/22 180/16
181/15 182/10 184/4
185/23 187/5 191/4
193/18 195/2 197/3
197/12 198/25 202/21
208/20 208/22 209/14
212/9 212/10 213/12
213/19 216/24 217/15
218/9 226/2 228/20
231/9 232/4 233/24
235/11 235/13 241/24
245/24 245/25 245/25
246/5 246/20 247/21
249/14 250/5 251/17
252/21 253/5 253/13
254/15 255/14 255/14
255/14 255/21 256/10
256/12 256/22 257/8

257/23 261/11 262/20
265/24

**can't [47]** 11/8 21/1
125/5 125/7 125/9
126/3 227/4 255/15

**Canal [1]** 228/4

**candidacy [3]** 121/5
170/16 190/8

**candidate [7]** 62/15
170/20 173/15 173/22
176/14 176/17 177/10

**candidates [10]**
170/18 170/24 171/1
171/10 171/13 174/20
176/24 177/14 177/19
186/18

**cannot [4]** 36/16
78/19 113/23 139/7

**cap [1]** 265/15

**capacity [1]** 262/14

**Caprio [2]** 1/11 4/11

**card [1]** 245/19

**cardiac [1]** 124/12

**cardiologist [1]**
124/15

**cards [2]** 245/18
245/25

**care [4]** 61/4 61/5
83/14 237/10

**career [1]** 177/21

**carefree [1]** 156/18

**carefully [3]** 28/24
151/23 169/20

**cargo [1]** 227/25

**Carlos [2]** 34/13
163/23

**CAROLLO [199]** 1/6
4/8 4/16 8/24 40/20
45/8 46/2 46/11 46/20
47/3 47/15 48/2 48/24
49/21 50/5 50/11
51/13 51/21 52/2 52/5
52/10 54/17 55/4
55/18 57/16 57/22
58/11 58/14 58/23
59/7 59/19 59/24
60/25 61/19 62/12
65/24 67/14 70/6
72/12 72/13 72/22
77/3 77/15 81/9 81/16
81/23 83/21 83/25
101/21 104/3 104/10
104/25 105/11 108/22
109/6 110/11 112/3
112/12 113/23 114/8
118/12 118/13 118/17
118/25 119/17 120/21
121/1 121/5 121/12
127/16 150/17 155/2
155/4 155/13 155/24
156/10 157/1 158/19
158/20 159/5 159/9

**C**

**CAROLLO... [118]** 159/24 161/25 164/10 166/18 168/11 168/22 169/3 169/6 169/11 169/16 169/17 169/19 170/3 170/9 170/11 173/1 173/5 173/11 173/15 174/5 174/9 174/22 177/13 185/3 185/7 185/20 185/22 186/8 187/2 188/17 188/21 191/2 193/3 193/19 194/6 194/9 195/13 196/11 196/13 196/19 196/23 197/14 197/25 198/10 199/23 200/2 200/7 200/20 202/16 202/24 204/16 204/19 205/7 205/25 206/4 206/15 206/17 206/22 207/3 207/13 210/12 212/5 212/10 213/6 213/11 213/15 213/18 214/7 223/2 223/9 223/16 223/23 224/5 225/5 228/10 228/12 231/20 232/5 232/15 232/18 232/22 232/23 233/5 233/25 235/7 235/14 236/7 237/21 237/24 238/4 239/10 241/19 244/4 248/7 249/10 249/18 260/22 261/2 261/16 261/17 261/21 262/1 262/5 262/9 262/23 263/22 264/11 264/19 264/21 265/12 266/6 266/8 266/25 267/8 268/3

**Carollo's [31]** 9/22 48/19 56/2 62/18 64/24 65/1 65/2 67/6 68/12 108/25 118/19 118/22 120/19 120/24 121/6 150/17 168/24 175/22 192/10 204/23 205/15 206/1 206/8 233/17 235/3 243/5 243/14 247/18 248/15 248/18 257/25

**carpet [1]** 233/16 **cars [1]** 266/12 **case [41]** 1/2 4/8 5/10 32/20 63/19 67/24 68/1 110/16 112/7 112/11 112/13 113/6 113/20 113/21 119/6 119/7 119/7

123/15 125/20 126/2 127/4 128/1 141/20 149/8 149/9 149/14 167/4 177/19 181/3 183/4 201/17 202/1 234/24 250/13 250/16 254/5 255/3 255/5 255/13 268/21 268/24 **cash [2]** 135/19 135/25 **casita [2]** 9/9 159/6 **Castro [1]** 112/2 **catalog [1]** 209/20 **caucus [1]** 128/8 **caused [2]** 110/11 255/8 **ceilings [1]** 260/15 **celebrate [1]** 216/6 **celebrated [1]** 78/18 **celebration [1]** 183/21 **celebrities [2]** 126/8 126/9 **cellphones [1]** 245/25 **center [2]** 176/20 187/8 **centerpiece [2]** 130/9 142/9 **ceremony [3]** 228/17 228/24 229/1 **certain [5]** 54/25 112/9 115/1 170/24 255/2 **certainly [3]** 100/13 112/10 253/16 **Certificate [16]** 28/12 31/24 39/24 41/8 72/14 80/14 109/15 219/23 220/3 220/12 220/14 220/15 220/17 220/18 220/19 224/18 **certification [1]** 195/16 **certify [1]** 269/9 **cetera [1]** 97/6 **chain [35]** 118/10 119/9 125/14 126/7 126/9 145/1 146/4 146/4 146/6 179/11 179/1 203/9 203/23 224/13 258/6 258/6 258/8 258/9 258/18 258/22 258/25 259/8 260/8 260/23 261/3 261/5 261/7 261/19 262/15 263/17 264/19 265/8 266/25 267/8 268/12 **Chain's [3]** 261/24 262/2 262/23

**challenged [2]** 205/15 258/1 **challenges [4]** 145/24 154/9 155/4 210/16 **challenging [5]** 205/7 206/5 206/7 207/4 207/15 **chance [1]** 116/10 **change [10]** 75/23 76/14 76/22 210/10 210/11 213/11 213/15 243/9 262/5 262/8 **changed [11]** 55/11 155/3 155/6 156/13 156/15 208/14 208/23 210/3 210/9 210/12 210/14 **changes [1]** 155/11 **changing [2]** 156/24 215/7 **characterization [1]** 50/8 **characterize [2]** 75/14 75/21 **charm [1]** 145/22 **Charter [1]** 46/5 **checked [1]** 121/10 **checking [2]** 220/11 220/13 **Cheesecake [3]** 133/3 133/5 133/10 **chest [1]** 61/7 **Chet [1]** 258/11 **chicken [2]** 183/21 187/4 **chief [3]** 27/18 56/24 115/5 **child [8]** 131/3 131/13 131/20 131/25 138/15 142/4 142/13 149/5 **childhood [2]** 132/25 135/24 **children [5]** 129/15 129/18 131/6 141/4 247/24 **Children's [1]** 204/13 **China [1]** 228/4 **chip [1]** 133/8 **chocolate [1]** 53/1 **chon [7]** 216/1 216/2 216/7 216/8 216/9 216/11 216/18 **Christmas [32]** 198/15 203/21 204/10 204/16 215/20 215/22 216/6 216/11 216/14 216/18 217/6 217/19 218/10 218/14 218/25 219/10 219/17 219/21

220/24 221/4 221/8 221/12 221/18 221/22 222/4 223/3 223/10 223/17 224/13 224/17 224/24 225/5 **church [4]** 264/2 266/14 268/1 268/2 **Cigar [3]** 145/1 179/4 180/4 **circulated [1]** 180/14 **circumstance [1]** 211/12 **circumstances [3]** 127/14 173/3 198/4 **cite [1]** 73/5 **cited [12]** 18/15 20/19 66/8 70/11 70/14 72/4 72/11 74/13 77/15 101/23 212/13 212/14 **citing [2]** 20/23 73/7 **citizen [4]** 46/20 71/10 71/14 71/14 **citizens [1]** 49/16 **city [170]** 6/23 10/8 12/12 12/20 12/22 13/9 13/21 14/16 17/17 19/17 20/22 21/23 22/6 23/8 23/16 23/22 24/4 25/20 25/24 26/12 27/11 27/18 28/7 29/8 29/18 30/13 30/22 31/10 32/24 33/21 34/6 34/18 34/25 35/3 35/12 37/10 38/24 38/24 40/7 40/16 42/7 42/15 42/16 42/23 42/25 43/16 46/3 46/5 46/13 46/14 48/3 49/18 51/14 51/17 55/17 56/19 57/4 57/16 57/22 57/23 58/3 58/16 58/19 58/20 60/3 60/7 62/13 63/8 66/16 66/19 68/5 68/16 68/20 69/19 70/24 71/18 72/3 72/10 72/21 73/3 73/4 73/7 74/1 74/2 74/3 74/12 74/13 77/15 78/19 79/8 80/5 80/14 81/9 82/13 82/16 85/21 86/24 87/7 98/13 99/1 100/13 100/22 101/21 102/4 102/10 104/17 104/24 106/5 112/6 119/8 120/1 121/9 121/10 126/24 127/6 127/7 127/9 150/16 150/23

151/10 151/12 151/14 158/22 160/6 160/14 170/16 170/19 170/22 171/11 171/14 171/17 172/1 172/9 172/17 173/3 174/1 176/3 196/17 198/11 201/13 201/21 202/5 202/13 208/7 208/13 211/10 212/3 212/7 212/16 213/8 213/14 213/20 214/16 215/3 215/9 220/19 221/19 222/4 234/5 234/6 234/10 238/23 241/7 245/18 245/22 246/7 256/9 261/22 262/3 267/7 **claim [1]** 255/6 **classifieds [1]** 139/8 **clean [1]** 163/6 **cleanup [1]** 82/4 **clear [18]** 40/19 61/19 62/12 62/22 80/2 85/11 123/16 125/4 125/8 166/13 195/15 207/21 220/4 224/13 253/6 254/15 255/9 255/20 **clearly [7]** 20/25 50/21 62/12 65/22 106/10 182/13 201/1 **client [1]** 253/12 **clip [3]** 111/21 111/22 111/25 **close [6]** 109/14 190/22 196/20 216/16 228/10 239/2 **closed [11]** 6/4 31/24 72/7 109/14 135/22 252/2 258/10 264/13 264/13 266/14 266/20 **closing [4]** 135/13 135/14 139/14 255/10 **closure [1]** 198/15 **cloud [4]** 156/16 156/17 156/17 209/21 **co [1]** 140/15 **co-invest [1]** 140/15 **Coconut [3]** 65/2 65/7 67/5 **code [63]** 27/18 27/19 31/10 48/18 49/25 49/25 50/4 50/23 51/13 51/22 52/3 58/1 59/13 61/6 61/20 61/23 62/14 64/22 64/24 65/15 65/18 65/21 66/3 66/24 69/13 69/20 70/2 70/8 70/10 71/16 72/4 72/11 72/22

**C**

**code... [30]** 72/25 73/2 76/3 85/21 97/2 104/23 109/13 192/23 210/23 218/12 218/13 218/25 219/4 219/5 219/10 219/16 221/4 221/11 221/17 221/19 222/3 224/16 224/23 225/5 231/20 232/5 232/15 237/19 244/10 248/21
**coincidence [1]** 27/17
**COLE [1]** 2/2
**Colina [1]** 115/5
**collapse [1]** 156/21
**colleagues [1]** 138/21
**collect [1]** 162/9
**collection [4]** 12/24 73/1 145/6 146/12
**collective [1]** 153/3
**collectively [3]** 153/15 154/21 160/12
**college [10]** 132/6 132/14 133/2 133/15 133/16 134/3 134/16 165/9 165/11 166/11
**colors [1]** 195/7
**columns [1]** 138/2
**combat [1]** 235/2
**come [22]** 31/25 88/14 114/9 114/15 123/20 124/25 127/18 133/23 148/1 151/7 160/9 162/5 164/14 169/25 183/20 188/21 237/3 253/4 255/5 261/9 264/11 264/12
**comes [8]** 50/25 76/11 111/10 111/15 114/13 145/20 180/20 252/22
**comic [1]** 216/3
**coming [8]** 49/12 70/15 113/17 135/6 210/16 216/5 225/5 254/2
**commence [1]** 82/17
**commenced [1]** 17/18
**commencement [1]** 109/12
**comment [1]** 125/5
**commentary [6]** 9/25 18/6 18/11 23/1 41/1 176/15
**commenting [1]** 158/5
**comments [1]**

114/12
**commercial [11]** 44/2 51/19 146/24 147/19 147/21 163/9 167/16 180/8 180/9 180/10 180/11
**commercials [1]** 180/13
**commission [18]** 48/12 55/20 59/15 60/3 60/12 83/18 83/21 84/1 84/10 111/20 112/6 126/24 127/2 127/7 127/9 150/24 170/23 197/9
**commissioned [1]** 184/12
**commissioner [106]** 4/16 8/24 40/20 40/20 45/7 45/8 46/2 46/11 46/20 47/3 47/15 48/2 48/24 49/21 50/5 50/11 51/13 51/21 52/2 52/5 52/10 54/17 55/4 55/18 56/2 56/9 56/14 57/16 57/22 58/11 58/13 58/23 59/7 60/25 61/19 62/12 62/17 63/3 65/2 65/24 67/6 67/14 68/12 71/11 71/13 71/17 71/22 72/12 72/13 72/23 77/3 77/14 81/8 81/16 81/23 104/5 104/10 104/25 105/11 108/22 112/3 112/12 118/13 118/22 121/6 127/15 150/17 152/3 156/10 158/22 159/9 162/3 166/18 170/16 170/19 171/11 171/14 171/17 172/1 172/17 174/1 174/21 176/3 177/13 195/13 196/18 196/22 197/18 198/1 198/12 200/19 202/24 205/7 206/4 206/9 207/3 207/16 214/7 224/5 225/4 232/18 235/14 236/7 244/4 261/21 261/22
**commissioner's [4]** 69/4 71/10 169/5 243/23
**commissioners [3]** 60/6 113/4 204/3
**committed [3]** 150/10 152/14 226/11
**committee [3]** 151/4 163/17 163/22
**communicate [1]**

154/17
**communicated [1]** 221/21
**communicating [2]** 190/7 191/13
**communication [2]** 154/14 176/10
**communications [1]** 190/19
**community [25]** 140/18 140/19 140/20 140/20 150/3 150/4 150/8 152/14 152/14 152/25 153/14 153/19 154/4 161/20 171/5 171/5 174/17 176/12 176/22 177/11 179/12 182/13 183/20 216/16 236/12
**companies [6]** 51/8 51/8 73/3 73/24 154/19 154/22
**company [6]** 25/12 42/4 133/6 134/2 179/18 216/21
**Comparing [1]** 215/16
**compelling [1]** 177/3
**complain [3]** 67/18 69/4 71/11
**complainant [1]** 83/12
**complained [1]** 71/9
**complaint [24]** 65/15 65/23 66/3 66/12 66/23 66/24 68/4 69/3 69/18 71/15 80/21 81/3 81/15 81/22 83/19 83/21 83/25 84/6 84/10 149/15 218/18 219/5 220/13 261/9
**complaints [5]** 65/24 67/6 261/8 261/18 261/23
**complete [2]** 51/11 119/5
**completed [1]** 132/17
**completely [4]** 70/21 119/10 201/16 253/1
**complex [2]** 13/5 241/7
**compliance [55]** 14/11 14/13 14/14 14/15 14/22 14/24 14/25 15/6 15/20 15/24 25/19 25/24 26/6 26/12 26/14 26/16 26/23 26/23

26/25 27/13 28/13 29/18 29/25 30/12 30/22 31/7 31/16 31/25 32/15 32/17 32/24 44/17 45/12 45/19 64/22 64/24 65/15 66/24 70/2 70/8 70/10 70/15 70/18 71/16 72/22 72/25 105/8 105/9 219/16 224/16 224/23 225/5 232/5 235/7 252/4
**compliant [1]** 210/22
**complied [1]** 82/14
**comply [3]** 32/16 45/13 80/5
**complying [1]** 82/15
**component [1]** 165/6
**components [2]** 92/12 92/13
**composed [1]** 172/23
**Compound [1]** 23/12
**compounding [1]** 237/20
**comprehensive [1]** 133/4
**compressed [1]** 144/19
**compromise [2]** 114/15 154/21
**conceding [1]** 116/12
**concentration [1]** 132/4
**concept [13]** 76/1 136/24 146/15 147/19 152/24 160/8 166/20 167/14 191/25 226/3 226/7 226/7 227/19
**concepts [2]** 142/3 159/17
**concern [8]** 47/4 51/21 52/3 66/21 210/15 234/6 261/14 261/15
**concerned [10]** 47/11 77/4 114/18 135/7 135/9 171/19 189/20 195/20 225/10 234/16
**concerning [6]** 19/9 22/7 23/17 33/9 65/1 82/12
**concerns [1]** 212/24
**concessions [1]** 109/11
**conclusion [5]** 44/19 80/24 97/1 109/3 231/4

**concrete [4]** 92/12 99/8 99/18 101/9
**condition [2]** 88/20 90/15
**conditioning [1]** 97/6
**conditions [1]** 122/16
**condos [1]** 148/15
**conducted [2]** 34/18 34/25
**conducting [1]** 224/15
**cone [1]** 143/12
**conference [8]** 5/7 66/12 66/14 66/19 68/5 69/10 69/12 69/13
**conferred [1]** 63/25
**confirm [3]** 6/10 44/9 64/2
**confronted [2]** 47/16 48/7
**confused [1]** 118/4
**congratulate [1]** 197/9
**connect [3]** 167/15 203/24 204/13
**connected [2]** 130/7 206/3
**connection [18]** 111/13 111/19 113/1 130/18 130/22 131/12 161/24 171/9 197/15 204/24 206/8 208/5 246/8 247/17 248/5 248/19 261/18 263/16
**consequences [1]** 108/25
**consider [3]** 127/15 169/10 254/17
**considerably [1]** 208/14
**considered [4]** 71/19 76/7 91/25 210/7
**considering [2]** 128/15 159/14
**consisted [1]** 187/6
**consistent [2]** 187/11 190/6
**consolidate [1]** 76/13
**conspiracy [2]** 59/23 61/15
**constant [1]** 24/22
**constrained [1]** 199/22
**constructed [1]** 146/5
**constructing [2]** 19/18 20/23
**construction [17]**

**C**

**construction... [17]**
12/17 12/21 18/23
19/9 21/24 22/8 79/18
82/18 89/11 93/14
93/21 94/9 94/13
100/20 107/19 144/14
201/4
**contact [1]** 196/22
**contacted [2]** 12/21
67/17
**contain [1]** 119/14
**contained [1]**
109/19
**container [35]** 40/8
40/17 41/11 45/1
199/8 200/20 201/2
201/20 202/4 202/12
202/25 225/24 226/13
226/14 226/24 227/20
228/5 229/25 230/14
230/25 231/7 232/6
232/16 232/19 233/5
233/25 246/8 247/18
247/19 248/6 248/19
250/7 250/21 251/1
251/7
**containers [13]**
200/12 200/21 200/23
201/1 201/3 201/6
201/7 201/9 201/12
202/6 226/16 227/25
235/17
**contains [2]** 81/3
81/22
**contemporaneous
[1]** 181/11
**contemporary [1]**
151/8
**content [1]** 167/4
**contents [1]** 200/10
**contested [2]** 205/17
206/1
**context [2]** 49/11
112/10
**continue [12]** 4/18
50/4 50/20 93/8 101/6
157/12 178/4 183/14
185/18 233/24 252/2
257/4
**continued [6]** 2/1
5/19 40/24 65/7
122/25 248/21
**Continuing [1]**
21/20
**contract [1]** 135/4
**contractor [3]** 79/24
86/7 211/14
**contrary [2]** 50/20
250/11
**contrived [1]** 148/4

**control [6]** 51/2
67/17 70/24 71/1
192/3 253/1
**controls [1]** 168/19
**convenient [1]**
177/22
**conversation [7]**
43/19 77/16 78/13
200/10 203/13 212/20
223/21
**convincing [2]**
194/18 194/19
**Cool [1]** 218/5
**cooled [1]** 245/16
**coordinate [1]**
179/11
**coordination [1]**
204/12
**copied [1]** 41/22
**Coral [1]** 7/12
**core [1]** 174/14
**Corinna [4]** 152/24
178/20 179/2 179/6
**corner [2]** 182/8
182/8
**Corp [1]** 108/17
**correct [151]** 5/11
6/6 6/19 8/25 9/10
9/11 9/13 11/10 12/7
14/5 14/20 14/21 15/1
15/21 17/23 18/16
20/20 21/15 21/16
22/18 24/9 26/14 28/3
31/11 33/10 33/14
33/18 34/15 36/7
36/11 38/11 40/21
41/9 42/16 42/20 43/1
43/17 43/24 43/25
44/3 44/7 44/18 45/8
45/19 45/23 46/21
47/4 47/7 47/9 47/11
47/13 48/4 48/8 49/8
49/22 51/11 51/15
51/22 52/3 52/6 53/15
53/17 53/21 54/9
54/14 54/23 55/6 55/9
55/18 58/11 58/17
58/19 59/19 59/24
60/4 60/7 61/8 61/20
62/15 62/24 64/23
65/2 65/5 65/6 65/15
65/18 66/4 66/8 66/13
66/16 66/17 66/21
66/25 67/11 67/14
68/12 68/16 68/25
69/5 69/7 69/10 69/14
70/4 70/9 70/15 70/18
70/20 71/12 72/4 73/9
73/18 73/21 73/22
74/13 74/16 74/17
75/5 75/12 76/15 79/2
80/4 80/10 81/10

85/14 85/20 90/5
97/10 97/13 106/7
114/4 124/5 164/12
180/12 180/25 182/25
184/2 184/23 191/11
191/12 193/17 199/1
199/21 203/12 203/14
207/22 220/12 224/9
232/17 248/24 248/25
261/5
**corrected [1]** 101/3
**correctly [2]** 27/6
27/9
**corridor [1]** 167/17
**corridors [1]** 51/19
**cost [9]** 87/19 87/21
98/4 98/22 99/9 100/4
100/14 100/20 100/23
**costly [1]** 145/21
**costs [2]** 87/16 97/22
**could [74]** 63/24
68/10 76/7 83/5 84/15
86/14 86/15 93/13
95/7 97/5 97/5 97/6
98/11 101/6 110/13
114/11 122/24 127/11
128/7 129/11 130/5
130/21 135/19 136/24
137/1 137/13 137/18
139/5 140/4 140/10
144/22 145/19 147/8
147/16 147/22 147/22
147/23 148/11 149/2
149/12 150/20 151/4
151/10 152/7 152/21
153/8 155/11 156/14
160/1 160/21 161/20
164/7 164/13 165/18
166/6 172/2 178/24
183/19 184/24 192/3
197/5 197/8 199/3
203/20 204/9 208/9
215/6 215/7 230/12
241/15 245/4 258/19
259/4 262/18
**couldn't [2]** 123/4
135/10
**counsel [41]** 4/8 7/2
18/25 19/12 29/20
30/3 31/19 32/4 32/18
34/3 34/20 37/20
38/18 40/2 41/14
48/14 50/7 50/13
51/23 57/17 63/25
64/1 71/2 77/8 83/2
108/9 110/12 113/22
115/15 116/3 137/5
143/7 156/6 160/25
166/2 180/18 239/22
249/15 253/3 259/5
266/22
**counsel's [3]** 22/1

23/13 61/1
**count [2]** 103/3
258/11
**counted [1]** 103/11
**counter [1]** 227/5
**county [4]** 148/25
149/16 151/19 160/14
**couple [2]** 115/17
118/5 118/9
**course [6]** 5/8 28/17
135/8 191/25 217/25
227/21
**court [31]** 1/1 4/4
5/14 28/22 50/16
61/14 64/2 64/3 80/23
81/8 111/4 111/5
124/3 125/8 125/12
126/4 126/22 126/25
127/1 127/15 127/15
127/18 128/12 129/3
129/16 173/20 185/15
253/4 255/20 256/21
269/13
**Court's [2]** 250/11
253/11
**Courtney [2]** 1/11
4/10
**courtroom [10]** 5/2
63/22 64/11 110/19
128/20 183/7 183/12
252/13 257/1 269/1
**courtyard [2]** 193/22
193/22
**cover [5]** 190/2
190/21 195/23 246/4
258/14
**covered [1]** 265/14
**covering [1]** 61/12
**covert [3]** 264/1
267/25 268/2
**coward [1]** 241/22
**cream [15]** 141/20
141/22 142/6 142/12
142/14 142/24 143/1
143/1 143/3 143/4
143/10 143/12 143/23
143/24 218/3
**Creamery [1]** 142/25
**create [7]** 62/1 76/9
117/19 141/11 184/12
201/9 256/10
**created [5]** 6/16
61/24 95/22 96/1
117/19
**creating [1]** 226/11
**creation [1]** 227/18
**creative [2]** 132/2
186/2
**Creativity [1]** 172/3
**Credit [1]** 150/18
**criminal [1]** 114/8
**crisis [2]** 142/16

142/17
**criteria [1]** 151/13
**cross [35]** 3/4 4/19
5/19 50/15 50/17 64/8
64/14 88/18 89/2
89/18 90/8 90/9 90/13
90/17 91/8 91/18
97/17 100/9 102/17
103/7 105/23 106/3
106/23 107/4 108/5
109/9 109/23 110/6
115/25 116/1 119/18
124/24 185/23 202/22
235/11
**cross-examination
[8]** 4/19 50/15 50/17
64/8 64/14 90/13
106/3 119/18
**cross-examine [3]**
185/23 202/22 235/11
**cross-examined [1]**
124/24
**cross-examining [2]**
115/25 116/1
**CRR [1]** 269/12
**Cruz [2]** 151/6 217/7
**crying [1]** 242/20
**Cuba [10]** 51/9 53/2
112/21 113/7 113/13
113/24 129/25 130/1
130/23 142/14
**Cuban [5]** 130/9
130/17 139/20 226/8
260/15
**Cubanize [1]** 51/3
**Cubanizing [2]**
52/20 77/6
**Cubans [1]** 51/4
**cultural [4]** 130/9
151/1 163/3 163/5
**Culturales [3]**
150/14 165/10 218/8
**culture [6]** 52/21
78/15 78/16 141/2
141/5 216/4
**cumulative [2]**
114/24 178/16
**cure [2]** 35/12 35/15
**curious [2]** 193/25
200/2
**current [1]** 198/11
**currently [1]** 129/14
**cut [2]** 140/4 166/13
**cutting [4]** 228/17
228/24 229/1 229/13
**CV [1]** 1/2 4/8
**CV-24190 [1]** 4/8
**cycle [2]** 55/9 55/18

**D**

**Dade [12]** 67/17
83/18 129/21 150/15

**D**

**Dade... [8]** 151/16
151/18 151/19 165/8
165/9 165/11 165/20
187/9
**Dadeland [1]** 2/3
**dais [10]** 53/4 59/1
59/14 60/3 60/3 60/9
68/5 68/15 113/4
113/5
**damages [19]** 75/7
100/17 153/24 155/15
250/11 250/14 250/16
253/20 253/21 253/22
253/24 254/3 254/5
254/13 254/20 255/3
255/9 255/11 255/13
**dance [1]** 141/6
**Daniel [1]** 240/14
**Danny [10]** 226/4
227/10 229/13 229/14
229/21 234/4 234/15
237/12 237/15 240/22
**Danny's [2]** 232/15
250/6
**dark [3]** 156/17
198/8 198/23
**databasing [1]**
209/20
**date [22]** 33/24
36/17 39/1 40/22
66/15 92/2 92/4 94/8
96/1 103/23 103/24
104/3 104/7 104/12
104/19 105/9 109/12
156/3 193/13 196/5
197/5 201/11
**dated [3]** 7/5 8/3
41/21
**daughter [9]** 217/12
218/3 218/5 237/11
240/19 240/21 240/25
242/11 242/19
**DAVIS [1]** 1/18
**Dawson [2]** 2/3 4/15
**day [31]** 1/8 26/7
60/17 61/24 93/6
104/9 139/23 157/13
190/24 193/1 195/14
196/7 196/7 221/22
221/23 221/24 224/12
226/15 228/1 236/13
237/10 237/19 239/2
243/10 243/13 243/19
243/24 245/3 267/24
267/25 268/16
**days [10]** 64/1 64/6
127/21 127/23 128/6
192/25 193/14 193/16
231/21 232/6
**de [15]** 42/5 42/9

42/11 42/18 51/3 51/4
52/19 52/20 77/6 77/6
129/21 198/11 199/25
226/3 228/12
**de-Cubanize [1]**
51/3
**de-Cubanizing [2]**
52/20 77/6
**de-Latinize [2]** 51/4
77/6
**de-Latinizing [1]**
52/19
**deal [4]** 44/4 70/14
125/16 136/14
**dealing [5]** 117/8
125/20 136/11 142/15
142/16
**deals [2]** 173/19
201/16
**dealt [1]** 123/10
**dear [1]** 139/4
**debate [2]** 176/20
176/23
**December [34]**
40/23 41/4 72/2 104/6
123/9 123/13 156/3
156/10 156/11 203/17
204/20 211/8 211/18
212/1 212/6 213/7
213/11 213/15 213/18
214/8 232/13 232/18
232/22 233/6 234/1
235/15 236/8 260/22
261/2 261/17 261/22
262/1 262/6 262/24
**December 2 [14]**
40/23 41/4 72/2 156/3
156/11 212/6 213/7
213/11 213/15 213/18
214/8 232/13 232/18
232/22
**December 2017 [1]**
236/8
**December 23 [1]**
123/13
**December 23rd [1]**
123/9
**December of [1]**
211/18
**Decepedes [1]** 34/13
**decide [2]** 170/22
216/17
**decided [1]** 132/20
**decimated [1]**
247/25
**decision [4]** 188/3
188/8 256/13 256/15
**Deco [2]** 134/19
148/13
**dedicated [1]** 247/23
**deep [2]** 132/2 140/4
**deeper [1]** 259/1

**deeply [5]** 139/18
139/19 139/19 140/18
150/9
**deer [1]** 198/18
**defamation [2]**
61/10 76/5
**defame [1]** 76/1
**defaming [2]** 53/4
61/10
**defend [1]** 241/8
**defendant [39]** 1/7
1/15 2/2 115/22 155/2
155/12 155/24 157/1
158/19 159/5 170/15
193/3 193/19 194/6
194/9 197/25 199/23
200/6 204/16 204/19
205/6 205/25 206/8
212/5 213/6 213/11
213/15 213/18 237/24
243/5 249/18 257/24
260/22 261/2 261/16
262/1 262/5 262/23
263/22
**DEFENDANT'S [10]**
3/11 12/3 17/12 20/16
26/21 31/5 36/23 38/7
251/11 257/7
**defended [1]** 123/25
**defending [1]**
102/25
**defense [2]** 127/4
127/21
**define [1]** 12/18
**definitely [2]** 36/16
49/23
**definitive [1]** 236/3
**Deflated [1]** 258/1
**degree [1]** 133/2
**delayed [1]** 27/10
**delaying [1]** 109/12
**demo [6]** 38/17
38/25 39/11 79/18
82/18 86/22
**demolish [3]** 22/6
22/14 27/14
**demolished [2]**
145/19 151/23
**demolition [20]** 16/5
17/18 18/3 21/17
21/23 32/10 87/11
87/14 87/16 88/3
90/13 90/20 90/23
91/25 92/15 92/15
94/3 94/19 100/3
100/4
**demoted [2]** 27/16
58/4
**Denied [2]** 157/24
161/15
**department [22]**
17/17 27/12 35/13

38/17 49/25 61/23
61/23 62/5 86/24
98/13 99/1 169/3
169/4 210/13 212/16
212/17 212/18 213/23
214/3 214/6 214/15
220/20
**departments [2]**
42/7 61/24
**depend [1]** 86/2
**Depends [1]** 211/12
**depict [1]** 260/19
**deposition [7]** 67/23
122/10 122/13 122/20
122/24 123/25 124/7
**describe [37]** 130/21
140/7 140/10 147/9
149/12 152/21 154/7
155/11 156/14 159/8
164/13 166/6 171/16
178/24 187/5 193/18
198/18 198/25 199/3
208/9 208/11 212/9
212/10 213/19 215/15
218/9 226/2 230/12
231/9 241/15 246/20
258/19 258/19 260/12
261/11 262/18 262/23
**described [3]** 31/9
145/15 227/17
**describing [2]**
226/25 247/2
**description [3]**
39/11 86/17 86/21
**design [3]** 132/11
166/12 168/9
**designated [2]**
150/16 150/23
**designers [1]** 144/14
**desk [1]** 89/6
**desk/area [1]** 89/6
**despite [1]** 224/17
**despondent [2]**
213/24 214/7
**destroy [1]** 157/20
**destroyed [1]** 255/7
**destruction [3]**
62/18 62/25 63/6
**detail [1]** 226/17
**details [1]** 91/9
**determination [3]**
69/19 69/22 222/18
**determine [1]**
163/21
**determined [2]**
34/18 35/3
**determines [1]**
50/16
**develop [3]** 151/4
165/13 227/19
**developed [4]**
134/20 158/15 161/20

226/15
**developer [1]** 165/4
**developers [1]**
146/21
**developing [3]**
133/7 208/24 226/7
**development [3]**
43/23 73/25 75/12
**diagnosis [4]** 124/14
124/16 124/16 124/17
**dialogue [5]** 154/14
168/20 171/5 201/8
245/23
**dias [1]** 113/3
**did [257]** 8/25 10/17
10/17 12/16 13/23
13/24 14/4 25/8 30/24
42/18 47/13 51/17
60/20 60/21 60/22
61/11 66/4 66/5 66/9
67/6 68/4 68/13 68/15
68/15 70/5 70/8 70/10
70/23 73/19 77/22
78/7 83/2 83/20 83/25
84/7 84/12 84/22
87/19 88/14 89/15
89/20 93/8 94/8 94/17
94/20 94/22 95/18
99/17 100/2 100/3
100/13 100/15 101/13
102/3 102/9 102/12
106/20 106/21 106/25
107/20 108/7 119/10
119/22 119/24 123/9
124/4 124/5 124/6
130/18 131/14 131/19
132/6 132/9 132/12
132/21 132/25 133/10
133/13 133/25 134/13
134/25 135/13 136/1
136/6 136/8 138/7
138/24 139/13 141/14
142/23 142/23 153/3
157/15 158/9 159/4
162/7 168/10 168/21
168/24 169/11 169/25
170/9 170/15 170/17
170/21 171/9 171/13
171/22 171/25 173/3
173/25 174/23 176/2
177/9 179/10 179/19
186/3 188/1 188/2
188/11 188/13 189/19
190/4 190/15 191/16
191/20 191/22 192/17
192/18 192/20 192/21
193/3 193/7 193/8
193/10 194/3 194/6
194/8 194/19 194/20
194/22 195/12 196/22
196/24 197/14 197/16
197/23 197/24 198/1

**D**

**did... [108]** 198/5
199/23 200/9 200/19
200/25 202/4 202/12
204/15 204/18 206/7
206/14 206/17 207/3
207/13 209/8 210/9
210/10 211/19 212/6
213/10 213/13 213/14
214/6 215/22 215/24
216/13 216/13 216/17
217/9 219/19 219/21
220/4 220/15 220/17
221/11 222/3 222/8
222/16 223/9 224/11
225/4 228/17 228/19
233/15 237/5 237/6
237/7 237/8 237/24
238/18 239/9 239/12
239/17 239/24 239/25
241/11 241/12 241/13
241/14 241/23 242/1
242/1 242/8 242/13
242/17 242/18 244/9
244/9 244/11 244/12
244/17 245/15 245/20
245/21 246/14 247/4
247/5 247/6 247/17
248/2 248/5 248/18
251/7 251/24 255/25
257/11 257/13 257/16
257/24 257/24 258/2
258/22 258/24 259/2
259/3 260/23 260/24
262/2 262/5 262/8
262/14 262/18 262/23
263/10 263/17 268/11
268/11 268/13
**did he ever [1]**
197/23
**did you go [4]** 132/6
194/3 237/6 237/8
**didn't [33]** 8/2 20/25
32/16 47/17 54/3 70/2
70/25 82/17 118/14
119/23 119/25 124/8
128/3 132/14 140/17
141/15 141/15 162/8
174/3 175/1 186/4
186/8 186/23 190/22
190/23 194/17 194/17
196/24 198/19 198/20
203/15 222/10 254/22
**died [1]** 259/24
**Diez [5]** 221/16
221/21 222/2 223/20
223/22
**different [13]** 51/2
60/9 70/22 71/17 95/3
148/12 156/23 172/4
177/14 201/16 204/2

