```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         (FORT LAUDERDALE)
                          CASE NO.  18-CV-24190
 3

 4   WILLIAM FULLER and
     MARTIN PINILLA, II,
 5          Plaintiffs,                 Fort Lauderdale, Florida
     vs.                                May 10, 2023
 6
     JOE CAROLLO,
 7          Defendant.
     --------------------------------------------------------
 8                        Trial Day 16
                 BEFORE THE HONORABLE RODNEY SMITH
 9                 UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                        Jeffrey W. Gutchess, Esq.,
                          Courtney Anne Caprio, Esq.,
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:   KRINZMAN, HUSS,
                          LUBETSKY, FELDMAN & HOTTE, by:
16                        Mason A. Pertnoy, Esq.,
                          169 E. Flagler Street, Suite 500
17                        Miami, Florida  33131

18                        KUEHNE DAVIS LAW, by:
                          Benedict P. Kuehne, Esq.
19                        100 S.E. 2nd Street, Suite 3105
                          Miami, Florida  33131
20
                          SHUTTS & BOWEN, by:
21                        Marc D. Sarnoff, Esq.
                          200 S. Biscayne Blvd., Suite 4100
22                        Miami, Florida  33131

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                            Thomas E. Scott, Esq.
 3                          Amber C. Dawson, Esq.
                            9150 South Dadeland Blvd., Suite 1400
 4                          Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**<u>INDEX</u>**

**PLAINTIFFS' WITNESSES<u>:</u>**

|  | <u>DIRECT</u> | <u>CROSS</u> | <u>REDIRECT</u> | <u>RECROSS</u> |
|---|---|---|---|---|
| WILLIAM FULLER | 13 | 210 | | |

| **<u>PLAINTIFFS' EXHIBITS</u>** | **<u>RECEIVED</u>** |
|---|---|
| 361 | 62 |
| 339 | 69 |
| 25 | 79 |
| 83 | 82 |
| 408 | 92 |
| 431 | 96 |
| 121A | 126 |
| 368 | 133 |
| 582 | 138 |
| 583 | 140 |
| 520 | 142 |
| 523 | 147 |
| 402 | 159 |
| 522 | 162 |
| 540 | 173 |
| 184 | 176 |
| 528 - 531 | 179 |
| 524, 525, 526 | 184 |
| 400 | 189 |
| 702 | 214 |

1        <u>**WEDNESDAY MORNING SESSION, MAY 10, 2023**</u>

2              <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                    - - -

4        (Call to the Order of the Court.)

5        THE COURT:  Good morning, everyone.  You may be

6    seated.

7        THE COURTROOM DEPUTY:  Fuller, et al. versus Carollo.

8    Case number is 18-CV-24190, Smith.  Counsel, please state your

9    appearances for the record.

10       MS. CAPRIO:  Yes, good morning.  Courtney Caprio,

11   Jeff Gutchess, Amanda Suarez, of AXS Law on behalf of

12   plaintiffs.

13       THE COURT:  Good morning.

14       MR. PERTNOY:  Good morning.  Mason Pertnoy, Leah

15   Gardner, Amber Dawson, Marc Sarnoff, and Ben Kuehne on behalf

16   of Commissioner Joe Carollo.

17       THE COURT:  Good morning.  Ready?

18       MR. GUTCHESS:  Your Honor, may we address one issue?

19       THE COURT:  Sure.

20       MR. GUTCHESS:  Briefly, it's a follow-up to our

21   sidebar yesterday on the issue of damages.  You'll recall that

22   we had a chart that we agreed not to introduce and that chart

23   concerned the time that the plaintiffs had spent responding to

24   the targeting that they were not able to spend time making

25   money, and that's the chart that I withdrew, right?

```
 1              So I think that the defendant's counsel has been going

 2   overboard since then making these objections based upon

 3   something about economic damages which we haven't asked

 4   anything about.

 5              So I just want to clarify, going back to the Court's

 6   order on the motion to dismiss that Judge Louis did an R & R

 7   and then it was appealed to yourself, and then you wrote a

 8   separate order affirming Judge Louis, and this issue was raised

 9   in the context of standing.

10              They were saying we didn't have standing to allege all

11   of these actions against these corporate entities, and the

12   Court held that we did, that this was part and parcel of the

13   alleged targeting.  And that we were well within our rights to

14   plead and to prove the targeting against these non-parties and

15   the impact it had on these non-parties through to Mr. Fuller

16   and Mr. Pinilla which is what we have been proving throughout.

17              And so what we'd ask is that we continue to have that

18   testimony come in without these objections, you know,

19   objection, economic damages because that was never withdrawn,

20   it was never waived, it's never been addressed.

21         All we're doing is addressing the impact that it's had,

22   that this targeting has had.  So I'd like to clarify that

23   before the jury comes in.

24              THE COURT:  Response?

25              MR. PERTNOY:  First off, I'm not very clear in
```

1   understanding what Mr. Gutchess is saying because he got up

2   here the other day and said they are not seeking economic

3   damages, but solely seeking emotional distress and

4   reputational, noneconomic damages.

5          And with respect to our objections, as we stated on

6   sidebar, we have been careful to point out in our objections

7   when we believe that the question goes beyond that with respect

8   to monetary economic damages.  And as Your Honor pointed out on

9   sidebar, most of our objections have been in line with that.

10         If there is an issue with respect to the objections

11  and their concern as to how we're making the objections, we

12  will work to make the proper objection.

13         If they feel that our objection inches over the line,

14  we can go to a sidebar and address it there but we have the

15  right to protect the record, and we also have the right to make

16  sure that they are not trying to backdoor in economic damages

17  in the guise of noneconomic damages.

18         And so we just need to be careful when certain

19  testimony and questions are being asked that when we make our

20  objections, we'll do so as to scope.  And if there's a need for

21  clarification, we will certainly be able to raise it with the

22  Court to a sidebar but this seems to be consistent with what we

23  discussed on sidebar yesterday.  And I believe they're

24  confirming again here today that their damages that they're

25  seeking are noneconomic, emotional distress, reputation

```
 1    damages, and we will continue to make our objections and
 2    preserve our record to make sure that if they're going beyond
 3    that, that the record reflects that.
 4            And if there's need for clarity on an objection, we
 5    certainly have the ability to go sidebar to deal with that
 6    issue.  But that seems to be consistent with what we all
 7    discussed yesterday, Your Honor.
 8            THE COURT:  All right.  Look, you can make your
 9    objection.  Also, again, this case is not based on economic
10    damages as it was established so I don't understand what the
11    plaintiff is seeking.
12            MR. GUTCHESS:  Your Honor, there's an ambiguity here,
13    right?  So the reputational damages can be somewhat nebulous.
14    So my reputation dropped in the community, they can testify to
15    that, and the jury can place a value on that, but reputational
16    damages also can include these type of economic damages where
17    people will not do business with you, right?
18            And so to the extent that Mr. Malone came in and said
19    I can't do business with Mr. Fuller under any corporate entity
20    no matter what corporation he uses, I can't do it with
21    Mr. Fuller, that's economic damage, right, and --
22            THE COURT:  Has that been established?
23            MR. GUTCHESS:  Pardon?
24            THE COURT:  Has that been established?
25            MR. GUTCHESS:  Yeah, Mr. Malone testified to that
```

1    himself as did the Sanguich place, Rosa Romero.

2            THE COURT:  You're not giving a particular amount as

3    to that.

4            MR. GUTCHESS:  Not yet, Your Honor, but we do have

5    those amounts, Your Honor.

6            MR. PERTNOY:  Your Honor --

7            MR. GUTCHESS:  What I'd propose is I have a case on

8    this --

9            THE COURT:  Give me --

10           MR. GUTCHESS:  -- at the next break, we'll give you

11   the case.

12           THE COURT:  Give me the authority that you intend to

13   rely on so I can review it.

14           MR. GUTCHESS:  Let me grab that at the next break.

15           THE COURT:  Until such time -- until I have received

16   the case law and reviewed it, we're not going to address that

17   issue on direct examination.

18           MR. GUTCHESS:  It's not going to come up until later

19   in the testimony.

20           THE COURT:  I just want to see the case law.

21           MR. PERTNOY:  May I just respond briefly to what

22   Mr. Gutchess said just so the record is clear?

23           THE COURT:  Sure.

24           MR. PERTNOY:  This is -- again, they're seeking

25   noneconomic, reputational harm damages, and emotional distress

```
1   damages, and now they're going to try to blur those lines
2   inappropriately.  And it's very clear that in their noneconomic
3   damages Rule 26 disclosure, that each plaintiff had claimed a
4   certain number without providing a breakdown or a computation.
5           The case law that was provided to the Court the other
6   day makes it very clear that when you're dealing with
7   noneconomic damages, that emotional distress and reputational
8   harm, that if there's not a breakdown of that computation, then
9   it would be inappropriate to allow them to offer a number to
10  the jury.  And as such, we believe that --
11          THE COURT:  If I may, Mr. Pertnoy, with all due
12  respect, we already addressed this issue.
13          MR. PERTNOY:  Understood.
14          THE COURT:  They have withdrawn that issue.  The
15  chart is not coming in.  You're arguing something that has been
16  already decided by the Court.  As you know, when I came back, I
17  had questions regarding this particular chart and the plaintiff
18  agreed it should not come in.
19          MR. PERTNOY:  Very well, Your Honor.
20          THE COURT:  I need to address some other issues
21  sidebar with the counsel, as well, before we proceed with the
22  jurors.  And, again, you can provide me the case law.  Make
23  sure you give it to counsel first immediately so I can look at
24  that, okay?
25          MR. GUTCHESS:  May I?  I want to clarify one thing.
```

```
 1   I can do it at sidebar.
 2                          (At the bench.)
 3            THE COURT:  With respect to one of the jurors,
 4   Christy Ranzile, she's not able to join us anymore.  Her job
 5   has been laying off multiple people from her department.
 6            I sent a letter to her office, to her HR, to see if
 7   she can stay longer.  She's exhausted all of her paid time, and
 8   just decided to be here for you guys to bring this case
 9   forward.  So with all due respect, she can't serve.  She's
10   hoping to keep her job. They've laid off multiple people in her
11   department.  I have seen the letter.  They can't do anything.
12   She had to use all her paid time she had.  Hopefully, we can
13   move this case along.
14            We also have another juror who's going to be going on
15   vacation, as I already discussed, I think on the 15th and
16   others.
17            Be that as it may, that's what we have here now.  We
18   need to move things along with respect to this case and I know
19   there was an issue about tomorrow.  I cannot close this court.
20            MR. PERTNOY:  We're prepared to move forward
21   tomorrow.
22            MR. KUEHNE:  We've informed the city manager and
23   that's probably what's going to happen.
24            THE COURT:  When you have a juror that is laid off,
25   they're taking their time to be here.  What you don't even know
```

1   is this Court allocated $700 a week to transport these jurors

2   to Miami.  You guys have not contributed one dime to it.  From

3   Fort Lauderdale, it costs $700 a week to do so.

4        MR. PERTNOY:  Understood, Your Honor.  Your Honor,

5   just to be clear, the juror who is no longer with us, what

6   juror number was that?

7        THE COURT:  Number 8, I believe.  Her name is Christy

8   Ranzile, R-A-N-Z-I-L-E.

9        MR. PERTNOY:  And the juror who has a vacation issue

10  on the 15th, which juror number?

11       THE COURT:  Juror 5, Armando Bermudez.  We gave him

12  the date and time -- let me finish, sir, don't cut me off -- we

13  gave him a date and time when it was going to be done.

14       This case has been going longer than expected.

15  Obviously, we have multiple objections, things have been

16  delayed.  We need to move this case along.  These people are

17  giving their valuable time.

18       The Court allocated resources to move it forward as

19  well.  That's why I say, I went to Miami, I said, look, what

20  can be done?  They didn't want to pay for anything.  All the

21  vans in this building were under water.  Every single vehicle

22  was flooded in this garage.

23       The only thing we had to do was to give court

24  resources of $700 a week to a private vendor in order to move

25  this case along so you don't waste your time with this Court in

```
 1  this case, all right?

 2           MR. GUTCHESS:  Thank you, sir.

 3           MR. PERTNOY:  Thank you, Your Honor.

 4           MR. GUTCHESS:  We can address it later.  I was going

 5  to specify that we did detail the Matt Malone and the other

 6  damages separately in the initial disclosures.  When the issue

 7  arises, we'll address it all at one point.

 8           THE COURT:  Anyway, send that case law immediately

 9  that you intend to rely on that.  Again, that chart is not

10  coming in, sir.

11           MR. GUTCHESS:  I withdrew the chart.  I'm not putting

12  it in.  Totally different.

13           MR. KUEHNE:  Just one announcement.  As I was coming

14  in this morning at 8:25, two jurors were ahead of me, and I

15  have my boxes, and one of the jurors held the door open.  I

16  said, no, thank you, and left them to go up so I did have that

17  basic dialogue.  I think it was just a courtesy.  I didn't even

18  pay attention to it.  I don't think they did either.

19           THE COURT:  All right.  Thank you.

20           MR. GUTCHESS:  Thank you.

21           MR. PERTNOY:  Thank you, Your Honor.

22           THE COURT:  You're welcome.

23                     (In open court.)

24           THE COURT:  We can bring the jurors in, Rita, please.

25           (Thereupon, the jury entered the courtroom.)
```

 1          THE COURT:  All right.  The members of the jury are

 2   all present and accounted for.  You may be seated, everyone.

 3          Good morning, ladies and gentlemen of the jury.  How's

 4   everyone?

 5          A JUROR:  Good, and you?

 6          THE COURT:  All right.  With that said, you may

 7   continue.

 8          MS. CAPRIO:  Thank you.

 9                    -  -  -  -  -

10   **CONTINUED DIRECT EXAMINATION OF WILLIAM FULLER**

11   **BY MS. CAPRIO:**

12   Q.   Good morning, Mr. Fuller.  How are you?

13   A.   Good morning.

14          MS. CAPRIO:  Could we please call up where we left

15   off yesterday, I believe we were on Plaintiffs' Exhibit 344?

16   If we can please call that up and publish to the jury.  Okay.

17   **BY MS. CAPRIO:**

18   Q.   And, Mr. Fuller, I believe yesterday, if you can just

19   briefly explain this photograph so we can get back into our

20   line of questioning for the jury.

21   A.   This is a photograph that captured Mr. Carollo in front of

22   the parking garage that was utilized to replace the parking lot

23   that had been revoked, the use had been revoked from the night

24   before.

25   Q.   And were you present when that photograph was taken?

```
 1   A.    Yes.   I was driving the vehicle and the photograph was
 2   taken by the photographer of the Ball & Chain.
 3   Q.    Okay.   And did that photograph -- was that incident the
 4   night after the Alain Garcia encounter with Mr. Carollo?
 5   A.    Yes, correct.
 6   Q.    Okay.   What time was that photograph taken approximately?
 7   A.    About 11:30 at night.
 8   Q.    Okay.   And have you ever seen a Miami city commissioner
 9   that late at night, like after midnight, around midnight, near
10   any one of your other properties?
11              MR. KUEHNE:   Objection.   Relevance, foundation.
12              THE COURT:   Overruled.
13              THE WITNESS:   No, I have not.
14   BY MS. CAPRIO:
15   Q.    Okay.   And what is the address of this parking garage?
16   A.    300 SW 12th Avenue.
17   Q.    Were there any incidents -- do you have any personal
18   knowledge of any incidents of targeting of that parking garage
19   by defendant Carollo?
20              MR. KUEHNE:   Objection.   Form.   Foundation.
21              THE COURT:   Overruled.
22              THE WITNESS:   Yes.   After Mr. Carollo was aware this
23   was our parking lot, the parking structure was --
24              MR. KUEHNE:   Objection, scope of knowledge, what
25   Mr. Carollo was aware of.
```

```
 1                    THE COURT:  Overruled.

 2                    THE WITNESS:  The parking structure was --

 3                    THE COURT:  If you know.

 4                    THE WITNESS:  -- was targeted.  It has been the

 5      subject of demolition from the City of Miami.  It has been a

 6      constant attack on this parking garage.

 7      BY MS. CAPRIO:

 8      Q.   Okay.  And in addition to the targeting -- by the way,

 9      what was this parking garage used for again?

10      A.   This was an ancillary parking lot to a shopping center

11      that our companies own on 12th Avenue.

12      Q.   Okay.  Was it used at all for the Ball & Chain?

13      A.   For this evening, it was.

14      Q.   Okay.  That was after Mr. Garcia had been shut down,

15      correct?

16      A.   It was a temporary solution based on what Art Noriega told

17      me we had to do.

18                    MR. KUEHNE:  Objection.

19                    THE COURT:  Grounds?

20                    MR. KUEHNE:  Hearsay.  Art Noriega.

21                    THE COURT:  Sustained.

22      BY MS. CAPRIO:

23      Q.   Did you understand that you needed to have a different

24      parking for Ball & Chain valet after Alain Garcia's lot was

25      shut down by Commissioner Carollo?
```

```
 1   A.    Yes, that's correct.
 2   Q.    This was the temporary solution?
 3   A.    That was the solution.
 4   Q.    And, Mr. Fuller, do you recall any other targeting
 5   incidents by defendant Carollo in connection with your valet
 6   parking at the Ball & Chain?  I can help refresh your
 7   recollection.
 8   A.    Well, once -- once this happened, Mr. Alain Garcia was
 9   subject to over 35 inspections the month after, including an --
10             MR. KUEHNE:  Objection.
11             THE COURT:  Grounds?
12             MR. KUEHNE:  Foundation.  Scope of knowledge, based
13   on hearsay.
14             THE COURT:  Overruled.
15             THE WITNESS:  He was subject to over 35 inspections
16   within a month after this.  And also an audit that was
17   conducted on the parking services of the City of Miami which
18   was a direct target from Joe Carollo.
19             MR. KUEHNE:  Objection.  Conclusion.  Foundation.
20             THE COURT:  Overruled.
21   BY MS. CAPRIO:
22   Q.    And let's talk about the audit of Mr. Alain Garcia.  What
23   is your personal knowledge about that audit that was conducted
24   by the City of Miami of Mr. Alain Garcia's valet operations at
25   Ball & Chain?
```

```
 1    A.    The audit was a smokescreen --
 2              MR. KUEHNE:  Objection.
 3              THE WITNESS:  -- where 13 properties were identified.
 4              MR. KUEHNE:  Objection.  States facts not in
 5    evidence.  Presumption and speculation.
 6              THE COURT:  All right.  Sustained.
 7    BY MS. CAPRIO:
 8    Q.    Could you please describe in different words the audit
 9    that occurred on Mr. Alain Garcia's valet operation at the Ball
10    & Chain?
11    A.    And audit was done on all the parking lots or valet
12    services on Calle Ocho which would seem to be a fair approach,
13    right?  We need to inspect all of the valet lots on Calle Ocho.
14    It seems fair.  Except that the only two parking lots or valet
15    lots that were ever cited were the ones directly affiliated
16    with me.
17    Q.    Okay.  And apart from those 35 incidents of inspections of
18    Alain Garcia's Ball & Chain valet within one month, do you
19    recall any additional targeting incidents of the Ball & Chain
20    valet?
21    A.    Well, when we talk about 35 visits, we talk about absolute
22    disruption to the business.  Okay.  Mr. Alain Garcia explained
23    that the valet is the corazon of the Ball & Chain --
24              MR. KUEHNE:  Objection.
25              THE COURT:  Wait, what's the objection?
```

```
 1              MR. KUEHNE:  Hearsay.  Alain Garcia.

 2              THE COURT:  Sustained.

 3   BY MS. CAPRIO:

 4   Q.   What is your understanding of the disruption that was

 5   caused by the 35 inspections ordered by defendant Carollo of

 6   Alain Garcia's Ball & Chain valet?

 7              MR. KUEHNE:  Objection.  Foundation based on hearsay.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  Ball & Chain doesn't have any parking

10   so it's beholden to its valet service.  It's the nucleus of the

11   business, the corazon, let's call it, and by investigating in

12   front of our guests, by coming with vehicles and disrupting the

13   service, you're attacking the ability to operate freely during

14   this time period.  And it was extremely disruptive to the Ball

15   & Chain, to the guests, and extremely painful to Mr. Alain

16   Garcia.

17   Q.   And also, when you -- when Mr. Garcia was repeatedly

18   targeted 35 times in one month at the Ball & Chain valet by

19   Commissioner Carollo, how did that make you feel?

20   A.   Helpless.  Without -- it was devastating to us.  It was,

21   again, pointed at us and now impacting our vendors, our

22   relationships.  It was extremely difficult.

23   Q.   Okay.  And were you made aware of each incident of

24   targeting of Mr. Alain Garcia those 35 times during that one

25   month?
```

```
 1   A.    As quickly as we could.  It was fast and furious.

 2   Q.    And so when you were notified of those 35 different

 3   disruptions, were they occurring at night?

 4   A.    Yes, right in the moment.  They weren't happening when the

 5   valet -- they weren't calling Alain and saying, hey, let's

 6   study this in the middle of the day.  It was right at the

 7   maximum point of impact.  It was for acute and surgical

 8   destruction of that valet business.

 9   Q.    Okay.  And when is the Ball & Chain's business the most

10   active in connection with its restaurant and music offerings?

11   A.    At night, between the hours of 9:00 p.m. and 11:00 p.m.

12   Q.    And to your recollection, what time did those 35 instances

13   of inspections of Alain Garcia's Ball & Chain valet during that

14   one month period occur?

15             MR. KUEHNE:  Objection.

16             THE WITNESS:  Between 9:00 p.m. and 11:00 p.m.

17             MR. KUEHNE:  Lack of personal knowledge.

18             THE COURT:  Overruled.

19   BY MS. CAPRIO:

20   Q.    What was the answer?

21   A.    Between 9:00 p.m. and 11:00 p.m. at the moment that it was

22   most impactful.

23   Q.    The peak hours of Ball & Chain?

24   A.    Yes.

25   Q.    And what would happen during those inspections?  Could you
```

1   just please describe to the jury?  Visually when you would get

2   there, what did that look like?

3   A.   They would immediately take -- basically take over the

4   actual valet stands.  So they would open up with authority the

5   valet box, which is a podium similar to this podium here.  They

6   would open it up, they would do an examination of the keys.

7   They would want all the paperwork, they would start sifting

8   through it very authoritarian, and, you know, basically it's

9   paralysis to the valet stand at that moment.

10  Q.   Okay.  And were these people in uniforms?

11  A.   No, they were not in uniforms.

12  Q.   So they would just come in and --

13  A.   They --

14  Q.   -- take over?

15  A.   They provided letters of authority and nobody had ever

16  seen this type of operation before.  And they came in and they

17  insisted that they had the right to do so.

18  Q.   And were you ever made aware that -- or do you have any

19  personal knowledge that Joe Carollo, himself, actually made a

20  complaint about the Ball & Chain valet?

21  A.   Joe Carollo is why we got the inspections and the audit at

22  the Ball & Chain valet.

23       MR. KUEHNE:  Objection.  Non-responsive.  Lack of

24  personal knowledge.  Speculation.

25       THE COURT:  Sustained.

1    **BY MS. CAPRIO:**

2    Q.    Could I refresh your recollection with a document?  Would

3    that help you understand or recollect whether Joe Carollo,

4    himself, was responsible for making a complaint about the Ball

5    & Chain valet?

6    A.    Please.

7           MR. KUEHNE:  Objection.  Improper examination.  The

8    witness has not testified to any absence of recollection.

9           THE COURT:  Overruled.

10          MS. CAPRIO:  May I approach, Your Honor?

11          MR. KUEHNE:  Your Honor, could I see what is being

12   presented?

13          THE COURT:  Before you show anything to the witness,

14   make sure you show it to opposing counsel first.

15          MS. CAPRIO:  Yes, Your Honor.  I apologize.

16          MR. KUEHNE:  Your Honor, they're now bringing

17   something else out which we object to as well that we've never

18   seen before.

19          THE COURT:  It's not being introduced into evidence.

20          MS. CAPRIO:  It's a demonstrative.

21          MR. GUTCHESS:  This was cleared before the trial,

22   Your Honor.  They agreed to the timeline.

23          MR. PERTNOY:  That is not the case.  In fact, I sent

24   an email redlining --

25          THE COURT:  Look, let's not have any speaking

1    objections.  You can show him whatever you want to show the

2    witness to refresh his recollection, but it's not being

3    introduced or shown to this jury.  All right?

4              MR. SARNOFF:  You are showing the jury.

5              MR. KUEHNE:  If we can make certain that documents

6    that are not in evidence are not placed in the way that jurors

7    can see them.

8              THE COURT:  All right.  There's nothing being placed.

9              MS. CAPRIO:  May I approach again, Your Honor?

10             THE COURT:  You may.

11   **BY MS. CAPRIO:**

12   Q.  First of all, could you examine the September 15, 2018

13   entry?  Mr. Fuller, does this document refresh your

14   recollection as to complaints that were directly lodged by Joe

15   Carollo against the Ball & Chain valet?

16   A.  Yes, it does.

17   Q.  Okay.  And do you have personal knowledge about this

18   complaint?

19   A.  Yes.

20   Q.  Could you please describe to the jury what type of

21   complaint that Joe Carollo made directly in connection with

22   your Ball & Chain valet on September 15, 2018?

23   A.  This was -- these were sent by Joe Carollo to the manager,

24   explaining that there was illegal parking happening at the Ball

25   & Chain.

```
 1            MR. KUEHNE:  Objection.  Lack of foundation, the

 2   texts sent to the manager.

 3            THE COURT:  Overruled.
```

**BY MS. CAPRIO:**

```
 5   Q.   Which manager is that?

 6   A.   This is the city manager.

 7   Q.   Emilio Gonzalez?

 8   A.   This is -- yes, that's correct.

 9   Q.   And do you have personal knowledge of what happened after

10   that text message Joe Carollo sent to Emilio Gonzalez regarding

11   his individual noise complaint about the Ball & Chain valet?

12   A.   I don't recall at this time.

13   Q.   Okay.  If you can refer to the September 15, 2018.  Does

14   that refresh your recollection, sir?

15   A.   Yes.

16   Q.   Okay.  And did you have personal knowledge about what

17   happened in response to Carollo's direct report of a noise

18   violation?

19   A.   Well, the Ball & Chain was visited by multiple police

20   officers and Code Enforcement officers as a result.

21   Q.   And what time was that?

22   A.   Approximately 12:30.

23   Q.   Okay.  And were you notified of that, as well, Mr. Fuller?

24   A.   We have a protocol and a procedure where all visits are

25   notified on our chat lines.
```

1    Q.   And now do you recall after September 15, 2018, whether

2    defendant Carollo continued to target Ball & Chain's valet?

3    A.   The valet was always being targeted.  The lots were always

4    subject to his targets.

5    Q.   Okay.  And do you recall an incident where the Ball &

6    Chain manager identified defendant Carollo standing next to the

7    parking lot in front of some other residences in front of the

8    Ball & Chain valet?

9    A.   Yes.  I was there that evening.

10            MR. KUEHNE:  Objection, leading, Your Honor.

11            THE COURT:  Sustained.

12   **BY MS. CAPRIO:**

13   Q.   Were you ever personally present when Commissioner Carollo

14   targeted the Ball & Chain valet?

15   A.   I was not there when Mr. Carollo was there.  I was there

16   shortly thereafter, but I'm aware of the video because it was

17   circulated to me that evening.

18   Q.   And what is your understanding of what happened that

19   evening based on the fact that you went there right away and

20   saw the video?

21   A.   Mr. Carollo and Frank Pichel, a then sitting Code

22   Enforcement board member, and another gentleman were knocking

23   on the doors of the residences behind the Ball & Chain.  And

24   when approached by my staff, they -- you've seen the video.

25   They confronted each other where Mr. Carollo explains --

```
 1              MR. KUEHNE:  Objection.

 2              THE COURT:  Wait, there's an objection.

 3              MR. KUEHNE:  Now it's based on hearsay, what someone

 4    said.

 5              THE COURT:  Overruled.

 6              THE WITNESS:  Mr. Carollo explains that the lot that

 7    they're standing in is illegal.  And, in fact, the lot where

 8    they were standing is not illegal.  The lot that they were

 9    standing in had been legal for over 50 years.  It is next to a

10    residence, but it doesn't mean that it's not legal.  That's not

11    the law.  So oftentimes, what we see is Mr. Carollo saying it's

12    illegal.

13              MR. KUEHNE:  Objection, foundation, scope.

14    Testifying as to what the law says or means.

15              THE COURT:  Overruled.

16              THE WITNESS:  What we'll see is Mr. Carollo always

17    saying it's illegal, it's illegal, when, in fact, it's not

18    illegal.  It's like he's throwing spaghetti on the wall to see

19    what sticks.

20              MR. KUEHNE:  Objection.

21              THE COURT:  Overruled.

22              MS. CAPRIO:  If we can please call up DX 332?  This

23    is already in evidence and publish to the jury.

24                      (Video played.)

25
```

1   **BY MS. CAPRIO:**

2   Q.   Mr. Fuller, do you recognize this video?

3   A.   Yes, I was in the video.  I speak up.

4   Q.   Where is this?

5   A.   This is on the -- this is approaching 7th Street from the

6   8th Street side on a property that we own that's connected to

7   the ownership of the Ball & Chain.  It's our property.  And

8   it's the alley into the parking lot.

9        Like I said, that's been there for 50 years.  Absolutely

10  legal.  Never subject to any harassment ever whatsoever.

11               MR. KUEHNE:  Objection.

12               THE COURT:  Grounds?

13               MR. KUEHNE:  Foundation.

14               THE COURT:  Overruled.

15                         (Video played.)

16               THE WITNESS:  This video, if I may --

17               MS. CAPRIO:  Yep, describe it.

18               MR. KUEHNE:  No question pending, Your Honor.

19  **BY MS. CAPRIO:**

20  Q.   Please describe the video.

21  A.   If you go back a little bit, ten seconds, please.  And for

22  ten seconds more?  Back.  Back.  I'm sorry, back.  Keep going

23  back.  Okay.  There we go.  Pause.

24       The gentleman with the white shirt there, this came to our

25  attention, this was Frank Pichel.  Frank Pichel was the sitting

1  Code Enforcement Board member.

2          MR. KUEHNE:  Objection.

3  **BY MS. CAPRIO:**

4  Q.   Who was Frank Pichel?

5          THE COURT:  Wait, what's the objection?

6          MR. KUEHNE:  Foundation.

7          THE COURT:  Overruled.

8          THE WITNESS:  Frank Pichel was an active board member

9  of the City of Miami meeting with the commissioner on our

10 property at 9:30 at night.  An active board member that can

11 actually take decisions that inflict punishment on our

12 properties through penalties and fines and violations.

13 **BY MS. CAPRIO:**

14 Q.   Which board?

15 A.   The Code Enforcement Board of the City of Miami.  And as

16 this video proceeds, Mr. Frank Pichel quickly leaves the

17 property knowing that he's been caught in a very nefarious

18 situation.

19         MR. KUEHNE:  Objection.  Speculation, foundation.

20 What Frank Pichel knows.

21         THE COURT:  Overruled.

22         THE WITNESS:  Please watch as he exits the video very

23 quickly not to be seen with Mr. Carollo.

24         THE COURT:  Wait, I'm going to allow the defendant to

25 have a continuing standing objection moving forward.

1              You may ask your question.

2    **BY MS. CAPRIO:**

3    Q.   Let's just go ahead and finish the video.

4                    (Video played.)

5    A.   There he is hiding behind the tree.

6    Q.   Feel free to describe this as we can continue.

7    A.   Yes.

8                    (Video played.)

9    A.   So here's Mr. Carollo, because he's the law, explaining

10   that this is not commercial property.  This is him explaining

11   to us the code as if he's the law.

12                   (Video played.)

13   A.   Again, him explaining the code as if he's the law.

14           MR. KUEHNE:  Objection, Your Honor.

15           THE WITNESS:  To be clear, this parking lot remains

16   active today.

17           THE COURT:  You have a standing objection,

18   Mr. Kuehne.

19           MR. KUEHNE:  Yes, Judge. Now he's interpreting what

20   Mr. Carollo's saying.

21           THE COURT:  Don't interpret other than what is said,

22   what he said, sir, okay?

23                   (Video played.)

24   A.   This is him intimidating my manager by saying what we're

25   doing is illegal, somehow putting my manager in fear of that we

```
 1   are now conducting illegal business.
 2                    (Video played.)
 3        THE WITNESS:  There it is.  Once Mr. Carollo is the
 4   law, explaining that it's illegal and as I repeat, to this day
 5   that parking lot remains in use and was never found in
 6   violation by the City of Miami Code.
 7        MR. KUEHNE:  Objection.
 8        THE COURT:  What's the objection?  Yes, sir.
 9        MR. KUEHNE:  He's not even commenting on the video.
10   He's talking when there's no question pending.
11        THE COURT:  The objection is overruled.  Have a seat,
12   Mr. Kuehne.  I gave you a standing objection for these purposes
13   only for this video, okay?
14                    (Video played.)
15        THE WITNESS:  This is what caused Ball & Chain to
16   film any interaction.  Once we started being harassed, it was
17   policy at all of our businesses, regardless when anybody -- it
18   was not meant to be disrespectful, it was meant to be very
19   transparent for the purposes of one day like today being able
20   to share them with you so that you can see the type of
21   harassment that we were experiencing.  So this was protocol for
22   us to take videos.
23                    (Video played.)
24        THE WITNESS:  As you can see, Mr. Frank Pichel is
25   nowhere to be found anymore.
```

BY MS. CAPRIO:

Q.   Just to be clear, so was that parking lot ever cited to be illegal?

A.   I do believe that it was cited, and then it was realized very quickly that there was nothing illegal about the parking on that property.

Q.   And does that parking lot remain open and used as a parking lot to this day?

A.   It does.

Q.   Okay.  And when you came to the scene that evening of October 2, 2018, did you observe the manager of Ball & Chain after his interaction with Joe Carollo?

A.   I did.

Q.   What were your observations?

A.   The management, again, was very concerned about the constant barrage of visitations that we were receiving.  This time, even more alarming to find Joe Carollo himself because, again, those that he was sending directly they had experience with.

     We had many videos showing them coming to the site, but it was a total shock to us to see a commissioner, especially being Joe Carollo, knowing that he had already been attacking us to be at that property that night and being caught like that.

     Because with the exception of the walk-along, every other time we've seen Joe Carollo, it's always at night.  It's

1   generally with a baseball cap and it's always covert.

2   Q.   And when you arrived at the scene of this incident that

3   night of October 2, 2018, did you leave your home?

4   A.   Yes, of course.  I had -- if I could make it quickly in

5   time to catch these events, I would go myself because my staff

6   in the beginning was not equipped to handle these types of

7   interactions.

8       In this case, Mr. Loren Abraham and his team I think did

9   an excellent job in responding to the commissioner and

10  soliciting the type of questions that I would later ask as to

11  why he was there.

12      This was important to us because as we would receive

13  visits, there was often like, oh, we got a complaint or our

14  manager sent us except that until state law passed recently,

15  all --

16          MR. KUEHNE:  Objection.

17          THE COURT:  Sustained.

18  **BY MS. CAPRIO:**

19  Q.   Okay.  So then when you -- I would like to focus on these

20  incidents and how they disrupted your life.  So for all of

21  these valet incidents that we just talked about, 35 in one

22  month, these other ones where Commissioner Carollo is stalking

23  the valet and you arrive, just describe to the jury for each of

24  those times, what happened in your life when that would occur?

25  Just take us through it.

1    A.   Imagine after working long days, getting home, whatever

2    you're doing, being with your children, with your family, doing

3    chores or work that you have to do at the home, and then

4    getting a call like this, an emergency call.  It elevates you.

5         It -- you become frightened, scared that what's happening?

6    Again, when is the next shoe going to drop?  What are they

7    actually doing to us?  How could the commissioner be so bold to

8    show up at the property at night like this?

9         Okay.  It's not just the attacks.  But so it's anxiety.

10   It's a constant fear of destruction that's coming your way.

11   And it's overwhelming.  Extremely overwhelming.

12   Q.   And in 2018, how old were your children?

13   A.   In 2018, Stella was four and Maxwell was two, and I had a

14   newborn.

15   Q.   A newborn?

16   A.   Yes.

17   Q.   And how did that -- how did your traveling and going to

18   each of these incidents caused by Commissioner Carollo, how did

19   that disrupt your relationship with your children, just in

20   connection with the valet?  Let's just focus on the valet here

21   when you have to go and help Mr. Garcia.

22   A.   It's time.  It's time that you can never ever replace.

23   You can never go back to those years.

24   Q.   Okay.  Thank you, Mr. Fuller.

25        Now, I'd like to shift gears and focus on an exhibit that

```
 1   Mr. Carollo testified about and ask you about some of the

 2   addresses on that exhibit.

 3              MS. CAPRIO:  If you can please call up Plaintiffs'

 4   Exhibit 35.  If we can just enlarge the addresses at the bottom

 5   of the exhibit that are highlighted.

 6   BY MS. CAPRIO:

 7   Q.   Mr. Fuller, are you familiar with this document?

 8   A.   Yes.

 9   Q.   And what is your understanding of this document?

10   A.   This is not related to the valet.

11   Q.   Yeah, we're shifting gears from the valet.

12   A.   Okay.

13   Q.   Unless there's anything else, is there anything else about

14   the valet that we haven't --

15   A.   The audit of the valet.

16   Q.   Oh, yes.  Thank you.  Please, for the jury, could you

17   please -- was there ever audit conducted of Alain Garcia's

18   valet?

19              MR. KUEHNE:  Objection, Judge.  Asked and answered.

20              THE COURT:  Sustained.

21              THE WITNESS:  Yes, the --

22              THE COURT:  It was sustained.

23              THE WITNESS:  I'm sorry.

24              THE COURT:  Next question, counsel.

25
```

1   **BY MS. CAPRIO:**

2   Q.   Is there anything else that we haven't mentioned about the

3   valet that you would like to discuss, Mr. Fuller?

4         MR. KUEHNE:  Objection.  I'm not sure if that's

5   leading, but it's certainly not a question being posed.

6         THE COURT:  Overruled.  You can answer.

7         THE WITNESS:  I think it would be important to review

8   the audit of the valet.  The document that's already an

9   exhibit.

10        MR. KUEHNE:  Objection.  The witness is now

11   instructing the lawyer.

12        THE COURT:  Overruled.

13        MS. CAPRIO:  It's already been admitted into

14   evidence.  May I approach, Your Honor?

15        THE COURT:  Sure.

16        MS. CAPRIO:  We may be using this again.  Can we

17   please call up Plaintiffs' Exhibit 448?  It's already been

18   admitted into evidence.

19   **BY MS. CAPRIO:**

20   Q.   Okay.  And, Mr. Fuller, are you familiar with this

21   document?  And, again, we're back with the valet and Alain

22   Garcia.

23   A.   Yes.

24   Q.   And what is your understanding of this document, sir?

25   A.   Well, this is the audit that was provided to Alain Garcia

1    where he was cited for the violation.

2    Q.   Okay.  If we can kind of condense the document.

3    A.   There's an accompanying email to this that shows the 13

4    locations that were being cited.

5    Q.   Okay.  And this audit, this was a financial audit?

6    A.   Yes.  This was a financial audit as a result of the

7    inspection that was created on that date.

8    Q.   Okay.  And, Mr. Fuller, before March 12, 2018, had any of

9    your valets ever been audited?

10   A.   Never.

11   Q.   Are you aware of any other audit that's ever been

12   conducted by the City of Miami of a valet operation?

13   A.   Not to that date, no.

14          MR. KUEHNE:  Objection.  Foundation, speculation

15   based on hearsay.

16          THE COURT:  Overruled.

17          THE WITNESS:  Not to that date.  Not to that on Calle

18   Ocho.

19   **BY MS. CAPRIO:**

20   Q.   And why do you think that Alain Garcia was audited by the

21   City of Miami?

22          MR. KUEHNE:  Objection.  Speculation.  Foundation.

23          THE COURT:  Sustained.

24   **BY MS. CAPRIO:**

25   Q.   Do you have any personal knowledge as to why Mr. Garcia

1  was audited by the City of Miami?

2  A.   This was Joe Carollo --

3          MR. KUEHNE:  Objection.

4          THE COURT:  Overruled.

5          THE WITNESS:  The audit was conducted on 13 locations

6  and the only two locations in the entire audit that were found

7  to have any violation was Ball & Chain and Side Bar which

8  Mr. Carollo explained that he knew that Side Bar was related to

9  us.

10 **BY MS. CAPRIO:**

11 Q.   How is Side Bar related to you, Mr. Fuller?

12 A.   Mr. Pinilla and I have or had -- this is, you know, no

13 longer exists, but had a direct investment in this business.

14     And so Mr. Alain Garcia also operated other valets on

15 Calle Ocho that was part of that audit, and they were not

16 cited.  So he was only cited for wrongdoing at the Ball & Chain

17 and only the Side Bar was the only other example of the 13.

18 Q.   Okay.  Thank you, Mr. Fuller.

19     And that was where Mr. Alain Garcia had to pay $11,281 in

20 connection with that audit?

21 A.   And he paid it --

22 Q.   Yeah.

23 A.   -- even though there was no wrongdoing.

24         MR. KUEHNE:  Objection.  Speculation.

25         THE COURT:  Sustained.

**BY MS. CAPRIO:**

Q.   Okay.  Now we're going to shift gears and move on from the Ball & Chain valet, and I'd like to show you Plaintiffs' Exhibit 35 which Mr. Carollo discussed on his examination. Okay.

     Mr. Fuller, are you familiar with this document?

A.   Yes, I recall this document.

Q.   And could you please explain to the jury what your understanding of this document is?

A.   This is a document that Daniel Sierra wrote, an internal email that was written to his superiors explaining the ride-along, a ride event that happened with Mr. Joe Carollo.

     Mr. sierra was not the inspector assigned to Little Havana.  This inspection was requested on a Saturday. Mr. Sierra came out of his normal area, which was Coconut Grove --

          MR. KUEHNE:  Objection.  Foundation based on non-personal information.

          THE COURT:  Sustained.

**BY MS. CAPRIO:**

Q.   Do you have personal knowledge about the ride-along incident, Mr. Fuller?

A.   I do.

Q.   Could you explain your personal knowledge for the jury and His Honor or --

```
 1   A.   I spoke to the individuals including Daniel Sierra related
 2   to this matter, and --
 3              MR. KUEHNE:  Objection.
 4              THE WITNESS:  And Mr. Orlando Diez.
 5              THE COURT:  What's the objection?
 6              MR. KUEHNE:  That he learned from speaking to people.
 7   Hearsay.
 8              THE COURT:  He didn't say he learned from speaking.
 9   The objection is overruled.
10              THE WITNESS:  And we -- and this was done as a form
11   for Mr. Uriarte because it was extremely uncomfortable for
12   him --
13              MR. KUEHNE:  Objection.
14              THE COURT:  Wait, what's the objection?
15              MR. KUEHNE:  Hearsay.  How he knows the
16   uncomfortableness of Mr. Uriarte.  Uriarte is not a witness.
17              MS. CAPRIO:  It's not offered for the truth.
18              THE COURT:  Overruled.
19              THE WITNESS:  This was done as a CYA to his superior,
20   because how extremely unusual it was that a commissioner on a
21   Saturday had asked him to do a ride-along.
22   BY MS. CAPRIO:
23   Q.   Let's go back a little bit.  What is your personal
24   knowledge about the ride-along that Commissioner Carollo
25   undertook with Uriarte?
```

```
 1   A.   He had a few properties he had to show -- show in the

 2   neighborhood.  He thought that he was doing an informational --

 3              MR. KUEHNE:  Objection.

 4              THE WITNESS:  -- sharing.

 5              THE COURT:  What's the objection?

 6              MR. KUEHNE:  It's based on hearsay.  What somebody

 7   told him.

 8              THE COURT:  Overruled.  You can cross-examine him.

 9   BY MS. CAPRIO:

10   Q.   So, first of all, what's a ride-along?

11   A.   This is the term that was provided for this where

12   Mr. Carollo and Mr. Uriarte got in a vehicle and started

13   pointing out different properties that Mr. Carollo said I

14   think, you know, you should look into this property and look

15   into this property and this property.

16              MR. KUEHNE:  Objection.

17              THE COURT:  Wait.  Grounds?

18              MR. KUEHNE:  Now referring to what other people said.

19              THE COURT:  Overruled.

20   BY MS. CAPRIO:

21   Q.   Okay.  And --

22   A.   There were five properties that they looked at.  There

23   were five.  One, two, three, four, five.  Imagine, in Little

24   Havana, there's 1,700 commercial properties.  1,700 in

25   Mr. Carollo's district, and the ride-along on this day was five
```

 1  properties.

 2  Q.    And are these five properties identified on Plaintiffs'

 3  Exhibit 35, Mr. Fuller?

 4  A.    The five properties are outlined very specifically.

 5  Q.    Okay.  So after that ride-along, do you know what happened

 6  next?

 7  A.    On the ride-along, Mr. Carollo and Mr. Uriarte went to

 8  each one of these properties, and Mr. Carollo explained what

 9  the issues were with each one of these properties.

10            MR. KUEHNE:  Objection.

11            THE COURT:  Wait.  What's the objection?

12            MR. KUEHNE:  Hearsay.

13            THE COURT:  Overruled.

14  **BY MS. CAPRIO:**

15  Q.    How do you know, Mr. Fuller, that Commissioner Carollo

16  visited each of these properties?

17  A.    Well, on that Saturday at our Taquerias restaurant, which

18  is identified here as number 2, which is misrepresented here,

19  but it's number 2, 521 SW 8th Street, a business card was left

20  for our staff when Mr. Uriarte met at the property.

21  Q.    Okay.  And now let's just go through each of these

22  properties.  1380 SW 8th Street, El Taquito Restaurant, is that

23  a property that you and Martin Pinilla own?

24  A.    Yes.

25  Q.    That was subject to the ride-along on Saturday with

```
 1   Commissioner Carollo and Mr. Uriarte?

 2   A.   That's correct.

 3   Q.   Did anything happen as a result of that ride-along?

 4   A.   We -- there was -- you know, this refers to a Code

 5   Enforcement number that was developed there.  So, you know,

 6   these -- everything was always disguised as informational.  I'm

 7   only sharing information with you.  That you have a public

 8   official, Mr. Joe Carollo, informing this man, Uriarte, he's

 9   just a kid in his 20s, okay.  And he's saying, take a look at

10   this, take a look at this.  What do you expect him to do?

11            MR. KUEHNE:  Objection.

12            THE COURT:  What's the objection?

13            MR. KUEHNE:  Speculation and foundation.

14            THE COURT:  Overruled.

15            THE WITNESS:  What do you expect a young kid who

16   wants to make it forward in life to do when a powerful

17   commissioner is in your vehicle?

18            MR. KUEHNE:  Objection.

19            THE COURT:  Grounds?

20            MR. KUEHNE:  Non-responsive to the question.

21            THE COURT:  Sustained.

22   BY MS. CAPRIO:

23   Q.   So then Mr. Uriarte was in his 20s, correct?

24   A.   He was young, 20s, 30s.  He was young.

25   Q.   And then let's move on and talk about the second property.
```

1    You identified that -- it's a typo, 531 SW 8th Street,

2    Taquerias?

3    A.   This is Taquerias el Mexicano.  This is our business.

4    Mr. Carollo knew it was our business.  That's why they were

5    visiting it.

6    Q.   And that was also a business you and Mr. Pinilla owned?

7    A.   That's correct.

8    Q.   And that was five of the 1,700 businesses that were in

9    Mr. Carollo's district that were visited?

10   A.   This is now two properties of the list as part of 1,700.

11   Two.

12   Q.   Then let's move down and go to number 3.  3370 SW 8th

13   Street, Side Bar.  Again, you mentioned that's one of your

14   properties, Mr. Fuller?

15   A.   This was not one of our properties, but Mr. Carollo knew

16   that it was our business because he was writing emails about it

17   in November of '17 that Mr. Pinilla and I own this business.

18   He knew then that it was our business.  It didn't matter if we

19   owned it, if we were business partners.  It didn't even matter

20   if we didn't own it.  We were in business.  If you were

21   affiliated with Bill Fuller or Martin Pinilla, you were the

22   subject of these attacks.

23           MR. KUEHNE:  Objection.

24           THE COURT:  What's the objection?

25           MR. KUEHNE:  Non-responsive to the question.

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  If you were associated with either
 3    Martin Pinilla or Bill Fuller, you were subject to his attacks.
 4    It could have been a nonprofit, it could have been a Christmas
 5    party, it could have been a business or a property.  You
 6    just -- you were not friends with us.
 7              MR. KUEHNE:  Objection.
 8              THE COURT:  What's the objection?
 9              MR. KUEHNE:  Now we're in a narrative form.
10              THE COURT:  Overruled.
11    BY MS. CAPRIO:
12    Q.   Thank you, Mr. Fuller.  And let's go down to the fourth
13    property on the list that was the subject of this Saturday
14    ride-along between defendant Carollo and Mr. Uriarte.  This is
15    427 SW 8th Street.  Is this property associated with you and
16    Mr. Pinilla?
17    A.   This is also a typo because this is actually 327 SW 8th
18    Street which is the neighboring property to 337 SW 8th Street
19    and the reason we know this is because of the description --
20              MR. KUEHNE:  Objection.
21              THE COURT:  Wait.
22              MR. KUEHNE:  He's being asked to explain this
23    document, and now he's telling us his opinion that it's
24    incorrect.
25              THE COURT:  Overruled.
```

1      THE WITNESS:  This -- all you have to do is read the

2  description.  It's the identifier of the property and the Code

3  Enforcement number.  So 337 at number 3 and number 4 are Side

4  Bar and they are affiliated with Mr. Pinilla and I.  So now 1,

5  2, 3 and 4 of the 5 on the ride-along are now associated with

6  Mr. Pinilla and I.

7  **BY MS. CAPRIO:**

8  Q.   Okay.  And then let's go down to the last one.  1227 SW

9  8th Street.  Mr. Fuller, is that a property that is associated

10  with you and Mr. Pinilla?

11  A.   It is.

12  Q.   And what is that property?

13  A.   We don't own this property, but the gentleman that owns

14  it, Mr. Carollo knew he was affiliated to us.  His name was

15  Marcus Lapciuc.

16  Q.   And he was a part of the BID, correct?

17  A.   Yes.  We should look at the BID to understand his

18  affiliation to us.

19  Q.   We looked at it yesterday.

20  A.   Okay, yes.  Mr. Marcus Lapciuc explained to me that the

21  reason he was on this list --

22      MR. KUEHNE:  Objection.  Argumentative.

23      THE COURT:  Sustained.  Also, Mr. Fuller, listen to

24  the question that is being asked by your attorney without any

25  additional narrative that is not being asked of you, okay?

```
 1              THE WITNESS:  Yes, sir.
 2   BY MS. CAPRIO:
 3   Q.   Okay.  So, now, let me take that down.  You mentioned
 4   Mr. Lapciuc and a conversation that you had with him.
 5        Without going into the details of that conversation, why
 6   do you have personal knowledge as to why 1227 SW 8th Street was
 7   included on this target list?
 8   A.   Yes.
 9   Q.   What's your personal knowledge?
10              MR. KUEHNE:  Objection.
11              THE COURT:  Grounds?
12              MR. KUEHNE:  Foundation.  Lack of personal knowledge.
13   He learned from somebody else, hearsay.
14              THE COURT:  Overruled.  You can cross-examine him.
15   BY MS. CAPRIO:
16   Q.   You can answer the question, Mr. Fuller.
17   A.   Mr. Lapciuc was informed by his attorney, the brother of
18   Alex Diaz de la Portilla, commissioner --
19              MR. KUEHNE:  Objection.
20              THE COURT:  That's sustained.
21   BY MS. CAPRIO:
22   Q.   You can take that one down.  At some point in time,
23   Mr. Fuller, shifting gears, did you file an ethics complaint
24   against defendant Carollo?
25   A.   Yes, I did.
```

1    Q.    And was Mr. Pinilla a part of that filing?

2    A.    He was.

3           MS. CAPRIO:   Okay.   And now if we can call up Exhibit

4    425.   This is already admitted into evidence.

5    **BY MS. CAPRIO:**

6    Q.    Mr. Fuller, are you familiar with this document?

7    A.    Yes.

8    Q.    Okay.   And what is your understanding of this document?

9    A.    This was a document that we filed with the Miami-Dade

10   Commission on Ethics and Public Trust because we believed that

11   based on the harassment that we were receiving, that this would

12   be the next step in being able to address this publicly.

13   Q.    Okay.   And when did you file it?

14   A.    This was filed in March.   March of 2018.

15   Q.    If you go down to your signature, you'll see it's March

16   12, 2018.   When you signed that document, did you know that

17   March 12, 2018 was Commissioner Carollo's birthday?

18   A.    No.

19   Q.    And if we just go now to the next page till we get to the

20   complaint actually.   All right.   And then if you look at number

21   1, if you can please explain to the jury why you mentioned the

22   Alfie Leon rally in your ethics complaint?

23   A.    Well, we believed that it was our understanding that the

24   Alfie Leon support was the cause of the bombardment, the

25   harassment that we were receiving.

1   Q.   And you included some other -- let's just go quickly.   So,

2   Commissioner Carollo's post election unsanctioned and unlawful

3   exercise of powers beyond the limit of his legislative power

4   caused harm to your complainant.   He shut down the Barlington

5   Christmas party.   You included that as part of your ethics

6   complaint?

7   A.   Yes.

8   Q.   Targeting at Ball & Chain, that was included, correct?

9   A.   Yes.

10  Q.   I think we missed one.   Continue.   The valet, Ball & Chain

11  valet parking lot targeting was included?

12  A.   Correct.

13  Q.   The selective enforcement was included?

14  A.   Yes.

15  Q.   Let's continue.   And also, again, with the Parking

16  Authority, do you see that, Mr. Fuller?

17  A.   Yes.

18  Q.   Okay.   And all of those actions of defendant Carollo were

19  the subject of your ethics complaint?

20  A.   Yes.

21  Q.   And do you have any personal knowledge of what Joe Carollo

22  did in response to you and Mr. Pinilla's ethics complaint?

23  A.   Well, any time that we fought back, that we created

24  that -- in this case, the ethics complaint was filed --

25          MR. KUEHNE:   Objection.   Non-responsive.

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  Any time that we filed a response to --

 3   in this case, filed an ethics report, he elevated the attacks.

 4   It was -- it was payback immediately for doing that, so it was

 5   punishment.  It was the -- what I would call the escalation of

 6   the warfare because it was disrespectful that we somehow had

 7   done this to him.  So, therefore, we needed to be punished to

 8   know that this was not acceptable behavior on our behalf.

 9   BY MS. CAPRIO:

10   Q.   Okay.  And did you, sir, ever get interviewed for the

11   ethics complaint that you and Mr. Pinilla filed against

12   defendant Joe Carollo?

13   A.   I had several conversations with the Ethics staff.

14              MS. CAPRIO:  Okay.  And if we could please take this

15   one down and just call up just for the witness, Plaintiffs'

16   Exhibit 65, and for opposing counsel.

17   BY MS. CAPRIO:

18   Q.   Mr. Fuller, before we get there, do you recall making any

19   statements to the Ethics investigator regarding your complaint

20   against Carollo?

21   A.   Yes.

22   Q.   Okay.

23   A.   I think I was part of the --

24   Q.   You were part.  So you spoke with somebody from the City

25   of Miami?
```

```
 1   A.   It wasn't the City of Miami.  The Ethics Department is a
 2   different division of the county.
 3              MS. CAPRIO:  Okay.  If we can please just scroll to
 4   page 9?
 5   BY MS. CAPRIO:
 6   Q.   Mr. Fuller, if you can briefly review that paragraph
 7   regarding the Alfie Leon campaign rally, and let me know when
 8   you're finished.
 9   A.   This is page 8.
10   Q.   The highlighted portion.  Sorry.
11   A.   Okay.
12   Q.   And, Mr. Fuller, is this an accurate representation of
13   what you told the Ethics Committee?
14   A.   It's a little bit of a mischaracterization.  What I
15   believe was being explained here --
16              MR. KUEHNE:  Objection.
17              THE COURT:  What's the objection?
18              MR. KUEHNE:  Non-responsive, one. Number two, he's
19   going to explain something written by somebody else who was not
20   a witness here.
21              THE COURT:  Sustained.
22   BY MS. CAPRIO:
23   Q.   Is this statement that you read, as you sit here today, is
24   this accurate as to what happened?
25   A.   We wanted the event to be undercover as if it was --
```

1          MR. KUEHNE:  Objection, Your Honor.  He's being asked

2     is this accurate and the answer is non-responsive.  What he's

3     doing now is giving some explanation.

4          THE COURT:  Overruled.  Overruled.

5          THE WITNESS:  What we were doing is having an event

6     that we wanted to remain undercover here.

7     **BY MS. CAPRIO:**

8     Q.   Which event?

9     A.   The Alfie event.  So Martin and I were trying to be out of

10    the front line of it.  We did not want to be exposed in this,

11    so it was explained that it was a get out and vote rally and

12    that's, I believe, what was the intent of this message.

13    Q.   Okay.  So is it fair to say that as of March, 2018,

14    you were still concerned about coming out publicly to support

15    Alfie Leon?

16    A.   In March of 2018, we were just hoping and praying that the

17    attacks would stop.  For years, we were just hoping and praying

18    the attacks would stop.  We would do anything to have them stop

19    at any time during those years.

20    Q.   Okay.  And did your hopes and prayers come true that the

21    attacks would stop?

22    A.   No.

23    Q.   And eventually, do you recall how this ethics complaint --

24    excuse me, strike that.

25         Do you know how this ethics complaint was resolved?

```
 1    A.    The ethics complaint was resolved because we voluntarily
 2    withdrew the document.
 3              MR. KUEHNE:  Objection.  Foundation.  Hearsay.  The
 4    witness was not present when the Ethics Commission matter was
 5    resolved.
 6              THE COURT:  Sustained.
 7    BY MS. CAPRIO:
 8    Q.    Okay.  Let's call up -- did you voluntarily withdraw the
 9    ethics complaint, Mr. Fuller?
10    A.    I was there on the day that -- and I made the decision to
11    voluntarily withdraw the ethics complaint.
12    Q.    Okay.  And why did you make that decision, and did
13    Mr. Pinilla join in that decision?
14    A.    He was informed of it.
15    Q.    Okay.  And why did you voluntarily withdraw the ethics
16    complaint against defendant Carollo?
17    A.    We voluntarily withdrew it because it was explained to us
18    on that day that the results of the ethics violation --
19              MR. KUEHNE:  Objection.
20              THE COURT:  What's the objection?
21              MR. KUEHNE:  Hearsay.  What was explained to him.
22              MS. CAPRIO:  Not offered for the truth, Your Honor.
23              THE COURT:  Overruled.
24              THE WITNESS:  It was explained to us that day that
25    the results of the ethics violation would result in what
```

1   essentially was a slap on the wrist.  It would be a $1,000

2   violation to Mr. Carollo, and all of the pain and suffering and

3   all of the harassment was -- he would be publicly outed, but

4   except that he would only have to pay $1,000.  And that was not

5   the remedy we were looking for.

6          We were looking to stop the pain, to stop the

7   harassment.  That's what we were looking for.  And this was a

8   slap in our face.  It wasn't going to be slap on his wrist.  It

9   was a slap in our face that this was what we were going to get

10  out of this.

11         MS. CAPRIO:  Okay.  And then if we can please call up

12  Exhibit 551.  I believe this is already in evidence, and

13  publish to the jury, please.

14  **BY MS. CAPRIO:**

15  Q.   And, Mr. Fuller, are you familiar with this document?

16  A.   Yes.

17  Q.   Okay.  Does this reflect that you voluntarily withdrew the

18  ethics complaint?

19  A.   On paragraph 2, it explains that the complainant on

20  August 6, 2018, the complainant requested -- that was us -- to

21  withdraw the complaint pursuant to Rule 4.3 of the Ethics

22  Commission's Rule of Procedure.

23  Q.   And when you withdrew this complaint, were you satisfied

24  that everything was okay?

25  A.   We were very scared at this moment because as a result of

1    the ethics complaint, the attacks were becoming more and more

2    vicious.  And by removing the ethics complaint, we were

3    exposed.  Now, there was nothing to stop the acceleration of

4    the attacks.

5    Q.   Was the ethics complaint complete?  Did it list everything

6    that happened to you?

7    A.   Not even close.

8    Q.   And did you -- does this document say that your complaint

9    was dismissed with prejudice?

10   A.   It says the complaint was dismissed.

11   Q.   Do you see the words "with prejudice?"

12   A.   No.  Prejudice is not part of this document.

13   Q.   Was it your understanding that you could refile the ethics

14   complaint if you wanted to?

15   A.   Yes, yes.

16   Q.   Okay.  And this was -- let's look at the date.  This was

17   August 6, 2018.  That's the date that you requested to withdraw

18   the ethics complaint, Mr. Fuller?

19   A.   Yes.

20   Q.   Now, let's take that down.  And we can now -- after the

21   ethics complaint was dismissed, did defendant Carollo's attacks

22   against you continue?

23   A.   Yes.

24   Q.   Okay.

25   A.   Unrelenting.

1   Q.   And now do you recall if any noise complaints were filed

2   against Ball & Chain after you withdrew your ethics complaint?

3   A.   Yes.

4   Q.   And could you please describe your recollection of the

5   noise complaints that were filed against Ball & Chain after you

6   withdrew the ethics complaint?

7   A.   Well, noise complaints never came with where they came

8   from, so they're always anonymous.  They -- again, one of our

9   procedures was always to address if we had a noise complaint,

10  because we did have a noise complaint before Joe Carollo came

11  to office.

12       And in that case, we went to meet with the neighbor to

13  understand what the concerns are so that we could mitigate it.

14  And it was one neighbor that had a concern prior to Joe

15  Carollo.

16       But after -- and we came to learn who it was because

17  before, the City of Miami would tell us.  Say, hey, you're

18  getting a complaint from this person in this building.  Figure

19  it out, work it out.

20       But after, when we started to get the complaints in the

21  Joe Carollo era, there was never anybody associated with it.

22  They were all anonymous.  There wasn't a path for us to

23  understand the validity of them.  There wasn't a path for us to

24  work it out.

25  Q.   And do you know, Mr. Fuller, if Commissioner Carollo

1    personally filed a noise complaint against Ball & Chain after

2    you withdrew the ethics complaint?

3    A.    Yes.

4    Q.    Okay.  Can you describe your personal knowledge of that to

5    the jury?

6    A.    One evening, as procedure, I got a call from my staff, and

7    they informed us that Code had showed up on the property with

8    regards to a noise complaint.  This was about two and a half

9    hours after we had already gotten an inspection by Code and

10   police on our property.  Two and a half hours later, we were

11   getting another inspection.

12         And I was not on site, but I was put on Facetime with the

13   inspector, and I remember the lady being very nice.  I asked

14   her, I said, who asked you to do this inspection.  She said my

15   supervisor called me and said to come by, you know, Ball &

16   Chain to review for noise.  And I said, well, are you -- do we

17   have a violation?  Is there -- are you finding that we're in

18   violation of the code?  And she said, no, Mr. Fuller, based on

19   my findings, you are not in violation of the code.

20         And I asked her, I said, who is your supervisor that asked

21   you to do this?  Now normally, I've had problems in the past

22   where the supervisor is not --

23              MR. KUEHNE:  Objection, Judge.  We're now in the

24   narrative, non-responsive.

25              THE COURT:  Sustained.

1   **BY MS. CAPRIO:**

2   Q.   So when you were Facetiming with the Code Enforcement

3   officer -- and how did you come to find out that Joe Carollo

4   was responsible for individually making that noise complaint

5   against Ball & Chain?

6   A.   I called the supervisor.  I had her cellphone.  I had

7   known her for many, many years, and I asked her, in fact, how

8   she -- where the complaint came from.  And she said Bill, I'm

9   not going to lie to you --

10          MR. KUEHNE:  Objection.

11          THE WITNESS:  -- it was Joe Carollo.

12          THE COURT:  What's the objection?

13          MR. KUEHNE:  Hearsay from somebody who is not a

14   witness here.

15          THE COURT:  Sustained.

16   **BY MS. CAPRIO:**

17   Q.   And did you do any independent verification to confirm

18   that Joe Carollo made that noise complaint against Ball &

19   Chain?

20          MR. KUEHNE:  Objection.  That answer was stricken.

21   It's now a leading question.  Move to strike.

22          THE COURT:  Stricken.

23   **BY MS. CAPRIO:**

24   Q.   Do you have any personal knowledge regarding Joe Carollo's

25   noise complaint against Ball & Chain?

```
1    A.    The complaint was that an ALF had -- the complaint was

2    that an ALF had heard a lot of music and it was affecting their

3    inhabitants and we believed this not to be true.

4              MR. KUEHNE:  Objection.

5              THE COURT:  Grounds?

6              MR. KUEHNE:  Speculation.

7              THE COURT:  Overruled.

8              THE WITNESS:  We believed this not to be true.  So we

9    actually filed a lawsuit against the ALF only for the

10   purpose -- the only purpose of doing this, I'll never forget --

11             MR. KUEHNE:  Objection, non-responsive.  He's now

12   going into a narrative about some lawsuit.

13             THE COURT:  Sustained.

14   BY MS. CAPRIO:

15   Q.    Could you please describe to the jury what you did in

16   response to learning that Joe Carollo was responsible for the

17   noise complaint issued against Ball & Chain?

18   A.    We filed a lawsuit against the ALF to determine whether or

19   not it was, in fact, Joe Carollo that had received the

20   complaint.

21             MR. KUEHNE:  Objection.  Beyond the scope of this

22   litigation.  Separate litigation not involving any of the

23   parties in this case.

24             THE COURT:  Overruled.

25             THE WITNESS:  The lawsuit was filed so that we could
```

 1  determine whether or not, in fact, Joe Carollo had made a

 2  complaint with the ALF.  And as a result of the lawsuit, we

 3  received an affidavit from the ALF owner that they had not made

 4  a complaint to Joe Carollo.

 5          MR. KUEHNE:  Objection.  Hearsay statement.

 6          THE COURT:  Sustained.

 7  **BY MS. CAPRIO:**

 8  Q.   Apart from the affidavit, did you have any -- do you have

 9  any personal knowledge that the ALF was not responsible for the

10  noise complaint?

11  A.   Yes.

12  Q.   Okay.  And what is that?

13  A.   The knowledge is is that the complaint never came in that

14  evening.  There was never a call or any information that

15  evening.

16          MR. KUEHNE:  Objection, objection.  Foundation.  If

17  something didn't happen, how did he find out about it?

18          THE COURT:  Overruled.  You can cross-examine him on

19  it.

20          THE WITNESS:  There was never a complaint.  Neither

21  Mr. Carollo nor the ALF could show you evidence that a

22  complaint came in that evening.  There was a direct call from

23  Joe Carollo to a subordinate of the city manager which is a

24  city violation --

25          MR. KUEHNE:  Objection.  Speculation.

```
 1              THE WITNESS:  -- to get a harassment on us.

 2              THE COURT:  Sustained.  Next question, Ms.Caprio.

 3              MS. CAPRIO:  Thank you, Your Honor.
```

**BY MS. CAPRIO:**

```
 5   Q.   Now, do you recall when you first filed this lawsuit,

 6   Mr. Fuller?

 7   A.   This lawsuit was filed in the fall of '18.

 8   Q.   Okay.  And do you recall what month?

 9   A.   I think it was September or October.

10   Q.   Okay.

11              MS. CAPRIO:  And may I approach, Your Honor?
```

**BY MS. CAPRIO:**

```
13   Q.   Would looking at a document refresh your recollection as

14   to the exact date --

15   A.   Yes.

16   Q.   -- that the lawsuit was filed?

17              MS. CAPRIO:  May I approach, Your Honor?

18              THE COURT:  Yes.
```

**BY MS. CAPRIO:**

```
20   Q.   Mr. Fuller, if you could please, does this document

21   refresh your recollection as to the date the complaint was

22   filed in this case?

23   A.   It does.

24   Q.   What was that date?

25   A.   October 11, 2018.
```

```
 1    Q.   Did defendant Carollo's targeting continue after you and
 2    Martin filed this lawsuit?
 3    A.   It never stopped.
 4    Q.   Okay.  And how would you describe the targeting after you
 5    filed this lawsuit?
 6    A.   More punishing.  How dare you.  Let me show you a lesson.
 7    I'm more powerful than you.
 8    Q.   Okay.
 9    A.   I will destroy you with every weapon I have.
10              MR. KUEHNE:  Objection.
11              THE COURT:  Grounds?
12              MR. KUEHNE:  Non-responsive.  He just keeps adding
13    more and more to the question.
14              THE COURT:  Overruled.
15    BY MS. CAPRIO:
16    Q.   Okay.  And then after you filed this lawsuit, do you
17    recall any targeting of Viernes Culturales?
18    A.   Of course.
19    Q.   Okay.  And, first of all, what is Viernes Culturales?
20    A.   Viernes Culturales is a nonprofit 501c3 that was founded
21    by what I considered to be legends in our neighborhood.  Older
22    people today, but very well respected individuals that came
23    together in the mid to late '90s with this beautiful plan.
24    They hatched it from their heart, and I believe it is the sole
25    reason that the renaissance in Little Havana happened.
```

1       Their exact mission to develop a cultural and heritage

2   festival, and at the same time, as a result, create economic

3   stimulus is why Little Havana and this part of Calle Ocho is

4   what it is today.

5   Q.   Okay.

6   A.   So it is a monthly festival that produces live music, art,

7   hosts different art vendors and artistic vendors, and it

8   happened the last Friday of every month.

9       And Dr. Paul George, historian Paul George, does a free

10  tour every month from the Tower Theater to different parts of

11  the neighborhood explaining the history and heritage of the

12  community.

13  Q.   And, Mr. Fuller, how were you involved in Viernes

14  Culturales?

15  A.   I joined the board in 2006 and I remain a member of the

16  board.  And later in my tenure in my board work, I was able to

17  rise to Chairman of the Board.

18  Q.   And what does Viernes Culturales celebrate?

19  A.   All cultures.

20  Q.   Okay.  And what can visitors expect to see at a typical

21  Viernes Culturales festival?

22  A.   Our festival is based on authenticity, like everything

23  else that we do in our neighborhood, so we always rely when it

24  comes to authenticity on not being forced, on it being

25  identifying great groups.

 1      So whether they were ballet companies or children's dance

 2 or choirs, or identifying different cultural organizations,

 3 whether they were Colombian, Venezuelan, Mexican, Peruvian, we

 4 celebrated all of them.

 5      We would identify different months where we would

 6 celebrate a different cultural heritage, and we would showcase

 7 this in the community.

 8      We always identified one visual artist that we selected

 9 that received a free vendor booth that we highlighted.  We

10 would put saxophonists and violinists in different businesses

11 in the street to showcase a particular art gallery opening or a

12 different restaurant.

13      It was all about engagement.  It was fun, it was warm, it

14 was for the family, it was -- it was real Calle Ocho.  It

15 wasn't forced.  It felt like community.

16           MS. CAPRIO:  And if we can please just call up

17 Plaintiffs' 361 to the witness and to opposing counsel?  Any

18 objections?

19 **BY MS. CAPRIO:**

20 Q.   Do you recognize this video, Mr. Fuller?

21 A.   Yes.  This is one of our festivals.

22           MR. KUEHNE:  No objection, Judge.

23           THE COURT:  It's admitted.

24           MS. CAPRIO:  Thank you.  Publish.

25                (Plaintiffs' Exhibit 361 Received.)

```
 1                        (Video played.)

 2              THE WITNESS:  These are my children.

 3  BY MS. CAPRIO:

 4  Q.    And your wife?

 5  A.    Yes.

 6  Q.    Okay.  Is that an accurate depiction of Viernes

 7  Culturales?

 8  A.    This is the depiction on this evening.  They were always

 9  different.  We always -- they were always varied, the

10  entertainment.

11  Q.    And where -- let's focus on --

12              MR. KUEHNE:  Your Honor, when I had no objection, I

13  forgot to ask for the date of this document.  I mean, this

14  video.

15  BY MS. CAPRIO:

16  Q.    Do you recall approximately when this video was taken?  We

17  can look at the age of your children.

18  A.    Yes.  The age of the children, this is approximately early

19  2018.

20  Q.    Okay.  You can tell how old they are then.  Okay.  Which

21  children are those?

22  A.    Stella and Maxwell.

23  Q.    Thank you.

24              MS. CAPRIO:  And then if we could please call up

25  Plaintiffs' 360 just to the witness and opposing counsel.  Any
```

1   objection?

2   **BY MS. CAPRIO:**

3   Q.   Do you recognize this photograph, Mr. Fuller?

4   A.   Yes.

5   Q.   What does it depict?

6   A.   This was the holiday times.  This was in the areas that we

7   developed for the kid zone.  This is a photo of Santa Claus and

8   my family.

9   Q.   At Viernes Culturales?

10  A.   Yes.

11        MS. CAPRIO:  Any objection?  It was admitted.  Let's

12  go ahead and publish it.  Sorry.

13        MR. KUEHNE:  What's the date on this?

14  **BY MS. CAPRIO:**

15  Q.   Do you recall the date approximately, Mr. Fuller?

16  A.   I believe that this is in the holiday time in '18.

17  Q.   If we can publish to the jury.  That's at Viernes

18  Culturales?

19  A.   Yes.

20  Q.   What is the kid's zone you referenced?

21  A.   That was on the area on the south side of the plaza

22  between the Ball & Chain and the neighboring building, Azucar

23  Way.  It's the plaza just to the south of Domino Plaza.

24        So it crossed the street.  So on the north side, we had

25  music entertainment.  On the south side, we had activation for

1    the kid's zone.  We often had a bounce house and face painting,

2    Pottery Barn Kids had activation for arts and crafts there.

3         We had, you know, balloon making and stuff like this,

4    different -- like this festival, I remember we did not have a

5    clown that day, but we had Santa visit us.

6         So we always were trying -- and this was our way of

7    reaching out to children in the community so that they could

8    engage with the festival.

9    Q.   Okay.

10   A.   Always free.

11   Q.   And what types of vendors are featured at Viernes

12   Culturales?

13   A.   We took a lot of pride in identifying our vendors.  So, it

14   was -- we vetted all locally and regionally made crafts and

15   artwork, and we had vendors for many, many, many years.  This

16   is what -- we were proud of this, and they agreed to our

17   practice and policies of the type of wares that they would

18   sell, and we made sure that that's what they did.

19   Q.   Just to be clear, what type of practice and policy for the

20   wares that the vendors sold, what was that practice and policy?

21   A.   Well, as you became a vendor, you would fill out an

22   application.  You would explain the type of products that

23   you were going to be selling, and we -- that was in your file.

24        And then every event prior to the event starting, our

25   executive director, Pati Vargas, would visit each one of the

1   different vendors to determine that the products they were

2   selling were consistent with what was explained on their

3   application.

4        And many times, I would walk with Pati Vargas myself to be

5   introduced to the different vendors.  And to, you know, just

6   opine on them, and just learn about what their origin was, and

7   to engage with them in that way.

8        Because a lot of this stuff that was being sold was

9   extremely unique.  It was just really beautiful stuff that you

10  could tell would take a lot of time to make and a lot of

11  creativity was used in the development of it.

12  Q.   Okay.  And, Mr. Fuller, as a board member, do you know

13  about the founding of Viernes Culturales?

14  A.   I do.

15  Q.   Okay.  What is your understanding of how that organization

16  was founded?

17  A.   In 2019, we had the 20th anniversary of Viernes

18  Culturales, so it was the board's decision to celebrate it by

19  honoring the founding members of the organization.

20       In doing so, I had to research the original corporate

21  documentation, research its founding, its origin, the way it

22  was conceived.  And we then at the event honored each and every

23  one of those founding members.  They were all still living.

24  And we actually established that that day, that they would

25  become honorary board members for life.

 1       So we told them that they would have the opportunity to

 2  come back to any board meeting and contribute, and if they did,

 3  that their vote would be -- would continue to serve as an

 4  actual vote on the board in its decision-making.

 5       And in that research, I determined exactly who the

 6  founders were and what their -- each and every one of their

 7  participation in the founding of the event.

 8  Q.   And based on that research, was Joe Carollo involved in

 9  founding Viernes Culturales?

10  A.   Not only was he not involved, but nobody is aware of him

11  ever visiting a Viernes Culturales event from the time of its

12  inception.

13  Q.   And as a nonprofit, does Viernes Culturales have sponsors?

14  A.   Yes, the majority of the -- in order to function and

15  developing events is a very expensive undertaking.  And all of

16  our funding was mainly derived by public and corporate

17  sponsorships.

18       What I mean, public, I mean private donations, not public

19  funds, but private donations and corporate sponsorships.

20  Q.   Who are some of those corporate sponsors of Viernes

21  Culturales?

22  A.   Over the years, some of our corporate sponsors have

23  included Coca-cola, the Florida Marlins, Bacardi, United

24  Healthcare, T-Mobile, Pottery Barn.

25  Q.   And during your tenure on the Board of Directors of

 1   Viernes Culturales, has the City of Miami supported the
 2   festival?
 3   A.   The city -- until the events that transpired from Joe
 4   Carollo, the city always supported Viernes Culturales.
 5   Q.   Okay.
 6   A.   We had a co-working relationship with the city.  It was in
 7   fine standing.
 8        MS. CAPRIO:  Okay.  And if we could please show
 9   Plaintiffs' 339 to the witness and to opposing counsel.
10   **BY MS. CAPRIO:**
11   Q.   Mr. Fuller, do you recognize that photograph?
12   A.   Yes.
13   Q.   And what does it depict --
14   A.   Every month in addition to the festival, which would
15   happen the last Friday of every month, we had an actual board
16   meeting which happened the second Wednesday of every month, and
17   that happened in a conference room in the Futurama building.
18        And sometimes we would have speakers come to the event to
19   contribute and collaborate.  But this is actually -- this is a
20   photograph that I took and this is a -- you can see here in
21   this photograph, Pati Vargas on the bottom left, our executive
22   director, Suzie Battl from Azucar Ice Cream on the left, Carole
23   Ann Taylor, who was a founding member of Viernes Culturales,
24   and Little Havana to Go was her company.
25        Ninoska Castellon at the top, she is a well-known

1    Hispanic radio host.  We had on the right side, Ginny Gutierrez

2    from the Greater Miami Convention Visitors Bureau, the GMCVB.

3         Here, we had Vivian Greer who was also not an original

4    founder but a longstanding member of the board that had worked

5    in the Miami-Dade Cultural Affairs area, and Marvin Tapia in

6    the bottom but in the center of this photo --

7    Q.   Just one point, do you recall what time you took the

8    photograph, approximately?

9    A.   The time of day?

10   Q.   What year?

11   A.   This was taken in '18.

12           MS. CAPRIO:  Okay.  Move to admit.  Any objection?

13           MR. KUEHNE:  Improper bolstering.

14           THE COURT:  Overruled.

15               (Plaintiffs' Exhibit 339 Received.)

16           MS. CAPRIO:  All right.  We can publish to the jury,

17   please?

18           THE COURT:  Yes.

19   **BY MS. CAPRIO:**

20   Q.   Those were the people that you just described going around

21   the table?

22   A.   Yes.

23   Q.   Then we stopped at the person at the head of the table and

24   this is, again, a Viernes Culturales board meeting you took the

25   photograph, 2018.

1      And who was the person at the head of the table?

2    A.   The head of the table was the mayor at the time, the

3    current mayor of the City of Miami, Francis Suarez.

4    Q.   Okay.

5    A.   And here, he was continuing to show our support for the

6    Viernes Culturales festival.

7    Q.   And that meeting is held in your office building at

8    Futurama on Calle Ocho?

9    A.   Yes.  In the downstairs conference room.

10   Q.   And has Viernes Culturales been recognized with any awards

11   or accolades by the City of Miami?

12   A.   In -- yes.

13   Q.   Okay.  Could you please describe those?

14   A.   In 2016, we were awarded with a proclamation by Mayor

15   Tomas Regulado and Commissioner Willy Gort who was a huge

16   contributor and promoter of the festival in the mayor's office,

17   the City of Miami.

18   Q.   So now I'd like to focus on pre Carollo Viernes

19   Culturales.  Are you with me?

20   A.   Sure.

21   Q.   So prior to Joe Carollo's taking office in December of

22   2017, where was Viernes Culturales held?

23   A.   Viernes Culturales for almost 20 years was held in Domino

24   Plaza.  Again, the geographic area between the Tower Theater

25   and Domino Park, the last Friday of every month.  That was our

1    brand.  The last Friday of every month was Viernes Culturales.
2    Q.   Okay.  And what do you mean that was your brand, that
3    Viernes Culturales was held on every -- the last Friday of
4    every month, pardon me?
5    A.   Throughout South Florida, there's a lot of different
6    activations that happened in communities all over South
7    Florida, and as each community creates their own festival or
8    art walk or street fair, they identify a date that works.
9         So some do the second Friday, others do the third.  Some
10   do the first or the second Saturday or whatever it might be.
11        But as each one of those organizations develop that date,
12   they work hard to promote that date.  They spend lots of
13   dollars, time and energy from each one of their members to make
14   sure that the community always knows that that is the date of
15   their festival.
16        Why do they do that?  Because they want the festivalgoer
17   or the consumer, it's called, they want to know without looking
18   at the specific date of the month, that's too difficult to
19   promote like February 25th, January 28th.
20        It's easier if they know -- it's the good will of the
21   brand.  It's the last Friday.  All you've got to do is look at
22   the calendar, doesn't matter which months it is, but know that
23   the last Friday of every month there will be an activation on
24   the street.
25        That branding that we spent 20 years on, a cost of

1    millions of dollars and not only millions of dollars, the

2    volunteer hours that went into that, the social media posts,

3    the good will of all the festivalgoers that would come for all

4    of those years knowing that consistently, rain or shine, we

5    would actually have an event that was Viernes Culturales the

6    last Friday of every month.

7    Q.   And prior to Joe Carollo taking office as a city

8    commissioner, what was Viernes Culturales' relationship with

9    the City of Miami like?

10   A.   It was excellent.

11   Q.   And prior to Joe Carollo's taking office as commissioner,

12   how much did you, Mr. Fuller, attend Viernes Culturales after

13   you were elected to the board in 2006?

14   A.   Every festival.  Every festival.

15   Q.   With your family?

16   A.   If they could.  We tried.

17   Q.   Okay.  And prior to Joe Carollo's taking office as a

18   commissioner, approximately how many people attended Viernes

19   Culturales each month?

20   A.   We believe it was thousands.

21   Q.   And you know that because you're a board member?

22   A.   Well, we don't have empirical evidence but we -- I know

23   through my businesses and hospitality, the type of volume that

24   you see and, you know, the type of activation, and just in Paul

25   George's tour alone was between 80 and hundred a people.  That

```
 1   was just a small fraction of the amount of people coming to the
 2   festival was itself.
 3   Q.   And you've used the word "activation" several times
 4   throughout your testimony.  Could you please describe to the
 5   jury and His Honor what you mean by the word "activation?"
 6   A.   Activation is simple.  It's taking something that is not
 7   happening and developing magic out of it.  Creating activity,
 8   creating awareness, creating a spectacle.  That's activation.
 9       So any time you can create that, it creates positive
10   energy and vibes, and it brings people to the place and that's
11   what we're about.
12       Calle Ocho/Little Havana is about salsa, it's about, you
13   know, Mojitos, it's about guayaberas and cigars.  That's the
14   lifestyle.  That's what we were always trying to do is activate
15   in the lifestyle.
16   Q.   Prior to Joe Carollo taking office, what was the affect of
17   Viernes Culturales on the businesses of Calle Ocho?
18   A.   They loved it.  It was amazing.  It was -- it was the one
19   Friday that they knew that business was going to happen, it was
20   going to excel, it was buzzing.  You know, it was the -- the
21   galleries would select their art openings based on Viernes
22   Culturales.
23       So as Viernes Culturales had its monthly festival, each
24   art gallery would now celebrate a new artist or a new program
25   for whatever they wanted to show for the coming month.
```

1    All the restaurants were engaged.  Sometimes we had even

2  cocktail specials that were made by each one of the

3  restaurants.

4          THE COURT:  At this time, we're going to be in a

5  brief recess, 15 minutes.  We will return at 10:55.

6          Again, ladies and gentlemen, please do not discuss

7  this case with anyone.  Do not formulate any opinions and of

8  course, everyone has still kept my instructions I stated from

9  day one?  Not watching the news, reading newspapers, watching

10  media?  Yes?  All right.  We'll see you here at 10:55.  Thank

11  you.

12          THE COURT SECURITY OFFICER:  All rise.

13          (Thereupon, the jury exited the courtroom and

14                  a short recess was taken.)

15          THE COURT:  You can bring the jurors, please.  Thank

16  you.

17          THE COURT SECURITY OFFICER:  All rise.

18          (Thereupon, the jury entered the courtroom.)

19          THE COURT:  All right.  The members of the jury are

20  all present and accounted for.  Please be seated, everyone.

21          Ms. Caprio, you may continue with your direct

22  examination.

23          MS. CAPRIO:  Thank you, Your Honor.

24  **BY MS. CAPRIO:**

25  Q.   Before the break, we were talking about pre Carollo

```
 1   Viernes Culturales.
 2        So, Mr. Fuller, prior to Joe Carollo's taking office as
 3   commissioner, did Viernes Culturales have a permit to hold its
 4   festival on the last Friday of every month in Domino Plaza?
 5   A.   No, it did not.
 6   Q.   And why is that?
 7   A.   It was never required.
 8   Q.   Never required by the City of Miami?
 9   A.   Never.
10   Q.   Could you please explain what you mean by that?
11   A.   Well, we worked with the City of Miami.  We had direct
12   communication with them.  We hired City of Miami police every
13   single festival prior to Mr. Carollo's interference with our
14   festival.
15        We hired City of Miami police, the organization paid for
16   it ourselves.  And oftentimes, we worked with the City of Miami
17   Parks Department where they would provide us with a mobile
18   stage that would come to the festival.  So we had direct
19   communication with the Events Department of the City of Miami.
20        Mr. Vinny Betancourt, and we -- they were, you know,
21   Viernes Culturales was a great thing, and they knew it was and
22   we worked with them and had there ever been an issue, we would
23   have addressed it, but there were no issues.
24   Q.   And prior to Joe Carollo's taking office as a
25   commissioner, do you know if the City of Miami required a
```

1  permit for Viernes Culturales to have its events on the last

2  Friday of every month in Domino Plaza?

3  A.   It did not require a permit but had there been a permit

4  required of us, we would have pulled it.  That was not a big

5  undertaking.

6  Q.   Okay.  Now let's focus on after Joe Carollo takes office

7  as commissioner.  After defendant Carollo became the

8  commissioner of District 3 in December of 2018, did anything

9  with Viernes Culturales change?

10 A.   Well, for many months, we continued to have our festival

11 and continued to have our board meetings uninterrupted until at

12 one moment, the City of Miami approached us and informed us

13 that, in fact, we would have to have a permit for Viernes

14 Culturales.

15        MS. CAPRIO:  Okay.  Let's call up Plaintiff's 81 for

16 the witness and to opposing counsel.

17 **BY MS. CAPRIO:**

18 Q.   Mr. Fuller, do you recognize that document?

19 A.   Can you scroll down, please?

20        MS. CAPRIO:  I think this is the wrong document.  I

21 apologize.

22 **BY MS. CAPRIO:**

23 Q.   Okay.  Let's -- while we look for the correct exhibit, I

24 apologize.  I'm sorry for the snafu.  You mentioned that at

25 some point, the City of Miami informed Viernes Culturales that

```
 1    they would need a permit.  Can you please describe the
 2    circumstances of how that happened?
 3    A.    There was communication through the Special Events
 4    Department, again, this was being managed by a gentleman named
 5    Vinny Betancourt, and they informed us that we would --
 6              MR. KUEHNE:  Objection.  Hearsay.
 7              THE COURT:  Sustained.
 8    BY MS. CAPRIO:
 9    Q.    Okay.
10              THE COURT:  Next question.
11    BY MS. CAPRIO:
12    Q.    Yes.  So, Mr. Fuller, without talking about what anybody
13    told you, what happened in connection with the -- can you
14    please describe why the City of Miami required permits for
15    Viernes Culturales after defendant Carollo took office?
16    A.    There was a policy change where it was -- where Joe
17    Carollo had requested the department --
18              MR. KUEHNE:  Objection.  Foundation.
19              THE COURT:  Overruled.
20              THE WITNESS:  Where Joe Carollo had, through the
21    Legal Department, requested that permits now be taken for the
22    festival on the last Friday of every month.
23    BY MS. CAPRIO:
24    Q.    Okay.  And then what happened next?
25    A.    Then we filed the permit as requested.  I don't think it
```

```
 1   was that expensive.  It was like a few hundred dollars, simple
 2   permit that you would fill out.
 3        And we received a response from the City of Miami and they
 4   said unfortunately, the date that you have selected for your
 5   event is no longer available.
 6        So the last Friday that the city and Mr. Carollo knew was
 7   the event that we had been doing for the last 20 years, after
 8   their request to have the event was already taken.  And we were
 9   like how's that possible?  And they explained to us that
10   Mr. Carollo had not only booked that event --
11             MR. KUEHNE:  Objection.
12             THE COURT:  What's the objection?
13             MR. KUEHNE:  Hearsay.  They explained.
14             MS. CAPRIO:  It's not offered for the truth, Your
15   Honor.
16             THE COURT:  Overruled.
17             THE WITNESS:  That Mr. Carollo had not only booked
18   that event, but had booked out the entire last Friday of every
19   month for the following year.  Essentially had stolen our
20   festival; had blocked out every single Friday.
21             MS. CAPRIO:  Okay.  And if we could please call up
22   Plaintiffs' 25 for the witness and to opposing counsel.
23   BY MS. CAPRIO:
24   Q.   Mr. Fuller, are you familiar with this document?
25   A.   Yes.
```

```
1    Q.   Okay.  And how are you familiar with this, sir?

2    A.   This is a document -- I'd been provided this document and

3    this is public record that I received.

4              MS. CAPRIO:  Okay.  Any objection?

5              MR. KUEHNE:  No objection to Plaintiff's 25, Your

6    Honor.

7              MS. CAPRIO:  Move to admit.

8              THE COURT:  Granted.

9                  (Plaintiffs' Exhibit 25 Received.)

10   BY MS. CAPRIO:

11   Q.   Mr. Fuller, could you please explain your understanding --

12   publish to the jury, please?  Thank you.

13        Mr. Fuller could you please explain your understanding of

14   this document to the jury and His Honor?

15             MR. KUEHNE:  Objection.  Relevance to his

16   understanding.  The document is in evidence.

17             THE COURT:  Sustained.

18   BY MS. CAPRIO:

19   Q.   Okay.  Mr. Fuller, you testified that the city said that

20   they needed permits for your festival, correct?

21   A.   That's correct.

22   Q.   And that is from the City of Miami, correct?

23   A.   Yes.  This is from the city attorney.  This is a

24   communication within the City Attorney's Office recognizing now

25   in March, that we need to have permits.
```

```
 1   Q.   Okay.  And then -- we can take that down.  So then you
 2   said you applied for the permits and that you found out that
 3   Commissioner Carollo had secured permits for every last Friday
 4   of the month.  What impact did that have on you?
 5   A.   It was devastating.  It was embarrassing.  I was
 6   humiliated.  My direct affiliation with the board and the
 7   attack that Mr. Carollo was having on us was now spilling over
 8   into a nonprofit.  These were volunteers.  Members of the
 9   community.
10        One member is a -- is the president of Miami-Dade Inter
11   American Campus, Miami-Dade College.  And, now, their
12   affiliation with our board was tainted, and the direct party
13   was Bill Fuller.
14        Now Bill Fuller's reputation was soiled because I, with
15   Mr. Carollo's attack on me, had destroyed the good will of
16   Viernes Culturales the last Friday of every month.
17        20 years, millions of dollars, thousands -- hundreds of
18   thousands of hours, of volunteer hours washed down the drain
19   because he wanted the good will for him.  He stole it.
20        Why build it new when you can just take it?  From who?
21   Your political enemy, of course.  It's easy.  Just steal it.
22   Take the permit, book it out.  You're the city, you're the law.
23             MR. KUEHNE:  Objection.  It's non-responsive to the
24   question.
25             THE COURT:  Sustained.
```

```
 1   BY MS. CAPRIO:
 2   Q.    So, Mr. Fuller, did Viernes Culturales appeal the city's
 3   decision denying Viernes Culturales' permit for the last Friday
 4   of every month?
 5   A.    Yes.
 6            MS. CAPRIO:  Okay.  Can we call up Plaintiffs' 83 to
 7   the witness and to opposing counsel?
 8   BY MS. CAPRIO:
 9   Q.    Mr. Fuller, do you recognize this document?
10   A.    Yes.
11   Q.    Okay.  And it is a document -- who's Alex Orlofsky?
12   A.    Alex was an attorney that we were affiliated with in 2018.
13   Q.    And if you can just scroll down, let him see the rest of
14   the document.  Is this document the appeal of the denial of the
15   City of Miami's decision not to give permits to Viernes
16   Culturales?  Is this document the appeal that you referenced of
17   the city's --
18   A.    May I just read it for a second?
19   Q.    Certainly.
20   A.    Yes.
21   Q.    And what was the result of this appeal --
22            MS. CAPRIO:  Excuse me.  Move to admit.  Any
23   objection?
24            MR. KUEHNE:  Yes, Your Honor.  It's hearsay.  It
25   comes from somebody who's not a witness, a lawyer.
```

 1              MS. CAPRIO:  It's not offered for the truth, Your

 2   Honor.

 3              THE COURT:  Overruled.

 4              MS. CAPRIO:  Permission to publish.

 5              THE COURT:  Granted.

 6              MS. CAPRIO:  Thank you, Your Honor.

 7                  (Plaintiffs' Exhibit 83 Received.)

 8   **BY MS. CAPRIO:**

 9   Q.   And, Mr. Fuller, what was the result of this appeal of the

10   city's denial of Viernes Culturales' permit for the last Friday

11   of every month to hold its festival?

12   A.   Essentially, pound sand.  We don't have any say in it.

13   Joe Carollo tells us what to do.

14              MR. KUEHNE:  Objection, objection.  Non-responsive.

15   What's the result.  Now he's offering a narrative.  Infective.

16              THE COURT:  Overruled.

17   **BY MS. CAPRIO:**

18   Q.   You can continue.  What was your answer, Mr. Fuller?

19   A.   Carollo is the law, right?  So when he says that Fuller

20   and Viernes Culturales don't have a festival, they don't have a

21   festival.

22              MR. KUEHNE:  Objection.

23              THE COURT:  Grounds?

24              MR. KUEHNE:  Objection.  Non-responsive.

25   Speculation, narrative.

```
 1                THE COURT:  Sustained.
 2   BY MS. CAPRIO:
 3   Q.   The appeal was denied, sir?
 4   A.   Yes.
 5   Q.   And why do you believe that appeal was denied?
 6                MR. KUEHNE:  Objection.  Foundation.  Speculation.
 7                THE COURT:  Overruled.
 8                THE WITNESS:  Due to the fear and intimidation of the
 9   employees of the City of Miami, you know, not to cross Joe
10   Carollo.
11   BY MS. CAPRIO:
12   Q.   And after Joe Carollo targeted Viernes Culturales because
13   of your involvement, did Viernes Culturales relocate?
14   A.   Well, for some time, we changed the date.  We moved it to
15   the third Friday of every month, and we continued the festival
16   for a period of time under the third Friday of every month.
17        But even that eventually was not acceptable to Mr. Carollo
18   and members of the City of Miami informed us that our permit to
19   operate any time --
20                MR. KUEHNE:  Objection.
21                THE COURT:  Wait.  What's the objection?
22                MR. KUEHNE:  Foundation.  Hearsay.
23                MS. CAPRIO:  Not offered for the truth, Your Honor.
24                THE COURT:  Overruled.
25                THE WITNESS:  They informed us that we had violated
```

```
 1    the rules of the park and the plaza, and that we were now as an

 2    organization, never going to be allowed to operate in Domino

 3    Plaza again.

 4            And we then -- this was -- I mean, how many times can

 5    you break the back on an organization, right?  So we then

 6    relocated the organization to our Futurama office building.
```

**BY MS. CAPRIO:**

```
 8    Q.   The festival?  You relocated the festival?

 9    A.   The festival.  Now it was like an encampment of tents

10    around our parking lot, and I think this is actually something

11    Mr. Carollo wanted.  He even said at one time --

12            MR. KUEHNE:  Objection.  Speculation.

13            THE COURT:  Sustained.

14            MR. KUEHNE:  Non-responsive.

15            THE COURT:  Sustained.  Next question.
```

**BY MS. CAPRIO:**

```
17    Q.   So you move your -- the festival was moved to the Futurama

18    building and its surroundings, correct?

19    A.   Yes.

20    Q.   And is that location an adequate space for the festival?

21    A.   It was the best that we could do, but it was a fraction --

22    it wasn't even close to the celebration that we used to throw.

23    It's just -- the organization and its mission had been

24    destroyed.

25    Q.   And after Carollo targeted Viernes Culturales in the fall
```

1    of 2018, has the festival been as successful as it used to be?

2    A.   Not even close.

3    Q.   And can you please describe the impact of that targeting

4    on the festival?

5    A.   The board doesn't even meet anymore.  Everyone knows why

6    it happened.  They affiliated it directly with me.  I carry

7    that weight on me.  You know, I was proud of Viernes, I

8    remember -- I remember the day that -- I'm sorry.  I remember

9    the day that I was honored to join that board.

10        And now, 14 years later, I was the reason why it had been

11   destroyed.  It had nothing to do with buildings, inspections or

12   code.  It was a board.  It was a nonprofit board.  They did

13   good for the community.

14        I mean, these are the organizations that get celebrated.

15   If Mr. Carollo wanted another event, he had the fire power to

16   create any day he wanted.  Any other day, he could have

17   created.

18             MR. KUEHNE:  Objection.  Non-responsive.

19             THE COURT:  Overruled.

20             THE WITNESS:  He did it to destroy my reputation.  My

21   good will with the board.  It was evil.

22             MR. KUEHNE:  Objection.  Move to strike.

23   Non-responsive.

24             THE COURT:  Overruled.

25             THE WITNESS:  His mission was to destroy Bill Fuller

```
 1   and Martin Pinilla; didn't matter what it was, had nothing to
 2   do with building, nothing to do violations, nothing to do with
 3   code.  It was destroy, scorch to the earth --
 4              MR. KUEHNE:  Objection.
 5              THE COURT:  Objection is overruled.
 6              THE WITNESS:  Scorch to the earth, make sure that
 7   they have no friends, no colleagues, no business associations.
 8   They will never, ever join another board because why?  We're
 9   toxic.  You don't put those people on a board because if you
10   do, you will suffer the same fate they did.  They destroy your
11   board.  Don't touch them with a ten foot pole.
12              MR. KUEHNE:  Objection, Your Honor.  Golden rule.
13              THE COURT:  Sustained.
```

**BY MS. CAPRIO:**

```
15   Q.   And, Mr. Fuller, has your position on the board changed as
16   a result of Joe Carollo's targeting?
17   A.   I demoted myself in the board.  I took a back seat.
18   Optically, I support it.  I love it.  I'm committed to making
19   sure that one day, it becomes as great as it was before.
20   Q.   And why did you take a back seat on the board, Mr. Fuller?
21   A.   Because I felt that my affiliation with the board and the
22   singular attack on my reputation and my image had ultimately
23   destroyed everything that the board had represented.
24        All of the work that the volunteers had created over all
25   of this time, that's my legacy.  Now, my legacy is that Bill
```

```
 1   Fuller, as a result of Joe Carollo, destroyed Viernes
 2   Culturales.
 3   Q.   Now who holds an event on the last Friday of every month
 4   in Calle Ocho?
 5   A.   Mr. Carollo holds an event almost every Friday now.  And
 6   that is why we can no longer even be in the plaza, is because
 7   after he threw the first event, he wanted more weekends and
 8   made it actually impossible by revoking our CU permanently from
 9   ever being in the plaza again.
10   Q.   And do you know if Carollo had to pull any permits to have
11   his events on the Fridays in Calle Ocho?
12   A.   Yes.  The policy --
13            MR. KUEHNE:  Objection.
14            THE COURT:  Wait.  What's the objection?
15            MR. KUEHNE:  Foundation.  Speculation.
16            THE COURT:  Overruled.
17            THE WITNESS:  Yes, he -- I don't think he had to.
18   But he did.
19   BY MS. CAPRIO:
20   Q.   And what were the affect of those permits on your
21   organization, Viernes Culturales?
22   A.   He blocked us from being able to have it.  He took the
23   real estate, he took the date, he took the time.  He stole the
24   real estate.
25   Q.   And, Mr. Fuller, do you know how Commissioner Carollo is
```

```
 1  funding his events on Fridays in Calle Ocho?

 2            MR. KUEHNE:  Objection.  Speculation.

 3            THE COURT:  Overruled.

 4            THE WITNESS:  Taxpayer money.  Actually, Martin and I

 5  are one of the largest taxpayers in that district.

 6            MR. KUEHNE:  Objection.

 7            THE WITNESS:  We're paying for it.

 8            MR. KUEHNE:  Objection.  Unresponsive.

 9            THE COURT:  Sustained.
```

**BY MS. CAPRIO:**

```
11  Q.  And do you know if Carollo's events on Fridays in Calle

12  Ocho are expensive for the City of Miami taxpayers?

13            MR. KUEHNE:  Objection.  Leading.  Speculation.

14            THE COURT:  Sustained.  Next question, Ms. Caprio.

15            MS. CAPRIO:  Yes, Your Honor.
```

**BY MS. CAPRIO:**

```
17  Q.  And have you ever experienced one of Joe Carollo's Friday

18  events in Calle Ocho?

19  A.  Ball & Chain's across the street from the plaza, and where

20  I haven't physically walked into the actual engagement, I have

21  experienced it across the street, and I know exactly how it

22  operates.

23            MS. CAPRIO:  Okay.  Let's play Plaintiffs' 593 with

24  sound on for the witness and for opposing counsel.

25            MR. KUEHNE:  Object.
```

```
 1              THE COURT:  What's the objection?

 2              MR. KUEHNE:  If it's being played for the witness and

 3    the counsel, it should not be played with any noise so the

 4    jurors can hear it.

 5              THE COURT:  It's not in evidence, correct?

 6              MS. CAPRIO:  It's not in evidence, no, sir.

 7              THE COURT:  All right.

 8              MS. CAPRIO:  I apologize.  No sound.

 9                        (Video played.)

10    BY MS. CAPRIO:

11    Q.   Mr. Fuller, do you recognize this video?

12    A.   Yes.

13    Q.   And could you please describe what you're seeing here?

14    A.   This is Viernes Pequena Habana.  This is the event that

15    Mr. Carollo produces.

16    Q.   Is this video taken from your restaurant, the Ball &

17    Chain?

18    A.   From my property where the Ball & Chain is located across

19    the street.

20              MS. CAPRIO:  Okay.  Move to admit.

21              THE COURT:  Any objection?

22              MR. KUEHNE:  First, Judge, date, please?

23    BY MS. CAPRIO:

24    Q.   Do you know when this was taken, Mr. Fuller?

25    A.   This was taken within the last two months.
```

```
 1              MR. KUEHNE:  Objection.  Scope.  Foundation.  Not

 2   within the scope of this lawsuit, and this is the first time

 3   I've seen this, Judge.

 4              THE COURT:  Sustained.

 5   BY MS. CAPRIO:

 6   Q.   And do you know of any noise complaints that have resulted

 7   from Joe Carollo's Little Havana Fridays?

 8   A.   Yes.

 9   Q.   Can you describe your personal knowledge of those noise

10   complaints?

11   A.   The Joe Carollo event happens immediately adjacent to the

12   Tower Theater, and the moviegoers in the Tower Theater complain

13   that the noise that has -- complain to the --

14              MR. KUEHNE:  Objection.

15              THE COURT:  There's an objection.  Yes?

16              MR. KUEHNE:  Hearsay.  Foundation.

17              MS. CAPRIO:  Not offered for the truth.

18              THE COURT:  Sustained.

19   BY MS. CAPRIO:

20   Q.   Okay.  Do you have personal knowledge of any noise

21   complaints that Commissioner Carollo's festival has received --

22   lost my train of thought.

23        Do you have any personal knowledge regarding the noise

24   complaints that Joe Carollo's festival in Little Havana have

25   received?
```

```
1    A.    Yes.

2    Q.    And what is your knowledge, sir?

3    A.    They have received -- that Tower Theater has received

4    complaints from Mr. Carollo's festival related to loud music --

5              MR. KUEHNE:  Objection.

6              THE COURT:  There's an objection.

7              MR. KUEHNE:  Foundation.  Is there a city document?

8    Is there something that he's relying on?  Otherwise, it's

9    hearsay and it's being offered for the truth.

10             THE COURT:  Sustained.  The objection is sustained.

11   BY MS. CAPRIO:

12   Q.    When you witnessed Mr. Carollo's festival on Fridays from

13   your restaurant, what kind of music was playing?

14   A.    It was a mini Ultra festival so bright lights, boom, boom,

15   boom, boom, boom (noise, noise) boom, boom.  You know what I'm

16   saying?  That's terrible, I'm sorry.  But it wasn't salsa.

17   Let's put it like that.

18   Q.    What types of light displays were behind this pulsing

19   music?  Was there a lot of lights going on?

20   A.    It was like an Ultra music festival, lights, LED, you

21   know, strobe fest going on.  And that's the polar opposite of

22   Viernes Culturales.

23   Q.    Was it extremely loud?

24   A.    Very loud.

25   Q.    And have you ever invited defendant Carollo to attend a
```

1    Viernes Culturales board meeting?

2    A.    Yes.

3            MS. CAPRIO:   Okay.   Can we please call up Plaintiffs'

4    408 just for witness and opposing counsel, please?

5    **BY MS. CAPRIO:**

6    Q.   Mr. Fuller, do you recognize Plaintiffs' Exhibit 408?

7    A.    Yes.

8            MR. KUEHNE:   Your Honor, if that's not in, we have no

9    objection to Plaintiff's 408.

10           MS. CAPRIO:   Move to admit.

11           THE COURT:   All right.

12           MS. CAPRIO:   Permission to publish, Your Honor.

13              (Plaintiffs' Exhibit 408 Received.)

14   **BY MS. CAPRIO:**

15   Q.   Mr. Fuller, okay, is this one of your invitations to

16   Commissioner Carollo?

17           MS. CAPRIO:   If you'd scroll to the next page,

18   please, Lina.

19   **BY MS. CAPRIO:**

20   Q.   This is from -- it's to Carollo, March 19, 2018.   And

21   invitation to the next Viernes Culturales board meeting.   Then

22   if you can keep going down, this is written by Pati Vargas.

23   Who's Pati Vargas?

24   A.   Pati Vargas was not a board member but was the appointed

25   employee director of the festival.

1   Q.   Okay.  And this is dated March 19, 2018, I believe?

2   A.   Yes.

3   Q.   Okay.  Great.  And were you aware of this invitation?

4   A.   Yes.

5   Q.   Okay.  And why was Viernes Culturales inviting

6   Commissioner Carollo to its board meeting on March 19, 2018?

7   A.   As a board, when we would meet on Wednesdays, we would

8   discuss any issue impacting the festival itself, and it was

9   well known, it was in the media, that Mr. Carollo and I were

10  having problems.

11       The assaults had already started.  The -- I believe at

12  this time, I had already filed -- Martin and I had already

13  filed the ethics complaint, and this was -- this type of -- the

14  accusations that were coming were concerning to the board.

15       And as a board, some of the other members thought that it

16  would be in the best interest as a board, they said, hey,

17  guys --

18            MR. KUEHNE:  Objection to what other members said or

19  thought.

20            THE COURT:  Sustained.

21  **BY MS. CAPRIO:**

22  Q.   Are you a member of the board of Viernes Culturales?

23  A.   Yes.

24  Q.   What did it decide in connection with this invitation?

25  A.   The board decided that -- the board was not just Bill

1    Fuller.  The board included all the other members of the board
2    and that as a board, we needed to speak and not only invite
3    Mr. Carollo, but simultaneous to that, an invitation was sent
4    out to other commissioners and to the mayor and county and city
5    commissioners to become even more inclusive at this time so
6    that the board could have a dialogue with Mr. Carollo and
7    inform Mr. Carollo at this early stage that the board was not
8    just Bill Fuller.  That there were other voices there, other
9    stakeholders in the community.
10        And so this was a letter that was developed with input
11   from every board member, and was sent out as an invitation to
12   the commissioner.
13   Q.   Okay.  Thank you.  And did Commissioner Carollo accept
14   Viernes Culturales' invitation to attend its board meeting?
15   A.   He rejected it.
16   Q.   Has Commissioner Carollo ever attended a Viernes
17   Culturales board meeting?
18   A.   No.
19   Q.   At some point in time, do you recall -- we talked about it
20   earlier.  You withdrew the ethics complaint?
21   A.   Yes.
22   Q.   Do you recall when that was?
23   A.   Sometime in '18.  I believe August maybe, '18.
24   Q.   Let's pull up -- just call up -- you're correct.  It was
25   August, 2018.

```
 1            MS. CAPRIO:  But let's call up just to confirm.  The
 2   dismissal was Plaintiffs' 551.  Okay.  So August of 2018, there
 3   it is.
 4   BY MS. CAPRIO:
 5   Q.   Do you see it, Mr. Fuller?  Good memory.  Okay.
 6        So we can take that down.  Do you recall if you invited
 7   Commissioner Carollo to attend the Viernes Culturales after you
 8   withdrew the ethics complaint?
 9   A.   There were many attempts for many months.  The objective
10   was to always present all olive branches throughout this entire
11   process.  There was never a point where I did not want to have
12   a relationship with Mr. Carollo.  The olive branches were
13   extended over and over and over again.
14   Q.   Were those olive branches accepted?
15   A.   Never.  They were rejected.
16   Q.   Over and over again?
17   A.   Yes.
18            MS. CAPRIO:  Okay.  Let's please call up Plaintiffs'
19   Exhibit 431 to the witness and to opposing counsel.
20            Any objection?
21            MR. KUEHNE:  Let me just take a look, please.
22   BY MS. CAPRIO:
23   Q.   Mr. Fuller, do you recognize this document?
24   A.   Yes.
25   Q.   It's an email written by you, correct?
```

```
1              MR. KUEHNE:  Your Honor, if it's not in evidence
2     already, we do not object to 431, Plaintiff's.
3              MS. CAPRIO:  Move to admit.
4              THE COURT:  All right.
5              MS. CAPRIO:  Thank you.  Permission to publish?
6              THE COURT:  Granted.
7              (Plaintiffs' Exhibit 431 Received.)
8     BY MS. CAPRIO:
9     Q.   Mr. Fuller, could you please tell us what is the date of
10    this email?
11    A.   This is September 26, 2018.
12    Q.   So after you withdrew the ethics complaint, correct?
13    A.   Yes.
14    Q.   Okay.  And before you filed this lawsuit?
15    A.   Yes.
16    Q.   Okay.  And could you please just briefly summarize, are
17    you inviting Commissioner Carollo to a board meeting here, sir?
18    A.   This one was important because this one I was -- one, I
19    was writing the email so this was a direct attempt from me
20    without the board.  But I was copying the board to invite
21    Mr. Carollo.
22         I informed him that the city mayor had just attended the
23    time before.  That was the photo that we saw earlier.  And that
24    one of the other commissioners, Manolo Reyes, had actually
25    accepted our invitation to participate in the board.  And he
```

1    had Mr. Esteban Ferreiro attend, his chief of staff.  He

2    responded, the mayor responded, the county commissioner

3    responded.  They all pledged their support and sent

4    representation over this period of time to the festival and to

5    our board meetings to, again, illustrate that our board was, in

6    fact, inclusive, that it was not a private organization with

7    private for-profit gains or any other ulterior motive.  That

8    this was a board and a festival for the people and by the

9    people for the community and by the community.

10   Q.   Okay.  And how many -- how many people are on the board of

11   Viernes Culturales?

12   A.   The board has never had less than eight members and an

13   executive director.

14   Q.   And does this represent another olive branch that you

15   directly offered to Commissioner Carollo in September of 2018?

16   A.   This was a branch.  We had just welcomed --

17             MR. KUEHNE:  Objection.  Leading.

18             THE COURT:  Overruled.

19             THE WITNESS:  This was a branch.  We just welcomed

20   the newly appointed president of the Miami-Dade College,

21   Ms. Malou Harrison, and it was -- you know, this was to show

22   you, Joe, we're good people.  You know what I'm saying?  Let's

23   stop this.  Let it go, join us.  Like think of what we can do

24   together for the neighborhood.

25

1    **BY MS. CAPRIO:**

2    Q.   And --

3    A.   We were pleading.  This was -- we were pleading.  This

4    was --

5    Q.   And what was Commissioner Carollo's response to your email

6    inviting him to the Viernes Culturales board?

7    A.   There was no response.  It was rejected.

8    Q.   And, Mr. Fuller, do you still go to the Viernes Culturales

9    festival that is held at you and Mr. Pinilla's building,

10   Futurama?

11   A.   I do not.

12   Q.   And why not?

13   A.   I rarely go to Little Havana.  I fear for my safety.  And

14   my direct connection with the festival is tarnished.  Until I

15   can actually have a platform to restore it, my current

16   participation is void.  It's invalid.  I can only create more

17   harm for it than I can create good for it.

18   Q.   Okay.  So now I'd like to shift gears to the Calle Ocho

19   Marketplace.  Could you please describe to the jury what the

20   Calle Ocho Marketplace is?

21   A.   Calle Ocho Marketplace is a property that we purchased, I

22   believe, around 2015.  Its intention from even before we bought

23   it was to develop a marketplace for the community.  That's why

24   we called the entity the Calle Ocho Marketplace.

25        And the reason we did this is because of our understanding

```
 1    of what visitors wanted, what they expected when they came to

 2    the neighborhood through our research.  They would ask us, hey,

 3    where is the marketplace?  Where is the place that you can go

 4    and buy stuff in the middle of the day?

 5         Many Latin American cities are often -- or European cities

 6    as well, worldwide cities, have cultural marketplaces.  And

 7    because we were receiving the bulk of our tourist traffic in

 8    the middle of the day, they wanted this.  And we felt that this

 9    was going to be another experience to enhance the guest

10    experience so --

11    Q.   Okay.  So you and Mr. Pinilla own the Calle Ocho

12    Marketplace property?

13    A.   Yes.

14    Q.   And it's on Calle Ocho?

15    A.   It's at approximately 1380 SW 8th Street.

16         MS. CAPRIO:  If we can please call up Plaintiffs'

17    Exhibit 393.  It's already in evidence.

18    BY MS. CAPRIO:

19    Q.   At some point, did you have -- did you have a vision to

20    create a farmers market on Calle Ocho Marketplace, Mr. Fuller?

21    A.   Yes, we had a vision.

22    Q.   You and Mr. Pinilla?

23    A.   Yes.

24    Q.   Could you please describe what that vision entailed to the

25    jury?
```

A.   The name -- and we hadn't released it publicly, but it had
been in the works.  We're storytellers, so when we conceive a
concept, we want there to be an explanation to how it arrived.

     If you properly tell a story, you can explain it in a way
to the visitor as if it had always been there.  And so this
project was going to be called El Paseo de Rum which meant the
walkway or the passage of rum.

     And it was going to be anchored by Matt Malone's rum
distillery, where you would walk through the alley with these
kiosks on each side and finally arrive at the rum distillery.

     And in the rear of the rum distillery was the casita, the
one that we've seen here.  The old structure was painted pink
with the demo ball that the city just demolished, that casita
was going to be emblematic as if the rum had been founded or
created, the rum that Matt was going to distill under the brand
of the Little Havana or Calle Ocho rum, the concept was that if
a man -- imagine, we're storytelling, right?

     If a man had started the rum out of this little casita,
and we were even going to plant sugarcane next to the house so
that the experience that the visitor would have as they came to
the paseo de rum would be that the rum distillery would take
you on an educational tour of the experience from the sugarcane
to the distilling process, and they would leave with that
educational value.

     Because what we realized very early on is that if you can

1   leave your visitor with an educational experience, their

2   understanding of your culture and your neighborhood is enhanced

3   dramatically.

4        You're not just showing them a figure or sculpture.

5   That's not important.  You're having them immerse themselves in

6   something that's educational, that they now have engrained for

7   the rest of their life.

8        And what happens to them?  They become ambassadors of your

9   neighborhood.  They go back to the rest of the world where they

10  live, doesn't matter, Asia, Europe, Oklahoma, and now they are

11  speaking knowledgably about how you make rum, where it comes

12  from, what the distilling process is.  Where did you experience

13  that when they tell their friends?  Calle Ocho, Little Havana.

14  What happens?  They want to come, and on and on and on.

15       This is how stories get told.  This is how you build

16  touristic value of a neighborhood and this was the grand plan

17  to do that.

18  Q.   And what happened to that grand plan, Mr. Fuller?

19  A.   It never materialized.  We started to materialize it here.

20  This was -- this photo explains the development of these kiosks

21  which were shipping containers that were cut, and the one in

22  the rear here starts to show how they were getting cladded with

23  wood and tin roofs and different colors, and as this was going

24  to be finished off, there were going to be bistro lights that

25  were hanging in between the plaza, and there was going to be

1   landscaping introduced and green paths and decks and music was

2   going to be playing live.

3       And if this had reached fruition, this would have been one

4   of the most celebrated and visited experiences in all of the

5   City of Miami.  Because if you study the way we do our projects

6   and we've told our stories, our experiences are magical.

7   They're amazing.

8           MR. KUEHNE:  Objection.  Now we're in a narrative.

9   Beyond the scope of the question.

10          THE COURT:  Sustained.  Next question, Ms. Caprio.

11          MS. CAPRIO:  Thank you, Your Honor.

12  **BY MS. CAPRIO:**

13  Q.   And so you started the project and the containers were

14  placed on your property, correct?

15  A.   Yes.  They were our containers and we were having them

16  constructed right on the property.

17  Q.   Did you have permits to do that?

18  A.   They were mobile units at the time.  It was our

19  understanding that there was nothing necessary to construct a

20  mobile unit that required a permit.

21  Q.   And are those mobile units, those special bespoke kiosks,

22  are they still there today, Mr. Fuller?

23  A.   No, they're not.

24  Q.   Can you explain to the jury what happened to them?

25  A.   Well, Joe didn't want them, and so when Joe doesn't want

```
 1   them --
 2              MR. KUEHNE:  Objection.
 3              THE WITNESS:  -- they're not there.
 4              MR. KUEHNE:  Objection.  Foundation.  Speculation.
 5              THE COURT:  Overruled.
 6              THE WITNESS:  Anything, regardless if it was good, as
 7   long as it was associated with us --
 8              MR. KUEHNE:  Objection.  Non-responsive.
 9              THE WITNESS:  -- it was destroyed.
10              THE COURT:  Sustained.
11   BY MS. CAPRIO:
12   Q.   And what happens -- what happened?  How did -- how was
13   Calle Ocho Marketplace, the paseo de rum -- excuse my
14   pronunciation -- how was that targeted by Commissioner Carollo?
15   A.   We got cited with a violation.  It was drummed up as to
16   exactly what the violation was going to be --
17              MR. KUEHNE:  Objection.  Speculation.  The notice is
18   a document, a public record.  It speaks for itself.
19              THE COURT:  Sustained.
20   BY MS. CAPRIO:
21   Q.   Can you please describe what happened without commenting
22   on the notice?
23   A.   As always, we worked to move along the path that the city
24   wanted us to do because the city was explaining good intentions
25   for us to deliver to the rum, but we received another violation
```

1   on the property and this precluded us -- this prevented us from

2   getting the necessary permit to bring it in.

3        We got another violation, a direct result of Mr. Carollo

4   which prevented us --

5             MR. KUEHNE:  Objection.  Speculation.  Lack of

6   knowledge.

7             THE COURT:  Overruled.

8   **BY MS. CAPRIO:**

9   Q.   You can continue, Mr. Fuller.

10  A.   The violation was a utility pole with an electric line

11  coming over El Taquito.  The same utility pole and electric

12  line that is still there today that was not illegal then when

13  Mr. Carollo explained that it was illegal, right?

14       Like the parking lot in a residential that was illegal,

15  now this was also illegal.  Mr. Carollo said it so it was

16  illegal and prevented us from securing the permits of the Calle

17  Ocho Marketplace.

18       And then a storm came to town.  Hurricane was brewing in

19  the Atlantic.  And what did we receive from the City of Miami?

20  An emergency injunction to remove the containers immediately

21  because they would somehow fly all over the place in the wind

22  event and destroy the neighborhood.

23       That day I got the injunction, I drove around Miami to see

24  how many containers there were.  20 in plain sight all over the

25  city.  Wynwood, downtown, Brickell.  Everywhere.  There were

1  containers everywhere, except ours was the only one that rose

2  to the level where the city attorney involved themselves to

3  take legal action to remove our containers because Mr. Carollo,

4  he's the law.  He doesn't want your containers?  Your

5  containers are not there.

6         MR. KUEHNE:  Objection.  Now narrative.  Move to

7  strike.  It's opinion testimony.

8         THE COURT:  Overruled.

9  **BY MS. CAPRIO:**

10 Q.    And when you received that emergency injunction paper and

11 the hurricane was brewing, what did you do next?

12 A.    We removed the containers.

13 Q.    In an emergency fashion?

14 A.    Sure.  We called a tow truck and we had the mobile

15 containers moved.

16 Q.    And after the mobile containers were moved, what was the

17 status of the project?

18 A.    It was done.  We were defeated.  He won.  It's still

19 called the Calle Ocho Marketplace, except that it's just a

20 parking lot.  There's nothing exciting.  The visitors don't go

21 to that part of the street as much as they should.  There's

22 still not a marketplace in the neighborhood.

23    We were deflated.  We could have fought.  We could have

24 tried, but every door is closed on Martin and I.  Every single

25 door in the city.  There's no path to do great things.  There's

 1   no path to complete our projects.  There is excuse after

 2   excuse.  We call it moving the goal post.  It's impossible for

 3   Martin and I to do business in the City of Miami.  We are

 4   persona non grata.

 5   Q.   And, Mr. Fuller, what happened to Matt Malone's rum

 6   distillery?  Did that go forward?

 7   A.   No.

 8        MS. CAPRIO:  I'd like to call up Plaintiffs' Exhibit

 9   265.  It's already in evidence.

10   **BY MS. CAPRIO:**

11   Q.   Is this a text message from Matt Malone to you,

12   Mr. Fuller?

13   A.   Yes.

14   Q.   Can you scroll up?  Could you please read that into the

15   record?

16        MR. KUEHNE:  Objection.  Your Honor.

17        THE COURT:  Wait.  There's an objection.

18        MR. KUEHNE:  Can we move to take it -- the document

19   that's in evidence and redact?  We went through this.

20        MS. CAPRIO:  I apologize.

21        MR. KUEHNE:  We went through this.  This was clear

22   they were going to redact it.  We move to take it down from the

23   screen.

24        MS. CAPRIO:  It is redacted.  That's fine,

25   Mr. Kuehne.

```
 1          MR. KUEHNE:  It's up on the screen, Your Honor.  This
 2   is not the document that was admitted.
 3          THE COURT:  Which document?  Again, look, moving
 4   forward, make sure you show it only to the Court and to the
 5   attorneys -- wait, let me finish.
 6          Moving forward, just make sure you show it to the
 7   opposing counsel.  That goes to both sides, whether it's been
 8   redacted.  And also to my side and also the counsels only.
 9   Then once we have, if there's no objection, then you can
10   publish it, okay?
11          MS. CAPRIO:  Yes, Your Honor.  I apologize.
12          MR. KUEHNE:  The document that was improperly -- it
13   was viewed by everybody in this courtroom.  It has improper
14   material that plaintiffs had agreed to redact.  They did not.
15   We have a motion to make for Your Honor.
16          THE COURT:  Right now, disregard anything that has
17   been seen on this document, whatever is showing.  It's an
18   email, a text message, briefly.  Anyway, go ahead and show to
19   the witness what you intend to show.
20          MR. KUEHNE:  May I reserve the motion for sidebar,
21   Judge?
22          THE COURT:  That's denied, sir.  I already ruled to
23   instruct the jury to disregard anything that's been seen.
24   That's not a part of their deliberation.  It's not a part of
25   their consideration.
```

```
 1                Does everyone agree to follow that instruction?

 2           THE JURY:  Yes.

 3           THE COURT:  All right.

 4           MS. CAPRIO:  I apologize.  That was an error.

 5           Mr. Kuehne, this is the version that was admitted into

 6   evidence.

 7           MR. KUEHNE:  I don't know if this was the version

 8   that was admitted into evidence, Your Honor.

 9           THE COURT:  What do you mean, you don't know which

10   version was admitted into evidence?

11           MR. KUEHNE:  The one that -- Judge, the one that was

12   admitted into evidence had nothing on the top until we got to

13   the GM Bill.

14           MS. CAPRIO:  No, it did.  The New Years thing because

15   I asked Mr. Malone about it.

16           MR. KUEHNE:  All right.  No objection.  It appears to

17   be the correct version now.

18           MS. CAPRIO:  Please publish to the jury.

19           THE COURT:  Yes.

20           MS. CAPRIO:  Thank you, Your Honor.  I apologize.

21   BY MS. CAPRIO:

22   Q.   And, Mr. Fuller, let's go back.  So this is a text message

23   between you and Matt Malone?

24   A.   Yes.

25   Q.   And Matt Malone was the gentleman that sought to build a
```

1    rum distillery and tasting room on Calle Ocho Marketplace?

2    A.   Yes.  He was the anchor to the paseo de rum.

3    Q.   And could you please read Mr. Malone's text message into

4    the record?

5    A.   Good morning, Bill.  If I may assist in any way, I'd like

6    to help.  I lost time, lost opportunity, and some hard money

7    where he clearly told me, quote, I'd support you any place but

8    not in Bill Fuller's building, end quote, among many other

9    ridiculous things.

10   Q.   And is "he" Joe Carollo?

11   A.   Yes.  Matt's referring to Joe Carollo.

12   Q.   And what impact did Matt Malone's text have on you?

13   A.   This was par for the course.  You know, our reputation was

14   destroyed.  He had no problem in explaining to people that

15   you're toxic to me if you do business with Bill Fuller or

16   Martin Pinilla, and this is not -- this is similar to other

17   statements that he made to other tenants and individuals to

18   disparage us.

19           MR. KUEHNE:  Objection.

20           THE COURT:  Wait --

21           MR. KUEHNE:  Non-responsive.  He's talking about this

22   and now he's narrating about something that's not before him,

23   the Court or the question.

24           THE COURT:  All right.  Sustained.  Answer the

25   question that's being asked of you, Mr. Fuller.

1           THE WITNESS:  Yes, Your Honor.

2    **BY MS. CAPRIO:**

3    Q.   So my question was what impact did this text message have

4    on you that Matt Malone said and relayed to you, Joe Carollo's

5    admission that he'd support Matt any place but in Bill Fuller's

6    building?  How did that impact you, sir?

7    A.   All my life, I worked on my reputation because our

8    reputation is everything.  Everything.  In business, your

9    reputation is everything.

10          You could have an economic hardship, an economic collapse,

11   but if you needed to rebuild, the only thing you would rebuild

12   with is your reputation.  That's all you have.  You could be

13   penniless, but if your reputation is sound, you could do it

14   again.  I believe that.  I believe that.

15          I almost faced bankruptcy, and I was able to do it again

16   because of my reputation, but when your reputation is

17   challenged in this way, when people know that you can't -- they

18   can't do business with you because it's you, because there's

19   fear and intimidation and attack and the possibility of

20   liability, your reputation is worthless.  Your street value is

21   zero.  You can't rebuild it.  You can't.  It's irreparable.

22   Q.   Thank you, Mr. Fuller.

23          MS. CAPRIO:  Your Honor, I'm at a stopping point

24   before my next section.  With Your Honor's permission, could we

25   have a lunch break?

```
 1              THE COURT:  No, you may keep going.

 2              MS. CAPRIO:  Thank you, Your Honor.  Thank you,

 3    Mr. Fuller.

 4    BY MS. CAPRIO:

 5    Q.   Let's go forward in time, and in the chronology to the

 6    February 14, 2019 City Commission meeting.  Have you heard that

 7    meeting referred to as the Valentine's Day massacre?

 8    A.   Yes.

 9    Q.   Now, do you recall that meeting, Mr. Fuller?

10    A.   Yes.

11    Q.   Okay.  And what do you recall about that meeting?

12    A.   The meeting was a result of a month -- a multi-month long

13    campaign that started many months before.

14              MR. KUEHNE:  Objection, Your Honor.  Foundation.

15    Speculation.  This is a City Commission meeting that is

16    published.  It's not the result of anything other than --

17              THE COURT:  No speaking objection, Mr. Kuehne.  The

18    objection is sustained though.  Do not make any speaking

19    objection.  Have a seat, please, sir.

20              Ms. Caprio, please make sure you direct your question

21    so we don't have to have multiple objections like this, as

22    well, all right?

23              MS. CAPRIO:  I will, Your Honor.  Thank you.

24    BY MS. CAPRIO:

25    Q.   Mr. Fuller, did you watch the February 14, 2019
```

 1   Valentine's Day massacre City Commission meeting?

 2   A.   I was not watching it, but I was informed about it while

 3   it was happening.

 4   Q.   And at some point, did you attend the meeting?

 5   A.   I received a phone call from several individuals, texts,

 6   phone calls, alerting me that the commissioner was speaking

 7   about us and we immediately put -- you can watch the Commission

 8   hearings on the computer.

 9       So we went to the web browser, and Martin and I were in a

10   meeting and we went to start looking at the meeting and to

11   understand what was transpiring in the meeting.

12   Q.   Let me stop you right there.  So we have a few clips that

13   I'd like for you to observe and to explain whether this was a

14   clip that you saw.  They're already admitted into evidence.

15           THE COURT:  First, show it to the opposing counsel.

16   Make sure there's no discrepancy about this.  Do not publish to

17   the jury.  Only show it to this Court and opposing counsel

18   first.

19           MS. CAPRIO:  No sound.  433.

20           THE COURT:  Is there any objection?

21           MR. KUEHNE:  Your Honor, I don't think so.  It's an

22   excerpt, but we've had some issues with some of the excerpts so

23   I'm just not sure if it's --

24           THE COURT:  If there's an objection of a Commission

25   meeting, is there an objection to the video?

```
 1              MR. KUEHNE:  Judge, we've had agreement as to certain

 2    portions being excised.  I don't know if this is one of those

 3    portions.  I think it's okay, Judge, but if it's not, I'll stop

 4    it when -- if it's got something that we agreed would not be in

 5    there.

 6              THE COURT:  Fair enough.  Let me know.  Is there an

 7    issue with video, counsel?

 8              MS. CAPRIO:  No, I don't think so.

 9              THE COURT:  Has it been played before?

10              MS. CAPRIO:  Yes, played and admitted.

11              THE COURT:  Okay.

12              MS. CAPRIO:  Please, permission to publish?

13              THE COURT:  Sure.

14                      (Video played.)

15              THE COURT:  Stop it briefly.  Stop the video.

16    Defense, is there any objection to what is about to be played

17    now, sir?

18              MR. KUEHNE:  I don't believe so, Judge.

19              THE COURT:  Thank you.

20                      (Video played.)

21    BY MS. CAPRIO:

22    Q.   Mr. Fuller, was that part of the video that you saw with

23    Mr. Pinilla?

24    A.   Yes.

25    Q.   Okay.  What did you understand that Resolution that
```

```
 1   Commissioner Carollo was proposing to be?
 2           MR. KUEHNE:  Objection.  Relevance and foundation.
 3   Seeks a legal opinion as to a Commission Resolution.
 4           THE COURT:  Overruled.
 5           THE WITNESS:  This is a very public notice to all of
 6   the staff at the City of Miami from Joe Carollo on the dais
 7   explaining that if you don't do what you're supposed to do, you
 8   might be subject to law enforcement activities.
 9           MR. KUEHNE:  Objection.
10           THE COURT:  What's the grounds?
11           MR. KUEHNE:  Speculation.  Personal belief.
12           THE COURT:  Sustained.
```
**BY MS. CAPRIO:**
```
14   Q.   What affect did this statement by Commissioner Carollo,
15   this proposed Resolution asking for an investigation of city
16   employees by the law enforcement, what affect did that have on
17   you, sir?
18   A.   This is very scary.  This was very, very concerning
19   because now this fear and intimidation is the way that you
20   mobilize an army.
21           MR. KUEHNE:  Objection.  Speculation.  Move to
22   strike.
23           THE COURT:  Sustained.  It's stricken.  Next
24   question.
25
```

1  **BY MS. CAPRIO:**

2  Q.   Sure.  You were afraid, correct?

3  A.   Absolutely.

4        MS. CAPRIO:  And now if we could play the next clip.

5        MR. KUEHNE:  We do not have an objection to the next

6  clip, Your Honor.

7        THE COURT:  All right.

8        MS. CAPRIO:  Permission to publish.

9        THE COURT:  Yes.

10                    (Video played.)

11  **BY MS. CAPRIO:**

12  Q.   And, Mr. Fuller, did you and Mr. Pinilla hear this

13  response to Commissioner Carollo by Francis Suarez?

14  A.   Yes.

15  Q.   And who did you understand that Mr. Suarez was referring

16  to when he said that Commissioner Carollo was selectively

17  targeting businesses?

18        MR. KUEHNE:  Objection.  The speech -- public speech

19  speaks for itself.  There's no --

20        THE COURT:  Overruled.  Overruled.  You can answer.

21        THE WITNESS:  Francis Suarez was speaking directly

22  about us to Joe Carollo.  It was public knowledge in that

23  meeting.  That meeting was a public --

24        MR. KUEHNE:  Objection.

25        THE WITNESS:  -- execution.

```
 1              THE COURT:  Mr. Fuller, there's an objection.

 2              MR. KUEHNE:  Objection to public knowledge and move

 3    to strike his last comment.

 4              THE COURT:  Overruled.  He can answer.

 5              THE WITNESS:  That was a public execution and

 6    assassination of character of Martin and I.

 7              MR. KUEHNE:  Objection.  Characterization.  Move to

 8    strike.

 9              THE COURT:  It's stricken.  Also, Mr. Fuller, please

10    comment exactly without any additional narrative of what you

11    think something is, all right?

12              THE WITNESS:  Yes, Your Honor.

13              THE COURT:  You can comment on your personal

14    knowledge.  I understand that you may express your feelings.

15    There's certain things that are appropriate or not appropriate

16    before this Court, okay?

17              THE WITNESS:  Yes, sir.

18    BY MS. CAPRIO:

19    Q.   Just to tie that down, you understood that Francis Suarez

20    was referring to Commissioner Carollo selectively targeting you

21    and Mr. Pinilla, is that right?

22    A.   Yes.

23              MS. CAPRIO:  And now let's play the last clip, and

24    this is the clip of Chief Colina which has already been

25    admitted into evidence.  Let's just play it for opposing
```

 1   counsel and the witness before we publish.

 2          THE COURT:  Without the sound.

 3          MS. CAPRIO:  This has already been admitted with

 4   Chief Colina.

 5          THE COURT:  Any objection as to Plaintiffs' Exhibit

 6   433?

 7          MR. KUEHNE:  No objection to this excerpt, Judge.  We

 8   object as cumulative.  I think we've seen this three times in

 9   this trial.

10          THE COURT:  Overruled.

11          MS. CAPRIO:  We can publish.  Permission to publish.

12   Thank you.

13                    (Video played.)

14   **BY MS. CAPRIO:**

15   Q.   And, Mr. Fuller, did you and Mr. Pinilla see Chief

16   Colina's response to Commissioner Carollo?

17   A.   Yes.

18   Q.   Okay.  And he mentions you by name, correct?

19   A.   Yes.

20   Q.   Did that confirm your belief that you were at issue in

21   this Commission meeting?

22   A.   The entire Commission meeting, Mr. Carollo never said our

23   name at all, but everybody at that meeting knew that that

24   meeting was about us and this was Colina --

25          MR. KUEHNE:  Objection.  Speculation as to what

1   everybody knew.

2        THE COURT:  All right.  Sustained.

3   **BY MS. CAPRIO:**

4   Q.   Did Chief Colina know, like he just said?

5   A.   Mr. Colina was our hero because he outed Mr. Carollo and

6   explained what the big elephant in the room was.  That we know

7   why we're here.  This is about Bill Fuller, and I'm telling you

8   I can't even identify the guy if I wanted to in a two person

9   lineup.  He brought out what nobody else had the ability to say

10  is, like, you know why we're here.

11  Q.   Okay.  And now did you personally ever attend the

12  Valentine's Day massacre, the February 14, 2019 Commission

13  meeting, Mr. Fuller?

14  A.   As I watched further in the video, it started to get very

15  concerning for Martin and myself.  The dialogue at the dais

16  started to turn to closing our business, the Taquerias el

17  Mexicano on the stand.

18       One by one, each commissioner started to talk about how

19  businesses like this are closed in their community for

20  prostitution, for murders, for machanitas which are like

21  illegal gambling machines in places, and I knew that what was

22  going on and I felt it was -- that they were going to close our

23  business without the due process, without the proper process

24  already set forward by the law that allowed us, if for whatever

25  reason we were found to be not in compliance, the due processes

```
 1   of the City of Miami would allows us to come into compliance.
 2        That's why laws are written, and they were going to take
 3   an extraordinary measure, Draconian measure to actually shut
 4   our business down on the stand.
 5        And when I heard this dialogue, I jumped out of my seat,
 6   got in my car, and raced down to city hall so that I could
 7   address the Commission face to face and express my concern, my
 8   violation of not having due process in this matter.
 9        Not being invited just to the meeting, to the public
10   spectacle which was a jury trial essentially, without the
11   defendant present --
12             MR. KUEHNE:  Objection.
13             THE COURT:  Sustained.  We're going to be in recess
14   now for lunch.  Again, ladies and gentlemen, do not discuss
15   this case with anyone.  Do not formulate any opinion.  We'll
16   see you back here at 1:05 -- no, 1:05 p.m.
17             THE COURT SECURITY OFFICER:  All rise.
18             (Thereupon, the jury exited the courtroom.)
19             THE COURT:  Close the door.  Also any other evidence
20   that you intend to introduce, I want to make sure that the
21   defense and the plaintiff look at them so we don't have to stop
22   this trial or pause.  There won't be any issue, none
23   whatsoever.
24             While during the break, look at any exhibits, make
25   sure you listen to them, play them.  We're going to take it
```

1    that's the exhibit that will be played so we don't have to have

2    any mishaps, I didn't see it, I didn't understand.  I think

3    that maybe make sure moving forward, every single evidence

4    needs to be reviewed by both sides, all right?

5              MS. CAPRIO:  Yes, Your Honor.

6              MR. KUEHNE:  Yes, sir.

7                   (Luncheon recess was taken.)

1      **<u>WEDNESDAY AFTERNOON SESSION, MAY 10, 2023</u>**

2                 <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                         - - -

4           (Call to the Order of the Court.)

5           THE COURT:  The Court is back in session.  Has the

6    parties, plaintiffs and the defendant agreed on which exhibits

7    will be introduced?

8           MR. KUEHNE:  Your Honor, we are in the process of

9    finishing up the video reviews and it's moving along smoothly.

10          THE COURT:  You can be seated everyone, please.

11          MR. KUEHNE:  It's moving along smoothly, but I think

12   we have five or six more to finish, but they move pretty

13   quickly.

14          MS. CAPRIO:  Mr. Kuehne just arrived.

15          THE COURT:  So why is it taking this long?  The time

16   to do it now, you should have done it over lunch.

17          MR. KUEHNE:  I just came back from lunch a couple

18   minutes ago and we started immediately.

19          THE COURT:  How much time is it going to take?

20          MR. KUEHNE:  Just a few minutes, Judge.

21          THE COURT:  All right.

22          Ms. Caprio, how much time do you need for the direct?

23          MS. CAPRIO:  I think based on the morning, I would

24   estimate four hours.

25          THE COURT:  I didn't hear you.

1          MS. CAPRIO:  Four hours.

2          THE COURT:  Why would it take four more hours?

3          MS. CAPRIO:  We can speed it up.

4          THE COURT:  Yeah.  A lot more.

5          MS. CAPRIO:  I will.  Thank you.

6                    (Pause had.)

7          THE COURT:  We're back on the record.

8          MR. KUEHNE:  Your Honor, during the break, the Court

9   allowed us to review exhibits with the plaintiffs.  We reviewed

10  a number of videos and agree to their admission as to most of

11  them.

12          I do want to note that Plaintiffs' Exhibits 524, 525

13  and 526 which will be identified as Taquerias related video,

14  Mr. Fuller is not in those videos.  I believe it's the manager,

15  a fellow named Kaplan, so we object those three coming in

16  through Mr. Fuller.

17          Plaintiff 528 and -- I'm sorry, Plaintiff 582 and 583,

18  are Ball & Chain.  No Bill Fuller.  So we object to those too.

19          THE COURT:  Let me hear a response briefly.

20          MS. CAPRIO:  Yes, Your Honor.  For the first, 525 and

21  526, they're all clips of the same evening of August 21, 2021

22  when Mr. Fuller arrived at Taquerias.  He has personal

23  knowledge of this video.  He was sent it in real time, and we

24  can lay the foundation that he observed the video and he

25  actually was on the scene I think during the time of the taking

```
1    of that video because that came after the first encounter with
2    the police.  So he was there at Taquerias that night, and I
3    intend to establish that with the witness to lay the
4    foundation.
5              THE COURT:  Any other objection?
6              MS. CAPRIO:  And the other -- the 582 and 583, so we
7    are also showing these videos because we want to explain that
8    these raids by the police into Ball & Chain to check for their
9    Certificate of Use, excuse me, were sent to Mr. Fuller in real
10   time, and we're entitled to ask about the impact that those
11   videos had on him and what affect, and whether he would go to
12   Ball & Chain and disrupt his family life in response to those
13   videos.
14             THE COURT:  Beyond those other videos, what other
15   areas that you intend to explore because this Court is not
16   going to allow the direct examination to go four hours.  I
17   think that's unreasonable.  You have started with direct on
18   yesterday.  I've been keeping track of time.  So we're not
19   going to spend four more hours.  I don't know what other
20   questions you want to ask.  You should be wrapping up the
21   questioning directly to curtail to get to the point here.
22             MS. CAPRIO:  Yes, Your Honor.  The questions will
23   just be did you see these videos.
24             THE COURT:  I'm asking beyond that.  I'm telling you
25   right now the Court is not going allow you to go for another
```

```
 1   four hours of testimony with respect to Mr. Fuller's case so --
 2            MS. CAPRIO:  I understand, Your Honor.  I will not go
 3   four more hours.
 4            THE COURT:  Because I have -- again, I've been
 5   keeping track of time.  I know what's reasonable.  Whatever you
 6   need to do, you need to tailor your direct examination so we
 7   can move forward with this case.
 8            MS. CAPRIO:  Yes, Your Honor.  I spoke with my client
 9   and we understand that we need to be a little bit more
10   succinct, and we will work within the parameters and be
11   conscientious of the time.
12            THE COURT:  Thank you.  Rita, you can bring the
13   jurors, please.  Thank you.
14            THE COURT SECURITY OFFICER:  All rise.
15            (Thereupon, the jury entered the courtroom.)
16            THE COURT:  All right.  The members of the jury are
17   all present and accounted for.  You may begin with your
18   examination.
19            MS. CAPRIO:  Thank you, Your Honor.
20   BY MS. CAPRIO:
21   Q.   Good afternoon, Mr. Fuller.
22   A.   Good afternoon.
23   Q.   Before the lunch break, we were discussing the
24   February 14, 2019 Commission meeting.  So I'd like to direct
25   your attention to those -- that timeframe.
```

1    And you testified before the break that you had rushed and

2  gotten into your car and arrived at the meeting, correct?

3  A.   Yes.

4  Q.   Can you explain briefly what happened when you arrived at

5  the February 14, 2019 Commission meeting?

6  A.   I walked into the chambers the City of Miami Commission

7  meeting, and the commissioners were still speaking.  And I

8  immediately -- there weren't a lot of folks in the audience,

9  but I immediately approached the podium which was irregular

10 because the public speaking wasn't -- would have been closed in

11 the morning.

12   And I was visibly upset, and I asked to be able to speak

13 immediately to the Chair of the board.  At the time, that was

14 Commissioner Ken Russell.

15 Q.   And did you actually speak at the February 14, 2019 City

16 Commission meeting, Mr. Fuller?

17 A.   Yes.  They provided me with two minutes to speak.

18       MS. CAPRIO:  Okay.  And could we please just show

19 Plaintiffs' Exhibit 121A to the witness and to opposing

20 counsel?

21 **BY MS. CAPRIO:**

22 Q.   Mr. Fuller, if you can briefly review this document.

23 Do you recognize this statement?

24 A.   Yes.

25 Q.   And is this a transcript of the statement that you gave at

```
 1   the February 14, 2019 City Commission meeting?
 2   A.   Yes.
 3            MS. CAPRIO:  Okay.  Move to admit.
 4            MR. KUEHNE:  Your Honor, we agree to this version
 5   Plaintiffs' Exhibit 121A.
 6            THE COURT:  All right.  Thank you.  It's admitted.
 7            MS. CAPRIO:  Your Honor, permission to publish.
 8            THE COURT:  Granted.
 9                 (Plaintiffs' Exhibit 121A Received.)
10   BY MS. CAPRIO:
11   Q.   Mr. Fuller, could you please read the words that you
12   stated at the City Commission meeting on February 14, 2019
13   after you arrived and took the podium?
14   A.   You gentlemen up here have been talking for the last half
15   an hour of shutting down my business which represents taxes,
16   opportunity, employment in your district.  How dare you, sir.
17   You know you've been targeting.  Please, this -- I'm sorry,
18   that was from the Chairman said -- Chair Russell says through
19   the chair, please, speaking to me.  And I continue.
20        You know that you have been targeting my business.
21   Everybody in the city knows you've been targeting my business.
22   You and this gentleman, Frank Bichelle, were caught hiding in
23   the bushes behind Ball & Chain inciting my neighbors.  Sir, you
24   have lied about being with a priest in the middle of the night.
25   And gentlemen, I know each and every one of you.  Please do not
```

1    make this decision to shut down this business.  Allow the due

2    process to work itself out.  The evidence he provided today was

3    a lie.  It is impossible in the City of Miami to pull an

4    electric service permit in one day.  That is improbable.  That

5    requires heavy lifting permits, architecture fees and all of

6    that.  He's somehow suggesting that when he targeted me --

7    because I have evidence -- and please let me remind everybody

8    here there's a federal case ongoing and the lies and the

9    unethics and everything --

10        Commissioner Gort you have been a champion of our district

11   for years.  Please do not allow this to happen.  My companies,

12   my employees, and my Viernes Culturales, the work that we have,

13   blood, sweat and tears built that neighborhood.  How dare you,

14   sir, think that you have had any contribution to that

15   neighborhood.

16   Q.   And is that transcript a fair and accurate statement of

17   what you said at the February 14, 2019 meeting?

18   A.   Yes.

19   Q.   Can you please briefly explain to the jury why you made

20   that statement?

21   A.   I raced over to city hall.  They -- the Commission was

22   being asked to shut down my business and I made the statement

23   to plead to them, to say this is not the way that a business --

24   that I am entitled to my due process.  And the due process is

25   laid out by the City of Miami, and if you had a Code or a

1    Building violation, there's already procedures in place which

2    allow you to appeal those, and happen, and the Commission was

3    trying to close down the business there.  And I was appealing

4    to the commissioners allow the due process, allow the rights

5    that we are given to work itself out.  Don't make this

6    decision.  I was begging them.  That's what this was.  I was

7    begging the commissioners to rethink the concept to simply

8    close down the business.

9    Q.   And which business are you referring to Mr. Fuller?

10   A.   This was Taquerias el Mexicano.

11   Q.   And do you know if the Commission took any action and

12   passed any resolution at the February 14, 2019 meeting that you

13   attended?

14   A.   They weren't successful in closing the business, but what

15   they were successful in achieving was that they would be

16   investigating a handful of properties of which most of them on

17   the list were ours.

18        MS. CAPRIO:  Okay.  And if we can please call up

19   Plaintiffs' Exhibit 150 which has already been admitted into

20   evidence.

21   **BY MS. CAPRIO:**

22   Q.   And, Mr. Fuller, are you familiar with this document?

23   A.   Yes.

24   Q.   And could you please describe briefly your understanding

25   of this document to the jury?

1   A.   This is -- this is an email which contains the resolution

2   that was passed at this Commission hearing.  It identifies the

3   properties that were added as part of, you know, what the

4   investigation that would be carried on against these particular

5   properties.

6   Q.   Could you please read the actual Resolution into the

7   record?

8        MR. KUEHNE:  Ms. Caprio, would you remind me of that

9   exhibit number?

10       MS. CAPRIO:  150.

11  A.   A resolution of the City of Miami Commission directing the

12  city attorney to research properties described at the

13  February 14, 2019 City Commission meeting during discussion

14  item D3.1 Code Enforcement, regarding violations related to no

15  Certificate of Use, Certificate of Use obtained under false

16  pretenses, and/or properties with violations that pose life

17  safety issues and initiate injunctive proceedings against said

18  properties until the properties are brought into compliance.

19  Q.   And now let's go down to those addresses.  Could you

20  please read to the jury which addresses on that list, which was

21  written by Victoria Mendez, the city attorney, which of those

22  properties -- please read the addresses into the record, sir,

23  are yours and Mr. Pinilla's?

24  A.   1450 SW 7th Street, 1551 SW 8th Street, 1530 SW 7th

25  Street.  1780 SW 7th Street was the parking lot of Alain

1    Garcia's.  1521 SW 8th Street -- I'm sorry, 521 SW 8th Street

2    at the bottom of the page.

3    Q.    Then the first one at the top?

4    A.    1513 SW 8th Street, the Ball & Chain.

5    Q.    Which one -- is the Taquerias on there too?

6    A.    That is the 521 SW 8th Street at the bottom.

7    Q.    That was the business that was the subject matter of the

8    meeting, correct?

9    A.    Correct.

10   Q.    And Vicky Mendez added that other address.  There's one

11   more on the other page.  Is that one of yours too?

12   A.    Yes.  1380 SW 8th Street.  That's also ours as well.

13   Q.    The vast majority of those properties are yours and

14   Mr. Pinilla's, correct?

15   A.    That's correct.

16   Q.    And now, Mr. Fuller, did you take any measures in response

17   to this Resolution targeting your businesses?

18   A.    I mean, we started speaking to the attorneys.  We started

19   understanding what rights the city had to do this.  It was a

20   deviation from what the law and the code had provided for.

21   Q.    How did that impact you personally?

22   A.    Personally, we had -- at this point, I was living with

23   numbness all the time.  It was a feeling of constant anxiety,

24   and each and every time -- and this was a drastic one.  This

25   was one of the most intense feelings to have, but this time it

1   was ratcheted it up to a level that was incomprehensible.

2        This -- I mean, the fact that you could have laws on your

3   properties specifically tailored for you in a public meeting,

4   you know, we weren't living in the United States anymore at

5   this point.

6             MR. KUEHNE:  Objection.

7             THE COURT:  What's the objection?

8             MR. KUEHNE:  Impermissible speculation and opinion.

9   Not related to this case, and 403.

10            MS. CAPRIO:  I asked the impact on him.

11            THE COURT:  The objection is overruled.

12  **BY MS. CAPRIO:**

13  Q.   Thank you, Mr. Fuller.  Now, after the meeting, let's move

14  on.  Let's move back to the Ball & Chain restaurant, and we've

15  already talked here today and yesterday about the Ball & Chain

16  valet.  But now, I would like to discuss the actual restaurant,

17  the Ball & Chain.

18       Now, sir, was the Ball & Chain also targeted by Joe

19  Carollo?

20  A.   Yes.  It was his favorite obsession.

21  Q.   And how so?  How did he target the Ball & Chain?

22  A.   Well, first and foremost, he defamed it.  He went to the

23  media and everything that was his campaign to destroy us was

24  now branded the Ball & Chain.  It was the Ball & Chain fight.

25  It was the battle between Ball & Chain and Joe Carollo.  It was

1    a brand that he could latch onto and show the community, I

2    felt, that what was being illustrated was, yeah, I'm doing this

3    publicly.

4         And everybody needs to know that this is the way that I

5    rule and this is the way that you will be punished, and it will

6    be done in a very public way so that there's no confusion as to

7    who is the law.

8              MS. CAPRIO:  And let me show you Plaintiffs' Exhibit

9    353.  I don't believe this is in evidence.  Let's just show to

10   the witness -- I'm sorry, it's already in evidence so we can

11   please publish it to the jury.

12   **BY MS. CAPRIO:**

13   Q.    And, Mr. Fuller, what does this photograph depict?

14   A.    This is the rear patio of the Ball & Chain.  It depicts a

15   domino night that we often produce.

16   Q.    Okay.  Is that the Pineapple Stage?

17   A.    That's the Pineapple Stage in the rear.

18   Q.    And celebrities often perform on this outdoor Pineapple

19   Stage while it was open?

20   A.    Yes.

21              MS. CAPRIO:  If you could please just -- could we

22   call up briefly Plaintiffs' Exhibit 348 which has already been

23   admitted into evidence.  That's the video.

24                         (Video played.)

25   A.    That's Willy Chirino, a Grammy award winner.

1    Q.   A Grammy award winner.  What kind of artist is Willy

2    Chirino?

3    A.   He's a legend in the South Florida community which as you

4    know, is very important to the Cuban musical heritage.

5    Q.   Great.  And let's call up Plaintiffs' Exhibit 368 to the

6    witness and to opposing counsel.  What other Latin celebrities

7    visited Ball & Chain?

8    A.   This is Fonseca and Juanes.

9    Q.   Is that at the Ball & Chain?

10   A.   Yes.

11           MS. CAPRIO:  Any objection?

12           MR. KUEHNE:  Judge, we had an objection at sidebar.

13   The Court ruled on that.  On this document.

14           THE COURT:  All right.  The objection is overruled so

15   you can proceed.

16           MS. CAPRIO:  Thank you, Your Honor.  Move to admit.

17           THE COURT:  Granted.

18           MS. CAPRIO:  And permission to publish.

19           THE COURT:  Granted.

20              (Plaintiffs' Exhibit 368 Received.)

21   **BY MS. CAPRIO:**

22   Q.   What kind of artist is Juanes?

23   A.   These are musicians.

24   Q.   And Fonseca?  Are they Latin?

25   A.   Yes, these are Latin musicians.

1   Q.   Extremely famous and well-known?

2   A.   International superstars.

3   Q.   Now, we can take that down.  Let's focus on before

4   Commissioner Carollo took office.  Can you please describe Ball

5   & Chain's interactions with the City of Miami?

6   A.   From inception, Ball & Chain was extremely well received

7   by the community and the City of Miami, at our opening, was

8   both the mayor and the commissioner at the time to cut the

9   ribbon and we always had open dialogue with the city.

10       We had annual inspections that were conducted by the fire

11   department for the Certificate of Use which is a document that

12   certifies matters of life safety.

13       We had at one point had an inspection that even inquired

14   about the necessary -- the need for a fire sprinkler system and

15   we worked through that.  And we, as always when approached by

16   the city, we had an open dialogue, and that's the way we knew

17   the city to always be.

18   Q.   And prior to Joe Carollo taking office, did you pass those

19   annual inspections that were given by the fire department at

20   Ball & Chain?

21   A.   Yes, we did.

22   Q.   And now let's focus on post Carollo, and after he took

23   office.  Can you please describe to this jury and His Honor

24   Ball & Chain's interactions with the City of Miami?

25   A.   As time went on, the interaction with the city became

1    non-existent and then it transformed into something surreal.

2        It was actually the city coming after us, the city closing

3    the door on the ability for us to operate as normal business

4    people.  The goal post moving, and by that I mean explaining to

5    us in a plan review that this is acceptable, and then coming

6    back to us days, weeks and sometimes months later, six months

7    later after approving a set of plans, and saying oops, I'm

8    sorry, we made a mistake, now you've got to change all that.

9        We're sorry you did all the work, but we don't really care

10   about the cost.  What we care about is life safety when that

11   was really that was the dagger they were using on us all the

12   time.  This is a life safety matter and, therefore, you must

13   continue to change it as long as we say it's a life safety

14   matter.

15       And ultimately, the city closed the Ball & Chain after us

16   working through with them, doing everything that they asked,

17   they close it.  They put the business down.  They closed it.

18   They got exactly what Joe Carollo ordered, the closure.

19   Q.   Okay.  And let's break that down.  Before Ball & Chain was

20   ordered to be closed, did teams of City of Miami Police, Code

21   and Fire visit the Ball & Chain?

22   A.   Dozens and dozens and dozens of times, year after year

23   after year after Carollo was elected.  It was sometimes over a

24   weekend, Friday, Saturday, and Sunday.  It was sometimes two

25   times a night.

1    It was inspectors that were coming that they -- the

2    supervisor had ordered a totally different group to come, so I

3    didn't know if somebody else came earlier.  Oh, I'm sorry, but

4    it was always done at night.  It was never done in the daytime,

5    so it wasn't done when we had the least amount of traffic.  It

6    was done when the maximum impact could be made.

7        Why?  Because it wasn't just some officers sliding in the

8    back door.  It was police cars, numerous police cars --

9            MR. KUEHNE:  Objection.

10           THE WITNESS:  -- blocking the valet ramp.

11           MR. KUEHNE:  Objection.  Narrative.

12           THE COURT:  Sustained.

13   **BY MS. CAPRIO:**

14   Q.   Let's focus on -- would you characterize these in -- were

15   these officers in uniform when they would visit Ball & Chain

16   during peak hours?

17   A.   Yes, full uniform.

18   Q.   And would you know each time the City of Miami sent out

19   uniformed officers to the Ball & Chain?

20   A.   I'm sorry, did I know --

21   Q.   Would you be notified when each --

22   A.   Yes.  A practice and policy at the Ball & Chain was I was

23   to be notified immediately upon any presence of City of Miami

24   staff regardless of the department they came from.  It was

25   immediately chatted in our 9-1-1 text thread, and we responded

```
 1   by taking videos and properly documenting the experience.
 2        If possible, I would immediately move, go to the Ball &
 3   Chain, if I wasn't already there, so that I could help address
 4   the situation.
 5             MS. CAPRIO:  Okay.  So now let's call up Plaintiffs'
 6   Exhibit 582 to the witness and to opposing counsel.
 7   BY MS. CAPRIO:
 8   Q.   Mr. Fuller, if you can just briefly review without the
 9   sound this video.  Do you recognize this video as being taken
10   at the Ball & Chain?
11   A.   Yes.
12   Q.   And do you know the date of the video?
13   A.   This is September 27th.
14   Q.   Okay.  And what year?
15   A.   2018.
16   Q.   And would you receive that video in real time as soon as
17   it was taken?
18   A.   Yes.
19             MS. CAPRIO:  Okay.  Move to admit.
20             THE COURT:  Any objection?
21             MR. KUEHNE:  Yes, Your Honor.  We made this objection
22   at sidebar on this document.
23             THE COURT:  All right.  It's admitted.
24             MS. CAPRIO:  Thank you, Your Honor.  Permission to
25   publish.
```

 1              THE COURT:  Granted.

 2                  (Plaintiffs' Exhibit 582 Received.)

 3              MS. CAPRIO:  If we can play this video with sound.

 4                       (Video played.)

 5   BY MS. CAPRIO:

 6   Q.   Is that the Ball & Chain?

 7   A.   This is the -- right at the passage between the inside and

 8   the outside of the Ball & Chain, or right at the threshold of

 9   that moment.

10   Q.   Great.

11                       (Video played).

12   Q.   While I play the video, please describe what's occurring

13   in the video?

14   A.   This is happening at night.  This is, again, you can see

15   that what they're looking for here is licensing that we have

16   that is easily accessible on their computer systems.  So it

17   actually does not require physical inspection, but the presence

18   is large, it's disruptive.  It's right in the passageway and

19   it's a concern to my staff.  It's a concern to the guests.

20   It's alarming and totally unnecessary.

21   Q.   A lot of officers there, right?  What departments are

22   these?

23   A.   This is Code.  This is Police, and this is Fire.

24   Q.   At night?

25   A.   They're having a conversation internally inside the bar

1    almost as if they're guests, but they're not.  This is meant to

2    be disruptive and alarming.

3    Q.   And was it disruptive and alarming?

4    A.   Each and every time, and the more and more that the

5    inspections happened, the more alarming it became for our

6    staff, for our guests, and for myself, our families.  It was

7    distressing.

8              MS. CAPRIO:  Let's please call up Plaintiffs' Exhibit

9    583 for the witness and for opposing counsel without sound,

10   please.

11   **BY MS. CAPRIO:**

12   Q.   And, Mr. Fuller, when it comes onto your screen, could you

13   please state the date of this video?

14   A.   This is September 28, 2018.

15   Q.   The next day, correct?

16   A.   Yes.

17   Q.   Okay.  And do you recognize this video as being taken at

18   the Ball & Chain?

19   A.   Yes.

20   Q.   Was this a video that you had received in real time as it

21   occurred?

22   A.   Yes.

23             MS. CAPRIO:  Move to admit.

24             THE COURT:  It's granted.  The objection is noted.

25             THE WITNESS:  This is a video --

```
 1              MS. CAPRIO:  One second, Mr. Fuller.  Permission to

 2   publish, Your Honor.

 3              THE COURT:  Granted.

 4                   (Plaintiffs' Exhibit 583 Received.)

 5              THE WITNESS:  This is the front door of the Ball &

 6   Chain.

 7   BY MS. CAPRIO:

 8   Q.   The very next day.

 9   A.   Yes, ma'am.  This is a police officer standing there,

10   Code, police, those -- if you can go back and pause when you

11   see the certificates on the wall.  Sorry.

12        Just pause when you get to the certificates.  Right there.

13   This is what they would come to look for every single time.

14   Q.   What is that?

15   A.   These are documents that the City of Miami issues you,

16   they issue it to you.  You pay for it, they inspect and they

17   issue this document.  It's readily available in their files

18   digitally and each and every Code Enforcement officer and

19   police officer there has a tablet from the City of Miami in

20   their vehicles.  And all they have to do to verify its validity

21   is to go into their computer --

22              MR. KUEHNE:  Objection.

23              THE WITNESS:  -- and research it.

24              MR. KUEHNE:  Foundation.

25              THE COURT:  Sustained.
```

1   **BY MS. CAPRIO:**

2   Q.   Okay.  So instead of researching it, they would come into

3   your establishment?

4   A.   Yes.

5   Q.   Shine a light on the wall?

6   A.   Because they had come the night before and here they are

7   again.

8   Q.   Who is this?

9   A.   The gentleman has a Code badge on, and the

10  gentleman behind is a fire department official.

11  Q.   Two days in a row?

12  A.   Yes.  Here's our manager addressing the concern.  Every

13  time this happened, it was about a 15 to 30 minute disruption.

14  Again, alarming, concerning.

15       It was working in parallel and conjunction with the media,

16  the public awareness of the attacks that were happening.  This

17  was the way to show that we can operate inside of that.

18            MR. KUEHNE:  Objection.

19            THE COURT:  What's the objection?

20            MR. KUEHNE:  Beyond the scope of the question.

21            THE COURT:  Sustained.

22  **BY MS. CAPRIO:**

23  Q.   They're examining papers?

24  A.   These are papers that they had.  These are not papers that

25  we produced because we don't have our licenses freehand like

1    that.  They're behind a glass frame.  They're changed annually,

2    so these are papers that they bought into the venue to certify

3    whether the paper behind the glass matched their paperwork.

4    Q.   We can take that down.  What impact would that type of

5    raid have on your business?

6    A.   It's the abuse we suffered.  It's abusive.  It's like any

7    abuse that ever exists.  It's painful, it's hurtful, it's

8    demeaning.  It's defamatory.  It's inciting.

9         MS. CAPRIO:  Can we please show Plaintiffs' Exhibit

10   520 to the witness and to opposing counsel?

11   **BY MS. CAPRIO:**

12   Q.   Mr. Fuller, do you recognize this video?

13   A.   Yes, this is the Ball & Chain.

14        MR. KUEHNE:  No objection to Plaintiffs' Exhibit 520,

15   Your Honor.

16        MS. CAPRIO:  Move to admit.

17        THE COURT:  Granted.

18        MS. CAPRIO:  Permission to publish, Your Honor.

19        THE COURT:  Granted.

20             (Plaintiffs' Exhibit 520 Received.)

21        MS. CAPRIO:  Thank you very much.

22        THE WITNESS:  This is on December 16, 2021.  Again,

23   the procedure for our staff is to photograph this and video it.

24   This was a situation where the police had informed us that they

25   were looking for a BRT which is extremely unusual because that

```
 1   doesn't even exist in the City of Miami, and if a police
 2   officer is asking for a document that doesn't exist, you would
 3   concern yourself that maybe they don't normally do this, right?
 4   Because, in fact, the terminology is BTR --
 5              MR. KUEHNE:  Objection.
 6              THE COURT:  Wait.  There's an objection.
 7              MR. KUEHNE:  Speculation.
 8              THE COURT:  Sustained.
 9              THE WITNESS:  No Code.  Just police.
10   BY MS. CAPRIO:
11   Q.   Who's this?
12   A.   This is our manager, Mr. Del Bosque.
13              THE WITNESS:  He spoke to the jury previously, Your
14   Honor.
15   BY MS. CAPRIO:
16   Q.   That's all Miami Police, front door?
17   A.   Yes.  You can see Mr. Del Bosque holding the camera.
18   That's how the camera was held in these situations.  It was not
19   meant to be in your face.  It was held at body level.
20        The officers themselves also have body cameras that they
21   wear so we would also make public records requests to receive
22   from the cameras from the officers themselves to be able to
23   match up the videos.
24        You can see that we have multiple videos going.  The
25   individual, the staff member that's videoing now because we
```

1    would want to capture all of the activities.  Sometimes

2    officers would come in, and one officer would go to, like, the

3    other side of the venue.  They would say, hey, I'm going to

4    come look at the license there, but then there would be a rogue

5    officer somewhere else in the venue.  So multiple cameras were

6    activated.

7    Q.   But how many officers just walked into your establishment?

8    A.   This is like six officers to check one license that

9    normally police officers do not check in the City of Miami.

10            MR. KUEHNE:  Objection.  Foundation.  Speculation.

11            THE COURT:  Sustained.

12   **BY MS. CAPRIO:**

13   Q.   How would you describe this experience on your guests?

14   A.   The glass at the Ball & Chain is the storefront of the

15   experience, so the guest experience from the street looking in

16   is why are there police inside the venue?  That's intimidating.

17            And the guest experience inside looking out to the street

18   is why are the police here?  What's going on?  What should we

19   be concerned about here?  It's par for the course.

20            We had dozens and dozens and dozens of these experiences.

21   This is simply a handful of the attacks and the level of

22   harassment that we received to look for one document.

23   Q.   Where are they going now?

24   A.   They're coming back to look at the wall of the documents

25   right there, and if you were to go to the Ball & Chain today,

```
 1    those certificates would be there so everybody can look.
 2    They're in the public purview.  There they are.  Same
 3    certificates, as accessible.
 4        Also, the gear that the police officers were wearing, it
 5    wasn't the type of gear that happens when you have --
 6              MR. KUEHNE:  Objection.
 7              THE COURT:  Wait, Mr. Fuller.
 8              MR. KUEHNE:  Foundation.  Speculation.  He's now
 9    describing police official gear.
10              THE COURT:  Overruled.
11              THE WITNESS:  Oftentimes, the gear was -- I can't
12    speak to exactly what it meant, but it was always felt more
13    like armament.  Like if it was SWAT gear --
14              MR. KUEHNE:  Objection.  Speculation.
15    BY MS. CAPRIO:
16    Q.   Did you observe that?
17              THE COURT:  Sustained.
18    BY MS. CAPRIO:
19    Q.   Did you observe them wearing SWAT gear?
20    A.   I believe it was SWAT gear.
21              MR. KUEHNE:  Objection.  Speculation.
22              THE COURT:  Sustained.
23    BY MS. CAPRIO:
24    Q.   You observed them wearing guns?
25    A.   Yes, guns.
```

1   Q.   Badges?

2   A.   Yes.  I mean, you can sense in these videos that the

3   officers --

4          MR. KUEHNE:  Objection.

5          THE COURT:  Wait, sustained.

6          THE WITNESS:  -- didn't want to be there.

7   **BY MS. CAPRIO:**

8   Q.   They're looking at the same paper that they can access in

9   their cars?

10  A.   Yes.

11         MR. KUEHNE:  Objection, Your Honor.  First to the

12  leading, and second as to the speculating.

13         THE COURT:  Sustained.

14  **BY MS. CAPRIO:**

15  Q.   Did you know that the police officers could access these

16  documents in their cars?

17         MR. KUEHNE:  Objection.

18         THE COURT:  Sustained.

19         MR. KUEHNE:  Leading.

20         THE WITNESS:  Look at the guests looking at them.

21  **BY MS. CAPRIO:**

22  Q.   A lot of them.

23  A.   Yes.

24         MS. CAPRIO:  Okay.  And now if we can call up

25  Plaintiff's 523 to the witness and opposing counsel.

1    **BY MS. CAPRIO:**

2    Q.   Mr. Fuller, do you recognize this video?

3    A.   Yes, I do.

4    Q.   Where is it?

5    A.   It's in front of --

6            MR. KUEHNE:  This also is not objected to, Your

7    Honor.  Plaintiff 523.

8            THE COURT:  Okay.  It's admitted.

9            MS. CAPRIO:  Publish it.  Thank you, Your Honor.

10   Permission to publish.

11           THE COURT:  Granted.

12               (Plaintiffs' Exhibit 523 Received.)

13           THE WITNESS:  This is Ball & Chain.  This is in front

14   of the valet ramp.  This line of police cars is blocking the

15   valet ramp, effectively shutting down the ability to receive

16   and to give cars back to the guests.

17           And in this video, there are approximately six city

18   vehicles for almost an entire block, three quarters of a block.

19   These are still city vehicles.  That's a City of Miami vehicle.

20   They're not even parked -- look how far they're separated to

21   create even more distance, more than a vehicle itself.

22           MR. KUEHNE:  Objection.

23           THE COURT:  Wait, wait.  There's an objection.

24           MR. KUEHNE:  Speculation.  The video speaks for

25   itself and he's offering his own interpretation.

```
 1              THE COURT:  Sustained.
 2   BY MS. CAPRIO:
 3   Q.   Okay.  So this was on February -- do you see the date,
 4   Mr. Fuller?  What's the date?
 5   A.   Yes.  December 17, 2021.
 6   Q.   Do you recall the video we looked at just now, 520 was
 7   December 16, 2021?
 8   A.   That's correct.
 9   Q.   Again, the next day?
10   A.   Yes.  But this is par for the course.  This is the way
11   that bombardments happened.  That you punish, punish, punish
12   until you cannot survive any further.
13   Q.   And, Mr. Fuller -- you can take that down.  Do you know
14   why these Police and Code and Fire raids at Ball & Chain
15   happened to shine their light and look at your documents on the
16   wall?
17              MR. KUEHNE:  Objection.  Foundation.
18              THE COURT:  Overruled.
19              THE WITNESS:  This was the will of Joe Carollo.  This
20   was the way to destroy our reputation.
21              MR. KUEHNE:  Objection.
22              THE COURT:  Wait.  There's an objection.  Grounds?
23              MR. KUEHNE:  Foundation.  Speculation.
24              THE COURT:  Overruled.
25              MR. KUEHNE:  No personal knowledge.
```

 1          THE COURT:  Overruled.  You can cross-examine him.

 2   **BY MS. CAPRIO:**

 3   Q.   Go ahead, Mr. Fuller.

 4   A.   This show of force articulated exactly what Joe Carollo

 5   articulated to my valet operator at Ball & Chain.  Sir, I am

 6   the law.  This is a force of law.

 7          MR. KUEHNE:  Objection.  Narrative.  Speculation.  He

 8   wasn't there at whatever happened with the valet.

 9          THE COURT:  Overruled.

10          THE WITNESS:  This was a force of law.  This -- this

11   is a police state situation.  This is a situation where I was

12   scared.  My families were scared.  My employees were scared,

13   our guests were scared.  This is a police state.  This is a

14   very concerning situation.  Anybody, doesn't matter where you

15   live in the world, this is not the way it's supposed to be.

16   **BY MS. CAPRIO:**

17   Q.   Thank you, Mr. Fuller.  And now in the context of the City

18   of Miami, do you know what an audit is?

19   A.   There are many audits, and I know this in the City of

20   Miami because we've been the subject to many first audits in

21   the City of Miami.

22   Q.   Okay.  Would you please --

23   A.   We've been recognized for having the most audits in the

24   City of Miami.

25   Q.   So please describe what is an audit that the City of Miami

1   conducted against you, Mr. Fuller, and Mr. Pinilla?

2           MR. KUEHNE:  Objection on a couple grounds.  First

3   there is the other case.  It's beyond the scope of this case as

4   well as the leading nature of the question.

5           THE COURT:  All right.  Sustained.

6   **BY MS. CAPRIO:**

7   Q.   Mr. Fuller, do you know what an audit is?

8   A.   Yes.  An audit is an examination of any subject matter

9   generally reviewed through the production of materials that are

10  being examined.

11  Q.   Okay.  And have you ever been -- have you ever been

12  subjected to an audit by the City of Miami?

13  A.   Yes, several times.

14  Q.   Okay.  And was Ball & Chain ever subject to an audit by

15  the City of Miami?

16  A.   Yes, it was.

17  Q.   And when was that?

18  A.   That was in 2020.

19  Q.   Okay.  And can you please describe the audit of the Ball &

20  Chain that was conducted by the City of Miami?

21          MR. KUEHNE:  Objection, Your Honor.  Again, scope of

22  this case.  That's the other case that we're not on trial in

23  the other matter.

24          MS. CAPRIO:  We are talking about the targeting of

25  Joe Carollo which is --

 1          THE COURT:  I understand.  No speaking objection

 2   before this Court.  The objection is overruled.

 3          THE WITNESS:  After February, '19, the massacre, in

 4   April of '19, the City of Miami did an inspection, a full

 5   inspection.  Building official called me.  He said, Bill, I'd

 6   like to come down and do the inspection.  I met him down there

 7   with his staff, and they conducted what I would describe as a

 8   forensic investigation of the entire Ball & Chain.

 9          There were many individuals there.  There were tape

10   measures being pulled on every single inch of the venue.  There

11   were hundreds of photographs taken, and a citation was written

12   to us, and we received a violation for work that was identified

13   that was outside of compliance in the City of Miami.

14          And we received the violation --

15          MR. KUEHNE:  Objection.

16   **BY MS. CAPRIO:**

17   Q.   What happened next?

18          THE COURT:  Wait.

19          MR. KUEHNE:  Beyond the scope of the question.  And

20   it's a narrative.  And also, Your Honor, just on these points,

21   I would like to have a continuing objection to the scope of the

22   lawsuit.

23          THE COURT:  All right.  Also it's inextricably

24   intertwined.  You may proceed, sir.

25          THE WITNESS:  Yes, Your Honor.  We then did

1    everything that we would normally do.  We hired the architects,

2    the engineers, the permit runners, we had attorneys involved.

3    We met with the city on many, many occasions, dozens of times.

4              Remember, we had a microscope and a flashlight on

5    everything we did because everybody in the city needed to make

6    sure that they did not upset Joe Carollo.

7              MR. KUEHNE:  Objection.  Speculation.  Foundation as

8    well as unnamed "everybody."

9              THE COURT:  Sustained.

10   **BY MS. CAPRIO:**

11   Q.   Mr. Fuller, please describe what happened.  So after the

12   audit was a very forensic detailed inspection, correct?

13   A.   We then --

14   Q.   What happened next?

15   A.   We then spent money to address all of the concerns that

16   were addressed in the violation.  That work carried on.  We

17   remained open because the City of Miami law allows you to

18   remain open.  That's the law.  You comply with the issue, there

19   were no life safety issues.

20       Had there been a life safety issue, they would have closed

21   us down, but there were no life safety issues.  The Unsafe

22   Structure director who I met with at the inspection, advised me

23   there were no life safety --

24             MR. KUEHNE:  Objection.

25             THE COURT:  Sustained.

1   **BY MS. CAPRIO:**

2   Q.   Were you aware of any life safety issues in connection

3   with any of your establishments during the audit?

4   A.   We never had a life safety issue because we were inspected

5   annually by the City of Miami.

6   Q.   For life safety issues?

7   A.   Yes.

8   Q.   What is your understanding of a life safety issue?

9   A.   A life safety issue is something that is an imminent

10  threat to cause danger or bodily harm or death in a business

11  and so if there was a life safety issue, the city would close

12  you down immediately.

13  Q.   Okay.  So then during the audit, so you were explaining

14  how you were trying to come into compliance?

15  A.   We came into compliance.  It was during COVID.  And we

16  received a new certificate of completion which is a document

17  that is issued by the Building Department that certified all of

18  the issues that the city had with the Ball & Chain.  We had all

19  of the blessings of the Building officials.

20       And a month later, they closed the Ball & Chain in the

21  middle of COVID.  After us spending a year and a half coming

22  into compliance, they closed the Ball & Chain.

23  Q.   And who closed the Ball & Chain?

24  A.   Joe Carollo closed the Ball & Chain.

25           MR. KUEHNE:  Objection.  Speculation.  Foundation.

1              THE COURT:  Overruled.  You can cross-examine him.

2    **BY MS. CAPRIO:**

3    Q.   And how much money had you spent to come into compliance

4    when you had reopened as of September of 2020?

5              MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

6    on the issue that we had at sidebar.

7              MS. CAPRIO:  This doesn't go --

8              THE COURT:  As to what he spent himself?  As an

9    individual?  Is that the question?

10             MR. KUEHNE:  Then the question needs to be rephrased.

11             THE COURT:  Rephrase the question.

12   **BY MS. CAPRIO:**

13   Q.   Sir, how much did the Ball & Chain spend to come into

14   compliance with the City of Miami during the -- after the audit

15   when it was doing what it needed to do to cure the violations?

16             MR. KUEHNE:  Same objection.

17             THE COURT:  Sustain, unless you rephrase the question

18   to be specific.  Are you referring to Mr. Fuller, himself?

19   **BY MS. CAPRIO:**

20   Q.   Mr. Fuller, did you spend money yourself to come into

21   compliance for the Ball & Chain?

22   A.   Yes.

23   Q.   And what did you spend?

24   A.   I spent approximately $150,000 personally.  And --

25   Q.   So you were open for one month.  Why was Ball & Chain

1   allowed to reopen just for one month?

2   A.   We were open and in good standing because we had received

3   all of the inspections and all of the approvals by the City of

4   Miami, and we were issued a certificate of completion by the

5   Building official.  It was stamped and sealed and was hanging

6   in our venue.

7   Q.   Let's stop there.  How did you feel after you had come

8   through COVID and you reopened Ball & Chain in September of

9   2020?

10  A.   Well, imagine to reopen a venue is like starting one of

11  those old locomotives, right?  You have to hire new staff, you

12  have to spend weeks and weeks retraining the staff without

13  guests.  You have to stock your inventory, the food, the

14  perishables, all of the liquor.

15       You have to let people know, you have to spend marketing

16  dollars, you have to get all of this ready, and you open with

17  tremendous enthusiasm.

18  Q.   And all of your staff was happy -- did you observe your

19  staff being happy to get back to work after COVID?

20  A.   Of course.

21            THE COURT:  Wait, there's an objection.

22            Yes, Mr. Kuehne?

23            MR. KUEHNE:  Foundation, speculation.

24            THE COURT:  Overruled.

25            THE WITNESS:  The staff in the hospitality industry

```
 1    is an extremely hardworking crew of individuals.

 2               MR. KUEHNE:  Objection, Your Honor.  Beyond the scope

 3    of the question posed.

 4               THE COURT:  Sustained.

 5    BY MS. CAPRIO:

 6    Q.   Can you please describe your staff at the Ball & Chain

 7    when they came back to work after COVID in September of 2020 at

 8    the Ball & Chain?

 9    A.   Everybody in COVID was eager to get back to work, but

10    especially hospitality staff because it was the hardest hit

11    industry.

12         And so when you had the opportunity to get back to work,

13    you were rushing back.  Hospitality staff, they're hard

14    workers.  They -- many of them, unfortunately, live paycheck to

15    paycheck, and this was a tremendous breath of fresh air but not

16    to mention, we take tremendous pride in the staff that we have

17    in our venues because many of them have worked for us for years

18    and years and years, and they are loyal to the business as we

19    are loyal to them.

20               MR. KUEHNE:  Objection.  Narrative.  Beyond the scope

21    of the question.

22               THE COURT:  Sustained.  Ask your next question,

23    Ms. Caprio.

24               MS. CAPRIO:  Yes, Your Honor.

25
```

```
 1  BY MS. CAPRIO:

 2  Q.    And you testified that Ball & Chain closed one month after

 3  it opened.  Why did that happen?

 4  A.    The City of Miami notified us that there was an audit that

 5  had been conducted, and a certain determination had been made

 6  and they cited us for falsely and erroneously submitting plans

 7  to them previously.

 8       These are plans that they reviewed, they approved, they

 9  accepted our permit fees, and yet, we falsely and erroneously

10  sent them plans.  They didn't notify as we were getting our

11  plans reviewed a year and a half before.  They didn't notify us

12  as they were inspecting the property.  They didn't notify us

13  when four months earlier, the Building official --

14            MR. KUEHNE:  Objection.  Non-responsive.  What was

15  the reason I think the question was.

16            THE COURT:  Overruled.

17            THE WITNESS:  They didn't notify us when the Building

18  official called me just four months before and said Mr. Fuller,

19  a careful review of your plans has indicated --

20            MR. KUEHNE:  Objection.  Now he's talking about the

21  statement from some unnamed official who's not here.

22            MS. CAPRIO:  It's not offered for the truth.

23            THE COURT:  Overruled.

24            THE WITNESS:  When the Building official called me a

25  few months earlier and said Mr. Fuller, a careful review of
```

1    your plans has indicated that you underpaid your permits.

2            MR. KUEHNE:  Same objection, Judge.

3            THE COURT:  It's noted.  Overruled.

4            THE WITNESS:  You underpaid your permit because we've

5    identified the scope of the project, and based on the fees that

6    you paid, actually we believe it's more, so you're going to pay

7    more.

8            You know what?  We said no problem, we are hungry to

9    reopen.  Our employees are hungry to reopen.  We want to

10   reactivate Calle Ocho again.  We will pay the fee and where he

11   did so.  Within 24 hours we paid whatever they wanted to get

12   the Ball & Chain back open.

13   **BY MS. CAPRIO:**

14   Q.   Okay.  And then at some point in time, did the city revoke

15   Ball & Chain's Certificate of Occupancy?

16   A.   They did in one fell swoop.

17   Q.   And what was the reason that was given for the revocation

18   of the Certificate of Use?

19   A.   They said that they had done calculations and had

20   determined through an audit that more work had been completed.

21           MR. KUEHNE:  Objection, Your Honor, as to hearsay.

22   Who the "they" are.

23           THE COURT:  Sustained as to "they."

24   **BY MS. CAPRIO:**

25   Q.   So, Mr. Fuller --

```
 1              MS. CAPRIO:  Let's call up Plaintiffs' Exhibit 402
 2   just for the witness and to the opposing counsel.
 3   BY MS. CAPRIO:
 4   Q.   Mr. Fuller, are you familiar with this document?
 5   A.   Yes.
 6   Q.   And what --
 7              MS. CAPRIO:  Do you have any objection?
 8              MR. KUEHNE:  Yes, Your Honor.  We object.  This is,
 9   as we've said before, beyond the scope of this litigation.
10   That is the other matter.
11              THE COURT:  As I mentioned, it's inextricably
12   intertwined.  The pleadings shall conform to the evidence of
13   this trial.  Therefore, it's overruled, sir.  Thank you.
14              MS. CAPRIO:  Move to admit.
15              THE WITNESS:  Yes.
16              (Plaintiffs' Exhibit 402 Received.)
17   BY MS. CAPRIO:
18   Q.   So, Mr. Fuller, this is addressed to you, correct?
19   A.   Yes, registered agent both on behalf of Mad Room, LLC
20   which is the parent company of the Ball & Chain, and as
21   registered agent of William Bill Fuller on behalf of Little
22   Havana Arts Building, as partner of that property, the property
23   ownership.
24   Q.   That's dated October 22, 2020.  Do you see that?
25   A.   That's correct.
```

1   Q.   And does this document describe the city's revocation of

2   your Certificate of Occupancy?

3   A.   If you can move to the top?  Yes, this is a document with

4   the City of Miami.  It has Ace, Asael Marrero, as the Building

5   Director.  It has Art Noriega, the city manager.  This is the

6   gentleman that introduced me to Joe Carollo.  And please, to

7   the bottom?

8        And this is signed by Building Official Maurice Pons and

9   it is informing us that the Certificate of Occupancy is now

10  suspended.  And this was the first time in the City of Miami

11  history that a Certificate of Occupancy was suspended.

12            MR. KUEHNE:  Objection.  Speculation.  Foundation.

13            THE COURT:  Sustained.

14  **BY MS. CAPRIO:**

15  Q.   Can you please read the sentence that says "the city's

16  audit" into the record on the first paragraph?

17  A.   The city's audit revealed that a Certificate of Occupancy

18  was provided based on incomplete, misleading and/or erroneous

19  information as relates to the requirements for fire safety and

20  the Americans with Disabilities Act.  A copy of the audit is

21  attached to this letter of suspension for further detail.

22  Q.   So, they yanked the Certificate of Occupancy after one

23  month?

24  A.   Yes.

25  Q.   These were the same officials that were --

```
 1              MR. KUEHNE:  Objection.  Not responsive.
 2              THE COURT:  Sustained.
 3   BY MS. CAPRIO:
 4   Q.   What were the reasons, like what was the requirements for
 5   the fire safety and the Americans with Disabilities Act?  What
 6   were those reasons that were the bases of this revocation of
 7   your Certificate of Use?
 8              MR. KUEHNE:  Objection, Your Honor.  The document
 9   speaks for itself and improper opinion testimony.
10              THE COURT:  Sustained.
11   BY MS. CAPRIO:
12   Q.   Do you know why you were closed down in October, 2020?
13   A.   Yes.
14   Q.   Why?
15   A.   We were closed down because the city said that we had
16   performed more than 51 percent work in the working area
17   calculation, and they said that as a result of that, they had
18   not caught this earlier.  As a result of that, we now had a
19   life safety matter.
20              MR. KUEHNE:  Objection.  Now it's hearsay.
21              THE COURT:  Sustained.
22              MR. KUEHNE:  The document speaks for itself.
23              THE COURT:  Next question, Ms. Caprio.
24              MS. CAPRIO:  Yes, Your Honor.  Let's play Plaintiffs'
25   Exhibit 522 for the witness and opposing counsel.  I think this
```

```
 1    was one we don't have any objections.  This was a video of Mr.

 2    Fuller.  522.

 3              MR. KUEHNE:  We have no objection to Plaintiffs' 522,

 4    Your Honor.

 5              MS. CAPRIO:  Move to admit.

 6              THE COURT:  Granted.

 7              MS. CAPRIO:  Permission to publish.

 8              THE COURT:  Granted.

 9                   (Plaintiffs' Exhibit 522 Received.)

10              THE WITNESS:  Should I describe this?

11                        (Video played.)
```

**BY MS. CAPRIO:**

```
13    Q.   So, in that video, who are those people you were speaking

14    to?

15    A.   This was a request by the fire department to do another

16    inspection of the final permit for the Ball & Chain when we

17    reopened during the middle of COVID, and this is what I

18    described as, again, moving the goal post.

19         After they had said that the permit was complete, a new

20    inspection was added to the tail end of it and in this video,

21    I'm having a conversation about my experience with the plumbing

22    inspection that we had just had where the plumbing chief

23    himself, not a subordinate, plumbing chief himself came to the

24    Ball & Chain to inspect the distance that the toilet was from

25    the wall.
```

 1        What he found was that it was one and a half inches off

 2   center, the toilet.  And he said to me Mr. Fuller, in this

 3   case --

 4             MR. KUEHNE:  Objection.

 5             THE COURT:  Wait.

 6             MR. KUEHNE:  Objection as to what some unnamed person

 7   said to him.

 8             MS. CAPRIO:  It's offered for the effect on the

 9   listener, Your Honor.

10             THE COURT:  I understand.  The objection is

11   overruled.

12             THE WITNESS:  What he said to me is Mr. Fuller,

13   this -- I would let this slide.  At every other venue in my

14   last 20 inspections, this is not an issue that I raise.  One

15   and a half inches of a toilet off the wall, but you guys are

16   special.  I'm sorry, I'm going to have to ask you to do it.

17   I'm being watched in this matter.

18        This is what I'm explaining to the fire department

19   when they are now telling me that there's another inspection

20   coming.  And the gentleman is telling me in the video so you

21   understand the context, look, we do all the inspections on the

22   street here, and we know there's something in the air here, and

23   when we come here, they add an additional ten things to our

24   list, but we're just doing our jobs.

25             MR. KUEHNE:  Objection.

1              THE COURT:  Grounds?

2              MR. KUEHNE:  The document was in evidence.  He's now

3      offering his opinion about what it meant.

4              THE COURT:  Sustained.

5      **BY MS. CAPRIO:**

6      Q.    And did Ball & Chain ever install a sprinkler system

7      during all of these renovations?

8      A.    As a result of the audit, we had to install a sprinkler.

9      So they used this to be able to say that we had a life safety

10     matter and that our business needed to remain closed.

11     Q.    Let me stop you there.  So you mentioned earlier in your

12     testimony that in 2016 -- what happened in 2016 in connection

13     with the sprinklers in the City of Miami at the Ball & Chain?

14     A.    In 2016, we had a life safety inspection.  The Certificate

15     of Use, and the fire sprinkler plan was -- the fire marshal at

16     the time wanted a full review of the venue, and I believe that

17     there might need to be a fire sprinkler system.

18          And we had our architects and our attorneys meet with the

19     City of Miami.  I met personally with the fire marshal.  The

20     Fire Chief of the City of Miami, and our team and we submitted

21     plans and after a very careful review, I remember all of the

22     fire department officials reading books and pulling out fire

23     codes the stuff.  The plans that we submitted for our life

24     safety were, in fact, valid, correct.

25          There was no need based on the structure and its use to

1   have a fire sprinkler system, and we were -- the plans were

2   submitted.  They live in the microfilm in the City of Miami,

3   and we did not need a fire sprinkler system and that was

4   certified in that year.

5   Q.   Mr. Fuller, when you had your annual inspection in 2017 by

6   the fire department, did they require the Ball & Chain to

7   install a sprinkler system for life safety issues?

8   A.   No.  2017, no.

9   Q.   2018?

10  A.   No.

11  Q.   2019?

12  A.   No.

13  Q.   2020?

14  A.   2020, yes.

15  Q.   Okay.  Could you please describe for the jury and His

16  Honor the process that you undertook at the Ball & Chain to

17  install this sprinkler system?

18  A.   COVID was challenging obviously for everyone.  But when it

19  came to municipalities, it was snail pace.  Most

20  municipalities, including the City of Miami, you could only

21  access via Teams meeting.  There weren't -- there wasn't the

22  ability to meet with all of the officials.

23       Many times you would communicate via email and your emails

24  would go unresponded to for weeks, weeks to get a response.

25       In this case, the connection required to gain water, you

```
 1    can't just connect a pipe to your existing water supply to put
 2    a sprinkler.  You actually need a dedicated water line from the
 3    main water system of the street to bring in for a sprinkler
 4    system.
 5         So to do so, we had to deal with Miami-Dade County, okay,
 6    which also was very slow and cumbersome during COVID and the
 7    process to get a sprinkler system into the Ball & Chain to meet
 8    the new requirements of the City of Miami to address their new
 9    life safety concern took us nine months.  Nine months the Ball
10    & Chain was closed.  More than nine months, twelve months, the
11    Ball & Chain was closed during this special request.
12    Q.   Okay.  And did you have to undertake any special
13    activities in connection with obtaining the water from the
14    Miami-Dade pipes for the Ball & Chain?
15    A.   Yes.
16    Q.   Could you please describe what those were briefly?
17    A.   Briefly, the connection on the street was on a special
18    plaza that we have in the neighborhood.  Remember the Viernes
19    where we had the children's section?  It's a plaza with blue
20    and red pavers.
21         And the city was very clear to us.  They said, guys, if
22    you damage any one of those pavers, any one of those pavers,
23    you need to replace them from the vendor, except the vendor had
24    a very special requirement --
25              MR. KUEHNE:  Objection.
```

1          THE COURT:  Wait.  There's an objection, Mr. Fuller.

2          MR. KUEHNE:  Now it's a narrative and also it's

3    beyond the scope of this particular --

4          THE COURT:  Well, look, I understand, Mr. Fuller that

5    sometimes the testimony may be necessary to develop testimony

6    in a sense, but if you can limit your response to the question

7    being asked when it's reasonably possible to do so, please

8    address it without going into any additional narrative, sir,

9    okay?

10          THE WITNESS:  Yes, Your Honor.

11   **BY MS. CAPRIO:**

12   Q.   In order to fulfill the City of Miami's requirement to

13   install fire sprinklers at the Ball & Chain, what did the city

14   require to you do with its tiles?

15   A.   We had to protect the tiles.  If not, the vendor was going

16   to require us to buy a minimum amount, and there was a four

17   month lead time to replace that amount.

18          And so for about a hundred of them, we had to move them

19   like if they were museum pieces.  Specially wrap them, number

20   them, and move them as if they were precious pieces of art so

21   that we would not be -- because we feared that that's what they

22   wanted, and I was worried that somebody would come and take a

23   hammer to one of them.  That was my paranoia, that somebody

24   break one of them to further delay our opening for four months

25   to get special blue pavers.

1   Q.   Did you hire a security guard to watch those tiles?

2   A.   Yes, we did.

3   Q.   What was the reasoning for that, Mr. Fuller?

4   A.   So that we could ensure with 100 percent certainty that we

5   not have a further delay in the installation of the pipe, the

6   restoration of the pavers so that we could reopen the Ball &

7   Chain.

8   Q.   Thank you.  And did the Ball & Chain eventually reopen?

9   A.   Yes, it did.

10  Q.   And when approximately did it reopen?

11  A.   Sometime in 2021.

12  Q.   Were the sprinkler system, was that successfully installed

13  in the Ball & Chain prior to its reopening?

14  A.   Yes, except that the patio of the Ball & Chain never

15  reopened.

16  Q.   Is that the Pineapple Stage that we looked at?

17  A.   Pineapple Stage never reopened.

18  Q.   Does that remain closed at this point?

19  A.   It does.

20  Q.   And why does that remain closed?

21  A.   It remains closed because after all of this time, all of

22  the work that we put in it, all of the effort being open, being

23  closed by the City of Miami, now the City of Miami tells us

24  that the maximum occupancy in the Pineapple Stage is like 70.

25  The whole area is 70 people.  So after all of this work, they

```
 1   have now determined that we can only put a handful of people

 2   out there.

 3   Q.   Okay.  And what impact -- so what impact did defendant

 4   Carollo's targeting of the Ball & Chain have on you personally?

 5            MR. KUEHNE:  Objection.  Leading.

 6            THE COURT:  Overruled.

 7            THE WITNESS:  If one could be deflated any further,

 8   one could be kicked down any further, I was.  It's the feeling

 9   of being down and being kicked repeatedly over and over and

10   over again.  And the last breath, that's the last one you have,

11   you're right there.

12   BY MS. CAPRIO:

13   Q.   Going back to the Certificate of Use, you testified that

14   was the first time in Miami that had happened.  How do you know

15   that?  Did you do any research?

16            MR. KUEHNE:  Objection.  That was stricken.

17            THE COURT:  Sustained.

18   BY MS. CAPRIO:

19   Q.   Did you do any research into whether a Certificate of Use

20   and Occupancy had ever been revoked by the City of Miami, sir?

21   A.   Yes.

22   Q.   What did your research reveal?

23   A.   That we were the first.

24            MR. KUEHNE:  Objection.  Foundation.

25            THE WITNESS:  That was our award.
```

```
1              THE COURT:  Wait.  Overruled.

2              THE WITNESS:  That was the award.  We had gotten the

3    first of several special one of a kind awards.

4    BY MS. CAPRIO:

5    Q.   What do you mean by "special one of a kind awards?"

6    A.   Well, there are many of examples of special investigations

7    and audits that were conducted against our businesses and our

8    properties that we came to learn were unique, were one of a

9    kind.  We were special.  We were -- we were the guinea pigs of

10   these investigations.

11   Q.   And, Mr. Fuller, do you still go to the Ball & Chain?

12   A.   Very rarely.

13   Q.   Why is that?

14   A.   For fear.

15   Q.   Now let's shift gears again and move on to an

16   establishment known as Taquerias.

17        Briefly, could you please describe the concept of

18   Taquerias to the jury and His Honor?

19   A.   Taquerias el Mexicano, SW 531 SW 8th Street Calle Ocho.

20   This was a business that was opened in 1985 by two gentlemen,

21   Mexican heritage.  And they -- it was a very successful, very

22   iconic building.

23        We purchased it from the gentlemen.  They were retiring in

24   2017.  We purchased the business from them, and we retained all

25   of the staff in place.  It was like a baton pass.  And --
```

```
 1   Q.    And do you and Mr. Pinilla own Taquerias?

 2   A.    Yes.

 3   Q.    Okay.  And let's --

 4   A.    Amongst other partners that we have, yes.

 5   Q.    Thank you.

 6         MS. CAPRIO:  And let's please show Plaintiffs'

 7   Exhibit 335 to the witness and to opposing counsel.  Oh, it's

 8   admitted.  Can we please publish it?

 9   BY MS. CAPRIO:

10   Q.    Mr. Fuller, what is this picture?

11   A.    This is Taquerias.  It's a two-story building right on

12   Calle Ocho.  This is a photo of one of the evenings that we had

13   there.

14         In the front left, you see this is a group, Amaelle, that

15   would perform authentic Mexican music.  They would always bust

16   from the street like that, and, you know, everything we

17   preserved intact.  Even the sensitivity of the security bars

18   were left there.  It wasn't that it was necessary, but it was

19   the way it was and we wanted to preserve it intact the way that

20   we had taken it over.

21   Q.    Did you do any research into Mexican culture when you

22   purchased Taquerias?

23   A.    Yes.

24   Q.    What did you do, just briefly?

25   A.    We're storytellers, right?  So each and every project that
```

```
 1   we take, we immerse ourselves in that culture, in that
 2   experience.
 3        And so in this case, I, myself, and a partner flew to
 4   Oaxaca, Mexico, one of the richest cultural areas of Mexico.
 5   There's over 55 different uniques microcultures there, and we
 6   spent two weeks there with a family, the Fernandez family, and
 7   we learned everything about this culture in this particular
 8   region of Mexico.
 9        And we came back with artifacts, we came back with ideas.
10   We had tasted food and had heard music and danced, and it was a
11   truly immersive experience.
12          MS. CAPRIO:  And let's please call up Plaintiffs'
13   Exhibit 540 to the witness and to opposing counsel, please.
14   BY MS. CAPRIO:
15   Q.   Mr. Fuller, do you recognize this photograph?
16   A.   This is Taquerias in the daytime.
17   Q.   The next one?
18   A.   This is the inside of the restaurant, Taquerias again.
19   Q.   Hang on one second.
20          MS. CAPRIO:  Move to admit.
21          THE COURT:  Any objection?
22          MR. KUEHNE:  No objection if we can get a timeframe
23   for this, Your Honor.
24   BY MS. CAPRIO:
25   Q.   Mr. Fuller, could you please provide a timeframe?
```

1    A.   This is 2018.

2              MS. CAPRIO:   Permission to publish?

3              THE COURT:   Granted.

4                   (Plaintiffs' Exhibit 540 Received.)

5    **BY MS. CAPRIO:**

6    Q.   The daytime view and then we go down, this is the interior

7    of the restaurant?

8    A.   Yes.

9    Q.   Great.  Okay.  And then if you look at the top, let's go

10   back to the first picture.  There's Los Altos del Mexicano on

11   the top.  What is that establishment?

12   A.   The upstairs was always part of the restaurant.  So as you

13   see here, it says banquet hall, but Los Altos, the downstairs

14   is the Taquerias el Mexicano and Los Altos in Spanish means the

15   height, upstairs, Los Altos del Mexicano, and this area up here

16   is describing the upstairs of that business.

17   Q.   Okay.

18   A.   This is the way it always was.  This is one of the reasons

19   we loved it.  It was the iconic nature of building.

20   Q.   Going -- so Taquerias and Los Altos is closed currently,

21   right?

22   A.   That's correct.

23   Q.   So let's go back in time to when it was open.  When a

24   guest would go into Los Altos, how would they arrive?  Could

25   you please describe that?

```
 1   A.   Los Altos had two entrances --
 2           MR. KUEHNE:  Objection.  Your Honor, this is the
 3   continuing objection we have on scope and in the other case.
 4           THE COURT:  All right.  The objection is sustained.
 5   Move on to your next question, Ms. Caprio.
 6   BY MS. CAPRIO:
 7   Q.   Mr. Fuller, was Taquerias ever audited by the City of
 8   Miami?
 9   A.   Yes, it was.
10   Q.   Could you please briefly describe what that -- what that
11   audit entailed for Taquerias?
12   A.   The audit was to determine whether or not our liquor
13   license was --
14           MR. KUEHNE:  Objection, Your Honor.  Again, same
15   issue and scope in the other case.
16           THE COURT:  Again, as I mentioned, this case is
17   inextricably intertwined.  The pleadings shall conform to the
18   evidence.  He can address those issues as well as related to
19   the other testimony that's been established already before this
20   Court.  You may continue with your examination.
21           MR. KUEHNE:  Your Honor --
22           THE COURT:  Have a seat, Mr. Kuehne, please.  The
23   objection is noted.  You may have seat, sir.  You can move on.
24   BY MS. CAPRIO:
25   Q.   Yes.  Could you please describe the audit?
```

```
 1    A.    The audit was requested by Joe Carollo as a way to shut

 2    down our venue and what our liquor license provided for was --

 3              MR. KUEHNE:  Objection, speculation.  Foundation.

 4              THE COURT:  You will have the ability to

 5    cross-examine Mr. Fuller.  The objection is noted for the

 6    record.

 7              THE WITNESS:  What they wanted to determine is

 8    whether or not we were violating the law by selling more

 9    alcohol than food because our license required us to sell

10    51 percent food compared to its alcohol sales.  So, we were

11    subjected to an audit, the first of its kind in the City of

12    Miami to determine this.

13    BY MS. CAPRIO:

14    Q.    And how did you learn that this was the first of its kind

15    audit in the City of Miami?

16    A.    Well, the Chief Financial Officer --

17              MR. KUEHNE:  Objection.  Hearsay.  Apparently from

18    the Chief Financial Officer.

19              THE COURT:  All right.  Sustained.

20    BY MS. CAPRIO:

21    Q.    So what did this audit consist of, Mr. Fuller?

22    A.    Initially, they made the request and we submitted the

23    documentation to him that showed him exactly that we were in

24    compliance.  But that wasn't good enough.

25         We had to hire our accountant to dive deep into getting
```

```
 1   all of our point of sales receipts, all of the -- I believe

 2   there were even financial statements provided including bank

 3   accounts.  And it took several months to make this

 4   determination and in the end, it was totally off.  We were

 5   selling 65 percent in food sales.

 6   Q.   Okay.

 7   A.   It wasn't even close.

 8   Q.   So what do you mean, it was totally off, the audit?

 9   A.   It revealed that --

10   Q.   Revealed you're in compliance?

11   A.   We were in compliance.

12          MS. CAPRIO:  And then let's please show Plaintiffs'

13   Exhibit 184 to the witness and to opposing counsel.

14   BY MS. CAPRIO:

15   Q.   Mr. Fuller, do you recognize this document?

16   A.   Yes.

17   Q.   Okay.

18   A.   This is an email that I had written.

19          MS. CAPRIO:  Okay.  Move to admit.

20          THE COURT:  Any objection?

21          MR. KUEHNE:  Same continuing objection, Your Honor.

22          THE COURT:  Noted.

23          MS. CAPRIO:  Permission to publish.

24          THE COURT:  Granted.

25              (Plaintiffs' Exhibit 184 Received.)
```

1   **BY MS. CAPRIO:**

2   Q.   Okay.  Mr. Fuller, this is dated March 13, 2019.  An email

3   from you to Adele Valencia.  Who's Adele Valencia?

4   A.   Adele Valencia was Code Director at the time of the City

5   of Miami.

6   Q.   And did this email concern the audit on Taquerias, sir?

7   A.   Yes, it did.

8   Q.   She had written you an email and you're responding?

9   A.   Yes, that's correct.

10  Q.   And is there anything -- so could you please explain the

11  context of this email to the jury?

12  A.   This is explains my frustration, you know, trying to

13  express, you know, more concern, more time from us taken to try

14  to, you know, get this bear off of us, and I found myself

15  writing more and more of these types of letters.

16  Q.   Could I direct you to the last paragraph?  It starts "to

17  be clear" at the bottom of the page.  Can you please read that

18  into the record?

19  A.   To be clear, the actions of the city have placed me under

20  tremendous duress and I have had to move mountains to produce

21  an audit within a 12 hour window while the violation has been

22  pending for over three months and an audit could have been

23  performed at any time during that period.

24        Now on the eve of the Code Enforcement hearing, I had to

25  request that my CPA drop everything to produce the documents

1  requested.  Accordingly, please find are attached.

2      This was expressing, you know, we waited -- we were

3  waiting for the audit to be done in three months, and then more

4  requests were coming in.

5  Q.   What was the 12 hour window?

6  A.   This was a request that they wanted that we needed to meet

7  their -- after waiting three months for a response, then they

8  gave us a 12 hour timeline to produce a new set of documents

9  under urgency.

10 Q.   Okay.  And before Joe Carollo became the commissioner of

11 District 3, could you please describe the interaction between

12 the City of Miami and Taquerias?

13 A.   I'm not aware of any interactions other than the annual

14 Certificate of Use inspection that was done every year.

15 Q.   And now after Joe Carollo took office as District 3 city

16 commissioner, can you please describe the interactions between

17 Taquerias and the City of Miami?

18 A.   Everything changed.

19 Q.   How did it change?

20 A.   Inspections, inspections, dozens and dozens, audits, false

21 arrests, harassment, stakeouts, city managers and Carollo

22 taking measuring tapes on Good Friday.

23 Q.   And the Commission -- the February 14, 2019 meeting was

24 all about Taquerias, correct?

25 A.   Yes.

1              MS. CAPRIO:  And now I'd like to -- I don't think

2    there's any objection to the videos with Mr. Fuller in them.

3    Are there, Mr. Kuehne?

4              MR. KUEHNE:  It depends which number.  Could you tell

5    me?

6              MS. CAPRIO:  Sure.  It's 528 through 531.  They're

7    each very short clips.

8              MR. KUEHNE:  I'm sorry?

9              MS. CAPRIO:  528 to 531.

10             MR. KUEHNE:  We do not object to those, Plaintiffs'

11   Exhibit 528 to 531.

12             MS. CAPRIO:  Move to admit, Your Honor.

13             THE COURT:  Granted.

14              (Plaintiffs' Exhibits 528 - 531 Received.)

15             MS. CAPRIO:  Can we please publish 528 to the jury

16   and the witnesses, and play this video, please?  I'll ask you a

17   question afterwards, Mr. Fuller.

18                          (Video played.)

19   **BY MS. CAPRIO:**

20   Q.   First of all, sir, do you recall the date of that video?

21   A.   I don't have the exact date, but I know that it was

22   sometime in 2020.

23   Q.   Okay.  Would a document help refresh your recollection on

24   the date?

25   A.   Yes.

1          MS. CAPRIO:  Okay.  May I approach, Your Honor?

2          THE COURT:  Yes.

3          MR. KUEHNE:  Your Honor, just to make certain that

4    the Court knows, we have a continuing objection to all of this

5    topic.

6          THE COURT:  It's noted.

7          MS. CAPRIO:  I'll first present Mr. Kuehne.  I'm

8    using this to refresh his recollection for you, Mr. Fuller.

9    **BY MS. CAPRIO:**

10   Q.   So, this was Exhibit 528.

11   A.   Okay.

12   Q.   Sir, what was -- does this document help to refresh your

13   recollection as to the date of this video?

14   A.   Yes.  August 21, 2021.

15   Q.   And could you please -- we saw you were interacting with

16   the police officer?

17   A.   Yes.

18   Q.   Okay.  And could you just shortly briefly describe that

19   interaction and what precipitated -- what happened before you

20   came to Ball & Chain that day?

21   A.   I received a phone call that Police and Code had arrived

22   at the venue.  The procedure at that time was to immediately

23   get me on the phone, which I did to understand what was

24   unfolding.

25        I was on speakerphone.  I had direct communication with

```
 1    the officer that was speaking in that video, Ryan Rodriguez,
 2    and he explained to me that he wanted to go into the venue.
 3    And I asked him why?  And he said he wanted to do an
 4    inspection.
 5         And I found this, again, to be unusual because that's very
 6    rare for police officers to do inspections of venues unless
 7    there's some type of warrant or some type of explanation for
 8    that type of search.
 9         And they proceeded to go in.  They didn't care.  And I
10    immediately got in my car and rushed down to Taquerias.  And as
11    I was arriving, I saw the people from upstairs being released
12    into Calle Ocho.
13         I vividly remember an entire group celebrating a birthday
14    party where they had -- it was -- this was approximately about
15    10:30 at night, and they had all of the balloons -- we allowed
16    them to bring their own party favors and helium balloons to the
17    party, and they had been uprooted from their celebration and
18    now they were standing in the middle of Calle Ocho with all of
19    their balloons, all of their party favors, all the gift bags
20    and they were like displaced.  And I on the way there --
21              MR. KUEHNE:  Objection to the narrative.
22              THE COURT:  Sustained.  Next question.
23              MS. CAPRIO:  Yes.  Let's play the next clip,
24    Plaintiffs' Exhibit 529.  Permission to publish, Your Honor?
25              THE COURT:  Is it admitted?
```

```
 1              MS. CAPRIO:  Yes, sir.

 2              THE COURT:  All right.

 3    BY MS. CAPRIO:

 4    Q.   Let's watch this, Mr. Fuller, and then I'll have a

 5    question.

 6                         (Video played.)

 7              THE WITNESS:  This is --

 8    BY MS. CAPRIO:

 9    Q.   Just please describe who are you interacting with.

10    A.   This is the gentleman, the Code Enforcement officer here.

11    I was just confirming that the Code Enforcement, in fact, did

12    not file the violation that night.  I was not outside of the

13    Code Enforcement.  This was a direct closure from the City of

14    Miami Police Department on behalf of Joe Carollo --

15              MR. KUEHNE:  Objection.  Speculation.  Foundation.

16              THE COURT:  Overruled.  You can cross-examine him.

17              MS. CAPRIO:  Let's play clip 530.  It's a

18    continuation.  It's already admitted into evidence.  Permission

19    to publish.

20              THE COURT:  Granted.

21              MS. CAPRIO:  Thank you, Your Honor.

22                         (Video played.)

23    BY MS. CAPRIO:

24    Q.   Okay.  So that was you trying to figure out -- describe

25    that, please.
```

A.   This is me on the phone with.  I asked to speak to the

supervisor, this gentleman in the center there and he put me on

the phone with his supervisor, Ricardo Franqui, and this is

Mr. Franqui telling me that, in fact, Code had not --

          MR. KUEHNE:  Objection.  Mr. Franqui is not here.

Hearsay.

          MS. CAPRIO:  Effect on the listener.

          THE COURT:  I understand.  The objection is

overruled.

          THE WITNESS:  Mr. Franqui is explaining to me that,

in fact, it was not the Code Department that requested this

inspection.  It was the police department that asked Code to be

there.  So now the police were conducting investigations and

developing the optics like it was a city task force that was

coming to the venue.

          MS. CAPRIO:  Now, let's play clip or Plaintiffs'

Exhibit 530 which is another clip of the same evening admitted

into evidence.  Permission to publish, Your Honor.

          THE COURT:  Granted.

          MS. CAPRIO:  Thank you.  I apologize, 531.

                         (Video played.)

          THE WITNESS:  This explains what I previously stated.

**BY MS. CAPRIO:**

Q.   So then the night that the police were there and the Code

Enforcement were there, you were forced to shut down your

```
 1    restaurant, correct?

 2    A.    Yes.

 3    Q.    Do you know the reason why?

 4          MR. KUEHNE:  Objection.  Speculation.  Foundation.

 5    Hearsay.

 6          THE COURT:  Overruled.  If he knows.

 7          THE WITNESS:  They shut it down at the behest of Joe

 8    Carollo.

 9          MR. KUEHNE:  Objection.  Speculation.  No foundation.

10          THE COURT:  Overruled.  You will be able to

11    cross-examine him.

12          MS. CAPRIO:  Let's go on to the next set of videos

13    that are taken on that same evening of August 21, 2021.  This

14    is Plaintiffs' Exhibit 524, 525 and 526.

15          Mr. Kuehne, do you have any objections to these

16    videos?

17          MR. KUEHNE:  Your Honor, we addressed those at

18    sidebar.

19          THE COURT:  All right.

20          MR. KUEHNE:  And the continued objection, Your Honor.

21          THE COURT:  It's noted.

22          MS. CAPRIO:  Move to admit.

23          THE COURT:  Yes.

24          (Plaintiffs' Exhibits 524, 525, 526 Received.)

25          MS. CAPRIO:  Thank you, Your Honor.  Permission to
```

1    publish Plaintiffs' 524.

2    **BY MS. CAPRIO:**

3    Q.   Mr. Fuller, please take a look at this video.

4                        (Video played.)

5    Q.   Is that the same thing that we just saw, you in the video?

6    A.   This is our manager, David Kaplan.

7    Q.   Is it the same day?

8    A.   Yes.

9    Q.   Did that happen after you interacted with the police?

10   A.   No, this is before.  This is Dave Kaplan on the phone with

11   me as I described discussing this, the events unfolding.

12   Q.   So this happened prior to what we just watched?

13   A.   Yes.

14   Q.   Okay.  And David Kaplan is who?

15   A.   The manager.  The general manager of the Taquerias el

16   Mexicano.

17   Q.   And you were on the phone with him?

18   A.   Yes.

19        MS. CAPRIO:  Let's play the next clip.  This is

20   plaintiff's 525.

21                        (Video played.)

22   **BY MS. CAPRIO:**

23   Q.   What was the letter that Mr. Kaplan was giving to the

24   police officer?

25   A.   This is a letter that we had at all the venues.  That was

```
 1   a letter putting on notice any inspection that we had that we
 2   felt was an illegal search and seizure.  This was a notice
 3   presented by our attorneys that advised any inspecting party
 4   that they --
 5            MR. KUEHNE:  Objection.
 6            THE COURT:  Wait.  There's an objection.
 7            MR. KUEHNE:  This is something from the attorneys.
 8            THE COURT:  Overruled.
 9            THE WITNESS:  This was a letter that explained to
10   them that, you know, we had rights as property owners and as
11   citizens and that we were putting them on notice that we felt
12   that unless there was good cause, that there was an illegal
13   search and seizure that was about ready to happen.  In almost
14   all occasions, they could care less about that document.
15            MR. KUEHNE:  Objection.  Beyond the scope of the
16   question.
17            THE COURT:  Sustained.
18   BY MS. CAPRIO:
19   Q.   Did you put -- did you implement a policy to have a lawyer
20   letter presented to City of Miami officials when they would
21   raid your restaurants?
22   A.   Yes, we did.
23   Q.   And when was that policy implemented?
24   A.   That was implemented in 2019.
25   Q.   Was it in response in the Valentine's Day massacre?
```

1    A.   Yes, it was.

2         MS. CAPRIO:  Let's play the next clip.  This is

3    Plaintiffs' Exhibit 525.  It's already been admitted into

4    evidence.  Permission to publish, Your Honor?

5         THE COURT:  Granted.

6                   (Video played.)

7    **BY MS. CAPRIO:**

8    Q.   Yes.  This happened before you arrived?

9    A.   Yes.  Please take careful note that Ryan Rodriguez is

10   telling them it's the first time he's ever been there.

11   Q.   Do you know if anyone was ever arrested during any of

12   these raids by the City of Miami?

13        MR. KUEHNE:  Objection, Your Honor.  403 as well as

14   the litigation in the other case, as well as beyond the scope

15   of the consequences here.

16        THE COURT:  Sustained.

17        MS. CAPRIO:  Okay.  Let's play -- I have another clip

18   to show you, this is Exhibit 299.  This is already in evidence.

19   If we can please publish to the jury.

20                   (Video played.)

21   **BY MS. CAPRIO:**

22   Q.   What establishment is this, Mr. Fuller?

23   A.   This is them walking into Taquerias el Mexicano.  This is

24   actual footage requested through a public records search from

25   the police body cams.  This is what the police had as they

```
 1   walked into the venue.

 2   Q.   What is that area?

 3   A.   The venue.  In this case, they're like walking back up and

 4   because the venue had already undergone -- the lights were up

 5   here, so this is them confirming that everybody had left the

 6   upstairs by this point.

 7   Q.   Okay.

 8            THE COURT:  Wait, the jurors need a break?  We'll be

 9   in recess until 3:00 p.m.  Again, do not formulate any --

10   discuss -- don't have any discussions about this case and

11   I will see you back here at 3:00.

12            THE COURT SECURITY OFFICER:  All rise.

13            (Thereupon, the jury exited the courtroom.)

14            THE COURT:  You may be seated.  Also, Ms. Caprio, how

15   much more time do you have to go through your --

16            MS. CAPRIO:  I think I would say 40 minutes, half an

17   hour.

18            THE COURT:  All right.  That's fine.

19            MS. CAPRIO:  Thank you, sir.

20            THE COURT:  Thank you.

21                    (Short recess had.)

22            THE COURT:  Rita, you may bring the jurors in,

23   please.  Thank you.

24            THE COURT SECURITY OFFICER:  All rise.

25
```

```
 1              (Thereupon, the jury entered the courtroom.)

 2         THE COURT:  All right.  The members of the jury are

 3    all present and accounted for.  You may be seated, everyone.

 4              And, Ms. Caprio, you may proceed.

 5         MS. CAPRIO:  Thank you, Your Honor.

 6    BY MS. CAPRIO:

 7    Q.   Okay.  Mr. Fuller, before the break, we were discussing

 8    Taquerias.  Approximately, how many raids has Taquerias endured

 9    since defendant Carollo was elected and assumed office as

10    District 3 city commissioner?

11    A.   Dozens and dozens and dozens.

12         MS. CAPRIO:  And if we could please call up

13    Plaintiffs' Exhibit 400 to the witness and to opposing counsel.

14              Any objection?

15         MR. KUEHNE:  Your Honor, preserving the issue

16    regarding scope and the other case, and we want this to be part

17    of our standing objection.

18         THE COURT:  All right.  Again, as the Court noted and

19    mentioned, that this evidence is inextricably intertwined and

20    the pleadings shall conform to the evidence.  Therefore, the

21    objection is noted for the record.

22              You may proceed.

23         MS. CAPRIO:  Move to admit, Your Honor.

24         THE COURT:  Granted.

25              (Plaintiffs' Exhibit 400 Received.)
```

1          MS. CAPRIO:  Permission to publish?

2          THE COURT:  Yes.

3  **BY MS. CAPRIO:**

4  Q.   Briefly, Mr. Fuller, do you recognize this document?

5  A.   Yes.

6  Q.   What is the date of this document?

7  A.   September 21, 2021.

8  Q.   And the subject line is Certificate of Use Revocation

9  directed to Altos Mexicano, LLC?

10  A.   Yes.

11  Q.   What is Altos Mexicano, LLC?

12  A.   That is the parent company of Taquerias el Mexicano.

13  Q.   And is this a document that the city sent to you to close

14  your business?

15  A.   Yes.

16  Q.   And does Taquerias and Los Altos remain closed today?

17  A.   Yes.

18  Q.   What impact does that have on you, sir?

19  A.   Can I be any further devastated?  Crushed?  Humiliated?

20  Broken?

21  Q.   Okay.  Now you've mentioned several times during your

22  testimony, Mr. Fuller, that Mr. Carollo has defamed you.  How

23  has Commissioner Carollo defamed you, Mr. Fuller?

24  A.   Well, he has defamed me on television, on radio, and on

25  the dais and also in meetings at Domino Park and meetings that

1    I'm aware of with even bankers in the community.

2    Q.    Okay.  What defamatory and untrue statements has

3    Commissioner Carollo made about you, Mr. Bill Fuller?

4    A.    Well, first and foremost, he said on the dais that I was

5    the greatest fraud that ever hit Miami.  He said that I was a

6    money launderer.  He said that I was an influence peddler.  He

7    said that I was a newcomer, Calle Ocho newcomer.

8         He said that we were de-Latinizers.  That we were

9    de-Cubanizers.  That the Calle Ocho Marketplace was a flea

10   market.  That Viernes Culturales was a flea market.  That he

11   was one of the founders of the organization.

12            MR. KUEHNE:  Objection, Your Honor.  Beyond the

13   scope.  It's now a narrative.

14            THE COURT:  Overruled.

15            THE WITNESS:  This was our reputational damage.  This

16   was everything that we had was now being broken down, attack

17   after attack after attack in the public space.  All of our

18   credibility was now called into question.  All of our success

19   was now called into question was invalidated.

20            The legacy, the one that I spoke of earlier, this is

21   what was at stake here.  The legacy is what we're fighting for.

22   It's our reputation.  That's what is at stake here.  It's

23   everything to us.  It's our livelihood.  Without it, there's

24   nothing.

25

1    **BY MS. CAPRIO:**

2    Q.   When you refer to the statement that Mr. Carollo made on

3    the dais that you were the biggest fraud in Miami, was that

4    made during the Valentine's Day massacre, Mr. Fuller?

5    A.   Yes.

6    Q.   Was that made in response to the statement that you read

7    into this Court's record from your words at that meeting, sir?

8    A.   Yes.

9    Q.   And those Commission meetings are publicly broadcast

10   throughout the City of Miami, correct?

11   A.   Yes.

12   Q.   And how did that particular statement harm your reputation

13   in the community, sir?

14   A.   It's similar to the way Little Havana was when it went

15   through its bad period.  It became -- people would call it poor

16   and dangerous and it wasn't.

17        But the stigma out there has taken years and years and

18   years to erase.  When there's a stigma, it takes a multiple of

19   the amount of time that you destroy somebody's credibility or

20   reputation, you have to amplify.  It takes two or three times

21   longer to be able to recover.  Imagine that we spent our entire

22   lives doing what we love to do building this neighborhood

23   and --

24             MR. KUEHNE:  Objection, Your Honor, to the narrative.

25             THE COURT:  Overruled.

 1                THE WITNESS:  And out of the vengeance, out of this

 2    political retaliation, this man used every single weapon he had

 3    in his disposal to destroy us.

 4                He's a public official.  The media, they write stories

 5    about this stuff.  T.V., radio, the dais.  Many people in the

 6    community, they assume he's a public official, he's doing

 7    what's right.  He's telling the truth.

 8                MR. KUEHNE:  Objection.

 9                THE COURT:  What's the objection?

10                MR. KUEHNE:  Objection, what the public assumes.  The

11    unstated people in the public.

12                THE COURT:  Sustained.  Also, we need to take a quick

13    recess for the jurors.  Again, about five minutes we'll be in

14    recess.

15                MS. CAPRIO:  Yes, Your Honor.  Thank you.

16                THE COURT SECURITY OFFICER:  All rise.

17                 (Thereupon, the jury exited the courtroom

18                      and a short recess was taken.)

19                THE COURT:  All right.  Bring the jurors.

20                (Thereupon, the jury entered the courtroom.)

21                THE COURT:  All right.  The members of the jury are

22    all present and accounted for.  You may continue.

23                MS. CAPRIO:  Thank you, Your Honor.

24

25

```
 1              THE COURT:  Be seated everyone.
 2   BY MS. CAPRIO:
 3   Q.   Mr. Fuller, are you a fraud?
 4   A.   No.
 5   Q.   Are you a money launderer?
 6   A.   No.
 7   Q.   Have you tried to de-Latinize and de-Cubanize Little
 8   Havana and Calle Ocho?
 9   A.   Our entire career is focused on doing the exact opposite
10   of that.
11   Q.   And did Mr. Carollo ever accuse you of being El Padrino?
12   A.   Yes, he called me the Godfather and in a way, that is
13   extremely defamatory, suggesting that somehow I am involved in
14   some type of criminal operation which is the furthest thing
15   from the truth.
16   Q.   Have you ever been involved with Venezuelan corruptos?
17   A.   No.
18   Q.   Did Mr. Carollo accuse you of being involved with
19   Venezuelan corruptos?
20   A.   Yes.
21   Q.   Where did he make that accusation, sir?
22   A.   T.V., radio.
23              MS. CAPRIO:  Let's call up Plaintiffs' Exhibit 305.
24   It's been admitted into evidence and I'll read the translation
25   of Joe Carollo.
```

```
 1              They're letting him as though he were a Godfather,

 2    operate buying places and buying places filled with the worst

 3    types of violations of the Building Code and nothing happens.

 4              Is that one of the examples where Commissioner Carollo

 5    has accused you of being a criminal Godfather?

 6    A.    Yes.

 7    Q.    And what affect and impact has that accusation and

 8    defamation of your character, Mr. Fuller, had on your

 9    reputation in this community?

10              MR. KUEHNE:  Objection.

11              THE COURT:  Grounds?

12              MR. KUEHNE:  Vagueness, as well as improper

13    reputation evidence.

14              THE COURT:  Overruled.

15              THE WITNESS:  I cannot stress this enough.  In life,

16    reputation is everything.  My greatest legacy is my children.

17    I want them to be proud of me.  I want them to know that I did

18    good things for the city, that I celebrated our heritage.

19              All of that is called into question, all of it.  If

20    vindicated, I will spend the rest of my life restoring my

21    reputation.  Excuse me.

22              MS. CAPRIO:  Take a moment.

23              THE WITNESS:  I'm sorry.

24              MS. CAPRIO:  That's okay.

25
```

1   **BY MS. CAPRIO:**

2   Q.   Okay.  Mr. Fuller, what was your reputation in this

3   community like before Joe Carollo was elected to be District 3

4   city commissioner?

5           MR. KUEHNE:  Objection, Your Honor.  Reputation

6   evidence.  Improper foundation.

7           THE COURT:  Overruled.

8           THE WITNESS:  I'm sorry.  We were recognized leaders

9   of the community.  We were celebrated --

10          MR. KUEHNE:  Objection to the "we," Your Honor.  He's

11  being asked --

12          THE COURT:  Sustained.

13  **BY MS. CAPRIO:**

14  Q.   Mr. Fuller, what was your reputation in this community

15  like before defendant Carollo took office?

16  A.   I was a recognized leader in the community.  I was

17  celebrated for the work -- the good work that we had done,

18  being credited for championing a community that had been left

19  behind.

20       Celebrating the heritage, investing hours, not just

21  economics, hours, tirelessly with passion, with deep emotion,

22  with commitment, with everything we got to be creative to -- it

23  wasn't about the bottom line to us.  It was about giving to

24  this community because the reward was so overwhelming.  It was

25  a -- it was -- the reward we were receiving was fueling the

```
 1   imagination and the creativity and the development of
 2   furthering something really beautiful.  I can't even go there
 3   anymore.  I'm sorry.  I'm sorry.
 4           MS. CAPRIO:  That's okay.  Take a moment.
 5           THE WITNESS:  I'm embarrassed.  I'm sorry.
 6           MS. CAPRIO:  That's okay.  Would you like to take a
 7   little break?
 8           THE WITNESS:  Please.
 9           MS. CAPRIO:  Your Honor, can we take a five minute
10   break?
11           THE COURT:  Sure.
12                     (Pause.)
13           MS. CAPRIO:  Your Honor, may we respectfully request
14   a ten minute recess?
15           THE COURT:  All right.  Again, we'll be in recess for
16   ten minutes.
17           MS. CAPRIO:  Excuse me, I'm sorry.  Withdrawn.
18           THE COURT:  All right.
19           THE WITNESS:  I'm sorry, Your Honor.  I apologize.
20   BY MS. CAPRIO:
21   Q.   Mr. Fuller, are you able to continue?
22   A.   Yes.
23   Q.   Okay.  So now what is your reputation in the community
24   after Joe Carollo took office as District 3 city commissioner?
25           MR. KUEHNE:  Same objection, Your Honor.
```

 1              THE COURT:  Overruled.

 2              THE WITNESS:  I'm toxic.  Nobody wants to do business

 3    with me.  The accolades have stopped.

 4    **BY MS. CAPRIO:**

 5    Q.   What has Joe Carollo done that has harmed your reputation?

 6    A.   Everything he set out to do to destroy me, to ensure

 7    that -- that the one thing you have in life that you can use to

 8    rebuild, the one asset you have is destroyed to ensure that you

 9    can never, ever recover even when you're beaten down.

10    Q.   And you said that nobody wants to do business with you.

11    Could you please give me some examples of people that no longer

12    want to do business as a result of your reputational harm

13    caused by Joe Carollo?

14              MR. KUEHNE:  Objection, Your Honor.  Foundation, as

15    well as hearsay and scope of this case.

16              THE COURT:  Overruled.

17              THE WITNESS:  Before Joe Carollo, my zoning attorneys

18    were Greenberg Traurig.  They terminated me.  They said that

19    their clients --

20              MR. KUEHNE:  Objection.

21              THE COURT:  All right.  Sustained.

22    **BY MS. CAPRIO:**

23    Q.   Why did they terminate you?

24    A.   They said they had too many clients in the City of

25    Miami --

```
 1              MS. CAPRIO:  The effect of the listener.
 2              MR. KUEHNE:  Objection.
 3              THE COURT:  Sustained.
 4    BY MS. CAPRIO:
 5    Q.   So Greenberg Traurig terminated their relationship with
 6    you as a result of Joe Carollo, is that right?
 7    A.   Yes.
 8    Q.   Can you give us any other examples of people that no
 9    longer want to do business with you as a result of the
10    reputation that you have?  The reputational harm that you have
11    suffered at the hands of Joe Carollo?
12    A.   As a result of this, even trying to hire professionals was
13    a challenge because time and time again, professionals would
14    say Bill, we love the work we did --
15              MR. KUEHNE:  Objection.
16              THE COURT:  There's an objection.
17              MR. KUEHNE:  Hearsay.  Unknown people.
18              THE COURT:  Sustained.
19    BY MS. CAPRIO:
20    Q.   It follows you wherever you go; is that fair?
21    A.   Yes.
22    Q.   And what affect has the reputational harm that Joe Carollo
23    has inflicted on you had on you relationship with lenders?
24    A.   In one case, a lender will no longer do business with us.
25    They believe the liability is too great, the risk unknown.
```

1          MR. KUEHNE:  Objection.  Hearsay.  What they believe.

2          MS. CAPRIO:  Effect on the listener, Your Honor.

3          THE COURT:  Sustained.

4    **BY MS. CAPRIO:**

5    Q.   Okay.  And Mr. Matt Malone, did he do business with you as

6    a result of Joe Carollo?

7    A.   He was told that if he did business with Bill Fuller in my

8    property, he couldn't open.

9          MS. CAPRIO:  And we'll call up Plaintiffs' Exhibit

10   359.  It's already admitted into evidence.

11   **BY MS. CAPRIO:**

12   Q.   Are you familiar with this photograph, Mr. Fuller?

13   A.   Yes.

14   Q.   What does it depict?

15   A.   This was a very exciting moment.  We were announcing the

16   future location of El Museo de Little Havana.  There's a

17   rendering on the left over there.  That's myself, Martin,

18   Mr. Zamanillo and Paul George.

19   Q.   And what was the El Museo de Little Havana project

20   supposed to be?

21   A.   This museum, a satellite of History of Miami was going to

22   celebrate the Latin history of Little Havana.  Again, this was

23   another item that in our research, we had found that visitors

24   were seeking a focused location to have information about the

25   neighborhood, about the history, its heritage and so this was

```
 1  an effort and undertaking that we were going to finance
 2  ourselves, fully financed by Martin and myself to provide this
 3  experience which would have been a tremendous asset for the
 4  community.
 5  Q.   And did that El Museo de Little Havana project go forward?
 6  A.   No.  After the Joe Carollo experience, the board decided
 7  that the concept --
 8             MR. KUEHNE:  Objection.
 9             THE WITNESS:  -- connected to us --
10             THE COURT:  There's an objection.
11             MR. KUEHNE:  Hearsay.  Foundation what a board
12  decided.
13             THE COURT:  Sustained.
```

**BY MS. CAPRIO:**

```
15  Q.   Did the reputational harm that Joe Carollo inflicted on
16  you interfere with the ability of this project to succeed,
17  Mr. Fuller?
18  A.   The project was shelved due to the fact that we were
19  toxic.
20  Q.   Now we've talked about reputational harm.  And now I'd
21  like to discuss emotional harm, emotional distress.  Have you
22  personally, Mr. Fuller, suffered any emotional distress as a
23  result of Joe Carollo's relentless campaign of targeting
24  against you?
25             MR. KUEHNE:  Objection.  Leading question.  States
```

```
 1   facts not in evidence.

 2            THE COURT:  Overruled.

 3            THE WITNESS:  Five years of torment or torture

 4   escalating over and over again with no end in sight, with no

 5   understanding of -- if we could even survive it.  We -- I'm

 6   even -- I can't even believe we're here.  Five years it took us

 7   to get here, and everything's on the line.  We've sacrificed

 8   everything to come here.

 9   BY MS. CAPRIO:

10   Q.   And has that emotional distress increased in severity over

11   the past five years?

12   A.   The pinnacle of my distress was when they falsely arrested

13   my manager --

14            MR. KUEHNE:  Objection.

15            THE COURT:  Grounds?

16            MR. KUEHNE:  Foundation.  States facts not in

17   evidence.  Rule 403.  Not part of this case.

18            THE COURT:  All right.  Sustained.

19   BY MS. CAPRIO:

20   Q.   What other instances has the severity of your emotional

21   distress escalated over the past four years?

22   A.    It's impacted my personal relationships, my family life,

23   my ability to function at my -- what I believe is my highest

24   and best Bill.

25   Q.   And can you explain for the jury and His Honor how that
```

1    emotional distress has increased each year over the last five

2    years?

3    A.   It's just we were the lucky ones because I can't explain

4    that anybody in life, or very few I would say because there was

5    a lot of harm in the world, but experienced this level of

6    constant attack with endless economic resources.

7         Machines, weapons, money.  We're small guys.  We built it

8    from the ground up like it's city, it's multiple departments,

9    it's -- it's an entire orchestrating of puppets to destroy us.

10   It's --

11             MR. KUEHNE:  Objection.  Narrative.  Not answering

12   the question that's posed.

13             THE COURT:  Overruled.

14   **BY MS. CAPRIO:**

15   Q.   And over the past five years, has that increasing

16   emotional distress been constant?

17   A.   I knew what stress was in 2009 because I was on the verge

18   of bankruptcy.  I felt even proud that I knew how to handle

19   stress.  I described it as, you know, being impenetrable, but

20   God gave me another challenge in life and this was it.  I

21   wouldn't wish it upon anyone.

22        We're survivors.  We're going to fight.  We're going to

23   protect our reputation and we're going to be able to speak

24   about it.  I believe that.

25

1   **BY MS. CAPRIO:**

2   Q.   Is it every month that you have suffered over the past

3   five years?

4   A.   Every day, every sleepless night, every moment that I

5   experience with my children is clouded by this.  It's hanging

6   there like enjoy this little snapshot because remember what you

7   really have out there?  It's hunting you.  Everywhere, it's

8   hunting you.

9   Q.   Has defendant Carollo's targeting of you caused you any

10  health issues?

11  A.   Probably, but I'm a survivor.  I'm here.

12  Q.   Has Mr. Carollo's targeting of you, Mr. Fuller, caused any

13  psychological issues?

14  A.   I'm paranoid.  I don't even drive into the City of Miami

15  when I can -- when I drive home from Disney with my kids, I

16  avoid it by driving outside for fear that I'm going to be

17  arrested, that I might be killed.  That I -- that -- that when

18  you ratchet something up, and we have fought tooth and nail

19  every step of the way to fight an entire city, a worldwide city

20  to fight that and have your day in court.

21       Remember, this is a history of five years.  My paranoia is

22  that it's always ratcheted up.  You've got us to court, I'll

23  show you the next step of the way.

24  Q.   And has Mr. Carollo's targeting of you impacted your

25  relationship with your family?

A.   Family's everything to me, so you want to be the best for

your family.  And I now realize, you know, growing up as a

child, your youth is just -- it's one of the things you

remember the most, and when you're an adult and you have the

children, you realize that from the moment they can remember

things at like three or four to the day they leave, it's so

fast.  Three of my four children have grown up in this era.

It's inexplicable.

Q.   Has Mr. Carollo's targeting of you impacted your

relationship with your wife?

A.   I haven't been the best.  I could be a better husband.  If

my mind was clear, I would be a better husband but she's the

best.  We're fighters.  She's been by me.  She's my rock.

Q.   Since you sponsored the two Alfie Leon political rallies

in November of 2017 on you and Mr. Pinilla's property in Little

Havana, have you ever sponsored any additional political

rallies, Mr. Fuller?

A.   No.

Q.   Why not?

A.   Just I have to stay the course of avoiding the problems,

just trying to live my life under the radar, out of the whole

craziness that was this.  We were just doing great things.  We,

you know, we won the Joe Carollo lottery.

Q.   And how do you feel now about your decision to hold the

Alfie Leon political rallies in November 2017 on you and

1    Mr. Pinilla's property in Little Havana?

2    A.   I regret it.

3           MS. CAPRIO:  Thank you very much.  I have no further

4    questions.

5           THE COURT:  All right.  Cross-examination.

6           MR. KUEHNE:  Yes, Your Honor.  It will take me a few

7    minutes to set up.  Could we just take a quick break?

8           THE COURT:  Let me see the lawyers briefly sidebar.

9                        (At the bench.)

10          THE COURT:  Briefly, how much time are you asking

11   for?

12          MR. KUEHNE:  Just five minutes to get my stuff

13   organized.

14          THE COURT:  One of the jurors has a child who I think

15   is not feeling well and she asked if she can stay up til 4:00,

16   and now it's like 15 minutes till.  Is it best to let them go

17   now and you can start tomorrow fresh, or do you want to go into

18   your 15 minutes?  It's up to you.

19          MR. KUEHNE:  My sense, Judge, is if a juror wants to

20   go, we should accept that fact, so we'll agree to do that.

21          THE COURT:  If you want to go up to 4:00, it's up to

22   you.  If you want to get some cross-examination in now, you can

23   do that.  I will give you the opportunity.  If you want to

24   break now, if you do start, you have about 15 minutes.

25   Otherwise, we can start tomorrow.  I'm just letting you know.

```
 1   What is your preference?

 2          MR. KUEHNE:  Judge, can I just take a minute to talk

 3   to my co-counsel on this?

 4          THE COURT:  Sure.

 5                         (Pause.)

 6          MR. KUEHNE:  Judge, we will start up.

 7          THE COURT:  All right.  Now?

 8          MR. KUEHNE:  Right now, so it will take -- I just

 9   need a couple minutes to get my folders together since it will

10   be short and then we can get started.

11          THE COURT:  All right.

12          MS. CAPRIO:  We haven't conferred yet on the

13   exhibits.  Are you intending to introduce anything in the next

14   15 minutes?

15          THE COURT:  Also, too, if you don't, that will be

16   fine and you can spend the next hour, you guys can go through

17   all of the exhibits, what needs to be, so we don't have any

18   pauses with respect to Mr. Kuehne's cross.  Look through those

19   things.  I'm not going to waste this jury's time.

20          MR. KUEHNE:  If I could have just one moment.  The

21   first document I'm going to use is a document that I obtained

22   over the lunch break based on the development in the case so --

23          THE COURT:  Okay.

24          MR. KUEHNE:  Your Honor, it's my intention and I do

25   not have a document number on this yet, to show the witness
```

```
 1    this exhibit which is Dennis Uriarte, plainly a man in his

 2    early 20's, very impressionable and under the thumb of Joe

 3    Carollo according to this witness.  Instead, he's 55 years old.

 4    He's a former Marine and this is the guy he knows.

 5              THE COURT:  He said he was in his 20's or 30's,

 6    that's fine.

 7              MR. KUEHNE:  The jury will remember his testimony.

 8              THE COURT:  He said 20 or 30.  Any objection?  He

 9    brought this up.  I don't see any issues with this.

10              MS. CAPRIO:  No.  That's the only document?

11              THE COURT:  15 minutes.

12              MR. KUEHNE:  That's the only new thing, and then I

13    have some other documents that were on the list that we gave

14    you.

15              MS. CAPRIO:  In the next 15 minutes, which documents

16    do you intend to introduce?

17              MR. PERTNOY:  You're going to lose the 15 minutes.

18              MS. CAPRIO:  Let me get my colleague, Amanda, to look

19    at the exhibits.

20              THE COURT:  Anything else within the next 10 or 15

21    minutes you plan to introduce, sir?

22              MR. KUEHNE:  Yes.  I plan to show him DX 126 which is

23    the MDC complaint that is in evidence already.

24              THE COURT:  All you're going to do is show him this

25    picture here.  You have his date of birth, only show him this
```

```
 1   document.
 2              MR. KUEHNE:  Just show him the document.
 3              MS. CAPRIO:  What were the other ones?
 4              MR. KUEHNE:  DX 126, the MDC complaint and I doubt
 5   we'll get to it, but DX 22 which is the Raul Martinez
 6   transcript and I may excerpt a couple sections of that.
 7              MS. CAPRIO:  I'm sorry, I didn't hear what you were
 8   saying.
 9              MR. KUEHNE:  DX 126 and DX 22 both are already in.
10   Raul Martinez radio show transcript.
11              MS. CAPRIO:  Got you.
12              THE COURT:  Any objection?
13              MS. CAPRIO:  No objection.  Those are already in
14   evidence.  What were the ones that were not in evidence?
15              THE COURT:  Great.
16              MR. PERTNOY:  Is that his -- that Fuller's or --
17              MR. KUEHNE:  Fuller's.
18              MR. PERTNOY:  That's the Fuller interview that --
19              MS. CAPRIO:  We just looked at it.
20              MR. KUEHNE:  No, this is the Fuller -- the radio,
21   this is the Fuller interview.
22              THE COURT:  Anything else?
23              MR. KUEHNE:  That's it from us.
24              THE COURT:  We'll stop promptly at 4:00.  I'll let
25   the jurors know we're going to 4:00 p.m.
```

 1            Once we're done today, make sure you take as much time
 2   as you need to go ahead and resolve all those evidentiary
 3   issues with respect to exhibits.  We can start fresh tomorrow
 4   and Mr. Kuehne can have his cross-examination without any
 5   interruption.
 6            MS. CAPRIO:  Let's do it after court.
 7                      (In open court.)
 8            THE COURT:  Ladies and gentlemen, as discussed with
 9   the attorneys, they understand we'll be breaking today at
10   4:00 p.m. promptly, just go up to ten minutes and we'll pick up
11   tomorrow at 9:00 a.m.
12            With that said, Mr. Kuehne, you may proceed, sir.
13            MR. KUEHNE:  Yes, Judge.
14                    -   -   -   -   -
15            **CROSS EXAMINATION OF WILLIAM FULLER**
16   **BY MR. KUEHNE:**
17   Q.   Good afternoon, Mr. Fuller.
18   A.   Good afternoon.
19   Q.   You know who I am.  I'm Ben Kuehne.  I represent Joe
20   Carollo.
21   A.   Yes.
22   Q.   Is that right?  And you know that I've represented Joe
23   Carollo through much of the complaints you've had with him, and
24   about him during his tenure as a City of Miami elected
25   official, don't you?

1   A.    Maybe.

2   Q.    Well, you know -- you talked about -- you were asked

3   questions about the Leon lawsuit, weren't you?

4   A.    The Leon lawsuit, yes.

5   Q.    And you know that I'm counsel for Joe Carollo in the Leon

6   lawsuit, don't you?

7              MS. CAPRIO:  Objection.  Relevance.

8              THE COURT:  Overruled.

9              THE WITNESS:  Sir, I remember not seeing you for a

10   long period of time, so I don't know whether you're counsel or

11   not.  I'm not even sure how that's important.

12   **BY MR. KUEHNE:**

13   Q.    You were asked questions about your Miami-Dade Commission

14   on Ethics complaint against Joe Carollo, weren't you?

15   A.    Sure.

16   Q.    And you know that I was the lawyer who obtained the

17   dismissal of the complaint, your complaint?

18              MS. CAPRIO:  Objection.  Mischaracterizes testimony

19   and evidence.

20              THE COURT:  The objection is sustained.

21   **BY MR. KUEHNE:**

22   Q.    I was handling that case, wasn't I?

23   A.    False that you had it dismissed.

24   Q.    Do you understand the question?  I was handling that case,

25   wasn't I?

```
 1   A.    You might have.  I do recall you running me down in the
 2   hallway that day and saying Mr. Fuller, it's a pleasure to meet
 3   you.  I'm Benedict Kuehne and I look forward to this race.  I
 4   remember that.
 5   Q.    This race?
 6   A.    Whatever you call this.  I still don't even know what that
 7   means.
 8   Q.    This race, was that a reference to my being an Ironman
 9   triathlete?
10   A.    Are you?
11         MS. CAPRIO:  Objection.  Argumentative.
12         THE COURT:  Sustained.
13   BY MR. KUEHNE:
14   Q.    You talked about a Code inspector.  I think you referred
15   to him as Dennis Uriarte?
16   A.    Yes.
17   Q.    And we'll look at it in a little while.  We probably don't
18   have time to do that today.  But you were shown Plaintiffs'
19   Exhibit 35.  Plaintiffs' Exhibit 35.  Could we pull that up?
20   Plaintiffs' Exhibit 35?  And I believe you referred to it or
21   it's in evidence as a update from a ride-along.  Do you
22   remember that area of examination?
23   A.    Yes.
24         MR. KUEHNE:  Okay.  So let's just pull it up to make
25   sure that we have a frame of reference.
```

1   **BY MR. KUEHNE:**

2   Q.   It should be getting on your screen momentarily.

3   A.   It's on the screen.

4   Q.   Okay.  So let's see Exhibit 35.  You identified it as a

5   series of emails as a followup from the -- I think you called

6   it a drive-along with Dennis Uriarte?

7   A.   Yes, I called it a drive-along.

8   Q.   Do you recall the description?

9   A.   Yes.

10   Q.   And Dennis Uriarte is a City of Miami -- was certainly on

11   March, 2018, a City of Miami employee?

12   A.   Yes.

13   Q.   Worked with Code?

14   A.   Yes.

15   Q.   And you expressed some significant familiarity with Dennis

16   Uriarte, didn't you?

17   A.   How so?

18   Q.   You told this jury that Dennis Uriarte is a man in his

19   20's.  Just a young man, impressionable?

20        MS. CAPRIO:  Objection.  Mischaracterizes testimony.

21   **BY MR. KUEHNE:**

22   Q.   Was forced to do --

23   A.   I didn't say impressionable.

24   Q.   The jury will certainly remember your testimony.

25   A.   I said he was in his 20's or 30's.

```
 1    Q.   And, in fact, that's one of your stories, isn't it?

 2              MS. CAPRIO:  Objection, Your Honor.  Argumentative.

 3              THE COURT:  Sustained.

 4              MR. KUEHNE:  Well, let's put up Defense Exhibit 702.

 5              MS. CAPRIO:  That's not one of the ones we talked

 6    about, Mr. Kuehne.  Is that in evidence?

 7              MR. KUEHNE:  I gave it a number, Your Honor.  Defense

 8    Exhibit 702 is the item I showed at sidebar.

 9              THE COURT:  Exactly.  It's admitted, sir.

10              (Defendant's Exhibit 702 Received.)
```

**BY MR. KUEHNE:**

```
12    Q.   So let's put up Defendant's Exhibit 702.  And you can look

13    at the screen?

14              MR. KUEHNE:  I move to publish it, Judge.

15              THE COURT:  Granted.
```

**BY MR. KUEHNE:**

```
17    Q.   Dennis Uriarte, City of Miami Code Compliance Inspector.

18    His picture with his official shirt with his name on it.  This

19    is Dennis Uriarte, isn't it?

20              MS. CAPRIO:  Objection.  No time of the photograph.

21              THE WITNESS:  I don't know that.  I've never seen

22    Dennis Uriarte.
```

**BY MR. KUEHNE:**

```
24    Q.   Oh, this photograph was taken today, today?

25              MS. CAPRIO:  Objection, Your Honor.  Counsel is
```

```
 1   testifying.

 2              THE COURT:  The objection is sustained.

 3   BY MR. KUEHNE:

 4   Q.   So you've never seen Dennis Uriarte in your life?

 5   A.   No, I don't recognize that man.

 6   Q.   But he's in his 20's or 30's?

 7   A.   He certainly does not look good if he's in his 20's or

 8   30's.

 9   Q.   But the Dennis Uriarte, you told this jury about the

10   ride-along with Dennis Uriarte was somebody you knew in his

11   whatever your testimony was, 20's or 30's, right?

12   A.   Sir, I know about the Dennis Uriarte riding along because

13   it was explained to me.

14   Q.   Well, let's put up Plaintiffs' Exhibit 35 again and let's

15   make sure that the jury understands that the person you

16   described as in his 20's or 30's that you knew Dennis Uriarte?

17              MS. CAPRIO:  Objection.  Mischaracterizes his

18   testimony.  He didn't say he knew him.

19              THE COURT:  The objection is sustained.

20   BY MR. KUEHNE:

21   Q.   Is this the person you described as Dennis Uriarte in his

22   20's or 30's?

23   A.   I'll explain it.

24   Q.   Nope.  Do you understand my question?  We're going to look

25   at Plaintiffs' Exhibit 35, and I'm going to walk you through
```

```
 1    it.  All right?

 2    A.    Please.

 3    Q.    So the text, 3-18-18.  Good Morning, Director Bernat.

 4    Do you see where I just made an arrow?

 5    A.    Yes.

 6    Q.    I received a phone call on my cellphone yesterday in the

 7    evening from Commissioner Carollo requesting updates on the

 8    complaints he gave Inspector Dennis Uriarte last Saturday

 9    during their ride-along.  Attached please find the complaints

10    received.  Below please see the updates for each complaint.

11          Do you see that?  I read it correctly, didn't I?

12    A.    Yes.

13    Q.    And the Dennis Uriarte that is described in that

14    Plaintiffs' Exhibit, that Plaintiffs' Exhibit that you

15    identified is the Code Inspector Dennis Uriarte, isn't it?

16    A.    Yes.  That's what we're talking about.

17    Q.    And DX 702, Defense Exhibit 702 is Dennis Uriarte, the

18    Code Inspector who went on the ride-along?

19          MS. CAPRIO:  Objection, Your Honor.

20          THE COURT:  What's the objection?

21          MS. CAPRIO:  Lack of personal knowledge.

22          THE COURT:  Overruled.  He can answer.

23          THE WITNESS:  I know -- unless there's multiple

24    Dennis Uriarte which I don't think so because that's a unique

25    name, this is probably the gentleman.
```

1   **BY MR. KUEHNE:**

2   Q.   And Dennis Uriarte, the Code Inspector, a former U.S.

3   Marine is not --

4            MS. CAPRIO:  Objection.  Counsel's testifying.

5            THE COURT:  Wait.  The objection is sustained.

6            THE WITNESS:  Yes, sir.

7   **BY MR. KUEHNE:**

8   Q.   Mr. Uriarte, Inspector Uriarte is not some impressionable

9   person under the thumb of Joe Carollo, is he?

10  A.   I would disagree with that.

11  Q.   Hmm.  So Uriarte who you say you've never met and you say

12  that he was in his 20's or 30's and was essentially controlled

13  by Joe Carollo, is that your testimony?

14  A.   Sir, I don't know how old this man is.

15  Q.   Oh, but you told the jury something else.  Was that one of

16  your stories?

17           MS. CAPRIO:  Objection, Your Honor.  Argumentative.

18           THE WITNESS:  No, sir.

19           THE COURT:  Overruled.  He can answer.

20           THE WITNESS:  Orlando Diez explained to me that he

21  asked Mr. Dennis Uriarte to write this letter so that he could

22  cover himself because of the fact that Joe Carollo asked him to

23  come out of Coconut Grove.

24  **BY MR. KUEHNE:**

25  Q.   Mr. Orlando Diez asked Mr. Uriarte, Inspector Uriarte,

1   DX 702 Uriarte to write a letter so that he could -- what was

2   your testimony?

3   A.   So that he could document for the file the unusual

4   experience that he had in doing this target on our businesses.

5   Q.   Mm-hmm.  And what you learned from Dennis Uriarte, Defense

6   Exhibit 702 Dennis Uriarte, is that the update reflected this

7   Code inspector identified violations on all of the properties

8   that are identified and the violation is noticed in Plaintiffs'

9   Exhibit 35?

10          MS. CAPRIO:  Objection.  Mischaracterizes testimony.

11   He did not testify that he learned --

12          THE COURT:  Overruled.  He can answer in response.

13          THE WITNESS:  No, sir.  Remember, this is the one

14   where Mr. Carollo was upset that a violation wasn't issued?

15   This is that email.

16   **BY MR. KUEHNE:**

17   Q.   Oh, that's your testimony.

18   A.   No, sir.  You said that this expressed violations.  But

19   remember, this is the one inspection where Mr. Carollo was

20   upset that the violations were not issued.

21   Q.   So let's remind the jury.  Plaintiffs' Exhibit 35, we'll

22   get it up -- by the way, Orlando Diez is not a Code Enforcement

23   Director whatsoever at the time of Plaintiffs' Exhibit 35, is

24   he?

25   A.   No, he's not.  He was respected and revered by that

1   department because he had been the director for many years.

2   Q.   He's not even in Code at the time of March 13, 2018, was

3   he?

4   A.   He was respected and revered by his employees.

5   Q.   Did you understand my question, Mr. Fuller?  It's a yes or

6   no question.

7            MS. CAPRIO:  Your Honor, objection.

8            THE COURT:  Overruled.  You can answer the question.

9            THE WITNESS:  I know that he's not the Code Director

10  at the time.

11  **BY MR. KUEHNE:**

12  Q.   Mr. Fuller, let me pose a question and you can answer the

13  question that I pose.  Mr. Diez was not even in Code in March

14  of 2018, was he?

15  A.   He was not.

16  Q.   But, in fact, Orlando Diez wasn't even with the City of

17  Miami after January of 2018, right?

18  A.   I don't know anything about Mr. Orlando Diez's employment.

19  What I know is that he gave advice to this man to write it

20  because this is how I came to obtain this email at that moment

21  in time.

22  Q.   Let's see.  An email from the City of Miami that's a

23  public record and is available to anybody including, by the

24  way, citizen commissioners through public records, right?

25            THE COURT:  Also two minutes remaining.

1          MR. KUEHNE:  Mm-hmm.

2          THE WITNESS:  I couldn't understand the question.

3    **BY MR. KUEHNE:**

4    Q.   By the way, Orlando Diez testified to this jury in this

5    case, didn't he?

6    A.   Yes.

7    Q.   As a plaintiff witness?

8    A.   As somebody who was telling the truth.

9    Q.   Do you understand my question?  As a witness called by the

10   plaintiff, by Fuller and Pinilla, right?

11   A.   Yes.

12   Q.   And Mr. Diez said that he had finished Code in January of

13   2018, didn't he?

14   A.   I don't know when Mr. Diez finished.  What I know is that

15   Mr. Diez explained to me --

16   Q.   You've answered the question.  I'll move on.  So, let's

17   just see what Plaintiffs' Exhibit 35 says.  On 1380 SW 8th

18   Street, El Taquito Restaurant, case number opened by Inspector

19   Franqui and a Notice of Violation was issued to the property.

20        In order to have outside seating, a warrant would have to

21   be obtained.  However, I'm not sure if one would be issued for

22   a utility easement.  Inspector will need to follow up with

23   Planning and Zoning and proceed accordingly.

24        Did I read that correctly?

25   A.   Yes.

1    Q.   So the drive-by at El Taquito, a restaurant that you've

2    testified about in direct examination, not only getting a

3    Notice of Violation, but requiring, according to this, an

4    outside seating warrant, isn't that right?

5    A.   I can't speak exactly what it was required.  I don't take

6    these documents on their face value.  I need to understand more

7    what the violations are.  If you show them to me, I'd be happy

8    to discuss them.

9             THE COURT:  Well, Mr. Kuehne.  Thank you, sir.  We

10   will start at 9:00 a.m. tomorrow morning.

11            And, again, jurors, please, again, per my instructions

12   I instructed you on, do not watch the media, news accounts,

13   listen to the radio or Google or research anything about this

14   matter and I will see you tomorrow morning at 9:00.

15            Does the Heat play tonight, by the way?  I see some

16   Heat fans here.

17            MR. KUEHNE:  Is that a question?

18            THE COURT:  Well, so let's keep the winning streaks

19   so we will be going to the Eastern Conference Finals.  All

20   right.  Thank you.

21            THE COURT SECURITY OFFICER:  All rise.

22            (Thereupon, the jury exited the courtroom.)

23            MR. KUEHNE:  Your Honor, one matter before you leave?

24            THE COURT:  Yes, sir.

25            MR. KUEHNE:  We would like Your Honor to instruct the

 1   witness that he's still on the stand.  He's not allowed to talk

 2   about his testimony, preparation for testimony, et cetera.

 3           THE COURT:  Yes, of course.  Did you hear that,

 4   Mr. Fuller?

 5           THE WITNESS:  Yes, Your Honor.

 6           THE COURT:  As a witness, you are under oath still

 7   and do not discuss this case with anyone else or any

 8   preparation, and that's about it.

 9           Also, again, make sure, again, as I've discussed with

10   plaintiffs' counsel and defense counsel, make sure you look at

11   the exhibits and make sure if there's any objections, if any,

12   so that Mr. Kuehne can conduct his cross-examination without

13   any interruptions as far as the exhibits go.  Show him

14   everything you intend to introduce so that we can move forward.

15           Have a good night, everyone.  Thank you.

16       (Thereupon, this proceeding was adjourned at 4:01 p.m.)

17                               - - -

18                    C-E-R-T-I-F-I-C-A-T-E

19           I hereby certify that the foregoing is an accurate

20   transcription of the proceedings in the above-entitled matter.

21

22   JULY 20, 2023          /s/:/Ellen A. Rassie_____
                            ELLEN A. RASSIE, RMR-CRR
23                          Official Court Reporter
                            To the Honorable Rodney Smith
24                          299 East Broward Blvd., Room 202B
                            Fort Lauderdale, Florida  33301
25                          (954)769-5448

**A JUROR: [1]** 13/5
**MR. GUTCHESS:**
**[16]** 4/18 4/20 7/12
7/23 7/25 8/4 8/7
8/10 8/14 8/18 9/25
12/2 12/4 12/11 12/20
21/21
**MR. KUEHNE: [309]**

**MR. PERTNOY: [16]**
4/14 5/25 8/6 8/21
8/24 9/13 9/19 10/20
11/4 11/9 12/3 12/21
21/23 208/17 209/16
209/18
**MR. SARNOFF: [1]**
22/4
**MS. CAPRIO: [196]**
4/10 13/8 13/14 21/10
21/15 21/20 22/9
25/22 26/17 33/3
34/13 34/16 38/17
46/3 48/14 49/3 51/22
52/11 59/3 59/11
59/17 62/16 62/24
63/24 64/11 68/8
69/12 69/16 74/23
76/15 76/20 78/14
78/21 79/4 79/7 81/6
81/22 82/1 82/4 82/6
83/23 88/15 88/23
89/6 89/8 89/20 90/17
92/3 92/10 92/12
92/17 95/1 95/18 96/3
96/5 99/16 102/11
106/8 106/20 106/24
107/11 108/4 108/14
108/18 108/20 110/23
111/2 111/23 112/19
113/8 113/10 113/12
115/4 115/8 116/23
117/3 117/11 120/5
121/14 121/23 122/1
122/3 122/5 122/20
123/6 123/22 124/2
124/8 124/19 125/18
126/3 126/7 128/18
129/10 131/10 132/8
132/21 133/11 133/16
133/18 137/5 137/19
137/24 138/3 139/8
139/23 140/1 142/9
142/16 142/18 142/21
146/24 147/9 150/24
154/7 156/24 157/22
159/1 159/7 159/14
161/24 162/5 162/7
163/8 171/6 172/12
172/20 173/2 176/12
176/19 176/23 179/1

179/6 179/9 179/12
179/15 180/1 180/7
181/23 182/1 182/17
182/21 183/7 183/16
183/20 184/12 184/22
184/25 185/19 187/2
187/17 188/16 188/19
189/5 189/12 189/23
190/1 193/15 193/23
194/23 195/22 195/24
197/4 197/6 197/9
197/13 197/17 199/1
200/2 200/9 206/3
207/12 208/10 208/15
208/18 209/3 209/7
209/11 209/13 209/19
210/6 211/7 211/18
212/11 213/20 214/2
214/5 214/20 214/25
215/17 216/19 216/21
217/4 217/17 218/10
219/7
**THE COURT**
**SECURITY**
**OFFICER: [8]** 74/12
74/17 119/17 124/14
188/12 188/24 193/16
221/21
**THE COURT: [405]**
**THE COURTROOM**
**DEPUTY: [1]** 4/7
**THE JURY: [1]** 108/2
**THE WITNESS:**
**[114]** 14/13 14/22
15/2 15/4 16/15 17/3
18/9 19/16 25/6 25/16
26/16 27/8 27/22
28/15 29/3 29/15
29/24 33/21 33/23
34/7 35/17 36/5 38/4
38/10 38/19 39/4
41/15 43/2 44/1 45/1
48/2 50/5 51/24 56/11
57/8 57/25 58/20 59/1
63/2 77/20 78/17 83/8
83/25 85/20 85/25
86/6 87/17 88/4 88/7
97/19 103/3 103/6
103/9 110/1 114/5
115/21 115/25 116/5
116/12 116/17 136/10
139/25 140/5 140/23
142/22 143/9 143/13
145/11 146/6 146/20
147/13 148/19 149/10
151/3 151/25 155/25
157/17 157/24 158/4
159/15 162/10 163/12
167/10 169/7 169/25
170/2 175/7 182/7
183/10 183/22 184/7
186/9 191/15 193/1

195/15 195/23 196/8
197/5 197/8 197/19
198/2 198/17 201/9
202/3 211/9 214/21
216/23 217/6 217/18
217/20 218/13 219/9
220/2 222/5

---

**$**

**$1,000 [2]** 52/1 52/4
**$11,281 [1]** 36/19
**$150,000 [1]** 154/24
**$700 [3]** 11/1 11/3
11/24

---

**,**

**'17 [1]** 42/17
**'18 [5]** 59/7 64/16
69/11 94/23 94/23
**'19 [2]** 151/3 151/4
**'90s [1]** 60/23

---

**/**

**/s:/Ellen [1]** 222/22

---

**1**

**1,700 [4]** 39/24
39/24 42/8 42/10
**10 [4]** 1/5 4/1 121/1
208/20
**100 [2]** 1/19 168/4
**10:30 [1]** 181/15
**10:55 [2]** 74/5 74/10
**11 [1]** 59/25
**11:00 p.m [3]** 19/11
19/16 19/21
**11:30 [1]** 14/7
**12 [6]** 35/8 46/16
46/17 177/21 178/5
178/8
**121A [4]** 3/9 125/19
126/5 126/9
**1227 [2]** 44/8 45/6
**126 [4]** 3/9 208/22
209/4 209/9
**12:30 [1]** 23/22
**12th [2]** 14/16 15/11
**13 [6]** 17/3 35/3 36/5
36/17 177/2 219/2
**133 [1]** 3/10
**138 [1]** 3/10
**1380 [4]** 40/22 99/15
130/12 220/17
**14 [13]** 85/10 111/6
111/25 118/12 124/24
125/5 125/15 126/1
126/12 127/17 128/12
129/13 178/23
**140 [1]** 3/11
**1400 [1]** 2/3
**142 [1]** 3/11
**1450 [1]** 129/24

**147 [1]** 3/12
**15 [14]** 22/12 22/22
23/13 24/1 74/5
141/13 206/16 206/18
206/24 207/14 208/11
208/15 208/17 208/20
**150 [2]** 128/19
129/10
**1513 [1]** 130/4
**1521 [1]** 130/1
**1530 [1]** 129/24
**1551 [1]** 129/24
**159 [1]** 3/12
**15th [2]** 10/15 11/10
**16 [3]** 1/8 142/22
148/7
**162 [1]** 3/13
**169 [1]** 1/16
**17 [1]** 148/5
**173 [1]** 3/13
**176 [1]** 3/14
**1780 [1]** 129/25
**179 [1]** 3/14
**18 [1]** 216/3
**18-CV-24190 [2]**
1/2 4/8
**184 [4]** 3/14 3/15
176/13 176/25
**189 [1]** 3/15
**19 [3]** 92/20 93/1
93/6
**1985 [1]** 170/20
**1:05 [2]** 119/16
119/16

---

**2**

**20 [8]** 70/23 71/25
78/7 80/17 104/24
163/14 208/8 222/22
**20's [10]** 208/2
208/5 213/19 213/25
215/6 215/7 215/11
215/16 215/22 217/12
**200 [1]** 1/21
**2006 [2]** 61/15 72/13
**2009 [1]** 203/17
**201 [1]** 1/13
**2015 [1]** 98/22
**2016 [4]** 70/14
164/12 164/12 164/14
**2017 [6]** 70/22 165/5
165/8 170/24 205/15
205/25
**2018 [38]** 22/12
22/22 23/13 24/1
30/11 31/3 32/12
32/13 35/8 46/14
46/16 46/17 50/13
50/16 52/20 53/17
59/25 63/19 69/25
76/8 81/12 85/1 92/20
93/1 93/6 94/25 95/2

96/11 97/15 137/15
139/14 165/9 173/1
213/11 219/2 219/14
219/17 220/13
**2019 [16]** 66/17
111/6 111/25 118/12
124/24 125/5 125/15
126/1 126/12 127/17
128/12 129/13 165/11
177/2 178/23 186/24
**2020 [9]** 150/18
154/4 155/9 156/7
159/24 161/12 165/13
165/14 179/22
**2021 [8]** 122/21
142/22 148/5 148/7
168/11 180/14 184/13
190/7
**2023 [4]** 1/5 4/1
121/1 222/22
**202B [1]** 222/24
**20s [3]** 41/9 41/23
41/24
**20th [1]** 66/17
**21 [4]** 122/21 180/14
184/13 190/7
**2121 [1]** 1/13
**214 [1]** 3/16
**22 [3]** 159/24 209/5
209/9
**24 [1]** 158/11
**24190 [2]** 1/2 4/8
**25 [4]** 3/7 78/22 79/5
79/9
**25th [1]** 71/19
**26 [2]** 9/3 96/11
**265 [1]** 106/9
**27th [1]** 137/13
**28 [1]** 139/14
**28th [1]** 71/19
**299 [2]** 187/18
222/24
**2nd [2]** 1/13 1/19

---

**3**

**3-18-18 [1]** 216/3
**30 [2]** 141/13 208/8
**30's [8]** 208/5
213/25 215/6 215/8
215/11 215/16 215/22
217/12
**300 [1]** 14/16
**305 [1]** 194/23
**30s [1]** 41/24
**3105 [1]** 1/19
**327 [1]** 43/17
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**332 [1]** 25/22
**33301 [1]** 222/24

---

**3**

**335 [1]** 171/7
**337 [2]** 43/18 44/3
**3370 [1]** 42/12
**339 [3]** 3/7 68/9
69/15
**344 [1]** 13/15
**348 [1]** 132/22
**35 [23]** 16/9 16/15
17/17 17/21 18/5
18/18 18/24 19/2
19/12 31/21 33/4 37/4
40/3 212/19 212/19
212/20 213/4 215/14
215/25 218/9 218/21
218/23 220/17
**353 [1]** 132/9
**359 [1]** 200/10
**360 [1]** 63/25
**361 [3]** 3/6 62/17
62/25
**368 [3]** 3/10 133/5
133/20
**393 [1]** 99/17
**3:00 [1]** 188/11
**3:00 p.m [1]** 188/9

**4**

**4.3 [1]** 52/21
**40 [1]** 188/16
**400 [3]** 3/15 189/13
189/25
**402 [3]** 3/12 159/1
159/16
**403 [3]** 131/9 187/13
202/17
**408 [5]** 3/8 92/4
92/6 92/9 92/13
**4100 [1]** 1/21
**425 [1]** 46/4
**427 [1]** 43/15
**431 [4]** 3/9 95/19
96/2 96/7
**433 [2]** 112/19 117/6
**448 [1]** 34/17
**4:00 [4]** 206/15
206/21 209/24 209/25
**4:00 p.m [1]** 210/10
**4:01 [1]** 222/16

**5**

**50 [2]** 25/9 26/9
**500 [1]** 1/16
**501c3 [1]** 60/20
**51 percent [2]**
161/16 175/10
**520 [5]** 3/11 142/10
142/14 142/20 148/6
**521 [3]** 40/19 130/1
130/6
**522 [5]** 3/13 161/25
162/2 162/3 162/9

**523 [4]** 3/12 146/25
147/7 147/12
**524 [5]** 3/15 122/12
184/14 184/24 185/1
**525 [7]** 3/15 122/12
122/20 184/14 184/24
185/20 187/3
**526 [5]** 3/15 122/13
122/21 184/14 184/24
179/6 179/9 179/11
179/14 179/15 180/10
**529 [1]** 181/24
**530 [2]** 182/17
183/17
**531 [8]** 3/14 42/1
170/19 179/6 179/9
179/11 179/14 183/20
**540 [3]** 3/13 172/13
173/4
**5448 [1]** 222/25
**55 [2]** 172/5 208/3
**551 [2]** 52/12 95/2
**582 [5]** 3/10 122/17
123/6 137/6 138/2
**583 [5]** 3/11 122/17
123/6 139/9 140/4
**593 [1]** 88/23

**6**

**62 [1]** 3/6
**65 [1]** 48/16
**65 percent [1]** 176/5
**69 [1]** 3/7

**7**

**70 [2]** 168/24 168/25
**702 [9]** 3/16 214/4
214/8 214/10 214/12
216/17 216/17 218/1
218/6
**769-5448 [1]** 222/25
**79 [1]** 3/7
**7th [4]** 26/5 129/24
129/24 129/25

**8**

**80 [1]** 72/25
**81 [1]** 76/15
**82 [1]** 3/8
**83 [3]** 3/8 81/6 82/7
**8:25 [1]** 12/14
**8th [19]** 26/6 40/19
40/22 42/1 42/12
43/15 43/17 43/18
44/9 45/6 99/15
129/24 130/1 130/1
130/4 130/6 130/12
170/19 220/17

**9**

**9-1-1 [1]** 136/25

**9150 [1]** 2/3
**92 [1]** 3/8
**954 [1]** 222/25
**96 [1]** 3/9
**9:00 [3]** 210/11
221/10 221/14
**9:00 p.m [3]** 19/11
19/16 19/21
**9:30 [1]** 27/10

**A**

**a.m [2]** 210/11
221/10
**ability [9]** 7/5 18/13
118/9 135/3 147/15
165/22 175/4 201/16
202/23
**able [15]** 4/24 6/21
10/4 29/19 46/12
61/16 87/22 110/15
125/12 143/22 164/9
184/10 192/21 197/21
203/23
**about [95]** 5/3 5/4
10/19 14/7 16/22
16/23 17/21 17/21
20/20 21/4 22/17
23/11 23/16 30/5
30/15 31/21 33/1 33/1
33/13 34/2 37/21
38/24 41/25 42/16
50/14 55/8 57/12
58/17 62/13 66/6
66/13 73/11 73/12
73/12 73/13 74/25
77/12 94/19 101/11
108/15 109/21 109/22
111/11 112/2 112/7
112/16 113/16 115/22
117/24 118/7 118/18
123/10 126/24 131/15
134/14 135/10 135/10
141/13 144/19 150/24
157/20 162/21 164/3
167/18 172/7 178/24
181/14 186/13 186/14
188/10 191/3 193/5
193/13 196/23 196/23
200/24 200/25 201/20
203/24 205/24 206/24
210/24 211/2 211/3
211/13 212/14 214/6
215/9 215/12 216/16
219/18 221/2 221/13
222/2 222/8
**above [1]** 222/20
**above-entitled [1]**
222/20
**Abraham [1]** 31/8
**absence [1]** 21/8
**absolute [1]** 17/21
**Absolutely [2]** 26/9

115/3
**abuse [2]** 142/6
142/7
**abusive [1]** 142/6
**acceleration [1]**
53/3
**accept [2]** 94/13
206/20
**acceptable [3]** 48/8
83/17 135/5
**accepted [3]** 95/14
96/25 157/9
**access [3]** 146/8
146/15 165/21
**accessible [2]**
138/16 145/3
**accolades [2]** 70/11
198/3
**accompanying [1]**
35/3
**according [2]** 208/3
221/3
**accordingly [2]**
178/1 220/23
**accountant [1]**
175/25
**accounted [5]** 13/2
74/20 124/17 189/3
193/22
**accounts [2]** 176/3
221/12
**accurate [6]** 49/12
49/24 50/2 63/6
127/16 222/19
**accusation [2]**
194/21 195/7
**accusations [1]**
93/14
**accuse [2]** 194/11
194/18
**accused [1]** 195/5
**Ace [1]** 160/4
**achieving [1]** 128/15
**across [3]** 88/19
88/21 89/18
**Act [2]** 160/20 161/5
**action [2]** 105/3
128/11
**actions [3]** 5/11
47/18 177/19
**activate [1]** 73/14
**activated [1]** 144/6
**activation [8]** 64/25
65/2 71/23 72/24 73/3
73/5 73/6 73/8
**activations [1]** 71/6
**active [4]** 19/10 27/8
27/10 28/16
**activities [3]** 114/8
144/1 166/13
**activity [1]** 73/7
**actual [7]** 20/4 67/4

68/15 88/20 129/6
131/16 187/24
**actually [21]** 20/19
27/11 32/7 43/17
46/20 57/9 66/24
68/19 72/5 84/10 87/8
88/4 96/24 98/15
119/3 122/25 125/15
135/2 138/17 158/6
166/2
**acute [1]** 19/7
**add [1]** 163/23
**added [3]** 129/3
130/10 162/20
**adding [1]** 60/12
**addition [2]** 15/8
68/14
**additional [6]** 17/19
44/25 116/10 163/23
167/8 205/16
**address [16]** 4/18
6/14 8/16 9/20 12/4
12/7 14/15 46/12 54/9
119/7 130/10 137/3
152/15 166/8 167/8
174/18
**addressed [6]** 5/20
9/12 75/23 152/16
159/18 184/17
**addresses [5]** 33/2
33/4 129/19 129/20
129/22
**addressing [2]** 5/21
141/12
**Adele [3]** 177/3
177/3 177/4
**adequate [1]** 84/20
**adjacent [1]** 90/11
**adjourned [1]**
222/16
**admission [2]** 110/5
122/10
**admit [18]** 69/12
79/7 81/22 89/20
92/10 96/3 126/3
133/16 137/19 139/23
142/16 159/14 162/5
172/20 176/19 179/12
184/22 189/23
**admitted [27]** 34/13
34/18 46/4 62/23
64/11 107/2 108/5
108/8 108/10 108/12
112/14 113/10 116/25
117/3 126/6 128/19
132/23 137/23 147/8
171/8 181/25 182/18
183/17 187/3 194/24
200/10 214/9
**adult [1]** 205/4
**advice [1]** 219/19
**advised [2]** 152/22

**A**

advised... [1] 186/3
Affairs [1] 69/5
affect [7] 73/16
87/20 114/14 114/16
123/11 195/7 199/22
affecting [1] 57/2
affidavit [2] 58/3
58/8
affiliated [6] 17/15
42/21 44/4 44/14
81/12 85/6
affiliation [4] 44/18
80/6 80/12 86/21
affirming [1] 5/8
afraid [1] 115/2
after [66] 14/4 14/9
14/22 15/14 15/24
16/9 16/16 23/9 24/1
30/12 32/1 40/5 53/20
54/2 54/5 54/16 54/20
55/1 55/9 60/1 60/4
60/16 72/12 76/6 76/7
77/15 78/7 83/12
84/25 87/7 95/7 96/12
105/16 106/1 123/1
126/13 131/13 134/22
135/2 135/7 135/15
135/22 135/23 135/23
151/3 152/11 153/21
154/14 155/7 155/19
156/7 157/2 160/22
162/19 164/21 168/21
168/25 178/7 178/15
185/9 191/17 191/17
197/24 201/6 210/6
219/17
afternoon [5] 121/1
124/21 124/22 210/17
210/18
afterwards [1]
179/17
again [57] 6/24 7/9
8/24 9/22 12/9 15/9
18/21 22/9 28/13
30/15 30/18 32/6
34/16 34/21 42/13
47/15 54/8 69/24
70/24 74/6 77/4 84/3
87/9 95/13 95/16 97/5
107/3 110/14 110/15
119/14 124/4 138/14
141/7 141/14 142/22
148/9 150/21 158/10
162/18 169/10 170/15
172/18 174/14 174/16
181/5 188/9 189/18
193/13 197/15 199/13
200/22 202/4 215/14
221/11 221/11 222/9
222/9

**against [23]** 5/11
5/14 22/15 45/24
48/11 48/20 51/16
53/22 54/2 54/5 55/1
56/5 56/18 56/25 57/9
57/17 57/18 129/4
129/17 150/1 170/7
201/24 211/14
age [2] 63/17 63/18
agent [2] 159/19
159/21
ago [1] 121/18
agree [4] 108/1
122/10 126/4 206/20
agreed [7] 4/22 9/18
21/22 65/16 107/14
113/4 121/6
agreement [1] 113/1
ahead [6] 12/14 28/3
64/12 107/18 149/3
210/2
air [2] 156/15 163/22
al [1] 4/7
Alain [21] 14/4
15/24 16/8 16/22
16/24 17/9 17/18
17/22 18/1 18/6 18/15
18/24 19/5 19/13
33/17 34/21 34/25
35/20 36/14 36/19
129/25
alarming [6] 30/17
138/20 139/2 139/3
139/5 141/14
alcohol [2] 175/9
175/10
alerting [1] 112/6
Alex [3] 45/18 81/11
81/12
ALF [8] 57/1 57/2
57/9 57/18 58/2 58/3
58/9 58/21
Alfie [7] 46/22 46/24
49/7 50/9 50/15
205/14 205/25
all [154] 5/10 5/21
7/6 7/8 9/11 10/7
10/9 10/12 11/20 12/1
12/7 12/19 13/1 13/2
13/6 15/12 17/6 17/11
17/13 20/7 22/3 22/8
22/12 23/24 29/17
31/15 31/20 39/10
44/1 46/20 47/18 52/2
52/3 54/22 60/19
61/19 62/4 62/13
65/14 66/23 67/15
69/16 71/6 71/21 72/3
72/3 74/1 74/10 74/12
74/17 74/19 74/20
86/24 86/24 89/7
92/11 94/1 95/10 96/4

97/3 102/4 104/21
104/24 108/3 108/16
109/24 110/7 110/12
111/22 114/5 115/7
116/11 117/23 118/2
119/17 120/4 121/21
122/21 124/14 124/16
124/17 126/6 127/5
130/23 133/14 135/8
135/9 135/11 137/23
140/20 143/16 144/1
150/5 151/23 152/15
153/17 153/18 155/3
155/3 155/14 155/16
155/18 163/21 164/7
164/21 165/22 168/21
168/21 168/22 168/25
170/24 174/4 175/19
176/1 176/1 178/24
179/20 180/4 181/15
181/18 181/19 181/19
182/2 184/19 185/25
186/14 188/12 188/18
188/24 189/2 189/3
189/18 191/17 191/18
193/16 193/19 193/21
193/22 195/19 195/19
197/15 197/18 198/21
202/18 206/5 207/7
207/11 207/17 208/24
210/2 216/1 218/7
221/19 221/21
allege [1] 5/10
alleged [1] 5/13
alley [2] 26/8 100/9
allocated [2] 11/1
11/18
allow [9] 9/9 27/24
123/16 123/25 127/1
127/11 128/2 128/4
128/4
allowed [6] 84/2
118/24 122/9 155/1
181/15 222/1
allows [2] 119/1
152/17
almost [6] 70/23
87/5 110/15 139/1
147/18 186/13
alone [1] 72/25
along [27] 10/13
10/18 11/16 11/25
30/24 37/12 37/21
38/21 38/24 39/10
39/25 40/5 40/7 40/25
41/3 43/14 44/5
103/23 121/9 121/11
212/21 213/6 213/7
215/10 215/12 216/9
216/18
already [38] 9/12
9/16 10/15 25/23

30/22 34/8 34/13
34/17 46/4 52/12 55/9
78/8 93/11 93/12
93/12 96/2 99/17
106/9 107/22 112/14
116/24 117/3 118/24
128/1 128/19 131/15
132/10 132/22 137/3
174/19 182/18 187/3
187/18 188/4 200/10
208/23 209/9 209/13
also [34] 6/15 7/9
7/16 10/14 16/16
18/17 36/14 42/6
43/17 44/23 47/15
69/3 104/15 107/8
107/8 116/9 119/19
123/7 130/12 131/18
143/20 143/21 145/4
147/6 151/20 151/23
166/6 167/2 188/14
190/25 192/12 207/15
219/25 222/9
Altos [10] 173/10
173/13 173/14 173/15
173/20 173/24 174/1
175/19 190/9 190/16
always [30] 24/3
24/3 25/16 30/25 31/1
41/6 54/8 54/9 61/23
62/8 63/8 63/9 63/9
65/6 65/10 68/4 71/14
73/14 95/10 100/5
103/23 134/9 134/15
134/17 136/4 145/12
171/15 173/12 173/18
204/22
always were [1]
65/6
am [4] 127/24 149/5
194/13 210/19
Amaelle [1] 171/14
Amanda [3] 1/12
4/11 208/18
amazing [2] 73/18
102/7
ambassadors [1]
101/8
Amber [2] 2/3 4/15
ambiguity [1] 7/12
American [2] 80/11
99/5
Americans [2]
160/20 161/5
among [1] 109/8
Amongst [1] 171/4
amount [6] 8/2 73/11
136/5 167/16 167/17
192/19
amounts [1] 8/5
amplify [1] 192/20
anchor [1] 109/2

anchored [1] 100/8
ancillary [1] 15/10
Ann [1] 68/23
Anne [1] 1/11
anniversary [1]
66/17
announcement [1]
12/13
announcing [1]
200/15
annual [4] 134/10
134/19 165/5 178/13
annually [2] 142/1
153/5
anonymous [2] 54/8
54/22
another [16] 10/14
24/22 55/11 85/15
86/8 97/14 99/9
103/25 104/3 123/25
162/15 163/19 183/17
187/17 200/23 203/20
answer [14] 19/20
34/6 45/16 50/2 56/20
82/18 109/24 115/20
116/4 216/22 217/19
218/12 219/8 219/12
answered [2] 33/19
220/16
answering [1]
203/11
anxiety [2] 32/9
130/23
any [118] 7/19 14/10
14/17 14/17 14/18
16/4 17/19 18/9 20/18
21/8 21/25 26/10
29/16 35/8 35/11
35/25 36/7 44/24
47/21 47/23 48/2
48/18 50/19 54/1
56/17 56/24 57/22
58/8 58/9 58/14 60/17
62/17 63/25 64/11
67/2 69/12 70/10 73/9
74/7 79/4 81/22 82/12
83/19 85/16 85/16
87/10 89/3 89/21 90/6
90/20 90/23 93/8
95/20 97/7 109/5
109/7 110/5 111/18
112/20 113/16 116/10
117/5 119/15 119/19
119/22 119/24 120/2
123/5 127/14 128/11
128/12 130/16 133/11
136/23 137/20 142/6
148/12 150/8 153/2
153/3 159/7 162/1
166/12 166/22 166/22
167/8 169/7 169/8
169/15 169/19 171/21

**A**

**any... [27]** 172/21
176/20 177/23 178/13
179/2 184/15 186/1
186/3 187/11 188/9
188/10 189/14 190/19
199/8 201/22 204/9
204/12 205/16 207/17
208/8 208/9 209/12
210/4 222/7 222/11
222/11 222/13
**anybody [6]** 29/17
54/21 77/12 149/14
203/4 219/23
**anymore [5]** 10/4
29/25 85/5 131/4
197/3
**anyone [5]** 74/7
119/15 187/11 203/21
222/7
**anything [20]** 5/4
10/11 11/20 21/13
33/13 33/13 34/2 41/3
50/18 76/8 103/6
107/16 107/23 111/16
177/10 207/13 208/20
209/22 219/18 221/13
**Anyway [2]** 12/8
107/18
**apart [2]** 17/17 58/8
**apologize [10]** 21/15
76/21 76/24 89/8
106/20 107/11 108/4
108/20 183/20 197/19
**Apparently [1]**
175/17
**appeal [8]** 81/2
81/14 81/16 81/21
82/9 83/3 83/5 128/2
**appealed [1]** 5/7
**appealing [1]** 128/3
**appearances [3]**
1/10 2/1 4/9
**appears [1]** 108/16
**application [2]**
65/22 66/3
**applied [1]** 80/2
**appointed [2]** 92/24
97/20
**approach [7]** 17/12
21/10 22/9 34/14
59/11 59/17 180/1
**approached [4]**
24/24 76/12 125/9
134/15
**approaching [1]**
26/5
**appropriate [2]**
116/15 116/15
**approvals [1]** 155/3
**approved [1]** 157/8

**approving [1]** 135/7
**approximately [13]**
14/6 23/22 63/16
63/18 64/15 69/8
72/18 99/15 147/17
154/24 168/10 181/14
189/8
**April [1]** 151/4
**architects [2]** 152/1
164/18
**architecture [1]**
127/5
**are [114]** 6/2 6/16
6/19 6/25 11/16 13/1
13/12 22/4 22/6 22/6
23/24 29/1 32/6 33/5
33/7 34/20 35/11 37/6
40/2 40/4 44/3 44/4
44/5 46/6 52/15 54/13
55/16 55/17 55/19
63/2 63/20 63/21
65/11 67/20 70/19
74/19 78/24 79/1
85/14 88/5 88/12
93/22 96/16 97/10
99/5 101/10 102/6
102/21 102/22 105/5
106/3 116/15 118/19
118/20 119/2 121/8
122/18 123/7 124/16
128/5 128/9 128/22
129/18 129/23 130/13
133/23 133/24 133/25
138/21 140/15 141/6
141/24 141/24 142/2
144/16 144/18 144/23
145/2 147/17 147/19
149/19 150/9 150/24
154/18 156/18 156/19
157/8 158/8 158/9
158/22 159/4 162/13
163/15 163/19 170/6
178/1 179/3 182/9
184/13 189/2 192/9
193/21 194/3 194/5
197/21 200/12 206/10
207/13 209/9 209/13
212/10 218/8 221/7
222/6
**area [9]** 37/15 64/21
69/5 70/24 161/16
168/25 173/15 188/2
212/22
**areas [3]** 64/6
123/15 172/4
**arguing [1]** 9/15
**Argumentative [4]**
44/22 212/11 214/2
217/17
**arises [1]** 12/7
**armament [1]**
145/13

**Armando [1]** 11/11
**army [1]** 114/20
**around [5]** 14/9
69/20 84/10 98/22
104/23
**arrested [3]** 187/11
202/12 204/17
**arrests [1]** 178/21
**arrive [3]** 31/23
100/10 173/24
**arrived [9]** 31/2
100/3 121/14 122/22
125/2 125/4 126/13
180/21 187/8
**arriving [1]** 181/11
**arrow [1]** 216/4
**art [10]** 15/16 15/20
61/6 61/7 62/11 71/8
73/21 73/24 160/5
167/20
**articulated [2]** 149/4
149/5
**artifacts [1]** 172/9
**artist [4]** 62/8 73/24
133/1 133/22
**artistic [1]** 61/7
**arts [2]** 65/2 159/22
**artwork [1]** 65/15
**as [190]** 6/5 6/8 6/11
6/20 7/10 8/1 8/2
9/10 9/16 9/21 10/15
10/17 11/18 12/13
19/1 19/1 21/17 22/14
23/20 23/23 25/14
27/15 27/22 28/6
28/11 28/13 29/4
29/24 30/7 31/10
31/12 35/6 35/25
38/10 38/19 40/18
41/3 41/6 42/10 45/6
47/5 49/23 49/24
49/25 50/13 52/25
55/6 58/2 59/13 59/21
61/2 65/21 66/12 67/3
67/13 71/7 71/11 72/7
72/11 72/17 73/23
75/2 75/24 76/7 77/25
84/1 85/1 85/1 86/15
86/19 86/19 87/1 93/7
93/15 93/16 94/2
94/11 99/6 100/5
100/14 100/20 101/23
103/6 103/7 103/15
103/23 105/21 105/21
111/7 111/21 113/1
114/3 117/5 117/8
117/25 118/14 122/10
122/13 129/3 130/12
132/6 133/3 134/15
134/25 135/3 135/13
135/13 137/9 137/16
137/16 139/1 139/17

139/20 145/3 146/12
150/3 150/4 151/7
152/7 152/8 154/4
154/8 154/8 156/18
157/10 157/12 158/21
158/23 159/9 159/11
159/20 159/22 160/4
160/19 161/17 161/18
162/18 163/6 164/8
167/20 170/16 173/12
174/16 174/18 174/18
175/1 178/15 180/13
181/10 185/11 186/10
186/10 187/13 187/13
187/14 187/14 187/25
189/9 189/18 195/1
195/12 195/12 197/24
198/12 198/14 198/15
199/6 199/9 199/12
200/5 201/22 203/19
205/2 210/1 210/2
210/8 210/24 212/15
212/21 213/4 213/5
215/16 215/21 220/7
220/8 220/9 222/6
222/9 222/13 222/13
**Asael [1]** 160/4
**Asia [1]** 101/10
**ask [11]** 5/17 28/1
31/10 33/1 63/13 99/2
123/10 123/20 156/22
163/16 179/16
**asked [30]** 5/3 6/19
33/19 38/21 43/22
44/24 44/25 50/1
55/13 55/14 55/20
55/20 56/7 108/15
109/25 125/12 127/22
131/10 135/16 167/7
181/3 183/1 183/12
196/11 206/15 211/2
211/13 217/21 217/22
217/25
**asking [4]** 114/15
123/24 143/2 206/10
**assassination [1]**
116/6
**assaults [1]** 93/11
**asset [2]** 198/8
201/3
**assigned [1]** 37/13
**assist [1]** 109/5
**associated [6]** 43/2
43/15 44/5 44/9 54/21
103/7
**associations [1]**
86/7
**assume [1]** 193/6
**assumed [1]** 189/9
**assumes [1]** 193/10
**at [184]** 8/10 8/14
9/23 10/1 10/2 12/7

12/14 14/7 14/9 15/12
16/6 16/24 17/9 18/18
18/21 19/3 19/6 19/11
19/21 20/9 20/21
22/24 23/12 27/10
27/10 29/17 30/23
30/25 31/2 32/3 32/8
32/8 33/4 36/16 39/22
40/17 40/20 41/9
41/10 44/3 44/17
44/19 45/22 46/20
47/8 50/19 52/25
53/16 59/13 61/2
61/20 63/17 64/9
64/17 65/11 66/22
68/25 69/23 69/23
70/1 70/2 70/7 71/18
71/21 74/4 74/5 74/10
76/11 76/24 84/11
93/11 94/5 94/7 94/19
98/9 99/15 99/19
100/10 102/18 110/23
112/4 112/10 114/6
117/20 117/23 117/23
118/15 119/16 119/21
119/24 122/22 123/2
125/2 125/4 125/13
125/15 125/25 126/12
127/17 128/12 129/2
129/12 130/2 130/3
130/6 130/22 131/4
133/9 133/12 134/7
134/8 134/13 134/19
136/4 136/22 137/10
137/22 138/7 138/8
138/14 138/24 139/17
143/19 144/4 144/14
144/24 146/8 146/20
146/20 148/6 148/14
148/15 149/5 149/8
152/22 154/6 156/6
156/7 158/14 163/13
164/13 164/15 165/16
167/13 168/16 168/18
173/9 177/4 177/17
177/23 180/22 180/22
181/18 184/7 184/17
185/3 185/25 188/11
190/25 191/21 191/22
192/7 199/11 202/23
205/6 206/9 208/19
209/19 209/24 210/9
210/11 212/17 214/8
214/13 215/25 218/23
219/2 219/10 219/20
221/1 221/10 221/14
222/10 222/16
**Atlantic [1]** 104/19
**attached [3]** 160/21
178/1 216/9
**attack [9]** 15/6 80/7
80/15 86/22 110/19

**A**

**attack... [4]** 191/16
191/17 191/17 203/6
**attacking [2]** 18/13
30/22
**attacks [12]** 32/9
42/22 43/3 48/3 50/17
50/18 50/21 53/1 53/4
53/21 141/16 144/21
**attempt [1]** 96/19
**attempts [1]** 95/9
**attend [7]** 72/12
91/25 94/14 95/7 97/1
112/4 118/11
**attended [4]** 72/18
94/16 96/22 128/13
**attention [3]** 12/18
26/25 124/25
**attorney [7]** 44/24
45/17 79/23 81/12
105/2 129/12 129/21
**Attorney's [1]** 79/24
**attorneys [8]** 107/5
130/18 152/2 164/18
186/3 186/7 198/17
210/9
**audience [1]** 125/8
**audit [48]** 16/16
16/22 16/23 17/1 17/8
17/11 20/21 33/15
33/17 34/8 34/25 35/5
35/5 35/6 35/11 36/5
36/6 36/15 36/20
149/18 149/25 150/7
150/8 150/12 150/14
150/19 152/12 153/3
153/13 154/14 157/4
158/20 160/16 160/17
160/20 164/8 174/11
174/12 174/25 175/1
175/11 175/15 175/21
176/8 177/6 177/21
177/22 178/3
**audited [4]** 35/9
35/20 36/1 174/7
**audits [5]** 149/19
149/20 149/23 170/7
178/20
**August [8]** 52/20
53/17 94/23 94/25
95/2 122/21 180/14
184/13
**August 21 [3]**
122/21 180/14 184/13
**August 6 [2]** 52/20
53/17
**authentic [1]** 171/15
**authenticity [2]**
61/22 61/24
**authoritarian [1]**
20/8

**authority [4]** 8/12
20/4 20/15 47/16
**available [3]** 78/5
140/17 219/23
**Avenue [3]** 1/13
14/16 15/11
**avoid [1]** 204/16
**avoiding [1]** 205/20
**award [4]** 132/25
133/1 169/25 170/2
**awarded [1]** 70/14
**awards [3]** 70/10
170/3 170/5
**aware [11]** 14/22
14/25 18/23 20/18
24/16 35/11 67/10
93/3 153/2 178/13
191/1
**awareness [2]** 73/8
141/16
**away [1]** 24/19
**AXS [2]** 1/10 4/11
**Azucar [2]** 64/22
68/22

**B**

**Bacardi [1]** 67/23
**back [41]** 5/5 9/16
13/19 26/21 26/22
26/22 26/22 26/23
32/23 34/21 38/23
47/23 67/2 84/5 86/17
86/20 101/9 108/22
119/16 121/5 121/17
122/7 131/14 135/6
136/8 140/10 144/24
147/16 155/19 156/7
156/9 156/12 156/13
158/12 169/13 172/9
172/9 173/10 173/23
188/3 188/11
**backdoor [1]** 6/16
**bad [1]** 192/15
**badge [1]** 141/9
**Badges [1]** 146/1
**bags [1]** 181/19
**ball [124]** 14/2 15/12
15/24 16/6 16/25 17/9
17/18 17/19 17/23
18/6 18/9 18/14 18/18
19/9 19/13 19/23
20/20 20/22 21/4
22/15 22/22 22/24
23/11 23/19 24/2 24/5
24/8 24/14 24/23 26/7
29/15 30/11 36/7
36/16 37/3 47/8 47/10
54/2 54/5 55/1 55/15
56/5 56/18 56/25
57/17 64/22 88/19
89/16 89/18 100/13
122/18 123/8 123/12

126/23 130/4 131/14
131/15 131/17 131/18
131/21 131/24 131/24
131/25 132/14 133/7
133/9 134/4 134/6
134/20 134/24 135/15
135/19 135/21 136/15
136/19 136/22 137/2
137/10 138/6 138/8
139/18 140/5 142/13
144/14 144/25 147/13
148/14 149/5 150/14
150/19 151/8 153/18
153/20 153/22 153/23
153/24 154/13 154/21
154/25 155/8 156/6
156/8 157/2 158/12
158/15 159/20 162/16
162/24 164/6 164/13
165/6 165/16 166/7
166/9 166/11 166/14
167/13 168/6 168/8
168/13 168/14 169/4
170/11 180/20
**ballet [1]** 62/1
**balloon [1]** 65/3
**balloons [3]** 181/15
181/16 181/19
**bank [1]** 176/2
**bankers [1]** 191/1
**bankruptcy [2]**
110/15 203/18
**banquet [1]** 173/13
**bar [7]** 36/7 36/8
36/11 36/17 42/13
44/4 138/25
**Barlington [1]** 47/4
**Barn [2]** 65/2 67/24
**barrage [1]** 30/16
**bars [1]** 171/17
**baseball [1]** 31/1
**based [20]** 5/2 7/9
15/16 16/12 18/7
24/19 25/3 35/15
37/17 39/6 46/11
55/18 61/22 67/8
73/21 121/23 158/5
160/18 164/25 207/22
**bases [1]** 161/6
**basic [1]** 12/17
**basically [2]** 20/3
20/8
**baton [1]** 170/25
**Battl [1]** 68/22
**battle [1]** 131/25
**be [141]** 4/5 6/18
6/21 6/22 7/6 7/13
9/9 10/8 10/14 10/17
10/25 11/5 11/13
11/20 13/2 17/12
27/23 28/15 29/18
29/18 29/25 30/2 30/2

30/23 32/7 34/7 34/16
46/12 48/7 49/25 50/9
50/10 52/1 52/3 52/8
57/3 57/8 60/21 65/19
65/23 66/4 67/3 71/10
71/23 74/4 74/20
77/21 84/2 85/1 87/6
89/3 93/16 99/9 100/3
100/6 100/8 100/14
100/21 101/24 101/24
101/25 102/2 103/16
108/17 110/12 113/4
113/16 114/1 114/8
118/25 119/13 119/22
120/1 120/4 121/7
121/10 122/13 123/20
123/23 124/9 124/10
125/12 128/15 129/4
132/5 132/6 134/17
135/20 136/6 136/21
136/23 139/2 143/19
143/22 144/4 144/19
145/1 146/6 149/15
154/10 154/18 164/9
164/17 167/5 167/21
169/7 169/8 177/17
177/19 178/3 181/5
183/12 184/10 188/8
188/14 189/3 189/16
190/19 192/21 193/13
193/24 195/17 196/3
196/22 197/15 200/20
203/23 204/16 204/17
205/1 205/11 205/12
207/10 207/15 207/17
210/9 213/2 220/21
220/21 221/7 221/19
**bear [1]** 177/14
**beaten [1]** 198/9
**beautiful [3]** 60/23
66/9 197/2
**became [6]** 65/21
76/7 134/25 139/5
178/10 192/15
**because [82]** 5/19
6/1 24/16 28/9 30/17
30/24 31/5 31/12
38/11 38/20 42/16
43/17 43/19 46/10
48/6 51/1 51/17 52/25
54/10 54/16 66/8
71/16 72/21 80/14
80/19 83/12 86/8 86/9
86/21 87/6 96/18
98/25 99/7 100/25
102/5 103/24 104/21
105/3 108/14 110/7
110/16 110/18 110/18
114/19 118/5 123/1
123/7 123/15 124/4
125/10 127/7 136/7
141/6 141/25 142/25

143/4 143/25 149/20
152/5 152/17 153/4
155/2 156/10 156/17
158/4 161/15 167/21
168/21 175/9 181/5
188/4 196/24 199/13
203/3 203/4 203/17
204/6 215/12 216/24
217/22 219/1 219/20
**become [4]** 32/5
66/25 94/5 101/8
**becomes [1]** 86/19
**becoming [1]** 53/1
**been [78]** 5/1 5/16
5/20 6/6 6/9 7/22
7/24 9/15 10/5 11/14
11/15 13/23 13/23
15/4 15/5 15/14 25/9
26/9 27/17 30/22
34/13 34/17 35/9
35/11 43/4 43/4 43/5
70/10 75/22 76/3 78/7
79/2 84/23 85/1 85/10
100/2 100/5 100/14
102/3 107/7 107/17
107/23 113/9 116/24
117/3 123/18 124/4
125/10 126/14 126/17
126/20 126/21 127/10
128/19 132/22 149/20
149/23 150/11 150/11
152/20 157/5 157/5
158/20 169/20 174/19
177/21 177/22 181/17
187/3 187/10 194/16
194/24 196/18 201/3
203/16 205/11 205/13
219/1
**before [42]** 1/8 5/23
9/21 13/24 20/16
21/13 21/18 21/21
35/8 48/18 54/10
54/17 74/25 86/19
96/14 96/23 98/22
109/22 110/24 111/13
113/9 116/16 117/1
124/23 125/1 134/3
135/19 141/6 151/2
157/11 157/18 159/9
174/19 178/10 180/19
185/10 187/8 189/7
196/3 196/15 198/17
221/23
**begging [2]** 128/6
128/7
**begin [1]** 124/17
**beginning [1]** 31/6
**behalf [6]** 4/11 4/15
48/8 159/19 159/21
182/14
**behavior [1]** 48/8
**behest [1]** 184/7

**B**

**behind [8]** 24/23 28/5 91/18 126/23 141/10 142/1 142/3 196/19
**beholden [1]** 18/10
**being [54]** 6/19 21/11 21/19 22/2 22/8 24/3 29/16 29/19 30/21 30/23 32/2 34/5 35/4 43/22 44/24 44/25 46/12 49/15 50/1 55/13 61/24 61/24 66/8 77/4 87/9 87/22 89/2 91/9 109/25 113/2 119/9 126/24 127/22 132/2 137/9 139/17 150/10 151/10 155/19 163/17 167/7 168/22 168/22 169/9 169/9 181/11 191/16 194/11 194/18 195/5 196/11 196/18 203/19 212/8
**belief [2]** 114/11 117/20
**believe [33]** 6/7 6/23 9/10 11/7 13/15 13/18 30/4 49/15 50/12 52/12 60/24 64/16 72/20 83/5 93/1 93/11 94/23 98/22 110/14 110/14 113/18 122/14 132/9 145/20 158/6 164/16 176/1 199/25 200/1 202/6 202/23 203/24 212/20
**believed [4]** 46/10 46/23 57/3 57/8
**Below [1]** 216/10
**Ben [2]** 4/15 210/19
**bench [2]** 10/2 206/9
**Benedict [1]** 1/18 212/3
**Bermudez [1]** 11/11
**Bernat [1]** 216/3
**bespoke [1]** 102/21
**best [7]** 84/21 93/16 202/24 205/1 205/11 205/13 206/16
**Betancourt [2]** 75/20 77/5
**better [2]** 205/11 205/12
**between [13]** 19/11 19/16 19/21 43/14 64/22 70/24 72/25 101/25 108/23 131/25 138/7 178/11 178/16
**beyond [18]** 6/7 7/2 47/3 57/21 102/9

123/14 123/24 141/20 150/3 151/19 154/5 156/2 156/20 159/9 167/3 186/15 187/14 191/12
**Bichelle [1]** 126/22
**BID [2]** 44/16 44/17
**big [2]** 76/4 118/6
**biggest [1]** 192/3
**Bill [22]** 42/21 43/3 56/8 80/13 80/14 85/25 86/25 93/25 94/8 108/13 109/5 109/8 109/15 110/5 118/7 122/18 151/5 159/21 191/3 199/14 200/7 202/24
**birth [1]** 208/25
**birthday [2]** 46/17 181/13
**Biscayne [1]** 1/21
**bistro [1]** 101/24
**bit [4]** 26/21 38/23 49/14 124/9
**blessings [1]** 153/19
**block [2]** 147/18 147/18
**blocked [2]** 78/20 87/22
**blocking [2]** 136/10 147/14
**blood [1]** 127/13
**blue [2]** 166/19 167/25
**blur [1]** 9/1
**Blvd [3]** 1/21 2/3 222/24
**board [68]** 24/22 27/1 27/8 27/10 27/14 27/15 61/15 61/16 61/16 61/17 66/12 66/25 67/2 67/4 67/25 68/15 69/4 69/24 72/13 72/21 76/11 80/6 80/12 85/5 85/9 85/12 85/12 85/21 86/8 86/9 86/11 86/15 86/17 86/20 86/21 86/23 92/1 92/21 92/24 93/6 93/7 93/14 93/15 93/16 93/22 93/25 93/25 94/1 94/1 94/2 94/6 94/7 94/11 94/14 94/17 96/17 96/20 96/20 96/25 97/5 97/5 97/8 97/10 97/12 98/6 125/13 201/6 201/11
**board's [1]** 66/18
**bodily [1]** 153/10
**body [3]** 143/19 143/20 187/25

**bold [1]** 32/7
**bolstering [1]** 69/13
**bombardment [1]** 46/24
**bombardments [1]** 148/11
**book [1]** 80/22
**booked [3]** 78/10 78/17 78/18
**books [1]** 164/22
**boom [7]** 91/14 91/14 91/15 91/15 91/15 91/15 91/15
**booth [1]** 62/9
**Bosque [2]** 143/12 143/17
**both [5]** 107/7 120/4 134/8 159/19 209/9
**bottom [8]** 33/4 68/21 69/6 130/2 130/6 160/7 177/17 196/23
**bought [2]** 98/22 142/2
**bounce [1]** 65/1
**BOWEN [1]** 1/20
**box [1]** 20/5
**boxes [1]** 12/15
**branch [3]** 97/14 97/16 97/19
**branches [3]** 95/10 95/12 95/14
**brand [5]** 71/1 71/2 71/21 100/15 132/1
**branded [1]** 131/24
**branding [1]** 71/25
**break [18]** 8/10 8/14 74/25 84/5 110/25 119/24 122/8 124/23 125/1 135/19 167/24 188/8 189/7 197/7 197/10 206/7 206/24 207/22
**breakdown [2]** 9/4 9/8
**breaking [1]** 210/9
**breath [2]** 156/15 169/10
**brewing [2]** 104/18 105/11
**Brickell [1]** 104/25
**brief [1]** 74/5
**briefly [23]** 4/20 8/21 13/19 49/6 96/16 107/18 113/15 122/19 125/4 125/22 127/19 128/24 132/22 137/18 166/16 166/17 170/17 171/24 174/10 180/18 190/4 206/8 206/10
**bright [1]** 91/14
**bring [9]** 10/8 12/24

74/15 104/2 124/12 166/3 181/16 188/22 193/19
**bringing [1]** 21/16
**brings [1]** 73/10
**broadcast [1]** 192/9
**broken [2]** 190/20 191/16
**brother [1]** 45/17
**brought [3]** 118/9 129/18 208/9
**Broward [1]** 222/24
**browser [1]** 112/9
**BRT [1]** 142/25
**BTR [1]** 143/4
**build [3]** 80/20 101/15 108/25
**building [27]** 11/21 54/18 64/22 68/17 70/7 84/6 84/18 86/2 98/9 109/8 110/6 128/1 151/5 153/17 153/19 155/5 157/13 157/17 157/24 159/22 160/4 160/8 170/22 171/11 173/19 192/22 195/3
**buildings [1]** 85/11
**built [2]** 127/13 203/7
**bulk [1]** 99/7
**Bureau [1]** 96/2
**bushes [1]** 126/23
**business [55]** 7/17 7/19 17/22 18/11 19/8 19/9 29/1 36/13 40/19 42/3 42/4 42/6 42/16 42/17 42/18 42/19 42/20 43/5 73/19 86/7 106/3 109/15 110/8 110/18 118/16 118/23 119/4 126/15 126/20 126/21 127/1 127/22 127/23 128/3 128/8 128/9 128/14 130/7 135/3 135/17 142/5 153/10 156/18 164/10 170/20 170/24 173/16 190/14 198/2 198/10 198/12 199/9 199/24 200/5 200/7
**businesses [10]** 29/17 42/8 62/10 72/23 73/17 115/17 118/19 130/17 170/7 218/4
**bust [1]** 171/15
**but [91]** 6/3 6/14 6/22 7/6 7/15 8/4 22/2 24/16 25/10 30/20 32/9 34/5 36/13 40/19 42/15 44/13

52/3 54/16 54/20 55/12 60/22 65/5 67/10 67/19 68/19 69/4 69/6 71/11 71/22 72/22 75/23 76/3 78/18 83/17 84/21 87/18 91/16 92/24 94/3 95/1 96/20 100/1 103/25 105/24 109/7 110/5 110/11 110/13 110/16 112/2 112/22 113/3 117/23 121/11 121/12 125/9 128/14 130/25 131/16 135/9 136/3 138/17 139/1 144/4 144/7 145/12 148/10 152/21 156/9 156/15 163/15 163/24 165/18 167/6 171/18 173/13 175/24 179/21 192/17 203/5 203/19 204/11 205/12 209/5 212/18 215/6 215/9 217/15 218/18 219/16 221/3
**buy [2]** 99/4 167/16
**buying [1]** 195/2 195/2
**buzzing [1]** 73/20

**C**

**C-E-R-T-I-F-I-C-A-T-E [1]** 222/18
**calculation [1]** 161/17
**calculations [1]** 158/19
**calendar [1]** 71/22
**call [46]** 4/4 13/14 13/16 18/11 25/22 32/4 32/4 33/3 34/17 46/3 48/5 48/15 51/8 52/11 55/6 58/14 58/22 62/16 63/24 94/24 95/1 95/18 99/16 106/2 106/8 112/5 121/4 128/18 132/22 133/5 137/5 139/8 146/24 159/1 172/12 180/21 189/12 192/15 194/23 200/9 212/6 216/6
**Calle [35]** 17/12 17/13 35/17 36/15 61/3 62/14 70/8 73/12 73/17 87/4 87/11 88/1 88/11 88/18 98/18 98/20 98/21 98/24 99/11 99/14 99/20 100/16 101/13 103/13 104/16 105/19 109/1

**C**

**Calle... [8]** 158/10
170/19 171/12 181/12
181/18 191/7 191/9
194/8
**called [17]** 55/15
56/6 71/17 98/24
100/6 105/14 105/19
151/5 157/18 157/24
191/18 191/19 194/12
195/19 213/5 213/7
220/9
**calling [1]** 19/5
**calls [1]** 112/6
**came [30]** 7/18 9/16
20/16 26/24 30/10
37/15 54/7 54/7 54/10
54/16 56/8 58/13
58/22 60/22 99/1
100/20 104/18 121/17
123/1 136/3 136/24
153/15 156/7 162/23
165/19 170/8 172/9
172/9 180/20 219/20
**camera [2]** 143/17
143/18
**cameras [3]** 143/20
143/22 144/5
**campaign [4]** 49/7
111/13 131/23 201/23
**Campus [1]** 80/11
**cams [1]** 187/25
**can [162]** 6/14 7/8
7/13 7/14 7/15 7/16
8/13 9/22 9/23 10/1
10/7 10/12 11/20 12/4
12/24 13/16 13/18
13/19 16/6 22/1 22/5
22/7 23/13 25/22
27/10 28/6 29/20
29/24 32/22 32/23
33/3 33/4 34/6 34/16
35/2 39/8 45/14 45/16
45/22 46/3 46/21 49/3
49/6 52/11 53/20 55/4
58/18 61/20 62/16
63/17 63/20 64/17
68/20 69/16 73/9
74/15 76/19 77/1
77/13 80/1 80/20 81/6
81/13 82/18 84/4 85/3
87/6 89/4 90/9 92/3
92/22 95/6 97/23
98/15 98/16 98/17
99/3 99/16 100/4
100/25 102/24 103/21
104/9 106/14 106/18
107/9 112/7 115/20
116/4 116/13 117/11
121/10 122/3 122/24
124/7 124/12 125/4

125/22 127/19 128/18
132/10 133/15 134/3
134/4 134/23 137/8
138/3 138/14 140/10
141/17 142/4 142/9
143/17 143/24 145/1
146/2 146/8 146/24
148/13 149/1 150/19
154/1 156/6 160/3
160/15 167/6 169/1
171/8 172/22 174/18
174/23 177/17 178/16
179/15 182/16 187/19
190/19 197/9 198/7
198/9 199/8 202/25
204/15 205/5 206/15
206/17 206/22 206/25
207/2 207/10 207/16
207/16 210/3 210/4
214/12 216/22 217/19
218/12 219/8 219/12
222/12 222/14
**can't [15]** 7/19 7/20
10/9 10/11 110/17
110/18 110/21 110/21
118/8 145/11 166/1
197/2 202/6 203/3
221/5
**cannot [3]** 10/19
148/12 195/15
**cap [1]** 31/1
**Caprio [13]** 1/11
4/10 74/21 88/14
102/10 111/20 121/22
129/8 156/23 161/23
174/5 188/14 189/4
**capture [1]** 144/1
**captured [1]** 13/21
**car [3]** 119/6 125/2
181/10
**card [1]** 40/19
**care [4]** 135/9
135/10 181/9 186/14
**career [1]** 194/9
**careful [6]** 6/6 6/18
157/19 157/25 164/21
187/9
**Carole [1]** 68/22
**CAROLLO [189]** 1/6
4/7 4/16 13/21 14/4
14/19 14/22 14/25
15/25 16/5 16/18 18/5
18/19 20/19 20/21
21/3 22/15 22/21
22/23 23/10 24/2 24/6
24/13 24/15 24/21
24/25 25/6 25/11
25/16 27/23 28/9 29/3
30/12 30/17 30/22
30/25 31/22 32/18
33/1 36/2 36/8 37/4
37/12 38/24 39/12

39/13 40/7 40/8 40/15
41/1 41/8 42/4 42/15
43/14 44/14 45/24
47/18 47/21 48/12
48/20 51/16 52/2
54/10 54/15 54/21
54/25 56/3 56/11
56/18 57/16 57/19
58/1 58/4 58/21 58/23
67/8 68/4 70/18 72/7
73/16 74/25 76/6 76/7
77/15 77/17 77/20
78/6 78/10 78/17 80/3
80/7 82/13 82/19
83/10 83/12 83/17
84/11 84/25 85/15
87/1 87/5 87/10 87/25
89/15 90/11 91/25
92/16 92/20 93/6 93/9
94/3 94/6 94/7 94/13
94/16 95/7 95/12
96/17 96/21 97/15
103/14 104/3 104/13
104/15 105/3 109/10
109/11 114/1 114/6
114/14 115/13 115/16
115/22 116/20 117/16
117/22 118/5 131/19
131/25 134/4 134/18
134/22 135/18 135/23
148/19 149/4 150/25
152/6 153/24 160/6
175/1 178/10 178/15
178/21 182/14 184/8
189/9 190/22 190/23
191/3 192/2 194/11
194/18 194/25 195/4
196/3 196/15 197/24
198/5 198/13 198/17
199/6 199/11 199/22
200/6 201/6 201/15
205/23 208/3 210/20
210/23 211/5 211/14
216/7 217/9 217/13
217/22 218/14 218/19
**Carollo's [32]** 23/17
28/20 39/25 42/9
46/17 47/2 53/21
56/24 60/1 70/21
72/11 72/17 75/2
75/13 75/24 80/15
86/16 88/11 88/17
90/7 90/21 90/24 91/4
91/12 98/5 110/4
169/4 201/23 204/9
204/12 204/24 205/9
**carried [2]** 129/4
152/16
**carry [1]** 85/6
**cars [6]** 136/8 136/8
146/9 146/16 147/14
147/16

**case [53]** 1/2 4/8 7/9
8/7 8/11 8/16 8/20
9/5 9/22 10/8 10/13
10/18 11/14 11/16
11/25 12/1 12/8 21/23
31/8 47/24 48/3 54/12
57/23 59/22 74/7
119/15 124/1 124/7
127/8 131/9 150/3
150/3 150/22 150/22
163/3 165/25 172/3
174/3 174/15 174/16
187/14 188/3 188/10
189/16 198/15 199/24
202/17 207/22 211/22
211/24 220/5 220/18
222/7
**casita [3]** 100/11
100/13 100/18
**Castellon [1]** 68/25
**catch [1]** 31/5
**caught [4]** 27/17
30/23 126/22 161/18
**cause [3]** 46/24
153/10 186/12
**caused [7]** 18/5
29/15 32/18 47/4
198/13 204/9 204/12
**celebrate [5]** 61/18
62/6 66/18 73/24
200/22
**celebrated [6]** 62/4
85/14 102/4 195/18
196/9 196/17
**celebrating [2]**
181/13 196/20
**celebration [2]**
84/22 181/17
**celebrities [2]**
132/18 133/6
**cellphone [2]** 56/6
216/6
**center [4]** 15/10
69/6 163/2 183/2
**certain [7]** 6/18 9/4
22/5 113/1 116/15
157/5 180/3
**certainly [7]** 6/21
7/5 34/5 81/19 213/10
213/24 215/7
**certainty [1]** 168/4
**certificate [19]**
123/9 129/15 129/15
134/11 153/16 155/4
158/15 158/18 160/2
160/9 160/11 160/17
160/22 161/7 164/14
169/13 169/19 178/14
190/8
**certificates [4]**
140/11 140/12 145/1
145/3

**certified [2]** 153/17
165/4
**certifies [1]** 134/12
**certify [2]** 142/2
222/19
**cetera [1]** 222/2
**Chain [117]** 14/2
15/12 15/24 16/6
16/25 17/10 17/18
17/19 17/23 18/6 18/9
18/15 18/18 19/13
19/23 20/20 20/22
21/5 22/15 22/22
22/25 23/11 23/19
24/6 24/8 24/14 24/23
26/7 29/15 30/11 36/7
36/16 37/3 47/8 47/10
54/2 54/5 55/1 55/16
56/5 56/19 56/25
57/17 64/22 89/17
89/18 122/18 123/8
123/12 126/23 130/4
131/14 131/15 131/17
131/18 131/21 131/24
131/24 131/25 132/14
133/7 133/9 134/6
134/20 135/15 135/19
135/21 136/15 136/19
136/22 137/3 137/10
138/6 138/8 139/18
140/6 142/13 144/14
144/25 147/13 148/14
149/5 150/14 150/20
151/8 153/18 153/20
153/22 153/23 153/24
154/13 154/21 154/25
155/8 156/6 156/8
157/2 158/12 159/20
162/16 162/24 164/6
164/13 165/6 165/16
166/7 166/10 166/11
166/14 167/13 168/7
168/8 168/13 168/14
169/4 170/11 180/20
**Chain's [6]** 19/9 24/2
88/19 134/5 134/24
158/15
**chair [3]** 125/13
126/18 126/19
**Chairman [2]** 61/17
126/18
**challenge [2]** 199/13
203/20
**challenged [1]**
110/17
**challenging [1]**
165/18
**chambers [1]** 125/6
**champion [1]** 127/10
**championing [1]**
196/18
**change [5]** 76/9

# C

**change... [4]** 77/16
135/8 135/13 178/19
**changed [4]** 83/14
86/15 142/1 178/18
**character [2]** 116/6
195/8
**Characterization [1]**
116/7
**characterize [1]**
136/14
**chart [7]** 4/22 4/22
4/25 9/15 9/17 12/9
12/11
**chat [1]** 23/25
**chatted [1]** 136/25
**check [3]** 123/8
144/8 144/9
**chief [10]** 97/1
116/24 117/4 117/15
118/4 162/22 162/23
164/20 175/16 175/18
**child [2]** 205/3
206/14
**children [12]** 32/2
32/12 32/19 63/2
63/17 63/18 63/21
65/7 195/16 204/5
205/5 205/7
**children's [2]** 62/1
166/19
**Chirino [2]** 132/25
133/2
**choirs [1]** 62/2
**chores [1]** 32/3
**Christmas [2]** 43/4
47/5
**Christy [2]** 10/4 11/7
**chronology [1]**
111/5
**cigars [1]** 73/13
**circulated [1]** 24/17
**circumstances [1]**
77/2
**citation [1]** 151/11
**cited [9]** 17/15 30/2
30/4 35/1 35/4 36/16
36/16 103/15 157/6
**cities [3]** 99/5 99/5
99/6
**citizen [1]** 219/24
**citizens [1]** 186/11
**city [165]** 10/22 14/8
15/5 16/17 16/24 23/6
27/9 27/15 29/6 35/12
35/21 36/1 48/24 49/1
54/17 58/23 58/24
68/1 68/3 68/4 68/6
70/3 70/11 70/17 72/7
72/9 75/8 75/11 75/12
75/15 75/16 75/19

75/25 76/12 76/25
77/14 78/3 78/6 79/19
79/22 79/23 79/24
80/22 81/15 83/9
83/18 88/12 91/7 94/4
96/22 100/13 102/5
103/23 103/24 104/19
104/25 105/2 105/25
106/3 111/6 111/15
112/1 114/6 114/15
119/1 119/6 125/6
125/15 126/1 126/12
126/21 127/3 127/21
127/25 129/11 129/12
129/13 129/21 130/19
134/5 134/7 134/9
134/16 134/17 134/24
134/25 135/2 135/2
135/15 135/20 136/18
136/23 140/15 140/19
143/1 144/9 147/17
147/19 147/19 149/17
149/19 149/21 149/24
149/25 150/12 150/15
150/20 151/4 151/13
152/3 152/5 152/17
153/5 153/11 153/18
154/14 155/3 157/4
158/14 160/4 160/5
160/10 161/15 164/13
164/19 164/20 165/2
165/20 166/8 166/21
167/12 167/13 168/23
168/23 169/20 174/7
175/11 175/15 177/4
177/19 178/12 178/15
178/17 178/21 182/13
183/14 186/20 187/12
189/10 190/13 192/10
195/18 196/4 197/24
198/24 203/8 204/14
204/19 204/19 210/24
213/10 213/11 214/17
219/16 219/22
**city's [6]** 81/2 81/17
82/10 160/1 160/15
160/17
**cladded [1]** 101/22
**claimed [1]** 9/3
**clarification [1]** 6/21
**clarify [3]** 5/5 5/22
9/25
**clarity [1]** 7/4
**Claus [1]** 64/7
**clear [13]** 5/25 8/22
9/2 9/6 11/5 28/15
30/2 65/19 106/21
166/21 177/17 177/19
205/12
**cleared [1]** 21/21
**clearly [1]** 109/7
**client [1]** 124/8

**clients [2]** 198/19
198/24
**clip [12]** 112/14
115/4 115/6 116/23
116/24 181/23 182/17
183/16 183/17 185/19
187/2 187/17
**clips [2]** 112/12
122/21 179/7
**close [12]** 10/19
53/7 84/22 85/2
118/22 119/19 128/3
128/8 135/17 153/11
176/7 190/13
**closed [23]** 105/24
118/19 125/10 135/15
135/17 135/20 152/20
153/20 153/22 153/23
153/24 157/2 161/12
161/15 164/10 166/10
166/11 168/18 168/20
168/21 168/23 173/20
190/16
**closing [3]** 118/16
128/14 135/2
**closure [2]** 135/18
182/13
**clouded [1]** 204/5
**clown [1]** 65/5
**co [2]** 68/6 207/3
**co-counsel [1]** 207/3
**co-working [1]** 68/6
**Coca [1]** 67/23
**Coca-cola [1]** 67/23
**cocktail [1]** 74/2
**Coconut [2]** 37/15
217/23
**code [49]** 23/20
24/21 27/1 27/15
28/11 28/13 29/6 41/4
44/2 55/7 55/9 55/18
55/19 56/2 85/12 86/3
127/25 129/14 130/20
135/20 138/23 140/10
140/18 141/9 143/9
148/14 177/4 177/24
180/21 182/10 182/11
182/13 183/4 183/11
183/12 183/24 195/3
212/14 213/13 214/17
216/15 216/18 217/2
218/7 218/22 219/2
219/9 219/13 220/12
**codes [1]** 164/23
**cola [1]** 67/23
**COLE [1]** 2/2
**Colina [5]** 116/24
117/4 117/24 118/4
118/5
**Colina's [1]** 117/16
**collaborate [1]**
68/19

**collapse [1]** 110/10
**colleague [1]** 208/18
**colleagues [1]** 86/7
**College [2]** 80/11
97/20
**Colombian [1]** 62/3
**colors [1]** 101/23
**come [29]** 5/18 8/18
9/18 20/12 50/20
55/15 56/3 67/2 68/18
72/3 75/18 101/14
119/1 136/2 140/13
141/2 141/6 144/2
144/4 151/6 153/14
154/3 154/13 154/20
155/7 163/23 167/22
202/8 217/23
**comes [5]** 5/23
61/24 81/25 101/11
139/12
**coming [20]** 9/15
12/10 12/13 18/12
30/20 32/10 50/14
73/1 73/25 93/14
104/11 122/15 135/2
135/5 136/1 144/24
153/21 163/20 178/4
183/15
**comment [3]** 116/3
116/10 116/13
**commenting [2]**
29/9 103/21
**commercial [2]**
28/10 39/24
**Commission [27]**
46/10 51/4 111/6
111/15 112/1 112/7
112/24 114/3 117/21
117/22 118/12 119/7
124/24 125/5 125/6
125/16 126/1 126/12
127/21 128/2 128/11
129/2 129/11 129/13
178/23 192/9 211/13
**Commission's [1]**
52/22
**commissioner [63]**
4/16 14/8 15/25 18/19
24/13 27/9 30/21 31/9
31/22 32/7 32/18
38/20 38/24 40/15
41/1 41/17 45/18
46/17 47/2 54/25
70/15 72/8 72/11
72/18 75/3 75/25 76/7
76/8 80/3 87/25 90/21
92/16 93/6 94/12
94/13 94/16 95/7
96/17 97/2 97/15 98/5
103/14 112/6 114/1
114/14 115/13 115/16
116/20 117/16 118/18

125/14 127/10 134/4
134/8 178/10 178/16
189/10 190/23 191/3
195/4 196/4 197/24
216/7
**commissioners [7]**
94/4 94/5 96/24 125/7
128/4 128/7 219/24
**commitment [1]**
196/22
**committed [1]** 86/18
**Committee [1]**
49/13
**communicate [1]**
165/23
**communication [5]**
75/12 75/19 77/3
79/24 180/25
**communities [1]**
71/6
**community [29]**
7/14 61/12 62/7 62/15
65/7 71/7 71/14 80/9
85/13 94/9 97/9 97/9
98/23 118/19 132/1
133/3 134/7 191/1
192/13 193/6 195/9
196/3 196/9 196/14
196/16 196/18 196/24
197/23 201/4
**companies [3]** 15/11
62/1 127/11
**company [3]** 68/24
159/20 190/12
**compared [1]**
175/10
**complain [2]** 90/12
90/13
**complainant [3]**
47/4 52/19 52/20
**complaint [65]**
20/20 21/4 22/18
22/21 23/11 31/13
45/23 46/20 46/22
47/6 47/19 47/22
47/24 48/11 48/19
50/23 50/25 51/1 51/9
51/11 51/16 52/18
52/21 52/23 53/1 53/2
53/5 53/8 53/10 53/14
53/18 53/21 54/2 54/6
54/9 54/10 54/18 55/1
55/2 55/8 56/4 56/8
56/18 56/25 57/1 57/1
57/17 57/20 58/2 58/4
58/10 58/13 58/20
58/22 59/21 93/13
94/20 95/8 96/12
208/23 209/4 211/14
211/17 211/17 216/10
**complaints [13]**
22/14 54/1 54/5 54/7

**C**

**complaints... [9]**
54/20 90/6 90/10
90/21 90/24 91/4
210/23 216/8 216/9
**complete [3]** 53/5
106/1 162/19
**completed [1]**
158/20
**completion [2]**
153/16 155/4
**compliance [14]**
118/25 119/1 129/18
151/13 153/14 153/15
153/22 154/3 154/14
154/21 175/24 176/10
176/11 214/17
**comply [1]** 152/18
**computation [2]** 9/4
9/8
**computer [3]** 112/8
138/16 140/21
**conceive [1]** 100/2
**conceived [1]** 66/22
**concept [5]** 100/3
100/16 128/7 170/17
201/7
**concern [10]** 6/11
54/14 119/7 138/19
138/19 141/12 143/3
166/9 177/6 177/13
**concerned [4]** 4/23
30/15 50/14 144/19
**concerning [5]**
93/14 114/18 118/15
141/14 149/14
**concerns [2]** 54/13
152/15
**Conclusion [1]** 16/19
**condense [1]** 35/2
**conduct [1]** 222/12
**conducted [11]**
16/17 16/23 33/17
35/12 36/5 134/10
150/1 150/20 151/7
157/5 170/7
**conducting [2]** 29/1
183/13
**conference [3]**
68/17 70/9 221/19
**conferred [1]** 207/12
**confirm [3]** 56/17
95/1 117/20
**confirming [3]** 6/24
182/11 188/5
**conform [3]** 159/12
174/17 189/20
**confronted [1]**
24/25
**confusion [1]** 132/6
**conjunction [1]**

141/15
**connect [1]** 166/1
**connected [2]** 26/6
201/9
**connection [13]**
16/5 19/10 22/21
32/20 36/20 77/13
93/24 98/14 153/2
164/12 165/25 166/13
166/17
**conscientious [1]**
124/11
**consequences [1]**
187/15
**consideration [1]**
107/25
**considered [1]** 60/21
**consist [1]** 175/21
**consistent [3]** 6/22
7/6 66/2
**consistently [1]**
72/4
**constant [6]** 15/6
30/16 32/10 130/23
203/6 203/16
**construct [1]** 102/2
**constructed [1]**
102/16
**consumer [1]** 71/17
**containers [12]**
101/21 102/13 102/15
104/20 104/24 105/1
105/3 105/4 105/5
105/12 105/15 105/16
**contains [1]** 129/1
**context [4]** 5/9
149/17 163/21 177/11
**continuation [1]**
182/18
**continue [17]** 5/17
7/1 13/7 28/6 47/10
47/15 53/22 60/1 67/3
74/21 82/18 104/9
126/19 135/13 174/20
193/22 197/21
**continued [7]** 2/1
13/10 24/2 76/10
76/11 83/15 184/20
**continuing [6]** 27/25
70/5 151/21 174/3
176/21 180/4
**contribute [2]** 67/2
68/19
**contributed [1]** 11/2
**contribution [1]**
127/14
**contributor [1]**
70/16
**controlled [1]**
217/12
**Convention [1]** 69/2
**conversation [4]**

45/4 45/5 138/25
162/21
**conversations [1]**
48/13
**copy [1]** 160/20
**copying [1]** 96/20
**corazon [2]** 17/23
18/11
**corazon of [1]** 17/23
**corporate [7]** 5/11
7/19 66/20 67/16
67/19 67/20 67/22
**corporation [1]** 7/20
**correct [39]** 14/5
15/15 16/1 23/8 41/2
41/23 42/7 44/16 47/8
47/12 76/23 79/20
79/21 79/22 84/18
89/5 94/24 95/25
96/12 102/14 108/17
115/2 117/18 125/2
130/8 130/9 130/14
130/15 139/15 148/8
152/12 159/18 159/25
164/24 173/22 177/9
178/24 184/1 192/10
**correctly [2]** 216/11
220/24
**corruptos [2]** 194/16
194/19
**cost [2]** 71/25
135/10
**costs [1]** 11/3
**could [96]** 13/14
17/8 19/1 19/25 21/2
21/11 22/12 22/20
31/4 32/7 33/16 37/8
37/24 43/4 43/4 43/5
48/14 53/13 54/4
54/13 57/15 57/25
58/21 59/20 63/24
65/7 66/10 68/8 70/13
72/16 73/4 75/10
78/21 79/11 79/13
84/21 85/16 89/13
94/6 96/9 96/16 98/19
99/24 105/23 105/23
106/14 109/3 110/10
110/12 110/13 110/24
115/4 119/6 125/18
126/11 128/24 129/6
129/19 131/2 132/1
132/21 132/21 136/6
137/3 139/12 146/15
165/15 165/20 166/16
168/4 168/6 169/7
169/8 170/17 172/25
173/24 174/10 174/25
177/10 177/16 177/22
178/11 179/4 180/15
180/18 186/14 189/12
198/11 202/5 205/11

206/7 207/20 212/19
217/21 218/1 218/3
**couldn't [2]** 200/8
220/2
**counsel [40]** 4/8 5/1
9/21 9/23 21/14 33/24
48/16 62/17 63/25
68/9 76/16 78/22 81/7
88/24 89/3 92/4 95/19
107/7 112/15 112/17
113/7 117/1 125/20
133/6 137/6 139/9
142/10 146/25 159/2
161/25 171/7 172/13
176/13 189/13 207/3
211/5 211/10 214/25
222/10 222/10
**Counsel's [1]** 217/4
**counsels [1]** 132/9
**county [4]** 49/2 94/4
97/2 166/5
**couple [4]** 121/17
150/2 207/9 209/6
**course [10]** 31/4
60/18 74/8 80/21
109/13 144/19 148/10
155/20 205/20 222/3
**court [31]** 1/1 4/4
5/12 6/22 9/5 9/16
10/19 11/1 11/18
11/23 11/25 12/23
107/4 109/23 112/17
116/16 121/4 121/5
122/8 123/15 123/25
133/13 151/2 174/20
180/4 189/18 204/20
204/22 210/6 210/7
222/23
**Court's [2]** 5/5 192/7
**courtesy [1]** 12/17
**Courtney [1]** 1/11
4/10
**courtroom [11]**
12/25 74/13 74/18
107/13 119/18 124/15
188/13 189/1 193/17
193/20 221/22
**cover [1]** 217/22
**covert [1]** 31/1
**COVID [9]** 153/15
153/21 155/8 155/19
156/7 156/9 162/17
165/18 166/6
**CPA [1]** 177/25
**crafts [2]** 65/2 65/14
**craziness [1]** 205/22
**Cream [1]** 68/22
**create [7]** 61/2 73/9
85/16 98/16 98/17
99/20 147/21
**created [5]** 35/7
47/23 85/17 86/24

100/15
**creates [2]** 71/7 73/9
**creating [3]** 73/7
73/8 73/8
**creative [1]** 196/22
**creativity [2]** 66/11
197/1
**credibility [2]**
191/18 192/19
**credited [1]** 196/18
**crew [1]** 156/1
**criminal [2]** 194/14
195/5
**cross [16]** 3/3 39/8
45/14 58/18 83/9
149/1 154/1 175/5
182/16 184/11 206/5
206/22 207/18 210/4
210/15 222/12
**cross-examination
[4]** 206/5 206/22
210/4 222/12
**cross-examine [8]**
39/8 45/14 58/18
149/1 154/1 175/5
182/16 184/11
**crossed [1]** 64/24
**CRR [1]** 222/22
**Crushed [1]** 190/19
**CU [1]** 87/8
**Cuban [1]** 133/4
**Cubanize [1]** 194/7
**Cubanizers [1]**
191/9
**cultural [6]** 61/1
62/2 62/6 69/5 99/6
172/4
**Culturales [62]**
60/17 60/19 60/20
61/14 61/18 61/21
63/7 64/9 64/18 65/12
66/13 66/18 67/9
67/11 67/13 67/21
68/1 68/4 68/23 69/24
70/6 70/10 70/19
70/22 70/23 71/1 71/3
72/5 72/12 72/19
73/17 73/22 73/23
75/1 75/3 75/21 76/1
76/9 76/14 76/25
77/15 80/16 81/2
81/16 82/20 83/12
83/13 84/25 87/2
87/21 91/22 92/1
92/21 93/5 93/22
94/17 95/7 97/11 98/6
98/8 127/12 191/10
**Culturales' [4]** 72/8
81/3 82/10 94/14
**culture [4]** 101/2
171/21 172/1 172/7
**cultures [1]** 61/19

**C**

cumbersome [1]
166/6
cumulative [1]
117/8
cure [1] 154/15
current [2] 70/3
98/15
currently [1] 173/20
curtail [1] 123/21
cut [3] 11/12 101/21
134/8
CV [2] 1/2 4/8
CYA [1] 38/19

**D**

D3.1 [1] 129/14
Dade [8] 46/9 69/5
80/10 80/11 97/20
166/5 166/14 211/13
Dadeland [1] 2/3
dagger [1] 135/11
dais [6] 114/6
118/15 190/25 191/4
192/3 193/5
damage [3] 7/21
166/22 191/15
damages [19] 4/21
5/3 5/19 6/3 6/4 6/8
6/16 6/17 6/24 7/1
7/10 7/13 7/16 7/16
8/25 9/1 9/3 9/7 12/6
dance [1] 62/1
danced [1] 172/10
danger [1] 153/10
dangerous [1]
192/16
Daniel [2] 37/10
38/1
dare [3] 60/6 126/16
127/13
date [33] 11/12
11/13 35/7 35/13
35/17 53/16 53/17
59/14 59/21 59/24
63/13 64/13 64/15
71/8 71/11 71/12
71/14 71/18 78/4
83/14 87/23 89/22
96/9 137/12 139/13
148/3 148/4 179/20
179/21 179/24 180/13
190/6 208/25
dated [3] 93/1
159/24 177/2
Dave [1] 185/10
David [2] 185/6
185/14
DAVIS [1] 1/18
Dawson [2] 2/3 4/15
day [38] 1/8 6/2 9/6
19/6 29/4 29/19 30/8

39/25 51/10 51/18
51/24 65/5 66/24 69/9
74/9 85/8 85/9 85/16
85/16 86/19 99/4 99/8
104/23 111/7 112/1
118/12 127/4 139/15
140/8 148/9 180/20
185/7 186/25 192/4
204/4 204/20 205/6
212/2
days [3] 32/1 135/6
141/11
daytime [3] 136/4
172/16 173/6
de [12] 45/18 100/6
100/21 103/13 109/2
191/8 191/9 194/7
194/7 200/16 200/19
201/5
de-Cubanize [1]
194/7
de-Cubanizers [1]
191/9
de-Latinize [1]
194/7
de-Latinizers [1]
191/8
deal [2] 7/5 166/5
dealing [1] 9/6
death [1] 153/10
December [5] 70/21
76/8 142/22 148/5
148/7
December 16 [2]
142/22 148/7
December 17 [1]
148/5
decide [1] 93/24
decided [5] 9/16
10/8 93/25 201/6
201/12
decision [10] 51/10
51/12 51/13 66/18
67/4 81/3 81/15 127/1
128/6 205/24
decision-making [1]
67/4
decisions [1] 27/11
decks [1] 102/1
dedicated [1] 166/2
deep [2] 175/25
196/21
defamation [1]
195/8
defamatory [3]
142/8 191/2 194/13
defamed [4] 131/22
190/22 190/23 190/24
defeated [1] 105/18
defendant [25] 1/7
1/15 2/2 14/19 16/5
18/5 24/2 24/6 27/24

43/14 45/24 47/18
48/12 51/16 53/21
60/1 76/7 77/15 91/25
119/11 121/6 169/3
189/9 196/15 204/9
defendant's [3] 5/1
214/10 214/12
defense [7] 113/16
119/21 214/4 214/7
216/17 218/5 222/10
deflated [2] 105/23
169/7
del [4] 143/12
143/17 173/10 173/15
delay [2] 167/24
168/5
delayed [1] 11/16
deliberation [1]
107/24
deliver [1] 103/25
demeaning [1]
142/8
demo [1] 100/13
demolished [1]
100/13
demolition [1] 15/5
demonstrative [1]
21/20
demoted [1] 86/17
denial [2] 81/14
82/10
denied [3] 83/3 83/5
107/22
Dennis [24] 208/1
212/15 213/6 213/10
213/15 213/18 214/17
214/19 214/22 215/4
215/9 215/10 215/12
215/16 215/21 216/8
216/13 216/15 216/17
216/24 217/2 217/21
218/5 218/6
denying [1] 81/3
department [21]
10/5 10/11 49/1 75/17
75/19 77/4 77/17
77/21 134/11 134/19
136/24 141/10 153/17
162/15 163/18 164/22
165/6 182/14 183/11
183/12 219/1
departments [2]
138/21 203/8
depends [1] 179/4
depict [4] 64/5 68/13
132/13 200/14
depiction [2] 63/6
63/8
depicts [1] 132/14
derived [1] 67/16
describe [44] 17/8
20/1 22/20 26/17

26/20 28/6 31/23 54/4
55/4 57/15 60/4 70/13
73/4 77/1 77/14 85/3
89/13 90/9 98/19
99/24 103/21 128/24
134/4 134/23 138/12
144/13 149/25 150/19
151/7 152/11 156/6
160/1 162/10 165/15
166/16 170/17 173/25
174/10 174/25 178/11
178/16 180/18 182/9
182/24
described [8] 69/20
129/12 162/18 185/11
203/19 215/16 215/21
216/13
describing [2] 145/9
173/16
description [3]
43/19 44/2 213/8
destroy [12] 60/9
85/20 85/25 86/3
86/10 104/22 131/23
148/20 192/19 193/3
198/6 203/9
destroyed [8] 80/15
84/24 85/11 86/23
87/1 103/9 109/14
198/8
destruction [2] 19/8
32/10
detail [2] 12/5
160/21
detailed [1] 152/12
details [1] 45/5
determination [2]
157/5 176/4
determine [6] 57/18
58/1 66/1 174/12
175/7 175/12
determined [3] 67/5
158/20 169/1
devastated [1]
190/19
devastating [2]
18/20 80/5
develop [4] 61/1
71/11 98/23 167/5
developed [3] 41/5
64/7 94/10
developing [3]
67/15 73/7 183/14
development [4]
66/11 101/20 197/1
207/22
deviation [1] 130/20
dialogue [6] 12/17
94/6 118/15 119/5
134/9 134/16
Diaz [1] 45/18
did [154] 5/6 5/12

8/1 12/5 12/6 12/18
14/3 15/23 18/19
19/12 20/2 23/16
30/11 30/13 31/3 31/8
32/17 32/17 32/18
41/3 45/23 45/25
46/13 46/16 47/22
48/10 50/10 50/20
51/8 51/12 51/12
51/15 53/5 53/8 53/21
54/10 56/3 56/17
57/15 58/8 58/17 60/1
65/4 65/18 67/2 72/12
75/3 75/5 76/3 76/8
80/4 81/2 83/13 85/12
85/20 86/10 86/20
87/18 93/24 94/13
95/11 98/25 99/19
99/19 101/12 102/17
103/12 104/19 105/11
106/6 107/14 108/14
109/12 110/3 110/6
111/25 112/4 113/25
114/14 114/16 115/12
115/15 117/15 117/20
118/4 118/11 123/23
125/15 130/16 130/21
131/21 134/18 134/21
135/9 135/20 136/20
145/16 145/19 146/15
151/4 151/25 152/5
152/6 154/13 154/20
154/23 155/7 155/18
157/3 158/11 158/14
158/16 164/6 165/3
165/6 166/12 167/13
168/1 168/2 168/8
168/9 168/10 169/3
169/15 169/19 169/22
171/21 171/24 175/14
175/21 177/6 177/7
178/19 180/23 182/11
185/9 186/19 186/19
186/22 192/12 194/11
194/18 194/21 195/17
198/23 199/14 200/5
200/7 201/5 201/15
218/11 219/5 220/24
222/3
did you [1] 154/20
didn't [27] 5/10
11/20 12/17 38/8
42/18 42/19 42/20
58/17 86/1 102/25
120/2 120/2 121/25
126/3 146/6 157/10
157/11 157/12 157/17
181/9 209/7 213/16
213/23 215/18 216/11
220/5 220/13
Diez [10] 38/4
217/20 217/25 218/22

**D**

**Diez...** [6] 219/13
219/16 220/4 220/12
220/14 220/15
**Diez's** [1] 219/18
**different** [21] 12/12
15/23 17/8 19/2 39/13
49/2 61/7 61/10 62/2
62/5 62/6 62/10 62/12
63/9 65/4 66/1 66/5
71/5 101/23 136/2
172/5
**difficult** [2] 18/22
71/18
**digitally** [1] 140/18
**dime** [1] 11/2
**direct** [25] 3/3 8/17
13/10 16/18 23/17
36/13 58/22 74/21
75/11 75/18 80/6
80/12 96/19 98/14
104/3 111/20 121/22
123/16 123/17 124/6
124/24 177/16 180/25
182/13 221/2
**directed** [1] 190/9
**directing** [1] 129/11
**directly** [8] 17/15
22/14 22/21 30/18
85/6 97/15 115/21
123/21
**director** [11] 65/25
68/22 92/25 97/13
152/22 160/5 177/4
216/3 218/23 219/1
219/9
**Directors** [1] 67/25
**Disabilities** [2]
160/20 161/5
**disagree** [1] 217/10
**disclosure** [1] 9/3
**disclosures** [1] 12/6
**discrepancy** [1]
112/16
**discuss** [9] 34/3 74/6
93/8 119/14 131/16
188/10 201/21 221/8
222/7
**discussed** [6] 6/23
7/7 10/15 37/4 210/8
222/9
**discussing** [3]
124/23 185/11 189/7
**discussion** [1]
129/13
**discussions** [1]
188/10
**disguised** [1] 41/6
**dismiss** [1] 5/6
**dismissal** [2] 95/2
211/17

**dismissed** [4] 53/9
53/10 53/21 211/23
**Disney** [1] 204/15
**disparage** [1]
109/18
**displaced** [1] 181/20
**displays** [1] 91/18
**disposal** [1] 193/3
**disregard** [2] 107/16
107/23
**disrespectful** [2]
29/18 48/6
**disrupt** [2] 32/19
23/12
**disrupted** [1] 31/20
**disrupting** [1] 18/12
**disruption** [3] 17/22
18/4 141/13
**disruptions** [1] 19/3
**disruptive** [4] 18/14
138/18 139/2 139/3
**distance** [2] 147/21
162/24
**distill** [1] 100/15
**distillery** [6] 100/9
100/10 100/11 100/21
106/6 109/1
**distilling** [2] 100/23
101/12
**distress** [11] 6/3
6/25 8/25 9/7 201/21
201/22 202/10 202/12
202/21 203/1 203/16
**distressing** [1]
139/7
**district** [14] 1/1 1/1
1/9 39/25 42/9 76/8
88/5 126/16 127/10
178/11 178/15 189/10
196/3 197/24
**dive** [1] 175/25
**division** [1] 49/2
**do** [208] 6/20 7/17
7/19 7/20 8/4 10/1
10/11 11/3 11/23
14/17 15/17 16/4
17/18 20/6 20/17
20/18 22/17 23/9 24/1
24/5 26/2 30/4 32/3
35/20 35/25 37/21
37/23 38/21 40/5
40/15 41/10 41/10
41/15 41/16 44/1 45/6
47/16 47/21 48/18
50/18 50/23 50/25
53/11 54/1 54/25
55/14 55/16 55/21
56/17 56/24 58/8 59/5
59/8 60/16 61/23
62/20 63/16 64/3
64/15 66/12 66/14
68/11 69/7 71/2 71/9

71/9 71/10 71/16
71/16 71/21 73/14
74/6 74/7 75/25 76/18
81/9 82/13 83/5 84/21
85/11 86/2 86/2 86/2
86/10 87/10 87/25
88/11 89/11 89/24
90/6 90/20 90/23 92/6
94/19 94/22 95/5 95/6
95/23 96/2 97/23 98/8
98/11 101/17 102/5
102/17 103/24 105/11
105/25 106/3 108/9
109/15 110/13 110/15
110/18 111/9 111/11
111/18 112/16 114/7
114/7 115/5 119/14
119/15 121/16 121/22
122/12 124/6 125/23
126/25 127/11 128/11
130/19 137/9 137/12
139/17 140/20 142/12
143/3 144/9 147/2
147/3 148/3 148/6
148/13 149/18 150/7
151/6 152/1 154/15
159/7 159/24 161/12
162/15 163/16 163/21
166/5 167/7 167/14
169/14 169/15 169/19
170/5 170/11 171/1
171/21 171/24 172/15
176/8 176/15 179/10
179/20 181/3 181/6
184/3 184/15 187/11
188/9 188/15 190/4
192/22 198/2 198/6
198/10 198/12 199/9
199/24 200/5 205/24
206/17 206/20 206/23
206/24 207/24 208/16
208/24 210/6 211/24
212/1 212/18 212/21
213/8 213/22 215/24
216/4 216/11 220/9
221/12 222/7
**do you** [22] 26/2
41/10 41/15 64/3
68/11 76/18 81/9
89/11 92/6 95/23 98/8
125/23 137/9 139/17
142/12 147/2 170/11
171/1 172/15 176/15
190/4 208/16
**do you see** [7] 47/16
53/11 95/5 148/3
159/24 216/4 216/11
**document** [74] 21/2
22/13 33/7 33/9 34/8
34/21 34/24 35/2 37/6
37/7 37/9 37/10 43/23
46/6 46/8 46/9 46/16

51/2 52/15 53/8 53/12
59/13 59/20 63/13
76/18 76/20 78/24
79/2 79/2 79/14 79/16
81/9 81/11 81/14
81/14 81/16 91/7
95/23 103/18 106/18
107/2 107/3 107/12
107/17 125/22 128/22
128/25 133/13 134/11
137/22 140/17 143/2
144/22 153/16 159/4
160/1 160/3 161/8
161/22 164/2 176/15
179/23 180/12 186/14
190/4 190/6 190/13
207/21 207/21 207/25
208/10 209/1 209/2
218/3
**documentation** [2]
66/21 175/23
**documenting** [1]
137/1
**documents** [10]
22/5 140/15 144/24
146/16 148/15 177/25
178/8 208/13 208/15
221/6
**does** [28] 22/13
22/16 23/13 30/7 30/9
52/17 53/8 59/20
59/23 61/9 61/18 64/5
67/13 68/13 97/14
108/1 132/13 138/17
160/1 168/18 168/19
168/20 180/12 190/16
190/18 200/14 215/7
221/15
**doesn't** [11] 18/9
25/10 71/22 85/5
101/10 102/25 105/4
143/1 143/2 149/14
154/7
**doing** [21] 5/21
28/25 32/2 32/2 32/7
39/2 48/4 50/3 50/5
57/10 66/20 78/7
132/2 135/16 154/15
163/24 192/22 193/6
194/9 205/22 218/4
**dollars** [6] 71/13
72/1 72/1 78/1 80/17
155/16
**domino** [8] 64/23
70/23 70/25 75/4 76/2
84/2 132/15 190/25
**don't** [53] 7/10
10/25 11/12 11/25
12/18 23/12 28/21
44/13 72/22 77/25
82/12 82/20 82/20
86/9 86/11 87/17

105/20 108/7 108/9
111/21 112/21 113/2
113/8 113/18 114/7
119/21 120/1 123/19
128/5 132/9 135/9
141/25 143/3 162/1
179/1 179/21 188/10
204/14 207/15 207/17
208/9 210/25 211/6
211/10 212/6 212/17
214/21 215/5 216/24
217/14 219/18 220/14
221/5
**donations** [2] 67/18
67/19
**done** [19] 11/13
11/20 17/11 38/10
38/19 48/7 105/18
121/16 132/6 136/4
136/4 136/5 136/6
158/19 178/3 178/14
196/17 198/5 210/1
**door** [8] 12/15
105/24 105/25 119/19
135/3 136/8 140/5
143/16
**doors** [1] 24/23
**doubt** [1] 209/4
**down** [49] 15/14
15/25 42/12 43/12
44/8 45/3 45/22 46/15
47/4 48/15 53/20
76/19 80/1 80/18
81/13 92/22 95/6
106/22 116/19 119/4
119/6 126/15 127/1
127/22 128/3 128/8
129/19 134/3 135/17
135/19 142/4 147/15
148/13 151/6 151/6
152/21 153/12 161/12
161/15 169/8 169/9
173/6 175/2 181/10
183/25 184/7 191/16
198/9 212/1
**downstairs** [2] 70/9
173/13
**downtown** [1]
104/25
**dozens** [12] 135/22
135/22 135/22 144/20
144/20 144/20 152/3
178/20 178/20 189/11
189/11 189/11
**Dr.** [1] 61/9
**Dr. Paul** [1] 61/9
**Draconian** [1] 119/3
**drain** [1] 80/18
**dramatically** [1]
101/3
**drastic** [1] 130/24
**drive** [5] 204/14

**D**

**drive...** **[4]** 204/15
213/6 213/7 221/1
**drive-along [2]**
213/6 213/7
**drive-by [1]** 221/1
**driving [2]** 14/1
204/16
**drop [2]** 32/6 177/25
**dropped [1]** 7/14
**drove [1]** 104/23
**drummed [1]** 103/15
**due [11]** 9/11 10/9
83/8 118/23 118/25
119/8 127/1 127/24
127/24 128/4 201/18
**duress [1]** 177/20
**during [25]** 18/13
18/24 19/13 19/25
50/19 67/25 119/24
122/8 122/25 129/13
136/16 153/3 153/13
153/15 154/14 162/17
164/7 166/6 166/11
177/23 187/11 190/21
192/4 210/24 216/9
**DX [8]** 25/22 208/22
209/4 209/5 209/9
209/9 216/17 218/1
**DX 702 [1]** 218/1

**E**

**each [30]** 9/3 18/23
24/25 31/23 32/18
40/8 40/9 40/16 40/21
65/25 66/22 67/6 71/7
71/11 71/13 72/19
73/23 74/2 100/10
118/18 126/25 130/24
136/18 136/21 139/4
140/18 171/25 179/7
203/1 216/10
**eager [1]** 156/9
**earlier [8]** 94/20
96/23 136/3 157/13
157/25 161/18 164/11
191/20
**early [4]** 63/18 94/7
100/25 208/2
**earth [2]** 86/3 86/6
**easement [1]** 220/22
**easier [1]** 71/20
**easily [1]** 138/16
**East [1]** 222/24
**Eastern [1]** 221/19
**easy [1]** 80/21
**economic [12]** 5/3
5/19 6/2 6/8 6/16 7/9
7/16 7/21 61/2 110/10
110/10 203/6
**economics [1]**
196/21

**educational [4]**
100/22 100/24 101/1
101/6
**effect [4]** 163/8
183/7 199/1 200/2
**effectively [1]**
147/15
**effort [2]** 168/22
201/1
**eight [1]** 97/12
**either [2]** 12/18 43/2
**el [17]** 40/22 42/3
100/6 104/11 118/16
128/10 170/19 173/14
185/15 187/23 190/12
194/11 200/16 200/19
201/5 220/18 221/1
**elected [5]** 72/13
135/23 189/9 196/3
210/24
**election [1]** 47/2
**electric [3]** 104/10
104/11 127/4
**elephant [1]** 118/6
**elevated [1]** 48/3
**elevates [1]** 32/4
**Ellen [2]** 222/22
222/22
**else [14]** 21/17
33/13 33/13 34/2
45/13 49/19 61/23
118/9 136/3 144/5
208/20 209/22 217/15
222/7
**email [18]** 21/24
35/3 37/11 95/25
96/10 96/19 98/5
107/18 129/1 165/23
176/18 177/2 177/6
177/8 177/11 218/15
219/20 219/22
**emails [3]** 42/16
165/23 213/5
**embarrassed [1]**
197/5
**embarrassing [1]**
80/5
**emblematic [1]**
100/14
**emergency [4]** 32/4
104/20 105/10 105/13
**Emilio [2]** 23/7 23/10
**emotion [1]** 196/21
**emotional [11]** 6/3
6/25 8/25 9/7 201/21
201/21 201/22 202/10
202/20 203/1 203/16
**empirical [1]** 72/22
**employee [2]** 92/25
213/11
**employees [6]** 83/9
114/16 127/12 149/12

158/9 219/4
**employment [2]**
126/16 219/18
**encampment [1]**
84/9
**encounter [2]** 14/4
123/1
**end [4]** 109/8 162/20
176/4 202/4
**endless [1]** 203/6
**endured [1]** 189/8
**enemy [1]** 80/21
**energy [2]** 71/13
73/10
**enforcement [18]**
23/20 24/22 27/1
27/15 41/5 44/3 47/13
56/2 114/8 114/16
129/14 140/18 177/24
182/10 182/11 182/13
183/25 218/22
**engage [2]** 65/8 66/7
**engaged [1]** 74/1
**engagement [2]**
62/13 88/20
**engineers [1]** 152/2
**engrained [1]** 100/16
**enhance [1]** 99/9
**enhanced [1]** 101/2
**enjoy [1]** 204/6
**enlarge [1]** 33/4
**enough [3]** 113/6
175/24 195/15
**ensure [3]** 168/4
198/6 198/8
**entailed [2]** 99/24
174/11
**entered [5]** 12/25
74/18 124/15 189/1
193/20
**entertainment [2]**
63/10 64/25
**enthusiasm [1]**
155/17
**entire [11]** 36/6
78/18 95/10 117/22
147/18 151/8 181/13
192/21 194/9 203/9
204/19
**entities [1]** 5/11
**entitled [3]** 123/10
127/24 222/20
**entity [2]** 7/19 98/24
**entrances [1]** 174/1
**entry [1]** 22/13
**equipped [1]** 31/6
**era [2]** 54/21 205/7
**erase [1]** 192/18
**erroneous [1]**
160/18
**erroneously [2]**
157/6 157/9

**error [1]** 108/4
**escalated [1]** 202/21
**escalating [1]** 202/4
**escalation [1]** 48/5
**especially [2]** 30/21
156/10
**Esq [9]** 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
**essentially [5]** 52/1
78/19 82/12 119/10
217/12
**establish [1]** 123/3
**established [5]** 7/10
7/22 7/24 66/24
174/19
**establishment [5]**
141/3 144/7 170/16
173/11 187/22
**establishments [1]**
153/3
**estate [2]** 87/23
87/24
**Esteban [1]** 97/1
**estimate [1]** 121/24
**et [2]** 4/7 222/2
**ethics [38]** 45/23
46/10 46/22 47/5
47/19 47/22 47/24
48/3 48/11 48/13
48/19 49/1 49/13
50/23 50/25 51/1 51/4
51/9 51/11 51/15
51/18 51/25 52/18
52/21 53/1 53/2 53/5
53/13 53/18 53/21
54/2 54/6 55/2 93/13
94/20 95/8 96/12
211/14
**Europe [1]** 101/10
**European [1]** 99/5
**eve [1]** 177/24
**even [39]** 10/25
12/17 29/9 30/17
36/23 42/19 53/7 74/1
83/17 84/11 84/22
85/2 85/5 87/6 94/5
98/22 100/19 118/8
134/13 143/1 147/20
147/21 171/17 176/2
176/7 191/1 197/2
198/9 199/12 202/5
202/6 202/6 203/18
204/14 211/11 212/6
219/2 219/13 219/16
**evening [14]** 15/13
24/9 24/17 24/19
30/10 55/6 58/14
58/15 58/22 63/8
122/21 183/17 184/13
216/7
**evenings [1]** 171/12

**event [24]** 37/12
49/25 50/5 50/8 50/9
65/24 65/24 66/22
67/7 67/11 68/18 72/5
78/5 78/7 78/8 78/10
78/18 85/15 87/3 87/5
87/7 89/14 90/11
104/22
**events [11]** 31/5
67/15 68/3 75/19 76/1
77/3 87/11 88/1 88/11
88/18 185/11
**eventually [3]** 50/23
83/17 168/8
**ever [34]** 14/8 17/15
20/15 20/18 24/13
26/10 30/2 32/22
33/17 35/9 35/11
48/10 67/11 75/22
86/8 87/9 88/17 91/25
94/16 118/11 142/7
150/11 150/11 150/14
164/6 169/20 174/7
187/10 187/11 191/5
194/11 194/16 198/9
205/16
**every [53]** 11/21
30/24 60/9 61/8 61/10
65/24 66/22 67/6
68/14 68/15 68/16
70/25 71/1 71/3 71/4
71/23 72/6 72/14
72/14 75/4 75/12 76/2
77/22 78/18 78/20
80/3 80/16 81/4 82/11
83/15 83/16 87/3 87/5
94/11 105/24 105/24
120/3 126/25 130/24
139/4 140/13 140/18
141/12 151/10 163/13
171/25 178/14 193/2
204/2 204/4 204/4
204/3 204/19
**everybody [11]**
107/13 117/23 118/1
126/21 127/7 132/4
145/1 152/5 152/8
156/9 188/5
**everyone [12]** 4/5
13/2 13/4 74/8 74/20
85/5 108/1 121/10
165/18 189/3 194/1
222/15
**everything [25]**
41/6 52/24 53/5 61/22
86/23 110/8 110/8
110/9 127/9 131/23
135/16 152/1 152/5
171/16 172/7 177/25
178/18 191/16 191/23
195/16 196/22 198/6
202/8 205/1 222/14

**E**

**everything's [1]**
202/7
**everywhere [3]**
104/25 105/1 204/7
**evidence [52]** 17/5
21/19 22/6 25/23
34/14 34/18 46/4
52/12 58/21 72/22
79/16 89/5 89/6 96/1
99/17 106/9 106/19
108/6 108/8 108/10
108/12 112/14 116/25
119/19 120/3 127/2
127/7 128/20 132/9
132/10 132/23 159/12
164/2 174/18 182/18
183/18 187/4 187/18
189/19 189/20 194/24
195/13 196/6 200/10
202/1 202/17 208/23
209/14 209/14 211/19
212/21 214/6
**evidentiary [1]**
210/2
**evil [1]** 85/21
**exact [4]** 59/14 61/1
179/21 194/9
**exactly [10]** 67/5
88/21 103/16 116/10
135/18 145/12 149/4
175/23 214/9 221/5
**examination [18]**
8/17 13/10 20/6 21/7
37/4 74/22 123/16
124/6 124/18 150/8
174/20 206/5 206/22
210/4 210/15 212/22
221/2 222/12
**examine [9]** 22/12
39/8 45/14 58/18
149/1 154/1 175/5
182/16 184/11
**examined [1]** 150/10
**examining [1]**
141/23
**example [1]** 36/17
**examples [4]** 170/6
195/4 198/11 199/8
**excel [1]** 73/20
**excellent [2]** 31/9
72/10
**except [7]** 17/14
31/14 52/4 105/1
105/19 166/23 168/14
**exception [1]** 30/24
**excerpt [3]** 112/22
117/7 209/6
**excerpts [1]** 112/22
**excised [1]** 113/2
**exciting [2]** 105/20

200/15
**excuse [8]** 50/24
81/22 103/13 106/1
106/2 123/9 195/21
197/17
**execution [2]** 115/25
116/5
**executive [3]** 65/25
68/21 97/13
**exercise [1]** 47/3
**exhausted [1]** 10/7
**exhibit [81]** 13/15
32/25 33/2 33/4 33/5
34/9 34/17 37/4 40/3
46/3 48/16 52/12
62/25 69/15 76/23
79/9 82/7 92/6 92/13
95/19 96/7 99/17
106/8 117/5 120/1
125/19 126/5 126/9
128/19 129/9 132/8
132/22 133/5 133/20
137/6 138/2 139/8
140/4 142/9 142/14
142/20 147/12 159/1
159/16 161/25 162/9
171/7 172/13 173/4
176/13 176/25 179/11
180/10 181/24 183/17
184/14 187/3 187/18
189/13 189/25 194/23
200/9 208/1 212/19
212/19 212/20 213/4
214/4 214/8 214/10
214/12 215/14 215/25
216/14 216/14 216/17
218/6 218/9 218/21
218/23 220/17
**exhibits [13]** 3/6
119/24 121/6 122/9
122/12 179/14 184/24
207/13 207/17 208/19
210/3 222/11 222/13
**exist [2]** 143/1 143/2
**existent [1]** 135/1
**existing [1]** 166/1
**exists [2]** 36/13
142/7
**exited [5]** 74/13
119/18 188/13 193/17
221/22
**exits [1]** 27/22
**expect [3]** 41/10
41/15 61/20
**expected [2]** 11/14
99/1
**expensive [3]** 67/15
78/1 88/12
**experience [19]**
30/18 99/9 99/10
100/20 100/22 101/1
101/12 137/1 144/13

144/15 144/15 144/17
162/21 172/2 172/11
201/3 201/6 204/5
218/4
**experienced [3]**
88/17 88/21 203/5
**experiences [3]**
102/4 102/6 144/20
**experiencing [1]**
29/21
**explain [20]** 13/19
37/8 37/24 43/22
46/21 49/19 65/22
75/10 79/11 79/13
100/4 102/24 112/13
123/7 125/4 127/19
177/10 202/25 203/3
215/23
**explained [19]**
17/22 36/8 40/8 44/20
49/15 50/11 51/17
51/21 51/24 66/2 78/9
78/13 104/13 118/6
181/2 186/9 215/13
217/20 220/15
**explaining [14]**
22/24 28/9 28/10
28/13 29/4 37/11
61/11 103/24 109/14
114/7 135/4 153/13
163/18 183/10
**explains [6]** 24/25
25/6 52/19 101/20
177/12 183/22
**explanation [3]** 50/3
100/3 181/7
**explore [1]** 123/15
**exposed [2]** 50/10
53/3
**express [3]** 116/14
119/7 177/13
**expressed [2]**
213/15 218/18
**expressing [1]** 178/2
**extended [1]** 95/13
**extent [1]** 7/18
**extraordinary [1]**
119/3
**extremely [13]**
18/14 18/15 18/22
32/11 38/11 38/20
66/9 91/23 134/1
134/6 142/25 156/1
194/13

**F**

**face [7]** 52/8 52/9
65/1 119/7 119/7
143/19 221/6
**faced [1]** 110/15
**Facetime [1]** 55/12
**Facetiming [1]** 56/2

**fact [20]** 21/23 24/19
25/7 25/17 56/7 57/19
58/1 76/13 97/6 131/2
143/4 164/24 182/11
183/4 183/11 201/18
206/20 214/1 217/22
219/16
**facts [3]** 17/4 202/1
202/16
**fair [7]** 17/12 17/14
50/13 71/8 113/6
127/16 199/20
**fall [2]** 59/7 84/25
**false [3]** 129/15
178/20 211/23
**falsely [3]** 157/6
157/9 202/12
**familiar [10]** 33/7
34/20 37/6 46/6 52/15
78/24 79/1 128/22
159/4 200/12
**familiarity [1]**
213/15
**families [2]** 139/6
149/12
**family [10]** 32/2
62/14 64/8 72/15
123/12 172/6 172/6
202/22 204/25 205/2
**Family's [1]** 205/1
**famous [1]** 134/1
**fans [1]** 221/16
**far [2]** 147/20 222/13
**farmers [1]** 99/20
**fashion [1]** 105/13
**fast [2]** 19/1 205/7
**fate [1]** 86/10
**favorite [1]** 131/20
**favors [2]** 181/16
181/19
**fear [8]** 28/25 32/10
83/8 98/13 110/19
114/19 170/14 204/16
**feared [1]** 167/21
**featured [1]** 65/11
**February [15]** 71/19
111/6 111/25 118/12
124/24 125/5 125/15
126/1 126/12 127/17
128/12 129/13 148/3
151/3 178/23
**February 14 [12]**
111/6 111/25 118/12
124/24 125/5 125/15
126/1 126/12 127/17
128/12 129/13 178/23
**February 25th [1]**
71/19
**federal [1]** 127/8
**fee [1]** 158/10
**feel [5]** 6/13 18/19
28/6 155/7 205/24

**feeling [3]** 130/23
169/8 206/15
**feelings [2]** 116/14
130/25
**fees [3]** 127/5 157/9
158/5
**FELDMAN [1]** 1/15
**fell [1]** 158/16
**fellow [1]** 122/15
**felt [9]** 62/15 86/21
99/8 118/22 132/2
145/12 186/2 186/11
203/18
**Fernandez [1]** 172/6
**Ferreiro [1]** 97/1
**fest [1]** 91/21
**festival [47]** 61/2
61/6 61/21 61/22 65/4
65/8 68/2 68/14 70/6
70/16 71/7 71/15
72/14 72/14 73/2
73/23 75/4 75/13
75/14 75/18 76/10
77/22 78/20 79/20
82/11 82/20 82/21
83/15 84/8 84/8 84/9
84/17 84/20 85/1 85/4
90/21 90/24 91/4
91/12 91/14 91/20
92/25 93/8 97/4 97/8
98/9 98/14
**festivalgoer [1]**
71/16
**festivalgoers [1]**
72/3
**festivals [1]** 62/21
**few [7]** 39/1 78/1
112/12 121/20 157/25
203/4 206/6
**fight [4]** 131/24
203/22 204/19 204/20
**fighters [1]** 205/13
**fighting [1]** 191/21
**figure [3]** 54/18
101/4 182/24
**file [5]** 45/23 46/13
65/23 182/12 218/3
**filed [23]** 46/9 46/14
47/24 48/2 48/3 48/11
54/1 54/5 55/1 57/9
57/18 57/25 59/5 59/7
59/16 59/22 60/2 60/5
60/16 77/25 93/12
93/13 96/14
**files [1]** 140/17
**filing [1]** 46/1
**fill [2]** 65/21 78/2
**filled [1]** 195/2
**film [1]** 29/16
**final [1]** 162/16
**finally [1]** 100/10
**Finals [1]** 221/19

**F**

finance [1] 201/1
financed [1] 201/2
financial [5] 35/5
35/6 175/16 175/18
176/2
find [5] 30/17 56/3
58/17 178/1 216/9
finding [1] 55/17
findings [1] 55/19
fine [5] 68/7 106/24
188/18 207/16 208/6
fines [1] 27/12
finish [4] 11/12 28/3
107/5 121/12
finished [4] 49/8
101/24 220/12 220/14
finishing [1] 121/9
fire [23] 85/15
134/10 134/14 134/19
135/21 138/23 141/10
148/14 160/19 161/5
162/15 163/18 164/15
164/15 164/17 164/19
164/20 164/22 164/22
165/1 165/3 165/6
167/13
first [33] 5/25 9/23
21/14 22/12 39/10
59/5 60/19 71/10 87/7
89/22 90/2 112/15
112/18 122/20 123/1
130/3 131/22 146/11
149/20 150/2 160/10
160/16 169/14 169/23
170/3 173/10 175/11
175/14 179/20 180/7
187/10 191/4 207/21
five [18] 39/22 39/23
39/23 39/25 40/2 40/4
42/8 121/12 193/13
197/9 202/3 202/6
202/11 203/1 203/15
204/3 204/21 206/12
Flagler [1] 1/16
flashlight [1] 152/4
flea [2] 191/9 191/10
flew [1] 172/3
flooded [1] 11/22
FLORIDA [12] 1/1
1/5 1/13 1/17 1/19
1/22 2/4 67/23 71/5
71/7 133/3 222/24
fly [1] 104/21
focus [9] 31/19
32/20 32/25 63/11
70/18 76/6 134/3
134/22 136/14
focused [2] 194/9
200/24
folders [1] 207/9

folks [1] 125/8
follow [3] 4/20 108/1
220/22
follow-up [1] 4/20
following [1] 78/19
follows [1] 199/20
followup [1] 213/5
Fonseca [2] 133/8
133/24
food [5] 155/13
172/10 175/9 175/10
176/5
foot [1] 86/11
footage [1] 187/24
force [4] 149/4 149/6
149/10 183/14
forced [4] 61/24
62/15 183/25 213/22
foregoing [1] 222/19
foremost [2] 131/22
191/4
forensic [2] 151/8
152/12
forget [1] 57/10
forgot [1] 63/13
form [3] 14/20 38/10
43/9
former [2] 208/4
217/2
formulate [3] 74/7
119/15 188/9
FORT [4] 1/2 1/5
11/3 222/24
forward [15] 10/9
10/20 11/18 27/25
41/16 106/6 107/4
107/6 111/5 118/24
120/3 124/7 201/5
212/3 222/14
fought [3] 47/23
105/23 204/18
found [9] 29/5 29/25
36/6 80/2 118/25
163/1 177/14 181/5
200/23
foundation [47]
14/11 14/20 16/12
16/19 18/7 23/1 25/13
26/13 27/6 27/19
35/14 35/22 37/17
41/13 45/12 51/3
58/16 77/18 83/6
83/22 87/15 90/1
90/16 91/7 103/4
111/14 114/2 122/24
123/4 140/24 144/10
145/8 148/17 148/23
152/7 153/25 155/23
160/12 169/24 175/3
182/15 184/4 184/9
196/6 198/14 201/11
202/16

founded [3] 60/20
66/16 100/14
founder [1] 69/4
founders [2] 67/6
191/11
founding [7] 66/13
66/19 66/21 66/23
67/7 67/9 68/23
four [16] 32/13
39/23 121/24 122/1
122/2 123/16 123/19
124/1 124/3 157/13
157/18 167/16 167/24
202/21 205/6 205/7
fourth [1] 43/12
fraction [2] 73/1
84/21
frame [2] 142/1
212/25
Francis [4] 70/3
115/13 115/21 116/19
Frank [9] 24/21
26/25 26/25 27/4 27/8
27/16 27/20 29/24
126/22
Franqui [5] 183/3
183/4 183/5 183/10
220/19
fraud [3] 191/5
192/3 194/3
free [4] 28/6 61/9
62/9 65/10
freehand [1] 141/25
freely [1] 18/13
fresh [3] 156/15
206/17 210/3
Friday [27] 61/8
68/15 70/25 71/1 71/3
71/9 71/21 71/23 72/6
73/19 75/4 76/2 77/22
78/6 78/18 78/20 80/3
80/16 81/3 82/10
83/15 83/16 87/3 87/5
88/17 135/24 178/22
Fridays [5] 87/11
88/1 88/11 90/7 91/12
friends [3] 43/6 86/7
101/13
frightened [1] 32/5
front [10] 13/21
18/12 24/7 24/7 50/10
140/5 143/16 147/5
147/13 171/14
fruition [1] 102/3
frustration [1]
177/12
fueling [1] 196/25
fulfill [1] 167/12
full [3] 136/17 151/4
164/16
FULLER [182] 1/4
4/7 5/15 7/19 7/21

13/10 13/12 13/18
16/4 22/13 23/23 26/2
32/24 33/7 34/3 34/20
35/8 36/11 36/18 37/6
37/22 40/3 40/15
42/14 42/21 43/3
43/12 44/9 44/23
45/16 45/23 46/6
47/16 48/18 49/6
49/12 51/9 52/15
53/18 54/25 55/18
59/6 59/20 61/13
62/20 64/3 64/15
66/12 68/11 72/12
75/2 76/18 77/12
78/24 79/11 79/13
79/19 80/13 81/2 81/9
82/9 82/18 82/19
85/25 86/15 86/20
87/1 87/25 89/11
89/24 92/6 92/15 94/1
94/8 95/5 95/23 96/9
98/8 99/20 101/18
102/22 104/9 106/5
106/12 108/22 109/15
109/25 110/22 111/3
111/9 111/25 113/22
115/12 116/1 116/9
117/15 118/7 118/13
122/14 122/16 122/18
122/22 123/9 124/21
125/16 125/22 126/11
128/9 128/22 130/16
131/13 132/13 137/8
139/12 140/1 142/12
145/7 147/2 148/4
148/13 149/3 149/17
150/1 150/7 152/11
154/18 154/20 157/18
157/25 158/25 159/4
159/18 159/21 162/2
163/2 163/12 165/5
167/1 167/4 168/3
170/1 171/10 172/15
172/25 174/7 175/5
175/21 176/15 177/2
179/2 179/17 180/8
182/4 185/3 187/22
189/7 190/4 190/22
190/23 191/3 192/4
194/3 195/8 196/2
196/14 197/21 200/7
200/12 201/17 201/22
204/12 205/17 209/18
209/20 209/21 210/15
210/17 212/2 219/5
219/12 220/10 222/4
Fuller's [6] 80/14
109/8 110/5 124/1
209/16 209/17
fully [1] 201/2
fun [1] 62/13

function [2] 67/14
202/23
funding [2] 67/16
88/1
funds [1] 67/19
furious [1] 19/1
further [9] 118/14
148/12 160/21 167/24
168/5 169/7 169/8
190/19 206/3
furthering [1] 197/2
furthest [1] 194/14
Futurama [5] 68/17
70/8 84/6 84/17 98/10
future [1] 200/16

**G**

gain [1] 165/25
gains [1] 97/7
galleries [1] 73/21
gallery [2] 62/11
73/24
gambling [1] 118/21
garage [6] 11/22
13/22 14/15 14/18
15/6 15/9
Garcia [16] 14/4
15/14 16/8 16/22
17/22 18/1 18/16
18/17 18/24 32/21
34/22 34/25 35/20
35/25 36/14 36/19
Garcia's [8] 15/24
16/24 17/9 17/18 18/6
19/13 33/17 130/1
Gardner [1] 4/15
gave [10] 11/11
11/13 29/12 125/25
178/8 203/20 208/13
214/7 216/8 219/19
gear [7] 145/4 145/5
145/9 145/11 145/13
145/19 145/20
gears [6] 32/25
33/11 37/2 45/23
98/18 170/15
general [1] 185/15
generally [2] 31/1
150/9
gentleman [13]
24/22 26/24 44/13
77/4 108/25 126/22
141/9 141/10 160/6
163/20 182/10 183/2
216/25
gentleman behind
[1] 141/10
gentleman has [1]
141/9
gentleman in [1]
183/2
gentleman is [1]

**G**

**gentleman is... [1]** 163/20

**gentleman named [1]** 77/4

**gentleman that [3]** 44/13 108/25 160/6

**gentleman were [1]** 24/22

**gentleman with [1]** 26/24

**gentlemen [8]** 13/3 74/6 119/14 126/14 126/25 170/20 170/23 210/8

**geographic [1]** 70/24

**George [3]** 61/9 61/9 200/18

**George's [1]** 72/25

**get [33]** 13/19 20/1 46/19 48/10 48/18 50/11 52/9 54/20 59/1 85/14 101/15 118/14 123/21 140/12 155/16 155/19 156/9 156/12 158/11 165/24 166/7 167/25 172/22 177/14 180/23 202/7 206/12 206/22 207/9 207/10 208/18 209/5 218/22

**getting [10]** 32/1 32/4 54/18 55/11 101/22 104/2 157/10 175/25 213/2 221/2

**gift [1]** 181/19

**Ginny [1]** 69/1

**give [10]** 8/9 8/10 8/12 9/23 11/23 81/15 147/16 198/11 199/8 206/23

**given [3]** 128/5 134/19 158/17

**giving [5]** 8/2 11/17 50/3 185/23 196/23

**glass [3]** 142/1 142/3 144/14

**GM [1]** 108/13

**GMCVB [1]** 69/2

**go [62]** 6/14 7/5 12/16 26/21 26/23 28/3 31/5 32/21 32/23 38/23 40/21 42/12 43/12 44/8 46/15 46/19 47/1 64/12 68/24 97/23 98/8 98/13 99/3 101/9 105/20 106/6 107/18 108/22 111/5 123/11 123/16 123/25 124/2 129/19 137/2 140/10

140/21 144/2 144/25 149/3 154/7 165/24 170/11 173/6 173/9 173/23 173/24 181/2 181/9 184/12 188/15 197/2 199/20 201/5 206/16 206/17 206/20 206/21 207/16 210/2 210/10 222/13

**goal [3]** 106/2 135/4 162/18

**God [1]** 203/20

**Godfather [3]** 194/12 195/1 195/5

**goes [2]** 6/7 107/7

**going [78]** 5/1 5/5 7/2 8/16 8/18 9/1 10/14 10/14 10/23 11/13 11/14 12/4 26/22 27/24 32/6 32/17 37/2 45/5 49/19 52/8 52/9 56/9 57/12 65/23 69/20 73/19 73/20 74/4 84/2 91/19 91/21 92/22 99/9 100/6 100/8 100/14 100/15 100/19 101/23 101/24 101/25 102/2 103/16 106/22 111/1 118/22 118/22 119/2 119/13 119/25 121/19 123/16 123/19 123/25 143/24 144/3 144/18 144/23 158/6 163/16 167/8 167/15 169/13 173/20 200/21 201/1 203/22 203/22 203/23 204/16 207/19 207/21 208/17 208/24 209/25 215/24 215/25 221/19

**Golden [1]** 86/12

**Gonzalez [2]** 23/7 23/10

**good [34]** 4/5 4/10 4/13 4/14 4/17 13/3 13/5 13/12 13/13 71/20 72/3 80/15 80/19 85/13 85/21 95/5 97/22 98/17 103/6 103/24 109/5 124/21 124/22 155/2 175/24 178/22 186/12 195/18 196/17 210/17 210/18 215/7 216/3 222/15

**Google [1]** 221/13

**Gort [2]** 70/15 127/10

**got [18]** 6/1 20/21 31/13 39/12 55/6 71/21 103/15 104/3 104/23 108/12 113/4

119/6 135/8 135/18 181/10 196/22 204/22 209/11

**gotten [3]** 55/9 125/2 170/2

**grab [1]** 8/14

**Grammy [2]** 132/25 133/1

**grand [2]** 101/16 101/18

**granted [22]** 79/8 82/5 96/6 126/8 133/17 133/19 138/1 139/24 140/3 142/17 142/19 147/11 162/6 162/8 173/3 176/24 179/13 182/20 183/19 187/5 189/24 214/15

**grata [1]** 106/8

**great [11]** 61/25 75/21 86/19 93/3 105/25 133/5 138/10 173/9 199/25 205/22 209/15

**Greater [1]** 69/2

**greatest [2]** 191/5 195/16

**green [1]** 102/1

**Greenberg [2]** 198/18 199/5

**Greer [1]** 69/3

**ground [1]** 203/8

**grounds [15]** 15/19 16/11 26/12 39/17 41/19 45/11 57/5 60/11 82/23 114/10 148/22 150/2 164/1 195/11 202/15

**group [4]** 1/10 136/2 171/14 181/13

**groups [1]** 61/25

**Grove [2]** 37/16 217/23

**growing [1]** 205/2

**grown [1]** 205/7

**guard [1]** 168/1

**guayaberas [1]** 73/13

**guest [4]** 99/9 144/15 144/17 173/24

**guests [10]** 18/12 18/15 138/19 139/1 139/6 144/13 146/20 147/16 149/13 155/13

**guinea [1]** 170/9

**guise [1]** 6/17

**guns [2]** 145/24 145/25

**Gutchess [4]** 1/11 4/11 6/1 8/22

**Gutierrez [1]** 69/1

**guy [2]** 118/8 208/4

**guys [7]** 10/8 11/2 93/17 163/15 166/21 203/7 207/16

**H**

**Habana [1]** 89/14

**had [200]** 4/22 4/23 5/15 5/21 5/22 9/3 9/17 10/12 10/12 11/23 13/23 13/23 15/14 15/17 20/15 20/17 25/9 30/18 30/20 30/22 31/4 32/13 35/8 36/12 36/13 36/19 38/21 39/1 39/1 45/4 48/6 48/13 54/9 54/14 55/7 55/9 55/21 56/6 56/6 57/1 57/2 57/19 58/1 58/3 63/12 64/24 64/25 65/1 65/2 65/3 65/5 65/15 66/17 66/20 68/6 68/15 69/1 69/3 69/4 73/23 74/1 75/11 75/18 75/22 76/3 77/17 77/20 78/7 78/10 78/17 78/18 78/19 78/20 80/3 80/15 83/25 84/23 85/10 85/11 85/15 86/1 86/22 86/23 86/24 87/10 87/17 93/11 93/12 93/12 96/22 96/24 97/1 97/12 97/16 99/21 100/1 100/5 100/14 100/18 102/3 105/14 107/14 108/12 109/14 112/22 113/1 118/9 122/6 123/11 125/1 127/14 127/25 130/19 130/20 130/22 133/12 134/9 134/10 134/13 134/13 134/16 136/2 136/5 139/20 141/6 141/24 142/24 144/20 152/2 152/4 152/20 153/4 153/18 153/18 154/3 154/4 154/6 155/2 155/7 156/12 157/5 157/5 158/19 158/19 158/20 161/15 161/17 161/18 162/19 162/22 162/22 164/8 164/9 164/14 164/18 165/5 166/5 166/19 166/23 167/15 167/18 169/14 169/20 170/2 171/12 171/20 172/10 172/10 174/1 175/25 176/18 177/8 177/20 177/24 180/21 180/25

181/14 181/15 181/17 183/4 185/25 186/1 186/10 187/25 188/4 188/5 188/21 191/16 193/2 195/8 196/17 196/18 198/24 199/23 200/23 210/23 211/23 218/4 219/1 220/12

**hadn't [1]** 100/1

**half [8]** 55/8 55/10 126/14 153/21 157/11 163/1 163/15 188/16 173/13

**hall [3]** 119/6 127/21 173/13

**hallway [1]** 212/2

**hammer [1]** 167/23

**handful [3]** 128/16 144/21 169/1

**handle [2]** 31/6 203/18

**handling [2]** 211/22 211/24

**hands [1]** 199/11

**Hang [1]** 172/19

**hanging [3]** 101/25 155/5 204/5

**happen [11]** 10/23 19/25 41/3 58/17 68/15 73/19 127/11 128/2 157/3 185/9 186/13

**happened [37]** 16/8 23/9 23/17 24/18 31/24 37/12 40/5 49/24 53/6 60/25 61/8 68/16 68/17 71/6 77/2 77/13 77/24 85/6 101/18 102/24 103/12 103/21 106/5 125/4 139/5 141/13 148/11 148/15 149/8 151/17 152/11 152/14 164/12 169/14 180/19 185/12 187/8

**happening [7]** 19/4 22/24 32/5 73/7 112/3 138/14 141/16

**happens [6]** 90/11 101/8 101/14 103/12 145/5 195/3

**happy [3]** 155/18 155/19 221/7

**harassed [1]** 29/16

**harassment [9]** 26/10 29/21 46/11 46/25 52/3 52/7 59/1 144/22 178/21

**hard [3]** 71/12 109/6 156/13

**hardest [1]** 156/10

**hardship [1]** 110/10

**hardworking [1]**

**H**

**hardworking... [1]**
156/1
**harm [13]** 8/25 9/8
47/4 98/17 153/10
192/12 198/12 199/10
199/22 201/15 201/20
201/21 203/5
**harmed [1]** 198/5
**Harrison [1]** 97/21
**has [58]** 5/1 5/22
7/22 7/24 9/15 10/5
11/9 11/14 15/4 15/5
21/8 68/1 70/10 74/8
85/1 86/15 90/13
90/21 91/3 94/16
97/12 107/13 107/16
113/9 116/24 117/3
121/5 122/22 128/19
132/22 140/19 141/9
157/19 158/1 160/4
160/5 177/21 189/8
190/22 190/23 190/24
191/2 192/17 195/5
195/7 198/5 198/5
199/22 199/23 202/10
202/20 203/1 203/15
204/9 204/12 204/24
205/9 206/14
**hatched [1]** 60/24
**Havana [20]** 37/14
39/24 60/25 61/3
68/24 73/12 90/7
90/24 98/13 100/16
101/13 159/22 192/14
194/8 200/16 200/19
200/22 201/5 205/16
206/1
**have [214]** 5/10
5/16 5/17 6/6 6/9
6/14 6/15 7/5 8/4 8/7
8/15 9/14 10/11 10/14
10/17 10/24 11/2
11/15 11/15 12/15
12/16 14/8 14/13
14/17 15/23 18/9
20/18 21/25 22/17
23/9 23/16 23/24
27/25 28/17 29/11
32/3 32/21 35/25 36/7
36/12 37/21 41/7 43/4
43/4 43/5 44/1 45/6
47/21 50/18 52/4
54/10 55/17 56/24
58/8 58/8 60/9 65/4
67/1 67/13 67/22
68/18 72/5 72/22 75/3
75/23 76/1 76/4 76/10
76/11 76/13 76/13
78/4 78/8 79/25 80/4
82/12 82/20 82/20

85/16 86/7 87/10
87/22 88/17 88/20
90/6 90/20 90/23
90/24 91/3 91/25 92/8
94/6 95/11 98/15 99/6
99/19 99/19 100/20
101/6 102/3 102/17
105/23 105/23 107/9
107/15 109/12 110/3
110/10 110/12 110/25
111/6 111/19 111/21
111/21 112/12 114/16
115/5 119/21 120/1
120/1 121/12 121/16
123/17 124/4 125/10
126/14 126/20 126/24
127/7 127/10 127/12
127/14 130/25 131/2
138/15 140/20 141/25
142/5 143/20 143/24
145/5 150/11 150/11
151/21 152/20 155/11
155/12 155/13 155/15
155/15 155/16 156/16
156/17 159/7 162/1
162/3 163/16 165/1
166/12 166/18 168/5
169/1 169/4 169/10
171/4 174/3 174/22
174/23 175/4 177/19
177/20 177/22 179/21
180/4 182/4 184/15
186/19 187/17 188/10
188/15 190/18 192/20
194/7 194/16 198/3
198/7 198/8 199/10
199/10 200/24 201/3
201/21 204/2 204/7
204/18 204/20 205/4
205/7 205/16 205/20
206/3 206/24 207/17
207/20 207/25 208/13
208/25 210/4 212/1
212/18 212/25 220/20
220/20 222/15
**haven't [6]** 5/3
33/14 34/2 88/20
205/11 207/12
**having [9]** 50/5 80/7
93/10 101/5 102/15
119/8 138/25 149/23
162/21
**he [150]** 6/1 7/20
16/15 27/22 28/5
28/22 30/18 30/22
31/11 35/1 36/8 36/16
36/21 38/6 38/8 38/8
38/15 39/1 39/1 39/2
39/2 41/24 41/24
42/16 42/18 44/14
44/16 44/21 45/13
46/2 47/4 48/3 51/14

52/3 52/4 58/17 60/12
67/10 70/5 80/19
80/19 82/19 84/11
85/15 85/16 85/16
85/20 87/7 87/7 87/17
87/17 87/18 87/22
87/22 87/23 87/23
87/23 94/15 96/25
97/1 105/4 105/18
109/2 109/7 109/10
109/14 109/17 115/16
116/4 117/18 118/4
118/5 118/9 122/22
122/23 122/24 122/24
123/2 123/11 127/2
127/6 131/21 131/22
131/22 132/1 134/22
143/13 149/7 151/5
154/8 158/10 163/1
163/2 163/12 174/18
181/2 181/2 181/3
181/3 183/2 184/6
190/24 191/4 191/5
191/6 191/6 191/8
191/10 193/2 194/12
194/21 195/1 198/6
200/5 200/7 200/7
200/8 208/4 208/5
208/5 208/8 208/8
213/25 215/7 215/18
215/18 216/8 216/22
217/9 217/12 217/19
217/20 217/21 218/1
218/3 218/4 218/11
218/11 218/12 218/24
218/25 219/1 219/3
219/4 219/14 219/15
219/19 220/5 220/12
220/13
**he'd [1]** 110/5
**he's [42]** 25/18
27/17 28/9 28/11
28/13 28/19 29/9
29/10 41/8 41/9 43/22
43/23 49/18 50/1 50/2
57/11 82/15 91/8
105/4 109/21 109/22
127/6 133/3 145/8
147/25 157/20 164/2
187/10 193/4 193/6
193/6 193/7 196/10
208/3 208/4 215/6
215/7 218/25 219/2
219/9 222/1 222/1
**head [3]** 69/23 70/1
70/2
**health [1]** 204/10
**Healthcare [1]** 67/24
**hear [6]** 89/4 115/12
121/25 122/19 209/7
222/3
**heard [4]** 57/2 111/6

119/5 172/10
**hearing [2]** 129/2
177/24
**hearings [1]** 112/8
**hearsay [30]** 15/20
16/13 18/1 18/7 25/3
35/15 38/7 38/15 39/6
40/12 45/13 51/3
51/21 56/13 58/5 77/6
78/13 81/24 83/22
90/16 91/9 158/21
161/20 175/17 183/6
184/5 198/15 199/17
200/1 201/11
**heart [1]** 60/24
**Heat [2]** 221/15
221/16
**heavy [1]** 127/5
**height [1]** 173/15
**held [9]** 5/12 12/15
70/7 70/22 70/23 71/3
98/9 143/18 143/19
**helium [1]** 181/16
**help [7]** 16/6 21/3
32/21 109/6 137/3
179/23 180/12
**Helpless [1]** 18/20
**her [15]** 10/4 10/5
10/6 10/6 10/7 10/10
10/10 10/12 11/7
55/14 55/20 56/6 56/7
56/7 68/24
**here [54]** 6/2 6/24
7/12 10/8 10/17 10/25
20/5 32/20 40/18
40/18 49/15 49/20
49/23 50/6 56/14
68/20 69/3 70/5 74/10
89/3 96/17 100/12
101/19 101/22 118/7
118/10 119/16 123/21
126/14 127/8 131/15
138/15 141/6 144/18
144/19 157/21 163/22
163/22 163/23 173/13
173/15 182/10 183/5
187/15 188/5 188/11
191/21 191/22 202/6
202/7 202/8 204/11
208/25 221/16
**here's [2]** 28/9
141/12
**hereby [1]** 222/19
**heritage [8]** 61/1
61/11 62/6 133/4
170/21 195/18 196/20
200/25
**hero [1]** 118/5
**hey [5]** 19/5 54/17
93/16 99/2 144/3
**hiding [2]** 28/5
126/22

**highest [1]** 202/23
**highlighted [3]** 33/5
49/10 62/9
**him [45]** 11/11 11/13
22/1 28/10 28/13
28/24 38/12 38/21
39/7 39/8 41/10 45/4
45/14 48/7 51/21
58/18 67/10 80/19
81/13 96/22 98/6
109/22 123/11 131/10
149/1 151/6 154/1
163/7 175/23 175/23
181/3 182/16 184/11
185/17 195/1 208/22
208/24 208/25 209/2
210/23 210/24 212/15
215/18 217/22 222/13
**himself [9]** 8/1
20/19 21/4 30/17
154/8 154/18 162/23
162/23 217/22
**hire [4]** 155/11 168/1
175/25 199/12
**hired [3]** 75/12
75/15 152/1
**his [62]** 22/2 23/11
24/4 30/12 31/8 37/4
37/11 37/15 37/25
38/19 41/9 41/23 43/3
43/23 44/14 44/17
45/17 47/3 52/8 73/5
79/14 79/15 85/25
87/11 88/1 97/1 116/3
123/12 131/20 131/23
134/23 147/25 151/7
164/3 165/15 170/18
180/8 183/3 193/3
202/25 208/1 208/5
208/7 208/25 209/16
210/4 210/24 213/18
213/25 214/18 214/18
214/18 215/6 215/7
215/10 215/16 215/17
215/21 217/12 219/4
222/2 222/12
**Hispanic [1]** 69/1
**historian [1]** 61/9
**history [6]** 61/11
160/11 200/21 200/22
200/25 204/21
**hit [2]** 156/10 191/5
**hmm [3]** 217/11
218/5 220/1
**hold [3]** 75/3 82/11
205/24
**holding [1]** 143/17
**holds [2]** 87/3 87/5
**holiday [2]** 64/6
64/16
**home [4]** 31/3 32/1
32/3 204/15

**H**

**Honor [137]** 4/18
6/8 7/7 7/12 8/4 8/5
8/6 9/19 11/4 11/4
12/3 12/21 21/10
21/11 21/15 21/16
21/22 22/9 24/10
26/18 28/14 34/14
37/25 50/1 51/22 59/3
59/11 57/17 63/12
73/5 74/23 78/15 79/6
79/14 81/24 82/2 82/6
83/23 86/12 88/15
92/8 92/12 96/1
102/11 106/16 107/1
107/11 107/15 108/8
108/20 110/1 110/23
111/2 111/14 111/23
112/21 115/6 116/12
120/5 121/8 122/8
122/20 123/22 124/2
124/8 124/19 126/4
126/7 133/16 134/23
137/21 137/24 140/2
142/15 142/18 143/14
146/11 147/7 147/9
150/21 151/20 151/25
154/5 156/2 156/24
158/21 159/8 161/8
161/24 162/4 163/9
165/16 167/10 170/18
172/23 174/2 174/14
174/21 176/21 179/12
180/1 180/3 181/24
182/21 183/18 184/17
184/20 184/25 187/4
187/13 189/5 189/15
189/23 191/12 192/24
193/15 193/23 196/5
196/10 197/9 197/13
197/19 197/25 198/14
200/2 202/25 206/6
207/24 214/2 214/7
214/25 216/19 217/17
219/7 221/23 221/25
222/5

**Honor's [1]** 110/24
**HONORABLE [2]** 1/8
222/23
**honorary [1]** 66/25
**honored [2]** 66/22
85/9
**honoring [1]** 66/19
**Hopefully [1]** 10/12
**hopes [1]** 50/20
**hoping [3]** 10/10
50/16 50/17
**hospitality [4]** 72/23
155/25 156/10 156/13
**host [1]** 69/1
**hosts [1]** 61/7

**HOTTE [1]** 1/15
**hour [6]** 126/15
177/21 178/5 178/8
188/17 207/16
**hours [18]** 19/11
19/23 55/9 55/10 72/2
80/18 80/18 121/24
122/1 122/2 123/16
123/19 124/1 124/3
136/16 158/11 196/20
196/21
**house [2]** 65/1
100/19
**how [74]** 6/11 13/12
18/19 31/20 32/7
32/12 32/17 32/17
32/18 36/11 38/15
38/20 40/15 50/23
50/25 56/3 56/7 58/17
60/4 60/6 61/13 63/20
66/15 72/12 72/18
77/2 79/1 84/4 87/25
88/21 97/10 97/10
100/3 101/11 101/15
101/15 101/22 103/12
103/12 103/14 104/24
110/6 118/18 121/19
121/22 126/16 127/13
130/21 131/21 131/21
143/18 144/7 144/13
147/20 153/14 154/3
154/13 155/7 169/14
173/24 175/14 178/19
188/14 189/8 190/22
192/12 202/25 203/18
205/24 206/10 211/11
213/17 217/14 219/20
**how old [2]** 63/20
217/14
**how's [2]** 13/3 78/9
**However [1]** 220/21
**HR [1]** 10/6
**huge [1]** 70/15
**humiliated [2]** 80/6
190/19
**hundred [3]** 72/25
78/1 167/18
**hundreds [2]** 80/17
151/11
**hungry [2]** 158/8
158/9
**hunting [2]** 204/7
204/8
**hurricane [2]** 104/18
105/11
**hurtful [1]** 142/7
**husband [2]** 205/11
205/12
**HUSS [1]** 1/15

**I**

**I will [8]** 60/9

111/23 122/5 124/2
188/11 195/20 206/23
221/14
**I'd [16]** 5/22 8/7
32/25 37/3 70/18 79/2
98/18 106/8 109/5
109/7 112/13 124/24
151/5 179/1 201/20
221/7
**I'll [10]** 57/10 113/3
179/16 180/7 182/4
194/24 204/22 209/24
215/23 220/16
**I'm [63]** 5/25 12/11
24/16 26/22 27/24
33/23 34/1 41/6 56/8
60/7 76/24 85/8 86/18
91/15 91/16 97/22
110/23 112/23 118/7
122/17 123/24 123/24
126/17 130/1 132/2
132/10 135/7 136/3
136/20 144/3 162/21
163/16 163/16 163/17
163/18 178/13 179/8
180/7 191/1 195/23
196/8 197/3 197/3
197/5 197/5 197/17
197/19 198/2 202/5
204/11 204/11 204/14
204/16 206/25 207/19
207/21 209/7 210/19
211/5 211/11 212/3
215/25 220/21
**I've [71]** 55/21 90/3
123/18 124/4 210/22
214/21 222/9
**Ice [1]** 68/22
**iconic [2]** 170/22
173/19
**ideas [1]** 172/9
**identified [13]** 17/3
24/6 40/2 40/18 42/1
62/8 122/13 151/12
158/5 213/4 216/15
218/7 218/8
**identifier [1]** 44/2
**identifies [1]** 129/2
**identify [3]** 62/5
71/8 118/8
**identifying [3]** 61/25
62/2 65/13
**if [136]** 6/10 6/13
6/20 7/2 7/4 9/8 9/11
10/6 13/16 13/18 15/3
22/5 23/13 25/22
26/16 26/21 28/11
28/13 31/4 33/3 33/4
34/4 35/2 42/18 42/19
42/20 42/20 43/2 46/3
46/15 46/19 46/20
46/21 48/14 49/3 49/6

49/25 52/11 53/14
54/1 54/9 54/25 58/16
59/20 62/16 63/24
64/17 67/2 68/8 71/20
72/16 75/25 78/21
81/13 85/15 86/9
87/10 88/11 89/2 92/8
92/17 92/22 95/6 96/1
99/16 100/4 100/5
100/14 100/16 100/18
100/25 102/3 102/5
103/6 107/9 108/7
109/5 109/15 110/11
110/13 112/23 112/24
113/2 113/3 113/4
114/7 115/4 118/8
118/24 125/22 127/25
128/11 128/18 132/21
136/3 137/2 137/3
137/8 138/3 139/1
140/10 143/1 144/25
145/13 146/24 153/11
160/3 166/21 167/6
167/15 167/19 167/20
169/7 172/22 173/9
184/6 187/11 187/19
189/12 195/19 200/7
202/5 205/11 206/15
206/19 206/21 206/22
206/23 206/24 207/15
207/20 215/7 220/21
221/7 222/11 222/11
**if you can [13]**
13/18 23/13 33/3
46/21 49/6 81/13
92/22 100/25 125/22
137/8 140/10 160/3
167/6
**II [1]** 1/4
**illegal [20]** 22/24
25/7 25/8 25/12 25/17
25/17 25/18 28/25
29/1 29/4 30/3 30/5
104/12 104/13 104/14
104/15 104/16 118/21
186/2 186/12
**illustrate [1]** 97/5
**illustrated [1]** 132/2
**image [1]** 86/22
**imagination [1]**
197/1
**imagine [5]** 32/1
39/23 100/17 155/10
192/21
**immediately [17]**
9/23 12/8 20/3 48/4
90/11 104/20 112/7
121/18 125/8 125/9
125/13 136/23 136/25
137/2 153/12 180/22
181/10
**immerse [2]** 101/5

172/1
**immersive [1]**
172/11
**imminent [1]** 153/9
**impact [17]** 5/15
5/21 19/7 80/4 85/3
109/12 110/3 110/6
123/10 130/21 131/10
136/6 142/4 169/3
169/3 190/18 195/7
**impacted [2]** 202/22
204/24 205/9
**impactful [1]** 19/22
**impacting [2]** 18/21
93/8
**impenetrable [1]**
203/19
**Impermissible [1]**
131/8
**implement [1]**
186/19
**implemented [2]**
186/23 186/24
**important [6]** 31/12
34/7 96/18 101/5
133/4 211/11
**impossible [3]** 87/8
106/2 127/3
**impressionable [4]**
208/2 213/19 213/23
217/8
**improbable [1]**
127/4
**improper [6]** 21/7
69/13 107/13 161/9
195/12 196/6
**improperly [1]**
107/12
**in [472]**
**inappropriate [1]**
9/9
**inappropriately [1]**
9/2
**inception [2]** 67/12
134/6
**inch [1]** 151/10
**inches [3]** 6/13
163/1 163/15
**incident [5]** 14/3
18/23 24/5 31/2 37/22
**incidents [8]** 14/17
14/18 16/5 17/17
17/19 31/20 31/21
32/18
**inciting [2]** 126/23
142/8
**include [1]** 7/16
**included [8]** 45/7
47/1 47/5 47/8 47/11
47/13 67/23 94/1
**including [5]** 16/9
38/1 165/20 176/2

**I**

**including... [1]**
219/23
**inclusive [2]** 94/5
97/6
**incomplete [1]**
160/18
**incomprehensible
[1]** 131/1
**incorrect [1]** 43/24
**increased [2]** 202/10
203/1
**increasing [1]**
203/15
**independent [1]**
56/17
**INDEX [1]** 2/13
**indicated [2]** 157/19
158/1
**individual [3]** 23/11
143/25 154/9
**individually [1]** 56/4
**individuals [6]** 38/1
60/22 109/17 112/5
151/9 156/1
**industry [2]** 155/25
156/11
**inexplicable [1]**
205/8
**inextricably [1]**
189/19
**inextricably [3]**
151/23 159/11 174/17
**Infective [1]** 82/15
**inflict [1]** 27/11
**inflicted [2]** 199/23
201/15
**influence [1]** 191/6
**inform [1]** 94/7
**information [5]**
37/18 41/7 58/14
160/19 200/24
**informational [2]**
39/2 41/6
**informed [12]** 10/22
45/17 51/14 55/7
76/12 76/25 77/5
83/18 83/25 96/22
112/2 142/24
**informing [2]** 41/8
160/9
**inhabitants [1]** 57/3
**initial [1]** 12/6
**Initially [1]** 175/22
**initiate [1]** 129/17
**injunction [3]**
104/20 104/23 105/10
**injunctive [1]**
129/17
**input [1]** 94/10
**inquired [1]** 134/13

**inside [6]** 138/7
138/25 141/17 144/16
144/17 172/18
**insisted [1]** 20/17
**inspect [3]** 17/13
140/16 162/24
**inspected [1]** 153/4
**inspecting [2]**
157/12 186/3
**inspection [23]** 35/7
37/14 55/9 55/11
55/14 134/13 138/17
151/4 151/5 151/6
152/12 152/22 162/16
162/20 162/22 163/19
164/14 165/5 178/14
181/4 183/12 186/1
218/19
**inspections [17]**
16/9 16/15 17/17 18/5
19/13 19/25 20/21
85/11 134/10 134/19
139/5 155/3 163/14
163/21 178/20 178/20
181/6
**inspector [13]** 37/13
55/13 212/14 214/17
216/8 216/15 216/18
217/2 217/8 217/25
218/7 220/18 220/22
**inspectors [1]** 136/1
**install [5]** 164/6
164/8 165/7 165/17
167/13
**installation [1]**
168/5
**installed [1]** 168/12
**instances [2]** 19/12
202/20
**instead [2]** 141/2
208/3
**instruct [2]** 107/23
221/25
**instructed [1]**
221/12
**instructing [1]** 34/11
**instruction [1]** 108/1
**instructions [2]** 74/8
221/11
**intact [2]** 171/17
171/19
**intend [8]** 8/12 12/9
107/19 119/20 123/3
123/15 208/16 222/14
**intending [1]** 207/13
**intense [1]** 130/25
**intent [1]** 50/12
**intention [2]** 98/22
207/24
**intentions [1]**
103/24
**Inter [1]** 80/10

**interacted [1]** 185/9
**interacting [2]**
180/15 182/9
**interaction [5]**
29/16 30/12 134/25
178/11 180/19
**interactions [5]** 31/7
134/5 134/24 178/13
178/16
**interest [1]** 93/16
**interfere [1]** 201/16
**interference [1]**
75/13
**interior [1]** 173/6
**internal [1]** 37/10
**internally [1]** 138/25
**International [1]**
134/2
**interpret [1]** 28/21
**interpretation [1]**
147/25
**interpreting [1]**
28/19
**interruption [1]**
210/5
**interruptions [1]**
222/13
**intertwined [4]**
151/24 159/12 174/17
189/19
**interview [2]** 209/18
209/21
**interviewed [1]**
48/10
**intimidating [2]**
28/24 144/16
**intimidation [3]**
83/8 110/19 114/19
**into [64]** 13/19
21/19 26/8 34/13
34/18 39/14 39/15
45/5 46/4 57/12 72/2
80/8 88/20 106/14
108/5 108/8 108/10
108/12 109/3 112/14
116/25 119/1 123/8
125/2 125/6 128/19
129/6 129/18 129/22
132/23 135/1 140/21
141/2 142/2 144/7
153/14 153/15 153/22
154/3 154/13 154/20
160/16 166/7 167/8
169/19 171/21 173/24
175/25 177/18 181/2
181/12 182/18 183/18
187/3 187/23 188/1
191/18 191/19 192/7
194/24 195/19 200/10
204/14 206/17
**introduce [6]** 4/22
119/20 207/13 208/16

208/21 222/14
**introduced [6]** 21/19
22/3 66/5 102/1 121/7
160/6
**invalid [1]** 98/16
**invalidated [1]**
191/19
**inventory [1]** 155/13
**investigating [2]**
18/11 128/16
**investigation [3]**
114/15 129/4 151/8
**investigations [3]**
170/6 170/10 183/13
**investigator [1]**
48/19
**investing [1]** 196/20
**investment [1]**
36/13
**invitation [7]** 92/21
93/3 93/24 94/3 94/11
94/14 96/25
**invitations [1]** 92/15
**invite [2]** 94/2 96/20
**invited [3]** 91/25
95/6 119/9
**inviting [1]** 93/5
96/17 98/6
**involved [8]** 61/13
67/8 67/10 105/2
152/2 194/13 194/16
194/18
**involvement [1]**
83/13
**involving [1]** 57/22
**Ironman [1]** 212/8
**irregular [1]** 125/9
**irreparable [1]**
110/21
**is [475]**
**Is it [2]** 185/7 204/2
**isn't [4]** 214/1
214/19 216/15 221/4
**issue [28]** 4/18 4/21
5/8 6/10 7/6 8/17
9/12 9/14 10/19 11/9
12/6 75/22 93/8 113/7
117/20 119/22 140/16
140/17 152/18 152/20
153/4 153/8 153/9
153/11 154/6 163/14
174/15 189/15
**issued [7]** 57/17
153/17 155/4 218/14
218/20 220/19 220/21
**issues [17]** 9/20
40/9 75/23 112/22
129/17 140/15 152/19
152/21 153/2 153/6
153/18 165/7 174/18
204/10 204/13 208/9
210/3

**it [452]**
**it's [168]** 4/20 5/20
5/21 8/18 9/2 18/10
18/10 20/8 21/19
21/20 22/2 25/3 25/10
25/11 25/17 25/17
25/17 25/18 26/7 26/8
29/4 30/25 30/25 31/1
32/9 32/9 32/10 32/11
32/22 32/22 34/5
34/13 34/17 38/17
39/6 40/19 42/1 43/23
44/2 46/15 49/14
56/21 62/23 64/23
71/17 71/20 71/20
71/21 73/6 73/12
73/13 78/14 80/21
80/23 81/24 82/1
84/23 89/2 89/5 89/6
91/8 91/9 92/20 95/25
96/1 98/16 99/14
99/15 99/17 105/7
105/18 105/19 106/2
106/9 107/1 107/7
107/17 107/24 110/18
110/21 111/16 112/21
112/23 113/3 113/3
113/4 114/23 116/9
121/9 121/11 122/14
126/6 132/10 135/13
137/23 138/18 138/18
138/19 138/19 138/20
139/24 140/17 142/6
142/6 142/6 142/7
142/7 142/7 142/8
142/8 144/19 147/5
147/8 149/15 150/3
151/20 151/23 157/22
158/3 158/6 159/11
159/13 161/20 163/8
166/19 167/2 167/2
167/7 169/8 171/7
171/11 179/6 180/6
182/17 182/18 184/21
187/3 187/10 191/13
191/22 191/22 191/23
192/14 194/24 200/10
202/22 203/3 203/8
203/8 203/9 203/9
203/10 204/5 204/7
204/7 204/22 205/3
205/6 205/8 206/16
206/18 206/21 207/24
212/2 212/21 213/3
214/9 219/5
**item [3]** 129/14
200/23 214/8
**its [24]** 18/10 19/10
66/21 66/21 67/4
67/11 73/23 75/3 76/1
82/11 84/18 84/23
93/6 94/14 98/22

**I**

**its... [9]** 140/20
164/25 167/14 168/13
175/10 175/11 175/14
192/15 200/25

**itself [10]** 73/2 93/8
103/18 115/19 127/2
128/5 147/21 147/25
161/9 161/22

**J**

**January [3]** 71/19
219/17 220/12
**January 28th [1]**
71/19
**Jeff [1]** 4/11
**Jeffrey [1]** 1/11
**Joanna [1]** 1/12
**job [3]** 10/4 10/10
31/9
**jobs [1]** 163/24
**JOE [97]** 1/6 4/16
16/18 20/19 20/21
21/3 22/14 22/21
22/23 23/10 30/12
30/17 30/22 30/25
36/2 37/12 41/8 47/21
48/12 54/10 54/14
54/21 56/3 56/11
56/18 56/24 57/16
57/19 58/1 58/4 58/23
67/8 68/3 70/21 72/7
72/11 72/17 73/16
75/2 75/24 76/6 77/16
77/20 82/13 83/9
83/12 86/16 87/1
88/17 90/7 90/11
90/24 97/22 102/25
102/25 109/10 109/11
110/4 114/6 115/22
131/18 131/25 134/18
135/18 148/19 149/4
150/25 152/6 153/24
160/6 175/1 178/10
178/15 182/14 184/7
194/25 196/3 197/24
198/5 198/13 198/17
199/6 199/11 199/22
200/6 201/6 201/15
201/23 205/23 208/2
210/19 210/22 211/5
211/14 217/9 217/13
217/22
**join [5]** 10/4 51/13
85/9 86/8 97/23
**joined [1]** 61/15
**Juanes [2]** 133/8
133/22
**JUDGE [23]** 1/9 5/6
5/8 28/19 33/19 55/23
62/22 89/22 90/3
107/21 108/11 113/1

113/3 113/18 117/7
121/20 133/12 158/2
206/19 207/2 207/6
210/13 214/14
**JULY [1]** 222/22
**jumped [1]** 119/5
**juror [8]** 10/14 10/24
11/5 11/6 11/9 11/10
11/11 206/19
**jurors [17]** 9/22 10/3
11/1 12/14 12/15
12/24 22/6 74/15 89/4
124/13 188/8 188/22
193/13 193/19 206/14
209/25 221/11
**jury [66]** 5/23 7/15
9/10 12/25 13/1 13/3
13/16 13/20 20/1 22/3
22/4 22/20 25/23
31/23 33/16 37/8
37/24 46/21 52/13
55/5 57/15 64/17
69/16 73/5 74/13
74/18 74/19 79/12
79/14 98/19 99/25
102/24 107/23 108/18
112/17 119/10 119/18
124/15 124/16 127/19
128/25 129/20 132/11
134/23 143/13 165/15
170/18 177/11 179/15
187/19 188/13 189/1
189/2 193/17 193/20
193/21 202/25 208/7
213/18 213/24 215/9
215/15 217/15 218/21
220/4 221/22
**jury's [1]** 207/19
**just [113]** 5/5 6/18
8/20 8/21 8/22 10/8
11/5 12/13 12/17
13/18 20/1 20/12 28/3
30/2 31/21 31/23
31/25 32/9 32/19
32/20 33/4 40/21 41/9
43/6 46/19 47/1 48/15
48/15 49/3 50/16
50/17 60/12 62/16
63/25 64/23 65/19
66/5 66/6 66/9 69/7
69/20 72/24 73/1
80/20 80/21 81/13
81/18 84/23 92/4
93/25 94/8 94/24 95/1
95/21 96/16 96/22
97/16 97/19 100/13
101/4 105/19 107/6
112/23 116/19 116/25
118/4 119/9 121/14
121/17 121/20 123/23
125/18 132/9 132/21
136/7 137/8 140/12

143/9 144/7 148/6
151/20 155/1 157/18
159/2 162/22 163/24
166/1 171/24 180/3
180/18 182/9 182/11
185/5 185/12 196/20
203/3 205/3 205/20
205/21 205/22 206/7
206/12 206/25 207/2
207/8 207/20 209/2
209/19 210/10 212/24
213/19 216/4 220/17

**K**

**Kaplan [5]** 122/15
185/6 185/10 185/14
185/23
**keep [5]** 10/10 26/22
92/22 111/1 221/18
**keeping [2]** 123/18
124/5
**keeps [1]** 60/12
**Ken [1]** 125/14
**kept [1]** 74/8
**keys [1]** 20/6
**kicked [2]** 169/8
169/9
**kid [3]** 41/9 41/15
64/7
**kid's [2]** 64/20 65/1
**kids [2]** 65/2 204/15
**killed [1]** 204/17
**kind [9]** 35/2 91/13
133/1 133/22 170/3
170/5 170/9 175/11
175/14
**kiosks [3]** 100/10
101/20 102/21
**KISSANE [1]** 2/2
**knew [17]** 36/8 42/4
42/15 42/18 44/14
73/19 75/21 78/6
117/23 118/1 118/21
134/16 203/17 203/18
215/10 215/16 215/18
**knocking [1]** 24/22
**know [108]** 5/18
9/16 10/18 10/25 15/3
20/8 36/12 39/14 40/5
40/15 41/4 41/5 43/19
46/16 48/8 49/7 50/25
54/25 55/15 65/3 66/5
66/12 71/17 71/20
71/22 72/21 72/22
72/24 73/13 73/20
75/20 75/25 83/9 85/7
87/10 87/25 88/11
88/21 89/24 90/6
91/15 91/21 97/21
97/22 108/7 108/9
109/13 110/17 113/2
113/6 118/4 118/6

118/10 123/19 124/5
126/17 126/20 126/25
128/11 129/3 131/4
132/4 133/4 136/3
136/18 136/20 137/12
146/15 148/13 149/18
149/19 150/7 155/15
158/8 161/12 163/22
169/14 171/16 177/12
177/13 177/14 178/2
179/21 184/3 186/10
187/11 195/17 203/19
205/2 205/23 206/25
209/25 210/19 210/22
211/2 211/5 211/10
211/16 212/6 214/21
215/12 216/23 217/14
219/9 219/18 219/19
220/14 220/14
**knowing [3]** 27/17
30/22 72/4
**knowledgably [1]**
101/11
**knowledge [33]**
14/18 14/24 16/12
16/23 19/17 20/19
20/24 22/17 23/9
23/16 35/25 37/21
37/24 38/24 45/6 45/9
45/12 47/21 55/4
56/24 58/9 58/13 90/9
90/20 90/23 91/2
104/6 115/22 116/2
116/14 122/23 148/25
216/21
**known [5]** 56/7
68/25 93/9 134/1
170/16
**knows [8]** 27/20
38/15 71/14 85/5
126/21 180/4 184/6
208/4
**KRINZMAN [1]** 1/15
**KUEHNE [21]** 1/18
1/18 4/15 28/18 29/12
106/25 108/5 111/17
121/14 155/22 174/22
179/3 180/7 184/15
210/4 210/12 210/19
212/3 214/6 221/9
222/12
**Kuehne's [1]** 207/18

**L**

**la [1]** 45/18
**Lack [6]** 19/17 20/23
23/1 45/12 104/5
216/21
**ladies [4]** 13/3 74/6
119/14 210/8
**lady [1]** 55/13
**laid [3]** 10/10 10/24

127/25
**landscaping [1]**
102/1
**Lapciuc [4]** 44/15
44/20 45/4 45/17
**large [1]** 138/18
**largest [1]** 88/5
**last [30]** 44/8 61/8
68/15 70/25 71/1 71/3
71/21 71/23 72/6 75/4
76/1 77/22 78/6 78/7
78/18 80/3 80/16 81/3
82/10 87/3 89/25
116/3 116/23 126/14
163/14 169/10 169/10
177/16 203/1 216/8
**latch [1]** 132/1
**late [2]** 14/9 60/23
**later [2]** 8/18 12/4
31/10 55/10 61/16
85/10 135/6 135/7
153/20
**Latin [5]** 99/5 133/6
133/24 133/25 200/22
**Latinize [1]** 194/7
**Latinizers [1]** 191/8
**LAUDERDALE [4]**
1/2 1/5 11/3 222/24
**launderer [2]** 191/6
194/5
**law [29]** 1/10 1/18
4/11 8/16 8/20 9/5
9/22 12/8 25/11 25/14
28/9 28/11 28/13 29/4
31/14 80/22 82/19
105/4 114/8 114/16
118/24 130/20 132/7
149/6 149/6 149/10
152/17 152/18 175/8
**laws [2]** 119/2 131/2
**lawsuit [17]** 57/9
57/12 57/18 57/25
58/2 59/5 59/7 59/16
60/2 60/5 60/16 90/2
96/14 151/22 211/3
211/4 211/6
**lawyer [4]** 34/11
81/25 186/19 211/16
**lawyers [1]** 206/8
**lay [2]** 122/24 123/3
**laying [1]** 10/5
**lead [1]** 167/17
**leader [1]** 196/16
**leaders [1]** 196/8
**leading [10]** 24/10
34/5 56/21 88/13
97/17 146/12 146/19
150/4 169/5 201/25
**Leah [1]** 4/14
**learn [4]** 54/16 66/6
170/8 175/14
**learned [6]** 38/6

**L**

**learned... [5]** 38/8 45/13 172/7 218/5 218/11
**learning [1]** 57/16
**least [1]** 136/5
**leave [5]** 31/3 100/23 101/1 205/6 221/23
**leaves [1]** 27/16
**LED [1]** 91/20
**left [10]** 12/16 13/14 40/19 68/21 68/22 171/14 171/18 188/5 196/18 200/17
**legacy [5]** 86/25 86/25 191/20 191/21 195/16
**legal [6]** 25/9 25/10 26/10 77/21 105/3 114/3
**legend [1]** 133/3
**legends [1]** 60/21
**legislative [1]** 47/3
**lender [1]** 199/24
**lenders [1]** 199/23
**Leon [9]** 46/22 46/24 49/7 50/15 205/14 205/25 211/3 211/4 211/5
**less [2]** 97/12 186/14
**lesson [1]** 60/6
**let [22]** 8/14 11/12 45/3 49/7 60/6 81/13 95/21 97/23 107/5 112/12 113/6 122/19 127/7 132/8 155/15 163/13 164/11 206/8 206/16 208/18 209/24 219/12
**let's [73]** 16/22 18/11 19/5 21/25 28/3 32/20 38/23 40/21 41/25 42/12 43/12 44/8 47/1 47/15 51/8 53/16 53/20 63/11 64/11 76/6 76/15 76/23 88/23 91/17 94/24 95/1 95/18 97/22 108/22 111/5 116/23 116/25 129/19 131/13 131/14 132/9 133/5 134/3 134/22 135/19 136/14 137/5 139/8 155/7 159/1 161/24 170/15 171/3 171/6 172/12 173/9 173/23 176/12 181/23 182/4 182/17 183/16 184/12 185/19 187/2 187/17 194/23 210/6

212/24 213/4 214/4 214/12 215/14 215/14 218/21 219/22 220/16 221/18
**letter [11]** 10/6 10/11 94/10 160/21 185/23 185/25 186/1 186/9 186/20 217/21 218/1
**letters [2]** 20/15 177/15
**letting [2]** 195/1 206/25
**level [5]** 105/2 131/1 143/19 144/21 203/5
**liability [2]** 110/20 199/25
**license [5]** 144/4 144/8 174/13 175/2 175/9
**licenses [1]** 141/25
**licensing [1]** 138/15
**lie [2]** 56/9 127/3
**lied [1]** 126/24
**lies [1]** 127/8
**life [36]** 31/20 31/24 41/16 66/25 101/7 110/7 123/12 129/16 134/12 135/10 135/12 135/13 152/19 152/20 152/21 152/23 153/2 153/4 153/6 153/8 153/9 153/11 161/19 164/9 164/14 164/23 165/7 166/9 195/15 195/20 198/7 202/22 203/4 203/20 205/21 215/4
**lifestyle [2]** 73/14 73/15
**lifting [1]** 127/5
**light [3]** 91/18 141/5 148/15
**lights [5]** 91/14 91/19 91/20 101/24 188/4
**like [66]** 5/22 14/9 20/2 25/18 26/9 29/19 30/23 31/13 31/19 32/4 32/8 32/25 34/3 37/3 61/22 62/15 65/3 65/4 70/18 71/19 72/9 78/1 78/9 84/9 91/17 91/20 97/23 98/18 104/14 106/8 109/5 111/21 112/13 118/4 118/10 118/19 118/20 124/24 131/16 141/25 142/6 144/2 144/8 145/13 145/13 151/6 151/21 155/10 161/4 167/19 168/24 170/25

171/16 179/1 181/20 183/14 188/3 196/3 196/15 197/6 201/21 203/8 204/6 205/6 206/16 221/25
**limit [2]** 47/3 167/6
**Lina [1]** 92/18
**line [11]** 6/9 6/13 13/20 50/10 104/10 104/12 147/14 166/2 190/8 196/23 202/7
**lines [2]** 9/1 23/25
**lineup [1]** 118/9
**liquor [3]** 155/14 174/12 175/2
**list [9]** 42/10 43/13 44/21 45/7 53/5 128/17 129/20 163/24 208/13
**listen [3]** 44/23 119/25 221/13
**listener [4]** 163/9 183/7 199/1 200/2
**litigation [4]** 57/22 57/22 159/9 187/14
**little [28]** 26/21 37/13 38/23 39/23 49/14 60/25 61/3 68/24 73/12 90/7 90/24 98/13 100/16 100/18 101/13 124/9 159/21 192/14 194/7 197/7 200/16 200/19 200/22 201/5 204/6 205/15 206/1 212/17
**live [7]** 61/6 101/10 102/2 149/15 156/14 165/2 205/21
**livelihood [1]** 191/23
**lives [1]** 192/22
**living [3]** 66/23 130/22 131/4
**LLC [3]** 159/19 190/9 190/11
**locally [1]** 65/14
**located [1]** 89/18
**location [3]** 84/20 200/16 200/24
**locations [3]** 35/4 36/5 36/6
**locomotives [1]** 155/11
**lodged [1]** 22/14
**long [6]** 32/1 103/7 111/12 121/15 135/13 211/10
**longer [10]** 10/7 11/5 11/14 36/13 78/5 87/6 192/21 198/11 199/9 199/24
**longstanding [1]** 69/4

**look [39]** 7/8 9/23 11/19 20/2 21/25 39/14 39/14 41/9 41/10 44/17 46/20 53/16 63/17 71/21 76/23 95/21 107/3 119/21 119/24 140/13 144/4 144/22 144/24 145/1 146/20 147/20 148/15 163/21 167/4 173/9 185/3 207/18 208/18 212/3 212/17 214/12 215/7 215/24 222/10
**looked [5]** 39/22 44/19 148/6 168/16 209/19
**looking [12]** 52/5 52/6 52/7 59/13 71/17 112/10 138/15 142/25 144/15 144/17 146/8 146/20
**Loren [1]** 31/8
**Los [8]** 173/10 173/13 173/14 173/15 173/20 173/24 174/1 190/16
**lose [1]** 208/17
**lost [3]** 90/22 109/6 109/6
**lot [31]** 13/22 14/23 15/10 15/24 24/7 25/6 25/7 25/8 26/8 28/15 29/5 30/2 30/7 30/8 47/11 57/2 65/13 66/8 66/10 66/10 71/5 84/10 91/19 104/14 105/20 122/4 125/8 129/25 138/21 146/22 203/5
**lots [6]** 17/11 17/13 17/14 17/15 24/3 71/12
**lottery [1]** 205/23
**loud [3]** 91/4 91/23 91/24
**Louis [2]** 5/6 5/8
**love [3]** 86/18 192/22 199/14
**loved [2]** 73/18 173/19
**loyal [2]** 156/18 156/19
**LUBETSKY [1]** 1/15
**lucky [1]** 203/3
**lunch [6]** 110/25 112/14 121/16 121/17 124/23 207/22
**Luncheon [1]** 120/7

**M**

**ma'am [1]** 140/9

**machanitas [1]** 118/20
**machines [2]** 118/21 203/7
**Mad [1]** 159/19
**made [25]** 18/23 20/18 20/19 22/21 51/10 56/18 58/1 58/3 65/14 65/18 74/2 87/8 109/17 127/19 127/22 135/8 136/6 137/21 157/5 175/22 191/3 192/2 192/4 192/6 216/4
**magic [1]** 73/7
**magical [1]** 102/6
**main [1]** 166/3
**mainly [1]** 67/16
**majority [2]** 67/14 130/13
**make [39]** 6/12 6/15 6/19 7/1 7/2 7/8 9/22 18/19 21/14 22/5 31/4 41/16 51/12 66/10 71/13 86/6 101/11 107/4 107/6 107/15 111/18 111/20 112/16 119/20 119/24 120/3 127/1 128/5 143/21 152/5 176/3 180/3 194/21 210/1 212/24 215/15 222/9 222/10 222/11
**makes [1]** 9/6
**making [9]** 4/24 5/2 6/11 21/4 48/18 56/4 65/3 67/4 86/18
**Malone [9]** 7/18 7/25 12/5 106/11 108/15 108/23 108/25 110/4 200/5
**Malone's [4]** 100/8 106/5 109/3 109/12
**Malou [1]** 97/21
**man [10]** 41/8 100/17 100/18 193/2 208/1 213/18 213/19 215/5 217/14 219/19
**managed [1]** 77/4
**management [1]** 30/15
**manager [19]** 10/22 22/23 23/2 23/5 23/6 24/6 28/24 28/25 30/11 31/14 58/23 122/14 141/12 143/12 160/5 185/6 185/15 185/15 202/13
**managers [1]** 178/21
**Manolo [1]** 96/24
**many [32]** 30/20

**M**

**many... [31]** 56/7
56/7 65/15 65/15
65/15 66/4 72/18
76/10 84/4 95/9 95/9
97/10 97/10 99/8
104/24 109/8 111/13
144/7 149/19 149/20
151/9 152/3 152/3
156/14 156/17 165/23
170/6 189/8 193/5
198/24 219/1
**Marc [2]** 1/21 4/15
**March [15]** 35/8
46/14 46/14 46/15
46/17 50/13 50/16
79/25 92/20 93/1 93/6
177/2 213/11 219/2
219/13
**March 12 [1]** 46/17
**March 13 [2]** 177/2
219/2
**March 19 [2]** 93/1
93/6
**Marcus [2]** 44/15
44/20
**Marine [2]** 208/4
217/3
**market [3]** 99/20
191/10 191/10
**marketing [1]**
155/15
**marketplace [14]**
98/19 98/20 98/21
98/23 98/24 99/3
99/12 99/20 103/13
104/17 105/19 105/22
109/1 191/9
**marketplaces [1]**
99/6
**Marlins [1]** 67/23
**Marrero [1]** 160/4
**marshal [2]** 164/15
164/19
**MARTIN [17]** 1/4
40/23 42/21 43/3 50/9
60/2 86/1 88/4 93/12
105/24 106/3 109/16
112/9 116/6 118/15
200/17 201/2
**Martinez [2]** 209/5
209/10
**Marvin [1]** 69/5
**Mason [2]** 1/16 4/14
**massacre [6]** 111/7
112/1 118/12 151/3
186/25 192/4
**match [1]** 143/23
**matched [1]** 142/3
**material [1]** 107/14
**materialize [1]**
101/19
**materialized [1]**
101/19
**materials [1]** 150/9
**Matt [11]** 12/5 100/8
100/15 106/5 106/11
108/23 108/25 109/12
110/4 110/5 200/5
**Matt's [1]** 109/11
**matter [22]** 7/20
38/2 42/18 42/19 51/4
71/22 86/1 101/10
119/8 130/7 135/12
135/14 149/14 150/8
150/23 159/10 161/19
163/17 164/10 221/14
221/23 222/20
**matters [1]** 134/12
**Maurice [1]** 160/8
**maximum [3]** 19/7
136/6 168/24
**Maxwell [2]** 32/13
63/22
**may [41]** 1/5 4/1 4/5
4/18 8/21 9/11 9/25
10/17 13/2 13/6 21/10
22/9 22/10 26/16 28/1
34/14 34/16 59/11
59/17 74/21 81/18
107/20 109/5 111/1
116/14 121/1 124/17
151/24 167/5 174/20
174/23 180/1 188/14
188/22 189/3 189/4
189/22 193/22 197/13
209/6 210/12
**may be [6]** 4/5 13/2
34/16 167/5 188/14
189/3
**maybe [4]** 94/23
120/3 143/3 211/1
**mayor [7]** 70/2 70/3
70/14 94/4 96/22 97/2
134/8
**mayor's [1]** 70/16
**MDC [2]** 208/23
209/4
**me [78]** 8/9 8/12
8/14 9/22 11/12 11/12
12/14 15/17 17/16
24/17 44/20 45/3 49/7
50/24 55/15 60/6
70/19 71/4 80/15
81/22 85/6 85/7 95/21
96/19 107/5 109/7
109/15 112/6 112/12
113/6 122/19 123/9
125/17 126/19 127/6
127/7 129/8 132/8
151/5 152/22 157/18
157/24 160/6 163/2
163/12 163/19 163/20
164/11 177/19 179/5
180/23 181/2 183/1
183/2 183/4 183/10
185/11 190/24 194/12
195/17 195/21 197/17
198/3 198/6 198/11
198/18 203/20 205/1
205/13 206/6 206/8
208/18 212/1 215/13
217/20 219/12 220/15
221/7
**mean [16]** 25/10
63/13 67/18 67/18
71/2 73/5 75/10 84/4
85/14 108/9 130/18
131/2 135/4 146/2
170/5 176/8
**means [3]** 25/14
173/14 212/7
**meant [7]** 29/18
29/18 100/6 139/1
143/19 145/12 164/3
**measure [2]** 119/3
119/3
**measures [2]** 130/16
151/10
**measuring [1]**
178/22
**media [7]** 72/2 74/10
93/9 131/23 141/15
193/4 221/12
**meet [8]** 54/12 85/5
93/7 164/18 165/22
166/7 178/6 212/2
**meeting [47]** 27/9
67/2 68/16 69/24 70/7
92/1 92/21 93/6 94/14
94/17 96/17 111/6
111/7 111/9 111/11
111/12 111/15 112/1
112/4 112/10 112/10
112/11 112/25 115/23
115/23 117/21 117/22
117/23 117/24 118/13
119/9 124/24 125/2
125/5 125/7 125/16
126/1 126/12 127/17
128/12 129/13 130/8
131/3 131/13 165/21
178/23 192/7
**meetings [5]** 76/11
97/5 190/25 190/25
192/9
**member [14]** 24/22
27/1 27/8 27/10 61/15
66/12 68/23 69/4
72/21 80/10 92/24
93/22 94/11 143/25
**members [15]** 13/1
66/19 66/23 66/25
71/13 74/19 80/8
83/18 93/15 93/18
164/11 177/19 179/5
180/23 181/2 183/1
183/2 183/4 183/10
185/11 190/24 194/12
195/17 195/21 197/17
198/3 198/6 198/11
198/18 203/20 205/1
205/13 206/6 206/8
208/18 212/1 215/13
217/20 219/12 220/15
221/7
**memory [1]** 95/5
**Mendez [2]** 129/21
130/10
**mention [1]** 156/16
**mentioned [10]** 34/2
42/13 45/3 46/21
76/24 159/11 164/11
174/16 189/19 190/21
**mentions [1]** 117/18
**message [7]** 23/10
50/12 106/11 107/18
108/22 109/3 110/3
**met [6]** 40/20 151/6
152/3 152/22 164/19
217/11
**Mexican [4]** 62/3
170/21 171/15 171/21
**Mexicano [12]** 42/3
118/17 128/10 170/19
173/10 173/14 173/15
185/16 187/23 190/9
190/11 190/12
**Mexico [3]** 172/4
172/4 172/8
**Miami [119]** 1/13
1/17 1/19 1/22 2/4
11/2 11/19 14/8 15/5
16/17 16/24 27/9
27/15 29/6 35/12
35/21 36/1 46/9 48/25
49/1 54/17 68/1 69/2
69/5 70/3 70/11 70/17
72/9 75/8 75/11 75/12
75/15 75/16 75/19
75/25 76/12 76/25
77/14 78/3 79/22
80/10 80/11 83/9
83/18 88/12 97/20
102/5 104/19 104/23
106/3 114/6 119/1
125/6 127/3 127/25
129/11 134/5 134/7
134/24 135/20 136/18
136/23 140/15 140/19
143/1 143/16 144/9
147/19 149/18 149/20
149/21 149/24 149/25
150/12 150/15 150/20
151/4 151/13 152/17
153/5 154/14 155/4
157/4 160/4 160/10
164/13 164/19 164/20
165/2 165/20 166/5
166/8 166/14 168/23
168/23 169/14 169/20
174/8 175/12 175/15
177/5 178/12 178/17
182/14 186/20 187/12
191/5 192/3 192/10
198/25 200/21 204/14
**94/1 97/12 124/16**
189/2 193/21
210/24 211/13 213/10
213/11 214/17 219/17
219/22
**Miami's [2]** 81/15
167/12
**Miami-Dade [8]**
46/9 69/5 80/10 80/11
97/20 166/5 166/14
211/13
**microcultures [1]**
172/5
**microfilm [1]** 165/2
**microscope [1]**
152/4
**mid [1]** 60/23
**middle [7]** 19/6 99/4
99/8 126/24 153/21
162/17 181/18
**midnight [2]** 14/9
14/9
**might [5]** 71/10
114/8 164/17 204/17
212/1
**millions [3]** 72/1
72/1 80/17
**mind [1]** 205/12
**mini [1]** 91/14
**minimum [1]** 167/16
**minute [4]** 141/13
197/9 197/14 207/2
**minutes [20]** 74/5
121/18 121/20 125/17
188/16 193/13 197/16
206/7 206/12 206/16
206/18 206/24 207/9
207/14 208/11 208/15
208/17 208/21 210/10
219/25
**mischaracterization
[1]** 49/14
**Mischaracterizes [4]**
211/18 213/20 215/17
218/10
**mishaps [1]** 120/2
**misleading [1]**
160/18
**misrepresented [1]**
40/18
**missed [1]** 47/10
**mission [3]** 61/1
84/23 85/25
**mistake [1]** 135/8
**mitigate [1]** 54/13
**Mm [2]** 218/5 220/1
**Mm-hmm [2]** 218/5
220/1
**mobile [7]** 67/24
75/17 102/18 102/20
102/21 105/14 105/16
**mobilize [1]** 114/20
**Mojitos [1]** 73/13
**moment [13]** 19/4

**M**

**moment... [12]** 19/21 20/9 52/25 76/12 138/9 195/22 197/4 200/15 204/4 205/5 207/20 219/20
**momentarily [1]** 213/2
**monetary [1]** 6/8
**money [9]** 4/25 88/4 109/6 152/15 154/3 154/20 191/6 194/5 203/7
**month [41]** 16/9 16/16 17/18 18/18 18/25 19/14 31/22 59/8 61/8 61/10 68/14 68/15 68/16 70/25 71/1 71/4 71/18 71/23 72/6 72/19 73/25 75/4 76/2 77/22 78/19 80/4 80/16 81/4 82/11 83/15 83/16 87/3 111/12 111/12 153/20 154/25 155/1 157/2 160/23 167/17 204/2
**monthly [2]** 61/6 73/23
**months [20]** 62/5 71/22 76/10 89/25 95/9 111/13 135/6 135/6 157/13 157/18 157/25 166/9 166/9 166/10 166/10 167/24 176/3 177/22 178/3 178/7
**more [37]** 26/22 30/17 53/1 53/1 60/6 60/7 60/13 60/13 87/7 94/5 98/16 121/12 122/2 122/4 123/19 124/3 124/9 130/11 139/4 139/4 139/5 145/12 147/21 147/21 158/6 158/7 158/20 161/16 166/10 175/8 177/13 177/13 177/15 177/15 178/3 188/15 221/6
**morning [16]** 4/1 4/5 4/10 4/13 4/14 4/17 12/14 13/3 13/12 13/13 109/5 121/23 125/11 216/3 221/10 221/14
**most [10]** 6/9 19/9 19/22 102/4 121/10 128/16 130/25 149/23 165/19 205/4
**motion [3]** 5/6 107/15 107/20

**motive [1]** 97/7
**mountains [1]** 177/20
**move [52]** 10/13 10/18 10/20 11/16 11/18 11/24 37/2 41/25 42/12 56/21 69/12 79/7 81/22 84/17 85/22 89/20 92/10 96/3 103/23 105/6 106/18 106/22 114/21 116/2 116/7 121/12 124/7 126/3 131/13 131/14 133/16 137/2 137/19 139/23 142/16 159/14 160/3 162/5 167/18 167/20 170/15 172/20 174/5 174/23 176/19 177/20 179/12 184/22 189/23 214/14 220/16 222/14
**moved [4]** 83/14 84/17 105/15 105/16
**moviegoers [1]** 90/12
**moving [9]** 27/25 106/2 107/3 107/6 120/3 121/9 121/11 135/4 162/18
**Mr [296]**
**Mr. [30]** 7/21 8/22 14/25 28/18 36/8 37/15 39/12 39/25 42/4 42/9 42/14 45/4 45/23 51/13 59/6 78/10 81/2 94/3 96/21 106/12 106/25 111/3 130/14 148/4 180/8 183/4 200/18 201/17 206/1 222/4
**Mr. Carollo [7]** 14/25 36/8 39/12 42/4 78/10 94/3 96/21
**Mr. Carollo's [2]** 39/25 42/9
**Mr. Franqui [1]** 183/4
**Mr. Fuller [11]** 7/21 42/14 45/23 59/6 81/2 106/12 111/3 148/4 180/8 201/17 222/4
**Mr. Gutchess [1]** 8/22
**Mr. Kuehne [2]** 28/18 106/25
**Mr. Lapciuc [1]** 45/4
**Mr. Pinilla [1]** 51/13
**Mr. Pinilla's [2]** 130/14 206/1
**Mr. Sierra [1]** 37/15
**Mr. Zamanillo [1]** 200/18

**Ms [1]** 129/8
**Ms. [11]** 74/21 88/14 97/21 102/10 111/20 121/22 156/23 161/23 174/5 188/14 189/4
**Ms. Caprio [10]** 74/21 88/14 102/10 111/20 121/22 156/23 161/23 174/5 188/14 189/4
**Ms. Malou [1]** 97/21
**Ms.Caprio [1]** 59/2
**much [12]** 72/12 105/21 121/19 121/22 142/21 154/3 154/13 188/15 206/3 206/10 210/1 210/23
**multi [1]** 111/12
**multi-month [1]** 111/12
**multiple [10]** 10/5 10/10 11/15 23/19 111/21 143/24 144/5 192/18 203/8 216/23
**municipalities [2]** 165/19 165/20
**murders [1]** 118/20
**Museo [3]** 200/16 200/19 201/5
**museum [2]** 167/19 200/21
**music [11]** 19/10 57/2 61/6 64/25 91/4 91/13 91/19 91/20 102/1 171/15 172/10
**musical [1]** 133/4
**musicians [2]** 133/23 133/25
**must [1]** 135/12
**my [91]** 7/14 12/15 24/24 28/24 28/25 31/5 55/6 55/14 55/19 61/16 61/16 63/2 64/8 72/23 74/8 80/6 85/20 85/20 86/21 86/22 86/22 86/25 86/25 89/18 90/22 98/13 98/14 98/15 103/13 107/8 110/3 110/7 110/7 110/16 110/24 119/5 119/6 119/7 119/7 124/8 126/15 126/20 126/21 126/23 127/11 127/12 127/12 127/22 127/24 138/19 149/5 149/12 149/12 162/21 163/13 167/23 177/12 177/25 181/10 195/16 195/16 195/20 195/20 198/17 200/7 202/12 202/13 202/22 202/22 202/23 202/23

202/23 204/5 204/15 204/21 205/7 205/12 205/13 205/21 206/12 206/19 207/3 207/9 207/24 208/18 212/8 215/24 216/6 219/5 220/9 221/11

**N**

**nail [1]** 204/18
**name [7]** 11/7 44/14 100/1 117/18 117/23 214/18 216/25
**named [2]** 77/4 122/15
**narrating [1]** 109/22
**narrative [19]** 43/9 44/25 55/24 57/12 82/15 82/25 102/8 105/6 116/10 136/11 149/7 151/20 156/20 167/2 167/8 181/21 191/13 192/24 203/11
**nature [2]** 150/4 173/19
**near [1]** 14/9
**nebulous [1]** 7/13
**necessary [5]** 102/19 104/2 134/14 167/5 171/18
**need [25]** 6/18 6/20 7/4 9/20 10/18 11/16 17/13 77/1 79/25 121/22 124/6 124/6 124/9 134/14 164/17 164/25 165/3 166/2 166/23 188/8 193/12 207/9 210/2 220/22 221/6
**needed [9]** 15/23 48/7 79/20 94/2 110/11 152/5 154/15 164/10 178/6
**needs [4]** 120/4 132/4 154/10 207/17
**nefarious [1]** 27/17
**neighbor [2]** 54/12 54/14
**neighborhood [16]** 39/2 60/21 61/11 61/23 97/24 99/2 101/2 101/9 101/16 104/22 105/22 127/13 127/15 166/18 192/22
**neighboring [2]** 43/18 64/22
**neighbors [1]**

126/23
**Neither [1]** 58/20
**never [34]** 5/19 5/20 5/20 21/17 26/10 29/5 32/22 32/23 35/10 54/7 54/21 57/10 58/13 58/14 58/20 60/3 75/7 75/8 75/9 84/2 86/8 95/11 95/15 97/12 101/19 117/22 136/4 153/4 168/14 168/17 198/9 214/21 215/4 217/11
**new [38]** 73/24 73/24 80/20 108/14 153/16 155/11 162/19 166/8 166/8 178/8 208/12
**newborn [2]** 32/14 32/15
**newcomer [2]** 191/7 191/7
**newly [1]** 97/20
**news [2]** 74/9 221/12
**newspapers [1]** 74/9
**next [42]** 8/10 8/14 24/6 25/9 32/6 33/24 40/6 46/12 46/19 59/2 77/10 77/24 84/15 88/14 92/17 92/21 100/19 102/10 105/11 110/24 114/23 115/4 115/5 139/15 140/8 148/9 151/17 152/14 156/22 161/23 172/17 174/5 181/22 181/23 184/12 185/19 187/2 204/23 207/13 207/16 208/15 208/20
**nice [1]** 55/13
**night [24]** 13/23 14/4 14/7 14/9 19/3 19/11 27/10 30/23 30/25 31/3 32/8 123/2 126/24 132/15 135/25 136/4 138/14 138/24 141/6 181/15 182/12 183/24 204/4 222/15
**nine [3]** 166/9 166/9 166/10
**Ninoska [1]** 68/25
**Niworowski [1]** 1/12
**no [87]** 1/2 7/20 11/5 12/16 14/13 20/11 26/18 29/10 35/13 36/12 36/23 46/18 50/22 53/12 55/18 62/22 63/12 75/5 75/23 78/5 79/5 86/7 86/7 86/7 87/6 89/6 89/8 92/8 94/18

**N**

**no... [58]** 98/7
102/23 105/25 106/1
106/7 107/9 108/14
108/16 109/14 111/1
111/17 112/16 112/19
113/8 115/19 117/7
119/16 122/18 129/14
132/6 142/14 143/9
148/25 151/1 152/19
152/21 152/23 158/8
162/3 164/25 165/8
165/8 165/10 165/12
172/22 184/9 185/10
194/4 194/6 194/17
198/11 199/8 199/24
201/6 202/4 202/4
205/18 206/3 208/10
209/13 209/20 214/20
215/5 217/18 218/13
218/18 218/25 219/6
**nobody [5]** 20/15
67/10 118/9 198/2
198/10
**noise [23]** 23/11
23/17 54/1 54/5 54/7
54/9 54/10 55/1 55/8
55/16 56/4 56/18
56/25 57/17 58/10
89/3 90/6 90/9 90/13
90/20 90/23 91/15
91/15
**non [23]** 5/14 5/15
20/23 37/18 41/20
42/25 47/25 49/18
50/2 55/24 57/11
60/12 80/23 82/14
82/24 84/14 85/18
85/23 103/8 106/4
109/21 135/1 157/14
**non-existent [1]**
135/1
**non-parties [2]** 5/14
5/15
**non-personal [1]**
37/18
**non-responsive [18]**
20/23 41/20 42/25
47/25 49/18 50/2
55/24 57/11 60/12
80/23 82/14 82/24
84/14 85/18 85/23
103/8 109/21 157/14
**none [1]** 119/22
**noneconomic [6]**
6/4 6/17 6/25 8/25
9/2 9/7
**nonprofit [5]** 43/4
60/20 67/13 80/8
85/12
**Nope [1]** 215/24

**nor [1]** 58/21
**Noriega [3]** 15/16
15/20 160/5
**normal [2]** 37/15
135/3
**normally [4]** 55/21
143/3 144/9 152/1
**north [1]** 64/24
**not [210]** 4/22 4/24
5/25 6/2 6/16 7/9
7/17 8/2 8/4 8/16
8/18 9/8 9/15 9/18
10/4 11/2 12/9 12/11
14/13 17/4 20/11 21/8
21/19 21/23 21/25
22/2 22/6 22/6 24/15
25/8 25/10 25/10
25/17 27/23 28/10
29/9 29/18 31/6 32/9
33/10 34/4 34/5 35/13
35/17 35/17 36/15
37/13 38/16 38/17
42/15 43/6 44/25 48/8
49/19 50/10 51/4
51/22 52/4 53/7 53/12
55/12 55/19 55/22
56/9 56/13 57/3 57/8
57/19 57/22 58/1 58/3
58/9 61/24 65/4 67/10
67/10 67/18 69/3 72/1
73/6 74/6 74/7 74/9
75/5 76/3 76/4 78/10
78/14 78/17 81/15
81/25 82/1 83/9 83/17
83/23 85/2 89/3 89/5
89/6 90/1 90/17 92/8
92/24 93/25 94/2 94/7
95/11 96/1 96/2 97/6
98/11 98/12 101/4
101/5 102/23 103/3
104/12 105/5 105/22
107/2 107/14 107/24
107/24 109/8 109/16
109/22 111/16 111/18
112/2 112/16 112/23
113/3 113/4 115/5
116/15 118/25 119/8
119/9 119/14 119/15
122/14 123/15 123/18
123/25 124/2 126/25
127/11 127/23 131/9
138/17 139/1 141/24
143/18 144/9 147/6
147/20 149/15 150/22
152/6 156/15 157/21
157/22 161/1 161/18
162/23 163/14 165/3
167/15 167/21 168/5
174/12 175/8 178/13
179/10 182/12 182/12
183/4 183/5 183/11
188/9 196/20 202/1

202/16 202/17 203/11
205/19 206/15 207/19
207/25 209/14 211/9
211/11 211/11 214/5
215/7 217/3 217/8
218/11 218/20 218/22
218/25 219/2 219/9
219/13 219/15 220/21
221/2 221/12 222/1
222/7
**note [2]** 122/12
187/9
**noted [9]** 139/24
158/3 174/23 175/5
176/22 180/6 184/21
189/18 189/21
**nothing [12]** 22/8
30/5 53/3 85/11 86/1
86/2 86/2 102/19
105/20 108/12 191/24
195/3
**notice [8]** 103/17
103/22 114/5 186/1
186/2 186/11 220/19
221/3
**noticed [1]** 218/8
**notified [6]** 19/2
23/23 23/25 136/21
136/23 157/4
**notify [4]** 157/10
157/11 157/12 157/17
**November [3]** 42/17
205/15 205/25
**now [112]** 9/1 10/17
18/21 21/16 24/1 25/3
28/19 29/1 32/25
34/10 37/2 39/18
40/21 42/10 43/9
43/23 44/4 44/5 45/3
46/3 46/19 50/3 53/3
53/20 53/20 54/1
55/21 55/23 56/21
57/11 59/5 70/18
73/24 76/6 77/21
79/24 80/7 80/11
80/14 82/15 84/1 84/9
85/10 86/25 87/3 87/5
98/18 101/6 101/10
102/8 104/15 105/6
107/16 108/17 109/22
111/9 113/17 114/19
115/4 116/23 118/11
119/14 121/16 123/25
129/19 130/16 131/13
131/16 131/18 131/24
134/3 134/22 135/8
137/5 143/25 144/23
145/8 146/24 148/6
149/17 157/20 160/9
161/18 161/20 163/19
164/2 167/2 168/23
169/1 170/15 177/24

178/15 179/1 181/18
183/13 183/16 190/21
191/13 191/16 191/18
191/19 197/23 201/20
201/20 205/2 205/24
206/16 206/17 206/22
206/24 207/7 207/8
**nowhere [1]** 29/25
**nucleus [1]** 18/10
**number [22]** 4/8 9/4
9/9 11/6 11/7 11/10
40/18 40/19 41/5
42/12 44/3 44/3 44/3
46/20 49/18 122/10
129/9 167/19 179/4
207/25 214/7 220/18
**numbness [1]**
130/23
**numerous [1]** 136/8
**NW [1]** 1/13

**O**

**oath [1]** 222/6
**Oaxaca [1]** 172/4
**object [8]** 21/17
88/25 96/2 117/8
122/15 122/18 159/8
179/10
**objected [1]** 147/6
**objection [296]**
**objections [16]** 5/2
5/18 6/5 6/6 6/9 6/10
6/11 6/20 7/1 11/15
22/1 62/18 111/21
162/1 184/15 222/11
**objective [1]** 95/9
**observations [1]**
30/14
**observe [5]** 30/11
112/13 145/16 145/19
155/18
**observed [2]** 122/24
145/24
**obsession [1]**
131/20
**obtain [1]** 219/20
**obtained [4]** 129/15
207/21 211/16 220/21
**obtaining [1]** 166/13
**obviously [2]** 11/15
165/18
**occasions [2]** 152/3
186/14
**occupancy [8]**
158/15 160/2 160/9
160/11 160/17 160/22
168/24 169/20
**occur [2]** 19/14
31/24
**occurred [2]** 17/9
139/21
**occurring [2]** 19/3

138/12
**Ocho [35]** 17/12
17/13 35/18 36/15
61/3 62/14 70/8 73/12
73/17 87/4 87/11 88/1
88/12 88/18 98/18
98/20 98/21 98/24
99/11 99/14 99/20
100/16 101/13 103/13
104/17 105/19 109/1
158/10 170/19 171/12
181/12 181/18 191/7
191/9 194/8
**Ocho/Little [1]**
73/12
**October [6]** 30/11
31/3 59/9 59/25
159/24 161/12
**October 11 [1]**
59/25
**off [12]** 5/25 10/5
10/10 10/24 11/12
13/15 101/24 163/1
163/15 176/4 176/8
177/14
**offer [1]** 9/9
**offered [10]** 38/17
51/22 78/14 82/1
83/23 90/17 91/9
97/15 157/22 163/8
**offering [3]** 82/15
147/25 164/3
**offerings [1]** 19/10
**office [22]** 10/6
54/11 70/7 70/16
70/21 72/7 72/11
72/17 73/16 75/2
75/24 76/6 77/15
79/24 84/6 134/4
134/18 134/23 178/15
189/9 196/15 197/24
**officer [13]** 56/3
140/9 140/18 140/19
143/2 144/2 144/5
175/16 175/18 180/16
181/1 182/15 185/24
**officers [16]** 23/20
23/20 136/7 136/15
136/19 138/21 143/20
143/22 144/2 144/7
144/8 144/9 145/4
146/3 146/15 181/6
**official [15]** 41/8
141/10 145/9 151/5
155/5 157/13 157/18
157/21 157/24 160/8
193/4 193/6 210/25
214/18 222/23
**officials [5]** 153/19
160/25 164/22 165/22
186/20
**often [5]** 31/13 65/1

## O

**often...** [3] 99/5
132/15 132/18
**oftentimes** [3] 25/11
75/16 145/11
**oh** [7] 31/13 33/16
136/3 171/7 214/24
217/15 218/17
**okay** [173] 9/24
13/16 14/3 14/6 14/8
14/15 15/8 15/12
15/14 17/17 17/22
18/23 19/9 20/10
22/17 23/13 23/16
23/23 24/5 26/23
28/22 29/13 30/10
31/19 32/9 32/24
33/12 34/20 35/2 35/5
35/8 36/18 37/2 37/5
39/21 40/5 40/21 41/9
44/8 44/20 44/25 45/3
46/3 46/8 46/13 47/18
48/10 48/14 48/22
49/3 49/11 50/13
50/20 51/8 51/12
51/15 52/11 52/17
52/24 53/16 53/24
55/4 58/12 59/8 59/10
60/4 60/8 60/16 60/19
61/5 61/20 63/6 63/20
63/20 65/9 66/12
66/15 68/5 68/8 69/12
70/4 70/13 71/2 72/17
76/6 76/15 76/23 77/9
77/24 78/21 79/1 79/4
79/19 80/1 81/6 81/11
88/23 89/20 90/20
92/3 92/15 93/1 93/3
93/5 94/13 95/2 95/5
95/18 96/14 96/16
97/10 98/18 99/11
107/10 111/11 113/3
113/11 113/25 116/16
117/18 118/11 125/18
126/3 128/18 132/16
135/19 137/5 137/14
137/19 139/17 141/2
146/24 147/8 148/3
149/22 150/11 150/14
150/19 153/13 158/14
165/15 166/5 166/12
167/9 169/3 171/3
173/9 173/17 176/6
176/17 176/19 177/2
178/10 179/23 180/1
180/11 180/18 182/24
185/14 187/17 188/7
189/7 190/21 191/2
195/24 196/2 197/4
197/6 197/23 200/5
207/23 212/24 213/4

**Oklahoma** [1]
101/10
**old** [6] 32/12 63/20
100/12 155/11 208/3
217/14
**Older** [1] 60/21
**olive** [4] 95/10 95/12
95/14 97/14
**on** [276]
**once** [6] 16/8 16/8
29/3 29/16 107/9
210/1
**one** [111] 4/18 9/25
10/3 11/2 12/7 12/13
12/15 14/10 17/18
18/18 18/24 19/14
29/19 31/21 39/23
40/8 40/9 42/13 42/15
44/8 45/22 47/10
48/15 49/18 54/8
54/14 55/6 62/8 62/21
65/25 66/23 67/6 69/7
71/11 71/13 73/18
74/2 74/9 76/12 80/10
84/11 86/19 88/5
88/17 92/15 96/18
96/18 96/18 96/24
100/12 101/21 102/3
105/1 108/11 108/11
113/2 118/18 118/18
126/25 127/4 130/3
130/5 130/10 130/11
130/24 130/25 134/13
140/1 144/2 144/8
144/22 154/25 155/1
155/10 157/2 158/16
160/22 162/1 163/1
163/14 166/22 166/22
167/23 167/24 169/7
169/8 169/10 170/3
170/5 170/8 171/12
172/4 172/17 172/19
173/18 191/11 191/20
195/4 198/7 198/8
199/24 205/3 206/14
207/20 214/1 214/5
217/15 218/13 218/19
220/21 221/23
**ones** [6] 17/15 31/22
203/3 209/3 209/14
214/5
**ongoing** [1] 127/8
**only** [28] 11/23
17/14 29/13 36/6
36/16 36/17 36/17
41/7 52/4 57/9 57/10
67/10 72/1 78/10
78/17 94/2 98/16
105/1 107/4 107/8
110/11 112/17 165/20
169/1 208/10 208/12
208/25 221/2

**onto** [2] 132/1
139/12
**onto your** [1] 139/12
**oops** [1] 135/7
**open** [18] 12/15
12/23 20/4 20/6 30/7
132/19 134/9 134/16
152/17 152/18 154/25
155/2 155/16 158/12
168/22 173/23 200/8
210/7
**opened** [3] 157/3
170/20 220/18
**opening** [3] 62/11
134/7 167/24
**openings** [1] 73/21
**operate** [6] 18/13
83/19 84/2 135/3
141/17 195/2
**operated** [1] 36/14
**operates** [1] 88/22
**operation** [4] 17/9
20/16 35/12 194/14
**operations** [1] 16/24
**operator** [1] 149/5
**opine** [1] 66/6
**opinion** [7] 43/23
105/7 114/3 119/15
131/8 161/9 164/3
**opinions** [1] 74/7
**opportunity** [5] 67/1
109/6 126/16 156/12
206/23
**opposing** [27] 21/14
48/16 62/17 63/25
68/9 76/16 78/22 81/7
88/24 92/4 95/19
107/7 112/15 112/17
116/25 125/19 133/6
137/6 139/9 142/10
146/25 159/2 161/25
171/7 172/13 176/13
189/13
**opposite** [2] 91/21
194/9
**Optically** [1] 86/18
**optics** [1] 183/14
**or** [76] 9/4 17/11
17/14 20/18 21/3 22/3
25/14 31/13 32/3
36/12 37/25 42/21
43/3 43/5 57/18 58/1
58/14 59/9 62/1 62/2
62/2 62/11 70/11 71/7
71/8 71/10 71/10
71/17 72/4 73/24
85/11 93/18 97/7 99/5
100/7 100/14 100/16
101/4 109/15 109/23
116/15 119/22 121/12
127/25 129/16 138/8
153/10 153/10 160/18

174/12 175/8 181/7
183/16 192/19 192/20
202/3 203/4 205/6
206/17 208/5 208/8
208/20 209/16 211/10
212/20 213/25 215/6
215/7 215/11 215/16
215/22 217/12 219/5
221/13 221/13 222/7
**orchestrating** [1]
203/9
**order** [8] 4/4 5/6 5/8
11/24 67/14 121/4
167/12 220/20
**ordered** [4] 18/5
135/18 135/20 136/2
**organization** [10]
66/15 66/19 75/15
84/2 84/5 84/6 84/23
87/21 97/6 191/11
**organizations** [3]
62/2 71/11 85/14
**organized** [1]
206/13
**origin** [2] 66/6 66/21
**original** [2] 66/20
69/3
**Orlando** [7] 38/4
217/20 217/25 218/22
219/16 219/18 220/4
**Orlofsky** [1] 81/11
**other** [55] 6/2 9/5
9/20 12/5 14/10 16/4
24/7 24/25 28/21
30/24 31/22 35/11
36/14 36/17 39/18
47/1 85/16 93/15
93/18 94/1 94/4 94/8
94/8 96/24 97/7 109/8
109/16 109/17 111/16
119/19 123/5 123/6
123/14 123/14 123/19
130/10 130/11 133/6
144/3 150/3 150/22
150/23 159/10 163/13
171/4 174/3 174/15
174/19 178/13 187/14
189/16 199/8 202/20
208/13 209/3
**others** [2] 10/16
71/9
**Otherwise** [2] 91/8
206/25
**our** [125] 4/20 5/13
6/5 6/6 6/9 6/13 6/19
7/1 7/2 13/19 14/23
15/11 18/12 18/21
18/21 23/25 26/7
26/24 27/9 27/21
29/17 31/13 40/17
40/20 42/3 42/4 42/15
42/16 42/18 46/23

48/8 52/8 52/9 54/8
55/10 60/21 61/22
61/23 62/21 65/6
65/13 65/16 65/24
67/16 67/22 68/21
70/5 70/25 75/13
76/10 76/11 78/19
80/12 83/18 84/6
84/10 87/8 96/25 97/5
97/5 98/25 99/2 99/7
102/5 102/6 102/6
102/15 102/18 105/3
106/1 109/13 110/7
117/22 118/5 118/16
118/22 119/4 127/10
134/7 136/25 139/5
139/6 139/6 141/12
141/25 142/23 143/12
148/20 149/13 155/6
156/17 157/9 157/10
158/9 163/23 163/24
164/10 164/18 164/18
164/20 164/23 167/24
169/25 170/7 170/7
174/12 175/2 175/2
175/9 175/25 176/1
185/6 186/3 189/17
191/15 191/17 191/18
191/22 191/23 192/21
194/9 195/18 200/23
203/23 218/4
**ours** [3] 105/1
128/17 130/12
**ourselves** [3] 75/16
172/1 201/2
**out** [42] 6/6 6/8
21/17 37/15 39/13
50/9 50/11 50/14
52/10 54/19 54/19
54/24 56/3 58/17 65/7
65/21 73/7 78/2 78/18
78/20 80/2 80/22 94/4
94/11 100/18 118/9
119/5 127/2 127/25
128/5 136/18 144/17
164/22 169/2 182/24
192/17 193/1 193/1
198/6 204/7 205/21
217/23
**outdoor** [1] 132/18
**outed** [2] 52/3 118/5
**outlined** [1] 40/4
**outside** [6] 138/8
151/13 182/12 204/16
220/20 221/4
**over** [37] 6/13 16/9
16/15 20/3 20/14 25/9
67/22 71/6 80/7 86/24
95/13 95/13 95/13
95/16 95/16 97/4
104/11 104/21 104/24
121/16 127/21 135/23

**O**

**over... [15]** 169/9
169/9 169/10 171/20
172/5 177/22 200/17
202/4 202/4 202/10
202/21 203/1 203/15
204/2 207/22
**overboard [1]** 5/2
**overruled [94]** 14/12
14/21 15/1 16/14
16/20 18/8 19/18 21/9
23/3 25/5 25/15 25/21
26/14 27/7 27/21
29/11 34/6 34/12
35/16 36/4 38/9 38/18
39/8 39/19 40/13
41/14 43/1 43/10
43/25 45/14 48/1 50/4
50/4 51/23 57/7 57/24
58/18 60/14 69/14
77/19 78/16 82/3
82/16 83/7 83/24
85/19 85/24 86/5
87/16 88/3 97/18
103/5 104/7 105/8
114/4 115/20 115/20
116/4 117/10 131/11
133/14 145/10 148/18
148/24 149/1 149/9
151/2 154/1 155/24
157/16 157/23 158/3
159/13 163/11 169/6
170/1 182/16 183/9
184/6 184/10 186/8
191/14 192/25 195/14
196/7 198/1 198/16
202/2 203/13 211/8
216/22 217/19 218/12
219/8
**overwhelming [3]**
32/11 32/11 196/24
**own [11]** 15/11 26/6
40/23 42/17 42/20
44/13 71/7 99/11
147/25 171/1 181/16
**owned [2]** 42/6
42/19
**owner [1]** 58/3
**owners [1]** 186/10
**ownership [2]** 26/7
159/23
**owns [1]** 44/13

**P**

**P-R-O-C-E-E-D-I-N-
G-S [2]** 4/2 121/2
**p.m [11]** 19/11 19/11
19/16 19/16 19/21
19/21 119/16 188/9
209/25 210/10 222/16
**pace [1]** 165/19
**Padrino [1]** 194/11

**page [7]** 46/19 49/4
49/9 92/17 130/2
130/11 177/17
**paid [6]** 10/7 10/12
36/21 75/15 158/6
158/11
**pain [2]** 52/2 52/6
**painful [2]** 18/15
142/7
**painted [1]** 100/12
**painting [1]** 65/1
**paper [3]** 105/10
142/3 146/8
**papers [4]** 141/23
141/24 141/24 142/2
**paperwork [2]** 20/7
142/3
**par [3]** 109/13
144/19 148/10
**paragraph [4]** 49/6
52/19 160/16 177/16
**parallel [1]** 141/15
**paralysis [1]** 20/9
**parameters [1]**
124/10
**paranoia [2]** 167/23
204/21
**paranoid [1]** 204/14
**parcel [1]** 5/12
**pardon [2]** 7/23 71/4
72/24 200/18
**parent [2]** 159/20
190/12
**park [3]** 70/25 84/1
190/25
**parked [1]** 147/20
**parking [31]** 13/22
13/22 14/15 14/18
14/23 14/23 15/2 15/6
15/9 15/10 15/24 16/6
16/17 17/11 17/14
18/9 22/24 24/7 26/8
28/15 29/5 30/2 30/5
30/7 30/8 47/11 47/15
84/10 104/14 105/20
129/25
**Parks [1]** 75/17
**part [18]** 5/12 36/15
42/10 44/16 46/1 47/5
48/23 48/24 53/12
61/3 105/21 107/24
107/24 113/22 129/3
173/12 189/16 202/17
**participate [1]** 96/25
**participation [2]**
67/7 98/16
**particular [7]** 8/2
9/17 62/11 129/4
167/3 172/7 192/12
**parties [4]** 5/14 5/15
57/23 121/6
**partner [2]** 159/22
172/3

**partners [2]** 42/19
171/4
**parts [1]** 61/10
**party [8]** 43/5 47/5
80/12 181/14 181/16
181/17 181/19 186/3
**paseo [4]** 100/6
100/21 103/13 109/2
**pass [2]** 134/18
170/25
**passage [2]** 100/7
138/7
**passageway [1]**
138/18
**passed [3]** 31/14
128/12 129/2
**passion [1]** 196/21
**past [5]** 55/21
202/11 202/21 203/15
204/2
**path [5]** 54/22 54/23
103/23 105/25 106/1
**paths [1]** 102/1
**Pati [6]** 65/25 66/4
68/21 92/22 92/23
92/24
**patio [2]** 132/14
168/14
**Paul [4]** 61/9 61/9
72/24 200/18
**pause [7]** 26/23
119/22 122/6 140/10
140/12 197/12 207/5
**pauses [1]** 207/18
**pavers [5]** 166/20
166/22 166/22 167/25
168/6
**pay [7]** 11/20 12/18
36/19 52/4 140/16
158/6 158/10
**payback [1]** 48/4
**paycheck [2]** 156/14
156/15
**paying [1]** 88/7
**peak [2]** 19/23
136/16
**peddler [1]** 191/6
**penalties [1]** 27/12
**pending [3]** 26/18
29/10 177/22
**penniless [1]** 110/13
**people [32]** 7/17
10/5 10/10 11/16
20/10 38/6 39/18
60/22 69/20 72/18
72/25 73/1 73/10 86/9
97/8 97/9 97/10 97/22
109/14 110/17 135/4
155/15 162/13 168/25
169/1 181/11 192/15
193/5 193/11 198/11
199/8 199/17

**Pequena [1]** 89/14
**per [1]** 221/11
**percent [4]** 161/16
168/4 175/10 176/5
**perform [2]** 132/18
171/15
**performed [2]**
161/16 177/23
**period [7]** 18/14
19/14 83/16 97/4
177/23 192/15 211/10
**perishables [1]**
155/14
**permanently [1]**
87/8
**permission [22]**
82/4 92/12 96/5
110/24 113/12 115/8
117/11 126/7 133/18
137/24 140/1 142/18
147/10 162/7 173/2
176/23 181/24 182/18
183/18 184/25 187/4
190/1
**permit [20]** 75/3
76/1 76/3 76/3 76/13
77/1 77/25 78/2 80/22
81/3 82/10 83/18
102/20 104/2 127/4
152/2 157/9 158/4
162/16 162/19
**permits [13]** 77/14
77/21 79/20 79/25
80/2 80/3 81/15 87/10
87/20 102/17 104/16
127/5 158/1
**person [8]** 54/18
69/23 70/1 118/8
163/6 215/15 215/21
217/9
**persona [1]** 106/4
**personal [29]** 14/17
16/23 19/17 20/19
20/24 22/17 23/9
23/16 35/25 37/18
37/21 37/24 38/23
45/6 45/9 45/12 47/21
55/4 56/24 58/9 90/9
90/20 90/23 114/11
116/13 122/22 148/25
202/22 216/21
**personally [9]** 24/13
55/1 118/11 130/21
130/22 154/24 164/19
169/4 201/22
**Pertnoy [3]** 1/16
97/8 97/9 97/10 97/22
**Peruvian [1]** 62/3
**phone [9]** 112/5
112/6 180/21 180/23
183/1 183/3 185/10
185/17 216/6

**photo [5]** 64/7 69/6
96/23 101/20 171/12
**photograph [18]**
13/19 13/21 13/25
14/1 14/3 14/6 64/3
68/11 68/20 68/21
69/8 69/25 132/13
142/23 172/15 200/12
214/20 214/24
**photographer [1]**
14/2
**photographs [1]**
151/11
**physical [1]** 138/17
**physically [1]** 88/20
**Pichel [8]** 24/21
26/25 26/25 27/4 27/8
27/16 27/20 29/24
**pick [1]** 210/10
**picture [4]** 171/10
173/10 208/25 214/18
**pieces [2]** 167/19
167/20
**pigs [1]** 170/9
**Pineapple [6]**
132/16 132/17 132/18
168/16 168/17 168/24
**PINILLA [26]** 1/4
5/16 36/12 40/23 42/6
42/17 42/21 43/3
43/16 44/4 44/6 44/10
46/1 48/11 51/13 86/1
99/11 99/22 109/16
113/23 115/12 116/21
117/15 150/1 171/1
220/10
**Pinilla's [6]** 47/22
98/9 129/23 130/14
205/15 206/1
**pink [1]** 100/12
**pinnacle [1]** 202/12
**pipe [2]** 166/1 168/5
**pipes [1]** 166/14
**place [9]** 7/15 8/1
73/10 99/3 104/21
109/7 110/5 128/1
170/25
**placed [4]** 22/6 22/8
102/14 177/19
**places [3]** 118/21
195/2 195/2
**plain [1]** 104/24
**plainly [1]** 208/1
**plaintiff [9]** 7/11 9/3
9/17 119/21 122/17
122/17 147/7 220/7
220/10
**plaintiff's [6]** 76/15
79/5 92/9 96/2 146/25
185/20
**plaintiffs [7]** 1/5
1/10 4/12 4/23 107/14

**P**

**plaintiffs... [2]** 121/6
122/9
**plaintiffs' [78]** 3/2
3/6 13/15 33/3 34/17
37/3 40/2 48/15 62/17
62/25 63/25 68/9
69/15 78/22 79/9 81/6
82/7 88/23 92/3 92/6
92/13 95/2 95/18 96/7
99/16 106/8 117/5
122/12 125/19 126/5
126/9 128/19 132/8
132/22 133/5 133/20
137/5 138/2 139/8
140/4 142/9 142/14
142/20 147/12 159/1
159/16 161/24 162/3
162/9 171/6 172/12
173/4 176/12 176/25
179/10 179/14 181/24
183/16 184/14 184/24
185/1 187/3 189/13
189/25 194/23 200/9
212/18 212/19 212/20
215/14 215/25 216/14
216/14 218/8 218/21
218/23 220/17 222/10
**plan [7]** 60/23
101/16 101/18 135/5
164/15 208/21 208/22
**Planning [1]** 220/23
**plans [10]** 135/7
157/6 157/8 157/10
157/11 157/19 158/1
164/21 164/23 165/1
**plant [1]** 100/19
**platform [1]** 98/15
**play [16]** 88/23
115/4 116/23 116/25
119/25 138/3 138/12
161/24 179/16 181/23
182/17 183/16 185/19
187/2 187/17 221/15
**played [33]** 25/24
26/15 28/4 28/8 28/12
28/23 29/2 29/14
29/23 63/1 89/2 89/3
89/9 113/9 113/10
113/14 113/16 113/20
115/10 117/13 120/1
132/24 138/4 138/11
162/11 179/18 182/6
182/22 183/21 185/4
185/21 187/6 187/20
**playing [2]** 91/13
102/2
**plaza [14]** 64/21
64/23 64/23 70/24
75/4 76/2 84/1 84/3
87/6 87/9 88/19

101/25 166/18 166/19
188/6
**plead [2]** 5/14
127/23
**pleading [2]** 98/3
98/3
**pleadings [3]** 159/12
174/17 189/20
**please [129]** 4/8
12/24 13/14 13/16
17/8 20/1 21/6 22/20
25/22 26/20 26/21
27/22 33/3 33/16
33/17 34/17 37/8
46/21 48/14 49/3
52/11 52/13 54/4
57/15 59/20 62/16
63/24 68/8 69/17
70/13 73/4 74/6 74/15
74/20 75/10 76/19
77/1 77/14 78/21
79/11 79/12 79/13
85/3 89/13 89/22 92/3
92/4 92/18 95/18
95/21 96/9 96/16
98/19 99/16 99/24
103/21 106/14 108/18
109/3 111/19 111/20
113/12 116/9 121/10
124/13 125/18 126/11
126/17 126/19 126/25
127/7 127/11 127/19
128/18 128/24 129/6
129/20 129/22 132/11
132/21 134/4 134/23
138/12 139/8 139/10
139/13 142/9 149/22
149/25 150/19 152/11
156/6 160/6 160/15
165/15 166/16 167/7
170/17 171/6 171/8
172/12 172/13 172/25
173/25 174/10 174/22
174/25 176/12 177/10
177/17 178/1 178/11
178/16 179/15 179/16
180/15 182/9 182/25
185/3 187/9 187/19
188/23 189/12 197/8
198/11 216/2 216/9
216/10 221/11
**pleasure [1]** 212/2
**pledged [1]** 97/3
**plumbing [3]** 162/21
162/22 162/23
**podium [4]** 20/5
20/5 125/9 126/13
**point [19]** 6/6 12/7
19/7 45/22 69/7 76/25
94/19 95/11 99/19
110/23 112/4 123/21
130/22 131/5 134/13
158/14 168/18 176/1

188/6
**pointed [2]** 6/8
18/21
**pointing [1]** 39/13
**points [1]** 151/20
**polar [1]** 91/21
**pole [3]** 86/11
104/10 104/11
**police [38]** 23/19
55/10 75/12 75/15
123/2 123/8 135/20
136/8 136/8 138/23
140/9 140/10 140/19
142/24 143/1 143/9
143/16 144/9 144/16
144/18 145/4 145/9
146/15 147/14 148/14
149/11 149/13 180/16
180/21 181/6 182/14
183/12 183/13 183/24
185/9 185/24 187/25
187/25
**policies [1]** 65/17
**policy [8]** 29/17
65/19 65/20 77/16
87/12 136/22 186/19
186/23
**political [5]** 80/21
193/2 205/14 205/16
205/25
**Pons [1]** 160/8
**poor [1]** 192/15
**Portilla [1]** 45/18
**portion [1]** 49/10
**portions [2]** 113/2
113/3
**pose [3]** 129/16
219/12 219/13
**posed [3]** 34/5 156/3
203/12
**position [1]** 86/15
**positive [1]** 73/9
**possibility [1]**
110/19
**possible [3]** 78/9
137/2 167/7
**post [5]** 47/2 106/2
134/22 135/4 162/18
**posts [1]** 72/2
**Pottery [2]** 65/2
67/24
**pound [1]** 82/12
**power [2]** 47/3
85/15
**powerful [2]** 41/16
60/7
**powers [1]** 47/3
**practice [4]** 65/17
65/19 65/20 136/22
**prayers [1]** 50/20
**praying [2]** 50/20
50/17

**pre [2]** 70/18 74/25
**precious [1]** 167/20
**precipitated [1]**
180/19
**precluded [1]** 104/1
**preference [1]** 207/1
**prejudice [3]** 53/9
53/11 53/12
**preparation [2]**
222/2 222/8
**prepared [1]** 10/20
**presence [2]** 136/23
138/17
**present [11]** 13/2
13/25 24/13 51/4
74/20 95/10 119/11
124/17 180/7 189/3
193/22
**presented [3]** 21/12
186/3 186/20
**preserve [2]** 7/2
171/19
**preserved [1]**
171/17
**preserving [1]**
189/15
**president [2]** 80/10
97/20
**Presumption [1]**
17/5
**pretenses [1]** 129/16
**pretty [1]** 121/12
**prevented [3]** 104/1
104/4 104/16
**previously [3]**
143/13 157/7 183/22
**pride [2]** 65/13
156/16
**priest [1]** 126/24
**prior [13]** 54/14
65/24 70/21 72/7
72/11 72/17 73/16
75/2 75/13 75/24
134/18 168/13 185/12
**private [5]** 11/24
67/18 67/19 97/6 97/7
**probably [4]** 10/23
204/11 212/17 216/25
**problem [2]** 109/14
158/8
**problems [3]** 55/21
93/10 205/20
**procedure [5]** 23/24
52/22 55/6 142/23
180/22
**procedures [2]** 54/9
128/1
**proceed [7]** 9/21
133/15 151/24 189/4
189/22 210/12 220/23
**proceeded [1]** 181/9
**proceeding [1]**

222/16
**proceedings [2]**
129/17 222/20
**proceeds [1]** 27/16
**process [13]** 95/11
100/23 101/12 118/23
118/23 119/8 121/8
127/2 127/24 127/24
128/4 165/16 166/7
**processes [1]** 118/25
**proclamation [1]**
70/14
**produce [4]** 132/15
177/20 177/25 178/8
**produced [1]** 141/25
**produces [2]** 61/6
89/15
**production [1]** 150/9
**products [2]** 65/22
66/1
**professionals [2]**
199/12 199/13
**profit [1]** 97/7
**program [1]** 73/24
**project [9]** 100/6
102/13 105/17 158/5
171/25 200/19 201/5
201/16 201/18
**projects [2]** 102/5
106/1
**promote [2]** 71/12
71/19
**promoter [1]** 70/16
**promptly [2]** 209/24
210/10
**pronunciation [1]**
103/14
**proper [2]** 6/12
118/23
**properly [2]** 100/4
137/1
**properties [29]**
14/10 17/3 27/12 39/1
39/13 39/22 39/24
40/1 40/2 40/4 40/8
40/9 40/16 40/22
42/10 42/14 42/15
128/16 129/3 129/5
129/12 129/16 129/18
129/18 129/22 130/13
131/3 170/8 218/7
**property [38]** 26/6
26/7 27/10 27/17
28/10 30/6 30/23 32/8
39/14 39/15 39/15
40/20 40/23 41/25
43/5 43/13 43/15
43/18 44/2 44/9 44/12
44/13 55/7 55/10
89/18 98/21 99/12
102/14 102/16 104/1
157/12 159/22 159/22

**P**

**property... [5]**
186/10 200/8 205/15
206/1 220/19
**propose [1]** 8/7
**proposed [1]** 114/15
**proposing [1]** 114/1
**prostitution [1]**
118/20
**protect [3]** 6/15
167/15 203/23
**protocol [2]** 23/24
29/21
**proud [4]** 65/16 85/7
195/17 203/18
**prove [1]** 5/14
**provide [4]** 9/22
75/17 172/25 201/2
**provided [11]** 9/5
20/15 34/25 39/11
79/2 125/17 127/2
130/20 160/18 175/2
176/2
**providing [1]** 9/4
**proving [1]** 5/16
**psychological [1]**
204/13
**public [28]** 41/7
46/10 67/16 67/18
67/18 79/3 103/18
114/5 115/18 115/22
115/23 116/2 116/5
119/9 125/10 131/3
132/6 141/16 143/21
145/2 187/24 191/17
193/4 193/6 193/10
193/11 219/23 219/24
**publicly [6]** 46/12
50/14 52/3 100/1
132/3 192/9
**publish [40]** 13/16
25/23 52/13 62/24
64/12 64/17 69/16
79/12 82/4 92/12 96/5
107/10 108/18 112/16
113/12 115/8 117/1
117/11 117/11 126/7
132/11 133/18 137/25
140/2 142/18 147/9
147/10 162/7 171/8
173/2 176/23 179/15
181/24 182/19 183/18
185/1 187/4 187/19
190/1 214/14
**published [1]** 111/16
**pull [5]** 87/10 94/24
127/3 212/19 212/24
**pulled [2]** 76/4
151/10
**pulling [1]** 164/22
**pulsing [1]** 91/18

**punish [3]** 148/11
148/11 148/11
**punished [2]** 48/7
132/5
**punishing [1]** 60/6
**punishment [2]**
27/11 48/5
**puppets [1]** 203/9
**purchased [4]** 98/21
170/23 170/24 171/22
**purpose [2]** 57/10
57/10
**purposes [2]** 29/12
29/19
**pursuant [1]** 52/21
**purview [1]** 145/2
**put [14]** 55/12 62/10
86/9 91/17 112/7
135/17 166/1 168/22
169/1 183/2 186/19
214/4 214/12 215/14
**putting [4]** 12/11
28/25 186/1 186/11

**Q**

**quarters [1]** 147/18
**question [58]** 6/7
26/18 28/1 29/10
33/24 34/5 41/20
42/25 44/24 45/16
56/21 59/2 60/13
77/10 80/24 84/15
88/14 102/9 102/10
109/23 109/25 110/3
111/20 114/24 141/20
150/4 151/19 154/9
154/10 154/11 154/17
156/3 156/21 156/22
157/15 161/23 167/6
174/5 179/17 181/22
182/5 186/16 191/18
191/19 195/19 201/25
203/12 211/24 215/24
219/5 219/6 219/8
219/12 219/13 220/2
220/9 220/16 221/17
**questioning [2]**
13/20 123/21
**questions [8]** 6/19
9/17 31/10 123/20
123/22 206/4 211/3
211/13
**quick [2]** 193/12
206/7
**quickly [7]** 19/1
27/16 27/23 30/5 31/4
47/1 121/13
**quote [2]** 109/7
109/8

**R**

**R-A-N-Z-I-L-E [1]**

11/8
**race [3]** 212/3 212/5
212/8
**raced [2]** 119/6
127/21
**radar [1]** 205/21
**radio [7]** 69/1
190/24 193/5 194/22
209/10 209/20 221/13
**raid [2]** 142/5 186/21
**raids [4]** 123/8
148/14 187/12 189/8
**rain [1]** 72/4
**raise [2]** 6/21 163/14
**raised [1]** 5/8
**rallies [3]** 205/14
205/17 205/25
**rally [3]** 46/22 49/7
50/11
**ramp [3]** 136/10
147/14 147/15
**Ranzile [2]** 10/4
11/8
**rare [1]** 181/6
**rarely [2]** 98/13
170/12
**Rassie [2]** 222/22
222/22
**ratchet [1]** 204/18
**ratcheted [2]** 131/1
204/22
**Raul [2]** 209/5
209/10
**reached [1]** 102/3
**reaching [1]** 65/7
**reactivate [1]**
158/10
**read [15]** 44/1 49/23
81/18 106/14 109/3
126/11 129/6 129/20
129/22 160/15 177/17
192/6 194/24 216/11
220/24
**readily [1]** 140/17
**reading [2]** 74/9
164/22
**ready [3]** 4/17
155/16 186/13
**real [7]** 62/14 87/23
87/24 122/23 123/9
137/16 139/20
**realize [2]** 205/2
205/5
**realized [2]** 30/4
100/25
**really [5]** 66/9 135/9
135/11 197/2 204/7
**rear [4]** 100/11
101/22 132/14 132/17
**reason [9]** 43/19
44/21 60/25 85/10
98/25 118/25 157/15

158/17 184/3
**reasonable [1]**
124/5
**reasonably [1]**
167/7
**reasoning [1]** 168/3
**reasons [3]** 161/4
161/6 173/18
**rebuild [4]** 110/11
110/11 110/21 198/8
**recall [25]** 4/21 16/4
17/19 23/12 24/1 24/5
37/7 48/18 50/23 54/1
59/5 59/8 60/17 63/16
64/15 69/7 94/19
94/22 95/6 111/9
111/11 148/6 179/20
212/1 213/8
**receipts [1]** 176/1
**receive [5]** 31/12
104/19 137/16 143/21
147/15
**received [44]** 3/6
8/15 57/19 58/3 62/9
62/25 69/15 78/3 79/3
79/9 82/7 90/21 90/25
91/3 91/3 92/13 96/7
103/25 105/10 112/5
126/9 133/20 134/6
138/2 139/20 140/4
142/20 144/22 147/12
151/12 151/14 153/16
155/2 159/16 162/9
173/4 176/25 179/14
180/21 184/24 189/25
214/10 216/6 216/10
**receiving [5]** 30/16
46/11 46/25 99/7
196/25
**recently [1]** 31/14
**recess [11]** 74/5
74/14 119/13 120/7
188/9 188/21 193/13
193/14 193/18 197/14
197/15
**recognize [18]** 26/2
62/20 64/3 68/11
76/18 81/9 89/11 92/6
95/23 125/23 137/9
139/17 142/12 147/2
172/15 176/15 190/4
215/5
**recognized [4]**
70/10 149/23 196/8
196/16
**recognizing [1]**
79/24
**recollect [1]** 21/3
**recollection [13]**
16/7 19/12 21/2 21/8
22/2 22/14 23/14 54/4
59/13 59/21 179/23

180/8 180/13
**record [18]** 4/9 6/15
7/2 7/3 8/22 79/3
103/18 106/15 109/4
122/7 129/7 129/22
160/16 175/6 177/18
189/21 192/7 219/23
**records [3]** 143/21
187/24 219/24
**recover [2]** 192/21
198/9
**RECROSS [1]** 3/3
**red [1]** 166/20
**redact [3]** 106/19
106/22 107/14
**redacted [2]** 106/24
107/8
**REDIRECT [1]** 3/3
**redlining [1]** 11/24
**refer [2]** 23/13 192/2
**reference [2]** 212/8
212/25
**referenced [2]** 64/20
81/16
**referred [3]** 111/7
212/14 212/20
**referring [6]** 39/18
109/11 115/15 116/20
128/9 154/18
**refers [1]** 41/4
**refile [1]** 53/13
**reflect [1]** 52/17
**reflected [1]** 218/6
**reflects [1]** 7/3
**refresh [10]** 16/6
21/2 22/2 22/13 23/14
59/13 59/21 179/23
180/8 180/12
**regarding [8]** 9/17
23/10 48/19 49/7
56/24 90/23 129/14
189/16
**regardless [3]** 29/17
103/6 136/24
**regards [1]** 55/8
**region [1]** 172/8
**regionally [1]** 65/14
**registered [2]**
159/19 159/21
**regret [1]** 206/2
**Regulado [1]** 70/15
**rejected [3]** 94/15
95/15 98/7
**related [9]** 33/10
36/8 36/11 38/1 91/4
122/13 129/14 131/9
174/18
**relates [1]** 160/19
**relationship [8]**
32/19 68/6 72/8 95/12
199/5 199/23 204/25
205/10

**R**

**relationships [2]** 18/22 202/22
**relayed [1]** 110/4
**released [2]** 100/1 181/11
**relentless [1]** 201/23
**Relevance [4]** 14/11 79/15 114/2 211/7
**relocate [1]** 83/13
**relocated [2]** 84/6 84/8
**rely [3]** 8/13 12/9 61/23
**relying [1]** 91/8
**remain [8]** 30/7 50/6 61/15 152/18 164/10 168/18 168/20 190/16
**remained [1]** 152/17
**remaining [1]** 219/25
**remains [3]** 28/15 29/5 168/21
**remedy [1]** 52/5
**remember [20]** 55/13 65/4 85/8 85/8 85/8 152/4 164/21 166/18 181/13 204/6 204/21 205/4 205/5 208/7 211/9 212/4 212/22 213/24 218/13 218/19
**remind [3]** 127/7 129/8 218/21
**remove [2]** 104/20 105/3
**removed [1]** 105/12
**removing [1]** 53/2
**renaissance [1]** 60/25
**rendering [1]** 200/17
**renovations [1]** 164/7
**reopen [7]** 155/1 155/10 158/9 158/9 168/6 168/8 168/10
**reopened [5]** 154/4 155/8 162/17 168/15 168/17
**reopening [1]** 168/13
**repeat [1]** 29/4
**repeatedly [2]** 18/17 169/9
**rephrase [2]** 154/11 154/17
**rephrased [1]** 154/10
**replace [4]** 13/22 32/22 166/23 167/17
**report [2]** 23/17 48/3

**Reporter [1]** 222/23
**represent [2]** 97/14 210/19
**representation [2]** 49/12 97/4
**represented [2]** 86/23 210/22
**represents [1]** 126/15
**reputation [29]** 6/25 7/14 80/14 85/20 86/22 109/13 110/7 110/8 110/9 110/12 110/13 110/16 110/16 110/20 148/20 191/22 192/12 192/20 195/9 195/13 195/16 195/21 196/2 196/5 196/14 197/23 198/5 199/10 203/23
**reputational [11]** 6/4 7/13 7/15 8/25 9/7 191/15 198/12 199/10 199/22 201/15 201/20
**request [7]** 78/8 162/15 166/11 175/22 177/25 178/6 197/13
**requested [10]** 37/14 52/20 53/17 77/17 77/21 77/25 175/1 178/1 183/11 187/24
**requesting [1]** 216/7
**requests [2]** 143/21 178/4
**require [5]** 76/3 138/17 165/6 167/14 167/16
**required [9]** 75/7 75/8 75/25 76/4 77/14 102/20 165/25 175/9 221/5
**requirement [2]** 166/24 167/12
**requirements [3]** 160/19 161/4 166/8
**requires [1]** 127/5
**requiring [1]** 221/3
**research [13]** 66/20 66/21 67/5 67/8 99/2 129/12 140/23 169/15 169/19 169/22 171/21 200/23 221/13
**researching [1]** 141/2
**reserve [1]** 107/20
**residence [1]** 25/10
**residences [2]** 24/7 24/23
**residential [1]** 104/14

**resolution [8]** 113/25 114/3 114/15 128/12 129/1 129/6 129/11 130/17
**resolve [1]** 210/2
**resolved [2]** 50/25 51/1 51/5
**resources [3]** 11/18 11/24 203/6
**respect [10]** 6/5 6/7 6/10 9/12 10/3 10/9 10/18 124/1 207/18 210/3
**respected [3]** 60/22 218/25 219/4
**respectfully [1]** 197/13
**respond [1]** 8/21
**responded [4]** 97/2 97/2 97/3 136/25
**responding [3]** 4/23 31/9 177/8
**response [19]** 5/24 23/17 47/22 48/2 57/16 78/3 98/5 98/7 115/13 117/16 122/19 123/12 130/16 165/24 167/6 178/7 186/25 192/6 218/12
**responsible [4]** 21/4 56/4 57/16 58/9
**responsive [19]** 20/23 41/20 42/25 47/25 49/18 50/2 55/24 57/11 60/12 80/23 82/14 82/24 84/14 85/18 85/23 103/8 109/21 157/14 161/1
**rest [4]** 81/13 101/7 101/9 195/20
**restaurant [14]** 19/10 40/17 40/22 62/12 89/16 91/13 131/14 131/16 172/18 173/7 173/12 184/1 220/18 221/1
**restaurants [3]** 74/1 74/3 186/21
**restoration [1]** 168/6
**restore [1]** 98/15
**restoring [1]** 195/20
**result [24]** 23/20 35/6 41/3 51/25 52/25 58/2 61/2 81/21 82/9 82/15 86/16 87/1 104/3 111/12 111/16 161/17 161/18 164/8 198/12 199/6 199/9 199/12 200/6 201/23
**resulted [1]** 90/6

**results [2]** 51/18 51/25
**retained [1]** 170/24
**retaliation [1]** 193/2
**rethink [1]** 128/7
**retiring [1]** 170/23
**retraining [1]** 155/12
**return [1]** 74/5
**reveal [1]** 169/22
**revealed [3]** 160/17 176/9 176/10
**revered [2]** 218/25 219/4
**review [12]** 8/13 34/7 49/6 55/16 122/9 125/22 135/5 137/8 157/19 157/25 164/16 164/21
**reviewed [6]** 8/16 120/4 122/9 150/9 157/8 157/11
**reviews [1]** 121/9
**revocation [4]** 158/17 160/1 161/6 190/8
**revoke [1]** 158/14
**revoked [3]** 13/23 13/23 169/20
**revoking [1]** 87/8
**reward [2]** 196/24 196/25
**Reyes [1]** 96/24
**ribbon [1]** 134/9
**Ricardo [1]** 183/3
**richest [1]** 172/4
**ride [17]** 37/12 37/12 37/21 38/21 38/24 39/10 39/25 40/5 40/7 40/25 41/3 43/14 44/5 212/21 215/10 216/9 216/18
**ride-along [16]** 37/12 37/21 38/21 38/24 39/10 39/25 40/5 40/7 40/25 41/3 43/14 44/5 212/21 215/10 216/9 216/18
**ridiculous [1]** 109/9
**riding [1]** 215/12
**right [90]** 4/25 6/15 6/15 7/8 7/13 7/17 7/21 12/1 12/19 13/1 13/6 17/6 17/13 19/4 19/6 20/17 22/3 22/8 24/19 46/20 69/1 69/16 74/10 74/19 82/19 84/5 89/7 92/11 96/4 100/17 102/16 104/13 107/16 108/3 108/16 109/24 111/22 112/12 115/7 116/11

116/21 118/2 120/4 121/21 123/25 124/16 126/6 133/14 137/23 138/7 138/8 138/18 138/21 140/12 143/3 144/25 150/5 151/23 155/11 169/11 171/11 171/25 173/21 174/4 175/19 182/2 184/19 188/18 189/2 189/18 193/7 193/19 193/21 197/15 197/18 198/21 199/6 202/18 206/5 207/7 207/8 207/11 210/22 215/11 216/1 219/17 219/24 220/10 221/4 221/20
**rights [4]** 5/13 128/4 130/19 186/10
**rise [9]** 61/17 74/12 74/17 119/17 124/14 188/12 188/24 193/16 221/21
**risk [1]** 199/25
**Rita [3]** 12/24 124/12 188/22
**RMR [1]** 222/22
**RMR-CRR [1]** 222/22
**rock [1]** 205/13
**RODNEY [2]** 1/8 222/23
**Rodriguez [2]** 181/1 187/9
**rogue [1]** 144/4
**Romero [1]** 8/1
**roofs [1]** 101/23
**room [6]** 68/17 70/9 109/1 118/6 159/19 222/24
**Rosa [1]** 8/1
**rose [1]** 105/1
**row [1]** 141/11
**rule [6]** 9/3 52/21 52/22 86/12 132/5 202/17
**ruled [2]** 107/22 133/13
**rules [17]** 84/1 100/6 100/7 100/8 100/10 100/11 100/14 100/15 100/16 100/18 100/21 100/21 101/11 103/13 103/25 106/5 109/1 109/2
**rum [17]** 100/6 100/7 100/8 100/10 100/11 100/14 100/15 100/16 100/18 100/21 100/21 101/11 103/13 103/25 106/5 109/1 109/2
**runners [1]** 152/2
**running [1]** 212/1
**rushed [2]** 125/1 181/10
**rushing [1]** 156/13
**Russell [2]** 125/14 126/18

**R**

**Ryan [2]** 181/1 187/9

**S**

**S.E [1]** 1/19
**s: [1]** 222/22
**sacrificed [1]** 202/7
**safety [24]** 98/13
129/17 134/12 135/10
135/12 135/13 152/19
152/20 152/21 152/23
153/2 153/4 153/6
153/8 153/9 153/11
160/19 161/5 161/19
164/9 164/14 164/24
165/7 166/9
**said [61]** 6/2 7/18
8/22 11/19 12/16 13/6
25/4 26/9 28/21 28/22
39/13 39/18 55/14
55/14 55/15 55/16
55/18 55/20 56/8 78/4
79/19 80/2 84/11
93/16 93/18 104/15
110/4 115/16 117/22
118/4 126/18 127/17
129/17 151/5 157/18
157/25 158/8 158/19
159/9 161/15 161/17
162/19 163/2 163/7
163/12 166/21 181/3
191/4 191/5 191/6
191/7 191/8 198/10
198/18 198/24 208/5
208/8 210/12 213/25
218/18 220/12
**sales [3]** 175/10
176/1 176/5
**salsa [2]** 73/12 91/16
**same [16]** 61/2
86/10 104/11 122/21
145/2 146/8 154/16
158/2 160/25 174/14
176/21 183/17 184/13
185/5 185/7 197/25
**sand [1]** 82/12
**Sanguich [1]** 8/1
**Santa [2]** 64/7 65/5
**Sarnoff [2]** 1/21
4/15
**satellite [1]** 200/21
**satisfied [1]** 52/23
**Saturday [8]** 37/14
38/21 40/17 40/25
43/13 71/10 135/24
216/8
**saw [7]** 24/20 96/23
112/14 113/22 180/15
181/11 185/5
**saxophonists [1]**
62/10
**say [18]** 11/19 38/8

50/13 53/8 54/17
82/12 118/9 127/23
135/13 144/3 164/9
188/16 199/14 203/4
213/23 215/18 217/11
217/11
**saying [13]** 5/10 6/1
19/5 25/11 25/17
28/20 28/24 41/9
91/16 97/22 135/7
209/8 212/2
**says [7]** 25/14 53/10
82/19 126/18 160/15
173/13 220/17
**scared [6]** 32/5
52/25 149/12 149/12
149/12 149/13
**scary [1]** 114/18
**scene [3]** 30/10 31/2
122/25
**scope [26]** 6/20
14/24 16/12 25/13
57/21 90/1 90/2 102/9
141/20 150/3 150/21
151/19 151/21 154/5
156/2 156/20 158/5
159/9 167/3 174/3
174/15 186/15 187/14
189/16 191/13 198/15
**scorch [2]** 86/3 86/6
**SCOTT [2]** 2/2 2/2
**screen [6]** 106/23
107/1 139/12 213/2
213/3 214/13
**scroll [5]** 49/3 76/19
81/13 92/17 106/14
**sculpture [1]** 101/4
**sealed [1]** 155/5
**search [4]** 181/8
186/2 186/13 187/24
**seat [7]** 29/11 86/17
86/20 111/19 119/5
174/22 174/23
**seated [7]** 4/6 13/2
74/20 121/10 188/14
189/3 194/1
**seating [2]** 220/20
221/4
**second [8]** 41/25
68/16 71/9 71/10
81/18 140/1 146/12
172/19
**seconds [2]** 26/21
26/22
**section [2]** 110/24
166/19
**sections [1]** 209/6
**secured [1]** 80/3
**securing [1]** 104/16
**security [2]** 168/1
171/17
**see [43]** 8/20 10/6

21/11 22/7 25/11
25/16 25/18 29/20
29/24 30/21 46/15
47/16 53/11 61/20
68/20 72/24 74/10
81/13 95/5 104/23
117/15 119/16 120/2
123/23 138/14 140/11
143/17 143/24 148/3
159/24 171/14 173/13
188/11 206/8 208/9
213/4 216/4 216/10
216/11 219/22 220/17
221/14 221/15
**seeing [2]** 89/13
211/9
**seeking [6]** 6/2 6/3
6/25 7/11 8/24 200/24
**Seeks [1]** 114/3
**seem [1]** 17/12
**seems [3]** 6/22 7/6
17/14
**seen [14]** 10/11 14/8
20/16 21/18 24/24
27/23 30/25 90/3
100/12 107/17 107/23
117/8 214/21 215/4
**seizure [2]** 186/2
186/13
**select [1]** 73/21
**selected [2]** 62/8
78/4
**selective [1]** 47/13
**selectively [2]**
115/16 116/20
**sell [2]** 65/18 175/9
**selling [4]** 65/23
66/2 175/8 176/5
**send [1]** 12/8
**sending [1]** 30/18
**sense [3]** 146/2
167/6 206/19
**sensitivity [1]**
171/17
**sent [14]** 10/6 21/23
22/23 23/2 23/10
31/14 94/3 94/11 97/3
122/23 123/9 136/18
157/10 190/13
**sentence [1]** 160/15
**separate [2]** 5/8
57/22
**separated [1]**
147/20
**separately [1]** 12/6
**September [13]**
22/12 22/22 23/13
24/1 59/9 96/11 97/15
137/13 139/14 154/4
155/8 156/7 190/7
**September 15 [2]**
22/22 24/1

**September 26 [1]**
96/11
**September 27th [1]**
137/13
**September 28 [1]**
139/14
**series [1]** 213/5
**serve [2]** 10/9 67/3
**service [3]** 18/10
18/13 127/4
**services [2]** 16/17
17/12
**session [3]** 4/1
121/1 121/5
**set [6]** 118/24 135/7
178/8 184/12 198/6
206/7
**several [7]** 48/13
73/3 112/5 150/13
170/3 176/3 190/21
**severity [2]** 202/10
202/20
**shall [3]** 159/12
174/17 189/20
**share [1]** 29/20
**sharing [2]** 39/4
41/7
**she [12]** 10/7 10/9
10/12 10/12 55/14
55/18 56/8 56/8 68/25
177/8 206/15 206/15
**She had [2]** 10/12
177/8
**she's [6]** 10/4 10/7
10/9 205/12 205/13
205/13
**shelved [1]** 201/18
**shift [4]** 32/25 37/2
98/18 170/15
**shifting [2]** 33/11
45/23
**shine [3]** 72/4 141/5
148/15
**shipping [1]** 101/21
**shirt [2]** 26/24
214/18
**shock [1]** 30/21
**shoe [1]** 32/6
**shopping [1]** 15/10
**short [5]** 74/14
179/7 188/21 193/18
207/10
**shortly [2]** 24/16
180/18
**should [11]** 9/18
39/14 44/17 89/3
105/21 121/16 123/20
144/18 162/10 206/20
213/2
**show [40]** 21/13
21/14 22/1 22/1 32/8
37/3 39/1 39/1 58/21

60/6 68/8 70/5 73/25
97/21 101/22 107/4
107/6 107/18 107/19
112/15 112/17 125/18
132/1 132/8 132/9
141/17 142/9 149/4
171/6 176/12 187/18
204/23 207/25 208/22
208/24 208/25 209/2
209/10 221/7 222/13
**showcase [2]** 62/6
62/11
**showed [3]** 55/7
175/23 214/8
**showing [5]** 22/4
30/20 101/4 107/17
123/7
**shown [2]** 22/3
212/18
**shows [1]** 35/3
**shut [9]** 15/14 15/25
47/4 119/3 127/1
127/22 175/1 183/25
184/7
**shutting [2]** 126/15
147/15
**SHUTTS [1]** 1/20
**side [14]** 26/6 36/7
36/8 36/11 36/17
42/13 44/3 64/21
64/24 64/25 69/1
100/10 107/8 144/3
**sidebar [16]** 4/21
6/6 6/9 6/14 6/22
6/23 7/5 9/21 10/1
107/20 133/12 137/22
154/6 184/18 206/8
214/8
**sides [2]** 107/7 120/4
**sierra [4]** 37/10
37/13 37/15 38/1
**sifting [1]** 20/7
**sight [2]** 104/24
202/4
**signature [1]** 46/15
**signed [2]** 46/16
160/8
**significant [1]**
213/15
**similar [3]** 20/5
109/16 192/14
**simple [2]** 73/6 78/1
**simply [2]** 128/7
144/21
**simultaneous [1]**
94/3
**since [4]** 5/2 189/9
205/14 207/9
**single [8]** 11/21
75/13 78/20 105/24
120/3 140/13 151/10
193/2

**S**

**singular [1]** 86/22
**sir [54]** 11/12 12/2
12/10 23/14 28/22
29/8 34/24 45/1 48/10
79/1 83/3 89/6 91/2
96/17 107/22 110/6
111/19 113/17 114/17
116/17 120/6 126/16
126/23 127/14 129/22
131/18 149/5 151/24
154/13 159/13 167/8
169/20 174/23 177/6
179/20 180/12 182/1
188/19 190/18 192/7
192/13 194/21 208/21
210/12 211/9 214/9
215/12 217/6 217/14
217/18 218/13 218/18
221/9 221/24
**sit [1]** 49/23
**site [2]** 30/20 55/12
**sitting [2]** 24/21
26/25
**situation [6]** 27/18
137/4 142/24 149/11
149/11 149/14
**situations [1]**
143/18
**six [4]** 121/12 135/6
144/8 147/17
**slap [4]** 52/1 52/8
52/8 52/9
**sleepless [1]** 204/4
**slide [1]** 163/13
**sliding [1]** 136/7
**slow [1]** 166/6
**small [2]** 73/1 203/7
**SMITH [3]** 1/8 4/8
222/23
**smokescreen [1]**
17/1
**smoothly [2]** 121/9
121/11
**snafu [1]** 76/24
**snail [1]** 165/19
**snapshot [1]** 204/6
**so [201]** 5/1 5/5 5/17
5/22 6/18 6/20 7/10
7/13 7/14 7/18 8/13
8/22 9/23 10/9 11/3
11/25 12/16 13/19
18/10 19/2 20/4 20/12
29/20 29/21 30/2
31/19 31/20 32/7 32/9
36/14 36/16 39/10
40/5 41/5 41/23 44/3
44/4 45/3 47/1 48/4
48/7 48/24 50/9 50/11
50/13 54/8 54/13 56/2

57/8 57/25 61/6 61/23
62/1 64/24 64/24 65/6
65/7 65/13 66/18
66/20 67/1 70/18
70/21 71/9 73/9 73/23
75/2 75/18 77/12 78/6
80/1 81/2 82/19 84/5
84/17 89/3 91/14 94/5
94/10 95/2 95/6 96/12
96/19 98/18 99/10
99/11 100/2 100/5
100/19 102/13 102/25
104/15 108/22 110/3
111/21 112/9 112/12
112/21 112/22 113/8
113/18 119/6 119/21
120/1 121/15 122/15
122/18 123/2 123/6
123/18 124/1 124/6
124/24 131/21 132/6
132/10 133/14 136/2
136/5 137/3 137/5
138/16 141/2 142/2
143/21 144/5 144/15
145/1 148/3 149/25
152/11 153/11 153/13
153/13 154/25 156/12
158/6 158/11 158/25
159/18 160/22 162/13
163/20 164/9 164/11
166/5 166/5 167/7
167/18 167/20 168/4
168/6 168/25 169/3
171/25 172/3 173/12
173/20 173/23 175/10
175/21 176/8 177/10
180/10 182/24 183/13
183/24 185/12 188/5
196/24 197/23 199/5
200/25 205/1 205/6
206/20 207/8 207/17
207/22 211/10 212/24
213/4 213/17 214/12
215/4 216/3 216/24
217/11 217/21 218/1
218/3 218/21 220/16
221/1 221/18 221/19
222/12 222/14
**social [1]** 72/2
**soiled [1]** 80/14
**sold [2]** 65/20 66/8
**sole [1]** 60/24
**solely [1]** 6/3
**soliciting [1]** 31/10
**solution [3]** 15/16
16/2 16/3
**some [33]** 9/20 24/7
33/1 45/22 47/1 50/3
57/12 67/20 67/22
71/9 71/9 76/25 83/14
93/15 94/19 99/19
109/6 112/4 112/22

112/22 136/7 157/21
158/14 163/6 181/7
181/7 194/14 198/11
206/22 208/13 213/15
217/8 221/15
**somebody [11]** 39/6
45/13 48/24 49/19
56/13 81/25 136/3
167/22 167/23 215/10
220/8
**somebody's [1]**
192/19
**somehow [5]** 28/25
48/6 104/21 127/6
194/13
**someone [1]** 25/3
**something [19]** 5/3
9/15 21/17 49/19
58/17 73/6 84/10 91/8
101/6 109/22 113/4
116/11 135/1 153/9
163/22 186/7 197/2
204/18 217/15
**sometime [3]** 94/23
168/11 179/22
**sometimes [7]** 68/18
74/1 135/6 135/23
135/24 144/1 167/5
**somewhat [1]** 7/13
**somewhere [1]**
144/5
**soon [1]** 137/16
**sorry [26]** 26/22
33/23 49/10 64/12
76/24 85/8 91/16
122/17 126/17 130/1
132/10 135/8 135/9
136/3 136/20 140/11
163/16 179/8 195/23
196/8 197/3 197/3
197/5 197/17 197/19
209/7
**sought [1]** 108/25
**sound [8]** 88/24 89/8
110/13 112/19 117/2
137/9 138/3 139/9
**south [7]** 2/3 64/21
64/23 64/25 71/5 71/6
133/3
**SOUTHERN [1]** 1/1
**space [2]** 84/20
191/17
**spaghetti [1]** 25/18
**Spanish [1]** 173/14
**speak [9]** 26/3 94/2
125/12 125/15 125/17
145/12 183/1 203/23
221/5
**speakerphone [1]**
180/25
**speakers [1]** 68/18
**speaking [15]** 21/25

38/6 38/8 101/11
111/17 111/18 112/6
115/21 125/7 125/10
126/19 130/18 151/1
162/13 181/1
**speaks [5]** 103/18
115/19 147/24 161/9
161/22
**special [12]** 77/3
102/21 163/16 166/11
166/12 166/17 166/24
167/25 170/3 170/5
170/6 170/9
**Specially [1]** 167/19
**specials [1]** 74/2
**specific [2]** 71/18
154/18
**specifically [2]** 40/4
131/3
**specify [1]** 12/5
**spectacle [2]** 73/8
119/10
**speculating [1]**
146/12
**speculation [39]**
17/5 20/24 27/19
35/14 35/22 36/24
41/13 57/6 58/25
82/25 83/6 84/12
87/15 88/2 88/13
103/4 103/17 104/5
111/15 114/11 114/21
117/25 131/8 143/7
144/10 145/8 145/14
145/21 147/24 148/23
149/7 152/7 153/25
155/23 160/12 175/3
182/15 184/4 184/9
**speech [2]** 115/18
115/18
**speed [1]** 122/3
**spend [10]** 4/24
71/12 123/19 154/13
154/20 154/23 155/12
155/15 195/20 207/16
**spending [1]** 153/21
**spent [8]** 4/23 71/25
152/15 154/3 154/8
154/24 172/6 192/21
**spilling [1]** 80/7
**spoke [5]** 38/1 48/24
124/8 143/13 191/20
**sponsored [2]**
205/14 205/16
**sponsors [3]** 67/13
67/20 67/22
**sponsorships [2]**
67/17 67/19
**sprinkler [13]**
134/14 164/6 164/8
164/15 164/17 165/1
165/3 165/7 165/17

166/2 166/3 166/7
168/12
**sprinklers [2]**
164/13 167/13
**staff [23]** 24/24 31/5
40/20 48/13 55/6 97/1
114/6 136/24 138/19
139/6 142/23 143/25
151/7 155/11 155/12
155/18 155/19 155/25
156/6 156/10 156/13
156/16 170/25
**stage [8]** 75/18 94/7
132/16 132/17 132/19
168/16 168/17 168/24
**stake [2]** 191/21
191/22
**stakeholders [1]**
94/9
**stakeouts [1]** 178/21
**stalking [1]** 31/22
**stamped [1]** 155/5
**stand [4]** 20/9
118/17 119/4 222/1
**standing [14]** 5/9
5/10 24/6 25/7 25/8
25/9 27/25 28/17
29/12 68/7 140/9
155/2 181/18 189/17
**stands [1]** 20/4
**start [8]** 20/7 112/10
206/17 206/24 206/25
207/6 210/3 221/10
**started [16]** 29/16
39/12 54/20 93/11
100/18 101/19 102/13
111/13 118/14 118/16
118/18 121/18 123/17
130/18 130/18 207/10
**starting [2]** 65/24
155/10
**starts [2]** 101/22
177/16
**state [5]** 4/8 31/14
139/13 149/11 149/13
**stated [4]** 6/5 74/8
126/12 183/22
**statement [12]**
49/23 58/5 114/14
125/23 125/25 127/16
127/20 127/22 157/21
192/2 192/6 192/12
**statements [4]**
48/19 109/17 176/2
191/2
**STATES [6]** 1/1 1/9
17/4 131/4 201/25
202/16
**status [1]** 105/17
**stay [3]** 10/7 205/20
206/15
**steal [1]** 80/21

**S**

**Stella [2]** 32/13
63/22
**step [3]** 46/12
204/19 204/23
**sticks [1]** 25/19
**stigma [2]** 192/17
192/18
**still [14]** 50/14 66/23
74/8 98/8 102/22
104/12 105/18 105/22
125/7 147/19 170/11
212/6 222/1 222/6
**stimulus [1]** 61/3
**stock [1]** 155/13
**stole [2]** 80/19 87/23
**stolen [1]** 78/19
**stop [16]** 50/17
50/18 50/18 50/21
52/6 52/6 53/3 97/23
112/12 113/3 113/15
113/15 119/21 155/7
164/11 209/24
**stopped [3]** 60/3
69/23 198/3
**stopping [1]** 110/23
**storefront [1]**
144/14
**stories [5]** 101/15
102/6 193/4 214/1
217/16
**storm [1]** 104/18
**story [2]** 100/4
171/11
**storytellers [2]**
100/2 171/25
**storytelling [1]**
100/17
**streaks [1]** 221/18
**street [40]** 1/16 1/19
26/5 26/6 40/19 40/22
42/1 42/13 43/15
43/18 43/18 44/9 45/6
62/11 64/24 71/8
71/24 88/19 88/21
89/19 99/15 105/21
110/20 129/24 129/24
129/25 129/25 130/1
130/1 130/4 130/6
130/12 144/15 144/17
163/22 166/3 166/17
170/19 171/16 220/18
**stress [3]** 195/15
203/17 203/19
**stricken [5]** 56/20
56/22 114/23 116/9
169/16
**strike [7]** 50/24
56/21 85/22 105/7
114/22 116/3 116/8
**strobe [1]** 91/21

**structure [5]** 14/23
15/2 100/12 152/22
164/25
**study [2]** 19/6 102/5
**stuff [7]** 65/3 66/8
66/9 99/4 164/23
193/5 206/12
**Suarez [7]** 1/12 4/11
70/3 115/13 115/15
115/21 116/19
**subject [16]** 15/5
16/9 16/15 24/4 26/10
40/25 42/22 43/3
43/13 47/19 114/8
130/7 149/20 150/8
150/14 190/8
**subjected [2]** 150/12
175/11
**submitted [4]**
164/20 164/23 165/2
175/22
**submitting [1]** 157/6
**subordinate [2]**
58/23 162/23
**succeed [1]** 201/16
**success [1]** 191/18
**successful [4]** 85/1
128/14 128/15 170/21
**successfully [1]**
168/12
**succinct [1]** 124/10
**such [2]** 8/15 9/10
**suffer [1]** 86/10
**suffered [4]** 142/6
199/11 201/22 204/2
**suffering [1]** 52/2
**sugarcane [2]**
100/19 100/22
**suggesting [2]**
127/6 194/13
**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**summarize [1]**
96/16
**Sunday [1]** 135/24
**superior [1]** 38/19
**superiors [1]** 37/11
**superstars [1]** 134/2
**supervisor [7]** 55/15
55/20 55/22 56/6
136/2 183/2 183/3
**supply [1]** 166/1
**support [7]** 46/24
50/14 70/5 86/18 97/3
109/7 110/5
**supported [2]** 68/1
68/4
**supposed [3]** 114/7
149/15 200/20
**sure [37]** 4/19 6/16
7/2 8/23 9/23 21/14
34/4 34/15 65/18

70/20 71/14 86/6
86/19 105/14 107/4
107/6 111/20 112/16
112/23 113/13 115/2
119/20 119/25 120/3
152/6 179/6 197/11
207/4 210/1 211/11
211/15 212/25 215/15
220/21 222/9 222/10
222/11
**surgical [1]** 19/7
**surreal [1]** 135/1
**surroundings [1]**
84/18
**survive [2]** 148/12
202/5
**survivor [1]** 204/11
**survivors [1]** 203/22
**suspended [2]**
160/10 160/11
**suspension [1]**
160/21
**Sustain [1]** 154/17
**sustained [86]**
15/21 17/6 18/2 20/25
24/11 31/17 33/20
33/22 35/23 36/25
37/19 41/21 44/23
45/20 49/21 51/6
55/25 56/15 57/13
58/6 59/2 77/7 79/17
80/25 83/1 84/13
84/15 86/13 88/9
88/14 90/4 90/18
91/10 91/10 93/20
102/10 103/10 103/19
109/24 111/18 114/12
114/23 118/2 119/13
136/12 140/25 141/21
143/8 144/11 145/17
145/22 146/5 146/13
146/18 148/1 150/5
152/9 152/25 156/4
156/22 158/23 160/13
161/2 161/10 161/21
164/4 169/17 174/4
175/19 181/22 186/17
187/16 193/12 196/12
198/21 199/3 199/18
200/3 201/13 202/18
211/20 212/12 214/3
215/2 215/19 217/5
**Suzie [1]** 68/22
**SW [23]** 14/16 40/19
40/22 42/1 42/12
43/15 43/17 43/18
44/8 45/6 99/15
129/24 129/24 129/24
129/25 130/1 130/1
130/4 130/6 130/12
170/19 170/19 220/17
**SWAT [3]** 145/13

145/19 145/20
**sweat [1]** 127/13
**swoop [1]** 158/16
**system [11]** 134/14
164/6 164/17 165/1
165/3 165/7 165/17
166/3 166/4 166/7
168/12
**systems [1]** 138/16

**T**

**T-Mobile [1]** 67/24
**T.V [2]** 193/5 194/22
**table [4]** 69/21 69/23
70/1 70/2
**tablet [1]** 140/19
**tail [1]** 162/20
**tailor [1]** 124/6
**tailored [1]** 131/3
**tainted [1]** 80/12
**take [47]** 20/3 20/3
20/14 27/11 29/22
31/25 41/9 41/10 45/3
45/22 48/14 53/20
66/10 80/1 80/20
80/22 86/20 95/6
95/21 100/21 105/3
106/18 106/22 119/2
119/25 121/19 122/2
130/16 134/3 142/4
148/13 156/16 167/22
172/1 185/3 187/9
193/12 195/22 197/4
197/6 197/9 206/6
206/7 207/2 207/8
210/1 221/5
**taken [22]** 13/25
14/2 14/6 63/16 69/11
74/14 77/21 78/8
89/16 89/24 89/25
120/7 137/9 137/17
139/17 151/11 171/20
177/13 184/13 192/17
193/18 214/24
**takes [3]** 76/6
192/18 192/20
**taking [14]** 10/25
70/21 72/7 72/11
72/17 73/6 73/16 75/2
75/24 121/15 122/25
134/18 137/1 178/22
**talk [7]** 16/22 17/21
17/21 41/25 118/18
207/2 222/1
**talked [7]** 31/21
94/19 131/15 201/20
211/2 212/14 214/5
**talking [8]** 29/10
74/25 77/12 109/21
126/14 150/24 157/20
216/16
**tape [1]** 151/9

**tapes [1]** 178/22
**Tapia [1]** 69/5
**Taquerias [32]**
40/17 42/2 42/3
118/16 122/13 122/22
123/2 128/10 130/5
170/16 170/18 170/19
171/1 171/11 171/22
172/16 172/18 173/14
173/20 174/7 174/11
177/6 178/12 178/17
178/24 181/10 185/15
187/23 189/8 189/8
190/12 190/16
**Taquito [4]** 40/22
104/11 220/18 221/1
**target [5]** 16/18 24/2
45/7 131/21 218/4
**targeted [9]** 15/4
18/18 24/3 24/14
83/12 84/25 103/14
127/6 131/18
**targeting [29]** 4/24
5/13 5/14 5/22 14/18
15/8 16/4 17/19 18/24
47/8 47/11 60/1 60/4
60/17 85/3 86/16
115/17 116/20 126/17
126/20 126/21 130/17
150/24 169/4 201/23
204/9 204/12 204/24
205/9
**targets [1]** 24/4
**tarnished [1]** 98/14
**task [1]** 183/14
**tasted [1]** 172/10
**tasting [1]** 109/1
**taxes [1]** 126/15
**Taxpayer [1]** 88/4
**taxpayers [2]** 88/5
88/12
**Taylor [1]** 68/23
**team [2]** 31/8 164/20
**teams [2]** 135/20
165/21
**tears [1]** 127/13
**television [1]** 190/24
**tell [7]** 54/17 63/20
66/10 96/9 100/4
101/13 179/4
**telling [9]** 43/23
118/7 123/24 163/19
163/20 183/4 187/10
193/7 220/8
**tells [2]** 82/13
168/23
**temporary [2]** 15/16
16/2
**ten [7]** 26/21 26/22
86/11 163/23 197/14
197/16 210/10
**tenants [1]** 109/17

**T**

**tents [1]** 84/9

**tenure [3]** 61/16
67/25 210/24

**term [1]** 39/11

**terminate [1]**
198/23

**terminated [2]**
198/18 199/5

**terminology [1]**
143/4

**terrible [1]** 91/16

**testified [9]** 7/25
21/8 33/1 79/19 125/1
157/2 169/13 220/4
221/2

**testify [2]** 7/14
218/11

**testifying [3]** 25/14
215/1 217/4

**testimony [24]** 5/18
6/19 8/19 73/4 105/7
124/1 161/9 164/12
167/5 167/5 174/19
190/22 208/7 211/18
213/20 213/24 215/11
215/18 217/13 218/2
218/10 218/17 222/2
222/2

**text [9]** 23/10 106/11
107/18 108/22 109/3
109/12 110/3 136/25
216/3

**texts [2]** 23/2 112/5

**than [11]** 11/14
28/21 60/7 97/12
98/17 111/16 147/21
161/16 166/10 175/9
178/13

**thank [56]** 12/2 12/3
12/16 12/19 12/20
12/21 13/8 32/24
33/16 36/18 43/12
59/3 62/24 63/23
74/12 74/15 74/23
79/12 82/6 94/13 96/5
102/11 108/20 110/22
111/2 111/2 111/23
113/19 117/12 122/5
124/12 124/13 124/19
126/6 131/13 133/16
137/24 142/21 147/9
149/17 159/13 168/8
171/5 182/21 183/20
184/25 188/19 188/20
188/23 189/5 193/15
193/23 206/3 221/9
221/20 222/15

**that [958]**

**that's [91]** 4/25 7/21
10/17 10/23 11/19

16/1 23/8 25/10 26/6
26/9 32/10 34/4 34/8
35/11 41/2 42/4 42/7
42/13 45/20 50/12
52/7 53/17 64/17
65/18 71/18 73/8
73/10 73/13 73/14
79/21 86/25 91/16
91/21 92/8 98/23
106/24 107/22 107/23
107/24 109/22 109/25
110/12 119/2 120/1
123/17 128/6 130/12
130/15 132/17 132/23
132/25 134/16 143/16
143/18 143/25 144/16
147/19 148/8 150/22
152/18 159/24 159/25
167/21 169/10 173/22
174/19 177/9 181/5
188/18 191/22 195/24
197/4 197/6 200/17
203/12 208/6 208/10
208/12 209/18 209/23
211/11 214/1 214/5
216/16 216/24 218/17
219/22 222/8

**Theater [5]** 61/10
70/24 90/12 90/12
91/3

**their [46]** 6/11 6/24
9/2 10/25 11/17 57/2
60/24 61/1 66/2 66/6
67/3 67/6 67/6 71/7
71/13 71/15 73/21
78/8 80/11 97/3 101/1
101/7 101/13 107/24
107/25 118/19 122/10
123/8 138/16 140/17
140/20 140/21 142/3
146/9 146/16 148/15
166/8 178/7 181/16
181/17 181/19 181/19
198/19 199/5 216/9
221/6

**them [59]** 9/9 12/16
22/7 29/20 30/20
50/18 54/23 62/4 66/6
66/7 67/1 75/12 75/22
86/11 101/4 101/5
101/8 102/15 102/24
102/25 103/1 119/21
119/25 119/25 122/11
127/23 128/6 128/16
135/16 145/19 145/24
146/20 146/22 156/14
156/17 156/19 157/7
157/10 166/23 167/18
167/18 167/19 167/20
167/20 167/23 167/24
170/24 179/2 181/16

186/10 186/11 187/10
187/23 188/5 195/17
195/17 206/16 221/7
221/8

**themselves [4]**
101/5 105/2 143/20
143/22

**then [51]** 5/2 5/7 5/7
9/8 24/21 30/4 31/19
32/3 41/23 41/25
42/12 42/18 44/8
46/20 52/11 60/16
63/20 63/24 65/24
66/22 69/23 77/24
77/25 80/1 80/1 84/4
84/5 92/21 104/12
104/18 107/9 107/9
130/3 135/1 135/5
144/4 151/25 152/13
152/15 153/13 154/10
158/14 173/6 173/9
176/12 178/3 178/7
182/4 183/24 207/10
208/12

**there [134]** 6/10
6/14 10/19 14/17 20/2
22/24 24/9 24/15
24/15 24/15 24/19
26/9 26/23 26/24 28/5
29/3 30/5 31/11 31/13
33/13 33/17 34/2
36/23 39/22 39/22
41/4 41/5 48/18 51/10
53/3 54/21 54/22
54/23 55/17 58/14
58/20 58/22 65/2
71/23 75/22 75/23
76/3 77/3 77/16 91/7
91/8 91/19 94/8 94/8
95/2 95/9 95/11 98/7
100/3 100/5 101/24
101/25 102/19 102/22
103/3 104/12 104/24
104/25 105/5 106/1
112/12 112/20 112/25
113/5 113/6 113/16
119/22 123/2 125/8
128/3 130/5 137/3
138/21 140/9 140/12
140/19 144/4 144/4
144/16 144/25 145/1
145/2 146/6 147/17
149/8 149/19 150/3
151/6 151/9 151/9
151/9 151/10 152/18
152/20 152/21 152/23
153/11 155/7 157/4
164/11 164/17 164/25
165/21 165/21 167/16
169/2 169/11 170/6
171/13 171/18 172/5
172/6 176/2 177/10

179/3 181/20 183/2
183/13 183/24 183/25
186/12 186/12 187/10
192/17 197/2 200/17
203/4 204/6 204/7

**there's [48]** 6/20 7/4
7/12 9/8 22/8 25/2
29/10 33/13 35/3
39/24 71/5 90/15 91/6
105/20 105/21 105/25
105/25 106/17 107/9
110/18 112/16 112/24
115/19 116/1 116/15
127/8 128/1 130/10
132/6 143/6 147/23
148/22 155/21 163/19
163/22 167/1 172/5
173/10 179/2 181/7
186/6 191/23 192/18
199/16 200/16 201/10
216/23 222/11

**thereafter [1]** 24/16

**therefore [4]** 48/7
135/12 159/13 189/20

**Thereupon [11]**
12/25 74/13 74/18
119/18 124/15 188/13
189/1 193/17 193/20
221/22 222/16

**these [58]** 5/2 5/11
5/11 5/14 5/15 5/18
7/16 11/1 11/16 20/10
22/23 29/12 31/5 31/6
31/19 31/21 31/22
32/18 40/2 40/8 40/9
40/16 40/21 41/6
42/22 63/2 80/8 85/14
100/9 101/20 123/7
123/8 123/23 129/4
133/23 133/25 136/14
136/15 138/22 140/15
141/24 141/24 142/2
143/18 144/20 146/2
146/15 147/19 148/14
151/20 157/8 160/25
164/7 170/10 177/15
184/15 187/12 221/6

**they [217]** 4/24 5/10
6/2 6/13 6/16 7/14
9/14 10/11 11/20
12/18 19/3 19/4 19/5
20/3 20/4 20/5 20/6
20/7 20/7 20/11 20/12
20/13 20/15 20/16
20/16 20/17 21/22
24/24 24/25 25/8 25/8
30/18 31/20 32/6
36/15 39/22 42/4 44/4
54/7 54/8 54/22 55/7
58/3 60/24 62/1 62/3
63/8 63/9 63/20 65/7
65/16 65/17 65/18

66/1 66/23 66/24 67/1
67/2 71/8 71/12 71/12
71/16 71/16 71/17
71/20 72/16 73/18
73/19 73/25 75/17
75/20 75/21 77/1 77/5
78/3 78/9 78/13 79/20
82/20 83/25 85/6
85/12 86/7 86/8 86/10
86/10 91/3 93/16
95/15 97/3 99/1 99/1
99/2 99/8 100/20
100/23 101/6 101/8
101/9 101/9 101/10
101/13 101/14 101/22
102/15 102/18 102/22
104/21 105/21 106/22
107/14 110/17 118/22
119/2 121/12 125/17
127/21 128/14 128/15
128/15 133/24 135/11
135/16 135/17 135/17
135/17 135/18 136/1
136/15 136/24 140/13
140/16 140/16 140/16
140/20 141/2 141/6
141/6 141/24 142/2
142/24 143/3 143/20
144/3 144/23 145/2
146/8 151/7 152/6
152/20 153/20 153/22
156/7 156/14 156/18
157/6 157/8 157/8
157/8 157/10 157/11
157/12 157/12 157/17
158/11 158/16 158/19
158/19 158/22 158/23
160/22 161/17 161/17
162/19 163/19 163/23
164/9 165/2 165/6
166/21 167/19 167/20
167/21 168/25 170/21
170/23 171/15 173/24
175/7 175/22 178/6
178/7 181/9 181/9
181/14 181/15 181/17
181/18 181/20 184/7
186/4 186/14 186/20
187/25 193/4 193/6
198/18 198/18 198/23
198/24 198/24 199/25
200/1 202/12 205/5
205/6 210/9

**they're [30]** 6/23
6/24 7/2 8/24 9/1
10/25 21/16 25/7 54/8
102/7 102/23 103/3
112/14 122/21 138/15
138/25 139/1 139/1
141/23 142/1 142/1
144/24 145/2 146/8
147/20 147/20 156/13

**T**

**they're... [3]** 179/6
188/3 195/1
**They've [1]** 10/10
**thing [9]** 9/25 11/23
75/21 108/14 110/11
185/5 194/14 198/7
208/12
**things [11]** 10/18
11/15 105/25 109/9
116/15 163/23 195/18
205/3 205/6 205/22
207/19
**think [35]** 5/1 10/15
12/17 12/18 31/8 34/7
35/20 39/14 47/10
48/23 59/9 76/20
77/25 84/10 87/17
97/23 112/21 113/3
113/8 116/11 117/8
120/2 121/11 121/23
122/25 123/17 127/14
157/15 161/25 179/1
188/16 206/14 212/14
213/5 216/24
**third [3]** 71/9 83/15
83/16
**this [603]**
**Thomas [1]** 2/2
**those [54]** 8/5 9/1
17/17 18/24 19/2
19/12 19/25 30/18
31/24 32/23 47/18
50/19 63/21 66/23
67/20 69/20 70/13
71/11 72/4 86/9 87/20
90/9 95/14 102/21
102/21 113/2 122/14
122/15 122/18 123/10
123/12 123/14 124/25
128/2 129/19 129/21
130/13 134/18 140/10
145/1 155/11 161/6
162/13 166/16 166/22
166/22 168/1 174/18
179/10 184/17 192/9
207/18 209/13 210/2
**though [3]** 36/23
111/18 195/1
**thought [4]** 39/2
90/22 93/15 93/19
**thousands [3]** 72/20
80/17 80/18
**thread [1]** 136/25
**threat [1]** 153/10
**three [10]** 39/23
117/8 122/15 147/18
177/22 178/3 178/7
192/20 205/6 205/7
**threshold [1]** 138/8
**threw [1]** 87/7

**through [28]** 5/15
20/8 27/12 31/25
40/21 72/23 77/3
77/20 99/2 100/9
106/19 106/21 122/16
126/18 134/15 135/16
150/9 155/8 158/20
179/6 187/24 188/15
192/15 207/16 207/18
210/23 215/25 219/24
**throughout [5]** 5/16
71/5 73/4 95/10
192/10
**throw [1]** 84/22
**throwing [1]** 25/18
**thumb [2]** 208/2
217/9
**tie [1]** 116/19
**til [1]** 206/15
**tiles [3]** 167/14
167/15 168/1
**till [2]** 46/19 206/16
**time [97]** 4/23 4/24
8/15 10/7 10/12 10/25
11/12 11/13 11/17
11/25 14/6 18/14
19/12 23/12 23/21
30/17 30/25 31/5
32/22 32/22 45/22
47/23 48/2 50/19 61/2
64/16 66/10 67/11
69/7 69/9 70/2 71/13
73/9 74/4 83/14 83/16
83/19 84/11 86/25
87/23 90/2 93/12 94/5
94/19 96/23 97/4
102/18 109/6 111/5
121/15 121/19 121/22
122/23 122/25 123/10
123/18 124/5 124/11
125/13 130/23 130/24
130/25 134/8 134/25
135/12 136/18 137/16
139/4 139/20 140/13
141/13 158/14 160/10
164/16 167/17 168/21
169/14 173/23 177/4
177/13 177/23 180/22
187/10 188/15 192/19
199/13 199/13 206/10
207/19 210/1 211/10
212/18 214/20 218/23
219/2 219/10 219/21
**timeframe [3]**
124/25 172/22 172/25
**timeline [2]** 21/22
178/8
**times [15]** 18/18
18/24 31/24 64/6 66/4
73/3 84/4 117/8
135/22 135/25 150/13
152/3 165/23 190/21

192/20
**tin [1]** 101/23
**tirelessly [1]** 196/21
**today [17]** 6/24
28/16 29/19 49/23
60/22 61/4 102/22
104/12 127/2 131/15
144/25 190/16 210/1
210/9 212/18 214/24
214/24
**together [3]** 60/23
97/24 207/9
**toilet [3]** 162/24
163/2 163/15
**told [12]** 15/16 39/7
49/13 67/1 77/13
101/15 102/6 109/7
200/7 213/18 215/9
217/15
**Tomas [1]** 70/15
**tomorrow [8]** 10/19
10/21 206/17 206/25
210/3 210/11 221/10
221/14
**tonight [1]** 221/15
**too [7]** 71/18 122/18
130/5 130/11 198/24
199/25 207/15
**took [19]** 65/13
68/20 69/7 69/24
77/15 86/17 87/22
87/23 87/23 126/13
128/11 134/4 134/22
166/9 176/3 178/15
196/15 197/24 202/6
**tooth [1]** 204/18
**top [6]** 68/25 108/12
130/3 160/3 173/9
173/11
**topic [1]** 180/5
**torment [1]** 202/3
**torture [1]** 202/3
**total [1]** 30/21
**totally [5]** 12/12
136/2 138/20 176/4
176/8
**touch [1]** 86/11
**tour [3]** 61/10 72/25
100/22
**tourist [1]** 99/7
**touristic [1]** 101/16
**tow [1]** 105/14
**Tower [5]** 61/10
70/24 90/12 90/12
91/3
**town [1]** 104/18
**toxic [4]** 86/9 109/15
198/2 201/19
**track [2]** 123/18
124/5
**traffic [2]** 99/7 136/5
**train [1]** 90/22

**transcript [4]** 125/25
127/16 209/6 209/10
**transcription [1]**
222/20
**transformed [1]**
135/1
**translation [1]**
194/24
**transparent [1]**
29/19
**transpired [1]** 68/3
**transpiring [1]**
112/11
**transport [1]** 11/1
**Traurig [2]** 198/18
199/5
**traveling [1]** 32/17
**tree [1]** 28/5
**tremendous [5]**
155/17 156/15 156/16
177/20 201/3
**trial [7]** 1/8 21/21
117/9 119/10 119/22
150/22 159/13
**triathlete [1]** 212/9
**tried [3]** 72/16
105/24 194/7
**truck [1]** 105/14
**true [3]** 50/20 57/3
57/8
**truly [1]** 172/11
**Trust [1]** 46/10
**truth [11]** 38/17
51/22 78/14 82/1
83/23 90/17 91/9
157/22 193/7 194/15
220/8
**try [2]** 9/1 177/13
**trying [10]** 6/16 50/9
65/6 73/14 128/3
153/14 177/12 182/24
199/12 205/21
**turn [1]** 118/16
**twelve [1]** 166/10
**two [22]** 12/14 17/14
32/13 36/6 39/23
42/10 42/11 49/18
55/8 55/10 89/25
118/8 125/17 135/24
141/11 170/20 171/11
172/6 174/1 192/20
205/14 219/25
**two-story [1]** 171/11
**type [17]** 7/16 20/16
22/20 29/20 31/10
65/17 65/19 65/22
72/23 72/24 93/13
142/4 145/5 181/7
181/7 181/8 194/14
**types [5]** 31/6 65/11
91/18 177/15 195/3
**typical [1]** 61/20

**typo [2]** 42/1 43/17

**U**

**U.S [1]** 217/2
**ulterior [1]** 97/7
**ultimately [2]** 86/22
135/15
**Ultra [2]** 91/14 91/20
**uncomfortable [1]**
38/11
**uncomfortableness
[1]** 38/16
**under [11]** 7/19
11/21 83/16 100/15
129/15 177/19 178/9
205/21 208/2 217/9
222/6
**undercover [2]**
49/25 50/6
**undergone [1]** 188/4
**underpaid [2]** 158/1
158/4
**understand [26]**
7/10 15/23 21/3 44/17
54/13 54/23 112/11
113/25 115/15 116/14
120/2 124/2 124/9
151/1 163/10 163/21
167/4 180/23 183/8
210/9 211/24 215/24
219/5 220/2 220/9
221/6
**understanding [20]**
6/1 18/4 24/18 33/9
34/24 37/9 46/8 46/23
53/13 66/15 79/11
79/13 79/16 98/25
101/2 102/19 128/24
130/19 153/8 202/5
**understands [1]**
215/15
**understood [3]** 9/13
11/4 116/19
**undertake [1]**
166/12
**undertaking [3]**
67/15 76/5 201/1
**undertook [2]** 38/25
165/16
**unethics [1]** 127/9
**unfolding [2]** 180/24
185/11
**unfortunately [2]**
78/4 156/14
**uniform [1]** 136/15
136/17
**uniformed [1]**
136/19
**uniforms [2]** 20/10
20/11
**uninterrupted [1]**
76/11

**U**

unique [3]  66/9 170/8 216/24
uniques [1]  172/5
unit [1]  102/20
UNITED [4]  1/1 1/9 67/23 131/4
units [2]  102/18 102/21
unknown [2]  199/17 199/25
unlawful [1]  47/2
unless [5]  33/13 154/17 181/6 186/12 216/23
unnamed [3]  152/8 157/21 163/6
unnecessary [1]  138/20
unreasonable [1]  123/17
Unrelenting [1]  53/25
unresponded [1]  165/24
Unresponsive [1]  88/8
Unsafe [1]  152/21
unsanctioned [1]  47/2
unstated [1]  193/11
until [11]  8/15 8/15 8/18 31/14 68/3 76/11 98/14 108/12 129/18 148/12 188/9
untrue [1]  191/2
unusual [4]  38/20 142/25 181/5 218/3
up [74]  4/20 6/1 8/18 12/16 13/14 13/16 20/4 20/6 25/22 26/3 32/8 33/3 34/17 46/3 48/15 51/8 52/11 55/7 62/16 63/24 76/15 78/21 81/6 92/3 94/24 94/24 95/1 95/18 99/16 103/15 106/8 106/14 107/1 121/9 122/3 123/20 126/14 128/18 131/1 132/22 133/5 137/5 139/8 143/23 146/24 159/1 172/12 173/15 188/3 188/4 189/12 194/23 200/9 203/8 204/18 204/22 205/2 205/7 206/7 206/15 206/18 206/21 206/21 207/6 208/9 210/10 210/10 212/19 212/24 214/4 214/12 215/14

218/22 220/22
update [2]  212/21 218/6
updates [2]  216/7 216/10
upon [3]  5/2 136/23 203/21
uprooted [1]  181/17
upset [4]  125/12 152/6 218/14 218/20
upstairs [5]  173/12 173/15 173/16 181/11 188/6
urgency [1]  178/9
Uriarte [41]  38/11 38/16 38/16 38/25 39/12 40/7 40/20 41/1 41/8 41/23 43/14 208/1 212/15 213/6 213/10 213/16 213/18 214/17 214/19 214/22 215/4 215/9 215/10 215/12 215/16 215/21 216/8 216/13 216/15 216/17 216/24 217/2 217/8 217/8 217/11 217/21 217/25 217/25 218/1 218/5 218/6
us [90]  10/4 11/5 18/20 18/21 28/11 29/22 30/21 30/22 31/12 31/14 31/25 32/7 36/9 43/6 43/23 44/14 44/18 51/17 51/24 52/20 54/17 54/22 54/23 55/7 59/1 65/5 75/17 76/4 76/12 76/12 77/5 78/9 80/7 82/13 83/18 83/25 87/22 96/9 97/23 99/2 103/7 103/24 103/25 104/1 104/1 104/4 104/16 109/18 112/7 115/22 117/24 118/24 119/1 122/9 131/23 135/2 135/3 135/5 135/6 135/11 135/15 142/24 151/12 152/21 153/21 156/17 157/4 157/6 157/11 157/12 157/17 160/9 166/9 166/21 167/16 168/23 175/9 177/13 177/14 178/8 191/23 193/3 196/23 199/8 199/24 201/9 202/6 203/9 204/22 209/23
use [17]  10/12 13/23 29/5 123/9 129/15 129/15 134/11 158/18 161/7 164/15 164/25 169/13 169/19 178/14

190/8 198/7 207/21
used [9]  15/9 15/12 30/7 66/11 73/3 84/22 85/1 164/9 193/2
uses [1]  7/20
using [5]  34/16 135/11 180/8
utility [1]  104/10 104/11 220/22
utilized [1]  13/22

**V**

vacation [2]  10/15 11/9
Vagueness [1]  195/12
Valencia [3]  177/3 177/3 177/4
Valentine's [5]  111/7 112/1 118/12 186/25 192/4
valet [51]  15/24 16/5 16/24 17/9 17/11 17/13 17/14 17/18 17/20 17/23 18/6 18/10 18/18 19/5 19/8 19/13 20/4 20/5 20/9 20/20 20/22 21/5 22/15 22/22 23/11 24/2 24/3 24/8 24/14 31/21 31/23 32/20 32/20 33/10 33/11 33/14 33/15 33/18 34/3 34/8 34/21 35/12 37/3 47/10 47/11 131/16 136/10 147/14 147/15 149/5 149/8
valets [2]  35/9 36/14
valid [1]  164/24
validity [2]  54/23 140/20
valuable [1]  11/17
value [7]  7/15 100/24 101/16 110/20 221/6
vans [1]  11/21
Vargas [6]  65/25 66/4 68/21 92/22 92/23 92/24
varied [1]  63/9
vast [1]  130/13
vehicle [6]  11/21 14/1 39/12 41/17 147/19 147/21
vehicles [4]  18/12 140/20 147/18 147/19
vendor [6]  11/24 62/9 65/21 166/23 166/23 167/15
vendors [9]  18/21 61/7 61/7 65/11 65/13 65/15 65/20 66/1 66/5

Venezuelan [3]  62/3 194/16 194/19
vengeance [1]  193/1
venue [16]  142/2 144/3 144/5 144/16 151/10 155/6 155/10 163/13 164/16 175/2 180/22 181/2 183/15 188/1 188/3 188/4
venues [3]  156/17 181/6 185/25
verge [1]  203/17
verification [1]  56/17
verify [1]  140/20
version [5]  108/5 108/7 108/10 108/17 126/4
versus [1]  4/7
very [41]  5/25 9/2 9/6 9/19 20/8 27/17 27/22 29/18 30/5 30/15 40/4 52/25 55/13 60/22 67/15 91/24 100/25 114/5 114/18 114/18 114/18 118/14 132/6 133/4 140/8 142/21 149/14 152/12 164/21 166/6 166/21 166/24 170/12 170/21 170/21 179/7 181/5 200/15 203/4 206/3 208/2
vetted [1]  65/14
via [2]  165/21 165/23
vibes [1]  73/10
vicious [1]  53/2
Vicky [1]  130/10
Victoria [1]  129/21
video [82]  24/16 24/20 24/24 25/24 26/2 26/3 26/15 26/16 26/20 27/16 27/22 28/3 28/4 28/8 28/12 28/23 29/2 29/9 29/13 29/14 29/23 62/20 63/1 63/14 63/16 89/9 89/11 89/16 112/25 113/7 113/14 113/15 113/20 113/22 115/10 117/13 118/14 121/9 122/13 122/23 122/24 123/1 122/23 122/24 137/9 137/9 137/12 137/16 138/3 138/4 138/11 138/12 138/13 139/13 139/17 139/20 139/25 142/12 142/23 147/2 147/17 147/24 148/6 162/1 162/11 162/13 162/20 163/20

179/16 179/18 179/20 180/13 181/1 182/6 182/22 183/21 185/3 185/4 185/5 185/21 187/6 187/20
videoing [1]  143/25
videos [16]  29/22 30/20 122/10 122/14 123/7 123/11 123/13 123/14 123/23 137/1 143/23 143/24 146/2 179/2 184/12 184/16
Viernes [69]  60/17 60/19 60/20 61/13 61/18 61/21 63/6 64/9 64/17 65/11 66/13 66/17 67/9 67/11 67/13 67/20 68/1 68/4 68/23 69/24 70/6 70/10 70/18 70/22 70/23 71/1 71/3 72/5 72/8 72/12 72/18 73/17 73/21 73/23 75/1 75/3 75/21 76/1 76/9 76/13 76/25 77/15 80/16 81/2 81/3 81/15 82/10 82/20 83/12 83/13 84/25 85/7 87/1 87/21 89/14 91/22 92/1 92/21 93/5 93/22 94/14 94/16 95/7 97/11 98/6 98/8 127/12 166/18 191/10
view [1]  173/6
viewed [1]  107/13
vindicated [1]  195/20
Vinny [2]  75/20 77/5
violated [1]  83/25
violating [1]  175/8
violation [27]  23/18 29/6 35/1 36/7 51/18 51/25 52/2 55/17 55/18 55/19 58/24 103/15 103/16 103/25 104/3 104/10 119/8 128/1 151/12 151/14 152/16 177/21 182/12 218/8 218/14 220/19 221/3
violations [10]  27/12 86/2 129/14 129/16 154/15 195/3 218/7 218/18 218/20 221/7
violinists [1]  62/10
visibly [1]  125/12
vision [3]  99/19 99/21 99/24
visit [4]  65/5 65/25 135/21 136/15
visitations [1]  30/16

**V**

**visited [5]** 23/19
40/16 42/9 102/4
133/7

**visiting [2]** 42/5
67/11

**visitor [3]** 100/5
100/20 101/1

**visitors [5]** 61/20
69/2 99/1 105/20
200/23

**visits [3]** 17/21
23/24 31/13

**visual [1]** 62/8

**Visually [1]** 20/1

**Vivian [1]** 69/3

**vividly [1]** 181/13

**voices [1]** 94/8

**void [1]** 98/16

**volume [1]** 72/23

**voluntarily [6]** 51/1
51/8 51/11 51/15
51/17 52/17

**volunteer [2]** 72/2
80/18

**volunteers [2]** 80/8
86/24

**vote [3]** 50/11 67/3
67/4

**W**

**wait [27]** 17/25 25/2
27/5 27/24 38/14
39/17 40/11 43/21
83/21 87/14 106/17
107/5 109/20 143/6
145/7 146/5 147/23
147/23 148/22 151/18
155/21 163/5 167/1
170/1 186/6 188/8
217/5

**waited [1]** 178/2

**waiting [2]** 178/3
178/7

**waived [1]** 5/20

**walk [5]** 30/24 66/4
71/8 100/9 215/25

**walk-along [1]**
30/24

**walked [4]** 88/20
125/6 144/7 188/1

**walking [2]** 187/23
188/3

**walkway [1]** 100/7

**wall [7]** 25/18
140/11 141/5 144/24
148/16 162/25 163/15

**want [32]** 5/5 8/20
9/25 11/20 20/7 22/1
50/10 71/16 71/17
95/11 100/3 101/14
102/25 102/25 105/4

119/20 122/12 123/7
123/20 144/1 146/6
158/9 189/16 195/17
195/17 198/12 199/9
205/1 206/17 206/21
206/22 206/23

**wanted [21]** 49/25
50/6 53/14 73/25
80/19 84/11 85/15
85/16 87/7 99/1 99/8
103/24 118/8 158/11
164/16 167/22 171/19
175/7 178/6 181/2
181/3

**wants [4]** 41/16
198/2 198/10 206/19

**wares [2]** 65/17
65/20

**warfare [1]** 48/6

**warm [1]** 62/13

**warrant [3]** 181/7
220/20 221/4

**was [699]**

**washed [1]** 80/18

**wasn't [23]** 49/1
52/8 54/22 54/23
62/15 84/22 91/16
125/10 136/5 136/7
137/3 145/5 149/8
165/21 171/18 175/24
176/7 192/16 196/23
211/22 211/25 218/14
219/16

**waste [2]** 11/25
207/19

**watch [6]** 27/22
111/25 112/7 168/1
182/4 221/12

**watched [3]** 118/14
163/17 185/12

**watching [1]** 74/9
74/9 112/2

**water [6]** 11/21
165/25 166/1 166/2
166/3 166/13

**way [34]** 15/8 22/6
32/10 64/23 65/6 66/7
66/21 100/4 102/5
109/5 110/17 114/19
127/23 132/4 132/5
132/6 134/16 141/17
148/10 148/20 149/15
171/19 171/19 173/18
175/1 181/20 192/14
194/12 204/19 204/23
218/22 219/24 220/4
221/15

**we [511]**

**we'd [1]** 5/17

**we'll [17]** 6/20 8/10
12/7 25/16 74/10
119/15 188/8 193/13

197/15 200/9 206/20
209/5 209/24 210/9
210/10 212/17 218/21
**we're [42]** 5/21 6/11
8/16 10/20 28/24
33/11 34/21 37/2 43/9
55/17 55/23 73/11
74/4 86/8 88/7 97/22
100/2 100/17 102/8
118/7 118/10 119/13
119/25 122/7 123/10
123/18 135/9 150/22
163/24 171/25 191/21
202/6 203/7 203/22
203/22 203/22 203/23
205/13 209/25 210/1
215/24 216/16

**we've [15]** 10/22
21/17 30/25 100/12
102/6 112/22 113/1
117/8 131/14 149/20
149/23 158/4 159/9
201/20 202/7

**weapon [2]** 60/9
193/2

**weapons [1]** 203/7

**wear [1]** 143/21

**wearing [3]** 145/4
145/19 145/24

**web [1]** 112/9

**WEDNESDAY [3]** 4/1
68/16 120/8

**Wednesdays [1]**
93/7

**week [3]** 11/1 11/3
11/24

**weekend [1]** 135/24

**weekends [1]** 87/7

**weeks [6]** 135/6
155/12 155/12 165/24
165/24 172/6

**weight [1]** 85/7

**welcome [1]** 12/22

**welcomed [2]** 97/16
97/19

**well [49]** 5/13 9/19
9/21 11/19 16/8 17/21
21/17 23/19 23/23
34/25 40/17 46/23
47/23 54/7 55/16
60/22 65/21 68/25
72/22 75/11 76/10
83/14 93/9 99/6
102/25 111/22 130/12
131/22 134/1 134/6
150/4 152/8 155/10
167/4 170/6 174/18
175/16 187/13 187/14
190/24 191/4 195/12
198/15 206/15 211/2
214/4 215/14 221/9
221/18

**well-known [2]**
68/25 134/1

**went [13]** 11/19
24/19 40/7 54/12 72/2
106/19 106/21 112/9
112/10 131/22 134/25
192/14 216/18

**were [231]**

**weren't [8]** 19/4
19/5 125/8 128/14
131/4 165/21 211/3
211/14

**what [272]**

**what's [33]** 10/23
17/25 27/5 29/8 32/5
38/5 38/14 39/5 39/10
40/11 41/12 42/24
43/8 45/9 49/17 51/20
56/12 64/13 78/12
82/15 83/21 87/14
89/1 114/10 124/5
131/7 138/12 141/19
144/18 148/4 193/7
193/9 216/20

**whatever [11]** 22/1
32/1 71/10 73/25
107/17 118/24 124/5
149/8 158/11 212/6
215/11

**whatsoever [3]**
26/10 119/23 218/23

**when [101]** 6/7 6/18
6/19 9/6 9/16 10/24
11/13 12/6 13/25
17/21 18/17 18/17
19/2 19/4 19/9 20/1
24/13 24/15 24/24
25/17 29/10 29/17
30/10 31/2 31/19
31/24 32/6 32/21
40/20 41/16 46/13
46/16 49/7 51/4 52/23
54/20 56/2 59/5 61/23
63/12 63/16 80/20
82/19 89/24 91/12
93/7 94/22 99/1 100/2
101/13 102/25 104/12
105/10 110/16 110/17
113/4 115/16 119/5
122/22 125/4 127/6
134/15 135/10 136/5
136/6 136/15 136/21
139/12 140/10 140/12
145/5 150/17 154/4
154/15 156/7 156/12
157/13 157/17 157/24
162/16 163/19 163/23
165/5 165/18 167/7
168/10 171/21 173/23
173/23 186/20 186/23
192/2 192/14 192/18
198/9 202/12 204/15

204/15 204/17 205/4
220/14

**where [47]** 7/16
13/14 17/3 23/24 24/5
24/25 25/7 26/4 31/22
35/1 36/19 39/11 54/7
55/22 56/8 62/5 63/11
70/22 75/17 77/16
77/16 77/20 88/19
89/18 95/11 99/3 99/3
100/9 101/9 101/11
101/12 105/2 109/7
142/24 144/23 147/4
149/11 149/14 158/10
162/22 166/19 181/14
194/21 195/4 216/4
218/14 218/19

**wherever [1]** 199/20

**whether [14]** 21/3
24/1 57/18 58/1 62/1
62/3 107/7 112/13
123/11 142/3 169/19
174/12 175/8 211/10

**which [60]** 5/3 5/16
11/10 16/17 17/12
20/5 21/17 23/5 27/14
36/7 37/4 37/15 40/17
40/18 43/18 50/8
58/23 63/20 68/14
68/16 71/22 100/6
101/21 104/4 107/3
108/9 116/24 118/20
119/10 121/6 122/13
125/9 126/15 128/1
128/9 128/16 128/19
129/1 129/20 129/20
129/21 130/5 132/22
133/3 134/11 142/25
150/25 153/16 159/20
166/6 179/4 180/23
183/17 194/14 201/3
208/1 208/15 208/22
209/5 216/24

**while [7]** 76/23
112/2 119/24 132/19
138/12 177/21 212/17

**white [1]** 26/24

**who [32]** 11/5 11/9
27/4 41/15 49/19
54/16 55/14 55/20
56/13 67/5 67/20
68/23 69/3 70/1 70/15
80/20 87/3 115/15
132/7 141/8 152/22
153/23 158/22 162/13
182/9 185/14 206/14
210/19 211/16 216/18
217/11 220/8

**who's [7]** 10/14
81/11 81/25 92/23
143/11 157/21 177/3

**whole [2]** 168/25

**W**

**whole... [1]** 205/21
**why [45]** 11/19
20/21 31/11 35/20
35/25 42/4 45/5 45/6
46/21 51/12 51/15
61/3 71/16 75/6 77/14
80/20 83/5 85/5 85/10
86/8 86/20 87/6 93/5
98/12 98/23 118/7
118/10 119/2 121/15
122/2 127/19 136/7
144/16 144/18 148/14
154/25 157/3 161/12
161/14 168/20 170/13
181/3 184/3 198/23
205/19
**wife [2]** 63/4 205/10
**will [43]** 6/12 6/21
7/1 7/17 60/9 71/20
71/23 72/3 74/5 80/15
80/19 85/21 86/8
86/10 111/23 120/1
121/7 122/5 122/13
123/22 124/2 124/10
132/5 132/5 148/19
158/10 175/4 184/10
188/11 195/20 199/24
206/6 206/23 207/6
207/8 207/9 207/15
208/7 213/24 220/22
221/10 221/14 221/19
**WILLIAM [4]** 1/4
13/10 159/21 210/15
**Willy [3]** 70/15
132/25 133/1
**wind [1]** 104/21
**window [2]** 177/21
178/5
**winner [2]** 132/25
133/1
**winning [1]** 221/18
**wish [1]** 203/21
**withdraw [5]** 51/8
51/11 51/15 52/21
53/17
**withdrawn [3]** 5/19
9/14 197/17
**withdrew [12]** 4/25
12/11 51/2 51/17
52/17 52/23 54/2 54/6
55/2 94/20 95/8 96/12
**within [10]** 5/13
16/16 17/18 79/24
89/25 90/2 124/10
158/11 177/21 208/20
**without [21]** 5/18
9/4 18/20 44/24 45/5
71/17 77/12 96/20
103/21 116/10 117/2
118/23 118/23 119/10

137/8 139/9 155/12
167/8 191/23 210/4
222/12
**witness [42]** 21/8
21/13 22/2 34/10
38/16 48/15 49/20
51/4 56/14 62/17
63/25 68/9 76/16
78/22 81/7 81/25
88/24 89/2 92/4 95/19
107/19 117/1 123/3
125/19 132/10 133/6
137/6 139/9 142/10
146/25 159/2 161/25
171/7 172/13 176/13
189/13 207/25 208/3
220/7 220/9 222/1
222/6
**witnessed [1]** 91/12
**witnesses [2]** 3/2
179/16
**won [2]** 105/18
205/23
**won't [1]** 119/22
**wood [1]** 101/23
**word [2]** 73/3 73/5
**words [4]** 17/8 53/11
126/11 192/7
**work [25]** 6/12 32/3
54/19 54/24 61/16
71/12 86/24 124/10
127/2 127/12 128/5
135/9 151/12 152/16
155/19 156/7 156/9
156/12 158/20 161/16
168/22 168/25 196/17
196/17 199/14
**worked [9]** 69/4
75/11 75/16 75/22
103/23 110/7 134/15
156/17 213/13
**workers [1]** 156/14
**working [5]** 32/1
68/6 135/16 141/15
161/16
**works [2]** 71/8 100/2
**world [3]** 101/9
149/15 203/5
**worldwide [2]** 99/6
204/19
**worried [1]** 167/22
**worst [1]** 195/2
**worthless [1]** 110/20
**would [128]** 9/9
17/12 19/25 20/1 20/3
20/4 20/6 20/6 20/7
20/7 20/12 21/2 31/5
31/10 31/12 31/19
31/24 34/3 34/7 46/11
48/5 50/17 50/18
50/18 50/21 51/25
52/1 52/3 52/4 54/17

59/13 60/4 62/5 62/5
62/6 62/10 65/17
65/21 65/22 65/25
66/4 66/10 66/24 67/1
67/3 67/3 68/14 68/18
72/3 72/5 73/21 73/24
75/17 75/18 75/22
76/4 76/13 77/1 77/5
78/2 93/7 93/7 93/16
99/2 100/9 100/20
100/21 100/21 100/23
102/3 104/21 110/11
113/4 119/1 121/23
122/2 123/11 125/10
128/15 129/4 129/8
131/16 136/14 136/15
136/18 136/21 137/2
137/16 140/13 141/2
142/4 143/2 143/21
144/1 144/2 144/2
144/3 144/4 144/13
145/1 149/22 151/7
151/21 152/1 152/20
153/11 163/13 165/23
165/24 167/21 167/22
171/15 171/15 173/24
173/24 179/23 186/20
188/16 192/15 197/6
199/13 201/3 203/4
205/12 217/10 220/20
220/21 221/25
**wouldn't [1]** 203/21
**wrap [1]** 167/19
**wrapping [1]** 123/20
**wrist [2]** 52/1 52/8
**write [4]** 193/4
217/21 218/1 219/19
**writing [3]** 42/16
96/19 177/15
**written [9]** 37/11
49/19 92/22 95/25
119/2 129/21 151/11
176/18 177/8
**wrong [1]** 76/20
**wrongdoing [2]**
36/16 36/23
**wrote [2]** 5/7 37/10
**Wynwood [1]**
104/25

**Y**

**yanked [1]** 160/22
**yeah [5]** 7/25 33/11
36/22 122/4 132/2
**year [11]** 69/10
78/19 135/22 135/22
135/23 137/14 153/21
157/11 165/4 178/14
203/1
**years [32]** 25/9 26/9
32/23 50/17 50/19
56/7 65/15 67/22

70/23 71/25 72/4 78/7
80/17 85/10 108/14
127/11 156/17 156/18
156/18 192/17 192/17
192/18 202/3 202/6
202/11 202/21 203/2
203/15 204/3 204/21
208/3 219/1
**Yep [1]** 26/17
**yes [233]**
**yesterday [9]** 4/21
6/23 7/7 13/15 13/18
44/19 123/18 131/15
216/6
**yet [4]** 8/4 157/9
207/12 207/25
**you [855]**
**you were [21]** 19/2
43/2 43/3 43/6 48/24
50/14 65/23 72/13
115/2 117/20 153/14
154/25 156/13 161/12
180/15 183/25 185/17
192/3 209/7 211/2
212/18
**you'd [1]** 92/17
**you'll [2]** 4/21 46/15
**you're [26]** 8/2 9/6
9/15 12/22 18/13 32/2
49/8 54/17 72/21
80/22 80/22 89/13
94/24 101/4 101/5
109/15 114/7 158/6
169/11 176/10 177/8
198/9 205/4 208/17
208/24 211/10
**you've [13]** 24/24
71/21 73/3 126/17
126/21 135/8 190/21
204/22 210/23 215/4
217/11 220/16 221/1
**young [4]** 41/15
41/24 41/24 213/19
**your [301]**
**yours [3]** 129/23
130/11 130/13
**yourself [3]** 5/7
143/3 154/20
**youth [1]** 205/3

**Z**

**Zamanillo [1]**
200/18
**zero [1]** 110/21
**zone [3]** 64/7 64/20
65/1
**zoning [2]** 198/17
220/23