1
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                        (FORT LAUDERDALE)
                         CASE NO.  18-CV-24190
3

4   **WILLIAM FULLER** and
    **MARTIN PINILLA, II,**
5            Plaintiffs,              Fort Lauderdale, Florida
    vs.                              May 11, 2023
6
    **JOE CAROLLO,**
7            Defendant.
    ---------------------------------------------------------
8                        **Trial Day 17**
                 BEFORE THE HONORABLE RODNEY SMITH
9                  UNITED STATES DISTRICT JUDGE

10  APPEARANCES:
    FOR THE PLAINTIFFS:  **AXS LAW GROUP,** by:
11                       **Jeffrey W. Gutchess, Esq.,**
                         **Courtney Anne Caprio, Esq.,**
12                       Joanna Niworowski, Esq.
                         Amanda Suarez, Esq.
13                       2121 NW 2nd Avenue, Suite 201
                         Miami, Florida  33127
14

15  FOR THE DEFENDANT:  **KRINZMAN, HUSS,**
                        **LUBETSKY, FELDMAN & HOTTE,** by:
16                      **Mason A. Pertnoy, Esq.,**
                        **169 E. Flagler Street, Suite** 500
17                      Miami, Florida  33131

18                      **KUEHNE DAVIS LAW,** by:
                        Benedict P. Kuehne, Esq.
19                      100 S.E. 2nd Street, Suite 3105
                        Miami, Florida  33131
20
                        **SHUTTS & BOWEN,** by:
21                      Marc D. Sarnoff, Esq.
                        200 S. Biscayne Blvd., Suite 4100
22                      Miami, Florida  33131

23

24

25

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                          Thomas E. Scott, Esq.
 3                        Amber C. Dawson, Esq.
                          9150 South Dadeland Blvd., Suite 1400
 4                        Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2  PLAINTIFFS' WITNESSES:

 3                           DIRECT   CROSS  REDIRECT   RECROSS

 4  WILLIAM FULLER                      18

 5

 6  DEFENDANT'S EXHIBITS           RECEIVED
    628                            47
 7  627                            48
    626                            51
 8  65                             54
    64                             58
 9  9                              81
    67                             87
10  68                             89
    70                            101
11  71                            103
    72                            104
12  75                            110
    76                            112
13  620, 621                      135
    632                           167
14  654                           171
    656                           173
15  658                           174
    101                           188
16  587                           191
    100                           191
17  670                           206

18

19

20

21

22

23

24

25
```

**THURSDAY MORNING SESSION, MAY 11, 2023**

P-R-O-C-E-E-D-I-N-G-S

- - -

(Call to the Order of the Court.)

THE COURT:  Good morning, everyone.  You may be seated please.

Patricia, do you want to call the case?

THE COURTROOM DEPUTY:  This is Fuller versus Carollo, case number is 18-CV-24190, Smith.  Counsel, please state your appearances for the record.

MS. CAPRIO:  Good morning.  Courtney Caprio, Jeff Gutchess, and Amanda Suarez on behalf of plaintiffs.

THE COURT:  Good morning.

MR. PERTNOY:  Good morning, Your Honor.  Mason Pertnoy, Leah Gardner, Amber Dawson, Marc Sarnoff, Ben Kuehne on behalf of the commissioner.

THE COURT:  Are you ready to proceed?

MS. CAPRIO:  Your Honor, pursuant to your instructions, we'd like to have a sidebar for the exhibits that we were not able to resolve yesterday after court.

THE COURT:  How many exhibits do you have that you want to resolve?

MS. CAPRIO:  There's categories of exhibits.  I think there's probably three different categories and one issue that we need to talk about.

```
 1                  THE COURT:  All right.

 2                          (At the bench.)

 3                  MS. CAPRIO:  First of all, pursuant to Your Honor's

 4    instructions regarding the media, we have evidence that

 5    defendant Carollo has been speaking to the media about these

 6    proceedings.  He told the reporters on Tuesday that one of our

 7    clients' statements was a call to arms against him.  This was

 8    also reported on the television news.

 9             Not only are these statements prejudicial, it's a

10    violation of your order that's been repeatedly put in place

11    since calendar call.

12             So plaintiffs would request the ability to brief this

13    issue to ask for sanctions.  We're willing to file the brief

14    under seal.  The sanction that we're seeking is to prevent

15    Commissioner Carollo from taking the stand again.  He's

16    testified for four days, and this is a very blatant disregard

17    of Your Honor's instructions.

18                  THE COURT:  You have a response?

19                  MR. KUEHNE:  I haven't read the newspaper article, I

20    haven't seen the television, so I don't know anything as to

21    that, but I will investigate and make a report to the Court.

22                  THE COURT:  All right.  Because also my legal staff

23    does send me updates.  I did receive the same thing as well,

24    any updates.  That's why I make sure that the jurors are not

25    violating.  I have the same thing that came to my personal
```

1    email about the trial, to make sure we don't have any foul play

2    or run afoul of my instructions.  I have that exact same email

3    that was sent to me by my staff.

4            MR. KUEHNE:  I don't doubt it.  It's in the

5    newspaper.  I haven't been following that, Judge.

6            THE COURT:  I will reserve on that issue.  Next.

7            MS. CAPRIO:  As to the exhibits, my colleague, Amanda

8    Suarez, will be handling that portion of the sidebar.

9            MS. SUAREZ:  Yes, Your Honor.  The first main issue

10   that was brought to our attention is Mr. Kuehne intends to

11   question Mr. Fuller on allegations of voter fraud, insinuating

12   that he committed voter fraud, and also insinuating that he

13   made campaign contributions.

14           This is -- not only did we have testimony from Chief

15   Blom that the FDLE themselves told him there was nothing to

16   those allegations, but Mr. Kuehne is not a prosecutor, this is

17   not a criminal case, and it's completely inappropriate to bring

18   allegations that have not even been investigated or charged

19   against Mr. Fuller in his cross-examination.

20           THE COURT:  All right.  Is that correct?  You intend

21   to ask questions about something that's not been charged or

22   someone been convicted of?

23           MR. KUEHNE:  I certainly do not intend to ask those

24   questions, Judge.  I intend to ask questions about the matter

25   that they brought out on direct examination, that this door has

1    been opened about his voting in this particular election, his

2    status as a voter, and I believe that's all appropriate.

3         I'm going to ask him what he understands or what the

4    law is on that point, and I'm going to appropriately

5    cross-examine him about the allegation that has been made that

6    he has denied that there was illegal voting in connection with

7    whatever he claims occurred in this case.  So it's in direct

8    response to what the plaintiffs have been asserting throughout

9    the course of this case.

10        Second, Judge, the plaintiffs have brought out

11   extensive testimony admitted by Mr. Fuller about his -- I guess

12   he describes it as secret campaign activity, including funding

13   substantial secret work for Mr. Leon.  All his testimony.  And

14   I intend to ask him about what he did, what the function was

15   that he brought out on direct examination.

16        The fact that his name doesn't show up anywhere, that

17   his company names are not associated with any of the secret

18   contributions.  The fact that the law -- the campaign law

19   requires disclosures and disclaimers of all funding, all

20   funding, direct and indirect, in support of a candidate of any

21   type.  And that dark money, shadow money, conduit money,

22   putting money in the name of another, and that is exactly his

23   testimony.  We gave money to Jenny Molina to be the name on the

24   poster, but it was our funding so we could do it secretly.

25   All, in my view, prohibited by the Florida election laws.

1          And I intend to ask him -- he can say I have no idea

2    what the election laws are, but this is appropriate impeachment

3    for something that he brought out, that he's doing, because in

4    Florida, secret financial support for a candidate is not

5    allowed.  And even if he doesn't know that, it's appropriate to

6    make certain that all of the secret support that he made, the

7    extent of it, what he did, what he knows or doesn't know --

8          THE COURT:  All right.  I've heard enough.  I have no

9    issue.  You can question him on that as to what contributions

10   he made to the Alfie Leon campaign.  However, anything relating

11   to some voter fraud or anything else, I'm sustaining the

12   objection.  You're not going to be allowed to ask those

13   questions, but you can ask him about whatever contribution he

14   made.  Whether Alfie Leon did not report those, that's on the

15   candidate, that's fine.  But you can ask that question.

16         Anything relating to voter fraud or any allegations,

17   I'm going to sustain it, and I'm not going to have this

18   conversation again regarding that, so that's my final

19   instruction.

20         MR. KUEHNE:  I need then to respond additionally.  He

21   has flat out denied -- this witness flat out denied the truth

22   of anything made by -- said by Carollo.  That's all opinion

23   testimony, by the way, on the opinion statements by

24   Mr. Carollo, not statements of fact.  That he did not engage in

25   fraud, did not engage in any inappropriate --

```
 1            THE COURT:  Has that been a complaint substantiated
 2    that he has engaged in voter fraud, sir?  It's a yes or no.
 3            MR. KUEHNE:  I don't think he said he engaged in
 4    voter fraud.
 5            THE COURT:  Listen, do you have evidence that he's
 6    been found guilty or engaged in voter fraud?
 7            MR. KUEHNE:  Yes, Judge, that's our --
 8            THE COURT:  Where is the evidence?  Show it to me
 9    first.  Show me where he's been prosecuted for voter fraud.
10            MR. KUEHNE:  Of course he hasn't been prosecuted.
11    Mr. --
12            THE COURT:  Mr. Kuehne, the answer is no.  If you do
13    that, the Court is going to reserve a sanction and that's going
14    to be the end of your cross-examination.  It's a direct
15    violation of this Court's orders.  Again -- I'm not done.  I'm
16    not done speaking.  You can go into the probe about his
17    financial contributions, fair game, that's appropriate.
18            What's the next issue you have here?
19            MS. SUAREZ:  Just the categories of exhibits, Judge.
20    One of the big ones, they have about over 30 probably exhibits
21    that have to do with the Tower Hotel.  We intentionally split
22    the testimony so that it wouldn't be repetitive and cumulative.
23            Mr. Pinilla talked about how hotel permitting works.
24    They painstakingly in detail went through every single
25    permitting --
```

1            THE COURT:  Repeat that again, please.

2            MS. SUAREZ:  A lot of the exhibits as to the Tower

3     Hotel, we intentionally split the testimony so that Mr. Pinilla

4     would handle some bits, Mr. Fuller would handle other bits so

5     it wasn't repetitive.

6            They went through in painstaking detail all of the

7     permits for Tower Hotel with Mr. Pinilla.  They intend to do

8     the same with Mr. Fuller, despite that fact Mr. Fuller on

9     direct only testified about the Christmas party.

10           To the extent they want to talk about the Christmas

11    party and the Certificate of Use, which is the only thing

12    Mr. Fuller talked about, that's fine, but to go painstakingly

13    through with every permit would be outside the scope of direct.

14           THE COURT:  That's already been established.  What

15    else do we need to do?

16           MR. KUEHNE:  First, Judge, we have not questioned

17    Mr. Fuller about the Tower Hotel and intend to.

18           THE COURT:  You can.

19           MR. KUEHNE:  Allow me at least to correct my

20    interpretation of having read the transcript of his testimony

21    thus far.  He, on direct examination, was asked about acquiring

22    the Tower Hotel.  He spent extensive time talking about the

23    Tower Hotel, how wonderful it was, and he said revealingly, I

24    think is his statement, and I have it quoted, "there are

25    secrets behind the walls."

```
 1          THE COURT:  I said you can cross-examine him with
 2   respect to the Tower Hotel.  Why are we having this
 3   conversation?
 4          MR. KUEHNE:  I thought you said you heard the
 5   testimony already.
 6          THE COURT:  As to the Tower Hotel, you can
 7   cross-examine him on that, Mr. Kuehne.
 8          MR. KUEHNE:  I apologize for offering any comment.  I
 9   did not understand the question.
10          THE COURT:  What's the next issue?
11          MR. GUTCHESS:  I have one clarification on the
12   campaign funds.  My understanding is you're allowing questions
13   about what he testified to as donations or support, but the
14   question is I'm concerned Mr. Kuehne is going to accuse him of
15   committing a crime, a campaign finance crime.
16          THE COURT:  First and foremost, if a candidate
17   doesn't report whatever money they receive, it's on the
18   candidate, not the donor.  You can ask him exactly what -- I'm
19   not done, don't interrupt me -- you can -- that's fair game.
20   You can ask him about the contribution, what he made to Alfie
21   Leon, but you can't accuse of him saying, well, you don't have
22   any issue that Mr. Leon did not report his contribution.
23          That's on Mr. Leon who has an ethical obligation, not
24   the donors.  Like, for example, if you were to write to a check
25   to any candidate, they don't disclose that, they're not going
```

```
 1    to bring a case against Mr. Kuehne or your firm or PA.  It's on

 2    the candidate who takes that on.

 3              MS. SUAREZ:  Thank you, Judge.

 4              THE COURT:  We're not going to have any allegations

 5    that he engaged in some type of fraud here.  You can ask him

 6    what did you do, who did you pay it to.  With respect to that,

 7    if Mr. Leon did not file that and report it, so be it.  That's

 8    on Mr. Leon.

 9              MR. KUEHNE:  I need to correct the Court's

10    understanding of Florida campaign finance law.  Although the

11    candidate and campaign is responsible, any person -- let me be

12    clear -- any person who makes a contribution to a political

13    campaign or on behalf of a political campaign is required, is

14    required to do it in his or her name or corporate name.

15              THE COURT:  Correct.

16              MR. KUEHNE:  And is required by Florida law to

17    provide that information to the candidate.

18              THE COURT:  Exactly.

19              MR. KUEHNE:  And if the person who makes that

20    contribution disguises it and does not disclose it, that is a

21    violation of Florida campaign finance law.

22              If the Court wants me to brief that, I will just tell

23    the Court I do this for a living, I understand it --

24              THE COURT:  Sir, you can brief it and do it for a

25    living -- do this for a living, but, again, my ruling stands
```

1    the same.  If you can provide me the law, and I will revisit

2    that issue as to whether or not it's, indeed, a violation.

3         But, again, you're not going to make any accusation

4    accusing someone of fraud here.  As I mentioned before, you can

5    ask him what did you contribute to whom.  On those PACs, I know

6    sometimes money is distributed to a PAC, as well.  They have

7    those things, as well, which are legal.  As you know, a citizen

8    can deny it.  There's no dispute about that.

9         I don't know whether or not that happened in this

10   particular matter, so you can do so.  But, again, before we go

11   any further, you can show me his obligation as to what he's

12   supposed to do.  But sometimes people don't know, that's fine.

13   You can question him, but I want to see the law first.  You can

14   give me a copy of it and I can read it, see whether it's

15   applicable to this case here.

16        We're not going to assume something without reading

17   it.  I want just to hit it off first, it says what is it.  It

18   is what it is, I have no problem with that, but what we're not

19   going to do is put the cart before the horse here.  You can

20   have your co-counsel give me a copy of it while you're doing

21   the exam.  I'll review it and that's it.

22        MR. KUEHNE:  I can give you a copy of my statutes.  I

23   did not bring extras, but I will give you a copy to look at.

24   I'll just need them back at the appropriate time.

25        THE COURT:  Absolutely.

 1          MS. CAPRIO:  Send us the statute.

 2          THE COURT:  Give it to opposing counsel, as well.

 3          MS. SUAREZ:  The only exhibit is a video of

 4  Mr. Pinilla, some interview that he gave, didn't introduce it

 5  with Mr. Pinilla.  I don't know why Mr. Fuller has anything to

 6  do with an interview that he's not -- was not present at, et

 7  cetera.  They should have asked Mr. Pinilla about it is our

 8  position.

 9          THE COURT:  Okay.

10          MR. KUEHNE:  Mr. Pinilla made a statement against

11  interest.  It is admissible under the Florida Rules of

12  Evidence.  It is admissible for any purpose.  I intend to show

13  it.  I intend to ask this witness about it, and it's a

14  statement from a party opponent.  It's a statement from a

15  party, and it's directly adverse to the party.

16          THE COURT:  I agree.  Why didn't you ask that of

17  Mr. Pinilla if it's against Mr. Pinilla, not Mr. Fuller?

18          MR. KUEHNE:  Your Honor, it's not against anybody.

19  It's --

20          THE COURT:  Mr. Kuehne, I'm not mincing words here,

21  sir.

22          MR. KUEHNE:  It's an admission against interest of

23  the parties and in this particular case --

24          THE COURT:  No, let me just stop you right there.  I

25  disagree with that.  It's not against the parties because each

1    of them has their individual claim here.  You can find for

2    Mr. Pinilla or for Mr. Fuller.  They may find for your client

3    as a whole.  It's not admissible against Mr. Fuller.  It's

4    against Mr. Pinilla.  They are two separate plaintiffs, just

5    because in this trial, they don't have to award anybody

6    anything.  They can award Fuller one dollar or Mr. Pinilla

7    anything.  There are two separate claims here.

8            MR. KUEHNE:  I agree.

9            THE COURT:  Because they're not obligated to find for

10   both.  This is not a two for one here, saying we believe

11   Mr. Fuller, we're just going to automatically feel sorry for

12   Mr. Pinilla too because -- no.  If they didn't prove their case

13   with respect to Mr. Fuller, they don't need to automatically

14   find for Mr. Pinilla and vice versa.  All right?  So --

15           MR. KUEHNE:  Back to the issue, Judge, I intend to

16   introduce, and if the Court wants to give a limiting

17   instruction that it is only usable as an admission against

18   Mr. Pinilla, that's fine with me.

19           But I intend to introduce a video portion where

20   Mr. Pinilla is speaking in his own words and saying something

21   that, in our view, is evidentiary and contrary to the position

22   of Mr. Pinilla at least.  And I intend to introduce it and --

23           THE COURT:  What is this video?

24           MR. GUTCHESS:  You should have given it to

25   Mr. Pinilla so we can respond and explain.  This is unfair.

```
 1              MR. KUEHNE:  They can't tell me how to try my case.

 2              THE COURT:  It's not about how you try your case.

 3    The Court controls how this case is going to be tried with the

 4    rules.  This is my courtroom.  We're going to decide it how

 5    it's supposed to be decided.  The bottom line is no, you had an

 6    opportunity to discuss this with Mr. Pinilla.  Now, again, this

 7    is Mr. Fuller.  If you've got any statements against interest

 8    of Mr. Fuller, have at it.

 9              MR. KUEHNE:  So the Court is preempting me from

10    introducing as evidence a statement by a party opponent simply

11    because I didn't bring it up in Mr. Pinilla's case?  That's not

12    what the foundation requirements are, Judge, in my view.

13              I will respect the Court's ruling, but I'm permitted

14    to introduce, even as a standalone exhibit, the excerpt that he

15    said as an admission.

16              THE COURT:  I want to see the video.  I'll tell you

17    what.  I'll reserve on it, but you're not going to

18    cross-examine Mr. Fuller with respect to what Mr. Pinilla said,

19    so I will reserve on.  I want to see the video, what you intend

20    to introduce.

21              Okay, next.

22              MS. SUAREZ:  Last issue, Mr. Kuehne brought to our

23    attention yesterday, we intend to rest after Mr. Fuller.  I

24    know they want to make a motion for directed verdict.  We can

25    reserve for the end of the trial, and we can both make our
```

1    motions so that we can move on with the case and not take the

2    jury's time.

3              THE COURT:  That's fine.  Anything else?  All right.

4    Well, thank you.

5              MR. KUEHNE:  Could I just have a minute and pull the

6    statute?

7              THE COURT:  I can't hear you, sir.

8              MR. KUEHNE:  Could I just take a minute and pull the

9    statutes for my material?  I have to go through and find that.

10             THE COURT:  Sure.

11             MR. KUEHNE:  Your Honor, I'm going to hand you

12   Florida Statute 106.08 and 106.09 for your review.

13             MR. GUTCHESS:  Do you have copies for us?

14             MR. KUEHNE:  I don't, but I gave the statute to your

15   co-counsel.

16             THE COURT:  Are we ready to proceed?

17             MR. KUEHNE:  Yes, Your Honor.

18             THE COURT:  You can bring in the jurors, please.

19             THE COURT SECURITY OFFICER:  All rise.

20             (Thereupon, the jury entered the courtroom.)

21             THE COURT:  All right.  You may be seated.  Good

22   morning, ladies and gentlemen of the jury.  How's everyone?

23   Good, great.

24             Again, everyone has kept my instructions and followed

25   in terms of not watching the news, reading the newspaper,

1    listening to the radio regarding this matter, is that correct?

2              ALL JURORS:  That's correct.

3              THE COURT:  Thank you.  Everyone agrees.  With that

4    said, we will continue with the cross-examination of Mr. Fuller

5    by Attorney Kuehne.

6              You may proceed, sir.

7                          -  -  -  -  -

8         **CONTINUED CROSS EXAMINATION OF WILLIAM FULLER**

9    **BY MR. KUEHNE:**

10   Q.   When we broke last night, Mr. Fuller, I believe I had

11   Defense Exhibit 702 on the screen.  Let me put that up again.

12        You recall this picture of a man who's wearing a shirt

13   that says D. Uriarte, City of Miami Code Inspection Department,

14   Code Compliance Department?

15   A.   Yes.

16   Q.   And your testimony to the jury was that you never met this

17   man?

18   A.   I don't recall.

19   Q.   Isn't that right?

20   A.   I don't recall meeting this man.

21   Q.   Let me ask you the question and try to listen to it.

22        Your testimony to this jury was that you never met this

23   man, wasn't it?

24   A.   I do not recall meeting this man.

25   Q.   So the answer is you told the jury you did not recall

1    meeting this man?

2    A.    No, sir.  If this is, in fact, Dennis Uriarte, I do not

3    recall meeting this man.

4    Q.    So let's review and let me ask you about Dennis Uriarte as

5    questioned during your direct examination on May 10, 2023.  And

6    I'm asking you for counsel purposes, let's look at page 37.

7         So, under oath, you informed the jury --

8            MR. KUEHNE:  And, Curtis, is this something that we

9    can pull up?  Let's go to the transcript of yesterday's

10   testimony, May 10, 2023, and pull up page 37.  So, you can read

11   along with me, and I'm going to start at line 11.

12   **BY MR. KUEHNE:**

13   Q.    Are you able to see that on the screen, Mr. Fuller, line

14   11?

15   A.    Yes.

16   Q.    So let me read it.  It says A -- and you understand A

17   means answer, that's the Fuller testimony under oath, right?

18   You understand that?

19   A.    Yes.

20   Q.    We -- there was -- you know, this refers to a Code

21   Enforcement number that was developed there so, you know,

22   these -- everything was always disguised as informational.  I'm

23   only sharing information with you.  That you have a public

24   official, Mr. Joe Carollo, informing this man, Uriarte, he's

25   just a kid in his 20s, okay?  And he's saying, take a look at

```
 1   this, take a look at this.  What do you expect him to do?
 2        Your testimony under oath, right?
 3   A.   Yes, sir.
 4   Q.   Now let's go to the next page.  Well, on that page, 37,
 5   we're continuing with Uriarte, but then the next page, 38,
 6   lines 5 and 6.  Do you have that up?
 7        So you see that your lawyer says:  So then Mr. Uriarte was
 8   in his 20s, correct?  And your response:  He was young.  20's,
 9   30s, he was young.
10        Your testimony, right?
11   A.   Yes, sir.
12   Q.   And you told this jury that this picture, if it's a guy in
13   his 20s or 30s, certainly is in bad shape.  That was your
14   testimony, right?
15   A.   Well, certainly doesn't look like he's in his 20s or 30s,
16   but this was five years ago.  I don't know that gentleman's
17   age.  Did you tell us?
18   Q.   Oh.  You don't know that Dennis Uriarte is 55 years old?
19            MS. CAPRIO:  Objection.  Counsel is testifying.
20            THE COURT:  Sustained.
21   BY MR. KUEHNE:
22   Q.   Do you know that Dennis Uriarte served in the United
23   States Marine Corps?
24            MS. CAPRIO:  Objection.
25            THE WITNESS:  My father served in the Army, sir.
```

1        THE COURT:  Look, your father served in the Army and

2   whether this person is in the military, I'm sustaining the

3   objection.  It's not relevant.

4        Also please ask questions that are not argumentative

5   and also it should be evidence before this Court.

6        Next question, Mr. Kuehne.

7   **BY MR. KUEHNE:**

8   Q.   So in offering testimony to this jury under oath about

9   Mr. Uriarte, that was just one of your stories, wasn't it?

10       MS. CAPRIO:  Objection.  Argumentative.

11       THE WITNESS:  No, sir, but I will tell exactly that

12  story if you allow me to, if you want to hear the real story

13  that you don't want to share.

14  **BY MR. KUEHNE:**

15  Q.   And instead, you provided a little magic and fantasy about

16  who this Mr. Uriarte was, didn't you?

17       MS. CAPRIO:  Objection.  Mischaracterizes testimony.

18  Argumentative.

19       THE COURT:  Overruled.  He can answer.

20       THE WITNESS:  Sir, there's no fantasy when the truth

21  is told.  Allow me to explain it.

22  **BY MR. KUEHNE:**

23  Q.   Mr. Fuller, let me try this again.  I'm asking you

24  questions that allow you to answer yes or no.  So, listen to my

25  question.  If you don't understand it, I will rephrase the

1    question.  All right?  Do you understand that, Mr. Fuller?

2    A.    You asked me if it was fantasy and I said no, sir, it was

3    not fantasy.

4    Q.    So let's continue with your testimony.  You were not part

5    of the ride-along with Mr. Uriarte?

6    A.    No, I was not.

7    Q.    You were not there with Mr. Uriarte and Commissioner Joe

8    Carollo?

9    A.    No, I was not.

10   Q.    You did not see how many properties Mr. Uriarte inspected

11   that day?

12   A.    I don't know what they did on the ride-along, I wasn't on

13   it.

14   Q.    You did not observe Mr. Uriarte identifying construction

15   debris at any of the properties including your properties, did

16   you?

17   A.    Mr. Uriarte provided a business card to my staff the day

18   he was there.

19   Q.    Okay.  Let's try again.  My question I thought was simple.

20   Perhaps not.  You did not see Inspector Uriarte observe piles

21   of construction debris outside properties including your

22   properties, did you?

23   A.    Sir, I established for you that I was not part of the

24   ride-along so if the debris was part of the ride-along, I did

25   not see it.

```
 1   Q.   And with regard to anything that happened during the

 2   ride-along with Mr. Uriarte and Commissioner Carollo, you have

 3   no personal knowledge, do you?

 4   A.   I have knowledge from Mr. Orlando Diez that, in real time,

 5   explained to me the circumstances of that event.

 6   Q.   So, let me try it this way.  Did you see the ride-along?

 7   A.   Sir, we already established this.

 8   Q.   The answer is no, I did not see the ride-along,

 9   Mr. Kuehne.  Is that right?

10            MS. CAPRIO:  Asked and answered.

11            THE COURT:  All right.  Sustained.

12   BY MR. KUEHNE:

13   Q.   You did not hear Mr. Uriarte or Commissioner Carollo in

14   real time as it happened, did you?

15   A.   No.  These activities happened undercover, so no.

16   Q.   Oh.  You've used undercover quite a few times.  We'll get

17   back to that.

18        So you don't know that Mr. Uriarte was dressed in his

19   official City of Miami Code uniform, do you?

20            MS. CAPRIO:  Objection.  Asked and answered.

21            THE COURT:  Sustained.

22   BY MR. KUEHNE:

23   Q.   Have you ever seen a City of Miami Code Enforcement

24   officer wearing a polo shirt with a City of Miami seal and the

25   name of the officer on it?
```

1    A.    I have seen different forms of uniforms with regards to

2    Code.

3    Q.    And those forms of uniform are not undercover, are they?

4    A.    Undercover is when you're hiding in bushes and you're in

5    baseball caps in cars at night, and you're calling Code

6    Enforcement officers on a Saturday that are not part of the

7    district that you're in. That's undercover.  That's what I mean

8    by that, just for your information.

9    Q.    So that's undercover.  So Mr. Uriarte and Commissioner

10   Carollo doing their inspection --

11   A.    Inspection?  Now it's an inspection.  I'm sorry.

12   Q.    Will you allow me to ask the question?

13   A.    I'm sorry, sir.  It was a ride-along, not an inspection.

14   Thank you for clarifying.

15   Q.    So when Mr. Uriarte conducted his inspection of the

16   properties as reflected in Plaintiffs' Exhibit 35 that you

17   looked at was Mr. Uriarte undercover?

18        MS. CAPRIO:  Objection.  Asked and answered.  The

19   witness said he was not there.

20        THE COURT:  Sustained.

21   **BY MR. KUEHNE:**

22   Q.    So let me ask you about your background.  You offered the

23   jury your story of your background when you were examined by

24   your lawyer, right?

25   A.    Yes.

```
 1   Q.   And a few things that I'd like to get agreement on.
 2   Do you hold any real estate license?
 3   A.   I used to.
 4   Q.   Do you, today, hold any real estate license?
 5   A.   I don't know what the status of my real estate license is,
 6   but I don't believe that I hold a real estate license today.
 7   Q.   And in 2018, did you hold a valid in status real estate
 8   license?
 9   A.   I don't know the status of my real estate license in 2018.
10   Q.   Do you hold any construction license?
11   A.   No, sir.
12   Q.   Engineering license?
13   A.   No, sir.
14   Q.   Certification by the State of Florida as to construction
15   of commercial buildings?
16   A.   No, sir.
17   Q.   Do you hold any licenses in planning?
18   A.   No, sir.
19   Q.   Do you hold any licenses in drafting or architecture?
20   A.   No.
21   Q.   Do you -- for purposes of the State of Florida, do you
22   hold any professional licenses?
23   A.   No.
24   Q.   And since 2018 to the present, have you held any
25   professional licenses valid in status?
```

1    A.   Not that I'm aware of.

2    Q.   But you do, as a real estate developer, have to deal with

3    construction, right?

4    A.   Well, I don't generally refer to myself as a real estate

5    developer, but we do deal with construction in our projects.

6    Q.   And you do develop your properties wherever they happen to

7    be located, but we're talking particularly about Little

8    Havana/Calle Ocho, right?

9    A.   I'm sorry, can you repeat the question?

10   Q.   You develop your properties, you buy and develop the

11   properties that you've described in Calle Ocho/Little Havana?

12   A.   We'd like to say that we activate them, we restore them,

13   we renovate them, and mainly our concentration has been in the

14   cultural and historic district of Little Havana.

15   Q.   So you take the position that you're not a real estate

16   developer.  Is that what you're telling this Court?

17   A.   No, I mean, real estate developer is a term that is

18   understood in the industry when you're talking about industry.

19   But I do not -- I generally believe that the word real estate

20   developer is -- is more associated with highrise developers and

21   stuff like of that sort, but I don't know that the company,

22   when it comes to its industry nomenclature, is a development

23   company, but that's not how I describe the product that we are

24   doing in Little Havana.

25   Q.   The story that you tell is of the way you've described

1   your work, right?

2   A.   I'm sorry, I just described what I -- is that a question?

3   Q.   You've described what you do as a form of real estate

4   development, haven't you?

5   A.   I'm not sure of the relevance, but if you want to call it

6   development, you can do so.  I don't understand that.

7   Q.   And in the course of doing your property development,

8   improvement, enhancement, however you want to describe the

9   adding to, you know that construction is involved, don't you?

10  A.   Yes, sir.

11  Q.   And you know that -- by the way, just to be clear, you

12  don't physically do all the work yourself to improve your

13  properties, do you?

14  A.   No, I don't.

15  Q.   You rely on others?

16  A.   Yes.

17  Q.   And those others are people that may be skilled labor?

18  A.   It includes skilled labor and professional licenses.

19  Q.   And all the people who generally would work with a

20  building construction, rehabilitation, improvement, right?

21  A.   I don't understand the question, all the people that would

22  work with a building.  I'm sorry, repeat that question.

23  Q.   You work with all those people, don't you?

24  A.   The people --

25              MS. CAPRIO:  Objection, vague.

```
 1                THE WITNESS:  The people that execute --
 2                THE COURT:  There's an objection.  I will overrule
 3   the objection.  You can answer if you understand the question.
 4                THE WITNESS:  I don't understand the question.
 5   BY MR. KUEHNE:
 6   Q.   You work with people in the construction trade, don't you?
 7   A.   Yes, sir.
 8   Q.   And that includes people who work on electrical?
 9   A.   Yes.
10   Q.   And plumbing?
11   A.   Yes.
12   Q.   And structure?
13   A.   Yes.
14   Q.   And concrete?
15   A.   Yes.
16   Q.   And painting?
17   A.   Yes.
18   Q.   And for every project that you do -- strike that.  For
19   every project you testified about on direct examination, do you
20   have an architect?
21   A.   On every project -- you'd have to be specific, sir.  I
22   don't know which project you're talking about.
23   Q.   Well, let me focus you on every project that your lawyers
24   asked you about on direct examination.
25   A.   I'm sorry, you'd have to be specific.  That's too general.
```

```
 1   We have over 20 properties in Little Havana.
 2   Q.   So you don't remember which properties your lawyer
 3   asked -- your lawyer asked you about on direct examination?
 4                MS. CAPRIO:  Objection.  Argumentative.
 5                THE WITNESS:  Are we talking Tower Hotel?
 6                THE COURT:  Sustained.
 7   BY MR. KUEHNE:
 8   Q.   So with regard to Ball & Chain, did you have an architect
 9   work on whatever you did to Ball & Chain?
10                MS. CAPRIO:  Objection.  Vague in time and scope.
11                THE COURT:  Overruled.  He can answer if he knows.
12                THE WITNESS:  Architects worked on several phases of
13   the Ball & Chain, yes.
14   BY MR. KUEHNE:
15   Q.   What years did the architects work on Ball & Chain?
16   A.   2015, 2019, 2020, 2021.
17   Q.   Okay.  So, with Ball & Chain, did you work with a
18   construction company?
19   A.   Yes.
20   Q.   Licensed and bonded in the State of Florida?
21   A.   I expect them to be, yes.
22   Q.   That's not one of your policies or requirements for your
23   company?
24   A.   Our policy is that the project manager or contractor on
25   the site meets the requirements necessary in order to do the
```

1    job.

2    Q.   And with regard to the Tower Hotel -- I'm sorry, the Ball

3    & Chain, for those timeframes that you just described to the

4    jury, were plans submitted to the City of Miami?

5    A.   Yes.  That's what an architect does.  They submit plans.

6    Q.   And when were those plans submitted?

7    A.   As I said, 2014 -- actually, 2017, I recall a set of plans

8    being submitted.  2019.  '19, '20, '21.

9    Q.   And tell the jury about the set of plans that was

10   submitted to the City of Miami for the -- your testimony was

11   the Pineapple Stage?

12   A.   Set of plans for the Pineapple Stage?

13   Q.   Yes.

14   A.   There was no set of plans initially set for the Pineapple

15   Stage.

16   Q.   And, in fact, there were no permits pulled for the

17   construction and erection of the Pineapple Stage, were there?

18   A.   Originally, the Pineapple Stage started as temporary

19   structure, and later the City of Miami Building Department

20   requested that -- identified that it was not considered a

21   temporary structure, and, therefore, they wanted a set of

22   permits for the Pineapple Stage.  And that was part of the

23   violation issued to us in 2019.

24   Q.   So let me ask you this.  When the Pineapple Stage was

25   constructed behind the Ball & Chain building, you obtained no

1  permit at that time, isn't that right?

2  A.   That is my understanding.

3  Q.   And you've testified to that?

4  A.   That is my understanding.  That is what I now know as of

5  the results of the inspection that was done by the City of

6  Miami.

7  Q.   And you were shown a video of Willy Chirino performing on

8  that stage.

9  A.   Yes.

10  Q.   And how many people did you count on that stage?

11  A.   I took the video.  I would say there was probably 20 on

12  the stage.

13  Q.   On the stage.  A stage constructed without permits that

14  you allowed musicians, including famous musicians, to occupy,

15  right?

16  A.   Sir, that stage was safe and is the same stage that is

17  there today that's been legalized by the City of Miami.

18  Q.   So building that stage, not having it done with permits

19  and having people use that stage, including famous people, but

20  getting a permit later is your view of what you're allowed to

21  do in the City of Miami?

22  A.   No, sir.  That's your narrative to disguise the facts of

23  this case.

24  Q.   That's not your storytelling?

25  A.   No, sir.

```
 1              MS. CAPRIO:  Objection.  Asked and answered.

 2              MR. KUEHNE:  I have a question pending, Mr. Fuller.

 3              THE WITNESS:  I thought it was story --

 4              THE COURT:  Wait.  The objection is overruled.

 5   BY MR. KUEHNE:

 6   Q.   That's not your storytelling to the jury to excuse the

 7   fact that you had a stage constructed without permits?

 8   A.   No, sir.  As described, it was our understanding that

 9   stages could be mobile, and, therefore, it wasn't until later

10   that it was -- the City of Miami folks were going to the Ball &

11   Chain.

12        For years, the Ball & Chain stage was active.  It was

13   inspected annually.  Certificate of Use annually by the fire

14   department which examines life safety.  They walked on the

15   stage, they walked up the stairs, they looked at the structure.

16   All safe.  No life safety hazard.

17   Q.   And no permit?

18   A.   No life safety hazard.

19   Q.   Did you hear my question?  And no permit?

20              MS. CAPRIO:  Objection.  Asked and answered.

21              THE COURT:  Overruled.

22              THE WITNESS:  Sir, I already explained that it wasn't

23   until later that the city determined that the stage required a

24   permit, but it wasn't during all of their inspections including

25   the plans submitted in 2015 to the City of Miami that was
```

```
 1    reviewed by the fire marshal and the chief of the fire

 2    department.  They must have missed it in 2015, it was okay, but

 3    yet after -- this is the story line -- after it was all not

 4    okay.

 5    BY MR. KUEHNE:

 6    Q.   So thank you for your story.  It was not responsive to my

 7    question.  So let me try this again and please do not --

 8            MS. CAPRIO:  Objection to counsel's extraneous

 9    comments.

10            THE COURT:  Sustained.

11    BY MR. KUEHNE:

12    Q.   Listen to my question.  Fair enough?

13    A.   Sir, I'm here to explain.

14    Q.   Is that fair enough?

15            THE COURT:  Wait.  There's no question pending now.

16    Mr. Kuehne, ask your next question, sir.

17    BY MR. KUEHNE:

18    Q.   The band shell was not permitted, was it?

19            MS. CAPRIO:  Objection as to band shell.

20            THE COURT:  Overruled.

21            THE WITNESS:  Sir, you're not going to get the

22    response that you want to explain because I already told you --

23            MR. KUEHNE:  Would you instruct the witness to answer

24    the question?

25            THE COURT:  You can answer the question as Mr. Kuehne
```

```
 1  is asking of you, sir.
 2              THE WITNESS:  It was determined in April of '19 --
 3  BY MR. KUEHNE:
 4  Q.   Mr. Fuller, was the band shell permitted?
 5  A.   Not as required in 2019.
 6  Q.   So when you testified under oath on March 2, 2023, page
 7  547, lines 10 and 11, Question:  Was the band shell permitted?
 8  Answer:  No.  That was accurate, right?
 9  A.   As --
10  Q.   Was that an accurate testimony?
11              MS. CAPRIO:  Objection.
12              THE COURT:  Let him finish speaking, Mr. Kuehne.  Do
13  not interrupt him.  We have a court reporter here who cannot
14  take down what both people said.  Let him finish speaking, then
15  you can ask your next question.
16              Also, Mr. Fuller, wait until Mr. Kuehne asks the
17  question even before you begin to speak.  Also, again, if your
18  attorney makes an objection, do not begin speaking.  If I say
19  overruled, you're permitted to answer.  If I say sustained,
20  you're not permitted to answer.  Understood, sir?
21              THE WITNESS:  Yes, sir.
22              THE COURT:  Mr. Kuehne, ask your next question.
23  BY MR. KUEHNE:
24  Q.   Page 539, let me get that line again.  We'll do 539, lines
25  2 and 3.
```

1          Was a permit obtained for that band shell structure?

2          Answer:  No.

3          That was your testimony under oath on March 2, 2023, was

4     it not?

5     A.    Yes.

6     Q.    And you also testified under oath, and that's page 655,

7     let's do lines 24 through lines 5 on the next page.

8          Well, you're the owner, right?  Ball & Chain are the

9     owners and Little Havana owns the building?

10         Answer:  Yes.

11         Do you agree that ultimately, you, as the owner or the

12    tenant, are responsible if your contractor doesn't pull the

13    right permit?

14         Answer:  Yes.

15         Your testimony, right, under oath?

16    A.    Yes, sir.

17    Q.    Now you've testified that you rely on people to pull

18    permits?

19    A.    I rely on people to do the job necessary to be in

20    compliance with the City of Miami.

21    Q.    And you sign permit applications?

22    A.    Yes.  When provided to me as ownership of the property

23    that is a requirement on the permit application.

24    Q.    And when the city cited your properties for violations,

25    did you point to the contractor or the licensed person and say,

```
 1   it's his or her or its fault?
 2   A.   Well, if there was an item that wasn't in compliance, and
 3   needed to come into compliance, I absolutely pointed to the
 4   contractor or the project manager.
 5   Q.   And when the city determined that you were not in
 6   compliance, you have admitted to not being in compliance?
 7   A.   Yes.  That is not a crime, sir.  That is something that
 8   happens.
 9   Q.   So it's not a crime, according to your testimony, to not
10   pull permits, do the work, and then admit to not pulling
11   permits.  Is that what your testimony is?
12   A.   Sir, we have pulled plenty of permits, but we're not going
13   to talk today about the permits we've pulled because it doesn't
14   fit your narrative.
15           MR. KUEHNE:  Objection, Your Honor.  Move to strike.
16   There was no such question pending.
17           THE COURT:  Stricken.
18   BY MR. KUEHNE:
19   Q.   Well, let's go to a different narrative or story.
20           MR. GUTCHESS:  Your Honor, may I approach the witness
21   with a cup of coffee?
22           THE COURT:  I didn't hear you.
23           MR. GUTCHESS:  May I approach the witness with a cup
24   of coffee?
25           THE COURT:  Sure.  Just don't spill it in this
```

1    courtroom.

2              THE WITNESS:  Thank you.

3    **BY MR. KUEHNE:**

4    Q.    So I had asked you about your status as a real estate

5    developer and you explained what you did.  Are any of the

6    properties that you have described on direct examination

7    designated as historic?

8    A.    Yes.

9    Q.    Which ones?

10   A.    They are the Tower Hotel, the Henry Schechtman Annex of

11   the Tower Hotel -- I'm sorry, it's the Tower Hotel Henry

12   Schechtman Annex.  It is the Dimitri Hotel, and there's a

13   property called Piedra Villas which is mainly owned by my

14   mother.

15   Q.    You've not testified about that in your direct

16   examination.

17   A.    What's that?

18   Q.    That last one.

19   A.    Piedra Villas?

20   Q.    Mm-hmm.

21   A.    I did.

22   Q.    You did.  And so those properties have a certification

23   from the city, the Historic Preservation Board?

24   A.    Yes.

25   Q.    And in obtaining that, you know that all the work that you

```
 1   do on those properties needs to be reviewed by the HPB, by the
 2   Historic Preservation Board, right?
 3   A.    I'm not sure if it's the board or the director or the
 4   department, but my understanding is that they require a certain
 5   review.
 6   Q.    And you did not submit the alterations and construction
 7   for the Tower Hotel to the Historic Preservation Board, did
 8   you?
 9   A.    Sir, those designations were made a few months ago.  So I
10   don't -- I don't believe that -- we have submitted a request to
11   Ms. Anna Pernas from that department and that request has gone
12   silent.
13   Q.    So during the time of the construction on the Tower Hotel
14   that you've testified about, there was no formal historic
15   designation for the Tower Hotel?
16   A.    No.  Let me explain this.
17   Q.    The answer is yes or no.  If I need a follow-up, I'll ask
18   you.  So I think the answer was no, there was no historic
19   designation during the timeframe of the construction that
20   you've testified about.
21   A.    Okay.  So --
22   Q.    Is that right, there was none?
23   A.    Well, the Tower Hotel is historic.  But the designation --
24   Q.    Let's try this again.
25   A.    Just to be clear, the Tower Hotel is not the designated
```

1    historic project.  The Tower Hotel is not.

2    Q.   All right.  So your testimony was that you got the Tower

3    Hotel -- you, the Barlington Group, got the Tower Hotel in

4    2012, was it?

5    A.   Yes, approximately.

6    Q.   And the building was built in the '20s, I think you said?

7    A.   1930, or '20s.  I can't recall exactly.

8    Q.   Before my time.  And you've seen documentation, official

9    city documentation entered into evidence in this case that the

10   Tower Hotel was cited for permit violations in 2014?

11   A.   I'd have to see the documents.  I believe that -- I'd have

12   to see the documentation.

13   Q.   We'll look at that.  There will be a time to look at that.

14   So let me focus you.  Tower Hotel, when I refer to Tower Hotel,

15   1450 SW 7th Street; fair enough?

16   A.   As long as we stick to that address and you want to speak

17   to it, but the Tower Hotel is comprised of different property

18   addresses.  They have their own unique set of circumstances.

19   Q.   Let's focus for my questions now.  The building at 1450 SW

20   7th Street, all right?

21   A.   Yes.

22   Q.   Known as Tower Hotel?

23   A.   Yes.

24   Q.   We've seen pictures.  Before and after pictures.

25   A.   Yes.

```
 1   Q.    Three stories?

 2   A.    It's a three-story building.

 3   Q.    You had a party in there, a Christmas party?

 4   A.    Yes.

 5   Q.    Inside the Tower Hotel, 1450 SW 7th Street?

 6   A.    Yes.

 7   Q.    And that property, upon your acquisition in 2012, had a

 8   Stop Work Order on June 1, 2012, did it not?

 9   A.    That sounds like around that time, yes.

10         MR. KUEHNE:  Well, let's pull up Defense Exhibit 63

11   on the screen.

12         THE COURT:  Also are there any objections by

13   plaintiff first?

14         MS. CAPRIO:  Defense 63, Mr. Kuehne?

15         THE COURT:  Yes.

16         MR. KUEHNE:  It was not one of the ones objected to

17   when we had our review, but I'll leave it to them.

18         MS. CAPRIO:  No objection.

19         THE COURT:  All right.  Thank you.

20   BY MR. KUEHNE:

21   Q.    Do you see City of Miami Defense Exhibit 63, June 5, 2012,

22   1450 SW 7th Street, Repair or Demolish, First Notice?

23   A.    I see it.

24   Q.    And this Repair or Demolish First Notice says:  Violation

25   reference 7601.  Would you make that a little bit bigger so you
```

1  can see?  The second full paragraph, failure of owner/tenant to

2  obtain required permit?

3  A.   Sir, did I ever receive this document?

4  Q.   Did you understand the question that's before you?

5  A.   I didn't hear a question, I'm sorry.  I'm just asking

6  you -- you asked me about this document.  I don't know if I

7  ever received this.

8  Q.   This document that is in evidence, I'm referring you to

9  the second full paragraph where it says V-I-O-L, R-E-F with a

10  number.  Do you see that?

11  A.   Okay, second paragraph.

12  Q.   So I'm going to read that to you.  I think the jury can

13  read along.  Violation Reference 7604, buildings or structures

14  that are unsafe, unsanitary, or deficient, constitute a fire or

15  wind storm hazard or are otherwise.  Chapter 8-5 of the Code of

16  Miami-Dade.  That's what it says?

17  A.   That's what that says, yes.

18  Q.   Next line.  Violation Reference 7601, failure of

19  owner/tenant to obtain required permit.  Section 104 FBC, and

20  Chapter 810 of the Code of Miami-Dade County.  Do you see

21  that --

22  A.   Yes.

23  Q.   And the third entry says:  Violation Reference 7605,

24  failure to comply with lawful Work Stop Order Building.

25  Chapter 8-21C, Miami-Dade.  That's what it says?

1   A.   Yes, it does.

2   Q.   And then it describes this repair or demolish.  Work

3   without permits concealed after Stop Work Order was issued

4   renders this hotel an unsafe structure per Chapter 8, Section 5

5   of the Code of Miami-Dade County.  Stop work, prepare plans,

6   obtain permits to repair or demolish this U-S-S.  Probably use,

7   but it says U-S-S.  That's what it says?

8   A.   I don't know what that means.

9   Q.   But that's what it says, right?

10  A.   It says U-S-S.

11  Q.   Okay.  And this document -- and let's go to the third

12  page.  Defense Exhibit 63 has a series of photographs, right?

13  A.   I don't know what's in this document.

14  Q.   Well, let's look.  Third page, Tower Hotel.

15  A.   This is the Tower Hotel.

16  Q.   And let's go to the fifth page.  The side or the back side

17  and back of the Tower Hotel?

18  A.   This is between the Tower Hotel and one of the annex

19  buildings.

20  Q.   The side and back of the Tower Hotel, right?

21  A.   The side.

22  Q.   Now let's go to page 6.  Interior of the Tower Hotel as

23  part of Defense Exhibit 63.

24  A.   This is a hallway on one of the floors.

25  Q.   Interior of the Tower Hotel?

```
 1    A.    Yes.

 2    Q.    Let's go to page 9.  Interior of the Tower Hotel?

 3    A.    Yes.

 4    Q.    And let's to page 10.  Another interior -- actually that's

 5    looking into a room?

 6    A.    No, there was a -- there was a wall that you see here to

 7    the left that was blocking the access to the elevator shaft.

 8    It had been put there.  It was there in the previous ownership.

 9    That's what the wall was being removed here.

10    Q.    So the wall is removed?

11    A.    It was.  It wasn't a part of the structural wall here.

12    Q.    Let's go to page 13.  Also a picture of the interior of

13    the hotel?

14    A.    It appears to be so.

15    Q.    And fair to say that -- let's go to page 33.  There are a

16    lot of pictures here.  33.  Let's stop there.  Go back two.

17    Some debris on a -- that's a picture of some debris on the

18    inside of the hotel, looks like concrete with some rebar on it?

19    A.    I don't see rebar.  That is not concrete.  That's plaster.

20    Q.    Plaster.  Okay.  And just piled up there.  You don't know

21    who piled that up?

22    A.    Whoever was removing that debris piled that up.

23    Q.    Okay.  Let's then -- we were -- I was saying let's go to

24    page 33.  Also an interior wall or former wall?

25    A.    This is the inside of the wall without the sheet rock.
```

1   Q.   And let's -- the last picture I'll show you, page 38.  But

2   it's all -- page 38, that's some more plaster, looks like a

3   sink and other stuff piled up inside the Tower Hotel?

4   A.   Yeah, I mean, I don't know specifically related to the

5   work what this was, but that looks like the Tower because of

6   the banister.  That is the signature banister of the hotel.

7   Q.   You're the owner of the Tower Hotel, and this is all part

8   of the Defense Exhibit 63 package, Repair or Demolish First

9   Notice, right?

10  A.   Like I said, I don't think I received that document;

11  wasn't addressed to me.

12  Q.   Oh.  So we have that document on June 5, 2012.  Now, take

13  a look at Defense Exhibit 628.

14          THE COURT:  Is it in evidence?

15          MR. KUEHNE:  Your Honor, it is not yet, but it was

16  not one of the items.

17          THE COURT:  I understand that.

18          If not, plaintiff, do you have any objection?

19          MS. CAPRIO:  Can you bring it up on the screen,

20  please?  Yes, we object to this document, Your Honor.

21          THE COURT:  Grounds?

22          MS. CAPRIO:  Outside the scope.  Hearsay.

23          THE COURT:  You can ask him a question regarding

24  that.  It won't be admitted but you can ask him questions, sir.

25

```
 1   BY MR. KUEHNE:

 2   Q.   Defense Exhibit 628 appears on the screen.  Do you see it?

 3   A.   Yes.

 4   Q.   And it's an email to Bill Fuller?

 5   A.   Yes.

 6   Q.   Subject, Tower Hotel?

 7   A.   Yes.

 8   Q.   Date, Wednesday, June 6, 2022 at 12:24:52 p.m.?

 9   A.   Yes.

10   Q.   One day after the Defense Exhibit 63 date, June 5 -- I'm

11   sorry.  Let me correct this.  I misread the date.  Wednesday,

12   June 6, 2012 at 12:24:52 p.m., right?

13   A.   That's what it says.

14   Q.   And that's a day after the Defense Exhibit 63 Repair or

15   Demolish First Notice, June 5, 2012?

16   A.   If you say so.  It makes sense.

17   Q.   Well, I can put it back up again.

18   A.   I said if you say so.  I trust you on this.

19   Q.   And this is an email that you received from an individual

20   named Pablo Canton, isn't it?

21   A.   Yes, sir.

22   Q.   And Pablo Canton is somebody you knew at the time in

23   December, in --

24           MS. CAPRIO:  Objection.  Outside the scope.

25           MR. KUEHNE:  2012.
```

```
 1              THE COURT:  Sustained.

 2              THE WITNESS:  Yes.  Pablo was a board member.

 3              THE COURT:  I sustained the objection, sir.

 4  BY MR. KUEHNE:

 5  Q.   This has to do with the Tower Hotel, doesn't it?

 6              MS. CAPRIO:  Objection.

 7              THE COURT:  Overruled.

 8  BY MR. KUEHNE:

 9  Q.   The reference is Tower Hotel, is it not?

10  A.   Pablo was a board member at Viernes Culturales.  It says

11  Tower Hotel, yes.

12  Q.   And Pablo Canton is the NET administrator for the City of

13  Miami?

14  A.   Yes.

15  Q.   And NET is Neighborhood Enhancement Team?

16  A.   Yes.

17              MR. KUEHNE:  And, Your Honor, I move the admission

18  and -- strike that.

19  BY MR. KUEHNE:

20  Q.   This is a document that you received, to Bill Fuller from

21  Pablo Canton?

22  A.   It appears I received it.

23              MR. KUEHNE:  Your Honor, I move the admission of

24  Defense Exhibit 628.

25              MS. CAPRIO:  Same objections.
```

```
 1            THE COURT:  It will be admitted over the plaintiffs'
 2   objection.  It's noted for the record.
 3                 (Defendant's Exhibit 628 Received.)
 4            MR. KUEHNE:  Let's put it up on the screen.
 5   BY MR. KUEHNE:
 6   Q.   The text says, Bill, call me ASAP.  Do you see that?
 7   A.   Yes.
 8   Q.   And then Pablo Canton, NET administrator, is shown as I'll
 9   call it a signature block?
10   A.   Yes.
11   Q.   All right.  Then let's go to Defense Exhibit 627.  Let's
12   just show it to the witness.
13            MS. CAPRIO:  Request to be shown the exhibit as well,
14   please.
15            MR. KUEHNE:  I mean, witness and counsel is what I
16   meant, Judge.  It's up on the screen.
17   BY MR. KUEHNE:
18   Q.   Do you see that?
19   A.   Yes.
20   Q.   From Pablo Canton to Bill Fuller, subject Tower Hotel?
21   A.   Appears to be the same email.
22   Q.   June 6, 2012, at 12:25 p.m.  I read that correctly,
23   June 6, 2012, at 12:25 p.m.?
24   A.   Mm-hmm.
25            THE COURT:  You have to say yes or no, sir.
```

```
 1              THE WITNESS:  Yes.
 2    BY MR. KUEHNE:
 3    Q.   So about a minute after Defense Exhibit 628 which was at
 4    12:24:52 p.m?
 5    A.   Yes.  Like I said, it's the same email.
 6    Q.   Oh, this is not the same email.  But let me establish
 7    that.  Also from Pablo Canton, right?
 8    A.   It's the same email.
 9    Q.   It's from Pablo Canton, isn't it?
10    A.   Yes.
11              MR. KUEHNE:  Your Honor, I move the admission of
12    Defense Exhibit 627.
13              MS. CAPRIO:  Objection, Your Honor.  Duplicative of
14    the last exhibit.  Hearsay.
15              THE COURT:  All right.  Sustained.
16              MR. KUEHNE:  Your Honor, it's a different time.  It's
17    not the same exhibit.
18              THE WITNESS:  It's a minute later.
19              MS. CAPRIO:  I think it's the same time.  The other
20    one had I think it was rounded up to 12:25.
21              MR. KUEHNE:  I represent June -- Defense Exhibit 628,
22    June 6, 2012, at 12:24:52 p.m.
23              THE COURT:  All right.  Overruled.  Overruled.  It's
24    admitted.
25              (Defendant's Exhibit 627 Received.)
```

```
 1              MR. KUEHNE:  Let's put it up on the screen.
 2   BY MR. KUEHNE:
 3   Q.   Defense Exhibit 627.  Pablo Canton from to Bill Fuller,
 4   June 6, 2012, at 12:25:00 p.m.  Subject Tower Hotel.
 5   A.   Yes.
 6   Q.   I read that correctly?
 7   A.   Yes, sir.
 8   Q.   Bill, call me ASAP, and a signature block of sorts for
 9   Pablo Canton, NET administrator?
10   A.   Yes.
11              MR. KUEHNE:  Now, let's go to Defense Exhibit 626.
12   Just show it to the witness and the counsel.
13   BY MR. KUEHNE:
14   Q.   Do you see this?
15   A.   I don't see anything, I'm sorry.
16              MR. KUEHNE:  Give me a minute.  Curtis will get it
17   up.  626, Defense Exhibit.
18   BY MR. KUEHNE:
19   Q.   As you're looking at this document, you see that it's an
20   email trail?
21              MS. CAPRIO:  Objection, Your Honor.  Double hearsay.
22              MR. KUEHNE:  With Bill Fuller and Pablo Canton.
23              THE COURT:  Is Pablo testifying?
24              MR. KUEHNE:  I didn't hear that, Judge.
25              THE COURT:  Is he going to be a witness, Mr. Pablo
```

```
 1  Canton, is he a witness?
 2             MR. KUEHNE:  I don't know if he's going to be called.
 3             THE COURT:  I will sustain it right now.  All right?
 4             MR. KUEHNE:  Well, let me establish the foundation.
 5  BY MR. KUEHNE:
 6  Q.   So here we have an email, Defense Exhibit 626, between you
 7  and Bill Fuller -- I mean, Bill Fuller and Pablo Canton.
 8  A.   That's my email address.
 9  Q.   Okay.  And it's also dated June 6, 2012.  This time the
10  top one is 7:53:20 p.m., the top one?
11  A.   I'm sorry, it's just no -- they blew it up.  I couldn't
12  see the time.  Now I can, 7:53 p.m.
13  Q.   And then the email trail directly below that is an email
14  from Bill Fuller at your email address,
15  bill@barlingtongroup.com?
16  A.   Yes.
17  Q.   And dated June 6, 2012 at 7:21 p.m.?
18  A.   That's what it says.
19  Q.   So same day as the earlier email, is Defense Exhibit 627
20  and 628 but in the evening, right?
21  A.   7:21 p.m.
22  Q.   And you're writing to Pablo Canton, the NET administrator?
23  A.   Yes.
24  Q.   And this is your document, at least a document that you
25  emailed and received it from Pablo Canton, emailed it and got a
```

1    message back?

2    A.   It appears to be.

3         MR. KUEHNE:  Your Honor, I move the admission of

4    Defense Exhibit 626.

5         MS. CAPRIO:  Same objections, Your Honor.  Double

6    hearsay.  Pablo Canton is not a witness here to testify in

7    court and neither is Inspector Benitez.

8         THE COURT:  The objection is overruled.  It doesn't

9    go for the truth of the matter asserted.  It's admissible.  All

10   right?

11             (Defendant's Exhibit 626 Received.)

12        MR. KUEHNE:  Let's put up Defense Exhibit 626,

13   June 6, the day after the Repair or Demolition First Notice

14   Order.

15   **BY MR. KUEHNE:**

16   Q.   So, let's start at the bottom.  You see it's got a June 6,

17   2012.  This time, it's at 5:25 p.m., so later than the earlier

18   exhibits, 627 and 628.

19        And Pablo Canton again writes, Bill, call me ASAP, with

20   his NET administrator signature block?

21   A.   Yes.  That's his previous email.

22   Q.   This one is at 5:25 p.m., right?

23   A.   Yeah, I don't know about the timing of that.  There wasn't

24   an urgent situation.  I don't understand the timing of the

25   emails.

```
 1   Q.   I'm just asking you what's on the email.
 2   A.   I don't --
 3   Q.   That's what it says, 5:25?
 4   A.   This is the first time I'm seeing these types of
 5   documents.  I'd have to understand more clearly how the trail
 6   went.
 7   Q.   So this email document between you and Pablo Canton, you
 8   respond at 7:21 p.m., same date, June 12th?
 9   A.   It appears.
10   Q.   Hi, Pablo, I tried reaching you.  I will try again in the
11   morning.  I think everything is resolved with the city and the
12   hotel.  We went in to get permits this morning, right?
13   A.   That's correct.
14   Q.   And that's the day after Defense Exhibit 63, Repair or
15   Demolish First Notice for the Tower Hotel, right?
16   A.   Yes, but you're missing very critical information about
17   the timeline here.
18   Q.   And this document in evidence, your email trail, the top
19   item and let's look at it.  From Pablo Canton to Bill Fuller
20   regarding Tower Hotel, Wednesday, June 5, 2012, at
21   7:53:20 p.m., right?  That's what it says?
22   A.   7:53.
23   Q.   7:53?
24   A.   Yes, correct.
25   Q.   Dot 20?
```

```
 1   A.   Yes.
 2   Q.   And that's about a half hour after you sent your email to
 3   Pablo Canton?
 4   A.   Yes.
 5   Q.   And Pablo Canton writes:  Great, Bill.  Make sure to call
 6   Fire Chief Meisozo -- that's M-E-I-S-O-Z-O -- and Inspector
 7   Benitez to let them know there is someone close to the hotel
 8   calling Benitez all kinds of names for not taking drastic
 9   action and condemning the place.  The man claims that there is
10   work being done after 5:00 p.m.  Did I read that correctly?
11   A.   Yes.
12   Q.   Now, 2012, remind this jury, Joe Carollo was not a
13   District 3 commissioner for the City of Miami in 2012, was he?
14   A.   No, he was not.
15   Q.   But Pablo Canton was the NET administrator with the City
16   of Miami?
17   A.   That was one of his roles.
18   Q.   On that date in 2012?
19   A.   Yes.
20   Q.   So on June 25, 2012, so after this ASAP with Pablo Canton,
21   NET administrator telling you about calling the fire chief and
22   calling Benitez all kinds of names for not taking drastic
23   action and condemning the place --
24            MS. CAPRIO:  Objection.  That's the hearsay.
25            THE WITNESS:  Who was calling the names?
```

```
 1              THE COURT:  The objection is sustained.

 2              THE WITNESS:  I'm sorry, I didn't understand that.

 3  BY MR. KUEHNE:

 4  Q.   After Defense Exhibit 626, which I'll put back up on the

 5  screen, where Pablo Canton is writing to you, Bill Fuller,

 6  about the Tower Hotel, top message, so after that, on June 25,

 7  2012, a Stop Work Order is issued for the Tower Hotel, 1450 SW

 8  7th Street?

 9              MS. CAPRIO:  Objection.  Counsel is testifying.

10              THE COURT:  Sustained.

11              THE WITNESS:  I don't know the dates.

12              MR. KUEHNE:  Well, let me then put up Defense Exhibit

13  64.  And then I'll go to 65.  Actually, let me do 65.  Let's

14  just put it up on the witness and lawyer screen.  Not yet.

15              MS. CAPRIO:  No objection.

16              MR. KUEHNE:  Publish now.  Defense Exhibit 65, move

17  into evidence.

18                  (Defendant's Exhibit 65 Received.)

19  BY MR. KUEHNE:

20  Q.   So now we have August 24, 2012, Tower Hotel, same

21  location.  And this City of Miami notice says Repair or

22  Demolish Final Notice.  Do you see that?

23  A.   Yes.

24  Q.   Tower Hotel, 1450 SW 7th Street.  And --

25  A.   This is the same violation, I believe.
```

1    Q.    This is dated August 24, 2012, and is a final notice,

2    right?

3    A.    Yes, but it's the same violation.

4    Q.    And let's see what it says.

5    A.    Same thing as the other one.

6    Q.    Violations, failure of owner/tenant to obtain required

7    permit, right?

8    A.    The same as the other one, sir.

9    Q.    Did I read it correctly?

10   A.    It says failure of owner/tenant to obtain required permit.

11   It says that.

12   Q.    And then the next violation reference 7605, failure to

13   comply with lawful Work Stop Order, Building Chapter 8-21C,

14   Miami-Dade?

15   A.    These are computer generated notices.  This is the second

16   notice of the same violation.

17   Q.    It's actually a final notice, isn't?

18   A.    It's automatically generated by the computer.

19   Q.    Well, and that's because you work for the City of Miami

20   and you know how the City of Miami computer system works?

21             MS. CAPRIO:  Objection.  Argumentative.

22             THE COURT:  Overruled.

23             THE WITNESS:  This is what happens when you get a

24   notice.  They continue to send notices like this.

25

1    **BY MR. KUEHNE:**

2    Q.   That's your opinion, right?  That's your opinion, right?

3    A.   This is my understanding of how that works.

4    Q.   Are you Reynaldo Benitez -- I mean, strike that.  Do you

5    know Reynaldo Benitez?

6    A.   Yes, sir.

7    Q.   Codes Compliance Inspector in 2012 for the City of Miami?

8    A.   I don't believe he was a Code Compliance Inspector.

9    Q.   Let's look.  Defense Exhibit 65, Reynaldo Benitez, City of

10   Miami Code Compliance Inspector.

11   A.   That is not my understanding of his role in 2012.

12   Q.   You see that he has his at least computer signature on

13   this final notice for the Tower Hotel repair or demolish?

14   A.   Yes, but that's not how he was described to us in 2012.

15   Q.   Repair or Demolish Final Notice, and then Defense Exhibit

16   64.  Take a look at that.  Let's show it to the witness and

17   counsel.  I wanted you to look at page 1.  Do you see that

18   first page?  Do you see that?

19   A.   Yes.

20   Q.   Stop Work Order with the address of 1450 SW 7th Street?

21   A.   Yes.

22   Q.   June 25, 2012?

23   A.   Yes.

24   Q.   And then go to --

25   A.   This is Mr. Benitez's signature there.  I recognize it.

```
 1   Q.   You can tell that's Benitez's signature?
 2   A.   I always commented on how interesting it was, it was RAB.
 3   We used to call him RAB.
 4   Q.   You know you can identify his signature?
 5   A.   RAB --
 6   Q.   R-A-B, Reynaldo, initial A, Benitez?
 7   A.   Yes, this is as you see, this is a notice from the
 8   Building Department.  That's my understanding of where he
 9   worked, as a Building Department official.
10   Q.   He signs it as City of Miami Code Compliance Inspector
11   but --
12   A.   That's incorrect.
13   Q.   -- you say Building Department.
14   A.   Well, this says Building Department.
15   Q.   And let's go to the third page of this document, still
16   just for the parties.  Do you see page 3?
17   A.   Yes.
18   Q.   Tower Hotel, maybe a little small, but on the front door,
19   you can see what appears to be that Stop Work Order notice.
20   That white and red notice posted on the door?
21   A.   I don't know what notice that is.  I mean, we have signage
22   on those doors that appears to be hotel signage.  I don't know
23   what that is.
24   Q.   Well, let's take a look.
25             MR. KUEHNE:  Your Honor, I move the admission of
```

```
 1   DX 64.

 2              THE COURT:  Any objection?

 3              MS. CAPRIO:  Objection.  Outside the scope.

 4              THE COURT:  Overruled.

 5                 (Defendant's Exhibit 64 Received.)

 6   BY MR. KUEHNE:

 7   Q.   So DX 64 on the screen.  Let's go to the first page.  Stop

 8   Work Order, a big red sign, June 25, 2012, RAB, Reynaldo

 9   Benitez signing it.  Stop Work Order.

10        You are hereby ordered to stop all work at 1450 SW 7th

11   Street.  Date, 6-25-12.  And it's got a number 2 circled,

12   right?

13   A.   Yes.

14   Q.   And let's go to the third page.  And go to the third page.

15   Let's make it a little bigger if we can.  You see the date down

16   at the bottom, 6-25-2012, same date, right?  And you see a sign

17   posted on the front door of the Tower Hotel?

18   A.   Yes, I see a couple signs there.

19   Q.   Let's look at the white sign with the red lettering at the

20   top.  Doesn't get clear enough.  All right.

21   A.   It looks black to me, I'm sorry, like grayish.  Is that

22   what you're talking about?

23   Q.   Okay.  So you see that sign posted on the front of the

24   hotel on that date?

25   A.   As I said, I see numerous signs on the hotel.
```

```
 1   Q.   Let's then move to page --

 2           MR. KUEHNE:  Judge, I'll have to count these pages.

 3   Four from the back.  Okay.  It's still a little small.

 4   BY MR. KUEHNE:

 5   Q.   Can you see the Stop Work Order posted on the front door?

 6   A.   This one's different than the photograph you showed me

 7   before.

 8   Q.   Can you see the Stop Work Order posted on the front door?

 9   A.   This is a different photo, and I do see the Stop Work

10   Order on this photo.

11   Q.   What page is that?

12   A.   I also see a permit from the City of Miami.

13   Q.   What page is that?

14   A.   Mr. Kuehne, there's a permit on top of the photo.

15   Q.   So, a Stop Work Order posted June 25, 2012, and a final

16   Notice of Violation of the Stop Work Order?

17   A.   No, sir.  You're confusing the subject matters.  There's a

18   permit at the top of the photo here.  There's a Stop Work

19   Order.  A Stop Work Order in this photo might have preceded the

20   permit, but there's a permit here.

21   Q.   Let's try this again.  The City of Miami document that I

22   showed you, Defense Exhibit 65, August 24, 2012, is a Repair or

23   Demolish Final Notice, right?  If you need me to show it to you

24   again, I will.

25   A.   That's what it said, yes.
```

1    Q.   Defense Exhibit 64 is the Stop Work Order poster, June 25,

2    2012, the next day, right?

3    A.   I do not know by this photo if that's not the original

4    sticker that was on the property.

5    Q.   Right, but the DX 64 is the Stop Work Order that gets

6    posted on June 25, 2012, right?  That's the date.  We agreed to

7    that, yes?

8    A.   As I -- it's not clear to me what you're showing to me

9    because there's a permit on top of that photo.

10   Q.   Let's put it back.  Defense Exhibit 64.

11   A.   You would have to show me that that Stop Work Order is

12   connected to the other document for me to authenticate what

13   you're talking about.

14   Q.   If I want you to authenticate, I will ask you to

15   authenticate.  I'm asking you to look at the documents that are

16   in evidence.  Can you do that?

17   A.   You're asking me to look at a photograph.

18   Q.   Can you do that?

19   A.   You're asking me to look at a photograph and you're asking

20   me to tie the Stop Work Order to the document you previously

21   showed me and I cannot do that.

22   Q.   Mr. Fuller, allow me to ask you questions and if you can't

23   understand the question, I will clarify it.

24   A.   Please, because I don't understand.

25   Q.   Do you see Defense Exhibit 64, page 1?

```
 1   A.   Is that what I'm looking at?

 2   Q.   No.  You see that Stop Work Order 6-25-12?

 3   A.   Yes.

 4   Q.   And the -- I'll call it the time stamp on that picture,

 5   Defense Exhibit 64 is 6-25-2012?

 6   A.   Okay.

 7   Q.   Do you see that?

 8   A.   Yes.

 9   Q.   Now let's go to the other page, was it 13, 17.  And this

10   picture has a time stamp 6-25-2012?

11   A.   What's your question?

12   Q.   Is that right so far?  This picture, time stamp, 6-25?

13   A.   The date says 6-25.  What you're explaining to me makes no

14   sense.

15   Q.   And there is a Stop Work Order posted?

16   A.   Yes, but they're not the same photographs.  If you look

17   clearly on the other photograph, it's behind wood and this

18   one's in front of glass.  So, again, I think you're trying to

19   confuse me.

20   Q.   Let me try it again.

21   A.   Please.

22   Q.   You see the Stop Work Order posted on this door?

23   A.   Yes, which I believe was the original Stop Work Order.

24   Q.   Okay.  And you then know that DX 65 on August 24, so this

25   is June, July, August, two months later, Tower Hotel gets a
```

1    Repair or Demolish Final Notice for Violation of the Stop Work

2    Order, isn't that right?

3    A.   So we're off the photographs now?  I'm just trying to

4    understand what you're asking me.

5    Q.   Let me try to take baby steps.

6    A.   Please.

7    Q.   Defense Exhibit 65, that --

8    A.   Can you please bring it up again?

9              MS. CAPRIO:  Put it on the screen.

10             THE WITNESS:  Yes, because this is like a little

11   magic show here, please.  Let's go really slow and when you

12   talk to me please about the documents, let's show the documents

13   so I can walk through it.

14   **BY MR. KUEHNE:**

15   Q.   So, Mr. Fuller, any time you want me to clarify, just let

16   me know.  So Defense Exhibit 65 in evidence is August 24, 2012,

17   Repair or Demolish Final Notice.

18   A.   That's what it says.

19   Q.   It says, as least as violations, signed by Reynaldo

20   Benitez, failure of owner/tenant to obtain required permit.

21   A.   Yes, this is the computer generated second notice of

22   the -- second Stop Work Order that you're showing on the wood.

23   Q.   Is that what it says?  Is that what it says?

24   A.   Sir, they all say the same thing.

25   Q.   Let's try the next line.

```
 1   A.    They're computer generated.

 2   Q.    Failure to comply with lawful Stop Work Order.

 3             MS. CAPRIO:  Objection.  Asked and answered.

 4             THE WITNESS:  They all say the same thing.  They're

 5   computer generated.

 6             THE COURT:  The objection is sustained.  Let's move

 7   on to another question, Mr. Kuehne.

 8   BY MR. KUEHNE:

 9   Q.    Now, before --

10             MR. KUEHNE:  Let's bring up Defense Exhibit 625 for

11   the witness and the lawyers.  When it gets up on the screen,

12   I'm going to ask you some questions about Defense Exhibit 625.

13             MS. CAPRIO:  Objection, Your Honor.  Double hearsay

14   and they're using it for the truth.

15   BY MR. KUEHNE

16   Q.    Take a look at Defense Exhibit 625.  You see that it's an

17   email between Bill Fuller and Pablo Canton?

18   A.    Yes.

19             THE COURT:  I read the email.  What the plaintiff is

20   asserting, the objection is sustained.  Next question,

21   Mr. Kuehne.

22             MR. KUEHNE:  Let me just establish a foundation for

23   this document.

24             THE COURT:  I read it.  It's sustained, sir.  Move

25   on.  Next question.  .
```

 1            MR. KUEHNE:  Can I just establish the foundation for

 2    the record, Judge?

 3            THE COURT:  You can do it later sidebar, sir, but at

 4    any rate, move on to the next question.

 5    **BY MR. KUEHNE:**

 6    Q.    Now, the timeframe that we've been talking about in 2012,

 7    Joe Carollo was not the District 3 commissioner, right?

 8    A.    Sir, I answered that.

 9    Q.    The timeframe I just reviewed with you.

10    A.    Mr. Kuehne, Mr. Carollo became commissioner in 2017.

11    Q.    Commissioner Carollo was not the District 3 commissioner?

12    A.    He was commissioner in 2017.

13    Q.    So, your testimony to this jury -- one second.

14            THE COURT:  All right.  We're going to be in a brief

15    recess, all right, until 5 after 11:00.  All right?  I'm sorry,

16    I see two different clocks, 11:00 a.m.  15 minutes.

17            Again, do not discuss this case with anyone.  Do not

18    formulate any opinion about this case, and we'll see you at

19    11:00 a.m.  Thank you.

20            THE COURT SECURITY OFFICER:  All rise.

21            (Thereupon, the jury exited the courtroom.)

22            THE COURT:  We can address the issue sidebar,

23    counsels.

24                        (At the bench.)

25            THE COURT:  All right.  The matter first.

1          MS. CAPRIO:  Our objection is that this is about

2     Orlando Diez.  He was a witness here in this proceeding.  They

3     could have asked about this email.  It contains double hearsay.

4     They used the other document for the truth and that's what I

5     suspect they're going to offer this document for.  And we

6     object to it because it's improper.  It's also cumulative, and

7     outside the scope in addition to the double hearsay.

8          MR. KUEHNE:  First, Judge, it has nothing to do with

9     the truth of the matter asserted.  This is his email, having

10    communications with somebody from the City of Miami about the

11    Tower Hotel.

12          THE COURT:  I understand that.

13          MR. KUEHNE:  And that's a critical issue in this

14    case, and this is his email.  His email.  He's identified it.

15    It's coming to him.  It has to do with the subject matter and

16    he knows the maker of the email.

17          THE COURT:  First of all, I was looking, when he says

18    he, who is he was referring to as the double hearsay, not so

19    much about the way he mentioned he was concerned by the way he

20    mentioned.  You can ask him the question, whether or not he was

21    aware that work was being done inside the hotel.  I have no

22    problem with that.

23          What you're doing, you have double hearsay when you

24    say also mention.  I believed this is also speculation.  He was

25    referring to the hotel.  It's improper.

1          Also let me address the other issue with respect to

2     your motion.  I reviewed your proposed statute.  You can ask

3     questions.  The question that was asked to Mr. Fuller as to

4     campaign contributions, you can ask him questions about his

5     campaign contributions.

6          However, with the statute being reviewed or anything

7     reviewed under 403, it will not be allowed.  If you ask of him

8     indirectly or directly, the Court's going to find that a

9     disregard of this Court's order.  I will impose sanctions.  I

10    don't think that you want to go there.  I'm not going to mince

11    words here at all.

12          There's no need to bring this up if there is any

13    objection by the plaintiff, if you do that, it's going to be

14    the end of your cross-examination as a waiver before this Court

15    in addition to any remedy that this Court finds to be

16    appropriate.  I overruled the objection to certain evidence,

17    you made some objections, I overruled some, I sustained them.

18    I expect this order to be followed.

19          So, therefore, I'm not going to revisit this issue.

20    You can ask him about his campaign contributions that he made,

21    but not do any question related to the fraud statute, Florida

22    law that he is admitting in this case.  None whatsoever, sir.

23    I'm not done speaking.

24          I want to make sure we have a clear understanding that

25    you're not going to ask anything directly or indirectly.  It's

1   not going to be, I made a mistake, I didn't understand that.

2   The question is clear, what I said.

3           If you want to ask him questions, did you make any

4   contribution to Mr. Alfie Leon or whatever.  Anything about the

5   statute or did you understand that you may have been not

6   following the law, did you do this, nothing is going to be

7   asked of that subject area.  None whatsoever.

8           MR. KUEHNE:  Judge, I think I understand what you're

9   saying.

10          THE COURT:  Hold on.  You say you think. Tell me what

11  you don't understand.

12          MR. KUEHNE:  First, I understand that I'm not going

13  to ask any questions about crimes and I have not intended to do

14  that.

15          THE COURT:  Anything about the Florida statute.

16  Anything related to it, sir.

17          MR. KUEHNE:  Two, I intend -- I think you are

18  allowing me to ask whether he --

19          THE COURT:  I'll give you an example.  Write down

20  your question you intend to ask.  I will let you know exactly

21  whether that's permissible.  I don't want to go back and forth

22  based on what you think I said.

23          I clearly said, as you know all too well, relating to

24  Florida statute that you gave to this Court, rather, failed to

25  report any contribution, person not making the contribution,

1    anything relating to this statute along those directly or

2    indirectly, or in a deceitful manner is not going to be

3    allowed.

4           So if you don't understand that, the record is clear

5    on that.  You want to forfeit your right to move forward as a

6    waiver of any cross-examination of this witness, and the Court

7    will impose a severe sanction and any other remedy that I deem

8    to be appropriate.

9           They made objections.  I overruled some.  You made

10   objections.  I overruled some.  But I'm not here to instruct

11   you on the law.  The Court has been very patient and very

12   courteous to the parties as well.

13          I understand that there's a difference between zealous

14   advocacy and crossing the line.  I understand that.  I defended

15   parties.  I respected the Court's decision.  I may not have

16   agreed with them.  I'm not going to do anything to disrespect

17   the Court's ruling.  I understand that clearly.

18          I want to make sure if you have any doubt about it,

19   you can write your question down now.  Let me look at it.

20   There's not going to be a mistake.  I'm letting you know right

21   now, if you think in your mind somehow I didn't understand you,

22   whatever question you don't understand, it's for the record,

23   you can get a copy of it, and you can read it.

24          MS. CAPRIO:  Thank you, Your Honor.

25          MR. KUEHNE:  So I understand what you've said.  I am

1    doing my best to cabin the allowable limits of my examination.

2    I do not intend to ask about the law.  I do not intend to ask

3    about Section 106.08 or any statute, but I do intend to ask him

4    if he reported the contributions.

5             THE COURT:  No, not at all.  I told you, you can ask

6    him did you make any contribution to his campaign, and how

7    much.  You're not going to ask whether did he report it or he

8    failed to report, no.

9             MS. CAPRIO:  Thank you, Your Honor.

10            THE COURT:  That's clear.

11            MR. KUEHNE:  Your Honor, I'm really missing this.

12            THE COURT:  There's nothing to miss, sir.  There's

13   nothing to miss.  When I said no means no, Mr. Kuehne.  No

14   matter how much you want to argue with this Court, it's no.

15   Simple as that.  If not, you want to have -- if you want to end

16   your cross-examination now because you cannot follow the

17   Court's instructions, you refuse to, that's your strategy.

18   That's your decision to do so.

19            But I'm telling you, they made an objection.  You saw

20   that I said overruled.  They moved forth with it.  They're not

21   here to try to argue back with this Court here.  I don't expect

22   anybody to do so, sir.

23            MS. CAPRIO:  Your Honor?

24            MR. KUEHNE:  Respectfully, we're not arguing back and

25   forth with the Court.  I'm simply making certain on this

```
 1   important issue that you have and I object to it.
 2             THE COURT:  That's final.  Your objection is noted,
 3   sir.
 4             MR. KUEHNE:  If I step over the line, I'm finished.
 5   I'm not intending to step over the line and I believe --
 6             THE COURT:  It's not about intent, sir.  It's not
 7   about intent.  I'm telling you that you're not going to do it,
 8   period.  If you do so, you do so at your own peril.
 9             MR. KUEHNE:  So when I ask the question about Jenny
10   Molina's name being on exhibit that they moved in, and asking
11   him if he's the one who funded that whatever it was --
12             THE COURT:  Okay.
13             MR. KUEHNE:  -- and then asking him if he put his
14   name on that document, obviously he's going to say no.
15             THE COURT:  I don't know what he's going to say, sir.
16             MR. KUEHNE:  His name is not on the document, so I
17   think he's going to say that, and the other of whether he
18   arranged with Jenny Molina to give her the money for that
19   political advertisement.
20             THE COURT:  Okay.
21             MR. KUEHNE:  I intend to ask those questions.
22             THE COURT:  That's fine.
23             MR. KUEHNE:  I then intend to ask what other was
24   done.  If it's going to be secretly, covert, undisclosed
25   contributions he made to the Leon campaign.  I intend to ask
```

 1   him --

 2           THE COURT:  Secret?

 3           MS. CAPRIO:  Undisclosed.

 4           MR. KUEHNE:  He keeps saying we did all of these

 5   things.

 6           THE COURT:  You can ask him -- look, you can ask him

 7   what contribution did you make to the Alfie Leon contribution,

 8   his campaign.  You can ask him -- you can ask those questions.

 9   Simple.

10           MR. KUEHNE:  I plan to ask him --

11           THE COURT:  I'm just making sure, Mr. Kuehne, we're

12   not going to finagle in "I didn't intend."  I'm being clear

13   about my decision and I'm not mincing words here.  None

14   whatsoever.

15           If you do that, the record is clear, a hundred percent

16   that I recall no misunderstanding of what was said here.  No

17   mistake.  It's not a misunderstanding.  It's clear, crystal

18   clear.  There's no ambiguity in what I just said.

19           All right.  What's next?  Also there are other

20   objections being made.  Again, look at some of these things

21   that you're saying you have no objection, and I want Mr. Kuehne

22   to be able, and as you should, too, get through this

23   cross-examination without unnecessary objections.

24           Again, what are other the exhibits that you have any

25   issue with so that we can try to move this thing forward?  So

```
 1   far, he was able to give his cross-examination without any
 2   issue.  That's how it should be unless it's necessary, not
 3   about for the sake of objecting.  We're not trying to try a
 4   case like that.
 5              MS. CAPRIO:  No, Your Honor.
 6              MR. KUEHNE:  We had yesterday a list of what I think
 7   were all of the exhibits.  The plaintiffs identified those that
 8   they had objections to and Your Honor's made rulings.
 9              It's my understanding that the great volume of them,
10   like the pictures of the Tower Hotel, notices posted, et
11   cetera, were not objected to, but because I have no idea other
12   than our meeting yesterday whether they have an objection,
13   that's why I had asked them to be shown up on the screen for
14   them to do it, but, frankly, my view is they told us no
15   objection.
16              So I would have planned to do that, but what I don't
17   want to have is to run afoul of Your Honor's ruling by posting
18   something on the screen as they've done inadvertently.
19              THE COURT:  I get that.  That's fine.  If there's any
20   objection moving forward so we can --
21              MS. CAPRIO:  I'd like to see it on the screen,
22   because there were a lot of exhibits.
23              THE COURT:  We don't have a physical copy of these
24   things.  You can show it to him next so we can move things
25   forward.
```

```
 1              Listen, you have a number of counsels here.  This is
 2    the next exhibit I'm planning to introduce, those next five or
 3    ten.
 4              MS. CAPRIO:  If you email them to me --
 5              THE COURT:  That way, we don't have a delay
 6    unnecessarily.  For example, you've got Exhibit 5, 6, 7, 8
 7    coming up, she says no objection, you know for a fact, you'll
 8    be able to admit that in.
 9              MS. CAPRIO:  The problem is we don't know the order.
10              THE COURT:  Still, that's the way you can see those
11    next exhibits in the meantime so know ahead of time, you can
12    ask this cross-examination without an extensive break and going
13    forward with this matter here.
14              MR. KUEHNE:  I appreciate the suggestion, Judge.  We
15    gave a list of what were all exhibits.
16              THE COURT:  What are the next exhibits you intend to
17    introduce now, the next four or five, something?  That way, we
18    can move forward without, I don't know, this type of issue.
19    It's better for your cross-examination.  Move forward.  And for
20    this Court and for this jury's time here.
21              Because I don't think I should have to entertain every
22    time there's an objection, there's an objection, I think that
23    should not be objected to.
24              MR. KUEHNE:  Judge, the whole process of looking at
25    the exhibits yesterday was to see if these are the five
```

1   exhibits --

2           THE COURT:  I agree.

3           MR. KUEHNE:  -- we object to.  We did that.  The rest

4   of them, I don't know what they looked at when they went

5   through that list, but everybody has the electronic version and

6   I don't carry extra paper copies of my exhibits.

7           MS. CAPRIO:  Right.

8           MR. KUEHNE:  Depending upon on the topic that I

9   utilize, I will have the exhibits that were listed on the

10  sheet.  I presume that they have looked at them.  I can't -- if

11  Your Honor requires me to do so, I'll go back through my notes,

12  try to figure out which is my next topic and then write them

13  down.

14          THE COURT:  Because it's becoming cumbersome right

15  now to move this case along when things that should be objected

16  to and hear unnecessary objections for the sake of parroting

17  objections from the other side I think is inappropriate here.

18          MR. KUEHNE:  I don't disagree.  I don't know how I

19  can facilitate having already given them the list of exhibits.

20          MS. SUAREZ:  I would just add, for the record, we

21  received three other exhibits.  They are Mr. Kuehne's letters

22  to the Commission on Ethics Board saying that all the claims

23  are frivolous and accusing of Mr. Fuller of unlawful conduct.

24          THE COURT:  If you intend to introduce -- show me

25  those things here.  I'm not going to stop this trial for

1  something that clearly should not be admissible.  What is it

2  right now --

3      MS. CAPRIO:  Their lawyer letter to the Commission on

4  Ethics taking a very adverse position to Mr. Fuller's position

5  that are written by Mr. Kuehne.  We just received them right

6  when we started the cross-examination this morning.

7      MR. KUEHNE:  I have paper copies, Judge.  If --

8      MS. SUAREZ:  He explained what he thinks of the --

9      THE COURT:  This has been turned over just today?

10     MS. CAPRIO:  Just today this morning.

11     THE COURT:  You intend to introduce this, Mr. Kuehne?

12     MR. KUEHNE:  I intend to ask the witness questions

13  about them.

14     THE COURT:  I'm going to sustain the objection.

15  That's not coming in, sir.

16     MR. KUEHNE:  Your Honor, he was allowed over defense

17  objection to enter into evidence his lawyer's letter.  His

18  lawyer's letter.

19     MS. CAPRIO:  That was the Ethics complaint.

20     MR. KUEHNE:  That was his complaint.  Commissioner

21  Carollo responded to that complaint and laid out in real time

22  Commissioner Carollo's position to rebut the allegations.  We

23  objected to those allegations coming in.  We believe that just

24  the sworn statement of Mr. Fuller is appropriate.

25     THE COURT:  Mr. Kuehne, I heard that.

1          MR. KUEHNE:  They have now brought into evidence and

2     they've actually identified and published to the jury the

3     allegations made by Mr. Fuller.

4          THE COURT:  Look, if you want to -- you can

5     cross-examine him and ask him with respect to that.  But this

6     letter is not coming into evidence.

7          Next question.

8          MS. CAPRIO:  The two other letters, three letters --

9          THE COURT:  Sir, no, sir.  I ruled.  I'm not going to

10    argue to with you, Mr. Kuehne.  It's no.

11         MS. CAPRIO:  Thank you, Your Honor.

12         THE COURT:  Next question.

13         MS. SUAREZ:  It was two of those, Judge, and this is

14    from Commissioner Carollo's candidacy which I don't know what

15    sort of foundation Mr. Fuller would possibly know about this

16    document.

17         THE COURT:  That's his Campaign Treasury Report.

18    Look, that's sustained too, as well.  Let's move on.

19         MR. KUEHNE:  Your Honor, they opened the door on

20    this.

21         THE COURT:  Sir, I've ruled.  I've ruled.  I heard

22    you say you opened the door.  I heard your response.  I'm

23    overruling the objection.  It's sustained.  Next.

24         MS. CAPRIO:  That's it, Judge.

25         MR. KUEHNE:  I'm not allowed to inquire of this

```
 1   witness that he offered testimony that we believe is incorrect?
 2           THE COURT:  Mr. Kuehne, look, I'm not done speaking.
 3   I never said you cannot inquire.  I said that the particular
 4   letter, what you intend to introduce is no.  Point blank.  You
 5   want to question because Mr. Carollo denied it, are you aware
 6   that he denied it, he can say that, that's fine.
 7           MR. KUEHNE:  It has nothing to do with that, Judge.
 8           THE COURT:  I understand, Mr. Kuehne.  This is my
 9   decision.  No, we're not going --
10           MS. CAPRIO:  Thank you, Your Honor.
11           MR. KUEHNE:  I understand.  I want you to understand
12   why I want -- he already testified as to a meeting with
13   Mr. Carollo, what he said, and I have his transcript.  He told
14   us what it was, was considering being a candidate for office.
15           And then he even went so far to say why would I
16   discuss any of this stuff with somebody who was just
17   considering being a candidate.  I know people in the City of
18   Miami.  That was about the Tower Hotel.  And I intend with this
19   document to establish that in January of 2017, January, 2017,
20   Mr. Carollo was a declared candidate.  It wasn't --
21           THE COURT:  Thank you.  Your objection is noted for
22   the record.  My ruling remains the same.  Next.
23           MS. CAPRIO:  That's it, Your Honor.
24           MR. KUEHNE:  I'm not allowed to impeach this witness
25   on his testimony?
```

```
1              THE COURT:  Sir, I just ruled.  All right,

2    Mr. Kuehne?

3              MS. CAPRIO:  Thank you.

4              MR. KUEHNE:  Can I show it to him to refresh his

5    recollection?

6              THE COURT:  You can show it to him.  You're not going

7    introduce it.  Again, we're not going to play games here, all

8    right?  I don't know what you think you guys are doing.

9         This Court has been very patient.  I can assure you,

10   had it been before another Court, you wouldn't be standing here

11   right now.  I make you try the case.  This Court has

12   accommodated all the parties, spent federal funds to do so.  I

13   make decisions.  Some you agree with, some are not.  Respect my

14   decision.

15             MR. KUEHNE:  I also wanted to put my position on the

16   record.

17             THE COURT:  It is on the record.  I told you what

18   you can and what you cannot do.  If you disagree with it,

19   that's fine.  Plaintiffs have disagreed with a lot of this

20   stuff as well.  There are many judges I disagreed with, but I

21   respect their decision.  I may not like it, but that's fine, I

22   move forth with it.

23        I'm not going to sit here and debate, go back and

24   forth with this Court's instruction.  To sit here and to argue

25   back and forth what you intend to do and I gave you my
```

1  instruction.  They're not to be finagled or try to backdoor

2  things just because you want to do what you want to do. That's

3  not how it works here, Mr. Kuehne.  There are rules that need

4  to be followed.  I hope that you respect this Court's decision.

5          Again, they made multiple objections.  Things was

6  overruled.  You made multiple objections, it was overruled.

7  You move forth with it, sir.

8          All right?  With that said, I'm done.  I'm not going

9  to address this issue anymore.

10          MR. KUEHNE:  I understand you're done.  I just wanted

11  to make it very clear for Your Honor, I respect your rulings,

12  and I'm trying to comply with your obligations.

13                          (Short recess had.)

14          THE COURT:  The Court is back in session.  You can

15  call bring in the jurors, please.

16          (Thereupon, the jury entered the courtroom.)

17          THE COURT:  The members of the jury are all present

18  and accounted for.

19          Mr. Kuehne, you may proceed, sir.

20  **BY MR. KUEHNE:**

21  Q.   When we broke, I had shown you some pictures in Defense

22  Exhibit 64.  That's the Tower Hotel, 1450 SW 7th Street, a Stop

23  Work Order.  Let me put up another picture from DX 64, page 19.

24          THE COURT:  Also, if there's no objection, you need

25  please to apprise this Court so we can move forward.

 1              MR. KUEHNE:  This is already in evidence, Your Honor.

 2              THE COURT:  Thank you.

 3    **BY MR. KUEHNE:**

 4    Q.   When the screen shows up, I'll be showing you a part of

 5    Defense Exhibit 64, the Stop Work Order package on the Tower

 6    Hotel, June 25, 2012.  Page 19 of the document.

 7              THE COURT:  Is it up?

 8              MR. KUEHNE:  Yes.

 9    **BY MR. KUEHNE:**

10    Q.   Do you see page 19 of this document?

11    A.   Yes.

12    Q.   Are you looking at the picture, and there's a board on the

13    right side, there's some male figure with a blue shirt in front

14    of the board?

15    A.   Yes.

16    Q.   And you see a posted sign, Stop Work Order?

17    A.   It appears that that's the Stop Work Order.

18    Q.   And let's go back to the first page of this document.

19    That's a picture of a Stop Work Order, June 25, 2012, posted on

20    a piece of plywood?

21    A.   Yes.

22    Q.   And the picture on page 19 was -- appears to be a Stop

23    Work Order posted on a piece of plywood?

24    A.   Yes, it does.

25    Q.   Now, June -- we reviewed the August, 2012 Final Notice.

1    And Notice of Violation.  Let's move to still Tower Hotel,

2    January 8, 2018, and for that, I'm going to show you Defense

3    Exhibit 9.

4            MS. CAPRIO:  No objection.

5            MR. KUEHNE:  If it's not in evidence, we move it in

6    evidence.

7            THE COURT:  She said no objection, it will be

8    admitted.  Thank you.

9               (Defendant's Exhibit 9 Received.)

10   **BY MR. KUEHNE:**

11   Q.   Do you see Defense Exhibit 9, the first page is a Stop

12   Work Order, 1450 SW 7th Street, January 8, 2018?

13   A.   Yes.

14   Q.   And you know that to be a Stop Work Order posted on the

15   property?

16   A.   I don't, but, you know, it says 1450 SW 7th Street.  I

17   assume it's there.

18   Q.   So let's take a look at the next page of Defense Exhibit

19   9.  And this is a notice posted January 9, 2018, and if we --

20   it's going to be hard to blow it up because it will be blurry.

21       This is part of the 1450 -- this is part of the 1450 SW

22   7th Street Tower Hotel package from January, 2018.  Do you see

23   this posted notice?

24   A.   I see it.

25   Q.   This property is in violation of the Code of the City of

```
 1   Miami.  Do you see that?
 2   A.    Yes.
 3   Q.    And look at the top right of the notice itself.
 4   BB 2012010271.  Do you see that?
 5   A.    Yes.
 6   Q.    Do you have an appreciation that BB 2012 means it's a
 7   building violation with the case number or file number from
 8   2012?
 9   A.    I understand that 2012 is a reference marker to these
10   types of numbers.  I'm not sure what the BB stands for, but
11   definitely the 2012.
12   Q.    So the 2012 refers to some kind of a file number, case
13   number of a 2012 matter?
14   A.    Yes.
15   Q.    And on 2018, the notice is posted.  It's got the address
16   as well as a copy of a letter that I know is hard to read.
17   Posted with the text of whatever is posted.  If I blow it up,
18   you're not going to be able to see it better.
19   A.    I'm sorry, the question?
20   Q.    The notice below the red letters, notice posted, this
21   property is in violation of the Code of the City of Miami is
22   a letter from the City of Miami?
23   A.    It appears to be.
24   Q.    Do you see that?  That's taped onto that notice?
25   A.    Yes.
```

```
 1   Q.    And the bottom of the notice says City of Miami Unsafe

 2   Structures Section.

 3   A.    Yes.

 4   Q.    So the 2012 matter in 2018 is being posted again --

 5          MS. CAPRIO:  Objection.  Counsel is testifying.

 6   BY MR. KUEHNE:

 7   Q.    Right?

 8          THE COURT:  Overruled.  He can answer.

 9          THE WITNESS:  Well, this is -- this is, as we said,

10   or I said, or my partner said, that the project of the Tower

11   Hotel took us approximately ten years to complete so the

12   original permit was pulled in 2012.

13   BY MR. KUEHNE:

14   Q.    So let me try my question again.  This Notice of Violation

15   refers to the 2012 Code or Building Department violation that

16   we looked at in the previous exhibits, doesn't it?

17   A.    I don't know what the BB means.  If you can help me with

18   the BB, then we can try to tie it out, but what I can say is

19   that it appears that it's referring to a 2012 document.

20   Q.    So I'll go back to the documents.  We looked at some

21   Unsafe Structures Stop Work Order, Repair or Demolish letter,

22   Repair or Demolish Notice of Violation from 2012 on Tower

23   Hotel.  Right?

24   A.    Yes.

25   Q.    And I'll pull up again Defense Exhibit 63.  One of the
```

1    earlier documents which you identified as the Repair or

2    Demolish First Notice, June 5, 2012.  We'll get it up to the

3    screen in just a minute.

4        I'm going to ask you for the -- I'm going to point to the

5    number and if you could keep it in your head, if you can, but

6    we'll talk -- we'll go back and forth, the number on DX 9.

7        So you see Defense Exhibit 63?  We went through all of

8    this -- just one point here, up at the top right when it comes

9    back?

10   A.   Yes, BB2012010271.

11   Q.   And do you have it in your mind?  If not, I'll show you.

12   A.   No, I have it in my mind.

13   Q.   Defense Exhibit 9.  The notice posted BB2012010271?

14   A.   Yes, that's the same number.

15   Q.   Same number.  Okay.  And in the package of DX 9, I'm just

16   going to identify a couple items if we go to the page in here.

17   I believe it's page 9 of 129.

18       This shows a picture of scaffolding and a couple workers

19   outside the Tower Hotel with the time stamp January 8, 2018?

20   A.   Yes.

21   Q.   Okay.  And just let me ask you --

22           MS. CAPRIO:  No objection.

23           MR. KUEHNE:  DX 9 is in evidence.

24           THE WITNESS:  It's there, just on the back screen,

25   I'm not sure that T.V. --

1  **BY MR. KUEHNE:**

2  Q.   And let me do this.  I'm going to just go through a number

3  of the pictures that are part of DX 9, not 129 pages, but just

4  ask you as you look at these pictures and the different pages,

5  if those pictures depict the Tower Hotel with the same time

6  stamp, January 8, 2018?

7  A.   I can't speak to the photographs or their exact time

8  stamps.  Where are these photographs from?

9  Q.   Let me try this question.  DX 9 is in evidence.  Each

10 picture has a time stamp down at the bottom.  You can see it on

11 the picture.  I can blow it up.  The pictures are time stamped

12 1-8-2018.

13       So my question that I'm going to pose to you as we go

14 through the pictures is whether what is depicted is the Tower

15 Hotel; fair enough?

16 A.   Yes.

17 Q.   You understand the question?

18 A.   Yes.

19          MR. KUEHNE:  All right.  So let's just go through

20 some of the pictures, Curtis.  Keep going.  I think that's

21 repetitive pictures.

22 **BY MR. KUEHNE:**

23 Q.   Those pictures all are of the interior of the parts of the

24 Tower Hotel, are they not?

25 A.   Yes.

1    Q.   Now prior to this Stop Work Order being posted on January

2    8, 2018, DX 9, you had the holiday party at the Tower Hotel?

3    A.   Yes.

4    Q.   And you testified on direct about the Tower Hotel and

5    looked at some pictures that you identified.  Do you recall

6    that?

7    A.   Yes.

8    Q.   Okay.  I'm going to show you a number of those pictures.

9    Let's start with DX 325.  That's in evidence.  If it's not, I

10   move it into evidence.

11            MS. CAPRIO:  No objection.  I think it's in.

12   **BY MR. KUEHNE:**

13   Q.   So that's the outside of the Tower Hotel, and if you peer

14   through the windows, you can see some holiday lights.

15   A.   Are you asking me to describe the photo?

16   Q.   No.  I'm asking you to answer my question.  Is that the

17   front of the Tower Hotel?

18   A.   Yes.

19   Q.   And if you peer in the window, you can see some holiday

20   lights, can't you?

21   A.   Yes.  That's the Christmas tree you're looking at.

22   Q.   And that's inside the 1450 SW 7th Street part of the Tower

23   Hotel?

24   A.   That's the historic lobby of the hotel.

25   Q.   And then let's go to Plaintiffs' Exhibit 462.  It's

1    already in evidence.  And I believe you identified these

2    pictures.

3        So let me ask you, Plaintiffs' Exhibit 462, this is a part

4    of the band playing at the Tower Hotel holiday party.  Yes,

5    it's in evidence.  Correct?  That's a drummer at the holiday

6    party?

7    A.   Yes.  This is the Miguel Cruz band.

8    Q.   And let's go to the next picture.  I think that's a

9    keyboard from the same band?

10   A.   This is, yes.  This is Pepe Montez.

11   Q.   Inside the Tower Hotel?

12   A.   Yes.

13   Q.   Let's move to Defense Exhibit 67.  So we move from January

14   8, 2018, DX 9, and now DX 67.

15           MS. CAPRIO:  No objection.

16           MR. KUEHNE:  I move it into evidence.

17           MS. CAPRIO:  No objection, Your Honor.

18           THE COURT:  It's admitted.  Thank you.

19              (Defendant's Exhibit 67 Received.)

20   BY MR. KUEHNE:

21   Q.   You see Defense Exhibit 67, first page?  This is a

22   January 22, 2018 posted Notice of Hearing?

23   A.   Yes.

24   Q.   And the BB number, if you need me to go back, I will, but

25   the BB number is the same BB number that we've referred to now

1    through 2012 and earlier in 2018?

2    A.   Yes.

3    Q.   And this is a Notice of Violation dated January 22, 2018,

4    Notice of Hearing, City of Miami of Unsafe Structure Panel?

5    A.   Yes.

6    Q.   This provides a hearing date of February 23, 2018?

7    A.   Yes.

8    Q.   And it's posted on the property?

9    A.   It appears to be.

10   Q.   Let's look at the next page and ask if that appears to

11   be -- we can make it bigger if you want, this notice posted on

12   the window?

13   A.   That's the front door.

14   Q.   Of a door of the property, is that right?

15   A.   Yes, that's the front door.

16   Q.   And that hearing, January -- February 23, 2018, you

17   understand to be an Unsafe Structure Panel hearing?

18   A.   That's what it says.

19   Q.   And you understand, at least as of January, 2018, that an

20   Unsafe Structure Panel hearing allows you, the property owner,

21   or somebody on behalf of the property owner, to appear before a

22   City of Miami board called the Unsafe Structure Panel?

23   A.   Yes.

24   Q.   And at that time, the owner or the owner's representative

25   is allowed to listen to the notice of violation, and present

1    any information or evidence to the Unsafe Structure Panel?

2    A.   Yes.

3    Q.   And did you attend that Unsafe Structure Panel hearing?

4    A.   I'm not sure.  I don't generally attend those.

5    Q.   Fair to say that you would have intended in January and

6    February of 2018 to have somebody on behalf of 1450 Tower Hotel

7    to attend?

8    A.    In this particular era, we were receiving a lot of

9    violations as discussed previously.  And some of these

10   violations slipped through the cracks.  And so, unfortunately,

11   I can't speak specifically as to which ones we had

12   representatives or not to.

13   Q.   Let's move then to DX 68.  That was 67, the notice of

14   hearing for February 23, 2018 posted.  And let's go to Defense

15   Exhibit 68.  When it gets up on the screen, I'll ask you some

16   questions.

17              MR.KUEH:  I would move to admit DX 68.

18              MS. CAPRIO:  No objection, Your Honor.

19              THE COURT:  Granted.

20                 (Defendant's Exhibit 68 Received.)

21   **BY MR. KUEHNE:**

22   Q.   So you'll see when it comes up, a document and if you need

23   me to make it bigger for you, Mr. Fuller, just let me know.

24        Up at the top, it says City of Miami Order of the Unsafe

25   Structure Panel.  Do you see that?

```
1    A.    Yes.

2    Q.    Final action, 2-23-18, yes?

3    A.    Yes.

4    Q.    And that's the same date as the hearing on the Defense

5    Exhibit 67 hearing date?

6    A.    Yes.

7    Q.    And this describes Tower Hotel address, 1450 SW 7th

8    Street.  And I'm going to read a portion of this document in

9    evidence.

10          The City of Miami's Unsafe Structure Panel decision.  It's

11   meeting on February 23, 2018, on Structure A, three story CBS

12   hotel, Structure A, repair or demolish unsafe structure within

13   300 days.  I read that correctly?

14   A.    Yes.

15   Q.    Then the next two lines bold underlined:  Property is not

16   to be used as an event venue.  No work shall be performed until

17   the permits have been pulled.  Do you see that?

18   A.    Yes.

19   Q.    Then under Plans, it starts off by saying building plans

20   must be developed for all work and for all repairs or items

21   needing to be completed or legalized.  That's right?

22   A.    That's what it says.

23   Q.    And the order continues with a reference to building

24   permits.  Structure A, permits shall be obtained within 120

25   days from today's date?
```

1    A.    That's what it says.

2    Q.    And then down at the bottom, if any of the above

3    stipulations are not complied with, said structures shall be

4    demolished by the City of Miami as soon as possible, moving to

5    page 2.  That's what the document says, right?

6    A.    What is page 2?  It says page 2, yes.

7    Q.    Demolished within, as soon as possible, if the repairs are

8    not made?

9    A.    That's what it says.

10   Q.    Okay.  And then the order continues, and toward the middle

11   of page 2, the City of Miami Unsafe Structure Panel is

12   quasi-judicial.  The decision and specified compliance dates

13   are final and binding -- any person aggrieved by a decision of

14   the City of Miami Unsafe Structure Panel may seek judicial

15   review of that decision in accordance with the Florida Rules of

16   Appellate Procedure.  Do you see that?

17   A.    Yes.

18   Q.    And you understand that that's the Unsafe Structure Panel

19   protocol, that once a final decision is made, the owner or the

20   owner's representative can appeal that, seek review of that

21   decision?

22   A.    That's what it says.  That was not the practice and policy

23   of the City of Miami.

24   Q.    So the City of Miami, despite this official document

25   telling you that the Florida Rules of Appellate Procedure give

1  the person aggrieved the opportunity to seek judicial review,

2  your testimony to this jury is that's not what the City of

3  Miami did?

4          MS. CAPRIO:  Objection.  Calls for a legal

5  conclusion.

6          THE COURT:  Sustained.

7  **BY MR. KUEHNE:**

8  Q.   And then on page 3, page 3, there are some signatures

9  after -- let's go back to page 2.  Do you see down at the

10  bottom of page 2, there's some names.  Tower Hotel, William

11  Fuller, William Fuller, William Fuller and then on page 3, BNZ

12  and BNZ?

13  A.   Yes.

14  Q.   Then below that, at a meeting of the Unsafe Structure

15  Panel on 2-23-18 a motion was made by panel member Kuochalakos,

16  and seconded by panel member Bared that this order to be

17  approved passed.  And then three signatures for the chair, and

18  two panel members of the Unsafe Structure Panel.  Right?

19  A.   Yes.

20  Q.   As a result of Defense Exhibit 68, order of the Unsafe

21  Structure Panel, the final order, you, Tower Hotel, entered

22  into what's known as a Compliance Agreement, isn't that right?

23  A.   I'm not sure.  You'd have to show it to me.

24  Q.   I'll show you Defense Exhibit 69.

25          MR. KUEHNE:  And if it's not in evidence, I move it

```
 1   in evidence.

 2           MS. CAPRIO:  It's in evidence.

 3           MR. KUEHNE:  So let's pull it up on the screen.

 4   BY MR. KUEHNE:

 5   Q.   You'll see when it comes up, Compliance Agreement with the

 6   same BB case number, 2012.  Publish, it's in evidence.

 7        Right so far?

 8   A.   Yes.

 9   Q.   And it's for Tower Hotel, and here this compliance

10   agreement is July 23, 2018.

11   A.   Okay.

12   Q.   And this is -- this document is actually signed by you as

13   the representative of the Tower Hotel on page 4.  It's actually

14   page 13 of 14.

15   A.   Yes, that's my signature.

16   Q.   Your signature and notarized.  Right, notarized?

17   A.   Yes.

18   Q.   Okay.  And let's go back to the first page of this.

19   Defense Exhibit 69.  Under Section 3, terms, let's blow that up

20   a little bit.

21        The owner agrees the above described property is in

22   violation of the City of Miami code.  Subsequently, the owner

23   agrees to the following terms.  That's what page 1 of the

24   document says, right?

25   A.   Yes.
```

```
 1   Q.   And you signed that document?

 2   A.   Yes.

 3   Q.   And you understand this document to be or became an

 4   official document of the City of Miami?

 5           MS. CAPRIO:  Objection.  Calls for a legal

 6   conclusion.

 7           THE COURT:  Sustained.

 8   BY MR. KUEHNE:

 9   Q.   You understand that this document was received by the City

10   of Miami, don't you?

11   A.   I believe it might be.

12   Q.   Well, let's go to the last page of this document.  And you

13   see a signature section, approved as to building requirements,

14   building official or designee, 7-23-2018, with some form of

15   signature?

16   A.   That looks like Rene Diaz's signature.

17   Q.   And that's also notarized.  Do you see the notary seal?

18   A.   Yes, Rene Diaz.

19   Q.   Rene Diaz was a City of Miami official, the Building

20   official?

21   A.   Yes.  He's the Building official.

22   Q.   So based on --

23   A.   One of the Building officials.

24   Q.   Based on looking at that document, DX 69, you understand

25   it to have been processed and signed by the City of Miami?
```

```
 1   A.   Yes.

 2   Q.   At least through Mr. Diaz?

 3   A.   Yes.

 4   Q.   Now, following that July, 2018 Compliance Agreement -- by

 5   the way, you had a -- for the Tower Hotel, that same property,

 6   you had an operator for the hotel part of that hotel, didn't

 7   you?

 8   A.   An operator?

 9           MS. CAPRIO:  Objection.  Outside the scope.

10           THE COURT:  Overruled.

11           THE WITNESS:  What do you mean by "operator?"

12   BY MR. KUEHNE:

13   Q.   Selina Miami Operations?

14   A.   Selina was a lease that was being negotiated but no

15   operations had commenced.

16   Q.   But that was for the purpose -- the lease was for the

17   purpose of doing some operations of the hotel?

18   A.   If they had taken possession, they would have commenced

19   operations.

20   Q.   And instead, you got into litigation with them?

21           MS. CAPRIO:  Objection, Your Honor.  403.

22           THE COURT:  Sustained.

23   BY MR. KUEHNE:

24   Q.   In 2018, you did not comply with the terms of the

25   Compliance Agreement, Tower Hotel, isn't that right?
```

1    A.    I can't speak to that.   What I know is that a lot of facts

2    are missing from your narrative right now.

3    Q.    And in 2019, 2019, the terms of the Compliance Agreement

4    were not met?

5            MS. CAPRIO:   Objection.   Calls for a legal

6    conclusion.

7                THE WITNESS:   What I know is that the Tower Hotel --

8                THE COURT:   Overruled.   He can answer.

9                THE WITNESS:   What I know is that the Tower Hotel had

10   a successful renovation, is open today.   I don't know what was

11   not met and met, but I know it was a completed project and we

12   met our objective.

13   **BY MR. KUEHNE:**

14   Q.    Thank you for that answer.   My question was a little

15   different.   Significantly different.

16         In 2019, Tower Hotel did not meet the terms and conditions

17   of the Compliance Agreement?

18                MS. CAPRIO:   Objection.   Asked and answered.

19                THE COURT:   Sustained.

20                MR. KUEHNE:   DX 69.

21                THE COURT:   Sustained.

22   **BY MR. KUEHNE:**

23   Q.    Now, your testimony is that today, the Tower Hotel is

24   permitted, right?

25   A.    What my testimony is is that the Tower Hotel has its

1    Certificate of Use today and is open for business should it

2    want to be.

3    Q.   So let me try my question.  Today, the Tower Hotel, as you

4    understand it, is permitted, has all the permits that were

5    necessary, right?

6    A.   Yes.

7    Q.   And those permits were issued by the City of Miami?

8    A.   And a private provider.

9    Q.   But the city issues the permits, the private provider does

10   the processing for the permits.  Isn't that your understanding?

11   A.   Processing and inspections.

12   Q.   The City of Miami issues the permits, isn't that right?

13   A.   Yes.

14   Q.   And the City of Miami issues the Certificate of Use?

15   A.   Yes.

16   Q.   And as of today, in the City of Miami, you have a

17   Certificate of Use for the Tower Hotel?

18   A.   We have had a Certificate of Use for the Tower Hotel since

19   2012.  It has been in continuous Certificate of Use since that

20   date.

21   Q.   And since 2012, there were multiple Stop Work Orders that

22   you testified about, right?

23   A.   Yes, but that did not prevent us from having a valid

24   Certificate of Use.

25   Q.   And you entered into a Compliance Agreement in 2018 based

```
 1   on the Unsafe Structure Panel order, right?

 2            MS. CAPRIO:  Objection.  Mischaracterizes testimony.

 3            THE COURT:  Overruled.  He can answer.

 4            THE WITNESS:  Sir, everything that happened in

 5   2018 --

 6            THE COURT:  Wait.  Mr. Kuehne, let him answer the

 7   question, sir.

 8            MR. KUEHNE:  Your Honor, if I could ask you to direct

 9   him to answer yes or no.  It's a yes or no.

10            THE COURT:  Mr. Kuehne, let him answer the question.

11   Some questions may require a yes or no, some do not.  Let him

12   answer the question.

13            All right.  Go ahead, Mr. Fuller.

14            THE WITNESS:  Your Honor, sir, what happened after

15   2018 was a menagerie by the City of Miami --

16            MR. KUEHNE:  Objection, Your Honor.  It's not a

17   response.

18            THE WITNESS:  These Compliance Agreements --

19            THE COURT:  Overruled.

20            THE WITNESS:  -- Unsafe Structure Panels, they did an

21   audit on the Tower Hotel, an audit.  The first of its kind at

22   the same time they did Ball & Chain.

23            THE COURT:  Mr. Fuller, I'm sustaining that narrative

24   there.  Answer the question as being asked of you by

25   Mr. Kuehne.
```

 1            Again, if your attorney wants to redirect on certain

 2    areas, they will be permitted to do so so we can move along

 3    further in those proceedings, okay, sir?

 4            THE WITNESS:  Yes, Your Honor.

 5            THE COURT:  Thank you.

 6    **BY MR. KUEHNE:**

 7    Q.   And you said if the Tower Hotel wants to operate, it can

 8    operate today.  Did I understand your testimony correctly?

 9    A.   Yes, that's correct.

10    Q.   And by the way, today, who is the commissioner of

11    District 3 of the City of Miami?

12    A.   Joe Carollo.

13    Q.   So you mentioned that there's -- just to set the stage,

14    that you consider the Tower Hotel to be several properties,

15    right?

16    A.   It's multiple folios.

17    Q.   Multiple folios, that's the word, folios.  And 1460, 1460

18    SW 7th Street is part of that Tower Hotel folio, right?

19    A.   That's its own folio, 1460.  There's 1444, 1450, 1460, and

20    there's a separate folio in the avenue.

21    Q.   Okay.  So, 1460 is -- for reference purposes, can I refer

22    to that as 1460 part of the Tower Hotel?

23    A.   Yes.  That's the Schechtman house.

24    Q.   So 1460 SW 7th Street is part of -- is one of the multiple

25    structures and it has a folio number.  Let me just tell you

1    what it is.  01-4102-006-6280.  Whether you know that number or

2    not, you understand that property to have a property folio

3    number?

4    A.    Yes.

5    Q.    And the folio allows you and anybody who wants to access

6    public records to track information about that particular

7    property?

8    A.    It could be used for that purpose.

9    Q.    Okay.  Property appraiser uses that on searching the

10   property appraiser website?

11   A.    That's one of the identifiers of the property.

12   Q.    So it's an identifier.  That's a good word.  Now, in 2018,

13   January 9, 2018, for this property, 1460, an Unsafe Structures

14   case was opened up, right?  I'll show you some documents if you

15   need.

16   A.    Okay.

17   Q.    You want me to show you some documents?

18   A.    Sure.

19            MR. KUEHNE:  So let's look at Defense Exhibit 70.

20   And if it's not in evidence, Your Honor, I move it into

21   evidence.

22            MS. CAPRIO:  No objection, Your Honor.

23            THE COURT:  All right.  It's admitted.

24            MS. CAPRIO:  It's --

25            MR. KUEHNE:  I believe it is.  Now it is.

1              (Defendant's Exhibit 70 Received.)

2  **BY MR. KUEHNE:**

3  Q.   Yes, publish.  So on the screen, January 9, 2018, a notice

4  posted, and you see the address 1460 SW 7th Street?

5  A.   Yes.

6  Q.   On the left side?

7  A.   Yes.  That's the Schechtman property.

8  Q.   And there's a BB number, BB2018000468?

9  A.   Yes.

10 Q.   And this appears to be posted on a door, at least it looks

11 like a door.  A piece of wood anyway?

12 A.   Yes, this is the door.

13 Q.   And then on the right hand side going from top to bottom,

14 is the same number I told you earlier.  The 014 number, you

15 understand that to be the property folio number?

16 A.   It might be.

17 Q.   Okay.  And so this is a notice posted for a Notice of

18 Violation for the property, right?

19 A.   It appears to be.

20 Q.   And it is for unpermitted work?

21 A.   It might be.

22 Q.   And you understand from this notice that there's an

23 opportunity to appear, the owner or representative, before the

24 Unsafe Structure Panel?

25 A.   I don't know if that says that in this notice.

1   Q.   Okay.  You understand that a Notice of Violation gives you

2   notice of the violation and an opportunity to appear at a

3   hearing?

4   A.   No, it doesn't work like that.

5   Q.   Okay.  So let's go to the next page of this document,

6   which would be page 2.  Defense Exhibit 70.  And that's a

7   picture of this folio part of the Tower Hotel, you called it

8   the Schechtman house?

9   A.   Schechtman house, yes.

10   Q.   And --

11   A.   Henry Schechtman.

12   Q.   Let's flip through the pages like we did before.  I'm just

13   going to ask you if those appear to be pictures of this folio

14   property.  I think this is the last one.

15       And next door to it with the scaffold, we saw a similar

16   picture before, is the Tower Hotel with some scaffolding around

17   it?

18   A.   Yes.

19   Q.   So January 9, 2018, notice posted on the property with a

20   BB number.

21       MR. KUEHNE:  And then let's go to DX 71.  And, Your

22   Honor, this should be in evidence.  If not, I move it into

23   evidence.  DX 71.

24       MS. CAPRIO:  It's not admitted, but no objection.

25       THE COURT:  All right.  It's admitted.

```
 1              MR. KUEHNE:  I move to admit.

 2              (Defendant's Exhibit 71 Received.)

 3   BY MR. KUEHNE:

 4   Q.   Do you see when it comes up, it's a notice with the date

 5   of January 22, 2018.  Same property, same BB number, same folio

 6   number?

 7   A.   I'm sorry, what's the question?

 8   Q.   Is it up there?  Do you see that?  That's what it says,

 9   posted notice of hearing, January 22, 2018, yes?

10   A.   Yes.

11   Q.   Property address written down on the left side, 1460 SW

12   7th Street?

13   A.   Yes.

14   Q.   And up at the top, the BB is the same 2018 BB that is

15   referenced in Defense Exhibit 70, right?

16   A.   Yes.

17   Q.   So this is notice of hearing City of Miami Unsafe

18   Structure Panel.  And if you can look in the middle part, it's

19   highlighted hearing date.  I can make it bigger if you want,

20   February 23, 2018?

21   A.   Yes.  This is a different notice than the one you showed

22   me.

23   Q.   Right.  This is DX 71, right?

24   A.   Is that like an exhibit number when you say that?

25   Q.   Defense Exhibit 71.
```

```
1    A.    Okay.

2    Q.    Notice of hearing?

3    A.    I'm not tracking the exhibit numbers, I --

4    Q.    Fair to say, notice of hearing City of Miami Unsafe

5    Structure Panel?

6    A.    Right.

7    Q.    There's a hearing date, February 23, 2018, right?

8    A.    Okay.

9    Q.    Now, on that same property --

10            MR. KUEHNE:  We'll pull up Defense Exhibit 72.

11            MS. CAPRIO:  No objection.

12            MR. KUEHNE:  Move into evidence Defense Exhibit 72.

13            THE COURT:  Granted.

14               (Defendant's Exhibit 72 Received.)

15   BY MR. KUEHNE:

16   Q.    As soon as it comes up, I'll ask you if this is a notice

17   of Unsafe Structure violation dated February 13, 2018, over the

18   signature of Rene Diaz, Chief of Unsafe Structures?

19   A.    Yes.

20   Q.    And this is for the same property.  It's got the same BB

21   number on it, do you see that up at the top, CR?  Do you see

22   that number?

23   A.    Yes, 1460 SW 7th.  This is the Schechtman house.

24   Q.    Is this a February 13th Notice of Unsafe Structure

25   violation?
```

```
1    A.    Okay.

2              MR. KUEHNE:  And then Defense Exhibit 73.

3              MS. CAPRIO:  It's already admitted.

4              MR. KUEHNE:  Is in evidence, Your Honor.

5    BY MR. KUEHNE:

6    Q.    And this is a Compliance Agreement for the same case

7    number and same property?

8    A.    I don't see it.

9    Q.    When it comes up, dated July 23, 2018?

10   A.    Okay.

11   Q.    All right.  And let's take a look if you go to page 4,

12   again, Bill Fuller, William O. Fuller signs and you have your

13   signature notarized?

14   A.    That's my signature.

15   Q.    And the next page also has the building official or

16   designee's signature?

17   A.    Yes, Rene Diaz.

18   Q.    And this page 1 Compliance Agreement for the same

19   property, 1460 SW 7th Street, includes in the preamble whereas

20   the owner desires to make a voluntary binding commitment to

21   assure that the property shall be in compliance with the

22   provisions of the Florida building Code, Fire Prevention Code,

23   and all other federal, state or local codes as amended.  It

24   says that, right?

25   A.    It does say that.
```

1    Q.    And then Section 3, terms, I'm going read that to you.

2    The owner agrees the above described property is in violation

3    of the City of Miami Code.   Subsequently, the owner agrees to

4    the following terms.   It reads that on page 1?

5    A.    Yes.

6    Q.    And then page 3 -- 4, you said already is your signature

7    under notarization on this document?

8    A.    Can I see page 2?

9    Q.    Sure, page 2.

10   A.    Okay.

11   Q.    Is the document, page 3, let's go through to make sure

12   that it's complete.   Do you see down at the bottom it says page

13   3 of 5?

14   A.    Yes.

15   Q.    And then page 4 is page 4 of 5?

16   A.    Okay.

17   Q.    So far the document appears to be complete?

18   A.    So far.

19   Q.    And Tower Hotel, LLC, by William O. Fuller?

20   A.    Yes.

21   Q.    With a notarization section on the bottom?

22   A.    Yes.

23   Q.    And then the last one, page 5 of 5 is the building

24   official's signature?

25   A.    Yes.

 1   Q.   Okay.  So that Compliance Agreement is July 23, 2018.  Now
 2   one moment.  Now, also part of this Tower Hotel property is a
 3   third structure, isn't it?
 4   A.   Four folios, three or four structures.
 5   Q.   Okay.  So we're on a third one?
 6           MS. CAPRIO:  Objection.  Relevance and cumulative.
 7           THE COURT:  Sustained.
 8   **BY MR. KUEHNE:**
 9   Q.   Let me take a look at -- ask you to take a look at Defense
10   Exhibit 74.
11           MS. CAPRIO:  Same objection, Your Honor.
12           THE COURT:  I didn't see the exhibit.
13           MR. KUEHNE:  Defense Exhibit 74, I don't believe it's
14   objected to.  I think it's in evidence.
15           MS. CAPRIO:  It's in evidence.  It's just cumulative.
16           THE COURT:  Let me see it first.
17           MS. CAPRIO:  Certainly.
18           MR. KUEHNE:  When it's up, I'll have you go to page
19   4.
20           THE COURT:  Overruled.
21   **BY MR. KUEHNE**
22   Q.   So before you is Defense Exhibit 74 and we can publish it?
23   And I've opened it up to the fourth page of this document which
24   starts off with a July 2, 2020 notice posted.  This property is
25   violation of the Code of the City of Miami.  Do you see that?

1    A.    Yes.  It's similar to all the other ones we saw.

2    Q.    You've seen these forms before.  Repair or Demolish First

3    Notice.  Do you see that about halfway through?

4    A.    Yes.

5    Q.    So it's a first notice posted on the property with a BB

6    number of -- do you see that, 2020?

7    A.    Yes.

8    Q.    And let's go to the next page of this document which would

9    be page 5.  So the building that has the construction equipment

10   in orange right front of it, is that same property that we

11   looked at in the last set of exhibits, isn't it?

12   A.    This is the Schechtman house.

13   Q.    The Schechtman house, 1460 SW 7th, but that's the actual

14   building part of it?

15   A.    That's correct.

16   Q.    Now we're looking behind that property?

17   A.    Yes.

18   Q.    And this is what you've described as the swimming pool

19   being built?

20   A.    This is a swimming pool being built.

21   Q.    Okay.  On the Tower property?

22   A.    So this is the Schechtman -- this is the 1460 property.

23   Q.    Part of the Tower property, right?

24   A.    Yeah, one of the Tower folios.

25   Q.    And a Notice of Violation issued as I said, July of 2020

```
 1   for unpermitted work, isn't that right?
 2   A.   You sent -- let's go back to the document.  Was it for
 3   1460?
 4              MS. CAPRIO:  Objection.  Beyond the scope of the
 5   direct.  We did not discuss it.
 6              THE COURT:  Sustained.  At any rate, it's now 12:07.
 7   We're going to be in recess for lunch.  Ladies and gentlemen,
 8   while you're out on lunch, again throughout this process, do
 9   not discuss this case with anyone, even among yourselves.
10   We'll be in recess till ten after 1:00.  We'll see everyone at
11   that time.  Thank you.
12              THE COURT SECURITY OFFICER:  All rise.
13                  (Thereupon, the jury exited the courtroom
14                    and the luncheon recess was taken.)
15
16
17
18
19
20
21
22
23
24
25
```

1          <u>**THURSDAY AFTERNOON SESSION, MAY 11, 2023**</u>

2                  <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                          - - -

4          (Call to the Order of the Court.)

5          THE COURT SECURITY OFFICER:  All rise.

6                      (juryhere.ecl).

7          THE COURT:  The members of the jury all present and

8    accounted for.  You may be seated, everyone.

9          Mr. Kuehne, you may proceed.

10         MR. KUEHNE:  Thank you, Judge.  Let me bring up

11   Defense Exhibit 75 on the screen.  I think that is in evidence

12   already.

13         MS. CAPRIO:  It's not in evidence.

14         MR. KUEHNE:  Then I'll move it into evidence.

15         MS. CAPRIO:  No objection.

16            (Defendant's Exhibit 75 Received.)

17   **BY MR. KUEHNE:**

18   Q.   All right.  Defense Exhibit 75 in evidence, and if you

19   need me to make it bigger, just let me know.

20         October 5, 2020, Tower Hotel.  It's got the 2020 BB number

21   for 1460 SW 7th Street.  Repair or Demolish Final Notice.

22   Do you see that?

23   A.   Yes.

24   Q.   And signed by Raul Ramos, City of Miami Unsafe Structures

25   Inspector?

1    A.    Yes.

2    Q.    The middle section, as we come to know, identifies the

3    violations at issue in the Repair or Demolish Final Notice,

4    right?

5    A.    Yes.

6    Q.    And let's just look -- we'll make that a little bit

7    bigger -- at the violations, Final Notice, October 5, 2020.

8         Violation 7602, working without a permit, building,

9    roofing, mechanical, electrical or plumbing and a section of

10   the Florida Building Code.

11        It says in caps, pool construction without permits.  Need

12   to stop work immediately, submit architect, engineering plans

13   detailing all work, alterations taking place, and acquire the

14   required permit and inspections as per FBC and local ordinance.

15   Double fee plus $110.  Did I read that correctly?

16   A.    Yes.

17   Q.    Then it has a notice.  You are, therefore, requested to

18   repair or demolish by July 13, 2020?

19   A.    Yes.

20   Q.    And the material attached to DX 75, I'm going to -- there

21   are pictures.  I'm going to go through that quickly but picture

22   by picture, and the question posed to you is whether those

23   pictures depict the property at 1460 SW 7th Street.  Okay?

24        Do those pictures depict the property at the described

25   location?

1    A.   Yes.

2            MR. KUEHNE:   Okay.   Then after that date, October 5,

3    2020, Defense Exhibit 76 --

4            MS. CAPRIO:   That's fine.

5            MR. KUEHNE:   I move Defense Exhibit 76 into evidence

6    and I'm going to the third page.   We'll publish it.   It's up.

7                (Defendant's Exhibit 76 Received.)

8    **BY MR. KUEHNE:**

9    Q.   You see Defense Exhibit 76 is a 10-20 posted Notice of

10   Violation.   Do you see that?

11   A.   Yes.

12   Q.   I'm sorry, posted notice of hearing.   This property is in

13   violation of the Code of the City of Miami?

14   A.   Yes.

15   Q.   And a letter that's affixed thereto?

16   A.   Yes.

17   Q.   And this is posted on the 1460 property?

18   A.   Yes.

19   Q.   All right.   And there's the next page.   Let's just go to

20   the next page.   Another picture of the poster.   And do you know

21   whether you or anybody on your behalf attended the hearing

22   noticed on Defense Exhibit 76?

23   A.   I don't recall.

24           MR. KUEHNE:   All right.   Well, let's then take a look

25   at Defense Exhibit 77.

1          MS. CAPRIO:  No objection.

2          MR. KUEHNE:  We'll put that up on the screen.

3          MS. CAPRIO:  77 is admitted.

4    **BY MR. KUEHNE:**

5    Q.   As soon as it comes up, I will ask you if that's an order

6    of the Unsafe Structure Panel.  Do you see at the top, Defense

7    Exhibit 77, in evidence, order of the Unsafe Structure Panel?

8    A.   Yes.

9    Q.   And although the text is different, it seems like the same

10   basic format as the prior order of Unsafe Structure Panel that

11   we -- that you've reviewed?

12   A.   Yes, that's correct.

13   Q.   So, again, we have the owner's name, Tower Hotel, LLC, the

14   case number, the 2020 BB case number and the address.  And it

15   proceeds to describe in the first paragraph, and I'm quoting,

16   the City of Miami's Unsafe Structure Panel decision at its

17   meeting on November 20, 2020 for Structure A, one story CBSSFR

18   and Structure B, pool under construction.  And then you see

19   it's got a listing for Structure A, Structure B.  Repair or

20   demolish structure within 135 days for B, repair or demolish

21   unsafe structure within 120 days.  So far I've read it

22   accurately?

23   A.   Yes.

24   Q.   Then under plans, building plans must be developed for all

25   work and for all repairs or items needing to be completed or

1   legalized.  Then it continues?

2   A.   Yes.

3   Q.   There's another section for building permits obtained

4   within 45 days for Structure A, 30 days for Structure B.  Yes?

5   A.   Yes, sir.  It says that.

6   Q.   And this document then is signed -- if we go to page 2,

7   and you'll see at the bottom some notifications, BNZ,

8   Intercredit Bank, Tower Hotel, LLC, right?

9   A.   Yes.

10  Q.   And then page 3 is the determination at a meeting of the

11  Unsafe Structure Panel on November 20, 2020, a motion was made

12  by Panel Member Kuochalakos, seconded by Panel Member Bared

13  that this order be approved, passed and signed by three panel

14  members including the Chair, Rafael Rodriguez, is that correct?

15  A.   That's what it says.

16  Q.   Okay.  And you're aware that the Unsafe Panel members for

17  the Unsafe Structure Panel are appointed by the county,

18  Miami-Dade County, aren't they?

19  A.   I do not know that.

20  Q.   So let's look at Defense Exhibit 78 in evidence after the

21  order of the Unsafe Structure Panel.  November 20, 2020.  Tower

22  Hotel, LLC enters into another Compliance Agreement.

23  Do you see Compliance Agreement, same case number, case address

24  and name Tower Hotel, LLC and address?

25  A.   Yes.

1    Q.   And this says up at the top, Compliance Agreement.  This

2    one is the second Compliance Agreement for that property, isn't

3    it?

4    A.   Yes.

5    Q.   12th day of October, 20201.  In the first paragraph, you

6    see that date?

7    A.   Yes.

8    Q.   And the preamble, this preamble says -- and I'll read it:

9    Whereas the owner desires to make a voluntary binding

10   commitment to assure that the property shall be rehabilitated

11   in accordance with the provisions of the Florida Building Code,

12   Fire Prevention, Code, and all other federal, state or local

13   ordinances as amended.  Correct so far?

14   A.   Says that.

15   Q.   Then the second whereas:  Whereas the owner enters into

16   this agreement in lieu of appearing before the City of Miami's

17   Unsafe Structure Panel for a hearing in case BB 202012200 and

18   continues.  Whereas, the owner in recognition and consideration

19   of the City Building official hereinafter referred to as

20   Building Official, granting the owner additional time to bring

21   the property into compliance in avoidance of the city

22   demolishing the property.  That's what it says?

23   A.   Yes.

24   Q.   And you sign this Compliance Agreement, we'll go to page

25   4, but let's go through each page so you can see that it's

```
 1   complete.  We're now on page 4.  You sign it October 13, 2021.
 2   Is that your signature?
 3   A.   Yes.
 4   Q.   And you sign it and notarize it on behalf of Tower Hotel,
 5   LLC?
 6   A.   Yes.
 7   Q.   And as far as you understand, this Compliance Agreement
 8   was submitted to the City of Miami?
 9   A.   Yes.  That's the notary of the City of Miami right there.
10   Q.   Okay.  Another part of the Tower Hotel that you've
11   described the multi -- you called it a multi folio property?
12   A.   Yes.
13   Q.   Is 1444 SW 7th Street?
14   A.   Yes.
15   Q.   1444, so we'll call that the 1444.  And that's adjacent to
16   the Tower Hotel?
17   A.   Yes.
18   Q.   So on January 9, 2018 --
19           MR. KUEHNE:  And we'll pull up Defense Exhibit 79.
20           MS. CAPRIO:  No objection.
21   BY MR. KUEHNE:
22   Q.   So we have it for the jury to see.  In evidence, Defense
23   Exhibit 79 is a January 9, 2018 notice posted for the 1444 SW
24   7th Street address?
25   A.   Yes.
```

1    Q.   And you can tell from -- hard to read -- but the actual

2    letter posted on there says Repair or Demolish First Notice?

3    A.   Yes.

4    Q.   All right.  And do you remember whether this, too, was for

5    unsafe structure unpermitted work?

6    A.   I don't know.  These are all form letters.  They're all

7    the same.

8    Q.   So you don't remember if this Notice to Repair or Demolish

9    First Notice was for unsafe structure, unpermitted work?

10            MS. CAPRIO:  Objection.  Asked and answered.

11            THE COURT:  Sustained.

12   **BY MR. KUEHNE:**

13   Q.   Okay.  And then what follows in Defense Exhibit 79 are a

14   number of pictures.  If all right with you, I'll flip through

15   them quickly, and just ask you if those pictures depict the

16   property we're talking about, 1444.

17   A.   Okay.

18   Q.   So this ends the pictures, the last four pictures, did you

19   notice there was the posted red sign Stop Work Order on the --

20   affixed to the outside of the property?

21   A.   Yes.

22   Q.   All right.  We can take that down.

23   A.   Can you go back?

24   Q.   Would you like me to put it back up on the screen?

25   A.   Yes, please.

1   Q.   Sure.  Defense Exhibit 79.  Putting it back up.  And we

2   were on the last page?

3   A.   No, the last one.  Found something interesting about that

4   photo.

5   Q.   Let's go to the last page.

6   A.   The one with the Stop Work Order.

7   Q.   The one's that's posted?  Let me just stop you since we're

8   on this page.  You see a City of Miami vehicle outside the

9   property with the City of Miami seal on it, the blue seal?

10  A.   Yes, I do.

11  Q.   So go back one.  Two, this one?

12  A.   No.

13  Q.   Three, this one?  Stop Work Order?

14  A.   Mm-hmm.

15  Q.   Okay.  1444 SW 7th Street?

16  A.   Okay.  It's just the date to me looks like it says

17  1-5-2019.

18  Q.   That's posted on the property?

19  A.   No, it's correct.  1-8-19.  Thank you.

20  Q.   But as far as you understand, this was posted on the

21  property for anybody who passes by to see the public notice?

22  A.   I'm not sure if it's for the public notice or for the

23  property owner.  I think it was part of the procedure that this

24  is used.

25  Q.   Some sort of notice of the posting in the violation?

```
 1   A.   Whatever the procedure is, if that's the procedure.  I'm
 2   not sure exactly.
 3        MR. KUEHNE:  Okay.  So then Defense Exhibit 80 which
 4   I move into evidence if it's not in already, Your Honor.
 5        THE COURT:  All right.
 6        MR. KUEHNE:  We'll put it up on screen.
 7        MS. CAPRIO:  Already admitted.
 8   BY MR. KUEHNE:
 9   Q.   Is another Compliance Agreement.  And when it comes up,
10   I'll just ask you if it's for this property that we're talking
11   about, 1444.  So you see it Compliance Agreement, the address,
12   second line, 1444 same property?
13   A.   Yes.
14   Q.   And this is dated July 23, 2018?  July 23, 2018, right?
15   A.   Yes.
16   Q.   I'm reading that correctly, and then the preamble is
17   identical to the preambles that I've read into the record
18   before, but let me just make sure.  I'm reading:  Whereas the
19   owner desires to make a voluntary binding commitment to assure
20   that the property shall be in compliance with the provisions of
21   the Florida Building Code, Fire Prevention Code and all other
22   federal, state or local codes as amended?
23   A.   Yes, that's what it stays.
24   Q.   And then on the terms, Section 3, I think identical
25   language at least in the terms to what was published before.
```

1    I'm going to quote it:  The owner agrees that the above

2    described property is in violation of the City of Miami Code

3    subsequently the owner agrees to the following term, colon and

4    then I've read that correctly, right?

5    A.   Yes.

6    Q.   And then the document -- and this one has five of five

7    pages -- so let's just go through to make sure that you have

8    all the pages.  Page 2, page three, page 4, is the signature

9    page.  Again, William Fuller with a notary notarized signature,

10   right?

11   A.   Yes.

12   Q.   William Fuller's signature on behalf of Tower Hotel, LLC?

13   A.   Yes.

14   Q.   And the City Building official signs and notarizes on

15   page 5?

16   A.   Yes.

17   Q.   And as far as you understand, this Compliance Agreement,

18   when signed by you and the Building official, part of the City

19   of Miami records pertaining to this property, 1444?

20        MS. CAPRIO:  Objection.  Calls for a legal

21   conclusion.

22        THE COURT:  Sustained.

23   **BY MR. KUEHNE:**

24   Q.   Do you -- by the way, do you know that in researching the

25   property, you can obtain this information from public records?

1    A.    I think all documents in the City of Miami are public

2    record.

3    Q.    So.  Let's focus on --

4    A.    Or supposed to be.

5    Q.    Do you think you can get these documents if you have

6    knowledge or experience from public records through the city?

7    A.    I believe all documents that are in the custodian of the

8    city are public record.

9    Q.    All right.  Now, Plaintiffs' Exhibit 412 is in evidence

10   and I'm going to move to you page 23.  Just to make sure you

11   understand, this is a document that you identified as being a

12   compilation --

13            MS. CAPRIO:  Objection.  This witness did not testify

14   about this document.

15            MR. KUEHNE:  Okay.

16            THE COURT:  Sustained.

17   **BY MR. KUEHNE:**

18   Q.    I withdraw that question, and put up Plaintiffs' Exhibit

19   412 and I'm going to go to page 23.  This is in evidence.

20   Let's do page 23.  Should be this one.  This is the right

21   document, but let me describe it for -- this is page 26 of the

22   document.  Do you see this in front of you eventually?

23   A.    Yes.

24            MS. CAPRIO:  Objection.  Lack of foundation.

25            THE COURT:  He didn't ask a question yet.

```
 1              MR. KUEHNE:  And it's in evidence.

 2              THE COURT:  There's no issue, Mr. Kuehne.

 3    BY MR. KUEHNE:

 4    Q.   This document on the screen lists an address.  You see the

 5    second column, 1444 SW 7th Street?

 6    A.   Yes.

 7    Q.   And that's the address that in this package we've been

 8    referring to?

 9    A.   Yes.

10    Q.   And there's a process number on the left hand side, the

11    very left column.  Do you see, and there are three entries?

12    A.   Yes.

13    Q.   Scope of work, created date, plan status, status reason,

14    permit number and permit status, status reason.  I read those

15    correctly, right?

16    A.   Yes.

17    Q.   And the bottom box has a process number, the address,

18    1444, scope of work, demolition.  Can you read the date created

19    date for us?

20    A.   August 24, 2018.

21    Q.   August 24, 2018.  Do you see any other scope of work entry

22    for that property, 1444, earlier than August 24, 2018?

23    A.   No.

24    Q.   And you understand that on August 24, 2018, Tower Hotel,

25    LLC or somebody acting on behalf of Tower Hotel sought and
```

```
 1   obtained a demolition permit?

 2            MS. CAPRIO:  Objection.  Lack of foundation.

 3            THE COURT:  Overruled.  If he knows.

 4            THE WITNESS:  I don't understand the question.

 5   Please tell me again.

 6   BY MR. KUEHNE:

 7   Q.   You understand that for 1444, somebody on behalf of Tower

 8   Hotel obtained a demo permit, a demolition permit on August 24,

 9   2018?

10            MS. CAPRIO:  Same objection.

11            THE WITNESS:  It appears like that.

12   BY MR. KUEHNE:

13   Q.   And that is after the Defense Exhibit 79, January 9, 2018

14   Notice of Violation that we looked at, right?  January, 2018?

15   A.   Yes.

16   Q.   To August 24, 2018?

17   A.   Yes.

18   Q.   And after the Compliance Agreement, Defense Exhibit 80,

19   July 23, 2018?

20   A.   Okay, yes.

21   Q.   And the other entries all come after August 24, 2018,

22   right?

23   A.   The other entries?

24   Q.   Well, the ones above it.  One is October 11, 2018?

25   A.   That's a 40-year certification.  Totally different.
```

1   Q.   Well, just --

2           MS. CAPRIO:  Objection.  Foundation.

3           THE COURT:  Wait, what's -- the objection is

4   sustained.

5   **BY MR. KUEHNE:**

6   Q.   So reading the next row above, it says October 11, 2018,

7   and created date?

8   A.   Yes.

9   Q.   And then the last one that you had referenced, March 30,

10  2021?

11  A.   Yes.

12  Q.   So after the Compliance Agreement, after the August 24,

13  2018 date, on that spreadsheet, Tower Hotel, LLC still had not

14  complied with the Compliance Agreement up through and including

15  2022, isn't that right?

16  A.   Which address are we talking about?

17  Q.   Well, 1444 for one, but the Tower Hotel addresses that we

18  have agreed are part of a multi folio package?

19  A.   There's a lot of issues with the Compliance Agreements.

20  I'm sure you're aware of them, so to understand it we have to

21  unpack it.  Are you prepared?  Let's do it.

22  Q.   So on May 12, 2022, Tower Hotel, LLC sued the City of

23  Miami because the city --

24          MS. CAPRIO:  Objection, Your Honor.  Another

25  litigation.  Outside the scope.

```
 1            THE COURT:  Sustained.
 2   BY MR. KUEHNE:
 3   Q.   You were asked some questions about Sanguich, the
 4   container?
 5   A.   Yes.
 6   Q.   Not Sanguich.  I'm not going to be asking you about the
 7   Sanguich, the brick and mortar store that exists today, but the
 8   container on one of your properties?
 9   A.   Yes.
10   Q.   So you had a lease agreement with the owners of Sanguich,
11   didn't you?  By you, I mean one of your companies in this case.
12   It was Futurama?
13   A.   Yes.
14   Q.   And just to set the terms, Sanguich ownership is a
15   corporation, Brush and Bristle Corp.?
16   A.   That's my understanding.
17   Q.   Okay.  So you entered into -- Futurama entered into a
18   commercial lease agreement and that's Plaintiffs' Exhibit 5
19   already in evidence.
20            MR KUEH:  Let's put it up.  Okay.  Plaintiffs'
21   Exhibit 5, it's in evidence.  And let's just go to what would
22   be -- these are not numbered.  The last page, we'll go
23   backwards.
24   BY MR. KUEHNE:
25   Q.   Okay.  There's an exhibit, site plan.  It's grainy but
```

1   that's the property we're talking about?

2   A.   Yes.

3   Q.   And the next page before that, Futurama LLC, who's signing

4   on behalf of Futurama?

5   A.   Myself.

6   Q.   April 4, 2017.

7   A.   Correct.

8   Q.   So let's go to the first page.  And although the top says

9   effective March, blank, 2017, we agree that the signatures are

10  on April 4, 2017?

11  A.   Yes.

12  Q.   So the term of this agreement, I'm going to ask you to

13  look at paragraph one.  Term A, and it says, and I'm reading:

14  Landlord hereby leases the leased premises to tenant, and

15  tenant hereby leases the same from landlord for an initial term

16  of five years commencing on the tenant's business opening.

17  Landlord shall deliver space upon completion of landlord's

18  work.  Landlord's work at landlord's expense shall include

19  electrical, water, and sewer utility connections and bring all

20  hook ups to the tenant's sight.  Tenant shall make no other

21  claim against the landlord for any such delay.  Rent is

22  considered late five days after the due date and if delivered

23  late, rent shall increase by ten percent if delivered after the

24  5th day of the month.  I read that correctly?

25  A.   Yes.

1   Q.   So, the landlord is Futurama, LLC --

2   A.   Yes.

3   Q.   -- correct?  And that's for, general description, one of

4   your companies?

5   A.   Yes.

6   Q.   And it was Futurama's obligation to have electrical, water

7   and sewer utility connections and hookups for the tenant's,

8   right?

9   A.   That's what it says.

10  Q.   And did Futurama bring electrical, water, sewer utility

11  connections hookups to the tenant's site?

12  A.   I believe we did.

13  Q.   And was that electrical hookup an extension cord running

14  from a building on the property?

15  A.   Not that I recall.

16  Q.   Was there an FP&L meter that the landlord provided to that

17  property?

18  A.   I'm not sure.

19  Q.   Was there a utility hookup to the premises?

20  A.   Yes, they did connect to a utility hookup.

21  Q.   And was there a utility meter?

22  A.   I don't recall the meter.  I don't know.  I actually don't

23  know.

24  Q.   But Futurama, LLC didn't obtain any permits for

25  electrical, water, sewer utility or hookups, did it?

1    A.    I'm not sure.  We'd have to go back and look at this.

2    Q.    So, the obligation for the landlord was to do these things

3    that I just mentioned.  Electrical, water, sewer utility

4    hookups and the tenant's responsibility was for the container

5    and the operations therein?

6    A.    I don't recall exactly how it played out.  I know that

7    there was work between both parties to get the -- to get the

8    site opened.

9    Q.    Okay.  And what you understood, but it was not part of

10   landlord's obligation is that Sanguich, the owners, were to get

11   the permits to operate the restaurant inside that container?

12   A.    I mean, there was a mobile unit.  They had their licensing

13   for that container.  It was built offsite.

14   Q.    Let me try it again.  It was your understanding that it

15   was the tenant's responsibility to get whatever permits were

16   necessary to operate the restaurant from that container?

17   A.    Yes.

18   Q.    And you said that the container was built off site.  You

19   understand that from talking with the Sanguich owners?

20   A.    Yes, I know because it took a certain amount of months for

21   them to build the container.

22   Q.    You didn't have anything to do with the building of the

23   container?

24   A.    No, I did not.

25   Q.    You were unaware that the build out or building of the

1    container involved any modifications to the container?

2           MS. CAPRIO:  Objection.  Asked and answered.

3           THE COURT:  Sustained.

4    **BY MR. KUEHNE:**

5    Q.   Well, we've seen pictures of the container.

6    A.   Sir, it's a mobile unit and they built it off site.  They

7    can build it however they want.  I don't know how that works.

8    Q.   You don't know how that works?

9    A.   I know it was a mobile unit that was built off site.

10   Q.   This mobile unit you know had no wheels, right?

11   A.   It didn't need wheels until the city asked for wheels.

12   Q.   Do you understand my question?

13   A.   Yes, it did not need wheels.

14   Q.   The mobile unit did not have wheels on it, did it?

15   A.   A mobile unit doesn't need wheels.

16   Q.   Apparently, I'm having difficulty asking you a question

17   that --

18          MS. CAPRIO:  Objection.  Argumentative and counsel's

19   extraneous statement.

20          THE WITNESS:  The wheels are part of your narrative.

21   It was request by the city to put axles.  They burned the

22   tenants for $3,500 to put axles.  It was totally unnecessary.

23   **BY MR. KUEHNE:**

24   Q.   And that's your belief.

25   A.   You obviously did not hear Ms. Rosa Figueroa's testimony

```
 1   where the city requested that --
 2   Q.   So, let's try my questions.  The container was dropped
 3   down on the lot.  Were you there when that happened?
 4   A.   I don't recall specifically.
 5   Q.   Did you see a tow truck drop the container on the lot?
 6             MS. CAPRIO:  Objection.  Asked and answered.
 7             THE COURT:  Overruled.
 8             THE WITNESS:  I saw a tow truck remove the container
 9   from the lot.
10   BY MR. KUEHNE:
11   Q.   That was going to be my next question.  So you saw a tow
12   truck remove the container from the lot, and that was after you
13   informed Emilio Gonzalez that you had directed the Sanguich
14   container to vacate the property?
15             MS. CAPRIO:  Objection.  Mischaracterizes testimony.
16             THE COURT:  Sustained.
17             MR. KUEHNE:  Let's pull up Defense Exhibit 125 in
18   evidence.  When we get it on the screen, I'll ask you if this
19   is -- well, it's in evidence, but it's an email from Bill
20   Fuller to Emilio Gonzalez.  You copy Martin Pinilla.  And it
21   refers to Sanguich.
22   BY MR. KUEHNE:
23   Q.   This is an email.  The email states -- now I'm reading:
24   Good afternoon, Mr. Manager.  My company owns the property
25   located at 1641 SW 8th Street.  A tenant at the property,
```

1   Sanguich de Miami, was operating under Special Event Permit

2   Number 18-000 which was approved by various city departments on

3   January 6, 2018.  It has been brought to our attention that the

4   special event permit has now expired.  As such, we have

5   informed Sanguich de Miami that they must vacate the property

6   due to the expiration of the special event permit.  Sanguich de

7   Miami may not operate from the premises and we have asked that

8   they vacate immediately.  If you have any questions or

9   concerns, please feel free to contact me at telephone number.

10  Thank you, Bill Fuller.  That's DX 125, the email, yes?

11  A.   I don't know the number of your exhibit, but I'll take it

12  on face it is.

13  Q.   And it was some time after you sent this email to Emilio

14  Gonzalez that the container left the property?

15  A.   That's correct.

16  Q.   And as far as any permits or applications for Sanguich,

17  Futurama did not -- was not involved in any of this?

18       MS. CAPRIO:  Objection.  Asked and answered.

19       THE COURT:  Overruled.

20       THE WITNESS:  We were involved with assisting

21  Sanguich de Miami to do whatever was required to come into

22  compliance with the City of Miami.

23  **BY MR. KUEHNE:**

24  Q.   Including obtaining a permit for electrical and water and

25  sewer hookup?

```
 1   A.    That was never an issue because the will of the city as

 2   per Joe Carollo was not to allow Sanguich to be on the

 3   property.  Had the will been for Joe Carollo to allow it, then

 4   that would have been the only issue and that would have been

 5   resolved.

 6   Q.    So thank you for the narrative.  But let's hear the

 7   question again.  Did Futurama or your company obtain permits

 8   for the electrical, the water, and the sewer hookups for that

 9   container?

10           MS. CAPRIO:  Objection.  Asked and answered.

11           THE COURT:  Sustained.

12   BY MR. KUEHNE:

13   Q.    You did, however --

14           MR. KUEHNE:  One moment, Judge.

15   BY MR. KUEHNE:

16   Q.    You are, however, aware of a letter, Plaintiffs' Exhibit

17   461 in evidence dated November -- let me change the question.

18       Plaintiffs' Exhibit 461 in evidence is a letter.  We'll

19   pull it up on the screen, November 16, 2017.

20           MR. KUEHNE:  Can we get some help on Plaintiffs'

21   Exhibit 461?  We're getting it up.  Thank you for your help.

22   BY MR. KUEHNE:

23   Q.    Plaintiffs' Exhibit 461 in evidence, November 16, 2017.

24   It's on City of Miami letterhead, signed by Devin Cejas, Zoning

25   Administrator?
```

1    A.   I see it.

2    Q.   Are you familiar with this letter to Carlos Lago regarding

3    1641 SW 8th Street dealing with -- dealing with Sanguich?

4    A.   Yes.

5    Q.   So you are aware that this letter, November 16, 2017,

6    Plaintiffs' Exhibit 461, was needed by the Sanguich operators

7    to put into effect the state license to operate the restaurant?

8    A.   Does that say that there?

9    Q.   Are you aware of that?

10   A.   I've heard that before.

11   Q.   Well, let me ask you then Rosa Romero testified and if you

12   need me to bring it up on the screen, in this trial on --

13          MS. CAPRIO:   Objection.   Comments on another witness.

14          THE COURT:   Overruled.

15   **BY MR. KUEHNE:**

16   Q.   The testimony in this case, April 24, 2023 --

17   A.   Well, that's where I heard it.

18   Q.   Page 146 to 157 and Rosa Romero is testifying and I'm

19   going to read to you, but if you need it on the screen, I'll

20   find it and put it up.

21   A.   I don't.

22   Q.   So the letter dated November 16, 2017 was used to get the

23   license that would allow you to operate your restaurant the

24   state, correct?

25          Answer:   Rosa Romero.   Well, our plans were already

 1  approved.  We had already received all those approvals as far

 2  as the structure itself.  They wanted to have this in hand when

 3  they did the walk through.

 4      Question:  But this is the document that you needed in

 5  order to finalize your license in order to open and operate,

 6  correct?

 7      Answer:  I'm not sure.  The license was already finalized

 8  and it was kind of like an addendum to that.  I'm not sure.

 9      Question:  Now, well in the cross-examination, your

10  license --

11          MS. CAPRIO:  Objection.  Narrative.  No pending

12  question.

13          THE COURT:  All right.  Sustained.

14  **BY MR. KUEHNE:**

15  Q.   She testified that the letter was part of her finalizing

16  the process to operate the license, doesn't she?

17          MS. CAPRIO:  Objection.  Mischaracterizes the

18  testimony.

19          THE COURT:  I'm sustaining the objection.  Next

20  question, Mr. Kuehne.

21  **BY MR. KUEHNE:**

22  Q.   Yes.  Now you actually had a hand in drafting this letter,

23  didn't you, Plaintiffs' Exhibit 461?

24  A.   A hand in drafting the letter?

25  Q.   Yes.

```
 1    A.    How would I have a hand in that?

 2    Q.    Well, let me ask you that.  You actually drafted the

 3    letter and submitted it to the City of Miami for them to issue,

 4    didn't you?

 5    A.    I drafted it or our attorneys drafted it.

 6    Q.    Let me try the question again.  You drafted a letter?

 7    A.    Who drafted it, sir?  I'm sorry, I don't understand.

 8    Q.    Bill Fuller.  You, Bill Fuller.

 9    A.    Okay.

10    Q.    Drafted a letter and sent it to the City of Miami for them

11    to finalize and sign the letter, didn't you?

12    A.    If I did, I might have done that.  I don't recall.

13          MR. KUEHNE:  Well, let's take a look at Defense

14    Exhibit 621 and then we'll go to 620.  I ask to put it up on

15    the screen.  It's not in evidence yet.  Just one moment, Your

16    Honor.

17          MS. CAPRIO:  No objection.

18          MR. KUEHNE:  Let's put up first Defense Exhibit 621.

19    This is an email, Your Honor.  I move the admission of Defense

20    Exhibit 621 and then after that, 620.

21          (Defendant's Exhibit 620 and 621 Received.)

22    BY MR. KUEHNE:

23    Q.    This is an email from Bill Fuller dated Monday, October

24    16, 2017 to C. Herrara @miamigov.com.  Do you see that?

25    A.    Yes.
```

```
 1   Q.   And there's an attachment to it.  You see the attachment?
 2   It's got a document name that includes Sanguich?
 3   A.   Yes.
 4   Q.   Good morning.  See attached Zoning letter as per our
 5   conversation.  Thank you.  Bill Fuller.  Your text?
 6   A.   That's what I wrote.
 7   Q.   And the attachment, three pages?
 8   A.   This is a request for a Zoning verification letter.
 9   Q.   Let me ask you this.
10   A.   Sanguich --
11   Q.   The attachments, three pages are attached and it starts
12   off with a letter to Mr. Cejas.  It's unsigned, and it is
13   referencing Zoning verification request.  Do you see that under
14   the reference?
15             MS. CAPRIO:  Objection.  Lack of foundation, time and
16   place.
17             MR. KUEHNE:  It's in evidence, Your Honor.
18             THE COURT:  Overruled.
19             THE WITNESS:  Okay.  What was the question?
20   BY MR. KUEHNE:
21   Q.   The reference, Zoning verification request?
22   A.   Yes.
23   Q.   And it has the address?
24   A.   Yes, that's correct.
25   Q.   And Dear Mr. Cejas, it starts.  On behalf of the applicant
```

```
 1    Futurama, LLC, care of Sanguich de Miami?

 2    A.   Yes, that's correct.

 3    Q.   We submit the enclosed Zoning verification request for

 4    your review and approval.  Do you see that?

 5    A.   Yes.

 6    Q.   Then the second page, sincerely, it's unsigned, and the

 7    third page is a draft of what ultimately came, became the Devin

 8    Cejas letter?

 9    A.   It's a Zoning verification letter.  That's what ZVL.

10    means.

11    Q.   So the third page is a draft of the letter in some form

12    that Devin Cejas ultimately signed?

13    A.   Yes.

14    Q.   And then Defense Exhibit 620 comes about two weeks later,

15    November 2, 2017, also from Bill Fuller to

16    C. Herrara@miamigov.com.  Do you see that, also referencing

17    Sanguich and having an attachment?

18    A.   Okay.

19    Q.   And the attachment is a version of the Zoning verification

20    request.  That's page 2 and 3?

21    A.   Okay.

22    Q.   And a version of the Zoning verification request with a

23    block but no signature to Devin Cejas, is that right?

24    A.   Yes.

25    Q.   Now, you -- with regard to Sanguich de Miami, did you meet
```

1    with any of the Zoning or Code people in connection with that

2    container?

3    A.    I might have.

4    Q.    Any recollection?

5    A.    I'm not sure.

6    Q.    So as far as you know, you assisted the Romeros or Rosa

7    Romero and her husband to get Sanguich operating?

8    A.    Yes.

9    Q.    And you understand that the city determined that Sanguich

10   as a container, not permanently affixed, could not operate at

11   that location?

12          MS. CAPRIO:  Objection.  Calls for a legal

13   conclusion.

14          THE COURT:  Sustained.

15   **BY MR. KUEHNE:**

16   Q.    You are aware -- and this is a part of Defense Exhibit 13

17   but just some selected pages.

18          MR. KUEHNE:  I believe that's in evidence already.

19          MS. CAPRIO:  Yes, it is.

20   **BY MR. KUEHNE:**

21   Q.    So Defense Exhibit 13, we'll pull up.  You are aware

22   Defense Exhibit 13, the page that I'm showing you, that's in

23   evidence up at the top, it says page 15 of 45, just for record

24   purposes?

25   A.    Yes.

1    Q.    November 30, 2017, Notice of Violation potential property

2    lien, and this deals with the container, does it not?

3    A.    Yes.

4    Q.    And the violations identified by Yacmany Salvatierra, name

5    of inspector, Yacmany Salvatierra are no Certificate of Use,

6    failure to obtain a Business Tax Receipt for the type of

7    business conducted, work performed without a finalized permit,

8    failure to obtain a Temporary Use Permit, and failure to obtain

9    warrant.  Do you see that?

10   A.    Yes.

11   Q.    That led to, if you know -- and we can go to page 21 of

12   this document.  There we go.  That led to an application for

13   BTR, Business Tax Receipt, on January 25, 2018, if you know?

14   A.    I don't know the exact sequence.  I never saw this

15   document.

16   Q.    Okay.  You did not have preparation of the application for

17   BTR, Business Tax Receipt?

18   A.    I might have.  I just don't recall this document.

19   Q.    And then you -- did you understand that Sanguich got a

20   temporary permit?

21   A.    A temporary permit?  I don't know.

22   Q.    Well, that's what you referenced in your letter that --

23   your email, excuse me, that I asked you about to Emilio

24   Gonzalez.

25   A.    I'm sorry, do you want to go back to the email?  I need to

1   understand what you're talking about.

2   Q.   Defense Exhibit 125, and I should refer to a Special Event

3   Permit.  You understand they were operating under a Special

4   Event Permit?

5   A.   Yes.  At that time, I believe they were.

6   Q.   And that's what your letter -- your email to Emilio

7   Gonzalez?

8   A.   I believe at the time they were operating what's called

9   like a TEP, which is a type of permit that you have for a

10  certain period of time.

11  Q.   Well, this says, your words, Special Event Permit 18-000?

12  A.   Yeah, there's no such thing as that word.  My

13  understanding is that it's a TEP.  That's the official word in

14  the City of Miami.

15  Q.   And you understood that at least as of that date,

16  February 26, 2018, whatever, that permit was expired?

17  A.   There was their only option.  That's what the city gave

18  them which only had a two or three week timeframe.

19  Q.   All right.  Let me move with you to another property that

20  you gave testimony about on your direct examination.  Calle

21  Ocho Marketplace.

22  A.   Yes.

23  Q.   And to set the stage, Calle Ocho Marketplace is actually

24  several different addresses?

25  A.   There's two folios connected to it.

```
1    Q.   And you referred to Calle Ocho Marketplace as 1380 SW 8th,
2    one of the addresses?
3    A.   Yes.
4    Q.   1378 SW 8th?
5    A.   No, I think that's not the folio address.
6    Q.   Okay.  827 SW 14th Avenue?
7    A.   That is the folio address.
8    Q.   Okay.  Now, Calle Ocho Marketplace had a Code Enforcement
9    case opened up in May of 2017, right?
10   A.   I think so.
11   Q.   And Joe Carollo was not commissioner of District 3 in May
12   of 2017?
13   A.   No, he was not.
14   Q.   He was a candidate in May of 2017?
15   A.   I'm not sure when he started his candidacy, but it's
16   around that time.
17   Q.   And that violation, May 22, 2017, is Defense Exhibit 16.
18        MR. KUEHNE:  If it's not in evidence, I move it in.
19        MS. CAPRIO:  It's admitted.
20   BY MR. KUEHNE:
21   Q.   Let's put it up on the screen.  So Notice of Violation,
22   potential property lien for subject property, 1380 SW 8th
23   Street, Calle Ocho Marketplace, LLC.  Do you see that?
24   A.   Yes.
25   Q.   And it's got the folio number, the address, and it
```

1   references the violation in May 22, 2016, work performed

2   without a finalized permit?

3   A.   Okay.

4   Q.   Do you see that?

5   A.   Yes.

6   Q.   And defense -- there's an inspector there, Ricardo

7   Franqui?

8   A.   Yes.

9   Q.   So this notice in the third paragraph gives the owner, the

10  property owner until June 1, 2017 to correct the violation and

11  notify the inspector that the violation had been corrected.

12  A.   That's what it says.

13  Q.   Right?  And let's look at Defense Exhibit 28.  So this is

14  a Defense Exhibit 28.

15          MR. KUEHNE:  It's in evidence already?

16          MS. CAPRIO:  Yes.

17          MR. KUEHNE:  Is in evidence.

18  **BY MR. KUEHNE:**

19  Q.   The first is an aerial shot, and there's a yellow square.

20  This is the property we're referring to?

21  A.   Yes.

22  Q.   All right.  And this is part of a Code file.  So I'm going

23  to walk you through some of the portions of this file.

24          MS. CAPRIO:  Just for the record, I believe only

25  portions of this exhibit were admitted.

```
 1             MR. KUEHNE:  Right.

 2   BY MR. KUEHNE:

 3   Q.   So we're going to go to page 11 of 70.  It's a photograph.

 4   So you see this picture?

 5   A.   Yes.

 6   Q.   This is the -- I think you described those perhaps with a

 7   different picture, the built up containers that were put onto

 8   Calle Ocho Marketplace?

 9   A.   Yes, the kiosks.

10   Q.   The kiosks.  That's it.  Kiosks.  Now that's put on a

11   parking lot, right?

12   A.   Well, that's on the asphalt, correct.

13   Q.   The asphalt.  That's a parking lot?

14   A.   Yeah, that particular area of the driveway right there.

15   Q.   The arrow is a driveway arrow, signifying I guess that is

16   the direction of traffic?

17   A.   Yes.

18   Q.   And these containers, you put them up when?

19   A.   Well, they were -- they're under construction so I

20   wouldn't call them put up.  They're erected.  They were being

21   constructed and they were being -- you know, they were being

22   finalized in place.

23   Q.   Right, but they're in place of 2017?

24   A.   I don't know because this photo is from '18, so I don't

25   know when they're in place exactly, but they might have
```

 1    started.  These containers took, you know, some time to build

 2    so they might have been started in '17.  I don't know.  These

 3    are from '18.

 4    Q.   These pictures are from 2018.  The Notice of Violation

 5    that we looked at is May 22, 2017.

 6    A.   I'm not sure that the violation had to do with this.  I'd

 7    have to look at it.

 8    Q.   Okay.  So containers get erected.  And then in October of

 9    2017, you get -- Calle Ocho Marketplace gets a Notice of

10    Violation for failure to obtain a Temporary Use Certificate,

11    doesn't it?

12    A.   Temporary Use?  I don't recall but it's possible.

13    Q.   Well, let me then start with Plaintiffs' Exhibit 412.  Now

14    I'm looking at pages 2 and 3.

15              MR. KUEHNE:  It's in evidence, Judge.

16    **BY MR. KUEHNE:**

17    Q.   This document up at the top, it's handwritten, Calle Ocho

18    Marketplace but you see the address, 1380 SW 8th Street?

19    A.   Yes.

20    Q.   Now that's one of the addresses that you associate with

21    Calle Ocho Marketplace?

22    A.   Yes.

23    Q.   Do you see on this page, or the next page, page 2 or 3,

24    any address, 827 SW 14th Avenue, the second address associated

25    with Calle Ocho Marketplace?

A.   No.

Q.   And so the created dates on this two-page document of Plaintiffs' Exhibit 412 are just for 1380 SW 8th Street, based on the two pages of this document?

          MS. CAPRIO:  Objection.  Lack of foundation.

          THE WITNESS:  Yes.

          THE COURT:  Overruled.  If he knows.

          THE WITNESS:  I'm sorry, what was the question?

**BY MR. KUEHNE:**

Q.   This document just pertains -- if you look at all the entries to 1380 SW 8th Street, not 827 SW 14 Avenue?

A.   I don't see any references to 827.

Q.   And you -- you're aware that in October, on October 26, 2017, there was a Violation Notice for failure to obtain Temporary Use Permit, case number 2017-018176?

A.   I'd have to see it.

Q.   And a posted note.  If a posted Notice of Violation occurred on October30, 2017, you'd need to see that?

A.   Please.

Q.   And a hearing on December 13, 2017?

A.   Is this for the farmer's market?

Q.   1378 SW 8th Street?

A.   Yeah, let's look at it.

Q.   Okay.  Let me finish up with Defense Exhibit 28 while we have it up.  I'm going to go to page 29 and then 31.  So this

1    is one of the containers in some state that you were either

2    preparing for or putting on the property?

3    A.    Yes.

4    Q.    And then the next page is 31.

5    A.    I mean, these are the containers.  Is that the question?

6    I'm sorry.

7    Q.    And this is an in erection stage?  The first picture we

8    looked at, looks like a more complete --

9    A.    Correct.

10   Q.    -- one?  So they're being assembled, constructed, built up

11   on the property?

12   A.    Yes.

13   Q.    And what permits did you get to do that?

14   A.    They're mobile so I'm not aware of something that

15   restricted them from being built on the property.

16   Q.    Okay.

17   A.    I mean, they were being done in plain sight.

18   Q.    Well, you testified that these containers were ordered to

19   be removed because of an emergency notice, a hurricane was

20   impending?

21   A.    No.  There was an injunction filed by the City of Miami

22   and part of their claim was that there was -- it was -- it

23   presented a some type of like wind, some emergency due to the

24   impending storm.

25   Q.    And that -- that claim by the city came after a number of

 1    notices to you, the owners of the property to remove the

 2    containers or obtain permits for them, right?

 3    A.   And also came after the fact that Mr. Carollo shut down

 4    the path to have them.

 5    Q.   Mr. Carollo.  And that's because you first got a Notice of

 6    Violation regarding the containers in May of 2017, right?

 7    A.   No, that's not because of that.  Because in December of

 8    '15 -- in December of 2017, he terminated the ability to have

 9    Temporary Use Permits in Little Havana, the only district in

10    Miami --

11            MR. KUEHNE:  Objection, Your Honor.  No question

12    pending.

13            THE COURT:  All right.  Sustained.

14            THE WITNESS:  You asked the question.

15    **BY MR. KUEHNE:**

16    Q.   So you get a Notice of Violation in May of 2017, and it's

17    your testimony that it had nothing to do with the containers?

18    A.   No, I don't know.  I asked if I could see the document

19    here.  We're talking about five years ago.  I'm happy to review

20    it.

21    Q.   Let me put it up again.  Defense Exhibit 16, May 22, 2017.

22    Calle Ocho Marketplace.  Work performed without a finalized

23    permit.  We looked at that?

24    A.   Okay.

25    Q.   Right.  So that is May of 2017?

1   A.   Yes, but where is the actual violation that explains what

2   the issue is?

3   Q.   This is the Notice of Violation.

4   A.   Well, this could be -- this is the address.  It could be

5   on the building.  It doesn't have to do with the -- let's study

6   where that's at.

7   Q.   Now, ultimately the containers, these kiosks were removed

8   from the property?

9   A.   Yes.

10  Q.   And that was -- was that done by you or by the City of

11  Miami?

12  A.   No, that was done by us.

13  Q.   And by the way, you mentioned that there was some

14  injunctive proceeding.

15  A.   Some type of legal documentation.  I'm sure you have it if

16  you want to review it.

17  Q.   And that was litigated separately from this case?

18          MS. CAPRIO:  Objection.

19          THE WITNESS:  It was something brought by the city.

20          MS. CAPRIO:  Outside the scope.

21          THE WITNESS:  I'm sorry.

22          THE COURT:  Wait, there's an objection.  The

23  objection is sustained.

24  **BY MR. KUEHNE:**

25  Q.   You don't know how that resolved?

 1              MS. CAPRIO:  Objection, Your Honor.  Same objection.

 2    Outside the scope.  Other litigation.

 3              THE COURT:  All right.  When I say the objection is

 4    sustained, do not repeat or ask the same question or similar in

 5    any shape or fashion.  Ask your next question, counsel.

 6              MR. KUEHNE:  One moment, Judge.

 7              THE COURT:  Sure.

 8              MR. KUEHNE:  I've got to get my documents together on

 9    Calle Ocho Marketplace.

10    **BY MR. KUEHNE:**

11    Q.   So let me move on.

12    A.   Sure.

13    Q.   We'll circle back to that.  You offered testimony about

14    the valet operator for Ball & Chain.

15    A.   Yes.

16    Q.   And you had a contract with the valet operator?

17    A.   Myself?

18    Q.   Your company.

19    A.   I'm not sure how the contract works, but I provide the

20    ability for them to have service there.

21    Q.   And you said that the busy times of the Ball & Chain

22    tended to be the evening?

23    A.   Yes.

24    Q.   And you offered some testimony about when the busiest time

25    is, and I think if I recall correctly, you said after -- was it

1    after 9:00?

2    A.    Yes.

3    Q.    And the busy time for the valet is similarly when Ball &

4    Chain is busy?

5    A.    Yes.

6    Q.    And besides Ball & Chain, is any other business of yours

7    in this strip that you've testified about, the Calle Ocho area,

8    using that valet?

9    A.    Any other business of mine?

10   Q.    Yes.  I mean --

11   A.    In which area specifically?

12   Q.    The SW 8th Street Calle Ocho area.

13   A.    All of 8th Street.

14   Q.    What other businesses do you have that are using that

15   valet?

16   A.    At one time, Taquerias el Mexicano used them.

17   Q.    And was that the same contract or a different contract?

18   A.    No.  Two separate businesses.

19   Q.    Two separate businesses.  And you understand that parking

20   is regulated by an agency called the Miami Parking Authority or

21   known as Offstreet Parking Department?

22   A.    MPA.  Miami Parking Authority.

23   Q.    You had mentioned that you understood the valet company is

24   Alain Garcia as the owner?

25   A.    Yes.

1    Q.   S & H Valet?

2    A.   Yes.

3    Q.   That S & H Valet took care of the valet aspect and you

4    tried to help them?

5    A.   Help them in what way?

6    Q.   Okay.  You tried to assist them in overcoming the problems

7    they were having with the city?

8    A.   Yes.  I met Alain Garcia and Roberto Escandon who at the

9    time, I believe, was the manager of the MPA.

10           MR. KUEHNE:  Let me pull up a couple exhibits for

11   you.  First, Defense Exhibit 421.  You see -- Defense Exhibit

12   421 is in evidence already.

13           MS. CAPRIO:  No objection.

14   **BY MR. KUEHNE:**

15   Q.   Do you have any familiarity with the valet permit

16   application or renewal for S & H Valet Service as depicted on

17   Defense Exhibit 421?

18   A.   Do I have any -- what's the question?

19   Q.   Have you seen this before?

20   A.   I might have.

21   Q.   Okay.  Do you see that name of business establishment,

22   S & H Valet Service Corp.?

23   A.   Yes.

24   Q.   Ball & Chain?

25   A.   Yes.

1    Q.   And you understand this to be an application for the valet

2    to operate as a valet in the City of Miami?

3    A.   Yes.  Application or renewal documentation.

4    Q.   Okay.  And the valet is required to identify the place

5    where the parking is going to occur, isn't it?

6              MS. CAPRIO:  Objection.  Lack of personal knowledge.

7              THE COURT:  Overruled.  If he knows.

8              THE WITNESS:  I don't know.  There's documents

9    connected to this, but I don't know that specifically.

10   **BY MR. KUEHNE:**

11   Q.   So you don't know that the -- oh, let me ask it this way.

12        You don't know if the valet, as part of getting a permit,

13   is required to identify where the parking is going to occur?

14             MS. CAPRIO:  Objection.  Asked and answered.

15             THE COURT:  Overruled.  If he knows.

16             THE WITNESS:  I know that they have to identify the

17   spots where they are, and I have signed on behalf of the

18   certain spots at some of our locations before for their use.

19   **BY MR. KUEHNE:**

20   Q.   And you're aware that S & H Valet never obtained and

21   received permission from the City of Miami to use what is known

22   as the church lawn?

23   A.   I do not know that to be true.

24   Q.   You don't know that to be true?

25   A.   No.

```
 1   Q.   Have you ever seen the permit issued by the city, Defense
 2   Exhibit 421?
 3   A.   My understanding is that their operation is inspected and
 4   that's all I know.  I don't handle this level of detail.
 5   Q.   Okay.  So as far as the level of detail goes, you don't
 6   know whether S & H was authorized by the City of Miami to park
 7   on the church lawn?
 8           MS. CAPRIO:  Objection.  Asked and answered.
 9           THE COURT:  Sustained.
10   BY MR. KUEHNE:
11   Q.   Part of this package -- I'm going to -- I brought up one
12   of the pages inside Exhibit 421.  Do you see that it's an S & H
13   Valet letter dated December 20, 2017?
14   A.   Yes.
15   Q.   And it's got Ball & Chain and "Dear William O. Fuller?"
16   A.   Yes.
17   Q.   On that.  And you see that in this document, S & H is
18   handling parking for Ball & Chain located at -- and that's the
19   address of Ball & Chain, 1513 SW 8th Street?
20   A.   Okay.
21   Q.   And thank you for allowing us to use your parking facility
22   starting on September 14 of 2014.  And you see that address,
23   lot address, 1637 SW 8th Street?
24   A.   Okay, yes.
25   Q.   Now did you approve this letter?
```

1    A.   Yes, I signed it.

2    Q.   You signed it.  And following that, there's actually

3    another letter, same date, December 20, 2017, same approval

4    signature.

5        Do you see this one and it says:  Thank you for allowing

6    us to use your parking facilities started on September 14,

7    2014.  But there's no address located for where the parking is?

8    A.   Yeah, I don't know why.

9    Q.   Okay.  And --

10             MS. CAPRIO:  Objection.  Relevance.

11             THE COURT:  Overruled.  If he knows.

12   **BY MR. KUEHNE:**

13   Q.   And let's try the third one.  December 20, 2017.  And this

14   one says similar:  William Fuller, thank you for allowing us to

15   use your parking facility started on September 14 of 2014, lot

16   address, 717 SW 8th, Miami, 33135.  Do you see that?

17   A.   Yes.

18   Q.   And this is also a document that you signed?

19   A.   It appears to be, but I don't think we've ever owned a

20   property at that address.

21   Q.   And none of those -- neither of those two addresses are

22   the church lawn, are they?

23   A.   I don't know if this is the complete set.  I'm not aware

24   of this, what this is here.

25   Q.   Okay.  And you are unaware of any approval obtained on or

1    for Ball & Chain valet services for parking on the church lawn?

2    A.   It's not my property, so these approvals are given by the

3    property owners.  Not by the -- I don't operate the valet so

4    when you need to attach these approvals, they're from the

5    property owner themselves.  I'm assuming he had approval from

6    the church because he had an arrangement with them.

7    Q.   And it's your understanding that it's the City of Miami,

8    the Miami Parking Authority that makes approval for allowable

9    lots?

10             MS. CAPRIO:  Objection.  Asked and answered.

11             THE COURT:  Sustained.

12   **BY MR. KUEHNE:**

13   Q.   But if S & H didn't have authorization to park in the

14   church lot, that would be your understanding of a violation of

15   the valet authorization?

16             MS. CAPRIO:  Objection.  Calls for a legal

17   conclusion.

18             THE COURT:  Sustained.

19             THE WITNESS:  I can't speak to that.

20   **BY MR. KUEHNE:**

21   Q.   So you said that --

22             MR. KUEHNE:  And I'm going to bring up Plaintiffs'

23   Exhibit 448.  Do we have 448?  Okay.  So here we have it.  This

24   is cut off, I know.  It's the only copy that's in evidence but

25   Plaintiffs' Exhibit 448.

1    **BY MR. KUEHNE:**

2    Q.    You identified this?

3    A.    Yes.

4    Q.    And this is not a document that you received but you

5    became aware of it through S & H Valet Services?

6    A.    Yes.

7    Q.    And you referred to an audit of the valet services?

8    A.    Yes.

9    Q.    And you know there to have been an audit of all the valet

10   services along Calle Ocho, SW 8th Street?

11           MS. CAPRIO:  Objection.  Mischaracterizes testimony.

12           THE COURT:  Overruled.  He can answer, if he knows.

13           THE WITNESS:  I've seen the document as an exhibit in

14   this trial.

15   **BY MR. KUEHNE:**

16   Q.    And you understood from Plaintiffs' Exhibit 448 that the

17   audit resulted in a determination as shown on Plaintiff's

18   Exhibit 448 that S & H Valet was underreporting the receipts,

19   the revenue per month for two years, right?

20   A.    My understanding is that those claims were false.

21   Q.    So it's your understanding that -- by the way, let me ask

22   you, what -- in 2018, what was the price to park a car at Ball

23   & Chain?

24   A.    I don't recall.

25   Q.    But you do know from Plaintiffs' Exhibit 448 that S & H

1  claims to have reported $500 per month each month in revenue

2  for two years, January, 2016 to 2018?

3          MS. CAPRIO:  Objection.  The document speaks for

4  itself.

5          THE COURT:  Overruled.

6  **BY MR. KUEHNE:**

7  Q.   That's what the document says, doesn't it?

8  A.   It does say that.

9  Q.   The average parking revenue reported by S & H Valet

10 Services Corp. for the property number 0884, January, 2016 to

11 January, 2018 is $500 per month?

12 A.   Okay.

13 Q.   And you, of course, know that the revenue by S & H is

14 hugely in excess of $500 per month?

15         MS. CAPRIO:  Objection.  Asked and answered.

16         THE COURT:  Sustained.

17 **BY MR. KUEHNE:**

18 Q.   How many days a week was S & H Valet parking Ball & Chain

19 cars in 2016 and 2017?

20 A.    I don't know exactly, but I would say at least Friday and

21 Saturday night.

22 Q.   At least Friday and Saturday.  Do you have any knowledge

23 that S & H Valet's nightly revenue, parking revenue for either

24 of those days, Friday and Saturday, was more than a hundred

25 dollars --

1          MS. CAPRIO:  Objection.  Asked and answered.

2          THE COURT:  Overruled.

3          THE WITNESS:  What I can tell you --

4          THE COURT:  Wait, wait.  The objection is overruled.

5    He can answer the question.

6          THE WITNESS:  What I can tell about this document is

7    that the entire audit process was baked.  All of it.

8    **BY MR. KUEHNE:**

9    Q.   Oh, the entire audit process was fake.

10   A.   Baked.

11   Q.   Baked.  Baked.  So --

12   A.   Let's look at the audit documents.

13   Q.   Franklin Laso, the president of CCSG who told Omar Rojas

14   you've only been reporting $500 a month for valet parking and

15   based on the information gathered --

16         MS. CAPRIO:  Objection.  Counsel is reading the

17   document and testifying.  Relevance and foundation.

18         THE COURT:  All right.  Sustained.

19         MR. KUEHNE:  Let me publish this document.

20         MS. CAPRIO:  It's been published.

21         THE COURT:  It's published now.

22   **BY MR. KUEHNE:**

23   Q.   Dear Mr. Rojas, the average parking --

24         MS. CAPRIO:  Again, objection, Your Honor.  Same

25   objection.

```
 1          THE COURT:  He can read the document.  It's in
 2   evidence, all right?
 3   BY MR. KUEHNE:
 4   Q.   The average parking revenue reported by S & H Valet
 5   Services Corp. for property 0884, January, 2016 to January,
 6   2018 is $500 per month.  Based on the information gathered from
 7   field audits conducted by Complete Consulting Services Group,
 8   CCSG, the estimated revenue generated by this location is
 9   $3,456 per month.  In addition, CCSG --
10   A.   That's more than $500 a week.
11   Q.   Do you see this?  The estimate?  I'm just reading it to
12   you.
13   A.   I know, but you said to me it was $500 per month.  Now it
14   says --
15   Q.   Let me ask --
16   A.   It says $3,456 per month.
17   Q.   Let me just ask you to publish this document, I'm reading
18   it.  I'll ask you some questions about it after I read it.  If
19   you think I'm making a mistake in reading it, just stop me, all
20   right?  Fair enough?
21        Second sentence:  Based on the information gathered from
22   field audits conducted by Complete Consulting Services Group,
23   CCSG, the estimated revenue generated by this location is
24   $3,456 per month.
25        In addition, CCSG has used other factors confirmed the
```

```
 1    demand by surveying other properties which offer similar

 2    services in the same as well as the number of your employees

 3    working in the location.  And the number of parking --

 4    something -- utilized and available to the operator.  The

 5    parking revenue reported by S & H Valet Service Corp. to the

 6    City of Miami has been -- something -- unreported.

 7         As such, the parking surcharge due to the City of Miami

 8    from January 20 to January, 2018 is $11,281, paren $12,960

 9    minus $1,670 surcharge paid not including penalty and interest.

10         I read that correctly?

11    A.   Yes.

12    Q.   You don't keep the books and records of S & H Valet,

13    do you?

14    A.   Nope.

15    Q.   And you don't know that S & H Valet was grossly

16    underreporting their revenue?

17              MS. CAPRIO:  Objection.  Foundation.

18              THE COURT:  Wait.  Sustained.

19    BY MR. KUEHNE:

20    Q.   But you do know that reporting revenue of $500 per month

21    for S & H Valet --

22              MS. CAPRIO:  Objection.  Relevance.  Lack of personal

23    knowledge.

24              THE COURT:  The objection is sustained.

25
```

**BY MR. KUEHNE:**

1  Q.   You are aware that S & H was cited for failing to comply

2  with the parking rules and regulations of the City of Miami and

3  the Miami Parking Authority, right?

4  A.   I know that two locations in Calle Ocho were cited off

5  13th, and both of them were mine.  All others were found to be

6  in compliance.

7  Q.   And you know that all of those lots were audited by CCSG,

8  don't you?

9  A.   There's a list.

10  Q.   So you know that?

11  A.   It says it in the document.

12  Q.   And you know that CCSG sent this letter and actually

13  there's a second letter, Plaintiffs' Exhibit 448, to the valet

14  company?

15  A.   I don't know anything that they sent to the valet company.

16  Q.   You don't know that?

17  A.   No.  Are we talking about this letter right here or the

18  letter you're flashing?

19  Q.   The letter that I showed you.

20  A.   The letter on my screen?

21  Q.   Plaintiffs' Exhibit 448 that we just read.

22  A.   Yes.  This gentleman, Mr. Rojas is part of the S & H Valet

23  company.

24  Q.   The letter I'm showing you was signed by Franklin Laso.

```
1   A.   Yes, but it's being sent to Mr. Rojas.

2   Q.   You're not aware of this other than it being shown to you

3   as an exhibit?

4   A.   No.  We're talking about the letter sent to Mr. Rojas --

5   Q.   S & H Valet.

6   A.   Right.

7        MR. KUEHNE:  And Defense Exhibit 408.  We'll put that

8   up on the screen.

9        THE COURT:  Break?  All right.  The jurors need a

10  break.  We'll be in recess for at least ten minutes till 3:05,

11  all right?  Thank you.

12       THE COURT SECURITY OFFICER:  All rise.

13       (Thereupon, the jury exited the courtroom.)

14       THE COURT:  Once the jurors return, the defendant

15  will have another one hour and three minutes.

16       MR. KUEHNE:  I did not hear that, Judge.

17       THE COURT:  You'll have an hour and three minutes for

18  cross-examination which will be the same amount of time

19  afforded for the plaintiffs' direct examination.

20       MR. KUEHNE:  I have only an hour?

21       THE COURT:  Remaining.  An hour and three minutes

22  remaining.

23       MR. KUEHNE:  Your Honor, I'll need some more time.

24       THE COURT:  That's what I'm allowing, sir.  The same

25  amount of time.  This case has been pending for quite some time
```

```
 1    and we have lost jurors in this particular matter.

 2              Again, I have given a fair and reasonable amount of

 3    time.  I don't tell you how to conduct your cross-examination.

 4    You tend to ask questions as being cumulative which I have

 5    overruled.  That's your desire to do so.  But, again, I will

 6    allow the additional one hour and three minutes.

 7              After the defense, this is the plaintiffs' last

 8    witness?

 9              MS. CAPRIO:  Yes, Your Honor.

10              THE COURT:  Who is the defense next witness?

11              Mr. Pertnoy, who are your calling as your first

12    witness, sir?

13              MR. PERTNOY:  We were going to be calling Ace Marrero

14    although I'm -- Mr. Sarnoff is checking on that.  Mr. Marrero

15    may have -- I think he's closing on a home that he's purchasing

16    so we're checking on that.

17              THE COURT:  All right.  If not --

18              MR. PERTNOY:  I think we have another witness who's

19    also en route, Mr. Salvatierra.

20              THE COURT:  Can you say that name again?

21              MR. PERTNOY:  Mr. Salvatierra.  Yacmany Salvatierra.

22              THE COURT:  All right.  Former Code Compliance

23    Inspector and current Zoning Examiner?

24              MR. PERTNOY:  Yes, Your Honor.

25              THE COURT:  Got it.  Thank you, sir.
```

```
 1                        (Short recess had.)

 2              THE COURT:  You can bring the jurors, please, Rita.

 3    Thank you.

 4              (Thereupon, the jury entered the courtroom.)

 5              THE COURT:  The members of the jury are all present

 6    and accounted for.  You may be seated, everyone.

 7              Mr. Kuehne, you may proceed with your

 8    cross-examination, sir.

 9              MR. KUEHNE:  Thank you, Your Honor.

10    BY MR. KUEHNE:

11    Q.   I had stopped to get some documents in order on Calle Ocho

12    Marketplace.  Do you remember that?

13    A.   Yes.

14    Q.   So El Taquito is part what you call the Calle Ocho

15    Marketplace?

16              MS. CAPRIO:  Objection.  Outside the scope.

17              THE COURT:  Overruled.

18              THE WITNESS:  Yes.  Taquito is a tenant of Calle Ocho

19    Marketplace.

20    BY MR. KUEHNE:

21    Q.   And you described Taquito in your direct examination asked

22    by your lawyers as having an issue involving a utility pole?

23    A.   I know the issue.

24    Q.   Okay.  And there was an overhang?

25    A.   There was some overhangs.
```

1   Q.   Some type of covering over the Taquito?

2   A.   Are we talking about the alley?

3   Q.   If that's what you refer to it as, the alley.

4   A.   Okay.

5   Q.   So you know the property?

6   A.   I know it.

7   Q.   And what is that address?

8   A.   1380 SW 8th Street.

9   Q.   1380 SW 8th Street.  So it was one of the properties that

10  makes up what you call the Calle Ocho Marketplace?

11  A.   Yes.

12  Q.   So Taquito was cited for a violation, right?

13  A.   I'm not sure.

14       MR. KUEHNE:  Well, let me ask you to look at Defense

15  Exhibit 28.  And the page number is, Curtis, 68 of 70.  Yes,

16  publish.

17  **BY MR. KUEHNE:**

18  Q.   So I have Defense Exhibit 28 on the screen, and the page

19  is page 68, and there's a Notice of Violation that you're

20  looking at, right, posted 5-18-18?

21  A.   Okay.

22  Q.   And if I need to make it bigger, just let me know that.

23  Dated May 16, 2018.  Do you see that date, it's highlighted?

24  A.   Yes.

25  Q.   And then if you go down to the title, Notice of Hearing,

```
1    City of Miami, Unsafe Structure Panel?

2    A.   Yes.

3    Q.   And can you see that below that the property address?

4    Do you see that property address?

5    A.   1378 SW 8th Street.

6    Q.   And there's a hearing date scheduled for June 22, 2018?

7    A.   Okay.

8              MR. KUEHNE:  And go to, Curtis, page 56 of the

9    document.

10             MS. CAPRIO:  Objection to this portion.  This has not

11   been admitted and contains hearsay.  Request that counsel take

12   it off the screen.

13             THE COURT:  It's been removed off the screen.

14             MS. CAPRIO:  Thank you, Your Honor.

15             THE COURT:  Also, again, please, as per my

16   instructions, show it to opposing counsel as I mentioned

17   yesterday to each side before anything is being published to

18   the jury.

19             MR. KUEHNE:  My apologies.  I thought this had been

20   admitted.  Let's put it on the screen so I can show the

21   witness.

22   BY MR. KUEHNE:

23   Q.   You're aware that Taquito had a Notice of Violation.  We

24   just looked at the Notice of Hearing part of that posted

25   notice, yes?
```

```
 1   A.    Yes.  This was a result of the ride-along.

 2   Q.    And the Notice of Violation had to do with, if you are

 3   aware, the pole?  Utility pole within that alley property,

 4   right?

 5   A.    This was Joe Carollo's obsession.  This utility pole.

 6   Q.    So you saw a video of the utility pole, right?

 7   A.    Yes.

 8   Q.    And it was alongside the restaurant alleyway for Taquito,

 9   yes?

10   A.    It was in the alleyway.

11   Q.    And the City of Miami cited Taquito for that violation?

12   A.    There was no issue with the electric pole.

13   Q.    The City of Miami determined there was but --

14   A.    No, there was not.

15   Q.    -- your view is there was no --

16   A.    There was not, sir.

17         MS. CAPRIO:  Objection.  Assumes facts not in

18   evidence.  Counsel is testifying.

19         THE COURT:  Sustained.

20         MR. KUEHNE:  So let's look at Defense Exhibit 632.

21         MS. CAPRIO:  No objection.

22         MR. KUEHNE:  If it's not evidence, I move it in, Your

23   Honor.

24         THE COURT:  Granted.

25            (Defendant's Exhibit 632 Received.)
```

1   **BY MR. KUEHNE:**

2   Q.   You see this document, Defense Exhibit 632?

3   A.   Yes.

4   Q.   A permit application signed by you, Bill Fuller?

5   A.   Yes.

6   Q.   And it references under owner/lessee information, that's

7   the top right, Calle Ocho Marketplace?

8   A.   Yes.

9   Q.   And do you see that this is a permit, and can you tell

10  what company was acting on your behalf, something designing and

11  construction?

12        MR. GUTCHESS:  Your Honor, I believe the witness just

13  walked in the courtroom.  I'm told no?  Okay.  Sorry.

14  **BY MR. KUEHNE:**

15  Q.   Can you tell under the contractor information, it's hard

16  for me --

17  A.   This is -- this was not any of the work that was cited in

18  this situation.  It was before we owned the property.  So this

19  was a result of -- this became an obligation of the tenant and,

20  therefore, all of this is at the tenant's direction.  I'm --

21  other than the signature, I'm not aware of any aspect of this

22  permit.

23  Q.   Well, this contains an owner's affidavit in the middle

24  that which says:  Owner's affidavit.  I certify that all the

25  foregoing information is correct.  Owner certifies that the

1    aforementioned contractor has the authorization to perform the

2    work as specified above, right?

3    A.    Yes.  This is typical to sign it on behalf of tenants.

4    This is a request that tenants often make and I don't withhold

5    it.

6    Q.    So let's go to the second page which is a schematic

7    drawing of a demolition plan.  Do you see that second page?

8    Do you see that?

9    A.    Demolition plan.  I see it.

10   Q.    And the section in the middle that's highlighted,

11   do you see that?

12   A.    Mm-hmm.

13   Q.    That's the alleyway that had been pictured in your direct

14   examination?

15   A.    Yes.

16   Q.    And you see that the reference on this demolition plan is

17   demolition of an illegal structure?

18   A.    That's what it says.

19   Q.    And this was -- this is attached to the application for

20   permit that you signed as owner's affidavit, right?

21   A.    Yes, but this was not my work or my plan.

22   Q.    It's your testimony this permit for demolition of an

23   illegal structure had nothing to do with you.  This was all on

24   the tenant?

25                MS. CAPRIO:  Objection.  Mischaracterizes his

 1    testimony.

 2              THE COURT:  Sustained.

 3              THE WITNESS:  I'm sorry, sir.

 4              THE COURT:  I overruled the objection.  You can

 5    answer.

 6              THE WITNESS:  I don't know exactly who presented --

 7    who prepared this plan.  I do not believe that we had anything

 8    to do with this plan.

 9    **BY MR. KUEHNE:**

10    Q.  Did Joe Carollo require the owner of El Taquito to get a

11    building permit?

12    A.   Require him to get a building permit?  I don't understand

13    the question.

14    Q.  All right.  Let me move to a subject that was addressed in

15    your direct examination, and that deals with noise complaints

16    for Ball & Chain, your restaurant bar.

17    A.   Yes.

18    Q.  Now it's true before that the commissioner, Commissioner

19    Carollo was sworn in, Ball & Chain had noise complaints, right?

20    A.   Yes, it had a few.

21    Q.  In fact, Ball & Chain had -- before the commissioner took

22    office and was sworn in, Ball & Chain had six noise complaints

23    in 2017 alone?

24              MS. CAPRIO:  Objection.  Assumes facts not in

25    evidence.

```
 1              THE COURT:  Overruled.  He can answer.
 2              THE WITNESS:  I'm not aware of that number.
 3              MR. KUEHNE:  Well, let me put some on the screen
 4    starting with Defense Exhibit 654.
 5              Okay.  Defense Exhibit 654, moving it into evidence if
 6    it's not already, Your Honor.
 7              MS. CAPRIO:  No objection.
 8              THE COURT:  It's admitted.
 9              (Defendant's Exhibit 654 Received.)
10    BY MR. KUEHNE:
11    Q.    June 3, 2017.  Little Havana Arts Building, LLC.  And you
12    see that it refers to the subject property, 1501 SW 8th Street?
13    Do you see that?
14    A.    1501, yes.
15    Q.    What property is 1501 SW 8th Street?
16    A.    It's Little Havana Arts Building.  It's four tenants,
17    different tenants.
18    Q.    Okay.  And you see this noise complaint?
19    A.    I do.
20    Q.    Violation reference.  Operating juke boxes, radios,
21    musical instrument or any other musical device after 11:00 p.m.
22    and not within an enclosed building.  I read that correctly?
23    A.    Yes.
24    Q.    And then let me have you go to Defense Exhibited 656.  So
25    that was June 3, 2017, right?
```

1  A.    Okay, 4:30 p.m.

2         MR. KUEHNE:  Now let's go to June 10, 2017.  I'm

3  sorry, Defense Exhibit 656.  I move it into evidence, Your

4  Honor.

5         MS. CAPRIO:  Lack of foundation.  Objection.

6         THE COURT:  There's nothing on the screen.

7         MR. KUEHNE:  It should be coming up on the screen for

8  Your Honor and the lawyers and the witness.

9         MS. CAPRIO:  I object.  Lack of foundation.  The

10 witness' name is not on the document.  That address is not Ball

11 & Chain.

12        THE COURT:  He can inquire.

13 **BY MR. KUEHNE:**

14 Q.    June 10, 2017.  You see this date on the document?  It's a

15 citation.  1501 SW 8th Street?

16 A.    Yes.

17 Q.    And it's in reference to -- that's part of your

18 properties?

19 A.    That's one of my properties, yes.

20 Q.    And it's in reference to a violation date of June 10,

21 2017, the same date at 3:48 a.m.?

22 A.    I see this.

23 Q.    For a noise complaint.  Same reference, operating jukebox,

24 radios, musical instrument or other musical device after

25 11:00 p.m.?

```
 1   A.    Okay.

 2   Q.    And not within an enclosed building?

 3   A.    I seep it, yes.

 4         MR. KUEHNE:  Your Honor, I move the admission of

 5   Defense Exhibit 656.

 6         THE COURT:  Any objection?

 7         MS. CAPRIO:  No objection.

 8         THE COURT:  Overruled.  I'm sorry, no objection.

 9   Granted.  It's admitted.

10         (Defendant's Exhibit 656 Received.)

11   BY MR. KUEHNE:

12   Q.    So June 10, 2017 at 3:48 a.m.  Let's go to Defense Exhibit

13   658, and presumably, we have to put it up on the screen for

14   counsel and the witness in order establish a foundation.  You

15   see this document on your screen, June 11, 2017, yes?

16   A.    Yes.

17   Q.    Subject property, same address, 1501?

18   A.    Mm-hmm.

19   Q.    SW 8th Street, and this is for a violation noise

20   1:30 a.m., same violation reference?

21   A.    Okay.

22   Q.    Yes?

23   A.    Yes.

24         MR. KUEHNE:  Your Honor, I move the admission of

25   Defense Exhibit 658, and ask to publish it.
```

1          MS. CAPRIO:  No objection.

2          THE COURT:  Granted.  Thank you.

3              (Defendant's Exhibit 658 Received.)

4  **BY MR. KUEHNE:**

5  Q.   So, this is, as we said, a violation, June 11, 2017,

6  1:30 a.m., noise violation, yes?

7  A.   Yes.

8  Q.   Let's go to Defense Exhibit 660.  We'll show the witness

9  and counsel.  This is July 2, 2017.  Do you see that?  July 2,

10  2017, same subject address, 1501 SW 8th Street, violation at

11  12:47 a.m. for a music violation on July 2, 2017?

12  A.   Yes.

13  Q.   And these noise complaints were all paid for, weren't

14  they?  Ticket was issued and you paid the violation?

15  A.   I'm not sure.

16  Q.   Okay.  And then so you do agree that those noise

17  violations that I just presented you are all occurring before

18  Commissioner Carollo became commissioner?

19  A.   Yes.  These noise violations came from one particular

20  neighbor that lived in the adjacent building that had a very

21  specific issue.

22  Q.   Okay.  And the noise complaints, as far as you know, were

23  resolved by the City of Miami?

24  A.   Resolved?

25  Q.   Resolved.  You, the company, and the City of Miami brought

```
 1    those noise complaints to a conclusion?
 2    A.   I believe so.  I'm not aware of them remaining open.
 3    Q.   And then after Commissioner Carollo was sworn in, you had
 4    noise complaints, as well, right?
 5    A.   Yes.
 6    Q.   And let's just take a look.  Defense Exhibit 662.
 7    February 20, 2018.  Do you see this one?  This is February 20,
 8    2018.  So Commissioner Carollo was a commissioner?
 9    A.   Mm-hmm.
10    Q.   Right?
11    A.   Mm-hmm.
12    Q.   1501 SW 8th Street.  This is a noise violation, 1:59 a.m.
13    And the same reference to excessive noise, loud music, et
14    cetera, right?
15    A.   Yes.
16    Q.   And during the time of Commissioner Carollo's tenure, you
17    received a number of these noise complaints, right?
18    A.   We did.
19    Q.   And, in fact, to the present day, there are six noise
20    complaints?
21    A.   I don't know the exact number.
22    Q.   Do your company records reflect the noise complaints?
23    A.   The Pineapple Stage has been closed since 2020 as a result
24    of Joe Carollo, so we're talking about 60 percent of the last
25    five years.
```

 1            MR. KUEHNE:  Let's call up Defense Exhibit 649.  We

 2   can publish this one when it comes up.

 3   **BY MR. KUEHNE:**

 4   Q.   Defense Exhibit 649 in evidence.  The section in the

 5   middle, and we'll make it a little bit bigger is the Pineapple

 6   Stage that you referenced?

 7   A.   Yes.

 8   Q.   I put some arrows there.  So right there.  And that's an

 9   open air place?  We talked about that earlier in your

10   examination, right?

11   A.   Yes.

12   Q.   And notice behind and to the left, you see a Google label,

13   El Paraiso Home?

14   A.   Yes.

15   Q.   That's the ALF?

16   A.   Yes, it is.

17   Q.   That's the ALF that you sued -- that you --

18            MS. CAPRIO:  Objection, Your Honor.

19            THE COURT:  Wait.  What's the grounds?

20            MS. CAPRIO:  I'm sorry, I just heard sued.  Go ahead,

21   Mr. Kuehne.

22   **BY MR. KUEHNE:**

23   Q.   That you sued and testified about on your direct

24   examination when your counsel asked you?

25   A.   Yes, it's correct.

```
 1   Q.   So that's -- and that's a senior, an ALF senior citizens
 2   home?
 3   A.   Yes.
 4   Q.   And by the way, there's nothing that covers that patio
 5   area that would be considered inside a building, is there?
 6   A.   Covers the patio area that's inside a building?
 7   Q.   This is what the patio looks like, an open air patio?
 8   A.   Yes, it does.
 9   Q.   And you're aware that the City of Miami does not allow the
10   playing of music after 11:00 outside, right?
11   A.   Well, that law only changed when Joe Carollo changed it
12   after they revoked our CU.
13   Q.   So Joe Carollo and five members of the City Commission
14   changed the law?
15        MS. CAPRIO:   Objection.   Mischaracterizing the number
16   of city commissioners.   There's not six.
17   BY MR. KUEHNE:
18   Q.   Five members of the City Commission changed the law.   Is
19   that your testimony?
20   A.   Sir, we can spend months here discussing the horse trading
21   that Mr. Carollo does to target our properties.
22   Q.   That's because when he does his -- you call it horse
23   trading -- he's on the dais speaking publicly with the other
24   members of the Commission and people can watch on television
25   that dialogue, right?
```

```
 1   A.    I'm not sure.  Is that a question?
 2   Q.    Yes.
 3   A.    What's the question?
 4   Q.    The City Commission meetings at which city commissioners
 5   pass laws by majority vote are done at a public meeting, isn't
 6   that right?
 7   A.    Sir, Mr. Carollo was walking my property with Alex de la
 8   Portilla, current city commissioner.  They were behind the lot
 9   walking around.  That's not normal.  That's a good friend of
10   Mr. Carollo's he helped campaign.  There's other gentlemen,
11   including Manolo Reyes that helped the campaign.
12         MR. KUEHNE:  Your Honor, I move to strike the
13   non-responsive --
14         THE WITNESS:  This is a little circle, a network of
15   three individuals that have helped Mr. Carollo pass laws
16   against us.
17         THE COURT:  Sustained.  Ask your next question, sir.
18         THE WITNESS:  Horse trading.
19   BY MR. KUEHNE:
20   Q.    When Resolutions are passed by a majority of the city
21   commission, the mayor signs the Resolutions before they become
22   law, right?
23   A.    I'm not sure what the mayor does.  I only know what your
24   client has done to us, and so do you.
25   Q.    And the city attorney signs the Resolutions before they
```

```
 1    become law?
 2    A.    The city attorney, Vicky Mendez?
 3    Q.    Did you hear my question?
 4    A.    I'm just -- which city attorney?
 5    Q.    The city attorney for the City of Miami signs the
 6    Resolutions before they become law?
 7    A.    I don't know that detail.
 8    Q.    And is that because you haven't seen any actual
 9    Resolutions passed by the City Commission signed by the mayor
10    and signed by the city attorney?
11    A.    Sir, I know that this gentleman has orchestrated nine
12    Resolutions which have been punitive to our businesses,
13    including terminating shipping containers from Calle Ocho,
14    many -- I can cite many examples of that.
15              MR. KUEHNE:  Objection, Your Honor.  Beyond any
16    question that I asked.
17              THE WITNESS:  No.  Legislative immunity, right, sir?
18    Legislative immunity.
19              MR. KUEHNE:  Objection.  Move to strike.  Instruct
20    the witness to answer my question.  If he doesn't understand,
21    ask me to rephrase.
22              THE COURT:  Overruled.
23    BY MR. KUEHNE:
24    Q.    So let me ask you then -- so, just to close on this, you
25    sued El Paraiso home, right?  Yes or no.
```

```
 1    A.   We sued El Paraiso home because Mr. Carollo made a false

 2    allegation about noise coming from that venue, and we did it in

 3    able to ascertain whether or not it was true.  And we

 4    determined throughout affidavit that, in fact, he was lying

 5    about that noise complaint.

 6    Q.   And El Paraiso home --

 7    A.   And I have that affidavit in my possession.

 8    Q.   And El Paraiso home is run by Christina Perez, isn't?

 9    A.   Yes.  Yes, sir.

10    Q.   Okay.

11    A.   Who's also a neighbor of Joe Carollo's.

12    Q.   And you know her, right?

13    A.   No, I do not.  I attempted to meet with her several times,

14    but she declined my invitation.

15    Q.   Her place is probably not even a baseball throw from the

16    unpermitted Pineapple Stage, right?

17              MS. CAPRIO:  Objection.  Argumentative.

18              THE COURT:  Sustained.

19              THE WITNESS:  Sir, is Richard Petty a friend of

20    yours?

21              THE COURT:  The objection is sustained, Mr. Fuller.

22    BY MR. KUEHNE:

23    Q.   Where I'm pointing is the Pineapple Stage, and El Paraiso

24    home is just one caddy-corner lot away, right?  Yes?

25    A.   One caddy-corner?
```

1  Q.   Well, I'm not sure if you use the word "caddy-corner" for

2  an angle, but one angled lot away from the stage?

3  A.   We own the entire property, including the property

4  adjacent to El Paraiso home.  I offered to build a wall to

5  protect their tenants and they declined it.  There was no

6  interest.  This was a setup by your client.

7  Q.   With Ms. Christina Perez and the seniors --

8  A.   Sir, I have an affidavit.  I'm not sure you've ever seen

9  it before, but maybe we should show it today.

10  Q.   Let's make sure that -- by the way, this -- this story

11  that you're telling the jury about Commissioner Carollo somehow

12  getting other commissioners to do his will is just your

13  fantasy, right?

14  A.   Fantasy?

15  Q.   Absolutely.

16  A.   No, sir.  It's part of your client's demented approach to

17  destroying our businesses.

18  Q.   So, Manolo Reyes.  By the way, when you came before the

19  City Commission meeting on February 14, 2019, you claimed that

20  you knew all of the commissioners?

21  A.   Yes, I have.

22  Q.   Didn't you?

23  A.   I had met with them.  I tried to do that.

24  Q.   You said you knew all of them for the public to know.

25  Manolo Reyes is one of those commissioners, right?

1   A.   I also said that I had not met with Mr. Keon Hardemon.

2   Q.   Bud did you claim to know Keon Hardemon?

3   A.   Not personally.

4   Q.   And you know that Manolo Reyes is one of the sponsors and

5   founders of Little Havana Fridays, don't you?

6   A.   Sponsors and founders?

7   Q.   Of Little Havana Fridays?

8   A.   Are you talking about your famous Pitbull image?

9   Q.   Do you need to see that?

10   A.   Is that what you're talking about?

11   Q.   Do you need to see that?

12   A.   You want to show it to me for the fifth time, I'd love to

13   see Pitbull's image.

14        MR. KUEHNE:  Let's pull up Defense Exhibit 384.  It's

15   in evidence.

16   **BY MR. KUEHNE:**

17   Q.   Do you see Defense Exhibit 384 in evidence?  This is the

18   Pitbull text.

19   A.   Yes.

20   Q.   And you see the flyer?  The flyer, City of Miami

21   Commissioners Joe Carollo and Manolo Reyes, do you see that?

22   A.   Yes.

23   Q.   Cordially invite you to the launching of Little Havana's

24   official flag?

25   A.   Yes.

```
1   Q.   By the way, this is a City of Miami event that occurs on
2   City of Miami property, right?
3   A.   I don't know.  On my welcome center at Little Havana, we
4   have a City of Miami emblem.  I'm not sure that that's an
5   official stamp.  I don't know what that is.
6   Q.   So the two commissioners, the official seal, the
7   commissioners welcome, invite you, I guess anybody who looks at
8   this, to the launching of Little Havana's official flag, and
9   the first Little Havana Fridays, right?
10  A.   What are you asking?
11  Q.   That's what it said, right?
12  A.   Which section would you like for me to refer to?
13  Q.   I'll make it bigger.
14  A.   No, which section in the Pitbull posting --
15  Q.   The announcement City of Miami Commissioners, Commissioner
16  Carollo and Manolo Reyes cordially invite you to the launching
17  of Little Havana's official flag as well as the first Little
18  Havana Fridays with a special appearance by our very own
19  Mr. 305 Pitbull, and it continues on for the date of Friday,
20  November 30, 2018?
21  A.   Yes.
22  Q.   And you understand that to be an event that is sponsored
23  by the City of Miami, don't you?
24  A.   Sir, if you say so.  I'm not sure I understand the
25  relevance but --
```

1   Q.   Your statement to this jury is that you know for a fact

2   that you pay for Little Havana Fridays because you are a

3   taxpayer.  Do you remember that testimony?

4   A.   Sir, my understanding is that Little Havana Fridays is

5   funded by public funds.

6   Q.   Because it's an official City of Miami project, right?

7   A.   And I pay tax dollars and, therefore, I assume that a

8   portion of my tax dollars pay for public funds unless public

9   funds grow on trees.  I'm not sure what you're talking about.

10  Q.   And when Joe Carollo was the mayor of the City of Miami at

11  the start of Viernes Culturales, the initial funding for

12  Viernes Culturales came from the City of Miami, didn't it?

13  A.   Sir, that is an insult to the founding members of that

14  organization.

15  Q.   Let me try it again.

16  A.   If we need to bring each and every one of them to discuss

17  this gentleman's involvement, we will be happy to do so.

18  Q.   Let me try it again.  The initial funding for Viernes

19  Culturales which occurred when Joe Carollo was mayor came from

20  the City of Miami?

21  A.   My understanding --

22  Q.   As a grant, isn't that correct?

23  A.   My understanding was that it came from Commissioner Joe

24  Sanchez's office and County Commissioner Bruno Barreiro's

25  office.  These were the champions on the public side of that

 1   event.

 2       We're not going to revise history here.  It is defamation

 3   against the founders of that organization.  That's not an

 4   excuse to steal a festival; can't revise the history here.

 5   Q.   So thank you for that explanation.  That the City of

 6   Miami --

 7           MS. CAPRIO:  Objection.

 8   Q.   -- funded the --

 9           MS. CAPRIO:  Objection to counsel's extraneous

10   comments.

11           THE COURT:  Sustained.  Next question.

12   **BY MR. KUEHNE:**

13   Q.   Let me ask you about the back patio area of Ball & Chain.

14   You had a violation.  Defense Exhibit 644.  When it comes up,

15   we'll publish it to everyone.  March 12, 2019, Notice of

16   Violation and this is for -- you see the address, 1533 SW 8th

17   Street?

18   A.   1513.

19   Q.   I'm sorry, 1513, SW 8th Street?

20   A.   Yes.

21   Q.   And you know what that property is?

22   A.   Yes, this is Ball & Chain.

23   Q.   Ball & Chain.  And the violation is work performed without

24   a finalized permit, and you see the explanation, correction,

25   work completed without a permit.  Overhang attached to the

1    structure.  Front windows, interior remodeling, stage band

2    shell?

3    A.    Yes.

4    Q.    Do you see that?

5    A.    Yes.

6    Q.    And you agree that the stage band shell was erected

7    without a permit?

8    A.    That's what the Building Department identified in 2019.

9    Q.    And you agree that the overhang attached to the structure

10   was done without a permit?

11   A.    Again, this is a list of the items that the Building

12   Department identified in 2019.

13   Q.    So let me ask you again, you're aware that the two items I

14   referenced, band shell and overhang were completed without

15   permits?

16   A.    Yes.

17   Q.    Aren't you --

18   A.    Yes.

19   Q.    And you sought permits after the fact?

20   A.    Yes.

21   Q.    When you received a Notice of Violation?

22   A.    Yes.

23   Q.    And front windows and interior remodeling, done without a

24   permit?

25   A.    Yes.  This was a result of the Valentine Day massacre.

```
 1    This is a result of this.
 2    Q.   So you agree that the construction work identified on this
 3    Notice of Violation was done without a permit?
 4    A.   Yes.
 5    Q.   Isn't that right?
 6    A.   This was a violation that we accepted, yes.
 7    Q.   And in 2021, March 26, 2021 to be specific -- well, let me
 8    go back to ask you about March 27th, I'm sorry.  That's the
 9    wrong document.
10         You're aware that on March 26, 2021, March 26, 2021, the
11    rear area of Ball & Chain was damaged by fire?
12    A.   One of our employees threw a cigarette butt and I never
13    knew this could happen.  Three hours later, the deck was on
14    fire.  It had smoldered over three hours.  I have the entire
15    episode on video.
16    Q.   And that was the deck that had been erected without
17    permits known as the Pineapple Stage?
18              MS. CAPRIO:  Objection.  Vague as to time.
19              THE COURT:  Overruled.
20              THE WITNESS:  I don't know the timing in 2021 because
21    in 2021, it had come into compliance.  You know that.
22              MR. KUEHNE:  Well, let's take a look at Defense
23    Exhibit 101.  101.
24              MS. CAPRIO:  No objection.
25              MR. KUEHNE:  101.  Let's publish that.  I move the
```

```
 1    admission of Defense Exhibit 101.

 2               THE COURT:  Admitted.

 3               (Defendant's Exhibit 101 Received.)

 4    BY MR. KUEHNE:

 5    Q.   So we see when this comes up, a notice posted, 3-29-2021

 6    at the 1513 SW 8th Street address.  Do you see that?

 7    A.   Yes.

 8    Q.   And that was a posted notice following the fire that

 9    you've described?

10    A.   The fire I described?

11    Q.   Didn't you just describe a smoldering something because of

12    a cigarette butt?

13    A.   Yes.

14    Q.   That turned into a fire?

15    A.   What does that have to do with the violation, I'm sorry?

16    Q.   That was three days before this posted 3-29-21 violation,

17    right?

18    A.   I wasn't ever aware that the fire had anything to do with

19    the violation.  I'm not sure why I would know that.

20    Q.   Okay.  And fire inspectors came to the property as a

21    result of the fire that you've described?

22    A.   Yes.  We called them.

23    Q.   And by the way, Defense Exhibit 587 --

24    A.   Do you mind blowing this up so I can see the document a

25    little more clearly so I understand what the assertion you're
```

1  making here?

2  Q.   Allow me to ask you questions, and if you need

3  clarification, I'm certain that your lawyers can ask you.

4  A.   You're asking me to verify the document.  I can't read it.

5  Q.   You see the document, 3-29-2021?

6       MS. CAPRIO:  Would you enlarge it for the witness,

7  please?

8       THE WITNESS:  Yes, please.  I'm sorry.

9  **BY MR. KUEHNE:**

10 Q.   Let's make it bigger.

11 A.   It mentions the fire here?

12 Q.   Can you read, Repair or Demolish First Notice?

13 A.   Sir, I asked about a fire.  You talked to me about this

14 being related to a fire.

15 Q.   Let's try this again.  The fire was on March 26, 2021,

16 correct?

17 A.   So you're just throwing out dates.  I was being inspected

18 three times in some nights, and now you're throwing out a date

19 saying it has to do with the fire.

20      I'm just asking you to verify for me so I can speak about

21 what you're talking about.  Do you mind just showing me how it

22 references the fire?

23 Q.   Let's go through this document then.

24 A.   Okay.  But, Mr. Kuehne, do you want to look at my document

25 because I can't read it here.  Maybe --

1   Q.   I can read the same thing that you can read.

2   A.   Sir, I cannot read it.

3            THE WITNESS:  Do you mind looking at my screen, Your

4   Honor?

5            THE COURT:  Look, it's blurry.  I can't see the

6   screen.  Wait, sir.  Excuse me.  What do you want him to read,

7   Mr. Kuehne?

8            MR. KUEHNE:  I don't want him to read anything.  I

9   wanted him to identify that this a March 29, 2021 notice posted

10  period.

11           THE COURT:  The one in red?  I think the issues, you

12  see that the screen is black, the paragraph?  Can you read it?

13  I can't read it.

14           MR. KUEHNE:  I can't read it, no.

15           THE COURT:  Can you direct him specifically as to

16  what you want him to read to?

17           MR. KUEHNE:  I don't want him to read anything other

18  than the 3-29-21 is what I asked him about.

19           THE COURT:  In the top left corner?

20           MR. KUEHNE:  Yes.

21           THE WITNESS:  He did tell me this had to do with a

22  fire.  That's what I was trying to read.

23           THE COURT:  If you don't understand, sir, ask him for

24  clarification.

25           THE WITNESS:  I was asking that.  I'm sorry.  Thank

```
 1   you.
 2              MR. KUEHNE:  Let me move to DX 587.
 3              MS. CAPRIO:  No objection.
 4                 (Defendant's Exhibit 587 Received.)
 5   BY MR. KUEHNE:
 6   Q.   This is the Pineapple Stage.
 7   A.   Yes.
 8   Q.   That we saw in the aerial, right?  We saw it from above in
 9   the aerial?
10   A.   Yes.
11              MR. KUEHNE:  Okay.  Let's go to Defense Exhibit 100.
12   Defense Exhibit 100.  Page 18 and 19 and 20.  And move to
13   admit.
14              MS. CAPRIO:  No objection.
15              THE COURT:  Granted.
16                 (Defendant's Exhibit 100 Received.)
17              MR. KUEHNE:  Go to the picture, page 18.  This is the
18   item in evidence.
19   BY MR. KUEHNE:
20   Q.   Do you see Unsafe Building posted?  You see that notice?
21   It says Unsafe Building.
22   A.   Okay.
23   Q.   1513 SW 8th Street?
24   A.   Okay.  Only with reference to the roof deck and bar area
25   only.
```

1   Q.   It says 3-26-2021, right?  That's the date on it?

2   A.   Yes.

3   Q.   That's the date of the fire?

4   A.   Okay.

5   Q.   And there's somebody's name, Raul, maybe it's Ramos?

6   A.   Yes, it's Ramos.

7   Q.   And rear roof deck bar area only?

8   A.   Yes.

9   Q.   And that is posted as a result of the fire?

10  A.   Yes, this is.

11  Q.   We don't need to look at the next picture on that.  Now

12  we've looked at -- we've looked at a video that you have

13  described or you were shown of Commissioner Carollo and I think

14  you said Frank Pichel and some other people were in the video?

15  A.   Yes.

16  Q.   Now, in that video, and if you need me to put it up on the

17  screen, I will.  Commissioner Carollo is readily identifiable

18  as Commissioner Carollo, right?

19  A.   Yes.

20  Q.   Not wearing a fake mustache, sunglasses at night, right?

21  A.   Is that the only thing that expresses cover or can you

22  just do it in the day during normal operating hours?

23  Q.   I thought you told the jury that the music and the

24  activity that makes music at Ball & Chain happens at night.  In

25  fact, you said the busy times are after 9:00 at night, right?

 1                 MS. CAPRIO:  Objection.  Mischaracterizes testimony.

 2                 THE COURT:  Overruled.

 3                 THE WITNESS:  No, sir.  We produce 90 hours of music

 4      a week.  You saw one of the other violations.  It says

 5      4:36 p.m. in the afternoon.

 6      **BY MR. KUEHNE:**

 7      Q.   And there are violations at 1:30 in the morning, right?

 8      A.   Yes.

 9      Q.   So, if a Code inspector is -- when a Code inspector comes

10      to Ball & Chain to determine if the music is more than 100 feet

11      away at night, the Code inspector would be there at night,

12      right?

13      A.   If there was a complaint.

14      Q.   If there was a complaint.  All right.  And --

15      A.   In this case, he was knocking on the door of the tenants

16      to incite the tenants.

17                 MR. KUEHNE:  No question pending, Your Honor.

18                 THE WITNESS:  This was explained to me --

19                 THE COURT:  Mr. Fuller, there's no question pending

20      now.

21                 MR. KUEHNE:  I'm going to pull up another picture,

22      but I'm going to do something else in the meantime.

23      **BY MR. KUEHNE:**

24      Q.   You testified on direct examination that after

25      Commissioner Carollo became sworn in as a commissioner -- if I

1   mischaracterize your testimony, just let me know -- the

2   attitude of the city changed with regard to you.  Is that a

3   fair representation of your testimony?

4   A.   I would say -- I don't know if you call it attitude.  I

5   would say that the city's -- there were several degradations of

6   the relationship, but over time, the city started to engage in

7   activities that were not professional and were working against

8   us, actively working to destroy our companies.

9   Q.   So in November of 2017, the election for the city

10  commission resulted in Francis Suarez being elected mayor.

11  A.   That was the year?

12  Q.   And resulted in Manolo Reyes being elected --

13           MS. CAPRIO:  Objection.  Relevance.

14           THE COURT:  Sustained.

15  **BY MR. KUEHNE:**

16  Q.   Francis Suarez -- by the way, the mayor in 2017 before the

17  election was Tomas Regulado, right?

18  A.   Yes.

19  Q.   And you've mentioned him in your direct examination.  The

20  city manager under Tomas Regulado was a man named by Daniel

21  Alfonso, right?

22  A.   Yes.

23  Q.   And he served Daniel Alfonso until around December of

24  2017?

25           MS. CAPRIO:  Objection.  Relevance.

```
 1              THE COURT:  Sustained.  Ten minutes remaining.
 2   BY MR. KUEHNE:
 3   Q.   Mayor Suarez appointed Emilio Gonzalez as city manager in
 4   early 2018?
 5   A.   Okay.
 6   Q.   Right?
 7   A.   I'm going to go with your dates.
 8   Q.   And the city manager appointed a new police chief in 2018?
 9   A.   Okay.
10   Q.   Right?
11              MS. CAPRIO:  Objection.  Relevance.
12   BY MR. KUEHNE:
13   Q.   A chief named Colina.
14              THE COURT:  The objection is sustained.  Next
15   question, Mr. Kuehne.
16   BY MR. KUEHNE:
17   Q.   And the fact is that the city administration changed
18   significantly as a result of the November, 2017 elections,
19   right?
20              MS. CAPRIO:  Objection.  Relevance.
21              THE COURT:  Overruled.
22              THE WITNESS:  Those that did the bidding for Joe
23   Carollo were promoted, and those that did not do the bidding
24   for Joe Carollo were terminated or demoted.
25
```

1   **BY MR. KUEHNE:**

2   Q.   So Emilio Gonzalez, the city manager who appoints the

3   department heads, asked Joe Carollo who should be a department

4   head.  Is that your testimony?

5   A.   Mr. Kuehne, you're so smart, you know exactly how it

6   operates.  Why don't you explain to the jury how it really

7   operates?

8           MR. KUEHNE:  Your Honor, I asked him a question.

9           THE COURT:  Sustained.

10          MR. KUEHNE:  Covert activity.  Plaintiff Exhibit 69.

11  Let's pull that up.

12          MS. CAPRIO:  No objection.

13  **BY MR. KUEHNE:**

14  Q.   I'm sorry, the one that's in evidence I believe is

15  Plaintiffs' Exhibit 344.  That may be a little easier.  You've

16  identified this as Commissioner Carollo being pictured by

17  your -- is it your photographer?

18  A.   I was driving the vehicle.

19  Q.   Did your photographer take this picture?

20  A.   Yes.

21  Q.   And your company has a photographer that does work for the

22  company?

23  A.   At Ball & Chain, we hire a professional photographer to

24  capture the events, the live music, the activity at nights and

25  so they are employed from approximately 7:00 at night to about

```
 1   midnight.
 2   Q.   When Ball & Chain is most active?
 3   A.   Yes.
 4   Q.   And Ball & Chain also hires a media or a marketing person?
 5   A.   Like a media, like a PR company?
 6   Q.   PR, marketing.
 7   A.   Yes.
 8   Q.   So, Joe Carollo -- you can tell that's Joe Carollo, right?
 9   A.   Can I?
10   Q.   Yes.
11   A.   I physically saw him.  I was there.
12   Q.   He's waving?
13   A.   He's not waving.  He was blocking.  He was trying to block
14   himself.  This is, again, the baseball cap, the blocking, I
15   shouldn't be on your property.
16   Q.   So, Mr. Carollo -- Commissioner Carollo is in his car,
17   hand raised, face fully exposed, but that picture is
18   Commissioner Carollo blocking his face.  Is that your
19   testimony?
20   A.   Sir, you can call that a hand wave, but I was there that
21   night.  He did not want to be photographed.
22   Q.   And he's on a public street?
23   A.   In front of our parking lot after he tailed our valet from
24   the Ball & Chain.
25   Q.   So the commissioner -- oh, by the way, is there -- is the
```

1    hat covering his face?

2    A.   Is that a trick question?

3    Q.   He's got a hat on, right?

4    A.   Yes.

5    Q.   And you know Commissioner Carollo in his non-work attire

6    regularly wears baseball caps.  In fact, you know him to have a

7    collection of different teams' baseball caps that he wears.

8           MS. CAPRIO:  Objection.  Assumes facts not in

9    evidence.

10          THE WITNESS:  The only thing --

11          THE COURT:  The objection is sustained, Mr. Fuller.

12   Next question.

13   **BY MR. KUEHNE:**

14   Q.   So Commissioner Carollo is driving his car on the street

15   but it's in front of your -- what did you say, your parking

16   garage?

17   A.   Yes.

18   Q.   What's that address where the barber pole is?

19   A.   It's the address next to the building, 300 SW 12th Avenue.

20   Q.   300 SW 12th Avenue.  Okay.  And do you own the parking

21   garage that you claim is across the street?

22   A.   Yes.

23          THE COURT:  Five minutes remaining.

24          THE WITNESS:  It's also been the subject of his

25   attacks ever since this night.

1  **BY MR. KUEHNE:**

2  Q.   So Defense Exhibit 330, we've all seen this before.  This

3  is in evidence.  Emilio Gonzalez wrote to me on August 7, 2018.

4  Have you seen this before?

5  A.   I've seen it in this trial.

6  Q.   Okay.  Emilio Gonzalez, there's been testimony was the

7  city manager at the time, right?  He writes as the city

8  manager?

9  A.   Yes.

10 Q.   I always understood the purpose of these tours to be

11 purely informational.  At no time did Commissioner Carollo ever

12 order, instruct, direct or otherwise ask me to perform any

13 action that I could construe as a violation of the city

14 charter.  In fact, Commissioner Carollo was very careful in his

15 observations as to not give the appearance in word or deed that

16 he was overstepping his authority or responsibility as a city

17 commissioner.  That's what Manager Gonzalez wrote?

18            MS. CAPRIO:  Objection.  Lack of personal knowledge.

19            THE COURT:  Sustained.

20            MS. CAPRIO:  Improper impeachment.

21 **BY MR. KUEHNE:**

22 Q.   Did I read that correctly?

23            MS. CAPRIO:  Objection, Your Honor.

24            THE COURT:  Overruled.  He asked if he read it.

25            THE WITNESS:  What's the question?

1    **BY MR. KUEHNE:**

2    Q.    Did I read those words correctly from this Defense

3    Exhibit?

4    A.    If you read the letter, I assume it's correct, what you

5    read.

6    Q.    Now, you appeared at the February 14, 2019 City Commission

7    meeting.  You described what caused you to appear there.

8    Plainly from the PX 121A transcript that you read, you were

9    upset?

10   A.    Very.

11   Q.    And you used that as a public opportunity in the time

12   allotted to you by Chair Russell to express your views of what

13   was going on, is that right?

14   A.    I was denied being notified of that public meeting and

15   having a right to defend myself as Mr. Carollo laid out a

16   multiple hour campaign against our properties and our

17   businesses.

18   Q.    So you don't get access to the Internet and the City of

19   Miami publishing in advance of every City Commission meeting?

20   A.    Sir, all the city meetings are published but Mr. Carollo

21   wanted to talk about this subject for eight months.  I had

22   shown up at two meetings where he had not discussed it.

23         And then finally on Valentine's Day, he decides to discuss

24   it without giving us the proper ability to go in and to discuss

25   any of the matters he was going to bring up.

```
 1   Q.   And that is, of course, a requirement as you understand it
 2   of the City of Miami Charter and Code?
 3             MS. CAPRIO:  Objection.  Calls for a legal
 4   foundation.  Calls for a legal conclusion.
 5             THE COURT:  Sustained.  One minute remaining,
 6   counsel.
```

**BY MR. KUEHNE:**

```
 8   Q.   So, Commissioner Carollo -- you heard Commissioner Carollo
 9   say on the podium at that meeting:  Now Mr. Manager, I've been
10   trying to get information.  I don't care who likes me, don't
11   care, don't like me, supported me, don't support me, what I
12   care is for people to follow our Code and building laws.  Not
13   to be pounding their chest --
14             MS. CAPRIO:  Objection.  Lacks foundation.
15             THE COURT:  Overruled.
```

**BY MR. KUEHNE:**

```
17   Q.   And bragging how they owned Little Havana.  They own
18   Miami.  And when I also have individuals that have come to me
19   and given me information at meetings that they were present in
20   and what they were told, that's a great concern to me.
21        That's what, among other things, Commissioner Carollo said
22   in the public meeting February 14, 2019, part of Plaintiffs'
23   Exhibit 121, right?
24             MS. CAPRIO:  Objection.  Hearsay.
25             THE COURT:  Overruled.
```

 1              THE WITNESS:  A lot of things were said.  What was

 2   not said is there's 1,700 commercial properties in this

 3   district.  There were only nine or ten properties of which

 4   90 percent were ours.

 5              MR. KUEHNE:  And Defense Exhibit 670 --

 6              THE COURT:  Your time is up, Mr. Kuehne.

 7              MR. KUEHNE:  Your Honor, I think I just have two

 8   more.  I'll try to make it two more questions.

 9              THE COURT:  I will permit that.  Thank you.

10              MS. CAPRIO:  No objection to Defendant's 670.

11              MR. KUEHNE:  Let put up Defendant's Exhibit 670 on

12   the screen.

13   **BY MR. KUEHNE:**

14   Q.   Can you see this?

15   A.   Yes.

16   Q.   It's an I-Build Miami printout with an address of 521 SW

17   8th Street?

18   A.   Okay.

19   Q.   That's one of the properties that you consider your

20   properties?

21   A.   Yes.

22   Q.   Let's take a look at the third entry.  You see March 5,

23   2018 at 10:24 submitted, paid up front fees?

24   A.   Okay.

25   Q.   Do you see that?

1    A.    Mm-hmm.

2    Q.    Now, let's look at 29 minutes later.  29 minutes later,

3    March 5, 2018 at 10:51.  Active, plan approved.  Do you see

4    that?

5    A.    Okay.

6    Q.    That's reflected on this document, isn't it, 670?

7    A.    That's what it says.

8    Q.    Plan approved in 29 minutes from submittal on March 5,

9    2018?

10              MS. CAPRIO:  Objection.  Counsel is testifying.

11              THE COURT:  The objection is sustained.

12              THE WITNESS:  I'm sure this made Mr. Carollo very

13   upset.

14              THE COURT:  The objection is sustained, Mr. Fuller.

15   Do not speak after an objection is sustained.

16              MR. KUEHNE:  Your Honor, may we go sidebar just for a

17   brief --

18                        (At the bench.)

19              MR. KUEHNE:  I'm going to request slightly a bit more

20   time.  I've tried to slim down.  I had planned this for less

21   time than the plaintiffs used.  I haven't checked the

22   timeframe, but I believe I'm way under the time the plaintiffs

23   used.  I'm trying to get through the topics --

24              THE COURT:  Sir, I keep accurate time, start and

25   finish here as to both sides.  And, in fact, I'm giving you

1   more time by allowing you to ask further questions.  I will

2   give you an additional 15 minutes as well to move forward with

3   your case.

4         I have given everyone the same.  In fact, the

5   plaintiffs asked for four hours yesterday, which I said

6   absolutely not.  This is unreasonable, and, of course, I can't

7   control the manner of direct examination and cross-examination.

8         You asked questions where they are objected to.  It

9   was cumulative.  I don't tell you how to try your case.  You

10  decide to explore areas that is repetitive, that's your

11  decision.

12        Right now, I'm going to give you an additional 15

13  minutes which is more than reasonable to do what needs to be

14  done.  So, therefore, you can proceed accordingly, all right?

15  Anything else?

16        MS. CAPRIO:  Thank you, Your Honor.

17        MR. KUEHNE:  I want to point out this is a plaintiff,

18  a critical witness.

19        THE COURT:  I understand.

20        MR. KUEHNE:  Who, in my view, I've had to ask the

21  Court to instruct numerous times to answer the question.  Your

22  Honor allowed Commissioner Carollo to testify far longer on

23  their examination than this plaintiff.

24        I believe that I should have more time.  15 minutes is

25  not adequate.  It takes so much longer for this witness to

```
1    answer questions purposely because he gives speeches and I have
2    to stop him --
3              THE COURT:  Mr. Kuehne --
4              MR. KUEHNE:  -- and ask the Court for instructions.
5              THE COURT:  Sorry, Mr. Kuehne.  First of all, the
6    questions you asked of this witness have been argumentative,
7    sarcastic.  Let's start from there.  This Court has given you
8    meaningful time to ask questions.
9              And, therefore, we have to keep moving with this trial
10   accordingly.  We are losing jurors for vacation and everything
11   else based on your schedule, you all told this Court here, and
12   I have given you a reasonable amount on time.
13             Your time to cross-examine is not unlimited.  The mere
14   fact Joe Carollo testified seven hours, you asked extensive
15   questions on direct with respect to that, as well.  Again, you
16   asked a number of questions repetitively over and over, and
17   over multiple objections.  He may not agree with you.  That's
18   his decision.  That's his decision.  But not --
19             MR. KUEHNE:  I would ask for 30 minutes.
20             THE COURT:  All right.  Listen --
21             MR. KUEHNE:  I will do my best to finish within the
22   30 minutes.
23             THE COURT:  I'll give you the 30 minutes and
24   absolutely nothing further than that, sir.  This is more than
25   enough on cross-examination.  You've chosen to ask questions
```

 1   that were cumulative, repetitive and argumentative throughout

 2   this process, and now you're asking for additional time which

 3   the Court needs to take control of and make sure that is done

 4   in a reasonable time, not to harass or delay this trial any

 5   further.

 6           I'm going to allow exactly 30 minutes, which is

 7   beyond.  I'm keeping time.  They asked for four hours, I said

 8   absolutely not.

 9           MR. KUEHNE:  I believe you're keeping time.  I think

10   that's unfair, telling me I have only 30 minutes.  Obviously,

11   you can --

12           THE COURT:  I'm giving you what you asked for, sir.

13           MS. CAPRIO:  Thank you, sir.

14           MR. KUEHNE:  Could I just have five minutes to get my

15   papers together so I can make this work in 30 minutes?

16           THE COURT:  Go ahead, sir.

17                        (In open court.)

18           THE COURT:  The Court will permit an additional 30

19   minutes as requested.  You may proceed, Mr. Kuehne.

20           MR. KUEHNE:  Yes, Judge.  Could we get that last

21   exhibit back up on the screen?  That's up on the screen, Your

22   Honor, without objection.  I move that into evidence.

23           THE COURT:  It's admitted.

24           (Defendant's Exhibit 670 Received.)

25

**BY MR. KUEHNE:**

Q.   Now, at the February 14th Commission meeting, February 14,
2019, and this is part of Plaintiffs' Exhibit 121, a transcript
of the City Commission meeting.  You state to the City
Commission at this public meeting, I'm going to read your
testimony and ask if this is what you said.  Line two --

          MS. CAPRIO:  Objection.  Improper impeachment.

          THE COURT:  Overruled.

**BY MR. KUEHNE:**

Q.   You know that you have been targeting my business.
Everybody in the city knows you've been targeting my business.
You and this gentleman, Frank Pichel, were caught hiding in the
bushes behind Ball & Chain and inciting my neighbors.  And,
gentlemen, I know each and every one of you.  Please do not
make this decision to shut down this business.  Allow the due
process to work itself out.

     That was part of your presentation, right?

A.   Yes.

Q.   And by each and every one, you're talking about those
commissioners on the dais.  We can take down DX 670.  And then
you say:  It is impossible in the City of Miami to pull an
electric service permit in one day.  That is improbable.  That
requires heavy lifting permits, architecture fees and all of
that.  He's somehow suggesting that when he targeted me,
because I have evidence, and because let me remind everybody

1    here there is a federal case ongoing, and then you continue.

2         And that's PX 121A.  You actually saw a permit issued in

3    29 minutes, didn't you?

4    A.   Yes, but you're omitting everything I said there.  What

5    about the architect fee?  What about the plans?  How long does

6    that take?  You don't have them there, do you?

7    Q.   So a 29 minute permit is impossible except for people

8    who --

9              MS. CAPRIO:  Objection.

10             THE COURT:  What's the objection?

11             MS. CAPRIO:  He's testifying.  Argumentative.

12             THE COURT:  Sustained.

13   **BY MR. KUEHNE:**

14   Q.   You said that requires heavy lifting, permits,

15   architecture fees and all of that, right?

16             MS. CAPRIO:  Objection.  Asked and answered.

17             THE WITNESS:  Sir, let's review the plans.

18             THE COURT:  Overruled.  He can answer.

19             THE WITNESS:  Let's review the plans.  I'm happy to

20   walk through them with you.  It's not possible to do that in 29

21   minutes.

22   **BY MR. KUEHNE:**

23   Q.   Now, it --

24             THE WITNESS:  I'm sure they're not available for the

25   jury today.

 1              MR. KUEHNE:  Objection.  The witness keeps giving his

 2   storytelling.

 3              THE COURT:  Mr. Fuller, if there's no question

 4   pending, do not make any statements, sir.

 5              THE WITNESS:  Yes, sir.

 6              MR. KUEHNE:  So let me pull up on the screen -- let's

 7   start again just with Plaintiffs' Exhibit 35.  No, we did that

 8   already, Your Honor.  No, forget that.

 9              DX 706.  Defense Exhibit 706.  Defense Exhibit 706.

10              MS. CAPRIO:  Establish the foundation.

11   **BY MR. KUEHNE:**

12   Q.   You're familiar with an operation Dry Hour program in the

13   City of Miami?

14   A.   Yes, I'm aware of what that is.

15   Q.   And it's a joint preplanned activity between the City of

16   Miami, various departments of the City of Miami and the Florida

17   Division of Alcoholic Beverages and Tobacco?

18   A.   Yes.

19   Q.   And it's an operation that is planned in advance with

20   locations identified to be inspected by this multi department

21   agency task force, right?

22              MS. CAPRIO:  Objection.  Lack of personal knowledge.

23              THE COURT:  Sustained.

24   **BY MR. KUEHNE:**

25   Q.   If you know.  Do you know that?

```
 1              MS. CAPRIO:  Objection.  Lack of personal knowledge.
 2              THE WITNESS:  I don't know all the details.
 3              THE COURT:  I'm sustaining the objection.  Next
 4    question.
 5    BY MR. KUEHNE:
 6    Q.   And you're aware --
 7              MR. KUEHNE:  Plaintiffs' Exhibit 258, let's put that
 8    up.
 9              MS. CAPRIO:  Objection, Your Honor.  This document,
10    it's a city document.
11              THE COURT:  I don't see an exhibit up.
12              MS. CAPRIO:  Lack of personal knowledge.  Lack of
13    foundation.
14              MR. KUEHNE:  It's not in yet.
15              MS. CAPRIO:  It's in evidence.
16              THE COURT:  What is it?
17              MR. KUEHNE:  Exhibit 258 is in evidence, Judge.
18              THE COURT:  Ask the question.
19    BY MR. KUEHNE:
20    Q.   Let's go to page 5.  First, let's look at this.  This is
21    a -- it's in evidence, October 5, 2021, from Art Noriega to J.
22    Colina at jcolinagroup.com, and it's a transmittal from Melissa
23    Fernandez Steers, Chief of Staff to the city manager to a
24    number of city officials including the commissioners.
25    Do you see that up at the top?
```

```
 1    A.   I do.  I don't recognize this document.

 2              MS. CAPRIO:  Objection.  Lack of personal knowledge.

 3              MR. KUEHNE:  It's in evidence.

 4    BY MR. KUEHNE:

 5    Q.   Let's go to page 2.

 6              MS. CAPRIO:  Objection.  Improper impeachment.  Lack

 7    of personal knowledge.

 8              THE COURT:  Sustained.

 9              MR. KUEHNE:  Your Honor, I'd like to publish portions

10    of this to the jury.

11              THE COURT:  You may publish.

12    BY MR. KUEHNE:

13    Q.   So page 2, you see that it's October 4, 2021, right?

14    Do you see that?

15    A.   Yes.

16    Q.   And it's got the name Art Acevedo, Chief of Police, to Art

17    Noriega?

18    A.   Okay.

19    Q.   And so let me move to page 5 and ask you to read along

20    with me.

21              MS. CAPRIO:  Objection, Your Honor.  The witness has

22    testified he has no personal knowledge of this document.

23              THE COURT:  Sustained.  Let's move to another next

24    question.

25              MR. KUEHNE:  May I publish this?
```

```
 1                THE COURT:  If it's in evidence, you may publish to

 2    the jury.

 3                MR. KUEHNE:  Operation Dry Hour.

 4                THE COURT:  Sustained.  Next question.

 5                MR. KUEHNE:  May I publish the first paragraph to the

 6    jury?

 7                THE COURT:  You may publish, sir.

 8    BY MR. KUEHNE:

 9    Q.   Allow me to publish.  The first paragraph, Operation Dry

10    Hour.  A comprehensive multidisciplinary task force that brings

11    together police officers with members of the --

12                MS. CAPRIO:  Same objection.

13                THE COURT:  Sustained.  Next question.

14    BY MR. KUEHNE:

15    Q.   So that's page 5 of Plaintiffs' Exhibit 258.  When the

16    police and Code came to your establishment, do you remember

17    those videos you showed including one with a meeting, or that

18    you were shown including one with a meeting of officials in one

19    of your rooms?  Maybe a conference room?

20                MS. CAPRIO:  Objection.  Vague.

21                THE WITNESS:  What are we talking about?  Which

22    venue?

23                THE COURT:  Overruled.  He can answer if he knows.

24                THE WITNESS:  I'm sorry, Your Honor.  I don't know

25    which venue.
```

 1          THE COURT:  Rephrase your question, Mr. Kuehne.
 2          MR. KUEHNE:  Let me just find the exhibit.
 3  BY MR. KUEHNE:
 4  Q.   Let's go to Plaintiffs' Exhibit 402 shown to you during
 5  your examination.  Plaintiffs' Exhibit 402.  Certified letter,
 6  October 22, 2020.  You identified this as a suspension letter,
 7  suspension of Certificate of Occupancy.  Do you see that?
 8  A.   Yes.
 9  Q.   And you identified Asael Ace Marrero, the Building
10  Director on the top left?
11  A.   Yes, and Maurice Pons as the Building official.
12  Q.   Maurice Pons is the Building official?
13  A.   And Art Noriega is the city manager.
14  Q.   Maurice Pons' brother worked for you, didn't he?
15          MS. CAPRIO:  Objection.  Relevance.
16          THE WITNESS:  Sir --
17          THE COURT:  Overruled.
18          THE WITNESS:  Maurice Pons' brother is a partner in a
19  contracting company that has done work for our companies.
20  BY MR. KUEHNE:
21  Q.   And what's his name?
22  A.   Mario Pons.
23  Q.   Mario Pons.  And I think in Plaintiffs' Exhibit 402 is the
24  notice of suspension of the CO, Certificate of Occupancy for
25  Ball & Chain, right?

1    A.    Yes.

2    Q.    And by the way, you see in the first paragraph, although

3    not part of Plaintiffs' Exhibit 402, it references a copy of

4    the audit is attached to this letter of suspension for further

5    detail.  Do you see that?

6    A.    Yes.

7    Q.    And you got a copy of whatever it was that the Building

8    official -- I'm sorry, the Building official was referring to?

9    A.    Do you mind bringing up the audit here so I can verify its

10   authenticity?  I don't know what you're talking about.

11   Q.    This is the exhibit that plaintiffs introduced into

12   evidence.  The audit is attached to this -- let's try it again.

13         This letter, Plaintiffs' Exhibit 402, is what the

14   plaintiffs introduced into evidence during your examination and

15   I'm asking you about this document that your lawyers presented

16   to you and was admitted into evidence without objection.

17   A.    Okay, I'm sorry.  I thought you said to the attached

18   audit.  I apologize.

19   Q.    Let me make sure that you understand the question.  The

20   letter refers to -- I'm going to quote the last sentence:  A

21   copy of the audit is attached to this letter of suspension for

22   further detail.

23   A.    Yes, that's what I was asking for.

24   Q.    Did you get a copy of that audit when you got this letter?

25   A.    No, I did not.

1   Q.   So --

2   A.   The audit wasn't prepared till after, but it was also

3   baked.

4   Q.   The audit was baked?  Is that your word?

5   A.   Yes, yes, it was.  This was a false closure and the audit

6   was not actually done till about a month later.

7   Q.   So Maurice Pons, the Building official baked a suspension

8   attaching a copy of the audit and it was baked?

9          MS. CAPRIO:  Objection.  Asked and answered.

10  Argumentative.

11         THE COURT:  Sustained.

12  **BY MR. KUEHNE:**

13  Q.   Maurice Pons, he was appointed by the city manager, wasn't

14  he?

15         MS. CAPRIO:  Objection.

16         THE COURT:  Sustained.  The objection is sustained.

17  **BY MR. KUEHNE:**

18  Q.   Let's go to Plaintiffs' Exhibit 522.  Plaintiffs' Exhibit

19  522 is in evidence.  You asked what meeting I was asking about

20  so you were shown this video and I'll just show a little clip

21  so you can get into which document which item I'm talking

22  about.

23                    (Video played.)

24  **BY MR. KUEHNE:**

25  Q.   This is at your establishment?

1    A.    Yes.

2    Q.    Ball & Chain, and these are city officials?

3    A.    This is a Fire Department inspection team.

4    Q.    City officials, City of Miami?

5    A.    Yes.

6    Q.    And it's obviously during COVID because they're wearing

7    masks.  And this was not one of those raids that you've

8    described, is it?

9    A.    No, this is not a raid.  The purpose of this video was to

10   articulate that we're treated differently than everyone else.

11   Q.    The video is captured by you or somebody on your behalf?

12   A.    As per policy.

13   Q.    And the city officials attending know that you're

14   videotaping that?

15   A.    Yes, it's in plain sight.

16   Q.    And they have no objection to you recording this?

17   A.    No objection?

18   Q.    They voice no objection to you recording this?

19   A.    Not that I'm aware of anybody placing an objection.

20   Q.    And this video reflects the entire meeting with these

21   officials?

22   A.    The entire meeting?

23   Q.    Yes.

24   A.    No.

25   Q.    Well, this is just an excerpt of the meeting?

1    A.    I'm sure we have the entire.  We have hundreds and

2    hundreds of videos with our interaction with the city.

3    Q.    Mr. Fuller --

4    A.    Are you looking for the complete video?

5    Q.    Mr. Fuller, this excerpt -- this videotape that you're

6    lawyers introduced into evidence, is that a videotape of the

7    complete meeting with these City of Miami officials?

8              MS. CAPRIO:  Objection.  Asked and answered.

9              THE COURT:  Sustained.

10             MR. KUEHNE:  Let's move then to Plaintiffs'

11   Exhibit 205.  And this is in evidence, is it?

12             MS. CAPRIO:  Objection.  Lack of personal knowledge.

13             THE COURT:  I haven't seen any exhibit.

14             MS. CAPRIO:  Not in evidence.

15   **BY MR. KUEHNE:**

16   Q.    Do you see Plaintiffs' Exhibit 205 on your screen,

17   Mr. Fuller?

18   A.    I do.

19   Q.    Have you seen this document before?

20   A.    I don't recall.

21   Q.    Let's go through the second page and third page.  Do you

22   know this to be a City of Miami email trail?

23   A.    I don't know this document.  I've never seen it before.

24   Q.    Let's look at the first page.  Do you see that it's to and

25   from with miamigov.com?

1          MS. CAPRIO:  Objection.  Asked and answered.  The

2   witness has no knowledge of this document.

3          THE COURT:  Sustained.

4   **BY MR. KUEHNE:**

5   Q.   You mentioned the name of Orlando Diez in your

6   examination.

7   A.   Yes.

8   Q.   Do you know who he is?

9   A.   Yes.

10  Q.   And you know him to be a City of Miami official, or at

11  least has been a City of Miami official?

12  A.   He has.

13  Q.   And how do you meet him?

14  A.   He called me on the night of the Tower Hotel Christmas

15  party and he introduced himself to me.

16  Q.   Did you ever meet him in person?

17  A.   Yes.

18  Q.   When?

19  A.   A few days later at El Casito in Calle Ocho near Ball &

20  Chain.

21  Q.   Near the Ball & Chain?

22  A.   It's a restaurant in front of the Ball & Chain.  It's

23  called El Casito.  It's no longer there.

24  Q.   How many times did you see him?

25  A.   Just once.

```
1    Q.    How about speak with him?

2    A.    I spoke with him several times in that era.

3    Q.    In relation to the holiday party, December of 2017, a few

4    times around that time, like those months?

5    A.    I spoke to him that night, and I spoke to him after and

6    then I think I communicated with him -- he called me to let me

7    know about the Uriarte ride-along, and then he spoke to me I

8    think on another occasion we spoke.

9    Q.    Okay.  But all in that general timeframe?

10   A.    Yes.

11   Q.    Now you were asked some questions on your examination,

12   direct examination about your complaint to the Commission on

13   Ethics in March of 2018 against Commissioner Carollo.

14   A.    Yes.

15   Q.    And you included some others in the complaint as well,

16   didn't you?

17   A.    Yes.

18   Q.    And it's -- the complaint is in evidence.  But you

19   included Joe Carollo, Defense Exhibit 126.  It's in evidence.

20   If you need to look at it, I can put it on the screen.

21   A.    That's fine.

22   Q.    The issue should be simple enough for you.

23   A.    That's fine.  You can put it on the screen.

24   Q.    You included assistant city manager Alberto Parjus?

25   A.    Yes.
```

```
 1    Q.    Mary Lugo, union employee?

 2    A.    Yes.

 3    Q.    And as far as you understand, you withdrew the entire

 4    complaint against everybody and the Commission on Ethics

 5    dismissed it and that was in August of 2018?

 6    A.    Yes.

 7    Q.    During that time, March, when you filed the complaint, and

 8    August, you know that Commissioner Carollo contested your

 9    allegations?

10    A.    Yes.

11    Q.    Submitted responses that opposed your claims made?

12    A.    I don't recall the responses but I know he contested them.

13    Q.    Let me just make that -- try to clarify.

14          Your complaint was in writing.  It's in evidence, Defense

15    Exhibit 126, right?

16    A.    Yes.

17    Q.    And Commissioner Carollo, through his representatives,

18    filed a written response to your complaint, right?  You

19    understand that?

20    A.    I assume that's what you do.  I don't know.  I don't know

21    how that works.

22    Q.    And then when you sought to withdraw the complaint, you

23    know that Commissioner Carollo, through his representatives,

24    opposed the withdrawal and asked that it be dismissed?

25                MS. CAPRIO:  Objection.  Assumes facts not in
```

```
 1   evidence.

 2              THE WITNESS:  I don't know anything about that.

 3              THE COURT:  Wait.  The objection is sustained.

 4   BY MR. KUEHNE:

 5   Q.   Did you attend the meeting of the Commission on Ethics in

 6   August when they dismissed your complaint?

 7   A.   I don't think so.

 8   Q.   Okay.  Now the complaint -- you might have gone over this

 9   before but you filed the complaint, the name Bill Fuller, care

10   of the Barlington Group, right?

11   A.   Yes.

12   Q.   And you signed it as complainant for Bill Fuller, care of

13   the Barlington Group?

14   A.   Yes.

15   Q.   Fair to say that Martin Pinilla didn't sign the complaint?

16   A.   He's part of the Barlington Group and I was signing on

17   behalf of the Barlington Group.

18   Q.   Signing on behalf of the Barlington Group.  In your

19   complaint -- if you need to look at it, go right ahead.  I'll

20   bring it up.  You don't say that Joe Carollo violated your

21   First Amendment rights, do you?

22   A.   This wasn't about that.

23   Q.   So the answer is no, you don't.  I don't say that --

24   A.   This lawsuit is for my First Amendment rights.

25   Q.   I understand you want to say something else.  Let me try
```

```
 1   to focus on the question before you.

 2        It's accurate that your Miami-Dade Commission on Ethics

 3   complaint does not assert that Joe Carollo violated your First

 4   Amendment rights?

 5             MS. CAPRIO:  Objection.  Asked and answered.

 6             THE WITNESS:  My understanding --

 7             THE COURT:  Wait.  I'm going to overrule the

 8   objection.  He can answer the question.

 9             THE WITNESS:  My understanding is that --

10             MR. KUEHNE:  Your Honor, it's a yes or no.

11             THE COURT:  He can answer the question.

12             THE WITNESS:  My understanding is that the rights of

13   the United States citizens are governed by the federal court

14   system.  That is why we are here.

15   BY MR. KUEHNE:

16   Q.   Now, you were shown, I believe something that we referred

17   to as the Raul Martinez radio transcript.  Do you remember

18   that?  English and Spanish?

19   A.   If you can refresh my memory, please.

20   Q.   Sure.

21             MR. KUEHNE:  Let's put up on the screen Defendant's

22   Exhibit 22.  I'm sorry, I made a mistake.   305.  Plaintiffs'

23   Exhibit 305, the Raul Martinez radio interview.  I think it's

24   the eighth page in there.  It is 4289.  4291.

25
```

**BY MR. KUEHNE:**

Q.   So this -- so you see on the screen Plaintiffs' Exhibit

305.  It's the eleventh page in but down at the bottom, it says

4291.  You see those little numbers, 4291?

A.   Yes.

Q.   So that will keep track so the first box is the questioner

who is the radio host, Raul Martinez, right?  We can go to the

page ahead if you want to see the boxes.  Questioner is Raul

Martinez.  You agree that that first box is the top box?  Is

the person asking the question?

A.   It looks like each individual row is separated by the

person speaking.  Is that what you mean?

Q.   That's what I mean.  The box, you see the top row, there's

a Spanish and English box?

A.   Okay, yeah.

Q.   And Raul Martinez is that box, so he's the radio host?

A.   I think we're on the same page.

Q.   All right.

A.   Yeah.

Q.   So at the bottom, Raul Martinez he says question:  What is

it that you've seen in the four or five months that you've been

there that the people of Miami, the citizens of Miami should

know to be able to evaluate the elected officials or the people

who work in the -- in the City of Miami.  And then Joe

Carollo --

1   A.   I'm sorry, Mr. Kuehne, are we on the page that you're

2   reading from?

3   Q.   Yes, we are.

4   A.   It's on the top paragraph on the right?

5   Q.   The top paragraph, the last sentence.  I just read it.

6   A.   Yes, I see it.

7   Q.   I was just reading that.  And then the response from Joe

8   Carollo in Spanish, but it's translated into English, says the

9   following.  I'm just going to read it to you.  I, look, uh,

10  well, I'm going to start with the Code Department, Zoning,

11  Building, uh, the things that I have seen with my own eyes,

12  that I have taken to the administrator to walk with me and see

13  them, I took the new mayor himself to see, I took the new head

14  of Code to see, and I continue to see the same things.  But on

15  the contrary, uh, what I'm hearing are other things, it's

16  clearly, uh, alarming to me, look, we see here that there's

17  been a total abandonment in enforcing code regulations.  I'm

18  not talking about, Raul, the blank, that exists.  We are

19  talking about the big and serious things especially when it

20  comes to large groups that are trying to buy the entire

21  historical part of Little Havana to control and split it into

22  something very different from what it is today, uh, they want

23  to de-Cubanize it, they want to de-Latinize it, that is I'm

24  talking not only about getting Cubans out of here, but

25  everything that is Hispanic, uh, with the exception of a small

```
 1   group of well connected Venezuelans who they're allowing --
 2   then allowing to open something in their spaces -- places.
 3        Then continuing to the next page, who have companies in
 4   all kinds of companies from Panama or one whose father was a
 5   former Venezuelan ambassador to Cuba, that's what I've been
 6   finding here because of all this -- and then it stops.  The
 7   recording ends.  Do you see that I read that correctly?
 8   A.   Okay.
 9   Q.   And you understand that was in Spanish?
10   A.   Yes.
11   Q.   And those are the words used by Commissioner Carollo?
12   A.   Mm-hmm.
13   Q.   Your name is not in there?
14   A.   No, my name was not there.
15   Q.   Alfie Leon's name is not in there?
16   A.   No.
17   Q.   And --
18   A.   But he's speaking about us.
19   Q.   Let me try this again.  You were not there, right?
20   A.   No, but that's why we have a transcript.
21   Q.   You didn't hear it live, right?
22   A.   That's why we have transcript.
23   Q.   So you heard the recording that is transcribed and the
24   actual words said are what is reflected in this transcript.
25   The words said are reflected in this transcript --
```

```
 1  A.    Yes.

 2  Q.    -- correct?

 3  A.    They are.

 4  Q.    Now, there's another transcript, Defense Exhibit 22.

 5  That's an interview that includes you, Bill Fuller, Mr. Raul

 6  Martinez and Mr. Rolando Acha, September 10, 2018.

 7       Do you remember having an interview with Raul Martinez on

 8  that date?

 9  A.    It's possible.  I've had several over the years.

10            MR. KUEHNE:  Let's pull up Defense Exhibit 22.  So we

11  have that and let's go to -- up at the top, it's page 9 of 39.

12            MS. CAPRIO:  No objection.

13            MR. KUEHNE:  DX 22, page 9 of -- I'm sorry, 9 of 39

14  is what I'd like you take a look at and publish to the jury.

15            THE COURT:  If it's not objected to, you may publish

16  it.

17  BY MR. KUEHNE:

18  Q.    So we have this and again, if this is too small for you, I

19  can make it up.  Up at the top, Rolando Acha, he's one of the

20  radio commentators, radio hosts?

21  A.    Acha I think is part of Mr. Martinez's, like, programming.

22  Q.    Group.  Right.  He's part of the radio station?

23  A.    Yes.

24  Q.    And you are Bill Fuller, you see your name?

25  A.    Yes.
```

 1   Q.   Mr. Acha says and I'm going to read it:  The question is

 2   this.  And going back to the animosity that may have originated

 3   between you, Mr. Bill Fuller and Joe Carollo, could it be

 4   because you supported Alfie Leon who was his opponent, the one

 5   who was right at the end of the ballot?  Because from then on,

 6   starting with some statements made in the newspapers, this

 7   persecution against you started, following you to the valet

 8   parking area, later I believe that there was a party on

 9   December 15, a Christmas party.  Bill Fuller says yes.

10        The commentator, which he also wanted to ruin the

11   Christmas party for you, and there was a confrontation saying

12   he was the law.  This started since then.  Do you believe or

13   do you suppose or are you not totally sure?

14        And your response:  I -- the truth is in reference to

15   that, some people say that it was for that political reason but

16   no, (unintelligible) the people themselves don't know,

17   (overlapping voices.)

18        Rolando Acha:  Did you support Alfie Leon or not?

19        Bill Fuller:  I support Joe Carollo.  I support Tomas

20   Regulado and I support Alfie Leon.  The three,

21   (unintelligible.)

22        Then Raul Martinez says:  Tomas Regulado, Junior.  You say

23   yes.  And then:  You provided support to them financially?

24        Bill Fuller, exactly.

25        I'm sorry, we have to look at the next page.  Right there.

```
 1   Exactly.  That's that portion of the transcript?
 2   A.   Yes.
 3   Q.   The English version of it?
 4   A.   Yes.
 5   Q.   Now, what you did in supporting these candidates
 6   financially, you gave a thousand dollars to the Joe Carollo
 7   campaign?
 8   A.   Roughly.
 9   Q.   And that's the maximum that you're allowed to give, a
10   thousand dollars?
11          MS. CAPRIO:  Objection.  Calls for a legal
12   conclusion.
13          THE COURT:  Sustained.
14          THE WITNESS:  That's the maximum?  I'm sorry.
15          MR. KUEHNE:  You don't have to answer the question.
16   BY MR. KUEHNE:
17   Q.   For Alfie Leon, your testimony was that you worked behind
18   the scenes, right?
19   A.   In addition to giving him money.
20   Q.   You gave him the same financial contribution that you gave
21   Joe Carollo's campaign?
22   A.   No, I gave more.
23   Q.   You gave more.  All reported on his -- strike that.  You
24   then did commercials, you showed a commercial through I think
25   Jenny Lee Molina?
```

1    A.    Commercials?  I showed commercials?

2    Q.    Didn't you look at a commercial?

3    A.    Yes, the one that we produced.

4    Q.    Right.  That you produced.

5    A.    Okay, yeah.

6    Q.    So you produced that?

7    A.    Mm-hmm.

8    Q.    And you said that you -- if it's correct, you funded the

9    rallies?

10          MS. CAPRIO:  Objection.  Mischaracterizes the

11   testimony.

12          THE COURT:  Sustained.

13   **BY MR. KUEHNE:**

14   Q.    The rally poster --

15          MS. CAPRIO:  Can we take this down, please?

16          MR. KUEHNE:  Sure.

17   **BY MR. KUEHNE:**

18   Q.    The rally poster says independent expenditure by Jenny Lee

19   Molina, right?

20   A.    I think it does.

21   Q.    And your testimony was that you, through your companies,

22   assisted Jenny Lee Molina with that project?

23          MS. CAPRIO:  Objection.  Mischaracterizes the

24   testimony.

25          THE COURT:  Sustained.

**BY MR. KUEHNE:**

Q.   Now, you testified under oath on March 2, 2023 --

          MS. CAPRIO:  Objection.  Improper impeachment.

          THE COURT:  Overruled.  He hasn't been asked a

question.

**BY MR. KUEHNE:**

Q.   On page 485.  Is it your position -- this is a question.

Is it your position that -- is it the plaintiffs' position that

the Notice of Violation for the unpermitted H.V.A.C. work was

somehow improper targeting?

     Answer:  I would say --

          MS. CAPRIO:  Objection.  Improper impeachment.

          THE COURT:  Sustained.

          MR. KUEHNE:  Your Honor, I'd like to publish this as

an admission by a party.

          MS. CAPRIO:  Your Honor, I note the time of

cross-examination is expired.

          THE COURT:  I understand that.  I have allowed now

way more than enough time beyond that.  You may continue.  I'm

aware of that.  I already know.

**BY MR. KUEHNE:**

Q.   So answer:  I would say --

          MS. CAPRIO:  Objection.  Improper impeachment.

          MR. KUEHNE:  Your Honor, I'm not offering it for that

purpose.  I'm offering it as a statement by a party opponent.

```
 1              THE COURT:  You can ask him the question.  You can

 2   read it, sir.  It's a deposition?  It's a deposition, correct?

 3              MR. KUEHNE:  It is, Judge.

 4              THE COURT:  Go ahead, Mr. Kuehne.

 5   BY MR. KUEHNE:

 6   Q.   I would say that if it wasn't done with a permit, it

 7   rightfully had the ability to be cited for work without a

 8   permit.  Your answer -- question and answer, right?

 9   A.   This is my question and answer?

10   Q.   I'm reading from your deposition.

11              MS. CAPRIO:  Can we please show him the deposition?

12              THE COURT:  You want to show him his deposition?

13              MR. KUEHNE:  Okay.  Do we have the deposition on

14   the -- just for witness, page 484.  Line starting at line 3.

15   It will come up for you to look at.

16              MS. CAPRIO:  Please allow him to read the page before

17   and after.

18              THE WITNESS:  Just pull it out a little bit.

19              MR. KUEHNE:  Your Honor, I'm publishing this because

20   it's the witness' statement.  He wants to see it I presume to

21   make sure that I read it accurately and that I'm going to go to

22   some other sections, but all I'm doing is publishing this

23   portion of the testimony.

24              THE WITNESS:  I've red Q and A from section one to

25   ten, lines one to ten.
```

1    **BY MR. KUEHNE:**

2    Q.   Okay.  Question:  So you agree that if there is a

3    violation in any of the plaintiff's properties for unpermitted

4    work, the city can cite that unpermitted work, correct?

5         Answer:  Yes, absolutely.  That was the question and

6    answer, your testimony, right?

7    A.   That's correct.

8    Q.   And then let's go to page 485, the next page.  Is it up on

9    the screen for you?

10   A.   Yes.

11   Q.   First question:  Okay.  So as long as there's an actual

12   violation of the code of either the City of Miami or the

13   Florida Building Code or Fire Code or any other applicable

14   code, you have no problem with the city citing any of the

15   plaintiffs in this case for that even if somebody at the city

16   doesn't like you, correct?

17        MS. CAPRIO:  There's an objection to form and I'll

18   note that is this a deposition of Mr. Fuller individually or is

19   this a corporate capacity, Mr. Kuehne?

20        MR. KUEHNE:  This is Mr. Fuller testifying.

21        MS. CAPRIO:  Individually or as a 30(B)(6)?

22        MR. KUEHNE:  Your Honor, using his words on March 2,

23   2023.

24        MS. CAPRIO:  May I see the front of the transcript,

25   please?

1          THE COURT:  Show her the front of the transcript,

2   Mr. Kuehne, please.

3          MR. KUEHNE:  Pardon?

4          THE COURT:  Show opposing the counsel the front of

5   the transcript, sir.

6          MR. KUEHNE:  Page 437 is the first.

7          MS. CAPRIO:  It's this is -- for the record, this is

8   a Continued Videotaped Deposition of William O. Fuller as

9   Corporate Representative 30(B)(6), not in his individual

10  capacity.  He's appearing as the corporate representative.

11         MR. KUEHNE:  Objection, Your Honor, to this speaking

12  legal argument.

13         MS. CAPRIO:  I'm reading the deposition that

14  Mr. Kuehne's citing from and reciting to the witness.

15         THE COURT:  All right.  The objection -- I'm going to

16  sustain the objection.  And make note of it, in his capacity as

17  a corporate representative.

18         Mr. Kuehne, ask your next question, sir.

19         MR. KUEHNE:  I didn't hear that, Judge.

20         THE COURT:  Ask your next question, sir.

21         MR. KUEHNE:  I was going to go to the next page.

22         MS. CAPRIO:  This is not his individual testimony,

23  Your Honor.  We object to this entire line of questioning.

24         THE COURT:  All right.  Sustained.

25         MR. KUEHNE:  Your Honor, it's a statement of the

1   witness.

2            THE COURT:  I just sustained the objection.

3   30(B)(6), sir.

4   **BY MR. KUEHNE:**

5   Q.  So let me is ask you and we'll put up on the screen so you

6   can see it, the deposition, Wednesday, December 22, 2022 of

7   William O. Fuller.

8            MS. CAPRIO:  May I please see the front of the

9   transcript?  Thank you.

10  **BY MR. KUEHNE:**

11  Q.  And ask you to go to -- we'll go to page 67, you can

12  follow along.

13           MR. PERTNOY:  Did we say the date of the deposition?

14           MR. KUEHNE:  December 22, 2022.

15  **BY MR. KUEHNE:**

16  Q.  Deposition of William Fuller.  I can't get it up on the

17  screen, so this is the first page right here and goes to this

18  page right here.  Just look at it.  I'm going to publish it.

19  A.  Okay.

20  Q.  So you testified with the following questions and answers.

21  Page 67, December 22, 2022.

22           So the law applies to you?

23           Answer:  Absolutely.

24           Right.  So then if the law applies to you, if you break

25  the law, the consequences would apply to you if it's proven

```
 1  that you broke the law, right?

 2       Answer:  Absolutely.

 3       Question:  Right, you're no different than anybody else in

 4  the City of Miami?

 5       Answer:  Correct.

 6       Your words?

 7  A.   That's correct.

 8  Q.   Now you --

 9            MR. KUEHNE:  Your Honor, one last area and I will be

10  finished.

11  BY MR. KUEHNE:

12  Q.   Do you know how many Compliance Agreements you, through

13  your companies, entered into with regard to the subject

14  properties?  Meaning the properties that you've described in

15  your testimony?

16  A.   Which properties are those?

17  Q.   Well, let's say Ball & Chain, Taquerias, Calle Ocho

18  Marketplace, Taquito.  Let's use those.

19  A.   I don't.

20  Q.   You would not be surprised to know that you entered into

21  nine Compliance Agreements with the city?

22  A.   I don't think that's an accurate number, but if you can

23  show me, I'd like to review them.  It's not on my screen.

24  Q.   It's not on the screen.

25  A.   Because it's not nine.
```

```
 1   Q.   Is that right?

 2   A.   Yes, please show.

 3   Q.   Let's take a look at Defense Exhibit 11.

 4   A.   Please.

 5   Q.   Defense Exhibit 24, then Defense Exhibit 80, then Defense

 6   Exhibit 78.  Then Defense Exhibit 57.  Defense Exhibit 85.

 7   Defense Exhibit 89, Defense Exhibit 90 and Defense Exhibit 111,

 8   page 5.

 9           MS. CAPRIO:  For the record, are those in evidence,

10   Mr. Kuehne?

11           MR. KUEHNE:  They're Defense Exhibits.  I'm going to

12   show them to the witness.

13           MS. CAPRIO:  I'm asking are they in evidence?

14           MR. KUEHNE:  Some of them are.  I think the first

15   five are in evidence, I think.  The other four I've not used

16   yet.

17           THE COURT:  All right.  We need to be in recess for

18   at least five minutes.  All right?  Again, do not discuss this

19   case with anyone.  We're going to give the jurors a break.

20           (Thereupon, the jury exited the courtroom.)

21           THE COURT:  Also, for the record, the time the Court

22   has afforded the defendant an opportunity as I mentioned was an

23   hour and three minutes.  The Court -- the defendant asked for

24   more time which the Court was going to give ten minutes more.

25   Then there was a request up to 30 minutes.  Now it has been a
```

1    total of an hour more from the time we started.  So I will give

2    an additional five minutes beyond, and that will be the end of

3    this cross-examination of this witness, as well.

4           MR. KUEHNE:  Understood, Judge.

5           THE COURT:  Okay.  Also, please look at the exhibits

6    that Mr. Kuehne intends to introduce.  If there's no objection,

7    once the jurors come back, we'll be wrapping up in exactly five

8    minutes and we'll start tomorrow at 9:00 a.m.

9           Are there any other matters that need to be taken up?

10   I think someone mentioned in terms of your -- if there's a

11   motion?

12          MS. CAPRIO:  The matter we raised this morning in

13   connection with you reserved on it, Your Honor.

14          THE COURT:  Okay.  All right.

15                    (At the bench.)

16          THE COURT:  Go ahead and state what you want to

17   state.

18          MS. CAPRIO:  Yes, Your Honor.  At the beginning of

19   the proceedings, plaintiffs raised the fact that Joe Carollo

20   had told a group of supporters that our client's testimony

21   which was stricken from the record was a call to arms.

22          This was reported by I think Ian Margold NBC10.  It

23   was also on a television report, a group of reporters, it was

24   not him.

25          This morning, we asked Your Honor for guidance as to

```
1    whether the Court would like a motion for sanctions and

2    contempt against Joe Carollo for willfully violating this

3    Court's order which you gave at calendar call and repeatedly

4    throughout these proceedings for speaking to the media about

5    this case and attempting to prejudice them against our clients.

6            We have a memo prepared that we can file under seal

7    and the relief that we're seeking is to prevent him from

8    testifying further in this proceeding.  He's testified for four

9    days, has had ample time.  We could seek a default.  There's

10   case law that supports that as a harsher sanction including

11   striking his prior testimony, but we seek a measured relief

12   here to prevent him from testifying again as a result of his

13   willful, brazen and conscious disregard of the integrity of

14   these proceedings.

15           THE COURT:  All right.  You can file your

16   documentation under seal that the defendants shall respond to

17   it, okay?

18           MS. CAPRIO:  Yes, Your Honor.

19           THE COURT:  All right.  That's it?

20           MS. SUAREZ:  I want to be clear with what we were

21   referring to was the directed verdict motion.  I think what we

22   were saying earlier was we want to leave it til the end so we

23   don't disrupt the trial for the jurors.

24           THE COURT:  Leave it til the end?

25           MS. SUAREZ:  Yes.
```

 1          MR. PERTNOY:  We can arrange the timing for the

 2    filing, maybe filing that in the next day or two so they have

 3    time to make a response to it.

 4          THE COURT:  Sure.

 5          MR. KUEHNE:  Judge, just so all the parties

 6    understand, I know we've had this discussion in doing that if

 7    the Court allows to reserve for that, we'd ask you to state on

 8    the record that no party is waiving anything by proceeding to

 9    the next phase of the case in order to promote efficiency of

10    this trial.

11          THE COURT:  That's fine.  You all can stipulate to

12    that.

13          MS. CAPRIO:  Yes.  Two more housekeeping issues.  In

14    connection with our motion for sanctions and contempt, we would

15    like an expedited briefing and ruling on that since the relief

16    we're seeking is to prevent Joe Carollo from continuing to

17    testify in this proceeding.

18          And the second housekeeping matter is they've

19    submitted a list of 17 rebuttal witnesses that has been briefed

20    before this Court, and we would appreciate a ruling from Your

21    Honor to understand why there are 17 more witnesses coming into

22    this trial.

23          THE COURT:  All right.  Again, go ahead and I will

24    address that.  That's not a problem.  I think -- who are you

25    calling after -- who are your next few witnesses lined up?

 1            MR. KUEHNE:  Judge, we have Ace Marrero.

 2            THE COURT:  Let me say this.  Are you intending to

 3      call every single individual on that witness list?

 4            MR. KUEHNE:  Not even close, Judge.

 5            THE COURT:  Tell me which witnesses you intend to

 6      call.

 7            MR. KUEHNE:  Judge, I can tell you, if I can look at

 8      this, I can tell you the ones that we think for sure we're

 9      going to call.

10            THE COURT:  I can just put a check by it.

11            MR. KUEHNE:  Asael Marrero is the next witness, and

12      then Rachel Dooley.  Rene -- probably it's sort of a maybe for

13      the schedule, and then James Bernat -- no, we're going to not

14      have him.

15            MR. GUTCHESS:  Bernat is a no.

16            MR. KUEHNE:  We're not going to call him then.

17      Dennis Uriarte, probably not.  Daniel Sierra, probably not.

18            THE COURT:  I need a not "probably not."

19            MR. KUEHNE:  The reason I say that is it depends on

20      if some other are available.  For example, we have -- we know

21      Asael will be here.  If he's not, we're going to substitute

22      somebody else.

23            THE COURT:  We're not going to have duplicative

24      testimony.

25            MR. KUEHNE:  There will not be duplicative testimony.

```
 1   Yacmany Salvatierra, yes.  Roberto Escandon, no.

 2           THE COURT:  That's withdrawn.

 3           MR. KUEHNE:  Withdrawn.  Ben Global, yes.  Mary Lugo

 4   is we're not sure yet.  Question mark.  We'll probably know in

 5   a day or so.

 6           THE COURT:  Daniel Alfonso.

 7           MR. KUEHNE:  Daniel Alfonso, I think he's a yes but

 8   we maybe have to have somebody else probably.  Jose Suarez is a

 9   maybe and depending who's available.  Mr. Will Ortiz, a soft

10   maybe, probably not.  But let's put a maybe on with him.

11   Mr. Suarez, Art Noriega, yes.  We discussed the commissioner.

12           THE COURT:  I didn't hear you.

13           MR. KUEHNE:  We did discuss, of course, the

14   commissioner as the defendant in this case.

15           THE COURT:  Also, I will reserve ruling on that as

16   well.  As you know, he's been -- he's testified at least four

17   days, and we have listed five hours which is not reasonable

18   that he's going to be testifying in this case for an additional

19   five more hours.

20           MR. KUEHNE:  We understand that.  He would not be

21   testifying for five hours, but we had prepared before we knew

22   what would be coming in many areas that are a part of our

23   affirmative case that either we didn't get into or the Court

24   didn't let us get into during our examination of Mr. Carollo

25   when he was called by the plaintiffs.
```

1          THE COURT:  But, of course, you had your opportunity

2    as well to cross-examine, do your direct examination when he

3    was on the stand for four days here.

4          MR. KUEHNE:  It was to act as a cross, my version of

5    a cross.  I tried to ask direct questions, but it was not his

6    direct examination.

7          THE COURT:  I understand that, sir.  All right.

8          Again, when we bring the jurors back out, please, five

9    minutes, we'll be done.

10                         (In open court.)

11          (Thereupon, the jury entered the courtroom.)

12          THE COURT:  All right.  This concludes the day's

13   hearing.  We'll resume tomorrow morning at 9:00 a.m.  Have a

14   good night, everyone.

15          THE COURT SECURITY OFFICER:  All rise.

16          (Thereupon, the jury exited the courtroom.)

17     (Thereupon, this proceeding was adjourned at 5:25 p.m.)

18                    C-E-R-T-I-F-I-C-A-T-E

19          I hereby certify that the foregoing is an accurate

20   transcription of the proceedings in the above-entitled matter.

21

22   JULY 20, 2023         /s:/Ellen A. Rassie
                           ELLEN A. RASSIE, RMR-CRR
23                         Official Court Reporter
                           To the Honorable Rodney Smith
24                         299 East Broward Blvd., Room 202B
                           Fort Lauderdale, Florida  33301
25                         (954)769-5448

**ALL JURORS: [1]**
18/2
**MR KUEH: [1]**
125/20
**MR. GUTCHESS: [7]**
11/11 15/24 17/13
36/20 36/23 168/12
240/15
**MR. KUEHNE: [238]**
5/19 6/4 6/23 8/20
9/3 9/7 9/10 10/16
10/19 11/4 11/8 12/9
12/16 12/19 13/22
14/10 14/18 14/22
15/8 15/15 16/1 16/9
17/5 17/8 17/11 17/14
17/17 19/8 32/2 33/23
36/15 40/10 40/16
44/15 45/25 46/17
46/23 47/4 47/15
48/11 48/16 48/21
49/1 49/11 49/16
49/22 49/24 50/2 50/4
51/3 51/12 54/12
54/16 57/25 59/2
63/10 63/22 64/1 65/8
65/13 67/8 67/12
67/17 68/25 69/11
69/24 70/4 70/9 70/13
70/16 70/21 70/23
71/4 71/10 72/6 73/14
73/24 74/3 74/8 74/18
75/7 75/12 75/16
75/20 76/1 76/19
76/25 77/7 77/11
77/24 78/4 78/15
79/10 80/1 80/8 81/5
84/23 85/19 87/16
92/25 93/3 96/20 98/8
98/16 100/19 100/25
102/21 103/1 104/10
104/12 105/2 105/4
107/13 107/18 110/10
110/14 112/2 112/5
112/24 113/2 116/19
119/3 119/6 121/15
122/1 130/17 132/14
132/20 135/13 135/18
136/17 138/18 141/18
142/15 142/17 143/1
144/15 147/11 149/6
149/8 151/10 155/22
158/19 162/7 162/16
162/20 162/23 164/9
165/14 166/8 166/19
167/20 167/22 171/3
172/2 172/7 173/4
173/24 176/1 178/12
179/15 179/19 182/14
187/22 187/25 190/8

190/14 190/17 190/20
191/2 191/11 191/17
193/17 193/21 196/8
196/10 202/5 202/7
202/11 203/16 203/19
204/17 204/20 205/4
205/19 205/21 206/9
206/14 206/20 209/1
209/6 210/7 210/14
210/17 211/3 211/9
211/25 212/3 212/5
213/2 217/10 222/10
222/21 226/10 226/13
228/15 229/16 230/14
230/24 231/3 231/13
231/19 232/20 232/22
233/3 233/6 233/11
233/19 233/21 233/25
234/14 235/9 236/11
236/14 237/4 239/5
240/1 240/4 240/7
240/11 240/16 240/19
240/25 241/3 241/7
241/13 241/20 242/4
**MR. PERTNOY: [7]**
4/14 163/13 163/18
163/21 163/24 234/13
239/1
**MR.KUEH: [1]** 89/17
**MS. CAPRIO: [225]**
4/11 4/18 4/23 5/3
6/7 14/1 20/19 20/24
21/10 21/17 23/10
23/20 24/18 27/25
29/4 29/10 32/1 32/20
33/8 33/19 34/11
40/14 40/18 44/19
44/22 45/24 46/6
46/25 47/13 48/13
48/19 49/21 51/5
53/24 54/9 54/15
55/21 58/3 62/9 63/3
63/13 65/1 68/24 69/9
69/23 71/3 72/5 72/21
73/4 73/9 74/7 75/3
75/10 75/19 76/8
76/11 76/24 77/10
77/23 78/3 81/4 83/5
84/22 86/11 87/15
87/17 89/18 92/4 93/2
94/5 95/9 95/21 96/5
96/18 98/2 100/22
100/24 102/24 104/11
105/3 107/6 107/11
107/15 107/17 109/4
110/13 110/15 112/4
113/1 113/3 116/20
117/10 119/7 120/20
121/13 121/24 123/2
123/10 124/2 124/24
129/2 129/18 130/6
130/15 131/18 132/10

133/13 134/11 134/17
135/17 136/15 138/12
138/19 141/19 142/16
142/24 145/5 148/18
148/20 149/1 151/13
152/6 152/14 153/8
154/10 155/10 155/16
156/11 157/3 157/15
158/1 158/16 158/20
158/24 160/17 160/22
163/9 164/16 166/10
166/14 167/17 167/21
169/25 170/24 171/7
172/5 172/9 173/7
174/1 176/18 176/20
177/15 180/17 185/7
185/9 187/18 187/24
189/6 191/3 191/14
193/1 194/13 194/25
195/11 195/20 196/12
198/8 199/18 199/20
199/23 201/3 201/14
201/24 202/10 203/10
204/16 206/13 207/7
208/9 208/11 208/16
209/10 209/22 210/1
210/9 210/12 210/15
211/2 211/6 211/21
212/12 212/20 213/15
215/9 215/15 217/8
217/12 217/14 218/1
220/25 222/5 226/12
228/11 229/10 229/15
229/23 230/3 230/12
230/16 230/23 231/11
231/16 232/17 232/21
232/24 233/7 233/13
233/22 234/8 236/9
236/13 237/12 237/18
238/18 239/13
**MS. SUAREZ: [11]**
6/9 9/19 10/2 12/3
14/3 16/22 74/20 75/8
76/13 238/20 238/25
**THE COURT
SECURITY
OFFICER: [6]** 17/19
64/20 109/12 110/5
162/12 242/15
**THE COURT: [338]**
**THE COURTROOM
DEPUTY: [1]** 4/8
**THE WITNESS: [86]**
20/25 21/11 21/20
28/1 28/4 29/5 29/12
32/3 32/22 33/21 34/2
34/21 37/2 46/2 48/1
48/18 53/25 54/2
54/11 55/23 62/10
63/4 83/9 84/24 95/11
96/7 96/9 98/4 98/14
98/18 98/20 99/4

123/4 123/11 129/20
130/8 131/20 136/19
145/6 145/8 147/14
148/19 148/21 152/8
152/16 155/19 156/13
158/3 158/6 164/18
170/3 170/6 171/2
178/14 178/18 179/17
180/19 187/20 189/8
190/3 190/21 190/25
193/3 193/18 195/22
198/10 198/24 199/25
202/1 203/12 208/17
208/19 208/24 209/5
210/2 212/21 212/24
213/16 213/18 221/2
222/6 222/9 222/12
228/14 231/18 231/24

**$**

**$1,670 [1]** 160/9
**$11,281 [1]** 160/8
**$110 [1]** 111/15
**$12,960 [1]** 160/8
**$3,456 [3]** 159/9
159/16 159/24
**$3,500 [1]** 129/22
**$500 [8]** 157/1
157/11 157/14 158/14
159/6 159/10 159/13
160/20

**,**

**'15 [1]** 147/8
**'17 [1]** 144/2
**'18 [2]** 143/24 144/3
**'19 [2]** 30/8 34/2
**'20 [1]** 30/8
**'20s [2]** 39/6 39/7
**'21 [1]** 30/8

**/**

**/s:/Ellen [1]** 242/21

**0**

**000 [2]** 131/2 140/11
**01-4102-006-6280
[1]** 100/1
**014 [1]** 101/14
**018176 [1]** 145/15
**0884 [2]** 157/10
159/5

**1**

**1,700 [1]** 202/2
**1-5-2019 [1]** 118/17
**1-8-19 [1]** 118/19
**1-8-2018 [1]** 85/12
**10 [9]** 19/5 19/10
34/7 43/4 172/2
172/14 172/20 173/12
226/6

**10-20 [1]** 112/9
**100 [6]** 1/19 3/16
191/11 191/12 191/16
193/10
**101 [7]** 3/10 3/15
187/23 187/23 187/25
188/1 188/3
**103 [1]** 3/11
**104 [2]** 3/11 41/19
**106.08 [2]** 17/12
69/3
**106.09 [1]** 17/12
**10:24 [1]** 202/23
**10:51 [1]** 203/3
**11 [12]** 1/5 4/1
19/11 19/14 34/7
110/1 123/24 124/6
143/3 173/15 174/5
236/3
**110 [1]** 3/12
**111 [1]** 236/7
**112 [1]** 3/12
**11:00 [5]** 64/15
64/16 64/19 171/21
177/10
**11:00 p.m [1]**
172/25
**12 [4]** 58/11 61/2
124/22 185/15
**120 [2]** 90/24 113/21
**121 [2]** 201/23 207/3
**121A [2]** 200/8
208/2
**125 [3]** 130/17
131/10 140/2
**126 [2]** 219/19
220/15
**129 [2]** 84/17 85/3
**12:07 [1]** 109/6
**12:24:52 [2]** 48/4
48/22
**12:24:52 p.m [2]**
45/8 45/12
**12:25 [2]** 47/23
48/20
**12:25 p.m [1]** 47/22
**12:25:00 p.m [1]**
49/4
**12:47 [1]** 174/11
**12th [4]** 52/8 115/5
198/19 198/20
**13 [10]** 43/12 61/9
93/14 104/17 111/18
116/1 138/16 138/21
138/22 145/20
**135 [2]** 3/13 113/20
**1378 [3]** 141/4
145/22 166/5
**1380 [7]** 141/1
141/22 144/18 145/3
145/11 165/8 165/9
**13th [2]** 104/24

**1**

**13th... [1]** 161/6
**14 [9]** 93/14 145/11
153/22 154/6 154/15
181/19 200/6 201/22
207/2
**1400 [1]** 2/3
**1444 [15]** 99/19
116/13 116/15 116/15
116/23 117/16 118/15
119/11 119/12 120/19
122/5 122/18 122/22
123/7 124/17
**1450 [17]** 39/15
39/19 40/5 40/22 54/7
54/24 56/20 58/10
79/22 81/12 81/16
81/21 81/21 86/22
89/6 90/7 99/19
**146 [1]** 133/18
**1460 [18]** 99/17
99/17 99/19 99/19
99/21 99/22 99/24
100/13 101/4 103/11
104/23 105/19 108/13
108/22 109/3 110/21
111/23 112/17
**14th [3]** 141/6
144/24 207/2
**15 [6]** 64/16 138/23
204/2 204/12 204/24
227/9
**1501 [7]** 171/12
171/14 171/15 172/15
173/17 174/10 175/12
**1513 [5]** 153/19
185/18 185/19 188/6
191/23
**1533 [1]** 185/16
**157 [1]** 133/18
**16 [8]** 132/19 132/23
133/5 133/22 135/24
141/17 147/21 165/23
**1637 [1]** 153/23
**1641 [2]** 130/25
133/3
**167 [1]** 3/13
**169 [1]** 1/16
**17 [4]** 1/8 61/9
239/19 239/21
**171 [1]** 3/14
**173 [1]** 3/14
**174 [1]** 3/15
**18 [5]** 90/2 92/15
165/20 191/12 191/17
**18-000 [2]** 131/2
140/11
**18-CV-24190 [2]**
1/2 4/9
**188 [1]** 3/15
**19 [6]** 79/23 80/6

80/10 80/22 118/19
191/12
**191 [2]** 3/16 3/16
**1930 [1]** 39/7
**1:00 [1]** 109/10
**1:30 [1]** 193/7
**1:30 a.m [2]** 173/20
174/6
**1:59 [1]** 175/12

**2**

**2-23-18 [2]** 90/2
92/15
**20 [15]** 29/1 31/11
52/25 112/9 113/17
114/11 114/21 153/13
154/3 154/13 160/8
175/7 175/7 191/12
242/21
**20's [1]** 20/8
**200 [1]** 1/21
**201 [1]** 1/13
**2012 [56]** 39/4 40/7
40/8 40/21 44/12
45/12 45/15 45/25
47/22 47/23 48/22
49/4 50/9 50/17 51/17
52/20 53/12 53/13
53/18 53/20 54/7
54/20 55/1 56/7 56/11
56/14 56/22 58/8
58/16 59/15 59/22
60/2 60/6 61/5 61/10
62/16 64/6 80/6 80/19
80/25 82/6 82/8 82/9
82/11 82/12 82/13
83/4 83/12 83/15
83/19 83/22 84/2 88/1
93/6 97/19 97/21
**2012010271 [1]**
82/4
**2014 [5]** 30/7 39/10
153/22 154/7 154/15
**2015 [3]** 29/16 32/25
33/2
**2016 [5]** 142/1 157/2
157/10 157/19 159/5
**2017 [52]** 30/7
64/10 64/12 77/19
77/19 126/6 126/9
126/10 132/19 132/23
133/5 133/22 135/24
137/15 139/1 141/9
141/12 141/14 141/17
142/10 143/23 144/5
144/9 145/14 145/18
145/20 147/6 147/8
147/16 147/21 147/25
153/13 154/3 154/13
157/19 170/23 171/11
171/25 172/2 172/14
172/21 173/12 173/15

174/5 174/9 174/10
174/11 194/9 194/16
194/24 195/18 219/3
**2017-018176 [1]**
145/15
**2018 [82]** 25/7 25/9
25/24 81/2 81/12
81/19 81/22 82/15
83/4 84/19 85/6 85/12
86/2 87/14 87/22 88/1
88/3 88/6 88/16 88/19
89/6 89/14 90/11
93/10 94/14 95/4
95/24 97/25 98/5
98/15 100/12 100/13
101/3 102/19 103/5
103/9 103/14 103/20
104/7 104/17 105/9
107/1 116/18 116/23
119/14 119/14 122/20
122/21 122/22 122/24
123/9 123/13 123/14
123/16 123/19 123/21
123/24 124/6 124/13
131/3 139/13 140/16
144/4 156/22 157/2
157/11 159/6 160/8
165/23 166/6 175/7
175/8 183/20 195/4
195/8 199/3 202/23
203/3 203/9 219/13
220/5 226/6
**2019 [15]** 29/16
30/8 30/23 34/5 96/3
96/3 96/16 118/17
181/19 185/15 186/8
186/12 200/6 201/22
207/3
**2020 [15]** 29/16
107/24 108/6 108/25
110/20 110/20 111/7
111/18 112/3 113/14
113/17 114/11 114/21
175/23 213/6
**20201 [1]** 115/5
**202012200 [1]**
115/17
**2021 [16]** 29/16
116/1 124/10 187/7
187/7 187/10 187/10
187/20 187/21 188/5
189/5 189/15 190/9
192/1 210/21 211/13
**2022 [6]** 45/8 124/15
124/22 234/6 234/14
234/21
**2023 [11]** 1/5 4/1
19/5 19/10 34/6 35/3
110/1 133/16 230/2
232/23 242/21
**202B [1]** 242/23
**205 [2]** 217/11

217/16
**206 [1]** 3/17
**20s [4]** 19/25 20/8
20/13 20/15
**21 [3]** 139/11 188/16
190/18
**2121 [1]** 1/13
**21C [2]** 41/25 55/13
**22 [17]** 87/22 88/3
103/5 103/9 141/17
142/1 144/5 147/21
166/6 213/6 222/22
226/4 226/10 226/13
234/6 234/14 234/21
**23 [15]** 88/6 88/16
89/14 90/11 93/10
103/20 104/7 105/9
107/1 119/14 119/14
121/10 121/19 121/20
123/19
**24 [16]** 35/7 54/20
55/1 59/22 61/24
62/16 122/20 122/21
122/22 122/24 123/8
123/16 123/21 124/12
133/16 236/5
**24190 [2]** 1/2 4/9
**25 [12]** 53/20 54/6
56/22 58/8 59/15 60/1
60/6 61/12 61/13 80/6
80/19 139/13
**258 [3]** 210/7 210/17
212/15
**26 [7]** 121/21 140/16
145/13 187/7 187/10
187/10 189/15
**27th [1]** 187/8
**28 [5]** 142/13 142/14
145/24 165/15 165/18
**29 [8]** 145/25 190/9
203/2 203/2 203/8
208/3 208/7 208/20
**299 [1]** 242/23
**2nd [2]** 1/13 1/19

**3**

**3-26-2021 [1]** 192/1
**3-29-2021 [2]** 188/5
189/5
**3-29-21 [2]** 188/16
190/18
**30 [16]** 9/20 114/4
124/9 139/1 183/20
205/19 205/22 205/23
206/6 206/10 206/15
206/18 232/21 233/9
234/3 236/25
**300 [3]** 90/13 198/19
198/20
**305 [4]** 183/19
222/22 222/23 223/3
**30s [3]** 20/9 20/13

20/15
**31 [2]** 145/25 146/4
**3105 [1]** 1/19
**325 [1]** 86/9
**33 [3]** 43/15 43/16
43/24
**330 [1]** 199/2
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33135 [1]** 154/16
**33156 [1]** 2/4
**33301 [1]** 242/24
**344 [1]** 196/15
**35 [2]** 24/16 209/7
**37 [3]** 19/6 19/10
20/4
**38 [3]** 20/5 44/1 44/2
**384 [2]** 182/14
182/17
**39 [2]** 226/11 226/13
**3:05 [1]** 162/10
**3:48 [2]** 172/21
173/12

**4**

**40-year [1]** 123/25
**402 [5]** 213/4 213/5
213/23 214/3 214/13
**403 [2]** 66/7 95/21
**408 [1]** 162/7
**4100 [1]** 1/21
**412 [4]** 121/9 121/19
144/13 145/3
**421 [5]** 151/11
151/12 151/17 153/2
153/12
**4289 [1]** 222/24
**4291 [3]** 222/24
223/4 223/4
**437 [1]** 233/6
**448 [8]** 155/23
155/23 155/25 156/16
156/18 156/25 161/14
161/22
**45 [2]** 114/4 138/23
**461 [6]** 132/17
132/18 132/21 132/23
133/6 134/23
**462 [2]** 86/25 87/3
**47 [1]** 3/6
**48 [1]** 3/7
**484 [1]** 231/14
**485 [2]** 230/7 232/8
**4:30 [1]** 172/1
**4:36 p.m [1]** 193/5

**5**

**5-18-18 [1]** 165/20
**500 [1]** 1/16
**51 [1]** 3/7
**521 [1]** 202/16

**5**

**522 [2]** 215/18
215/19
**539 [2]** 34/24 34/24
**54 [1]** 3/8
**5448 [1]** 242/24
**547 [1]** 34/7
**55 [1]** 20/18
**56 [1]** 166/8
**57 [1]** 236/6
**58 [1]** 3/8
**587 [4]** 3/16 188/23
191/2 191/4
**5:00 [1]** 53/10
**5:25 [2]** 52/3 242/17
**5:25 p.m [2]** 51/17
51/22
**5th [1]** 126/24

**6**

**6-25 [2]** 61/12 61/13
**6-25-12 [2]** 58/11
61/2
**6-25-2012 [3]** 58/16
61/5 61/10
**60 [1]** 175/24
**620 [5]** 3/13 135/14
135/20 135/21 137/14
**621 [5]** 3/13 135/14
135/18 135/20 135/21
**625 [3]** 63/10 63/12
63/16
**626 [8]** 3/7 49/11
49/17 50/6 51/4 51/11
51/12 54/4
**627 [7]** 3/7 47/11
48/12 48/25 49/3
50/19 51/18
**628 [9]** 3/6 44/13
45/2 46/24 47/3 48/3
48/21 50/20 51/18
**6280 [1]** 100/1
**63 [11]** 40/10 40/14
40/21 42/12 42/23
44/8 45/10 45/14
52/14 83/25 84/7
**632 [4]** 3/13 167/20
167/25 168/2
**64 [14]** 3/8 54/13
56/16 58/1 58/5 58/7
60/1 60/5 60/10 60/25
61/5 79/22 79/23 80/5
**644 [1]** 185/14
**649 [2]** 176/1 176/4
**65 [10]** 3/8 54/13
54/13 54/16 54/18
56/9 59/22 61/24 62/7
62/16
**654 [4]** 3/14 171/4
171/5 171/9
**655 [1]** 35/6
**656 [5]** 3/14 171/24

172/3 173/5 173/10
**658 [4]** 3/15 173/13
173/25 174/3
**660 [1]** 174/8
**662 [1]** 175/6
**67 [9]** 3/9 87/13
87/14 87/19 87/21
89/13 90/5 234/11
234/21
**670 [7]** 3/17 202/5
202/10 202/11 203/6
206/24 207/20
**68 [8]** 3/10 89/13
89/15 89/17 89/20
92/20 165/15 165/19
**69 [5]** 92/24 93/19
94/24 96/20 196/10

**7**

**7-23-2018 [1]** 94/14
**70 [7]** 3/10 100/19
101/1 102/6 103/15
143/3 165/15
**702 [1]** 18/11
**706 [3]** 209/9 209/9
209/9
**71 [6]** 3/11 102/21
102/23 103/2 103/23
103/25
**717 [1]** 154/16
**72 [4]** 3/11 104/10
104/12 104/14
**73 [1]** 105/2
**74 [3]** 107/10 107/13
107/22
**75 [5]** 3/12 110/11
110/16 110/18 111/20
**76 [6]** 3/12 112/3
112/5 112/7 112/9
112/22
**7601 [2]** 40/25 41/18
**7602 [1]** 111/8
**7604 [1]** 41/13
**7605 [2]** 41/23 55/12
**769-5448 [1]** 242/24
**77 [3]** 112/25 113/3
113/7
**78 [2]** 114/20 236/6
**79 [5]** 116/19 116/23
117/13 118/1 123/13
**7:00 [1]** 196/25
**7:21 p.m [3]** 50/17
50/21 52/8
**7:53 [2]** 52/22 52/23
**7:53 p.m [1]** 50/12
**7:53:20 [1]** 50/10
**7:53:20 p.m [1]**
52/21
**7th [27]** 39/15 39/20
40/5 40/22 54/8 54/24
56/20 58/10 79/22
81/12 81/16 81/22

86/22 90/7 99/18
99/24 101/4 103/12
104/23 105/19 108/13
110/21 111/23 116/13
116/24 118/15 122/5

**8**

**8-21C [2]** 41/25
55/13
**8-5 [1]** 41/15
**80 [3]** 119/3 123/18
236/5
**81 [1]** 3/9
**810 [1]** 41/20
**827 [4]** 141/6 144/24
145/11 145/12
**85 [1]** 236/6
**87 [1]** 3/9
**89 [2]** 3/10 236/7
**8th [29]** 130/25
133/3 141/1 141/4
141/22 144/18 145/3
145/11 145/22 150/12
150/13 153/19 153/23
154/16 156/10 165/8
165/9 166/5 171/12
171/15 172/15 173/19
174/10 175/12 185/16
185/19 188/6 191/23
202/17

**9**

**90 [2]** 193/3 236/7
**90 percent [1]** 202/4
**9150 [1]** 2/3
**954 [1]** 242/24
**9:00 [4]** 150/1
192/25 237/8 242/13

**A**

**a.m [10]** 64/16 64/19
172/21 173/12 173/20
174/6 174/11 175/12
237/8 242/13
**abandonment [1]**
224/17
**ability [5]** 5/12
147/8 149/20 200/24
231/7
**able [8]** 4/20 19/13
71/22 72/1 73/8 82/18
180/3 223/23
**about [136]** 4/25 5/5
6/1 6/21 6/24 7/1 7/5
7/11 7/14 8/13 9/16
9/20 9/23 10/9 10/10
10/12 10/17 10/21
10/22 11/13 11/20
13/8 14/7 14/13 16/2
19/4 21/8 21/15 24/22
26/7 26/18 28/19
28/22 28/24 29/3 30/9

36/13 37/4 37/15
38/14 38/20 41/6 48/3
51/23 52/16 53/2
53/21 54/6 58/22
60/13 62/12 63/12
64/6 64/18 65/1 65/3
65/10 65/19 66/4
66/20 67/4 67/13
67/15 68/18 69/2 69/3
70/6 70/7 70/9 71/13
72/3 75/13 76/15
77/18 86/4 97/22
100/6 108/3 117/16
118/3 119/11 121/14
124/16 125/3 125/6
126/1 137/14 139/23
140/1 140/20 147/19
149/13 149/24 150/7
158/6 159/18 161/18
162/4 165/2 175/24
176/9 176/23 180/2
180/5 181/11 182/8
182/10 184/9 185/13
187/8 189/13 189/13
189/20 189/21 190/18
196/25 200/21 207/19
208/5 208/5 212/21
214/10 214/15 215/6
215/19 215/22 219/1
219/7 219/12 221/2
221/22 224/18 224/19
224/24 225/18 238/4
**above [9]** 91/2 93/21
106/2 120/1 123/24
124/6 169/2 191/8
242/20
**above-entitled [1]**
242/20
**absolutely [9]** 13/25
36/3 181/15 204/6
205/24 206/8 232/5
234/23 235/2
**accepted [1]** 187/6
**access [3]** 43/7
100/5 200/18
**accommodated [1]**
78/12
**accordance [2]**
91/15 115/11
**according [1]** 36/9
**accordingly [2]**
204/14 205/10
**accounted [3]** 79/18
100/8 164/6
**accurate [6]** 34/8
34/10 203/24 222/2
235/22 242/19
**accurately [2]**
113/22 231/21
**accusation [1]** 13/3
**accuse [2]** 11/14
11/21

**accusing [2]** 13/4
74/23
**Ace [3]** 163/13 213/9
240/1
**Acevedo [1]** 211/16
**Acha [5]** 226/6
226/19 226/21 227/1
227/18
**acquire [1]** 111/13
**acquiring [1]** 10/21
**acquisition [1]** 40/7
**across [1]** 198/21
**act [1]** 242/4
**acting [2]** 122/25
168/10
**action [4]** 53/9 53/23
90/2 199/13
**activate [1]** 26/12
**active [3]** 32/12
197/2 203/3
**actively [1]** 194/8
**activities [2]** 23/15
194/7
**activity [5]** 7/12
192/24 196/10 196/24
209/15
**actual [6]** 108/13
117/1 148/1 179/8
225/24 232/11
**actually [15]** 30/7
43/4 54/13 55/17 76/2
93/12 93/13 127/22
134/22 135/2 140/23
154/2 161/13 208/2
215/6
**add [1]** 74/20
**addendum [1]** 134/8
**adding [1]** 27/9
**addition [5]** 65/7
66/15 159/9 159/25
228/19
**additional [8]**
115/20 163/6 204/2
204/12 206/2 206/18
237/2 241/18
**additionally [1]** 8/20
**address [46]** 39/16
50/8 50/14 56/20
64/22 66/1 79/9 82/15
90/7 101/4 103/11
113/14 114/23 114/24
116/24 119/11 122/4
122/7 122/17 124/16
136/23 141/5 141/7
141/25 144/18 144/24
144/24 148/4 153/19
153/22 153/23 154/7
154/16 154/20 165/7
166/3 166/4 172/10
173/17 174/10 185/16
188/6 198/18 198/19
202/16 239/24

**A**

addressed [2] 44/11
170/14
addresses [6] 39/18
124/17 140/24 141/2
144/20 154/21
adequate [1] 204/25
adjacent [3] 116/15
174/20 181/4
adjourned [1]
242/17
administration [1]
195/17
administrator [9]
46/12 47/8 49/9 50/22
51/20 53/15 53/21
132/25 224/12
admissible [5] 14/11
14/12 15/3 51/9 75/1
admission [13]
14/22 15/17 16/15
46/17 46/23 48/11
51/3 57/25 135/19
173/4 173/24 188/1
230/15
admit [5] 36/10 73/8
89/17 103/1 191/13
admitted [22] 7/11
36/6 44/24 47/1 48/24
81/8 87/18 100/23
102/24 102/25 105/3
113/3 119/7 141/19
142/25 166/11 166/20
171/8 173/9 188/2
206/23 214/16
admitting [1] 66/22
advance [2] 200/19
209/19
adverse [2] 14/15
75/4
advertisement [1]
70/19
advocacy [1] 68/14
aerial [3] 142/19
191/8 191/9
affidavit [6] 168/23
168/24 169/20 180/4
180/7 181/8
affirmative [1]
241/23
affixed [3] 112/15
117/20 138/10
afforded [2] 162/19
236/22
aforementioned [1]
169/1
afoul [2] 6/2 72/17
after [52] 4/20 16/23
33/3 33/3 39/24 42/3
45/10 45/14 48/3
51/13 52/14 53/2

53/10 53/20 54/4 54/6
64/15 92/9 98/14
109/10 112/2 114/20
123/13 123/18 123/21
124/12 124/12 126/22
126/23 130/12 131/13
135/20 146/25 147/3
149/25 150/1 159/18
163/7 171/21 172/24
175/3 177/10 177/12
186/19 192/25 193/24
197/23 203/15 215/2
219/5 231/17 239/25
afternoon [3] 110/1
130/24 193/5
again [62] 5/15 8/18
9/15 10/1 12/25 13/3
13/10 16/6 17/24
18/11 21/23 22/19
33/7 34/17 34/24
38/24 45/17 51/19
52/10 59/21 59/24
61/18 61/20 62/8
64/17 71/20 71/24
78/7 79/5 83/4 83/14
83/25 99/1 105/12
109/8 113/13 120/9
123/5 128/14 132/7
135/6 147/21 158/24
163/2 163/5 163/20
166/15 184/15 184/18
186/11 186/13 189/15
197/14 205/15 209/7
214/12 225/19 226/18
236/18 238/12 239/23
242/8
against [22] 5/7
6/19 12/1 14/10 14/17
14/18 14/22 14/25
15/3 15/4 15/17 16/7
126/21 178/16 185/3
194/7 200/16 219/13
220/4 227/7 238/2
238/5
age [1] 20/17
agency [2] 150/20
209/21
aggrieved [2] 91/13
92/1
ago [3] 20/16 38/9
147/19
agree [13] 14/16
15/8 35/11 74/2 78/13
126/9 174/16 186/6
186/9 187/2 205/17
223/9 232/2
agreed [3] 60/6
68/16 124/18
agreement [28]
25/1 92/22 93/5 93/10
95/4 95/25 96/3 96/17
97/25 105/6 105/18

107/1 114/22 114/23
115/1 115/2 115/16
115/24 116/7 119/9
119/11 120/17 123/18
124/12 124/14 125/10
125/18 126/12
Agreements [4]
98/18 124/19 235/12
235/21
agrees [7] 18/3
93/21 93/23 106/2
106/3 120/1 120/3
ahead [9] 73/11
98/13 176/20 206/16
221/19 223/8 231/4
237/16 239/23
air [2] 176/9 177/7
Alain [2] 150/24
151/8
alarming [1] 224/16
Alberto [1] 219/24
Alcoholic [1] 209/17
Alex [1] 178/7
ALF [3] 176/15
176/17 177/1
Alfie [10] 8/10 8/14
11/20 67/4 71/7
225/15 227/4 227/18
227/20 228/17
Alfonso [4] 194/21
194/23 241/6 241/7
all [156] 5/1 5/3
5/22 6/20 7/2 7/13
7/19 7/19 7/25 8/6
8/8 8/22 10/6 15/14
17/3 17/19 17/21 22/1
23/11 27/12 27/19
27/21 27/23 32/16
32/24 33/3 37/25 39/2
39/20 40/19 44/2 44/7
47/11 48/15 48/23
50/3 51/9 53/8 53/22
58/10 58/20 62/24
63/4 64/14 64/15
64/15 64/20 64/25
65/17 66/11 67/23
69/5 71/4 71/19 72/7
73/15 74/22 78/1 78/7
78/12 79/8 79/17 84/7
85/19 85/23 90/20
90/20 97/4 98/13
100/23 102/25 105/11
105/23 108/1 109/12
110/5 110/7 110/18
111/13 112/19 112/24
113/24 113/25 115/12
117/4 117/6 117/6
117/14 117/22 119/5
119/21 120/8 121/1
121/7 121/9 123/21
126/19 134/1 134/13
140/19 142/22 145/10

147/13 149/3 150/13
153/4 156/9 158/7
158/18 159/2 159/19
161/6 161/8 162/9
162/11 162/12 163/17
163/22 164/5 168/20
168/24 169/23 170/14
174/13 174/17 181/20
181/24 193/14 199/2
200/20 204/14 205/5
205/11 205/20 207/23
208/15 210/2 219/9
223/18 225/4 225/6
228/23 231/22 233/15
233/24 236/17 236/18
237/14 238/15 238/19
239/5 239/11 239/23
242/7 242/12 242/15
allegation [2] 7/5
180/2
allegations [9] 6/11
6/16 6/18 8/16 12/4
75/22 75/23 76/3
220/9
alley [3] 165/2 165/3
167/3
alleyway [3] 167/8
167/10 169/13
allotted [1] 200/12
allow [16] 10/19
21/12 21/21 21/24
24/12 60/22 132/2
132/3 133/23 163/6
177/9 189/2 206/6
207/15 212/9 231/16
allowable [2] 69/1
155/8
allowed [13] 8/5
8/12 31/14 31/20 66/7
68/3 75/16 76/25
77/24 88/25 204/22
228/9 230/18
allowing [9] 11/12
67/18 153/21 154/5
154/14 162/24 204/1
225/1 225/2
allows [3] 88/20
100/5 239/7
alone [1] 170/23
along [18] 19/11
22/5 22/12 22/24
22/24 23/2 23/6 23/8
24/13 41/13 68/1
74/15 99/2 156/10
167/1 211/19 219/7
234/12
alongside [1] 167/8
already [24] 10/14
11/5 23/7 32/22 33/22
74/19 77/12 80/1 87/1
105/3 106/6 110/12
119/4 119/7 125/19

133/25 134/1 134/7
138/18 142/15 151/12
171/6 209/8 230/20
also [41] 5/8 5/22
6/12 21/4 21/5 34/16
34/17 35/6 40/12
43/12 43/24 48/7 50/9
59/12 65/6 65/24
65/24 66/1 71/19
78/15 79/24 94/17
105/15 107/2 137/15
137/16 147/3 154/18
163/19 166/15 180/11
182/1 197/4 198/24
201/18 215/2 227/10
236/21 237/5 237/23
241/15
alterations [2] 38/6
111/13
although [5] 12/10
113/9 126/8 163/14
214/2
always [3] 19/22
57/2 199/10
am [2] 68/25
Amanda [3] 1/12
4/12 6/7
ambassador [1]
225/5
Amber [2] 2/3 4/15
ambiguity [1] 71/18
amended [2] 105/23
115/13 119/22
Amendment [3]
221/21 221/24 222/4
among [2] 109/9
201/21
amount [5] 128/20
162/18 162/25 163/2
205/12
ample [1] 238/9
angle [1] 181/2
angled [1] 181/2
animosity [1] 227/2
Anna [1] 38/11
Anne [1] 1/11
annex [3] 37/10
37/12 42/18
announcement [1]
183/15
annually [2] 32/13
32/13
another [20] 7/22
43/4 63/7 78/10 79/23
112/20 114/3 114/22
116/10 119/9 124/24
133/13 140/19 154/3
162/15 163/18 193/21
211/23 219/8 226/4
answer [53] 9/12
18/25 19/17 21/19
21/24 23/8 28/3 29/11

**A**

**answer... [45]** 33/23
33/25 34/8 34/19
34/20 35/2 35/10
35/14 38/17 38/18
83/8 86/16 96/8 96/14
98/3 98/6 98/9 98/10
98/12 98/24 133/25
134/7 156/12 158/5
170/5 171/1 179/20
204/21 205/1 208/18
212/23 221/23 222/8
222/11 228/15 230/11
230/22 231/8 231/8
231/9 232/5 232/6
234/23 235/2 235/5
**answered [23]**
23/10 23/20 24/18
32/1 32/20 63/3 64/8
96/18 117/10 129/2
130/6 131/18 132/10
152/14 153/8 155/10
157/15 158/1 208/16
215/9 217/8 218/1
222/5
**answers [1]** 234/20
**any [83]** 5/24 6/1
7/17 7/20 8/16 8/25
11/8 11/22 11/25 12/4
12/11 12/12 13/3
13/11 14/12 16/7
22/15 25/2 25/4 25/10
25/17 25/19 25/22
25/24 37/5 40/12
44/18 58/2 62/15 64/4
64/18 66/12 66/15
66/21 67/3 67/13
67/25 68/6 68/7 68/18
69/3 69/6 71/24 72/1
72/19 77/16 89/1 91/2
91/13 109/6 122/21
126/21 127/24 129/1
131/8 131/16 131/17
138/1 138/4 144/24
145/12 149/5 150/6
150/9 151/15 151/18
154/25 157/22 168/17
168/21 171/21 173/6
179/8 179/15 199/12
200/25 206/4 209/4
217/13 232/3 232/13
232/14 237/9
**anybody [9]** 14/18
15/5 69/22 100/5
112/21 118/21 183/7
216/19 235/3
**anymore [1]** 79/9
**anyone [3]** 64/17
109/9 236/19
**anything [28]** 5/20
8/10 8/11 8/16 8/22

14/5 15/6 15/7 17/3
23/1 49/15 66/6 66/25
67/4 67/15 67/16 68/1
68/16 128/22 161/16
166/17 170/7 188/18
190/8 190/17 204/15
221/2 239/8
**anyway [1]** 101/11
**anywhere [1]** 7/16
**apologies [1]** 166/19
**apologize [2]** 11/8
214/18
**Apparently [1]**
129/16
**appeal [1]** 91/20
**appear [5]** 88/21
101/23 102/2 102/13
200/7
**appearance [2]**
183/18 199/15
**appearances [3]**
1/10 2/1 4/10
**appeared [1]** 200/6
**appearing [2]**
115/16 233/10
**appears [19]** 43/14
45/2 46/22 47/21 51/2
52/9 57/19 57/22
80/17 80/22 82/23
83/19 88/9 88/10
101/10 101/19 106/17
123/11 154/19
**Appellate [2]** 91/16
91/25
**applicable [2]** 13/15
232/13
**applicant [1]** 136/25
**application [8]**
35/23 139/12 139/16
151/16 152/1 152/3
168/4 169/19
**applications [2]**
35/21 131/16
**applies [2]** 234/22
234/24
**apply [1]** 234/25
**appointed [4]**
114/17 195/3 195/8
215/13
**appoints [1]** 196/2
**appraiser [2]** 100/9
100/10
**appreciate [2]** 73/14
239/20
**appreciation [1]**
82/6
**apprise [1]** 79/25
**approach [3]** 36/20
36/23 181/16
**appropriate [8]** 7/2
8/2 8/5 9/17 13/24
66/16 68/8 75/24

**appropriately [1]**
7/4
**approval [5]** 137/4
154/3 154/25 155/5
155/8
**approvals [3]** 134/1
155/2 155/4
**approve [1]** 153/25
**approved [7]** 92/17
94/13 114/13 131/2
134/1 203/3 203/8
**approximately [3]**
39/5 83/11 196/25
**April [4]** 34/2 126/6
126/10 133/16
**April 24 [1]** 133/16
**April 4 [1]** 126/6
**architect [5]** 28/20
29/8 30/5 111/12
208/5
**architects [2]** 29/12
29/15
**architecture [3]**
25/19 207/23 208/15
**are [138]** 4/17 5/9
5/24 7/17 8/2 10/24
11/2 13/7 15/4 15/7
16/12 17/16 19/13
21/4 24/3 24/3 24/6
26/23 27/17 29/5 35/8
35/12 37/5 37/10
40/12 41/14 41/15
43/15 55/15 56/4
58/10 60/15 67/17
71/19 71/24 73/16
73/25 74/21 74/23
78/20 79/3 79/17
80/12 85/3 85/8 85/11
85/23 85/24 86/15
91/3 91/7 91/13 92/8
96/2 111/17 111/21
114/17 117/6 117/13
121/1 121/7 121/8
122/11 124/16 124/18
124/21 125/22 126/9
129/20 132/16 133/2
133/5 133/9 136/11
138/16 138/21 139/5
144/3 144/4 145/3
146/5 150/14 152/17
154/21 154/22 154/25
155/2 161/2 161/18
163/11 164/5 165/2
167/2 174/17 175/19
178/5 178/20 182/8
183/10 184/2 192/25
193/7 196/25 200/20
204/8 205/10 212/21
216/2 217/4 222/13
222/14 224/1 224/3
224/15 224/18 224/20

225/11 225/24 225/25
226/3 226/24 227/13
235/16 236/9 236/13
236/14 236/15 237/9
239/21 239/24 239/25
240/2 240/20 241/22
**area [13]** 67/7
143/14 150/7 150/11
150/12 177/5 177/6
185/13 187/11 191/24
192/7 227/8 235/9
**areas [3]** 99/2
204/10 241/22
**aren't [2]** 114/18
186/17
**argue [4]** 69/14
69/21 76/10 78/24
**arguing [1]** 69/24
**argument [1]** 233/12
**argumentative [11]**
21/4 21/10 21/18 29/4
55/21 129/18 187/17
205/6 206/1 208/11
215/10
**arms [2]** 5/7 237/21
**Army [2]** 20/25 21/1
**around [6]** 40/9
102/16 141/16 178/9
194/23 219/4
**arrange [1]** 239/1
**arranged [1]** 70/18
**arrangement [1]**
155/6
**arrow [2]** 143/15
143/15
**arrows [1]** 176/8
**Art [5]** 210/21
211/16 211/16 213/13
241/11
**article [1]** 5/19
**articulate [1]** 216/10
**Arts [2]** 171/11
171/16
**as [203]** 5/20 5/23
6/7 7/2 7/12 8/9 10/2
11/6 11/13 13/2 13/4
13/6 13/7 13/7 13/11
14/2 15/3 15/17 16/10
16/14 16/15 19/4
19/22 23/14 24/16
25/14 26/2 26/4 27/3
30/7 30/18 31/4 32/8
33/19 33/25 34/5 34/9
35/11 35/22 37/4 37/7
39/16 39/16 39/22
42/22 47/8 47/13
49/19 50/19 55/5 55/8
57/7 57/9 57/10 58/25
60/8 62/19 62/19
65/18 66/3 66/14
67/23 68/5 68/12
69/15 71/22 72/18

76/18 77/12 78/20
82/16 82/16 83/9 84/1
85/4 85/13 88/19 89/9
89/11 90/4 90/16 91/4
91/4 91/7 91/7 92/20
92/22 93/12 94/13
97/3 97/16 98/24
99/22 104/16 104/16
105/23 108/18 108/25
111/2 111/14 113/5
113/5 113/10 115/13
115/19 116/7 116/7
118/20 118/20 119/22
120/17 120/17 121/11
131/4 131/16 131/16
132/1 134/1 134/2
136/4 138/6 138/6
138/10 140/12 140/15
141/1 150/21 150/24
151/16 152/2 152/12
152/22 153/5 153/5
156/13 156/17 160/2
160/2 160/7 162/3
163/4 163/11 164/22
165/3 166/15 166/16
169/2 169/20 174/5
174/22 174/22 175/4
175/23 183/17 183/17
184/22 187/17 187/18
188/20 190/15 192/9
192/18 193/25 195/3
195/18 196/16 199/7
199/13 199/15 199/16
200/11 200/15 201/1
203/25 204/2 205/15
206/19 213/6 213/11
216/12 219/15 220/3
220/3 221/12 222/17
230/14 230/25 232/11
232/11 232/21 233/8
233/10 233/16 236/22
237/3 237/25 238/10
238/12 241/14 241/15
241/16 242/2 242/4
**Asael [3]** 213/9
240/11 240/21
**ASAP [4]** 47/6 49/8
51/19 53/20
**ascertain [1]** 180/3
**ask [114]** 5/13 6/21
6/23 6/24 7/3 7/14
8/1 8/12 8/13 8/15
11/18 11/20 12/5 13/5
14/13 14/16 18/21
19/4 21/4 24/12 24/22
30/24 33/16 34/15
34/22 38/17 44/23
44/24 60/14 60/22
63/12 65/20 66/2 66/4
66/7 66/20 66/25 67/3
67/13 67/18 67/20
69/2 69/2 69/3 69/5

**A**

**ask... [69]** 69/7 70/9 70/21 70/23 70/25 71/6 71/6 71/8 71/8 71/10 73/12 75/12 76/5 84/4 84/21 85/4 87/3 88/10 89/15 98/8 102/13 104/16 107/9 113/5 117/15 119/10 121/25 126/12 130/18 133/11 135/2 135/14 136/9 149/4 149/5 152/11 156/21 159/15 159/17 159/18 163/4 165/14 173/25 178/17 179/21 179/24 185/13 186/13 187/8 189/2 189/3 190/23 199/12 204/1 204/20 205/4 205/8 205/19 205/25 207/6 210/18 211/19 231/1 233/18 233/20 234/5 234/11 239/7 242/5

**asked [62]** 10/21 14/7 22/2 23/10 23/20 24/18 28/24 29/3 29/3 32/1 32/20 37/4 41/6 63/3 65/3 66/3 67/7 72/13 96/18 98/24 117/10 125/3 129/2 129/11 130/6 131/7 131/18 132/10 139/23 147/14 147/18 152/14 153/8 155/10 157/15 158/1 164/21 176/24 179/16 189/13 190/18 196/3 196/8 199/24 204/5 204/8 205/6 205/14 205/16 206/7 206/12 208/16 215/9 215/19 217/8 218/1 219/11 220/24 222/5 230/4 236/23 237/25

**asking [26]** 19/6 21/23 34/1 41/5 52/1 60/15 60/17 60/19 60/19 62/4 70/10 70/13 86/15 86/16 125/6 129/16 183/10 189/4 189/20 190/25 206/2 214/15 214/23 215/19 223/10 236/13

**asks [1]** 34/16

**aspect [2]** 151/3 168/21

**asphalt [2]** 143/12 143/13

**assembled [1]** 146/10

**assert [1]** 222/3

**asserted [2]** 51/9 65/9

**asserting [2]** 7/8 63/20

**assertion [1]** 188/25

**assist [1]** 151/6

**assistant [1]** 219/24

**assisted [2]** 138/6 229/22

**assisting [1]** 131/20

**associate [1]** 144/20

**associated [3]** 7/17 26/20 144/24

**assume [5]** 13/16 81/17 184/7 200/4 220/20

**Assumes [4]** 167/17 170/24 198/8 220/25

**assuming [1]** 155/5

**assure [4]** 78/9 105/21 115/10 119/19

**at [217]** 5/2 10/19 13/23 13/24 14/6 15/22 16/8 19/6 19/11 19/25 20/1 22/15 24/5 24/17 31/1 32/15 39/13 39/13 39/19 44/13 45/8 45/12 45/22 46/10 47/22 47/23 48/3 48/22 49/4 49/19 50/14 50/17 50/24 51/16 51/17 51/22 52/8 52/19 52/20 56/12 56/16 56/17 58/10 58/16 58/19 58/19 59/18 60/15 60/17 60/19 61/1 63/16 64/3 64/18 64/24 66/11 68/19 69/5 70/8 71/20 73/24 74/4 74/10 80/12 81/18 82/3 83/16 83/20 84/8 85/4 85/10 86/2 86/5 86/21 87/4 87/5 88/10 88/19 88/24 89/24 91/2 92/9 92/14 94/24 95/2 98/21 100/19 101/10 102/2 103/14 104/21 106/12 107/9 107/9 108/11 109/6 109/10 111/3 111/7 111/23 111/24 112/25 113/6 113/16 114/7 114/10 114/20 115/1 119/25 123/14 126/13 126/18 128/1 130/25 130/25 131/9 135/13 138/10 138/23 140/5 140/8 140/15 142/13 144/5 144/7 144/14 144/17 145/10 145/23 146/8

147/23 148/6 150/16 151/8 152/18 153/18 154/20 156/22 157/20 157/22 158/12 162/10 165/14 165/20 166/24 167/20 168/20 172/21 173/12 174/10 178/4 178/5 183/3 183/7 184/10 187/22 188/6 189/24 190/3 192/11 192/12 192/12 192/20 192/24 192/24 192/25 193/7 193/11 193/11 196/23 196/24 196/25 199/7 199/11 200/6 200/22 201/9 201/19 202/22 202/23 203/2 203/3 203/18 207/2 207/5 210/20 210/22 210/25 215/25 217/24 218/10 218/19 219/20 221/19 223/3 223/20 226/11 226/14 226/19 227/5 227/25 229/2 231/14 231/15 232/15 234/18 236/3 236/18 237/5 237/8 237/15 237/18 238/3 240/7 241/16 242/13 242/17

**attach [1]** 155/4

**attached [10]** 111/20 136/4 136/11 169/19 185/25 186/9 214/4 214/12 214/17 214/21

**attaching [1]** 215/8

**attachment [5]** 136/1 136/1 136/7 137/17 137/19

**attachments [1]** 136/11

**attacks [1]** 198/25

**attempted [1]** 180/13

**attempting [1]** 238/5

**attend [4]** 89/3 89/4 89/7 221/5

**attended [1]** 112/21

**attending [1]** 216/13

**attention [3]** 6/10 16/23 131/3

**attire [1]** 198/5

**attitude [2]** 194/2 194/4

**attorney [8]** 18/5 34/18 99/1 178/25 179/2 179/4 179/5 179/10

**attorneys [1]** 135/5

**audit [18]** 98/21 98/21 156/7 156/9

156/17 158/7 158/9 158/12 214/4 214/9 214/24 214/18 214/21 214/24 215/2 215/4 215/5 215/8

**audited [1]** 161/8

**audits [2]** 159/7 159/22

**August [19]** 54/20 55/1 59/22 61/24 61/25 62/16 80/25 122/20 122/21 122/22 122/24 123/8 123/16 123/21 124/12 124/19 199/3 220/5 220/8 221/6

**August 24 [13]** 54/20 55/1 59/22 61/24 62/16 122/20 122/21 122/22 122/24 123/8 123/16 123/21 124/12

**authenticate [3]** 60/12 60/14 60/15

**authenticity [1]** 214/10

**authority [5]** 150/20 150/22 155/8 161/4 199/16

**authorization [3]** 155/13 155/15 169/1

**authorized [1]** 153/6

**automatically [3]** 15/11 15/13 55/18

**available [4]** 160/4 208/24 240/20 241/9

**avenue [7]** 1/13 99/20 141/6 144/24 145/11 198/19 198/20

**average [3]** 157/9 158/23 159/4

**avoidance [1]** 115/21

**award [2]** 15/5 15/6

**aware [30]** 26/1 65/21 77/5 114/16 124/20 132/16 133/5 133/9 138/16 138/21 145/13 146/14 152/20 154/23 156/5 161/2 162/2 166/23 167/3 168/21 171/2 175/2 177/9 186/13 187/10 188/18 209/14 210/6 216/19 230/20

**away [3]** 180/24 181/2 193/11

**axles [2]** 129/21 129/22

**AXS [1]** 1/10

**B**

**baby [1]** 62/5

**back [41]** 13/24 15/15 23/17 42/16 42/17 42/20 43/16 45/17 51/1 54/4 59/3 60/10 67/21 69/21 69/24 74/11 78/23 78/25 79/14 80/18 83/20 84/6 84/9 84/24 87/24 92/9 93/18 109/2 117/23 117/24 118/1 118/11 128/1 139/25 149/13 185/13 187/8 206/21 227/2 237/7 242/8

**backdoor [1]** 79/1

**background [2]** 24/22 24/23

**backwards [1]** 125/23

**bad [1]** 20/13

**baked [8]** 158/7 158/10 158/11 158/11 215/3 215/4 215/7 215/8

**Ball [44]** 29/8 29/9 29/13 29/15 29/17 30/2 30/25 32/10 32/12 35/8 98/22 149/14 149/21 150/3 150/6 151/24 153/15 153/18 153/19 155/1 156/22 157/18 170/16 170/19 170/21 170/22 172/10 185/13 185/22 185/23 187/11 192/24 193/10 196/23 197/2 197/4 197/24 207/13 213/25 216/2 218/19 218/21 218/22 235/17

**ballot [1]** 227/5

**band [11]** 33/18 33/19 34/4 34/7 35/1 87/4 87/7 87/9 186/1 186/6 186/14

**banister [2]** 44/6 44/6

**Bank [1]** 114/8

**bar [3]** 170/16 191/24 192/7

**barber [1]** 198/18

**Bared [2]** 92/16 114/12

**Barlington [6]** 39/3 221/10 221/13 221/16 221/17 221/18

**barlingtongroup.com [1]** 50/15

**Barreiro's [1]** 184/24

**baseball [5]** 24/5 180/15 197/14 198/6 198/7

**based [9]** 67/22

**B**

**based...** [8] 94/22 94/24 97/25 145/3 158/15 159/6 159/21 205/11

**basic** [1] 113/10

**BB** [19] 82/4 82/6 82/10 83/17 83/18 87/24 87/25 87/25 93/6 101/8 102/20 103/5 103/14 103/14 104/20 108/5 110/20 113/14 115/17

**BB 2012010271** [1] 82/4

**BB2012010271** [2] 84/10 84/13

**BB2018000468** [1] 101/8

**be** [152] 4/5 6/8 7/23 8/12 9/14 9/22 10/13 12/7 12/11 16/3 16/5 17/21 21/5 26/7 27/11 27/17 28/21 28/25 29/21 32/9 35/19 38/1 38/25 39/13 43/14 44/24 47/1 47/13 47/21 49/25 50/2 51/2 57/19 57/22 64/14 66/7 66/13 66/15 66/18 67/1 67/6 68/2 68/8 68/20 70/24 71/22 72/2 72/13 73/8 73/23 74/15 75/1 78/10 79/1 79/4 80/4 80/22 81/7 81/14 81/20 81/20 82/18 82/23 88/9 88/11 88/17 90/16 90/16 90/20 90/21 90/24 91/3 92/16 94/3 94/11 97/2 99/2 99/14 100/8 101/10 101/15 101/16 101/19 101/21 102/6 102/13 102/22 105/21 106/17 108/9 109/7 109/10 110/8 113/24 113/25 114/13 115/10 119/20 121/4 121/20 125/6 125/22 130/11 132/2 146/19 148/4 148/4 149/22 152/1 152/23 152/24 154/19 155/14 161/6 162/10 162/18 163/13 164/6 172/7 177/5 183/22 184/17 187/7 193/11 196/3 196/15 197/15 197/21 199/10 201/13 204/13 209/20 217/22 218/10 219/22

**220/24 223/23 227/3** 231/7 235/9 235/20 236/17 237/2 237/7 237/9 238/20 240/21 240/25 241/18 241/20 241/22 242/9

**became** [7] 64/10 94/3 137/7 156/5 168/19 174/18 193/25

**because** [49] 5/22 8/3 14/25 15/5 15/9 15/12 16/11 33/22 36/13 44/5 55/19 60/9 60/24 62/10 65/6 69/16 72/11 72/22 73/21 74/14 77/5 79/2 81/20 124/23 128/20 132/1 143/24 146/19 147/5 147/7 147/7 155/6 177/22 179/8 180/1 184/2 184/6 187/20 188/11 189/25 205/1 207/25 207/25 216/6 225/6 227/4 227/5 231/19 235/25

**become** [3] 178/21 179/1 179/6

**becoming** [1] 74/14

**been** [59] 5/5 5/10 6/5 6/18 6/21 6/22 7/1 7/5 7/8 9/1 9/6 9/9 9/10 10/14 26/13 31/17 43/8 64/6 67/5 68/11 75/9 78/9 78/10 90/17 94/25 97/19 122/7 131/3 132/3 132/4 132/4 142/11 144/2 156/9 158/14 158/20 160/6 162/25 166/11 166/13 166/19 169/13 175/23 179/12 187/16 198/24 199/6 201/9 205/6 207/10 207/11 218/11 223/21 224/17 225/5 230/4 236/25 239/19 241/16

**before** [47] 1/8 13/4 13/10 13/19 21/5 34/17 39/8 39/24 41/4 59/7 63/9 66/14 78/10 88/21 101/23 102/12 102/16 107/22 108/2 115/16 119/18 119/25 126/3 133/10 151/19 152/18 166/17 168/18 170/18 170/21 174/17 178/21 178/25 179/6 181/9 181/18 188/16 194/16 199/2 199/4 217/19 217/23 221/9 222/1 231/16 239/20 241/21

**begin** [2] 34/17 34/18

**beginning** [1] 237/18

**behalf** [18] 4/12 4/16 12/13 88/21 89/6 112/21 116/4 120/12 122/25 123/7 126/4 136/25 152/17 168/10 169/3 216/11 221/17 221/18

**behind** [8] 10/25 30/25 61/17 108/16 176/12 178/8 207/13 228/17

**being** [34] 30/8 36/6 43/9 53/10 65/21 66/6 70/10 71/12 71/20 77/14 77/17 83/4 86/1 95/14 98/24 108/19 108/20 121/11 143/20 143/21 143/21 146/10 146/15 146/17 162/1 162/2 163/4 166/17 189/14 189/17 194/10 194/12 196/16 200/14

**belief** [1] 129/24

**believe** [35] 7/2 15/10 18/10 25/6 26/19 38/10 39/11 54/25 56/8 61/23 70/5 75/23 77/1 84/17 87/1 94/11 100/25 107/13 121/7 127/12 138/18 140/5 140/8 142/24 151/9 168/12 170/7 175/2 196/14 203/22 204/24 206/9 222/16 227/8 227/12

**believed** [1] 65/24

**below** [4] 50/13 82/20 92/14 166/3

**Ben** [2] 4/15 241/3

**bench** [4] 5/2 64/24 203/18 237/15

**Benedict** [1] 1/18

**Benitez** [10] 51/7 53/7 53/8 53/22 56/4 56/5 56/9 57/6 58/9 62/20

**Benitez's** [2] 56/25 57/1

**Bernat** [2] 240/13 240/15

**besides** [1] 150/6

**best** [2] 69/1 205/21

**better** [2] 73/19 82/18

**between** [8] 42/18 50/6 52/7 63/17 68/13 128/7 209/15 227/3

**Beverages** [1]

**209/17**

**beyond** [5] 109/4 179/15 206/7 230/19 237/2

**bidding** [2] 195/22 195/23

**big** [3] 9/20 58/8 224/19

**bigger** [11] 40/25 58/15 88/11 89/23 103/19 110/19 111/7 165/22 176/5 183/13 189/10

**bill** [33] 45/4 46/20 47/6 47/20 49/3 49/8 49/22 50/7 50/7 50/14 50/15 51/19 52/19 53/5 54/5 63/17 105/12 130/19 131/10 135/8 135/8 135/23 136/5 137/15 168/4 221/9 221/12 226/5 226/24 227/3 227/9 227/19 227/24

**binding** [4] 91/13 105/20 115/9 119/19

**Biscayne** [1] 1/21

**bit** [6] 40/25 93/20 111/6 176/5 203/19 231/18

**bits** [2] 10/4 10/4

**black** [2] 58/21 190/12

**blank** [3] 77/4 126/9 224/18

**blatant** [1] 5/16

**blew** [1] 50/11

**block** [5] 47/9 49/8 51/20 137/23 197/13

**blocking** [4] 43/7 197/13 197/14 197/18

**Blom** [1] 6/15

**blow** [4] 81/20 82/17 85/11 93/19

**blowing** [1] 188/24

**blue** [2] 80/13 118/9

**blurry** [2] 81/20 190/5

**Blvd** [3] 1/21 2/3 242/23

**BNZ** [3] 92/11 92/12 114/7

**board** [10] 37/23 38/2 38/3 38/7 46/2 46/10 74/22 80/12 80/14 88/22

**bold** [1] 90/15

**bonded** [1] 29/20

**books** [1] 160/12

**both** [6] 11/10 16/25 34/14 128/7 161/6 203/25

**bottom** [14] 16/5 51/16 58/16 83/1 85/10 91/2 92/10 101/13 106/12 106/21 114/7 122/17 223/3 223/20

**BOWEN** [1] 1/20

**box** [7] 122/17 223/6 223/9 223/9 223/13 223/14 223/16

**boxes** [2] 171/20 223/8

**bragging** [1] 201/17

**brazen** [1] 238/13

**break** [5] 73/12 162/9 162/10 234/24 236/19

**brick** [1] 125/7

**brief** [6] 5/12 5/13 12/22 12/24 64/14 203/17

**briefed** [1] 239/19

**briefing** [1] 239/15

**bring** [21] 6/17 12/1 13/23 16/11 17/18 44/19 62/8 63/10 66/12 79/15 110/10 115/20 126/19 127/10 133/12 155/22 164/2 184/16 200/25 221/20 242/8

**bringing** [1] 214/9

**brings** [1] 212/10

**Bristle** [1] 125/15

**broke** [3] 18/10 79/21 235/1

**brother** [2] 213/14 213/18

**brought** [11] 6/10 6/25 7/10 7/15 8/3 16/22 76/1 131/3 148/19 153/11 174/25

**Broward** [1] 242/23

**Bruno** [1] 184/24

**Brush** [1] 125/15

**BTR** [2] 139/13 139/17

**Bud** [1] 182/2

**build** [6] 128/21 128/25 129/7 144/1 181/4 202/16

**building** [66] 27/20 27/22 30/19 30/25 31/18 35/9 39/6 39/19 40/2 41/24 55/13 57/8 57/9 57/13 57/14 82/7 83/15 90/19 90/23 94/13 94/14 94/19 94/21 94/23 105/15 105/22 106/23 108/9 108/14 111/8 111/10 113/24 114/3 115/11

**B**

**building... [32]**
115/19 115/20 119/21
120/14 120/18 127/14
128/22 128/25 148/5
170/11 170/12 171/11
171/16 171/22 173/2
174/20 177/5 177/6
186/8 186/11 191/20
191/21 198/19 201/12
213/9 213/11 213/12
214/7 214/8 215/7
224/11 232/13

**buildings [3]** 25/15
41/13 42/19

**built [10]** 39/6
108/19 108/20 128/13
128/18 129/6 129/9
143/7 146/10 146/15

**burned [1]** 129/21

**bushes [2]** 24/4
207/13

**busiest [1]** 149/24

**business [13]** 22/17
97/1 126/16 139/6
139/7 139/13 139/17
150/6 150/9 151/21
207/10 207/11 207/15

**businesses [6]**
150/14 150/18 150/19
179/12 181/17 200/17

**busy [4]** 149/21
150/3 150/4 192/25

**but [154]** 5/21 6/16
7/24 8/2 8/13 8/15
10/12 11/13 11/21
12/25 13/3 13/10
13/12 13/13 13/18
13/23 15/19 16/13
16/17 17/14 20/5
20/16 21/11 25/6 26/2
26/5 26/7 26/19 26/21
26/23 27/5 31/19
32/24 33/2 36/12 38/4
38/23 39/17 40/17
42/7 42/9 44/1 44/5
44/15 44/24 48/6
50/20 52/16 53/15
55/3 56/14 57/11
57/18 59/20 60/5
61/16 64/3 66/21
68/10 69/3 69/19
72/11 72/14 72/16
74/5 76/5 78/20 78/21
81/16 82/10 83/18
84/5 85/3 87/24 95/14
95/16 96/11 97/9
97/23 102/24 108/13
111/21 115/25 117/1
118/20 119/18 121/21
124/17 125/7 125/25

127/24 128/9 130/19
131/11 132/6 133/19
134/4 137/23 138/17
141/15 143/23 143/25
144/12 144/18 148/1
149/19 152/9 154/7
154/19 155/13 155/24
156/4 156/25 157/20
159/13 160/20 162/1
163/5 167/13 169/21
180/14 181/2 181/9
183/25 189/24 193/22
194/6 197/17 197/20
198/15 200/20 203/22
205/18 208/4 215/2
219/9 219/18 220/12
221/9 223/3 224/8
224/14 224/24 225/18
225/20 227/15 231/22
235/22 238/11 241/7
241/10 241/21 242/1
242/5

**butt [2]** 187/12
188/12

**buy [2]** 26/10 224/20

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 242/18

**C. [1]** 137/16

**C. Herrara [1]**
137/16

**cabin [1]** 69/1

**caddy [3]** 180/24
180/25 181/1

**caddy-corner [3]**
180/24 180/25 181/1

**calendar [2]** 5/11
238/3

**call [28]** 4/4 4/7 5/7
5/11 27/5 47/6 47/9
49/8 51/19 53/5 57/3
61/4 79/15 110/4
116/15 143/20 164/14
165/10 176/1 177/22
194/4 197/20 237/21
238/3 240/3 240/6
240/9 240/16

**Calle [26]** 26/8 26/11
140/20 140/23 141/1
141/8 141/23 143/8
144/9 144/17 144/21
144/25 147/22 149/9
150/7 150/12 156/10
161/5 164/11 164/14
164/18 165/10 168/7
179/13 218/19 235/17

**called [12]** 37/13
50/2 88/22 102/7
116/11 140/8 150/20
188/22 218/14 218/23
219/6 241/25

**calling [8]** 24/5 53/8
53/21 53/22 53/25
163/11 163/13 239/25

**Calls [9]** 92/4 94/5
96/5 120/20 138/12
155/16 201/3 201/4
228/11

**came [11]** 5/25
137/7 146/25 147/3
174/19 181/18 184/12
184/19 184/23 188/20
212/16

**campaign [23]** 6/13
7/12 7/18 8/10 11/12
11/15 12/10 12/11
12/13 12/13 12/21
66/4 66/5 66/20 69/6
70/25 71/8 76/17
178/10 178/11 200/16
228/7 228/21

**can [179]** 8/1 8/9
8/13 8/15 9/16 10/18
11/1 11/6 11/18 11/19
11/20 12/5 12/24 13/1
13/4 13/8 13/10 13/11
13/13 13/13 13/14
13/19 13/22 15/11 15/6
15/25 16/24 16/25
17/1 17/18 19/9 19/10
21/19 26/9 27/6 28/3
29/11 33/25 34/15
41/1 41/12 44/19
44/23 44/24 45/17
50/12 57/1 57/4 57/19
58/15 59/5 59/8 60/16
60/18 62/8 62/13 64/1
64/3 64/22 65/20 66/2
66/4 66/20 68/19
68/23 68/23 69/5 71/6
71/6 71/8 71/8 71/25
72/20 72/24 72/24
73/10 73/11 73/18
74/19 76/4 77/6 78/4
78/6 78/9 78/18 79/14
79/25 83/8 83/17
83/18 83/18 84/5
85/10 85/11 86/14
86/19 88/11 91/20
96/8 98/3 99/2 99/7
99/21 103/18 103/19
106/8 107/22 115/25
117/1 117/22 117/23
120/25 121/5 122/18
129/7 132/20 139/11
156/12 158/3 158/5
158/6 159/1 163/20
164/2 166/3 166/20
168/9 168/15 170/4
171/1 172/12 176/2
177/20 177/24 179/14
188/24 189/3 189/12
189/20 190/1 190/1

190/12 190/15 192/21
197/8 197/9 197/20
202/14 204/14 206/11
206/15 207/20 208/18
212/23 214/9 215/21
219/20 219/23 222/8
222/11 222/19 223/7
226/19 229/15 231/1
231/1 231/11 232/4
234/6 234/11 235/22
238/6 238/15 239/1
239/11 240/7 240/7
240/8 240/10

**can't [19]** 11/21 16/1
17/7 39/7 60/22 74/10
85/7 86/20 89/11 96/1
155/19 185/4 189/4
189/25 190/5 190/13
190/14 204/6 234/16

**candidacy [2]** 76/14
141/15

**candidate [13]** 7/20
8/4 8/15 11/16 11/18
11/25 12/12 12/21
12/17 77/14 77/17
77/20 141/14

**candidates [1]** 228/5

**cannot [6]** 34/13
60/21 69/16 77/3
78/18 190/2

**Canton [25]** 45/20
45/22 46/12 46/21
47/8 47/20 48/7 48/9
49/3 49/9 49/22 50/1
50/7 50/22 50/25 51/6
51/19 52/7 52/19 53/3
53/5 53/15 53/20 54/5
63/17

**cap [1]** 197/14

**capacity [3]** 232/19
233/10 233/16

**Caprio [2]** 1/11 4/11

**caps [4]** 24/5 111/11
198/6 198/7

**capture [1]** 196/24

**captured [1]** 216/11

**car [3]** 156/22
197/16 198/14

**card [1]** 22/17

**care [7]** 137/1 151/3
201/10 201/11 201/12
221/9 221/12

**careful [1]** 199/14

**Carlos [1]** 133/2

**CAROLLO [84]** 1/6
4/8 5/5 5/15 8/22
8/24 19/24 22/8 23/2
23/13 24/10 53/12
64/7 64/10 64/11
75/21 77/5 77/13
77/20 99/12 132/2
132/3 141/11 147/3

147/5 170/10 170/19
174/18 175/3 175/8
175/24 177/11 177/13
177/21 178/7 178/15
180/1 181/11 182/21
183/16 184/10 184/19
192/13 192/17 192/18
193/25 195/23 195/24
196/3 196/16 197/8
197/8 197/16 197/16
197/18 198/5 198/14
199/11 199/14 200/15
200/20 201/8 201/8
201/21 203/12 204/22
205/14 219/13 219/19
220/8 220/17 220/23
221/20 222/3 223/25
224/8 225/11 227/3
227/19 228/6 237/19
238/2 239/16 241/24

**Carollo's [7]** 75/22
76/14 167/5 175/16
178/10 180/11 228/21

**carry [1]** 74/6

**cars [2]** 24/5 157/19

**cart [1]** 13/19

**case [53]** 1/2 4/7 4/9
6/17 7/7 7/9 12/1
13/15 14/23 15/12
16/1 16/2 16/3 16/11
17/1 31/23 39/9 64/17
64/18 65/14 66/22
72/4 74/15 78/11 82/7
82/12 93/6 100/14
105/6 109/9 113/14
113/14 114/23 114/23
115/17 125/11 133/16
141/9 145/15 148/17
162/25 193/15 204/3
204/9 208/1 232/15
236/19 238/5 238/10
239/9 241/14 241/18
241/23

**Casito [2]** 218/19
218/23

**categories [3]** 4/23
4/24 9/19

**caught [1]** 207/12

**caused [1]** 200/7

**CBS [1]** 90/11

**CBSSFR [1]** 113/17

**CCSG [7]** 158/13
159/8 159/9 159/23
159/25 161/8 161/13

**Cejas [6]** 132/24
136/12 136/25 137/8
137/12 137/23

**center [1]** 183/3

**certain [9]** 8/6 38/4
66/16 69/25 99/1
128/20 140/10 152/18
189/3

**C**

certainly [4] 6/23
20/13 20/15 107/17
Certificate [12]
10/11 32/13 97/1
97/14 97/17 97/18
97/19 97/24 139/5
144/10 213/7 213/24
certification [3]
25/14 37/22 123/25
Certified [1] 213/5
certifies [1] 168/25
certify [2] 168/24
242/19
cetera [3] 14/7
72/11 175/14
Chain [44] 29/8 29/9
29/13 29/15 29/17
30/3 30/25 32/11
32/12 35/8 98/22
149/14 149/21 150/4
150/6 151/24 153/15
153/18 153/19 155/1
156/23 157/18 170/16
170/19 170/21 170/22
172/11 185/13 185/22
185/23 187/11 192/24
193/10 196/23 197/2
197/4 197/24 207/13
213/25 216/2 218/20
218/21 218/22 235/17
chair [3] 92/17
114/14 200/12
champions [1]
184/25
change [1] 132/17
changed [6] 177/11
177/11 177/14 177/18
194/2 195/17
Chapter [5] 41/15
41/20 41/25 42/4
55/13
charged [2] 6/18
6/21
charter [2] 199/14
201/2
check [2] 11/24
240/10
checked [1] 203/21
checking [2] 163/14
163/16
chest [1] 201/13
chief [9] 6/14 33/1
53/6 53/21 104/18
195/8 195/13 210/23
211/16
Chirino [1] 31/7
chosen [1] 205/25
Christina [2] 180/8
181/7
Christmas [7] 10/9

10/10 40/3 86/21
218/14 227/9 227/11
church [6] 152/22
153/7 154/22 155/1
155/6 155/14
cigarette [2] 187/12
188/12
circle [2] 149/13
178/14
circled [1] 58/11
circumstances [2]
23/5 39/18
citation [1] 172/15
cite [2] 179/14 232/4
cited [8] 35/24 39/10
161/2 161/5 165/12
167/11 168/17 231/7
citing [2] 232/14
233/14
citizen [1] 13/7
citizens [3] 177/1
222/13 223/22
city [184] 18/13
23/19 23/23 23/24
30/4 30/10 30/19 31/5
31/17 31/21 32/10
32/23 32/25 35/20
35/24 36/5 37/23 39/9
40/21 46/12 52/11
53/13 53/15 54/21
55/19 55/20 56/7 56/9
57/10 59/12 59/21
65/10 77/17 81/25
82/21 82/22 83/1 88/4
88/22 89/24 90/10
91/4 91/11 91/14
91/23 91/24 92/2
93/22 94/4 94/9 94/19
94/25 97/7 97/9 97/12
97/14 97/16 98/15
99/11 103/17 104/4
106/3 107/25 110/24
112/13 113/16 115/16
115/19 115/21 116/8
116/9 118/8 118/9
120/2 120/14 120/18
121/1 121/6 121/8
124/22 124/23 129/11
129/21 130/1 131/2
131/22 132/1 132/24
135/3 135/10 138/9
140/14 140/17 146/21
146/25 148/10 148/19
151/7 152/2 152/21
153/1 153/6 155/7
160/6 160/7 161/3
166/1 167/11 167/13
174/23 174/25 177/9
177/13 177/16 177/18
178/4 178/4 178/8
178/20 178/25 179/2
179/4 179/5 179/5

179/9 179/10 181/19
182/20 183/1 183/2
183/4 183/15 183/23
184/6 184/10 184/12
184/20 185/5 194/2
194/6 194/9 194/20
195/3 195/8 195/17
196/2 199/7 199/7
199/13 199/16 200/6
200/18 200/19 200/20
201/2 207/4 207/4
207/11 207/21 209/13
209/15 209/16 210/10
210/23 210/24 213/13
215/13 216/2 216/4
216/4 216/13 217/2
217/7 217/22 218/10
218/11 219/24 223/24
232/4 232/12 232/14
232/15 235/4 235/21
city's [1] 194/5
claim [6] 15/1
126/21 146/22 146/25
182/2 198/21
claimed [1] 181/19
claims [7] 7/7 15/7
53/9 74/22 156/20
157/1 220/11
clarification [3]
11/11 189/3 190/24
clarify [3] 60/23
62/15 220/13
clarifying [1] 24/14
clear [15] 12/12
27/11 38/25 58/20
60/8 66/24 67/2 68/4
69/10 71/12 71/15
71/17 71/18 79/11
238/20
clearly [7] 52/5
61/17 67/23 68/17
75/1 188/25 224/16
client [3] 15/2
178/24 181/6
client's [2] 181/16
237/20
clients [1] 238/5
clients' [1] 5/7
clip [1] 215/20
clocks [1] 64/16
close [3] 53/7 179/24
240/4
closed [1] 175/23
closing [1] 163/15
closure [1] 215/5
co [3] 13/20 17/15
213/24
co-counsel [2] 13/20
17/15
code [45] 18/13
18/14 19/20 23/19
23/23 24/2 24/5 41/15

41/20 42/5 56/8 56/10
57/10 81/25 82/21
83/15 93/22 105/22
105/22 106/3 107/25
111/10 112/13 115/11
115/12 119/21 119/21
120/2 138/1 141/8
142/22 163/22 193/9
193/9 193/11 201/2
201/12 212/16 224/10
224/14 224/17 232/12
232/13 232/13 232/14
codes [3] 56/7
105/23 119/22
coffee [2] 36/21
36/24
COLE [1] 2/2
Colina [2] 195/13
210/22
colleague [1] 6/7
collection [1] 198/7
colon [1] 120/3
column [2] 122/5
122/11
come [8] 36/3 111/2
123/21 131/21 187/21
201/18 231/15 237/7
comes [15] 26/22
84/8 89/22 93/5 103/4
104/16 105/9 113/5
119/9 137/14 176/2
185/14 188/5 193/9
224/20
coming [9] 65/15
73/7 75/15 75/23 76/6
172/7 180/2 239/21
241/22
commenced [2]
95/15 95/18
commencing [1]
126/16
comment [1] 11/8
commentator [1]
227/10
commentators [1]
226/20
commented [1] 57/2
comments [3] 33/9
133/13 185/10
commercial [5]
25/15 125/18 202/2
228/24 229/2
commercials [3]
228/24 229/1 229/1
commission [19]
74/22 75/3 177/13
177/18 177/24 178/4
178/21 179/9 181/19
194/10 200/6 200/19
207/2 207/4 207/5
219/12 220/4 221/5
222/2

commissioner [56]
4/16 5/15 22/7 23/2
23/13 24/9 53/13 64/7
64/10 64/11 64/11
64/12 75/20 75/22
76/14 99/10 141/11
170/18 170/18 170/21
174/18 174/18 175/3
175/8 175/8 175/16
178/8 181/11 183/15
184/23 184/24 192/13
192/17 192/18 193/25
193/25 196/16 197/16
197/18 197/25 198/5
198/14 199/11 199/14
199/17 201/8 201/8
201/21 204/22 219/13
220/8 220/17 220/23
225/11 241/11 241/14
commissioners [11]
177/16 178/4 181/12
181/20 181/25 182/21
183/6 183/7 183/15
207/20 210/24
commitment [3]
105/20 115/10 119/19
committed [1] 6/12
committing [1]
11/15
communicated [1]
219/6
communications [1]
65/10
companies [8]
125/11 127/4 194/8
213/19 225/3 225/4
229/21 235/13
company [19] 7/17
26/21 26/23 29/18
29/23 130/24 132/7
149/18 150/23 161/15
161/16 161/24 168/10
174/25 175/22 196/21
196/22 197/5 213/19
compilation [1]
121/12
complainant [1]
221/12
complaint [23] 9/1
75/19 75/20 75/21
171/18 172/23 180/5
193/13 193/14 217/12
219/15 219/18 220/4
220/7 220/14 220/18
220/22 221/6 221/8
221/9 221/15 221/19
222/3
complaints [10]
170/15 170/19 170/22
174/13 174/22 175/1
175/4 175/17 175/20
175/22

**C**

**complete [10]** 83/11
106/12 106/17 116/1
146/8 154/23 159/7
159/22 217/4 217/7
**completed [5]** 90/21
96/11 113/25 185/25
186/14
**completely [1]** 6/17
**completion [1]**
126/17
**compliance [45]**
18/14 35/20 36/2 36/3
36/6 36/6 56/7 56/8
56/10 57/10 91/12
92/22 93/5 93/9 95/4
95/25 96/3 96/17
97/25 98/18 105/6
105/18 105/21 107/1
114/22 114/23 115/1
115/2 115/21 115/24
116/7 119/9 119/11
119/20 120/17 123/18
124/12 124/14 124/19
131/22 161/7 163/22
187/21 235/12 235/21
**complied [2]** 91/3
124/14
**comply [6]** 41/24
55/13 63/2 79/12
95/24 161/2
**comprehensive [1]**
212/10
**comprised [1]** 39/17
**computer [7]** 55/15
55/18 55/20 56/12
62/21 63/1 63/5
**concealed [1]** 42/3
**concentration [1]**
26/13
**concern [1]** 201/20
**concerned [2]** 11/14
65/19
**concerns [1]** 131/9
**concludes [1]**
242/12
**conclusion [9]** 92/5
94/6 96/6 120/21
138/13 155/17 175/1
201/4 228/12
**concrete [3]** 28/14
43/18 43/19
**condemning [2]**
53/9 53/23
**conditions [1]** 96/16
**conduct [2]** 74/23
163/3
**conducted [4]** 24/15
139/7 159/7 159/22
**conduit [1]** 7/21
**conference [1]**

212/19
**confirmed [1]**
159/25
**confrontation [1]**
227/11
**confuse [1]** 61/19
**confusing [1]** 59/17
**connect [1]** 127/20
**connected [4]** 60/12
140/25 152/9 225/1
**connection [4]** 7/6
138/1 237/13 239/14
**connections [3]**
126/19 127/7 127/11
**conscious [1]** 238/13
**consequences [1]**
234/25
**consider [2]** 99/14
202/19
**consideration [1]**
115/18
**considered [3]** 30/20
126/22 177/5
**considering [2]**
77/14 77/17
**constitute [1]** 41/14
**constructed [5]**
30/25 31/13 32/7
143/21 146/10
**construction [20]**
22/14 22/21 25/10
25/14 26/3 26/5 27/9
27/20 28/6 29/18
30/17 38/6 38/13
38/19 108/9 111/11
113/18 143/19 168/11
187/2
**construe [1]** 199/13
**Consulting [2]** 159/7
159/22
**contact [1]** 131/9
**container [22]** 125/4
125/8 128/4 128/11
128/13 128/16 128/18
128/21 128/23 129/1
129/1 129/5 130/2
130/5 130/8 130/12
130/14 131/14 132/9
138/2 138/10 139/2
**containers [12]**
143/7 143/18 144/1
144/8 146/1 146/5
146/18 147/2 147/6
147/17 148/7 179/13
**contains [3]** 65/3
166/11 168/23
**contempt [2]** 238/2
239/14
**contested [2]** 220/8
220/12
**continue [6]** 18/4
22/4 55/24 208/1

224/14 230/19
**CONTINUED [3]** 2/1
18/8 233/8
**continues [5]** 90/23
91/10 114/1 115/18
183/19
**continuing [3]** 20/5
225/3 239/16
**continuous [1]**
97/19
**contract [4]** 149/16
149/19 150/17 150/17
**contracting [1]**
213/19
**contractor [6]** 29/24
35/12 35/25 36/4
168/15 169/1
**contrary [2]** 15/21
224/15
**contribute [1]** 13/5
**contribution [12]**
8/13 11/20 11/22
12/12 12/20 67/4
67/25 67/25 69/6 71/7
71/7 228/20
**contributions [9]**
6/13 7/18 8/9 9/17
66/4 66/5 66/20 69/4
70/25
**control [3]** 204/7
206/3 224/21
**controls [1]** 16/3
**conversation [3]**
8/18 11/3 136/5
**convicted [1]** 6/22
**copies [3]** 17/13
74/6 75/7
**copy [14]** 13/14
13/20 13/22 13/23
68/23 72/23 82/16
130/20 155/24 214/3
214/7 214/21 214/24
215/8
**cord [1]** 127/13
**cordially [2]** 182/23
183/16
**corner [4]** 180/24
180/25 181/1 190/19
**Corp [5]** 125/15
151/22 157/10 159/5
160/5
**corporate [5]** 12/14
232/19 233/9 233/10
233/17
**corporation [1]**
125/15
**Corps [1]** 20/23
**correct [40]** 6/20
10/19 12/9 12/15 18/1
18/2 20/8 45/11 52/13
52/24 87/5 99/9
108/15 113/12 114/14

115/13 118/19 126/7
127/3 131/15 133/24
134/6 136/24 137/2
142/10 143/12 146/9
168/25 176/25 184/22
189/16 200/4 226/2
229/8 231/2 232/4
232/7 232/16 235/5
235/7
**corrected [1]** 142/11
**correction [1]**
185/24
**correctly [17]** 47/22
49/6 53/10 55/9 90/13
99/8 111/15 119/16
120/4 122/15 126/24
149/25 160/10 171/22
199/22 200/2 225/7
**could [18]** 7/24 17/5
17/8 32/9 65/3 84/5
98/8 100/8 138/10
147/18 148/4 148/4
187/13 199/13 206/14
206/20 227/3 238/9
**couldn't [1]** 50/11
**counsel [22]** 4/9
13/20 14/2 17/15 19/6
20/19 47/15 49/12
54/9 56/17 83/5 149/5
158/16 166/11 166/16
167/18 173/14 174/9
176/24 201/6 203/10
233/4
**counsel's [1]** 33/8
129/18 185/9
**counsels [2]** 64/23
73/1
**count [2]** 31/10 59/2
**county [5]** 41/20
42/5 114/17 114/18
184/24
**couple [4]** 58/18
84/16 84/18 151/10
**course [8]** 7/9 9/10
27/7 157/13 201/1
204/6 241/13 242/1
**court [46]** 1/1 4/4
4/20 5/21 9/13 12/22
12/23 15/16 16/3 16/9
21/5 26/16 34/13 51/7
66/14 66/15 67/24
68/6 68/11 69/14
69/21 69/25 73/20
78/9 78/10 78/11
79/14 79/25 110/4
204/21 205/4 205/7
205/11 206/3 206/17
206/18 222/13 236/21
236/23 236/24 238/13
239/7 239/20 241/23
242/10 242/22
**Court's [11]** 9/15

12/9 16/13 66/8 66/9
68/15 68/17 69/17
78/24 79/4 238/3
**courteous [1]** 68/12
**Courtney [2]** 1/11
4/11
**courtroom [12]** 16/4
17/20 37/1 64/21
79/16 109/13 162/13
164/4 168/13 236/20
242/11 242/16
**cover [1]** 192/21
**covering [2]** 165/1
198/1
**covers [2]** 177/4
177/6
**covert [2]** 70/24
196/10
**COVID [1]** 216/6
**CR [1]** 104/21
**cracks [1]** 89/10
**created [4]** 122/13
122/18 124/7 145/2
**crime [4]** 11/15
11/15 36/7 36/9
**crimes [1]** 67/13
**criminal [1]** 6/17
**critical [3]** 52/16
65/13 204/18
**cross [30]** 3/3 6/19
7/5 9/14 11/1 11/7
16/18 18/4 18/8 66/14
68/6 69/16 71/23 72/1
73/12 73/19 75/6 76/5
134/9 162/18 163/3
164/8 204/7 205/13
205/25 230/17 237/3
242/2 242/4 242/5
**cross-examination
[19]** 6/19 9/14 18/4
66/14 68/6 69/16
71/23 72/1 73/12
73/19 75/6 134/9
162/18 163/3 164/8
204/7 205/25 230/17
237/3
**cross-examine [7]**
7/5 11/1 11/7 16/18
76/5 205/13 242/2
**crossing [1]** 68/14
**CRR [1]** 242/2
**Cruz [1]** 87/7
**crystal [1]** 71/17
**CU [1]** 177/12
**Cuba [1]** 225/5
**Cubanize [1]** 224/23
**Cubans [1]** 224/23
**cultural [1]** 26/14
**Culturales [4]** 46/10
184/11 184/12 184/19
**cumbersome [1]**
74/14

**C**

**cumulative [7]** 9/22
65/6 107/6 107/15
163/4 204/9 206/1
**cup [2]** 36/21 36/23
**current [2]** 163/23
178/8
**Curtis [5]** 19/8 49/16
85/20 165/15 166/8
**custodian [1]** 121/7
**cut [1]** 155/24
**CV [2]** 1/2 4/9

**D**

**Dade [7]** 41/16 41/20
41/25 42/5 55/14
114/18 222/2
**Dadeland [1]** 2/3
**dais [2]** 177/23
207/20
**damaged [1]** 187/11
**Daniel [5]** 194/20
194/23 240/17 241/6
241/7
**dark [1]** 7/21
**date [41]** 45/8 45/10
45/11 52/8 53/18
58/11 58/15 58/16
58/24 60/6 61/13 88/6
90/4 90/5 90/25 97/20
103/4 103/19 104/7
112/2 115/6 118/16
122/13 122/18 122/19
124/7 124/13 126/22
140/15 154/3 165/23
166/6 172/14 172/20
172/21 183/19 189/18
192/1 192/3 226/8
234/13
**dated [12]** 50/9
50/17 55/1 88/3
104/17 105/9 119/14
132/17 133/22 135/23
153/13 165/23
**dates [5]** 54/11
91/12 145/2 189/17
195/7
**DAVIS [1]** 1/18
**Dawson [2]** 2/3 4/15
**day [18]** 1/8 22/11
22/17 45/10 45/14
50/19 51/13 52/14
60/2 115/5 126/24
175/19 186/25 192/22
200/23 207/22 239/2
241/5
**day's [1]** 242/12
**days [15]** 5/16 90/13
90/25 113/20 113/21
114/4 114/4 126/22
157/18 157/24 188/16
218/19 238/9 241/17

242/3
**de [9]** 131/1 131/5
131/6 131/21 137/1
137/25 178/7 224/23
224/23
**de-Cubanize [1]**
224/23
**de-Latinize [1]**
224/23
**deal [2]** 26/2 26/5
**dealing [2]** 133/3
133/3
**deals [2]** 139/2
170/15
**Dear [3]** 136/25
153/15 158/23
**debate [1]** 78/23
**debris [6]** 22/15
22/21 22/24 43/17
43/17 43/22
**deceitful [1]** 68/2
**December [13]**
45/23 145/20 147/7
147/8 153/13 154/3
154/13 194/23 219/3
227/9 234/6 234/14
234/21
**December 13 [1]**
145/20
**December 15 [1]**
227/9
**December 20 [3]**
153/13 154/3 154/13
**December 22 [3]**
234/6 234/14 234/21
**December of [2]**
194/23 219/3
**decide [2]** 16/4
204/10
**decided [1]** 16/5
**decides [1]** 200/23
**decision [18]** 68/15
69/18 71/13 77/9
78/14 78/21 79/4
90/10 91/12 91/13
91/15 91/19 91/21
113/16 204/11 205/18
205/18 207/15
**decisions [1]** 78/13
**deck [4]** 187/13
187/16 191/24 192/7
**declared [1]** 77/20
**declined [2]** 180/14
181/5
**deed [1]** 199/15
**deem [1]** 68/7
**defamation [1]**
185/2
**default [1]** 238/9
**defend [1]** 200/15
**defendant [8]** 1/7
1/15 2/1 5/5 162/14

236/22 236/23 241/14
**DEFENDANT'S [26]**
3/6 47/3 48/25 51/11
54/18 58/5 81/9 87/19
89/20 101/1 103/2
104/14 110/16 112/7
135/21 167/25 171/9
173/10 174/3 188/3
191/4 191/16 202/10
202/11 206/24 222/21
**defendants [1]**
238/16
**defended [1]** 68/14
**defense [145]** 18/11
40/10 40/14 40/21
42/12 42/23 44/8
44/13 45/2 45/10
45/14 46/24 47/11
48/3 48/12 48/21 49/3
49/11 49/17 50/6
50/19 51/4 51/12
52/14 54/4 54/12
54/16 56/9 56/15
59/22 60/1 60/10
60/25 61/5 62/7 62/16
63/10 63/12 63/16
75/16 79/21 80/5 81/2
81/11 81/18 83/25
84/7 84/13 87/13
87/21 89/14 90/4
92/20 92/24 93/19
100/19 102/6 103/15
103/25 104/10 104/12
105/2 107/9 107/13
107/22 110/11 110/18
112/3 112/5 112/9
112/22 112/25 113/6
114/20 116/19 116/22
117/13 118/1 119/3
123/13 123/18 130/17
135/13 135/18 135/19
137/14 138/16 138/21
138/22 140/2 141/17
142/6 142/13 142/14
145/24 147/21 151/11
151/11 151/17 153/1
162/7 163/7 163/10
165/14 165/18 167/20
168/2 171/4 171/5
171/24 172/3 173/5
173/12 173/25 174/8
175/6 176/1 176/4
182/14 182/17 185/14
187/22 188/1 188/23
191/11 191/12 199/2
200/2 202/5 209/9
209/9 219/19 220/14
226/4 226/10 236/3
236/5 236/5 236/5
236/6 236/6 236/7
236/7 236/7 236/11
**deficient [1]** 41/14

**definitely [1]** 82/11
**degradations [1]**
194/5
**delay [3]** 73/5
126/21 206/4
**deliver [1]** 126/17
**delivered [2]** 126/22
126/23
**demand [1]** 160/1
**demented [1]**
181/16
**demo [1]** 123/8
**demolish [26]** 40/22
40/24 42/2 42/6 44/8
45/15 52/15 54/22
56/13 56/15 59/23
62/1 62/17 83/21
83/22 84/2 90/12
108/2 110/21 111/3
111/18 113/20 113/20
117/2 117/8 189/12
**demolished [2]** 91/4
91/7
**demolishing [1]**
115/22
**demolition [9]** 51/13
122/18 123/1 123/8
169/7 169/9 169/16
169/17 169/22
**demoted [1]** 195/24
**denied [6]** 7/6 8/21
8/21 77/5 77/6 200/14
**Dennis [5]** 19/2 19/4
20/18 20/22 240/17
**deny [1]** 13/8
**department [20]**
18/13 18/14 30/19
32/14 33/2 38/4 38/11
57/8 57/9 57/13 57/14
83/15 150/21 186/8
186/12 196/3 196/3
209/20 216/3 224/10
**departments [2]**
131/2 209/16
**depending [2]** 74/8
241/9
**depends [1]** 240/19
**depict [4]** 85/5
111/23 111/24 117/15
**depicted [2]** 85/14
151/16
**deposition [12]**
231/2 231/2 231/10
231/11 231/12 231/13
232/18 233/8 233/13
234/6 234/13 234/16
**describe [6]** 26/23
27/8 86/15 113/15
121/21 188/11
**described [23]**
26/11 26/25 27/2 27/3
30/3 32/8 37/6 56/14

93/21 106/2 108/18
111/24 116/11 120/2
143/6 164/21 188/9
188/10 188/21 192/13
200/7 216/8 235/14
**describes [3]** 7/12
42/2 90/7
**description [1]**
127/3
**designated [2]** 37/7
38/25
**designation [3]**
38/15 38/19 38/23
**designations [1]**
38/9
**designee [1]** 94/14
**designee's [1]**
105/16
**designing [1]** 168/10
**desire [1]** 163/5
**desires [3]** 105/20
115/9 119/19
**despite [2]** 10/8
91/24
**destroy [1]** 194/8
**destroying [1]**
181/17
**detail [7]** 9/24 10/6
153/4 153/5 179/7
214/5 214/22
**detailing [1]** 111/13
**details [1]** 210/2
**determination [2]**
114/10 156/17
**determine [1]**
193/10
**determined [6]**
32/23 34/2 36/5 138/9
167/13 180/4
**develop [3]** 26/6
26/10 26/10
**developed [3]** 19/21
90/20 113/24
**developer [6]** 26/2
26/5 26/16 26/17
26/20 37/5
**developers [1]** 26/20
**development [4]**
26/22 27/4 27/6 27/7
**device [2]** 171/21
172/24
**Devin [4]** 132/24
137/7 137/12 137/23
**dialogue [1]** 177/25
**Diaz [5]** 94/18 94/19
95/2 104/18 105/17
**Diaz's [1]** 94/16
**did [112]** 5/23 6/14
7/14 8/7 8/14 8/24
8/25 11/9 11/22 12/6
12/6 12/7 13/5 13/23
18/25 20/17 22/10

**D**

**did... [95]** 22/12
22/14 22/15 22/20
22/22 22/24 23/6 23/8
23/13 23/14 25/7 29/8
29/9 29/15 29/17
31/10 32/19 35/25
37/5 37/21 37/22 38/6
38/7 40/8 41/3 41/4
53/10 55/9 67/3 67/5
67/6 69/6 69/7 71/4
71/7 74/3 89/3 92/3
95/24 96/16 97/23
98/20 98/22 99/8
102/12 109/5 111/15
117/18 121/13 127/10
127/12 127/20 127/25
128/24 129/13 129/14
129/14 129/25 130/5
131/17 132/7 132/13
134/3 135/12 137/25
139/16 139/19 146/13
153/25 162/16 170/10
175/18 179/3 180/2
182/2 190/21 195/22
195/23 196/19 197/21
198/15 199/11 199/22
200/2 209/7 214/24
214/25 218/16 218/24
221/5 227/18 228/5
228/24 234/13 241/13
**did you [1]** 182/2
**didn't [36]** 14/4
14/16 15/12 16/11
21/16 36/22 41/5
49/24 54/2 67/1 68/21
71/12 95/6 107/12
121/25 125/11 127/24
128/22 129/11 134/23
135/4 135/11 155/13
181/22 184/12 188/11
208/3 213/14 219/16
221/15 225/21 229/2
233/19 241/12 241/23
241/24
**Diez [3]** 23/4 65/2
218/5
**difference [1]** 68/13
**different [21]** 4/24
24/1 36/19 39/17
48/16 59/6 59/9 64/16
85/4 96/15 96/15
103/21 113/9 123/25
140/24 143/7 150/17
171/17 198/7 224/22
235/3
**differently [1]**
216/10
**difficulty [1]** 129/16
**Dimitri [1]** 37/12
**direct [34]** 3/3 6/25

7/7 7/15 7/20 9/14
10/9 10/13 10/21 19/5
28/19 28/24 29/3 37/6
37/15 86/4 98/8 109/5
140/20 162/19 164/21
169/13 170/15 176/23
190/15 193/24 194/19
199/12 204/7 205/15
219/12 242/2 242/5
242/6
**directed [3]** 16/24
130/13 238/21
**direction [2]** 143/16
168/20
**directly [5]** 14/15
50/13 66/8 66/25 68/1
**director [2]** 38/3
213/10
**disagree [3]** 14/25
74/18 78/18
**disagreed [2]** 78/19
78/20
**disclaimers [1]** 7/19
**disclose [2]** 11/25
12/20
**disclosures [1]** 7/19
**discuss [10]** 16/6
64/17 77/16 109/5
109/9 184/16 200/23
200/24 236/18 241/13
**discussed [3]** 89/9
200/22 241/11
**discussing [1]**
177/20
**discussion [1]** 239/6
**disguise [1]** 31/22
**disguised [1]** 19/22
**disguises [1]** 12/20
**dismissed [3]** 220/5
220/24 221/6
**dispute [1]** 13/8
**disregard [3]** 5/16
66/9 238/13
**disrespect [1]** 68/16
**disrupt [1]** 238/23
**distributed [1]** 13/6
**district [12]** 1/1 1/1
1/9 24/7 26/14 53/13
64/7 64/11 99/11
141/11 147/9 202/3
**District 3 [1]** 99/11
**Division [1]** 209/17
**do [261]**
**do you [28]** 20/1
20/22 23/3 23/19 25/2
25/4 25/10 25/17
25/19 25/21 25/21
27/13 35/11 112/20
120/24 160/13 178/24
182/9 182/11 188/24
189/21 190/3 198/20
208/6 214/9 218/13

221/21 227/13
**do you see [74]**
40/21 41/10 41/20
45/2 47/6 47/18 49/14
54/22 56/17 56/18
57/16 60/25 61/7
80/10 81/11 81/22
82/1 82/4 82/24 89/25
90/17 91/16 92/9
94/17 103/4 103/8
104/21 104/21 106/12
107/25 108/3 108/6
110/22 112/10 113/6
114/23 121/22 122/11
122/21 135/24 136/13
137/4 137/16 139/9
141/23 142/4 144/23
151/21 153/12 154/5
154/16 159/11 165/23
166/4 168/9 169/7
169/8 169/11 171/13
175/7 182/17 182/21
186/4 188/6 191/20
202/25 203/3 210/25
211/14 213/7 214/5
217/16 217/24 225/7
**document [98]** 41/3
41/6 41/8 42/11 42/13
44/10 44/12 44/20
46/20 49/19 50/24
50/24 52/7 52/18
57/15 59/21 60/12
60/20 63/23 65/4 65/5
70/14 70/16 76/16
77/19 80/6 80/10
80/18 83/19 89/22
90/8 91/5 91/24 93/12
93/24 94/1 94/3 94/4
94/9 94/12 94/24
102/5 106/7 106/11
106/17 107/23 108/8
109/2 114/6 120/6
121/11 121/14 121/21
121/22 122/4 134/4
136/2 139/12 139/15
139/18 144/17 145/2
145/4 145/10 147/18
153/17 154/18 156/4
156/13 157/3 157/7
158/6 158/17 158/19
159/1 159/17 161/12
166/9 168/2 172/10
172/14 173/15 187/9
188/24 189/4 189/5
189/23 189/24 203/6
210/9 210/10 211/1
211/22 214/15 215/21
217/19 217/23 218/2
**documentation [6]**
39/8 39/9 39/12
148/15 152/3 238/16
**documents [16]**

39/11 52/5 60/15
62/12 62/12 83/20
84/1 100/14 100/17
121/1 121/5 121/7
149/8 152/8 158/12
164/11
**does [20]** 5/23 12/20
30/5 42/1 80/24 97/9
105/25 133/8 139/2
157/8 177/8 177/9
177/21 177/22 178/23
188/15 196/21 208/5
222/3 229/20
**doesn't [19]** 7/16
8/5 8/7 11/17 20/15
35/12 36/13 46/5 51/8
58/20 83/16 102/4
129/15 134/16 144/11
148/5 157/7 179/20
232/16
**doing [11]** 8/3 13/20
24/10 26/24 27/7
65/23 69/1 78/8 95/17
231/22 239/6
**dollar [1]** 15/6
**dollars [5]** 157/25
184/7 184/8 228/6
228/10
**don't [170]** 5/20 6/1
6/4 9/3 11/19 11/21
11/25 13/9 13/12 14/5
15/5 15/13 17/14
18/18 18/20 20/16
20/18 21/13 21/25
22/12 23/18 25/5 25/6
25/9 26/4 26/21 27/6
27/9 27/12 27/14
27/21 27/23 28/4 28/6
28/22 29/2 36/25
38/10 38/10 41/6 42/8
42/13 43/19 43/20
44/4 44/10 49/15 50/2
51/23 51/24 52/2
54/11 56/8 57/21
57/22 60/24 66/10
67/11 67/21 68/4
68/22 69/21 70/15
72/16 72/23 73/5 73/9
73/18 73/21 74/4 74/6
74/18 74/18 76/14
78/8 81/16 83/17 89/4
94/10 96/10 101/25
105/8 107/13 112/23
117/6 117/8 123/4
127/22 127/22 127/22
128/6 129/7 129/8
130/4 131/11 133/21
135/7 135/12 139/14
139/18 139/21 143/24
143/24 144/2 144/12
145/12 147/18 148/25
152/8 152/9 152/11

152/12 152/24 153/4
153/5 154/8 154/19
154/23 155/3 156/24
157/20 160/12 160/15
161/9 161/16 161/17
163/3 169/4 170/6
170/12 175/21 179/7
182/5 183/3 183/5
183/23 187/20 190/8
190/17 190/23 192/11
194/4 196/6 200/18
201/10 201/10 201/11
201/11 204/9 208/6
210/2 210/11 211/1
212/24 214/10 217/20
217/23 220/12 220/20
220/20 221/2 221/7
221/20 221/23 221/23
227/16 228/15 235/19
235/22 238/23
**donations [1]** 11/13
**done [28]** 9/15 9/16
11/19 31/5 31/18
53/10 65/21 66/23
70/24 72/18 77/2 79/8
79/10 135/12 146/17
148/10 148/12 178/5
178/24 186/10 186/23
187/3 204/14 206/3
213/19 215/6 231/6
242/9
**donor [1]** 11/18
**donors [1]** 11/24
**Dooley [1]** 240/12
**door [17]** 6/25 57/18
57/20 58/17 59/5 59/8
61/22 76/19 76/22
88/13 88/14 88/15
101/10 101/11 101/12
102/15 193/15
**doors [1]** 57/22
**Dot [1]** 52/25
**double [8]** 49/21
51/5 63/13 65/3 65/7
65/18 65/23 111/15
**doubt [2]** 6/4 68/18
**down [19]** 34/14
58/15 67/19 68/19
74/13 85/10 91/2 92/9
103/11 106/12 117/22
130/3 147/3 165/25
203/20 207/15 207/20
223/3 229/15
**draft [2]** 137/7
137/11
**drafted [6]** 135/2
135/5 135/5 135/6
135/7 135/10
**drafting [3]** 25/19
134/22 134/24
**drastic [2]** 53/8
53/22

**D**

drawing [1] 169/7
dressed [1] 23/18
driveway [2] 143/14
143/15
driving [2] 196/18
198/14
drop [1] 130/5
dropped [1] 130/2
drummer [1] 87/5
Dry [3] 209/12 212/3
212/9
due [5] 126/22 131/6
146/23 160/7 207/15
duplicative [3]
48/13 240/23 240/25
during [12] 19/5
23/1 32/24 38/13
38/19 175/16 192/22
213/4 214/14 216/6
220/7 241/24
DX [27] 58/1 58/7
60/5 61/24 79/23 84/6
84/15 84/23 85/3 85/9
86/2 86/9 87/14 87/14
89/13 89/17 94/24
96/20 102/21 102/23
103/23 111/20 131/10
191/2 207/20 209/9
226/13
DX 64 [1] 58/1

**E**

each [9] 14/25 85/9
115/25 157/1 166/17
184/16 207/14 207/19
223/11
earlier [8] 50/19
51/17 84/1 88/1
101/14 122/22 176/9
238/22
early [1] 195/4
easier [1] 196/15
East [1] 242/23
effect [1] 133/7
effective [1] 126/9
efficiency [1] 239/9
eight [1] 200/21
eighth [1] 222/24
either [4] 146/1
157/23 232/12 241/23
el [12] 150/16
164/14 170/10 176/13
179/25 180/1 180/6
180/8 180/23 181/4
218/19 218/23
elected [3] 194/10
194/12 223/23
election [5] 7/1 7/25
8/2 194/9 194/17
elections [1] 195/18
electric [2] 167/12

207/22
electrical [10] 28/8
111/9 126/19 127/6
127/10 127/13 127/25
128/3 131/24 132/8
electronic [1] 74/5
elevator [1] 43/7
eleventh [1] 223/3
Ellen [2] 242/21
242/22
else [11] 8/11 10/15
17/3 193/22 204/15
205/11 216/10 221/25
235/3 240/22 241/8
email [39] 6/1 6/2
45/4 45/19 47/21 48/5
48/6 48/8 49/20 50/6
50/8 50/13 50/13
50/14 50/19 51/21
52/1 52/7 52/18 53/2
63/17 63/19 65/3 65/9
65/15 65/14 65/16
73/4 130/19 130/23
130/23 131/10 131/13
135/19 135/23 139/23
139/25 140/6 217/22
emailed [2] 50/25
50/25
emails [1] 51/25
emblem [1] 183/4
emergency [2]
146/19 146/23
Emilio [9] 130/13
130/20 131/13 139/23
140/6 195/3 196/2
199/3 199/6
employed [1] 196/25
employee [1] 220/1
employees [2] 160/2
187/12
en [1] 163/19
enclosed [3] 137/3
171/22 173/2
end [8] 9/14 16/25
66/14 69/15 227/5
237/2 238/22 238/24
ends [2] 117/18
225/7
Enforcement [4]
19/21 23/23 24/6
141/8
enforcing [1] 224/17
engage [3] 8/24 8/25
194/6
engaged [4] 9/2 9/3
9/6 12/5
engineering [2]
25/12 111/12
English [4] 222/18
223/14 224/8 228/3
enhancement [2]
27/8 46/15

enlarge [1] 189/6
enough [10] 8/8
33/12 33/14 39/15
58/20 85/15 159/20
205/25 219/22 230/19
enter [1] 75/17
entered [11] 17/20
39/9 79/16 92/21
97/25 125/17 125/17
164/4 235/13 235/20
242/11
enters [2] 114/22
115/15
entertain [1] 73/21
entire [10] 158/7
158/9 181/3 187/14
216/20 216/22 217/1
220/3 224/20 233/23
entitled [1] 242/20
entries [4] 122/11
123/21 123/23 145/11
entry [3] 41/23
122/21 202/22
episode [1] 187/15
equipment [1] 108/9
era [2] 89/8 219/2
erected [4] 143/20
144/8 186/6 187/16
erection [2] 30/17
146/7
Escandon [2] 151/8
241/1
especially [1]
224/19
Esq [9] 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
establish [7] 48/6
50/4 63/22 64/1 77/19
173/14 209/10
established [3]
10/14 22/23 23/7
establishment [3]
151/21 212/16 215/25
estate [13] 25/2
25/4 25/5 25/6 25/7
25/9 26/2 26/4 26/15
26/17 26/19 27/3 37/4
estimate [1] 159/11
estimated [2] 159/8
159/23
et [3] 14/6 72/10
175/13
ethical [1] 11/23
Ethics [7] 74/22 75/4
75/19 219/13 220/4
221/5 222/2
evaluate [1] 223/23
even [9] 6/18 8/5
16/14 34/17 77/15
109/9 180/15 232/15
240/4

evening [2] 50/20
149/22
event [11] 23/5
90/16 131/1 131/4
131/6 140/2 140/4
140/11 183/1 183/22
185/1
events [1] 196/24
eventually [1]
121/22
ever [10] 23/23 41/3
41/7 153/1 154/19
181/8 188/18 198/25
199/11 218/16
every [12] 9/24
10/13 28/18 28/19
28/21 28/23 73/21
184/16 200/19 207/14
207/19 240/3
everybody [4] 74/5
207/11 207/25 220/4
everyone [11] 4/5
17/22 17/24 18/3
109/10 110/8 164/6
185/15 204/4 216/10
242/14
everything [6] 19/22
52/11 98/4 205/10
208/4 224/25
evidence [104] 5/4
9/5 9/8 14/12 16/10
21/5 39/9 41/8 44/14
52/18 54/17 60/16
62/16 66/16 75/17
76/1 76/6 80/1 81/5
81/6 84/23 85/9 86/9
86/10 87/1 87/5 87/16
89/1 90/9 92/25 93/1
93/2 93/6 100/20
100/21 102/22 102/23
104/12 105/4 107/14
107/15 110/11 110/13
110/14 110/18 112/5
113/7 114/20 116/22
119/4 121/9 121/19
122/1 125/19 125/21
130/18 130/19 132/17
132/18 132/23 135/15
136/17 138/18 138/23
141/18 142/15 142/17
144/15 151/12 155/24
159/2 167/18 167/22
170/25 171/5 172/3
176/4 182/15 182/17
191/18 196/14 198/9
199/3 206/22 207/25
210/15 210/17 210/21
211/3 212/1 214/12
214/14 214/16 215/19
217/6 217/11 217/14
219/18 219/19 220/14
221/1 236/9 236/13

236/15
evidentiary [1]
15/21
exact [4] 6/2 85/7
139/14 175/21
exactly [16] 7/22
11/18 12/18 21/11
39/7 67/20 119/2
128/6 143/25 157/20
170/6 196/5 206/6
227/24 228/1 237/7
exam [1] 13/21
examination [49]
6/19 6/25 7/15 9/14
10/21 18/4 18/8 19/5
28/19 28/24 29/3 37/6
37/16 66/14 68/6 69/1
69/16 71/23 72/1
73/12 73/19 75/6
134/9 140/20 162/18
162/19 163/3 164/8
164/21 169/14 170/15
176/10 176/24 193/24
194/19 204/7 204/7
204/23 205/25 213/5
214/14 218/6 219/11
219/12 230/17 237/3
241/24 242/2 242/6
examine [7] 7/5
11/1 11/7 16/18 76/5
205/13 242/2
examined [1] 24/23
Examiner [1] 163/23
examines [1] 32/14
example [4] 11/24
67/19 73/6 240/20
examples [1] 179/14
except [1] 208/7
exception [1] 224/25
excerpt [3] 16/14
216/25 217/5
excess [1] 157/14
excessive [1] 175/13
excuse [4] 32/6
139/23 185/4 190/6
execute [1] 28/1
exhibit [225] 14/3
16/14 18/11 24/16
40/10 40/21 42/12
42/23 44/8 44/13 45/2
45/10 45/14 46/24
47/3 47/11 47/13 48/3
48/12 48/14 48/17
48/21 48/25 49/3
49/11 49/17 50/6
50/19 51/4 51/11
51/12 52/14 54/4
54/12 54/16 54/18
56/9 56/15 58/5 59/22
60/1 60/10 60/25 61/5
62/7 62/16 63/10
63/12 63/16 70/10

(13) drawing - exhibit

**E**

**exhibit... [175]** 73/2
73/6 79/22 80/5 81/3
81/9 81/11 81/18
83/25 84/7 84/13
86/25 87/3 87/13
87/19 87/21 89/15
89/20 90/5 92/20
92/24 93/19 100/19
101/1 102/6 103/2
103/15 103/24 103/25
104/3 104/10 104/12
104/14 105/2 107/10
107/12 107/13 107/22
110/11 110/16 110/18
112/3 112/5 112/7
112/9 112/22 112/25
113/7 114/20 116/19
116/23 117/13 118/1
119/3 121/9 121/18
123/13 123/18 125/18
125/21 125/25 130/17
131/11 132/16 132/18
132/21 132/23 133/6
134/23 135/14 135/18
135/20 135/21 137/14
138/16 138/21 138/22
140/2 141/17 142/13
142/14 142/25 144/13
145/3 145/24 147/21
151/11 151/11 151/17
153/2 153/12 155/23
155/25 156/13 156/16
156/18 156/25 161/14
161/22 162/3 162/7
165/15 165/18 167/20
167/25 168/2 171/4
171/5 171/9 172/3
173/5 173/10 173/12
173/25 174/3 174/8
175/6 176/1 176/4
182/14 182/17 185/14
187/23 188/1 188/3
188/23 191/4 191/11
191/12 191/16 196/10
196/15 199/2 200/3
201/23 202/5 202/11
206/21 206/24 207/3
209/7 209/9 209/9
210/7 210/11 210/17
212/15 213/2 213/4
213/5 213/23 214/3
214/11 214/13 215/18
215/18 217/11 217/13
217/16 219/19 220/15
222/22 222/23 223/2
226/4 226/10 236/3
236/5 236/5 236/6
236/6 236/6 236/7
236/7 236/7
**Exhibit 100 [1]**

191/12
**Exhibit 205 [1]**
217/11
**Exhibited [1]** 171/24
**exhibits [26]** 3/6
4/19 4/21 4/23 6/7
9/19 9/20 10/2 51/18
71/24 72/7 72/22
73/11 73/15 73/16
73/25 74/1 74/6 74/9
74/19 74/21 83/16
108/11 151/10 236/11
237/5
**exists [2]** 125/7
224/18
**exited [5]** 64/21
109/13 162/13 236/20
242/16
**expect [4]** 20/1
29/21 66/18 69/21
**expedited [1]**
239/15
**expenditure [1]**
229/18
**expense [1]** 126/18
**experience [1]**
121/6
**expiration [1]** 131/6
**expired [3]** 131/4
140/16 230/17
**explain [6]** 15/25
21/21 33/13 33/22
38/16 196/6
**explained [5]** 23/5
32/22 37/5 75/8
193/18
**explaining [1]** 61/13
**explains [1]** 148/1
**explanation [2]**
185/5 185/24
**explore [1]** 204/10
**exposed [1]** 197/17
**express [1]** 200/12
**expresses [1]**
192/21
**extension [1]** 127/13
**extensive [4]** 7/11
10/22 73/12 205/14
**extent [2]** 8/7 10/10
**extra [1]** 74/6
**extraneous [3]** 33/8
129/19 185/9
**extras [1]** 13/23
**eyes [1]** 224/11

**F**

**face [4]** 131/12
197/17 197/18 198/1
**facilitate [1]** 74/19
**facilities [1]** 154/6
**facility [2]** 153/21
154/15

**fact [22]** 7/16 7/18
8/24 10/8 19/2 30/16
32/7 73/7 147/3
170/21 175/19 180/4
184/1 186/19 192/25
195/17 198/6 199/14
203/25 204/4 205/14
237/19
**factors [1]** 159/25
**facts [6]** 31/22 96/1
167/17 170/24 198/8
220/25
**failed [2]** 67/24 69/8
**failing [1]** 161/2
**failure [13]** 41/1
41/18 41/24 55/6
55/10 55/12 62/20
63/2 139/6 139/8
139/8 144/10 145/14
**fair [13]** 9/17 11/19
33/12 33/14 39/15
43/15 85/15 89/5
104/4 159/20 163/2
194/3 221/15
**fake [2]** 158/9
192/20
**false [3]** 156/20
180/1 215/5
**familiar [2]** 133/2
209/12
**familiarity [1]**
151/15
**famous [3]** 31/14
31/19 182/8
**fantasy [6]** 21/15
21/20 22/2 22/3
181/13 181/14
**far [19]** 10/21 61/12
72/1 77/15 93/7
106/17 106/18 113/21
115/13 116/7 118/20
120/17 131/16 134/1
138/6 153/5 174/22
204/22 220/3
**farmer's [1]** 145/21
**fashion [1]** 149/5
**father [3]** 20/25 21/1
225/4
**fault [1]** 36/1
**FBC [2]** 41/19 111/14
**FDLE [1]** 6/15
**February [17]** 88/6
88/16 89/6 89/14
90/11 103/20 104/7
104/17 104/24 140/16
175/7 175/7 181/19
200/6 201/22 207/2
207/2
**February 13 [1]**
104/17
**February 13th [1]**
104/24

**February 14 [4]**
181/19 200/6 201/22
207/2
**February 14th [1]**
207/2
**February 20 [2]**
175/7 175/7
**February 26 [1]**
140/16
**federal [6]** 78/12
105/23 115/12 119/22
208/1 222/13
**fee [2]** 111/15 208/5
**feel [2]** 51/11 131/9
**fees [3]** 202/23
207/23 208/15
**feet [1]** 193/10
**FELDMAN [1]** 1/15
**Fernandez [1]**
210/23
**festival [1]** 185/4
**few [7]** 23/16 25/1
38/9 170/20 218/19
219/3 239/25
**field [2]** 159/7
159/22
**fifth [2]** 42/16
182/12
**Figueroa's [1]**
129/25
**figure [2]** 74/12
80/13
**file [8]** 5/13 12/7
82/7 82/12 142/22
142/23 238/6 238/15
**filed [4]** 146/21
220/7 220/18 221/9
**filing [2]** 239/2 239/2
**finagle [1]** 71/12
**finagled [1]** 79/1
**final [19]** 8/18 54/22
55/1 55/17 56/13
56/15 59/15 59/23
62/1 62/17 70/2 80/25
90/2 91/13 91/19
92/21 110/21 111/3
111/7
**finalize [2]** 134/5
135/11
**finalized [6]** 134/7
139/7 142/2 143/22
147/22 185/24
**finalizing [1]** 134/15
**finally [1]** 200/23
**finance [3]** 11/15
12/10 12/21
**financial [3]** 8/4
9/17 228/20
**financially [2]**
227/23 228/6
**find [8]** 15/1 15/2
15/9 15/14 17/9 66/8

**finding [1]** 225/6
**finds [1]** 66/15
**fine [14]** 8/15 10/12
13/12 15/18 17/3
70/22 72/19 77/6
78/19 78/21 112/4
219/21 219/23 239/11
**finish [5]** 34/12
34/14 145/24 203/25
205/21
**finished [2]** 70/4
235/10
**fire [28]** 32/13 33/1
33/1 41/14 53/6 53/21
105/22 115/12 119/21
187/11 187/14 188/8
188/10 188/14 188/18
188/20 188/21 189/11
189/13 189/14 189/15
189/19 189/22 190/22
192/3 192/9 216/3
232/13
**firm [1]** 12/1
**first [59]** 5/3 6/9 9/9
10/16 11/16 13/13
13/17 40/13 40/22
40/24 44/8 45/15
51/13 52/4 52/15
56/18 58/7 64/25 65/8
65/17 67/12 80/18
81/11 84/2 87/21
93/18 98/21 107/16
108/2 108/5 113/15
115/5 117/2 117/9
126/8 135/18 142/19
146/7 147/5 151/11
163/11 183/9 183/17
189/12 205/5 210/20
212/5 212/9 214/2
217/24 221/21 221/24
222/3 223/6 223/9
232/11 233/6 234/17
236/14
**fit [1]** 36/14
**five [23]** 20/16 73/2
73/17 73/25 120/6
120/6 126/16 126/22
147/19 175/25 177/13
177/18 198/23 206/14
223/21 236/15 236/18
237/2 237/7 241/17
241/19 241/21 242/8
**flag [3]** 182/24 183/8
183/17
**Flagler [1]** 1/16
**flashing [1]** 161/19
**flat [2]** 8/21 8/21
**flip [2]** 102/12
117/14
**floors [1]** 42/24
**FLORIDA [29]** 1/1

**F**

**FLORIDA... [28]** 1/5
1/13 1/17 1/19 1/22
2/4 7/25 8/4 12/10
12/16 12/21 14/11
17/12 25/14 25/21
29/20 66/21 67/15
67/24 91/15 91/25
105/22 111/10 115/11
119/21 209/16 232/13
242/24
**flyer [2]** 182/20
182/20
**focus [5]** 28/23
39/14 39/19 121/3
222/1
**folio [15]** 99/18
99/19 99/20 99/25
100/2 100/5 101/15
102/7 102/13 103/5
116/11 124/18 141/5
141/7 141/25
**folios [6]** 99/16
99/17 99/17 107/4
108/24 140/25
**folks [1]** 32/10
**follow [4]** 38/17
69/16 201/12 234/12
**follow-up [1]** 38/17
**followed [3]** 17/24
66/18 79/4
**following [11]** 6/5
67/6 93/23 95/4 106/4
120/3 154/2 188/8
224/9 227/7 234/20
**follows [1]** 117/13
**force [2]** 209/21
212/10
**foregoing [2]** 168/25
242/19
**foremost [1]** 11/16
**forfeit [1]** 68/5
**forget [1]** 209/8
**form [5]** 27/3 94/14
117/6 137/11 232/17
**formal [1]** 38/14
**format [1]** 113/10
**former [3]** 43/24
163/22 225/5
**forms [3]** 24/1 24/3
108/2
**formulate [1]** 64/18
**FORT [3]** 1/2 1/5
242/24
**forth [8]** 67/21 69/20
69/25 78/22 78/24
78/25 79/7 84/6
**forward [9]** 68/5
71/25 72/20 72/25
73/13 73/18 73/19
79/25 204/2

**foul [1]** 6/1
**found [3]** 9/6 118/3
161/6
**foundation [19]**
16/12 50/4 63/22 64/1
76/15 121/24 123/2
124/2 136/15 145/5
158/17 160/17 172/5
172/9 173/14 201/4
201/14 209/10 210/13
**founders [3]** 182/5
182/6 185/3
**founding [1]** 184/13
**four [14]** 5/16 59/3
73/17 107/4 107/4
117/18 171/16 204/5
206/7 223/21 236/15
238/8 241/16 242/3
**fourth [1]** 107/23
**FP [1]** 127/16
**Francis [2]** 194/10
194/16
**Frank [2]** 192/14
207/12
**Franklin [2]** 158/13
161/25
**frankly [1]** 72/14
**Franqui [1]** 142/7
**fraud [12]** 6/11 6/12
8/11 8/16 8/25 9/2
9/4 9/6 9/9 12/5 13/4
66/21
**free [1]** 131/9
**Friday [4]** 157/20
157/22 157/24 183/19
**Fridays [6]** 182/5
182/7 183/9 183/18
184/2 184/4
**friend [2]** 178/9
180/19
**frivolous [1]** 74/23
**front [22]** 57/18
58/17 58/23 59/5 59/8
61/18 80/13 86/17
88/13 88/15 108/10
121/22 186/1 186/23
197/23 198/15 202/23
218/22 232/24 233/1
233/4 234/8
**full [2]** 41/1 41/9
**FULLER [90]** 1/4 4/8
6/11 6/19 7/11 10/4
10/8 10/8 10/12 10/17
14/5 14/17 15/2 15/3
15/6 15/11 15/13 16/7
16/8 16/18 16/23 18/4
18/8 18/10 19/13
19/17 21/23 22/1 32/2
34/4 34/16 45/4 46/20
47/20 49/3 49/22 50/7
50/7 50/14 52/19 54/5
60/22 62/15 63/17

66/3 74/23 75/24 76/3
76/15 89/23 92/11
92/11 92/11 98/13
98/23 105/12 105/12
106/19 120/9 130/20
131/10 135/8 135/8
135/23 136/5 137/15
153/15 154/14 168/4
180/21 193/19 198/11
203/14 209/3 217/3
217/5 217/17 221/9
221/12 226/5 226/24
227/3 227/9 227/19
227/24 232/18 232/20
233/8 234/7 234/16
**Fuller's [2]** 75/4
120/12
**fully [1]** 197/17
**function [1]** 7/14
**funded [4]** 70/11
184/5 185/8 229/8
**funding [6]** 7/12
7/19 7/20 7/24 184/11
184/18
**funds [5]** 11/12
78/12 184/5 184/8
184/9
**further [8]** 13/11
99/3 204/1 205/24
206/5 214/4 214/22
238/8
**Futurama [10]**
125/12 125/17 126/3
126/4 127/1 127/10
127/24 131/17 132/7
137/1
**Futurama's [1]**
127/6

**G**

**game [2]** 9/17 11/19
**games [1]** 78/7
**garage [2]** 198/16
198/21
**Garcia [2]** 150/24
151/8
**Gardner [1]** 4/15
**gathered [3]** 158/15
159/6 159/21
**gave [14]** 7/23 14/4
17/14 67/24 73/15
78/25 140/17 140/20
228/6 228/20 228/20
228/22 228/23 238/3
**general [3]** 28/25
127/3 219/9
**generally [4]** 26/4
26/19 27/19 89/4
**generated [7]** 55/15
55/18 62/21 63/1 63/5
159/8 159/23
**gentleman [3]**

161/23 179/11 207/12
**gentleman has [1]**
179/11
**gentleman's [2]**
20/16 184/17
**gentlemen [4]** 17/22
109/7 178/10 207/14
**get [39]** 23/16 25/1
33/21 34/24 49/16
52/12 55/23 58/20
68/23 71/22 72/19
84/2 121/5 128/7
128/7 128/10 128/15
130/18 132/20 133/22
138/7 144/8 144/9
146/13 147/16 149/8
164/11 170/10 170/12
200/18 201/10 203/23
206/14 206/20 214/24
215/21 234/16 241/23
241/24
**gets [5]** 60/5 61/25
63/11 89/15 144/9
**getting [5]** 31/20
132/21 152/12 181/12
224/24
**give [19]** 13/14
13/20 13/22 13/23
14/2 15/16 49/16
67/19 70/18 72/1
91/25 199/15 204/2
204/12 205/23 228/9
236/19 236/24 237/1
**given [8]** 15/24
74/19 155/2 163/2
201/19 204/4 205/7
205/12
**gives [3]** 102/1
142/9 205/1
**giving [5]** 200/24
203/25 206/12 209/1
228/19
**glass [1]** 61/18
**Global [1]** 241/3
**go [104]** 9/16 10/12
13/10 17/9 19/9 20/4
36/19 42/11 42/16
42/22 43/2 43/12
43/15 43/16 43/23
47/11 49/11 51/9
54/13 56/24 57/15
58/7 58/14 58/14 61/9
62/11 66/10 67/21
74/11 78/23 80/18
83/20 84/6 84/16 85/2
85/13 85/19 86/25
87/8 87/24 89/14 92/9
93/18 94/12 98/13
102/5 102/21 105/11
106/11 107/18 108/8
109/2 111/21 112/19
114/6 115/24 115/25

117/23 118/5 118/11
120/7 121/19 125/21
125/22 126/8 128/1
135/14 139/11 139/12
139/25 143/3 145/25
165/25 166/8 169/6
171/24 172/2 173/12
174/8 176/20 187/8
189/23 191/11 191/17
195/7 200/24 203/16
206/16 210/20 211/5
213/4 215/18 217/21
221/19 223/7 226/11
231/4 231/21 232/8
233/21 234/11 234/11
237/16 239/23
**goes [2]** 153/5
234/17
**going [117]** 7/3 7/4
8/12 8/17 8/17 9/13
9/13 11/14 11/25 12/4
12/3 13/16 13/19
15/11 16/3 16/4 16/17
17/11 19/11 32/10
33/21 36/12 41/12
49/25 50/2 63/12
64/14 65/5 66/8 66/10
66/13 66/19 66/25
67/1 67/6 67/12 68/2
68/16 68/20 69/7 70/7
70/14 70/15 70/17
70/24 71/12 73/12
74/25 75/14 76/9 77/9
78/6 78/7 78/23 79/8
81/2 81/20 82/18 84/4
84/4 84/16 85/2 85/13
85/20 86/8 90/8
101/13 102/13 106/1
109/7 111/20 111/21
112/6 120/1 121/10
121/19 125/6 126/12
130/11 133/19 142/22
143/3 145/25 152/5
152/13 153/11 155/22
163/13 185/2 193/21
193/22 195/7 200/13
200/25 203/19 204/12
206/6 207/5 214/20
222/7 224/9 224/10
227/1 227/2 231/21
233/15 233/21 234/18
236/11 236/19 236/24
240/9 240/13 240/16
240/21 240/23 241/18
**gone [2]** 38/11 221/8
**Gonzalez [10]**
130/13 130/20 131/14
139/24 140/7 195/3
196/2 199/3 199/6
199/17
**good [11]** 4/5 4/11
4/13 4/14 17/21 17/23

**G**

**good... [5]** 100/12
130/24 136/4 178/9
242/14
**Google [1]** 176/12
**got [23]** 16/7 39/2
39/3 50/25 51/16
58/11 73/6 82/15
95/20 104/20 110/20
113/19 136/2 139/19
141/25 147/5 149/8
153/15 163/25 198/3
211/16 214/7 214/24
**governed [1]** 222/13
**grainy [1]** 125/25
**grant [1]** 184/22
**Granted [6]** 89/19
104/13 167/24 173/9
174/2 191/15
**granting [1]** 115/20
**grayish [1]** 58/21
**great [4]** 17/23 53/5
72/9 201/20
**grossly [1]** 160/15
**grounds [2]** 44/21
176/19
**group [13]** 1/10 39/3
159/7 159/22 221/10
221/13 221/16 221/17
221/18 225/1 226/22
237/20 237/23
**groups [1]** 224/20
**grow [1]** 184/9
**guess [3]** 7/11
143/15 183/7
**guidance [1]** 237/25
**guilty [1]** 9/6
**Gutchess [2]** 1/11
4/12
**guy [1]** 20/12
**guys [1]** 78/8

**H**

**H.V.A.C [1]** 230/9
**had [74]** 16/5 18/10
32/7 37/4 40/3 40/7
40/17 43/8 48/20 72/6
72/8 72/13 78/10
79/13 79/21 86/2
89/11 95/5 95/6 95/15
95/18 96/9 97/18
124/9 124/13 125/10
128/12 129/10 130/13
132/3 134/1 134/22
140/18 141/8 142/11
144/6 147/17 149/16
150/23 155/5 155/6
164/1 164/11 166/19
166/23 167/2 169/13
169/23 170/7 170/19
170/20 170/21 170/22
174/20 175/3 181/23

**had... [1]** 185/14
187/14 187/16 187/21
188/18 190/21 200/21
200/22 203/20 204/20
226/9 231/7 237/20
238/9 239/6 241/21
242/1
**half [1]** 53/2
**halfway [1]** 108/3
**hallway [1]** 42/24
**hand [9]** 17/11
101/13 122/10 134/2
134/22 134/24 135/1
197/17 197/20
**handle [3]** 10/4 10/4
153/4
**handling [2]** 6/8
153/18
**handwritten [1]**
144/17
**happen [2]** 26/6
187/13
**happened [7]** 13/9
23/1 23/14 23/15 98/4
98/14 130/3
**happens [3]** 36/8
55/23 192/24
**happy [3]** 147/19
184/17 208/19
**harass [1]** 206/4
**hard [4]** 81/20 82/16
117/1 168/15
**Hardemon [2]** 182/1
182/2
**harsher [1]** 238/10
**has [59]** 5/5 6/25 7/5
7/6 8/21 9/1 9/2
11/23 14/5 15/1 17/24
26/13 38/11 42/12
46/5 56/12 61/10 65/8
65/15 68/11 74/5 75/9
77/7 78/9 78/11 85/10
96/25 97/4 97/19
99/25 105/15 108/9
111/17 120/6 122/17
131/3 131/4 136/23
159/25 160/6 162/25
166/10 169/1 175/23
178/24 179/11 189/19
196/21 205/7 211/21
211/22 213/19 218/2
218/11 218/12 236/22
236/25 238/9 239/19
**hasn't [2]** 9/10 230/4
**hat [2]** 198/1 198/3
**Havana [18]** 26/8
26/11 26/14 26/24
29/1 35/9 147/9
171/11 171/16 182/5
182/7 183/3 183/9
183/18 184/2 184/4
201/17 224/21
**Havana's [3]** 182/23

**183/8 183/17
Havana/Calle [1]**
26/8
**have [217]** 4/19
4/21 5/4 5/18 5/25
6/1 6/2 6/14 6/18 7/8
7/10 8/1 8/8 8/17 9/5
9/18 9/20 9/21 10/16
10/24 11/11 11/21
12/4 13/6 13/18 13/20
14/7 15/5 15/24 16/8
17/5 17/9 17/13 19/23
20/6 23/2 23/4 23/23
24/1 25/24 26/2 28/20
28/21 28/25 29/1 29/8
32/2 33/2 34/13 36/6
36/12 37/6 37/22
38/10 39/11 39/11
39/18 44/12 44/18
47/25 50/6 52/5 54/20
57/21 59/2 59/19
60/11 65/3 65/21
65/23 66/24 67/5
67/13 68/15 68/18
69/15 70/1 71/21
71/24 72/11 72/12
72/16 72/17 72/23
73/1 73/5 73/21 74/9
74/10 75/7 76/1 77/13
78/19 82/6 84/11
84/12 89/5 89/6 90/17
92/23 94/25 95/18
97/16 97/18 100/2
105/12 107/18 113/13
116/22 120/7 121/5
124/18 124/20 127/6
128/1 128/22 129/14
131/4 131/7 131/8
132/4 132/4 134/2
135/1 135/12 138/3
139/16 139/18 140/9
143/25 144/2 144/7
145/16 145/25 147/4
147/8 148/5 148/15
149/20 150/14 151/15
151/18 151/19 151/20
152/16 152/17 153/1
155/13 155/23 155/23
156/9 157/1 157/22
162/15 162/17 162/20
163/1 163/2 163/4
163/15 163/18 165/18
171/24 173/13 178/15
179/12 180/7 181/8
181/21 183/4 187/14
188/15 192/12 198/6
199/4 201/18 201/18
202/7 204/4 204/24
205/1 205/6 205/9
205/12 206/10 206/14
207/10 207/25 208/6
216/16 217/1 217/1

217/19 221/8 224/11
224/12 225/3 225/20
225/22 226/11 226/18
227/2 227/25 228/15
230/18 231/13 232/14
238/6 239/2 240/1
240/14 240/20 240/23
241/8 241/8 241/17
242/13
**haven't [7]** 5/19
5/20 6/5 27/4 179/8
203/21 217/13
**having [13]** 10/20
11/2 31/18 31/19 65/9
74/19 97/23 129/16
137/17 151/7 164/22
200/15 226/7
**hazard [3]** 32/16
32/18 41/15
**he [146]** 5/6 6/12
6/12 7/3 7/6 7/7 7/12
7/14 7/15 8/1 8/13
8/6 8/7 8/7 8/10 8/13
8/20 8/24 9/2 9/3 9/3
9/10 10/21 10/22
10/23 11/13 11/20
12/5 14/4 16/14 20/8
20/9 21/19 22/18
24/19 29/11 29/11
49/25 50/1 53/13
53/14 56/8 56/12
56/14 57/8 57/10
64/12 65/2 65/16
65/17 65/18 65/18
65/19 65/19 65/19
65/20 65/24 66/20
66/22 67/18 69/4 69/7
69/7 70/13 70/17
70/25 71/4 72/1 75/8
75/8 75/16 77/1 77/6
77/6 77/12 77/13
77/13 77/15 83/8 96/8
98/3 121/25 123/3
141/13 141/14 141/15
145/7 147/8 152/7
152/15 154/11 155/5
155/6 156/12 156/12
158/5 159/1 171/1
172/12 177/22 178/10
179/20 180/4 190/21
193/15 194/23 197/13
197/13 197/21 197/23
198/7 199/7 199/16
199/24 199/24 200/22
200/23 200/25 205/1
205/17 207/24 208/18
211/22 212/23 212/23
213/14 215/13 215/14
218/8 218/12 218/14
218/15 219/6 219/7
220/12 222/8 222/11
223/20 227/10 227/12

230/4 231/20 241/20
241/25 242/2
**he's [37]** 5/15 8/3
9/5 9/9 13/11 14/6
19/24 19/25 20/15
50/2 65/14 70/11
70/14 70/15 70/17
94/21 163/15 163/15
177/23 197/12 197/13
197/22 198/3 207/24
208/11 221/16 223/16
225/18 226/19 226/22
233/10 238/8 240/21
241/7 241/16 241/16
241/18
**head [3]** 84/5 196/4
224/13
**heads [1]** 196/3
**hear [15]** 17/7 21/12
22/13 32/19 36/22
41/5 49/24 74/16
129/25 132/6 162/16
179/3 225/21 233/19
241/12
**heard [10]** 8/8 11/4
75/25 76/21 76/22
133/10 133/17 176/20
201/8 225/23
**hearing [26]** 87/22
88/4 88/6 88/16 88/17
88/20 89/3 89/14 90/4
90/5 102/3 103/9
103/17 103/19 104/2
104/4 104/7 112/12
112/21 115/17 145/20
165/25 166/6 166/24
224/15 242/13
**hearsay [12]** 44/22
48/14 49/21 51/6
53/24 63/13 65/3 65/7
65/18 65/23 166/11
201/24
**heavy [2]** 207/23
208/14
**held [1]** 25/24
**help [5]** 83/17
132/20 132/21 151/4
151/5
**helped [3]** 178/10
178/11 178/15
**Henry [3]** 37/10
37/11 102/11
**her [9]** 12/14 36/1
70/18 134/15 138/7
180/12 180/13 180/15
233/1
**here [64]** 9/18 12/5
13/4 13/15 13/19
14/20 15/1 15/7 15/10
33/13 34/13 43/6 43/9
43/11 43/16 50/6 51/6
52/17 59/18 59/20

**H**

**here... [44]** 62/11 65/2 66/11 68/10 69/21 69/21 71/13 71/16 73/1 73/13 73/20 74/17 74/25 78/7 78/10 78/23 78/24 79/3 84/8 84/16 93/9 147/19 154/24 155/23 161/18 177/20 185/2 185/4 189/1 189/11 189/25 203/25 205/11 208/1 214/9 222/14 224/16 224/24 225/6 234/17 234/18 238/12 240/21 242/3
**hereby [4]** 58/10 126/14 126/15 242/19
**hereinafter [1]** 115/19
**Herrara [2]** 135/24 137/16
**Hi [1]** 52/10
**hiding [2]** 24/4 207/12
**highlighted [3]** 103/19 165/23 169/10
**highrise [1]** 26/20
**him [83]** 5/7 6/15 7/3 7/5 7/14 8/1 8/9 8/13 11/1 11/7 11/14 11/18 11/20 11/21 12/5 13/5 13/13 20/1 34/12 34/13 34/14 65/15 65/20 66/4 66/7 66/20 67/3 69/3 69/6 70/11 70/13 71/1 71/6 71/6 71/8 71/10 72/24 76/5 76/5 78/4 78/6 98/6 98/9 98/10 98/11 170/12 190/6 190/8 190/9 190/15 190/16 190/17 190/18 190/23 194/19 196/8 197/11 198/6 205/2 218/10 218/13 218/16 218/24 219/1 219/2 219/5 219/5 219/6 228/19 228/20 231/1 231/11 231/12 231/16 237/24 238/7 238/12 240/14 240/16 241/10
**himself [3]** 197/14 218/15 224/13
**hire [1]** 196/23
**hires [1]** 197/4
**his [73]** 6/19 7/1 7/1 7/11 7/13 7/16 7/17 7/22 9/16 10/20 10/24 11/22 12/14 13/11

15/20 19/25 20/8 20/13 20/15 23/18 24/15 36/1 51/20 51/21 53/17 56/11 56/12 57/4 65/9 65/14 65/14 66/4 66/20 69/6 70/13 70/16 71/8 72/1 75/17 75/17 75/20 76/17 77/13 77/25 78/4 141/15 169/25 177/22 181/12 197/16 197/18 198/1 198/5 198/14 198/24 199/14 199/16 205/18 205/18 209/1 213/21 220/17 220/23 227/4 228/23 231/12 232/22 233/9 233/16 233/22 238/11 238/12 242/5
**Hispanic [1]** 224/25
**historic [10]** 26/14 37/7 37/23 38/2 38/7 38/14 38/18 38/23 39/1 86/24
**historical [1]** 224/11
**history [2]** 185/2 185/4
**hit [1]** 13/17
**hmm [10]** 37/20 47/24 118/14 169/12 173/18 175/9 175/11 203/1 225/12 229/7
**hold [9]** 25/2 25/4 25/6 25/7 25/10 25/17 25/19 25/22 67/10
**holiday [6]** 86/2 86/14 86/19 87/4 87/5 219/3
**home [9]** 163/15 176/13 177/2 179/25 180/1 180/6 180/8 180/24 181/4
**Honor [97]** 4/14 4/18 6/9 14/18 17/11 17/17 36/15 36/20 44/15 44/20 46/17 46/23 48/11 48/13 48/16 49/21 51/3 51/5 57/25 63/13 68/24 69/9 69/11 69/23 72/5 74/11 75/16 76/11 76/19 77/10 77/23 79/11 80/1 87/17 89/18 95/21 98/8 98/14 98/16 99/4 100/20 100/22 102/22 105/4 107/11 119/4 124/24 135/16 135/19 136/17 147/11 149/1 158/24 162/23 163/9 163/24 164/9 166/14 167/23 168/12 171/6

172/4 172/8 173/4 173/24 176/18 178/12 179/15 190/4 193/17 196/8 199/23 202/7 203/16 204/16 204/22 206/22 209/8 210/9 211/9 211/21 212/24 222/10 230/14 230/16 230/24 231/19 232/22 233/11 233/23 233/25 235/9 237/13 237/18 237/25 238/18 239/21
**Honor's [4]** 5/3 5/17 72/8 72/17
**HONORABLE [2]** 1/8 242/23
**hook [1]** 126/20
**hookup [4]** 127/13 127/19 127/20 131/25
**hookups [5]** 127/7 127/11 127/25 128/4 132/8
**hope [1]** 79/4
**horse [4]** 13/19 177/20 177/22 178/18
**host [2]** 223/7 223/16
**hosts [1]** 226/20
**hotel [132]** 9/21 9/23 10/3 10/7 10/17 10/22 10/23 11/2 11/6 29/5 30/2 37/10 37/11 37/11 37/12 38/7 38/13 38/15 38/23 38/25 39/1 39/3 39/3 39/10 39/14 39/14 39/17 39/22 40/5 42/4 42/14 42/15 42/17 42/18 42/20 42/22 42/25 43/2 43/13 43/18 44/3 44/6 44/7 45/6 46/5 46/9 46/11 47/20 49/4 52/12 52/15 52/20 53/7 54/6 54/7 54/20 54/24 56/13 57/18 57/22 58/17 58/24 58/25 61/25 65/11 65/21 65/25 72/10 77/18 79/22 80/6 81/1 81/22 83/11 83/23 84/19 85/5 85/15 85/24 86/2 86/4 86/13 86/17 86/23 86/24 87/4 87/11 89/6 90/7 90/12 92/10 92/21 93/9 93/13 95/5 95/6 95/6 95/17 95/25 96/7 96/9 96/16 96/23 96/25 97/3 97/17 97/18 98/21 99/7 99/14 99/18 99/22 102/7

102/16 106/19 107/2 110/20 113/13 114/8 114/22 114/24 116/4 116/10 116/10 116/20 122/24 122/25 123/8 124/13 124/17 124/22 218/14
**HOTTE [1]** 1/15
**hour [12]** 53/2 162/15 162/17 162/20 162/21 163/6 200/16 209/12 212/3 212/10 236/23 237/1
**hours [10]** 187/13 187/14 192/22 193/3 204/5 205/14 206/7 241/17 241/19 241/21
**house [6]** 99/23 102/8 102/9 104/23 108/12 108/13
**housekeeping [2]** 239/13 239/18
**how [39]** 4/21 9/23 10/23 16/1 16/2 16/3 16/4 22/10 26/23 31/10 52/5 55/20 56/3 56/14 57/2 69/6 69/14 72/2 74/18 79/3 128/6 129/7 129/8 135/1 148/25 149/19 157/18 163/3 189/21 196/5 196/6 201/17 204/9 208/5 218/13 218/24 219/1 220/21 235/12
**How's [1]** 17/22
**however [6]** 8/10 27/8 66/6 129/7 132/13 132/16
**HPB [1]** 38/1
**hugely [1]** 157/14
**hundred [2]** 71/15 157/24
**hundreds [2]** 217/1 217/2
**hurricane [1]** 146/19
**husband [1]** 138/7
**HUSS [1]** 1/15

**I**

**I will [28]** 5/21 6/6 12/22 13/1 13/23 16/13 16/19 21/11 21/25 28/2 50/3 52/10 59/24 60/14 60/23 66/9 67/20 74/9 113/5 163/5 192/17 202/9 204/1 205/21 235/9 237/1 239/23 241/15
**I'd [12]** 25/1 39/11 39/11 52/5 72/21 144/6 145/16 182/12 211/9 226/14 230/14

235/23
**I'll [38]** 13/21 13/24 16/16 16/17 38/17 40/17 44/1 47/8 54/4 54/13 59/2 61/4 67/19 74/11 80/4 83/20 83/25 84/11 89/15 92/24 100/14 104/16 107/18 110/14 115/8 117/14 119/10 130/18 131/11 133/19 159/18 162/23 183/13 202/8 205/23 215/20 221/19 232/17
**I'm [220]** 7/3 7/4 8/11 8/17 8/17 9/15 9/15 11/14 11/18 14/20 16/13 17/11 19/6 19/11 19/22 21/2 21/23 24/11 24/13 26/1 26/9 27/2 27/5 27/22 28/25 30/2 33/13 37/11 38/3 41/5 41/5 41/8 41/12 45/10 49/15 50/11 52/1 52/4 54/2 58/21 60/15 61/1 62/3 63/12 64/15 66/10 66/19 66/23 67/12 68/10 68/16 68/20 69/11 69/19 69/25 70/4 70/5 70/7 71/11 71/12 71/13 73/2 74/25 75/14 76/9 76/22 76/25 77/2 77/24 78/23 79/8 79/8 79/12 81/2 82/10 82/19 84/4 84/4 84/15 84/25 85/2 85/13 86/8 86/16 89/4 90/8 92/23 98/23 102/12 103/7 104/3 106/1 111/20 111/21 112/6 112/12 113/15 118/22 119/1 119/16 118/18 120/1 121/10 121/19 124/20 125/6 126/12 126/13 127/18 128/1 129/16 130/23 133/18 134/7 134/8 134/19 135/7 138/5 138/22 139/25 141/15 142/22 144/6 144/14 145/8 145/25 146/6 146/14 147/19 148/15 148/21 149/19 153/11 154/23 155/5 155/22 159/11 159/17 159/19 161/25 162/24 163/14 165/13 168/13 168/20 168/21 170/3 171/2 172/2 173/8 174/15 175/2 176/20 178/1 178/23 179/4

**I**

**I'm... [64]** 180/23
181/1 181/8 183/4
183/24 184/9 185/19
187/8 188/15 188/19
189/3 189/8 189/20
190/25 193/21 193/22
195/7 196/14 203/12
203/19 203/22 203/23
203/25 204/12 206/6
206/7 206/12 207/5
208/19 208/24 209/14
210/3 212/24 214/8
214/15 214/17 214/20
215/21 216/19 217/1
222/7 222/22 224/1
224/9 224/10 224/15
224/17 224/23 226/13
227/1 227/25 228/14
230/19 230/24 230/25
231/10 231/19 231/21
231/22 233/13 233/15
234/18 236/11 236/13
**I've [19]** 8/8 76/21
76/21 107/23 113/21
119/17 120/4 133/10
149/8 156/13 199/5
201/9 203/20 204/20
217/23 225/5 226/9
231/24 236/15
**I-Build [1]** 202/16
**Ian [1]** 237/22
**idea [2]** 8/1 72/11
**identical [2]** 119/17
119/24
**identifiable [1]**
192/17
**identified [17]** 30/20
65/14 72/7 76/2 84/1
86/5 87/1 121/11
139/4 156/2 186/8
186/12 187/2 196/16
209/20 213/6 213/9
**identifier [1]** 100/12
**identifiers [1]**
100/11
**identifies [1]** 111/2
**identify [6]** 57/4
84/16 152/4 152/13
152/16 190/9
**identifying [1]** 22/14
**if [180]** 8/5 9/12
11/16 11/24 12/7
12/19 12/22 13/1
14/17 15/12 15/16
16/7 19/2 20/12 21/12
21/12 21/25 22/2
22/24 27/5 28/3 29/11
34/17 34/18 34/19
35/12 36/2 38/3 38/17
41/6 44/18 45/16

45/18 50/2 58/15
59/23 60/3 60/14
60/22 61/16 66/7
66/12 66/13 67/3 68/4
68/18 68/21 69/4
69/15 69/15 70/4 70/8
70/11 70/13 70/24
71/15 72/19 73/4
73/25 74/10 74/24
75/7 76/4 78/18 79/24
81/5 81/19 82/17
83/17 84/5 84/5 84/11
84/16 85/5 86/9 86/13
86/19 87/24 88/10
88/11 89/22 91/2 91/7
92/25 95/18 98/8 99/1
99/7 100/14 100/20
101/25 102/13 102/22
103/18 103/19 104/16
105/11 110/18 113/5
114/6 117/8 117/14
117/15 118/22 119/1
119/4 119/10 121/5
123/3 126/22 126/23
130/18 131/8 133/11
133/19 135/12 139/11
139/13 141/18 145/7
145/10 145/17 147/18
148/15 149/25 152/7
152/12 152/15 154/11
154/23 155/13 156/12
159/18 163/17 165/3
165/22 165/25 167/2
167/22 171/5 179/20
181/1 183/24 184/16
189/2 190/23 192/16
193/9 193/10 193/13
193/14 193/25 194/4
199/24 200/4 207/6
209/3 209/25 212/1
212/23 219/20 221/19
222/19 223/8 226/15
226/18 229/8 231/6
232/2 232/15 234/24
234/24 234/25 235/22
237/6 237/10 239/6
240/7 240/20 240/21
**if you can [4]** 83/17
84/5 222/19 235/22
**II [1]** 1/4
**illegal [3]** 7/6 169/17
169/23
**image [2]** 182/8
182/13
**immediately [2]**
111/12 131/8
**immunity [2]** 179/17
179/18
**impeach [1]** 77/24
**impeachment [7]**
8/2 199/20 207/7
211/6 230/3 230/12

230/23
**impending [2]**
146/20 146/24
**important [1]** 70/1
**impose [2]** 66/9 68/7
**impossible [2]**
207/21 208/7
**improbable [1]**
207/22
**improper [9]** 65/6
65/25 199/20 207/7
211/6 230/3 230/10
230/12 230/23
**improve [1]** 27/12
**improvement [2]**
27/8 27/20
**in [460]**
**inadvertently [1]**
72/18
**inappropriate [3]**
6/17 8/25 74/17
**incite [1]** 193/16
**inciting [1]** 207/13
**include [1]** 126/18
**included [3]** 219/15
219/19 219/24
**includes [5]** 27/18
28/8 105/19 136/2
226/5
**including [17]** 7/12
22/15 22/21 31/14
31/19 32/24 114/14
124/14 131/24 160/9
178/11 179/13 181/3
210/24 212/17 212/18
238/10
**incorrect [2]** 57/12
77/1
**increase [1]** 126/23
**indeed [1]** 13/2
**independent [1]**
229/18
**INDEX [1]** 2/9
**indirect [1]** 7/20
**indirectly [3]** 66/8
66/25 68/2
**individual [6]** 15/1
45/19 223/11 233/9
233/22 240/3
**individually [2]**
232/18 232/21
**individuals [2]**
178/15 201/18
**industry [3]** 26/18
26/18 26/22
**information [15]**
12/17 19/23 24/8
52/16 89/1 100/6
120/25 158/15 159/6
159/21 168/6 168/15
168/25 201/10 201/19
**informational [2]**

19/22 199/11
**informed [3]** 19/7
130/13 131/5
**informing [1]** 19/24
**initial [4]** 57/6
126/15 184/11 184/18
**initially [1]** 30/14
**injunction [1]**
146/21
**injunctive [1]**
148/14
**inquire [3]** 76/25
77/3 172/12
**inside [1]** 40/5
43/18 43/25 44/3
65/21 86/22 87/11
128/11 153/12 177/5
177/6
**insinuating [2]** 6/11
6/12
**inspected [5]** 22/10
32/13 153/3 189/17
209/20
**inspection [8]** 18/13
24/10 24/11 24/11
24/13 24/15 31/5
216/3
**inspections [3]**
32/24 97/11 111/14
**inspector [15]** 22/20
51/7 53/6 56/7 56/8
56/10 57/10 110/25
139/5 142/6 142/11
163/23 193/9 193/9
193/11
**inspectors [1]**
188/20
**instead [2]** 21/15
95/20
**instruct [5]** 33/23
68/10 179/19 199/12
204/21
**instruction [4]** 8/19
15/17 78/24 79/1
**instructions [8]** 4/19
5/4 5/17 6/2 17/24
69/17 166/16 205/4
**instrument [2]**
171/21 172/24
**insult [1]** 184/13
**integrity [1]** 238/13
**intend [31]** 6/20
6/23 6/24 7/14 8/1
10/7 10/17 14/12
14/13 15/15 15/19
15/22 16/19 16/23
67/17 67/20 69/2 69/2
69/3 70/21 70/23
70/25 71/12 73/16
74/24 75/11 75/12
77/4 77/18 78/25
240/5

**intended [2]** 67/13
89/5
**intending [2]** 70/5
240/2
**intends [2]** 6/10
237/6
**intent [2]** 70/6 70/7
**intentionally [2]**
9/21 10/3
**interaction [1]**
217/2
**Intercredit [1]** 114/8
**interest [5]** 14/11
14/22 16/7 160/9
181/6
**interesting [2]** 57/2
118/3
**interior [9]** 42/22
42/25 43/2 43/4 43/12
43/24 85/23 186/1
186/23
**Internet [1]** 200/18
**interpretation [1]**
10/20
**interrupt [2]** 11/19
34/13
**interview [5]** 14/4
14/6 222/23 226/5
226/7
**into [44]** 9/16 36/3
39/9 43/5 54/17 75/17
76/1 76/6 86/10 87/16
92/22 95/20 97/25
100/20 102/22 104/12
110/14 112/5 114/22
115/15 115/21 119/4
119/17 125/17 125/17
131/21 133/7 171/5
172/3 187/21 188/14
206/22 214/11 214/14
214/16 215/21 217/6
224/8 224/21 235/13
235/20 239/21 241/23
241/24
**introduce [13]** 14/4
15/16 15/19 15/22
16/14 16/20 73/2
73/17 74/24 75/11
77/4 78/7 237/6
**introduced [4]**
214/11 214/14 217/6
218/15
**introducing [1]**
16/10
**investigate [1]** 5/21
**investigated [1]**
6/18
**invitation [1]** 180/14
**invite [3]** 182/23
183/7 183/16
**involved [4]** 27/9
129/1 131/17 131/20

**I**

**involvement [1]**
184/17
**involving [1]** 164/22
**is [601]**
**is it [2]** 13/17 232/8
**isn't [21]** 18/19 31/1
45/20 48/9 55/17 62/2
92/22 95/25 97/10
97/12 107/3 108/11
109/1 115/2 124/15
152/5 178/5 180/8
184/22 187/5 203/6
**issue [31]** 4/24 5/13
6/6 6/9 8/9 9/18
11/10 11/22 13/2
15/15 16/22 64/22
65/13 66/1 66/19 70/1
71/25 72/2 73/18 79/9
111/3 122/2 132/1
132/4 135/3 148/2
164/22 164/23 167/12
174/21 219/22
**issued [8]** 30/23
42/3 54/7 97/7 108/25
153/1 174/14 208/2
**issues [6]** 97/9 97/12
97/14 124/19 190/11
239/13
**it [584]**
**it's [233]** 5/9 6/4
6/17 7/7 8/5 9/2 9/14
11/17 12/1 13/2 13/14
14/13 14/14 14/15
14/17 14/18 14/19
14/22 14/25 15/3 15/3
16/2 16/5 20/12 21/3
24/11 36/1 36/9 37/11
38/3 40/2 44/2 45/4
47/2 47/16 48/5 48/8
48/9 48/16 48/16
48/18 48/19 48/23
49/19 50/9 50/11 51/9
51/16 51/17 55/3
55/17 55/18 58/11
59/3 60/8 61/17 63/16
63/24 65/6 65/6 65/15
65/25 66/13 66/25
68/22 69/14 70/6 70/6
70/24 71/17 71/17
72/2 72/9 73/19 74/14
76/10 76/23 81/5
81/17 81/20 82/6
82/15 83/19 84/17
84/24 86/9 86/11
86/25 87/5 87/18 88/8
90/10 92/25 93/2 93/6
93/9 93/13 98/9 98/16
99/16 100/12 100/20
100/23 100/24 102/24
102/25 103/4 103/18

104/20 105/3 106/12
107/13 107/14 107/15
107/15 107/18 108/1
108/5 109/6 110/13
110/20 112/6 113/19
115/25 118/16 118/19
118/22 119/4 119/10
122/1 125/21 125/25
129/6 130/19 130/19
132/24 135/15 136/2
136/12 136/17 137/6
137/9 140/13 141/15
141/18 141/19 141/25
142/15 143/3 144/12
144/15 144/17 147/16
153/12 153/15 155/2
155/7 155/7 155/24
156/21 158/20 158/21
159/1 162/1 165/23
166/13 167/22 168/15
169/22 170/18 171/6
171/8 171/16 171/16
172/14 172/17 172/20
173/9 176/25 181/16
182/14 184/6 190/5
192/5 192/6 198/15
198/19 198/24 200/4
202/16 206/23 208/20
209/15 209/19 210/10
210/14 210/15 210/21
210/22 211/3 211/13
211/16 212/1 216/6
216/15 217/24 218/22
218/22 218/23 219/18
219/19 220/14 222/2
222/10 222/23 223/3
224/4 224/8 224/15
226/9 226/11 226/15
229/8 231/2 231/2
231/20 233/7 233/25
234/25 235/23 235/24
235/25 240/12
**item [4]** 36/2 52/19
191/18 215/21
**items [6]** 44/16
84/16 90/20 113/25
186/11 186/13
**its [7]** 26/22 36/1
96/25 98/21 99/19
113/16 214/9
**itself [4]** 82/3 134/2
157/4 207/16

**J**

**James [1]** 240/13
**January [33]** 77/19
77/19 81/2 81/12
81/19 81/22 84/19
85/6 86/1 87/13 87/22
88/3 88/16 88/19 89/5
100/13 101/3 102/19
103/5 103/9 116/18

116/23 123/13 123/14
131/3 139/13 157/2
157/10 157/11 159/5
159/5 160/8 160/8
**January 22 [4]**
87/22 88/3 103/5
103/9
**January 25 [1]**
139/13
**January 6 [1]** 131/3
**January 9 [7]** 81/19
100/13 101/3 102/19
116/18 116/23 123/13
jcolinagroup.com
**[1]** 210/22
**Jeff [1]** 4/11
**Jeffrey [1]** 1/11
**Jenny [6]** 7/23 70/9
70/18 228/25 229/18
229/22
**Joanna [1]** 1/12
**job [2]** 30/1 35/19
**JOE [37]** 1/6 19/24
22/7 53/12 64/7 99/12
132/2 132/3 141/11
167/5 170/10 175/24
177/11 177/13 180/11
182/21 184/10 184/19
184/23 195/22 195/24
196/3 197/8 197/8
205/14 219/19 221/20
222/3 223/24 224/7
227/3 227/19 228/6
228/21 237/19 238/2
239/16
**joint [1]** 209/15
**Jose [1]** 241/8
**JUDGE [36]** 1/9 6/5
6/24 7/10 9/7 9/19
10/16 12/3 15/15
16/12 47/16 49/24
59/2 64/2 65/8 67/8
73/14 73/24 75/7
76/13 76/24 77/7
110/10 132/14 144/15
149/6 162/16 206/20
210/17 231/3 233/19
237/4 239/5 240/1
240/4 240/7
**judges [1]** 78/20
**judicial [3]** 91/12
91/14 92/1
**juke [1]** 171/20
**jukebox [1]** 172/23
**July [15]** 61/25
93/10 95/4 105/9
107/1 107/24 108/25
111/18 119/14 119/14
123/19 174/9 174/9
174/11 242/21
**July 13 [1]** 111/18
**July 23 [6]** 93/10

105/9 107/1 119/14
119/14 123/19
**June [40]** 40/8 40/21
44/12 45/8 45/10
45/12 45/15 47/22
47/23 48/21 48/22
49/4 50/9 50/17 51/13
51/16 52/8 52/20
53/20 54/6 56/22 58/8
59/15 60/1 60/6 61/25
80/6 80/19 80/25 84/2
142/10 166/6 171/11
171/25 172/2 172/14
172/20 173/12 173/15
174/5
**June 25 [9]** 53/20
54/6 56/22 58/8 59/15
60/1 60/6 80/6 80/19
**June 3 [1]** 171/25
**June 5 [1]** 44/12
**June 6 [10]** 45/8
45/12 47/22 47/23
48/22 49/4 50/9 50/17
51/13 51/16
**Junior [1]** 227/22
**jurors [12]** 5/24
17/18 79/15 162/9
162/14 163/1 164/2
205/10 236/19 237/7
238/23 242/8
**jury [39]** 17/20
17/22 18/16 18/22
18/25 19/7 20/12 21/8
24/23 30/4 30/9 32/6
41/12 53/12 64/13
64/21 76/2 79/16
79/17 92/2 109/13
110/7 116/22 162/13
164/4 164/5 166/18
181/11 184/1 192/23
196/6 208/25 211/10
212/2 212/6 226/14
236/20 242/11 242/16
**jury's [2]** 17/2 73/20
juryhere.ecl [1]
110/6
**just [113]** 9/19
12/22 13/17 13/24
14/24 15/4 15/11 17/5
17/8 19/25 21/9 24/8
27/2 27/11 30/3 36/25
38/25 41/5 43/20
47/12 49/12 50/11
52/1 54/14 57/16 62/3
62/15 63/22 64/1 64/9
71/11 71/18 74/20
75/5 75/9 75/10 75/23
77/16 78/1 79/2 79/10
84/3 84/8 84/15 84/21
84/24 85/2 85/3 85/19
89/23 99/13 99/25
102/12 107/15 110/19

105/9 107/1 119/14
119/14 123/19
111/6 112/19 117/15
118/7 118/16 119/10
119/18 120/7 121/10
124/1 125/14 125/21
128/3 135/15 138/17
138/23 139/18 142/24
145/3 145/10 159/11
159/17 159/19 161/22
165/22 166/24 168/12
174/17 175/6 176/20
179/4 179/24 180/24
181/12 188/11 189/17
189/20 189/21 192/22
194/1 202/7 203/16
206/14 209/7 213/2
215/20 216/25 218/25
220/13 224/5 224/7
224/9 231/14 231/18
234/2 234/18 239/5
240/10

**K**

**keep [6]** 84/5 85/20
160/12 203/24 205/9
223/6
**keeping [2]** 206/7
206/9
**keeps [2]** 71/4 209/1
**Keon [2]** 182/1 182/2
**kept [1]** 17/24
**keyboard [1]** 87/9
**kid [1]** 19/25
**kind [3]** 82/12 98/21
134/8
**kinds [3]** 53/8 53/22
225/4
**kiosks [4]** 143/9
143/10 143/10 148/7
**KISSANE [1]** 2/2
**knew [5]** 45/22
181/20 181/24 187/13
241/21
**knocking [1]** 193/15
**know [173]** 5/20 8/5
8/7 13/5 13/7 13/9
13/12 14/5 16/24
19/20 19/21 20/16
20/18 20/22 22/12
23/18 25/5 25/9 26/21
27/9 27/11 28/22 31/4
37/25 41/6 42/8 42/13
43/20 44/4 50/2 51/23
53/7 54/11 55/20 56/5
57/4 57/21 57/22 60/3
61/24 62/16 67/20
67/23 68/20 70/15
73/7 73/9 73/11 73/18
74/4 74/18 76/14
76/15 77/17 77/8
81/14 81/16 82/16
83/17 89/23 96/1 96/7
96/9 96/10 96/11

**K**

**know... [108]** 100/1
101/25 110/19 111/2
112/20 114/19 117/6
120/24 127/22 127/23
128/6 128/20 129/7
129/8 129/9 129/10
131/11 138/6 139/11
139/13 139/14 139/21
143/21 143/24 143/25
144/1 144/2 147/18
148/25 152/8 152/9
152/11 152/12 152/16
152/23 152/24 153/4
153/6 154/8 154/23
155/24 156/9 156/25
157/13 157/20 159/13
160/15 160/20 161/5
161/8 161/11 161/13
161/16 161/17 164/23
165/5 165/6 165/22
170/6 174/22 175/21
178/23 179/7 179/11
180/12 181/24 182/2
182/4 183/3 183/5
184/1 185/21 187/20
187/21 188/19 194/1
194/4 196/5 198/5
198/6 207/10 207/14
209/25 209/25 210/2
212/24 214/10 216/13
217/22 217/23 218/8
218/10 219/7 220/8
220/12 220/20 220/20
220/23 221/2 223/23
227/16 230/20 235/12
235/20 239/6 240/20
241/4 241/16
**knowledge [15]**
23/3 23/4 121/6 152/6
157/22 160/23 199/18
209/22 210/1 210/12
211/2 211/7 211/22
217/12 218/2
**known [5]** 39/22
92/22 150/21 152/21
187/17
**knows [11]** 8/7
29/11 65/16 123/3
145/7 152/7 152/15
154/11 156/12 207/11
212/23
**KRINZMAN [1]** 1/15
**KUEHNE [60]** 1/18
1/18 4/15 6/10 6/16
9/12 11/7 11/14 12/1
14/20 16/22 18/5 21/6
23/9 33/16 33/25
34/12 34/16 34/22
40/14 59/14 63/7
63/21 64/10 69/13

71/11 71/21 75/5
75/11 75/25 76/10
77/2 77/8 78/2 79/3
79/19 98/6 98/10
98/25 110/9 122/2
134/20 164/7 176/21
189/24 190/7 195/15
196/5 202/6 205/3
205/5 206/19 213/1
224/1 231/4 232/19
233/2 233/18 236/10
237/6
**Kuehne's [2]** 74/21
233/14
**Kuochalakos [2]**
92/15 114/12

**L**

**la [1]** 178/7
**label [1]** 176/12
**labor [2]** 27/17
27/18
**Lack [16]** 121/24
123/2 136/15 145/5
152/6 160/22 172/5
172/9 199/18 209/22
210/1 210/12 210/12
211/2 211/6 217/12
**Lacks [1]** 201/14
**ladies [2]** 17/22
109/7
**Lago [1]** 133/2
**laid [2]** 75/21 200/15
**landlord [7]** 126/14
126/15 126/17 126/21
127/1 127/16 128/2
**landlord's [4]**
126/17 126/18 126/18
128/10
**language [1]** 119/25
**large [1]** 224/20
**Laso [2]** 158/13
161/25
**last [21]** 16/22 18/10
37/18 44/1 48/14
94/12 102/14 106/23
108/11 117/18 118/2
118/3 118/5 124/9
125/22 163/7 175/24
206/20 214/20 224/5
235/9
**late [2]** 126/22
126/23
**later [15]** 30/19
31/20 32/9 32/23
48/18 51/17 61/25
64/3 137/14 187/13
203/2 203/2 215/6
218/19 227/8
**Latinize [1]** 224/23
**LAUDERDALE [3]**
1/2 1/5 242/24

**launching [3]**
182/23 183/8 183/16
**law [26]** 1/10 1/18
7/4 7/18 7/18 12/10
12/16 12/21 13/1
13/13 66/22 67/6
68/11 69/2 177/11
177/14 177/18 178/22
179/1 179/6 227/12
234/22 234/24 234/25
235/1 238/10
**lawful [3]** 41/24
55/13 63/2
**lawn [4]** 152/22
153/7 154/22 155/1
**laws [5]** 7/25 8/2
178/5 178/15 201/12
**lawsuit [1]** 221/24
**lawyer [6]** 20/7
24/24 29/2 29/3 54/14
75/3
**lawyer's [2]** 75/17
75/18
**lawyers [7]** 28/23
63/11 164/22 172/8
189/3 214/15 217/6
**Leah [1]** 4/15
**lease [4]** 95/14
95/16 125/10 125/18
**leased [1]** 126/14
**leases [2]** 126/14
126/15
**least [16]** 10/19
15/22 50/24 56/12
62/19 88/19 95/2
101/10 119/25 140/15
157/20 157/22 162/10
218/11 236/18 241/16
**leave [3]** 40/17
238/22 238/24
**led [2]** 139/11
139/12
**Lee [3]** 228/25
229/18 229/22
**left [9]** 43/7 101/6
103/11 122/10 122/11
131/14 176/12 190/19
213/10
**legal [13]** 5/22 13/7
92/4 94/5 96/5 120/20
138/12 148/15 155/16
201/3 201/4 228/11
233/12
**legalized [3]** 31/17
90/21 114/1
**Legislative [2]**
179/17 179/18
**Leon [15]** 7/13 8/10
8/14 11/21 11/22
11/23 12/7 12/8 67/4
70/25 71/7 227/4
227/18 227/20 228/17

**Leon's [1]** 225/15
**less [1]** 203/20
**lessee [1]** 168/6
**let [92]** 12/11 14/24
18/11 18/21 19/4
19/16 21/23 23/6
24/22 28/23 30/24
33/7 34/12 34/14
34/24 38/16 39/14
45/11 48/6 50/4 53/7
54/12 54/13 61/20
62/5 62/15 63/22 66/1
67/20 68/19 79/23
83/14 84/21 85/2 85/9
87/3 89/23 97/3 98/6
98/10 98/11 99/25
107/9 107/16 110/10
110/19 118/7 119/18
121/21 128/14 132/17
133/11 135/2 135/6
136/9 140/19 144/13
145/24 147/21 149/11
151/10 152/11 156/21
158/19 159/15 159/17
165/14 165/22 170/14
171/3 171/24 179/24
184/15 184/18 185/13
186/13 187/7 191/2
194/1 202/11 207/25
209/6 211/19 213/2
214/19 219/6 220/13
221/25 225/19 234/5
240/2 241/24
**let's [141]** 19/4 19/6
19/9 20/4 22/4 22/19
35/7 36/19 38/24
39/19 40/10 42/11
42/14 42/16 42/22
43/2 43/4 43/12 43/15
43/16 43/23 43/23
44/1 47/4 47/11 47/11
49/1 49/11 51/12
51/16 52/19 54/13
55/4 56/9 56/16 57/15
57/24 58/7 58/14
58/15 58/19 59/1
59/21 60/10 61/9
62/11 62/12 62/25
63/6 63/10 76/18
80/18 81/1 81/18
83/19 86/9 86/25 87/8
87/13 88/10 89/13
89/14 92/9 93/3 93/18
93/19 94/12 100/19
102/5 102/12 102/21
105/11 106/11 108/8
109/2 111/6 112/19
112/24 114/20 115/25
118/5 120/7 121/3
121/20 124/21 125/20
125/21 126/8 130/2
130/17 132/6 135/13

135/18 141/21 142/13
145/23 148/5 154/13
158/12 166/20 167/20
169/6 172/2 173/12
174/8 175/6 176/1
181/10 182/14 187/22
187/25 189/10 189/15
189/23 191/11 196/11
202/22 203/2 205/7
208/17 208/19 209/6
210/7 210/20 210/20
211/5 211/23 213/4
214/12 215/18 217/10
217/21 217/24 222/21
226/10 226/11 232/8
235/17 235/18 236/3
241/10
**letter [49]** 75/3
75/17 75/18 76/6 77/4
82/16 82/22 83/21
112/15 117/2 132/16
132/18 133/2 133/5
133/22 134/15 134/22
134/24 135/3 135/6
135/10 135/11 136/4
136/8 136/12 137/8
137/9 137/11 139/22
140/6 153/13 153/25
154/3 161/13 161/14
161/18 161/19 161/20
161/21 161/25 162/4
200/4 213/5 213/6
214/4 214/13 214/20
214/21 214/24
**letterhead [1]**
132/24
**lettering [1]** 58/19
**letters [5]** 74/21
76/8 76/8 82/20 117/6
**letting [1]** 68/20
**level [2]** 153/4 153/5
**license [14]** 25/2
25/4 25/5 25/6 25/8
25/9 25/10 25/12
133/7 133/23 134/5
134/7 134/10 134/16
**licensed [2]** 29/20
35/25
**licenses [5]** 25/17
25/19 25/22 25/25
27/18
**licensing [1]** 128/12
**lien [2]** 139/2 141/22
**lieu [1]** 115/16
**life [3]** 32/14 32/16
32/18
**lifting [2]** 207/23
208/14
**lights [2]** 86/14
86/20
**like [47]** 4/19 11/24
20/15 25/1 26/12

**L**

**like... [42]** 26/21
40/9 43/18 44/2 44/5
44/10 48/5 55/24
58/21 62/10 72/4
72/10 72/21 78/21
94/16 101/11 102/4
102/12 103/24 113/9
117/24 118/16 123/11
134/8 140/9 146/8
146/23 177/7 183/12
197/5 197/5 201/11
211/9 219/4 223/11
226/14 226/21 230/14
232/16 235/23 238/1
239/15
**likes [1]** 201/10
**limiting [1]** 15/16
**limits [1]** 69/1
**line [15]** 16/5 19/11
19/13 33/3 34/24
41/18 62/25 68/14
70/4 70/5 119/12
207/6 231/14 231/14
233/23
**lined [1]** 239/25
**lines [7]** 20/6 34/7
34/24 35/7 35/7 90/15
231/25
**list [8]** 72/6 73/15
74/5 74/19 161/10
186/11 239/19 240/3
**listed [2]** 74/9
241/17
**listen [7]** 9/5 18/21
21/24 33/12 73/1
88/25 205/20
**listening [1]** 18/1
**listing [1]** 113/19
**lists [1]** 122/4
**litigated [1]** 148/17
**litigation [3]** 95/20
124/25 149/2
**little [37]** 21/15 26/7
26/11 26/14 26/24
29/1 35/9 40/25 57/18
58/15 59/3 62/10
93/20 96/14 111/6
147/9 171/11 171/16
176/5 178/14 182/5
182/7 182/23 183/3
183/8 183/9 183/17
183/17 184/2 184/4
188/25 196/15 201/17
215/20 223/4 224/21
231/18
**live [2]** 196/24
225/21
**lived [1]** 174/20
**living [3]** 12/23
12/25 12/25

**LLC [16]** 106/19
113/13 114/8 114/22
114/24 116/5 120/12
122/25 124/13 124/22
126/3 127/1 127/24
137/1 141/23 171/11
**lobby [1]** 86/24
**local [4]** 105/23
111/14 115/12 119/22
**located [4]** 26/7
130/25 153/18 154/7
**location [6]** 54/21
111/25 138/11 159/8
159/23 160/3
**locations [3]** 152/18
161/5 209/20
**long [3]** 39/16 208/5
232/11
**longer [3]** 204/22
204/25 218/23
**look [70]** 13/23 19/6
19/25 20/1 20/15 21/1
39/13 39/13 42/14
44/13 52/19 56/9
56/16 56/17 57/24
58/19 60/15 60/17
60/19 61/16 63/16
68/9 71/6 71/20 76/4
76/18 77/2 81/18 82/3
85/4 88/10 100/19
103/18 105/11 107/9
107/9 111/6 112/24
114/20 126/13 128/1
135/13 142/13 144/7
145/10 145/23 158/12
165/14 167/20 175/6
187/22 189/24 190/5
192/11 202/22 203/2
210/20 217/24 219/20
221/19 224/9 224/16
226/14 227/25 229/2
231/15 234/18 236/3
237/5 240/7
**looked [15]** 24/17
32/15 74/4 74/10
83/16 83/20 86/5
108/11 123/14 144/5
146/8 147/23 166/24
192/12 192/12
**looking [13]** 43/5
49/19 61/1 65/17
73/24 80/12 86/21
94/24 108/16 144/14
165/20 190/3 217/4
**looks [11]** 43/18
44/2 44/5 58/21 94/16
101/10 118/16 146/8
177/7 183/7 223/11
**losing [1]** 205/10
**lost [1]** 163/1
**lot [21]** 10/2 43/16
72/22 78/19 89/8 96/1

124/19 130/3 130/5
130/9 130/12 143/11
143/13 153/23 154/15
155/14 178/8 180/24
181/2 197/23 202/1
**lots [2]** 155/9 161/8
**loud [1]** 175/13
**love [1]** 182/12
**LUBETSKY [1]** 1/15
**Lugo [2]** 220/1 241/3
**lunch [1]** 109/7
109/8
**luncheon [1]** 109/14
**lying [1]** 180/4

**M**

**M-E-I-S-O-Z-O [1]**
53/6
**made [30]** 6/13 7/5
8/6 8/10 8/14 8/22
11/20 14/10 38/9
66/17 66/20 67/1 68/9
68/9 69/19 70/25
71/20 72/8 76/3 79/5
79/6 91/8 91/19 92/15
114/11 180/1 203/12
220/11 222/22 227/6
**magic [2]** 21/15
62/11
**main [1]** 6/9
**mainly [2]** 26/13
37/13
**majority [2]** 178/5
178/20
**make [48]** 5/21 5/24
6/1 8/6 13/3 16/24
16/25 40/25 53/5
58/15 66/24 67/3
68/18 69/6 71/7 78/11
78/13 79/11 88/11
89/23 103/19 105/20
106/11 110/19 111/6
115/9 119/18 119/19
120/7 121/10 126/20
165/22 169/4 176/5
181/10 183/13 189/10
202/8 206/3 206/15
207/15 209/4 214/19
220/13 226/19 231/21
233/16 239/3
**maker [1]** 65/16
**makes [8]** 12/12
12/19 34/18 45/16
61/13 155/8 165/10
192/24
**making [5]** 67/25
69/25 71/11 159/19
189/1
**male [1]** 80/13
**man [10]** 18/12
18/17 18/20 18/23
18/24 19/1 19/3 19/24

53/9 194/20
**manager [16]** 29/24
36/4 130/24 151/9
194/20 195/3 195/8
196/2 199/7 199/8
199/17 201/9 210/23
213/13 215/13 219/24
**manner [2]** 68/2
204/7
**Manolo [7]** 178/11
181/18 181/25 182/4
182/21 183/16 194/12
**many [10]** 4/21
22/10 31/10 78/20
157/18 179/14 179/14
218/24 235/12 241/22
**Marc [2]** 1/21 4/15
**March [18]** 34/6
35/3 124/9 126/9
185/15 187/7 187/8
187/10 187/10 189/15
190/9 202/22 203/3
203/8 219/13 220/7
230/2 232/22
**March 30 [1]** 124/9
**Margold [1]** 237/22
**Marine [1]** 20/23
**Mario [2]** 213/22
213/23
**mark [1]** 241/4
**marker [1]** 82/9
**market [1]** 145/21
**marketing [2]** 197/4
197/6
**Marketplace [18]**
140/21 140/23 141/1
141/8 141/23 143/8
144/9 144/18 144/21
144/25 147/22 149/9
164/12 164/15 164/19
165/10 168/7 235/18
**Marrero [5]** 163/13
163/14 213/9 240/1
240/11
**marshal [1]** 33/1
**MARTIN [3]** 1/4
130/20 221/15
**Martinez [9]** 222/17
222/23 223/7 223/9
223/16 223/20 226/6
226/7 227/22
**Martinez's [1]**
226/21
**Mary [2]** 220/1 241/3
**masks [1]** 216/7
**Mason [2]** 1/16 4/14
**massacre [1]** 186/25
**material [2]** 17/9
111/20
**matter [15]** 6/24
13/10 18/1 51/9 64/25
65/9 65/15 69/14

73/13 82/13 83/4
163/1 237/12 239/18
242/20
**matters [3]** 59/17
200/25 237/9
**Maurice [6]** 213/11
213/12 213/14 213/18
215/7 215/13
**maximum [2]** 228/9
228/14
**may [50]** 1/5 4/1 4/5
15/2 17/21 18/6 19/5
19/10 27/17 36/20
36/23 67/5 68/15
78/21 79/19 91/14
98/11 110/1 110/8
110/9 124/22 131/7
141/9 141/11 141/14
141/17 142/1 144/5
147/6 147/16 147/21
147/25 163/15 164/6
164/7 165/23 196/15
203/16 205/17 206/19
211/11 211/25 212/1
212/5 212/7 226/15
227/2 230/19 232/24
234/8
**May 12 [1]** 124/22
**May 22 [4]** 141/17
142/1 144/5 147/17
**may be [4]** 4/5 17/21
164/6 196/15
**maybe [11]** 57/18
181/9 189/25 192/5
212/19 239/2 240/12
241/8 241/9 241/10
241/10
**mayor [9]** 178/21
178/23 179/9 184/10
184/19 194/10 194/16
195/3 224/13
**me [182]** 5/23 6/3
9/8 9/9 10/19 11/19
12/11 12/22 13/1
13/11 13/14 13/20
14/24 15/18 16/1 16/9
18/11 18/21 19/4
19/11 19/16 21/12
21/21 21/23 22/2 23/5
23/6 24/12 24/22
28/23 30/24 33/7
34/24 35/22 38/16
39/14 41/6 44/11
45/11 47/6 48/6 49/8
49/16 50/4 51/19
54/12 54/13 58/21
59/6 59/23 60/8 60/8
60/11 60/12 60/17
60/19 60/20 60/21
60/22 61/13 61/19
61/20 62/4 62/5 62/12
62/15 62/16 63/22

**M**

**me... [114]** 66/1 67/10 67/18 68/19 73/4 74/11 74/24 79/23 83/14 83/17 84/21 85/2 85/9 86/15 87/3 87/24 89/23 89/23 92/23 97/3 99/25 100/17 103/22 107/9 107/16 110/10 110/19 110/19 117/24 118/7 118/16 119/18 121/21 123/5 128/14 131/9 132/17 133/11 133/12 135/2 135/6 136/9 139/23 140/19 144/13 145/24 147/21 149/11 151/10 152/11 156/21 158/19 159/13 159/15 159/17 159/19 165/14 165/22 168/16 170/14 171/3 171/24 179/21 179/24 182/12 183/12 184/15 184/18 185/13 186/13 187/7 189/2 189/4 189/13 189/20 189/21 190/6 190/21 191/2 192/16 193/18 194/1 199/3 199/12 201/10 201/11 201/11 201/11 201/18 201/19 201/20 206/10 207/24 207/25 209/6 211/19 211/20 212/9 213/2 214/19 218/14 218/15 219/6 219/6 219/7 220/13 221/25 224/12 224/16 225/19 234/5 235/23 240/2 240/5

**mean [15]** 24/7 26/17 44/4 47/15 50/7 56/4 57/21 95/11 125/11 128/12 146/5 146/17 150/10 223/12 223/13

**Meaning [1]** 235/14

**meaningful [1]** 205/8

**means [6]** 19/17 42/8 69/13 82/6 83/17 137/10

**meant [1]** 47/16

**meantime [2]** 73/11 193/22

**measured [1]** 238/11

**mechanical [1]** 111/9

**media [5]** 5/4 5/5 197/4 197/5 238/4

**meet [5]** 96/16 137/25 180/13 218/13 218/16

**meeting [28]** 18/20 18/24 19/1 19/3 72/12 77/12 90/11 92/14 113/17 114/10 178/5 181/19 200/7 200/14 200/19 201/9 201/22 207/2 207/4 207/5 212/17 212/18 215/19 216/20 216/22 216/25 217/7 221/5

**meetings [4]** 178/4 200/20 200/22 201/19

**meets [1]** 29/25

**Meisozo [1]** 53/6

**Melissa [1]** 210/22

**member [6]** 46/2 46/10 92/15 92/16 114/12 114/12

**members [11]** 79/17 92/18 110/7 114/14 114/16 164/5 177/13 177/18 177/24 184/13 212/11

**memo [1]** 238/6

**memory [1]** 222/19

**menagerie [1]** 98/15

**Mendez [1]** 179/2

**mention [1]** 65/24

**mentioned [12]** 13/4 65/19 65/20 99/13 128/3 148/13 150/23 166/16 194/19 218/5 236/22 237/10

**mentions [1]** 189/11

**mere [1]** 205/13

**message [2]** 51/1 54/6

**met [9]** 18/16 18/22 96/4 96/11 96/11 96/12 151/8 181/23 182/1

**meter [3]** 127/16 127/21 127/22

**Mexicano [1]** 150/16

**Miami [140]** 1/13 1/17 1/19 1/22 2/4 18/13 23/19 23/23 23/24 30/4 30/10 30/19 31/6 31/17 31/21 32/10 32/25 35/20 40/21 41/16 41/20 41/25 42/5 46/13 53/13 53/16 54/21 55/14 55/19 55/20 56/7 56/10 57/10 59/12 59/21 65/10 77/18 82/1 82/21 82/22 83/1 88/4 88/22 89/24 91/4

**Miami [11]** 91/11 91/14 91/23 91/24 92/3 93/22 94/4 94/10 94/19 94/25 95/13 97/7 97/12 97/14 97/16 98/15 99/11 103/17 104/4 106/3 107/25 110/24 112/13 114/18 116/8 116/9 118/8 118/9 120/2 120/19 121/1 124/23 131/1 131/5 131/7 131/21 131/22 132/24 135/3 135/10 137/1 137/25 140/14 146/21 147/10 148/11 150/20 150/22 152/2 152/21 153/6 154/16 155/7 155/8 160/6 160/7 161/3 161/4 166/1 167/11 167/13 174/23 174/25 177/9 179/5 182/20 183/1 183/2 183/4 183/15 183/23 184/6 184/10 184/12 184/20 185/6 200/19 201/2 201/18 202/16 207/21 209/13 209/16 209/16 216/4 217/7 217/22 218/10 218/11 222/2 223/22 223/22 223/24 232/12 235/4

**Miami's [3]** 90/10 113/16 115/16

**Miami-Dade [7]** 41/16 41/20 41/25 42/5 55/14 114/18 222/2

**miamigov.com [3]** 135/24 137/16 217/25

**middle [6]** 91/10 103/18 111/2 168/23 169/10 176/5

**midnight [1]** 197/1

**might [11]** 59/19 94/11 101/16 101/21 135/12 138/3 139/18 143/25 144/2 151/20 221/8

**Miguel [1]** 87/7

**military [1]** 21/2

**mince [1]** 66/10

**mincing [2]** 14/20 71/13

**mind [7]** 68/21 84/11 84/12 188/24 189/21 190/3 214/9

**mine [2]** 150/9 161/6

**minus [1]** 160/9

**minute [8]** 17/5 17/8 48/3 48/18 49/16 84/3 201/5 208/7

**minutes [31]** 64/16 162/10 162/15 162/17 162/21 163/6 195/1 198/23 203/2 203/2 203/8 204/2 204/13 204/24 205/19 205/22 205/23 206/6 206/10 206/14 206/15 206/19 208/3 208/21 236/18 236/23 236/24 236/25 237/2 237/8 242/9

**mischaracterize [1]** 194/1

**Mischaracterizes [9]** 21/17 98/2 130/15 134/17 156/11 169/25 193/1 229/10 229/23

**Mischaracterizing [1]** 177/15

**misread [1]** 45/11

**miss [2]** 69/12 69/13

**missed [1]** 33/2

**missing [3]** 52/16 69/11 96/2

**mistake [5]** 67/1 68/20 71/17 159/19 222/22

**misunderstanding [2]** 71/16 71/17

**Mm [10]** 37/20 47/24 118/14 169/12 173/18 175/9 175/11 203/1 225/12 229/7

**Mm-hmm [10]** 37/20 47/24 118/14 169/12 173/18 175/9 175/11 203/1 225/12 229/7

**mobile [8]** 32/9 128/12 129/6 129/9 129/10 129/14 129/15 146/14

**modifications [1]** 129/1

**Molina [5]** 7/23 70/18 228/25 229/19 229/22

**Molina's [1]** 70/10

**moment [4]** 107/2 132/14 135/15 149/6

**Monday [1]** 135/23

**money [9]** 7/21 7/21 7/21 7/22 7/23 11/17 13/6 70/18 228/19

**Montez [1]** 87/10

**month [14]** 126/24 156/19 157/1 157/1 157/11 157/14 158/14 159/6 159/9 159/13 159/16 159/24 160/20 215/6

**months [7]** 38/9 61/25 128/20 177/20

**more [25]** 26/12 44/2 52/5 146/8 157/24 159/10 162/23 188/25 193/10 202/8 202/8 203/19 204/1 204/13 204/24 205/24 228/22 228/23 230/19 236/24 236/24 237/1 239/13 239/21 241/19

**morning [15]** 4/1 4/5 4/11 4/13 4/14 17/22 52/11 52/12 75/6 75/10 136/4 193/7 237/12 237/25 242/13

**mortar [1]** 125/7

**most [1]** 197/2

**mother [1]** 37/14

**motion [8]** 16/24 66/2 92/15 114/11 237/11 238/1 238/21 239/14

**motions [1]** 17/1

**move [59]** 17/1 36/15 46/17 46/23 48/11 51/3 54/16 57/25 59/1 63/6 63/24 64/4 68/5 71/25 72/24 73/18 73/19 74/15 76/18 78/22 79/7 79/25 81/1 81/5 86/10 87/13 87/13 87/16 89/13 89/17 92/25 99/2 100/20 102/22 103/1 104/12 110/14 112/5 119/4 121/10 135/19 140/19 141/18 149/11 167/22 170/14 172/3 173/4 173/24 178/12 179/19 187/25 191/2 191/12 204/2 206/22 211/19 211/23 217/10

**moved [2]** 69/20 70/10

**moving [4]** 72/20 91/4 171/5 205/9

**MPA [2]** 150/22 151/9

**Mr [169]** 6/10 6/11 6/16 6/19 7/11 7/13 9/11 9/12 9/23 10/3 10/4 10/7 10/8 10/8 11/7 11/14 11/22 11/23 12/1 12/7 12/8 14/5 14/5 14/7 14/10 14/17 14/17 14/20 15/2 15/3 15/4 15/6 15/12 15/13 15/14 15/22 16/6 16/7 16/8 16/11 16/18 16/18

**M**

**Mr... [127]** 16/22 16/23 18/4 18/10 19/13 19/24 20/7 21/6 21/16 21/23 22/1 22/5 22/7 22/10 22/14 22/17 23/2 23/4 23/13 23/18 24/9 24/15 24/17 32/2 33/16 33/25 34/4 34/12 34/16 34/16 34/22 40/14 49/25 56/25 59/14 60/22 62/15 63/7 64/10 64/10 66/3 67/4 69/13 71/11 71/21 74/21 74/23 75/4 75/5 75/11 75/24 75/25 76/3 76/10 76/15 77/5 77/8 77/20 79/3 79/19 89/23 95/2 98/6 98/10 98/13 98/23 110/9 122/2 130/24 134/20 136/12 136/25 147/3 147/5 158/23 161/23 162/1 162/4 163/11 163/14 163/14 163/19 163/21 164/7 176/21 177/21 178/7 178/10 178/15 180/1 180/21 182/1 189/24 190/7 193/19 195/15 196/5 197/16 198/11 200/15 200/20 201/9 202/6 203/12 203/14 205/3 205/5 206/19 209/3 213/1 217/3 217/5 224/1 226/5 226/6 226/21 227/1 227/3 231/4 232/18 232/19 232/20 233/18 236/10 237/6 241/9 241/24
**Mr. [22]** 8/24 10/12 10/17 14/4 14/17 15/2 15/11 15/18 15/20 15/25 21/9 23/9 63/21 77/2 77/13 78/2 98/25 183/19 217/17 233/2 233/14 241/11
**Mr. 305 [1]** 183/19
**Mr. Carollo [2]** 8/24 77/13
**Mr. Fuller [4]** 10/12 10/17 15/11 217/17
**Mr. Kuehne [6]** 23/9 63/21 77/2 78/2 98/25 233/2
**Mr. Kuehne's [1]** 233/14
**Mr. Pinilla [6]** 14/4 14/17 15/2 15/18

15/20 15/25
**Mr. Suarez [1]** 241/11
**Mr. Uriarte [1]** 21/9
**Ms. [3]** 38/11 129/25 181/7
**Ms. Anna [1]** 38/11
**Ms. Christina [1]** 181/7
**Ms. Rosa [1]** 129/25
**much [4]** 65/19 69/7 69/14 204/25
**multi [4]** 116/11 116/11 124/18 209/20
**multidisciplinary [1]** 212/10
**multiple [8]** 79/5 79/6 97/21 99/16 99/17 99/24 200/16 205/17
**music [8]** 174/11 175/13 177/10 192/23 192/24 193/3 193/10 196/24
**musical [4]** 171/21 171/21 172/24 172/24
**musicians [2]** 31/14 31/14
**must [4]** 33/2 90/20 113/24 131/5
**mustache [1]** 192/20
**my [102]** 5/22 5/25 6/2 6/3 6/7 7/25 8/18 10/19 11/12 12/25 13/22 16/1 16/4 16/12 17/9 17/24 20/25 21/24 22/17 22/19 25/5 25/9 31/2 31/4 32/19 33/6 33/12 37/13 38/4 39/8 39/19 50/8 56/3 56/11 57/8 69/1 69/1 71/13 72/9 72/14 74/6 74/11 74/12 77/8 77/22 78/13 78/15 78/25 83/10 83/14 84/12 85/13 86/16 93/15 96/14 96/25 97/3 105/14 125/16 129/12 130/2 130/11 130/24 140/12 149/8 153/3 155/2 156/20 161/21 166/15 166/19 169/21 169/21 172/19 178/7 179/3 179/20 180/7 180/14 183/3 184/4 184/8 184/21 184/23 189/24 190/3 204/20 205/21 206/14 207/10 207/11 207/13 221/24 222/6 222/9 222/12 222/19 224/11 225/14

15/20 15/25
**myself [4]** 26/4 126/5 149/17 200/15

**N**

**name [25]** 7/16 7/22 7/23 12/14 12/14 23/25 70/10 70/14 70/16 113/13 114/24 136/2 139/4 151/21 163/20 172/10 192/5 211/16 213/21 218/5 221/9 225/13 225/14 225/15 226/24
**named [3]** 45/20 194/20 195/13
**names [5]** 7/17 53/8 53/22 53/25 92/10
**narrative [8]** 31/22 36/14 36/19 96/2 98/23 129/20 132/6 134/11
**NBC10 [1]** 237/22
**near [2]** 218/19 218/21
**necessary [5]** 29/25 35/19 72/2 97/5 128/16
**need [38]** 4/25 8/20 10/15 12/9 13/24 15/13 38/17 59/23 66/12 79/3 79/24 87/24 89/22 100/15 110/19 111/11 129/11 129/13 129/15 133/12 133/19 139/25 145/18 155/4 162/9 162/23 165/22 182/9 182/11 184/16 189/2 192/11 192/16 219/20 221/19 236/17 237/9 240/18
**needed [3]** 36/3 133/6 134/4
**needing [2]** 90/21 113/25
**needs [3]** 38/1 204/13 206/3
**negotiated [1]** 95/14
**neighbor [2]** 174/20 180/11
**Neighborhood [1]** 46/15
**neighbors [1]** 207/13
**neither [2]** 51/7 154/21
**NET [8]** 46/12 46/15 47/8 49/9 50/22 51/20 53/15 53/21
**network [1]** 178/14
**never [8]** 18/16 18/22 77/3 132/1

139/14 152/20 187/12 217/23
**new [3]** 195/8 224/13 224/13
**news [2]** 5/8 17/25
**newspaper [3]** 5/19 6/5 17/25
**newspapers [1]** 227/6
**next [68]** 6/6 9/18 11/10 16/21 20/4 20/5 21/6 33/16 34/15 34/22 35/7 41/18 55/12 60/2 62/25 63/20 63/25 64/4 71/19 72/24 73/2 73/2 73/11 73/16 73/17 74/12 76/7 76/12 76/23 77/22 81/18 87/8 88/10 90/15 102/5 102/15 105/15 108/8 112/19 112/20 124/6 126/3 130/11 134/19 144/23 146/4 149/5 163/10 178/17 185/11 192/11 195/14 198/12 198/19 210/3 211/23 212/4 212/13 225/3 227/25 232/8 233/18 233/20 233/21 239/2 239/9 239/25 240/11
**night [14]** 18/10 24/5 157/21 192/20 192/24 192/25 193/11 193/11 196/25 197/21 198/25 218/14 219/5 242/14
**nightly [1]** 157/23
**nights [2]** 189/18 196/24
**nine [4]** 179/11 202/3 235/21 235/25
**Niworowski [1]** 1/12
**no [179]** 1/2 8/1 8/8 9/2 9/12 13/8 13/18 14/24 15/12 16/5 19/2 21/11 21/20 21/24 22/2 22/6 22/9 22/9 23/3 23/8 23/15 23/15 25/11 25/13 25/16 25/18 25/20 25/23 26/17 27/14 30/14 30/16 30/25 31/22 31/25 32/8 32/16 32/17 32/18 32/19 33/15 34/8 35/2 36/16 38/14 38/16 38/17 38/18 38/18 40/18 43/6 47/25 50/11 53/14 54/15 59/17 61/2 61/13 65/21

66/12 69/5 69/8 69/13 69/13 69/13 69/14 70/14 71/16 71/16 71/18 71/21 72/5 72/11 72/14 73/7 76/9 76/10 77/4 77/9 79/24 81/4 81/7 84/12 84/22 86/11 86/16 87/15 87/17 89/18 90/16 95/14 98/9 98/9 98/11 100/22 102/4 102/24 104/11 110/15 113/1 116/20 118/3 118/12 118/19 122/2 122/23 126/20 128/24 129/10 134/11 135/17 137/23 139/5 140/12 141/5 141/13 145/1 146/21 147/7 147/11 147/18 148/12 150/18 151/13 152/25 154/7 161/18 162/4 167/12 167/14 167/15 167/21 168/13 171/7 173/7 173/8 174/1 179/17 179/25 180/13 181/5 181/16 183/14 187/24 190/14 191/3 191/14 193/3 193/17 193/19 196/12 199/11 202/10 209/3 209/7 209/8 211/22 214/25 216/9 216/16 216/17 216/18 216/24 218/2 218/23 221/23 222/10 225/14 225/16 225/20 226/12 227/16 228/22 232/14 235/3 237/6 239/8 240/13 240/15 241/1
**noise [20]** 170/15 170/19 170/22 171/18 172/23 173/19 174/6 174/13 174/16 174/19 174/22 175/1 175/4 175/12 175/13 175/17 175/19 175/22 180/2 180/5
**nomenclature [1]** 26/22
**non [2]** 178/13 198/5
**non-responsive [1]** 178/13
**non-work [1]** 198/5
**none [5]** 38/22 66/22 67/7 71/13 154/21
**Nope [1]** 160/14
**Noriega [4]** 210/21 211/17 213/13 241/11
**normal [2]** 178/9 192/22
**not [367]**
**notarization [2]**

**N**

notarization... [2]
106/7 106/21
notarize [1] 116/4
notarized [5] 93/16
93/16 94/17 105/13
120/9
notarizes [1] 120/14
notary [3] 94/17
116/9 120/9
note [4] 145/17
230/16 232/18 233/16
noted [3] 47/2 70/2
77/21
notes [1] 74/11
nothing [11] 6/15
65/8 67/6 69/12 69/13
77/7 147/17 169/23
172/6 177/4 205/24
notice [106] 40/22
40/24 44/9 45/15
51/13 52/15 54/21
54/22 55/1 55/16
55/17 55/24 56/13
56/15 57/7 57/19
57/20 57/21 59/16
59/23 62/1 62/17
62/21 80/25 81/1
81/19 81/23 82/3
82/15 82/20 82/20
82/24 83/1 83/14
83/22 84/2 84/13
87/22 88/3 88/4 88/11
88/25 89/13 101/3
101/17 101/17 101/22
101/25 102/1 102/2
102/19 103/4 103/9
103/17 103/21 104/2
104/4 104/16 104/24
107/24 108/3 108/5
108/25 110/21 111/3
111/7 111/17 112/9
112/12 116/23 117/2
117/8 117/9 117/19
118/21 118/22 118/25
123/14 139/1 141/21
142/9 144/4 144/9
145/14 145/17 146/19
147/5 147/16 148/3
165/19 165/25 166/23
166/24 166/25 167/2
176/12 185/15 186/21
187/3 188/5 188/8
189/12 190/9 191/20
213/24 230/9
noticed [1] 112/22
notices [4] 55/15
55/24 72/10 147/1
notifications [1]
114/7
notified [1] 200/14

notify [1] 142/11
November [13]
113/17 114/11 114/21
132/17 132/19 132/23
133/5 133/22 137/15
139/1 183/20 194/9
195/18
November 16 [4]
132/19 132/23 133/5
133/22
November 20 [3]
113/17 114/11 114/21
November 30 [2]
139/1 183/20
now [78] 16/6 20/4
24/11 31/4 33/15
35/17 39/19 42/22
44/12 49/11 50/3
50/12 53/12 54/16
54/20 61/9 62/3 63/9
64/6 68/19 68/21
69/16 73/17 74/15
75/2 76/1 78/11 80/25
86/1 87/14 87/25 95/4
96/2 96/23 100/12
100/25 104/9 107/1
107/2 108/16 109/6
116/1 121/9 130/23
131/4 134/9 134/22
137/25 141/8 143/10
144/13 144/20 148/7
153/25 158/21 159/13
170/18 172/2 189/18
192/11 192/16 193/20
200/6 201/9 203/2
204/12 206/2 207/2
208/23 219/11 221/8
222/16 226/4 228/5
230/2 230/18 235/8
236/25
number [59] 4/9
19/21 41/10 58/11
73/1 82/7 82/7 82/12
82/13 84/5 84/6 84/14
84/15 85/2 86/8 87/24
87/25 87/25 93/6
99/25 100/1 100/3
101/8 101/14 101/14
101/15 102/20 103/5
103/6 103/24 104/21
104/22 105/7 108/6
110/20 113/14 113/14
114/23 117/14 122/10
122/14 122/17 131/2
131/9 131/11 141/25
145/15 146/25 157/10
160/2 160/3 165/15
171/2 175/17 175/21
177/15 205/16 210/24
235/22
numbered [1]
125/22

numbers [3] 82/10
104/3 223/4
numerous [2] 58/25
204/21
NW [1] 1/13

**O**

oath [9] 19/7 19/17
20/2 21/8 34/6 35/3
35/6 35/15 230/2
object [6] 44/20 65/6
70/1 74/3 172/9
233/23
objected [8] 40/16
72/11 73/23 74/15
75/23 107/14 204/8
226/15
objecting [1] 72/3
objection [219] 8/12
20/19 20/24 21/3
21/10 21/17 23/20
24/18 27/25 28/2 28/3
29/4 29/10 32/1 32/4
32/20 33/8 33/19
34/11 34/18 36/15
40/18 44/18 45/24
46/3 46/6 47/2 48/13
49/21 51/8 53/24 54/1
54/9 54/15 55/21 58/2
58/3 63/3 63/6 63/13
63/20 65/1 66/13
66/16 69/19 70/2
71/21 72/12 72/15
72/20 73/7 73/22
73/22 75/14 75/17
76/23 77/21 79/24
81/4 81/7 83/5 84/22
86/11 87/15 87/17
89/18 92/4 94/5 95/9
95/21 96/5 96/18 98/2
98/16 100/22 102/24
104/11 107/6 107/11
109/4 110/15 113/1
116/20 117/10 120/20
121/13 121/24 123/2
123/10 124/2 124/3
124/24 129/2 129/18
130/6 130/15 131/18
132/10 133/13 134/11
134/17 134/19 135/17
136/15 138/12 145/5
147/11 148/18 148/22
148/23 149/1 149/1
149/3 151/13 152/6
152/14 153/8 154/10
155/10 155/16 156/11
157/3 157/15 158/1
158/4 158/16 158/24
158/25 160/17 160/22
160/24 164/16 166/10
167/17 167/21 169/25
170/4 170/24 171/7

172/5 173/6 173/7
173/8 174/1 176/18
177/15 179/15 179/19
180/17 180/21 185/7
185/9 187/18 187/24
191/3 191/14 193/1
194/13 194/25 195/11
195/14 195/20 196/12
198/8 198/11 199/18
199/23 201/3 201/14
201/24 202/10 203/10
203/11 203/14 203/15
206/22 207/7 208/9
208/10 208/16 209/1
209/22 210/1 210/3
210/9 211/2 211/6
211/21 212/12 212/20
213/15 214/16 215/9
215/15 215/16 216/16
216/17 216/18 216/19
217/8 217/12 218/1
220/25 221/3 222/5
222/8 226/12 228/11
229/10 229/23 230/3
230/12 232/23 232/17
233/11 233/15 233/16
234/2 237/6
objections [14]
40/12 46/25 51/5
66/17 68/9 68/10
71/20 71/23 72/8
74/16 74/17 79/5 79/6
205/17
objective [1] 96/12
obligated [1] 15/9
obligation [6] 11/23
13/11 127/6 128/2
128/10 168/19
obligations [1]
79/12
observations [1]
199/15
observe [2] 22/14
22/20
obsession [1] 167/5
obtain [15] 41/2
41/19 42/6 55/6 55/10
62/20 120/25 127/24
132/7 139/6 139/8
139/8 144/10 145/14
147/2
obtained [8] 30/25
35/1 90/24 114/3
123/1 123/8 152/20
154/25
obtaining [2] 37/25
131/24
obviously [4] 70/14
129/25 206/10 216/6
occasion [1] 219/8
Occupancy [2] 213/7
213/24

occupy [1] 31/14
occur [2] 152/5
152/13
occurred [3] 7/7
145/18 184/19
occurring [1] 174/17
occurs [1] 183/1
Ocho [26] 26/8
26/11 140/21 140/23
141/1 141/8 141/23
143/8 144/9 144/17
144/21 144/25 147/22
149/9 150/7 150/12
156/10 161/5 164/11
164/14 164/18 165/10
168/7 179/13 218/19
235/17
Ocho/Little [1]
26/11
October [14] 110/20
111/7 112/2 115/5
116/1 123/24 124/6
135/23 144/8 145/13
145/13 210/21 211/13
213/6
October 11 [2]
123/24 124/6
October 26 [1]
145/13
October30 [1]
145/18
off [12] 13/17 62/3
90/19 107/24 128/18
129/6 129/9 136/12
155/24 161/5 166/12
166/13
offer [2] 65/5 160/1
offered [5] 24/22
77/1 149/13 149/24
181/4
offering [4] 11/8
21/8 230/24 230/25
office [4] 77/14
170/22 184/24 184/25
officer [2] 23/24
23/25
officers [2] 24/6
212/11
official [30] 19/24
23/19 39/8 57/9 91/24
94/4 94/14 94/19
94/20 94/21 105/15
115/19 115/20 120/14
120/18 140/13 182/24
183/5 183/6 183/8
183/17 184/6 213/11
213/12 214/8 214/8
215/7 218/10 218/11
242/22
official's [1] 106/24
officials [9] 94/23
210/24 212/18 216/2

**O**

**officials... [5]** 216/4
216/13 216/21 217/7
223/23
**offsite [1]** 128/13
**Offstreet [1]** 150/21
**often [1]** 169/4
**oh [7]** 20/18 23/16
44/12 48/6 152/11
158/9 197/25
**okay [118]** 14/9
16/21 19/25 22/19
29/17 33/2 33/4 38/21
41/11 42/11 43/20
43/23 50/9 58/23 59/3
61/6 61/24 70/12
70/20 84/15 84/21
86/8 91/10 93/11
93/18 99/3 99/21
100/9 100/16 101/17
102/1 102/5 104/1
104/8 105/1 105/10
106/10 106/16 107/1
107/5 108/21 111/23
112/2 114/16 116/10
117/13 117/17 118/15
118/16 119/3 121/15
123/20 125/17 125/20
125/25 128/9 135/9
136/19 137/18 137/21
139/16 141/6 141/8
142/3 144/8 145/24
146/16 147/24 151/6
151/21 152/4 153/5
153/20 153/24 154/9
154/25 155/23 157/12
164/24 165/4 165/21
166/7 168/13 171/5
171/18 172/1 173/1
173/21 174/16 174/22
180/10 188/20 189/24
191/11 191/22 191/24
192/4 195/5 195/9
198/20 199/6 202/18
202/24 203/5 211/18
214/17 219/9 221/8
223/15 225/8 229/5
231/13 232/2 232/11
234/19 237/5 237/14
238/17
**old [1]** 20/18
**Omar [1]** 158/13
**omitting [1]** 208/4
**on [360]**
**once [4]** 91/19
162/14 218/25 237/7
**one [95]** 4/24 5/6
9/20 11/11 15/6 15/10
21/9 29/22 37/18
40/16 42/18 42/24
44/16 45/10 48/20

50/10 50/10 51/22
53/17 55/5 55/8 64/13
70/11 83/25 84/8
94/23 99/24 100/11
102/14 103/21 106/23
107/2 107/5 108/24
113/17 115/2 118/3
118/6 118/11 118/11
118/13 120/6 121/20
123/24 124/9 124/17
125/8 125/11 126/13
127/3 132/14 135/15
141/2 144/20 146/1
146/10 149/6 150/16
153/11 154/5 154/13
154/14 162/15 163/6
165/9 172/19 174/19
175/7 176/2 180/24
180/25 181/2 181/25
182/4 184/16 187/12
190/11 193/4 196/14
201/5 202/19 207/14
207/19 207/22 212/17
212/18 212/18 216/7
225/4 226/19 227/4
229/3 231/24 231/25
235/9
**one's [3]** 59/6 61/18
118/7
**ones [7]** 9/20 37/9
40/16 89/11 108/1
123/24 240/8
**ongoing [1]** 208/1
**only [25]** 5/9 6/14
10/9 10/11 14/3 15/17
19/23 132/4 140/17
140/18 142/24 147/9
155/24 158/14 162/20
177/11 178/23 191/24
191/25 192/7 192/21
198/10 202/3 206/10
224/24
**onto [2]** 82/24 143/7
**open [9]** 96/10 97/1
134/5 175/2 176/9
177/7 206/17 225/2
242/10
**opened [7]** 7/1
76/19 76/22 100/14
107/23 128/8 141/9
**opening [1]** 126/16
**operate [12]** 99/7
99/8 128/11 128/16
131/7 133/7 133/23
134/5 134/16 138/10
152/2 155/3
**operates [2]** 196/6
196/7
**operating [7]** 131/1
138/7 140/3 140/8
171/20 172/23 192/22
**operation [5]** 153/3

209/12 209/19 212/3
212/9
**operations [5]** 95/13
95/15 95/17 95/19
128/5
**operator [6]** 95/6
95/8 95/11 149/14
149/16 160/4
**operators [1]** 133/6
**opinion [5]** 8/22
8/23 56/2 56/2 64/18
**opponent [4]** 14/14
16/10 227/4 230/25
**opportunity [7]** 16/6
92/1 101/23 102/2
200/11 236/22 242/1
**opposed [2]** 220/11
220/24
**opposing [3]** 14/2
166/16 233/4
**option [1]** 140/17
**or [170]** 6/2 6/18
6/21 7/3 8/7 8/11
8/16 9/2 9/6 11/13
12/1 12/1 12/13 12/14
12/14 13/2 13/9 15/2
15/6 20/13 20/15
21/24 23/13 25/19
29/22 29/24 35/11
35/25 36/1 36/1 36/4
36/19 38/3 38/3 38/17
39/7 40/22 40/24
41/13 41/14 41/14
41/15 42/2 42/6 42/16
43/24 44/8 45/14
47/25 51/13 52/14
54/21 56/13 56/15
59/22 62/1 62/17
65/20 66/6 66/8 66/25
67/4 67/5 68/1 68/2
69/3 69/7 73/2 73/17
79/1 82/7 83/10 83/10
83/15 83/21 83/22
84/1 85/7 88/21 88/24
89/1 89/12 90/12
90/20 90/21 91/19
94/3 94/14 98/9 98/9
98/11 100/1 101/23
105/15 105/23 107/4
108/2 110/21 111/3
111/9 111/18 112/21
113/19 113/20 113/25
113/25 115/12 117/2
117/8 118/22 119/22
121/4 121/6 122/25
127/25 128/25 131/8
131/16 132/7 135/5
138/1 138/6 140/18
144/23 144/23 146/2
147/2 148/10 149/4
149/4 149/5 150/17
150/20 151/16 152/3

154/25 161/18 169/21
171/21 172/24 179/25
180/3 189/12 192/13
192/21 195/24 197/4
199/12 199/15 199/16
202/3 206/4 212/17
216/11 218/10 222/10
223/21 223/23 225/4
227/12 227/13 227/18
232/12 232/13 232/13
232/18 232/21 239/2
241/5 241/23
**orange [1]** 108/10
**orchestrated [1]**
179/11
**order [67]** 4/4 5/10
29/25 40/8 41/24 42/3
51/14 54/7 55/13
56/20 57/19 58/8 58/9
59/5 59/8 59/10 59/15
59/16 59/19 59/19
60/1 60/5 60/11 60/20
61/2 61/15 61/22
61/23 62/2 62/22 63/2
66/9 66/18 73/9 79/23
80/5 80/16 80/17
80/19 80/23 81/12
81/14 83/21 86/1
89/24 90/23 91/10
92/16 92/20 92/21
98/1 110/4 113/5
113/7 113/10 114/13
114/21 117/19 118/6
118/13 134/5 134/5
164/11 173/14 199/12
238/3 239/9
**ordered [2]** 58/10
146/18
**orders [2]** 9/15
97/21
**ordinance [1]**
111/14
**ordinances [1]**
115/13
**organization [2]**
184/14 185/3
**original [3]** 60/3
61/23 83/12
**Originally [1]** 30/18
**originated [1]** 227/2
**Orlando [3]** 23/4
65/2 218/5
**Ortiz [1]** 241/9
**other [50]** 10/4 44/3
48/19 55/5 55/8 60/12
61/9 61/17 65/4 66/1
68/7 70/17 70/23
71/19 71/24 72/11
74/17 74/21 76/8
105/23 108/1 115/12
119/21 122/21 123/21
123/23 126/20 149/2

150/6 150/9 150/14
159/25 160/1 162/2
168/21 171/21 172/24
177/23 178/10 181/12
190/17 192/14 193/4
201/21 224/15 231/22
232/13 236/15 237/9
240/20
**others [4]** 27/15
27/17 161/6 219/15
**otherwise [2]** 41/15
199/12
**our [40]** 5/6 6/10
7/24 9/7 14/7 15/21
16/22 16/25 26/5
26/13 29/24 32/8
40/17 65/1 72/12
96/12 131/3 133/25
135/5 136/4 152/18
177/12 177/21 179/12
181/17 183/18 187/12
194/8 197/23 197/23
200/16 200/16 201/12
213/19 217/2 237/20
238/5 239/14 241/22
241/24
**ours [1]** 202/4
**out [20]** 6/25 7/10
7/15 8/3 8/21 8/21
74/12 75/21 83/18
109/8 128/6 128/25
189/17 189/18 200/15
204/17 207/16 224/24
231/18 242/8
**outside [16]** 10/13
22/21 44/22 45/24
58/3 65/7 84/19 86/13
95/9 117/20 118/8
124/25 148/20 149/2
164/16 177/10
**over [16]** 9/20 29/1
47/1 70/4 70/5 75/9
75/16 104/17 165/1
187/14 194/6 205/16
205/16 205/17 221/8
226/9
**overcoming [1]**
151/6
**overhang [4]** 164/24
185/25 186/9 186/14
**overhangs [1]**
164/25
**overlapping [1]**
227/17
**overrule [2]** 28/2
222/7
**overruled [55]** 21/19
29/11 32/4 32/21
33/20 34/19 46/7
48/23 48/23 51/8
55/22 58/4 66/16
66/17 68/9 68/10

**O**

**overruled... [39]**
69/20 79/6 79/6 83/8
95/10 96/8 98/3 98/19
107/20 123/3 130/7
131/19 133/14 136/18
145/7 152/7 152/15
154/11 156/12 157/5
158/2 158/4 163/5
164/17 170/4 171/1
173/8 179/22 187/19
193/2 195/21 199/24
201/15 201/25 207/8
208/18 212/23 213/17
230/4
**overruling [1]** 76/23
**overstepping [1]**
199/16
**own [9]** 15/20 39/18
70/8 99/19 181/3
183/18 198/20 201/17
224/11
**owned [4]** 37/13
154/19 168/18 201/17
**owner [33]** 35/8
35/11 41/1 41/19 44/7
55/6 55/10 62/20
88/20 88/21 88/24
91/19 93/21 93/22
101/23 105/20 106/2
106/3 115/9 115/15
115/18 115/20 118/23
119/19 120/1 120/3
142/9 142/10 150/24
155/5 168/6 168/25
170/10
**owner's [6]** 88/24
91/20 113/13 168/23
168/24 169/20
**owner/lessee [1]**
168/6
**owner/tenant [5]**
41/1 41/19 55/6 55/10
62/20
**owners [6]** 35/9
125/10 128/10 128/19
147/1 155/3
**ownership [3]** 35/22
43/8 125/14
**owns [2]** 35/9
130/24

**P**

**P-R-O-C-E-E-D-I-N-
G-S [2]** 4/2 110/2
**p.m [21]** 45/8 45/12
47/22 47/23 48/4
48/22 49/4 50/10
50/12 50/17 50/21
51/17 51/22 52/8
52/21 53/10 171/21
172/1 172/25 193/5
242/17
**PA [1]** 12/1
**Pablo [29]** 45/20
45/22 46/2 46/10
46/12 46/21 47/8
47/20 48/7 48/9 49/3
49/9 49/22 49/23
49/25 50/7 50/22
50/25 51/6 51/19 52/7
52/10 52/19 53/3 53/5
53/15 53/20 54/5
63/17
**PAC [1]** 13/6
**package [7]** 44/8
80/5 81/22 84/15
122/7 124/18 153/11
**PACs [1]** 13/5
**page [150]** 19/6
19/10 20/4 20/4 20/5
34/6 34/24 35/6 35/7
42/12 42/14 42/16
42/22 43/2 43/4 43/12
43/15 43/24 44/1 44/2
56/17 56/18 57/15
57/16 58/7 58/14
58/14 59/1 59/11
59/13 60/25 61/9
79/23 80/6 80/10
80/18 80/22 81/11
81/18 84/16 84/17
87/21 88/10 91/5 91/6
91/6 91/11 92/8 92/8
92/9 92/10 92/11
93/13 93/14 93/18
93/23 94/12 102/5
102/6 105/11 105/15
105/18 106/4 106/6
106/8 106/9 106/11
106/12 106/15 106/15
106/23 107/18 107/23
108/8 108/9 112/6
112/19 112/20 114/6
114/10 115/24 115/25
116/1 118/2 118/5
118/8 120/8 120/8
120/8 120/9 120/15
121/10 121/19 121/20
121/21 125/22 126/3
126/8 133/18 137/6
137/7 137/11 137/20
138/22 138/23 139/11
143/3 144/23 144/23
144/23 145/2 145/25
146/4 165/15 165/18
165/19 166/8 169/6
169/7 191/12 191/17
210/20 211/5 211/13
211/19 212/15 217/21
217/21 217/24 222/24
223/3 223/8 223/17
224/1 225/3 226/11
226/13 227/25 230/7
231/14 231/16 232/8
232/8 233/6 233/21
234/11 234/17 234/18
234/21 236/8
**page 5 [1]** 120/15
**pages [12]** 59/2 85/3
85/4 102/12 120/7
120/8 136/7 136/11
138/17 144/14 145/4
153/12
**paid [4]** 160/9
174/13 174/14 202/23
**painstaking [1]** 10/6
**painstakingly [2]**
9/24 10/12
**painting [1]** 28/16
**Panama [1]** 225/4
**panel [34]** 88/4
88/17 88/20 88/22
89/1 89/3 89/25 90/10
91/11 91/14 91/18
92/15 92/15 92/16
92/18 92/18 92/21
98/1 101/24 103/18
104/5 113/6 113/7
113/10 113/16 114/11
114/12 114/12 114/13
114/16 114/17 114/21
115/17 166/1
**Panels [1]** 98/20
**paper [2]** 74/6 75/7
**papers [1]** 206/15
**paragraph [13]** 41/1
41/9 41/11 113/15
115/5 126/13 142/9
190/12 212/5 212/9
214/2 224/4 224/5
**Paraiso [7]** 176/13
179/25 180/1 180/6
180/8 180/23 181/4
**Pardon [1]** 233/3
**paren [1]** 160/8
**Parjus [1]** 219/24
**park [3]** 153/6
155/13 156/22
**parking [30]** 143/11
143/13 150/19 150/20
150/21 150/22 152/5
152/13 153/18 153/21
154/6 154/7 154/15
155/1 155/8 157/9
157/18 157/23 158/14
158/23 159/4 160/3
160/5 160/7 161/3
161/4 197/23 198/15
198/20 227/8
**parroting [1]** 74/16
**part [49]** 22/4 22/23
22/24 24/6 30/22
42/23 43/11 44/7 80/4
81/21 81/21 85/3
86/22 87/3 95/6 99/18
99/22 99/24 102/7
103/18 107/2 108/14
108/23 116/10 118/23
120/18 124/18 128/9
129/20 134/15 138/16
142/22 146/22 152/12
153/11 161/23 164/14
166/24 172/17 181/16
201/22 207/3 207/17
214/3 221/16 224/21
226/21 226/22 241/22
**particular [9]** 7/1
13/10 14/23 77/3 89/8
100/6 143/14 163/1
174/19
**particularly [1]** 26/7
**parties [8]** 14/23
14/25 57/16 68/12
68/15 78/12 128/7
239/5
**partner [2]** 83/10
213/18
**parts [1]** 85/23
**party [19]** 10/9
10/11 14/14 14/15
14/15 16/10 40/3 40/3
86/2 87/4 87/6 218/15
219/3 227/8 227/9
227/11 230/15 230/25
239/8
**pass [2]** 178/5
178/15
**passed [4]** 92/17
114/13 178/20 179/9
**passes [1]** 118/21
**path [1]** 147/4
**patient [2]** 68/11
78/9
**patio [5]** 177/4 177/6
177/7 177/7 185/13
**Patricia [1]** 4/7
**pay [4]** 12/6 184/2
184/7 184/8
**peer [2]** 86/13 86/19
**penalty [1]** 160/9
**pending [9]** 32/2
33/15 36/16 134/11
147/12 162/25 193/17
193/19 209/4
**people [25]** 13/12
27/17 27/19 27/21
27/23 27/24 28/1 28/6
28/8 31/10 31/19
31/19 34/14 35/17
35/19 77/17 138/1
177/24 192/14 201/12
208/7 223/22 223/23
227/15 227/16
**Pepe [1]** 87/10
**per [16]** 42/4 111/14
132/2 136/4 156/19
157/1 157/11 157/14
159/6 159/9 159/13
159/16 159/24 160/20
166/15 216/12
**percent [4]** 71/15
126/23 175/24 202/4
**Perez [2]** 180/8
181/7
**perform [2]** 169/1
199/12
**performed [5]** 90/16
139/7 142/1 147/22
185/23
**performing [1]** 31/7
**perhaps [2]** 22/20
143/6
**peril [1]** 70/8
**period [3]** 70/8
140/10 190/10
**permanently [1]**
138/10
**permissible [1]**
67/21
**permission [1]**
152/21
**permit [69]** 10/13
31/1 31/20 32/17
32/19 32/24 35/1
35/13 35/21 35/23
39/10 41/2 41/19 55/7
55/10 59/12 59/14
59/18 59/20 59/20
60/9 62/20 83/12
111/8 111/14 122/14
122/14 123/1 123/8
123/8 131/1 131/4
131/6 131/24 139/7
139/8 139/20 139/21
140/3 140/4 140/9
140/11 140/16 142/2
145/15 147/23 151/15
152/12 153/1 168/4
168/9 168/22 169/20
169/22 170/11 170/12
185/24 185/25 186/7
186/10 186/24 187/3
202/9 206/18 207/22
208/2 208/7 231/6
231/8
**permits [37]** 10/7
30/16 30/22 31/13
31/18 32/7 35/18
36/10 36/11 36/12
36/13 42/3 42/6 52/12
90/17 90/24 90/24
97/4 97/7 97/9 97/10
97/12 111/11 114/3
127/24 128/11 128/15
131/16 132/7 146/13
147/2 147/9 186/15
186/19 187/17 207/23
208/14
**permitted [9]** 16/13

P

**permitted... [8]**
33/18 34/4 34/7 34/19
34/20 96/24 97/4 99/2
**permitting [2]** 9/23
9/25
**Pernas [1]** 38/11
**persecution [1]**
227/7
**person [12]** 12/11
12/12 12/19 21/2
35/25 67/25 91/13
92/1 197/4 218/16
223/10 223/12
**personal [12]** 5/25
23/3 152/6 160/22
199/18 209/22 210/1
210/12 211/2 211/7
211/22 217/12
**personally [1]** 182/3
**pertaining [1]**
120/19
**pertains [1]** 145/10
**Pertnoy [3]** 1/16
4/15 163/11
**Petty [1]** 180/19
**phase [1]** 239/9
**phases [1]** 29/12
**photo [10]** 59/9
59/10 59/14 59/18
59/19 60/3 60/9 86/15
118/4 143/24
**photograph [5]** 59/6
60/17 60/19 61/17
143/3
**photographed [1]**
197/21
**photographer [4]**
196/17 196/19 196/21
196/23
**photographs [5]**
42/12 61/16 62/3 85/7
85/8
**physical [1]** 72/23
**physically [2]** 27/12
197/11
**Pichel [2]** 192/14
207/12
**picture [29]** 18/12
20/12 43/12 43/17
44/1 61/4 61/10 61/12
79/23 80/12 80/19
80/22 84/18 85/10
85/11 87/8 102/7
102/16 111/21 111/22
112/20 143/4 143/7
146/7 191/17 192/11
193/21 196/19 197/17
**pictured [2]** 169/13
196/16
**pictures [26]** 39/24

39/24 43/16 72/10
79/21 85/3 85/4 85/5
85/11 85/14 85/20
85/21 85/23 86/5 86/8
87/2 102/13 111/21
111/23 111/24 117/14
117/15 117/18 117/18
129/5 144/4
**piece [3]** 80/20
80/23 101/11
**Piedra [2]** 37/13
37/19
**piled [4]** 43/20 43/21
43/22 44/3
**piles [1]** 22/20
**Pineapple [13]**
30/11 30/12 30/14
30/17 30/18 30/22
30/24 175/23 176/5
180/16 180/23 187/17
191/6
**PINILLA [23]** 1/4
9/23 10/3 10/7 14/4
14/5 14/7 14/10 14/17
14/17 15/2 15/4 15/6
15/12 15/14 15/18
15/20 15/22 15/25
16/6 16/18 130/20
221/15
**Pinilla's [1]** 16/11
**Pitbull [4]** 182/8
182/18 183/14 183/19
**Pitbull's [1]** 182/13
**place [11]** 5/10 53/9
53/23 111/13 136/16
143/22 143/23 143/25
152/4 176/9 180/15
**places [1]** 225/2
**placing [1]** 216/19
**plain [2]** 146/17
216/15
**Plainly [1]** 200/8
**plaintiff [7]** 40/13
44/18 63/19 66/13
196/10 204/17 204/23
**plaintiff's [2]** 156/17
232/3
**plaintiffs [17]** 1/5
1/10 4/12 5/12 7/8
7/10 15/4 72/7 78/19
203/21 203/22 204/5
214/11 214/14 232/15
237/19 241/25
**plaintiffs' [43]** 3/2
24/16 47/1 86/25 87/3
121/9 121/18 125/18
125/20 132/16 132/18
132/20 132/23 133/6
134/23 144/13 145/3
155/22 155/25 156/16
156/25 161/14 161/22
162/19 163/7 196/15

201/22 207/3 209/7
210/7 212/15 213/4
213/5 213/23 214/3
214/13 215/18 215/18
217/10 217/16 222/22
223/2 230/8
**plan [11]** 71/10
122/13 125/25 169/7
169/9 169/16 169/21
170/7 170/8 203/3
203/8
**planned [3]** 72/16
203/20 209/19
**planning [2]** 25/17
73/2
**plans [18]** 30/4 30/5
30/6 30/7 30/9 30/12
30/14 32/25 42/5
90/19 90/19 111/12
113/24 113/24 133/25
208/5 208/17 208/19
**plaster [3]** 43/19
43/20 44/2
**play [2]** 6/1 78/7
**played [2]** 128/6
215/23
**playing [2]** 87/4
177/10
**please [36]** 4/6 4/9
10/1 17/18 21/4 33/7
44/20 47/14 60/24
61/21 62/6 62/8 62/11
62/12 79/15 79/25
117/25 123/5 131/9
145/19 164/2 166/15
189/7 189/8 207/14
222/19 229/15 231/11
231/16 232/25 233/2
234/8 236/2 236/4
237/5 242/8
**plenty [1]** 36/12
**plumbing [2]** 28/10
111/9
**plus [1]** 111/15
**plywood [2]** 80/20
80/23
**podium [1]** 201/9
**point [6]** 7/4 35/25
77/4 84/4 84/8 204/17
**pointed [1]** 36/3
**pointing [1]** 180/23
**pole [7]** 164/22
167/3 167/3 167/5
167/6 167/12 198/18
**police [4]** 195/8
211/16 212/11 212/16
**policies [1]** 29/22
**policy [3]** 29/24
91/22 216/12
**political [4]** 12/12
12/13 70/19 227/15
**polo [1]** 23/24

**Pons [6]** 213/11
213/12 213/22 213/23
215/7 215/13
**Pons' [2]** 213/14
213/18
**pool [4]** 108/18
108/20 111/11 113/18
**Portilla [1]** 178/8
**portion [7]** 6/8 15/19
90/8 166/10 184/8
228/1 231/23
**portions [3]** 142/23
142/25 211/9
**pose [1]** 85/13
**posed [1]** 111/22
**position [10]** 14/8
15/21 26/15 75/4 75/4
75/22 78/15 230/7
230/8 230/8
**possession [2]** 95/18
180/7
**possible [5]** 91/4
91/7 144/12 208/20
226/9
**possibly [1]** 76/15
**posted [53]** 57/20
58/17 58/23 59/5 59/8
59/15 60/6 61/15
61/22 72/10 80/16
80/19 80/23 81/14
81/19 81/23 82/15
82/17 82/17 82/20
83/4 84/13 86/1 87/22
88/8 88/11 89/14
101/4 101/10 101/17
102/19 103/9 107/24
108/5 112/9 112/12
112/17 116/23 117/2
117/19 118/7 118/18
118/20 145/17 145/17
165/20 166/24 188/5
188/8 188/16 190/9
191/20 192/9
**poster [5]** 7/24 60/1
112/20 229/14 229/18
**posting [2]** 72/17
118/25 183/14
**potential [2]** 139/1
141/22
**pounding [1]** 201/13
**PR [2]** 197/5 197/6
**practice [1]** 91/22
**preamble [4]** 105/19
115/8 115/8 119/16
**preambles [1]**
119/17
**preceded [1]** 59/19
**preempting [1]** 16/9
**prejudice [1]** 238/5
**prejudicial [1]** 5/9
**premises [3]** 126/14
127/19 131/7

**preparation [1]**
139/16
**prepare [1]** 42/5
**prepared [5]** 124/21
170/7 215/2 238/6
241/21
**preparing [1]** 146/2
**preplanned [1]**
209/15
**present [8]** 14/6
25/24 79/17 88/25
110/7 164/5 175/19
201/19
**presentation [1]**
207/17
**presented [4]**
146/23 170/6 174/17
214/15
**Preservation [3]**
37/23 38/2 38/7
**president [1]** 158/13
**presumably [1]**
173/13
**presume [2]** 74/10
231/20
**prevent [5]** 5/14
97/23 238/7 238/12
239/16
**Prevention [3]**
105/22 115/12 119/21
**previous [3]** 43/8
51/21 83/16
**previously [2]** 60/20
89/9
**price [1]** 156/22
**printout [1]** 202/16
**prior [3]** 86/1 113/10
238/11
**private [2]** 97/8 97/9
**probably [12]** 4/24
9/20 31/11 42/6
180/15 240/12 240/17
240/17 240/18 241/4
241/8 241/10
**probe [1]** 9/16
**problem [5]** 13/18
65/22 73/9 232/14
239/24
**problems [1]** 151/6
**procedure [5]** 91/16
91/25 118/23 119/1
119/1
**proceed [8]** 4/17
17/16 18/16 79/19
110/9 164/7 204/14
206/19
**proceeding [6]** 65/2
148/14 238/8 239/8
239/17 242/17
**proceedings [6]** 5/6
99/3 237/19 238/4
238/14 242/20

**P**

**proceeds [1]** 113/15
**process [9]** 73/24
109/8 122/10 122/17
134/16 158/7 158/9
206/2 207/16
**processed [1]** 94/25
**processing [2]** 97/10
97/11
**produce [1]** 193/3
**produced [3]** 229/3
229/4 229/6
**product [1]** 26/23
**professional [5]**
25/22 25/25 27/18
194/7 196/23
**program [1]** 209/12
**programming [1]**
226/21
**prohibited [1]** 7/25
**project [12]** 28/18
28/19 28/21 28/22
28/23 29/24 36/4 39/1
83/10 96/11 184/6
229/22
**projects [1]** 26/5
**promote [1]** 239/9
**promoted [1]** 195/23
**proper [1]** 200/24
**properties [32]**
22/10 22/15 22/15
22/21 22/22 24/16
26/6 26/10 26/11
27/13 29/1 29/2 35/24
37/6 37/22 38/1 99/14
125/8 160/1 165/9
172/18 172/19 177/21
200/16 202/2 202/3
202/19 202/20 232/3
235/14 235/14 235/16
**property [107]** 27/7
35/22 37/13 39/17
40/7 60/4 81/15 81/25
82/21 88/8 88/14
88/20 88/21 90/15
93/21 95/5 100/2
100/2 100/7 100/9
100/10 100/11 100/13
101/7 101/15 101/18
102/14 102/19 103/5
103/11 104/9 104/20
105/7 105/19 105/21
106/2 107/2 107/24
108/5 108/10 108/16
108/21 108/22 108/23
111/23 111/24 112/12
112/17 115/2 115/10
115/21 115/22 116/11
117/16 117/20 118/9
118/18 118/21 118/23
119/10 119/12 119/20

120/2 120/19 120/25
122/22 126/1 127/14
127/17 130/14 130/24
130/25 131/5 131/14
132/3 139/1 140/19
141/22 141/22 142/10
142/20 146/2 146/11
146/15 147/1 148/8
154/20 155/2 155/3
155/5 157/10 159/5
165/5 166/3 166/4
167/3 168/18 171/12
171/15 173/17 178/7
181/3 181/3 183/2
185/21 188/20 197/15
**proposed [1]** 66/2
**prosecuted [2]** 9/9
9/10
**prosecutor [1]** 6/16
**protect [1]** 181/5
**protocol [1]** 91/19
**prove [1]** 15/12
**proven [1]** 234/25
**provide [3]** 12/17
13/1 149/19
**provided [5]** 21/15
22/17 35/22 127/16
227/23
**provider [2]** 97/8
97/9
**provides [1]** 88/6
**provisions [3]**
105/22 115/11 119/20
**public [19]** 19/23
100/6 118/21 118/22
120/25 121/1 121/6
121/8 178/5 181/24
184/5 184/8 184/8
184/25 197/22 200/11
200/14 201/22 207/5
**publicly [1]** 177/23
**publish [23]** 54/16
93/6 101/3 107/22
112/6 158/19 159/17
165/16 173/25 176/2
185/15 187/25 211/9
211/11 211/25 212/1
212/5 212/7 212/9
226/14 226/15 230/14
234/18
**published [6]** 76/2
119/25 158/20 158/21
166/17 200/20
**publishing [3]**
200/19 231/19 231/22
**pull [23]** 17/5 17/8
19/9 19/10 35/12
35/17 36/10 40/10
83/25 93/3 104/10
116/19 130/17 132/19
138/21 151/10 182/14
193/21 196/11 207/21

209/6 226/10 231/18
**pulled [5]** 30/16
36/12 36/13 83/12
90/17
**pulling [1]** 36/10
**punitive [1]** 179/12
**purchasing [1]**
163/15
**purely [1]** 199/11
**purpose [7]** 14/12
95/16 95/17 100/8
199/10 216/9 230/25
**purposely [1]** 205/1
**purposes [4]** 19/6
25/21 99/21 138/24
**pursuant [2]** 4/18
5/3
**put [47]** 5/10 13/19
18/11 43/8 45/17 47/4
49/1 51/12 54/4 54/12
54/14 60/10 62/9
70/13 78/15 79/23
113/2 117/24 119/6
121/18 125/20 129/21
129/22 133/7 133/20
135/14 135/18 141/21
143/7 143/10 143/18
143/20 147/21 162/7
166/20 171/3 173/13
176/8 192/16 202/11
210/7 219/20 219/23
222/21 234/5 240/10
241/10
**putting [3]** 7/22
118/1 146/2
**PX [2]** 200/8 208/2

**Q**

**quasi [1]** 91/12
**quasi-judicial [1]**
91/12
**question [130]** 6/11
8/9 8/15 11/9 11/14
13/13 18/21 21/6
21/25 22/1 22/19
24/12 26/9 27/2 27/21
27/22 28/3 28/4 32/2
32/19 33/7 33/12
33/15 33/16 33/24
33/25 34/7 34/15
34/17 34/22 36/16
41/4 41/5 44/23 60/23
61/11 63/7 63/20
63/25 64/4 65/20 66/3
66/21 67/2 67/20
68/19 68/22 70/9 76/7
76/12 77/5 82/19
83/14 85/9 85/13
85/17 86/16 96/14
97/3 98/7 98/10 98/12
98/24 103/7 111/22
121/18 121/25 123/4

129/12 129/16 130/11
132/7 132/17 134/4
134/9 134/12 134/20
135/6 136/19 145/8
146/5 147/11 147/14
149/4 149/5 151/18
158/5 170/13 178/1
178/3 178/17 179/3
179/16 179/20 185/11
193/17 193/19 195/15
196/8 198/2 198/12
199/25 204/21 209/3
210/4 210/18 211/24
212/4 212/13 213/1
214/19 222/1 222/8
222/11 223/10 223/20
227/1 228/15 230/5
230/7 231/1 231/8
231/9 232/2 232/5
232/11 233/18 233/20
235/3 241/4
**questioned [2]**
10/16 19/5
**questioner [2]** 223/6
223/8
**questioning [1]**
233/23
**questions [38]** 6/21
6/24 6/24 8/13 11/12
21/4 21/24 39/19
44/24 60/22 63/12
66/3 66/4 67/3 67/13
70/21 71/8 75/12
89/16 98/11 125/3
130/2 131/8 159/18
163/4 189/2 202/8
204/1 204/8 205/1
205/6 205/8 205/15
205/16 205/25 219/11
234/20 242/5
**quickly [2]** 111/21
117/15
**quite [2]** 23/16
162/25
**quote [2]** 120/1
214/20
**quoted [1]** 10/24
**quoting [1]** 113/15

**R**

**R-E-F [1]** 41/9
**RAB [4]** 57/2 57/3
57/5 58/8
**Rachel [1]** 240/12
**radio [8]** 18/1
222/17 222/23 223/7
223/16 226/20 226/20
226/22
**radios [2]** 171/20
172/24
**Rafael [1]** 114/14
**raid [1]** 216/9

**raids [1]** 216/7
**raised [3]** 197/17
237/12 237/19
**rallies [1]** 229/9
**rally [2]** 229/14
229/18
**Ramos [3]** 110/24
192/5 192/6
**Rassie [2]** 242/21
242/22
**rate [2]** 64/4 109/6
**rather [1]** 67/24
**Raul [12]** 110/24
192/5 222/17 222/23
223/7 223/8 223/16
223/20 224/18 226/5
226/7 227/22
**reaching [1]** 52/10
**read [62]** 5/19 10/20
13/14 19/10 19/16
41/12 41/13 47/22
49/6 53/10 55/9 63/19
63/24 68/23 82/16
90/8 90/13 106/1
111/15 113/21 115/8
117/1 119/17 120/4
122/14 122/18 126/24
133/19 159/1 159/18
160/10 161/22 171/22
189/4 189/12 189/25
190/1 190/1 190/2
190/6 190/8 190/12
190/13 190/14 190/16
190/17 199/12 199/22
199/24 200/2 200/4
200/5 200/8 207/5
211/19 224/5 224/9
225/7 227/1 231/2
231/16 231/21
**readily [1]** 192/17
**reading [15]** 13/16
17/25 119/16 119/18
124/6 126/13 130/23
158/16 159/11 159/17
159/19 224/2 224/7
231/10 233/13
**reads [1]** 106/4
**ready [2]** 4/17 17/16
**real [17]** 21/12 23/4
23/14 25/2 25/4 25/5
25/6 25/7 25/9 26/2
26/4 26/15 26/17
26/19 27/3 37/4 75/21
**really [3]** 62/11
69/11 196/6
**rear [2]** 187/11
192/7
**reason [4]** 122/13
122/14 227/15 240/19
**reasonable [5]**
163/2 204/13 205/12
206/4 241/17

**R**

rebar [2]  43/18
43/19
rebut [1]  75/22
rebuttal [1]  239/19
recall [22]  18/12
18/18 18/20 18/24
18/25 19/3 30/7 39/7
71/16 86/5 112/23
127/15 127/22 128/6
130/4 135/12 139/18
144/12 149/25 156/24
217/20 220/12
Receipt [3]  139/6
139/13 139/17
receipts [1]  156/18
receive [3]  5/23
11/17 41/3
received [37]  3/6
41/7 44/10 45/19
46/20 46/22 47/3
48/25 50/25 51/11
54/18 58/5 74/21 75/5
81/9 87/19 89/20 94/9
101/1 103/2 104/14
110/16 112/7 134/1
135/21 152/21 156/4
167/25 171/9 173/10
174/3 175/17 186/21
188/3 191/4 191/16
206/24
receiving [1]  89/8
recess [8]  64/15
79/13 109/7 109/10
109/14 162/10 164/1
236/17
reciting [1]  233/14
recognition [1]
115/18
recognize [2]  56/25
211/1
recollection [2]  78/5
138/4
record [20]  4/10
47/2 64/2 68/4 68/22
71/15 74/20 77/22
78/16 78/17 119/17
121/2 121/8 138/23
142/24 233/7 236/9
236/21 237/21 239/8
recording [4]  216/16
216/18 225/7 225/23
records [6]  100/6
120/19 120/25 121/6
160/12 175/22
RECROSS [1]  3/3
red [7]  57/20 58/8
58/19 82/20 117/19
190/11 231/24
redirect [2]  3/3 99/1
refer [6]  26/4 39/14

99/21 140/2 165/3
183/12
reference [20]  40/25
41/13 41/18 41/23
46/9 55/12 82/9 90/23
99/21 136/14 136/21
169/16 171/20 172/17
172/20 172/23 173/20
175/13 191/24 227/14
referenced [5]
103/15 124/9 139/22
176/6 186/14
references [5]  142/1
145/12 168/6 189/22
214/3
referencing [2]
136/13 137/16
referred [5]  87/25
115/19 141/1 156/7
222/16
referring [8]  41/8
65/18 65/25 83/19
122/8 142/20 214/8
238/21
refers [6]  19/20
82/12 83/15 130/21
171/12 214/20
reflect [1]  175/22
reflected [4]  24/16
203/6 225/24 225/25
reflects [1]  216/20
refresh [2]  78/4
222/19
refuse [1]  69/17
regard [6]  23/1 29/8
30/2 137/25 194/2
235/13
regarding [7]  5/4
8/18 18/1 44/23 52/20
133/2 147/6
regards [1]  24/1
Regulado [4]  194/17
194/20 227/20 227/22
regularly [1]  198/6
regulated [1]  150/20
regulations [2]
161/3 224/17
rehabilitated [1]
115/10
rehabilitation [1]
27/20
related [4]  44/4
66/21 67/16 189/14
relating [4]  8/10
8/16 67/23 68/1
relation [1]  219/3
relationship [1]
194/6
relevance [1]  27/5
107/6 154/10 158/17
160/22 183/25 194/13
194/25 195/11 195/20

213/15
relevant [1]  21/3
relief [3]  238/7
238/11 239/15
rely [3]  27/15 35/17
35/19
remaining [6]
162/21 162/22 175/2
195/1 198/23 201/5
remains [1]  77/22
remedy [2]  66/15
68/7
remember [8]  29/2
117/4 117/8 164/12
184/3 212/16 222/17
226/7
remind [2]  53/12
207/25
remodeling [2]
186/1 186/23
remove [3]  130/8
130/12 147/1
removed [5]  43/9
43/10 146/19 148/7
166/13
removing [1]  43/22
renders [1]  42/4
Rene [6]  94/16 94/18
94/19 104/18 105/17
240/12
renewal [2]  151/16
152/3
renovate [1]  26/13
renovation [1]  96/10
rent [2]  126/21
126/23
repair [27]  40/22
40/24 42/2 42/6 44/8
45/14 51/13 52/14
54/21 56/13 56/15
59/22 62/1 62/17
83/21 83/22 84/1
90/12 108/2 110/21
111/3 111/18 113/19
113/20 117/2 117/8
189/12
repairs [3]  90/20
91/7 113/25
repeat [4]  10/1 26/9
27/22 149/4
repeatedly [2]  5/10
238/3
repetitive [5]  9/22
10/5 85/21 204/10
206/1
repetitively [1]
205/16
rephrase [3]  21/25
179/21 213/1
report [10]  5/21
8/14 11/17 11/22 12/7
67/25 69/7 69/8 76/17

237/23
reported [8]  5/8
69/4 157/1 157/9
159/4 160/5 228/23
237/22
reporter [2]  34/13
242/22
reporters [2]  5/6
237/23
reporting [2]  158/14
160/20
represent [4]  48/21
representation [1]
194/3
representative [7]
88/24 91/20 93/13
101/23 233/9 233/10
233/17
representatives [3]
89/12 220/17 220/23
request [15]  5/12
38/10 38/11 47/13
129/21 136/8 136/13
136/21 137/3 137/20
137/22 166/11 169/4
203/19 236/25
requested [4]  30/20
111/17 130/1 206/19
require [4]  38/4
98/11 170/10 170/12
required [14]  12/13
12/14 12/16 32/23
34/5 41/2 41/19 55/6
55/10 62/20 111/14
131/21 152/4 152/13
requirement [2]
35/23 201/1
requirements [4]
16/12 29/22 29/25
94/13
requires [4]  7/19
74/11 207/23 208/14
researching [1]
120/24
reserve [7]  6/6 9/13
16/17 16/19 16/25
239/7 241/15
reserved [1]  237/13
Resolutions [6]
178/20 178/21 178/25
179/6 179/9 179/12
resolve [2]  4/20 4/22
resolved [6]  52/11
132/5 148/25 174/23
174/24 174/25
respect [12]  11/2
12/6 15/13 16/13
16/18 66/1 76/5 78/13
78/21 79/4 79/11
205/15
respected [1]  68/15
Respectfully [1]

69/24
respond [4]  8/20
15/25 52/8 238/16
responded [1]  75/21
response [10]  5/18
7/8 20/8 33/22 76/22
98/17 220/18 224/7
227/14 239/3
responses [2]
220/11 220/12
responsibility [3]
128/4 128/15 199/16
responsible [2]
12/11 35/12
responsive [2]  33/6
178/13
rest [2]  16/23 74/3
restaurant [7]
128/11 128/16 133/7
133/23 167/8 170/16
218/22
restore [1]  26/12
restricted [1]  146/15
result [10]  92/20
167/1 168/19 175/23
186/25 187/1 188/21
192/9 195/18 238/12
resulted [3]  156/17
194/10 194/12
results [1]  31/5
resume [1]  242/13
return [1]  162/14
revealingly [1]
10/23
revenue [12]  156/19
157/1 157/9 157/13
157/23 157/23 159/4
159/8 159/23 160/5
160/16 160/20
review [14]  13/21
17/12 19/4 38/5 40/17
91/15 91/20 92/1
137/4 147/19 148/16
208/17 208/19 235/23
reviewed [8]  33/1
38/1 64/9 66/2 66/6
66/7 80/25 113/11
revise [2]  185/2
185/4
revisit [2]  13/1
66/19
revoked [1]  177/12
Reyes [7]  178/11
181/18 181/25 182/4
182/21 183/16 194/12
Reynaldo [6]  56/4
56/5 56/9 57/6 58/8
62/19
Ricardo [1]  142/6
Richard [1]  180/19
ride [10]  22/5 22/12
22/24 22/24 23/2 23/6

**R**

**ride...** **[4]**  23/8 24/13
167/1 219/7
**ride-along [10]**  22/5
22/12 22/24 22/24
23/2 23/6 23/8 24/13
167/1 219/7
**right [257]**
**rightfully [1]**  231/7
**rights [4]**  221/21
221/24 222/4 222/12
**rise [6]**  17/19 64/20
109/12 110/5 162/12
242/15
**Rita [1]**  164/2
**RMR [1]**  242/22
**RMR-CRR [1]**  242/22
**Roberto [2]**  151/8
241/1
**rock [1]**  43/25
**RODNEY [2]**  1/8
242/23
**Rodriguez [1]**
114/14
**Rojas [5]**  158/13
158/23 161/23 162/1
162/4
**Rolando [3]**  226/6
226/19 227/18
**role [1]**  56/11
**roles [1]**  53/17
**Romero [4]**  133/11
133/18 133/25 138/7
**Romeros [1]**  138/6
**roof [2]**  191/24
192/7
**roofing [1]**  111/9
**room [3]**  43/5
212/19 242/23
**rooms [1]**  212/19
**Rosa [5]**  129/25
133/11 133/18 133/25
138/6
**Roughly [1]**  228/8
**rounded [1]**  48/20
**route [1]**  163/19
**row [3]**  124/6 223/11
223/13
**ruin [1]**  227/10
**ruled [4]**  76/9 76/21
76/21 78/1
**rules [6]**  14/11 16/4
79/3 91/15 91/25
161/3
**ruling [8]**  12/25
16/13 68/17 72/17
77/22 239/15 239/20
241/15
**rulings [2]**  72/8
79/11
**run [3]**  6/2 72/17

180/8
**running [1]**  127/13
**Russell [1]**  200/12

**S**

**S.E [1]**  1/19
**s: [1]**  242/21
**safe [2]**  31/16 32/16
**safety [3]**  32/14
32/16 32/18
**said [61]**  8/22 9/3
10/23 11/1 11/4 16/15
16/18 18/4 22/2 24/19
30/7 34/14 39/6 44/10
45/18 48/5 58/25
59/25 67/2 67/22
67/23 68/25 69/13
69/20 71/16 71/18
77/3 77/3 77/13 79/8
81/7 83/9 83/10 83/10
91/3 99/7 106/6
108/25 128/18 149/21
149/25 155/21 159/13
174/5 181/24 182/1
183/11 192/14 192/25
201/21 202/1 202/2
204/5 206/7 207/6
208/4 208/14 214/17
225/24 225/25 229/8
**sake [2]**  72/3 74/16
**Salvatierra [6]**
139/4 139/5 163/19
163/21 163/21 241/1
**same [76]**  5/23 5/25
6/2 10/8 13/1 31/16
46/25 47/21 48/5 48/6
48/8 48/17 48/19
50/19 51/5 52/8 54/20
54/25 55/3 55/5 55/8
55/16 58/16 61/16
62/24 63/4 77/22
84/14 84/15 85/5 87/9
87/25 90/4 93/6 95/5
98/2 101/14 103/5
103/5 103/5 103/14
104/9 104/20 104/20
105/6 105/7 105/18
107/11 108/10 113/9
114/23 117/7 119/12
123/10 126/15 149/1
149/4 150/17 154/3
154/3 158/24 160/2
162/18 162/24 172/21
172/23 173/17 173/20
174/10 175/13 190/1
204/4 212/12 223/17
224/14 228/20
**Sanchez's [1]**
184/24
**sanction [4]**  5/14
9/13 68/7 238/10
**sanctions [4]**  5/13

66/9 238/1 239/14
**Sanguich [25]**  125/3
125/6 125/7 125/10
125/14 128/10 128/19
130/13 130/21 131/1
131/5 131/6 131/16
131/21 132/2 133/3
133/6 136/2 136/10
137/1 137/17 137/25
138/7 138/9 139/19
**sarcastic [1]**  205/7
**Sarnoff [3]**  1/21
4/15 163/14
**Saturday [4]**  24/6
157/21 157/22 157/24
**saw [12]**  69/19
102/15 108/1 130/8
130/11 139/14 167/6
191/8 191/8 193/4
197/11 208/2
**say [50]**  8/1 26/12
31/11 34/18 34/19
35/25 43/15 45/16
45/18 47/25 57/13
62/24 63/4 65/24
67/10 70/14 70/15
70/17 76/22 77/6
77/15 83/18 89/5
103/24 104/4 105/25
133/8 149/3 157/8
157/20 163/20 183/24
194/4 194/5 198/15
201/9 207/21 221/15
221/20 221/23 221/25
227/15 227/22 230/11
230/22 231/6 234/13
235/17 240/2 240/19
**saying [13]**  11/21
15/10 15/20 19/25
43/23 67/9 71/4 71/21
74/22 90/19 189/19
227/11 238/22
**says [82]**  13/17
18/13 19/16 20/7
40/24 41/9 41/16
41/17 41/23 41/25
42/7 42/7 42/9 42/10
45/13 46/10 47/6
50/18 52/3 52/21
54/21 55/4 55/10
55/11 57/14 61/13
62/18 62/19 62/23
62/23 65/17 73/7
81/16 83/1 88/18
89/24 90/22 91/1 91/5
91/6 91/9 91/22 93/24
101/25 103/8 105/24
106/12 111/11 114/5
114/15 115/1 115/8
115/14 115/22 117/2
118/16 124/6 126/8
126/13 127/9 138/23

140/11 142/12 154/5
154/14 157/7 159/14
159/16 161/12 168/24
169/18 191/21 192/1
193/4 203/7 223/3
223/20 224/8 227/1
227/9 227/22 229/18
**scaffold [1]**  102/15
**scaffolding [2]**
84/18 102/16
**scenes [1]**  228/18
**Schechtman [11]**
37/10 37/12 99/23
101/7 102/8 102/9
102/11 104/23 108/12
108/13 108/22
**schedule [2]**  205/11
240/13
**scheduled [1]**  166/6
**schematic [1]**  169/6
**scope [15]**  10/13
29/10 44/22 45/24
58/3 65/7 95/9 109/4
122/13 122/18 122/21
124/25 148/20 149/2
164/16
**SCOTT [2]**  2/2 2/2
**screen [62]**  18/11
19/13 40/11 44/19
45/2 47/4 47/16 49/1
54/5 54/14 58/7 62/9
63/11 72/13 72/18
72/21 80/4 84/3 84/24
89/15 93/3 101/3
110/11 113/2 117/24
119/6 122/4 130/18
132/19 133/12 133/19
135/15 141/21 161/21
162/8 165/18 166/12
166/13 166/20 171/3
172/6 172/7 173/13
173/15 190/3 190/6
190/12 192/17 202/12
206/21 206/21 209/6
217/16 219/20 219/23
222/21 223/2 232/9
234/5 234/17 235/23
235/24
**seal [8]**  5/14 23/24
94/17 118/9 118/9
183/6 238/6 238/16
**searching [1]**  100/9
**seated [4]**  4/6 17/21
110/8 164/6
**second [20]**  7/10
41/1 41/9 41/11 55/15
62/21 62/22 64/13
115/2 115/15 119/12
122/5 137/6 144/24
159/21 161/14 169/6
169/7 217/21 239/18
**seconded [2]**  92/16

114/12
**secret [6]**  7/12 7/13
7/17 8/4 8/6 71/2
**secretly [2]**  7/24
70/24
**secrets [1]**  10/25
**section [17]**  41/19
42/4 69/3 83/2 93/19
94/13 106/1 106/21
111/2 111/9 114/3
119/24 169/10 176/4
183/12 183/14 231/24
**sections [1]**  231/22
**see [200]**  13/13
13/14 16/16 16/19
19/13 20/7 22/10
22/20 22/25 23/6 23/8
39/11 39/12 40/21
40/23 41/1 41/10
41/20 43/6 43/19 45/2
49/15 49/19 50/12
51/16 54/22 55/4
56/12 56/17 56/18
57/7 57/16 57/19
58/15 58/16 58/18
58/23 58/25 59/5 59/8
59/9 59/12 60/25 61/2
61/7 61/22 63/16
64/16 64/18 72/21
73/10 73/25 80/10
80/16 81/11 81/22
81/24 82/1 82/4 82/18
82/24 84/7 85/10
86/14 86/19 87/21
89/22 89/25 90/17
91/16 92/9 93/5 94/13
94/17 101/4 103/4
103/8 104/21 104/21
105/8 106/8 106/12
107/12 107/16 107/25
108/3 108/6 109/10
110/22 112/9 112/10
113/6 113/18 114/7
114/23 115/6 115/25
116/22 118/8 118/21
119/11 121/22 122/4
122/11 122/21 130/5
133/1 135/24 136/1
136/4 136/13 137/4
137/16 139/9 141/23
142/4 143/4 144/18
144/23 145/12 145/16
145/18 147/18 151/11
151/21 153/12 153/17
153/22 154/5 154/16
159/11 165/23 166/3
166/4 168/2 168/9
169/7 169/8 169/9
169/11 169/16 171/12
171/13 171/18 172/14
172/22 173/15 174/9

# S

**see... [49]** 175/7
176/12 182/9 182/11
182/13 182/17 182/20
182/21 185/16 185/24
186/4 188/5 188/6
188/24 189/5 190/5
190/12 191/20 191/20
202/14 202/22 202/25
203/3 210/11 210/25
211/13 211/14 213/7
214/2 214/5 217/16
217/24 218/24 223/2
223/4 223/8 223/13
224/6 224/12 224/13
224/14 224/14 224/16
225/7 226/24 231/20
232/24 234/6 234/8
**seeing [1]** 52/4
**seek [5]** 91/14 91/20
92/1 238/9 238/11
**seeking [3]** 5/14
238/7 239/16
**seems [1]** 113/9
**seen [20]** 5/20 23/23
24/1 39/8 39/24 108/2
129/5 151/19 153/1
156/13 179/8 181/8
199/2 199/4 199/5
217/13 217/19 217/23
223/21 224/11
**seep [1]** 173/3
**selected [1]** 138/17
**Selina [2]** 95/13
95/14
**send [3]** 5/23 14/1
55/24
**senior [2]** 177/1
177/1
**seniors [1]** 181/7
**sense [2]** 45/16
61/14
**sent [9]** 6/3 53/2
109/2 131/13 135/10
161/13 161/16 162/1
162/4
**sentence [3]** 159/21
214/20 224/5
**separate [5]** 15/4
15/7 99/20 150/18
150/19
**separated [1]**
223/11
**separately [1]**
148/17
**September [4]**
153/22 154/6 154/15
226/6
**September 14 [2]**
153/22 154/15
**sequence [1]** 139/14

**series [1]** 42/12
**serious [1]** 224/19
**served [4]** 20/22
20/25 21/1 194/23
**service [5]** 149/20
151/16 151/22 160/5
207/22
**services [9]** 155/1
156/5 156/7 156/10
157/10 159/5 159/7
159/22 160/2
**session [3]** 4/1
79/14 110/1
**set [12]** 30/7 30/9
30/12 30/14 30/14
30/21 39/18 99/13
108/11 125/14 140/23
154/23
**setup [1]** 181/6
**seven [1]** 205/14
**several [7]** 29/12
99/14 140/24 180/13
194/5 219/2 226/9
**severe [1]** 68/7
**sewer [7]** 126/19
127/7 127/10 127/25
128/3 131/25 132/8
**shadow [1]** 7/21
**shaft [1]** 43/7
**shall [11]** 90/16
90/24 91/3 105/21
115/10 119/20 126/17
126/18 126/20 126/23
238/16
**shape [2]** 20/13
149/5
**share [1]** 21/13
**sharing [1]** 19/23
**she [5]** 73/7 81/7
134/15 134/16 180/14
**sheet [2]** 43/25
74/10
**shell [8]** 33/18 33/19
34/4 34/7 35/1 186/2
186/6 186/14
**shipping [1]** 179/13
**shirt [3]** 18/12 23/24
80/13
**Short [2]** 79/13
164/1
**shot [1]** 142/19
**should [19]** 14/7
15/24 21/5 71/22 72/2
73/21 73/23 74/15
75/1 97/1 102/22
121/20 140/2 172/7
181/9 196/3 204/24
219/22 223/22
**shouldn't [1]** 197/15
**show [37]** 7/16 9/8
9/9 13/11 14/12 44/1
47/12 49/12 56/16

59/23 60/11 62/11
62/12 72/24 74/24
78/4 78/6 81/2 84/11
86/8 92/23 92/24
100/14 100/17 166/16
166/20 174/8 181/9
182/12 215/20 231/11
231/12 233/1 233/4
235/23 236/2 236/12
**showed [8]** 59/6
59/22 60/21 103/21
161/20 212/17 228/24
229/1
**showing [6]** 60/8
62/22 80/4 138/22
161/25 189/21
**shown [13]** 31/7
47/8 47/13 72/13
79/21 156/17 162/2
192/13 200/22 212/18
213/4 215/20 222/16
**shows [2]** 80/4
84/18
**shut [2]** 147/3
207/15
**SHUTTS [1]** 1/20
**side [12]** 42/16
42/16 42/20 42/21
74/17 80/13 101/6
101/13 103/11 122/10
166/17 184/25
**sidebar [5]** 4/19 6/8
64/3 64/22 203/16
**sides [1]** 203/25
**Sierra [1]** 240/17
**sight [3]** 126/20
146/17 216/15
**sign [13]** 35/21 58/8
58/16 58/19 58/23
80/16 115/24 116/1
116/4 117/19 135/11
169/3 221/15
**signage [2]** 57/21
57/22
**signature [26]** 44/6
47/9 49/8 51/20 56/12
56/25 57/1 57/4 93/15
93/16 94/13 94/15
94/16 104/18 105/13
105/14 105/16 106/6
106/24 116/2 120/8
120/9 120/12 137/23
154/4 168/21
**signatures [3]** 92/8
92/17 126/9
**signed [20]** 62/19
93/12 94/1 94/25
110/24 114/6 114/13
120/18 132/24 137/12
152/17 154/1 154/2
154/18 161/25 168/4
169/20 179/9 179/10

221/12
**significantly [2]**
96/15 195/18
**signifying [1]**
143/15
**signing [4]** 58/9
126/3 221/16 221/18
**signs [8]** 57/10
58/18 58/25 105/12
120/14 178/21 178/25
179/5
**silent [1]** 38/12
**similar [5]** 102/15
108/1 149/4 154/14
160/1
**similarly [1]** 150/3
**simple [4]** 22/19
69/15 71/9 219/22
**simply [2]** 16/10
69/25
**since [10]** 5/11
25/24 97/18 97/19
97/21 118/7 175/23
198/25 227/12 239/15
**sincerely [1]** 137/6
**single [2]** 9/24 240/3
**sink [1]** 44/3
**sir [112]** 9/2 12/24
14/21 17/7 18/6 19/2
20/3 20/11 20/25
21/11 21/20 22/2
22/23 23/7 24/13
25/11 25/13 25/16
25/18 27/10 28/7
28/21 31/16 31/22
31/25 32/8 32/22
33/13 33/16 33/21
34/1 34/20 34/21
35/16 36/7 36/12 38/9
41/3 44/24 45/21 46/3
47/25 49/7 55/8 56/6
59/17 62/24 63/24
64/3 64/8 66/22 67/16
69/12 69/22 70/3 70/6
70/15 75/15 76/9 76/9
76/21 78/1 79/7 79/19
98/4 98/7 98/14 99/3
114/5 129/6 135/7
162/24 163/12 163/25
164/8 167/16 170/3
177/20 178/7 178/17
179/11 179/17 180/9
180/19 181/8 181/16
183/24 184/4 184/13
189/13 190/2 190/6
190/23 193/3 197/20
200/20 203/24 205/24
206/12 206/13 206/16
208/17 209/4 209/5
212/7 213/16 231/2
233/5 233/18 233/20
234/3 242/7

**sit [2]** 78/23 78/24
**site [7]** 29/25 125/25
127/11 128/8 128/18
129/6 129/9
**situation [2]** 51/24
168/18
**six [3]** 170/22 175/19
177/16
**skilled [2]** 27/17
27/18
**slightly [1]** 203/19
**slim [1]** 203/20
**slipped [1]** 89/10
**slow [1]** 62/11
**small [4]** 57/18 59/3
224/25 226/18
**smart [1]** 196/5
**SMITH [3]** 1/8 4/9
242/23
**smoldered [1]**
187/14
**smoldering [1]**
188/11
**so [289]**
**soft [1]** 241/9
**some [68]** 8/11 10/4
12/5 14/4 43/17 43/17
43/18 44/2 63/12
66/17 66/17 68/9
68/10 71/20 78/13
78/13 79/21 80/13
82/12 83/20 85/20
86/5 86/14 86/19 89/9
89/15 92/8 92/10
94/14 95/17 98/11
98/11 100/14 100/17
102/16 114/7 118/25
125/3 131/13 132/20
137/11 138/17 142/23
144/1 146/1 146/23
146/23 148/13 148/15
149/24 152/18 159/18
162/23 162/25 164/11
164/25 165/1 171/3
176/8 189/18 192/14
219/11 219/15 227/6
227/15 231/22 236/14
240/20
**somebody [11]**
45/22 65/10 77/16
88/21 89/6 122/25
123/7 216/11 232/15
240/22 241/8
**somebody's [1]**
192/5
**somehow [4]** 68/21
181/11 207/24 230/14
**someone [4]** 6/22
13/4 53/7 237/10
**something [21]** 6/21
8/3 13/16 15/20 19/8
36/7 72/18 73/17 75/1

**S**

**something... [12]**
118/3 146/14 148/19
160/4 160/6 168/10
188/11 193/22 221/25
222/16 224/22 225/2
**sometimes [2]** 13/6
13/12
**soon [4]** 91/4 91/7
104/16 113/5
**sorry [44]** 15/11
24/11 24/13 26/9 27/2
27/22 28/25 30/2
37/11 41/5 45/11
49/15 50/11 54/2
58/21 64/15 82/19
103/7 112/12 135/7
139/25 145/8 146/6
148/21 168/13 170/3
172/3 173/8 176/20
185/19 187/8 188/15
189/8 190/25 196/14
205/5 212/24 214/8
214/17 222/22 224/1
226/13 227/25 228/14
**sort [4]** 26/21 76/15
118/25 240/12
**sorts [1]** 49/8
**sought [3]** 122/25
186/19 220/22
**sounds [1]** 40/9
**South [1]** 2/3
**SOUTHERN [1]** 1/1
**space [1]** 126/17
**spaces [1]** 225/2
**Spanish [4]** 222/18
223/14 224/8 225/9
**speak [9]** 34/17
39/16 85/7 89/11 96/1
155/19 189/20 203/15
219/1
**speaking [13]** 5/5
9/16 15/20 34/12
34/14 34/18 66/23
77/2 177/23 223/12
225/18 233/11 238/4
**speaks [1]** 157/3
**special [7]** 131/1
131/4 131/6 140/2
140/3 140/11 183/18
**specific [4]** 28/21
28/25 174/21 187/7
**specifically [6]** 44/4
89/11 130/4 150/11
152/9 190/15
**specified [2]** 91/12
169/2
**speculation [1]**
65/24
**speeches [1]** 205/1
**spend [1]** 177/20

**spent [2]** 10/22
78/12
**spill [1]** 36/25
**split [3]** 9/21 10/3
224/21
**spoke [5]** 219/2
219/5 219/5 219/7
219/8
**sponsored [1]**
183/22
**sponsors [2]** 182/4
182/6
**spots [2]** 152/17
152/18
**spreadsheet [1]**
124/13
**square [1]** 142/19
**staff [4]** 5/22 6/3
22/17 210/23
**stage [32]** 30/11
30/12 30/15 30/17
30/18 30/22 30/24
31/8 31/10 31/12
31/13 31/13 31/16
31/16 31/18 31/19
32/7 32/12 32/15
32/23 99/13 140/23
146/7 175/23 176/6
180/16 180/23 181/2
186/1 186/6 187/17
191/6
**stages [1]** 32/9
**stairs [1]** 32/15
**stamp [7]** 61/4 61/10
61/12 84/19 85/6
85/10 183/5
**stamped [1]** 85/11
**stamps [1]** 85/8
**stand [2]** 5/15 242/3
**standalone [1]**
16/14
**standing [1]** 78/10
**stands [2]** 12/25
82/10
**start [10]** 19/11
51/16 86/9 144/13
184/11 203/24 205/7
209/7 224/10 237/8
**started [11]** 30/18
75/6 141/15 144/1
144/2 154/6 154/15
194/6 227/7 227/12
237/1
**starting [4]** 153/22
171/4 227/6 231/14
**starts [4]** 90/19
107/24 136/11 136/25
**state [14]** 4/9 25/14
25/21 29/20 105/23
115/12 119/22 133/7
133/24 146/1 207/4
237/16 237/17 239/7

**statement [11]**
10/24 14/10 14/14
14/14 16/10 75/24
129/19 141/1 230/25
231/20 233/25
**statements [7]** 5/7
5/9 8/23 8/24 16/7
209/4 227/6
**states [5]** 1/1 1/9
20/23 130/23 222/13
**station [1]** 226/22
**status [10]** 7/2 25/5
25/7 25/9 25/25 37/4
122/13 122/13 122/14
122/14
**statute [12]** 14/1
17/6 17/12 17/14 66/2
66/6 66/21 67/5 67/15
67/24 68/1 69/3
**statutes [2]** 13/22
17/9
**stays [1]** 119/23
**steal [1]** 185/4
**Steers [1]** 210/23
**step [2]** 70/4 70/5
**steps [1]** 62/5
**stick [1]** 39/16
**sticker [1]** 60/4
**still [5]** 57/15 59/3
73/10 81/1 124/13
**stipulate [1]** 239/11
**stipulations [1]** 91/3
**stop [50]** 14/24 40/8
41/24 42/3 42/5 43/16
54/7 55/13 56/20
57/19 58/7 58/9 58/10
59/5 59/8 59/9 59/15
59/16 59/18 59/19
60/1 60/5 60/11 60/20
61/2 61/15 61/22
61/23 62/1 62/22 63/2
74/25 79/22 80/5
80/16 80/17 80/19
80/22 81/11 81/14
83/21 86/1 97/21
111/12 117/19 118/6
118/7 118/13 159/19
205/2
**stopped [1]** 164/11
**stops [1]** 225/6
**store [1]** 125/7
**stories [2]** 21/9 40/1
**storm [2]** 41/15
146/24
**story [12]** 21/12
21/12 24/23 26/25
32/3 33/3 33/6 36/19
40/2 90/11 113/17
181/10
**storytelling [3]**
31/24 32/6 209/2
**strategy [1]** 69/17

**street [56]** 1/16 1/19
39/15 39/20 40/5
40/22 54/8 54/24
56/20 58/11 79/22
81/12 81/16 81/22
86/22 90/8 99/18
99/24 101/4 103/12
105/19 110/21 111/23
116/13 116/24 118/15
122/5 130/25 133/3
141/23 144/18 145/3
145/11 145/22 150/12
150/13 153/19 153/23
156/10 165/8 165/9
166/5 171/12 171/15
172/15 173/19 174/10
175/12 185/17 185/19
188/6 191/23 197/22
198/14 198/21 202/17
**stricken [2]** 36/17
237/21
**strike [7]** 28/18
36/15 46/18 56/4
178/12 179/19 228/23
**striking [1]** 238/11
**strip [1]** 150/7
**structural [1]** 43/11
**structure [56]** 28/12
30/19 30/21 32/15
35/1 42/4 88/4 88/17
88/20 88/22 89/1 89/3
89/25 90/10 90/11
90/12 90/12 90/24
91/11 91/14 91/18
92/14 92/18 92/21
98/1 98/20 101/24
103/18 104/5 104/17
104/24 107/3 113/6
113/7 113/10 113/16
113/17 113/18 113/19
113/19 113/20 113/21
114/4 114/4 114/11
114/17 114/21 115/17
117/5 117/9 134/2
166/1 169/17 169/23
186/1 186/9
**structures [9]** 41/13
83/2 83/21 91/3 99/25
100/13 104/18 107/4
110/24
**study [1]** 148/5
**stuff [4]** 26/21 44/3
77/16 78/20
**Suarez [8]** 1/12 4/12
6/8 194/10 194/16
195/3 241/8 241/11
**subject [14]** 45/6
47/20 49/4 59/17
65/15 67/7 141/22
170/14 171/12 173/17
174/10 198/24 200/21
235/13

**submit [4]** 30/5 38/6
111/12 137/3
**submittal [1]** 203/8
**submitted [11]** 30/4
30/6 30/8 30/10 32/25
38/10 116/8 135/3
202/23 220/11 239/19
**subsequently [3]**
93/22 106/3 120/3
**substantial [1]** 7/13
**substantiated [1]**
9/1
**substitute [1]**
240/21
**successful [1]** 96/10
**such [5]** 36/16
126/21 131/4 140/12
160/7
**sued [6]** 124/22
176/17 176/20 176/23
179/25 180/1
**suggesting [1]**
207/24
**suggestion [1]**
73/14
**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**sunglasses [1]**
192/20
**support [10]** 7/20
8/4 8/6 11/13 201/11
227/18 227/19 227/19
227/20 227/23
**supported [2]**
201/11 227/4
**supporters [1]**
237/20
**supporting [1]** 228/5
**supports [1]** 238/10
**suppose [1]** 227/13
**supposed [3]** 13/12
16/5 121/4
**surcharge [2]** 160/7
160/9
**sure [58]** 5/24 6/1
17/10 27/5 36/25 38/3
53/5 66/24 68/18
71/11 82/10 84/25
89/4 92/23 100/18
106/9 106/11 118/1
118/22 119/2 119/18
120/7 121/10 124/20
127/18 128/1 134/7
134/8 138/5 141/15
144/6 148/15 149/7
149/12 149/19 165/13
174/15 178/1 178/23
181/1 181/8 181/10
183/4 183/24 184/9
188/19 203/12 206/3
208/24 214/19 217/1
222/20 227/13 229/16

**S**

sure... [4] 231/21
239/4 240/8 241/4
surprised [1] 235/20
surveying [1] 160/1
suspect [1] 65/5
suspension [6]
213/6 213/7 213/24
214/4 214/21 215/7
sustain [4] 8/17 50/3
75/14 233/16
sustained [79]
20/20 23/11 23/21
24/20 29/6 33/10
34/19 46/1 46/3 48/15
54/1 54/10 63/6 63/20
63/24 66/17 76/18
76/23 92/6 94/7 95/22
96/19 96/21 107/7
109/6 117/11 120/22
121/16 124/4 125/1
129/3 130/16 132/11
134/13 138/14 147/13
148/23 149/4 153/9
155/11 155/18 157/16
158/18 160/18 160/24
167/19 170/2 178/17
180/18 180/21 185/11
194/14 195/1 195/14
196/9 198/11 199/19
201/5 203/11 203/14
203/15 208/12 209/23
211/8 211/23 212/4
212/13 215/11 215/16
215/16 217/9 218/3
221/3 228/13 229/12
229/25 230/13 233/24
234/2
sustaining [5] 8/11
21/2 98/23 134/19
210/3
SW [60] 39/15 39/19
40/5 40/22 54/7 54/24
56/20 58/10 79/22
81/12 81/16 81/21
86/22 90/7 99/18
99/24 101/4 103/11
104/23 105/19 108/13
110/21 111/23 116/13
116/23 118/15 122/5
130/25 133/3 141/1
141/4 141/6 141/22
144/18 144/24 145/3
145/11 145/11 145/22
150/12 153/19 153/23
154/16 156/10 165/8
165/9 166/5 171/12
171/15 172/15 173/19
174/10 175/12 185/16
185/19 188/6 191/23
198/19 198/20 202/16

swimming [2]
108/18 108/20
sworn [5] 75/24
170/19 170/22 175/3
193/25
system [2] 55/20
222/14

**T**

T.V [1] 84/25
tailed [1] 197/23
take [30] 17/1 17/8
19/25 20/1 26/15
34/14 44/12 56/16
57/24 62/5 63/16
81/18 105/11 107/9
107/9 112/24 117/22
131/11 135/13 166/11
175/6 187/22 196/19
202/22 206/3 207/20
208/6 226/14 229/15
236/3
taken [4] 95/18
109/14 224/12 237/9
takes [2] 12/2
204/25
taking [5] 5/15 53/8
53/22 75/4 111/13
talk [6] 4/25 10/10
36/13 62/12 84/6
200/21
talked [4] 9/23
10/12 176/9 189/13
talking [30] 10/22
26/7 26/18 28/22 29/5
58/22 60/13 64/6
117/16 119/10 124/16
126/1 128/19 140/1
147/19 161/18 162/4
165/2 175/24 182/8
182/10 184/9 189/21
207/19 212/21 214/10
215/21 224/18 224/19
224/24
taped [1] 82/24
Taquerias [2]
150/16 235/17
Taquito [10] 164/14
164/18 164/21 165/1
165/12 166/23 167/8
167/11 170/10 235/18
target [1] 177/21
targeted [1] 207/24
targeting [3] 207/10
207/11 230/10
task [2] 209/21
212/10
tax [5] 139/6 139/13
139/17 184/7 184/8
taxpayer [1] 184/3
team [2] 46/15 216/3
teams' [1] 198/7

telephone [1] 131/9
television [4] 5/8
5/20 177/24 237/23
tell [23] 12/22 16/1
16/16 20/17 21/11
26/25 30/9 57/1 67/10
99/25 117/1 123/5
158/3 158/6 163/3
168/9 168/15 190/21
197/8 204/9 240/5
240/7 240/8
telling [7] 26/16
53/21 69/19 70/7
91/25 181/11 206/10
temporary [9] 30/18
30/21 139/8 139/20
139/21 144/10 144/12
145/15 147/9
ten [10] 73/3 83/11
109/10 126/23 162/10
195/1 202/3 231/25
231/25 236/24
tenant [13] 35/12
41/1 41/19 55/6 55/10
62/20 126/14 126/15
126/20 130/25 164/18
168/19 169/24
tenant's [7] 126/16
126/20 127/7 127/11
128/4 128/15 168/20
tenants [8] 129/22
169/3 169/4 171/16
171/17 181/5 193/15
193/16
tend [1] 163/4
tended [1] 149/22
tenure [1] 175/16
TEP [2] 140/9 140/13
term [5] 26/17 120/3
126/12 126/13 126/15
terminated [2]
147/8 195/24
terminating [1]
179/13
terms [12] 17/25
93/19 93/23 95/24
96/3 96/16 106/1
106/4 119/24 119/25
125/14 237/10
testified [26] 5/16
10/9 11/13 28/19 31/3
34/6 35/6 35/17 37/15
38/14 38/20 77/12
86/4 97/22 133/11
134/15 146/18 150/7
176/23 193/24 205/14
211/22 230/2 234/20
238/8 241/16
testify [4] 51/6
121/13 204/22 239/17
testifying [14] 20/19
49/23 54/9 83/5

133/18 158/17 167/18
203/10 208/11 232/20
238/8 238/12 241/18
241/21
testimony [66] 6/14
7/11 7/13 7/23 8/23
9/22 10/3 10/20 11/5
18/16 18/22 19/10
19/17 20/2 20/10
20/14 21/8 21/17 22/4
30/10 34/10 35/3
35/15 36/9 36/11 39/2
64/13 77/1 77/25 92/2
96/23 96/25 98/2 99/8
129/25 130/15 133/16
134/18 140/20 147/17
149/13 149/24 156/11
169/22 170/1 177/19
184/3 193/1 194/1
194/3 196/4 197/19
199/6 207/6 228/17
229/11 229/21 229/24
231/23 232/6 233/22
235/15 237/20 238/11
240/24 240/25
text [5] 47/6 82/17
113/9 136/5 182/18
than [19] 51/17 59/6
72/12 103/21 122/22
157/24 159/10 162/2
168/21 190/18 193/10
203/21 204/13 204/23
205/24 205/24 216/10
230/19 235/3
thank [41] 12/3 17/4
18/3 24/14 33/6 37/2
40/19 64/19 68/24
69/9 76/11 77/10
77/21 78/3 80/2 81/8
87/18 96/14 99/5
109/11 110/10 118/19
131/10 132/6 132/21
136/5 153/21 154/5
154/14 162/11 163/25
164/3 164/9 166/14
174/2 185/5 190/25
202/9 204/16 206/13
234/9
that [1009]
that's [239] 5/10
5/24 6/21 7/2 8/14
8/15 8/18 8/22 9/7
9/13 9/17 10/12 10/14
11/19 11/23 12/7
13/12 13/21 15/18
16/11 17/3 18/2 19/17
24/7 24/7 24/9 26/23
28/25 29/22 30/5
31/17 31/22 31/24
32/6 35/6 41/4 41/16
41/17 41/25 42/7 42/9
43/4 43/9 43/17 43/19

44/2 45/13 45/14 50/8
50/18 51/21 52/3
52/13 52/14 52/21
53/2 53/6 53/24 55/19
56/2 56/2 56/14 57/1
57/8 57/12 59/25 60/3
60/6 62/18 65/4 65/13
67/21 69/10 69/17
69/18 70/2 70/22 72/2
72/13 72/19 73/10
75/15 76/17 76/18
76/24 77/6 77/23
78/19 78/21 79/2
79/22 80/17 80/19
82/24 84/14 85/20
86/9 86/13 86/21
86/22 86/24 87/5 87/8
88/13 88/15 88/18
90/4 90/21 90/22 91/1
91/5 91/9 91/18 91/22
92/2 93/15 93/23
94/17 99/9 99/17
99/19 99/23 100/11
100/12 101/7 102/6
103/8 105/14 108/13
108/15 112/4 112/15
113/5 113/12 114/15
115/22 116/9 116/15
118/7 118/18 119/1
119/23 122/7 123/25
125/16 125/18 126/1
127/3 127/9 129/24
131/10 131/15 133/17
136/6 136/24 137/2
137/9 137/20 138/18
138/22 139/22 140/6
140/13 140/17 141/5
142/12 143/10 143/10
143/12 143/13 144/20
147/5 147/7 148/6
153/4 153/18 155/24
157/7 159/10 162/24
163/5 165/3 168/6
169/10 169/13 169/18
172/17 172/19 176/8
176/15 176/17 177/1
177/1 177/6 177/22
178/9 178/9 183/4
183/11 185/3 186/8
187/8 190/22 192/1
192/3 196/14 197/8
199/17 201/20 201/21
202/19 203/6 203/7
204/10 205/17 205/18
206/10 206/21 208/2
212/15 214/23 219/21
219/23 220/20 223/13
225/5 225/20 225/22
226/5 228/1 228/9
228/14 232/7 235/7
235/22 238/19 239/11
239/24 241/2

**T**

**their [18]** 15/1 15/12
24/10 32/24 39/18
75/3 78/21 85/7
128/12 140/17 146/22
152/18 153/3 160/16
181/5 201/13 204/23
225/2

**them [53]** 13/24
15/1 26/12 26/12
26/13 29/21 40/17
53/7 66/17 68/16 72/9
72/13 72/14 73/4 74/4
74/10 74/12 74/19
75/5 75/13 95/20
117/15 124/20 128/21
135/3 135/10 140/18
143/18 143/20 146/15
147/2 147/4 149/20
150/16 151/4 151/5
151/6 155/6 161/6
175/2 181/23 181/24
184/16 188/22 208/6
208/20 220/12 224/13
227/23 235/23 236/12
236/14 238/5

**themselves [3]** 6/15
155/5 227/16

**then [99]** 8/20 20/5
20/7 34/14 36/10 42/2
43/23 47/8 47/11
50/13 54/12 54/13
55/12 56/15 56/24
59/1 61/24 70/13
70/23 74/12 77/15
83/18 86/25 89/13
90/15 90/19 91/2
91/10 92/8 92/11
92/14 92/17 101/13
102/21 105/2 106/1
106/6 106/15 106/23
110/14 111/17 112/2
112/24 113/18 113/24
114/1 114/6 114/10
115/15 117/13 119/3
119/16 119/24 120/4
120/6 124/9 132/3
133/11 135/14 135/20
137/6 137/14 139/19
144/8 144/13 145/25
146/4 165/25 171/24
174/16 175/3 179/24
189/23 200/23 207/20
208/1 217/10 219/6
219/7 220/22 223/24
224/7 225/2 225/3
225/6 227/5 227/12
227/22 227/23 228/24
232/8 234/24 236/5
236/5 236/6 236/25
240/12 240/13 240/16

**there [111]** 6/15 7/6
10/24 14/24 15/7
19/20 19/21 22/7
22/18 24/19 30/14
30/16 30/17 31/11
31/17 36/2 36/16
38/14 38/18 38/22
39/13 40/3 40/12 43/6
43/6 43/8 43/8 43/15
43/16 43/20 51/23
53/7 53/9 56/25 58/18
61/15 66/10 66/12
71/19 72/22 78/20
79/3 81/17 84/24 92/8
97/21 98/24 103/8
111/20 116/9 117/2
117/19 122/11 127/16
127/19 127/21 128/7
128/12 130/3 133/8
139/12 140/17 142/6
143/14 145/14 146/21
146/22 148/13 149/20
156/9 164/24 164/25
167/12 167/13 167/14
167/15 167/16 175/19
176/8 176/8 177/5
181/5 193/7 193/11
193/13 193/14 194/5
197/11 197/20 197/25
200/7 202/3 205/7
208/1 208/4 208/6
218/23 222/24 223/22
225/13 225/14 225/15
225/19 227/8 227/11
227/25 232/2 236/25
237/9 239/21 240/25

**there's [67]** 4/23
4/24 13/8 21/20 28/2
33/15 37/12 59/14
59/17 59/18 59/20
60/9 66/12 68/13
68/20 69/12 69/12
71/18 72/19 73/22
73/22 79/24 80/12
80/13 92/10 99/13
99/19 99/20 101/8
101/22 104/7 112/19
114/3 122/2 122/10
124/19 125/25 136/1
140/12 140/25 142/6
142/19 148/22 152/8
154/2 154/7 161/10
161/14 165/19 166/6
172/6 177/4 177/16
178/10 192/5 193/19
199/6 202/2 209/3
223/13 224/16 226/4
232/11 232/17 237/6
237/10 238/9

**therefore [8]** 30/21
32/9 66/19 111/17
168/20 184/7 204/14

205/9

**therein [1]** 128/5

**thereto [1]** 112/15

**Thereupon [10]**
17/20 64/21 79/16
109/13 162/13 164/4
236/20 242/11 242/16
242/17

**these [42]** 5/5 5/9
19/22 23/15 52/4
55/15 59/2 71/4 71/20
72/23 73/25 82/9 85/4
85/8 87/1 89/9 98/18
108/2 117/6 121/5
125/22 128/2 143/18
144/1 144/2 144/4
146/5 146/18 148/7
155/2 155/4 174/13
174/19 175/17 184/25
199/10 216/2 216/20
217/7 228/5 238/4
238/14

**they [104]** 6/25 9/20
9/24 10/6 10/7 10/10
11/17 11/25 13/6 14/7
15/2 15/4 15/5 15/6
15/12 15/13 16/1
16/24 22/12 24/3 26/6
30/5 30/21 32/14
32/15 32/15 33/2
37/10 38/4 39/18
50/11 55/24 62/24
63/4 65/2 65/4 68/9
69/19 69/20 70/10
72/8 72/12 72/14 74/4
74/4 74/10 74/21 76/1
76/19 79/5 85/24
95/18 95/18 98/20
98/22 99/2 114/18
127/20 128/12 129/6
129/6 129/7 129/21
131/5 131/8 134/2
134/3 140/3 140/5
140/8 143/19 143/20
143/21 143/21 143/25
144/2 146/17 151/7
152/16 152/17 154/22
161/16 174/14 177/12
178/8 178/21 178/25
179/6 181/5 196/25
201/17 201/17 201/19
201/20 204/8 206/7
216/16 216/18 221/6
224/22 224/23 226/3
236/13 239/2

**they're [21]** 11/25
15/9 61/16 63/1 63/4
63/14 65/5 69/20 79/1
117/6 143/19 143/20
143/23 143/25 146/10
146/14 155/4 208/24
216/6 225/1 236/11

**they've [3]** 72/18
76/2 239/18

**thing [11]** 5/23 5/25
10/11 55/5 62/24 63/4
71/25 140/12 190/1
192/21 198/10

**things [17]** 13/7
25/1 71/5 71/20 72/24
72/24 74/15 74/25
79/2 79/5 128/2
201/21 202/1 224/11
224/14 224/15 224/19

**think [63]** 4/23 9/3
10/24 38/18 39/6
41/12 44/10 48/19
48/20 52/11 61/18
66/10 67/8 67/10
67/17 67/22 68/21
70/17 72/6 73/21
73/22 74/17 78/8
85/20 86/11 87/8
102/14 107/14 110/11
118/23 119/24 121/1
121/5 141/5 141/10
143/6 149/25 154/19
159/19 163/15 163/18
190/11 192/13 202/7
206/9 213/23 219/6
219/8 221/7 222/23
223/17 226/21 228/24
229/20 235/22 236/14
236/15 237/10 237/22
238/21 239/24 240/8
241/7

**thinks [1]** 75/8

**third [15]** 41/23
42/11 42/14 57/15
58/14 58/14 107/3
107/5 112/6 137/7
137/11 142/9 154/13
202/22 217/21

**this [552]**

**Thomas [1]** 2/2

**those [57]** 6/16 6/23
8/12 8/14 13/5 13/7
24/3 27/17 27/23 30/3
30/6 37/22 38/1 38/9
57/22 68/1 70/21 71/8
72/7 73/2 73/10 74/25
75/23 76/13 85/5
85/23 86/8 89/4 97/7
99/3 102/13 111/22
111/24 117/15 122/14
134/1 143/6 154/21
154/21 156/20 157/24
161/8 174/16 175/1
181/25 195/22 195/23
200/2 207/19 212/17
216/7 219/4 223/4
225/11 235/16 235/18
236/9

**thought [6]** 11/4

22/19 32/3 166/19
192/23 214/17

**thousand [2]** 228/6
228/10

**three [26]** 4/24 40/1
40/2 74/21 76/8 90/11
92/17 107/4 114/13
118/13 120/8 122/11
136/7 136/11 140/18
162/15 162/17 162/21
163/6 178/15 187/13
187/14 188/16 189/18
227/20 236/23

**three-story [1]** 40/2

**threw [1]** 187/12

**through [38]** 9/24
10/6 10/13 17/9 35/7
62/13 71/22 74/5
74/11 84/7 85/2 85/14
85/19 86/14 88/1
89/10 95/2 102/12
106/11 108/3 111/21
115/25 117/14 120/7
121/6 124/14 134/3
142/23 156/5 189/23
203/23 208/20 217/21
220/17 220/23 228/24
229/21 235/12

**throughout [5]** 7/8
109/8 180/4 206/1
238/4

**throw [1]** 180/15

**throwing [2]** 189/17
189/18

**THURSDAY [2]** 4/1
109/15

**thus [1]** 10/21

**Ticket [1]** 174/14

**tie [2]** 60/20 83/18

**til [2]** 238/22 238/24

**till [4]** 109/10 162/10
215/2 215/6

**time [81]** 10/22
13/24 17/2 23/4 23/14
29/10 31/1 38/13 39/8
39/13 40/9 45/22
48/16 48/19 50/9
50/12 51/17 52/4 61/4
61/10 61/12 62/15
73/11 73/20 73/22
75/21 84/19 85/5 85/7
85/10 85/11 88/24
98/22 109/11 115/20
131/13 136/15 140/5
140/8 140/10 141/16
144/1 149/24 150/3
150/16 151/9 162/18
162/23 162/25 162/25
163/3 175/16 182/12
187/18 194/6 199/7
199/11 200/11 202/6
203/20 203/21 203/22

**T**

**time... [19]** 203/24
204/1 204/24 205/8
205/12 205/13 206/2
206/4 206/7 206/9
219/4 220/7 230/16
230/19 236/21 236/24
237/1 238/9 239/3
**timeframe [6]** 38/19
64/6 64/9 140/18
203/22 219/9
**timeframes [1]** 30/3
**timeline [1]** 52/17
**times [9]** 23/16
149/21 180/13 189/18
192/25 204/21 218/24
219/2 219/4
**timing [4]** 51/23
51/24 187/20 239/1
**title [1]** 165/25
**Tobacco [1]** 209/17
**today [17]** 25/4 25/6
31/17 36/13 75/9
75/10 96/10 96/23
97/1 97/3 97/16 99/8
99/10 125/7 181/9
208/25 224/22
**today's [1]** 90/25
**together [3]** 149/8
206/15 212/11
**told [17]** 5/6 6/15
18/25 20/12 21/21
33/22 69/5 72/14
77/13 78/17 101/14
158/13 168/13 192/23
201/20 205/11 237/20
**told you [1]** 33/22
**Tomas [4]** 194/17
194/20 227/19 227/22
**tomorrow [2]** 237/8
242/13
**too [7]** 15/12 28/25
67/23 71/22 76/18
117/4 226/18
**took [8]** 31/11 83/11
128/20 144/1 151/3
170/21 224/13 224/13
**top [29]** 50/10 50/10
52/18 54/6 58/20
59/14 59/18 60/9 82/3
84/8 89/24 101/13
103/14 104/21 113/6
115/1 126/8 138/23
144/17 168/7 190/19
210/25 213/10 223/9
223/13 224/4 224/5
226/11 226/19
**topic [2]** 74/8 74/12
**topics [1]** 203/23
**total [2]** 224/17
237/1

**totally [3]** 123/25
129/22 227/13
**tours [1]** 199/10
**tow [3]** 130/5 130/8
130/11
**toward [1]** 91/10
**Tower [118]** 9/21
10/2 10/7 10/17 10/22
10/23 11/2 11/6 29/5
30/2 37/10 37/11
37/11 38/7 38/13
38/15 38/23 38/25
39/1 39/2 39/3 39/10
39/14 39/14 39/17
39/22 40/5 42/14
42/15 42/17 42/18
42/20 42/22 42/25
43/2 44/3 44/5 44/7
45/6 46/5 46/9 46/11
47/20 49/4 52/15
52/20 54/6 54/7 54/20
54/24 56/13 57/18
58/17 61/25 65/11
72/10 77/18 79/22
80/5 81/1 81/22 83/10
83/22 84/19 85/5
85/14 85/24 86/2 86/4
86/13 86/17 86/22
87/4 87/11 89/6 90/7
92/10 92/21 93/9
93/13 95/5 95/25 96/7
96/9 96/16 96/23
96/25 97/3 97/17
97/18 98/21 99/7
99/14 99/18 99/22
102/7 102/16 106/19
107/2 108/21 108/23
108/24 110/20 113/13
114/8 114/21 114/24
116/4 116/10 116/16
120/12 122/24 122/25
123/7 124/13 124/17
124/22 218/14
**track [2]** 100/6 223/6
**tracking [1]** 104/3
**trade [1]** 28/6
**trading [3]** 177/20
177/23 178/18
**traffic [1]** 143/16
**trail [5]** 49/20 50/13
52/5 52/18 217/22
**transcribed [1]**
225/23
**transcript [16]**
10/20 19/9 77/13
200/8 207/3 222/17
225/20 225/22 225/24
225/25 226/4 228/1
232/24 233/1 233/5
234/9
**transcription [1]**
242/20

**translated [1]** 224/8
**transmittal [1]**
210/22
**Treasury [1]** 76/17
**treated [1]** 216/10
**tree [1]** 86/21
**trees [1]** 184/9
**trial [13]** 1/8 6/1
15/5 16/25 74/25
133/12 156/14 199/5
205/9 206/4 238/23
239/10 239/22
**trick [1]** 198/2
**tried [7]** 16/3 52/10
151/4 151/6 181/23
203/20 242/5
**truck [3]** 130/5
130/8 130/12
**true [4]** 152/23
152/24 170/18 180/3
**trust [1]** 45/18
**truth [7]** 8/21 21/20
51/9 63/14 65/4 65/9
227/14
**try [36]** 16/1 16/2
18/21 21/23 22/19
23/6 33/7 38/24 52/10
59/21 61/20 62/5
62/25 69/21 71/25
72/3 74/12 78/11 79/1
83/14 83/18 85/9 97/3
128/14 130/2 135/6
154/13 184/15 184/18
189/15 202/8 204/9
214/12 220/13 221/25
225/19
**trying [9]** 61/18 62/3
72/3 79/12 190/22
197/13 201/10 203/23
224/20
**Tuesday [1]** 5/6
**turned [2]** 75/9
188/14
**two [31]** 15/4 15/7
15/10 43/16 61/25
64/16 67/17 76/8
76/13 90/15 92/18
118/11 137/14 140/18
140/25 145/2 145/4
150/18 150/19 154/21
156/19 157/2 161/5
183/6 186/13 200/22
202/7 202/8 207/6
239/2 239/13
**two-page [1]** 145/2
**type [8]** 7/21 12/5
73/18 139/6 140/9
146/23 148/15 165/1
**types [2]** 52/4 82/10
**typical [1]** 169/3

**U**

**U-S-S [3]** 42/6 42/7
42/10
**uh [6]** 224/9 224/11
224/15 224/16 224/22
224/25
**ultimately [4]** 35/11
137/7 137/12 148/7
**unaware [2]** 128/25
154/25
**under [27]** 5/14
14/11 19/7 19/17 20/2
21/8 34/6 35/3 35/6
35/15 66/7 90/19
93/19 106/7 113/18
113/24 131/1 136/13
140/3 143/19 168/6
168/15 194/20 203/22
230/2 238/6 238/16
**undercover [7]**
23/15 23/16 24/3 24/4
24/7 24/9 24/17
**underlined [1]** 90/15
**underreporting [2]**
156/18 160/16
**understand [84]**
11/9 12/23 19/16
19/18 21/25 22/1 27/6
27/21 28/3 28/4 41/4
44/17 51/24 52/5 54/2
60/23 60/24 62/4
65/12 67/1 67/5 67/8
67/11 67/12 68/4
68/13 68/14 68/17
68/21 68/22 68/25
77/8 77/11 77/11
79/10 82/9 85/17
88/17 88/19 91/18
94/3 94/9 94/24 97/4
99/8 100/2 101/15
101/22 102/1 116/7
118/20 120/17 121/11
122/24 123/4 123/7
124/20 128/19 129/12
135/7 138/9 139/19
140/1 140/3 150/19
152/1 170/12 179/20
183/22 183/24 188/25
190/23 201/1 204/19
214/19 220/3 220/19
221/25 225/9 230/18
239/6 239/21 241/20
242/7
**understanding [26]**
11/12 12/10 31/2 31/4
32/8 38/4 56/3 56/11
57/8 66/24 72/9 97/10
125/16 128/14 140/13
153/3 155/7 155/14
156/20 156/21 184/4
184/21 184/23 222/6

222/9 222/12
**understands [1]** 7/3
**understood [8]**
26/18 34/20 128/9
140/15 150/23 156/16
199/10 237/4
**undisclosed [2]**
70/24 71/3
**unfair [2]** 15/25
206/10
**unfortunately [1]**
89/10
**uniform [2]** 23/19
24/3
**uniforms [1]** 24/1
**unintelligible [2]**
227/16 227/21
**union [1]** 220/1
**unique [1]** 39/18
**unit [6]** 128/12 129/6
129/9 129/10 129/14
129/15
**UNITED [4]** 1/1 1/9
20/22 222/13
**unlawful [1]** 74/23
**unless [2]** 72/2
184/8
**unlimited [1]** 205/13
**unnecessarily [1]**
73/6
**unnecessary [3]**
71/23 74/16 129/22
**unpack [1]** 124/21
**unpermitted [8]**
101/20 109/1 117/5
117/9 180/16 230/9
232/3 232/4
**unreasonable [1]**
204/6
**unreported [1]**
160/6
**unsafe [44]** 41/14
42/4 83/1 83/21 88/4
88/17 88/20 88/22
89/1 89/3 89/24 90/10
90/12 91/11 91/14
91/18 92/14 92/18
92/20 98/1 98/20
100/13 101/24 103/17
104/4 104/17 104/18
104/24 110/24 113/6
113/7 113/10 113/16
113/21 114/11 114/16
114/17 114/21 115/17
117/5 117/9 166/1
191/20 191/21
**unsanitary [1]** 41/14
**unsigned [2]** 136/12
137/6
**until [8]** 32/9 32/23
34/16 64/15 90/16
129/11 142/10 194/23

**U**

**up [130]** 7/16 16/11
18/11 19/9 19/10 20/6
32/15 38/17 40/10
43/20 43/21 43/22
44/3 44/19 45/17 47/4
47/16 48/20 49/1
49/17 50/11 51/12
54/4 54/12 54/14 62/8
63/10 63/11 66/12
72/13 73/7 79/23 80/4
80/7 81/20 82/17
83/25 84/2 84/8 85/11
89/15 89/22 89/24
93/3 93/5 93/19
100/14 103/4 103/8
103/14 104/10 104/16
104/21 105/9 107/18
107/23 110/10 112/6
113/2 113/5 115/1
116/19 117/24 118/1
119/6 119/9 121/18
124/14 125/20 130/17
132/19 132/21 133/12
133/20 135/14 135/18
138/21 138/23 141/9
141/21 143/7 143/18
143/20 144/17 145/24
145/25 146/10 147/21
151/10 153/11 155/22
162/8 165/10 172/7
173/13 176/1 176/2
182/14 185/14 188/5
188/24 192/16 193/21
196/11 200/22 200/25
202/6 202/11 202/23
206/21 206/21 209/6
210/8 210/11 210/25
214/9 221/20 222/21
226/10 226/11 226/19
226/19 231/15 232/8
234/5 234/16 236/25
237/7 237/9 239/25
**updates [2]** 5/23
5/24
**upon [3]** 40/7 74/8
126/17
**ups [1]** 126/20
**upset [2]** 200/9
203/13
**urgent [1]** 51/24
**Uriarte [24]** 18/13
19/2 19/4 19/24 20/5
20/7 20/18 20/22 21/9
21/16 22/5 22/7 22/10
22/14 22/17 22/20
23/2 23/13 23/18 24/9
24/15 24/17 219/7
240/17
**us [20]** 14/1 17/13
20/17 30/23 56/14

72/14 77/14 83/11
97/23 122/19 148/12
153/21 154/6 154/14
178/16 178/24 194/8
200/24 225/18 241/24
**usable [1]** 15/17
**use [23]** 10/11 31/19
32/13 42/6 97/1 97/14
97/17 97/18 97/19
97/24 139/5 139/8
144/10 144/12 145/15
147/9 152/18 152/21
153/21 154/6 154/15
181/1 235/18
**used [15]** 23/16 25/3
57/3 65/4 90/16 100/8
118/24 133/22 150/16
159/25 200/11 203/21
203/23 225/11 236/15
**uses [1]** 100/9
**using [4]** 63/14
150/8 150/14 232/22
**utility [12]** 126/19
127/7 127/10 127/19
127/20 127/21 127/25
128/3 164/22 167/3
167/5 167/6
**utilize [1]** 74/9
**utilized [1]** 160/4

**V**

**V-I-O-L [1]** 41/9
**vacate [3]** 130/14
131/5 131/8
**vacation [1]** 205/10
**vague [4]** 27/25
29/10 187/18 212/20
**Valentine [1]** 186/25
**Valentine's [1]**
200/23
**valet [39]** 149/14
149/16 150/3 150/8
150/15 150/23 151/1
151/3 151/3 151/15
151/16 151/22 152/1
152/2 152/4 152/12
152/20 153/13 155/1
155/3 155/15 156/5
156/7 156/9 156/18
157/9 157/18 158/14
159/4 160/5 160/12
160/15 160/21 161/14
161/16 161/23 162/5
197/23 227/7
**Valet's [1]** 157/23
**valid [3]** 25/7 25/25
97/23
**various [2]** 131/2
209/16
**vehicle [2]** 118/8
196/18
**Venezuelan [1]**

225/5
**Venezuelans [1]**
225/1
**venue [4]** 90/16
180/2 212/22 212/25
**verdict [2]** 16/24
238/21
**verification [7]**
136/8 136/13 136/21
137/3 137/9 137/19
137/22
**verify [3]** 189/4
189/20 214/9
**versa [1]** 15/14
**version [5]** 74/5
137/19 137/22 228/3
242/4
**versus [1]** 4/8
**very [14]** 5/16 52/16
68/11 68/11 75/4 78/9
79/11 122/11 174/20
183/18 199/14 200/10
203/12 224/22
**vice [1]** 15/14
**Vicky [1]** 179/2
**video [18]** 14/3
15/19 15/23 16/16
16/19 31/7 31/11
167/6 187/15 192/12
192/14 192/16 215/20
215/23 216/9 216/11
216/20 217/4
**videos [2]** 212/17
217/2
**videotape [2]** 217/5
217/6
**Videotaped [1]**
233/8
**videotaping [1]**
216/14
**Viernes [4]** 46/10
184/11 184/12 184/18
**view [7]** 7/25 15/21
16/12 31/20 72/14
167/15 204/20
**views [1]** 200/12
**Villas [2]** 37/13
37/19
**violated [2]** 221/20
222/3
**violating [2]** 5/25
238/2
**violation [83]** 5/10
9/15 12/21 13/2 30/23
40/24 41/13 41/18
41/23 54/25 55/3
55/12 55/16 59/16
62/1 81/1 81/25 82/7
82/21 83/14 83/15
83/22 88/3 88/25
93/22 101/18 102/1
102/2 104/17 104/25

106/2 107/25 108/25
111/8 112/10 112/13
118/25 120/2 123/14
139/1 141/17 141/21
142/1 142/10 142/11
144/4 144/6 144/10
145/14 145/17 147/6
147/16 148/1 148/3
155/14 165/12 165/19
166/23 167/2 167/11
171/20 172/20 173/19
173/20 174/5 174/6
174/10 174/11 174/14
175/12 185/14 185/16
185/23 186/21 187/3
187/6 188/15 188/16
188/19 199/13 230/9
232/3 232/12
**violations [13]**
35/24 39/10 55/6
62/19 89/9 89/10
111/3 111/7 139/4
174/17 174/19 193/4
193/7
**voice [1]** 216/18
**voices [1]** 227/17
**volume [1]** 72/9
**voluntary [3]** 105/20
115/9 119/19
**vote [1]** 178/5
**voter [9]** 6/11 6/12
7/2 8/11 8/16 9/2 9/4
9/6 9/9
**voting [2]** 7/1 7/6

**W**

**wait [13]** 32/4 33/15
34/16 98/6 124/3
148/22 158/4 158/4
160/18 176/19 190/6
221/3 222/7
**waiver [2]** 66/14
68/6
**waiving [1]** 239/8
**walk [5]** 62/13 134/3
142/23 208/20 224/12
**walked [3]** 32/14
32/15 168/13
**walking [2]** 178/7
178/9
**wall [8]** 43/6 43/9
43/10 43/11 43/24
43/24 43/25 181/4
**walls [1]** 10/25
**want [56]** 4/7 4/22
10/10 13/13 13/17
16/16 16/19 16/24
21/12 21/13 27/5 27/8
33/22 39/16 60/14
62/15 66/10 66/24
67/3 67/21 68/5 68/18
69/14 69/15 69/15

71/21 72/17 76/4 77/5
77/11 77/12 79/2 79/2
88/11 97/2 100/17
103/19 129/7 139/25
148/16 182/12 189/24
190/6 190/8 190/16
190/17 197/21 204/17
221/25 223/8 224/22
224/23 231/12 237/16
238/20 238/22
**wanted [8]** 30/21
56/17 78/15 79/10
134/2 190/9 200/21
227/10
**wants [6]** 12/22
15/16 99/1 99/7 100/5
231/20
**warrant [1]** 139/9
**was [340]**
**wasn't [17]** 10/5
18/23 21/9 22/12 32/9
32/22 32/24 36/2
43/11 44/11 51/23
77/20 188/18 215/2
215/13 221/22 231/6
**watch [1]** 177/24
**watching [1]** 17/25
**water [7]** 126/19
127/6 127/10 127/25
128/3 131/24 132/8
**wave [1]** 197/20
**waving [2]** 197/12
197/13
**way [26]** 8/23 23/6
26/25 27/11 65/19
65/19 73/5 73/10
73/17 95/5 99/10
120/24 148/13 151/5
152/11 156/21 177/4
181/10 181/18 183/1
188/23 194/16 197/25
203/22 214/2 230/19
**we [208]** 4/20 4/25
5/4 6/1 6/14 7/23
7/24 9/21 10/3 10/15
10/16 11/2 13/10
15/10 15/25 16/23
16/24 16/25 17/1
17/16 18/14 18/10 19/8
19/20 23/7 26/5 26/12
26/12 26/13 26/23
29/1 29/5 34/13 36/12
38/10 39/16 40/17
43/23 44/12 44/20
50/6 52/12 54/20 57/3
57/21 58/15 60/6
64/22 65/5 66/24 71/4
71/25 72/6 72/20
72/23 72/24 73/5 73/9
73/14 73/17 74/3 74/3
74/20 75/5 75/6 75/22
75/23 77/1 79/21

**W**

**we... [139]** 79/25
80/25 81/5 81/19 83/9
83/16 83/18 83/20
84/7 84/16 85/13
87/13 88/11 89/8
89/11 96/11 97/18
99/2 102/12 102/15
107/22 108/1 108/10
109/5 111/2 113/11
113/13 114/6 116/22
117/22 118/1 123/14
124/16 124/17 124/20
126/9 127/12 130/18
131/4 131/7 131/20
132/20 134/1 137/3
139/11 139/12 144/5
145/24 146/7 147/23
155/23 155/23 161/18
161/22 163/1 163/13
163/18 165/2 166/23
168/18 170/7 173/13
174/5 175/18 176/1
176/9 177/20 180/1
180/2 180/3 181/3
181/9 183/3 184/16
184/17 187/6 188/5
188/22 191/8 191/8
192/11 193/3 196/23
203/16 205/9 205/10
206/20 207/20 209/7
212/21 217/1 217/1
219/8 222/14 222/16
223/7 224/1 224/3
224/16 224/18 225/20
225/22 226/10 226/18
227/25 229/3 229/15
231/11 231/13 233/23
234/13 236/17 237/1
237/12 237/25 238/6
238/6 238/9 238/11
238/20 238/21 238/22
238/22 239/1 239/14
239/20 240/1 240/8
240/20 240/20 241/8
241/11 241/13 241/17
241/20 241/21 241/21
241/23 242/8

**we'd [4]** 4/19 26/12
128/1 239/7

**we'll [34]** 23/16
34/24 39/13 64/18
84/2 84/6 84/6 104/10
109/10 109/10 111/6
112/6 113/2 115/24
116/15 116/19 119/6
125/22 132/18 135/14
138/21 149/13 162/7
162/10 174/8 176/5
185/15 234/5 234/11
237/7 237/8 241/4

242/9 242/13

**we're [44]** 5/13 5/14
12/4 13/16 13/18
15/11 16/4 20/5 26/7
36/12 62/3 64/14
69/24 71/11 72/3 77/9
78/7 107/5 108/16
109/7 116/1 117/16
118/7 119/10 126/1
132/21 142/20 143/3
147/19 162/4 163/16
175/24 185/2 216/10
223/17 236/19 238/7
239/16 240/8 240/13
240/16 240/21 240/23
241/4

**we've [11]** 36/13
39/24 64/6 87/25
122/7 129/5 154/19
192/12 192/12 199/2
239/6

**wearing [4]** 18/12
23/24 192/20 216/6

**wears [2]** 198/6
198/7

**website [1]** 100/10

**Wednesday [4]** 45/8
45/11 52/20 234/6

**week [4]** 140/18
157/18 159/10 193/4

**weeks [1]** 137/14

**welcome [2]** 183/3
183/7

**well [69]** 5/23 11/21
13/6 13/7 14/2 17/4
20/4 20/15 26/4 28/23
35/8 36/2 36/19 38/23
40/10 42/14 45/17
47/13 50/4 54/12
55/19 57/14 57/24
67/23 68/12 76/18
78/20 82/16 83/9
94/12 112/24 123/24
124/1 124/17 129/5
130/19 133/11 133/17
133/25 134/9 135/2
135/13 139/22 140/11
143/12 143/19 144/13
146/18 148/4 160/2
165/14 168/23 171/3
175/4 177/11 181/1
183/17 187/7 187/22
204/2 205/15 216/25
219/15 224/10 225/1
235/17 237/3 241/16
242/2

**went [7]** 9/24 10/6
52/6 52/12 74/4 77/15
84/7

**were [79]** 4/20
11/24 22/4 22/7 24/23
30/4 30/6 30/16 30/17

31/7 32/10 36/5 38/9
43/23 72/7 72/11
72/22 73/15 74/9 89/8
96/4 97/4 97/7 97/21
118/2 125/3 128/10
128/15 128/25 130/3
131/20 133/25 140/3
140/5 140/8 142/25
143/7 143/19 143/20
143/21 143/21 146/1
146/17 146/18 148/7
151/7 156/20 161/5
161/6 161/6 161/8
163/13 174/13 174/22
178/8 184/25 186/14
192/13 192/14 194/5
194/7 194/7 195/23
195/24 200/8 201/19
201/20 202/1 202/3
202/4 206/1 207/12
212/18 215/20 219/11
222/16 225/19 238/20
238/22

**weren't [1]** 174/13

**what [211]** 7/3 7/3
7/8 7/14 7/14 8/2 8/7
8/7 8/9 10/14 11/13
11/18 11/20 12/6 13/5
13/11 13/17 13/18
13/18 15/23 16/12
16/17 16/18 16/19
20/1 22/12 24/7 25/5
26/16 27/2 27/3 29/15
30/5 31/4 31/20 34/14
36/11 37/5 41/16
41/17 41/25 42/7 42/8
42/9 43/9 44/5 45/13
47/15 50/18 52/3
52/21 55/4 55/23
57/19 57/21 57/23
58/22 59/11 59/13
59/25 60/8 60/12 61/1
61/13 62/4 62/18
62/23 62/23 63/19
65/4 65/23 67/2 67/8
67/10 67/22 68/25
70/15 70/23 71/7
71/16 71/18 71/24
72/6 72/16 73/15
73/16 74/4 75/1 75/8
76/14 77/4 77/13
77/14 78/8 78/17
78/18 78/25 79/2
82/10 83/17 83/18
85/14 88/18 90/22
91/1 91/5 91/6 91/9
91/22 92/2 93/23
95/11 96/1 96/7 96/9
96/10 96/25 98/14
100/1 103/8 108/18
114/15 115/22 117/13
119/23 119/25 125/21

127/9 128/9 136/6
136/19 137/7 137/9
139/22 140/1 140/6
140/17 142/12 145/8
146/13 148/1 150/14
151/5 152/21 154/24
156/22 156/22 157/7
158/3 158/6 162/24
164/14 165/3 165/7
165/10 168/10 169/18
171/15 177/7 178/23
178/23 182/10 183/5
183/10 183/11 184/9
185/21 186/8 188/15
188/25 189/21 190/6
190/16 190/18 190/22
198/15 199/17 200/4
200/7 200/12 201/11
201/20 201/21 202/1
203/7 204/13 206/12
207/6 208/4 208/5
209/14 210/16 212/21
214/10 214/13 214/23
215/19 220/20 223/12
223/13 223/20 224/15
224/22 225/5 225/24
226/14 228/5 237/16
238/20 238/21 241/22

**what's [18]** 9/18
11/10 37/17 42/13
52/1 61/11 71/19
92/22 103/7 124/3
140/8 151/18 176/19
178/3 198/18 199/25
208/10 213/21

**whatever [13]** 7/7
8/13 11/17 29/9 67/4
68/22 70/11 82/17
119/1 128/15 131/21
140/16 214/7

**whatsoever [3]**
66/22 67/7 71/14

**wheels [7]** 129/10
129/11 129/11 129/13
129/14 129/15 129/20

**when [72]** 18/10
21/20 24/4 24/15
24/23 26/18 26/22
30/6 30/24 34/6 35/22
35/24 36/5 39/14
40/17 55/23 62/11
63/11 65/17 65/23
69/13 70/9 74/4 74/15
75/6 79/21 80/4 84/8
89/15 89/22 93/5
103/4 103/24 105/9
107/18 119/9 120/18
130/3 130/18 134/2
141/15 143/18 143/25
149/3 149/24 150/3
155/4 176/2 176/24
177/11 177/22 178/20

181/18 184/10 184/19
185/14 186/21 188/5
193/9 197/2 201/18
207/24 212/15 214/24
218/18 220/7 220/22
221/6 224/19 241/25
242/2 242/8

**where [19]** 9/8 9/9
15/19 41/9 54/5 57/8
85/8 130/1 133/17
148/1 148/6 152/5
152/13 152/17 154/7
180/23 198/18 200/22
204/8

**whereas [6]** 105/19
115/9 115/15 115/15
115/18 119/18

**wherever [1]** 26/6

**whether [19]** 8/14
13/2 13/9 13/14 21/2
65/20 67/18 67/21
69/7 70/17 72/12
85/14 100/1 111/22
112/21 117/4 153/6
180/3 238/1

**which [50]** 10/11
13/7 28/22 29/2 32/14
37/9 37/13 48/3 54/4
61/23 74/12 76/14
84/1 89/11 102/6
107/23 108/8 119/3
124/16 131/2 140/9
140/18 150/11 160/1
162/18 163/4 168/24
169/6 178/4 179/4
179/12 183/12 183/14
184/19 202/3 204/5
204/13 206/2 206/6
212/21 212/25 215/21
215/21 227/10 235/16
236/24 237/21 238/3
240/5 241/17

**while [3]** 13/20
109/8 145/24

**white [2]** 57/20
58/19

**who [39]** 11/23 12/2
12/6 12/12 12/19
21/16 27/19 28/8
34/13 43/21 53/25
65/18 70/11 77/16
99/10 100/5 118/21
135/7 151/8 158/13
163/10 163/11 170/6
170/7 183/7 196/2
196/3 201/10 204/20
208/8 218/8 223/7
223/24 225/1 225/3
227/4 227/5 239/24
239/25

**who's [5]** 18/12
126/3 163/18 180/11

**W**

**who's... [1]** 241/9
**Whoever [1]** 43/22
**whole [2]** 15/3 73/24
**whom [1]** 13/5
**whose [1]** 225/4
**why [14]** 5/24 11/2
14/5 14/16 72/13
77/12 77/15 154/8
188/19 196/6 222/14
225/20 225/22 239/21
**will [53]** 5/21 6/6
6/8 12/22 13/1 13/23
16/13 16/19 18/4
21/11 21/25 24/12
28/2 39/13 47/1 49/16
50/3 52/10 59/24
60/14 60/23 66/7 66/9
67/20 68/7 74/9 81/7
81/20 87/24 99/2
113/5 132/1 132/3
162/15 162/18 163/5
181/12 184/17 192/17
202/9 204/1 205/21
206/18 223/6 231/15
235/9 237/1 237/2
239/23 240/21 240/25
241/9 241/15
**willful [1]** 238/13
**willfully [1]** 238/2
**WILLIAM [14]** 1/4
18/8 92/10 92/11
92/11 105/12 106/19
120/9 120/12 153/15
154/14 233/8 234/7
234/16
**willing [1]** 5/13
**Willy [1]** 31/7
**wind [2]** 41/15
146/23
**window [2]** 86/19
88/12
**windows [3]** 86/14
186/1 186/23
**withdraw [2]** 121/18
220/22
**withdrawal [1]**
220/24
**withdrawn [2]** 241/2
241/3
**withdrew [1]** 220/3
**withhold [1]** 169/4
**within [10]** 90/12
90/24 91/7 113/20
113/21 114/4 167/3
171/22 173/2 205/21
**without [26]** 13/16
31/13 32/7 42/3 43/25
71/23 72/1 73/12
73/18 111/8 111/11
139/7 142/2 147/22

185/23 185/25 186/7
186/10 186/14 186/23
187/3 187/16 200/24
206/22 214/16 231/7
**witness [46]** 8/21
14/13 24/19 33/23
36/20 36/23 47/12
47/15 49/12 49/25
50/1 51/6 54/14 56/16
63/11 65/2 68/6 75/12
77/1 77/24 121/13
133/13 163/8 163/10
163/12 163/18 166/21
168/12 172/8 173/14
174/8 179/20 189/6
204/18 204/25 205/6
209/1 211/21 218/2
231/14 233/14 234/1
236/12 237/3 240/3
240/11
**witness' [2]** 172/10
231/20
**witnesses [5]** 3/2
239/19 239/21 239/25
240/5
**won't [1]** 44/24
**wonderful [1]** 10/23
**wood [3]** 61/17
62/22 101/11
**word [8]** 26/19 99/17
100/12 140/12 140/13
181/1 199/15 215/4
**words [11]** 14/20
15/20 66/11 71/13
140/11 200/2 225/11
225/24 225/25 232/22
235/6
**work [96]** 7/13 27/1
27/12 27/19 27/22
27/23 28/6 28/8 29/9
29/15 29/17 36/10
37/25 40/8 41/24 42/2
42/3 42/5 44/5 53/10
54/7 55/13 55/19
56/20 57/19 58/8 58/9
58/10 59/5 59/8 59/9
59/15 59/16 59/18
59/19 60/1 60/5 60/11
60/20 61/2 61/15
61/22 61/23 62/1
62/22 63/2 65/21
79/23 80/5 80/16
80/17 80/19 80/23
81/12 81/14 83/21
86/1 90/16 90/20
97/21 101/20 102/4
109/1 111/12 111/13
113/25 117/5 117/9
117/19 118/6 118/13
122/13 122/18 122/21
126/18 126/18 128/7
139/7 142/1 147/22

168/17 169/2 169/21
185/23 185/25 187/2
196/21 198/5 206/15
207/16 213/19 223/24
230/9 231/7 232/4
232/4
**worked [4]** 29/12
57/9 213/14 228/17
**workers [1]** 84/18
**working [4]** 111/8
160/3 194/7 194/8
**works [8]** 9/23 55/20
56/3 79/3 129/7 129/8
149/19 220/21
**would [45]** 5/12
10/4 10/4 10/13 27/19
27/21 31/11 33/23
40/25 60/11 72/16
74/20 76/15 77/15
89/5 89/17 95/18
102/6 108/8 117/24
125/21 132/4 132/4
133/23 135/1 155/14
157/20 177/5 183/12
188/19 189/6 193/11
194/4 194/5 205/19
230/11 230/22 231/6
234/25 235/20 238/1
239/14 239/20 241/20
241/22
**wouldn't [3]** 9/22
78/10 143/20
**wrapping [1]** 237/7
**write [4]** 11/24
67/19 68/19 74/12
**writes [3]** 51/19
53/5 199/7
**writing [3]** 50/22
54/5 220/14
**written [3]** 75/5
103/11 220/18
**wrong [1]** 187/9
**wrote [3]** 136/6
199/3 199/17

**Y**

**Yacmany [4]** 139/4
139/5 163/21 241/1
**yeah [10]** 44/4 51/23
108/24 140/12 143/14
145/23 154/8 223/15
223/19 229/5
**year [2]** 123/25
194/11
**years [11]** 20/16
20/18 29/15 32/12
83/11 126/16 147/19
156/19 157/2 175/25
226/9
**yellow [1]** 142/19
**yes [446]**
**yesterday [7]** 4/20

16/23 72/6 72/12
73/25 166/17 204/5
**yesterday's [1]** 19/9
**yet [8]** 33/3 44/15
54/14 121/25 135/15
210/14 236/16 241/4
**you [1121]**
**you were [12]** 11/24
22/7 24/23 31/7 36/5
125/3 128/25 192/13
200/8 212/18 219/11
225/19
**you'd [4]** 28/21
28/25 92/23 145/18
**you'll [5]** 73/7 89/22
93/5 114/7 162/17
**you're [77]** 8/12
11/12 13/3 13/20
16/17 24/4 24/4 24/5
24/7 26/15 26/16
26/18 28/22 31/20
33/21 34/19 34/20
35/8 44/7 49/19 50/22
52/16 58/22 59/17
60/8 60/13 60/17
60/19 60/19 61/13
61/18 62/4 62/22
65/23 66/25 67/8 69/7
70/7 71/21 78/6 79/10
82/18 86/21 109/8
114/16 124/20 140/1
145/13 152/20 161/19
162/2 165/19 166/23
177/9 181/11 182/10
184/9 186/13 187/10
188/25 189/4 189/17
189/18 189/21 196/5
206/2 206/9 207/19
208/4 209/12 210/6
214/10 216/13 217/5
224/1 228/9 235/3
**you've [30]** 16/7
23/16 26/11 26/25
27/3 31/3 35/17 37/15
38/14 38/20 39/8
68/25 73/6 108/2
108/18 113/11 116/10
150/7 158/14 181/8
188/9 188/21 194/19
196/15 205/25 207/11
216/7 223/21 223/21
235/14
**young [2]** 20/8 20/9
**your [322]**
**yours [2]** 150/6
180/20
**yourself [1]** 27/12
**yourselves [1]** 109/9

**Z**

**zealous [1]** 68/13
**Zoning [12]** 132/24

136/4 136/8 136/13
136/21 137/3 137/9
137/19 137/22 138/1
163/23 224/10
**ZVL [1]** 137/9