245/21 249/17
**differently [3]** 70/23
73/11 156/17
**differs [1]** 120/24
**difficult [6]** 55/5
58/10 58/13 91/3
103/16 213/23
**dig [1]** 259/1
**digital [3]** 184/16
209/20 210/3
**direct [20]** 3/4 7/20
8/6 9/2 10/10 32/20
44/11 53/2 64/20
65/10 67/19 74/7
76/23 120/12 129/9
131/12 183/15 204/24
254/11 257/4
**directing [2]** 59/7
65/20
**direction [8]** 46/13
59/12 142/2 154/20
154/21 154/23 154/24
199/14
**directions [1]** 203/3
**directly [4]** 27/23
130/7 211/13 261/15
**director [11]** 48/19
64/24 150/19 159/23
164/3 166/12 212/19
212/20 221/17 221/19
238/23
**directors [4]** 27/18
27/19 58/1 59/13
**disagree [2]** 62/16
154/15
**disclosures [1]**
123/5
**discreet [1]** 186/1
**discuss [7]** 63/18
77/22 110/16 168/11
168/21 183/4 268/21
**discussed [17]** 6/1
33/8 43/7 77/17
118/12 118/17 119/2
119/19 120/6 120/24
121/1 161/24 164/9
166/17 192/9 192/12
207/24
**discussing [4]** 33/5
38/1 146/2 162/19
**discussion [4]** 78/7
161/2 167/3 236/2
**discussions [1]**
157/23
**disparaging [1]**
52/23
**dispelled [1]** 190/10
**displaced [1]** 152/9
**displaces [1]** 146/16
**dispute [1]** 120/6
**disseminated [1]**
184/15

**dissemination [1]**
184/16
**distress [3]** 123/8
124/11 255/8
**distressed [1]** 76/4
**distribution [1]**
143/2
**district [51]** 1/1 1/1
1/9 40/21 45/8 46/12
46/21 47/4 48/3 51/15
51/19 51/22 52/3
52/16 55/19 55/21
56/10 56/15 101/22
116/16 118/25 134/19
144/18 151/2 153/17
158/13 159/18 160/2
160/7 161/7 162/2
170/16 170/22 171/14
171/17 172/1 172/17
173/25 174/21 176/3
177/22 186/24 196/17
197/25 205/7 205/16
206/2 206/9 207/15
258/4 261/22
**Districts [1]** 160/4
**division [2]** 212/17
214/14
**DJs [1]** 258/20
**do [264]** 4/17 6/2
6/16 6/21 7/7 7/12
7/17 7/23 7/25 11/3
12/11 15/12 16/8 18/1
18/21 19/7 19/10 20/6
21/5 21/12 21/19
21/21 22/5 22/25 23/8
23/16 23/22 24/14
25/2 25/7 25/9 25/17
28/7 29/11 29/16
29/24 30/21 30/24
33/4 33/20 34/1 34/5
34/10 34/11 34/12
35/9 36/2 36/13 37/1
37/5 38/15 38/22
38/22 39/3 39/7 39/18
39/23 40/6 41/23
41/25 43/8 44/25 45/5
45/15 45/16 45/20
46/3 48/25 49/19
50/11 51/11 58/5
58/21 58/22 59/6 59/8
60/12 60/18 61/2 61/2
62/20 63/8 63/15
63/18 63/19 70/2
71/18 72/10 72/21
74/19 74/20 75/23
76/21 77/3 78/16
78/19 79/14 80/16
82/11 82/22 83/10
86/1 86/17 87/13
90/14 92/21 94/8
96/12 96/15 96/23
97/20 98/2 98/7 98/8

99/17 103/17 103/20
103/23 104/13 105/4
105/15 106/2 107/14
107/19 107/20 108/12
109/7 110/16 110/16
111/9 111/9 111/9
111/11 112/11 112/12
113/7 113/14 115/18
116/7 116/21 119/6
125/5 125/6 125/9
125/12 125/21 126/2
127/8 127/21 129/14
129/20 130/3 131/14
132/21 132/25 133/13
134/23 136/8 137/10
140/7 144/3 144/7
145/11 146/18 147/9
147/23 148/24 149/1
149/25 150/5 150/6
150/7 150/7 150/13
153/18 154/3 156/20
156/22 157/25 160/11
161/7 161/18 163/20
164/1 170/18 180/2
180/13 180/21 181/3
181/8 181/19 182/19
183/4 183/4 187/17
188/8 188/18 190/4
192/6 192/15 193/13
194/9 194/24 195/22
196/3 196/20 197/11
200/6 201/7 201/25
205/2 205/5 205/9
205/14 207/21 208/6
210/21 210/22 212/2
213/3 215/5 217/17
219/21 221/16 221/17
221/21 223/2 224/16
224/23 225/24 227/15
227/22 230/4 230/22
232/2 232/3 233/5
233/15 240/8 240/18
243/4 244/4 245/15
245/20 250/3 250/25
250/25 251/24 252/8
254/10 254/20 256/9
256/13 257/6 258/23
259/2 259/7 261/7
261/9 263/21 268/2
268/20 268/21 268/22
**do you [42]** 11/3
15/12 20/6 22/5 36/2
36/13 37/5 39/7 44/25
82/11 83/10 86/1
105/15 107/19 108/12
109/7 127/21 129/14
129/20 130/3 137/10
140/7 144/3 144/7
148/24 150/7 150/13
153/18 154/3 156/20
161/7 161/18 180/2
180/21 181/19 196/3

208/6 215/5 217/17
243/4 259/7 261/7
**do you see [16]** 6/16
7/7 18/1 21/5 21/12
34/5 37/1 41/23 45/5
45/15 49/19 51/11
86/17 103/20 103/23
182/19
**doctor [4]** 122/15
123/1 124/6 124/13
**document [82]** 6/4
8/1 8/20 8/22 10/12
10/21 14/2 14/4 15/5
15/9 16/1 16/15 17/22
19/20 19/21 20/3
20/25 22/17 22/18
24/6 25/6 25/22 26/1
26/5 30/17 31/14 32/8
32/9 32/12 34/9 34/10
34/12 39/13 41/10
58/22 59/7 64/17
64/20 83/10 83/12
83/17 86/19 86/23
87/1 87/6 95/2 96/18
103/21 103/23 104/8
104/13 108/13 117/23
118/7 119/3 119/6
119/8 119/9 119/9
119/21 119/25 120/2
120/18 121/10 121/13
121/18 122/2 123/3
161/8 161/18 161/23
162/7 162/8 162/10
163/13 163/25 166/6
166/9 167/3 195/12
220/20 253/14
**document's [1]**
11/19
**documents [7]**
59/11 123/9 123/24
169/18 170/1 170/10
192/12
**does [41]** 10/7 11/6
13/20 16/19 19/16
20/8 22/13 24/3 24/18
25/2 25/22 26/7 29/7
30/11 32/8 34/5 37/24
39/9 40/15 40/18 52/5
54/25 58/2 71/14
87/19 96/9 96/15
99/14 104/21 106/10
108/24 113/6 115/22
119/14 124/21 148/21
182/18 214/20 217/5
254/14 260/18
**doesn't [10]** 50/16
54/20 55/1 107/15
119/7 120/1 123/1
127/12 253/21 256/14
**doing [24]** 43/23
43/23 52/20 54/18
54/18 68/22 69/3 69/7

**D**

**doing... [16]** 70/6
73/3 79/8 91/17 94/5
107/23 116/2 120/12
141/11 170/6 198/19
208/13 208/25 209/4
209/8 243/13
**dollars [2]** 164/6
171/3
**Domino [7]** 164/15
164/17 164/25 165/1
166/7 166/8 179/3
**don't [97]** 6/6 6/9
6/12 7/1 10/22 11/17
12/18 14/23 14/24
14/25 18/17 18/19
19/3 22/16 25/16
27/14 27/15 28/25
32/12 34/16 35/2
36/12 37/16 45/24
53/10 54/11 54/12
56/6 58/4 61/4 61/4
61/5 66/15 67/21
67/23 68/19 69/24
72/24 75/1 76/10
78/12 82/16 86/10
86/13 100/11 107/6
113/18 113/19 113/22
114/17 114/21 115/13
115/20 115/24 116/6
116/9 117/12 120/15
123/17 123/19 123/20
123/21 124/6 125/7
125/16 125/18 125/23
125/24 126/16 126/18
127/24 135/5 146/11
147/25 153/6 154/15
154/16 161/9 162/22
166/13 170/24 175/18
187/19 191/18 193/15
194/1 194/12 203/11
229/12 241/25 246/4
246/4 252/7 253/7
253/24 255/4 263/12
**donation [1]** 171/3
**donations [1]**
170/24
**done [20]** 21/14 35/4
41/9 45/22 48/20 50/6
63/7 76/9 78/17 82/5
91/17 93/25 94/2 94/4
118/3 121/14 136/15
204/3 204/6 252/16
**door [8]** 57/23 75/7
123/18 124/24 246/22
246/23 246/23 254/18
**doorway [1]** 21/5
**dorm [1]** 133/19
**double [1]** 132/10
**doublechecked [1]**
121/11

**Douglas [3]** 7/12
7/17 34/13
**down [48]** 6/21
12/11 14/10 16/2
16/16 17/21 18/1
18/19 21/20 24/11
32/14 33/10 34/17
35/12 36/10 36/11
37/6 38/15 39/17
41/17 72/7 128/9
129/1 134/21 147/22
163/14 191/10 192/15
192/19 192/22 192/23
203/8 222/4 223/24
224/6 225/21 232/6
232/15 239/19 245/16
248/11 248/22 256/7
256/8 257/23 262/9
262/15 262/23
**downstairs [1]**
245/18
**downtown [1]**
202/14
**Dr. [1]** 259/3
**Dr. Paul [1]** 259/3
**drama [1]** 112/11
**drawing [1]** 209/23
**dream [1]** 133/9
**dreams [1]** 141/17
**drive [3]** 203/24
204/10 204/16
**driving [5]** 223/2
223/9 223/17 241/7
266/7
**drove [1]** 265/10
**due [7]** 42/10 43/12
43/16 63/1 109/17
113/11 126/16
**Duke [2]** 133/17
133/22
**duress [2]** 26/15
243/7
**during [37]** 5/25
39/18 43/7 47/16
48/19 48/24 64/24
72/2 74/19 77/14
90/13 106/2 119/18
122/7 122/11 122/12
122/12 122/22 123/24
134/2 134/6 159/9
164/15 168/22 170/21
173/16 188/19 200/7
208/12 208/23 209/15
210/5 211/1 212/9
225/19 263/16 266/15
**duties [1]** 43/24
**DX [41]** 10/2 11/14
13/18 14/16 16/11
17/2 18/19 19/11 21/7
21/20 22/10 23/5
23/25 24/12 24/18
25/17 25/22 28/5 29/3

29/16 30/9 34/2 35/24
36/19 39/4 39/20
40/10 40/11 41/18
83/1 83/4 83/5 88/4
97/20 98/10 101/12
103/20 104/7 104/12
105/3 105/13
**DX 126 [1]** 83/1

**E**

**each [5]** 139/15
139/22 141/14 168/18
245/18
**earlier [13]** 32/7
32/8 78/25 79/12
103/21 113/2 154/11
163/25 192/5 192/12
213/1 241/19 241/20
**early [6]** 131/5
139/22 146/8 183/21
187/8 221/23
**easier [1]** 49/5
**east [5]** 199/10
199/11 199/20 203/1
269/14
**eastern [2]** 5/7
228/16
**eating [1]** 124/20
**economic [3]** 75/7
142/17 255/13
**economy [1]** 165/21
**edges [1]** 226/18
**edit [1]** 179/14
**educational [2]**
131/23 131/24
**effect [1]** 256/4
**effort [2]** 176/7
255/1
**efforts [3]** 112/5
163/18 246/7
**eight [1]** 221/2
**eighth [1]** 221/2
**either [4]** 26/3 26/11
113/25 125/24 133/19
169/12 221/23
**El [8]** 36/3 36/14
36/16 38/25 105/18
159/6 166/20 167/10
**elected [15]** 8/24
49/17 55/4 55/17
55/22 56/9 56/14
57/16 57/22 58/11
156/10 169/3 173/3
197/17 197/19
**electing [1]** 169/8
**election [48]** 55/9
55/17 101/22 104/3
168/25 170/19 170/21
171/9 171/11 171/14
171/18 171/18 172/1
172/17 173/17 173/25
174/4 174/19 174/20

174/24 175/10 176/3
176/14 176/20 181/24
184/22 185/1 186/13
186/24 193/1 193/9
193/10 193/13 193/20
194/23 195/14 196/7
196/7 196/17 196/23
197/15 197/17 197/25
205/7 205/15 206/5
206/8 207/15
**electric [1]** 97/5
**electrical [1]** 92/19
**elements [1]** 166/22
**elicit [2]** 253/3
253/20
**eligibility [2]** 205/17
206/1
**Ellen [2]** 269/12
269/12
**Ellie [1]** 120/15
**else [13]** 58/3 62/13
73/11 101/13 115/11
126/20 127/24 168/18
244/17 253/18 255/17
256/18 264/9
**else's [1]** 244/22
**elsewhere [1]**
201/13
**email [27]** 41/21
41/23 41/25 41/25
42/3 42/19 64/21 65/1
65/14 65/16 65/22
67/3 69/9 184/18
251/13 251/18 251/19
251/25 252/3 253/15
255/25 256/4 256/7
257/7 257/11 257/14
257/16
**emails [1]** 180/15
**embedded [1]** 151/1
**Emilio [2]** 42/15
251/25
**Emory [4]** 132/8
132/9 132/12 132/20
**emotional [7]**
122/15 123/8 124/11
155/16 254/24 255/3
255/8
**emotionally [3]**
155/25 156/11 257/25
**employee [2]** 59/17
188/16
**employees [4]** 57/23
58/21 59/2 220/25
**encounter [7]** 193/3
194/4 198/1 198/4
200/2 200/7 266/4
**encountered [4]**
202/16 202/24 228/10
267/8
**encountering [1]**
199/23

**encouraging [1]**
182/12
**end [11]** 65/17
113/21 122/20 128/2
133/18 148/14 148/21
148/22 190/24 203/13
216/5
**endangered [1]**
151/22
**ended [6]** 122/24
124/7 134/3 187/17
203/14 203/15
**endlessly [1]** 42/22
**endorsement [1]**
171/6
**endorses [1]** 124/19
**ends [2]** 49/3 49/4
**endure [1]** 124/21
**enemy [2]** 185/3
185/7
**enforcement [15]**
61/12 76/3 218/12
218/14 218/25 219/4
219/10 221/4 221/11
221/17 221/19 222/4
231/20 232/15 244/10
**enforcing [3]** 50/23
73/9 81/9
**engage [5]** 28/23
79/13 150/9 165/19
187/12
**engaged [11]**
140/18 140/20 150/4
165/3 166/14 176/8
176/23 186/2 234/15
236/21 236/22
**engagement [2]**
152/15 163/4
**engaging [2]** 46/2
171/5
**engineer [1]** 79/23
**engineering [1]**
21/25
**enhancing [1]** 163/7
**enjoy [1]** 183/20
**enjoyment [2]** 44/6
44/8
**enlarge [2]** 17/14
83/5
**enough [4]** 26/11
36/18 60/24 134/23
**ensure [1]** 172/5
**entail [1]** 96/9
**entailed [1]** 91/3
**enter [2]** 20/13
43/20
**entered [20]** 5/2
14/13 14/14 15/6
24/16 25/4 25/19
25/24 26/7 26/12
29/17 29/25 30/12
30/24 32/3 45/3 64/11

**E**

entered... [3] 128/20
183/12 257/1
entering [5] 14/11
14/24 14/25 30/21
32/15
entertainers [3]
125/18 125/18 258/11
entire [15] 49/10
49/24 51/1 54/14
54/16 77/14 87/2
87/20 87/20 87/21
103/1 113/21 130/8
130/9 165/19
entirely [1] 57/4
57/15
entirety [1] 11/20
entitled [2] 157/5
269/10
entity [1] 108/18
entrance [5] 134/15
162/24 228/8 260/10
260/11
entrepreneurial [2]
132/18 140/15
entrepreneurs [1]
150/12
environment [1]
156/24
equally [1] 198/21
era [1] 151/6
eradicated [1]
235/16
erect [1] 168/15
erected [1] 187/10
Escandon [1] 267/14
especially [3] 50/25
113/2 165/14
Esq [9] 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
essence [1] 228/4
essentially [2] 119/8
241/22
establish [5] 120/5
120/23 126/6 153/1
160/9
established [5]
150/24 153/3 154/13
172/9 239/11
establishes [1]
259/18
estate [12] 43/23
73/24 75/11 134/12
134/13 134/15 138/24
140/8 140/11 142/17
208/24 210/19
Estefan [1] 126/19
esthetic [1] 136/16
estimate [1] 86/6
estimated [2] 87/17

99/9
et [2] 4/7 97/6
Ethics [5] 48/13
83/18 83/21 84/1
84/11
ethos [1] 169/9
evaluate [1] 49/17
even [25] 8/24 35/16
43/18 43/20 45/17
54/17 54/20 63/19
115/1 119/9 121/12
124/18 125/18 126/4
128/2 128/4 164/7
169/9 175/18 194/20
242/25 243/2 255/4
255/5 263/11
evening [2] 139/11
268/4
event [14] 42/6 42/8
42/11 186/7 187/13
203/21 203/22 204/12
217/9 225/11 225/18
236/13 236/17 263/21
events [10] 149/4
155/5 163/15 198/13
198/14 198/15 236/25
238/23 263/17 267/13
eventually [12] 66/7
118/18 119/1 142/23
142/23 165/16 192/15
249/1 251/7 258/2
259/24 263/16
ever [38] 10/22
22/16 32/13 34/10
67/6 76/20 77/16
77/22 78/7 78/12
85/21 86/3 134/25
136/1 138/24 153/9
153/9 168/21 168/24
169/11 170/21 171/10
172/13 190/15 193/3
196/22 197/23 198/1
201/20 206/17 207/13
212/2 213/22 221/4
226/16 227/23 262/2
263/17
Everglades [1]
227/24
every [15] 35/19
44/5 44/15 59/14
59/17 74/12 82/15
141/14 145/8 157/13
226/17 235/8 245/18
254/14 255/12
everybody [14] 26/9
45/11 52/17 58/3
59/19 61/19 62/13
73/11 127/5 135/5
138/22 173/5 218/6
238/21
everyone [15] 4/5
5/4 5/8 61/4 64/9

111/6 128/22 152/5
173/6 175/15 175/17
183/14 257/3 268/20
269/2
everyones [1] 173/7
everything [17]
10/10 51/5 52/20
55/11 59/23 76/9
116/8 123/7 127/24
134/17 135/12 147/18
156/21 202/12 226/8
253/20 262/14
everywhere [2]
144/20 202/6
evidence [52] 8/15
8/16 9/2 9/19 9/21
11/25 17/3 17/9 18/9
20/11 20/13 21/8
22/21 26/17 31/1 32/3
40/11 41/18 43/3
44/22 48/15 57/11
63/13 64/17 83/1
84/18 84/24 85/6
86/15 88/5 93/19
94/24 112/22 115/3
117/11 119/16 119/17
121/16 125/5 158/5
178/14 178/16 179/23
185/14 216/25 217/16
226/21 228/22 233/11
251/12 259/16 265/24
evolved [1] 174/14
exact [1] 23/19
exactly [10] 5/6
68/20 69/1 70/10
76/20 77/3 98/7
116/17 215/11 255/23
examination [24]
4/19 5/19 7/20 8/6
9/2 32/20 44/12 50/15
50/17 64/8 64/14
64/20 65/11 74/8
76/24 83/8 90/13
106/3 119/18 120/12
129/9 183/15 207/24
257/4
examine [3] 185/23
202/22 235/11
examined [1] 124/24
examining [2]
115/25 116/1
example [5] 10/11
162/22 179/15 233/16
235/13
examples [3] 43/20
141/18 144/23
Excellent [1] 178/12
exception [1] 51/6
excerpted [1]
111/21
excerpts [2] 112/24
115/4

excess [3] 73/25
153/21 154/5
exchange [1] 168/25
excised [1] 112/9
excited [5] 134/16
135/21 136/19 138/15
162/3
exciting [1] 197/10
Excuse [1] 59/6
execute [1] 160/13
executed [5] 112/20
113/8 113/14 113/24
114/4
executive [1] 164/3
executor [1] 164/4
exhausted [2] 5/22
258/1
Exhausting [1]
24/22
exhibit [46] 6/14
11/20 12/3 13/17
17/12 20/16 26/21
31/5 32/4 36/23 38/7
75/1 95/5 116/23
116/24 119/4 121/9
137/21 143/21 160/1
160/24 161/3 162/14
162/20 166/1 167/8
178/14 179/23 180/17
181/6 181/16 184/5
191/3 195/3 195/10
196/1 197/2 203/7
216/25 217/15 226/20
228/21 251/12 257/7
260/6 265/23
Exhibit 412 [1] 95/5
exhibits [9] 3/7 3/11
99/17 111/14 111/14
115/22 116/4 125/3
125/13
existing [3] 89/11
90/4 152/7
exists [2] 50/24
164/4
exited [5] 63/22
110/19 183/7 252/13
269/1
expand [2] 16/22
133/23
expanding [1] 134/4
expect [3] 127/4
186/18 192/18
expected [3] 210/1
264/11 264/20
expensive [1]
148/15
experience [18]
102/20 102/24 131/25
132/3 133/3 133/4
136/11 136/14 141/11
141/13 141/16 208/5
208/7 208/9 208/23

210/4 214/21 214/22
experienced [3]
124/22 155/12 210/18
experiencing [2]
141/5 243/8
expertise [1] 86/2
expiration [1] 42/10
expired [1] 42/9
explain [22] 44/9
66/22 68/10 91/16
115/8 130/5 131/22
147/16 148/11 151/11
160/1 162/18 182/11
184/24 203/20 208/20
208/22 209/14 230/24
232/4 251/17 253/14
explained [11]
57/12 58/20 139/7
159/14 189/9 218/19
219/4 219/23 220/1
220/3 251/3
explained to [1]
218/19
explaining [5] 50/11
68/13 195/18 258/25
264/21
explanation [2]
28/17 28/22
explore [1] 28/18
exponentially [1]
102/13
expose [1] 186/3
exposed [1] 185/6
exposure [1] 164/8
express [1] 69/1
expressed [2] 128/1
162/3
expressing [3] 66/18
68/24 69/2
expression [1] 69/3
extensive [1] 7/24
extent [1] 254/9
extra [1] 63/25
extracurricular [1]
9/24
extremely [2]
165/21 177/3
eyes [1] 50/1

**F**

fabric [1] 76/14
facade [2] 260/8
260/9
face [2] 185/7
265/14
Facebook [2] 85/4
184/17
facilitate [1] 211/16
facilitated [1]
211/13
fact [18] 25/16 35/2
48/24 52/20 73/20

**F**

**fact... [13]** 74/23 79/17 79/18 81/19 100/22 122/25 146/20 154/15 202/16 202/24 222/16 222/19 224/17

**Factory [6]** 133/3 133/5 133/10 145/1 179/4 180/4

**facts [11]** 9/1 9/19 43/2 48/15 84/17 84/23 85/5 93/19 94/23 233/11 253/3

**factual [1]** 81/12

**fail [1]** 123/17

**failure [3]** 39/25 39/25 82/19

**fair [12]** 8/23 26/11 36/18 60/24 67/13 73/2 73/4 73/23 75/14 75/21 186/11 242/8

**faith [2]** 252/3 254/25

**fake [1]** 35/20

**fall [4]** 90/19 90/23 133/21 134/6

**Falls [1]** 142/5

**false [1]** 256/10

**falsely [1]** 112/22

**familiar [16]** 44/2 74/22 88/7 88/9 88/11 106/14 124/5 151/25 172/6 182/4 191/7 192/8 195/5 214/15 214/18 251/13

**Familias [2]** 203/24 204/13

**families [1]** 216/15

**family [15]** 113/24 117/10 117/13 129/24 130/1 136/10 138/9 138/21 183/20 216/7 217/9 218/6 220/25 225/14 225/19

**famous [7]** 125/19 125/22 125/24 126/15 126/18 151/5 258/11

**far [7]** 11/9 108/2 134/5 136/21 211/20 243/22 253/11

**farmer's [1]** 33/12

**farming [1]** 139/16

**faster [2]** 75/2 145/10

**father [11]** 51/9 53/2 129/15 129/16 129/25 130/23 131/16 138/8 193/21 258/24 258/24

**fault [1]** 56/2

**Fausto [1]** 163/23

**fear [2]** 186/25 195/21

**February [23]** 34/17 35/1 38/15 38/23 39/2 39/10 41/22 42/1 42/19 60/11 60/23 61/11 61/14 111/20 112/24 115/4 237/6 237/8 238/19 240/1 243/6 251/25 257/12

**February 14 [5]** 60/11 61/14 111/20 112/24 115/4

**February 14th [2]** 60/13 61/11

**February 26 [5]** 41/22 42/1 42/19 251/25 257/12

**fee [1]** 86/3

**feel [10]** 140/5 144/16 189/19 195/12 197/14 197/16 224/11 225/4 257/25 263/10

**feelings [2]** 197/15 214/2

**feels [1]** 157/25

**fees [3]** 25/14 135/16 208/12

**feet [1]** 245/11

**FELDMAN [1]** 1/15

**felt [12]** 48/13 48/19 124/20 140/3 145/17 152/12 165/18 186/6 197/16 197/17 200/4 243/11

**Fernandez [1]** 178/19

**festival [35]** 131/10 236/7 236/10 236/11 236/11 236/12 236/15 236/19 236/21 237/2 237/4 237/5 237/6 237/8 237/19 237/22 237/25 238/12 238/18 238/20 239/24 240/1 240/4 240/25 241/11 241/13 243/5 243/20 244/5 244/13 245/4 246/14 246/21 247/19 248/20

**few [15]** 75/1 99/17 115/12 115/14 117/2 144/23 169/14 177/3 192/25 193/14 193/16 193/22 196/21 241/19 252/25

**fight [1]** 240/8

**Figueroa [4]** 226/4 237/12 237/15 240/22

**Figueroas [1]** 250/20

**figure [3]** 127/11 128/8 177/23

**file [6]** 42/25 64/6 65/22 83/20 83/25 151/14

**filed [8]** 38/16 38/23 39/10 65/25 66/3 80/21 84/6 84/10

**filing [2]** 16/8 64/4

**fill [1]** 78/14

**filled [1]** 119/10

**filmed [1]** 181/12

**final [8]** 5/7 21/23 22/6 22/14 23/10 24/19 80/14 82/11

**finalized [3]** 34/8 41/9 128/9

**finally [2]** 33/16 158/1

**financed [1]** 206/18

**financially [1]** 157/21

**financing [1]** 207/14

**find [8]** 42/22 64/3 136/24 144/20 145/23 152/18 177/22 267/1

**finding [2]** 51/10 154/9

**fine [7]** 5/13 5/14 114/18 126/19 143/17 145/12 256/16

**finish [5]** 27/13 57/7 75/18 77/24 113/15

**finished [1]** 194/7

**finishes [1]** 203/9

**fire [4]** 164/7 216/7 220/20 237/19

**fired [2]** 27/16 58/4

**fireplace [1]** 217/20

**first [68]** 8/10 11/19 26/5 29/4 31/8 31/13 31/17 31/22 32/9 32/13 33/21 36/13 52/7 52/15 53/14 66/12 66/18 69/2 69/4 78/3 95/18 100/3 101/7 114/22 116/10 116/21 118/12 118/17 119/20 120/21 121/23 121/24 133/4 133/4 134/13 134/15 136/9 140/2 140/12 140/14 141/7 146/5 158/18 159/9 161/7 168/22 172/21 183/22 184/19 189/15 198/5 208/20 208/22 208/25 209/4 209/8 214/9 221/6 233/16 234/4 239/9 244/21 252/25 254/7 258/7 262/25 266/24 267/9

**firsthand [2]** 234/14 262/18

**fit [1]** 200/21

**five [11]** 49/15 53/5 92/5 108/8 112/17 131/9 132/16 157/6 158/1 171/3 255/12

**Flagler [1]** 1/16

**flavor [3]** 75/23 76/14 76/22

**flip [3]** 26/2 161/9 168/3

**flood [1]** 127/23

**floors [1]** 260/15

**FLORIDA [16]** 1/1 1/5 1/13 1/17 1/19 1/22 2/4 7/13 71/15 97/2 132/7 138/1 145/3 173/2 182/4 269/14

**flow [3]** 135/19 135/25 253/2

**flyer [2]** 84/16 181/25

**focus [10]** 49/10 139/24 139/25 141/9 158/8 182/2 209/11 211/8 212/1 261/16

**focused [2]** 146/24 149/15

**folks [3]** 131/16 176/21 182/13

**follow [6]** 27/15 58/4 61/6 77/18 121/3 169/11

**followed [2]** 5/9 35/17

**following [6]** 31/11 61/20 62/14 141/23 209/12 221/24

**followup [1]** 121/7

**food [5]** 141/6 187/10 230/13 230/25 231/6

**forced [1]** 148/14

**foregoing [1]** 269/9

**foreground [1]** 20/8

**foremost [1]** 140/13

**forever [1]** 152/19

**forget [3]** 135/3 135/13 142/17

**forgive [1]** 109/16

**form [8]** 79/21 83/19 141/7 144/13 147/20 202/8 238/25 255/14

**formalize [1]** 64/4

**formation [1]** 163/18

**formats [1]** 52/7

**formed [1]** 148/4

**former [2]** 51/9 53/2

**formulate [4]** 63/19 110/16 183/5 268/21

**FORT [3]** 1/2 1/5

**269/14**

**forth [1]** 23/2

**forward [7]** 115/21 135/13 154/25 192/25 197/11 203/17 204/9

**found [1]** 200/2

**foundation [64]** 9/18 11/18 18/25 29/21 30/2 31/20 34/21 38/19 40/3 41/14 68/7 87/8 88/18 118/6 118/8 119/2 148/19 149/8 153/23 157/2 170/12 173/7 175/3 177/18 185/4 188/5 189/24 201/15 202/8 204/21 205/21 206/19 214/9 218/15 219/12 221/13 222/13 223/5 224/19 230/1 230/8 230/17 231/3 231/13 231/23 232/9 233/1 234/8 235/10 238/2 239/14 244/6 244/14 245/6 246/11 247/1 249/7 250/10 250/22 254/12 262/12 264/8 267/10 267/20

**founded [1]** 175/16

**four [3]** 27/19 28/15 32/5 45/17 49/15 112/17 129/15 129/19 132/17 133/2 171/1 199/20

**FPL [1]** 107/9

**Francis [3]** 55/21 113/2 115/5

**Frank [3]** 150/17 169/6 177/13

**frankly [3]** 117/13 125/18 175/24

**free [1]** 157/5

**freely [1]** 200/5

**frequency [1]** 213/16

**Friday [3]** 263/4 265/8 266/13

**friend [9]** 130/10 133/14 136/10 139/4 152/24 158/21 166/11 180/3 181/14

**friends [7]** 138/21 216/7 216/15 218/6 220/25 225/14 225/19

**front [15]** 16/16 36/2 68/16 68/20 80/6 89/6 98/11 112/21 118/3 210/17 236/24 265/11 265/12 266/6 266/9

**fronted [1]** 85/13

**Fuente [1]** 151/6

**full [5]** 28/12 31/25

**F**

**full... [3]** 80/14
132/17 238/20
**FULLER [120]** 1/4
4/7 14/19 15/12 15/20
39/14 41/21 42/3
77/17 77/22 78/7
83/14 106/21 112/12
112/20 112/25 113/18
115/5 115/6 116/1
116/15 118/17 118/19
119/1 119/19 120/20
120/20 120/25 121/4
121/14 129/6 129/9
129/13 129/14 129/18
129/24 130/5 134/10
137/8 137/23 138/14
138/25 143/9 146/13
148/24 149/19 149/25
150/7 151/17 153/18
155/24 156/25 157/12
158/8 158/18 161/6
161/18 162/18 166/4
168/12 168/21 174/23
177/25 178/4 178/25
180/2 180/5 180/20
180/21 181/8 181/19
183/17 184/9 185/18
186/12 186/23 187/20
191/7 192/7 193/24
193/25 196/3 196/22
197/5 197/13 201/20
203/18 205/5 206/3
211/9 212/2 215/2
215/22 217/5 217/17
225/25 226/24 227/20
228/24 230/22 233/24
234/14 237/5 239/4
244/5 246/21 247/4
247/17 248/19 250/19
251/13 256/7 256/22
257/6 259/7 259/10
259/21 260/8 262/22
266/2
**Fuller's [10]** 15/18
111/13 111/19 116/19
120/23 122/8 122/15
124/10 126/8 255/6
**fully [3]** 127/4
176/22 186/3
**fun [3]** 62/21 218/9
238/21
**function [1]** 70/23
**functioned [1]** 70/21
**functions [1]** 58/16
**fund [3]** 164/1 206/7
206/14
**funding [3]** 206/23
207/4 207/7
**further [8]** 17/21
28/17 28/22 28/23

37/23 82/23 128/24
251/11
**Futurama [8]** 44/25
108/16 145/2 198/25
199/15 199/24 200/7
228/8
**future [1]** 152/10

**G**

**Gables [1]** 7/13
**gained [1]** 124/19
**Gallery [1]** 145/2
**game [3]** 5/12 5/13
156/24
**game-changing [1]**
156/24
**games [2]** 113/15
138/16
**gap [1]** 224/14
**garage [3]** 264/3
266/10 266/11
**Garcia [20]** 159/21
164/10 164/24 165/3
166/11 166/12 166/16
169/12 192/13 261/1
261/24 261/24 263/6
263/18 264/21 264/25
266/25 267/14 268/11
268/11
**Garcia's [3]** 263/22
267/7 267/18
**Gardner [1]** 4/15
**gathers [1]** 75/4
**gave [8]** 48/24 116/7
128/5 142/12 153/11
169/18 170/24 171/2
**Gay [22]** 236/7
236/10 236/11 236/19
237/5 237/8 237/25
238/18 239/24 240/1
240/4 240/25 241/11
241/13 243/5 243/19
244/5 244/13 246/14
246/21 247/19 248/20
**GC [2]** 209/1 211/14
**gears [2]** 205/5
258/5
**gem [1]** 148/13
**general [15]** 17/14
79/24 101/16 170/19
170/21 171/9 171/14
171/18 172/1 172/17
173/16 173/25 174/4
176/19 211/14
**generally [6]** 44/3
202/19 211/12 211/17
211/24 212/15
**gentleman [8]** 63/1
117/17 134/21 180/2
180/8 181/14 198/10
228/14
**gentleman and [1]**

117/17
**gentleman in [1]**
180/8
**gentleman is [1]**
63/1
**gentleman playing
[1]** 228/14
**gentleman that [1]**
198/10
**gentleman told [1]**
134/21
**gentlemen [4]** 5/4
63/18 110/14 268/19
**gentrification [4]**
76/8 76/11 146/14
146/15
**gentrified [4]** 77/7
146/19 146/20 147/10
**geographic [2]**
140/25 245/10
**George [1]** 259/3
**get [39]** 5/24 20/25
35/16 43/1 58/1 58/4
58/4 67/9 67/11 90/1
114/21 115/25 116/13
123/10 123/17 127/5
132/4 134/13 135/17
142/6 146/21 162/5
165/22 176/11 182/12
182/13 182/14 182/16
190/9 195/12 204/15
210/23 242/13 243/2
253/5 254/6 255/1
255/10 255/12
**gets [3]** 57/24 57/24
255/10
**getting [11]** 27/12
51/4 58/2 59/12 63/25
103/4 113/11 113/23
157/20 210/4 243/4
**Gil [1]** 265/10
**give [7]** 46/13 71/21
123/17 144/22 150/3
150/7 235/13
**given [9]** 13/2 25/15
76/20 116/3 118/19
118/25 122/22 123/15
123/24
**gives [2]** 80/14
220/20
**giving [4]** 53/17
59/12 59/14 141/19
**Glad [1]** 51/12
**Gloria [1]** 126/19
**go [85]** 5/6 16/12
18/18 18/19 19/12
21/7 23/25 26/5 29/16
30/17 30/18 35/12
35/24 37/18 40/11
44/21 45/5 49/3 55/5
57/13 57/19 61/24
66/4 66/25 70/3 71/18

77/24 78/4 83/13 95/7
95/7 95/7 95/8 108/20
111/14 111/14 112/16
115/6 117/16 122/14
124/12 126/9 126/17
126/19 128/3 130/16
132/6 142/2 142/6
149/4 153/4 153/7
153/11 154/10 161/12
161/15 162/22 163/1
163/15 164/6 168/6
184/19 191/10 192/5
193/25 194/3 211/18
212/11 213/19 228/3
237/5 237/6 237/8
240/4 240/25 245/8
250/19 251/11 252/21
253/21 259/9 260/12
260/18 263/17 263/19
**goal [4]** 76/13 76/21
247/7 247/10
**God [1]** 74/14
**goes [9]** 59/23 100/8
100/16 106/22 108/4
155/16 254/16 255/13
265/2
**going [89]** 4/21 23/5
25/12 27/15 27/16
28/23 30/18 32/2 49/2
49/14 49/25 52/18
80/15 101/3 105/13
111/21 113/1 113/9
113/15 113/20 113/21
113/25 114/9 114/21
115/15 117/16 118/3
118/7 118/14 118/21
123/7 123/20 124/23
124/25 127/6 127/21
128/2 128/3 128/4
128/12 131/10 135/8
135/11 135/16 138/13
138/16 139/24 142/2
142/4 142/20 154/6
156/21 156/21 160/10
160/12 160/13 160/14
160/15 160/19 160/20
161/21 162/21 163/14
163/21 164/3 164/5
165/5 165/14 166/15
166/15 166/23 167/14
167/15 168/1 168/16
197/19 203/8 203/25
216/9 237/16 239/2
243/15 252/10 253/14
255/18 255/23 255/25
256/10 264/3
**gold [4]** 226/5
226/17 227/2 227/4
**Gomez [1]** 4/22
**gone [7]** 50/12 75/25
76/2 116/4 169/2
169/5 169/8

**Gonzalez [2]** 42/15
251/25
**good [25]** 4/5 4/10
4/13 4/14 4/17 5/3
5/21 5/22 49/5 76/11
129/11 130/10 145/4
154/12 157/13 165/9
171/6 181/14 183/17
200/22 218/7 218/11
252/3 254/25 269/2
**Google [1]** 67/10
**gorgeous [1]** 226/17
**got [18]** 43/22 53/9
55/4 66/8 68/5 70/17
70/17 72/14 113/24
113/24 122/21 136/19
218/11 234/4 237/12
242/1 245/17 264/20
**gotten [2]** 198/7
243/1
**graduate [3]** 132/12
132/14 132/20
**Grammy [1]** 217/8
**grand [2]** 59/23
61/15
**grandmother [3]**
131/1 131/4 142/13
**grant [2]** 64/6
163/20
**granted [12]** 12/1
17/11 20/15 26/20
31/4 36/22 38/6 64/7
143/20 162/16 167/7
260/5
**grants [1]** 164/7
**grassroots [2]** 176/7
186/2
**great [12]** 138/23
145/2 154/9 154/13
154/14 154/21 155/1
168/10 169/4 178/9
184/19 229/16
**greater [1]** 172/10
**greatest [7]** 144/17
144/17 144/17 146/21
147/25 149/3 154/9
**greatly [1]** 155/6
**green [4]** 191/13
191/14 191/15 203/18
**Greenberg [1]**
251/20
**Greer [1]** 218/7
**greet [1]** 159/10
**grew [4]** 131/11
131/24 138/15 141/4
**grievances [3]** 66/20
68/11 68/25
**grocery [2]** 143/2
147/23
**grossly [1]** 253/8
**ground [2]** 176/11
246/16

**G**

**grounds [31]** 88/17
88/25 90/7 91/6 93/18
97/15 99/21 100/7
101/17 102/15 103/6
105/21 109/22 110/5
201/24 204/5 208/16
232/25 235/20 235/23
235/25 237/14 238/8
238/14 246/10 247/9
248/13 249/4 262/11
264/15 265/19
**group [22]** 1/10 51/6
74/18 75/3 83/14
83/15 83/20 84/7 84/8
106/20 160/17 172/6
172/8 172/8 172/13
172/16 172/23 173/2
173/10 173/13 173/16
174/14
**group's [2]** 74/22
172/19
**groups [1]** 50/25
**Grove [3]** 65/2 65/7
67/5
**grow [3]** 102/12
153/1 153/14
**growing [3]** 130/19
131/3 131/19
**grown [1]** 258/24
**guess [5]** 36/25 69/6
117/13 189/8 211/5
**guessing [1]** 189/11
**guilty [1]** 70/6
**Gutchess [2]** 1/11
4/11
**guys [2]** 27/12
157/21

**H**

**habit [1]** 144/5
**had [177]** 6/5 7/24
9/7 9/8 9/9 25/9 27/6
33/8 42/25 43/11
43/19 57/5 62/22
63/25 66/20 68/5 68/6
68/10 70/23 74/6
77/16 79/7 82/14 89/7
91/8 93/17 94/12
97/21 102/24 104/3
104/5 114/1 117/21
119/20 122/13 122/24
123/2 123/3 124/2
124/3 124/12 124/12
124/21 124/21 126/17
127/23 130/23 131/5
131/12 133/9 133/14
133/15 133/17 133/22
134/18 134/20 134/22
135/3 136/13 136/15
136/25 138/21 140/23
140/25 141/20 142/1

142/2 142/6 143/16
149/5 151/3 151/5
153/24 155/25 157/23
158/21 159/6 159/10
159/12 159/17 159/18
160/19 161/1 162/10
162/10 165/9 165/10
167/2 168/7 168/14
169/3 173/2 176/5
176/8 176/10 177/12
177/12 179/12 180/10
180/11 183/9 183/17
183/23 186/5 188/21
189/6 189/7 189/8
190/7 190/22 190/24
191/25 193/2 194/21
195/17 195/21 197/16
197/17 198/7 198/14
200/1 200/3 200/4
200/15 201/1 201/2
201/10 204/2 206/17
206/18 207/14 207/21
207/25 210/17 210/20
212/8 216/19 216/20
217/1 220/13 220/21
220/22 220/24 220/24
221/1 221/4 222/19
222/19 224/12 224/18
226/4 226/6 226/14
226/15 229/3 231/7
235/21 236/23 236/25
238/22 242/7 242/10
243/1 243/2 245/14
245/22 252/1 252/20
258/24 259/24 264/2
264/4 264/12 264/21
265/5 266/14 268/3
**hadn't [1]** 203/5
**halfway [2]** 36/11
37/6
**hall [5]** 66/16 66/19
68/5 68/16 68/20
**hammer [1]** 91/22
**hand [3]** 16/16 21/4
141/14
**handcrafted [1]**
260/15
**handed [2]** 123/4
245/18
**handing [1]** 123/18
**handle [3]** 4/21
116/13 123/7
**hands [1]** 242/12
**handwriting [1]**
116/9
**hanging [2]** 157/14
157/19
**happen [3]** 135/10
156/21 198/5
**happened [28]**
27/16 62/21 132/25
147/2 155/5 159/9

174/3 193/19 198/15
209/25 210/1 216/3
218/10 219/3 223/21
223/23 231/9 231/16
246/14 246/20 248/20
249/1 249/17 249/18
249/24 263/16 266/24
267/7
**happening [11]**
60/23 60/24 62/5
112/25 134/17 203/25
239/13 243/11 263/20
264/3 268/12
**happens [3]** 65/23
218/9 236/13
**happy [3]** 59/17
116/12 229/10
**harassing [2]** 48/13
48/20
**harm [3]** 76/6
122/15 155/16
**has [82]** 5/8 7/17 8/7
11/18 12/22 14/18
17/18 18/15 21/8
21/11 27/16 33/7
35/14 42/7 42/8 44/5
46/11 46/20 47/3
50/12 50/22 52/3
57/22 57/22 61/22
64/1 65/25 71/10
71/13 71/21 72/3
72/11 72/12 72/22
72/23 77/15 77/15
82/16 112/11 112/12
113/14 114/2 115/23
119/6 124/19 124/20
127/22 143/3 147/2
155/3 155/12 155/25
156/11 157/6 159/1
178/14 178/15 179/18
179/23 180/17 181/2
182/13 184/5 191/4
195/10 201/25 203/7
208/13 208/23 216/25
217/16 226/21 228/22
230/19 231/24 236/2
236/3 251/12 252/18
254/20 265/24 266/7
**hasn't [2]** 27/10 82/1
**hatched [1]** 158/15
**Havana [70]** 51/1
61/7 63/6 63/7 116/19
117/16 117/23 126/12
129/25 130/6 130/8
130/11 130/17 130/18
131/5 131/13 136/1
136/4 136/5 136/6
136/9 137/25 138/24
139/10 140/1 140/5
144/25 145/1 145/6
146/11 148/1 148/2
148/7 148/12 148/21

150/12 152/1 152/5
152/6 152/10 152/18
152/21 152/23 158/9
160/21 160/22 162/1
162/25 163/6 163/11
164/8 165/23 167/10
169/7 171/8 178/5
178/6 178/7 179/4
180/4 193/3 197/18
200/22 200/24 202/15
203/1 208/3 210/20
211/11 235/17
**Havana's [2]** 163/2
163/5
**have [241]** 4/17 7/9
9/21 10/11 12/21
12/24 15/6 15/25 20/7
20/8 22/18 24/12
25/15 25/17 25/21
26/13 28/5 28/17
28/18 29/16 30/7
31/23 31/24 32/2 35/2
35/9 35/12 40/9 42/9
42/12 42/21 43/12
47/5 47/23 48/20
49/11 50/1 50/2 51/7
54/19 55/1 58/5 58/22
59/1 59/6 59/11 63/2
63/7 64/7 66/15 66/24
70/25 71/14 71/18
71/22 73/1 73/20
73/25 74/3 74/11
74/13 74/21 75/1 76/4
76/4 76/20 77/14
77/16 78/3 78/7 78/17
79/13 79/17 79/23
80/21 82/4 84/16 85/4
85/18 85/21 86/3
89/15 92/6 92/22 93/9
94/8 94/17 94/9
94/22 98/11 99/18
102/7 103/9 104/13
105/4 106/10 110/2
110/12 111/19 111/20
111/21 113/7 113/18
113/18 114/16 115/12
115/16 115/21 115/22
116/3 116/7 116/18
116/22 117/2 118/1
118/11 120/8 122/2
122/5 122/16 122/21
122/25 123/1 124/6
125/23 127/1 127/3
127/6 127/13 127/17
127/24 128/12 130/18
131/19 131/20 132/2
133/19 139/9 139/12
139/12 140/14 141/15
141/17 141/18 144/6
144/19 145/1 145/4
145/5 145/19 145/24
146/11 146/18 146/20

146/24 146/25 147/9
148/21 150/14 150/15
150/18 151/8 151/13
151/14 153/6 153/8
153/9 154/8 154/16
155/4 155/5 155/6
156/16 156/25 158/1
160/4 164/7 165/2
168/8 168/17 169/2
169/5 169/7 172/12
174/5 177/2 188/3
188/8 194/12 194/24
201/6 201/8 201/20
205/14 208/2 208/6
210/20 211/19 212/2
212/20 213/7 215/2
215/22 216/17 216/22
220/15 220/21 220/22
221/2 221/7 222/17
222/17 223/2 225/20
226/7 226/9 226/16
227/23 229/4 230/22
232/2 232/14 240/8
245/4 245/25 246/15
247/14 252/10 252/15
253/24 254/9 255/2
256/14 258/20 260/23
261/7 261/10 265/7
266/22 268/23 269/2
**haven't [2]** 19/21
128/9
**having [12]** 43/16
43/19 70/14 78/12
127/15 127/17 128/1
136/18 141/25 218/6
218/11 238/21
**he [296]**
**he's [39]** 30/18
46/13 48/20 50/6
51/14 51/16 52/22
52/23 54/18 54/18
57/9 60/5 71/22 75/25
76/1 118/20 122/17
126/15 139/4 154/25
158/4 189/11 190/12
198/11 202/9 202/19
202/20 204/6 241/2
243/15 244/22 247/1
247/2 248/2 248/14
254/15 255/5 255/25
264/9
**head [3]** 50/3 64/22
140/2
**headlights [1]**
198/19
**health [1]** 114/12
**hear [2]** 158/2
203/15
**heard [12]** 60/25
61/8 112/25 125/15
125/23 158/1 164/14
172/13 185/14 205/8

**H**

**heard... [2]** 207/13
266/15
**hearing [14]** 12/13
13/16 13/21 23/9
23/17 23/23 24/4 24/9
24/15 25/7 25/10
50/21 164/15 207/6
**hearings [1]** 70/17
**hearsay [39]** 77/19
77/23 78/10 119/6
119/11 120/4 121/13
121/18 130/12 188/24
205/10 205/21 206/20
207/10 214/23 218/16
218/22 219/13 219/25
220/6 222/14 222/21
223/6 224/20 225/2
230/18 231/23 232/10
233/2 234/9 237/15
238/2 251/4 256/2
264/9 265/1 265/2
267/4 268/8
**heart [4]** 134/19
178/7 181/21 183/18
**Heat [3]** 5/5 5/12
5/13
**heated [4]** 241/17
242/7 242/11 245/14
**hedging [1]** 186/3
**height [1]** 74/5
**held [7]** 66/16
187/23 188/20 189/16
216/11 231/11 231/17
**helicopter [1]**
177/15
**help [16]** 26/7 37/24
121/21 133/23 140/23
141/11 151/24 152/7
152/25 153/1 153/1
159/19 168/25 169/1
169/5 240/14
**helped [3]** 172/2
172/3 179/11
**helpful [1]** 153/17
**helping [2]** 171/19
235/2
**helps [1]** 237/2
**Henry [1]** 163/24
**her [23]** 4/22 4/23
85/13 122/13 124/4
124/9 131/5 131/5
131/6 131/6 141/25
142/1 142/12 142/12
142/13 142/13 143/4
178/19 178/21 218/3
218/3 219/19 220/5
**Herald [3]** 223/12
223/14 223/17
**here [57]** 5/23 8/19
15/11 15/23 17/14

30/20 37/16 50/22
51/5 51/10 51/22
57/10 66/24 87/15
92/23 95/23 96/3
98/25 110/13 110/17
112/8 112/23 113/16
115/17 115/20 115/21
116/19 117/2 117/9
121/8 122/13 123/5
124/17 127/22 129/16
148/25 149/13 149/20
157/7 157/13 157/20
158/1 158/2 163/1
163/2 166/12 167/12
179/2 190/13 192/10
196/11 217/8 229/10
246/6 247/14 250/16
253/22
**hereafter [1]** 45/14
**hereby [1]** 269/9
**heritage [7]** 129/24
130/9 139/18 139/20
150/15 151/16 151/18
**hesitate [2]** 69/9
197/12
**hey [6]** 135/15
153/12 158/23 193/24
193/24 197/9
**hiding [1]** 241/23
**high [9]** 132/5 132/6
133/15 148/14 148/21
148/21 166/11 187/13
193/12
**high-spirited [1]**
187/13
**highest [2]** 58/2
58/5
**highlight [3]** 78/15
78/16 141/1
**him [83]** 28/25 47/5
48/20 57/7 59/1 59/12
59/16 61/8 63/2 72/19
112/3 113/11 113/22
113/22 114/12 114/16
117/18 119/19 121/15
121/17 123/21 133/23
138/9 154/11 154/22
159/16 161/16 162/7
162/8 169/18 172/2
172/3 172/4 173/3
177/1 180/22 185/23
192/3 192/11 192/19
193/8 193/10 194/10
194/17 195/18 196/24
196/25 197/15 197/16
197/20 197/21 198/1
198/2 198/6 201/8
202/22 203/5 204/25
206/18 207/4 207/14
224/12 224/15 226/4
226/10 235/11 237/15
241/18 241/21 241/21

243/12 243/12 246/2
251/3 253/3 253/14
253/15 253/15 253/16
253/17 255/11 255/12
256/9
**himself [3]** 50/3
169/15 222/2
**hire [2]** 85/23 164/3
**hiring [1]** 25/11
**his [118]** 4/18 22/21
25/14 46/12 46/21
47/4 47/7 47/18 49/24
51/15 51/19 51/21
51/22 52/3 57/7 58/21
61/11 65/8 66/4 67/18
70/6 70/16 78/8 89/5
89/6 90/8 90/9 90/16
90/17 91/8 101/3
105/22 106/9 107/23
108/3 112/2 112/10
112/21 113/10 113/20
113/22 114/12 115/9
119/18 121/5 123/19
123/25 124/11 126/13
131/22 133/15 138/9
144/22 154/23 155/5
157/4 159/8 160/1
162/4 162/11 168/11
168/25 169/6 170/16
172/5 172/24 184/24
185/21 189/7 193/18
193/22 195/18 199/4
200/11 200/14 200/23
205/7 205/11 205/17
206/5 206/5 206/8
206/14 207/5 207/15
207/15 208/10 209/14
214/22 226/10 227/18
231/21 232/6 232/13
241/16 243/24 248/10
248/10 249/10 253/3
254/23 256/3 256/8
256/13 256/13 256/14
256/15 256/15 262/14
262/25 263/2 263/3
263/23 264/4 265/12
265/14 266/6 266/9
**Hispanic [4]** 51/5
52/21 78/15 141/2
**historians [1]**
144/16
**historic [13]** 52/16
93/1 145/10 145/12
145/20 151/1 151/19
151/24 208/1 208/6
211/11 213/2 258/4
**historical [14]** 51/1
95/12 144/3 144/7
144/11 144/18 144/21
144/23 145/14 145/22
146/1 148/14 158/13
217/20

**history [6]** 43/25
141/19 145/9 258/23
259/1 259/3
**hit [1]** 194/1
**HOA [1]** 135/16
**hold [7]** 21/21 23/5
37/12 39/20 66/3
153/4 154/17
**holding [4]** 66/19
69/9 138/19 179/6
**hole [1]** 140/3
**Holguin [1]** 130/1
**holistic [2]** 140/12
140/17
**home [16]** 65/2 67/7
69/5 71/10 130/24
130/25 133/19 135/8
136/6 136/9 137/16
138/1 139/1 139/11
152/4 152/6
**Homeowner's [1]**
152/1
**homeowners [2]**
152/9 152/12
**homes [1]** 67/7
**homonyms [1]**
112/4
**honest [1]** 243/8
**honor [141]** 4/10
4/14 4/20 5/17 7/19
8/4 9/23 10/13 10/14
10/16 11/17 11/25
12/23 17/10 18/6
18/10 18/24 20/14
23/3 23/4 24/23 26/19
27/4 27/7 27/20 27/24
28/14 29/2 33/1 36/21
43/2 46/7 46/15 46/23
53/6 53/25 55/13 56/1
57/9 58/24 62/3 63/2
63/12 63/15 63/24
64/16 71/6 72/15 78/5
78/22 79/9 80/24 82/3
82/23 82/25 90/25
91/5 91/10 96/17
96/25 100/16 106/16
106/22 108/4 108/10
109/21 110/4 110/13
111/22 111/25 112/15
112/16 114/10 116/2
120/3 121/8 122/7
123/23 125/1 128/24
129/2 131/22 132/3
137/19 142/19 143/19
144/22 147/4 147/11
148/6 148/16 149/7
149/14 149/21 155/7
155/14 156/2 157/8
157/22 158/4 159/8
160/1 161/1 164/19
166/25 167/2 167/19
172/21 174/11 175/17

175/23 178/15 178/22
181/2 184/24 193/19
199/4 201/15 202/18
206/10 208/10 209/2
209/14 220/8 221/6
223/25 229/3 234/8
235/21 236/3 237/16
241/16 252/21 254/7
254/13 254/20 256/17
256/20 260/2 265/2
268/18
**HONORABLE [2]** 1/8
269/13
**hood [1]** 89/7
**hope [1]** 68/23
**Hopeless [1]** 258/1
**Horn [1]** 258/11
**hospitality [5]** 74/11
133/5 134/12 165/15
165/20
**hosted [3]** 203/22
236/25 258/10
**hotel [75]** 9/7 12/16
14/12 14/18 14/24
15/12 15/21 16/5
18/15 21/22 22/5
22/14 24/21 25/5 25/9
25/13 25/19 25/20
25/24 26/12 26/13
28/2 29/17 29/24 30/7
30/12 30/21 31/17
32/16 32/16 32/23
86/8 86/12 87/2 88/14
89/4 93/1 93/14 93/25
94/9 95/12 95/14
97/12 97/23 98/3
98/16 98/18 99/18
120/9 120/17 120/24
120/25 145/8 146/2
146/3 159/20 164/10
164/24 165/6 165/17
166/17 167/10 168/21
168/25 169/2 169/13
215/21 215/23 216/12
216/14 216/18 217/6
221/25 222/1 224/17
**HOTTE [1]** 1/15
**hour [2]** 91/22 239/1
**hours [6]** 112/21
150/10 164/1 221/23
222/18 258/13
**house [21]** 9/10 11/4
11/6 11/10 12/6 20/7
21/10 33/16 66/4
67/18 68/12 69/14
70/7 131/9 134/1
135/23 137/11 138/17
138/19 138/21 139/9
**how [90]** 5/21 12/18
52/4 58/20 59/16 61/7
66/22 69/16 70/20
71/11 72/24 86/5

**H**

**how... [78]** 103/3
113/10 113/13 113/13
118/1 121/3 126/7
127/20 128/6 128/8
129/18 133/10 134/13
136/3 139/5 142/14
143/1 146/1 146/4
148/11 153/18 154/2
156/14 156/20 156/22
158/3 164/24 165/19
167/25 170/18 171/16
171/22 171/25 173/4
176/2 177/23 179/10
187/17 189/19 190/22
192/21 192/21 195/12
197/14 197/16 199/18
207/24 208/2 208/20
208/22 210/3 210/4
210/9 214/18 219/16
219/16 220/24 224/11
225/4 233/15 233/25
235/2 236/22 238/5
239/1 240/19 243/22
246/3 246/20 250/25
250/25 254/22 255/4
257/24 257/24 262/8
263/10 263/11
**how old [5]** 129/18
136/3 146/1 146/4
240/19
**How's [1]** 5/4
**However [1]** 8/10
**hub [1]** 136/24
**huddled [1]** 238/25
**hugely [1]** 236/17
**hundred [5]** 131/1
146/9 171/3 196/21
213/2
**Hundreds [1]** 73/1
**Hurricane [1]**
138/16
**husband [2]** 229/14
247/22
**HUSS [1]** 1/15

**I**

**I got [1]** 264/20
**I will [6]** 115/10
116/2 120/16 121/24
128/11 155/20
**I'd [9]** 42/21 44/21
54/19 55/1 63/13
77/10 88/4 134/11
253/4
**I'll [16]** 58/21 62/25
75/1 81/1 111/22
115/3 117/21 119/2
125/15 128/10 135/3
135/13 142/17 154/2
211/6 262/22
**I'm [83]** 5/22 6/7 6/7

16/7 17/6 17/20 19/2
23/5 25/8 30/4 31/22
37/5 37/8 37/11 37/14
39/16 40/9 42/21 44/4
44/8 47/14 49/2 49/14
49/25 50/20 50/23
51/4 51/9 53/16 54/25
56/6 57/9 59/17 60/18
69/1 70/10 70/16 71/5
71/13 74/14 79/23
79/23 79/23 80/1 81/1
81/18 84/14 92/22
101/3 103/16 103/24
105/4 105/13 112/19
113/20 114/12 114/18
114/21 114/24 114/25
115/1 115/20 118/3
118/3 118/7 120/5
121/18 124/23 128/4
131/20 166/14 196/10
196/11 213/12 227/9
239/21 243/8 253/2
253/11 253/14 254/11
261/25 266/7
**I've [16]** 8/1 12/18
14/2 15/5 19/20 19/24
24/6 24/10 29/10
39/13 65/7 83/11
103/10 150/9 150/10
214/19
**I-95 [1]** 4/23
**ice [15]** 141/20
141/22 142/6 142/11
142/14 142/24 143/1
143/1 143/2 143/4
143/10 143/12 143/23
143/24 218/3
**icon [1]** 142/10
**iconic [3]** 162/25
164/17 216/19
**idea [9]** 75/14 141/9
151/4 165/4 165/13
168/14 191/25 221/7
226/12
**ideas [3]** 141/20
165/7 168/13
**identified [3]** 189/6
241/18 264/2
**identifies [1]** 41/7
**identify [4]** 11/9
126/4 151/24 212/13
**if [192]** 6/12 7/3
9/20 10/2 12/20 13/8
17/14 17/21 19/2 25/8
25/9 25/14 26/5 27/2
27/15 27/15 28/17
28/19 28/25 30/4
31/22 32/13 33/8 37/8
37/14 38/13 39/4 43/4
44/8 45/5 45/10 48/16
48/19 54/25 58/3
58/21 59/5 59/15

60/24 62/21 63/14
64/3 64/5 69/1 69/23
72/14 72/18 73/3 73/3
73/7 78/3 79/4 79/12
79/25 80/2 80/7 81/1
82/14 82/14 82/17
82/25 83/5 84/15
84/19 84/25 85/2
86/14 86/15 92/5
92/14 93/5 93/8 94/7
95/4 95/7 95/7 98/2
98/10 101/6 104/7
104/12 105/3 105/4
105/13 106/4 106/10
107/5 107/23 109/13
113/6 113/9 113/20
114/11 115/2 116/6
117/12 121/24 123/17
123/20 124/24 125/5
126/4 126/16 127/9
127/11 130/5 133/23
135/5 135/10 136/25
137/4 137/14 139/12
140/23 141/15 141/20
143/6 145/19 147/8
147/23 152/7 153/8
161/9 161/9 161/13
162/18 162/22 163/12
165/25 169/1 169/5
175/7 178/13 179/22
180/16 181/8 181/15
182/10 183/19 184/4
185/2 185/6 190/19
191/4 191/10 191/18
192/5 192/15 194/16
194/25 197/2 197/12
198/5 200/6 202/22
203/8 203/11 204/13
204/22 204/24 205/1
206/21 214/11 218/17
221/21 222/15 223/2
224/20 226/2 227/23
228/20 230/4 230/9
233/5 244/4 244/9
244/16 246/2 246/2
246/3 246/5 252/21
253/15 254/16 254/19
254/22 256/10 257/8
259/4 262/13 265/24
267/12
**if you can [6]** 44/8
93/5 162/18 165/25
182/10 226/2
**if you could [1]**
147/8
**II [1]** 1/4
**ill [1]** 225/21
**illegal [2]** 38/17
39/11
**illegible [1]** 24/7
**image [1]** 103/24
**immediate [4]**

136/17 190/8 201/9
210/15
**immediately [12]**
21/24 42/12 42/19
91/20 136/13 142/12
199/13 234/5 237/21
245/17 265/6 265/10
**immerse [2]** 136/20
165/15
**immersion [1]** 131/5
**imminent [1]** 156/22
**impact [3]** 101/8
136/18 156/11
**important [12]**
127/3 131/24 144/10
149/19 150/3 150/4
150/5 153/16 154/25
164/14 164/16 165/21
**imposed [1]** 122/16
**impressive [2]** 12/24
73/1
**improper [5]** 10/16
63/9 78/21 80/17
148/16
**improve [4]** 136/16
159/19 160/16 160/21
**improved [1]** 147/1
**improvement [8]**
118/25 159/18 160/2
160/4 160/7 161/7
161/19 162/1
**improving [2]**
146/16 160/21
**in [590]**
**inadmissible [2]**
112/1 125/5
**inappropriate [3]**
253/16 254/3 255/14
**inaudible [1]** 50/24
**incidental [6]** 86/22
87/11 87/14 88/3
90/24 94/19
**include [4]** 97/5 97/5
97/6 174/16
**included [1]** 35/14
**including [5]** 14/19
39/24 55/18 61/19
198/14
**incorporated [2]**
165/7 166/23
**incorrect [1]** 156/3
**increase [1]** 152/4
**increased [1]** 213/17
**increasingly [1]**
213/22
**incubator [2]** 165/13
165/16
**indemnify [1]**
108/24
**independent [1]**
70/9
**independently [1]**

139/21
**INDEX [1]** 2/11
**indicated [3]** 6/15
14/23 91/8
**indicates [1]** 8/10
**individually [3]** 16/9
84/22 85/1
**individuals [4]**
160/18 179/12 245/3
255/7
**inflame [1]** 112/5
**inflaming [1]** 112/6
**informal [1]** 172/8
**information [12]**
17/15 67/10 67/11
71/16 79/5 79/19
79/20 80/7 80/8
127/10 161/20 243/16
**informed [2]** 42/9
222/19
**infractions [1]**
212/14
**inherit [1]** 213/3
**initial [1]** 163/18
**initiative [1]** 152/1
164/2
**initiatives [3]**
160/22 161/6 162/19
**injects [1]** 112/11
**injunctive [3]** 80/22
81/16 81/23
**inner [1]** 70/24
**innocuous [1]** 215/6
**inquiry [1]** 8/8
**inside [10]** 138/22
139/1 140/4 194/2
236/20 237/1 250/7
250/20 259/11 260/20
**inspected [1]** 69/14
**inspection [2]** 34/18
35/1
**inspections [2]**
58/13 210/5
**inspector [1]** 65/18
**inspectors [3]** 66/3
66/6 69/13
**inspired [3]** 115/6
117/18 143/12
**inspiring [1]** 117/18
**install [2]** 106/21
106/25
**installation [2]**
101/8 145/2
**installed [1]** 88/23
107/2 107/6
**installing [2]** 91/4
108/2
**instance [1]** 146/2
**instances [2]** 80/13
263/5
**instructed [3]** 79/12
212/2 268/23

(20) how... - instructed

**I**

instructions [5] 5/9
27/15 229/4 250/12
268/23
insufficient [1] 80/8
insulted [1] 71/5
intend [2] 115/23
127/21
intensity [1] 213/16
intent [7] 225/21
239/1 239/5 248/10
248/15 248/18 258/14
intention [1] 244/22
Inter [1] 150/18
interact [3] 121/4
164/24 241/13
interaction [5]
241/15 241/17 242/7
242/10 242/11
interesting [2] 142/3
168/17
interior [2] 18/3
260/14
interrupting [1]
253/2
interview [7] 48/23
53/15 53/20 54/6
54/14 54/16 76/20
intimidates [2]
58/20 59/16
intimidating [2]
58/23 59/2
into [59] 5/24 11/24
14/11 14/13 14/14
14/24 14/25 15/6 17/2
17/9 20/11 20/13 21/8
25/19 25/24 26/7
26/12 26/14 26/17
29/17 29/25 30/12
30/21 30/25 31/1
31/25 32/3 32/15
43/21 51/2 66/25
70/15 70/18 75/25
77/6 90/19 90/23
112/12 134/15 137/12
139/22 140/18 151/1
165/7 166/23 176/12
178/14 179/23 195/18
197/8 216/25 217/16
226/21 228/22 235/7
251/12 258/23 259/15
265/24
introduce [3] 115/23
120/22 151/6
introduced [7] 131/6
136/10 158/20 159/4
159/23 169/15 222/2
inundated [1] 13/10
invest [4] 65/7 75/4
140/15 141/8
investigation [1]

70/9
investing [1] 75/5
investment [1]
75/11
investments [1]
73/18
investors [1] 75/4
invitation [2] 204/11
204/15
invite [1] 216/13
invited [2] 216/15
224/12
involve [1] 119/7
involved [8] 132/4
134/13 159/13 163/12
163/16 165/23 234/18
235/2
involvement [1]
195/17
irrelevant [4] 112/7
112/7 125/20 176/16
irreplaceable [1]
145/13
is [541]
is it [2] 73/2 119/16
island [1] 238/22
isn't [26] 8/19 9/15
14/10 16/3 17/19 31/7
31/11 31/16 32/14
34/17 41/11 42/18
42/25 48/12 54/20
55/16 56/9 56/14
56/19 56/24 57/4
57/15 67/13 67/16
76/7 77/2
issue [43] 23/19
33/9 33/14 33/16
58/19 65/21 65/21
78/3 79/13 111/7
112/8 113/19 113/19
114/1 114/2 114/12
122/3 122/5 122/6
123/5 123/20 125/7
125/9 126/20 126/21
126/22 136/25 153/24
155/15 157/23 172/22
177/19 200/16 200/20
212/21 215/8 234/7
235/21 237/20 246/3
246/5 250/11 250/11
issued [11] 16/4
18/22 21/17 33/21
34/6 92/17 92/18 93/6
99/16 212/17 220/19
issues [27] 28/18
43/16 47/3 47/7 47/10
51/13 51/22 52/3 60/7
68/11 72/24 79/25
81/17 82/12 110/10
112/8 124/11 124/12
124/25 127/3 127/23
127/24 173/19 201/17

241/7 255/1 255/4
it [507]
it's [165] 7/6 7/15
9/21 15/12 15/17 17/6
19/13 20/3 21/4 22/21
26/3 27/1 27/17 27/22
28/12 28/14 31/19
33/17 34/13 34/14
36/7 36/8 40/13 45/4
45/6 46/17 46/23 49/4
50/15 50/21 53/20
59/15 59/19 59/21
59/23 67/2 71/17
71/19 81/11 82/18
83/1 86/14 91/13 97/8
105/8 105/14 116/15
117/12 117/13 118/24
119/7 119/8 119/9
119/9 119/10 119/12
119/17 119/25 120/3
120/4 121/9 121/10
121/18 124/24 125/21
126/8 126/8 127/2
137/20 140/12 140/12
140/12 142/9 142/9
143/9 144/5 144/5
144/20 145/10 148/2
148/13 148/14 150/3
150/3 150/5 150/5
151/19 154/10 154/22
155/6 156/3 156/13
156/13 156/17 156/18
156/19 156/20 156/23
156/23 157/4 162/25
163/13 164/15 164/16
164/16 166/15 167/3
167/5 168/19 177/15
177/22 178/16 181/11
181/17 182/3 182/8
182/14 194/16 196/6
196/21 197/2 197/2
198/8 199/5 199/5
199/16 199/16 199/21
199/22 205/10 205/21
213/4 215/11 215/14
215/14 216/1 216/3
216/19 220/7 227/7
229/12 232/13 236/15
236/16 236/16 236/17
237/1 239/22 240/11
242/3 244/21 245/21
253/12 253/13 253/16
254/16 255/1 255/6
255/7 255/9 255/18
256/4 258/15 260/3
265/2
item [1] 92/11
items [2] 92/15
127/10
iteration [1] 221/3
iterations [1] 179/14
its [21] 11/20 25/10

28/12 31/17 33/21
70/8 90/15 141/7
152/18 153/16 163/3
163/17 163/18 164/16
173/4 179/11 228/5
236/16 238/22 258/23
259/1
itself [3] 40/12 148/1
165/24

**J**

jam [1] 4/22
James [1] 48/12
January [20] 9/15
10/8 11/7 12/12 13/16
13/20 28/7 29/7 29/12
42/7 56/20 56/25
104/20 104/25 193/7
193/8 198/6 199/24
211/19 228/11
January 22 [3]
12/12 13/16 13/20
January 6 [1] 42/7
January 9 [3] 9/15
104/20 104/25
jazz [1] 258/20
Jeff [1] 4/11
Jeffrey [1] 1/11
Jenny [7] 85/8 85/12
179/13 179/16 179/17
182/18 184/12
Jermaine [1] 128/18
Jessica [2] 131/21
218/6
Joanna [1] 1/12
job [8] 39/11 43/24
46/14 86/17 86/21
98/14 127/8 127/18
jobs [2] 153/18
154/2
JOE [58] 1/6 4/16
9/22 48/19 64/24
110/11 152/3 158/20
159/23 169/11 169/16
170/3 170/9 170/11
173/1 174/22 175/22
185/2 185/7 185/20
185/21 187/2 188/16
188/21 191/2 192/10
196/19 196/22 197/9
197/14 200/3 204/12
204/24 204/25 206/15
206/17 206/22 210/12
223/2 223/9 228/10
231/20 232/5 232/14
233/17 233/25 235/2
235/7 237/21 238/4
239/9 241/18 243/14
248/15 248/18 249/10
264/11 264/21
Joe's [1] 239/18
Juanus [1] 125/21

JUDGE [16] 1/9
115/14 116/21 117/4
117/9 119/5 125/2
125/16 128/13 143/16
202/1 211/4 236/2
249/21 250/13 252/17
Juggernaut [1]
216/21
Julie [1] 131/21
July [19] 14/11 18/1
18/21 19/7 19/17 20/9
21/17 29/17 29/25
30/12 30/19 31/16
92/19 96/1 96/6
103/25 104/4 105/10
269/12
July 11 [1] 96/6
July 23 [2] 14/11
30/19
July 26 [1] 18/1
July 6 [1] 96/1
jump [2] 192/6
203/17
June [11] 92/19
92/21 93/7 93/9 93/10
93/13 93/17 94/18
95/22 139/3 192/6
June 25 [3] 93/9
93/10 93/13
juror [1] 128/2
jurors [7] 4/24 64/10
128/4 128/6 128/18
183/10 255/19
jurors' [1] 127/25
jury [71] 5/2 5/4
6/11 44/22 57/12
63/22 64/11 64/12
81/19 104/13 105/14
110/19 111/10 112/6
115/8 118/4 127/22
128/20 128/21 129/3
130/21 131/22 137/18
139/5 144/22 149/12
150/20 156/14 159/8
160/1 161/14 162/18
181/5 182/11 183/7
183/12 183/13 184/24
187/5 191/5 193/18
197/3 199/4 203/20
208/10 209/14 217/1
217/7 226/3 226/22
241/16 251/17 252/13
252/15 252/22 253/23
254/6 254/15 254/19
255/2 255/3 256/24
257/1 257/2 258/19
260/4 260/13 261/12
265/25 268/25 269/1
just [106] 5/12 5/13
9/21 18/17 18/9 19/24
21/16 23/5 28/12 34/2
37/20 39/20 40/12

**J**

**just... [93]** 57/16
58/20 63/4 63/24 64/2
68/13 71/9 75/1 77/17
82/11 85/23 86/5
87/24 90/12 91/20
93/2 94/18 105/3
106/9 114/2 114/3
114/11 114/18 115/16
115/17 116/3 116/7
116/15 116/15 117/2
117/3 117/15 117/15
118/11 118/14 118/21
120/3 120/5 121/1
121/21 122/25 123/23
124/9 124/17 126/6
126/21 127/7 127/12
128/7 133/9 137/14
140/10 140/17 144/22
145/11 145/15 147/8
147/8 150/4 150/20
154/6 154/7 156/2
161/23 162/18 166/1
167/24 168/3 179/20
180/9 181/9 187/4
187/12 192/2 192/5
196/11 203/1 216/19
216/20 216/22 216/23
222/23 226/24 237/20
238/22 238/24 239/1
253/10 255/3 258/7
259/5 259/9 266/20

**K**

**Kai [3]** 149/4 149/13
149/20
**kangaroo [1]** 61/14
**keep [9]** 5/7 5/14
103/3 126/12 138/13
163/14 203/8 254/2
254/4
**keeps [1]** 113/9
**Kendall [4]** 131/12
131/15 132/23 135/23
**kept [2]** 89/7 89/8
**Key [1]** 65/5
**kids [1]** 218/1
**killed [3]** 112/2
113/7 113/23
**kind [22]** 78/12
86/23 89/5 89/6 89/24
92/21 94/4 94/17
95/18 98/19 105/19
106/8 106/14 119/13
133/9 136/23 141/10
144/5 151/17 159/11
167/17 263/11
**kinds [3]** 51/8 109/6
119/11
**King [1]** 193/12
**kiosks [5]** 33/12
34/19 35/1 35/9 35/18

**KISSANE [1]** 2/2
**kitchen [1]** 89/7
**knew [25]** 66/20
72/18 136/13 136/24
136/25 143/1 159/13
171/2 173/5 175/7
175/10 175/15 175/15
175/16 175/20 179/12
185/2 185/6 185/19
185/19 195/15 198/11
226/4 252/1 252/1
**know [118]** 6/12
7/17 11/9 12/18 25/16
32/12 35/2 49/17 70/5
72/10 72/13 72/19
72/21 72/24 72/24
75/14 76/10 82/16
89/8 91/21 107/6
107/16 108/2 113/12
113/12 116/6 116/9
119/25 125/12 125/16
125/18 125/21 125/23
125/25 126/7 126/16
126/18 127/24 128/1
128/10 128/11 135/5
135/11 135/15 135/21
137/3 137/7 137/14
142/11 143/9 145/9
146/12 146/23 146/24
156/18 156/19 157/25
158/23 160/6 160/6
161/9 168/18 170/11
171/7 171/7 175/18
176/9 176/11 177/13
178/10 180/13 180/20
182/14 187/17 188/1
188/8 188/18 190/9
190/10 191/18 191/24
192/1 192/9 192/15
192/17 192/18 194/17
196/20 198/19 198/20
203/11 204/2 204/13
205/5 205/9 207/17
210/7 213/1 221/16
223/4 225/20 227/24
229/12 230/4 233/5
234/14 241/21 241/21
241/25 244/4 244/9
250/25 250/25 251/2
253/8 254/25 255/4
259/23
**knowing [4]** 160/17
165/23 173/6 175/18
**knowledge [40]** 8/5
9/3 15/14 35/6 35/9
69/22 89/1 89/16
89/21 90/9 90/17 91/7
91/9 96/22 105/23
106/11 123/1 123/3
124/7 172/24 189/12
195/18 201/12 205/14
207/18 214/3 214/10

219/11 229/23 230/20
230/22 231/25 232/2
232/4 232/14 246/15
262/3 262/19 267/11
268/7
**known [11]** 59/21
125/16 163/3 164/4
172/6 173/1 173/13
179/12 189/8 200/1
226/4
**knows [18]** 9/20
43/4 48/17 59/19
69/23 84/19 84/25
107/5 204/22 206/21
214/11 218/17 222/15
230/9 244/16 255/3
262/13 267/12
**Koubek [1]** 176/20
**KRINZMAN [1]** 1/15
**KUEHNE [10]** 1/18
1/18 4/16 111/24
114/1 178/1 205/20
234/20 250/1 253/5

**L**

**la [10]** 198/11
199/25 216/1 216/2
216/7 216/8 216/9
216/11 216/18 228/12
**labeled [1]** 105/8
**lack [26]** 8/5 9/2
9/18 15/14 18/24
29/20 30/2 31/20
34/20 38/18 40/2
41/14 68/7 69/21 75/6
87/8 88/18 89/1 89/16
89/21 91/7 207/18
212/21 214/3 238/2
268/7
**lacks [1]** 48/15
**ladies [4]** 5/3 63/18
110/14 268/19
**lady [1]** 53/1
**laid [1]** 11/18
**Lakes [2]** 132/23
135/24
**land [1]** 26/6
**landlord [7]** 44/6
44/10 44/15 45/13
45/18 108/17 136/15
**landlord/tenant [1]**
136/15
**landscape [1]** 163/7
**landscaping [1]**
136/17
**language [2]** 112/10
242/17
**Lapciuc [1]** 163/23
**large [3]** 50/25
138/19 165/1
**larger [8]** 16/23
19/14 22/11 29/6 39/7

41/19 45/11 49/4
**largest [4]** 51/18
52/15 52/17 186/5
**last [19]** 13/2 33/16
45/5 49/14 53/5 82/4
108/20 130/8 177/3
201/11 216/1 216/2
216/8 216/8 216/11
216/18 226/17 253/19
268/15
**lasted [1]** 112/21
**Lastly [1]** 52/23
**late [3]** 139/11 198/7
231/10
**later [12]** 80/15
121/24 131/17 132/16
143/1 146/7 169/14
174/7 243/13 243/19
243/21 258/3
**Latin [4]** 126/11
126/12 141/5 258/20
**Latinize [2]** 51/4
77/6
**Latinizing [1]** 52/19
**LAUDERDALE [3]**
1/2 1/5 269/14
**launched [1]** 258/22
**laundering [1]** 62/19
**law [7]** 1/10 1/18
44/17 45/12 45/19
73/11 123/15
**laws [3]** 45/13 61/6
73/9
**lawsuit [18]** 43/1
122/17 157/1 157/16
173/19 205/6 205/9
205/14 205/17 205/24
206/4 206/7 206/15
206/18 207/4 207/7
207/14 207/21
**lawyer [2]** 256/13
256/15
**lawyer's [1]** 256/14
**lawyers [5]** 253/17
256/1 256/3 256/9
257/13
**lay [2]** 118/8 119/2
**leader [3]** 63/8
197/17 197/19
**leadership [3]**
140/19 165/17 197/10
**leading [26]** 83/22
84/3 85/15 87/3 87/22
89/16 94/10 97/24
98/5 99/22 107/11
206/11 214/10 222/6
224/7 231/12 231/18
233/1 233/10 234/2
235/4 240/15 244/14
247/20 248/8 263/24
**leaf [4]** 226/5 226/17
227/2 227/4

**Leah [1]** 4/15
**learn [11]** 162/6
165/15 188/11 188/21
206/17 207/3 207/13
223/9 223/16 265/16
268/11
**learned [4]** 55/10
207/6 224/5 225/4
**learning [1]** 165/19
**lease [12]** 44/5
44/15 45/3 45/7 45/10
45/12 45/17 108/16
108/19 108/24 109/19
109/20
**leased [1]** 45/15
**leases [8]** 43/8 43/11
43/19 43/23 44/2
45/21 109/7 109/7
**least [1]** 44/25
**leave [5]** 101/4
196/10 240/24 249/13
251/7
**leaving [3]** 176/25
191/17 203/10
**led [2]** 168/16
258/25
**Lee [7]** 85/8 85/12
179/13 179/16 179/17
182/18 184/12
**left [12]** 16/16 64/7
89/5 166/8 178/20
218/7 237/21 240/4
240/18 240/21 243/14
243/23
**legal [21]** 25/14
44/19 80/24 81/11
81/18 81/19 97/1
109/2 201/16 214/22
220/20 220/22 222/20
231/3 240/8 253/7
253/9 253/11 253/12
254/11 255/21
**legislative [1]** 236/3
**legitimate [1]** 254/8
**Lena [1]** 258/11
**lent [1]** 176/9
**Leon [65]** 54/14
54/20 55/11 62/14
62/23 63/1 70/21
70/22 101/13 101/22
129/21 171/15 171/17
171/20 171/25 173/23
173/25 174/6 174/22
174/25 175/1 176/2
176/8 176/9 176/11
176/13 177/1 177/5
177/9 178/8 180/11
180/24 181/9 181/13
181/22 181/24 182/14
182/16 182/22 183/18
183/23 184/21 184/25
186/6 186/13 186/23

**L**

**Leon... [19]** 187/23 188/19 189/4 189/10 189/16 192/1 193/1 194/21 195/1 195/6 195/16 195/19 205/6 205/15 205/24 206/4 206/14 231/10 231/17

**Leon's [5]** 54/17 195/7 206/7 206/18 207/4

**less [3]** 137/1 145/21 146/12

**let [26]** 57/7 70/5 74/11 75/21 78/2 82/3 92/22 101/12 113/15 125/4 125/12 128/5 128/10 128/11 137/7 137/14 141/9 143/9 160/23 161/3 180/20 191/17 203/10 204/13 241/21 241/21

**let's [49]** 5/24 9/6 25/2 25/17 46/19 49/24 50/20 121/23 138/13 139/13 141/9 141/11 147/8 158/8 160/24 161/13 167/24 168/6 171/25 174/19 182/2 183/2 187/3 191/3 192/25 195/9 195/25 197/1 203/7 203/17 204/9 205/24 209/11 211/8 211/18 211/19 212/1 213/6 215/20 217/2 225/23 226/20 251/11 258/5 260/4 260/18 261/16 265/23 266/20

**letter [2]** 249/12 256/16

**level [3]** 71/1 132/4 140/18

**leverage [1]** 164/5

**LGBTQ [1]** 236/11

**liability [2]** 73/24 253/23

**library [2]** 187/9 187/9

**license [4]** 211/23 230/14 230/25 231/6

**licensed [1]** 225/11

**licenses [3]** 41/12 267/7 267/18

**licensing [2]** 222/17 263/4

**life [6]** 130/8 142/16 154/9 250/6 250/20 250/25

**lifestyle [2]** 135/22 136/18

**light [2]** 138/1 138/1

**lighting [1]** 163/15

**lights [1]** 168/16

**like [85]** 11/5 11/6 12/6 15/22 16/20 17/1 17/25 20/9 20/9 21/4 24/1 34/9 37/9 38/2 44/21 46/20 61/4 63/13 65/20 67/15 71/9 78/13 88/4 88/20 89/5 89/7 89/20 89/24 90/1 104/21 114/17 115/13 116/7 116/10 125/17 134/11 134/20 135/16 135/17 136/24 139/4 139/10 140/3 141/20 142/5 144/5 145/11 145/12 146/2 148/3 151/5 152/17 152/17 153/8 157/25 160/6 166/21 167/12 168/18 171/3 171/4 176/5 177/9 177/14 182/10 184/17 190/12 194/16 194/25 198/18 198/19 201/10 203/24 209/15 211/14 215/8 221/24 229/16 236/17 238/25 238/25 241/25 253/4 253/20 265/14

**Liken [1]** 162/23

**likes [1]** 61/4

**limited [5]** 69/17 73/24 153/24 208/8 208/9

**limits [2]** 238/4 238/12

**line [5]** 8/8 31/12 140/13 199/5 253/13

**lines [1]** 37/12

**link [1]** 74/23

**links [1]** 184/18

**list [7]** 6/8 6/10 11/21 92/11 95/1 116/4 151/22

**listed [2]** 6/3 92/11

**listen [6]** 28/24 62/2 153/12 160/12 168/18 246/2

**listener [1]** 256/5

**listening [3]** 5/10 154/11 176/25

**lit [1]** 168/16

**literally [1]** 123/4

**litigation [5]** 32/23 174/12 175/24 176/16 209/17

**little [91]** 5/22 17/21 19/14 22/11 29/6 37/23 41/18 43/8 45/11 49/4 49/5 51/1 61/7 63/6 63/7 89/7

116/19 117/16 117/23 126/12 130/6 130/8 130/10 130/17 130/18 131/5 131/12 131/23 132/15 134/18 135/19 136/1 136/4 136/5 136/6 136/9 137/25 138/24 139/10 139/25 140/5 144/18 144/25 145/1 145/6 146/11 147/25 148/1 148/7 148/12 148/21 150/12 152/1 152/5 152/6 152/10 152/17 152/20 152/23 158/9 160/21 160/21 162/1 162/25 163/2 163/5 163/5 163/11 164/8 165/22 167/10 169/7 171/8 178/5 178/6 178/7 179/4 180/3 193/3 197/18 200/11 200/21 200/24 202/15 208/1 208/3 210/20 211/11 216/3 235/17 245/16

**live [18]** 60/23 60/25 65/5 129/20 129/21 132/22 134/16 134/25 135/23 138/9 147/20 148/3 152/19 156/17 258/12 258/12 258/20 262/5

**lived [4]** 65/5 130/23 131/1 177/12

**lives [1]** 255/8

**living [8]** 65/8 67/5 131/14 132/24 132/25 135/22 152/10 156/16

**LLC [24]** 6/18 7/6 7/10 14/12 14/18 14/20 14/23 14/25 15/12 15/21 18/15 21/22 25/5 25/13 25/24 29/17 29/24 30/12 30/21 31/17 32/16 34/14 38/16 108/16

**lobby [4]** 217/7 217/8 217/20 217/21

**local [6]** 73/20 131/8 134/21 140/14 164/6 166/10

**located [11]** 42/4 105/17 105/18 138/17 182/7 201/13 227/2 228/6 228/7 248/23 258/9

**location [4]** 101/18 102/16 221/7 258/4

**locations [4]** 101/25 143/3 179/11 202/19

**lodge [2]** 65/14

71/15

**logistics [1]** 134/8

**London [1]** 143/13

**long [8]** 5/14 18/4 127/22 133/10 152/11 190/17 255/22 259/18

**longer [4]** 28/15 65/4 154/10 155/6

**look [32]** 11/6 20/8 36/13 49/24 50/22 66/25 70/4 82/3 84/15 89/20 104/21 113/6 114/11 115/18 116/13 122/23 127/20 134/21 144/12 144/15 154/13 156/16 157/13 167/13 177/21 182/12 193/25 194/16 197/11 213/4 251/1 253/6

**looked [5]** 12/6 20/9 36/14 120/2 169/19

**looking [9]** 64/16 93/2 94/7 98/25 103/24 112/19 257/6 259/13 260/21

**looks [11]** 11/5 15/22 16/20 17/1 17/25 22/16 24/1 34/9 38/2 88/20 229/16

**lose [3]** 128/4 128/5 156/21

**lost [1]** 109/17

**lot [55]** 9/9 33/13 60/9 103/11 116/9 131/4 131/7 131/10 134/3 134/7 140/15 141/5 141/6 141/24 142/3 150/11 153/5 164/15 176/6 176/6 177/14 186/4 187/8 188/20 189/17 190/13 192/16 199/1 199/3 199/6 199/9 199/11 199/15 199/16 199/17 199/24 200/7 202/25 207/25 209/25 213/3 213/4 228/9 228/12 228/16 236/15 240/7 264/2 265/6 265/10 265/13 266/14 267/1 267/9 268/12

**lots [2]** 172/3 176/10

**Louis [2]** 123/9 123/17

**love [4]** 77/10 145/10 197/18 204/12

**loved [2]** 141/6 167/14

**low [3]** 75/15 75/22 76/1

**lowered [1]** 266/8

**loyalty [1]** 133/8

**LUBETSKY [1]** 1/15

**luck [1]** 171/6

**lunch [5]** 108/8 110/15 116/4 116/8 141/25

**Luncheon [1]** 110/22

**lying [1]** 53/19

**M**

**Mad [2]** 49/3 67/24 39/7 48/7 61/19 69/9 69/18 69/19 85/9 124/3 136/17 226/8 227/16 236/3 243/12 252/6 253/6 254/9 256/13 256/14 256/15 261/8 261/18 261/23 263/5 263/8

**magical [1]** 216/23

**Magistrate [2]** 123/9 123/17

**Mai [3]** 149/4 149/13 149/20

**mail [1]** 34/16

**main [6]** 95/13 95/14 111/18 165/6 259/11 260/11

**mainly [2]** 145/22 258/20

**maintenance [1]** 89/5

**major [1]** 132/10

**majority [1]** 174/5

**majors [1]** 132/16

**make [33]** 16/23 19/14 22/11 22/25 29/6 41/18 45/10 49/4 67/6 78/3 114/20 120/14 125/15 135/9 135/19 139/7 142/13 142/14 143/1 189/19 194/1 224/11 254/7 254/9 254/11 254/7 254/19 255/2 255/20 256/6 256/9 257/25 263/10

**makes [5]** 21/18 44/15 148/3 154/18 154/22

**making [8]** 62/21 66/11 135/24 169/8 201/7 222/18 254/18 255/15

**mal [1]** 248/10

**mal-intent [1]** 248/10

**man [2]** 112/3 255/9

**managed [3]** 134/22 165/8 267/15

**management [1]** 165/16

# M

**manager [10]** 7/9
12/22 14/20 25/12
39/14 42/16 56/19
57/23 222/1 252/3
**manager's [1]** 46/14
**managers [3]** 6/18
14/18 27/18
**manner [1]** 255/22
**many [20]** 43/19
72/24 80/13 103/3
118/1 127/20 128/6
131/4 131/4 153/18
154/2 170/18 172/9
199/18 208/2 219/16
219/16 220/24 236/23
236/24
**Marc [2]** 1/21 4/15
**March [3]** 36/14 45/3
45/4
**March 19 [1]** 36/14
**Marcus [1]** 163/23
**market [2]** 33/12
147/23
**marketing [2]** 134/8
186/2
**Marketplace [11]**
33/4 33/5 33/7 33/22
34/7 34/14 38/16
38/23 39/10 39/15
201/3
**married [1]** 227/10
**MARTIN [31]** 1/4
5/19 16/17 83/8 84/12
84/13 84/14 139/2
139/3 139/14 142/15
152/2 159/20 160/18
163/24 182/6 188/20
189/6 189/7 189/8
189/9 190/15 190/17
196/11 196/13 198/6
206/22 207/4 220/24
231/11 234/17
**Martin's [3]** 188/10
189/17 229/17
**Martinez [2]** 48/23
49/13
**mascot [1]** 176/8
**Mason [2]** 1/16 4/14
**Massacre [1]** 60/17
**master [2]** 92/19
93/6
**masterpiece [1]**
148/14
**materialized [1]**
195/18
**matter [13]** 50/16
63/25 107/15 121/19
141/15 146/20 149/9
154/15 190/22 190/23
241/1 241/5 269/10

**matters [2]** 32/19
32/19
**Maxwell [1]** 218/2
**may [49]** 1/5 4/1 4/5
5/4 5/16 8/17 9/21
19/4 25/21 28/21
28/22 30/5 30/7 33/20
33/25 34/6 35/2 40/9
42/11 50/17 63/2 64/9
64/13 64/14 64/17
75/18 79/17 81/17
82/4 82/5 86/8 92/3
111/1 111/5 115/15
125/24 128/4 128/22
128/23 128/25 141/20
162/14 175/14 178/4
185/16 185/18 250/17
257/3 257/4
**May 22 [2]** 33/25
34/6
**May 31 [2]** 86/8 92/3
**may be [9]** 4/5 5/4
64/9 82/5 111/5
115/15 125/24 128/22
257/3
**Mayan [1]** 216/4
**maybe [4]** 26/4
77/17 78/7 193/15
**mayor [4]** 50/3
55/21 163/19 229/2
**me [99]** 13/2 19/24
21/16 26/1 35/17
37/13 39/1 50/2 50/21
59/6 61/4 61/5 61/5
61/5 62/21 71/9 72/18
74/11 75/21 82/3
89/23 92/22 94/5 98/8
101/12 105/16 113/15
115/21 123/18 125/4
128/10 128/11 131/6
132/3 132/19 133/22
134/21 135/7 136/10
136/24 137/7 137/14
139/4 139/10 142/18
143/9 146/23 147/16
148/11 149/2 150/5
156/8 158/23 159/14
159/23 160/23 161/3
162/4 162/5 168/13
169/6 169/15 180/20
180/22 189/9 190/14
191/18 192/9 194/1
194/11 195/15 195/16
195/18 196/12 197/12
200/4 203/11 204/13
206/22 207/17 209/12
218/19 219/5 222/2
224/14 224/14 229/7
233/24 234/14 235/13
243/2 243/14 243/23
256/1 258/18 258/25
264/21 265/9 267/1

**mean [23]** 53/16
76/10 125/6 138/22
139/23 140/2 140/17
140/24 140/24 141/3
154/14 186/14 194/17
194/19 211/22 214/20
215/5 224/12 226/17
227/18 227/22 250/3
268/2
**means [5]** 44/8
151/11 151/12 151/13
185/22
**meant [7]** 16/24
63/6 87/19 139/19
173/5 187/13 194/18
**media [5]** 153/13
180/14 184/17 184/18
207/6
**medical [12]** 122/4
122/5 122/6 122/8
122/14 123/14 123/19
123/22 124/11 124/14
124/17 124/23
**meet [10]** 139/15
151/13 159/4 159/10
198/1 204/25 212/15
212/19 257/13 267/14
**meeting [37]** 59/15
60/4 60/12 60/12
60/18 111/20 112/24
113/3 113/3 114/24
115/8 118/13 118/18
119/2 119/20 120/6
120/21 120/23 121/3
121/7 126/24 127/2
127/7 127/9 134/7
142/1 159/9 161/25
162/7 164/11 168/10
168/22 176/23 176/25
192/11 198/7 268/4
**meetings [3]** 115/7
140/21 153/4
**Melissa [4]** 122/8
122/9 123/25 138/3
**member [7]** 39/14
84/8 150/17 150/18
151/14 185/13 190/8
**members [8]** 46/3
64/12 128/21 150/9
174/16 183/13 190/13
257/2
**memories [1]** 149/3
**memorize [1]**
103/13
**memory [2]** 16/10
74/25
**mention [2]** 54/20
113/22
**mentioned [18]** 6/2
60/3 60/11 62/18
79/12 147/15 151/10
151/16 152/20 164/9

178/12 181/2 203/4
213/1 214/14 223/20
225/23 242/7
**mentor [1]** 150/11
**Merchant [3]** 152/21
152/23 163/11
**message [10]** 58/2
176/11 191/7 191/22
192/5 197/6 197/23
204/9 204/20 254/15
**messages [2]** 192/7
203/6
**messaging [2]** 178/6
254/5
**met [12]** 139/6
139/14 158/19 159/10
162/2 169/11 169/16
171/1 173/5 189/7
256/12 256/15
**metal [1]** 168/14
**metaphor [1]** 247/13
**method [1]** 85/12
**methodology [1]**
264/4
**Mexican [1]** 33/9
**Miami [162]** 1/13
1/17 1/19 1/22 2/4
6/23 10/9 12/12 12/20
12/22 13/9 13/21
14/16 17/17 19/17
20/22 21/23 22/7 23/9
23/16 23/22 24/4
25/20 25/25 26/13
27/11 28/8 29/8 29/18
30/13 30/22 31/10
32/24 33/21 34/6
34/18 34/25 35/3
38/24 38/25 40/7
40/16 42/5 42/9 42/11
42/16 42/18 42/25
43/16 46/3 46/14 48/3
49/16 49/17 49/18
51/14 51/18 55/17
57/16 57/22 58/3 60/7
61/8 62/13 67/17
70/24 71/14 72/3
72/11 72/22 74/1 74/2
74/3 74/12 74/13
78/16 78/19 79/8 81/9
82/13 83/18 86/24
87/7 98/13 99/1
100/14 100/22 102/4
102/10 104/18 104/24
120/1 121/9 121/10
129/21 129/22 130/9
130/19 130/24 131/24
131/25 132/22 138/16
149/3 150/16 150/23
151/12 151/15 151/19
158/22 159/22 165/2
165/8 165/9 165/11
165/20 168/1 172/9

172/10 173/4 182/4
187/9 201/14 201/21
202/5 202/7 202/13
208/7 208/13 208/24
211/10 212/3 212/7
212/16 213/8 213/14
213/21 214/16 215/3
215/10 216/21 220/19
221/19 222/4 223/12
223/14 223/17 226/3
227/24 227/24 234/5
234/6 234/10 238/23
241/7 245/19 245/23
246/7 262/3 263/3
267/8 267/15
**Miami's [1]** 85/21
**Miami-Dade [8]**
67/17 83/18 129/21
151/19 165/8 165/11
165/20 187/9
**middle [7]** 57/8
123/18 131/20 132/1
158/24 188/19 201/3
**midnight [1]** 222/3
**migrated [1]** 130/2
**Miguel [1]** 217/7
**mile [1]** 264/3
**miles [2]** 177/4
177/4
**mince [1]** 220/5
241/24 242/2 242/8
**mind [4]** 162/22
222/24 256/4 265/3
**mine [4]** 133/14
180/3 181/14 191/15
**minimum [1]** 258/14
**minute [4]** 131/9
137/2 266/21 266/22
**minutes [14]** 63/18
64/7 108/8 110/12
115/17 118/1 183/3
183/8 251/10 252/11
252/15 252/18 255/12
255/18
**Miranda [1]** 163/23
**Miro [47]** 119/1
120/19 121/3 121/4
162/9 169/14 169/15
169/22 169/25 170/5
170/6 170/9 188/13
188/15 188/16 188/18
188/24 189/3 189/6
189/15 190/9 190/16
191/16 191/19 191/23
192/7 192/9 203/16
203/20 204/10 204/19
238/24 239/9 239/12
239/18 239/24 241/11
241/13 241/15 241/17
242/8 242/10 243/4
243/10 243/19 244/10
245/15

**M**

**Miro's [1]** 190/4
**mirrors [2]** 226/18
227/5
**Mischaracterization
[5]** 47/18 48/9 71/23
73/13 75/16
**mischaracterizes [2]**
15/2 35/22
**misrepresented [1]**
97/21
**miss [1]** 127/17
**missed [1]** 32/5
**missing [4]** 79/19
141/7 142/11 142/11
**mission [8]** 52/22
152/15 153/16 157/20
160/10 163/1 172/10
172/23
**mistake [1]** 192/2
**mistakenly [1]**
206/17
**mistrial [1]** 64/1
**mixed [1]** 165/5
**mobile [5]** 227/20
230/13 230/25 230/25
231/6
**mobility [2]** 228/5
230/14
**mobilize [1]** 263/3
**model [3]** 75/10
75/22 201/10
**Moebius [2]** 152/24
178/20
**Molina [5]** 85/8
85/12 179/13 179/16
184/12
**Molina's [1]** 182/18
**moment [10]** 6/21
24/12 48/5 54/5 82/4
135/18 195/19 198/18
198/19 225/19
**Monday [1]** 267/13
**monetary [1]** 255/1
**money [11]** 24/22
62/18 85/13 102/25
134/23 206/14 254/14
254/22 255/5 255/6
255/7
**monitored [1]**
124/21
**Montez [1]** 179/2
**month [4]** 122/14
135/16 135/18 135/24
**monthly [1]** 153/4
**months [5]** 18/3
49/15 133/12 169/14
177/4
**mood [3]** 166/21
167/11 167/25
**Moore [2]** 130/10

130/12
**more [38]** 5/6 9/21
17/5 17/6 18/9 19/13
22/21 23/1 25/14 55/4
58/10 58/13 61/10
76/5 76/5 80/8 118/1
125/2 132/8 152/13
152/14 162/6 164/7
164/7 164/8 165/23
165/24 171/4 180/11
208/4 213/22 213/23
213/23 214/7 215/8
224/15 258/3 259/10
**morning [13]** 4/1
4/5 4/10 4/13 4/14
4/17 5/3 5/21 5/22
159/6 221/23 237/11
268/24
**mortar [1]** 258/4
**mortgage [3]** 135/10
135/15 141/22
**Morua [6]** 218/19
219/4 219/6 219/9
222/19 222/21
**mosquito [1]** 67/17
**mosquitoes [1]**
67/18
**most [8]** 131/24
154/25 160/19 160/19
160/20 176/22 186/17
236/20
**mostly [1]** 160/5
**Motel [1]** 216/21
**mother [4]** 112/22
129/25 131/17 162/24
**motion [3]** 64/1 64/4
64/7
**move [70]** 5/7 8/7
9/6 9/24 10/14 11/24
11/25 16/1 17/9 18/10
20/13 22/23 24/23
25/17 26/16 27/4 31/1
31/1 36/19 38/4 40/25
43/1 46/6 46/15 52/9
53/6 53/10 55/12
57/25 58/6 62/3 63/9
71/6 78/21 80/17
115/21 132/19 133/25
136/1 137/19 145/10
149/22 154/19 154/20
154/25 156/20 161/13
166/25 167/24 174/19
181/1 187/3 192/25
202/18 204/9 215/16
215/20 225/23 228/2
228/2 228/3 233/20
252/5 257/23 259/15
259/25 262/25 263/2
263/3 263/13
**moved [8]** 117/16
132/5 132/22 136/3
136/5 136/21 137/12

227/25
**moves [1]** 247/7
**movies [2]** 142/4
142/5
**moving [2]** 154/23
247/10
**Mr [260]** 5/16 5/21
5/22 10/5 12/24 14/19
15/12 15/20 16/15
18/8 19/16 20/6 23/1
23/1 24/3 24/14 24/18
25/2 25/22 27/23
28/16 29/1 29/24
35/11 36/2 39/7 39/14
40/15 41/21 41/21
42/3 46/19 47/15
49/12 52/6 52/10
53/11 54/2 62/6 62/8
64/14 64/15 64/21
65/1 77/12 77/17
77/22 78/2 78/4 78/7
78/23 79/7 79/11
79/15 80/18 80/19
80/21 82/11 83/10
83/21 83/25 93/18
97/21 101/6 101/21
104/3 106/3 108/25
109/6 111/13 111/15
111/19 111/24 112/12
112/25 113/18 113/23
114/1 115/5 115/6
116/1 116/15 116/19
118/12 118/17 118/17
118/19 118/19 118/25
119/19 120/19 120/19
120/20 120/23 120/24
120/25 121/1 121/12
123/24 124/10 124/10
126/8 128/25 129/6
129/14 129/18 129/24
130/5 134/10 137/23
138/25 139/2 139/6
139/25 142/24 143/9
144/1 144/3 145/14
146/13 146/18 147/9
148/24 148/24 149/19
149/25 150/7 151/17
153/18 153/19 154/3
154/6 154/8 155/3
155/12 155/24 156/1
156/12 156/25 156/25
157/12 158/8 158/9
158/18 159/4 161/6
161/18 161/25 162/18
164/10 165/3 166/4
168/21 168/22 169/3
169/17 169/19 169/25
173/25 174/5 174/23
176/2 177/25 178/1
178/4 178/25 179/8
179/19 180/2 180/20
180/21 181/8 181/19

182/21 183/17 184/9
185/18 187/14 187/20
187/23 189/15 189/21
189/23 190/4 191/7
192/7 192/15 192/18
193/2 196/22 197/5
199/10 201/20 202/16
203/18 205/5 206/3
207/25 208/2 211/9
212/2 215/2 215/22
216/13 216/17 217/5
217/6 217/17 221/21
222/2 223/16 223/20
223/22 224/24 225/25
226/24 227/20 228/12
228/24 230/22 232/22
232/23 233/5 233/24
234/14 237/5 239/4
243/10 244/5 246/21
247/4 247/17 247/18
248/19 250/1 250/19
251/13 251/25 253/5
255/6 256/22 257/6
259/7 259/10 259/21
260/8 262/22 263/18
263/22 264/19 265/12
266/2 266/6 266/8
267/7 267/14 267/18
268/3 268/11 268/11
**Mr. [29]** 4/18 15/3
18/8 30/11 46/3 47/23
57/13 70/6 106/21
114/8 118/2 119/1
120/20 120/21 122/15
137/8 138/14 140/8
144/24 168/11 168/12
180/5 180/6 183/24
196/3 205/20 234/20
248/7 263/6
**Mr. Bernat [1]** 46/3
**Mr. Carollo [5]** 70/6
114/8 120/21 168/11
248/7
**Mr. Fuller [8]** 106/21
119/1 120/20 137/8
138/14 168/12 180/5
196/3
**Mr. Fuller's [1]**
122/15
**Mr. Garcia [1]** 263/6
**Mr. Kuehne [2]**
205/20 234/20
**Mr. Pertnoy [1]**
57/13
**Mr. Pinilla [9]** 4/18
18/8 30/11 47/23
118/2 140/8 144/24
180/6 183/24
**Mr. Pinilla's [1]** 15/3
**Ms. [4]** 4/20 122/21
142/23 222/19
**Ms. Amanda [1]**

4/20
**Ms. Battl [1]** 142/23
**Ms. Bernheim [1]**
122/21
**Ms. Scarlet [1]**
222/19
**much [5]** 76/13 86/5
126/10 254/22 255/5
**multiple [10]** 14/18
55/16 55/20 65/24
66/1 66/1 66/1 75/4
97/11 143/3
**municipalities [3]**
151/23 215/14 215/17
**mural [1]** 162/25
**music [12]** 141/6
163/4 183/21 187/11
187/11 191/19 203/11
258/12 258/13 258/13
258/18 258/20
**musician [1]** 125/22
**must [1]** 42/10
**mutual [1]** 158/21
**my [117]** 5/9 7/15
13/4 13/5 13/7 16/10
22/16 42/3 42/21
46/16 46/22 48/5 50/1
52/2 53/3 59/4 59/6
69/15 74/24 75/3
79/17 82/4 88/18
91/18 92/1 102/17
102/24 103/7 109/8
112/20 113/7 113/14
114/3 116/4 128/5
129/15 129/15 129/15
129/25 129/25 130/8
130/10 130/23 130/25
131/4 131/5 131/16
131/17 131/20 131/21
131/24 132/16 132/22
132/23 133/2 133/3
133/4 134/15 134/23
135/8 135/21 135/23
135/24 136/22 137/2
137/3 138/8 139/3
140/4 146/15 149/3
150/10 154/2 154/24
162/9 162/9 162/24
169/9 169/16 169/19
177/2 185/19 185/20
189/6 190/8 192/2
192/23 193/21 195/21
195/21 208/12 217/12
218/6 222/1 230/13
237/10 241/6 241/17
241/24 242/2 242/12
243/7 245/16 245/19
251/19 252/4 253/12
253/17 256/1 258/24
258/24 265/9 265/11
266/7 266/7 266/8
268/22

**M**

**myself [9]** 58/21
135/18 136/20 150/6
152/23 154/11 163/23
165/4 243/9

**N**

**name [13]** 38/13
52/6 52/11 52/23 53/3
53/4 54/17 60/5 83/12
129/11 173/13 182/18
216/10
**named [2]** 131/21
131/21
**narrative [22]** 27/20
27/22 28/23 62/7
63/10 75/25 78/21
80/17 142/19 158/2
164/21 167/21 178/2
240/10 242/4 248/1
249/11 250/10 250/13
256/10 258/15 265/20
**narrow [2]** 199/21
202/25
**national [2]** 73/21
164/6
**nationally [1]** 163/2
**natural [1]** 138/1
**near [1]** 136/19
**nearby [3]** 187/8
261/8 261/9
**necessarily [4]**
32/12 168/8 170/25
171/6
**necessary [9]** 28/19
41/12 110/2 163/21
208/12 210/23 212/24
222/17 229/19
**need [22]** 16/10
21/24 39/7 64/3 85/24
90/14 91/17 107/19
111/8 127/10 145/17
152/18 154/17 155/17
211/22 212/11 213/19
230/25 231/6 246/4
246/4 255/17
**needed [9]** 27/2 80/8
169/1 169/5 174/5
204/25 212/21 230/13
241/7
**needs [2]** 111/6
121/24
**nefarious [2]** 62/4
225/21
**neighbor [4]** 65/8
138/9 261/13 261/15
**neighborhood [33]**
65/5 75/24 76/15
76/22 117/17 130/25
131/7 136/20 139/16
139/19 140/6 140/24
142/7 142/8 142/9

143/13 146/16 146/17
146/23 152/8 159/13
159/19 163/9 164/8
165/14 165/24 167/16
168/19 177/12 187/12
197/11 200/14 249/2
**neighborhoods [3]**
76/14 200/23 201/10
**neighboring [1]**
160/8
**neighbors [2]** 131/6
131/7
**net [1]** 140/13
**never [40]** 8/1 8/2
10/12 14/2 14/14 15/5
15/6 15/23 19/20
19/25 24/6 24/10
29/10 39/13 62/23
86/4 103/10 119/12
125/23 135/3 135/13
139/14 139/22 140/3
142/17 153/10 157/21
159/10 168/23 169/1
169/7 186/11 189/7
192/1 210/18 212/4
243/2 261/20 262/4
263/11
**new [18]** 45/21
45/22 50/3 50/3 56/9
56/14 56/19 56/24
57/4 57/5 57/15 70/25
145/21 145/21 151/6
160/6 265/6 267/1
**newer [1]** 145/11
**news [2]** 5/9 268/22
**newspaper [2]** 5/10
268/22
**next [42]** 8/8 10/19
16/1 18/8 25/17 29/1
37/25 50/18 55/14
56/7 62/8 63/11 78/23
80/19 95/8 96/4 96/4
107/14 111/9 119/4
120/7 122/2 129/4
132/21 133/1 133/13
136/22 146/7 156/20
156/22 179/3 179/5
183/2 198/6 239/22
245/12 248/23 259/12
260/12 263/2 263/3
267/24
**nicest [1]** 226/16
**nickname [1]** 175/22
**night [19]** 198/8
198/9 198/16 199/24
200/8 202/25 218/18
221/24 263/4 264/1
264/12 264/18 264/20
265/17 266/9 266/13
266/13 266/14 269/2
**nightlife [1]** 165/17
**nightmare [1]**

195/21
**nights [1]** 265/9
**nine [2]** 128/6
129/19
**Niworowski [1]** 1/12
**no [125]** 1/2 6/25
9/23 10/15 12/15 13/1
13/12 13/12 16/24
17/8 18/5 19/10 20/2
20/12 21/19 22/9
22/23 23/1 23/24
24/17 24/24 26/18
27/1 27/5 28/14 31/3
34/1 34/11 34/16
34/16 36/20 38/5 39/3
39/8 39/24 41/7 41/8
42/23 43/5 46/6 46/16
46/22 46/23 51/20
52/5 52/9 53/7 53/20
55/13 57/10 58/6
60/21 65/4 66/5 66/22
69/7 69/8 69/11 70/16
72/15 79/7 79/9 82/23
85/22 87/24 91/8
100/19 108/7 109/1
109/25 110/3 113/25
114/1 114/2 122/13
123/3 123/24 124/16
124/17 126/20 128/24
132/13 142/1 142/2
143/14 143/15 143/17
148/23 155/6 166/14
166/14 168/23 169/1
170/11 174/2 178/22
186/14 186/14 187/21
191/25 194/12 196/16
197/24 204/2 204/17
206/16 212/4 221/7
222/8 227/13 228/21
238/4 238/5 238/11
245/4 245/8 245/21
256/2 258/14 258/14
259/18 260/2 261/20
261/25 262/4
**nobody [2]** 124/18
135/6
**non [19]** 9/24 10/15
27/20 40/25 46/16
57/25 140/22 159/1
171/21 177/5 224/2
224/14 233/24 238/9
238/15 243/16 244/21
249/22 265/20
**non-paying [1]**
140/22
**non-responsive [15]**
9/24 10/15 27/20
40/25 46/16 57/25
171/21 224/2 224/14
233/20 238/9 238/15
244/21 249/22 265/20
**non-witness [3]**

159/1 177/5 243/16
**None [1]** 76/5
**nonetheless [1]**
115/2
**nonprofit [2]** 150/10
203/23
**nonprofits [1]**
140/19
**Noriega [5]** 158/21
158/25 159/4 159/22
267/1
**north [2]** 147/18
152/5
**not [259]** 5/9 6/7
7/15 9/1 9/19 10/17
10/17 11/19 13/24
13/24 14/5 15/25 16/7
17/20 18/6 19/10
21/16 22/18 22/25
25/8 25/15 27/9 27/15
27/17 28/22 30/24
31/22 31/23 34/1
34/11 35/9 37/8 39/3
39/16 40/9 42/11
42/18 43/2 43/5 44/4
44/8 45/22 46/13
47/13 47/14 48/15
50/17 50/23 51/4 52/4
53/14 53/16 53/20
54/6 54/25 57/11
57/16 60/21 61/6 62/1
62/14 63/18 63/19
65/8 65/8 66/5 66/6
66/9 66/22 67/8 68/23
69/1 69/19 70/10
70/16 71/13 72/3 73/8
73/10 74/12 74/14
74/16 74/17 79/4 79/4
79/17 79/20 79/23
79/23 79/23 81/9
81/11 81/18 81/19
82/14 82/14 82/22
84/17 84/23 85/5
87/15 91/13 93/19
94/23 100/13 100/19
104/13 105/4 106/10
106/25 107/7 107/14
107/20 108/7 109/16
110/9 110/10 110/16
110/16 113/4 113/15
113/17 114/9 114/13
115/1 115/2 116/4
116/6 116/21 117/12
119/8 119/9 119/15
119/17 119/22 119/24
119/25 120/4 120/4
121/9 121/10 121/12
121/18 121/19 122/24
123/1 123/10 123/15
124/4 124/5 124/16
124/21 124/23 126/12
127/1 127/15 127/16

128/4 132/20 136/21
140/13 142/20 143/16
144/17 146/20 147/1
147/2 147/9 150/4
152/9 156/18 156/18
156/19 158/2 158/15
160/13 160/14 160/14
168/8 168/17 168/19
169/9 171/5 171/12
173/3 173/20 174/25
175/12 177/19 180/9
180/17 183/4 183/4
186/3 186/3 186/15
188/2 188/24 190/7
190/10 192/3 192/17
194/20 197/12 197/24
200/4 200/21 200/23
201/5 201/7 201/17
206/6 209/17 211/15
215/14 220/4 220/7
222/8 222/23 223/19
233/11 234/24 237/16
238/12 238/12 239/5
240/8 240/11 241/23
242/1 242/2 242/8
243/9 244/2 244/17
244/23 250/14 250/15
253/14 253/16 253/21
254/5 254/5 254/8
254/10 254/18 254/24
255/6 255/13 255/23
256/4 256/7 261/25
265/2 265/15 267/11
268/20 268/21 268/22
**notarized [1]** 211/23
**noted [1]** 167/5
**notes [1]** 82/4
**nothing [14]** 65/23
69/9 96/17 112/11
112/12 113/14 119/6
126/2 181/2 201/25
207/21 207/23 238/11
254/20
**notice [44]** 6/23 7/2
7/5 7/23 7/25 8/3
8/23 9/16 10/9 12/13
12/13 13/16 13/21
13/22 16/4 18/21 19/7
19/17 21/23 22/6
22/15 23/9 23/10
23/10 23/16 23/18
23/22 24/4 24/8 24/15
28/8 29/8 33/21 34/6
39/23 40/6 40/16 41/7
59/14 104/17 104/19
104/21 104/21 243/12
**notices [4]** 35/20
70/17 73/2 77/16
**notify [1]** 268/11
**notwithstanding [1]**
127/22
**November [36]**

**N**

**November... [36]**
10/10 24/14 24/20
25/3 39/23 40/7 40/19
41/4 55/8 55/22 64/21
79/7 102/3 102/9
102/20 103/14 155/3
155/25 182/1 182/2
184/1 184/20 187/3
187/15 187/18 187/24
188/9 188/12 188/19
189/17 191/10 192/16
196/6 197/7 228/6
231/10
**November 18 [2]**
187/3 187/15
**November 18t [1]**
184/20
**November 18th [2]**
182/1 184/1
**November 19 [4]**
187/24 188/9 188/19
192/16
**November 20 [1]**
24/20
**November 21 [1]**
196/6
**November 27 [1]**
197/7
**November 30 [3]**
39/23 40/7 40/19
**November 30th [1]**
41/4
**November 5 [1]**
64/21
**now [111]** 18/18
21/2 21/4 21/18 39/14
42/8 43/7 43/22 45/14
46/1 47/15 48/23 52/5
53/17 55/8 70/25 72/2
73/17 74/18 78/19
84/15 85/2 85/18 86/8
86/11 86/17 88/4 92/2
93/5 93/8 97/20 98/10
98/24 99/17 100/2
100/13 101/12 103/20
103/25 105/3 105/13
105/13 105/14 106/9
108/12 109/7 111/11
112/19 113/17 115/20
115/24 124/23 126/5
134/10 148/7 154/6
156/25 158/4 158/8
158/21 164/21 167/25
168/21 170/5 178/2
188/11 189/9 190/25
191/21 192/15 192/17
192/18 192/25 195/22
196/22 197/16 198/10
198/16 201/6 203/11
203/17 205/5 206/4

206/17 207/24 208/12
210/19 211/2 212/1
212/5 213/6 214/14
215/22 223/19 223/23
236/17 242/3 243/15
248/1 248/2 248/14
250/10 253/20 255/18
258/5 258/15 260/22
261/5 261/7 261/16
266/16
**number [20]** 4/8
11/2 11/13 13/17 42/6
83/2 86/6 99/11
102/12 102/21 117/24
120/9 127/3 127/6
185/11 185/11 234/21
254/10 254/18 254/19
**numerous [2]**
248/21 248/22
**NW [3]** 1/13 136/21
137/11

**O**

**Oakland [2]** 149/5
149/13
**oath [2]** 53/17 57/10
**object [10]** 11/18
57/8 115/3 117/9
117/9 117/13 119/5
125/19 126/1 178/16
**objected [2]** 11/19
125/14
**objecting [6]** 4/21
111/24 114/24 114/25
254/11 254/25
**objection [406]**
**objection's [1]**
117/20
**objectionable [2]**
114/16 116/14
**objections [18]**
11/15 81/18 116/6
116/10 117/22 252/6
253/1 253/4 253/7
253/7 253/9 253/24
254/2 254/7 254/9
254/10 254/17 255/16
**objective [1]** 152/7
**obligations [1]**
127/18
**observation [1]** 47/6
**observations [2]**
47/8 47/10
**observe [9]** 214/6
238/19 239/17 244/9
244/9 244/12 247/17
248/2 248/18
**observed [8]** 238/20
244/23 246/15 247/11
247/22 248/21 249/17
265/12
**obsessed [2]** 67/13

245/4
**obsession [2]**
200/11 244/18
**obstacles [1]** 210/17
**obtain [4]** 39/25
229/19 229/24 230/4
**obtained [3]** 35/18
95/3 231/7
**obviously [2]** 234/9
264/8
**occasion [1]** 67/17
**occupants [1]**
220/21
**occupying [2]** 86/8
86/12
**Oche [1]** 131/10
**Ocho [39]** 33/4 33/5
33/7 33/22 34/7 34/14
36/18 38/23 39/10
39/15 73/18 131/8
141/1 141/7 141/25
144/4 144/24 146/19
146/20 146/25 147/10
147/16 150/16 150/21
150/23 153/17 158/13
168/4 168/11 168/15
179/4 201/3 203/21
204/10 236/19 258/10
259/14 260/9 260/21
**Ocho' [1]** 150/25
**October [14]** 21/22
22/5 22/13 23/8 23/17
23/23 24/4 25/18
25/18 25/23 26/3 26/7
26/10 104/9
**October 20 [2]**
23/17 23/23
**October 5 [3]** 21/22
22/5 22/13
**off [17]** 11/19 36/13
37/18 43/1 53/14 89/1
90/9 90/17 91/7 112/1
130/24 135/19 191/21
203/11 227/25 238/12
238/22
**offer [1]** 168/24
**offered [3]** 220/7
222/23 222/23
**offering [7]** 120/4
121/2 121/19 121/20
121/21 126/4 168/18
**office [55]** 7/16
22/16 72/12 72/23
77/15 103/9 104/10
105/1 105/11 108/22
109/6 118/19 120/19
121/7 138/24 139/1
155/2 155/13 155/24
156/4 159/15 162/9
165/6 169/16 169/25
170/10 171/10 174/1
186/18 198/7 212/5

213/7 213/11 213/15
213/18 214/7 232/18
232/22 233/6 234/1
235/14 235/16 236/8
243/14 243/23 245/16
245/22 248/24 260/22
261/2 261/17 261/21
262/1 262/5 262/24
**officer [6]** 47/15
48/2 48/18 57/24 76/3
219/4
**officers [1]** 219/16
**official [4]** 119/8
245/19 245/23 269/13
**officials [7]** 48/3
49/18 55/16 56/5
174/16 186/17 186/20
**officials want [1]**
186/20
**often [3]** 187/12
203/23 254/15
**oftentimes [3]** 131/8
141/16 145/20
**oh [3]** 60/19 253/19
256/7
**okay [183]** 4/7 4/24
6/21 16/11 18/18 21/2
25/17 32/14 36/8
38/14 43/7 47/24
52/15 57/12 61/25
80/2 83/17 85/11
86/11 86/14 88/4
89/10 92/21 93/8
93/13 95/18 97/11
98/10 98/24 99/11
100/13 101/10 103/23
104/12 111/17 112/14
112/22 114/6 121/17
121/25 132/12 132/20
136/6 136/8 137/4
137/10 138/5 138/23
139/2 139/5 146/4
146/18 147/8 148/24
150/20 151/16 151/25
154/6 154/16 155/2
156/8 156/10 158/18
159/25 161/12 163/12
164/9 165/25 168/10
168/24 170/3 170/18
170/21 171/9 171/13
171/16 172/19 174/3
174/19 174/19 175/1
179/19 180/11 180/16
180/23 182/2 183/5
184/1 184/11 187/14
187/17 187/20 187/22
188/1 188/3 188/11
188/15 190/4 190/15
191/13 191/16 191/19
191/22 192/5 192/18
192/25 193/18 194/3
194/6 194/9 194/14

194/19 194/22 195/5
195/25 197/1 197/23
198/4 198/23 199/12
200/6 200/10 200/25
203/4 203/9 204/1
205/9 208/5 208/20
211/18 212/1 212/9
214/14 214/18 214/20
215/9 215/25 216/17
217/11 218/13 219/21
221/25 222/3 224/11
224/16 226/2 227/6
228/6 228/21 229/9
229/23 232/22 233/15
236/10 236/18 240/4
245/14 248/5 249/1
252/25 253/13 256/16
257/13 257/23 257/23
258/5 258/22 259/9
260/10 260/18 260/25
261/5 261/7 261/11
263/2 263/5 263/21
266/5 266/24 267/18
267/23 268/14 268/24
**old [12]** 129/18
136/3 146/1 146/4
146/10 146/12 213/2
213/5 226/6 240/19
240/21 240/24
**older [1]** 131/20
**olds [1]** 241/25
**on [406]**
**once [11]** 86/11
109/13 115/25 116/13
212/23 236/14 237/12
237/18 243/23 252/15
252/18
**one [97]** 5/6 6/1 6/1
6/3 6/10 6/18 9/6
9/12 12/22 17/5 17/6
19/13 35/19 37/3 37/3
37/5 38/14 47/23 51/8
52/7 52/8 60/10 61/22
69/7 74/12 82/4 82/11
92/22 94/18 95/7 95/8
95/8 95/15 113/25
114/7 117/3 117/13
125/2 126/3 126/15
126/21 127/2 128/2
128/4 128/4 138/20
139/11 139/23 141/10
141/20 142/24 144/1
144/16 144/17 144/25
146/21 149/2 149/3
152/20 154/9 159/6
159/17 162/8 162/23
165/7 167/13 168/13
168/19 173/11 174/6
179/15 180/5 180/11
181/9 182/8 185/8
185/11 186/14 192/2
198/7 211/24 219/18

# O

**one... [15]** 225/20
226/16 227/16 234/21
236/13 237/20 253/14
254/18 259/22 263/11
263/16 264/21 264/24
265/5 266/22
**one-day [1]** 236/13
**ones [5]** 116/14
141/16 141/18 151/5
168/13
**only [22]** 8/11 8/19
17/6 18/7 19/12 27/22
62/1 70/5 72/3 72/6
72/10 72/21 74/15
75/3 104/13 109/16
115/10 126/15 184/1
201/5 239/1 244/18
**onto [7]** 41/12 46/22
67/10 67/10 76/2
180/20 228/1
**onto your [1]** 180/20
**onward [1]** 72/2
**open [12]** 6/4 21/4
42/24 51/7 123/18
128/17 142/23 192/4
236/16 236/23 245/23
256/21
**opened [9]** 124/24
143/2 143/3 146/7
229/23 245/23 254/18
258/3 258/10
**opening [4]** 75/6
90/4 90/4 231/7
**openings [2]** 89/25
91/20
**operate [8]** 42/11
71/11 186/1 222/20
229/20 229/24 230/5
252/2
**operating [3]** 42/5
109/13 232/19
**operation [11]**
134/9 165/18 238/22
241/19 262/25 263/19
263/23 264/1 267/15
268/1 268/2
**operations [2]**
223/24 224/6
**opinion [5]** 63/20
148/16 183/5 200/23
225/16
**opinions [2]** 110/16
268/21
**opponent [1]** 157/5
**opportunity [11]**
28/18 60/6 79/14
116/7 124/2 124/4
133/14 134/18 153/6
153/11 159/11
**opposed [3]** 65/24

114/17 254/24
**opposing [6]** 137/5
143/7 160/25 166/1
180/18 259/5
**optics [2]** 190/6
191/24
**options [1]** 172/4
**or [121]** 7/16 9/23
10/8 10/15 11/6 12/21
13/1 13/12 13/12
14/10 16/3 16/19 18/5
18/21 20/9 21/21
21/22 22/6 22/14 23/8
24/24 25/12 25/18
26/3 26/11 27/1 27/5
28/14 31/23 32/3 32/3
35/1 35/9 35/10 36/10
36/14 42/1 45/14
45/17 46/6 46/16
46/23 49/15 49/18
51/8 52/9 53/7 54/17
54/25 55/13 58/4 58/6
59/7 62/14 67/7 69/9
69/19 72/15 74/21
74/23 76/14 79/4 79/9
79/18 79/18 79/19
79/21 80/8 82/18
82/18 83/4 89/24
106/20 106/20 107/9
112/7 112/12 112/17
114/25 115/2 116/6
119/12 120/1 121/5
128/4 131/19 132/17
133/20 138/12 146/12
146/22 159/16 160/2
160/10 169/12 170/6
170/20 171/2 171/3
184/24 185/6 186/12
186/17 188/16 189/8
192/3 197/13 198/1
204/25 205/11 209/1
211/13 211/14 211/23
212/19 212/21 221/23
227/24 236/20 241/19
264/9
**Orange [1]** 138/18
**orchestrated [1]**
61/13
**order [16]** 4/4 24/15
24/20 25/4 25/15
35/11 67/9 70/2 75/23
76/14 76/22 81/8
111/4 123/8 123/16
240/25
**ordering [1]** 59/8
**orders [1]** 45/13
**ordinance [4]** 61/25
62/1 72/13 150/24
**ordinances [1]**
45/14
**organic [1]** 176/5
**organization [19]**

150/21 151/17 151/18
151/20 151/25 152/2
152/4 152/13 163/10
163/20 172/11 174/9
174/15 185/9 185/12
185/13 203/23 211/2
211/9
**organized [1]**
179/11
**original [12]** 89/11
89/25 90/15 100/2
144/14 144/15 146/17
217/21 217/22 258/14
258/25 260/14
**originally [4]** 89/20
146/6 258/10 268/3
**Orlando [1]** 221/16
**Ortega [1]** 163/23
**other [70]** 9/7 9/8
9/9 14/19 28/2 28/23
37/25 40/12 45/14
46/3 46/20 48/3 50/21
56/5 62/15 63/7 63/8
66/24 67/7 67/10 70/3
76/3 87/13 92/12
92/12 94/4 94/22 95/2
100/4 112/4 114/2
117/22 118/9 119/12
120/8 120/11 139/15
139/22 153/7 153/11
154/20 159/20 160/18
168/19 174/8 174/16
174/16 177/14 177/19
185/12 197/17 198/15
200/22 204/3 215/14
215/17 228/13 228/13
228/15 237/20 241/22
244/4 244/12 244/13
245/5 245/8 245/9
245/21 259/9 259/13
**others [6]** 47/13
127/3 172/23 204/6
236/25 239/5
**Otherwise [1]** 255/4
**ouija [1]** 154/23
**our [101]** 10/11
11/20 13/10 42/8
52/22 52/23 55/10
60/5 61/6 63/1 65/25
69/2 72/25 76/9 76/11
102/25 103/1 103/9
103/10 117/4 125/13
131/9 138/9 139/18
139/20 139/23 139/24
140/14 140/15 141/9
141/19 142/9 142/16
146/22 147/1 154/22
157/21 160/22 161/19
162/23 163/1 163/17
163/20 164/5 165/11
165/12 165/21 170/25
171/5 176/6 176/6

178/6 178/6 179/1
179/5 182/23 186/3
186/7 190/2 190/24
190/24 195/17 197/10
197/16 197/18 197/19
198/7 198/12 198/15
198/16 198/22 199/14
200/5 207/24 210/13
210/22 216/4 216/6
216/10 216/16 220/22
223/24 225/14 225/19
228/7 228/8 234/17
236/20 238/21 241/8
241/8 245/22 245/24
245/25 248/11 250/13
252/2 263/4 265/7
266/6 266/10
**ours [5]** 144/5
152/16 152/24 179/17
201/10
**ourselves [3]** 156/23
160/15 160/20
**out [59]** 47/7 51/5
51/12 51/21 52/2 56/4
64/3 66/4 66/7 69/13
69/19 70/3 70/3 70/8
75/25 76/2 114/16
127/11 128/8 134/16
140/3 141/24 142/18
154/16 158/23 176/11
177/1 177/23 182/12
182/13 182/14 182/16
187/10 190/9 190/14
192/9 193/21 193/22
193/24 196/24 197/12
199/14 200/3 228/2
232/15 241/18 245/3
245/9 245/11 249/2
249/9 249/10 249/12
253/1 259/13 260/21
261/13 262/25 266/9
**outdoor [10]** 33/10
36/3 36/5 36/8 36/10
37/7 37/23 38/10
38/25 105/18
**outed [3]** 171/19
185/2 185/7
**outing [1]** 195/17
**outside [17]** 7/19
8/5 9/2 32/19 32/19
35/5 37/8 44/11 55/23
65/10 67/19 67/25
68/5 74/7 75/17 76/23
258/4
**outspoken [1]** 163/4
**outwards [1]** 174/15
**over [25]** 13/2 27/16
27/17 37/3 37/3 37/5
37/10 38/3 70/24
106/5 122/18 126/17
132/5 133/20 147/1
151/3 160/5 193/25

201/10 202/7 237/22
254/3 254/3 258/13
266/13
**overly [1]** 215/12
**overnight [1]** 158/15
**overruled [145]**
9/20 11/23 13/3 13/14
14/1 15/4 15/16 19/4
27/8 30/5 31/21 43/4
43/14 46/9 46/24 47/1
48/16 51/24 52/13
53/8 54/2 54/10 54/24
58/8 58/25 59/10 61/2
67/2 67/20 68/8 68/18
69/23 77/24 78/11
80/12 81/6 82/21
84/19 84/25 85/7
85/16 87/9 87/23
88/19 89/3 89/22
90/10 90/18 91/12
91/19 94/11 94/25
95/21 96/11 97/3 98/6
99/23 100/10 100/18
102/6 102/23 103/8
106/17 106/24 107/5
107/22 108/6 109/10
109/24 110/7 117/20
153/25 157/3 157/10
157/17 161/4 162/14
170/13 172/25 173/21
174/13 175/4 175/14
176/18 177/20 178/4
178/18 181/4 185/5
185/16 185/23 189/25
202/2 202/21 204/22
205/3 205/22 206/21
208/18 209/18 214/11
218/7 220/2 222/7
222/15 223/13 224/3
224/8 225/9 225/17
230/9 231/5 231/19
232/11 233/12 234/3
235/5 235/11 237/17
238/3 238/10 239/15
241/4 242/24 244/16
244/24 245/7 247/21
248/9 249/6 250/5
250/17 253/25 254/4
254/6 257/19 257/21
262/13 263/25 264/10
264/17 265/4 265/22
267/12 267/21
**own [13]** 50/1 61/7
61/8 70/8 107/23
139/18 142/16 144/24
148/24 158/9 227/14
256/15 261/5
**owned [6]** 159/22
165/2 182/6 186/4
187/7 189/9
**owner [7]** 31/9
31/10 51/19 52/17

**O**

**owner... [3]** 153/12
158/12 186/5
**owners [5]** 152/25
153/5 153/14 160/9
161/21
**ownership [2]** 152/5
152/6
**owns [3]** 42/4
162/24 240/22

**P**

**P-R-O-C-E-E-D-I-N-G-S [2]** 4/2 111/2
**p.m [8]** 110/15
110/20 183/4 196/6
197/7 252/15 252/16
269/4
**package [1]** 161/19
**packed [1]** 176/21
**page [48]** 3/12 3/12
3/14 3/14 15/8 16/12
17/5 17/6 17/7 17/12
19/13 19/13 20/3 20/4
20/12 20/16 21/7 24/1
26/5 26/9 29/4 30/19
31/8 32/2 35/25 36/19
36/20 36/23 37/19
40/11 40/12 45/5 49/3
74/21 74/23 85/11
88/5 92/5 92/6 92/14
93/8 96/4 98/24
105/14 108/20 113/9
162/21 203/8
**pages [3]** 30/17
45/17 123/10
**paid [4]** 84/16 84/20
85/1 85/4
**painting [1]** 136/17
**palm [3]** 168/14
259/23 259/23
**Palmetto [2]** 132/5
132/6
**Panama [2]** 51/8
228/4
**Panel [4]** 24/16
24/20 25/4 25/15
**paper [4]** 139/8
209/20 209/23 210/3
**Pardon [1]** 235/24
**parents [3]** 131/14
132/23 132/24
**parents' [1]** 133/25
**park [15]** 149/5
149/13 160/6 160/6
164/17 164/25 165/1
166/8 237/11 237/22
240/3 240/4 240/18
240/21 240/24
**parking [33]** 9/9
33/13 159/22 165/2
168/1 187/8 188/20

189/17 190/13 192/16
199/1 199/3 199/6
199/9 199/11 199/15
199/16 199/17 199/24
200/7 202/25 228/9
263/3 264/3 265/10
265/13 266/6 266/10
266/11 266/12 266/14
267/9 267/15
**Parks [2]** 130/10
130/13
**part [26]** 21/10 24/9
43/24 49/14 51/1 80/1
80/3 80/9 80/21 81/15
83/15 83/20 114/2
118/21 121/9 121/10
127/7 127/18 154/25
157/19 164/2 167/16
169/16 172/16 173/16
181/23
**partial [12]** 86/22
87/11 87/14 87/16
88/3 90/13 90/20
90/23 91/25 92/16
94/19 100/3
**participate [1]**
161/22
**participating [1]**
236/18
**particular [11]**
112/7 172/22 173/19
174/12 175/24 176/16
176/16 212/21 229/5
250/16 267/15
**parties [6]** 138/19
138/20 216/7 221/8
234/24 236/25
**partner [5]** 139/3
154/12 155/1 187/14
203/23
**partner's [1]** 190/13
**partners [4]** 81/10
154/8 154/10 261/6
**partnership [2]**
140/8 140/11
**partnerships [1]**
154/13
**parts [3]** 54/15
114/16 114/17
**party [42]** 187/5
192/3 198/15 215/20
215/22 215/25 216/10
216/11 216/14 216/18
217/6 217/19 218/10
218/14 218/25 219/11
219/17 219/21 219/22
220/22 220/23 220/25
221/1 221/4 221/12
221/18 221/22 222/5
222/17 222/20 223/3
223/10 223/17 224/13
224/17 224/24 225/6

225/21 229/16 236/25
238/12 239/19
**pass [1]** 71/15
**passageway [1]**
167/15
**passed [1]** 72/13
**passion [3]** 132/2
136/13 163/4
**passionate [2]**
139/18 139/19
**path [3]** 42/23 42/23
252/1
**patiently [1]** 264/19
**Paul [1]** 259/3
**Pause [1]** 82/9
**pavement [1]**
177/12
**pay [7]** 84/22 86/5
135/10 160/13 160/18
179/19 208/11
**payback [2]** 61/13
185/8
**paying [3]** 140/22
160/20 182/21
**payment [5]** 85/9
85/12 134/22 135/10
135/16
**pays [1]** 51/20
**pedestrian [1]**
167/15
**peers [1]** 135/21
**pending [6]** 20/2
22/24 143/14 143/15
147/12 178/22
**Penn [1]** 142/25
**people [32]** 49/16
49/18 52/16 53/1
55/19 55/20 58/1 61/6
117/18 125/24 125/25
126/16 127/12 147/20
148/1 148/1 148/2
152/17 163/16 165/22
174/10 175/18 176/11
178/9 178/24 193/23
205/11 214/6 216/16
229/10 245/24 251/2
**Pepe [1]** 179/2
**percent [1]** 152/6
**perception [1]**
194/20
**perfectly [2]** 138/17
253/13
**perform [1]** 39/25
**performed [2]** 33/22
34/7
**perhaps [2]** 115/17
128/4
**period [4]** 192/8
209/11 209/19 209/22
**periods [1]** 190/17
**permission [4]**
87/13 143/18 160/25

162/15
**permit [110]** 6/16
8/10 8/11 8/19 8/25
9/17 10/9 12/14 13/22
16/4 16/5 16/8 16/20
16/22 17/17 17/22
17/25 18/3 18/14
18/14 18/16 18/22
19/9 19/18 20/20
20/24 21/17 21/19
22/7 22/15 23/11
23/18 27/2 27/10 28/8
29/9 31/17 31/22
32/10 32/13 33/15
33/23 34/8 35/4 35/18
35/20 38/17 38/23
38/24 39/10 40/1 41/9
42/6 42/8 42/11 68/14
73/4 73/5 73/8 80/14
85/24 86/3 86/24
87/10 90/12 92/9
92/10 92/14 92/17
92/18 92/21 93/5 93/6
93/9 93/17 93/20 94/7
94/8 94/12 94/17
95/18 95/19 95/25
96/4 96/7 96/19 96/22
97/5 97/8 97/22 98/3
98/13 98/19 99/1 99/7
99/11 99/14 99/18
101/7 101/8 107/19
200/13 209/1 209/22
210/23 210/24 211/13
212/3 212/22 215/7
**permits [40]** 6/4
7/25 19/9 19/19 21/15
21/24 22/8 31/23
35/10 41/12 70/6
74/16 78/8 79/1 79/4
79/17 80/2 82/12
82/17 94/20 94/22
95/1 95/3 97/2 97/11
210/4 210/21 210/25
211/3 211/10 211/12
211/16 211/17 211/21
211/22 212/24 229/20
229/24 230/4 234/16
**permitting [9]** 55/5
58/10 85/19 208/7
208/21 208/22 209/15
210/10 211/25
**person [6]** 71/18
126/4 164/5 168/19
177/11 204/23
**personal [25]** 8/5
9/3 11/10 15/14 69/22
82/12 89/1 89/16
89/21 90/8 90/16 91/7
106/10 112/4 205/14
207/18 230/19 230/22
231/25 232/2 232/4
232/14 246/15 267/11

268/7
**personal knowledge
[22]** 232/2
**personally [3]** 15/6
82/15 227/19
**Pertnoy [21]** 1/16
4/15 5/16 5/22 12/24
18/8 23/1 29/1 35/11
57/13 62/8 64/14 78/2
78/4 78/23 79/7 79/15
80/19 93/18 97/21
123/24
**petition [1]** 40/12
**phone [6]** 188/13
189/19 190/4 190/17
196/24 222/2
**photo [20]** 11/2 11/2
20/6 20/11 24/6 24/10
29/10 36/2 117/10
138/12 138/20 138/22
166/7 166/8 166/8
227/9 259/22 259/22
259/24 265/14
**photograph [17]**
125/17 137/7 137/10
138/5 138/13 180/21
181/8 259/7 259/10
259/12 260/12 260/13
260/18 266/2 266/5
266/8 267/23
**photographer [5]**
265/7 265/8 265/11
266/7 267/24
**photographs [9]**
115/12 115/15 115/16
115/19 116/14 116/18
137/13 137/14 259/10
**photos [2]** 259/19
259/21
**physically [3]** 157/7
193/5 201/2
**picked [3]** 141/14
154/12 170/10
**picture [20]** 3/11
11/13 12/3 16/24
19/24 19/25 20/18
21/18 37/16 38/4 38/7
88/12 92/2 93/3
104/17 105/15 106/15
116/21 117/6 138/11
**pictures [6]** 89/23
93/24 94/5 95/16
167/10 217/17
**piece [5]** 165/1
209/23 226/19 227/16
227/18
**pieces [1]** 143/12
**pig [1]** 216/8
**PINILLA [85]** 1/4
4/18 5/19 5/21 10/5
16/15 16/17 18/8
19/16 20/6 23/1 24/3

**P**

**PINILLA... [73]**
24/14 24/18 25/2
25/22 27/23 28/16
29/24 30/11 36/2 39/7
40/15 41/21 46/19
47/23 52/6 53/11 54/2
62/6 64/15 64/21
77/12 79/11 80/18
80/21 82/11 83/8
83/10 84/14 101/6
106/3 111/15 118/2
128/25 139/2 139/3
139/6 139/25 140/8
144/3 144/24 145/14
146/18 147/9 148/24
153/19 154/3 154/6
154/8 155/3 155/12
156/1 156/12 156/25
158/9 163/24 165/3
179/8 179/19 180/6
182/21 183/24 187/14
189/21 189/23 190/15
192/15 192/18 193/2
199/10 207/25 208/2
216/13 216/17
**Pinilla's [8]** 15/3
52/10 142/24 144/1
187/23 188/20 217/6
224/24
**Pitbull [2]** 126/14
126/17
**place [7]** 51/7 76/12
151/7 151/8 176/21
193/20 206/24
**placed [4]** 10/22
33/13 41/11 210/17
**places [3]** 148/3
148/5 148/5
**plain [1]** 245/11
**plaintiff [2]** 115/23
129/5
**Plaintiff's [6]** 6/9
8/10 8/16 137/5
183/18 259/5
**plaintiffs [5]** 1/5
1/10 4/12 4/21 129/6
**plaintiffs' [30]** 3/3
3/7 6/14 95/4 115/15
116/3 137/21 143/6
143/21 160/24 166/1
167/8 178/13 179/22
181/6 181/16 184/5
191/3 195/2 195/9
195/25 197/2 203/7
216/24 217/15 226/20
228/20 259/15 260/6
265/23
**plan [4]** 63/6 132/16
132/17 158/14
**plans [12]** 21/25

35/13 35/15 79/2 79/4
79/19 80/7 97/4 97/8
167/25 209/23 209/24
**platform [1]** 165/19
**play [4]** 111/22
113/15 187/11 217/2
**played [4]** 115/1
178/15 217/3 229/11
**playing [7]** 112/23
179/2 191/20 203/11
217/8 217/13 228/14
**plaza [8]** 164/14
164/15 164/16 165/1
165/5 165/6 166/7
179/3
**please [117]** 4/9
4/24 8/14 12/11 13/15
14/15 15/8 16/11
16/12 16/12 17/15
19/11 19/12 22/10
22/25 23/25 24/18
26/2 28/24 29/3 29/6
30/8 32/1 32/14 34/2
34/3 35/25 40/10
44/22 44/23 63/2
64/18 66/25 70/3
128/19 129/11 130/21
137/4 137/7 137/18
139/5 140/7 140/10
141/21 143/6 143/9
144/22 147/8 147/16
148/11 149/2 149/12
150/20 151/11 152/21
154/7 155/11 156/9
156/14 159/8 159/25
160/1 161/13 162/18
164/13 165/25 166/6
167/6 171/16 178/13
178/24 179/22 180/16
181/5 181/15 182/10
183/11 183/14 183/19
184/4 184/24 187/5
191/4 191/17 193/18
195/2 196/5 197/1
197/3 197/8 197/11
198/25 199/3 203/10
203/20 204/9 208/9
209/14 212/9 212/10
213/19 216/24 217/15
226/21 228/20 230/24
231/9 232/4 241/15
251/17 257/8 259/4
260/4 260/12 261/11
262/22 265/25
**pledging [1]** 171/7
**plenty [2]** 59/2
59/11
**plumbing [2]** 96/3
97/6
**Plymouth [1]** 130/17
**podium [1]** 113/4
**point [16]** 27/21

27/22 47/3 52/5 56/4
116/3 132/19 133/25
161/15 162/4 162/8
170/15 188/11 204/23
256/6 264/5
**pointed [1]** 51/12
**pointing [4]** 47/7
51/21 52/2 63/5
**points [1]** 44/4
**pole [22]** 36/11 37/1
37/6 37/8 37/9 37/13
37/14 37/16 37/16
38/1 38/11 105/19
105/19 106/3 106/4
106/8 106/14 106/18
106/21 107/2 107/9
108/3
**poles [3]** 37/3 37/10
38/2
**police [8]** 27/18
56/24 57/24 164/1
192/23 237/19 238/23
244/10
**policeman [1]** 48/21
**policy [7]** 210/20
210/22 211/20 261/7
261/10 261/11 261/13
**political [27]** 61/13
112/11 113/12 132/10
157/5 163/4 171/3
173/19 175/8 176/15
182/25 183/22 184/19
184/20 185/7 185/8
186/25 187/20 187/23
188/19 189/16 193/2
193/16 195/17 210/12
231/10 231/17
**politically [1]** 157/6
**politicians [1]**
177/21
**polling [2]** 193/20
194/2
**polls [2]** 196/10
196/11
**Ponce [1]** 129/21
**pool [12]** 9/10 18/23
19/9 19/19 20/8 20/18
20/19 20/21 20/23
21/23 22/7 168/7
**porch [1]** 138/8
**Port [2]** 227/23
227/24
**portfolio [1]** 103/1
**Portilla [3]** 198/11
199/25 228/12
**portion [3]** 38/25
49/11 83/6
**portions [1]** 112/1
**posed [1]** 147/5
**position [3]** 58/2
73/12 174/6
**positions [1]** 58/5

**positive [1]** 135/19
**possible [6]** 103/13
111/8 172/2 204/14
263/12 263/19
**post [2]** 236/25
247/7
**posted [18]** 10/9
10/21 11/20 12/20
12/22 13/8 13/21 14/4
19/8 19/17 23/9 23/16
23/22 24/4 24/8 28/8
29/8 104/17
**poster [2]** 68/6
183/18
**posting [2]** 12/12
29/11
**posts [1]** 247/10
**pounded [1]** 177/11
**pounding [1]** 61/7
**power [4]** 40/24
71/19 76/9 164/7
**PR [1]** 179/18
**practice [2]** 13/7
210/22
**pre [5]** 89/11 90/4
212/10 236/25 261/16
**pre-existing [2]**
89/11 90/4
**Predates [1]** 119/6
**predominant [1]**
158/12
**preexists [1]** 45/7
**prejudice [1]** 123/24
**preliminary [1]**
116/4
**premises [2]** 42/12
45/15
**prepare [1]** 124/6
**prepared [4]** 84/16
85/4 118/21 127/13
**present [13]** 64/12
111/22 115/2 115/9
119/10 127/21 128/22
183/13 211/9 212/2
234/10 234/12 257/3
**presentation [1]**
119/13
**presented [2]** 155/4
185/15
**presents [1]** 145/24
**preservation [2]**
96/13 151/19
**preservationists [1]**
78/13
**preserve [2]** 150/25
151/24
**preserved [1]**
217/24
**preserving [1]**
125/13
**president [1]** 165/11
**press [10]** 66/9

66/12 66/14 66/19
68/4 68/10 68/11
69/10 69/12 69/12
**pressure [3]** 27/12
124/20 124/21
**pretty [3]** 42/21
181/9 199/21
**prevent [1]** 113/11
**preventing [1]** 81/16
**previously [3]**
105/16 189/7 245/22
**price [2]** 76/5 101/7
**priest [1]** 268/4
**principles [1]** 139/23
**print [1]** 24/6
**prior [7]** 78/8 169/3
193/8 201/11 211/18
222/3 231/7
**priorities [1]** 57/5
**private [3]** 176/2
181/23 186/1
**privately [7]** 171/13
171/15 171/16 171/22
171/25 184/21 184/25
**privilege [1]** 236/3
**probably [5]** 25/14
60/10 73/23 198/21
236/16
**problem [2]** 127/17
246/2
**problems [3]** 76/4
79/7 213/3
**proceed [4]** 5/16
128/23 135/13 250/17
**proceeded [1]** 32/17
**proceeding [1]**
269/4
**proceedings [1]**
269/10
**process [27]** 35/18
55/5 58/15 69/16
69/18 70/13 70/16
70/20 85/19 91/13
113/11 113/13 208/7
208/12 208/13 208/21
208/21 208/23 209/15
209/22 210/10 211/25
212/9 212/10 212/25
213/19 213/22
**processed [3]** 27/6
27/9 35/16
**produce [5]** 163/6
179/10 179/14 258/13
258/18
**produced [5]** 123/10
123/12 162/2 179/8
236/11
**product [1]** 226/11
**production [3]** 176/4
180/22 180/23
**professional [4]**
211/23 211/24 253/5

**P**

**professional... [1]**
265/7
**professionals [6]**
79/1 79/6 79/20 79/22
85/23 211/20
**profit [1]** 140/13
**profits [1]** 109/17
**program [5]** 133/8
133/8 133/22 161/22
165/13
**programming [1]**
163/8
**progressively [1]**
55/4
**project [20]** 27/13
87/21 100/14 120/8
120/9 120/25 159/20
160/2 164/10 164/13
164/24 165/2 165/5
166/15 166/16 166/17
166/24 169/12 169/13
192/13
**projects [2]** 79/22
82/17
**proliferating [1]**
202/7
**promised [1]** 128/3
**promising [2]** 44/6
44/10
**promotes [1]** 151/16
**promotional [2]**
121/13 125/17
**pronouncement [1]**
186/12
**proper [1]** 50/17
**properly [2]** 79/4
139/7
**properties [63]** 6/1
6/3 6/10 7/16 9/6
9/12 10/11 12/16
12/23 13/11 46/22
47/11 52/16 65/25
72/25 73/7 73/25 74/4
74/11 74/12 74/15
75/4 75/22 75/23 76/3
76/21 77/2 77/15 78/8
78/9 81/17 101/23
102/21 136/23 136/25
137/1 141/24 142/24
144/7 144/23 145/12
145/15 145/20 146/22
146/24 146/25 147/21
147/22 148/25 149/2
151/21 151/22 158/9
162/23 176/9 180/5
190/24 208/6 209/9
210/5 211/3 211/11
213/2
**property [128]** 6/2
6/24 7/17 9/10 9/16

10/8 10/22 10/23 11/3
12/6 12/13 13/9 13/22
14/4 14/12 14/13 16/6
17/19 19/8 19/18
19/21 20/7 20/9 20/19
20/23 23/9 23/17
23/23 24/5 25/5 26/14
26/24 28/9 29/9 29/11
29/19 30/1 30/14
30/23 31/9 31/18
31/25 32/11 33/17
34/15 41/12 42/4 42/5
42/10 43/1 44/7 44/17
45/19 48/5 51/18
52/17 65/18 76/13
92/23 92/23 92/25
93/2 94/20 95/19
98/17 99/5 104/23
106/21 108/3 126/8
134/24 134/25 135/3
135/23 136/11 136/12
136/16 136/17 137/23
140/18 144/11 144/12
145/5 145/10 145/11
146/3 149/20 158/12
159/21 160/8 160/19
161/21 162/24 165/1
168/1 179/5 182/6
182/7 182/8 182/23
183/23 186/4 186/5
187/7 187/18 187/23
188/9 188/12 189/5
193/2 198/12 198/16
198/22 199/14 200/5
220/21 225/24 228/7
229/20 230/5 231/11
231/17 231/21 232/5
232/20 248/22 251/8
252/3
**proposal [1]** 118/16
**proposed [2]** 109/7
109/20
**proposition [1]**
169/9
**protect [6]** 115/9
150/25 151/4 156/20
156/22 186/7
**protected [1]** 255/2
**protection [1]** 62/19
**protocol [1]** 119/13
**proud [5]** 141/12
158/14 166/16 226/18
226/19
**proven [1]** 201/10
**provide [5]** 87/10
133/18 153/19 154/3
206/14
**provided [6]** 42/23
112/22 120/19 121/6
122/9 163/19
**provision [2]** 44/5
45/11

**provisions [8]** 43/12
45/18 45/21 45/24
109/6 109/12 109/19
110/2
**public [16]** 45/14
55/16 56/5 60/4 68/25
83/18 149/25 150/8
171/7 174/16 174/25
175/1 186/12 186/17
186/20 187/9
**publicly [9]** 53/4
76/1 171/12 175/8
185/2 186/23 192/1
201/7 207/9
**publish [36]** 6/11
8/17 11/25 17/9 19/12
20/14 26/19 31/2
36/21 37/18 38/4
40/12 41/18 44/22
64/17 105/14 137/18
143/6 143/18 160/25
161/14 162/14 162/15
167/6 178/14 179/24
181/5 191/4 197/3
217/1 217/16 226/22
228/20 259/4 260/4
265/25
**published [1]** 183/18
**pull [14]** 6/9 8/14
10/2 23/5 74/24 79/1
82/17 82/25 86/14
92/5 95/4 95/18
107/19 208/25
**pulled [14]** 6/5 8/11
8/11 8/20 31/17 32/10
32/13 79/4 79/18 80/3
95/2 95/25 96/5 97/11
**pulling [2]** 74/16
78/8
**punished [1]** 257/5
**puppets [1]** 249/10
**purchase [6]** 134/23
136/6 144/3 144/7
149/19 213/1
**purchased [8]** 86/9
86/11 86/11 88/15
136/11 137/23 145/14
146/10
**purpose [5]** 115/10
121/17 150/24 152/4
172/20
**purposeful [2]**
253/21 255/1
**pursue [1]** 156/19
**pursued [1]** 134/23
**pushback [1]** 210/15
**pushed [1]** 127/23
**put [9]** 18/19 86/6
87/19 98/3 116/8
125/7 139/8 140/13
243/12
**puts [1]** 80/6

**PX [14]** 32/1 32/5
32/7 44/21 49/2 63/13
64/17 83/4 84/15 85/2
86/14 92/5 105/13
108/12

**Q**

**qualifications [1]**
211/22
**qualify [1]** 67/15
**quarry [1]** 217/21
**question [122]** 9/23
10/15 10/19 13/1 13/4
13/4 13/7 13/12 15/7
18/5 18/7 18/8 18/11
19/4 19/5 20/2 22/2
22/24 23/12 23/14
24/24 27/5 27/23
28/14 28/24 29/1 30/6
31/21 34/23 41/3
46/16 47/22 48/16
49/10 49/12 49/21
49/23 50/18 51/24
51/25 52/2 52/10 53/7
53/16 54/3 54/12
55/14 56/7 57/7 57/19
58/7 59/4 59/6 62/8
63/4 63/11 69/24 71/5
72/16 75/3 75/18
77/10 77/11 77/25
78/2 78/11 78/23
79/10 79/11 79/14
79/17 80/19 81/11
81/18 81/19 81/19
82/4 82/11 107/14
142/20 143/14 143/15
147/5 147/12 148/7
154/2 155/8 155/18
155/21 156/6 156/8
157/9 157/15 157/17
161/16 171/22 171/22
172/12 178/2 178/3
178/22 183/2 185/11
201/18 202/10 207/1
208/17 209/6 213/12
214/10 222/6 223/7
231/14 234/2 239/22
249/15 255/11 255/24
256/12 262/22 265/21
268/15
**questioned [2]**
219/24 220/4
**questioning [1]**
253/13
**questions [12]** 23/2
28/21 75/2 82/23
100/17 107/15 122/25
123/19 124/4 128/24
146/21 206/11
**quick [1]** 117/21
**quickly [4]** 139/17
167/24 168/3 227/25

**quiet [2]** 44/6 44/8
**quite [2]** 103/11
226/19

**R**

**rabbit [1]** 140/3
**race [1]** 196/20
**raced [1]** 237/22
**radio [8]** 5/10 53/4
53/14 53/20 54/6
54/14 76/1 76/2
**radius [1]** 51/18
**raids [2]** 66/1 249/18
**rails [1]** 112/2
**raise [2]** 60/7 75/15
**raised [1]** 129/22
**raising [1]** 247/24
**rallies [4]** 176/9
193/2 231/10 231/17
**rally [34]** 70/21
70/22 141/18 181/25
182/25 182/25 183/23
184/12 184/20 187/4
187/6 187/14 187/17
187/20 187/23 188/1
188/4 188/8 188/12
188/20 189/4 189/16
190/9 191/11 192/16
192/22 192/24 193/16
195/17 197/18 197/19
203/10 203/13 210/13
**ramp [1]** 265/6
**ran [3]** 101/21
139/22 170/19
**rare [3]** 144/20
226/5 226/9
**rarely [1]** 154/15
**Rassie [2]** 269/12
269/12
**Raul [3]** 48/23 49/12
50/23
**raw [1]** 243/8
**reach [4]** 197/12
245/24 246/3 261/13
**reached [5]** 158/23
192/9 193/24 196/24
200/3
**reaching [1]** 177/1
**read [11]** 49/5 49/11
49/14 49/24 54/14
85/21 114/3 114/16
197/8 204/9 268/22
**reading [4]** 5/10
39/11 41/25 50/20
**ready [8]** 24/12
25/17 28/5 29/16
116/6 115/18 127/5
127/13
**real [17]** 43/23 73/24
75/11 132/3 134/11
134/13 134/15 136/11
138/24 140/8 140/11

**R**

**real... [6]** 142/16
142/17 208/24 210/19
256/11 263/8
**reality [1]** 132/3
**realize [2]** 139/17
140/22
**realized [4]** 132/16
195/22 222/12 248/11
**really [17]** 58/19
89/25 141/9 141/12
142/7 147/1 153/16
153/16 157/4 163/10
164/18 166/21 166/22
171/4 178/8 190/23
229/10
**realtor [1]** 135/14
**reask [1]** 156/8
**reason [3]** 147/2
219/10 256/11
**reasons [5]** 60/9
125/15 126/25 185/8
254/14
**rebuttal [1]** 123/21
**recall [77]** 6/2 6/15
6/22 7/12 7/23 7/25
10/18 10/22 12/11
13/24 14/23 14/24
14/25 16/8 18/21 19/7
21/21 22/5 22/16 23/8
23/16 23/22 24/14
25/2 25/7 25/9 25/18
28/7 29/11 29/16
29/24 30/21 33/5 33/8
33/20 34/10 34/12
38/15 38/22 38/22
39/18 39/23 40/6
41/25 43/9 46/4 48/25
60/12 60/18 60/19
62/20 67/8 67/21
67/23 74/19 86/10
86/13 119/23 119/24
164/1 168/14 170/18
171/1 181/8 187/19
190/20 192/6 193/13
193/15 194/9 198/5
200/6 213/3 221/21
225/25 257/6 263/21
**recalled [2]** 142/4
142/4
**recalls [4]** 19/2 30/4
120/20 135/5
**Receipt [2]** 39/25
41/8
**receive [8]** 8/2 34/16
35/11 101/14 102/3
102/9 212/6 262/2
**received [38]** 3/7
3/11 9/16 12/3 17/12
20/16 21/22 22/14
26/21 28/12 31/5

36/23 38/7 40/16
72/22 72/25 102/12
103/1 103/14 121/12
137/21 143/21 167/8
181/6 188/13 190/16
212/11 213/7 213/14
213/20 214/19 215/2
218/18 219/5 220/13
222/1 243/16 260/6
**receiving [10]** 6/22
7/23 7/25 22/6 34/12
39/23 40/6 41/25
102/21 119/24
**recess [11]** 63/17
63/20 63/23 110/15
110/20 110/22 183/3
183/3 183/8 183/9
252/20
**recession [1]** 142/16
**recipe [1]** 142/14
**recognize [25]** 11/3
15/13 15/17 20/6 36/2
36/13 37/5 37/14
44/25 83/10 105/15
108/12 118/14 137/10
137/14 144/16 151/7
161/8 161/18 180/2
180/21 181/19 196/3
217/17 259/7
**recognized [2]**
163/3 176/22
**recollection [22]** 7/3
10/7 10/17 11/10
13/20 16/19 19/16
22/13 24/3 24/19 25/3
25/23 26/8 29/7 30/11
32/9 34/5 37/24 39/9
40/15 120/23 142/12
**record [7]** 4/9 120/1
121/9 129/12 197/8
247/14 255/2
**records [13]** 42/21
122/4 122/5 122/6
122/9 122/14 122/21
123/14 123/20 123/22
124/17 124/18 124/23
**RECROSS [1]** 3/4
**red [2]** 24/8 104/23
**redelivered [1]**
133/20
**redirect [5]** 3/4
28/18 79/13 82/24
83/8
**Reesa [1]** 178/19
**reference [1]** 114/2
**referenced [3]**
115/17 119/18 119/23
**references [3]** 52/15
114/19 115/5
**referring [4]** 93/21
227/2 266/2 266/16
**reflect [1]** 87/20

**reflected [1]** 101/7
**refresh [18]** 10/7
13/20 16/10 16/19
19/16 22/13 24/3
24/19 25/3 25/23 29/7
30/11 32/8 34/5 37/24
39/9 40/15 74/24
**refreshes [1]** 7/3
**refreshing [1]** 10/17
**refused [1]** 123/2
**Regalado [2]** 163/19
229/2
**regard [3]** 128/7
254/13 255/21
**regarding [15]** 6/23
24/21 25/4 25/20
32/24 40/16 44/16
67/6 101/9 106/3
169/12 210/20 243/4
261/8 261/23
**regards [1]** 40/7
**regret [3]** 241/24
243/4 243/7
**regular [3]** 13/7
13/11 37/10
**regularly [2]** 12/16
12/18
**regulations [2]**
50/23 85/21
**reimburse [1]**
109/17
**reimbursed [2]** 85/8
85/13
**reinforcement [2]**
99/8 101/9
**relate [1]** 243/15
**related [5]** 113/17
169/18 237/20 250/16
255/9
**relating [1]** 107/15
**relationship [10]**
118/20 134/20 136/15
155/3 155/12 156/1
156/12 165/9 169/4
204/18
**relationships [1]**
210/14
**release [2]** 66/9
255/19
**released [1]** 111/16
**relevance [21]**
53/22 55/23 56/11
56/16 56/21 57/1
57/17 65/11 74/8 75/6
126/1 155/14 157/2
172/22 175/3 201/25
204/6 209/16 234/21
242/23 255/14
**relevant [3]** 118/22
172/23 201/17
**relied [3]** 253/12
253/17 256/3

**relief [5]** 80/22
80/22 81/4 81/16
81/23
**rely [1]** 79/1
**remain [2]** 42/23
190/6
**remained [1]** 192/4
**remarks [1]** 48/7
**remedy [1]** 261/14
**remember [24]**
30/24 54/11 68/20
78/12 86/19 92/4
93/24 97/20 98/2 98/7
98/8 99/17 106/2
117/12 135/18 141/25
141/25 147/3 176/20
176/25 200/11 237/10
241/25 266/13
**Remind [1]** 39/1
**remodeling [8]** 7/24
92/10 96/8 96/9 96/16
96/23 98/22 99/9
**remove [4]** 91/13
98/21 200/12 263/4
**removed [1]** 251/10
**removing [2]** 91/3
91/16
**renaissance [1]**
153/17
**renovate [6]** 75/15
75/22 87/2 138/7
211/3 211/11
**renovated [1]** 208/3
**renovating [3]**
207/25 208/6 209/8
**renovation [3]** 82/18
97/23 260/16
**renovations [1]**
210/21
**renovator [1]** 210/20
**rent [3]** 109/11
109/12 109/16
**renting [1]** 152/8
**rents [1]** 75/15
**reopen [1]** 258/2
**reopened [2]** 91/23
258/12
**repair [9]** 21/22 22/6
22/14 87/14 87/20
88/3 90/24 96/23 99/8
**repairs [8]** 86/22
87/11 92/10 92/13
94/19 96/8 96/9 96/16
**repeat [8]** 19/5
28/25 51/25 58/21
154/2 213/12 262/22
268/22
**repeatedly [2]** 233/7
233/13
**rephrase [14]** 22/2
23/14 34/22 155/17
155/20 156/6 201/18

202/10 206/25 209/6
211/6 223/7 231/14
249/15
**replace [1]** 98/21
**replacement [1]**
100/25
**replacing [1]** 100/23
**replant [1]** 259/24
**reported [1]** 196/13
**reporter [5]** 124/3
129/3 223/14 223/18
269/13
**reports [1]** 151/14
**represent [5]** 25/11
25/13 100/4 100/13
217/5
**representation [1]**
25/9
**representations [1]**
44/16
**representative [2]**
100/19 161/23
**represented [1]**
100/23
**reputational [1]**
76/6
**request [6]** 18/6
81/3 81/22 157/22
252/5 252/8
**requested [1]** 252/4
**requesting [3]** 45/25
65/17 87/7
**requests [1]** 80/5
**require [4]** 13/12
28/21 109/15 211/22
**required [7]** 7/24
123/7 145/15 145/17
229/24 230/4 241/5
**requirement [1]**
82/16
**requirements [1]**
45/14
**requires [1]** 124/14
**research [4]** 163/21
185/19 258/23 259/2
**reserve [1]** 121/25
**reserved [1]** 122/7
**reside [1]** 129/14
**residency [6]** 205/17
206/1 206/5 206/8
207/5 207/15
**resident [2]** 65/23
261/9
**residential [8]** 33/16
135/8 146/22 146/25
147/19 147/20 167/15
167/17
**residents [12]** 131/7
146/17 147/15 147/17
150/12 152/8 152/15
165/14 172/10 261/8
261/18 261/23

**R**

**resolution [1]** 253/4
**resolve [1]** 234/6
**resolved [1]** 212/25
**resolving [1]** 70/14
**respect [18]** 9/15
18/23 23/10 28/2 31/7
33/21 40/1 67/16 68/4
68/11 69/12 73/2
73/17 97/2 120/2
124/11 126/16 253/25
**respond [5]** 19/3
64/1 196/25 197/23
200/25
**responded [3]** 200/4
203/5 263/22
**response [8]** 22/23
49/11 49/24 64/6
190/4 190/8 196/16
204/15
**responsibilities [1]**
127/16
**responsibility [6]**
82/12 82/15 82/19
107/24 229/19 229/21
**responsible [8]**
182/21 207/7 210/25
211/2 211/9 211/20
211/24 260/16
**responsive [17]**
9/24 10/15 27/20
40/25 46/16 57/25
171/21 224/2 224/14
224/15 233/20 238/9
238/15 240/11 244/21
249/22 265/20
**rest [4]** 114/1 118/3
137/13 168/3
**restaurant [14]** 33/9
36/8 37/17 149/4
149/13 153/8 153/9
153/10 153/10 165/17
202/12 225/24 227/14
232/19
**restaurants [3]**
201/13 201/21 202/4
**restaurateur [1]**
153/8
**restoration [3]**
92/12 96/12 99/18
**restore [8]** 78/14
90/15 144/8 144/13
145/16 145/17 145/18
145/22
**restoring [5]** 144/10
207/25 208/5 208/24
209/9
**result [2]** 122/16
155/5
**resume [3]** 64/14
268/17 269/3

**retail [3]** 147/23
148/21 165/5
**retailers [1]** 148/15
**retaliated [1]** 157/6
**retaliation [4]** 175/8
186/25 190/25 224/15
**retribution [1]** 61/13
**retrieve [1]** 169/25
**return [2]** 110/15
252/19
**returns [1]** 252/15
**reunion [1]** 117/14
**reveal [1]** 213/5
**review [7]** 42/21
54/19 55/1 116/10
162/10 169/17 205/11
**reviewed [1]** 94/18
**revision [3]** 27/11
27/11 27/11
**revisit [2]** 113/19
121/24
**revocation [1]**
109/15
**revoked [2]** 72/14
267/18
**revokes [1]** 80/15
**revolving [1]** 57/23
**rewarding [1]** 150/5
**ribbon [5]** 166/14
228/17 228/24 229/1
229/12
**rice [2]** 183/21 187/5
**rich [2]** 145/9 145/9
**ride [1]** 59/12
**ride-along [1]** 59/12
**ridiculous [2]** 169/1
169/9
**right [108]** 5/3 5/8
7/1 8/2 9/12 10/7
14/22 16/1 17/2 17/15
17/21 21/4 22/25
24/25 27/23 31/13
37/20 37/25 38/10
40/19 41/2 42/3 46/11
46/20 47/3 49/5 63/4
64/5 68/5 68/16 68/24
69/4 70/11 71/10
71/13 71/14 79/5 82/3
82/24 83/23 89/6 92/7
100/24 103/24 110/14
112/19 113/17 114/9
115/24 116/11 116/25
121/5 124/23 125/9
126/5 126/20 128/14
128/21 128/25 129/4
131/9 135/2 136/22
137/20 142/21 144/12
147/6 149/10 155/17
156/5 158/6 162/13
165/6 166/7 167/1
167/22 168/4 177/15
178/7 179/5 183/10

187/3 188/6 196/10
197/21 200/17 200/21
200/23 206/25 216/7
222/20 224/6 224/21
225/20 228/1 228/3
231/24 234/11 234/23
236/5 237/14 238/22
241/23 248/23 255/17
255/18 256/13 257/2
**rights [5]** 66/18 69/2
71/21 73/8 115/9
**ring [1]** 103/10
**rise [8]** 5/1 63/21
110/18 141/19 183/6
252/12 256/24 268/25
**risk [1]** 190/25
**Rita [1]** 183/10
**RMR [1]** 269/12
**RMR-CRR [1]** 269/12
**road [5]** 7/12 7/18
34/13 129/21 134/3
**roasted [1]** 216/8
**Robert [1]** 193/12
**Roberto [1]** 267/14
**Rock [1]** 130/17
**RODNEY [2]** 1/8
269/13
**roles [2]** 140/19
165/17
**roll [1]** 177/21
**Romero [1]** 227/12
**roofing [2]** 37/25
38/9
**room [8]** 49/3 67/24
89/5 89/5 89/6 133/19
259/11 269/14
**Rosa [11]** 226/10
227/11 227/12 229/13
229/14 229/21 232/15
234/4 234/15 240/14
250/6
**Roseanna [1]** 4/21
**Royal [1]** 259/23
**rule [8]** 115/24
122/22 123/5 123/16
125/8 127/20 175/24
242/23
**ruled [1]** 125/6
**rules [1]** 81/9
**ruling [1]** 236/3
**run [5]** 58/16 249/2
249/9 249/10 249/12
**runners [1]** 211/13
**running [3]** 26/6
55/19 159/15
**runoff [24]** 101/22
174/4 174/7 174/19
174/20 174/23 176/3
176/14 181/24 184/22
184/25 186/13 186/24
193/1 193/9 193/10
193/13 193/20 194/22

195/14 196/7 196/17
196/23 197/14
**runway [1]** 265/6
**rushed [1]** 113/3

**S**

**S.E [1]** 1/19
**s: [1]** 269/12
**sacred [1]** 225/19
**safer [1]** 163/6
**said [51]** 5/8 27/12
43/11 46/2 52/10 61/8
62/22 62/23 64/9 76/2
76/20 106/6 106/6
107/15 113/2 122/25
124/8 125/4 130/10
139/9 139/11 139/12
142/11 147/3 152/17
158/23 159/11 166/13
166/14 167/11 169/17
170/6 177/6 189/11
193/24 194/1 194/9
194/11 194/12 194/14
196/12 196/13 200/21
219/6 219/9 220/5
220/11 229/5 241/3
246/2 252/10
**sale [1]** 139/10
**salsa [2]** 141/6
258/20
**same [28]** 21/10
21/10 23/19 30/19
50/4 70/13 71/1 98/16
98/17 99/5 106/4
133/7 138/5 139/16
149/21 151/6 152/12
169/7 181/11 184/8
211/19 213/22 215/10
215/11 223/11 224/25
260/20 264/12
**Sanchez [1]** 152/3
**sanctioned [1]**
151/12
**sandwich [2]** 226/7
226/8
**Sanguich [62]** 39/17
40/7 40/17 41/11 42/5
42/9 42/11 42/18 45/1
108/18 199/8 201/2
202/25 225/23 225/23
226/3 226/4 226/24
227/14 228/6 228/18
229/16 229/20 229/22
229/23 229/24 230/4
231/9 231/16 232/16
232/19 232/23 233/5
233/25 234/17 235/14
237/25 238/21 240/22
243/5 244/13 244/20
245/4 245/9 245/12
246/8 246/14 246/20
247/18 247/18 248/6

248/19 248/23 249/1
249/19 251/7 252/1
252/2 257/24 257/25
258/2 258/3
**sanitation [1]**
163/15
**sarcastically [3]**
194/15 194/16 194/18
**Sarnoff [2]** 1/21
4/15
**Saturday [10]**
181/25 182/2 183/20
184/1 184/20 187/15
187/17 265/9 266/14
267/25
**save [1]** 134/22
**savings [3]** 250/6
250/20 250/25
**saw [16]** 46/1
124/15 143/13 179/20
180/9 181/9 187/4
193/19 194/10 196/11
198/6 198/21 198/23
229/9 239/12 248/10
**say [39]** 8/23 13/24
52/6 57/11 61/8 62/25
67/13 73/3 73/23 74/3
74/5 83/2 113/13
113/23 123/23 124/6
126/18 134/11 145/11
146/23 153/12 160/12
171/6 182/18 186/11
191/20 194/24 198/2
211/19 252/7 253/17
253/23 254/22 255/12
255/14 255/14 255/15
256/1 256/16
**saying [17]** 25/11
53/3 53/3 53/19 54/11
62/20 66/24 113/7
126/12 135/15 196/11
201/5 227/9 227/17
242/1 254/5 255/21
**says [39]** 16/16 24/8
25/6 26/3 26/6 26/9
30/19 31/14 32/12
49/14 52/19 52/25
54/17 54/17 62/2
65/16 74/23 80/15
83/14 85/12 92/3
92/12 95/23 96/3
98/23 104/9 104/20
104/23 108/21 112/19
114/3 114/3 130/13
163/2 163/25 166/12
183/19 191/19 192/10
**scale [1]** 168/8
**scared [1]** 43/20
**Scarlet [6]** 218/19
219/4 219/6 219/9
222/19 222/21
**schedule [1]** 86/3

**S**

**schedules [1]** 127/25

**scheduling [1]** 126/22

**school [5]** 132/1 132/5 132/6 133/15 166/11

**schools [1]** 134/6

**science [1]** 132/10

**scope [52]** 7/20 8/5 9/2 32/20 35/5 35/14 44/11 55/24 65/10 67/19 67/25 74/7 75/17 76/23 87/24 88/2 96/3 96/15 96/18 96/24 97/16 102/17 103/7 106/23 107/4 108/5 109/8 109/23 110/6 147/4 148/6 149/7 155/7 155/15 157/8 172/22 173/7 173/18 174/11 175/23 185/10 189/24 201/16 201/25 208/11 208/17 209/16 209/17 212/21 214/10 242/3 255/15

**SCOTT [2]** 2/2 2/2

**scrape [1]** 145/21

**scratch [1]** 226/8

**screen [8]** 10/5 104/14 104/16 105/5 143/9 162/20 166/4 180/20

**screens [1]** 6/12

**scroll [7]** 17/15 17/15 17/21 30/15 32/2 39/5 137/13

**sculptural [1]** 143/12

**sealed [1]** 209/24

**search [1]** 259/3

**season [1]** 216/20

**seat [1]** 265/11

**seated [8]** 4/6 5/4 64/9 64/13 111/6 128/22 183/14 257/3

**seating [11]** 33/10 36/4 36/5 36/8 36/10 37/7 37/8 37/17 37/23 38/10 105/18

**second [32]** 16/12 17/7 17/12 21/3 21/21 25/19 26/23 39/21 45/12 48/18 66/11 66/23 85/11 92/7 92/11 95/25 101/8 101/13 117/6 145/2 162/22 187/22 188/3 188/8 189/4 192/16 193/16 194/10 203/8

221/7 244/21 259/22 265/15

**Secondly [1]** 52/19

**secrets [1]** 213/4

**section [10]** 17/15 31/8 31/13 31/15 45/10 49/7 49/12 74/21 167/18 191/14

**sections [3]** 112/18 114/23 139/8

**secure [1]** 212/23

**secured [1]** 211/13

**securing [6]** 210/4 210/25 211/3 211/10 211/20 234/15

**see [94]** 6/14 6/16 7/3 7/6 7/7 8/19 10/5 10/17 14/5 15/11 16/15 16/15 16/22 16/24 17/14 17/22 18/1 20/25 21/3 21/5 21/12 22/11 24/8 24/9 26/1 26/6 26/9 34/5 36/9 36/12 36/25 37/1 37/3 37/3 37/8 37/9 37/10 37/16 37/16 38/2 38/9 39/8 41/19 41/22 41/23 42/13 42/17 45/5 45/11 45/15 49/19 50/2 50/3 50/4 50/4 50/22 51/11 86/17 87/15 88/11 99/11 103/20 103/23 106/4 109/7 110/17 121/23 124/13 126/17 126/19 137/7 148/22 157/7 157/13 157/21 161/3 162/21 166/20 167/13 178/7 182/19 193/8 193/10 194/6 203/5 228/14 239/9 239/24 241/11 248/5 263/19 264/11 268/19 268/24

**seeing [4]** 22/17 34/10 51/14 121/8

**seek [8]** 11/13 17/2 17/9 20/11 20/13 26/19 36/21 164/6

**seeking [8]** 17/7 80/22 81/15 151/22 186/17 186/18 235/25 255/10

**seems [2]** 49/23 104/17

**seen [26]** 8/1 8/2 10/12 14/2 15/5 15/23 19/14 19/20 19/21 19/25 22/18 24/6 24/10 29/10 39/13 49/15 50/1 58/5 83/11 86/3 112/24 114/25 143/16 226/16 243/2

**selected [1]** 173/22

**selective [3]** 61/12 62/19 113/1

**selects [1]** 151/21

**self [2]** 160/11 160/20

**Selia [1]** 151/5

**sell [2]** 76/4 89/8

**sells [1]** 143/4

**semester [1]** 133/18

**semesters [1]** 134/6

**send [11]** 58/3 65/17 232/15 251/25 253/15 255/25 256/1 256/3 256/15 257/11 257/16

**sending [4]** 66/23 69/9 76/3 257/13

**senior [1]** 174/16

**sensitive [1]** 113/13

**sensitivity [1]** 241/6

**sent [11]** 22/16 133/19 231/20 232/5 249/12 251/15 251/17 251/19 252/3 256/8 256/11

**sentence [2]** 31/13 45/13

**separate [2]** 33/13 33/15

**September [8]** 6/16 6/22 6/22 7/2 7/5 8/3 8/21 135/4

**September 11th [1]** 135/4

**September 12 [1]** 6/16

**September 6 [4]** 6/22 7/2 7/5 8/3

**series [2]** 145/4 267/13

**serious [1]** 50/25

**serve [2]** 150/13 150/14

**served [3]** 150/14 150/15 150/18

**service [4]** 149/25 150/8 150/11 171/7

**session [3]** 4/1 111/1 111/5

**set [7]** 35/13 127/4 132/11 138/24 139/1 192/11 201/16

**Setting [2]** 200/19 248/18

**seven [3]** 55/19 170/20 171/10

**seventh [1]** 236/17

**several [7]** 51/16 60/5 150/9 169/15 170/25 179/14 201/11

**severe [1]** 215/8

**shall [2]** 45/13 110/15

**sham [1]** 112/21

**shame [1]** 39/19

**shape [1]** 79/21

**share [6]** 140/8 140/9 159/11 159/11 161/20 216/9

**shared [6]** 89/23 140/10 159/15 159/16 168/13 192/11

**she [51]** 79/12 85/9 121/15 122/25 123/1 123/3 123/4 124/5 124/8 124/8 131/1 131/6 141/23 142/1 142/1 142/2 142/2 142/4 142/13 142/17 142/25 142/25 143/1 143/2 143/3 179/18 219/21 219/22 219/22 219/23 219/25 220/3 220/4 220/4 220/5 220/11 220/11 220/11 220/13 220/13 240/19 240/20 242/1 242/12 242/20 242/25 243/1 243/2 252/18 255/10 259/18

**She had [4]** 123/3 142/1 142/2 220/13

**she's [1]** 93/21

**Shenandoah [1]** 130/25

**shift [1]** 205/5

**ship [1]** 228/3

**shipping [14]** 133/16 200/12 201/9 201/12 202/6 202/12 226/12 226/14 226/16 227/20 227/24 228/5 235/17 250/7

**ships [1]** 227/25

**shirt [4]** 194/11 194/12 195/13 196/12

**shocked [3]** 198/20 198/21 263/11

**shocking [1]** 223/19

**shoestring [1]** 247/24

**shoot [3]** 156/18 180/22 180/23

**shop [2]** 142/24 143/23

**Shoppes [1]** 145/5

**shore [1]** 227/23

**short [3]** 63/23 183/9 252/20

**shortly [1]** 42/22

**should [10]** 49/17 70/20 77/17 78/8 122/21 191/17 198/2

203/10 253/7 253/16

**show [42]** 7/1 13/15 20/3 30/8 34/3 35/13 40/10 44/21 59/5 59/11 63/13 65/22 85/2 88/4 92/14 97/9 97/20 98/10 98/24 101/12 103/20 104/7 104/12 105/3 105/13 105/13 108/12 115/7 115/16 115/21 120/1 121/2 121/15 121/16 121/17 162/7 162/8 176/2 180/16 246/4 246/5 252/4

**showcases [1]** 260/14

**showcasing [1]** 141/12

**showed [12]** 6/4 15/21 19/24 21/16 74/18 90/12 90/12 94/5 100/3 115/7 126/14 181/24

**showing [4]** 21/18 35/17 59/16 192/2

**shown [16]** 8/20 32/7 48/24 64/20 74/19 86/19 93/24 95/15 100/22 103/21 105/16 106/15 115/3 118/13 120/1 178/17

**shows [6]** 32/9 58/22 87/18 95/2 96/18 116/15

**shut [21]** 192/15 192/19 192/22 192/23 222/4 223/24 224/6 225/21 232/5 232/15 239/18 246/22 246/23 246/23 248/10 248/22 256/7 256/8 262/9 262/9 262/9

**SHUTTS [1]** 1/20

**Si [1]** 130/4

**side [20]** 16/16 21/4 132/3 162/25 178/20 199/7 199/8 199/10 199/10 199/11 199/19 199/20 218/7 228/7 228/13 228/13 228/15 228/16 238/22 259/13

**sidebar [15]** 111/6 111/8 111/14 113/19 125/15 153/24 155/15 157/23 161/1 167/3 200/16 229/4 235/22 252/21 257/20

**sides [1]** 125/9

**sidewalk [2]** 151/1 168/15

**sight [1]** 245/11

**S**

**sign [9]** 27/13 30/24
82/14 179/6 181/10
195/5 195/6 211/15
211/16

**signage [1]** 176/8

**signature [6]** 15/11
15/13 15/17 15/18
16/17 26/9

**signed [11]** 15/12
16/20 17/23 26/9 45/4
45/6 59/15 108/16
108/19 108/20 209/24

**significance [1]**
154/7

**significant [1]**
102/25

**significantly [2]**
147/1 213/17

**signing [2]** 15/20
16/9

**signs [1]** 190/12

**similar [1]** 140/9

**simple [4]** 13/4
45/17 59/6 157/4

**simply [5]** 141/19
165/4 169/2 171/6
201/8

**since [11]** 57/21
72/11 72/22 77/14
83/16 104/5 139/3
155/2 155/12 155/24
156/10

**single [6]** 35/19
58/22 59/7 59/15
59/17 74/12

**sir [147]** 6/16 7/7
8/8 8/21 9/13 11/11
12/7 14/5 15/1 15/21
17/19 17/23 18/1
18/16 19/3 20/2 20/20
21/5 21/12 21/15
22/18 23/2 24/9 27/1
27/24 28/3 29/12
31/11 33/10 33/14
34/15 36/7 36/11 37/2
38/11 39/18 40/21
41/9 41/23 42/13
42/16 42/20 43/1
43/17 44/7 44/18 45/1
45/8 45/15 45/19
45/23 46/4 46/21 47/4
47/13 47/17 48/4 48/8
48/25 49/8 49/19
49/22 51/11 51/15
51/22 52/3 53/15
53/18 53/21 54/9 54/9
54/14 54/23 55/6 55/9
55/18 56/6 57/20
58/11 58/17 58/19
59/4 59/19 59/24 60/4

60/8 60/12 60/16
60/18 61/8 61/15
61/21 62/8 62/9 62/15
62/20 62/24 64/23
65/2 65/5 65/15 66/4
66/8 66/21 66/25
67/11 67/14 67/18
68/12 68/22 68/25
69/5 69/7 69/10 70/4
70/9 70/11 70/15
70/18 71/12 72/4 73/9
73/18 73/21 74/13
74/16 75/5 75/12
76/15 77/7 79/15 80/4
80/10 82/8 107/17
114/4 114/5 150/13
167/20 178/3 178/5
185/16 185/24 197/8
249/14 252/8 252/9
256/23

**sister [3]** 131/21
131/21 218/6

**sisters [2]** 131/19
131/20

**sit [1]** 35/12

**site [8]** 12/19 13/8
167/25 168/1 191/17
201/2 203/10 251/10

**sitting [1]** 177/13

**six [6]** 13/2 129/19
132/17 133/12 170/20
171/10

**size [1]** 199/3

**skilled [1]** 226/6

**slant [1]** 182/14

**sledge [1]** 91/22

**slimmed [1]** 128/9

**slowly [1]** 120/14

**small [5]** 51/6
134/18 143/13 145/6
171/2

**smart [1]** 133/8

**SMITH [3]** 1/8 4/8
269/13

**smooth [2]** 210/7
210/9

**sneaky [1]** 265/17

**so [225]** 6/6 6/11 7/5
7/23 8/2 8/23 10/2
10/21 11/18 12/5 14/4
15/20 16/22 17/14
17/17 18/14 19/14
20/18 21/1 21/10
21/14 22/11 26/11
26/13 26/23 27/14
29/16 31/25 32/3
33/20 35/19 36/25
37/23 38/9 38/15 39/4
40/12 41/19 44/2 45/7
45/11 45/17 45/21
46/11 49/4 49/7 49/11
49/12 49/21 50/5

51/13 51/21 52/22
53/19 58/19 59/15
60/24 63/13 64/20
65/14 66/11 66/18
66/19 66/23 67/13
68/4 68/10 69/16
71/19 71/21 73/7
73/11 74/15 74/24
75/23 76/3 76/22 77/3
79/4 79/14 79/14
79/25 80/2 82/17
83/20 84/10 85/11
88/4 88/23 89/10
90/12 91/16 91/21
92/21 93/5 93/13
93/24 94/7 95/8 97/11
98/10 100/11 101/3
104/20 106/8 106/10
111/24 112/9 112/9
112/23 113/17 113/18
115/21 116/18 116/21
117/9 118/20 120/22
121/8 121/24 123/21
125/7 127/15 131/11
131/16 132/16 133/22
134/22 135/13 135/21
136/20 137/2 138/15
138/18 138/20 138/21
141/9 141/11 141/17
144/12 146/9 147/15
147/19 147/21 148/2
151/4 151/4 152/5
152/7 153/3 153/6
155/24 156/16 157/21
158/2 158/8 158/16
159/4 159/10 159/13
159/16 160/11 160/16
160/21 161/20 162/18
163/19 164/7 164/18
165/13 165/18 167/13
173/4 173/10 174/4
174/6 178/8 178/16
180/11 182/12 182/14
185/19 186/1 186/11
187/7 191/16 192/18
193/14 195/25 196/13
196/25 198/8 199/21
203/3 203/9 210/1
210/3 211/23 215/12
216/6 216/9 220/11
221/1 224/13 227/8
228/13 229/16 232/13
234/17 237/24 239/12
240/4 241/8 242/7
243/19 245/11 248/5
251/7 253/5 254/9
254/17 258/18 264/18
265/6 266/15

**social [1]** 153/13
180/14 184/17 184/18

**softens [1]** 167/17

**solidify [1]** 163/2

**solution [3]** 133/16
133/18 266/12

**some [33]** 28/21
47/10 47/10 94/2 94/5
109/14 116/18 117/21
119/13 120/10 125/13
126/7 127/2 128/1
133/25 140/3 145/23
159/14 159/15 159/18
160/5 160/22 166/22
167/10 168/13 170/15
188/11 226/4 226/14
229/10 253/4 253/8
253/9

**somebody [7]** 13/8
65/23 125/17 162/4
169/8 226/6 244/22

**Someone [1]** 111/6

**something [24]**
12/20 12/22 13/8
16/10 45/22 45/22
48/20 51/2 51/7 59/16
72/18 76/9 101/12
118/12 119/10 168/17
170/6 175/18 205/2
215/6 215/8 253/13
254/16 264/9

**sometimes [7]**
154/16 154/19 154/20
154/23 154/24 154/24
211/15

**somewhere [1]** 18/1

**son [1]** 178/19

**song [1]** 126/3

**soon [1]** 181/9

**sorry [11]** 16/25
30/2 32/19 48/15 57/6
57/9 81/19 92/22
101/21 121/18 213/12

**sort [2]** 109/14
180/15

**sorts [1]** 43/24

**sought [4]** 7/24 16/5
38/24 98/20

**sound [5]** 76/11
217/1 217/1 217/2
228/21

**south [15]** 2/3
131/17 134/16 135/6
135/11 135/17 135/22
145/3 148/4 148/7
148/11 148/13 148/22
167/16 173/1

**SOUTHERN [2]** 1/1
131/17

**Southwood [1]**
132/1

**space [2]** 140/25
260/20

**spaces [2]** 141/10
176/6

**Spanish [4]** 130/3

184/9 184/13 187/9

**speak [12]** 25/10
56/6 60/6 120/14
123/4 130/3 144/13
167/12 185/16 204/24
219/19 240/9

**speaking [15]** 56/6
91/10 119/8 120/20
163/8 169/14 179/3
181/20 202/19 205/11
253/1 253/8 254/9
254/10 255/15

**speaks [2]** 52/7
166/22

**special [6]** 42/6 42/8
42/10 76/10 149/4
238/23

**specific [8]** 70/3
114/19 115/16 115/18
160/9 190/10 212/20
263/21

**specifically [7]**
35/12 47/12 51/16
52/25 140/24 155/18
258/6

**speculating [1]**
170/5

**speculation [49]**
72/5 93/20 96/10 97/1
100/8 105/22 107/3
107/13 162/12 172/24
175/12 177/18 185/4
185/11 186/19 189/12
204/21 205/1 206/19
214/3 214/23 219/12
221/13 224/19 224/25
225/16 230/1 230/8
232/9 235/10 239/5
239/14 240/10 244/6
244/15 245/6 246/11
247/10 248/14 249/5
249/11 249/21 250/22
262/12 262/16 264/8
264/16 266/16 267/10

**speech [2]** 68/24
157/5

**spend [2]** 102/24
131/4

**spending [1]** 177/3

**spent [6]** 131/10
134/3 134/7 254/22
255/5 255/7

**spirit [1]** 140/15

**spirited [1]** 187/13

**spirits [1]** 225/20

**split [2]** 51/2 139/13

**spoke [11]** 6/7
136/24 171/2 177/2
178/9 178/9 189/3
192/19 200/6 223/20
223/22

**sponsored [2]**

**S**

**sponsored... [2]**
163/18 187/18
**spots [3]** 199/18
199/19 199/20
**spring [3]** 134/6
158/20 159/7
**squaring [2]** 201/5
**stack [1]** 245/17
**staff [4]** 27/12 172/5
197/13 238/23
**stake [1]** 262/25
**stakeholders [5]**
172/9 173/10 173/11
174/8 216/15
**stand [2]** 4/18
256/22
**standing [1]** 163/3
**stars [9]** 150/15
150/21 150/23 150/25
151/5 151/7 151/9
156/18 169/7
**start [9]** 43/19 43/23
49/25 78/8 145/21
151/7 205/24 209/8
268/20
**started [14]** 79/18
79/18 117/18 133/15
133/17 133/22 136/23
138/18 141/8 151/3
152/23 208/25 209/4
221/1
**starting [2]** 78/9
141/24
**starts [2]** 111/22
112/1
**state [12]** 4/9 71/15
109/13 129/11 132/7
142/25 155/18 160/14
164/6 222/24 256/4
265/3
**stated [5]** 60/25
61/4 62/12 79/3 124/9
**statement [6]** 18/17
21/16 61/10 62/16
82/22 226/19
**statements [1]**
111/19
**states [14]** 1/1 1/9
31/8 41/10 45/13 67/3
133/24 134/4 143/4
160/5 164/5 164/18
233/10 263/12
**statistic [1]** 72/24
**stay [2]** 92/7 185/25
**stayed [1]** 264/18
**steer [1]** 140/23
**Steering [2]** 163/17
163/22
**Stella [5]** 218/2
237/11 237/21 240/3

241/25
**step [3]** 92/22
128/25 235/8
**steps [2]** 66/16
66/19
**steroids [1]** 77/7
**Steve [41]** 119/1
121/3 162/8 169/14
169/15 170/9 188/13
188/15 188/16 188/18
188/24 189/3 189/6
190/16 191/16 191/19
191/22 192/7 192/9
192/10 203/16 203/20
204/10 204/18 204/23
204/25 238/24 239/9
239/12 239/18 239/24
241/11 241/13 241/15
241/17 242/7 242/10
243/4 243/19 244/10
245/14
**sticking [1]** 37/1
**still [17]** 21/11 24/10
27/10 38/14 72/6
98/16 98/16 124/3
138/18 139/9 142/9
152/15 191/19 203/11
203/18 232/19 263/12
**stock [2]** 144/19
144/21
**stone [1]** 217/21
**stood [1]** 160/18
**stop [5]** 21/24 63/2
115/24 140/17 160/23
**stopped [4]** 69/7
135/6 139/14 139/22
**stops [2]** 80/3 80/8
**storage [1]** 133/16
**store [3]** 145/3 145/4
147/23
**stored [1]** 133/20
**stores [3]** 131/8
143/2 148/22
**stories [3]** 120/17
216/21 258/25
**story [5]** 95/14 120/3
121/22 145/8 228/14
**storytellers [1]**
144/12
**straight [1]** 37/1
**strategy [4]** 74/22
74/23 75/12 238/25
**streak [1]** 5/7
**street [44]** 1/16 1/19
9/13 14/23 17/19
20/21 24/5 24/21 25/5
28/3 28/9 28/10 29/9
29/19 30/1 30/13
30/23 31/18 32/11
34/15 42/4 52/22
92/24 95/10 98/15
99/4 112/20 130/24

134/19 136/21 137/11
138/9 138/10 147/18
152/5 179/17 182/9
182/24 236/15 236/24
237/2 237/3 238/20
258/9
**streets [2]** 46/21
163/6
**streetscape [1]**
163/7
**strengthening [1]**
163/7
**stress [1]** 124/20
**stretched [1]** 174/15
**stricken [13]** 18/12
24/25 41/2 46/17
53/12 55/14 62/7 71/7
114/14 215/18 233/22
239/22 263/14
**strictly [1]** 121/13
**strike [31]** 9/24
10/14 18/10 22/23
24/23 27/4 38/22
40/25 46/6 46/15 52/9
53/6 53/10 55/12
57/25 58/6 62/3 63/9
71/6 78/21 80/17 81/1
113/20 156/22 202/18
208/21 215/16 233/21
240/22 252/5 263/13
**strive [1]** 144/15
**strongarm [1]**
239/18
**stronger [1]** 154/18
**strongly [1]** 243/11
**structural [4]** 92/13
99/8 101/9 215/8
**structure [16]** 24/16
24/20 25/4 38/17
39/12 146/6 212/15
214/14 214/16 214/19
214/20 215/2 215/6
215/9 215/12 266/6
**Structures [2]** 25/15
35/13
**struggling [1]** 142/1
**stucco [2]** 89/24
89/25
**students [3]** 133/16
133/18 134/8
**studied [1]** 132/10
172/3
**studio [1]** 134/18
**study [2]** 132/9
168/7
**stuff [2]** 133/19
241/25
**Suarez [6]** 1/12 4/11
4/20 55/21 113/2
115/6
**subject [2]** 149/9
149/23

**submit [3]** 21/25
35/16 79/1
**submitted [5]** 27/2
79/5 79/19 80/7 99/15
**submitting [2]** 87/1
87/6
**subordinate [1]**
212/19
**subordinates [1]**
46/13
**subsequent [1]**
31/24
**Subsequently [1]**
31/10
**substance [3]**
190/19 190/21 223/21
**substantial [1]**
200/15
**suburbia [2]** 131/12
131/14
**success [3]** 160/7
234/16 234/17
**successful [6]** 148/2
160/4 160/5 163/22
236/17 246/8
**successor [1]** 163/10
**such [4]** 42/9 109/11
119/24 121/13
**sudden [1]** 43/11
**sue [1]** 32/17
**suffered [2]** 66/1
122/17
**suffering [1]** 110/10
**sufficient [1]** 79/20
**suggesting [1]**
97/21
**suit [1]** 58/4
**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**summer [2]** 118/18
133/20
**summers [1]** 130/23
**summoned [1]**
265/7
**Sunday [8]** 187/24
188/9 188/12 188/18
189/17 191/10 193/14
236/13
**support [20]** 55/10
61/5 63/1 123/8 163/5
168/24 170/22 170/25
171/10 171/13 171/22
171/25 172/4 174/23
175/1 176/2 177/2
181/23 182/15 186/23
**supported [13]**
54/18 61/5 62/14
62/23 101/22 157/4
171/15 171/17 173/16
174/25 175/7 176/17
194/21
**supporting [6]**

184/21 184/25 189/10
190/7 192/1 195/19
**supportive [1]**
179/13
**supposed [4]** 80/2
164/24 182/11 254/17
**sure [49]** 6/7 6/7
16/7 16/23 16/25
17/20 19/7 25/8 26/2
26/5 26/11 30/8 30/16
31/22 36/13 37/8
39/16 40/9 42/21 44/8
47/14 53/16 63/17
69/1 70/10 70/16
71/13 74/14 74/24
82/6 98/8 101/7
103/16 105/4 108/10
114/13 114/21 120/14
124/3 126/23 155/19
194/1 213/13 231/16
239/24 243/9 252/23
254/18 254/19
**surely [1]** 60/25
**surprise [1]** 122/13
**surprised [3]** 203/4
223/16 223/19
**Susie [1]** 34/22
**suspicious [3]** 200/1
200/3 203/5
**sustain [1]** 155/20
**sustained [174]**
7/21 8/7 8/13 9/4
10/1 10/19 10/25 12/9
14/8 19/23 22/3 22/20
23/14 23/20 28/16
29/14 29/22 32/21
33/2 34/22 35/7 35/23
38/20 40/4 41/16
44/13 44/20 47/20
47/22 48/10 50/9
50/14 53/23 55/14
55/25 56/3 56/7 56/12
56/17 56/22 57/2 60/1
61/17 62/6 63/11
65/12 68/2 71/4 71/24
72/8 72/17 73/13 74/9
75/8 75/19 76/18
76/25 77/9 77/12
77/20 78/23 80/18
80/25 81/13 81/20
81/25 82/2 83/23 84/4
87/4 89/17 90/22 91/1
93/22 94/15 96/20
97/18 97/25 101/19
101/19 102/1 102/18
103/18 103/18 105/24
106/12 107/12 107/14
109/4 130/14 142/21
147/6 147/13 148/9
148/18 149/10 149/17
149/22 155/9 155/9
158/6 159/2 162/13

**S**

**sustained... [71]**
164/22 167/22 169/23
170/7 171/23 172/14
173/8 175/19 175/25
177/7 186/21 188/6
189/1 189/13 200/17
201/18 202/10 204/7
205/12 206/12 206/25
207/11 207/19 209/6
214/4 214/24 215/18
218/23 219/7 219/14
220/9 221/9 221/14
222/22 223/7 224/21
225/1 229/6 230/2
230/19 231/14 231/24
233/3 234/11 234/25
236/5 238/16 239/7
240/12 240/16 242/5
243/17 244/1 244/7
246/12 246/18 247/12
248/3 248/16 249/14
249/23 250/1 250/23
251/5 251/22 258/16
262/20 263/14 266/18
267/5 268/9
**sustaining [1]**
239/21
**Suzie [1]** 218/2
**SW [29]** 9/12 14/23
17/19 20/21 24/5
24/21 25/5 28/3 28/9
28/10 29/9 29/18 30/1
30/13 30/22 31/18
32/11 33/17 34/15
42/4 92/24 95/10
98/15 99/4 112/20
182/3 182/9 182/23
258/9
**swearing [3]** 231/21
232/6 232/13
**swing [1]** 238/20
**switch [1]** 258/5
**sworn [3]** 40/20
40/22 129/7

**T**

**T.V [4]** 53/4 178/12
179/8 207/6
**table [1]** 135/14
**tailed [2]** 264/21
265/5
**tailgate [3]** 138/19
138/19 138/20
**taint [1]** 253/23
**take [30]** 4/18 6/21
12/11 14/10 16/1
18/18 21/20 24/11
32/14 34/17 37/18
38/15 39/17 41/17
63/15 70/4 82/11 86/1
92/22 93/5 101/12

114/16 114/20 115/17
147/22 165/16 166/15
183/2 256/22 257/23
**taken [15]** 50/2
63/23 72/12 72/23
77/15 110/22 117/6
117/7 124/1 138/11
181/9 181/11 227/25
266/5 267/25
**taking [4]** 82/15
197/10 237/10 266/8
**talent [1]** 226/5
**talk [7]** 113/18
113/22 121/15 161/6
213/6 253/22 258/5
**talked [17]** 9/7 32/8
33/4 39/17 46/1 48/23
55/3 73/17 73/20
75/10 116/16 121/2
123/6 142/3 168/8
177/3 200/11
**talking [32]** 37/9
38/12 47/21 50/5
50/23 50/24 51/4 51/5
51/13 51/16 62/17
75/11 98/16 99/5
112/2 113/25 135/15
161/24 177/19 190/21
202/9 202/19 202/20
209/5 211/5 219/9
223/21 239/1 245/10
250/14 250/15 253/22
**talks [6]** 52/8 52/14
74/22 113/10 163/1
254/14
**Taquerias [3]**
118/10 125/13 125/14
**Taquito [7]** 33/8
36/3 36/5 36/14 36/16
38/25 105/18
**target [1]** 244/17
**targeted [5]** 73/10
232/23 233/5 233/25
244/4
**targeting [19]** 61/12
74/15 108/25 113/1
113/10 122/17 235/3
235/13 235/14 237/24
243/5 244/12 247/18
248/6 249/18 257/24
257/25 263/17 263/23
**tarnished [1]** 151/3
**task [1]** 103/16
**tax [9]** 39/25 41/8
160/11 160/15 160/20
164/6
**team [9]** 79/24 80/1
80/1 80/4 80/9 162/5
244/9 245/3 247/22
**tech [1]** 133/9
**technically [1]** 156/2
**technology [3]**

133/7 133/8 209/20
**telephone [3]** 37/12
106/18 131/16
**tell [20]** 31/23 57/11
99/14 112/17 120/3
120/15 121/21 126/3
128/10 128/11 139/5
140/2 149/2 150/20
197/5 200/20 233/24
234/14 241/24 258/18
**telling [4]** 72/19
177/1 249/12 254/15
**tells [2]** 52/19
121/23
**temporary [2]**
200/13 266/12
**ten [6]** 18/3 151/21
199/19 245/11 252/11
255/18
**tenant [13]** 42/5
107/23 108/2 108/24
109/16 136/15 141/14
176/6 179/17 229/17
241/8 241/8 245/11
**tenant's [1]** 107/24
**tenants [26]** 43/8
43/18 43/24 62/19
73/21 73/21 78/15
136/12 136/18 136/19
136/22 137/3 140/14
140/14 140/16 141/10
141/16 141/19 144/1
176/6 211/16 235/2
236/18 236/20 238/21
240/8
**tenants' [1]** 109/7
**tendered [1]** 44/17
**tent [1]** 239/2
**tents [1]** 187/10
**tenure [5]** 48/19
64/25 72/2 74/5 77/14
**term [5]** 76/10
146/13 214/15 214/22
215/12
**terms [6]** 5/9 31/8
31/11 31/13 127/12
162/14
**test [1]** 202/20
**testament [1]**
154/10
**testified [16]** 7/9 9/8
43/22 47/6 53/24 54/5
56/1 66/6 66/7 67/9
67/12 69/13 78/25
85/18 106/2 126/11
173/10 174/8 184/20
210/9
**testify [4]** 118/21
121/1 124/22 256/10
**testifying [23]** 18/25
22/1 23/13 29/20 30/3
31/19 32/18 34/20

38/18 40/2 41/15
48/14 50/7 50/13
51/23 57/9 57/18 61/1
71/3 77/8 188/25
244/22 253/3
**testimony [42]** 5/25
10/21 15/3 15/23
35/19 39/18 43/7
47/19 48/25 49/8
52/14 53/14 53/17
53/20 53/24 54/5 56/6
54/12 55/3 55/8 58/10
60/11 62/17 62/22
71/21 74/19 78/25
89/2 90/9 90/17 91/8
106/9 113/21 119/18
122/8 148/17 185/15
213/3 225/16 232/14
248/15 264/25
**text [16]** 184/18
191/7 191/15 191/16
191/22 192/5 192/7
196/3 196/25 197/2
197/5 197/23 203/9
203/18 204/19 245/25
**texted [1]** 191/17
**texting [2]** 196/9
196/10
**than [23]** 9/9 17/5
17/6 28/23 40/12 70/3
70/22 73/11 87/14
100/4 119/12 137/1
145/11 145/21 146/12
148/12 177/14 180/11
204/2 208/4 244/13
245/21 258/3
**thank [46]** 4/25 5/17
11/24 12/2 16/13
19/13 21/20 24/11
41/5 49/5 62/9 63/12
64/16 74/14 78/1 78/5
82/7 82/24 110/20
111/6 111/11 114/10
116/18 122/1 125/1
128/15 128/16 128/19
129/1 129/2 129/2
129/3 156/5 158/8
171/4 171/7 183/11
202/16 203/3 252/11
252/19 256/17 256/20
268/17 268/24 269/3
**Thanks [1]** 126/10
**that [1135]**
**that's [161]** 5/11
5/13 5/14 6/11 9/11
10/21 10/21 11/12
14/21 15/22 17/1 18/4
20/21 25/6 31/14
34/13 32/12 34/9 36/5
36/8 36/16 37/6 38/13
40/19 41/4 41/10
43/24 44/17 45/20

45/22 46/14 47/9 49/5
49/21 49/23 51/11
52/4 52/22 55/11 58/5
60/9 61/10 61/22 64/5
65/16 66/6 66/13
66/17 66/22 67/3
67/12 69/15 69/16
70/20 71/19 72/6 73/8
73/8 73/22 74/17 79/3
79/14 80/4 80/9 82/14
85/14 85/20 86/6
89/25 90/1 92/1 95/12
95/13 95/14 95/15
97/10 97/13 98/22
103/24 106/6 106/7
106/14 107/24 109/16
113/6 113/20 113/20
113/21 114/7 114/9
117/11 118/4 119/3
120/6 121/3 124/16
126/19 126/19 127/7
127/8 128/5 134/17
138/8 138/8 138/23
138/23 139/20 140/5
143/10 143/23 143/24
143/25 145/22 146/16
146/20 148/1 148/2
148/3 152/15 154/16
154/18 154/21 154/22
154/25 156/14 158/1
158/6 161/10 164/12
165/22 169/1 169/9
173/4 175/16 178/6
178/6 178/8 178/20
179/2 179/2 182/6
182/23 184/23 186/1
191/10 191/12 195/6
203/12 204/10 210/22
224/9 248/25 253/21
254/5 256/2 256/7
256/19 258/2 260/8
260/10 260/11
**theater [11]** 132/11
142/6 142/8 164/17
164/17 165/8 166/21
168/2 179/3 216/21
259/14
**theatrical [1]** 216/20
**their [43]** 11/20 51/7
60/7 61/7 78/14 86/1
86/2 109/16 113/24
113/24 118/17 118/20
120/21 123/8 127/8
127/18 127/18 128/5
133/18 133/19 133/19
133/19 145/22 151/8
153/1 153/1 153/6
176/10 215/15 236/23
236/24 237/1 239/1
244/17 247/23 248/22
249/20 249/24 250/25
253/21 255/8 257/16

**T**

**their... [1]** 261/14
**them [70]** 6/1 35/13
35/16 42/23 43/1
47/16 48/4 48/6 48/7
48/8 48/13 50/3 60/10
66/20 66/25 73/9
78/14 87/10 102/11
103/11 109/16 109/17
114/25 115/3 116/5
116/7 116/8 116/8
116/10 122/13 123/4
123/17 128/5 128/5
141/11 141/15 144/8
145/16 145/17 145/18
145/19 145/21 146/10
153/1 153/1 153/9
153/11 168/15 169/19
171/1 171/2 171/4
176/22 179/15 198/21
198/23 199/13 211/15
212/25 228/1 234/6
235/7 236/23 236/24
244/12 245/23 245/25
248/20 249/12 263/8
**themselves [4]**
160/11 165/15 211/16
213/5
**then [63]** 9/9 20/8
32/17 33/12 33/16
37/25 49/3 51/7 60/25
65/20 66/7 66/23
69/18 70/8 70/13
76/21 78/4 89/6 112/2
117/18 120/8 124/25
127/17 132/4 132/8
132/17 133/13 133/14
133/20 135/10 138/23
151/16 152/3 152/20
174/15 177/2 177/13
180/16 182/3 184/4
185/2 185/6 191/19
191/20 192/10 194/3
194/6 194/20 195/9
196/25 198/11 199/9
203/9 210/3 213/1
217/2 223/19 242/10
260/10 260/12 260/18
261/21 263/2
**there [147]** 4/22
6/15 6/15 14/18 16/17
17/16 21/11 21/19
21/21 24/15 24/19
25/3 25/13 29/11
30/19 31/13 33/9
33/12 34/16 36/10
37/24 38/14 49/5
49/16 50/22 54/16
55/16 55/19 56/4 56/9
56/14 57/4 60/5 60/9
65/8 66/6 68/10 68/19

69/20 70/3 70/4 70/8
70/25 79/25 87/18
89/10 89/11 91/17
92/7 92/11 94/4 98/22
108/21 111/22 111/25
112/10 112/17 114/23
115/14 116/6 116/9
118/5 119/19 121/3
123/23 124/3 125/3
125/13 125/17 126/8
126/21 127/2 127/8
130/2 136/25 137/1
139/20 142/9 147/2
147/15 147/17 147/20
147/20 148/3 151/5
152/7 152/14 152/19
152/25 160/8 160/23
163/15 166/21 168/4
168/18 170/25 172/4
173/10 174/8 175/8
176/20 179/5 179/14
181/12 186/11 186/14
186/14 187/10 187/10
187/11 187/20 187/22
188/11 193/24 193/25
198/20 199/18 201/12
203/4 203/25 209/25
210/15 210/15 210/16
216/22 216/22 220/11
222/12 226/17 227/7
229/4 229/4 237/25
238/4 238/5 238/11
238/24 238/24 239/18
241/8 245/3 245/4
245/8 247/1 247/4
254/13 259/9
**there's [63]** 15/11
20/2 27/17 37/1 38/14
41/7 45/18 52/25 62/4
67/16 74/23 80/13
92/18 92/18 92/19
95/1 96/17 111/8
118/9 122/13 123/20
124/17 124/18 125/2
126/20 143/15 147/19
148/14 148/15 152/6
153/22 161/9 164/14
164/20 168/3 177/17
177/25 178/22 179/4
179/6 182/3 190/12
190/12 199/6 199/19
199/20 205/19 209/3
213/4 214/1 225/15
229/7 234/19 235/19
237/1 238/7 239/4
246/2 246/2 246/5
255/8 264/7 267/3
**therefore [1]** 147/21
**Thereupon [11]** 5/2
63/22 64/11 110/19
128/20 183/7 183/12
252/13 257/1 269/1

269/4
**these [61]** 24/22
32/15 32/24 35/17
35/19 38/11 79/22
91/21 96/13 112/5
116/13 122/21 123/9
123/24 124/6 126/9
126/13 126/16 126/17
136/18 136/19 136/25
137/1 140/22 141/10
145/14 145/23 146/1
146/9 152/15 153/11
167/11 167/12 167/12
167/25 173/7 175/18
184/15 198/13 201/6
201/7 208/6 210/21
211/3 213/2 217/17
221/8 229/10 234/16
240/7 241/9 247/2
251/2 253/24 255/7
255/15 255/19 259/19
259/21 263/17 265/16
**they [140]** 5/14
12/17 13/11 13/11
27/14 35/2 42/9 42/12
42/21 42/22 48/5 51/3
51/3 58/4 61/7 61/8
65/17 65/21 66/5 70/3
76/4 76/4 80/3 90/1
94/5 97/9 109/14
113/10 116/7 118/11
119/20 122/8 122/9
122/18 122/24 123/4
123/7 123/11 123/12
123/20 125/24 126/12
126/14 126/16 126/18
127/8 127/9 130/23
131/16 133/20 136/24
136/24 137/16 141/15
146/23 146/23 151/3
152/9 152/10 152/13
152/13 152/18 153/6
153/12 160/11 160/11
160/11 166/22 168/15
174/7 177/14 177/15
177/21 177/22 177/22
180/14 189/9 191/17
191/18 198/20 199/11
199/13 199/13 200/22
202/6 202/14 202/14
202/15 202/15 203/10
203/11 211/15 211/16
211/22 213/5 214/12
218/18 219/3 222/8
222/10 222/12 222/16
227/14 227/15 228/2
228/2 228/3 228/3
228/15 229/24 230/13
231/7 234/4 236/22
237/18 238/24 239/1
244/17 245/9 245/10
245/11 246/16 249/2

249/9 249/10 249/12
251/3 251/9 251/10
252/18 252/7 253/15
253/15 254/4 255/7
256/6 256/8 266/14
266/17 266/20
**they're [27]** 45/25
51/6 103/11 109/13
114/24 115/2 122/14
124/17 124/25 125/19
126/9 126/11 126/12
126/18 127/9 135/15
145/12 147/18 213/5
253/1 253/2 253/23
254/3 254/4 254/17
254/25 256/10
**they've [5]** 43/20
113/23 122/13 126/11
153/10
**thick [1]** 12/25
**thing [7]** 16/22 70/5
121/13 139/9 215/10
216/3 253/19
**things [14]** 50/1
50/4 50/21 50/25
62/20 66/8 113/13
119/11 125/7 140/22
141/5 167/13 252/25
254/22
**think [58]** 6/3 6/6
9/7 11/17 19/13 21/19
26/3 32/2 33/17 43/22
45/4 45/24 46/2 47/6
51/16 55/8 63/15 67/9
75/2 82/5 90/19 90/21
105/3 111/15 112/17
114/11 114/15 114/21
114/25 115/12 118/5
118/13 118/18 120/10
125/2 126/15 127/14
128/2 128/3 132/15
133/12 138/23 139/11
146/11 163/13 163/25
199/23 209/5 217/1
221/1 221/11 228/21
236/16 247/13 253/7
253/19 254/8 259/9
**thinking [3]** 135/18
154/11 169/8
**third [2]** 19/13 67/16
**this [540]**
**Thomas [1]** 2/2
**those [59]** 9/12
28/18 35/15 35/18
43/18 45/21 47/10
47/10 52/17 58/16
62/20 74/12 78/18
88/11 88/14 88/23
89/10 90/1 91/3 91/22
100/5 109/19 110/2
110/10 112/17 113/15
114/19 115/4 115/24

124/24 125/7 125/24
125/25 127/16 134/6
135/17 137/14 141/17
148/4 148/4 148/5
148/21 149/2 150/11
169/25 173/11 174/9
180/13 186/17 186/17
190/19 192/6 202/4
212/24 215/5 229/12
236/20 237/3 263/5
**though [1]** 242/25
**thought [8]** 141/2
168/16 190/22 193/25
203/14 203/15 206/18
241/21
**thousand [1]** 171/3
**thousands [2]**
150/10 228/1
**thread [2]** 191/8
196/3
**threat [1]** 53/11
**three [18]** 9/8 27/18
27/18 33/7 45/17
52/18 95/14 103/10
114/25 125/3 140/25
236/20 240/20 240/21
240/24 241/25 243/1
245/10
**through [50]** 26/2
30/17 30/18 48/3 55/5
70/13 70/14 73/23
92/6 111/14 112/16
116/4 117/16 119/1
120/19 127/6 133/8
137/13 139/18 145/24
153/19 154/3 154/13
158/21 160/15 163/1
163/12 168/3 168/6
169/22 180/14 180/14
185/19 185/19 199/9
204/25 206/11 207/6
209/22 210/1 212/11
212/25 213/20 219/22
219/22 222/1 246/3
253/3 253/5 259/9
**throughout [6]** 6/5
51/14 51/14 141/19
210/19 253/24
**Thursday [5]** 126/24
127/1 127/15 128/12
265/8
**ticket [1]** 126/17
**tied [1]** 66/10
**tile [3]** 94/5 217/21
260/15
**till [2]** 63/20 110/20
**time [82]** 18/4 18/23
20/23 24/22 26/13
42/16 52/15 64/23
65/4 65/6 65/9 66/11
66/12 66/23 91/22
102/25 110/11 110/17

**T**

**time... [64]** 115/21
121/6 127/22 129/3
131/4 131/10 132/19
133/7 134/3 134/7
140/3 142/15 147/1
150/11 151/3 151/6
152/11 152/12 158/19
159/14 159/18 159/23
162/2 163/19 165/8
170/15 177/15 178/20
181/11 188/1 188/11
189/15 190/18 192/8
192/25 194/10 197/10
198/6 199/8 204/19
206/24 209/11 209/19
209/22 210/19 211/8
211/19 218/4 218/7
218/11 221/17 224/11
226/5 226/9 226/15
234/7 237/1 240/19
243/8 245/5 245/21
254/14 263/8 267/9
**timeframe [17]**
101/18 101/24 102/16
117/5 117/8 149/8
167/4 202/9 209/4
209/15 209/16 210/6
211/1 211/4 212/10
221/7 259/19
**timeframes [1]**
259/21
**times [6]** 60/5
114/25 124/20 153/5
169/15 240/7
**title [1]** 162/21
**Tito [1]** 151/6
**today [12]** 38/14
51/3 62/25 74/3
103/21 129/16 134/10
143/3 192/22 211/5
252/14 252/16
**together [8]** 59/13
116/8 144/19 153/15
154/24 160/9 216/9
227/14
**toilet [1]** 215/7
**token [1]** 171/4
**told [12]** 85/23 86/5
134/21 162/4 237/15
251/24 252/8 253/15
253/15 256/1 256/9
267/1
**toll [1]** 254/24
**Tomas [2]** 163/19
229/2
**tomorrow [6]** 127/5
128/11 268/17 268/20
268/24 269/3
**tone [1]** 210/13
**too [4]** 43/20 125/4

126/15 249/1
**took [39]** 28/15 50/3
50/3 57/10 104/10
104/25 105/11 108/22
109/6 113/3 113/3
133/2 140/19 155/2
155/13 155/24 156/3
158/16 213/6 213/11
213/15 213/18 214/7
232/18 232/22 233/6
235/16 236/7 251/10
257/6 260/22 261/2
261/17 261/21 262/1
262/5 262/24 265/14
267/24
**top [5]** 83/5 86/15
98/11 99/11 167/14
**topical [1]** 125/2
**Torres [1]** 163/24
**total [5]** 50/22 98/22
99/9 100/14 100/20
**totally [2]** 71/17
156/23
**touched [1]** 75/13
**tour [3]** 46/1 47/16
47/17
**tourism [2]** 135/11
164/8
**tourists [1]** 52/18
**tours [2]** 50/6 50/12
**tow [2]** 251/9 251/9
**towards [1]** 197/15
**Tower [66]** 9/7
12/16 14/12 14/18
14/24 15/12 15/21
16/5 18/15 21/22 22/5
22/14 24/21 25/5 25/9
25/13 25/19 25/20
25/23 26/12 26/13
28/2 29/17 29/24 30/7
30/12 30/21 31/17
32/16 32/16 32/23
86/8 86/12 88/14 93/1
93/14 93/25 94/9
95/12 97/11 97/23
98/3 98/18 99/17
142/8 145/8 146/2
146/3 164/17 164/17
165/8 166/20 168/2
168/21 168/25 169/2
179/3 215/20 215/23
216/12 216/14 216/18
217/6 220/15 224/17
259/14
**town [1]** 38/3
**toy [3]** 203/24
204/10 204/16
**trade [1]** 226/6
**tradition [1]** 131/11
**traffic [1]** 4/22
**transcribed [1]**
59/15

**transcript [1]** 114/17
**transcription [1]**
269/10
**transferred [1]**
132/8
**transition [2]** 209/19
209/25
**transitioned [1]**
209/25
**translated [1]**
181/17
**transparent [2]**
154/17 245/24
**transplants [1]**
177/15
**trashed [1]** 60/5
**Traurig [1]** 251/20
**traveling [1]** 149/3
**treasure [2]** 163/3
164/18
**tree [1]** 259/23
**trees [1]** 168/14
**Trelles [1]** 166/10
**trellis [1]** 38/12
**tremendous [1]**
141/18
**trial [9]** 1/8 112/21
112/25 113/15 115/25
122/11 122/12 123/18
266/15
**tried [1]** 42/22
**Tropico [2]** 166/20
167/11
**truck [2]** 251/9
251/9
**trucks [3]** 228/1
228/2 228/2
**true [29]** 8/19 9/15
14/10 16/3 17/19 31/8
31/16 32/14 34/17
41/11 42/18 42/25
48/12 54/20 55/16
56/9 56/14 56/19
56/24 57/4 57/15 66/6
67/16 67/18 76/5 76/7
77/2 174/5 256/8
**truly [5]** 132/18
133/4 137/2 194/17
226/15
**trumpet [1]** 228/15
**Trust [5]** 83/19
150/15 151/16 151/18
204/13
**truth [9]** 57/11 120/4
121/19 158/2 220/7
222/23 237/16 244/2
256/4
**try [10]** 25/2 45/20
46/19 144/15 171/25
254/8 254/10 254/11
256/9 261/14
**trying [19]** 51/1

52/21 62/1 113/11
119/15 120/5 127/5
127/11 127/11 128/8
146/22 165/22 195/21
201/8 240/14 240/18
253/2 253/22 253/23
**TUESDAY [3]** 3/19
110/24 193/14
**TUP [2]** 200/13
200/19
**turn [5]** 11/2 15/8
35/24 45/10 113/9
**turned [1]** 122/18
**turning [1]** 77/6
**twice [2]** 52/15
**two [46]** 9/7 27/17
36/7 37/3 51/18 52/7
63/25 64/6 80/15
92/18 95/7 110/12
114/23 114/25 125/17
126/17 126/25 127/3
128/4 129/19 131/20
132/7 132/8 132/16
134/11 149/5 159/16
159/16 174/6 174/7
176/19 184/15 185/11
192/11 193/1 222/17
228/14 229/12 231/21
232/6 235/16 241/19
247/24 254/13 254/19
259/9
**two-story [1]** 228/14
**type [12]** 37/12
136/14 144/20 147/16
150/21 164/4 166/23
186/11 187/11 189/8
190/25 255/15
**types [3]** 45/24
210/21 241/9

**U**

**udder [1]** 143/1
**uh [7]** 49/25 50/1
50/1 50/20 50/21 51/3
51/5
**ultimate [1]** 195/16
**ultimately [5]** 32/17
146/16 192/3 192/24
210/25
**unannounced [1]**
246/5
**unbeknownst [1]**
198/16
**uncle [6]** 112/2
112/20 113/7 113/14
113/23 114/3
**under [14]** 12/17
26/15 42/5 53/17
96/15 123/16 124/20
127/14 135/3 156/16
156/17 173/2 204/10
243/7

**undercover [4]**
186/1 190/1 195/22
263/1
**understand [27]**
11/22 13/25 28/20
28/21 28/25 44/5
45/24 50/11 54/3
54/12 69/24 125/10
128/13 157/17 170/9
172/14 178/3 185/14
204/18 215/5 222/25
237/24 239/12 242/1
247/14 250/15 261/14
**understand what [1]**
242/1
**understanding [29]**
12/5 20/22 26/24
69/15 85/18 92/1
96/22 137/2 146/13
146/15 162/9 162/11
169/19 169/21 170/3
172/19 185/20 185/21
189/4 189/6 192/21
192/23 216/4 218/13
223/2 230/13 230/17
238/1 240/8
**understands [1]**
254/19
**understood [6]** 29/2
52/4 68/15 212/23
264/4 268/3
**undertaking [1]**
132/15
**unified [1]** 163/8
**unique [3]** 141/10
142/13 154/22
**unit [1]** 135/20
**UNITED [9]** 1/1 1/9
133/24 134/4 143/4
160/5 164/5 164/18
263/12
**units [7]** 88/11 88/14
88/23 89/10 90/14
91/3 135/17
**universe [1]** 216/16
**University [5]** 132/7
132/8 132/9 133/17
138/16
**unknown [1]** 266/17
**unless [6]** 124/24
230/19 231/24 234/9
234/11 247/1
**unobjected [1]**
254/16
**unresponsive [1]**
55/12
**unsafe [14]** 24/16
24/20 25/4 25/15
35/13 212/15 214/14
214/16 214/19 214/20
215/2 215/6 215/9
215/12

**U**

unsubstantiated [1] 119/11
until [5] 131/1 183/3 211/2 211/8 212/1
unwell [1] 114/12
up [94] 5/7 6/9 8/14 10/2 14/15 16/11 17/15 17/15 18/19 19/11 22/10 23/5 23/25 24/18 25/22 29/3 32/1 34/2 35/20 37/1 38/10 39/4 39/20 40/13 49/2 51/7 59/17 61/12 63/14 63/24 68/5 68/6 71/21 74/6 74/24 76/21 82/25 86/14 92/5 95/2 95/4 95/8 115/7 120/1 121/3 127/5 130/19 131/3 131/11 131/19 131/24 134/3 137/4 138/15 138/24 139/1 139/7 140/19 141/4 143/2 149/3 159/25 160/24 164/15 165/25 169/11 170/10 179/22 181/15 183/19 184/4 191/3 192/5 192/11 195/2 195/9 195/25 197/1 201/5 203/7 216/20 216/24 217/15 226/20 238/25 246/4 246/5 252/14 255/5 255/12 257/8 258/24 265/23 266/20
upon [1] 65/23
upset [9] 188/21 189/21 189/23 242/1 242/13 242/14 242/19 242/25 243/4
upstairs [1] 245/16
urgent [3] 240/7 241/1 241/5
Uriarte [1] 59/12
us [56] 9/22 22/22 25/11 28/15 43/21 52/7 52/14 53/3 53/4 61/10 61/22 61/24 63/6 76/1 76/2 80/6 80/14 82/14 82/16 91/16 93/5 107/7 109/15 115/16 123/15 126/25 141/9 153/13 154/18 155/6 155/6 157/6 157/6 157/7 157/13 157/20 159/11 166/13 178/9 186/3 186/18 197/5 198/13 198/17 201/5 208/20 208/22 210/17 222/19

226/11 235/8 245/24 245/25 246/1 246/4 246/5
use [21] 28/12 31/24 39/24 41/8 72/14 80/14 109/15 165/5 200/13 215/15 219/23 220/4 220/12 220/14 220/15 220/17 220/18 220/19 224/18 242/17 243/7
used [5] 123/21 182/11 214/16 216/6 266/11
using [1] 52/23
usual [3] 210/8 210/10 216/15
Utah [1] 134/5
utility [9] 36/11 37/6 37/10 37/12 38/1 38/2 38/11 106/4 108/2

**V**

vacate [3] 42/10 42/12 42/18
vacated [1] 42/22
vacation [1] 128/5
vague [6] 93/20 94/13 101/18 101/24 102/16 233/1
Valencia [1] 64/22
Valentine's [1] 60/17
valet [21] 241/19 258/6 260/23 260/25 261/3 261/19 261/24 262/2 262/9 262/15 262/24 262/25 263/4 263/23 264/2 265/6 266/14 266/20 266/25 267/1 268/12
valid [2] 220/17 225/18
validated [1] 211/23
values [2] 144/17 144/18
various [2] 42/7 127/10
vaulted [1] 260/14
vehicle [8] 189/7 189/8 222/18 241/18 265/9 265/12 266/7 266/7
vehicles [3] 264/22 264/24 265/5
vendor [3] 211/14 244/5 245/9
vendors [2] 236/15 237/3
Venezuelan [3] 51/9 53/1 53/2
Venezuelans [1]

51/6
venue [2] 258/12 258/13
venues [1] 237/1
verified [1] 222/16
version [1] 181/17
versus [2] 4/8 51/19
very [52] 12/24 13/5 31/13 44/2 51/2 52/25 59/6 62/12 69/17 117/21 119/20 120/14 120/21 123/16 125/21 126/10 126/18 127/22 131/11 138/19 139/7 139/17 144/20 145/9 151/5 153/17 164/14 166/12 166/16 169/6 185/25 186/1 187/13 188/21 189/20 197/10 198/13 200/3 215/14 216/23 220/4 225/10 226/5 226/9 226/18 226/18 227/25 228/4 234/16 241/17 242/14 258/11
vetted [1] 141/15
via [1] 196/24
video [19] 59/1 111/21 111/25 114/23 176/5 176/5 178/24 179/2 179/15 181/12 217/3 217/5 217/12 229/1 229/1 229/5 229/7 229/9 229/11
videos [2] 117/22 118/10
Viernes [3] 150/14 165/10 218/7
view [3] 161/9 215/13 259/13
Village [1] 145/5
vindictive [1] 63/1
Vinny [1] 238/23
vintage [1] 146/3
violating [1] 73/8
violation [44] 6/23 7/2 7/5 7/23 7/25 8/3 8/23 9/16 10/9 12/13 13/22 18/22 19/8 19/17 23/10 23/18 24/15 28/8 29/8 31/10 33/21 34/6 35/11 35/15 39/24 40/6 40/16 41/7 65/21 69/20 72/14 72/22 73/2 77/16 104/22 104/23 212/12 212/13 212/14 213/20 214/16 214/20 215/9 215/10
violations [31] 12/25 13/10 16/4 35/17 39/24 66/25

72/4 72/11 72/25 101/14 101/23 102/3 102/9 102/12 102/21 103/1 103/3 103/10 103/14 212/6 212/8 212/16 213/8 213/10 213/13 213/14 213/16 214/19 215/2 215/15 262/2
VIP [1] 236/25
visibly [1] 163/6
vision [15] 73/17 75/10 140/8 140/9 140/11 140/12 140/23 140/24 140/25 141/1 149/12 149/15 160/9 160/13 168/11
visions [3] 159/12 159/15 159/16
visit [10] 12/16 126/8 131/4 202/4 202/12 218/11 234/5 246/22 246/22 246/22
visited [5] 122/15 165/24 201/20 221/4 237/18
visitors [1] 165/24
visits [2] 241/6 248/21
visual [1] 132/2
vitality [1] 163/5
Vivian [1] 218/7
voice [2] 158/1 163/8
volume [3] 178/16 213/13 228/21
volumetric [1] 168/7
voluminous [2] 213/9 213/10
vote [10] 160/15 182/12 182/13 182/14 182/16 183/21 190/9 194/3 194/17 194/22
voted [2] 194/12 194/14
votes [1] 196/21
voting [3] 81/16 187/8 194/7

**W**

wait [28] 72/8 72/8 78/2 87/4 93/16 93/16 101/17 117/6 153/22 164/20 177/17 205/19 209/3 214/1 225/13 225/15 230/16 234/19 238/7 239/21 242/22 247/21 248/13 250/9 264/7 265/19 267/3 268/6
waited [1] 264/19
waiting [1] 222/18

walk [10] 46/12 46/21 46/22 47/7 50/2 51/17 59/13 131/8 131/9 200/4
walk-alongs [1] 51/17
walked [3] 199/14 219/22 219/22
walking [12] 46/1 47/16 48/3 50/6 50/12 157/7 157/13 177/4 193/21 198/12 198/16 198/21
walks [1] 126/4
wall [2] 21/11 90/14
walls [2] 145/23 213/5
want [43] 49/10 51/3 51/3 56/4 58/21 59/5 59/16 65/14 74/24 92/4 97/20 98/10 98/24 103/20 108/12 111/9 113/19 115/20 115/24 120/15 120/22 123/23 125/3 125/8 125/12 127/24 141/18 144/12 147/25 154/19 156/5 156/8 166/13 166/14 173/3 186/4 186/8 186/20 194/20 201/7 202/22 246/3 255/20
wanted [28] 16/24 43/18 62/2 62/2 64/2 111/14 115/7 136/20 140/23 145/19 147/24 160/17 162/5 168/15 168/17 169/17 186/6 186/7 190/1 190/6 197/21 200/12 204/24 205/1 208/25 226/12 253/10 262/9
wants [2] 154/20 264/13
warranties [1] 44/16
was [674]
wasn't [6] 59/4 70/11 98/7 186/14 191/25 225/11
waste [1] 115/20
watch [2] 60/22 268/22
watched [2] 60/23 60/24
watching [2] 5/9 61/20
way [38] 4/22 4/23 36/9 61/11 69/1 70/18 75/2 75/21 79/21 112/6 117/8 127/4 136/16 137/2 139/11 141/3 149/8 153/14

**W**

**way... [20]** 159/11
159/19 161/9 161/10
172/2 172/3 174/15
174/25 175/2 192/2
194/21 198/18 199/6
206/3 206/7 228/4
235/8 243/1 243/9
264/12
**ways [3]** 61/22
152/18 201/9
**we [454]**
**we'll [19]** 4/18 6/10
63/17 63/20 110/14
110/17 110/20 114/20
145/10 161/11 183/3
183/8 252/14 252/16
268/17 268/19 268/20
268/24 269/2
**we're [63]** 27/12
27/15 27/16 28/22
30/19 51/18 52/17
52/19 52/20 52/20
72/6 80/15 94/7 98/16
98/25 111/21 112/23
113/15 114/21 115/18
116/12 116/12 117/8
117/15 118/14 119/15
120/4 121/1 121/8
121/19 121/21 125/12
125/20 126/6 127/11
127/13 128/12 141/12
142/11 142/11 144/12
148/7 154/17 157/5
157/7 157/13 157/14
157/19 158/2 160/12
164/21 186/5 209/5
211/5 245/9 245/23
245/24 246/6 250/14
252/10 253/21 253/22
255/10
**we've [23]** 31/25
43/19 65/25 65/25
72/25 76/9 99/5
112/24 114/25 116/4
116/16 120/2 121/10
125/14 127/4 128/8
147/1 153/24 157/23
200/15 206/10 235/21
266/15
**weaponized [1]**
61/23
**website [2]** 74/19
74/21
**week [1]** 258/13
**weekends [1]** 131/4
**weeks [6]** 80/15
174/7 176/19 235/16
241/19 241/20
**weight [1]** 124/19
**welcome [3]** 62/10

63/8 82/8
**well [68]** 4/17 5/6
5/15 19/1 23/1 36/7
47/6 49/24 57/10
61/13 64/8 70/2 70/23
71/12 80/9 89/4
114/14 115/24 117/13
118/13 125/5 126/1
126/15 127/16 128/6
130/7 132/11 132/15
133/2 134/2 135/1
137/14 139/9 139/12
140/7 149/9 151/9
153/23 155/15 164/14
167/3 171/19 173/1
174/4 176/15 182/22
182/23 184/6 186/17
190/6 195/10 195/15
195/21 199/5 201/1
214/9 214/23 218/11
227/23 231/12 233/1
233/10 233/16 237/10
244/14 258/21 268/3
268/15
**well-known [1]**
173/1
**went [23]** 66/7
67/10 67/10 69/13
69/19 70/3 70/8 70/13
70/13 128/6 132/22
135/23 135/24 140/2
142/5 142/25 174/7
204/25 209/23 212/24
234/5 245/16 267/14
**were [248]** 5/24
12/17 13/10 13/11
16/4 33/12 35/10 38/1
41/13 41/22 47/16
48/3 48/5 48/13 49/7
55/16 55/19 56/4
62/17 64/16 64/20
66/11 66/18 66/20
67/5 67/13 68/11
68/13 68/22 68/24
69/2 70/14 73/3 74/18
78/18 79/4 79/4 79/19
79/19 80/2 80/7 90/1
90/12 91/22 93/2
93/24 94/8 95/15 98/2
101/22 101/23 102/21
103/3 103/4 103/20
109/19 110/10 110/10
115/14 122/8 122/9
122/18 123/7 123/11
123/12 123/24 127/11
129/22 130/19 131/16
132/9 132/24 135/14
136/3 136/3 136/18
139/15 139/15 139/17
139/18 139/20 139/23
140/4 140/20 140/22
140/22 141/24 142/14

142/15 142/16 145/15
147/15 151/5 152/3
152/8 158/12 158/14
158/24 159/13 159/20
160/19 160/20 160/22
161/6 161/21 161/23
162/19 163/16 163/18
165/3 165/14 165/22
166/16 166/23 167/11
168/16 168/18 169/14
170/25 171/19 172/4
172/16 173/10 173/11
173/16 174/8 174/8
174/9 174/20 176/23
177/14 179/13 179/14
180/13 180/14 181/12
182/21 184/15 184/21
184/25 185/2 185/6
186/2 186/3 187/10
187/20 187/22 189/9
189/10 189/16 189/21
189/23 190/17 190/21
190/25 192/7 193/21
193/21 195/15 195/19
195/20 197/19 198/12
198/13 198/20 198/20
199/11 199/13 200/10
200/21 200/22 200/23
201/3 201/8 201/9
202/6 202/6 202/14
202/14 202/15 202/15
203/4 206/3 207/7
209/24 210/16 210/17
214/12 216/9 216/16
218/11 218/25 220/22
221/8 223/16 226/10
226/18 226/24 228/13
228/15 228/24 229/23
234/16 234/18 235/2
235/6 235/6 236/18
236/20 236/21 236/22
237/11 237/18 238/24
239/1 240/2 240/14
240/18 241/7 242/15
245/3 245/4 245/9
245/10 245/11 246/7
246/16 247/4 247/23
247/23 247/24 249/2
249/9 249/10 249/12
250/6 250/20 253/8
253/8 253/9 256/8
260/16 261/18 261/23
263/5 263/8 265/16
267/18
**weren't [3]** 68/22
80/3 145/17
**west [9]** 134/5
134/19 162/25 199/8
199/19 203/2 203/3
228/7 228/8
**Western [1]** 145/3
**what [327]**

**what's [44]** 50/17
50/17 71/19 89/11
92/11 92/23 93/18
95/8 96/4 96/4 98/22
99/3 99/9 99/11 101/2
101/17 104/7 104/12
104/19 105/9 119/4
120/7 122/2 156/20
156/20 175/11 181/15
188/23 204/5 224/1
230/16 231/2 231/22
232/8 233/9 235/9
235/19 235/23 235/25
237/14 238/7 246/25
248/13 250/9
**whatever [8]** 80/5
93/20 97/4 97/8 97/9
185/22 212/21 247/2
**whatsoever [2]**
207/23 223/19
**when [125]** 11/20
35/11 40/13 46/5
47/15 50/25 52/20
55/11 56/6 57/23
62/22 66/14 67/5 70/3
70/14 70/17 71/17
73/10 75/11 77/14
80/13 85/23 86/9
88/14 88/20 89/4
92/17 95/18 95/22
95/25 108/19 112/22
115/18 116/8 117/3
117/6 117/16 119/25
123/12 124/1 125/4
125/6 125/8 128/5
130/18 135/4 136/3
136/3 136/5 137/7
138/11 139/8 139/22
140/2 140/24 141/4
141/7 143/9 144/7
144/10 144/13 145/14
145/20 146/4 146/10
147/3 156/16 158/18
170/10 177/15 177/22
178/7 180/13 180/20
181/12 184/15 187/12
188/13 189/15 192/8
193/19 194/1 194/10
194/14 194/16 195/12
196/10 198/5 198/23
199/10 199/13 202/12
202/16 202/24 207/3
208/25 209/4 209/8
210/10 210/21 211/3
211/10 212/11 213/1
218/25 219/3 221/7
226/11 229/23 234/4
237/25 238/18 239/12
240/18 240/21 242/10
252/1 252/1 255/10
255/10 257/11 263/19
263/22 264/12 265/14

**where [78]** 5/24
7/15 21/2 21/3 43/20
44/6 45/18 51/18
51/20 52/18 54/16
59/7 59/23 67/17
72/13 74/15 76/20
76/21 85/11 88/23
89/7 89/8 89/10 90/14
91/8 91/21 101/22
105/17 111/23 112/19
114/13 115/5 119/14
119/25 126/9 129/20
131/11 133/17 134/17
136/16 142/2 142/5
142/13 150/10 153/4
156/22 162/4 165/13
182/7 190/7 192/8
192/11 192/11 193/11
194/11 195/13 196/12
198/16 202/4 202/9
204/3 210/23 211/15
216/4 216/11 221/7
225/20 226/8 228/6
228/10 228/14 236/12
240/2 242/11 253/14
263/21 264/2 266/5
**whether [15]** 35/9
52/10 62/14 69/19
72/10 72/21 82/18
98/2 121/12 124/4
128/12 163/21 192/3
196/20 253/12
**which [58]** 7/23 9/7
21/8 32/4 33/8 34/15
41/18 42/6 44/22
49/14 63/13 64/17
74/18 76/5 77/17 81/8
92/6 101/11 108/17
111/20 116/23 120/9
120/23 120/24 122/10
123/25 142/8 145/2
145/4 145/6 150/13
150/16 150/25 151/7
159/22 164/4 164/17
172/23 178/14 179/23
180/9 180/17 203/7
212/17 217/15 226/5
226/21 228/22 231/6
245/17 251/12 254/6
256/16 264/3 265/24
**while [9]** 12/16 48/2
60/23 60/24 125/24
132/9 132/24 135/21
163/6
**who [56]** 48/18
49/18 51/6 51/7 61/4
62/23 84/6 84/10
84/16 85/4 107/2
107/6 108/17 125/18
125/21 126/9 126/16
126/18 126/19 127/6

**W**

**who... [36]** 127/17
138/8 139/2 158/21
163/12 163/16 169/6
169/8 173/7 173/15
174/9 174/20 174/23
175/18 188/15 189/8
191/13 194/22 196/9
196/17 210/25 211/9
211/24 216/13 221/16
227/10 234/24 240/22
249/9 256/7 259/2
260/25 261/3 266/20
266/20 266/24
**who's [9]** 51/8 64/22
115/25 120/12 179/16
191/13 211/2 226/6
229/16
**whoever [2]** 107/9
113/23
**whole [7]** 16/22
16/24 26/1 58/15
71/18 79/25 95/1
**wholeheartedly [2]**
55/7 62/16
**whom [3]** 129/14
187/1 191/1
**whose [4]** 53/1
188/3 188/8 229/19
**why [60]** 6/6 6/9 7/1
7/17 90/1 98/8 110/9
115/7 115/8 118/4
122/15 128/6 132/14
136/8 139/20 147/9
148/1 148/2 149/19
150/2 156/25 157/15
158/2 159/23 162/19
170/5 175/1 176/16
177/9 178/6 178/6
184/24 185/8 186/1
186/16 186/23 188/18
189/23 191/22 194/19
198/20 200/12 201/8
216/13 216/17 218/13
219/10 221/11 222/10
224/16 224/23 237/8
240/6 240/24 245/20
251/17 251/24 255/4
255/25 256/11
**wife [8]** 129/15
129/16 138/3 226/10
229/14 247/22 265/12
266/9
**wildest [1]** 141/17
**wildly [1]** 59/21
**will [21]** 26/1 28/18
75/2 79/13 115/10
116/2 116/6 116/9
120/16 120/25 121/24
127/6 128/11 145/4
155/20 163/6 166/9

200/4 255/9 264/13
268/15
**WILLIAM [3]** 1/4
15/18 129/9
**win [7]** 172/2 172/5
173/25 174/3 174/4
177/23 197/9
**window [3]** 21/11
99/8 266/8
**windows [12]** 88/9
89/11 89/15 90/1 91/4
91/22 98/21 100/5
100/24 100/25 101/8
227/3
**wine [1]** 145/12
**winner [1]** 217/8
**winning [2]** 5/14
190/23
**wintertime [1]**
198/8
**wires [1]** 38/11
**wish [1]** 248/10
**wishes [1]** 79/13
**within [3]** 109/13
209/17 245/11
**without [49]** 7/24
8/25 9/17 10/9 12/14
13/22 16/4 18/11
18/15 18/22 19/8 19/9
19/18 19/19 20/24
21/14 21/24 22/7 22/8
22/15 23/11 23/18
28/8 29/8 33/22 34/7
35/4 35/10 35/20 40/1
41/9 53/3 53/3 59/13
66/21 68/13 70/6 73/4
73/5 73/8 121/23
178/16 202/20 212/3
215/7 217/1 219/9
223/20 228/21
**witness [36]** 7/2
10/3 10/17 13/15
13/23 19/12 20/3
22/11 29/6 30/8 34/3
37/20 40/10 41/19
105/4 111/9 113/24
115/1 115/2 118/8
129/4 129/7 137/5
143/7 159/1 160/25
166/1 177/5 180/17
234/9 239/6 243/16
247/4 247/6 252/6
259/5
**witness' [2]** 169/21
214/10
**witnesses [3]** 3/3
127/6 127/17
**won [7]** 5/5 104/3
186/8 196/17 196/23
197/14 197/25
**won't [1]** 121/16
**wood [1]** 260/15

**word [2]** 86/1 128/5
**words [8]** 112/9
112/17 220/5 241/22
241/24 242/2 242/8
243/7
**work [73]** 8/25 9/17
10/9 12/14 13/22 16/4
18/15 18/22 19/8
19/18 20/20 21/14
21/19 21/24 22/7
22/15 23/10 23/18
28/8 29/8 33/22 34/7
35/4 35/14 35/20 40/1
41/8 49/18 63/7 63/8
68/13 70/6 70/17
70/20 73/4 73/5 73/7
76/11 78/9 79/22
79/24 87/24 88/2
92/11 92/15 93/24
94/2 94/4 94/9 94/14
96/3 96/15 96/18
96/23 96/24 107/19
127/11 127/12 133/10
134/2 142/1 145/24
161/11 197/21 208/11
210/22 212/3 212/22
213/5 234/22 246/3
246/6 246/7
**worked [10]** 80/5
131/16 131/17 133/2
170/9 170/11 177/12
179/13 227/19 239/9
**worker [2]** 12/21
188/16
**working [15]** 106/20
128/8 134/7 159/17
159/18 159/21 167/25
197/11 223/24 224/5
226/14 234/6 235/6
235/6 235/7
**workings [1]** 70/24
**workout [1]** 20/20
**works [6]** 69/16
69/18 114/18 151/23
153/13 153/13
**world [71]** 66/20 70/5
144/20 156/23 201/11
216/5 228/3
**worldwide [1]**
148/13
**would [101]** 11/18
12/20 16/10 26/13
27/3 27/9 36/25 44/10
44/15 46/11 46/19
48/20 63/8 66/22
68/23 69/1 71/9 73/4
74/1 74/3 74/5 89/8
90/19 90/19 90/21
90/23 91/3 91/17
100/23 103/13 103/16
107/9 109/15 112/9
114/13 116/7 116/10

117/4 126/17 126/19
126/25 127/14 127/17
131/3 131/8 133/17
133/17 133/20 133/23
135/10 138/18 140/4
142/6 142/13 151/7
151/8 152/9 152/9
152/10 152/13 152/14
153/4 153/12 153/12
157/21 162/5 163/25
168/8 168/17 169/2
169/5 169/7 172/5
174/5 175/8 177/2
185/7 185/25 186/6
190/7 192/1 204/12
209/1 209/1 211/16
212/11 212/15 212/19
212/20 212/23 213/19
221/2 228/15 240/24
243/9 254/24 255/5
261/9 261/13 263/18
263/19
**wouldn't [8]** 25/15
27/2 36/5 62/21 67/15
126/3 135/9 199/16
**wow [4]** 18/3 40/24
43/5 135/18
**wrapped [2]** 199/9
216/20
**wrapping [1]** 252/14
**wraps [1]** 199/6
**wrath [1]** 186/8
**wrists [1]** 140/4
**write [4]** 65/14
191/21 191/22 203/10
**writes [1]** 42/3
**writing [2]** 58/22
65/4
**written [4]** 42/13
42/15 59/16 100/2
**wrong [4]** 194/1
241/23 243/12 243/13
**wrote [2]** 142/18
196/25
**wrought [1]** 248/6
**Wynwood [5]** 77/7
148/4 148/8 148/11
202/14

**Y**

**yard [1]** 226/15
**yeah [11]** 30/18 37/3
37/21 38/14 74/2
93/11 97/4 146/11
163/14 167/12 213/4
**year [27]** 66/1 66/2
66/2 95/2 95/2 99/14
99/16 104/1 131/1
131/10 131/11 132/17
133/2 141/23 142/15
142/25 151/20 169/7
216/10 216/22 225/19

236/14 236/17 240/21
240/24 241/25 258/3
**years [23]** 6/5 13/2
28/15 52/22 53/5
78/17 78/18 132/7
132/8 132/17 146/9
146/12 149/5 154/8
157/7 158/1 158/16
201/11 208/13 208/23
213/2 220/24 221/2
**yellow [6]** 190/12
194/11 194/12 195/8
195/13 196/12
**Yep [2]** 168/5 196/14
**yes [308]**
**yesterday [10]** 5/25
5/25 43/7 86/19 93/24
95/16 97/21 98/2
123/6 123/10
**yet [9]** 18/19 82/1
115/1 115/3 116/5
119/17 128/9 178/17
180/17
**yo [3]** 178/7 181/21
181/22
**York [1]** 160/6
**you [1196]**
**You see [1]** 24/9
**you were [29]** 41/22
62/17 64/20 66/11
66/18 66/20 67/5
67/13 68/24 70/14
74/18 90/12 93/24
95/15 98/2 103/4
130/19 132/9 132/24
136/3 161/23 162/19
173/16 181/12 184/21
184/25 189/16 203/4
226/24
**you'd [2]** 47/5
194/25
**You'll [1]** 252/15
**you're [36]** 21/18
25/11 32/2 35/17 37/9
37/13 38/12 44/2
47/21 53/17 62/10
65/4 65/8 65/8 71/17
72/10 73/10 74/1
74/15 81/8 82/8 84/13
91/17 127/21 144/10
162/21 182/12 194/2
197/10 212/13 212/14
227/2 227/17 235/25
250/15 266/2
**you've [15]** 8/2
15/23 45/22 49/15
49/16 54/14 69/13
76/20 100/22 100/22
103/14 125/15 164/14
181/21 210/19
**young [3]** 136/3
243/2 247/24

**Y**

**younger [3]**  117/3
117/17 131/21
**your [410]**
**yourself [3]**  14/19
17/23 229/9
**yourselves [1]**  63/19
**youth [1]**  165/14

**Z**

**zoned [1]**  147/21
**zoning [2]**  49/25
147/19
**zoom [3]**  21/2 86/15
98/11