```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         (FORT LAUDERDALE)
                         CASE NO.  18-CV-24190
 3

 4   WILLIAM FULLER and
     MARTIN PINILLA, II,
 5          Plaintiffs,                   Fort Lauderdale, Florida
     vs.                                  May 15, 2023
 6
     JOE CAROLLO,
 7          Defendant.
     --------------------------------------------------------
 8                          Trial Day 19
                  BEFORE THE HONORABLE RODNEY SMITH
 9                  UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                        Jeffrey W. Gutchess, Esq.,
                          Courtney Anne Caprio, Esq.,
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:  KRINZMAN, HUSS,
                         LUBETSKY, FELDMAN & HOTTE, by:
16                       Mason A. Pertnoy, Esq.,
                         169 E. Flagler Street, Suite 500
17                       Miami, Florida  33131

18                       KUEHNE DAVIS LAW, by:
                         Benedict P. Kuehne, Esq.
19                       100 S.E. 2nd Street, Suite 3105
                         Miami, Florida  33131
20
                         SHUTTS & BOWEN, by:
21                       Marc D. Sarnoff, Esq.
                         200 S. Biscayne Blvd., Suite 4100
22                       Miami, Florida  33131

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                          Thomas E. Scott, Esq.
 3                        Amber C. Dawson, Esq.
                          9150 South Dadeland Blvd., Suite 1400
 4                        Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2    DEFENDANT'S WITNESSES:

 3                              DIRECT   CROSS  REDIRECT  RECROSS

 4    AESEL MARRERO                  7    119       163
      DANIEL ALFONSO               178    204
 5    YACMANY SALVATIRRA           216    262       278

 6

 7    PLAINTIFFS' EXHIBITS                    RECEIVED
      600, 601                                 127
 8    610                                      134
      602                                      136
 9    603                                      138
      604                                      139
10    607                                      139
      608                                      140
11    609                                      142
      611                                      144
12    612                                      145
      613                                      146
13    620                                      150
      614                                      154
14    616                                      156
      627                                      270
15
      DEFENDANT'S EXHIBITS                    RECEIVED
16    33                                        30
      34                                        38
17    29                                        58
      482 - 487                                 66
18    715                                       79
      587                                       80
19    719                                       83
      573, pages 1 and 2                        85
20    718                                       87
      101                                       88
21    578                                       92
      694                                       96
22    716                                       97
      579                                      101
23    43                                       104
      41                                       110
24    603                                      117
      98                                       252
25    21, pages 32 and 33                      257
```

1          <u>**MONDAY MORNING SESSION, MAY 15, 2023**</u>

2              <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                    - - -

4          (Call to the Order of the Court.)

5          MR. SARNOFF:  So, as this Court will recall, there's

6     been a lot of testimony that has been brought forth by

7     Mr. Pinilla, by Mr. Fuller, and by Rosa Romero that says

8     everybody knows it's Joe Carollo.  That is pure hearsay

9     testimony.

10         We have about a fifty percent rate with this Court in

11    determining whether you have sustained at it times.  I think I

12    want to bring it to the Court's attention when Mr. Gutchess

13    provided to the Court Daly vs. Far Eastern Shipping Company,

14    for a different proposition, one necessarily I don't think it

15    says, but nonetheless, brought it to this Court's attention.

16         Daly is very clear that "everybody knows" is pure

17    unadulterated hearsay, cites the Ninth Circuit, and we looked

18    up and found some parallel sites to the Eleventh Circuit that

19    you cannot bring up "everybody knows."

20         I have a bench memo.  I can provide it to counsel.  I'll

21    provide it to the Court if I can.

22         THE COURT:  Sure.

23         MR. SARNOFF:  The cases have been highlighted.  What

24    we're requesting, Your Honor, candidly, this is an opportunity

25    to cure the record.  This is an opportunity prior to

1    deliberations, for this Court to sustain the objection to

2    strike the testimony and provide a curative to the jury.

3            Again, you might be asking, why are you doing this

4    now?  Candidly, it was Daly which was -- I think 10:30 in the

5    morning, it was brought by Mr. Gutchess, that was the clearest

6    case on point that said "everybody knows" is pure unadulterated

7    hearsay.  We have objected to it going in.  This Court has

8    sometimes sustained it and has sometimes not sustained it.

9            We just want to bring it to the Court's attention to

10   make a very clear record.  So that, you know, going forward, we

11   change our behavior and going backwards, we correct the record.

12           THE COURT:  Any response from plaintiff?

13           MR. GUTCHESS:  Your Honor, we'd just ask for a day to

14   review these cases and we can respond tomorrow morning, if

15   you'd like.  We don't think there's any urgency since the

16   defendant's witness is up today in terms of a curative.  If

17   there's a need for a curative instruction, at which point it's

18   given, it probably will be given in the closings or in the jury

19   instructions.  But we'll consider the cases, and --

20           THE COURT:  Yeah, I just got the cases right now, I'm

21   going to need time to review it myself as well.

22           MR. SARNOFF:  That's fine, Your Honor.

23           THE COURT:  That's fine.  In the meantime, so we will

24   take precautionary issues as to your representation.  I haven't

25   read the case law.  It's was just presented to this Court,

```
 1   memorandum.  I'll look at it, and give the plaintiff an

 2   opportunity to respond tomorrow.  We'll go from there.  All

 3   right?

 4              MR. SARNOFF:  That's the only reason I was bringing

 5   it up was based on Daly --

 6              THE COURT:  That's fine, I will appreciate that.

 7   I will take a look at that as well.

 8              With that said, Patricia, you want to call the case so

 9   we can move forward?

10              THE COURTROOM DEPUTY:  Yes, Judge.  This is Fuller,

11   et al., versus Carollo.  Case number is 18-CV-249190, Smith.

12              Will counsel please state your appearances.

13              MR. GUTCHESS:  Good morning, Your Honor.  Jeff

14   Gutchess, Courtney Caprio, and Amanda Suarez for the

15   plaintiffs.

16              MR. PERTNOY:  Good morning, Your Honor.  Mason

17   Pertnoy, Leah Gardner, Amber Dawson, Marc Sarnoff, and Ben

18   Kuehne on behalf of Commissioner Joe Carollo.

19              THE COURT:  Good morning.  All right.  Where's the

20   witness?

21              MR. SARNOFF:  He's outside.  I'll get him, Your

22   Honor.

23              THE COURT:  Rita, can you bring the jurors, please?

24   Thank you.

25              THE COURT SECURITY OFFICER:  All rise.
```

```
 1              (Thereupon, the jury entered the courtroom.)

 2              THE COURT:  You may be seated, everyone.  Good

 3    morning, ladies and gentlemen of the jury.  How's everyone?

 4    Good?  So, four games away, right?

 5              ALL JURORS:  That's right.

 6              THE COURT:  Let's keep this streak going.

 7              With that said, you may proceed, sir.

 8              MR. SARNOFF:  Thank you, Your Honor.

 9                            -  -  -  -  -

10         CONTINUED DIRECT EXAMINATION OF AESEL MARRERO

11    BY MR. SARNOFF:

12    Q.   Director Marrero, when you were the interim director, you

13    had a plan to improve the Building Department, correct?

14              MR. GUTCHESS:  Objection, leading.

15    BY MR. SARNOFF:

16    Q.   Did you have a plan?

17    A.   The plan came in as I was -- not as the interim director,

18    the plan came in which I was given the acting role.

19    Q.   What was that plan?

20    A.   When I was given the acting role one of my first -- first

21    task that I gave myself was to fully evaluate the Building

22    Department, what were its current strengths and weaknesses, and

23    I gave a copy of that plan to my supervisor, the Deputy Manager

24    Zerry Ihekwaba.

25    Q.   What was the plan?
```

1    A.    The plan outlined that there were -- that the Building

2    Department had been grossly understaffed for decades and that,

3    you know, we have to make some major improvements to the

4    Building Department to keep up with the industry that we were

5    regulating, which as of last year stood at $3.2 billion worth

6    of construction permits per year.

7    Q.    What is a threshold building?

8    A.    A threshold building is a building that has at least three

9    stories in height, 50 feet, or three stories in height, of a

10   certain dimension and of a certain occupancy.

11   Q.    How does Miami stand in terms of the rest of the State of

12   Florida for a threshold building?

13   A.    It's perhaps one of the largest municipalities in terms of

14   its inventory of threshold buildings.

15   Q.    When you arrived at your acting role, how many Building

16   Compliance inspectors did you have?

17   A.    So the major deficiency that I found was with the Unsafe

18   Structures section.  It was a section, at that time it only had

19   two inspectors for the entire city.

20        It was -- it had, I believe, five administrative staff,

21   and just to put it in perspective, it had -- at that time in

22   2020, it had around 6 to 7,000 violations city-wide that they

23   had to supervise.  And on a yearly basis, the City of Miami

24   recertifies or come of age for recertification in the 40/50,

25   which has not been changed state-wide.

1    Q.   Forty, fifty what?

2    A.   Forty, fifty recertification process.  Buildings that are

3    40 to 45 years old, which has been lowered now in the state to

4    30, but at that time, it was 40 to 50 years old.  Not 45, 40 to

5    50.  It's every 10 years.  First 10 years and first 40 years,

6    and then it's every 10 years thereafter.

7         And the city typically, at that time in 2020, would

8    recertify around anywhere between 1,200 to 1,300 buildings per

9    year.

10        These are mostly threshold buildings throughout the city.

11   You know, we're now -- because of the changes at the state

12   level, where this calendar year, we sent out about almost 5,000

13   letters for recertification.

14        So the first thing that I outlined to the manager was that

15   through my supervisor, who was a deputy city manager, I

16   outlined that the biggest deficiency with the Building

17   Department at that point in time was the Unsafe Structures

18   section, and that it needed some major overhaul and some much

19   needed staffing to keep up with the workload.

20   Q.   So you said when you started to analyze it, you had two

21   inspectors.  How many do you have now?

22   A.   We have close to 15 inspectors right now.  One of the

23   things that I did was we maintained the same level of

24   professionalism that's needed from the plans review and

25   inspector side of the house, meaning those are the ones that

```
 1   review the plans and then perform the inspections.

 2        I wanted the inspectors in the Unsafe Structures to have

 3   the same level of certification so that we could, at any given

 4   point, have the flexibility of rotating inspectors from one

 5   side of the house to the other, but at least have the ability

 6   to, if we have, you know, five districts, have at least the

 7   flexibility of at least two to three inspectors per district so

 8   that we can, you know, have eyes in the field and be able to

 9   follow up on all of these violations.

10   Q.   And who are your eyes?  Are those the Code -- are those

11   the Building Compliance officers?

12   A.   They're Building inspectors, just like the ones that I

13   have plans review and inspectors, they're senior inspectors or

14   regular inspectors on different trades.

15   Q.   Are those the folks that do the photographing?

16   A.   Yes, they are.

17   Q.   Do you reasonably rely upon their ability to photograph,

18   to review a file?

19   A.   That's correct.

20   Q.   And do you sometimes have to look historically to see what

21   the previous photos were to determine a base level of where

22   that building stands in terms of its compliance?

23   A.   That is correct.

24   Q.   And with regard to the three buildings, the Tower, what we

25   call the Tower Complex, 1450?
```

```
1   A.    There's more than three buildings, three properties.

2   Q.    There's more than three buildings?

3   A.    Yes.

4   Q.    So I understand it's 1450, which is the three-story hotel,

5   correct?

6   A.    Right.

7   Q.    There's 1460, which is the --

8   A.    The office building has two sections, yeah.

9   Q.    I didn't know that.

10  A.    It was 1444, I mean, just the two different sections

11  there, we consider the pool a structure as well so, you know,

12  when we talk about structures, there's more than three.

13  Q.    Okay.  But we're talking about 1444, 1450, 1460?

14  A.    Correct.

15  Q.    As we left off, I believe we left off at the 1460, and we

16  were in DX 32, and I believe if we could go to the Notice of

17  Unsafe Structure Violation.  Now, this is -- what is this?

18  A.    This is a Compliance Agreement.

19  Q.    No, no.  Notice of Unsafe Structure Violation.

20  A.    The one that you were in was a Compliance Agreement.

21          MR. SARNOFF:  Curtis, you're killing me.  Go to

22  the -- it's right here, Curtis.  Notice of Unsafe Structure.

23  Should be back right after the photographs.

24          In DX 32, there will be a Notice of Unsafe Structure

25  Violation.
```

1   **BY MR. SARNOFF:**

2   Q.    Is the Notice of Unsafe Structure Violation evidenced by

3   the photographs?

4   A.    Yes, it is.

5   Q.    Okay.  And once again, that provides notice to whom?

6   A.    That provides notice to any building occupants, to any

7   contractors that may be performing work without permits.  It

8   provides notices to the building owner or any parties having

9   interest in the particular property.

10  Q.    Okay.  And subsequent to that, there is what we've called

11  before, spoke about before, a Compliance Agreement, correct?

12  A.    Correct.

13  Q.    Can we go to the Compliance Agreement?  Now, the

14  Compliance Agreement is in lieu of going to the Unsafe

15  Structure Panel?

16  A.    Not always.  There was a practice that those would be

17  issued prior to.  In the past, prior to going to Unsafe

18  Structure Panel.  You could do both.  Back then, the practice

19  was to do both.

20  Q.    Is a Compliance Agreement a contract with the city?

21  A.    It is.

22  Q.    And is the owner required -- and I'm going to read from --

23  tell me if I've read this correctly.  The owner agrees the

24  above described property is in violation of the City of Miami

25  Code, and then he subsequently agrees to come into compliance,

1    correct?

2    A.    That is correct.  That was our terms that will be

3    incorporated in every single agreement.

4    Q.    Okay.  And on page 2 of 5, if we go to page 2, there seems

5    to be a section with regard to a bond or letter of credit.  Was

6    a bond or letter of credit issued so that if they did not

7    comply, that the demolition would be paid for by them?

8    A.    In this particular agreement, yes.

9    Q.    Let's move three pages forward.  One more.

10         Are you familiar with this document?

11   A.    Yes, I am.

12   Q.    What is it?

13   A.    This is a copy of our City View, City of Miami internal

14   program that we keep to maintain track of every building

15   department and code enforcement violations.  As of this year,

16   we have replaced it now with one that's in the 21st century,

17   Code Check, but there is -- every violation that was opened

18   under this program will be maintained under this program until

19   it is closed.

20   Q.    And is it the practice of the Building Department, once

21   there's been work done without a permit, to properly document

22   the work that's done?

23   A.    Every step of the way is documented pre '23 in City View,

24   and post '23 in Code Check.

25              MR. SARNOFF:  And if we can move forward two slots,

1    Curtis.

2    **BY MR. SARNOFF:**

3    Q.   We talked about this before.  The City of Miami creates --

4    does the City of Miami create a building number, a BB number?

5    A.   Yes, we do.

6    Q.   Okay.  And does the BB number correspond with the date of

7    the violation?

8    A.   Yes, it does.

9    Q.   Okay.  And do you recognize what's in front of you?

10   A.   I do.

11   Q.   What is it?

12   A.   This is a typical City of Miami Unsafe Structures posting.

13   It's got the date that it was posted, it's got the violation

14   number, the BB 202001200.  It's got -- in bold letters, you

15   have also the address and the folio number, and then in the

16   middle, you have an actual physical copy of the first notice.

17   That is the one that's printed on the site and it's a

18   representation of what's also mailed.

19   Q.   Now, posting that notice puts who on notice?

20   A.   Puts every building occupant, if you have any, puts any

21   contractor that is doing or performing work without permits on

22   notice, and it puts the owners and any interested parties on

23   notice.

24   Q.   Okay.  And as you said, the practice is to document the

25   work that's being commenced without permit, correct?

```
 1   A.    The inspection, yes.
 2   Q.    Can we just go through these photographs and could you
 3   describe what you're seeing of work without a permit?
 4         MR. GUTCHESS:  I'm going to object.  Lack of personal
 5   knowledge.
 6         THE COURT:  The objection is sustained.  He can
 7   comment about any of those signs that were posted, but as to
 8   commenting about photographs, I'm sustaining the objection.
 9   BY MR. SARNOFF:
10   Q.    Is all of the work that's done without a permit, does it
11   include the pool?
12         MR. GUTCHESS:  Objection.  Same.  Lack of personal
13   knowledge.
14         THE COURT:  Overruled.  He can answer that question.
15         THE WITNESS:  Yes.
16   BY MR. SARNOFF:
17   Q.    If I see a Kubota machine digging, would that be without a
18   permit?
19         MR. GUTCHESS:  Objection.  Lack of personal
20   knowledge.
21         THE COURT:  I'm going to overrule the objection.  He
22   can answer that question as well.
23         THE WITNESS:  Yes.  There was digging being performed
24   for the work related to the pool.
25         MR. SARNOFF:  And if we could just go forward a
```

1    couple pictures.  I'll tell you when to stop, Curtis.  Stop,

2    back.  Okay.

3    **BY MR. SARNOFF:**

4    Q.   Was it documented -- the footing of the one-story

5    building, was that properly documented?

6    A.   What's being documented on that picture is that you have

7    an opening --

8            MR. GUTCHESS:  Objection.  Lack of personal

9    knowledge.

10           THE COURT:  Sustained.

11   **BY MR. SARNOFF:**

12   Q.   Let's go to the next picture.  Was any of the interior of

13   the house commenced work prior to getting a permit?

14           MR. GUTCHESS:  Objection.  Lack of personal

15   knowledge.

16           THE WITNESS:  Correct.

17           THE COURT:  Overruled.

18   **BY MR. SARNOFF:**

19   Q.   What would be required for a person to put a steel

20   structure on top of the roof?  What would be required under

21   your analysis of Building?

22   A.   In this case, it's below the roof, you want to --

23   Q.   Shows you my Building ability.

24   A.   If you want to be able to have a structure member that's

25   able to sustain all of that weight, and so you would need to

 1  submit to the Building Department structural calculations

 2  indeed verifying that that structure member is able to take on

 3  those loads.

 4  Q.   And were those calculations done prior to the installation

 5  of the beam?

 6          MR. GUTCHESS:  Objection.  Lack of personal

 7  knowledge.

 8          THE COURT:  Overruled.

 9          THE WITNESS:  No.

10          MR. SARNOFF:  Okay.  Let's go to the Repair or

11  Demolish Final Notice.  And I believe, Curtis, you're going to

12  move about four to five pages.  You can just go slowly.  There

13  you go.

14  **BY MR. SARNOFF:**

15  Q.   Now, again, are you familiar with this document, Repair or

16  Demolish Final Notice?

17  A.   Yes, I am.

18  Q.   What's the purpose of this document?

19  A.   Again, the same applies.  It would be to, again, inform

20  any building occupants, any contractor performing work without

21  permits, the building owner, and any interested parties of

22  the --

23  Q.   I didn't mean to cut you off.  In this particular

24  document, they reference violation reference number 7602,

25  working without a permit, building, roofing, mechanical,

1    electrical, plumbing.  It cites Section 104 FBC.  Is FBC the

2    Florida Building Code?

3    A.   That is correct.

4    Q.   And Chapter 8-10 of the Code of Miami-Dade County.  What

5    is that?

6    A.   It's the section of Miami-Dade County that regulates

7    construction in the county.

8    Q.   And it then says:  Need to stop work immediately.  Submit

9    architectural, engineering plans detailing all work alterations

10   taking place, and acquire the permit and inspections as per

11   FBC, the Florida Building Code again?

12   A.   Correct.

13   Q.   And local ordinances, correct?

14   A.   Correct.

15   Q.   And is it the practice of the Building inspectors when

16   they issue the final notice to, again, go out and take further

17   photographic evidence?

18   A.   That is correct.  That is a normal practice.  Every time

19   an inspector goes out in the field, we would -- if we are able

20   to gain access to the property, we try to document the state

21   and condition of the structure at that particular point in

22   time.

23   Q.   Okay.  And do they document further work going on --

24   sorry, do they document the work continuing to go on?

25   A.   They just document the existing condition as it is.

```
 1   Q.    Okay.  And I want to take you to -- let's go to the one
 2   page in.  Next one.  Yeah.
 3        Are you required to have permits if you're going to be
 4   placing pavers?
 5   A.    Absolutely.  Everything that you see in this picture
 6   requires a permit.
 7   Q.    And next page, do you recall the pictures that were taken
 8   earlier in 2018?
 9   A.    I do.
10   Q.    There was a window here, correct?
11        MR. GUTCHESS:  Objection.  Lack of personal
12   knowledge.
13        THE COURT:  Overruled.  He can answer that question.
14        THE WITNESS:  That wall was not there -- that opening
15   was not there back in 2018.
16   BY MR. SARNOFF:
17   Q.    And with regard to the footing, what is that evidencing?
18   A.    Well, what's -- you cannot see the footing, but you can
19   see that there's a little -- there's a partial collapse of
20   that, the edge of that wall.  That has not been properly
21   reinforced to transfer those loads from the roof down to the
22   foundation.
23   Q.    And yet, the pavers are going right adjacent to that
24   breakage?
25   A.    That's what the image shows, correct.
```

1    Q.   And we go to the next page, if we could, once again, is

2    the envelope of the building changing?

3    A.   Yes, it is.

4    Q.   And what does that mean?  Put that in context to us.

5    A.   As I mentioned last week, the building envelope is your

6    first line of protection for any structure, so that's one of

7    the most critical components.  And in this particular case, you

8    see that envelope being altered without any building permits.

9    Q.   Let's go to the next picture, if we could.  Is this --

10   what is being depicted in this photograph?

11            MR. GUTCHESS:  I'm going to object.  Lack of personal

12   knowledge.

13            THE COURT:  Overruled.

14            THE WITNESS:  What you're depicting here in this

15   image is scaffolding that's being placed to temporarily hold

16   that roofing structure.

17   **BY MR. SARNOFF**

18   Q.   Let's go to the next picture.  What is being depicted?

19   A.   Same.

20   Q.   Same?

21   A.   Yeah.

22   Q.   Next picture.

23   A.   So if you go back to 2018, there was a floor, so that was

24   also removed back in -- so two years later, the flooring system

25   has been fully removed again without permits.

```
 1    Q.   And based on your review of the file, has there been a
 2    load calculation?
 3              MR. GUTCHESS:  Objection.  Lack of personal
 4    knowledge.
 5              THE COURT:  I'm going to sustain.  Rephrase that
 6    question, Mr. Sarnoff.
```

 7  **BY MR. SARNOFF:**

```
 8    Q.   What is depicted in this photograph?  Has there been --
 9    has there been a permitting process to calculate load?
10              MR. GUTCHESS:  Objection.  Lack of personal
11    knowledge.
12              THE COURT:  Overruled.
13              MR. SARNOFF:  I didn't hear an answer.
14              THE WITNESS:  No building permit had been submitted
15    at this point; had been obtained at this point, no.
```

16  **BY MR. SARNOFF:**

```
17    Q.   Would that building permit have included a load
18    calculation?
19    A.   Yes, it would have.
20    Q.   And that would have been done by a structural engineer?
21    A.   Yes.
22    Q.   And move on.  Next one, following.  I'm going to ask the
23    same question.  Was there a permit issued for the left side of
24    a wall with regard to a permitting process that had a load
25    calculation?
```

```
 1   A.   No building permit had been issued to date that I'm aware
 2   of on this particular property.
 3   Q.   Let's just go through a couple more of these photos.  Stop
 4   right there.  What is evidenced in this picture?
 5   A.   You see a column that's cracked and you have -- you have
 6   pavers that have been laid out up against that column.  That's
 7   all I can see right there.
 8   Q.   Okay.  And just go through a couple more of these photos.
 9   Keep going, right there.  What is evidenced in this picture?
10   A.   Again, building envelope is being altered.  Openings
11   closed, openings, new openings made, new openings closed
12   without permits.
13   Q.   Why is the permit process important?
14   A.   To ensure life safety and protection, you know.  That's
15   the main intent of the code.  To ensure that -- you have to
16   ensure the life and the safety of the occupants and the
17   structure.
18   Q.   Does every building get sort of like a birthdate and then
19   a history?
20   A.   Yes, they do.  Your birthdate is the day that the building
21   is built from scratch, day zero.  That's your birthdate.  And
22   here in the -- in Miami-Dade County, you used to, based on that
23   birthdate, we used to recertify buildings every 40 years.  Now
24   in the entire State of Florida, it's every 30.  Commercial
25   buildings.
```

```
1   Q.   Understood.  And are you the repository for every change

2   or alteration for certification of that building?

3   A.   Yes, I am.

4   Q.   So, as a repository of all, is that mandated by the State

5   of Florida?

6   A.   It is.

7   Q.   And every alteration or change that occurs should be

8   documented in your files, correct?

9   A.   That is correct.

10  Q.   To fail to do so, why is that a problem?

11  A.   To fail to document how that building has been altered,

12  you know, A, you lose chain of custody of what has transpired;

13  B, you're performing work without permit; and then C, you don't

14  know if that work that had been done without a permit complies

15  or not with code.

16        MR. SARNOFF:  Let's just go through a couple more of

17  these photos, Curtis.

18  BY MR. SARNOFF:

19  Q.   Again, what does this photograph evidence to you?

20  A.   You have failure at the corner of that structure.

21  Q.   Let's go, next one.  Again, is this further evidence?

22  A.   Yeah, same condition.

23  Q.   Okay.  Next one.  Same condition?

24  A.   Yep.

25  Q.   Okay.  And then let's move to the posted Notice of
```

 1   Hearing.  Not to be reiterative, but what is this?

 2   A.   Again, every time we post a notice, it's with the same

 3   intent.  It could be a first notice, it could be a final

 4   notice.  It could be, as in this case, a notice of hearing.

 5        The intent is always to let any building occupants, if

 6   there's any, any contractors that may be performing work

 7   without permits, let the owner know, and any interested parties

 8   of the action that is being taken by the city.  In this

 9   particular case, the property is being set for hearing.

10   Q.   And that's in front of the Unsafe Structure Panel?

11   A.   That is correct.  The City of Miami Unsafe Structure

12   Panel.

13   Q.   Not a panel chosen by Carollo, right?

14   A.   No.

15   Q.   Not people appointed by Carollo?

16   A.   No.

17   Q.   Have any of these notices been as a result of Commissioner

18   Carollo's instruction?

19             MR. GUTCHESS:  Objection.  Lack of foundation.

20             THE COURT:  Sustained.

21   **BY MR. SARNOFF:**

22   Q.   To your knowledge, has Carollo instructed you or anyone in

23   your department to issue these notices?

24   A.   No.

25   Q.   Let's go to the posted notice of the order -- of the

```
 1  Unsafe Structure Panel.  Even better, the Order of the Unsafe
 2  Structure Panel.  So what is this?
 3  A.   This is a document that's issued by the Unsafe Structure
 4  Panel.  It's signed by the panelists, and it provides an order
 5  as to what needs to be done in order bring that property back
 6  into compliance.  In this case, properties.  There's two.
 7  Q.   And even after that Unsafe Structure --
 8  A.   Sorry, not properties, structures.
 9  Q.   Even after that Unsafe Structure Panel order, did you
10  allow Mr. Fuller to come into a Compliance Agreement again?
11  A.   I believe that was the case in this property, yes.
12       MR. SARNOFF:  Can we go to the -- I think it's
13  backwards.  I apologize, it's not backwards, it's forwards.  I
14  apologize, Curtis.  I think you're going to find it probably a
15  good 15, 20 pages in.  And I mean going forward.  That's it.
16  BY MR. SARNOFF:
17  Q.   Are you familiar with this document?
18  A.   I am.
19  Q.   What is it?
20  A.   This is a Compliance Agreement.
21  Q.   And this is a second Compliance Agreement, correct?
22  A.   That is my understanding for this property, that is
23  correct.
24  Q.   And this one has a BB 2020 number on it, correct?
25  A.   Yes.
```

1    Q.   Just for the ladies and gentlemen of the jury, what does

2    that indicate to you?

3    A.   The BB 2020?

4    Q.   Yes.

5    A.   That is the case number.

6    Q.   And does that mean it occurred in 2020?

7    A.   Correct.

8    Q.   And if we were -- I'll read it back to you, the first

9    Compliance Agreement is a BB 2018 number.  What does that

10   indicate to you?

11   A.   That the violation was opened in 2018.

12   Q.   Okay.  So this is the second Compliance Agreement,

13   correct?

14   A.   Correct.

15   Q.   And did they comply -- well, first off, did this

16   Compliance Agreement have certain anniversary dates that must

17   be met?

18   A.   Every Compliance Agreement and Unsafe Structure Panel has

19   milestones that need to be met, have milestones for or

20   timeframes for building plans to be submitted to the city, for

21   when a building permit has to be obtained from the city, and by

22   when all construction work has to be completed.

23        So even though you have an overarching larger timeframe,

24   each individual milestone that I just described, it's an

25   individual milestone on its own.

1    Q.    Okay.  And in this particular agreement, it says all plans

2    shall be prepared and introduced into the Building Department.

3    That's you, correct?

4    A.    Correct.

5    Q.    Within 30 calendar days from the date of the signing of

6    this agreement.  The agreement is signed by Mr. Fuller

7    October 13th, 2021.

8    A.    Mm-hmm.

9    Q.    All building plans shall be obtained and paid for within

10   60 calendar days after the plans have been submitted.  All

11   repairs or items must be completed within 180 days of the

12   issuance of the permit unless provided for otherwise in the

13   agreement.  The plans shall be submitted to first to the Unsafe

14   Structures Section for review and approval.  Why is that?

15   A.    The reason why that note is there is because we want to

16   ensure that what's being submitted to the Building Department

17   satisfies all of the violations outlined in the violation.

18   Q.    It further says:  The building permit shall be obtained by

19   a licensed contractor.  Why is that important?

20   A.    Any work being performed in the City of Miami requires

21   that it be done by a qualified licensed contractor in the

22   trades or work that is being performed and that such a

23   contractor has valid insurance and workers' compensation,

24   liability in place.  We doublecheck all of that before a

25   contractor is allowed to be registered to perform work with the

```
 1    City of Miami.
 2    Q.   So in your experience, a licensed contractor, when he sees
 3    a Stop Work Order, what will he do?
 4              MR. GUTCHESS:  Objection.  Speculation.
 5              THE COURT:  Sustained.
 6    BY MR. SARNOFF:
 7    Q.   Is a licensed contractor supposed to obey a Stop Work
 8    Order?
 9              MR. GUTCHESS:  Objection.  Speculation.
10              THE COURT:  All right.  I'm sustaining the objection
11    as to this line of questioning.
12              MR. SARNOFF:  Okay.
13    BY MR. SARNOFF:
14    Q.   And it talks about the building permit shall be obtained
15    by a licensed contractor pursuant to Section 10-5, Subsection 2
16    of the Miami-Dade County Code as amended unless otherwise
17    provided for by the Building official.  Is that correct?
18    A.   That's what it states, yes.
19    Q.   And in this Compliance Agreement, did Mr. Fuller comply?
20              MR. GUTCHESS:  Objection.  Calls for speculation.
21              THE COURT:  Sustained.
22    BY MR. SARNOFF:
23    Q.   Were there the timeframes met within this Compliance
24    Agreement?
25    A.   No.
```

```
 1    Q.   So just for review, 1460, we have one Compliance Agreement
 2    where they admit they're in violation, an Unsafe Structure
 3    Panel order, a second Compliance Agreement, which they failed
 4    to follow.  What is the status of this particular 1460 address?
 5    A.   Both violations remain open for the work performed without
 6    permits at the structure.  The single story structure as well
 7    as the commercial pool.
 8    Q.   Okay.  Thank you.  Director Marrero, you provided -- did
 9    you provide to me pursuant to a public records request DX 33?
10    A.   Yes, we did.
11    Q.   Okay.  And is DX 33 a true and authentic copy of a
12    document that came from your Building Department?
13    A.   Yes, it is.
14    Q.   And is DX 33 --
15              MR. GUTCHESS:  Your Honor, what is DX 33?  I mean,
16    does he have it up?  Is he looking at it?
17              MR. SARNOFF:  I'll put it up.
18              THE COURT:  Is it in evidence already?
19              MR. SARNOFF:  I don't know if it's in evidence.  It's
20    not objected to.
21              THE COURT:  I understand that.  I would like to see
22    it first.
23              MR. SARNOFF:  Sure.  Let's put up DX 33.
24              THE COURT:  Any objection?
25              MR. GUTCHESS:  Just the same lack of personal
```

```
 1   knowledge.  Predates his time as the director.

 2             THE COURT:  You can cross-examine.  That will be

 3   overruled, sir.

 4             MR. GUTCHESS:  Fine.

 5             THE COURT:  This is the notice posted is DX --

 6             MR. SARNOFF:  This is the notice.

 7             THE COURT:  Go ahead, sir.

 8             MR. SARNOFF:  Now let's publish to the jury, and I

 9   would offer into evidence DX 33.

10             THE COURT:  It's noted over plaintiffs' objection.

11   Thank you.

12                  (Defendant's Exhibit 33 Received.)

13   BY MR. SARNOFF:

14   Q.   First off, I know we've said this before, but this is a

15   new property.  What is this?

16   A.   This is a Notice of Violation that is being posted on this

17   particular property.  Again, it's by the City of Miami Unsafe

18   Structures Section.  It's got the date it was posted, the

19   violation number, property address, folio, and a copy of the

20   actual letter that has been mailed as well.

21        And, again, it's to be placed in a conspicuous location so

22   that you alert, again, any building occupants, if you have any,

23   any contractors on the site, building owner, and any interested

24   parties.

25   Q.   Okay.  And in accordance with the practices of the Unsafe
```

1   Structure Department, do they document what they see when they

2   post their notice?

3   A.   As part of their regular work duties, yes, they're

4   supposed to take photographic evidence of the site's condition

5   at the time of their visit.

6   Q.   And do you reasonably rely upon their documentation of the

7   record of the structure when reviewing and helping to try to

8   allow this structure to come into compliance?

9           MR. GUTCHESS:  Objection.  There's been no testimony

10   this gentleman's ever reviewed this.

11   **BY MR. SARNOFF:**

12   Q.   Have you reviewed this file?

13   A.   Yes, I have.

14   Q.   Extensively?

15           THE COURT:  Overruled.

16           THE WITNESS:  Yes, I have.

17   **BY MR. SARNOFF:**

18   Q.   And in your review of this record, we had talked about

19   this before with other properties.  This is part of the

20   birthdate and history of this building, correct?

21   A.   So there's two birthdays for a building.  The date when

22   the building is actually built.  This is the date when the

23   actual violation was documented on the site.  So there's two

24   different dates, when that first notice was actually posted and

25   mailed out.

```
 1   Q.   And do you reasonably rely upon all of this documentation

 2   in your analysis to determine whether this building will or

 3   will ever come into compliance?

 4   A.   Yes, we do.  That's exactly the basis of tracking every

 5   single building violation in the Building Department.

 6   Q.   Okay.  So let's just go through this.  I'll tell you when

 7   to stop.  You document first the outside of the building?

 8   A.   Yes.  The intent is always to provide context, and then if

 9   you have access to the inside, also document the -- if you have

10   access to the site, document from the outside.  If you have

11   access to the inside, also document the inside.

12   Q.   Okay.  Let's go -- so, again, I don't mean to be verbatim,

13   but a Stop Work Order, a posted notice, why?

14   A.   Because it was found that work was being performed without

15   permits.

16   Q.   Let's go to the Compliance Agreement.  Are you familiar

17   with this?

18   A.   Yes, I am.

19   Q.   Okay.  And it reads:  The owner agrees -- first off, this

20   is a contract between Mr. Fuller --

21           MR. GUTCHESS:  Objection, leading.

22           THE COURT:  Wait, there's an objection.  The

23   objection is sustained.  Rephrase the question to him to

24   eliminate the leading question.

25           MR. SARNOFF:  Yes, sir.
```

1    **BY MR. SARNOFF:**

2    Q.    Is this a contract between Mr. Fuller and the City of

3    Miami to come into compliance?

4    A.    Yes, it is.

5    Q.    And it reads:  Section 3, right at the front page, The

6    owner agrees the above described property is in violation of

7    the City of Miami code, and subsequently the owner agrees to

8    the following terms.  It also reads that the owner voluntarily

9    makes a binding commitment to assure the property will be in

10   compliance with the provisions of the Florida Building Code,

11   Fire Prevention Code, and all other state, federal, or local

12   codes as amended.  Correct?

13   A.    Correct.

14   Q.    Now on page 2, there's an extra term in there, and could

15   you describe what D depicts?

16   A.    D depicts a bond that is being also placed on this

17   property in case the compliance is not achieved, that the city

18   has the ability to exercise that bond and demolish this

19   structure.

20   Q.    Okay.  And, again, does this Compliance Agreement have

21   anniversary dates or threshold dates?

22   A.    It does.

23   Q.    And did Mr. Fuller meet the threshold dates?

24   A.    This is the -- this is the only property that I -- to be

25   honest with you, I don't know if each individual dates were

1    complied with, but this is the only property that a building

2    permit was obtained and a building permit was actually

3    finalized last year.

4    Q.   Let's move to the Stop Work Order.  You're familiar with

5    this, correct?

6    A.   Yes.

7    Q.   And again, in practice with your department, and your

8    code -- I'm sorry, your Building inspectors, do they document

9    photographically what's going on?

10   A.   Every time they go out to the field.

11   Q.   And do these photographs depict what's going on in the

12   field?

13   A.    I don't see any photographs but -- there you go.  Yep.

14   Q.   Now, with regard to the Compliance Agreement, did you have

15   any instruction or are you aware of any instruction from Joe

16   Carollo to do this Compliance Agreement?

17   A.   No.

18   Q.   To not do this Compliance Agreement?

19   A.   No.

20   Q.   Does your office act independent of Commission offices?

21   A.   Yes, we do.  I report to the city manager.

22   Q.   Is it fair to say that they obtained building permits

23   after they were caught doing work without a permit?

24           MR. GUTCHESS:  Objection, leading.

25           THE COURT:  Sustained.

1    **BY MR. SARNOFF:**

2    Q.   How did they obtain their building permit?

3    A.   They obtained the building permit by submitting plans to

4    the City of Miami Building Department.   Those plans were

5    reviewed, found to be in compliance and a building permit was

6    issued.

7    Q.   And the work that was done prior to was non-permitted

8    work, correct?

9            MR. GUTCHESS:  Objection, leading.

10           THE COURT:  Sustained.

11   **BY MR. SARNOFF:**

12   Q.   What work was done before the building permit?

13           MR. GUTCHESS:  Objection.  Lack of personal

14   knowledge.

15           THE COURT:  Overruled.  If he knows.

16           THE WITNESS:  There was extensive demolition

17   performed prior to obtaining the building permit.

18   **BY MR. SARNOFF:**

19   Q.   You indicated that this particular building is now in

20   compliance?

21   A.   That is correct.

22   Q.   Anyone from -- any commissioners ever try to interfere

23   with that?

24   A.   Not with my office.

25   Q.   And let's talk about for a moment demolition.  To demolish

1    a commercial building, do you require what's known as an

2    asbestos study?

3    A.    Correct.

4    Q.    In your review of the 1450 file, that's the three-story

5    structure, was there ever an asbestos study done?

6    A.    I do not recall having seen one in my analysis of that

7    particular property.

8    Q.    For 1460, was there an asbestos study performed?

9    A.    Yes.

10   Q.    Was that asbestos study done after the demolition had

11   occurred?

12   A.    That's what the date on the report indicates, yes.

13   Q.    1444, was there an asbestos study?

14   A.    Yes.

15   Q.    Does that asbestos study come after the date the

16   demolition had already occurred?

17   A.    That's -- from my recollection it's dated after the

18   violations, yes.

19   Q.    Describe to the ladies and gentlemen what the intention

20   and how an asbestos study works.

21   A.    The intent is to collect a sample of every building

22   component that is being removed, and that will be taken to a

23   lab and tested to see if that building material contains any

24   asbestos.

25   Q.    And in the event it's found?

```
1    A.    In the event that it is found, it is the responsibility of

2    the contractor to put together a remediation plan to make sure

3    that that asbestos-containing material is removed in a safe

4    manner.

5    Q.    What is friable?

6    A.    Friable means that it's, the particles can become loose

7    and become part of the ambient air.  You can breathe them in.

8    Q.    Was there any concern for that?

9    A.    Absolutely.  That's one of the worst, you know, asbestos,

10   that's one of the -- the one condition that you worry about the

11   most when dealing with asbestos-containing materials.

12   Q.    What is the probability of a 1920s building having

13   asbestos?

14          MR. GUTCHESS:  Objection.  Calls for speculation.

15          THE COURT:  Sustained.
```

**BY MR. SARNOFF:**

```
17   Q.    Based on your years of practice as an architect, and

18   having been an architect for Miami-Dade County --

19          MR. GUTCHESS:  Objection.  He's not been called as an

20   expert in architecture.

21          THE COURT:  I'm sustaining the objection.  Next

22   question, Mr. Sarnoff.
```

**BY MR. SARNOFF:**

```
24   Q.    Does the Florida Building Code mandate asbestos studies?

25          MR. GUTCHESS:  Objection.  Calls for legal
```

```
 1   conclusion.

 2              THE COURT:  Sustained.

 3              MR. SARNOFF:  DX 34.  So I'm going to call up DX 34.

 4   There's no objection to this on the exhibit list, Your Honor.

 5              THE COURT:  Please show it on the screen first on my

 6   side and opposing counsel.  All right.  Any objection?

 7              MR. GUTCHESS:  We don't have an objection to these

 8   notices.

 9              THE COURT:  All right.  Moving forward, all the

10   notices posted.  No objection, okay.

11              MR. GUTCHESS:  Okay.

12              MR. SARNOFF:  So we'd move into evidence, Your Honor,

13   DX 34.

14              THE COURT:  Granted.

15                  (Defendant's Exhibit 34 Received.)

16              MR. SARNOFF:  Let's do a publication to the jury.

17   BY MR. SARNOFF:

18   Q.   Are you familiar with this document?

19   A.   Yes.

20   Q.   What is it?

21   A.   It's again a violation, a first Notice of Violation from

22   the City of Miami Unsafe Structures Department.  It's -- this

23   is a photograph of the violation being posted on-site, and I

24   stated before, it is to let any building occupants, any

25   contractors, and building owner aware of the violation being
```

 1   posted.

 2   Q.   And the next page, what is this?  Not to be redundant.

 3   A.   It's a Stop Work Order.  So on that particular date, they

 4   did both.  They posted the first notice as well as a Stop Work

 5   Order.

 6   Q.   And acting in concert with what you've testified before,

 7   did the Building inspectors go out and document what they saw?

 8   A.   That is correct.  They do that every time they go out to

 9   the field.

10   Q.   Let's just go through a couple of these pages slowly.  Now

11   with regard to right there, what is being depicted here?

12           MR. GUTCHESS:  Objection.  Lack of personal

13   knowledge.

14           THE COURT:  Overruled.  He can answer that question.

15           THE WITNESS:  This trenching work being done.

16   **BY MR. SARNOFF:**

17   Q.   Why do you trench?

18   A.   Because you will be putting some equipment underground, it

19   could be electrical equipment, it could be plumbing equipment.

20   Q.   Okay.  Let's go to the next picture.  Is this the

21   equipment you are describing?

22   A.   Correct.

23   Q.   Next picture.  Additional piping that you're describing?

24   A.   Correct.

25   Q.   Next picture, next picture, next picture.  Now, this is

```
 1  the interior?
 2          MR. GUTCHESS:  Object just to vague, which property
 3  is this?  Is this part of the Tower Hotel complex or something
 4  else?
 5          MR. SARNOFF:  That's 1558 SW 7th Street, 1568 SW 7th
 6  Street, this would be approximately.
 7          MR. GUTCHESS:  Is this the Tower Hotel or no?  Just
 8  to clarify.
 9          MR. SARNOFF:  No, it's not the Tower Hotel.
10          MR. GUTCHESS:  I didn't understand that.
11  BY MR. SARNOFF:
12  Q.   This is a separate property, correct?
13  A.   These are the three duplexes.
14          MR. GUTCHESS:  Object just to really advance, Your
15  Honor.  I'm not sure this has anything to do with this case.
16          MR. SARNOFF:  Part of our affirmative defense number
17  5.
18          THE COURT:  Overruled.
19  BY MR. SARNOFF:
20  Q.   Now, when we come inside this particular shot here, what
21  is this depicting?
22  A.   Extensive demolition being done without permits.
23  Q.   And is that the floor?
24  A.   That is correct.
25  Q.   Go to the next picture.  What's the stuff on top of those
```

```
 1  beams?  What's that called?

 2  A.   Talking about the plywood?

 3  Q.   Yeah.

 4  A.   That's the -- that will be the floor diaphragm.  That's

 5  the floor, what would be eventually holding the finished floor

 6  in place.

 7  Q.   What's the stuff below it?

 8  A.   Those are the structural members.

 9  Q.   Is that load bearing?

10  A.   Yes, they are.

11       MR. SARNOFF:  And if we can go to the next page,

12  Curtis.  Keep going.

13  BY MR. SARNOFF:

14  Q.   What does this depict?

15  A.   These are steel column and steel beam.

16  Q.   What are they doing?

17  A.   In this particular scenario, they're holding -- they're

18  helping support the roofing structure.

19  Q.   And was there any permit pulled to --

20       MR. GUTCHESS:  Objection.  Lack of personal

21  knowledge.

22       THE COURT:  Wait.  Overruled.

23  BY MR. SARNOFF:

24  Q.   For this particular structural member --

25       THE COURT:  Overruled.
```

1          THE WITNESS:  Not at this point in time, no.

2    **BY MR. SARNOFF:**

3    Q.   Would that permit have contained a load calculation done

4    by an engineer?

5    A.   Yes.

6    Q.   Why is that important?

7    A.   You need to ensure that that member has been properly

8    designed to sustain those loads.

9    Q.   And the next picture, next picture.  What is this

10   depicting?

11   A.   Point of connection to FPL electrical.

12   Q.   And was this building electrified?

13   A.   At this point, one of them is electrified, yes.  You can

14   see that on the picture.

15   Q.   Let's go to the exterior of the building.  One more,

16   sorry.  What are these large structures that appear on the

17   left-hand side of the photograph?

18   A.   They appear to be holding tanks.  I don't know.

19   Q.   Any of this work permitted at this point?

20   A.   Nope.

21   Q.   Just keep going through.  I think we can go back to the

22   interior.  Next photograph.  Keep going.  Right there.

23          What is being depicted here?

24   A.   What's being demolished, again, demolition of what seems

25   to be a load bearing wall that has been removed or altered.

1   Q.   Is this work -- would this work require a permit?

2   A.   Absolutely.

3   Q.   Would that permit have contained load calculations?

4   A.   If you're altering any load bearing components, yes.

5   Q.   Would that have been done by an engineer?

6   A.   Correct.

7   Q.   Let's go to the next photograph.  Is this a different

8   structural beam, or is this a different angle of the structural

9   beam?

10   A.   It seems to be a different angle.  Maybe at the opposite

11   end of what the first picture was taken from.

12   Q.   Next picture.  Let's go right there.  What does this

13   depict?

14   A.   Again, you removed a masonry wall, and all you are

15   exposing is the top member which is not meant to be

16   freestanding as it is right there.  It's -- it's a tie beam

17   that works in conjunction with -- with the concrete below.

18   It's not meant to be designed as a beam by itself; supposed to

19   tie into the masonry wall that was removed.

20   Q.   Would a building permit have described that work?

21   A.   A building permit would have described the methodology by

22   which structural members are altered, and whether they can --

23   whether you could do something like this or not, and whether

24   that work would require additional structural reinforcement to

25   it.

```
 1   Q.   Let's go to the next picture.  What is this picture
 2   evidencing?
 3   A.   The structural support for the roofing.  Yep, that's being
 4   exposed.  The two by fours.  It's difficult to say if that was
 5   perhaps remaining of the previous interior partition.
 6   Q.   Okay.  Let's kind of thumb through at a faster pace.  I
 7   think we're going to get to a Stop Work Order.  There you go.
 8   What is this?
 9   A.   Again, you have both.  You have a Notice of Violation.
10   It's difficult to read from here.  If it's, again, another
11   first notice or a final notice.  And then another Stop Work
12   Order that has been posted.
13   Q.   Anything different about those, that Stop Work Order,
14   compared to the ones we've talked about before?
15   A.   No.
16   Q.   Okay.  Let's go to the posted notice of what's a 72
17   electrical disconnection letter.
18   A.   Right.
19   Q.   Could we maybe make that a little bigger for him to read?
20   What is this?
21   A.   This is a -- when work continues to be performed without
22   permits, one of the tools that are available to the Building
23   official and the electrical chief is to coordinate with FPL to
24   do a power disconnect, so that if unsafe conditions are present
25   at the site, we don't want the building to be electrified, so
```

 1   we will post the building with an electrical disconnect notice

 2   and inform the FPL accordingly to do so.

 3   Q.   And that's -- the photographs evidenced the electrocution

 4   of that building, or electrification, I should say?

 5   A.   Yes.  The previous images did show that the building was

 6   electrified.

 7   Q.   Let's go to the Order of Unsafe Structures.  If we make

 8   that bigger so he can read it?  So, once again, an order of

 9   Unsafe Structure Panel, correct?

10   A.   Yes.  In this particular case, there's three duplexes on

11   site, so you get an order for each structure that outlines the

12   individual timelines that have to be met to bring those

13   structures into compliance.

14   Q.   Once again, this Unsafe Structure Panel, who is on it?

15   A.   It's three panelists that are --

16        MR. GUTCHESS:  Just object to vague.  Again, I mean,

17   I don't follow which property we're talking about here.

18        THE COURT:  Can you specify that with the question,

19   Mr. Sarnoff?

20   **BY MR. SARNOFF:**

21   Q.   Sure.  So does the order of Unsafe Structure Panel

22   reference the actual BB case number, and does it also reference

23   the mailing address of the building?

24   A.   Yes, it does.

25   Q.   Does it even put the folio number?

```
 1    A.    Yes, it does.

 2    Q.    In this circumstance, it's at 1558 SW 7th Street, correct?

 3    A.    Correct.

 4    Q.    And, again, my question to you is who was on this Unsafe

 5    Structure Panel and how do they get on it?

 6    A.    We make a request to the clerk's office and they assign

 7    three panelists to serve for that particular date.

 8    Q.    Not the City of Miami, correct?

 9    A.    No, not the City of Miami.  Miami-Dade County Clerk's

10    Office.

11    Q.    Anything to do with Commissioner Carollo?

12    A.    No.

13    Q.    In this circumstance, do they put threshold dates again?

14    A.    Yes, they do, in every order.

15    Q.    And the threshold dates in this order require building

16    permits to be obtained within 90 days, that the entire

17    structure be repaired within 180 days.  Have I read that

18    correctly?

19    A.    From what I'm seeing here on this one, it's 30 days to

20    submit plans, within 90 days of the order to obtain a building

21    permit, and yes, within 180 days to complete all the repairs.

22    Q.    And in this circumstance, did they comply with the Unsafe

23    Structure Panel?

24              MR. GUTCHESS:  Objection.  Lack of foundation.

25              THE COURT:  Overruled.  He can answer if he knows.
```

1          THE WITNESS:  This particular case is not compliance,

2    but it is rescheduled for a time of extension before the Unsafe

3    Structures Panel.  So because it is within, a timely extension

4    was requested, so it will be heard before the Unsafe Structure

5    Panel again for them to grant a time extension.

6    **BY MR. SARNOFF:**

7    Q.    The Unsafe Structure Panel is dated July 23, 2021,

8    correct?

9    A.    Correct.

10   Q.    And they enter -- do they enter into a Compliance

11   Agreement?

12   A.    On this one here, I don't recall.

13   Q.    Let's go to the Compliance Agreement.  Can we make that

14   bigger so maybe he and I could read it?

15        Now, in this particular circumstance, this is William

16   Fuller, once again, entering into a Compliance Agreement on

17   February 7th of 2022, correct?  Pretty recent, correct?

18   A.    Yes.

19   Q.    And in this circumstance, it says:  The owner desires to

20   make a voluntary binding commitment to assure the property

21   shall be rehabilitated in accordance with the Florida Building

22   Code, Fire Prevention Code, and all other federal, state, local

23   codes as amended.

24        Now, in this particular one, it's got a BB number of 2020.

25   Does that indicate to you the violation occurred in 2020?

```
 1    A.    That is correct.

 2    Q.    Have you been working to try to help Fuller and company

 3    come into compliance?

 4    A.    Yes, we have.

 5    Q.    Have you -- have you in any way been obstreperous?

 6                MR. GUTCHESS:  Objection.  Leading.

 7                THE COURT:  Sustained.

 8    BY MR. SARNOFF:

 9    Q.    Have you done anything to hamper their ability to come

10    into compliance?

11                MR. GUTCHESS:  Objection.  Leading.

12                THE COURT:  Sustained.

13    BY MR. SARNOFF:

14    Q.    What have you done to try to facilitate compliance?

15    A.    What we have done is we have provided a multitude of

16    Compliance Agreements for orders that that have already been

17    expired.

18    Q.    Where does the three structures stand now?

19    A.    As I stated before, these three structures are right now

20    awaiting for a time extension before the Unsafe Structure

21    Panel.

22    Q.    Maybe I didn't understand your answer.

23    A.    These three properties, the three duplexes, are awaiting a

24    time extension, the results of an order from the Unsafe

25    Structure Panel, to see if they will grant or deny a time
```

```
 1    extension.
 2    Q.   Okay.  And when is that scheduled to be heard?
 3    A.   I think it's June or July this year.
 4    Q.   Okay.  And are you familiar with something called the
 5    El Shopping Center parking garage?
 6    A.   Yes.
 7              MR. SARNOFF:  So I'm going to show you what is marked
 8    as Exhibit 29.
 9              MR. GUTCHESS:  Again, just objection on relevance.
10              MR. SARNOFF:  Then second -- I'm sorry, Your Honor.
11    Fifth affirmative defense.
12              MR. GUTCHESS:  Your Honor, I don't know what the
13    fifth affirmative defense is.
14              THE COURT:  Neither do I.
15              MR. SARNOFF:  You want to see it?
16              THE COURT:  Yes.  Thank you.  You can hand it to
17    Court Security Officer, Ms. White, once you find it.
18         You have a copy of the fifth affirmative defense,
19    Mr. Gutchess?
20              MR. GUTCHESS:  I do not, Your Honor.
21              MR. SARNOFF:  You want me to show it to him?
22              THE COURT:  Sure.
23              MR. GUTCHESS:  This isn't a valid affirmative
24    defense.
25              THE COURT:  Doesn't matter.  Let me see it first.  I
```

1    didn't get a chance to read it.

2              MR. GUTCHESS:  I think the legitimate affirmative

3    defenses are defined by law.  You can't just make a statement.

4              THE COURT:  I understand that.  Let me read it first.

5              MR. SARNOFF:  Will the Court entertain argument?

6              THE COURT:  All right.  This is sustained.  You can

7    pass this to Mr. Sarnoff, please.

8              MR. SARNOFF:  So we cannot get into Exhibit 39?

9              THE COURT:  I haven't seen Exhibit 39.

10             MR. SARNOFF:  29.  I'm sorry.

11             THE COURT:  I haven't seen Exhibit 29.

12             MR. SARNOFF:  Can we put up Exhibit 29 for the Judge

13   to see?

14             THE COURT:  Also show it to plaintiff's counsel as

15   well.

16             MR. GUTCHESS:  Again, we object to all of this

17   because it has nothing to do with this case.

18             MR. SARNOFF:  So we're clear, Your Honor, I believe

19   they put up document 421, PX 421, and Mr. Fuller also testified

20   to El Shopping Center.

21             MR. GUTCHESS:  I mean, Your Honor, the plaintiffs

22   have like 60 properties.  If we're going to go through every

23   property, no matter whether it's related to the case or not,

24   we're going to be here forever.

25             MR. SARNOFF:  Are you going to strike the testimony

```
 1   of Mr. Fuller?
 2           THE COURT:  It was brought on examination, this
 3   particular property?
 4           MR. GUTCHESS:  This was brought up on examination by
 5   Mr. Fuller.  It's also on PX 412.
 6           THE COURT:  All right.
 7           MR. GUTCHESS:  We don't agree that it was brought on
 8   examination.
 9           MR. SARNOFF:  It was.
10           THE COURT:  I'll tell you what.  We can wait.  You
11   can show me the testimony.  I don't recall this.  If it is,
12   I will reserve ruling, okay?
13           MR. SARNOFF:  Yes, sir.
14           THE COURT:  Thank you.
15           MR. SARNOFF:  Would you mind if I just took a quick
16   bathroom break?
17           THE COURT:  Go ahead, sir.
18           We'll be in recess for five minutes.  Also, do not
19   discuss this case.  Also, I neglected to mention, did everyone
20   keep my instructions repeatedly throughout this trial?
21   Everybody is being consistent?  Otherwise, please alert the
22   Court, okay?
23           THE COURT SECURITY OFFICER:  All rise.
24           THE COURT:  We'll be in recess five minutes.
25           (Thereupon, the jury exited the courtroom.)
```

1          MR. GUTCHESS:  Your Honor, we'd just move to strike

2   any testimony concerning properties that were not at issue in

3   this case which were those duplexes that we went through.

4          MR. PERTNOY:  Then are we striking Ball & Chain and

5   Taquerias?

6          THE COURT:  Objection is overruled.

7          MR. GUTCHESS:  Thank you, Your Honor.

8          THE COURT:  Also, too, Mr. Sarnoff, what other

9   exhibits do you intend to introduce so again we cannot have any

10  objections, if necessary?  Like, for example, the notices,

11  those things, they are not objectionable.  So do you have any

12  more notices?  We already established that, just want to know

13  anything else, okay?

14         MR. SARNOFF:  Yes, sir.

15         THE COURT:  You provided me with a transcript that

16  says a three-story shopping center that's located on 12th

17  Avenue and SW 3rd Street, so about five blocks south of 8th

18  Street.  It has a nonprofit called Cuban National Council on

19  the second floor and then it has a charter school, K through 5,

20  about 350 students on the third floor called Alpha School of

21  Excellence.  This is --

22         MR. SARNOFF:  That's the reference that Pinilla made.

23  We're looking for Fuller's reference.  I'm just saying it was

24  brought up by them, not by me.

25         MS. CAPRIO:  It was anecdotal evidence, not about

1    targeting.  It was explaining what properties they had.  He was

2    going for Exhibit 412 for Mr. Pinilla.

3           Mr. Fuller testified that he saw Mr. Carollo outside

4    that property when he photographed him waving his hand in front

5    of his face.  I believe that's the only reference that

6    Mr. Fuller made to that in his examination, sir.

7           MR. SARNOFF:  Let's be very clear, Your Honor.  Our

8    position --

9           THE COURT:  Look, I overruled the objection.  You can

10   discuss it, okay?  We don't have to waste more time with

11   respect to this issue.

12          Mr. Marrero can take the stand so we can bring the

13   jurors, sir.  You want to bring the jurors, Rita?  Thank you.

14          MR. GUTCHESS:  Your Honor, may we just go to sidebar?

15          THE COURT:  All right.

16                    (At the bench.)

17          MR. GUTCHESS:  You know, you've heard reference to

18   other lawsuits, right?  So they have gone -- the city has gone

19   and tried to demolish these structures --

20          THE COURT:  Rita, give me another minute, please.

21   Sorry, one moment.  Thank you.

22          MR. GUTCHESS:  The city has gone and tried to

23   demolish a bunch of these structures they've referred to here.

24   That's a lawsuit handled by Robert Zarco, another lawyer in

25   town, and it's been up to the appellate court and back and the

```
 1    judge has issued rulings.  This opens a whole new can of worms
 2    that is not part of this case, right?
 3         So to the extent that they're going to expand it to go
 4    after all these other properties that are not part of this
 5    case, then, you know, it's going to just lengthen the case and
 6    it's really irrelevant to what we're doing.
 7         THE COURT:  First of all, I'm only allowing what was
 8    brought out on direct examination, mentioned the property.
 9    Anything beyond that will not be allowed.  You need to show me
10    record evidence that this case was brought up.  He didn't
11    mention all of the 60 properties.  Those properties that he
12    mentioned, he can talk about.  Okay?
13         MR. GUTCHESS:  All right.  Thank you.
14         MS. CAPRIO:  One point of clarification.  Mr. Sarnoff
15    relied on affirmative defense number 5.  There were two
16    duplexes there was never brought up in this litigation that --
17         THE COURT:  Start over.
18         MS. CAPRIO:  So we move to strike the testimony that
19    was elicited from Mr. Sarnoff regarding two duplexes.  They're
20    known as El Jardin.  The witness was shown a lot of photographs
21    of these duplexes and in response to our relevance objection,
22    Mr. Sarnoff relied upon defense -- affirmative defense number 5
23    which is not legally sufficient for that type of irrelevant
24    testimony to come in.
25         As a result, Your Honor also ruled and excluded
```

1    additional properties based on the lack validity of that

2    affirmative defense, so we move to strike that testimony and

3    for the jury to disregard that testimony.

4            MR. SARNOFF:  Response is pretty simple, Your Honor.

5    I wasn't here and maybe I was not present when the Court

6    granted an affirm -- granted a summary judgment on affirmative

7    defense number 5.  That is still the ongoing structure of this

8    case, just like they have been expanding this book of business

9    in terms of Taquerias, we weren't prepared for.  We weren't

10   prepared for Ball & Chain.

11           They keep expanding their universe of what these four

12   corners of the complaint are.  Our affirmative defense has been

13   there from day one.  That is what they've been on notice of.

14           I guess they could have, if they chose to, struck it,

15   moved to have summary judgment on it, but they didn't.  And

16   then they doubled down, and they brought up properties, so --

17           THE COURT:  Look, Mr. Sarnoff, as I already ruled, my

18   ruling stands the same.  The property that was brought up

19   during this litigation, you can properly rebut and offer that.

20   Anything beyond, we're not going to go there.

21           MS. CAPRIO:  Your Honor, we request that you strike

22   that testimony that came in about those El Jardin duplexes that

23   was not subject of this litigation at all.  It was not

24   mentioned on direct examination.

25           THE COURT:  With the exception of that, that's fine.

```
 1    The others, you need to show me the transcript.  That's

 2    perfectly fine.

 3              MS. CAPRIO:  We request that the jury not --

 4              MR. SARNOFF:  You guys have put up in document 412,

 5    you've also put in evidence we do great work, we are the best

 6    people in the world and if you want, I can give you the chapter

 7    and verse as to what they said.

 8              THE COURT:  Look, in the meantime, to move things

 9    along, I'm not going to strike anything right now.

10              MR. GUTCHESS:  One last quick thing.  Certainly,

11    there's nothing to -- people to support or watch a party here.

12    First week, we had a bunch of people coming in in purple

13    baseball uniforms and to have people in bright yellow and red,

14    Miami Fire Rescue, sitting behind them.  I think that is some

15    kind of inappropriate show for the jury.  I don't mind these

16    gentlemen staying in regular T-shirts but trying to create a

17    appearance that the Miami Fire Rescue is here supporting Joe

18    Carollo --

19              MR. PERTNOY:  They're just sitting in the pews.

20              THE COURT:  Look, I understand the message that it

21    intends to convey.  They have a right to be here.  That's fine.

22              MR. GUTCHESS:  Thank you, Your Honor.

23              THE COURT:  If you want to sit behind your clients,

24    doesn't matter to this Court.  They're not witnesses.  They're

25    not testifying.
```

 1              MS. CAPRIO:  Thank you, Your Honor.

 2              THE COURT:  Thank you.

 3                        (In open court.)

 4              THE COURT SECURITY OFFICER:  All rise.

 5         (Thereupon, the jury entered the courtroom.)

 6              THE COURT:  The members of the jury are all present

 7    and accounted for.

 8              Mr. Sarnoff, you may continue, sir.

 9              You may have a seat, everyone.  Thank you.  Please be

10    seated.

11              MR. SARNOFF:  Thank you, Your Honor.

12    **BY MR. SARNOFF:**

13    Q.   At this time, Mr. Marrero, did I ask you to provide me

14    through a public records request the documentation concerning

15    El Shopping Center, LLC at 1637 -- sorry, 300 SW 12th Avenue?

16    A.   Yes.

17    Q.   And that is what we shall describe as a parking garage or

18    parking structure?

19    A.   Correct.

20              MR. SARNOFF:  And, Your Honor, at this time --

21    **BY MR. SARNOFF:**

22    Q.   And were these documents provided to me in the ordinary

23    course and scope of your duties as director of City of Miami

24    Building Department?

25    A.   Yes.

```
 1   Q.   Are these true and authentic copies?

 2   A.   Yes.

 3   Q.   Does the State of Florida impose upon you a duty to

 4   maintain these records?

 5   A.   Yes.

 6           MR. SARNOFF:  Your Honor, at this time, we would

 7   introduce into evidence Exhibit 29, DX 29.

 8           THE COURT:  All right.

 9           MR. GUTCHESS:  Same relevance objection, Your Honor.

10           THE COURT:  It's admitted.

11             (Defendant's Exhibit 29 Received.)

12           MR. SARNOFF:  If we could put that up, Curtis, on the

13   screen.
```

**BY MR. SARNOFF:**

```
15   Q.   Now, once again, what is this document?

16   A.   This is a first Notice of Violation.

17   Q.   Okay.  In accordance with the practices of the Building

18   Department, do they also document what is shown?  Do they also

19   take photographs to evidence the problems in the structure?

20   A.   Correct.

21   Q.   Okay.  So let's just go through this.  And this one may

22   need some commentary simply because it's technical.  What are

23   we seeing here?  What does this depict?

24   A.   This particular property was cited for unsafe conditions.

25   The structural system, you see a lot of rebars that are
```

1  exposed, a lot of -- there was a lot of spalling, and there was

2  a great concern by our assistant director for Structures that

3  this particular structure was just not safe.

4  Q.   You're going to use words we're not familiar with.

5  Spalling, what is that?

6  A.   Spalling is when the steel rebar are exposed to water,

7  they oxidize, they expand, and they break the actual concrete,

8  so essentially the structure is degrading from the inside out.

9  Q.   And this next picture?

10  A.   Yeah, these are all conditions of spalling.  They're more

11  severe in other locations than others.

12  Q.   What does this depict?

13  A.   This was a parking garage that was meant to have multiple

14  levels.  This was -- I believe, it was back in the '80's, if

15  I'm not mistaken.  My memory doesn't serve me well, but it was

16  a few decades ago that it was left in that condition to receive

17  an upper level and it was never completed.  So the structure,

18  again, was not properly sealed to remain that way, and so the

19  water always finds a way.

20  Q.   Finds a way to where?

21  A.   Finds a way to get inside the structure.

22  Q.   Okay.  And if we could just scroll through a little bit.

23  Go ahead.  What does this depict?

24  A.   This is again, spalling.  These are the structural members

25  that support the upper level of parking that you just saw a few

1    minutes ago.  More spalling.

2    Q.   Keep going.  Okay.  Let's go back one.  What are we

3    looking at here?

4    A.   This is the upper section of the parking.  There's a level

5    below, and these are the columns that were left with the steel

6    exposed.  Again, as I mentioned before, they were exposed to

7    support additional weights on top, but that was never done.

8    Q.   Keep going.  What is that depicting?

9    A.   Cracking of the concrete.

10   Q.   Keep going.  What is that depicting?

11   A.   The same.  More cracking on top.

12   Q.   What is that depicting?

13   A.   That's the condition of those columns.  That's a closeup

14   image.

15   Q.   Why is this concerning?

16   A.   It is concerning because people park here on a daily

17   basis, and there is also a daycare next to it.

18        MR. SARNOFF:  And let's get to the first notice.  If

19   you would, Curtis, can you make a little bit bigger?

20   **BY MR. SARNOFF:**

21   Q.   Are you familiar with this document?

22   A.   Yes, this is a pending lien.  Again, when we incur costs,

23   we will lien the property for those incurred costs.

24        MR. SARNOFF:  Curtis, Notice of Unsafe Structure

25   violation.

1   **BY MR. SARNOFF:**

2   Q.   Do you see that?

3   A.   Yes, but this notice is specifically for the -- putting

4   them on notice that the property has been liened.

5   Q.   Okay.  I see what you're saying.  And whenever you do the

6   notice, again in conformity, do you also take further

7   photographs?

8   A.   Correct.

9   Q.   Okay.  What do these photographs, again, depict?

10  A.   They depict the conditions at that point in time.  In this

11  case, April 5, 2021.

12  Q.   Does this property continue to deteriorate?

13  A.   It did.

14  Q.   Despite the notice?

15  A.   Correct.

16        MR. SARNOFF:  And I don't know, Curtis, if you can go

17  back.  I'm looking for this particular photograph right here.

18  There you go.

19  **BY MR. SARNOFF:**

20  Q.   Could you describe what's going on with the up ramp right

21  there?

22  A.   Again, the concrete is just cracking at multiple -- all

23  over the structure.

24  Q.   Go to the next photograph.  What is this depicting?

25  A.   Additional cracking, spalling.  And the steel bars being

```
 1   exposed.  Again, they expand, they corrode, and so eventually,

 2   they'll make its way and the concrete around will break.

 3           MR. SARNOFF:  Curtis, if you move two photographs in

 4   further.  One more.

 5   BY MR. SARNOFF:

 6   Q.   What is this depicting?

 7   A.   That's another closeup image of the columns on the upper

 8   floor that were left exposed to receive the next level which

 9   was never completed.

10   Q.   Okay.  And does this inevitably go to the --

11           MR. SARNOFF:  Let's just go forward, Curtis, till we

12   get, the Unsafe Structure Panel decision.  Sorry.

13   BY MR. SARNOFF:

14   Q.   First thing I should say, there is a notice of hearing?

15   A.   Correct.  The property gets posted and notices are sent

16   out for the hearing date.

17   Q.   And did that hearing take place?

18   A.   Yes.

19   Q.   And is this the order of the Unsafe -- let's move forward

20   to the order of the Unsafe Structure Panel.  Do you see that?

21   A.   Yep.

22   Q.   Now --

23   A.   Yes.

24   Q.   Now, again, is this the same Unsafe Structure Panel that

25   you've described with the other properties?
```

1    A.    That is correct.

2    Q.    And the order date on this one is May 21, 2021?

3    A.    Correct.

4    Q.    And this Unsafe Structure Panel, same as the other Unsafe

5    Structure Panel?

6    A.    I can't tell you whether it was the same or not.  It's

7    whatever we get assigned by the clerk's office.

8    Q.    Just to be clear, Commissioner Carollo doesn't appoint

9    anyone to this Unsafe Structure Panel, correct?

10   A.    No.

11   Q.    And just go to the final page.  I'm sorry, page 2.  The

12   interested person is listed as William O. Fuller, El Shopping

13   Center, LLC, 1637 SW 8th Street, Suite 200, Miami, Florida,

14   33135.  Is that a place that you associate Mr. Fuller with?

15   A.    That is the registered -- one of the registered parties on

16   that particular property, yes.

17   Q.    Okay.  And does the city then post the notice of the

18   Unsafe Structure Panel's order?

19   A.    Yes, we do.

20   Q.    Okay.  And let's just move forward to that.  And just to

21   go backwards for a moment, Unsafe Structure Panel order has

22   certain anniversary dates that must be met.  We talked about it

23   before.  Anything different on this one?

24   A.    No, no, nothing different.  Every order carries

25   independent milestones that have to be met independently to

 1    submit plans, to obtain the building permit, and to complete

 2    all repairs or work necessary to bring the structure back into

 3    compliance.

 4            MR. SARNOFF:  Okay.  And if we could just move

 5    forward, Curtis.

 6    **BY MR. SARNOFF:**

 7    Q.   Now, this particular photograph, is this the structure

 8    that's in front of or to the side of the actual parking

 9    structure?

10    A.   Correct.

11    Q.   Does this structure communicate with the other structure?

12    A.   They're independent, but they serve as parking.

13    Q.   Okay.  So, if the parking structure is unsafe, does that

14    mean that the strip center would be unsafe?

15            MR. GUTCHESS:  Objection.

16            THE WITNESS:  If the parking structure is unsafe,

17    then it means that you don't have the necessary parking to be

18    able to operate the --

19    **BY MR. SARNOFF:**

20    Q.   But not a Building Department issue, right?

21    A.   No.

22    Q.   Okay.  A Zoning issue, right?

23    A.   A Zoning issue, correct.

24    Q.   And there becomes a Compliance Agreement on this one as

25    well, correct?

1            MR. SARNOFF:  Sorry, Curtis, could you go to the

2    Compliance Agreement?  And let's just go to the very end of it,

3    Curtis, I think it's page 4 of it.

4    **BY MR. SARNOFF:**

5    Q.   Are you familiar with that signature, William Fuller?

6    A.   Yes.

7    Q.   Okay.  And he signs the Compliance Agreement, correct?

8    A.   Yes.

9    Q.   And in this Compliance Agreement, just going back to the

10   front page of it just for a moment, it's entered into the 12th

11   day of October, 2021, correct?

12   A.   Correct.

13   Q.   And the owner desires to make a voluntary binding

14   commitment to assure the property shall be rehabilitated?

15            MR. GUTCHESS:  Objection.  Relevance.

16            THE COURT:  Overruled.

17   **BY MR. SARNOFF:**

18   Q.   In accordance with the provisions of the Florida Building

19   Code, Fire Prevention Code, and all other state federal and

20   local codes.  And it also references that this was going to go

21   to a second Unsafe Structure Panel, correct?  A 2020 Unsafe

22   Structure Panel.  And in lieu of appearing, the owner --

23            MR. GUTCHESS:  Objection, leading.

24            THE COURT:  Wait, sustained.

25

 1   **BY MR. SARNOFF:**

 2   Q.   Well, am I reading this correctly?  The owner enters into

 3   the agreement in lieu of appearing before the City of Miami

 4   Unsafe Structure Panel in BB 20200017697?

 5   A.   That's correct.  That's what it states.

 6           MR. SARNOFF:  Okay.  Now, if we could go to DX 482

 7   through 487.

 8           MR. GUTCHESS:  Your Honor, may we look at this first?

 9           MR. SARNOFF:  Curtis, let them see it first.

10           THE COURT:  Any objection?

11           MR. GUTCHESS:  What is this?  This is the same

12   property?

13           MR. SARNOFF:  Yes.

14           MR. GUTCHESS:  Just personal knowledge.  Foundation,

15   personal knowledge.

16           THE COURT:  You can ask your question, Mr. Sarnoff.

17           MR. SARNOFF:  Let's publish DX 482 through 487 and

18   offer into evidence, Your Honor.

19           THE COURT:  Granted.

20           (Defendant's Exhibits 482 - 487 Received.)

21   **BY MR. SARNOFF:**

22   Q.   What is this depicting?

23   A.   It's a little bit difficult to see, but this is depicting

24   a scaffolding that's in place and some structure repairs are

25   also taking place in some of those columns.

1    Q.    Okay.  Have they -- has Mr. Fuller pulled permits to do

2    this work?

3    A.    Not for that level of work that's being shown here, no.

4    Q.    Let's go to the next picture.  Same thing?

5    A.    Same thing.

6    Q.    Next picture.  Same thing?

7    A.    Correct.

8    Q.    What is this depicting?

9    A.    This is depicting repair work taking place and further

10   exposure and degradation of steel that's corroded and continues

11   to generate more spalling.

12   Q.    Let's go to the next picture.  What is being shown here?

13   What is depicted in this photograph?

14   A.    Again, more spalling and more steel rebars being exposed.

15   As to what the finger is pointing to, I'm not sure at this

16   point to be honest with you.  There might be obvious spalling

17   and more steel rebars exposed behind where the -- it's not

18   visible to the eye.

19   Q.    This structure has been shut down recently, correct?

20   A.    Correct.

21   Q.    What's the present condition of the structure?

22   A.    I think that picture is a fairly good representation of

23   the present condition of the structure.

24   Q.    Is this an unsafe structure as it stands there?

25   A.    Yes, it is.

```
 1    Q.    Did Commissioner Carollo in any way, shape or form ask you

 2    to go onto the parking structure?

 3    A.    No.

 4    Q.    Is that something the Building Department does because

 5    that's your job?

 6    A.    We respond to, and our responsibility is to address any

 7    unsafe conditions throughout the city.

 8    Q.    Okay.  I'm going to show you what we had previously marked

 9    as DX 28.  Calle Ocho Marketplace.

10          MR. KUEHNE:  It's in evidence.

11          MR. SARNOFF:  Let's put this up on the board for the

12    jury to see.

13    BY MR. SARNOFF:

14    Q.    Let's go to the next page.  What does this document

15    indicate to you?

16          MR. GUTCHESS:  Objection.  Lack of personal

17    knowledge.  Predates his time as director.

18          THE COURT:  Overruled.  You can cross-examine him,

19    sir.

20          MR. GUTCHESS:  Thank you.

21          THE WITNESS:  Again, as I stated before, this is an

22    image of our in-house violation software, City View.  And it

23    documents in this particular case by address and folio all of

24    the case numbers under this particular address.

25
```

1    **BY MR. SARNOFF:**

2    Q.    In conformity, were pictures taken shortly thereafter or

3    at that time?

4    A.    With every particular violation and every time a site

5    visitation is held, images are taken and recorded accordingly.

6    Q.    Let's just go to the photographs just to get situated to

7    where we are.

8          Okay.  Now, let's flip to the next one.  And the next one.

9    And the next one.  So could you describe -- is there a means

10   and manner that you can use a container as part of your

11   building?

12   A.    Yes, you can.

13   Q.    Could you describe to the jury how that works?

14   A.    There are two ways.

15             MR. GUTCHESS:  Objection.  Timeframe.

16             THE COURT:  Wait, what's the objection?

17             MR. GUTCHESS:  Just to time, I mean --

18             THE COURT:  Overruled.

19             MR. GUTCHESS:  No, the timeframe, Your Honor.  The

20   lawsuit on the containers changed over time and he's hasn't

21   established this gentleman knows what the laws were.

22             THE COURT:  I understand that.  The objection is

23   overruled -- is sustained.

24             Mr. Sarnoff, you can rephrase your question.

25

**BY MR. SARNOFF:**

Q.   I only want to question you with regard to the Florida Building Code, okay?  So my question pertains to the Florida Building Code.

     Can you -- how -- any structure that remains more than 180 days, what happens?

A.   It has to comply with the Florida Building Code.

Q.   What does that mean?

A.   It has to comply with every provision of the Florida Building Code.

Q.   For instance?

A.   Well, if we're talking about containers, yes, you can have containers.  We have containers in the City of Miami in many different locations, and they comply with the requirements of the Florida Building Code, meaning they have to be secured to the ground and be able to sustain all of the high wind requirements for the Miami-Dade County zone.

     They have to meet all of the energy performance, they have to complete with, you know, they have to meet all electrical, mechanical, and plumbing requirements as with any other structure.  To me, to us, to the Building Department, the container is just a material.  That's all it is.

**BY MR. SARNOFF:**

Q.   Meaning it's steel, right?

A.   Correct.

```
 1    Q.    So are you allowed to build with steel in the State of
 2    Florida?
 3    A.    Absolutely.
 4    Q.    When you say it must comply with every aspect, does that
 5    include plumbing?
 6    A.    Correct.
 7    Q.    Does that include electrical?
 8    A.    Correct, whenever applicable.
 9    Q.    Does that include air conditioning?
10    A.    Correct.
11    Q.    Does that include sewer lines and hookups?
12    A.    Correct.
13    Q.    Does that include -- just take me through it all.
14    A.    Like any other structure, it would include everything that
15    you just mentioned inclusive of any Zoning requirements that
16    might be, you know, applicable to any -- any similar structure.
17          So you will be needing to provide required setbacks from
18    property line, required setbacks from other structures,
19    required -- if there's any fire protection requirements, you
20    need to comply with those as well.  It's whatever would be
21    required for a brick and mortar structure will be required for
22    a container.
23    Q.    So substitute in your mind container, brick, same thing.
24    But it has to follow the Florida Building Code?
25    A.    Correct.
```

```
 1   Q.   Is there an exception to mobile devices?

 2   A.   There is.

 3   Q.   What does a mobile device have to be?

 4   A.   Anything that is on wheels is not regulated by the

 5   Building Department.  Anything that is on wheels is regulated

 6   by the State.  It gets a VIN number, and we essentially do not

 7   have jurisdiction because it is not affixed to the ground.

 8   Q.   And the container itself has to be able to go on the

 9   street, correct?

10   A.   Correct.  The entire structure has to be on wheels.

11   Q.   So, if I see a truck, it's moving back and forth, you

12   don't regulate that?

13   A.   I do not.

14   Q.   A trailer that gets pulled by a truck, that has food

15   services, you don't regulate that?

16   A.   I do not.

17   Q.   Are you familiar with a property called El Taquito?

18   A.   Yes, I am.

19   Q.   How are you familiar with that?

20   A.   It's a property that has been cited before for work

21   without permits.

22   Q.   Do you know what kind of work was done there without a

23   permit?

24           MR. GUTCHESS:  Objection.

25           THE WITNESS:  Yes.
```

```
 1              MR. GUTCHESS:  Lack of personal knowledge.
 2              THE COURT:  Overruled.
 3   BY MR. SARNOFF:
 4   Q.   What was the work that was done?
 5   A.   There was property -- there was an extension that was done
 6   adjacent to the property line.
 7              MR. GUTCHESS:  Again, Your Honor, I'm going to object
 8   just in terms of timeframe, when the work was done, who did the
 9   work.
10              THE COURT:  You can be more specific, Mr. Sarnoff.
11   You can direct Mr. Marrero as to the timeframes so we can get a
12   point of time reference with this case, please.
13              MR. SARNOFF:  Okay.
14              THE COURT:  Thank you.
15   BY MR. SARNOFF:
16   Q.   Are you familiar with a property known as Ball & Chain?
17   A.   Yes, I am.
18   Q.   How are you familiar with it?
19   A.   I am familiar because the property has been the subject of
20   a private review audit, and Mr. Fuller has been trying to get
21   that property into compliance for some time now.
22   Q.   The work of Ball & Chain, the interior, the Pineapple, was
23   any of that performed with a permit?
24              MR. GUTCHESS:  Objection.
25              THE COURT:  What's the grounds?
```

1              MR. GUTCHESS:  Lack of personal knowledge.

2              THE COURT:  Overruled.

3              THE WITNESS:  Yes, it was performed without permits.

4    **BY MR. SARNOFF:**

5    Q.    Okay.  Did the city allow them or attempt to allow them to

6    come into compliance?

7    A.    Yes, we did.

8    Q.    Did they choose to use a private provider to do so?

9    A.    As allowed by the Florida statutes, yes.

10   Q.    Describe to the ladies and gentlemen of the jury what a

11   private provider does.

12   A.    A private provider does the same functions as a Building

13   Department.  Plans reviewer and inspection -- inspector would

14   do.  Meaning under the Florida statutes, they are allowed to

15   perform plans review.  They approve -- once those plans meet

16   all applicable Code requirements, they approve those plans, and

17   they submit to the Building Department's building official an

18   affidavit stating that the building complies with all

19   applicable code regulations.  And then they're also allowed

20   under Florida statutes to provide all required building

21   inspections.

22         So, in other words, this is equivalent to private services

23   being performed instead of using those of the Building

24   Department.

25   Q.    But just to be clear, they didn't use a private provider

```
 1   prior to doing the extensive work, correct?

 2   A.   No, they did not.

 3   Q.   So the private provider was there to bring them into

 4   compliance?

 5            MR. GUTCHESS:  Objection.

 6            THE COURT:  Wait.  What's the objection?

 7            MR. GUTCHESS:  He's leading.

 8            THE COURT:  Sustained.

 9   BY MR. SARNOFF:

10   Q.   Was the private provider there --

11            MR. GUTCHESS:  Objection.  Leading.

12            MR. SARNOFF:  I didn't get the question out.

13            THE COURT:  Sustained.

14   BY MR. SARNOFF:

15   Q.   What role did the private provider play to bring them into

16   compliance?

17   A.   The private provider reviewed and approved the plans to

18   legalize the work that was performed without permits.

19   Q.   Okay.  What occurred?

20   A.   That work was approved by the private provider.  It was --

21   the inspections were reviewed and approved by the private

22   provider and ultimately, a CO was issued on the property.

23   Q.   And then what occurred?

24   A.   What occurred eventually was that the Building Department

25   was notified that the work that had been reviewed and approved
```

1  by the private provider was not reflective of what was actually

2  performed on site.

3  Q.   Remember we talked about the birthdate of a building and

4  then its history forever?

5  A.   Correct.

6  Q.   Was part and parcel of what you did was look at the

7  birthdate of Ball & Chain, and I mean the people before it, and

8  then determine what work had been?

9         MS. CAPRIO:  Objection.  Leading.

10        THE COURT:  Sustained.

11 **BY MR. SARNOFF:**

12 Q.   Tell me how you performed that function.

13 A.   In order to approve any legalization project, you need to

14 have an understanding of what was there before.  So,

15 essentially how did a project go from being A to being B, and

16 what components were altered, modified, or changed in order for

17 you to have the conditions that are in place right now?

18       So, yes, a full, a full understanding of what was there

19 before is needed in order for to you accomplish that task.

20 Q.   Did you perform that role?

21 A.   We did so in the course of completing a private provider

22 audit of that work.

23 Q.   What did the audit reveal?

24 A.   The audit revealed that the work that had been identified

25 on the actual plans were not a true account of what was

 1   actually performed in the field.

 2           MR. SARNOFF:  Let's put up DX 715.  Don't put it up.

 3   I don't know that you guys have seen this.

 4           MR. GUTCHESS:  From April of this year, last month

 5   you're talking this is?  I don't know what it is.

 6           MR. SARNOFF:  April, 2019.

 7           MR. GUTCHESS:  Your Honor, subject to the witness's

 8   laying a foundation for this document.  I don't know what it

 9   is.

10           THE COURT:  You -- thank you.  You may proceed,

11   Mr. Sarnoff.

12   **BY MR. SARNOFF:**

13   Q.   Let's just show you DX 715.  Do you see that?

14   A.   I do.

15   Q.   Okay.  Is this -- did I make a public records request of

16   you?

17   A.   You did.

18   Q.   And is this a true and authentic copy of the document you

19   provided to me?

20   A.   It is.

21           MR. GUTCHESS:  Could we get the date of when this

22   public records request was made?

23           MR. SARNOFF:  It was made during the course of this

24   trial because I wasn't aware we were trying Ball & Chain.

25           MR. GUTCHESS:  Can we see a copy of these public

```
 1   records requests?
 2          MR. SARNOFF:  You want to see a copy of my public
 3   records -- we, it was verbal.  It was a verbal public records
 4   request.
 5          THE COURT:  When?  What date?
 6          MR. SARNOFF:  When I made the request?
 7          THE COURT:  Correct.
 8          MR. SARNOFF:  I want to say I made it about three or
 9   four days ago, five days.
10          THE COURT:  Go ahead, sir.
11   BY MR. SARNOFF:
12   Q.   So DX 715, is this a true and authentic copy?
13   A.   Yes, it is.
14   Q.   And is this made in the routine regular business
15   activities of the Director of Building Department?
16   A.   Yes.
17   Q.   And do you have a duty under Florida law to maintain these
18   records?
19   A.   I do.
20   Q.   Okay.
21          MR. SARNOFF:  Your Honor, I would offer and introduce
22   into evidence Defense Exhibit 715.
23          MR. GUTCHESS:  What is it?  Has he stated what it is?
24          THE COURT:  You can ask him.
25
```

1    **BY MR. SARNOFF:**

2    Q.   What are these documents?

3    A.   What you see before you is a copy of our City of Miami

4    internal City View system which is the system of record to

5    maintain all files related to violations issued by the Building

6    Department and Code Compliance.  These will be for properties

7    that were cited prior to 2023.  Going forward in 2023 will be

8    under Code Check.

9    Q.   Okay.  And if you could just -- I think it's three pages?

10            MR. SARNOFF:  Curtis, show him, I think it's four

11   pages.

12   **BY MR. SARNOFF:**

13   Q.   Do you recognize these documents?

14   A.   I do.

15   Q.   Did you provide these to me in the past three or four

16   days?

17   A.   Yes, I did.

18            MR. SARNOFF:  Your Honor, I'd offer and introduce

19   into evidence Defendant's Exhibit 715.

20            MR. GUTCHESS:  No objection.

21            THE COURT:  It will be admitted.  Thank you.

22            (Defendant's Exhibit 715 Received.)

23            MR. SARNOFF:  Let's publish to the jury, right there.

24   Sorry.

25

1    **BY MR. SARNOFF:**

2    Q.   What is this?

3    A.   This is a First Notice of Violation for the property

4    located at 1513 SW 8th Street.  It was issued on April 10, 2019

5    and it's for work without permits.

6    Q.   And in conformity with how you do business at the City of

7    Miami, do you also document by taking photographs of those, of

8    the work that was done without a permit?

9    A.   That is correct.

10         MR. SARNOFF:  So I would like to show DX 587.  I

11   don't know if this is in evidence.

12         MR. GUTCHESS:  No objection.

13         THE COURT:  It's admitted.  Thank you.

14             (Defendant's Exhibit 587 Received.)

15         MR. SARNOFF:  Let's publish, Curtis, DX 587.

16   **BY MR. SARNOFF:**

17   Q.   Now what is this?

18   A.   This is a rear of a property.

19   Q.   Let's just go through it.  Has any of the work here up to

20   2019 been performed with a permit?

21   A.   No.

22   Q.   The Unsafe Structure violation states -- it says failure

23   of owner/tenant to obtain required permit.  Section 104 FBC.

24   Is that Florida Building Code?

25   A.   Correct.

```
 1   Q.   And Chapter 8-10 of the Code of Miami-Dade County,
 2   correct?
 3   A.   Correct.
 4   Q.   Correction.  One story CBS CP property found with
 5   alterations completed without permits including structural,
 6   plumbing, and electrical, and mechanical work.  Need to submit
 7   drawings and obtain permits, inspections to correct
 8   nonconforming items and bring property back into compliance as
 9   per FBC, Florida Building Code?
10   A.   Mm-hmm, yes.
11   Q.   And local ordinances?
12   A.   Correct.
13   Q.   And there's something called a double fee?
14   A.   Correct.
15   Q.   So describe to me with regard to this particular BB
16   number, I'll give it to you, it's BB 2019006397.  What occurred
17   and how did they come into compliance?
18   A.   So what occurred on that violation is documenting is that
19   the outside, what we call the Pineapple Stage, the outside bar,
20   the interior restaurant bar, restrooms, the second floor deck
21   and storage, all of that work had been completed and performed
22   without permits.
23           MR. SARNOFF:  May I approach, Your Honor?
24           THE COURT:  Sure.
25           THE WITNESS:  So essentially, it's almost a one
```

```
 1   hundred percent redo of what was there versus --
 2            MR. GUTCHESS:  Objection.
 3            THE COURT:  Wait.  There's an objection.  Yes?
 4            MR. GUTCHESS:  Lack of personal knowledge.
 5            THE COURT:  Overruled.
 6            MR. GUTCHESS:  He doesn't know what was there before.
 7            THE COURT:  All right.
 8            MR. SARNOFF:  Well, let's establish that.
 9   BY MR. SARNOFF:
10   Q.   Do you have to go through the records to determine what
11   the -- what the Building Department records of any permitted
12   work was done?
13   A.   Yes, I did.
14   Q.   Okay.
15            MR. GUTCHESS:  Ask to see the prior building permit
16   records as to how it looked before this.  We don't know who did
17   this work.
18            THE COURT:  You can address that on
19   cross-examination, Mr. Gutchess.  Let Mr. Sarnoff continue with
20   his direct examination, and if there's an objection, I will
21   either sustain or overrule it.  At this point, it's overruled.
22            MR. GUTCHESS:  Thank you.
23            THE COURT:  Mr. Sarnoff, you may continue.
24            MR. SARNOFF:  Thank you, Your Honor.
25
```

 1   **BY MR. SARNOFF:**

 2   Q.   Inevitably, is there a second violation provided to Ball &

 3   Chain?

 4   A.   Yes.  There was a second violation because of a fire that

 5   took place on that second floor level deck.

 6           MR. SARNOFF:  Okay.  And at this time, Your Honor, we

 7   would like to put into evidence DX 719.

 8           THE COURT:  Any objection?

 9           MR. GUTCHESS:  Just, Your Honor, I believe these are

10   all new exhibits so I have to just look at them now.  No

11   objection.

12           MR. SARNOFF:  Curtis, would you put up and publish to

13   the jury?

14           (Defendant's Exhibit 719 Received.)

15   **BY MR. SARNOFF**

16   Q.   Now, could you describe to the ladies and gentlemen of the

17   jury this March 28, 2021 Unsafe Structure First Notice?

18   A.   This notice that was issued on March 28, 2021, deals

19   specifically with a fire that occurred on the second level

20   deck.

21        So you see the -- sometimes the actual violation is a

22   little bit of generic in terms, but it was definitely -- it was

23   due to a fire.  It was -- I recollect that day.

24   Q.   Okay.

25           MR. SARNOFF:  And is DX 100 in evidence?

```
 1              MR. KUEHNE:  DX 100 in evidence.
 2              MR. SARNOFF:  Let's publish to the jury DX 100.
 3   BY MR. SARNOFF:
 4   Q.   What is this document?
 5   A.   Again, this is a copy of City View, our record software
 6   for violations issued by the Building Department and Code
 7   Enforcement prior to 2023.
 8   Q.   Okay.  And in conformity, do you also take photographs of
 9   the violations?
10   A.   Of the existing conditions, yes, we do.
11   Q.   Okay.  And my records indicate, is it DX -- do we have DX
12   100?  Could we go just to the photographs?  Okay.
13              And the next one.  What is this?
14   A.   This is a sticker that we will place on the buildings that
15   we deem are not safe for occupancy and we ask that the building
16   be vacated because of certain conditions.  In this case,
17   because of the fire.
18   Q.   And in this particular document, what sections of the
19   property are you closing?
20   A.   In this particular -- it's spelled out.  It's rear roof
21   deck bar area only.  Those are the only sections that we're
22   asking for them to be vacated until it is made safe.
23   Q.   And I want to read what City View says, and tell me if I'm
24   correct.  Two-story CBS restaurant, parentheses, Ball & Chain,
25   rear roof deck bar, ceiling area sustained fire damage.  Other
```

```
 1   parts of ceiling damage to verify fire extent.  Need to bring

 2   structure back into compliance, submit plans and obtain

 3   required permits, correct?

 4   A.   That is correct.

 5        MR. SARNOFF:  All right.  So, let's just go --

 6   there's one more, if you would, Curtis, Unsafe Building

 7   posting.  Right there.

 8   BY MR. SARNOFF:

 9   Q.   Where did you post this?

10   A.   Difficult to tell from that image to be honest with you.

11   Q.   Is it pretty much -- you tried to surround the building

12   with as many posts?

13   A.   We do.  Again, the intent is to always post images in a

14   very conspicuous area.

15        MR. SARNOFF:  Let's go to DX 573, page 1 and page 2.

16   I don't know if this is in evidence.

17        MR. GUTCHESS:  No objection.

18        MR. SARNOFF:  I'd offer and introduce into evidence,

19   PX 573.

20        THE COURT:  There was no objection, correct?

21        MR. GUTCHESS:  Yeah, no objection.

22        THE COURT:  It's admitted.  Thank you.

23        MR. SARNOFF:  I apologize, did I say PX?  Defense

24   Exhibit 573, pages 1 and 2.

25        (Defendant's Exhibit 573 pages 1 and 2 Received.)
```

1   **BY MR. SARNOFF:**

2   Q.   What does this depict?

3   A.   This is the upper level of the deck and where the fire

4   originated, and that's a picture that was taken immediately

5   after the fire was put out.

6   Q.   And next page, what does this depict?

7   A.   From below.

8           MR. SARNOFF:  Okay.  And if we could go to DX 718.

9           MR. GUTCHESS:  If I could just have the witness lay a

10  foundation that he knows who took these pictures.

11          THE COURT:  Then give him an opportunity to do so.

12  Mr. Sarnoff, you may proceed.

13          MR. SARNOFF:  Not a problem.

14  **BY MR. SARNOFF:**

15  Q.   So in accordance with your business practice, did you have

16  your Building Department go out there and take photographs of

17  the damage?

18  A.   It is standard practice that every time there is a fire in

19  the City of Miami, we will get a notification from the fire

20  department.  We will immediately deploy one of our inspectors

21  to the site.

22  Q.   Did you act in conformity with your stated policy?

23  A.   Yes.

24  Q.   Are these pictures as a result of that stated policy?

25  A.   Yes, they are.

```
 1    Q.    Do they fairly and accurately depict the damage?

 2    A.    Yes, they do.

 3              MR. SARNOFF:  Your Honor, I'd admit DX 718 into the

 4    record.

 5              MR. GUTCHESS:  No objection.

 6              THE COURT:  Admitted.  Thank you.

 7                  (Defendant's Exhibit 718 Received.)

 8    BY MR. SARNOFF:

 9    Q.    What does this depict?

10    A.    The wood deck.

11    Q.    And this is being taken from the top down?

12    A.    Correct.

13    Q.    The next photograph, what does that depict?

14    A.    Again, a picture from the bottom where the bar is, looking

15    up from the upper deck.

16    Q.    And inevitably, there's still more.

17              MR. SARNOFF:  So is DX 101 in evidence?

18    BY MR. SARNOFF:

19    Q.    While they're looking, everything I've shown you that

20    caught fire, was that built with permits?

21    A.    No, it was not.

22              MR. PERTNOY:  It's not in evidence yet.

23              MR. SARNOFF:  No objection?

24              MR. GUTCHESS:  No objection.

25              THE COURT:  It's admitted.  Thank you.
```

```
 1                   (Defendant's Exhibit 101 Received.)

 2             MR. SARNOFF:  DX 101, if we can just pull up.  Can we

 3   make that a little bigger for him?

 4             THE WITNESS:  I can see it.

 5   BY MR. SARNOFF:

 6   Q.   Okay.  Are you familiar with this document?

 7   A.   Yes, I am.

 8   Q.   What is it?

 9   A.   This is a First Notice of Violation posting on this

10   particular property.  It's got the address, 321, 3-29-2021, the

11   violation number, the folio number, the address, and a copy of

12   the actual document that was posted on site and mailed.

13   Q.   Okay.  Does this following photograph show a posting and

14   do they depict Ball & Chain in its condition at that time?

15   A.   Correct.

16   Q.   Can we just go through them very quickly?  Now, with

17   regard to this particular violation, what became of it?

18   A.   This particular violation, there were conversations with

19   the -- with Bill Fuller to allow this violation to be brought

20   into compliance with the plans that had been submitted after

21   the private provider audit had been finalized.

22        And a business decision was made by Mr. Fuller was to

23   submit a brand new set of drawings and brand new set of plans

24   to be reviewed and inspected by the city.  He was allowed to

25   make the necessary repairs to the deck under that building
```

1    permit number.

2    Q.   Does this have anything to do at this juncture with regard

3    to fire sprinklers or anything along those lines?

4    A.   The permits that were -- that he completed the repairs to

5    the fire damage had the fire sprinkler system that had been

6    requested under the private provider audit, yes.

7    Q.   So describe what happened with regard to the audit and the

8    requirement for the sprinkler system.

9    A.   The audit concluded that the plans had been submitted to

10   legalize that the work done without permits in Ball & Chain had

11   been insufficient, misleading, and that lacked the proper Code

12   compliance, that in order for the drawings to fully scope the

13   work that had been performed, the actual alteration level,

14   meaning the level of work that was actually completed under the

15   Florida Building Code, would require a fire -- an automatic

16   fire sprinkler system.

17        Additionally, there were other concerns of importance.

18   ADA, American with Disabilities Act lack of compliance that had

19   to be addressed as well.  Those were, if I may summarize them,

20   the main two issues with the -- with the audit.

21   Q.   Now, in your discussions with Mr. Fuller, was there any

22   resistance to putting the fire sprinkler system in?

23   A.   Yes, there was.  They ultimately appealed that decision to

24   the BORA, Board of Rules and Appeals with Miami-Dade County,

25   and that's typically the governing body to which all building

```
 1   officials in the city in Miami-Dade County adhere to.  And when
 2   there's any disputes, you can appeal such dispute to this body.
 3        It was appealed to them, it was -- the item was deferred,
 4   I believe, six or seven times, ultimately withdrawn, and no
 5   arguments were ever made before the BORA, and ultimately plans
 6   were submitted to the city complying and building the required
 7   automatic fire sprinkler system and making all of the other
 8   corrections outlined in the audit.
 9   Q.   Inclusive of ADA compliance?
10   A.   Correct.
11   Q.   And during this time, had you received -- are you aware of
12   anyone receiving any orders from Joe Carollo?
13   A.   No.
14   Q.   Any other commissioners?
15   A.   No.
16   Q.   Are you familiar with a property known as Taquerias?
17   A.   Yes, I am.
18   Q.   How are you familiar with Taquerias?
19   A.   That property is also owned by Mr. Bill Fuller, and it's a
20   property that's also in the process of being brought into
21   compliance.
22   Q.   Okay.
23        MR. SARNOFF:  So, Your Honor, is it -- we would
24   introduce into evidence DX -- Defense Exhibit 645 and I think
25   there's no objection.
```

```
 1                   MR. PERTNOY:  It's already in.

 2                   MR. SARNOFF:  It's already in.  Sorry.  Can we

 3      publish?

 4                   THE COURT:  Yes.

 5      BY MR. SARNOFF:

 6      Q.    Are you familiar with this document?

 7      A.    Yes, I am.

 8      Q.    Okay.  And just to expedite, this is, again, a violation

 9      reference 2104, work performed without a finalized permit?

10      A.    It is related to this document.  It's for a Notice of

11      Violation, again, for the lien.  They're liening the property

12      for the costs incurred.

13      Q.    And, again, is this work without a permit?

14      A.    Yes, it is.

15      Q.    Is this work without a permit to the second floor of what

16      we call Taquerias Los Altos?

17      A.    Yes, it is.

18      Q.    And in conformity, were photographs taken of the work

19      performed?

20      A.    Correct.

21      Q.    Okay.  I'm going to show you what has been marked as

22      DX 578.

23                   MR. SARNOFF:  Any objection?

24                   MR. GUTCHESS:  No objection.

25                   MR. SARNOFF:  Your Honor, we would offer and
```

```
 1    introduce into evidence Defense Exhibit 578.
 2              THE COURT:  Granted.
 3                 (Defendant's Exhibit 578 Received.)
 4              MR. SARNOFF:  Can we publish to the jury?
 5              THE COURT:  Yes, sir.
 6    BY MR. SARNOFF:
 7    Q.   So, again, reference point, you always start at the
 8    outside, correct?
 9    A.   Correct.  I was trying to provide context as to which
10    building you are indeed documenting for that particular
11    violation.
12    Q.   Just for our purposes, it's Taquerias on the bottom, Los
13    Altos on the top, correct?
14    A.   Correct.
15    Q.   And let's just go through this.  Is this a fair and
16    accurate description of Los Altos?
17    A.   Yes.
18    Q.   As was documented on April 10, 2019?
19    A.   Correct.
20              MR. SARNOFF:  Okay.  Let's just go through it a
21    little bit.  Let's go backwards.  Let's just stay on the
22    interior for a second, Curtis.
23    BY MR. SARNOFF:
24    Q.   Any of the work that is depicted in these first seven to
25    ten photographs, any of this work permitted?
```

 1          MR. GUTCHESS:  Objection.  I don't know what work

 2    he's talking about.  I don't see any work there.

 3          THE COURT:  Sustained.  He can ask him.

 4    **BY MR. SARNOFF:**

 5    Q.   As depicted of the improvements made on these photographs,

 6    was any of this permitted?

 7          MR. GUTCHESS:  Objection.  I don't see any

 8    improvements in the photographs.

 9          THE COURT:  Overruled.  Let him answer the question.

10          THE WITNESS:  The entire bar and the entire

11    remodeling of that floor was done without permits.

12    **BY MR. SARNOFF:**

13    Q.   Is it required to have permits?

14    A.   Yes, it is.

15    Q.   I went through this whole exercise with you again.

16    Florida Building Code, Miami-Dade County 8-10, does that all

17    require permits?

18    A.   They do.

19    Q.   Is there any exemption for Bill Fuller or Martin Pinilla?

20    A.   No.

21    Q.   Let's go to the exterior.  What is being depicted in the

22    back?

23    A.   Right now, you see the -- you see the staircase exiting

24    from the second floor, and you see a concrete paved area in the

25    back.

1   Q.   And let's go to DX -- I'm sorry, could you go backwards

2   one more time?  I don't think my documents -- go forward.  What

3   are we seeing here?  Is this the first floor?

4   A.   Correct.

5   Q.   And did the first floor get a Notice of Violation?

6   A.   It did.

7   Q.   What happened?

8   A.   I believe back in 2017, there was a permit submitted for

9   interior demolition.  They completed that interior demolition

10  but also completed renovations to the ground floor without

11  permits.

12          MR. SARNOFF:  Curtis, do we have the picture of the

13  exterior staircase?  Go to that.

14  **BY MR. SARNOFF:**

15  Q.   The staircase that's depicted in that photograph, I may

16  have better ones, we'll go to it right now.  Did that -- was

17  that staircase permitted?

18  A.   This particular staircase is not permitted.  It was

19  originally built without permits.  It had been submitted to the

20  Building Department as part of the legalization process.

21          One of my plans reviewers, unfortunately, did not catch

22  that that staircase was too close to the property line.  It was

23  not until the actual inspection that it was determined that the

24  staircase that had been built without permits in the processes

25  of being legalized does not comply with code. There's a code

1    provision that says any staircases that are within ten feet of

2    the property line, if they're going to be within ten feet, have

3    to be protected, meaning enclosed, and at least one hour fire

4    rated so that you have the ability to exit if there is a fire.

5    When they are open, as in this particular instance, they need

6    to be more than ten feet away from the property line.

7    Q.   And this particular staircase was not built ten feet away

8    from the property line?

9    A.   That is correct.

10   Q.   And to be candid with this jury, one of your inspectors

11   missed this?

12   A.   It was, unfortunately, missed in the plans review, and,

13   you know, that plans reviewer was disciplined accordingly.

14   Q.   Well, let's be clear on one thing.  The staircase was

15   built, correct?

16   A.   It was.  It had been built originally without permits,

17   yes.

18   Q.   And then the plans reviewer you say --

19   A.   The plans reviewer reviewed the legalization permit, which

20   showed the stairs as existing.  I don't want to imply how the

21   plans reviewer missed or overlooked that particular condition.

22   But, you know, at the end of the day, it's -- this is a

23   two-step process.  You know, construction is a two-step

24   process.

25        You have the plans reviewed, and then your eyes in the

```
 1    field in case something gets missed in the actual plans review,

 2    you have the ability to catch through the inspection process.

 3    That's, indeed, what transpired in this particular case.

 4            MR. SARNOFF:  Let's pull up DX 694.

 5            MR. GUTCHESS:  No objection.

 6            THE COURT:  All right.

 7            MR. SARNOFF:  Your Honor, at this time, we'd like to

 8    publish DX 694.

 9            THE COURT:  Granted.

10            (Defendant's Exhibit 694 Received.)

11    BY MR. SARNOFF

12    Q.   What is this document?

13    A.   This is a -- this is for the code -- for code compliance.

14    A Notice of Violation to appear before the Code Compliance

15    Board.  That's by -- that's -- it's not unusual that both the

16    Building Department and the Code Compliance Department would

17    cite a property for the same violation.

18        In the case of the Building Department, our violations do

19    not carry a per diem, a fine, but in the case of Code

20    Compliance, they do.  So, you know, both departments are

21    entitled to under our code to issue violations in terms of

22    Building Department.  Code has the authority to issue

23    violations for the entire City of Miami code.  You know, we

24    enforce just Chapter 10.

25    Q.   That's the Building Code, right?
```

1    A.   Chapter 10 of our local ordinances and in terms of local

2    ordinances.

3    Q.   Just so I'm clear, this violation references, again, I

4    think we've heard this before, 2104 work without a finalized

5    permit, city code, now City Code Section 10-3.  Have we seen

6    that before?

7    A.   Sorry.  Can you point me to that again?

8    Q.   Sure.  I'm looking at City Code Section 10-3.

9    A.   Right.  That's the Building, the Unsafe Structures.

10   Q.   When it says FBC 104 and 105, that is Florida Building

11   Code?

12   A.   Correct.

13        MR. SARNOFF:  All right.  So I'm going to show

14   plaintiff's counsel DX -- I'm sorry, Defense Exhibit 716.

15        MR. GUTCHESS:  What's the date?

16        MR. SARNOFF:  It's '21.

17        MR. GUTCHESS:  2021.

18        MR. SARNOFF:  9-15-21.

19        MR. GUTCHESS:  No objection.

20        THE COURT:  All right.

21        MR. SARNOFF:  Your Honor, at this time, the defense

22   would offer and introduce into evidence DX 718.

23        THE COURT:  Granted.

24        MR. SARNOFF:  I'm sorry, 716.

25             (Defendant's Exhibit 716 Received.)

1    **BY MR. SARNOFF**

2    Q.   Are you familiar with this document?

3    A.   I am.

4    Q.   What is it?

5    A.   Again, this is a -- this is Final Notice.  It's a Building

6    Department Unsafe Structures Section posting.  It's got the

7    date 9-15-2021.  The violation number, the folio number, and

8    the address, and it's intended to notify occupants, owner, and

9    any interested parties.

10   Q.   And the next page, so you post that notice?

11   A.   Correct.  We post and mail.

12   Q.   Okay.  And do you know the reason for the posted notice?

13   A.   That was for the work without permits that was performed

14   on the ground floor.

15   Q.   Okay.  You talked a little bit about that.  They had

16   pulled some demo permit?

17   A.   In 2017, there was work that was -- a permit and that was

18   pulled for demolition.  That work was performed and finalized,

19   and then ultimately, additional work without permits was also

20   completed on the ground floor.

21   Q.   Okay.  So demo has a specialized set of circumstances that

22   you have to pull permits for, correct?

23   A.   For every scope of work that you perform, there's an

24   individual and unique permit that needs to be pulled.  And the

25   reason why is because the qualifying contractors performing it

```
 1   may be different, so the work -- the contractor that does the
 2   demolition may not be the same contractor that does the actual
 3   construction.
 4        And the contractor that does the plumbing is not the same
 5   contractor that pulls the master permits, so for every license
 6   that's involved in the particular scope of work that's being
 7   performed, either a master permit or a sub permit is required.
 8   Q.   And in conformity with your practice, did you have
 9   photographs taken of the actual property so that you could then
10   research exactly what had been -- what the building's history,
11   so to speak, is?
12   A.   Correct.
13   Q.   And are these photographs fair and accurate depictions?
14   A.   Yes, they are.
15   Q.   Can we just go through them?  Why was a photograph taken
16   of the bathroom?
17   A.   Because that was some of the areas that were completed
18   without permits.
19   Q.   Now, commercial bathrooms, do they have to be ADA
20   compliant?
21   A.   Yes, they do.
22   Q.   Is there any way to get around that?
23   A.   So that's a complex -- that's not an easy yes or no
24   question, right?  So, the answer is yes, you need to comply
25   with the --
```

1   Q.   Florida accessibility --

2   A.   With accessibility requirements of the Florida Building

3   Code, which is also a federal law.   Now, it depends on the

4   amount of work that's being performed, right?   But the law says

5   20 percent of the work, of that scope of work, should be

6   dedicated to -- it needs to be dedicated to enhancing ADA

7   compliance.

8        So, in other words, you won't make -- if you're just

9   changing a window, it's not adequate to require full ADA

10  upgrades to the building if all you're doing is to an existing

11  building just changing a window.

12  Q.   And just --

13  A.   It's not such an easy response.

14  Q.   Just to walk through, I want to go to the electrical

15  panel, if you could.   The electrical panel you see here.   Was

16  any of this permitted?

17  A.   For the second floor, no.

18  Q.   P-3, P-2, P-1?

19  A.   From this picture, I don't know what they're serving.   I

20  don't know if they're serving the first floor or the second

21  floor.   The work that had been performed on the second floor,

22  and if it had any electrical panels feeding that work, that was

23  done without permits.   I cannot tell you by looking at the

24  picture whether that was panel 1, 2, or 3.

25  Q.   Why is it important to have electrical work permitted?

1   Why?

2   A.   You don't want no one getting electrocuted on the job

3   site.

4   Q.   And what is the status of Taquerias today?

5   A.   The status of Taquerias today is that it's still -- the

6   permit has not been closed, and you still have two pending

7   violations.  The one for the work without permits on the second

8   floor and the 40-50 recertification.

9          MR. SARNOFF:  Let's put up DX 579.

10          MR. GUTCHESS:  No objection.

11          MR. SARNOFF:  So, Your Honor, we would on behalf of

12   defendant move into evidence DX 579.

13          THE COURT:  Admitted.

14          (Defendant's Exhibit 579 Received.)

15   **BY MR. SARNOFF:**

16   Q.   Again, does this situate us?

17   A.   Mm-hmm.

18   Q.   And the next picture, let's just move to page 4 if you

19   wouldn't mind.  Posted notice.  What is that?  I know that

20   sounds redundant.

21   A.   So this is -- if you go back a few pictures, so this here

22   is that one right there.  We go by Miami-Dade County records so

23   the date, the year was -- the original date the building was

24   built is the date that we will follow as the birthdate of that

25   particular building and used to be 40 years, now 30 years

1    thereafter, and 10 year intervals, the building has to be

2    recertified as being safe for -- safe structurally and

3    electrically for continued occupancy.

4    Q.   I'm sorry, maybe I didn't catch that.  Structurally and

5    what else?

6    A.   Electrical and structurally safe for its continued and

7    intended use for occupancy.

8    Q.   Okay.  And what's the status of -- you called it a 40-50

9    year?

10   A.   Back when this one was due it was a 40-50 recertification.

11   The concept of a 30 is new starting 2023, this year, that we

12   are in right now.

13   Q.   Okay.  So the entire constellation of work done at

14   Taquerias Los Altos first floor, they exceeded their permit?

15           MR. GUTCHESS:  Objection.  Leading.

16           THE COURT:  Sustained.

17   **BY MR. SARNOFF:**

18   Q.   What occurred on the first floor?

19   A.   On the first floor, the work that was done without

20   permits, it is my -- they did submit a building set of plans to

21   the Building Department and corrected that particular violation

22   for the ground floor.

23   Q.   So ground floor has been brought into compliance?

24   A.   Has been corrected; has been brought into compliance.

25   Q.   Did commissioner Carollo impede you in any way in doing

1   that?

2   A.   No.

3   Q.   Did commissioner Carollo encourage you to do that in any

4   way?

5   A.   No.

6   Q.   Second floor, what's the status of the second floor?

7   A.   That permit is still open.  It has not been -- to this

8   date, has not been brought into compliance so you have that

9   violation still open, and until that violation is closed, you

10  cannot recertify the building so that will be -- the

11  recertification will be the last step.

12  Q.   And question for you just in general with regard to the

13  building.  Were there any permits pulled for the HVA system?

14  A.   There were no permits pulled for any work done on the

15  second floor.

16  Q.   Is it fair to say there were no permits pulled for the air

17  conditioner system that's on the roof?

18  A.   There were no permits pulled for the work that was done

19  without permits on the second floor.

20  Q.   Okay.

21          MR. GUTCHESS:  Just the same objection, Your Honor.

22  Relevance, beyond the scope of this case.

23          MR. SARNOFF:  El Shopping Center, Your Honor.

24  **BY MR. SARNOFF:**

25  Q.   Are you familiar with a property known as 1247 SW 4th

```
 1   Street owned by El Shopping Center?

 2   A.    Yes.

 3   Q.    Did I provide a public records request for you on that?

 4   A.    Yes.

 5   Q.    Did you provide records to me?

 6   A.    Yes.

 7   Q.    Were those records true and authentic copies?

 8   A.    Yes.

 9   Q.    Were those records maintained in the routine ordinary

10   course of business as a Building Director on behalf of the City

11   of Miami?

12   A.    Yes.

13   Q.    Have you provided true and authentic copies to me?

14   A.    Yes.

15   Q.    Do you have a duty to maintain those as repository on

16   behalf of the City of Miami for all buildings?

17   A.    I do.

18   Q.    Commercial as well as residential?

19   A.    Correct.

20   Q.    Okay.

21         MR. SARNOFF:  Your Honor, we would offer and

22   introduce into evidence Defendant's Exhibit 43.

23         THE COURT:  All right.  The objection is noted.  It's

24   admitted.

25              (Defendant's Exhibit 43 Received.)
```

 1          MR. SARNOFF:  May we publish, Your Honor?

 2          THE COURT:  Yes.

 3  **BY MR. SARNOFF:**

 4  Q.   Are you familiar with this property?

 5  A.   I am somewhat familiar with this property, yes.

 6  Q.   And go to the second page.  First off, describe what this

 7  is.

 8  A.   As I described before, this is screenshot of our internal

 9  City View system which is what we use to maintain records of

10  all violations issued by the Building Department and the Code

11  Compliance Department.  This would be for citations issued

12  prior to 2023 and going forward will be under Code Check.

13  Q.   Okay.  And go to the next page, if you would.  If I were

14  to tell you I'm reading this correctly, on April 14, 2022, a

15  one-story CBS -- what does that stand for?

16  A.   Concrete.

17  Q.   Type of building?

18  A.   Yes.  I went blank right now, I'm sorry.

19  Q.   That's all right.  Two unit property was found in unsafe

20  conditions with two nonconforming units built in vacant land as

21  per the Miami-Dade property appraiser.  Need to start process,

22  demolish, submit plans obtained for prior permits, inspections

23  as per FBC.  Is that Florida Building Code?

24  A.   Correct.

25  Q.   And local ordinances, correct?

```
 1    A.    Correct.

 2    Q.    All right.  Let's move to the Notice of Unsafe Structure.

 3    Are you familiar with this document?

 4    A.    Yes.  This one is for the -- again, the property is being

 5    liened for any costs incurred in documenting the violation.

 6    Q.    And who does this notice go to?

 7    A.    It goes to the owners and any other interested parties.

 8    Q.    Is the owner William O. Fuller?

 9    A.    Yes.

10    Q.    El Shopping, LLC?

11    A.    Yes.

12    Q.    In accordance with your practices, do you then have

13    Code -- do you then have your Building inspectors document by

14    photographic evidence the unsafe structure?

15    A.    Correct.

16    Q.    Okay.  And let's just go through it pretty quickly.   In

17    this particular one, it's actually labeled as an address,

18    correct?

19    A.    Correct.

20    Q.    And, again, you situate the site plan, where it's at.  Is

21    this just behind the parking garage -- I'm using the wrong

22    word -- parking structure?

23    A.    Yes.  You can see it right there.

24    Q.    And do they then photograph the exterior of the premises?

25    A.    Correct.
```

```
 1    Q.    Do they then proceed to go inside of the premise?
 2    A.    Yes.
 3    Q.    And is this the condition of the premise?
 4    A.    Yes, it is.
 5    Q.    What are they trying to document?
 6    A.    They're trying to document the existing unsafe conditions
 7    for this particular case.
 8    Q.    Just continuing to move on throughout the photographs.
 9    When we get to the outside, you see the roof.  What condition
10    is the roof?
11    A.    It seems to be in pretty bad shape.
12    Q.    Let's go to the next one.
13    A.    Yeah.
14    Q.    Now, you talked earlier about the building envelope.
15    A.    Correct.  That's your first line of defense.
16    Q.    What's the first line of defense on this structure?
17    A.    About to fail.
18    Q.    So is a high wind event a threat to this structure?
19    A.    Yes, it is, and its occupants.
20          MR. SARNOFF:  Just go to the air conditioner.  Yeah,
21    right there.  Is there a closer up one?  There you go.  Blow
22    that up.
23    BY MR. SARNOFF:
24    Q.    What is that?
25    A.    The biggest concern here is not so much -- it's -- it
```

1    could be the H.V.A.C. and all the mold, but also my biggest

2    concern here would be the actual steel cage on that window, and

3    occupants not having the ability to exit in case of a fire.

4    That's required by Code.  They always have a second means of

5    egress.  So when you have those, that steel cage, you pretty

6    much become, you know, entrapped inside that room.

7    Q.   So that was documented for the concern of no second

8    egress?

9    A.   Correct.

10   Q.   And let's move on to the Unsafe Structure First Notice.

11   There you go.  Is this something we've seen before, Unsafe

12   Structure First Notice?

13   A.   Yes, we have.

14   Q.   And do you post this?

15   A.   In a conspicuous location.  In this case, it seems to be

16   the front of the property main entrance.  Again, it has the

17   date and time it was posted, the violation number, the folio

18   number, the address, and a copy of the actual document that was

19   mailed out.  In this case, a first notice.

20   Q.   And if we were to move to a section --

21           MR. SARNOFF:  Keep going, Curtis.

22   **BY MR. SARNOFF:**

23   Q.   What's the purpose of documenting the FP&L unit?

24   A.   To verify the building is or not electrified.

25   Q.   Was the building was electrified?

```
 1   A.    Yes.

 2   Q.    Does that mean somebody was living there?

 3   A.    Correct.

 4              MR. GUTCHESS:  Objection.

 5              THE COURT:  All right.  What's the grounds?

 6              MR. GUTCHESS:  Foundation, personal knowledge.

 7              THE COURT:  Sustained.

 8              MR. GUTCHESS:  Move to strike.

 9              THE COURT:  Stricken.

10   BY MR. SARNOFF:

11   Q.    Was the premises electrified?

12   A.    Yes.

13   Q.    Okay.  Moving on to notice of a hearing, a posted notice.

14   This is a noticed for the Unsafe Structure Panel again?

15   A.    This is a posted notice of Unsafe Structures hearing.

16   It's letting the occupants, owner, interested parties know that

17   this particular property and case will be heard before the

18   Unsafe Structure Panel.  In this particular case, it will be on

19   May 27, 2022; would have been.

20   Q.    And do we know the status of this property?

21   A.    To my knowledge, it's still in noncompliance.

22              MR. SARNOFF:  Your Honor, I was going to move on to a

23   whole different section.  I don't know if you want to do lunch.

24              THE COURT:  You may continue.  We'll break in about

25   ten minutes, okay?
```

```
 1              MR. SARNOFF:  Yes, sir.

 2              MR. GUTCHESS:  No objection.

 3              THE COURT:  All right.

 4              MR. SARNOFF:  Can we publish Defense Exhibit 39?  I

 5    apologize.  I think we kind of went through this already.  No

 6    reason to rehash that again.  Sorry.  DX 41.

 7              MR. GUTCHESS:  No objection.

 8              THE COURT:  All right.

 9              MR. SARNOFF:  So can we publish DX 41?

10              THE COURT:  Granted.

11              (Defendant's Exhibit 41 Received.)

12    BY MR. SARNOFF:

13    Q.   Are you familiar with this property?  Let's go to page 3.

14    A.   Yes, I am familiar with this property.

15    Q.   First of all, can you kind of put us to some degree where

16    we're located?

17    A.   This is located on 8th Street, 1547 SW 8th Street.  This

18    will be on the opposite end of -- on 8th Street on the opposite

19    end of Ball & Chain.

20    Q.   Opposite heading towards the water?

21    A.   Towards heading west.

22    Q.   Heading west.  Okay.  And what does this -- what is this

23    document?

24    A.   Again, this is a copy of our City View system, which is

25    what we used to document our Building Department violations as
```

1   well as Code Enforcement.  This is the program that our

2   inspectors will use on a daily basis to do their work.

3   Q.   Okay.  And if we move to the next page.  Is this something

4   we've talked about quite significantly here, something called

5   an Unsafe Structure First Notice?  Are you familiar with that?

6   A.   Yes.

7   Q.   Can you -- am I correct in saying that a two-story CBS

8   mixed property was found to be in unsafe condition with signs

9   of a noncompliance awning and fence installation, mechanical

10  equipment installed without permits or inspection, and you're

11  providing the folks at Yo Amo Calle Ocho, LLC with notice that

12  they need to submit plans?

13  A.   That's what was documented during that day, during that

14  inspection, correct.

15  Q.   And in conformity with your practice, do you also have

16  your Code -- I'm sorry, your Building inspectors go out and

17  take photographs of what the noncompliance is?

18  A.   Correct.

19          MR. SARNOFF:  And in this particular circumstance,

20  can we just walk through a number of the photographs.  Now, go

21  back, I think.  Back.  See if you can come up with the air

22  conditioner unit.  There you go.

23  **BY MR. SARNOFF:**

24  Q.   Do you know why that was documented?

25  A.   Because every building component needs to obtain a

 1    building permit before it is installed.

 2    Q.    Go to the next one.  Do you know why that was documented?

 3    A.    To provide context of what this building is.

 4    Q.    Okay.  And if we were to go in conformity with the way of

 5    your practice, the posting of the notice, that was done?

 6          MR. SARNOFF:  If you go to the posted notice, Curtis.

 7    **BY MR. SARNOFF:**

 8    Q.    Purpose of this is to provide notice to everyone?

 9    A.    Correct.

10    Q.    And was the back of this property --

11          MR. SARNOFF:  Keep going.  That's it.  Mine's

12    different than yours.  Excuse me, Your Honor, just one moment.

13    Your Honor, could we just adjourn so I can maybe clean some

14    stuff up because we have a little bit of a glitch?

15          THE COURT:  All right.  We will adjourn and I need to

16    see the parties briefly on that note too, as well.  We'll be in

17    recess till five after 1:00, ladies and gentlemen.

18          While out on break, do not discuss this matter with

19    anyone.  We'll see you at one -- five after 1:00.  Thank you.

20          THE COURT SECURITY OFFICER:  All rise.

21          (Thereupon, the jury exited the courtroom.)

22                         (At the bench.)

23          THE COURT:  Also just to address a time concern is

24    that I've looked at a number of appellate cases in terms it's a

25    good reason they state for the trial court to hold parties to

1    their estimate because of the fact it interferes with the

2    Court's trial docket.

3            This Court has allowed both parties time, and they

4    went extraordinarily beyond what's been presented to this

5    Court.  I even went to curtail the case in chief.  This Court

6    is strictly going to enforce time on this defendant case.  You

7    have approximately 36 minutes left to do.

8            We have lost jurors in this case, we have others who

9    have vacation time.  I've planned this according to what was

10   given to this Court.

11           The unfortunate circumstance with the Fort Lauderdale

12   flooding, I know Mr. Kuehne had a death in the family and

13   other, it still exceeded too.  We're losing a juror tomorrow.

14   The others have expressed concern in terms of their schedule.

15   I have to work around my schedule as well because when I was in

16   state court, I did preside over criminal cases.  This is not

17   state court here.  I'm in one of the busiest districts, trial

18   districts in the country.  I do have cases lined up back to

19   back.  I have pending cases in civil.

20           You have 36 minutes exactly to do what you want to do.

21   That's even beyond what gave.  I do keep accurate time as to

22   how long this case has been going in addition to sidebars and

23   other things.  It may be in your interest to look at the time

24   schedule.

25           You will have at least one hour, that's on

1   cross-examination, plaintiff, as to what was presented, so

2   that's what I'm going to allow beforehand.  We have been moving

3   this case at a pace that has been -- should have terminated

4   testimony that has been repetitive by both sides.  So there's

5   objections, and it's going to end.

6        When you come back, do what you need to do so we can

7   wrap this up.  We have jurors now worrying about this issue.

8   As I mentioned earlier, one of these jurors exhausted her

9   personal time for you guys.  People will fire her from her job.

10  I'm not going to put her in that same predicament.  I have

11  other things that are already set on my docket that I cannot

12  move.

13       Also with respect to this courthouse, they're putting

14  time restraints on me as to what time I can stay here.  I can't

15  stay late after hours to be in this building to do things and

16  from my criminal docket, it's not fair to those who are facing

17  their liberty at stake.  I have calendar call tomorrow.  If I

18  have to find judges, I'm not here to sit up here and just waste

19  time here.

20       So I'm just letting you know as far as the time that

21  you are given with respect to your schedule, it's going to be

22  strictly adhered to as I have done in plaintiffs' case.  Do

23  what you need to do to move forward.

24            MR. GUTCHESS:  Thank you.

25            MR. PERTNOY:  Thank you, Your Honor.

1          (Luncheon recess was taken.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        **<u>MONDAY AFTERNOON SESSION, MAY 15, 2023</u>**

2              <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                    - - -

4           (Call to the Order of the Court.)

5           THE COURT:  The Court is back in session.  Also,

6     again, make sure your time is allotted enough as well for any

7     anticipated redirect as discussed at sidebar.

8           With that said -- I dropped something?  Thank you,

9     Rita.  All right.  Please bring in the jurors.

10           THE COURT SECURITY OFFICER:  All rise.

11           (Thereupon, the jury entered the courtroom.)

12           THE COURT:  You may be seated.  The members of the

13     jury are back.  Ready, everyone?  Ready?

14           A JUROR:  Yes.

15           THE COURT:  All right.  Good.  Mr. Sarnoff, you may

16     continue, sir.

17           MR. SARNOFF:  If it please the Court.

18     **BY MR. SARNOFF:**

19     Q.   We were talking about Union Beer.

20     A.   Correct.

21           MR. SARNOFF:  Okay.  I want to bring up DX 603,

22     page 5.

23           MR. GUTCHESS:  No objection.

24     **BY MR. SARNOFF:**

25     Q.   Do you recognize that, sir?

1    A.    I do.

2    Q.    What is it?

3    A.    It is a notice of hearing before the Unsafe Structure

4    Panel.  That hearing was scheduled for December 9, 2022.

5    Q.    And was this hearing based upon work without a permit by

6    the Union Beer?

7    A.    Correct.

8              MR. SARNOFF:  And I want to bring up DX 604.  Your

9    Honor, I'd like to admit into evidence DX 603 and ask -- I

10   don't know if we have to publish --

11             THE COURT:  Any objection?

12             MR. GUTCHESS:  Sorry.  What was it?  No objection.

13             MR. SARNOFF:  603 is the one we looked at.

14             MR. GUTCHESS:  No objection.

15             THE COURT:  Granted.  Thank you.

16             (Defendant's Exhibit 603 Received.)

17             MR. SARNOFF:  And if we could just pull up 604.

18   **BY MR. SARNOFF:**

19   Q.    And are you familiar with this document?

20   A.    Yes, I am.

21   Q.    What is it?

22   A.    It's an order from the Unsafe Structure Panel for said

23   property to bring it into compliance to make the necessary

24   repairs.

25   Q.    Okay.  And was this property declared to be an unsafe

1    structure by the panel?

2    A.   Yes.

3    Q.   And the city is giving them the opportunity to come into

4    compliance, correct?

5    A.   Yes.

6    Q.   Is Joe Carollo preventing you from doing that?

7    A.   No.

8    Q.   Any other commissioners preventing you from doing that?

9    A.   No.

10   Q.   Director Marrero, based on all of the work you've done in

11   terms of the Compliance Agreement, Unsafe Structures orders, do

12   you have an impression of the business practices of Martin

13   Pinilla and Bill Fuller?

14           MR. GUTCHESS:  Objection.

15           THE COURT:  Sustained.

16           MR. SARNOFF:  Judge --

17           THE COURT:  The objection is sustained, Mr. Sarnoff,

18   as to the question phrased.  Okay?  Next question.

19   **BY MR. SARNOFF:**

20   Q.   How many times of the files we've talked about have

21   plaintiffs commenced construction without a permit?

22   A.   I believe just about every single file we have discussed

23   today and last week.

24   Q.   And they come into compliance when?

25           MR. GUTCHESS:  Objection.

```
 1                THE COURT:  Overruled.  You can answer.
 2                THE WITNESS:  They come into compliance after it has
 3       been brought to their attention via Stop Work Order, First
 4       Notice, Final Violation that work had commenced without
 5       permits.
 6                MR. SARNOFF:  Thank you, Your Honor.  That's all I
 7       have.
 8                THE COURT:  All right.
 9                          -  -  -  -  -
10                CROSS EXAMINATION OF AESEL MARRERO
11       BY MR. GUTCHESS:
12       Q.   Good afternoon, Mr. Marrero.  Is that how you say your
13       name?
14       A.   Good afternoon.  That's perfect.
15       Q.   Let's start with the parking garage.  I think it was
16       Exhibit 29 was it.
17                MR. GUTCHESS:  Put that up for the witness and the
18       jury to see.
19       BY MR. GUTCHESS:
20       Q.   All right.  Mr. Marrero, do you recall testifying about
21       this parking structure?
22       A.   I do.
23       Q.   And you see those -- what do you call those metal things
24       sticking up?
25       A.   Rebars.
```

1   Q.   And I think you testified that that had been that way

2   since the 1980's, right?

3   A.   Yes, I did.

4   Q.   Who owned it then?

5   A.   I don't know.

6   Q.   You don't know.

7   A.   No.

8   Q.   Certainly it wasn't the plaintiffs, right?

9   A.   I don't know.

10  Q.   And the city allowed that parking garage to stay that way

11  in the 1980's, right?

12  A.   It did.

13  Q.   Allowed it to stay that way in the 1990's, right?

14  A.   It did.

15  Q.   Allowed it to stay that way from 2000 and 2010, right?

16  A.   It did.

17  Q.   Allowed it to stay that way from 2010 to 2020, right?

18  A.   It did.

19  Q.   Had cracking of the concrete, right?

20  A.   It was not allowed to stay that way under my purview.

21  Q.   The cracking of the concrete doesn't occur overnight, does

22  it?

23  A.   I can't answer for my predecessors and what they did

24  before me.

25  Q.   All right.  So you're not aware of any other Notice of

1   Violation ever being placed on this structure for four decades

2   before 2020, correct?

3   A.   The answer is no.

4   Q.   You said there were 7,000 Unsafe Structure violations at

5   any given time, right?

6   A.   When I took over, it was in 2020.  The magnitude of order

7   of violations throughout the city was between 6 and 7,000, that

8   is correct.

9   Q.   The building we're in is riddled with code violations,

10  right?

11  A.   I don't know the answer to that.

12  Q.   You can see the cracking of the concrete right outside,

13  right?

14  A.   This is not under my jurisdiction.  That's for somebody

15  else to answer.

16  Q.   The elevators don't even work, do they?

17       Mr. Marrero, let's go to the little house that you

18  testified about.  I think it was Defendant's 43.

19  A.   Mm-hmm.

20  Q.   Put up a picture of that.  Do you know when the plaintiffs

21  purchased this property?

22  A.   I do not.

23  Q.   Do you know if the plaintiffs have even been on this

24  property?

25  A.   You can ask them.

1   Q.   You don't know.  Do you know if the plaintiffs have ever

2   done any work on the property?

3   A.   Not from what you look at in these pictures, no.

4   Q.   Right.  Do you know if there were any violations ever

5   posted on this property in 2014?

6   A.   I do not.  Don't have the answer to that, no.

7   Q.   2015?

8   A.   I do not.

9   Q.   2016?

10  A.   I guess we can go like that until 2020.

11  Q.   Right.  And you came to your job in February, 2020, right?

12  A.   Yes, I did.

13  Q.   Right after Mr. Emilio Gonzalez resigned?

14  A.   Yes, I did.

15  Q.   And you replaced Mr. Pons, is that right?

16  A.   No, I did not.

17  Q.   Was Mr. Pons demoted when you arrived?

18  A.   No, he was not.

19  Q.   Did you have any discussions with Mr. Pons about his

20  brother having done work with Mr. Fuller?

21  A.   I did.

22  Q.   Okay.  And that was about the time he was moved out of his

23  position, right?

24  A.   No, it was not.

25  Q.   Okay.  So your boss is Art Noriega, the city manager,

1    right?

2    A.   He is my boss, yes.  I report indirectly to him through

3    deputy city manager.  Different infrastructure departments

4    report to him, Dr. Ihekwaba.

5    Q.   As the Director of the Building Department?

6    A.   Correct.

7    Q.   You're not the person who generally deals with public

8    records requests, right?

9    A.   It's in the Building Department.  All record requests are

10   sent to the microfilm section in the Building Department, yes.

11   It is a section within the Building Department.

12   Q.   Right.  And they're usually written requests.  You can go

13   online on the city website and type them in, right?

14   A.   Yes.  Could be one.  Could be verbal.

15   Q.   You normally don't get oral public records requests,

16   do you?

17   A.   I get copied on many of them.

18   Q.   You don't get oral public records requests, do you?

19   A.   Yes, we do.

20   Q.   Do you.  So you provide Mr. Sarnoff with the records he

21   requests.  Are you being represented by Mr. Sarnoff?

22   A.   I'm not represented by anybody.

23   Q.   Okay.  And yet, you're cooperating with Mr. Sarnoff,

24   right?

25   A.   I am providing information that was requested as I would

```
 1   with anybody else.
 2   Q.   Okay.  And so if I were to just make an oral request for
 3   you for evidence to help me in this case, you'd run off and
 4   give it to me?
 5   A.   Absolutely would.
 6   Q.   That's very nice of you.
 7        So did you meet Mr. Sarnoff to prepare for your testimony?
 8   A.   Yes, I've had meetings with Mr. Sarnoff.  Yes, yes, I
 9   have.
10   Q.   And how many times?
11   A.   I think it was two or three times.
12   Q.   Provide any of these records over the weekend for today?
13   A.   No.  The records that were provided over the last two or
14   three days were in reference to Taquerias only.  That's the
15   only file that was requested within the last two or three days.
16   Q.   So that's the last two or three days, meaning since today?
17   A.   Since the -- since Friday, yes.
18   Q.   Right.  So over the weekend, they were requesting records
19   from you orally, right?
20   A.   Only that record, yes.
21   Q.   To assist with your testimony, right?  To show you in your
22   testimony?
23   A.   It was -- I was called.  I was asked about those files.  I
24   said these files exist in this manner, and I was asked can you
25   provide a copy of those files and I did.
```

```
 1   Q.   And the city's not a defendant here, right?

 2   A.   Not to my knowledge.

 3   Q.   So you're providing all of this cooperation on behalf of

 4   Mr. Carollo, right?

 5   A.   As I said, I'm providing this as I would with anybody

 6   else.

 7   Q.   Okay.  So let's talk a bit about what happened when you

 8   assumed your position.

 9   A.   Okay.

10   Q.   I think you said you were acting director in February?

11   A.   Correct.

12   Q.   And became official director when?

13   A.   April 30, 2020.

14   Q.   Okay.  And then in May, 20 -- by the way, in prepping for

15   this case, were you shown certain documents?

16   A.   Yes.

17   Q.   Okay.  Were you shown your deposition because you have a

18   sworn deposition?

19   A.   No, I was not shown my deposition, no.  I personally asked

20   for a copy of my deposition.

21   Q.   Did you review it to see what you said last year?

22   A.   I did review it.  I was very uncomfortable during that

23   deposition so yes, I did review it.

24   Q.   Okay.

25   A.   I was threatened during that particular deposition so yes,
```

1   I reviewed it.

2   Q.   And, sir, you know I was not there.  I have nothing to do

3   with anybody threatening you.

4   A.   Since you're asking me, I'm telling you.

5   Q.   So, Mr. Marrero, were you shown any of your own text

6   messages in preparation for your testimony today?

7   A.   No, I was not.

8   Q.   Did you review any of your own text messages?

9   A.   No, I did not.

10   Q.   Let's talk about a lengthy meeting you had in May, 2020

11   when you first became director officially.  Do you recall

12   having a -- May 27th to be precise -- lengthy meeting with the

13   manager, Art Noriega, almost the entire City Attorney's office,

14   and Adele Valencia, the Director of Code Compliance, talking

15   about Bill Fuller?

16   A.   I have many, many meetings with the managers and everybody

17   that you just described, so if that meeting took place, it did.

18   I did not recall.

19   Q.   Okay.  And you concluded after that meeting, you needed to

20   revise and update the city's policies to be more stringent.

21   When it comes to work without a permit, clearly define what are

22   unsafe conditions and shut down all structures that don't

23   comply, right?

24   A.   I don't recall that specifically, no.

25   Q.   Okay.  Well, let's show you your text message.

```
1              MR. GUTCHESS:  Let's put up 600 and 601.  We'll start
2    with 600.  Are there any objections to the witness' own text
3    messages?
4              MR. SARNOFF:  No objection.
5              THE COURT:  All right.  You can publish.  It's
6    admitted, no objections.
7              (Plaintiffs' Exhibits 600 and 601 Received.)
8    BY MR. GUTCHESS:
9    Q.   Mr. Marrero, take a look at Exhibit 600.
10   A.   I'm looking at it.
11   Q.   Do you recognize CofM, Maurice Pons?
12   A.   Yes.
13   Q.   And if you could just read that green part into the
14   record.
15   A.   Absolutely.  NP.  No problem.  Just had a lengthy meeting
16   with the manager and almost the entire city attorney office
17   plus Adele talking about Bill Fuller.  The manager wants us to
18   revise and update our policies to be more stringent when it
19   comes to work without permit, clearly define what unsafe
20   conditions are and shut down --
21   Q.   For some reason, this one's cut off.  Let's show you the
22   electronic version.  It's Exhibit 601.
23             MR. GUTCHESS:  Permission to publish?  It's the same
24   exhibit.
25             THE COURT:  Show it on the screen, please,
```

1    immediately.

2            MR. SARNOFF:  No objection.

3            THE COURT:  It's admitted.

4    **BY MR. GUTCHESS:**

5    Q.   All right.  Do you see at 12:19, p.m., sir?

6    A.   I see it.

7    Q.   And do you see that that's the same text message we just

8    looked at?

9    A.   Yeah.

10   Q.   If you read the rest of it.  And shut down --

11   A.   And shut down all structures that don't comply.

12   Q.   Right.  And that's in the meeting talking about Bill

13   Fuller, right?

14   A.   That's what it says on the text, yes.

15   Q.   You see the last message down at 12:21, could you read

16   that for the jury?

17   A.   Yes.  I would -- I would like for us to spend the day

18   tomorrow brainstorming about these issues.  We need to circle

19   back with Rachel if we need to update any of our ordinances as

20   well as have a follow up meeting with the manager next week to

21   provide an update on these issues.

22   Q.   Okay.  So, May 27, 2020, that's right in the height of

23   COVID, right?

24   A.   More or less, yes.

25   Q.   Right.  And how long was this lengthy meeting you had with

```
 1   the entire City Attorney's staff talking about Bill Fuller?
 2   A.   I don't recall, to be honest with you.
 3   Q.   Who was the manager you met with?
 4   A.   According to the text, it was the manager was present in
 5   that meeting, yes.
 6   Q.   And that was Art Noriega?
 7   A.   Yes.
 8   Q.   Okay.  He's the same guy that measured the distance from
 9   Taquerias to the religious establishment?
10   A.   You'd have to ask him that question.
11   Q.   And all of these official -- who from the City Attorney's
12   Office was there?
13   A.   I don't recall, but I seem to have put Rachel down --
14            THE COURT:  Also, gentlemen -- the gentlemen that
15   came in the courtroom, remove the coverings, the caps.  Thank
16   you.
17   BY MR. GUTCHESS:
18   Q.   And the whole focus of this discussion was Bill Fuller,
19   right?
20   A.   Like I said, I don't recall, but I did testify that my
21   first assignment of the Building Department found the Unsafe
22   Structures Division Section --
23   Q.   Sir, I was just asking.
24   A.   -- grossly understaffed.
25            THE COURT:  Wait, sir.  Could you please just answer
```

1    the question only?

2    **BY MR. GUTCHESS:**

3    Q.   The whole focus was Bill Fuller, right?

4    A.   I don't recall.

5    Q.   Okay.  The city's policies at the time apparently had not

6    provided the basis to shut down Mr. Fuller's properties, right?

7    A.   I don't know what you mean by that question.

8    Q.   The city manager, Art Noriega, was asking you to revise

9    and update your policies, right?  To make them more stringent

10   in order to shut down all structures that don't comply, right?

11   A.   That is correct, and we have -- and we have amended our

12   policies and our ordinances on the unsafe structures quite a

13   few times since 2020.

14   Q.   Okay.  And the whole purpose of these amendments were

15   Mr. Fuller's properties, right?

16   A.   I disagree.

17   Q.   Okay.  And then you say you want to spend the day

18   tomorrow, right?  So you not only have the lengthy meeting with

19   all these people about Mr. Fuller's properties, but then you

20   schedule a day -- what was Mr. Pons' position at the time?

21   A.   Building official.

22   Q.   What is a Building official?  Senior Building official?

23   A.   The Building official is the authority that interprets the

24   Florida Building Code and is the -- and he reports -- at that

25   point, he reported to me as the Building Director.

1  Q.   Okay.  So you ask him to --

2  A.   He was my second in command.

3  Q.   So you want the spend the entire time tomorrow

4  brainstorming these issues, right?

5  A.   That's what the text said, yes.

6  Q.   So -- and the entire day is spent brainstorming how to

7  make things more stringent to shut down Fuller's properties,

8  right?  Right?

9  A.   I think the intent was to spend the whole day talking

10  about what can we do about the ordinances that are not keeping

11  up with what's happening out in the city, yes.  That was the

12  intent of the meeting.

13  Q.   And then you go on to say we need to circle back with

14  Rachel.  Who was Rachel?

15  A.   Rachel Dooley is the city attorney.

16  Q.   Okay.  If we need to update any of our ordinances, right,

17  so --

18  A.   That is correct.

19  Q.   -- you're planning to make new laws, right?

20  A.   That is correct.

21  Q.   In order to shut down Mr. Fuller's properties, right?

22  A.   We only enforce the laws in the book.

23  Q.   If you don't have them, you create new laws, right, to go

24  after --

25  A.   If we need to change the code, then we need to go through

 1  the proper procedures to change the code.

 2  Q.   Okay.  And then you have to have follow up meeting with

 3  the manager to provide an update on these issues, right?

 4  A.   Yes.

 5  Q.   Okay.  It's actually pretty rare to get complaints about a

 6  property owner from the city manager, right?

 7  A.   No, it is not.

 8  Q.   Didn't you testify in your deposition that it's extremely

 9  rare to get complaints from the city manager about a property?

10  A.   It is rare, but it's not extremely rare.  I have received

11  those before.

12  Q.   Okay.  And you received complaints about Fuller's

13  properties from the city manager, right?

14  A.   I have received complaints about Fuller's property from

15  the manager.

16  Q.   And you also received complaints about Fuller's properties

17  from Commissioner Carollo's staff, correct?

18  A.   From his staff, yes.

19  Q.   Okay.  And when you receive these complaints, you send

20  inspectors out, right?

21  A.   As I would with any other complaint that comes into my

22  office.

23  Q.   Even though you testified that you didn't order anything

24  to be done, you did get complaints from the manager and from

25  Mr. Carollo, and you sent inspectors out and they resulted in

```
 1  violations, right?

 2  A.  Not from Mr. Carollo.  From his staff.

 3  Q.  Okay.  They were acting on Carollo's behalf, right?

 4  A.  You need to ask them that question.

 5  Q.  But you understood that they were acting on Carollo's

 6  behalf?

 7  A.  No, I did not understand that.  I understood that there

 8  was a complaint about a property that was doing work without

 9  permits and we responded to that complaint.  It's a life safety

10  concern.

11  Q.  Okay.  Even with that little house where you don't know

12  that there was any work that had ever been done on that

13  property, right?

14  A.  Absolutely.

15  Q.  So after this May 27th meeting, I guess you scheduled it

16  the next day, May 28th, 29th, whatever, that kicks off what's

17  referred to as Carollo's investigation, right?

18  A.  I don't know what you're alerting to.

19  Q.  Well, you recall receiving monthly or weekly updates on

20  all of Mr. Fuller's properties, right?

21  A.  I would get copied on some emails with Excel documents

22  about tracking Bill Fuller's properties.  Yes, I would.

23         MR. GUTCHESS:  Let's take a look at that.  610.

24  Let's show the witness 610.  This is an email you received.

25         THE COURT:  Is it in evidence?
```

1          MR. GUTCHESS:  Not yet, Your Honor.

2          THE COURT:  Show it to defense, please.  Any

3    objection?

4          MR. SARNOFF:  I just don't know how many pages, Your

5    Honor.

6          THE COURT:  How many pages?

7          MR. GUTCHESS:  Two pages, sir.

8          MR. SARNOFF:  No objection.

9          MR. GUTCHESS:  Let's publish to the jury.

10             (Plaintiffs' Exhibit 610 Received.)

11   **BY MR. GUTCHESS:**

12   Q.   Do you recognize this?  And is it an email sent to

13   yourself and Mr. Pons from a John Porfiri?

14   A.   I do.

15   Q.   You see the subject line?

16   A.   I do.

17   Q.   What does it say?

18   A.   Says progress of Carollo investigation.

19   Q.   So here, you have the Building Department conducting a

20   Carollo investigation, right?

21   A.   That is incorrect.  You have someone in the Building

22   Department who put that subject line in an email.  You need to

23   ask that person why they put that in that email.  I never

24   instructed anybody to do an investigation on Carollo's

25   properties.

```
1   Q.   I'm not saying you instructed anybody, but you certainly
2   understood that this was a Carollo investigation, right?
3   A.   No, I did not.
4   Q.   And you never wrote back and said, hey, this is improper,
5   right?
6   A.   I certainly had a conversation with him about that.
7   Q.   Because it would be improper to be conducting an
8   investigation on behalf of Commissioner Carollo, right?  Isn't
9   that right?  It would be totally improper.
10  A.   Yes, it would be.
11  Q.   Yes.  Let's go and see what the attachment is.  These --
12  these are various properties belonging to Mr. Fuller and
13  Mr. Pinilla, right?
14  A.   Yes, they are.
15  Q.   All right.  And so take -- what do these -- what's along
16  the top?
17  A.   This was as a result of when we did the private provider
18  audit.  It was determined that the same private provider that
19  had done the work for Ball & Chain had also done the work on
20  these other properties.
21       So we extended the audit to these four properties as well
22  to see if anything improper happened on those properties as
23  well.
24  Q.   Okay.  So let's go back to May 28th.
25            MR. GUTCHESS:  You can take that down, Lina.  Let's
```

```
 1   go to May 28th, Exhibit 602, which is the first one of these

 2   updates you received on Mr. Fuller's properties.  Show that to

 3   the defense counsel.

 4            MR. SARNOFF:  How many pages is this?

 5            MR. GUTCHESS:  These are all just two pages.  It's a

 6   cover email.  Some of them are a few pages but the attachment

 7   of the properties, they're all very short.

 8            MR. SARNOFF:  So this is -- this is the attachment,

 9   that's it?  Just that one page?  Okay.  No objection.

10            THE COURT:  All right.  It's admitted.

11            (Plaintiffs' Exhibit 602 Received.)

12   BY MR. GUTCHESS:

13   Q.  All right.  Mr. Marrero, let's take a look at Exhibit 602.

14            MR. GUTCHESS:  If you can enlarge that, Ms. Cohen, so

15   the jury can see it.

16   BY MR. GUTCHESS:

17   Q.  And that's from a Mr. Rene Diaz.  Who's that?

18   A.  He's the Chief of Unsafe Structures.

19   Q.  All right.  And he's sending that -- your name is on the

20   "to" line, right?

21   A.  Yes.

22   Q.  And the attachment is -- what does that say?

23   A.  Copy of Fuller properties.

24   Q.  All right.  So let's take a look at the attachment then.

25   And are these a list of Mr. Fuller's properties that you guys
```

 1  are inspecting?

 2  A.   That's what he sent me a copy of at that particular date

 3  and time.

 4  Q.   Why don't you take the jury through this chart and tell

 5  them what you guys are tracking on Mr. Fuller's properties.

 6  A.   What this shows is who's the owner on different properties

 7  and how many violations you have in a lot of these properties.

 8  Q.   Right.   And so let's -- some of them are missing the

 9  40-year certification, right?

10  A.   Property unsafe, 40, unsafe, 40 unsafe, unsafe, 40 years.

11  40 years, work without permit, 40 year and work without

12  permits.

13  Q.   Is there another page to this?   Okay.   No.   So, and then

14  you see that the ones where there's no yellow or orange,

15  there's no violations?   There are no issues there, right?

16  A.   Right.

17  Q.   All right.   So let's go to Exhibit 603 which is two weeks

18  later -- not even two weeks later, one week later, June 4th.

19          MR. GUTCHESS:   These are all going to be the same

20  email, Your Honor.   Just different dates.   I don't expect there

21  to be any objections.

22          MR. SARNOFF:   Just as a courtesy, just show it to us.

23          MR. GUTCHESS:   That's fine.

24          MR. SARNOFF:   I'm sorry.   Obviously, it's not the

25  email I'm concerned with.   I'm concerned about the attachment.

 1          MR. GUTCHESS:  That's fine.  Go down to the

 2   attachment.

 3          MR. SARNOFF:  Just give me ten seconds.  I have no

 4   objection.

 5          THE COURT:  All right.  It's admitted.

 6              (Plaintiffs' Exhibit 603 Received.)

 7   **BY MR. GUTCHESS:**

 8   Q.   If you would take a look at Exhibit 603.  Do you recognize

 9   that as a week later, six days later, June 4th, maybe seven

10   days later?

11   A.   I do.

12   Q.   Another update from Mr. Diaz to yourself?

13   A.   Correct.

14   Q.   With the attachment.  Go down and show him the attachment.

15   Same thing, just maybe a little updated information?

16   A.   It is.

17   Q.   All right.  Let's go to the August 19th version.  I won't

18   do every week.  August 19th.

19          MR. GUTCHESS:  It's Exhibit 604.  Any objection?

20          MR. SARNOFF:  May I just see it as a courtesy?

21          MR. GUTCHESS:  Yeah.  Go down to the attachment,

22   Lina.

23          MR. SARNOFF:  Can you blow that up a little bit?  No

24   objection, Your Honor.

25          THE COURT:  It's admitted.  Thank you.

```
 1                (Plaintiffs' Exhibit 604 Received.)

 2     BY MR. GUTCHESS:

 3     Q.   Mr. Marrero, I ask you to look at Exhibit 604, ask you if

 4     it's the same email being sent to you with the update on Fuller

 5     properties?

 6     A.   It is.

 7     Q.   And you see where he says:  Ace, attached is the updated

 8     spreadsheet.  Highlighted in yellow are the properties with

 9     updated information since our last report.  Let me know if you

10     have any questions or would like to make any changes.

11     Do you see that?

12     A.   I do.

13               MR. GUTCHESS:  All right.  Let's take a look at --

14     let's go to Exhibit 607.  Just choose another one, September

15     25, 2020.  Show him the attachment.  Any objection?

16               MR. SARNOFF:  No objection, Your Honor.

17               THE COURT:  It's admitted.

18                (Plaintiffs' Exhibit 607 Received.)

19               MR. GUTCHESS:  Publish Exhibit 607.

20     BY MR. GUTCHESS:

21     Q.   It's another -- so this one is actually an email from

22     yourself, right?

23     A.   Mm-hmm.

24               THE COURT:  That's a yes or no, sir.

25               THE WITNESS:  Yes, it is.
```

1    **BY MR. GUTCHESS:**

2    Q.   And who's it being sent to?

3    A.   To Dr. Ihekwaba.

4    Q.   He's in the city manager's office?

5    A.   That's correct.

6    Q.   Let's take a look at your attachment.  What are the

7    properties on your attachment?

8    A.   What do you want me to say?  The address?

9    Q.   These are all Fuller properties, right?

10   A.   Calle Ocho, Brickell Station Partners, couldn't tell you

11   honestly if they're all Fuller properties or not.

12   Q.   Dancing Insurance Man, Futurama, Village Shoppes.  There's

13   El Shopping which you testified to.  Do you see that?

14   A.   Mm-hmm.

15   Q.   Yo Amo, Little Havana Arts Building.  Do you recognize

16   that as a Fuller property, right?  The Tower Hotel?  Do you see

17   that?

18   A.   Yep.  I also recognize it's a first report was sent in May

19   and this was a September, and they still have violations on all

20   of the properties.

21             MR. GUTCHESS:  Okay.  Let's take a look at Exhibit

22   608.

23             MR. SARNOFF:  No objection.

24                  (Plaintiffs' Exhibit 608 Received.)

25

```
1    BY MR. GUTCHESS:

2    Q.   Sir, let's take a look at Exhibit 608.  This is an email

3    from yourself.  Could you enlarge that?

4         You write:  Mr. Pons, this is the memo we discussed with

5    the manager would be ready for tomorrow.  Can you at least have

6    a draft for tomorrow afternoon, and the subject is 1513 SW 8th

7    Street.  Do you know which property that is?

8    A.   I do.

9    Q.   What is it?

10   A.   That's Ball & Chain.

11   Q.   And which memo is this that you're attaching?

12   A.   If this is on October 20, 2020, it probably has to do with

13   the Certificate of Occupancy that was being discussed as a

14   Certificate of Occupancy or the audit that was being performed

15   on that property, either one of those.

16        MR. GUTCHESS:  Let's take a look at Exhibit 609.

17   Showing you Exhibit 609.  Any objections?

18        MR. SARNOFF:  My only objection, Your Honor, talks

19   about a Class II permit.  Class II permit has no relevance to a

20   building.

21        THE COURT:  All right.  Anything else?

22        MR. SARNOFF:  That's it, Your Honor.

23        THE COURT:  All right.  Objection is overruled.

24        MR. GUTCHESS:  Can we publish?

25        THE COURT:  Sure.
```

1              (Plaintiffs' Exhibit 609 Received.)

2    **BY MR. GUTCHESS:**

3    Q.    Do you recognize Exhibit 609?

4    A.    The email, yes.

5    Q.    Yeah.  Do you see where it says:  I'm also attaching a

6    document from Fire (see Adrian's email below for information.)

7    Let's take a look and see what that says.  Can you read the

8    highlighted portion for the jury?

9    A.    I sure can.  Adrian Plasencia who was the fire chief at

10   that point said:  Per the Florida Fire Prevention Code, being

11   that this is an existing occupancy and the occupancy load of

12   the assembly occupancy does not exceed 300, a fire alarm or

13   sprinkler system is not required.

14   Q.    Okay.  And that was the case in 2018, right?  No sprinkler

15   system required, right?  There was no sprinkler system required

16   for Ball & Chain in 2018, right?

17   A.    When the plans were submitted in 2019 -- not 2018 -- in

18   2019, they were not submitted with any fire sprinkler system,

19   that is correct.

20   Q.    And there was none in 2019 like you just said, right?  And

21   then as of October, what's the date of this, October 8, 2020,

22   right?

23   A.    Yes.

24   Q.    Still there's no sprinkler system required, right?

25   A.    That's what the building -- that's what the fire marshal

```
 1  eluded to in that email.
 2  Q.   That's about to change, isn't it, right?
 3  A.   It did.
 4  Q.   Yeah.
 5        MR. GUTCHESS:  Let's put up 610 up there again just
 6  to put in this in context in the time line which is already
 7  admitted.  It's the Octobers 19th email to yourself.
 8  BY MR. GUTCHESS:
 9  Q.   Okay.  So here we are in October, 2020, and here's the
10  Carollo investigation email referring to all these properties,
11  you have the audit going on, the private provider audit, right?
12  A.   Mm-hmm.
13        THE COURT:  Wait, that's a yes?
14        THE WITNESS:  Yes, sorry.
15  BY MR. GUTCHESS:
16  Q.   And let's see.  And these are only Fuller related
17  properties.  You don't have any other properties on there,
18  right?
19  A.   The report that he's sending is in reference to the
20  private provider's that were done by the same private provider
21  that did the Ball & Chain and, yes, these were related to Bill
22  Fuller properties, yes.
23  Q.   Okay.  And we're all leading up to big day on October 22,
24  right?  Commission meeting, October 22nd, it's a new ordinance
25  being passed, right?  Yes or no.
```

```
1    A.    If you tell me.  My memory, you know, you put in dates.

2    Q.    I'm going to remind you.

3    A.    Okay.

4          MR. GUTCHESS:  Let's go the first of our October 22nd

5    emails which is Exhibit 611.  Any objections?

6          MR. SARNOFF:  Let me see it.  No objections, Your

7    Honor.

8          THE COURT:  Thank you.  It's admitted.

9          (Plaintiffs' Exhibit 611 Received.)

10         MR. GUTCHESS:  Can we publish?

11   BY MR. GUTCHESS:

12   Q.    All right.  You see that's October 22, 2020?  Do you see

13   that?

14   A.    Yes.

15   Q.    12:01 a.m., right?  Midnight, right?

16   A.    Yes.

17   Q.    And Mr. Porfiri, he's the same guy who wrote the Carollo

18   investigation email, right?

19   A.    That's him.

20   Q.    He sends this to you.  He says look it over carefully,

21   right?

22   A.    He does.

23   Q.    And did you look it over carefully?

24   A.    I reviewed it.

25   Q.    Let's take a look at the next page.  So, here you have
```

1    the -- what is ADA?

2    A.   Americans with Disabilities Act.

3    Q.   All right.  So here you have the ADA violation you found

4    on Ball & Chain, right?  And do I understand correctly this is

5    just access to the toilets?

6    A.   This is not access to the toilet.  This is so that a

7    person with disabilities can properly use the facilities.

8    Q.   The toilet facilities?

9    A.   All facilities.

10   Q.   All right.  And you've been to the bathrooms here.  You

11   see that they're not ADA compliant, right?

12           MR. SARNOFF:  Objection, Your Honor.  The ADA?

13           THE COURT:  The objection is sustained.

14           MR. GUTCHESS:  Okay.  Let's go to the next

15   October 22nd email which is Exhibit 612.

16           MR. SARNOFF:  No objections.

17           MR. GUTCHESS:  May we publish?

18           THE COURT:  Granted.

19              (Plaintiffs' Exhibit 612 Received.)

20   **BY MR. GUTCHESS:**

21   Q.   All right.  Take a moment to read this, see if you --

22   another email sent to yourself, right?

23   A.   Sent to me some from Chief Plasencia.

24   Q.   This is at 11:50 a.m., right?

25   A.   Correct.

```
 1   Q.   Did you have any kind of a deadline from the manager to
 2   get it done by noon?
 3   A.   I don't recall such a pressing deadline but --
 4   Q.   And in this email, does the fire department tell you that
 5   their review is not done?
 6   A.   I'm not so sure I read the review is not done.  We have
 7   the following concerns that must be addressed.
 8   Q.   Right.  You see where you have -- you request additional
 9   information down in the second to the last bullet point and the
10   last bullet point, right?
11   A.   Additional information is required regarding a stair
12   handrail and guardrail.  I'm willing to ask that question to
13   the chief, I would think he was eluding to what was submitted
14   in the plans does not provide sufficient information in regards
15   to those particular details.
16   Q.   Is there anything more on that one?  So, you're still --
17   they still need some additional information, right?  But you're
18   going go ahead and shut down Ball & Chain anyways, even without
19   getting that information, correct?
20   A.   I did not shut down Ball & Chain.
21              MR. GUTCHESS:  All right.  Well, take a look at
22   Exhibit 613.  Any objections?
23              MR. SARNOFF:  No objections, Your Honor.
24              THE COURT:  It's admitted.
25                  (Plaintiffs' Exhibit 613 Received.)
```

```
 1              MR. GUTCHESS:  May we publish?

 2              THE COURT:  Granted.

 3  BY MR. GUTCHESS:

 4  Q.   And this is another email on October 22nd, right?

 5  A.   Okay.

 6  Q.   And 1:25 p.m. from yourself, correct?

 7  A.   Yes.

 8  Q.   The attachments, original copies are being sent by

 9  certified mail.  If we go down to see the letter that's

10  attached.  Let's take a look at this letter, Mr. Marrero.

11  A.   Yes.

12  Q.   This letter is revoking the certificate?

13  A.   It is not.

14  Q.   Suspending, I'm sorry?

15  A.   Thank you.

16  Q.   Suspending the Certificate of Occupancy for Ball & Chain,

17  right?

18  A.   Correct.

19  Q.   And then you see in the first paragraph here, the middle

20  of the city's audit revealed that Certificate of Occupancy was

21  provided based upon incomplete, misleading and/or erroneous

22  information as it relates to the requirements of fire safety

23  under the Americans with Disabilities Act, right?

24  A.   Correct.

25  Q.   This was the first time to your knowledge in the history
```

1    of Miami that a CO had ever been suspended, right?

2    A.    Certainly under my purview, yes.

3    Q.    And you understood that the impact of a CO being suspended

4    would be that the business could not operate, right?

5    A.    That is correct.

6    Q.    And you understand today, right, that Ball & Chain,

7    Mr. Fuller and Mr. Pinilla did not submit any incorrect

8    information, right?

9    A.    No.  That's not my interpretation, no.

10   Q.    You understand that this was the private provider the city

11   had recommended that made a mistake, right?

12   A.    We did not recommend anybody.  We are not in the business

13   of recommending anybody.

14   Q.    Well, who was the private provider?

15   A.    The private providers are private entities that get

16   registered with the city to provide such a business.  We do not

17   recommend anybody.

18         They submit a certification, a registration with the city

19   where they document that they have their proper licenses and

20   their property insurances to conduct such a business.

21   Q.    What was the name of this --

22   A.    We did not recommend anybody.

23   Q.    What was the name of this private provider?

24   A.    The name of this private provider was --

25   Q.    Ortus?

```
 1   A.   Ortus Engineering.

 2   Q.   You know now that Ortus made a mistake in what they

 3   submitted.  That it wasn't anything to do Pinilla Fuller or

 4   Mr. Pinilla did, right?

 5   A.   Mr. Fuller certainly was not the architect nor the

 6   engineer.

 7   Q.   Right.  And so you know that Ortus made a mistake and the

 8   city used that, latched onto that?

 9   A.   Ortus certainly made an incorrect approval of those plans,

10   which is why the CO was suspended.

11   Q.   All right.  So, what I -- what I find just remarkable in

12   the timing is how Commissioner Carollo -- I don't see him

13   here -- but Commissioner Carollo sponsored an ordinance that

14   same day, right?

15            MR. SARNOFF:  Objection, Your Honor.  Hyperbolic.

16            THE COURT:  Overruled.

17   BY MR. GUTCHESS:

18   Q.   Right?

19   A.   I don't recall what ordinance that was.

20            MR. GUTCHESS:  All right.  Let's take a look at

21   Exhibit 620.  Permission to publish this?  This is just an

22   ordinance from the October 22, 2020 Commission meeting.

23            MR. SARNOFF:  Your Honor, this goes beyond the scope

24   of the cross.

25            THE COURT:  Overruled.
```

```
 1              (Plaintiffs' Exhibit 620 Received.)
 2   BY MR. GUTCHESS:
 3   Q.   Let's go down to page 18.  Would you enlarge that for the
 4   jury?  Do you see who the sponsor is, sir?
 5   A.   I do.
 6   Q.   Do you see the date?
 7   A.   I do.
 8   Q.   October 22, 2020, right?
 9   A.   Correct.
10   Q.   Could you read that new ordinance?
11   A.   But you say it was introduced for the first time so that's
12   second reading.  That's not first reading.  If you read below
13   on October 8, it was first reading.
14   Q.   Thank you for clarifying that.
15   A.   Okay.  It's right there.
16   Q.   So read the ordinance for the jury.
17              MR. SARNOFF:  Object on legislative privilege, Your
18   Honor.
19              THE COURT:  Overruled.
20              THE WITNESS:  An ordinance of the City of Miami
21   Commission amending Chapter II, Article IV, Division II of the
22   Code of City of Miami, Florida as amended City Code, titled
23   Administration Department, Planning, Building and Zoning
24   Departments to provide for inclusion of building violations as
25   a reason for revocation of Certificates of Use containing a
```

```
 1   severability clause and providing for an immediate effective
 2   date.
 3   BY MR. GUTCHESS:
 4   Q.   You knew that ordinance was going to be enacted on
 5   October 22nd, the same day you suspended the CU, correct?
 6   A.   That is incorrect.
 7   Q.   You did that in coordination with Commissioner Carollo and
 8   the City Attorney's Office and the city manager, correct?
 9   A.   That is incorrect.
10   Q.   Okay.  Just happenstance, right?
11   A.   Well, just to point out, we don't do CUs in the Building
12   Department.  CUs are issued by Zoning, not Building.
13   Q.   Let's go back to your text message of May 27th.  I think
14   it's Exhibit 601.  Can you enlarge that so we can -- do you see
15   on the bottom there you say, will circle back with Rachel
16   Dooley in the City Attorney's Office?
17   A.   I do.
18   Q.   If we need to update any of our ordinances as well,
19   correct?
20   A.   I see that.
21   Q.   That was all in connection with discussing the Fuller
22   properties and ways to tighten things to shut them down, right?
23   A.   I disagree.  I think we have amended many ordinances that
24   affected Building.  This one specifically affected Zoning, not
25   Building.
```

```
 1   Q.   Sir --
 2           THE COURT:  Mr. Gutchess, can you stand behind the
 3   podium, sir, with the mic?
 4   BY MR. GUTCHESS:
 5   Q.   Were you the one who came up with this idea of amending
 6   this particular ordinance so you would tighten your policies so
 7   you could shut down Mr. Fuller's properties?
 8   A.   That is incorrect.
 9   Q.   Okay.  Didn't come out of your day-long brainstorming
10   session?
11   A.   That is incorrect.
12   Q.   Let's go back to that City Commission meeting on
13   October 22nd to another ordinance that was enacted.  The noise
14   ordinance.
15           MR. SARNOFF:  Objection, Your Honor.  I didn't even
16   address noise.  Scope.  So it's completely beyond the scope of
17   anything I've talked about.
18           THE COURT:  What's the objection --
19           MR. GUTCHESS:  It's Ball & Chain, Your Honor.
20           THE COURT:  -- related to?  I'm going to overrule.
21   BY MR. GUTCHESS:
22   Q.   Please go back to that same exhibit.  Sir, do you see the
23   ordinance, the second one on the bottom there?
24   A.   I do.
25   Q.   Commissioner Joe Carollo sponsors --
```

```
 1    A.    Yes.

 2    Q.    Same date?

 3    A.    I don't see the date on the screen, but okay.

 4    Q.    Could you read that for the jury?

 5    A.    Sure.

 6          MR. SARNOFF:  Objection, Your Honor.  Foundation.

 7    Predicate.

 8          THE COURT:  Overruled.

 9          THE WITNESS:  An ordinance of the City of Miami

10    Commission amending Chapter 36 of the Code of the City of

11    Miami, Florida as amended titled noise, more particularly by

12    amending Chapter 36-4 titled operation of radios, phonographs,

13    or other sound making devices, bands, orchestras, and

14    musicians, general exemptions to provide for the prohibition of

15    outdoor music between the hours of 8:00 p.m. and 8:00 a.m. the

16    following day in areas that share a property line with any

17    property that has a residential use containing a severability

18    clause and providing for an immediate effective date.

19    BY MR. GUTCHESS:

20    Q.    And are you aware that Ball & Chain shares a property line

21    with another facility with a residential use?

22    A.    Yes, I am familiar with that.

23    Q.    Sir, is this another one of the ordinances that arose out

24    of your day-long brainstorming session?

25    A.    The answer is no.
```

 1              MR. GUTCHESS:  Okay.  Let's take a look at

 2    Plaintiffs' Exhibit 614.  We're going to move on past

 3    October 22nd to see what happened afterwards.  I want to show

 4    the defense counsel --

 5              MR. SARNOFF:  Is that it, or is there another page?

 6    No objection.  This is 614?

 7              MR. GUTCHESS:  Yes.

 8              THE COURT:  It's admitted.

 9                 (Plaintiffs' Exhibit 614 Received.)

10    **BY MR. GUTCHESS:**

11    Q.   Do you recognize Exhibit 614?

12    A.   I see the email and I saw the images on the next pages,

13    yes.

14    Q.   Okay.  And this is more than one month after you shut down

15    Ball & Chain, right?

16    A.   I did not shut down Ball & Chain, but yes, November 30th.

17    Q.   Okay.  And you're still looking -- still gathering

18    information to support your reasons for shutting them down,

19    right?

20    A.   No, we're not.  We didn't shut it down.  There was the

21    architect in the effort of complying with the audit, showing

22    the Building Department what the percentage of the alteration

23    area was.  These are drawings provided by the --

24    Q.   Right.  You're trying to figure out if there was

25    51 percent done?

```
 1   A.    Correct, correct.

 2   Q.    Right?

 3   A.    Yes.

 4   Q.    And because if there was 51 -- more than 51 percent done,

 5   work done, then you need to have sprinklers, right?

 6   A.    Well, that's not what I said.  That's what the code says.

 7   Q.    Right.  So at this point, you're still trying to find a

 8   reason to require sprinklers, right?  More than a month after

 9   you've already shut them down?

10   A.    No, we're not.  That was established in the actual audit.

11   Q.    Right, the --

12   A.    It is the responsibility of the design professional if

13   they want to dispute that to provide evidence to the Building

14   Department that it's not crossing the fifty percent threshold.

15             MR. GUTCHESS:  Okay.  Let's go to Exhibit 616.

16             MR. SARNOFF:  Just this page?

17             MR. GUTCHESS:  No, I think there's more.

18   BY MR. GUTCHESS:

19   Q.    Do you recognize this email, sir?

20   A.    I haven't read it completely right now but --

21             MR. SARNOFF:  I'm going to object, Your Honor,

22   because this has a lawyer's letter attached to it, and I think

23   it's inappropriate and may be attorney/client privilege.

24             MR. GUTCHESS:  Your Honor, it's been produced many

25   months, if not years ago.  No attorney/client privilege claim
```

```
 1   ever made.  If there was, it was waived a long time ago.
 2            MR. SARNOFF:  First time I'm seeing is today, Your
 3   Honor, so I think this is a Mad Room document or something.
 4            MR. GUTCHESS:  Your Honor, I don't even think counsel
 5   for Mr. Carollo has standing to assert any privilege on behalf
 6   of the city.
 7            THE COURT:  The objection is overruled.
 8            MR. GUTCHESS:  May we publish?
 9            (Plaintiffs' Exhibit 616 Received.)
10   BY MR. GUTCHESS:
11   Q.   All right.  This is an email you sent, correct?
12   A.   Correct.
13   Q.   And you have some attachments, right?  Let's take a look
14   at this attachment and what it said about this alleged false
15   information.
16   A.   I don't think it's an attachment.  I think that's just a
17   chain on the email.
18   Q.   All right.  So if you could read that second paragraph for
19   the jury.
20   A.   The city's position is that Ortus and the architecture
21   firm made a mistake and that the city's audit revealed this
22   mistakes.  On the call last week, it became clear in
23   discussions with Ace that the city is not taking the position
24   that Ball & Chain submitted any false documents.  Therefore, it
25   should be clear to the city that Ball & Chain is getting caught
```

1    in the middle of what is really a dispute between the city and

2    Ortus.  Ball & Chain is trying to minimize the harm to itself

3    and the harm to its 120 employees and as a result of this, it's

4    truly a dispute between the city and Ortus at this point.  My

5    client seeks this meeting to try to develop the plans necessary

6    to comply with the items listed in the audit which led to the

7    revocation and suspension of the CO and CU.

8    Q.   Mr. Marrero, was this mistake ever rectified?

9    A.   Which mistake?

10   Q.   That it was not a mistake.  There was nothing that Ball &

11   Chain submitted.  There was a problem between the city and

12   Ortus that Ball & Chain got --

13   A.   I think I stated that before, Mr. Fuller did not submit

14   any drawings.  It was a design consultant that did the drawings

15   and approved by a third party private provider.

16   Q.   Okay.  Mr. Marrero, did you ever do an audit of this

17   private provider?

18   A.   Yes.  We have since established a very robust section to

19   audit all private providers in the City of Miami.

20   Q.   But this was --

21   A.   That section has grown from one person at that time to

22   over almost 16 today.

23   Q.   And this was the first time though you had ever done an

24   audit of a private provider, right?

25   A.   That is correct.

```
 1              MR. GUTCHESS:  Okay.  Give me one moment, Your Honor,
 2    just to find this exhibit.  Let's just ask the question.
 3    BY MR. GUTCHESS:
 4    Q.   Mr. Marrero, you've seen news reports alleging the
 5    targeting of Fuller's properties that's been alleged, right?
 6              MR. SARNOFF:  Objection, Your Honor.  Calls for
 7    hearsay.
 8              THE COURT:  Sustained.
 9              MR. GUTCHESS:  I'm not asking about the truth.  I'm
10    just asking if he's seen these reports.
11              MR. SARNOFF:  Objection, Your Honor.  Still calls for
12    hearsay.
13              THE COURT:  Sustained.
14    BY MR. GUTCHESS:
15    Q.   Mr. Marrero, in response to these, you've actually sent
16    emails -- sent text messages saying yep?
17    A.   In response to what?
18    Q.   These news reports about the targeting.
19              MR. SARNOFF:  Objection, Your Honor.
20              THE COURT:  Sustained.  Next question, Mr. Gutchess.
21              MR. GUTCHESS:  Thank you, Your Honor.
22    BY MR. GUTCHESS:
23    Q.   Mr. Sarnoff asked you some questions about asbestos,
24    right?
25    A.   Yes, he did.
```

1  Q.    Okay.  There was never any asbestos found in any -- in the

2  Tower Hotel, right?

3  A.    I was not able to find an asbestos report for the Tower

4  building.  There was an asbestos report submitted for the other

5  two structures, and there were no asbestos-containing materials

6  in those reports, no.

7  Q.    Okay.  And you testified before about an unsafe structure

8  is basically anything done without a permit, right?

9  A.    That is just one factor of what qualifies as an unsafe

10 structure.

11 Q.    The building may be very safe.  In fact, it just may not

12 have had a permit, right?

13 A.    Well, I don't know how you would define very safe.  You

14 know, a loose wire could get somebody electrocuted and killed

15 so there are, you know, when the definition of unsafe is a

16 definition of unsafe.  The intent is to keep both the building

17 and the occupants, you know, the occupants safe and the

18 structure.

19 Q.    So just changing a toilet requires a permit, right?

20 A.    Yes, it does.

21 Q.    And if you don't get the permit to change the toilet, you

22 get an unsafe structure violation, right?

23 A.    Because you could have work being performed by an

24 unlicensed plumbing contractor.  Yes, that could be unsanitary

25 and yes, that's a life safety concern.

1   Q.   Okay.  You mentioned efforts to demolish some of Fuller's

2   properties.  Is the city still attempting to demolish any of

3   these properties?

4   A.   Yes, we have been attempting to demolish some of the

5   properties.  We have been -- some of these properties are --

6   Q.   Just yes or no, sir.

7   A.   The answer is yes.

8   Q.   You're still trying to demolish the Schechtman house,

9   right?

10  A.   I don't know which property that is, but yes.

11  Q.   One of the properties of the Tower Hotel, one of the four

12  structures, you're still trying to demolish?

13  A.   There's three we're trying to demolish.

14  Q.   The Dimitri Hotel in Overtown, you're trying to demolish

15  that?

16  A.   What's the address on that property?

17  Q.   I don't know, sir.  Have you ever been to any of these

18  properties?

19  A.   Yes, I have.

20  Q.   Which ones?

21  A.   Most of them.

22  Q.   Okay.  What about --

23          THE COURT:  Five minutes remaining, counsel.

24          MR. GUTCHESS:  How much?

25          THE COURT:  Five minutes.

```
 1              MR. GUTCHESS:  Perfect.
 2    BY MR. GUTCHESS:
 3    Q.   You're even trying to tear down one of Mr. Fuller's
 4    mother's properties, right?
 5    A.   If it wasn't safe and it had an Unsafe Structures order to
 6    demolish, then the answer is yes.
 7    Q.   2614 SW 8th Street is Fuller's mom's building, right?
 8    A.   Did it have an Unsafe Structures order to demolish?
 9    Q.   The city's trying to demolish that building?
10    A.   We're trying to adhere to the code, and we're trying to
11    follow the orders that were issued by a quasi-judicial board,
12    and if the order is to demolish, then that's what we'll do.
13              MR. GUTCHESS:  No further questions.
14              THE COURT:  Any redirect?
15              MR. GUTCHESS:  You know, Your Honor, I'm going to get
16    yelled at if I don't consult with any --
17              THE COURT:  Go ahead and consult with your
18    co-counsel, rather.
19    BY MR. GUTCHESS:
20    Q.   Just one last question.  If you could just explain to the
21    jury about your meetings over the weekend with counsel.
22    A.   There was no meeting over the weekend.  Just a phone call.
23    Q.   And what was the nature of your phone call?
24    A.   It was about Taquerias and about what has transpired in
25    terms of the violations and I sent them -- he said -- he was --
```

```
 1    he did not have such a file, and I made PDF copies and sent

 2    that over to him.

 3    Q.   You testified about that today?

 4    A.   Yes, that's what I testified to.

 5                MR. GUTCHESS:  Your Honor, may we have a sidebar?

 6                THE COURT:  Sure.

 7                            (At the bench.)

 8                MR. GUTCHESS:  We would ask the Court to strike his

 9    entire direct testimony for violating the Court's order in

10    speaking with counsel about his testimony.

11                MR. SARNOFF:  I asked for public records requests for

12    Taquerias.  That's all I got.

13                THE COURT:  He just said he had  a conversation with

14    you, sir.

15                MR. SARNOFF:  He didn't have a conversation.  I asked

16    him --

17                THE COURT:  Sir, he just said he had a conversation

18    with you.  He's under oath, and he just clearly said he had a

19    conversation with you.

20                MR. SARNOFF:  Judge, the only thing I asked for was a

21    Taquerias file from the beginning to end, and that's all I got.

22                THE COURT:  What I'm going to do is I'm going to

23    reserve.  I will talk to him directly and ask him questions to

24    clarify the record.  I'll do it outside the presence of the

25    jury as to what, if anything, was discussed and said.  All
```

```
 1    right?
 2              MS. CAPRIO:  Thank you, Your Honor.
 3              THE COURT:  All right.
 4                        (In open court.)
 5                        -  -  -  -  -
 6         REDIRECT EXAMINATION OF AESEL MARRERO
 7    BY MR. SARNOFF:
 8    Q.   Mr. Marrero, but for Ball & Chain, Mr. Pinilla, Mr. Fuller
 9    not pulling permits --
10              MR. GUTCHESS:  Objection.  Leading.
11              THE COURT:  Sustained.
12    BY MR. SARNOFF:
13    Q.   Why did the city get involved at all with regard to Ball &
14    Chain?
15    A.   Because no permits were pulled and work was done without
16    permits.
17    Q.   The audit is performed from a private provider that they
18    chose, correct?
19    A.   That is correct.
20    Q.   Who pays the private provider?
21    A.   The owner.
22    Q.   You were asked questions about a Teams meeting -- sorry.
23    You were asked questions about a meeting during COVID.  Are you
24    familiar with something called Teams?
25    A.   Yes.
```

```
 1   Q.   How does the city meet during COVID?
 2   A.   Well, first of all, Building was off our -- what we call
 3   MRC.  That's our office building, very shortly with most of us
 4   were back into that building within I think two or three
 5   months.  We were, you know, construction was, you know, never
 6   stopped for one beat in the City of Miami.
 7   Q.   Okay.  You indicated that you were threatened in your
 8   deposition.
 9   A.   Yes, I was.
10          MR. GUTCHESS:  Objection, Your Honor.
11   BY MR. SARNOFF:
12   Q.   Who threatened you?
13          MR. GUTCHESS:  Objection.
14          THE COURT:  Overruled.
15   BY MR. SARNOFF:
16   Q.   Who threatened you?
17   A.   It was Zach Bush.  His exact words were I --
18          MR. GUTCHESS:  Objection, Your Honor.  Mr. Bush is
19   not a party to this case.
20          THE COURT:  Sustained.
21          MR. SARNOFF:  Thank you, Your Honor.
22          THE COURT:  All right.  Next witness?  Let me excuse
23   the jury briefly.  All right.  Take a brief recess, about ten
24   minutes.
25          THE COURT SECURITY OFFICER:  All rise.
```

```
 1                    (Thereupon, the jury exited the courtroom.)

 2              THE COURT:  Have a seat.  You may be seated,

 3    everyone.

 4          You want the Court to inquire?

 5              MR. GUTCHESS:  Please.

 6              THE COURT:  Yes.  Mr. Marrero, you mentioned on your

 7    testimony that you had a conversation, a phone call over the

 8    weekend with Mr. Sarnoff, is that correct?

 9              THE WITNESS:  He called me during the weekend, yes.

10              THE COURT:  What was that conversation about?

11              THE WITNESS:  It was about one of the projects.

12              THE COURT:  What project?

13              THE WITNESS:  Taquerias.

14              THE COURT:  And what was discussed about that?

15              THE WITNESS:  It was about the violations that were

16    issued on Taquerias.

17              THE COURT:  And what else?

18              THE WITNESS:  I said there were two outstanding

19    violations.  It's one for Unsafe Structures and there's one for

20    40-50 recertification.  He said he did not have those files,

21    and so I sent him a copy of them.

22              THE COURT:  What happened next?

23              THE WITNESS:  That was it.

24              THE COURT:  Anything else that was discussed?

25              THE WITNESS:  No.
```

 1                THE COURT:  All right.  Anything else?

 2                MR. GUTCHESS:  Did you discuss anything about your

 3     testimony about those violations?

 4                THE WITNESS:  No, I did not.

 5                THE COURT:  All right.  Thank you.  You may be

 6     excused, sir.

 7                         (Short recess had.)

 8                THE COURT:  You may be seated, everyone.

 9                MS. CAPRIO:  Your Honor, may we request a short

10     sidebar before the jury returns?

11                THE COURT:  Sure.

12                         (At the bench.)

13                THE COURT:  Also make sure you speak slowly.

14                MS. CAPRIO:  Okay.  So, Your Honor, two things.  You

15     reserved on our motion to strike Mr. Marrero's testimony.

16                During your voir dire, he confirmed that he testified

17     exactly about the Taquerias violations that were listed on

18     direct examination in violation of this Court's order.  Those

19     two topics were discussed directly and he obtained more

20     evidence for them over the weekend in violation of your order.

21                Second, the redirect about Zach Bush is completely

22     improper and also violates your orders.  We've said at least

23     three times not to bring him up into this proceeding and they

24     did it on purpose.  This is the fifth time they violated this

25     Court's order.  Move to strike Mr. Marrero's testimony.

1          MR. PERTNOY:  Your Honor, with respect to the first

2     point regarding conversations that Mr. Marrero had is simply to

3     confirm that we had a full file as he indicated.  He discussed

4     no substantive information and provided no -- he even confirmed

5     that he had received no coaching or anything whatsoever with

6     regard to the information that he then provided which was

7     merely public records of the City View records that had already

8     been in existence.

9          So I don't think that that is anywhere near

10    approaching improper communication with a witness to make sure

11    that there is a complete file so that his testimony and his --

12    is complete where we did not discuss the substance or the

13    nature of his testimony in any meaningful way.

14          With respect to the Zach Bush issue, in that regard,

15    counsel on cross-examination raised the issue of the

16    deposition.  Mr. Marrero responded and indicated why he

17    reviewed his deposition, and it was left at that.

18          Then on redirect, there was one question, a follow up

19    which was as to who threatened you.  They objected.  You

20    overruled the objection.  He provided an answer without any --

21    any further explanation.  Didn't give a narrative, didn't go

22    into anything.  That was the end of it.

23          THE COURT:  I can address the second -- clearly,

24    that's a clear violation that it was intentionally brought out,

25    and who knew that it was coached to say something like that

1    because this is the same, third, fourth time or fifth time

2    throughout this trial this is being done in order to try to

3    prejudice this jury hoping that perhaps plaintiffs move for a

4    mistrial to prejudice the jury who have identified this

5    particular person, and this type of tactic is unconscionable at

6    this point.

7            This is what I will do.  It is a conscious disregard

8    to disobey this Court's ruling.  That was obvious.  Obviously,

9    that was not a direct question as to on cross.  He volunteered

10   that and said the name.  He was prepared to say that, of

11   course, coached by someone, I don't know who.  But that was a

12   coached response here.

13           I've been a trial judge for 15 plus years.  It's

14   common sense as to what is going on here.  Any other Court

15   would have a decent conversation to know that this is not

16   unintentional.  This is becoming to the point where it's an

17   unbearable type of trial tactic.

18           When I make a decision here, I expect people to

19   follow.  It's not advisory here.  It's been done over and over

20   and over and over.  To say he was threatened, when you asked

21   the question, I didn't know what he was going to say, clearly

22   you all knew exactly what he was going to volunteer to say to

23   answer that question.

24           To bring up this, particularly Zach Bush who's not a

25   witness in this case, who is not a party in this case and

1    that's the only reason he brought it up.  It was brought up in

2    this trial.  That's why it was overruled, but I didn't know

3    that such name was going to be brought up.

4         Clearly he knew exactly what he was going to say.

5    Otherwise, that question would not have been asked.  It's

6    wrong.  It's really come to the point now to put this Court in

7    a position I have never done before, approaching the Bar, or

8    the Southern District to do sanctions, sir.

9         I don't want to do that.  We play by rules here.  I

10   understand there's a right to zealous representation.  You

11   can't cross that line.  There's a difference between the two.

12        I let you try your case, but you've got to do within

13   the confines as I instructed you to.  It's wrong.  You can't

14   fool anybody with this.  That was clearly a decision as to what

15   was said here.  I'm tired of this, sir.  I've been as lenient

16   as possible when it comes to this rule.

17        If you would have been in front of my colleagues, it

18   would have been a different result right here.  This can't

19   happen again before this Court.

20        If I was in state court or federal court, the Court is

21   going to do whatever is necessary to address this issue.  It's

22   flagrant and in violation of this Court's ruling.  Clearly,

23   there's no excuse.  No matter how you try to dress it up, I'm

24   not buying it.  It's just wrong.

25        The next issue we can address is with Mr. Sarnoff.

1   What was his exact testimony?

2       MS. CAPRIO:  He testified on your voir dire that --

3   we said what did you talk about?  It was about the violations,

4   about Taquerias.  You said and what else?  The Court said the

5   witness say I had -- there were two outstanding violations.

6   It's one for unsafe structures and there's one for 40-50

7   recertification, said he did not have those files so I gave him

8   a copy of them.

9       What happened next?  That was it.  But you testified

10  on his direct examination about the current status of

11  Taquerias.  That was something they should have prepared him

12  before he got off the stand.  That's impermissible conduct

13  about that, along with the fact they violated the Court's order

14  at the end of his testimony which deserves a motion to strike

15  his entire testimony.

16      MR. PERTNOY:  Your Honor, that is -- I said there was

17  two outstanding violations.  It's one, unsafe structure,

18  there's one for 40-50 recertification.  He was simply getting a

19  complete file and nothing more.  No substitute communication

20  whatsoever.

21      THE COURT:  Advising him there were violations in

22  conversation.  Here's the file, what I have versus he's telling

23  him what the answer is.  That's a violation that's substantive.

24  This is the point by saying I have the violation, you can ask

25  me questions, but the question was are there any violations,

```
 1    how does he know that, telling him that we have violations.  He

 2    just told him we have violations.  That's what it says.

 3              MR. PERTNOY:  No.  It says if the witness goes

 4    back --

 5              MS. CAPRIO:  I said there were two outstanding

 6    violations.

 7              MR. PERTNOY:  Meaning the witness said.

 8              THE COURT:  He's telling Mr. Sarnoff -- I'm not done.

 9    He's telling Mr. Sarnoff there was two outstanding violations.

10    There was one for Unsafe Structures and one for 40-50

11    recertification.  He said he did not have those files so I sent

12    him a copy of them.

13              MR. PERTNOY:  Just to be clear, Your Honor, the

14    unsafe structure, that's been in evidence since last week.

15              THE COURT:  You're missing the point.  Whether or not

16    it been in evidence, you still have a witness that he's telling

17    him that there's two violations.  What if he would have said

18    there are no violations?

19              MR. PERTNOY:  Then he would have testified there's no

20    violations.  The witness is the one who said it.  We were

21    trying to make sure there was complete information.  There was

22    absolutely no substantive conversation whatsoever of the man's

23    testimony.

24              MS. CAPRIO:  This is the substance of his testimony

25    about Taquerias, that was exactly on direct.  What is the
```

1    status today?  There's two violations used to say there were

2    code violators and they haven't fixed it.

3              MR. PERTNOY:  With all due respect --

4              MS. CAPRIO:  Then you went too far on your redirect

5    and violated this Court's order again.  I respectfully move to

6    strike this testimony for this reason and for the reason they

7    introduced and violated this Court's order that they violated

8    Zach Bush at the end of the redirect.

9              MR. PERTNOY:  Your Honor, again, this is seeking --

10   them looking for a solution for a problem that really does not

11   exist and asking for a highly prejudicial result simply because

12   the man provided two pieces of paper that were not substantive

13   to his testimony, but merely to make sure that there was a

14   record of completeness before this judge.

15             THE COURT:  I'm going to reserve ruling on this

16   issue.  Clearly, it's highly prejudicial to what the defense

17   has done throughout this trial.  The evidence has been clear.

18             In 15 years, I never seen this type of practice in my

19   life.  None whatsoever.  I'm not done.  I have never seen this

20   type of practice as a judge in state court which I know is

21   clearly more out of control, but here in federal court, I have

22   not witnessed this type of behavior.  Just flagrant and

23   conscious disregard and I do not appreciate it, none

24   whatsoever.

25             While you can be creative and argumentative, it's just

1    been common sense.  You have to respect the rules, sir.  I'm

2    not going to strike it at this point, not saying I will.  I'm

3    going to reserve.

4         Note again, no more mention of Zach Bush, you know.

5    He's not a witness to this case.  The plaintiff, he has no

6    entitlement to their claims at all.  He can assert his own

7    First Amendment right.  He's not a witness to this case.

8         The bottom line is that if I hear it again, you're

9    going to put me in a position where you put yourself in a

10   position where you open Pandora's box.  There will be no

11   recourse.  It's wrong.  I don't want to hear this again.

12        MR. PERTNOY:  To be clear, a clarification question.

13   They have -- they have asserted throughout this case

14   Commissioner Carollo has been harassing and stalking, and part

15   of our defense has been that the shoe is on the other foot

16   through the plaintiffs directly and through their associates.

17        And they've put their reputation and their business

18   practices at stake and I understand that we cannot mention

19   Mr. Bush, but are we allowed to elicit questions about the

20   business practices of the plaintiffs and their associates

21   without mentioning Mr. Bush?

22        THE COURT:  No.  Look, bottom line is this is not

23   about a business associate.  This is supporting an individual

24   claim.  What you guys do before that other trial, before Judge

25   Altman, I don't care.  Someone has another case, that's not

 1    before me here.  I'm telling you with respect to this trial,

 2    these are the rules here, sir.

 3            MR. PERTNOY:  I understand, Your Honor.  To be clear,

 4    some of the times, Mr. Bush serves as the point person, as the

 5    agent on behalf of Mr. Fuller and Mr. Pinilla and the property,

 6    specifically Mad Room and specifically Taquerias and when

 7    they -- when communicating with the city regarding these issues

 8    and to not to be allowed to show those documents simply because

 9    Mr. Bush is acting as their agent would be improper.

10            THE COURT:  Look, first and foremost, the only reason

11    Mr. Bush is an issue is alleging, I can't identify him, who he

12    may have had improper communication wherein to the particular

13    juror and it's being done for the purpose of prejudicing this

14    juror to show her that he's accused and directly associated

15    with them.  It's wrong.  We're not going to try a case like

16    that.

17            Had it been someone else he, we wouldn't be having

18    this conversation.  I guarantee for the record we would have

19    never heard about Zach Bush.  The only reason we're hearing of

20    Zach Bush is because of the improper communication that we may

21    have had, and I mentioned before, he comes back before this

22    Court, I will address it accordingly.  I don't know what he

23    looks like.  He's not a feature with this case, to try to

24    associate with these two individuals, who are making a claim.

25            If the jury finds for them, fine.  If they find for

```
 1   Mr. Carollo, fine.  The case is over with.  We're not going to
 2   sit up here.
 3        The bottom line is even if he were to get a dollar,
 4   Zach Bush is not entitled to one dime, give me 20 percent of
 5   your dollar because I have an interest in your company.  This
 6   is an individual's rights.
 7        Be that as it may, we're not going to have any more
 8   conversation relating to that.  You have violated this Court's
 9   order multiple times.  I have never seen this, again, in my 15
10   years on the bench practicing.
11        I practiced law, I represented, I tried my case hard
12   and defending them.  I can tell you that, but I know not to
13   cross the line. I respect the Court.  If I lose, I have my
14   appellate remedy.  Sometimes I was successful on appeal,
15   sometimes I wasn't.  But you know what?  I respect the Court's
16   decision.  That's what it's about here, sir.
17        As you try your case, she said objection, I overruled.
18   You made the same thing.  There's no perfect trial here.  Only
19   thing is a fair trial.  What you're doing there is you have
20   flagrantly violated my order intentionally, willfully so I
21   don't want to go any further.  I'm not going to strike the
22   testimony at this point.  I think I'm going to reserve on it
23   based on what I know.
24        Again, was it improper what Mr. Sarnoff did?
25   Absolutely, it was definitely improper.  There's no excuse
```

```
1   about that.  It was totally improper.  He had improper
2   communications with the witness who gave more information where
3   they shouldn't have done.
4          At least I believe at a minimum that was improper, so
5   whether it rises to the occasion of what the plaintiff is
6   asking to strike it at this point here, the Court is going to
7   think about it.  All right?
8          I'm not saying I'm going to rule in that manner.  I
9   may not.  But again, it was improper by any stretch of the
10  imagination.  All right?
11         MR. PERTNOY:  To be clear, we do respect your
12  rulings, but we also need to be clear that the record well
13  before Mr. Bush did what he did with that juror, there was a
14  litany of evidence, a litany of videos that we intended to show
15  that the harassment is by the plaintiffs and their associates.
16  It needs to be understood.
17         THE COURT:  I understand.  You can say that.  The
18  bottom line is it became a feature of this case only because
19  he's the one who may have been identified with the person.
20  Otherwise, if it had not --
21         MR. PERTNOY:  It would have been a feature
22  regardless.
23         THE COURT:  No.
24         MR. GUTCHESS:  Didn't even list him at a witness.
25         THE COURT:  I know.  Any reasonable decent Court,
```

```
 1   rather, you don't need to have a law degree to understand
 2   common sense and with respect to what happened with respect to
 3   Zach Bush.  So, again, move on, try this case and we can move
 4   forward.  Again, respect this Court's decision.  That's all I'm
 5   asking you.
 6              MS. CAPRIO:  Thank you, Your Honor.
 7              MR. PERTNOY:  Thank you, Your Honor.
 8              MR. KUEHNE:  I don't even know whether the next
 9   witness even knows the name Zach Bush.
10              THE COURT:  Moving forward, instruct all your
11   witnesses to not even mention that name.  Every single witness,
12   don't mention or volunteer indirectly.  Do not mention that
13   name moving forward.  Thank you.  I appreciate that,
14   Mr. Kuehne.
15              MS. CAPRIO:  Thank you, Your Honor.
16                        (In open court.)
17              THE COURT:  All right.  Rita, you want to bring the
18   jurors, please?  Thank you.
19              THE COURT SECURITY OFFICER:  All rise.
20              (Thereupon, the jury entered the courtroom.)
21              THE COURT:  The members of the jury are all present
22   and accounted for.  You may be seated, everyone.
23              Defendant, please call your next witness.
24              MR. KUEHNE:  Commissioner Carollo calls Daniel
25   Alfonso.  Mr. Alfonso.
```

1           THE COURT:  All right.

2                    (Witness sworn.)

3           **DIRECT EXAMINATION OF DANIEL ALFONSO**

4    **BY MR. KUEHNE:**

5    Q.   Good afternoon, Mr. Alfonso.  We know each other.  I'm

6    Ben Kuehne.  I represent Commissioner Carollo.

7    A.   Good afternoon.

8    Q.   And you are a former city manager of the City of Miami,

9    right?

10   A.   That's correct.

11   Q.   During what period of time?

12   A.   I served as manager on an interim bases in 2013 for about

13   four months.  And then in 2014, from 1st of March through the

14   first week in January of '18.

15   Q.   So that's about almost exactly four years?

16   A.   Just under four years total.

17   Q.   And within the panoply of city managers, how does that

18   rank in terms of tenure and service as city manager?

19   A.   Well, that's funny you ask.  When I was city manager, I

20   wanted to get a history of city managers in Miami so I had one

21   of my folks go down to the clerk's office and we pulled up all

22   the city managers' names and measured their tenure and on

23   average, the city manager of the City of Miami is about two

24   years.

25   Q.   And did you go back a while?

1    A.    1920 something.

2    Q.    1920s.

3          MS. GOMEZ:  Your Honor, we object to the witness

4    considering the timeframe.  He was only there till January 1st

5    of 2018.

6          THE COURT:  Sustained.  Also, again, keeping up in

7    the timeframe.  So you may continue, Mr. Kuehne.  You have 29

8    minutes remaining.

9          MR. KUEHNE:  Your Honor, could we have a discussion

10   about that in a few moments?

11         THE COURT:  Continue with your direct examination.

12   Thank you.

13         MR. KUEHNE:  Yes, Your Honor.

14   **BY MR. KUEHNE:**

15   Q.    So four years as city manager.  Did your conclusion as

16   city manager have anything to do with Joe Carollo?

17   A.    No.

18   Q.    What caused your conclusion as city manager?

19         MS. GOMEZ:  Objection.  Relevance.

20         THE COURT:  Sustained.

21   **BY MR. KUEHNE:**

22   Q.    Did you serve through the 2017, November, 2017 election?

23   A.    Yes.

24   Q.    And who was your mayor when you were appointed city

25   manager?

```
 1                  MS. GOMEZ:  Objection.  Relevance.

 2                  THE COURT:  Sustained.

 3   BY MR. KUEHNE:

 4   Q.   Was there a change in mayors?

 5   A.   Yes.

 6                  MS. GOMEZ:  Objection.  Relevance.

 7                  THE COURT:  Sustained.

 8   BY MR. KUEHNE:

 9   Q.   When you finished your tenure as city manager, had there

10   been another city manager ready to be named?

11                  MS. GOMEZ:  Objection.  Relevance.

12                  THE COURT:  Sustained.

13   BY MR. KUEHNE:

14   Q.   What are you doing now?

15                  MS. GOMEZ:  Objection.  Relevance.

16                  THE COURT:  Sustained.

17   BY MR. KUEHNE:

18   Q.   You don't work in government anymore for the City of

19   Miami, do you?

20   A.   No, I do not.

21   Q.   And are you in a governmental capacity currently?

22   A.   No, I am not.

23   Q.   What capacity are you?

24                  MS. GOMEZ:  Objection.  Relevance.

25                  THE COURT:  Sustained.  Mr. Kuehne, once the question
```

1   is sustained on the same issue, please do not ask similar or

2   the same question as has been asked.  Move on.  Ask your

3   relevant questions as you will be allowed to do so, sir.

4   **BY MR. KUEHNE:**

5   Q.   Give the jury a little sense of your background.  You were

6   city manager for fours year with the City of Miami.  Did you

7   have municipal service or public service prior to that time?

8   Just a brief narrative of your history.

9   A.   Yes.  Before coming to the City of Miami, I served in

10  Miami-Dade County for 17 years.  I started in the organization

11  working from 10:00 p.m. till 6:00 in the morning in the transit

12  system, went to Miami-Dade College, FIU, got my degree and

13  moved up the organization.

14       When I left Miami-Dade County after 17 years, I was

15  Assistant Director of the General Services Administration.  We

16  oversaw the department with about 800 employees and had a

17  portfolio of facilities of and operational activities under my

18  pursue.

19  Q.   And before your service in the municipal or county

20  perspective, did you do any other public service?

21  A.   Yes.  Right out of high school, I served in the United

22  States Army --

23               MS. GOMEZ:  Objection.  Relevance.

24               THE COURT:  Sustained.

25

1    **BY MR. KUEHNE:**

2    Q.   So do you have a history of service to the public?

3             MS. GOMEZ:  Objection.  Relevance.

4             THE COURT:  Sustained.

5    **BY MR. KUEHNE:**

6    Q.   I want to ask you about the timeframe when you were city

7    manager which is prior to the November, 2017 election?

8             MS. GOMEZ:  Objection.  Relevance.

9             THE COURT:  Sustained.

10            MR. KUEHNE:  Your Honor, might I inquire as to the

11   timeframe before the 2017 election?  It's been made an issue in

12   this case.

13            THE COURT:  All right.  I will allow that, sir.  You

14   can establish a foundation.  Go ahead.

15   **BY MR. KUEHNE:**

16   Q.   Prior to November of 2017, did you have any involvement

17   with code issues in the City of Miami?

18   A.   Yes.

19   Q.   As manager, what's your involvement in code issues with

20   the city?

21   A.   Well, as a city manager, we end up receiving a lot of

22   calls from constituents, from elected officials, from just

23   anybody that sees that there's something wrong with the code.

24        They'll call to complain about code violations, et cetera,

25   and so we worked with our Code Department directly a lot to try

1    to correct these issues.

2    Q.   Okay.  And was Code under your supervision in a larger

3    sense?

4    A.   As a city manager, I oversaw the entire operation of the

5    City of Miami.

6    Q.   Fair to say that all the employees worked for you or under

7    your organization and control?

8              MS. GOMEZ:  Objection.  Relevance.

9              THE COURT:  Sustained.

10   **BY MR. KUEHNE:**

11   Q.   You understood the relationship between the city manager

12   and the City Commission?

13   A.   Yes.

14   Q.   Is that an important aspect of the job that you did as

15   city manager?

16             MS. GOMEZ:  Objection.  Relevance.

17             THE COURT:  Overruled.

18   **BY MR. KUEHNE:**

19   Q.   You can answer.

20   A.   Yes.  The relationship between city manager and the

21   elected officials of the City of Miami is one of the important

22   tasks that the manager is supposed to do.

23   Q.   As city manager, what did you understand the role of the

24   City Commission or commissioners to be?

25   A.   The City Commission in our form of government sets the

 1   policy and direction for the administration, and they approve

 2   budgets, and they approve personnel during the budget process,

 3   et cetera.  So basically they give us the direction that we

 4   need and as administrators, we enforce the city's Commission.

 5   Q.   Do the commissioners have any say over personnel decisions

 6   for staff in the administrative function?

 7   A.   No.  There is a separation in the Charter of the City of

 8   Miami that preempts the elected officials from naming

 9   personnel, or it is the managers' responsibility to hire or

10   fire people.

11   Q.   And within the City of Miami, are employees,

12   administrative staff given some protection in terms of their

13   public service?

14   A.   Well, there are civil service rules, there are union

15   contracts.  I think there's -- yes, there are protections for

16   employees.

17   Q.   Now, you served as city manager during the time that Joe

18   Carollo -- strike that.

19        Did you serve as city manager during the time that Joe

20   Carollo was elected November, 2017?

21   A.   Yes.

22   Q.   And the testimony has been that he was sworn in to office

23   December 2, 2017, just to have that in your head.

24   A.   Okay.

25   Q.   Did you, as a part of your job as city manager, meet with

1    the incoming elected officials?

2    A.    Absolutely.

3    Q.    And besides Joe Carollo, who were the incoming elected

4    officials as of that November, 2017?

5              MS. GOMEZ:  Objection.  Relevance.

6              THE COURT:  Sustained.

7    **BY MR. KUEHNE:**

8    Q.    Was there a new mayor?

9              MS. GOMEZ:  Objection.  Relevance.

10             THE COURT:  Sustained.

11   **BY MR. KUEHNE:**

12   Q.    As city manager, did you understand from the November,

13   2017 election, that the mayor was setting the policy for the

14   city different from the prior city mayor?

15             MS. GOMEZ:  Objection.  Lack of foundation.

16   Speculation.

17             THE COURT:  Sustained.

18   **BY MR. KUEHNE:**

19   Q.    Do you have personal knowledge of the new mayor, Francis

20   Suarez, setting policy for the city?

21   A.    Yes.

22   Q.    And was there a difference as you understood it in the

23   policy set by Tomas Regulado, the mayor who appointed you, and

24   the new mayor, Mayor Suarez?

25   A.    Yes.

```
 1   Q.   And for purposes of city manager responsibility, what was
 2   that difference?
 3           MS. GOMEZ:  Objection.  Relevance.
 4           THE COURT:  Sustained.
 5   BY MR. KUEHNE:
 6   Q.   Did you meet with any other new incoming elected
 7   officials?
 8           MS. GOMEZ:  Objection.  Relevance.
 9           THE COURT:  Overruled.  He can answer that question.
10           THE WITNESS:  Yes, I did.
11   BY MR. KUEHNE:
12   Q.   Who else?
13   A.   I met with the mayor and I met Manolo Reyes.  He was a new
14   commissioner as well at the time.
15   Q.   And you did you meet with Joe Carollo the new District 3?
16   A.   Yes, of course.
17   Q.   And with regard to meeting with the newly elected
18   officials, was that part of your duties and responsibilities as
19   manager?
20   A.   Yes.
21   Q.   And you met with Commissioner Carollo.  And what was your
22   understanding of that meeting?
23   A.   Well --
24           MS. GOMEZ:  Objection.  Hearsay.
25           THE COURT:  Sustained.
```

**BY MR. KUEHNE:**

Q.   Did you have an understanding of the expectations for the administrative staff as a result of meeting with Commissioner Carollo?

A.   The character of the meeting was for the administration to get to know the commissioner.

Q.   All right.  And what was that?  What did that involve?

A.   Well, as incoming commissioner, I was the manager and so I wanted to introduce our senior management team, so we had a conversation about how the management operated and what would be the expectations for communication, and we discussed issues as benign as the office space and the things that we needed to finish in the office, or also the operation of the city, how we were doing things, and just a meet and greet.  I mean, we didn't have a working experience with the commissioner.

Q.   Okay.  And as a result of that meet and greet, did you have any sense of any priorities for Commissioner Carollo as he entered into office?

        MS. GOMEZ:  Objection.  Calls for hearsay.

        THE COURT:  Overruled.

        THE WITNESS:  Yes.

**BY MR. KUEHNE:**

Q.   And what was your understanding?

A.   Well, during our conversation, the commissioner made an allegation that the City of Miami was not --

```
 1                  MS. GOMEZ:  Objection.  Hearsay.
 2                  THE COURT:  Sustained.
 3   BY MR. KUEHNE:
 4   Q.   Did you understand there to be any criticism of the
 5   administration, your administration?
 6   A.   Yes.
 7   Q.   And what did you understand that criticism to be?
 8   A.   The commissioner --
 9                  MS. GOMEZ:  Objection.  Hearsay.
10                  THE COURT:  Sustained.
11   BY MR. KUEHNE:
12   Q.   Do you have personal knowledge of the concern for the
13   administrative activities under your administration?
14   A.   Yes.
15   Q.   And what's that understanding?
16   A.   We were lacking in Code enforcement.
17   Q.   And did you accept that discussion?
18   A.   No.
19   Q.   How did that transpire?
20   A.   So the allegation was made and I asked the commissioner to
21   give an example.  You cannot make an accusation that we are not
22   adhering to the code, but just leave it like that.
23   Q.   So --
24   A.   So I asked for an example.
25   Q.   And at any time, did Commissioner Carollo give you any
```

1    orders or directives to do anything?

2    A.   No.

3    Q.   And during the time you went until early January of 2018,

4    so during that crossover period, did you receive any direction

5    or orders in any way from Commissioner Carollo?

6            MS. GOMEZ:  Objection.  Hearsay.

7            THE COURT:  Overruled.

8            THE WITNESS:  No.

9    **BY MR. KUEHNE:**

10   Q.   You're aware of the operation of the city insofar as your

11   department heads and senior staff run their offices?

12   A.   The department directors run their offices.

13   Q.   Were you -- during the time that you were city manager,

14   Joe Carollo was District 3 commissioner.  Did you become aware

15   of any time that Commissioner Carollo ordered any of your

16   senior staff to do anything?

17   A.   No.

18   Q.   Would you be aware if that happened?

19   A.   Part of our conversation when we did the meet and greet

20   was an understanding of how the City Charter works, so that we

21   can certainly exchange information but orders to departments

22   coming through the manager's office.

23   Q.   Are you familiar with a concept called ride-alongs or

24   walk-alongs as you were city manager?

25   A.   Yes.  I did many of them.

```
 1   Q.   And is that done with elected officials, commissioners?
 2   A.   Yes, they were done before.
 3   Q.   And is that done with staff members of the administrative
 4   function and commissioners?
 5   A.   Yes.
 6   Q.   And under your watch as city manager, did you issue any
 7   instructions as to how those communications, ride-alongs,
 8   walk-alongs are to take place?
 9            MS. GOMEZ:  Objection.  Leading.
10            THE COURT:  Sustained.
11   BY MR. KUEHNE:
12   Q.   Did you have any direction on ride-alongs and walk-alongs
13   as city manager?
14   A.   As city manager, I always asked -- I always ordered our
15   directors that whenever a commissioner --
16            MS. GOMEZ:  Objection.  Hearsay.
17            THE COURT:  Sustained.
18            MR. KUEHNE:  Your Honor, let me ask it this way.
19   BY MR. KUEHNE:
20   Q.   Did you have any direction as a policy on how this
21   interaction was to occur?
22   A.   Right.  My direction to my -- to our city staff was that
23   it was okay, obviously, to interact with elected officials.  I
24   wanted to know when something like that was happening.
25            THE COURT:  15 minutes remaining.
```

```
 1              MR. KUEHNE:  I didn't hear that, Judge.

 2              THE COURT:  15 minutes remaining.

 3    BY MR. KUEHNE:

 4    Q.   Were ride-alongs allowed?

 5    A.   Yes.

 6    Q.   Walk-alongs allowed?

 7    A.   Yes.

 8    Q.   And during the timeframe that you were manager in the

 9    overlapping time, do you -- did you have any involvement with a

10    container in Calle Ocho that we know from this trial to be

11    called Sanguich?

12    A.   Yes.

13    Q.   And what's your involvement with that?

14    A.   So when I met with Commissioner Carollo and I asked him to

15    give me an example of a code violation that the City of Miami

16    was not enforcing, first, he didn't want to say anything.

17         I pressed him on the matter because, again, I said you

18    can't just make an allegation like that and not back it up.  He

19    said, well, there's this business on 8th Street near 17th

20    Avenue that is a container dispensing food, et cetera.  So you

21    need to look at that.

22    Q.   Did you?

23    A.   Yeah, I ordered my staff to go look into it.  I actually

24    drove by myself after the meeting, and then I asked the

25    departments to go and check and see if this was a legitimate
```

```
 1   permitted activity.
 2   Q.   What was your understanding of its allowance as city
 3   manager for the City of Miami?
 4   A.   The information that I gathered --
 5             MS. GOMEZ:  Objection.  Hearsay.
 6             THE COURT:  Sustained.
 7   BY MR. KUEHNE:
 8   Q.   Well, did you -- as city manager, you have an
 9   understanding of the -- do you have an understanding of the
10   code and the people who work for you in Code and the other
11   departments?
12   A.   Yes.
13   Q.   And did you have an understanding as to the status of the
14   container at that described location?
15   A.   Yes.
16   Q.   And what was your conclusion?
17             MS. GOMEZ:  Objection.  Lack of personal knowledge.
18   Reliance on others.
19             THE COURT:  Sustained.
20   BY MR. KUEHNE:
21   Q.   Do you have personal knowledge of that?
22   A.   So, I know the code of the City of Miami to a certain
23   level.
24   Q.   Did you see the container?
25   A.   I saw it myself, yes.
```

1    Q.   Did you determine from your own knowledge as to the status

2    of that container in the City of Miami on Calle Ocho?

3    A.   Given my knowledge of the code, I understood that that

4    building -- that if a structure did not have the proper

5    electrical connections, water and sewer, my understanding of

6    what is allowed as a business, that would not seem like that

7    was a proper permitted building.

8    Q.   Did you meet with or try to work with the owners of that

9    business?

10   A.   After we acted on code enforcement on that facility, I

11   recall having conversations with the owners of the Sanguich

12   shop.

13   Q.   Did you attempt to use the city administration to assist

14   them?

15   A.   I asked our team to look into it and see if there's any

16   possible way that they could operate that business.

17   Q.   And did you attempt to do that?

18   A.   We did.

19   Q.   At any time, did you blame what was happening with the

20   container on Commissioner Carollo?

21   A.   No.

22   Q.   Did Commissioner Carollo have anything to do with the

23   status of that container?

24   A.   No.

25   Q.   Did you find out who owned the property where that

```
 1  container was?
 2  A.   I was informed that Mr. Fuller was the owner of that
 3  property.
 4  Q.   Did you know Mr. Fuller?  That's Bill Fuller, the
 5  plaintiff in this case?
 6  A.   Yes.
 7  Q.   Did you know him?
 8  A.   Yes.
 9  Q.   And did you have communication with Fuller about that
10  property and the container dropped on his lot?
11  A.   I recall having some conversation with him, yes.
12  Q.   Did you get any assistance from him in resolving the
13  matter?
14  A.   No.
15  Q.   Had you had any other experiences with Fuller and his
16  handling of properties while you were city manager?
17  A.   I first met Mr. Fuller sometime after he opened Ball &
18  Chain.  I came to his establishment with a member, a team --
19  number of team members from my staff.  We met, we had a
20  conversation.
21       I thought he's a businessman trying to do business.  As
22  later on, I had a conversation with him because we had a
23  problem with sidewalk cafes, and one of his tenants had
24  a sidewalk cafe --
25            MS. GOMEZ:  Objection.  Relevance.
```

```
 1              THE COURT:  Sustained.  Also ten minutes remaining
 2   inclusive of any redirect that there may be.
 3   BY MR. KUEHNE:
 4   Q.   Did you have any dealings with a tenant called Azucar?
 5   A.   Yes.
 6   Q.   And what was that about?
 7   A.   She had -- a young lady had a sidewalk cafe which was in
 8   violation of the city code.  She was not willing to remove it,
 9   so I spoke to Mr. Fuller as the building owner and I asked him
10   to assist in getting that resolved.
11   Q.   Okay.  Do you recall a property -- strike that.
12        Did you have any awareness of a property called Calle Ocho
13   Marketplace?
14   A.   Yes.
15   Q.   Defense Exhibit 16.  It's in evidence, and I'll ask you
16   some questions as we try to get it up on the screen.
17        Are you aware that during your tenure as City of Miami
18   manager, Calle Ocho Marketplace was cited for work without a
19   finalized permit?
20   A.   Yes.
21   Q.   And was this before Commissioner Carollo became
22   commissioner?
23   A.   I believe so, yes.
24   Q.   And what was your understanding of the nature of the
25   violation?
```

```
 1    A.    If I remember correctly, this was a property that was

 2    trying to create a market environment with containers and

 3    makeshift buildings, but it was not a legal structure.  So it

 4    was cited.

 5              MS. GOMEZ:  Objection.  Legal conclusion.

 6              THE COURT:  Sustained.

 7              MS. GOMEZ:  We ask that this testimony be stricken.

 8              THE COURT:  Stricken.

 9    BY MR. KUEHNE:

10    Q.    Defense Exhibit 16 is on the screen.  It's in evidence.

11    Is that an official city Notice of Violation for Calle Ocho

12    Marketplace during the time that you were city manager?

13    A.    Yes.

14    Q.    And is that the violation that you're talking about?

15    A.    Yes.

16    Q.    Did you get any -- did you discuss this with Fuller?

17    A.    No, I was not aware at the time that this violation was

18    issued that it was his property.

19    Q.    And during the time that you were city manager, did that

20    violation persist on Calle Ocho Marketplace?

21              MS. GOMEZ:  Your Honor, objection.  Lack of personal

22    knowledge and we would ask that the --

23              THE COURT:  Overruled, if he knows.

24    BY MR. KUEHNE:

25    Q.    If you know.
```

```
 1   A.   I'm sorry?

 2   Q.   Did that violation persist during the time you were city

 3   manager?

 4   A.   Yes.  I don't believe that was resolved.

 5   Q.   Now, you also as city manager during your timeframe, did

 6   you become aware of any violations of the code at Ball & Chain,

 7   the place you said you met with Fuller?

 8   A.   No, I was not aware of those.

 9   Q.   Did you have any information from one of your deputy

10   managers reporting anything under your watch?

11             MS. GOMEZ:  Objection.  Hearsay.

12             THE COURT:  Sustained.

13   BY MR. KUEHNE:

14   Q.   As part of your duties and responsibilities as city

15   manager, did it come to your attention whether there were any

16   violations at Ball & Chain?

17             MS. GOMEZ:  Objection.  Hearsay.

18             THE COURT:  Sustained.

19   BY MR. KUEHNE:

20   Q.   Do you have personal knowledge of violations at Ball &

21   Chain?

22   A.   Yes.

23   Q.   And what is that knowledge?

24   A.   So we had issues with cars blocking Calle Ocho.  We had

25   issues of noise complaints.  We have valet parking cars on
```

1    residential neighborhoods, those kinds of things.  When you

2    asked me about violations, I was thinking building code.

3    Q.   And were those associated with in your personal knowledge

4    Ball & Chain?

5    A.   Yes.

6    Q.   And were those persistent violations?

7    A.   Yes.

8    Q.   Prior to the time you finished your tenure as city

9    manager, were those violations still existing?

10   A.   Yes.

11   Q.   And was there -- as city manager, did you become aware in

12   your course and function of concerns by nearby residents --

13            MS. GOMEZ:  Objection.  Leading.

14   **BY MR. KUEHNE:**

15   Q.   -- of the activities of Ball & Chain?

16            THE COURT:  Sustained.

17   **BY MR. KUEHNE:**

18   Q.   As city manager, did you have any interaction with the

19   public, the residents who lived in the Calle Ocho business

20   district area?

21   A.   There were complaints who came directly to my office as

22   city manager from people in the area.

23   Q.   And was that prior to the time Joe Carollo became an

24   elected official?

25   A.   Yes.

```
 1   Q.   And did you attempt -- did you and your administrative

 2   function attempt to resolve noise complaints?

 3   A.   Yes.  I ordered our Code Enforcement Department to monitor

 4   and inform the owners and try to enforce the code.

 5            THE COURT:  Five minutes remaining.

 6   BY MR. KUEHNE:

 7   Q.   When you were city manager, did you utilize any

 8   interdepartmental task forces when it came to code enforcement?

 9            MS. GOMEZ:  Objection.  Leading.

10            THE COURT:  Sustained.

11   BY MR. KUEHNE:

12   Q.   Were there any occasions -- were there any practices when

13   you were city manager to utilize multiple departments to help

14   you?

15   A.   Yes.

16   Q.   Did you create any task forces?

17   A.   Yes.

18   Q.   With regard to the business district in Calle Ocho, what

19   task force, if any, did you organize?

20   A.   So it wasn't specific to Calle Ocho, per say, but we had a

21   task force that we created to enforce the code in the evenings.

22            Historically, the Code Department didn't work past 5:00.

23   So, therefore, things would happen at night and nobody would be

24   there to enforce the code.  We agreed to change the agreements

25   with labor and we had Code Enforcement available all night.  We
```

1    put it together with fire, police, and other departments that

2    had purview over the code, Planning, Zoning, those kinds of

3    things.  And we would go out in the evenings and work to visit

4    businesses that we had violations reported and try to see if

5    they were in compliance.

6    Q.   Why at night?

7    A.   Again, in Allapattah, for example, Cafe Taquerias were

8    dispensing out of the cafe windows, and people would buy the

9    beer and walk into the parking lots and things like that, which

10   is not per code.

11   Q.   How about in Calle Ocho?

12   A.   So in Calle Ocho, we had primarily the issues with the

13   noise.  We also got noise in other areas of the city, but that

14   was one area where we got noise complaints from.  The issues of

15   the traffic on 8th Street, with the valet parking clogging up

16   right there in front of Ball & Chain, things like that.

17   Q.   As manager, did you have any understanding what caused

18   this task force to do its operation?

19   A.   I ordered them to --

20            MS. GOMEZ:  Objection.  Relevance.

21            THE COURT:  Sustained.

22   **BY MR. KUEHNE:**

23   Q.   Is -- are you familiar with a task force called Operation

24   Dry Hour?

25            MS. GOMEZ:  Objection.  Relevance.

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  Operation Dry Hour.  Don't recall it
 3    right off the top of my head.
 4    BY MR. KUEHNE:
 5    Q.   Was there any part of the task force enforcement that you
 6    have described that was initiated by Joe Carollo?
 7    A.   No, not to my knowledge.
 8    Q.   Was there any part of the task force operation that you've
 9    described along Carollo that was ordered or directed by Joe
10    Carollo?
11    A.   No.
12    Q.   And during the time that you were city manager and Joe
13    Carollo was the commissioner, did you know a man named Dennis
14    Uriarte?
15    A.   I think he's a Code inspector.
16              THE COURT:  Two minutes remaining.
17    BY MR. KUEHNE:
18    Q.   And knew him -- did you know him personally?
19    A.   I knew him on the job, and I knew that he was a former
20    service member like myself but that's just an acquaintance at
21    work.
22    Q.   During the time you were city manager, did it ever come
23    to your attention --
24              MS. GOMEZ:  Objection.  Leading.
25              THE COURT:  Overruled.  Go ahead.
```

1   **BY MR. KUEHNE:**

2   Q.   As city manager, did any of your staffers express --

3          MS. GOMEZ:  Objection.  Hearsay.

4          THE COURT:  Sustained.

5   **BY MR. KUEHNE:**

6   Q.   Did you understand whether any of your staffers had any

7   concerns about activities of Commissioner Carollo?

8          MS. GOMEZ:  Objection.  Hearsay and leading.

9          THE COURT:  Sustained.

10  **BY MR. KUEHNE:**

11  Q.   Do you have personal knowledge of the personnel practices

12  at the city during the time of your tenure?

13         THE COURT:  One minute remaining.

14         THE WITNESS:  Yes.

15  **BY MR. KUEHNE:**

16  Q.   And did Joe Carollo have anything to do with those?

17  A.   No.

18         MR. KUEHNE:  Your Honor, the time you gave me is

19  expired.  I would like to address the Court at sidebar.

20         THE COURT:  Sir, you have one minute remaining.  Go

21  ahead, sir.

22  **BY MR. KUEHNE:**

23  Q.   With regard to your tenure, did you personally -- of your

24  own personal knowledge have any concern or fear of Joe Carollo?

25  A.   No.

```
 1                    MS. GOMEZ:  Objection.

 2                    THE COURT:  What's the objection?

 3                    MS. GOMEZ:  Objection would have been relevance.

 4                    THE COURT:  Overruled.

 5   BY MR. KUEHNE:

 6   Q.   Did Joe Carollo have anything to do with you leaving the

 7   City of Miami?

 8                    MS. GOMEZ:  Objection.  Relevance.

 9                    THE COURT:  Sustained.

10   BY MR. KUEHNE:

11   Q.   When you resigned from the city, did you communicate that

12   with Joe Carollo?

13                    MS. GOMEZ:  Objection.  Hearsay, relevance and

14   bolstering.

15                    THE COURT:  Sustained.

16   BY MR. KUEHNE:

17   Q.   Was your departure from the city planned in advance?

18                    MS. GOMEZ:  Objection.  Relevance.

19                    THE COURT:  Sustained.  Thank you, Mr. Kuehne.

20                    MR. KUEHNE:  Your Honor, may I have a sidebar?

21                    THE COURT:  Sir, denied.  At this point, let's go

22   with cross-examination.  You have 15 minutes, counsel.

23                    MR. KUEHNE:  Thank you, Manager.

24

25
```

```
 1                         -  -  -  -  -

 2                CROSS EXAMINATION OF DANIEL ALFONSO

 3    BY MS. GOMEZ:

 4    Q.   Mr. Alfonso, so you were the city manager for about six

 5    weeks while Joe Carollo was in office?

 6    A.   That's about right.

 7    Q.   And as the city manager, you have to observe the Charter?

 8    A.   That's correct.

 9    Q.   And the Charter requires that commissioners not order

10    employees to do anything directly?

11    A.   That's correct.

12    Q.   And you're the city manager, you're in charge of all of

13    these employees?

14    A.   That's correct.

15    Q.   And so you can't have a commissioner ordering an employee

16    while you're in charge?

17    A.   That would be a violation of the Charter.

18    Q.   And so you, as a city manager, are going to make sure that

19    doesn't happen?

20              MR. KUEHNE:  Objection.  Speculation, foundation.

21              THE COURT:  Overruled.

22    BY MS. GOMEZ:

23    Q.   As a city manager, you're going to sit here and tell this

24    jury that that never happened, right?

25              MR. KUEHNE:  Objection.  Foundation, form.
```

1            THE COURT:  Overruled.  You can answer.

2            THE WITNESS:  I cannot say it didn't happen because I

3    cannot be there for everybody to be present but that's --

4    **BY MS. GOMEZ:**

5    Q.   So there were instances where it happened?

6    A.   To your knowledge.  Not mine.

7    Q.   Do you remember calling Mr. Fuller who's right there and

8    telling him that Joe Carollo was issuing raids on Sanguich?

9    A.   I remember having a conversation with Mr. Fuller.  I don't

10   think I told him that Code was issuing raids on Sanguich.

11   Q.   Do you remember calling Daniel Figueroa and Rosa Romero at

12   Sanguich and telling them that Carollo was behind the raids on

13   Sanguich?

14   A.   I don't believe I called them, but I did have a

15   conversation with them and explained to them that their

16   facility was not within the code and they could not operate.

17   Q.   And so when a commissioner calls a City of Miami employee,

18   that City of Miami employee is going to pick up the phone,

19   right?

20           MR. KUEHNE:  Objection.  States facts not in

21   evidence.  Hypothetical.

22           THE COURT:  Sustained.

23   **BY MS. GOMEZ:**

24   Q.   City of Miami commissioners do, in fact, call employees of

25   the City of Miami?

 1                MR. KUEHNE:  Objection.  Speculation.  Time.  Place.

 2                THE COURT:  Overruled.  If he knows.

 3                THE WITNESS:  Yes.  Commissioners can call employees

 4     of the City of Miami.

 5     BY MS. GOMEZ:

 6     Q.   And the communication between the commissioner and the

 7     employee is not necessarily going to be relayed to you?

 8                MR. KUEHNE:  Objection.  Foundation.  Speculation.

 9                THE COURT:  Overruled.

10                THE WITNESS:  It may not be relayed to me.

11     BY MS. GOMEZ:

12     Q.   So Commissioner Carollo can be having conversations with

13     Code Enforcement that you're not aware of?

14                MR. KUEHNE:  Objection.  Speculation.  Foundation.

15                THE COURT:  Overruled.

16                THE WITNESS:  He can, but there's nothing wrong with

17     that as long as he's not giving them an order.

18     BY MS. GOMEZ:

19     Q.   But you wouldn't know if he is, right?

20                MR. KUEHNE:  Objection.  Foundation.  Speculation.

21                THE COURT:  Overruled.

22                THE WITNESS:  I wouldn't know if he is.

23     BY MS. GOMEZ:

24     Q.   Now you mentioned that Commissioner Carollo gave you an

25     example of how Code was lacking, and that example was Sanguich.

1   A.    Correct.

2   Q.    And that is one of Mr. Fuller's properties, Sanguich,

3   right?

4   A.    The container was sitting on his property.

5   Q.    It was on Futurama?

6   A.    I don't know what it was called.  It was on his property.

7   Q.    Okay.

8   A.    I don't know if the container itself was his or was it the

9   Romeros but it was on his property.

10  Q.    Now you're not a Code Enforcement officer, right?

11  A.    No, I'm not.

12  Q.    And you're not a lawyer?

13  A.    No, I'm not.

14  Q.    And, in fact, I think you testified that it seemed that

15  the container was in violation of some code.  Do you remember

16  using the word "seemed?"

17  A.    I said that.  I understand some of the code.  I mean, we

18  understand English, so I know some of the code through

19  experience and working with the department and understanding

20  what happens.  So in looking at it, you can look at some things

21  and say that yeah, that connection to electrical is not per

22  code.

23  Q.    But you're not an electrical code inspector?

24  A.    That's correct.

25  Q.    You're not a plumbing code inspector?

1    A.    No.

2    Q.    You're not a Building Department inspector?

3    A.    No.

4    Q.    You don't sit at home reading that code?

5    A.    No, but, you know, I worked in Miami-Dade County before

6    where I oversaw design and construction for Miami-Dade County,

7    so I would regularly meet with folks who understood design and

8    engineering and those type of things so I have some knowledge.

9    I'm not an ignorant person.

10   Q.    But you have to rely -- I understand you're not ignorant.

11   You have to rely on the employees that work for you to do their

12   jobs?

13   A.    Correct, which is why I asked them to go check.

14   Q.    You also talked about putting together a task force.  That

15   task force was put together for the city?

16   A.    Correct.  Well, before the commissioner came into office.

17   Q.    And that task force was needed because things happen, and

18   they have to address them.  Sometimes, they're not with code,

19   right?

20   A.    That's correct.

21   Q.    So you need a task force to go out there and it's for any

22   business in the City of Miami?

23   A.    That's correct.

24   Q.    Now noise complaints were not just from Ball & Chain?

25   A.    No.  Absolutely not.

```
 1              THE COURT:  Ten minutes, counsel.
 2   BY MS. GOMEZ:
 3   Q.   Code issues were not just from properties related to
 4   Mr. Fuller?
 5   A.   That's correct.
 6   Q.   This is citywide?
 7   A.   Correct.
 8   Q.   There are a lot of people who violate the code?
 9   A.   Yes.
10   Q.   And it's not necessarily knowingly?
11              MR. KUEHNE:  Objection.  Foundation.
12              THE COURT:  Sustained.
13   BY MS. GOMEZ:
14   Q.   Here's part of the code, right?  The code is huge?
15   A.   Mm-hmm.
16   Q.   Right?
17   A.   Correct.
18   Q.   And people out in the community running businesses,
19   they're businessmen, right?  They're not Code Enforcement
20   officers?
21              MR. KUEHNE:  Objection.  Speculation.  Foundation.
22              THE COURT:  Overruled.  If he knows.
23              THE WITNESS:  So the code is large.  And people
24   running businesses may not know the code.  However, if you're
25   going to open a business, you know that you've got to go get a
```

1   business license and you've got to get permits to do that

2   construction and those types of things.

3   **BY MS. GOMEZ:**

4   Q.   Yes, but people can go and get permits, and not realize

5   they need a permit for something else.

6           MR. KUEHNE:  Objection.  Speculation.  Foundation.

7           THE COURT:  Overruled.  If he knows.

8           THE WITNESS:  If you go to the City of Miami or any

9   other local government, I worked with Miami-Dade County.  You

10  go to open up a business, you're going to be told to construct

11  something, you need to get this and that.  You submit

12  paperwork.

13          Those plans get shared to different departments.

14  Those different departments will opine and tell you whether

15  it's a fire issue or electrical issue or plumbing issue.

16  **BY MS. GOMEZ:**

17  Q.   You're telling me --

18  A.   There's ways to find out.

19  Q.   No, I understand there's ways to find out.  You're telling

20  me even within your department, there's never a dispute about

21  whether code requires "x" or code requires "Z?"

22          MR. KUEHNE:  Object.  Hypothetical and timeframe.

23          THE COURT:  Sustained.

24  **BY MS. GOMEZ:**

25  Q.   You're telling me that within your department, people

```
 1   don't have disputes about what the code requires?

 2             MR. KUEHNE:  Objection.  Foundation.  Who these

 3   people are.

 4             THE COURT:  Overruled.  He can answer that question.

 5             THE WITNESS:  The same way I can ask a lawyer a

 6   question and get two answers, I can ask code people a question

 7   and get possibly different answers.  Ultimately, that's why we

 8   have lawyers.
```

**9   BY MS. GOMEZ:**

```
10   Q.   And in that instance, there are business owners who are

11   trying to comply and don't realize they need a permit for "X"

12   but they have a permit for "Y?"

13             MR. KUEHNE:  Objection.  Foundation.  Hearsay.

14   Speculation.

15             THE COURT:  Sustained.
```

**16   BY MS. GOMEZ:**

```
17   Q.   So there are times when a business owner may run afoul of

18   the code without realizing it?

19             MR. KUEHNE:  Objection.  Foundation.  Speculation.

20             THE COURT:  Sustained.
```

**21   BY MS. GOMEZ:**

```
22   Q.   Now the goal of the code is to bring people into

23   compliance, right?

24   A.   We want compliance because we want safe businesses to

25   operate.  We want to have order in our communities so that's
```

1    mostly the reason for the code.

2    Q.    The goal of the code is not to shut down businesses?

3    A.    No.

4    Q.    And so the City of Miami is supposed to work with

5    businesses to try to bring them into compliance?

6    A.    We try to work with businesses to help them come into

7    compliance, yes.

8    Q.    Now you mentioned that there were complaints about Ball &

9    Chain.  Can you mention the name of one particular person who

10   actually called and complained about Ball & Chain?

11   A.    No, I cannot.  Well, may I?  Hold on.  Let me correct

12   that.  So my assistant city manager personally spoke to me and

13   told me that he visited Ball & Chain.

14   Q.    But that's your assistant.  That's somebody who works for

15   the City of Miami?

16            MR. KUEHNE:  Objection.  The witness was answering

17   the question.

18            THE COURT:  Overruled -- I'm going to sustain what

19   Mr. Kuehne has said.  Let the witness finish answering the

20   question.  You have seven minutes remaining.

21            THE WITNESS:  I can answer?

22   **BY MS. GOMEZ:**

23   Q.    Yes.

24   A.    Okay.  So my assistant city manager came to me, he said he

25   had gone to Ball & Chain one evening.  The place was extremely

```
 1   crowded.  He asked the bouncer at the front how many people
 2   were inside.  No idea how many people.  There was no posting of
 3   the limit of how many people can be in the building at the
 4   time, so we made sure that it was enforced and that was
 5   corrected.
 6   Q.   Do you remember the name of any individual that does not
 7   work for the City of Miami who complained about Ball & Chain?
 8   A.   No.
 9   Q.   Do you remember the dates of any of these complaints?
10   A.   No.
11   Q.   You couldn't -- could you tell me today whether those
12   complaints were resolved?
13   A.   I haven't been in the city over five and a half years.
14            MS. GOMEZ:  Your Honor, if I could have a second?
15            THE COURT:  Sure.  You have six minutes remaining.
16   BY MS. GOMEZ:
17   Q.   Now, Mr. Alfonso, you're testifying today based on your
18   memory of things that occurred five and a half years ago,
19   right?
20   A.   Yes.
21   Q.   And now the first meeting that you had with Carollo, with
22   Commissioner Carollo, that was when he mentioned Sanguich?
23   A.   Yes.
24   Q.   And that was the very first time that you were speaking to
25   him?
```

```
 1   A.   Well, I have met the commissioner at functions and things
 2   like that.
 3   Q.   After he took office?
 4   A.   That was the first meeting we had after he took office.
 5   He was elected in -- officially, he was elected in November.
 6   He was sworn in in December.  I mean, I may have called him to
 7   congratulate him or something; perfunctory things.
 8   Q.   One of the first few conversations that you had with him
 9   after he took office was for where he's telling you that
10   Sanguich had violations?
11   A.   Well, he didn't tell me Sanguich was having violations.  I
12   actually had to, like, pry it out of him.  The reason I did
13   was, again, he made an accusation that the city wasn't
14   enforcing code.
15        I specifically asked him you've got to give me an example.
16   At first, he wouldn't give me an answer.  I kind of said you
17   can't make an accusation like that and not give me something to
18   work with.  He finally mentioned it, and then I asked my folks
19   to go look at that.  After that meeting, I actually drove by
20   the place.
21   Q.   And so that was a response to him making accusations about
22   whether or not you were doing a good job?
23   A.   Well, you make an accusation that the city is not
24   enforcing the code.  And I asked for an example, he gave me an
25   example and I wanted to go look at it.
```

```
 1    Q.   Now, Commissioner Carollo when I takes office in December

 2    2nd I believe it was of 2017, that was not the first time that

 3    he had been in politics?

 4    A.   Right.  He was mayor some years before.

 5    Q.   And so he was very familiar with the people who worked at

 6    the City of Miami?  The City of Miami employees?

 7              MR. KUEHNE:  Objection.  Beyond the scope.

 8    Foundation.

 9              THE COURT:  Sustained.

10              MR. KUEHNE:  Timeframe.

11              MS. GOMEZ:  I have no further questions.

12              THE COURT:  Thank you.  You are excused, sir.

13           Defense, call your next witness.

14              MR. KUEHNE:  Your Honor, could I see if the next

15    witness is here and at some point, I would like to have a

16    sidebar to make a proffer?

17              THE COURT:  Sir, you can call your next witness,

18    please.

19              MR. KUEHNE:  May I have a moment, Judge?

20              THE COURT:  Sure.

21

22

23

24

25
```

```
 1                      (Witness was sworn.)

 2            MR. KUEHNE:  Your Honor, Commissioner Carollo calls

 3   Yacmany Salvatirra.

 4            THE COURT:  You have one hour.  You may proceed.

 5                      -  -  -  -  -

 6          DIRECT EXAMINATION OF YACMANY SALVATIRRA

 7   BY MR. KUEHNE:

 8   Q.   Good afternoon, Mr. Salvatirra.

 9   A.   Good afternoon.

10   Q.   Would you just so that the court reporter identifies it

11   correctly, tell us your first name and last name and spell it?

12   A.   My name is Yacmany Salvatirra.  Y-A-C-M-A-N-Y, last name

13   is Salvatirra.  S-A-L-A-V in Victor A-T-I-R-R-A.

14   Q.   Tell the jury what you do for a living, Mr. Salvatirra?

15   A.   Currently, I'm working at the Zoning Department for the

16   City of Miami as a Zoning Information Specialist basically

17   providing zoning information to the developers, business

18   owners, citizens that requires setbacks, information visa vis

19   the triangle, everything related to zoning.

20        I also process Certificates of Use for businesses in the

21   City of Miami and Zoning Verification letters as well for the

22   department.

23   Q.   And what is your history with the City of Miami?

24   A.   Okay.  I started working a City of Miami in 2008 for the

25   Parks and Recreation Department.  Then I got hired for the Code
```

```
 1   Enforcement Department at 2015 as a Code Enforcement officer.
 2        Then in 2020, I got another promotion as a senior
 3   inspector, and last year, I just moved to another department
 4   for Zoning.
 5   Q.   So for what years were you in Code Compliance?
 6   A.   From 2015 to 2022.
 7   Q.   Okay.  And in the course of your time in Code Compliance,
 8   you were a Code Inspector?
 9   A.   That's correct.
10   Q.   Describe, if you can, briefly what a Code Inspector does
11   for the City of Miami during the time that you were a Code
12   Inspector.
13   A.   Basically, I receive complaints in regards to violations
14   in the area or the city.  Also can do proactive inspections in
15   the area.  That's one of those protocol that was issued in our
16   department, and also conduct Certificate of Use and zoning
17   inspections for new construction, new businesses and so on.
18   Q.   How did you as a Code Inspector learn about the City of
19   Miami Code?
20   A.   Basically we have like a little manual.  I know it's been
21   adding new information through the years.  And then also we
22   need to obtain a -- back then, you need to obtain a
23   certification by the Florida Association of Code Enforcement.
24   Q.   And you've mentioned -- and do you have any
25   certifications?
```

 1   A.   I had it.  I just mine expired in the beginning of this

 2   year.

 3   Q.   Okay.  And is that something -- the certifications

 4   something you used while you were a Code Inspector?

 5   A.   That's correct.

 6   Q.   And in your current position with the City of Miami,

 7   do you need that certification?

 8   A.   No, I don't need it.

 9   Q.   I'm going to ask you about the work of a Code Compliance

10   Officer inspector.  Are you part of a department?

11   A.   Not right now.

12   Q.   When you were a Code --

13   A.   Oh, yeah.

14   Q.   -- Compliance, you were part of a department?

15   A.   Yes, that's correct.

16   Q.   What that department called?

17   A.   Code Compliance Department.

18   Q.   And as an inspector, do you have superiors?

19   A.   Yes.

20        MR. KUEHNE:  I'm going to ask to pull up and I

21   believe it's in evidence Plaintiffs' Exhibit 275.  That's the

22   Code Compliance Process Manual.

23   **BY MR. KUEHNE:**

24   Q.   Is there -- while we get it up on the screen, is there a

25   code compliance manual that governed -- governed your

 1   department of Code Compliance?

 2   A.   That's correct.

 3   Q.   And up on the screen is Plaintiffs' Exhibit 275.  It's in

 4   evidence.  Is this a copy of a Code Compliance Process Manual?

 5   A.   That's correct.

 6   Q.   And over the course of the time you were with Code

 7   Compliance a number of years, is it in a regular state of

 8   revision updating?

 9   A.   Yeah, they revise it at least once a year.

10   Q.   Okay.  So let me ask to go to page 1 of this document,

11   which is actually the second page of the document.  You see it

12   says 1 down at the bottom and I'm -- I might need to make that

13   a little bit bigger for you.

14        But based on the Code Compliance Process Manual, can you

15   describe what the manual is intended to do?

16             MS. GOMEZ:  Objection.  Relevance.

17             THE COURT:  Sustained.

18   **BY MR. KUEHNE:**

19   Q.   By the way, is this Code Compliance Process Manual a

20   document that's available to the public?

21   A.   I do believe so.  It's part of the record.

22   Q.   Part of records.  And do you -- did you as a Code

23   Compliance Officer Inspector, make use of this manual?

24   A.   That's correct.

25   Q.   And as a Code Compliance Inspector, what is the overall

1    reason for having code compliance as you understand it as an

2    inspector?

3            MS. GOMEZ:  Objection.  Legal conclusion and

4    relevance.

5            THE COURT:  Sustained.

6    **BY MR. KUEHNE:**

7    Q.   Did you as a Code Compliance Inspector, attempt to apply

8    the code even-handedly?

9    A.   Yes.

10   Q.   And uniformly?

11   A.   Correct.

12   Q.   And did you use the code to assist the City of Miami and

13   its residents?

14   A.   Yes, that we have to educate citizens as well.  That's

15   part of the manual.

16   Q.   Is that part of the process of a Code inspector, to

17   provide education?

18   A.   That's correct.

19   Q.   And how did you go about doing that as a -- as a Code

20   Compliance Inspector?

21           MS. GOMEZ:  Objection.  Relevance.

22           THE COURT:  Overruled.  He can answer.

23   **BY MR. KUEHNE:**

24   Q.   How did you go about doing education?

25   A.   Just to check the violations and provide the information

1    that is needed for building permits, Certificate of Use, or

2    obtaining any other information that can comply with the

3    violation in a timely manner.

4    Q.   And as a Code Compliance Inspector, did you attempt to be

5    helpful to residents?

6    A.   Yes, tried.

7    Q.   How about business owners?

8         I think that bottle was used.  Let me give a new bottle.

9    A.   No, this is mine.

10   Q.   That's yours.  Okay.  So I'd like you to, if you can read,

11   you see this document that in evidence, publish for us the

12   section that's called overall philosophy.

13             MS. GOMEZ:  Objection.  Relevance.

14             THE COURT:  Wait, what's the objection?

15             MS. GOMEZ:  Relevance.

16             THE COURT:  Overruled.

17   **BY MR. KUEHNE:**

18   Q.   Can you see it on the screen?  Overall philosophy, it's in

19   bold.

20   A.   Yeah, that's correct.

21   Q.   Can you read that?

22   A.   Overall philosophy.  This Code Compliance Process Manual

23   shall serve as a tool for Code Compliance Inspectors in

24   performing their normal duties related to the goal of obtaining

25   compliance.  Code Compliance Inspectors strive to achieve

1   several objectives.  Code Compliance Inspectors work to promote

2   health and safety, safeguard civic and community assets and

3   elevate quality of life and aesthetics in the City of Miami by

4   educating the public about and fairly enforcing our city's

5   codes.

6       They conduct themselves as a model for the community, are

7   accountable, and take professional and personal ownership of

8   their work.  They make decisions free from prejudice, honor the

9   spirit and letter of the law, and conduct themselves in a

10  manner that maintains public trust.

11  Q.   Now, if you go to page 4 of that manual, the bottom page

12  4.  It says mission of the Department of Code Compliance.

13  Do you see that page?

14  A.   Yes.

15  Q.   And is that mission, does that include the concept of

16  educating the public that you had mentioned?

17  A.   Yes, that's correct.

18  Q.   Now the last paragraph, you see it, Code Compliance

19  Inspectors?

20  A.   Correct.

21  Q.   Can you read that to us?

22  A.   Code Compliance Inspectors may issue a ticket or open a

23  Notice of Violation, NOV, if a property is found to be in

24  violation of one of the civil infractions for which our team is

25  responsible.  Both tickets and NOVs require due process.  Every

```
 1   violation is adjudicated by an independent quasi-judicial body.
 2   A resident may pay or appeal a ticket through the ticket
 3   appeals process for ticketed offenses.
 4        If a resident doesn't bring their property into compliance
 5   when cited for NOV, a hearing is held before the Code
 6   Enforcement Board, an independent adjudicative board
 7   compromised of volunteers appointed by the Commission.  If
 8   found guilty, a per diem lien will be assessed against the
 9   property.
10        Once a lien is assessed, it can only be removed by
11   complying with the violation and then seeking mitigation and/or
12   submitting payment for satisfaction of a lien.
13        After bringing the property into compliance, a property
14   owner can request to appear before the Code Enforcement Board
15   to seek mitigation of the lien.
16   Q.   As a Code Enforcement Inspector, did you work with
17   property owners to bring properties into compliance?
18   A.   Yes, I did.
19   Q.   Was that part of your job?
20   A.   That's correct.
21   Q.   Is that part of the manual that you just told us about?
22   A.   That's correct.
23   Q.   I'd like you to go to page 6.  You'll see 5 and 6 lists
24   people in the department.  You see your name there right -- the
25   last name above southeast team?
```

```
 1   A.    Correct.

 2   Q.    Yacmany Salvatirra?

 3   A.    Mm-hmm.

 4   Q.    And you were assigned at least at this point in time the

 5   southwest team?

 6   A.    That's correct.

 7   Q.    And did that include the area that we've described here as

 8   being Little Havana/Calle Ocho?

 9   A.    Yeah, that's correct.

10   Q.    And was that a regular assignment of yours?

11   A.    That's correct.

12   Q.    So let's go to page 10.  There's a chart, a color chart.

13   Do you see that?  That's part of the manual?

14   A.    Yes.

15   Q.    And does that give some general information about the City

16   of Miami, its residents, almost half a million and the

17   businesses in the city?

18   A.    Correct.

19   Q.    And with regard to the code compliance in Little

20   Havana/Calle Ocho area, how would you describe the business

21   district and the residents of that district?

22            MS. GOMEZ:  Objection.  Relevance.

23            THE COURT:  Sustained.

24   BY MR. KUEHNE:

25   Q.    When you -- did you do code enforcement in the Calle Ocho
```

```
 1  area?
 2  A.   Yes.
 3  Q.   In the business district of the Calle Ocho area?
 4  A.   Yes.
 5  Q.   And is that business district surrounded by residents?
 6  A.   Just a little bit.  Not too much.  It was just more before
 7  but it was a little bit.
 8  Q.   Now let's take a look at page 17.  I'm not going to ask
 9  you to read it, but can you see that it's got a chart that says
10  inspectors, and it has a description of different kinds of
11  inspectors?
12  A.   Correct.
13  Q.   Building inspectors, right?
14  A.   Yeah.
15  Q.   Code Compliance, Fire, Public Works, Solid Waste and
16  Police?
17  A.   Correct.
18  Q.   As a Code inspector, did you on occasion work with
19  inspectors from other --
20           MS. GOMEZ:  Objection.  Leading.
21           THE COURT:  Sustained.
22  BY MR. KUEHNE:
23  Q.   Did you have occasion to work with other type inspectors
24  with the city?
25  A.   Yes.
```

1   Q.   What's the reason for that?

2   A.   If we need some type of information about other violations

3   or if, for example, a business has the proper documentation to

4   be operated legally in the city.

5   Q.   As a Code Compliance Inspector, do you have any

6   responsibility to document and report what you do?

7   A.   Correct.

8   Q.   And do you keep that in any official form?

9   A.   Yes.

10   Q.   What is that called?

11   A.   Used to be the City View program and now it's Code Check.

12   Q.   But City View during -- until relatively recently?

13   A.   Yeah, like two years.

14   Q.   Okay.  And what information is kept in City View?

15   A.   If there's a violation opened, a 311 complaint, if we

16   visit the location, we need to input information what was the

17   reason to visit or inspect a location within the city.

18   Q.   Okay.  And do you, as part of your code inspection

19   process, also photo document sites that you visit?

20   A.   Correct.

21   Q.   And what's the purpose of that?

22   A.   Just an evidence to have for our department.

23   Q.   All right.  And for how long a period of time, if you

24   know, does the information in City View stay in there?

25   A.   No, I don't know no time.  I don't know.

1    Q.   When you use City View, does it include information before

2    you did the inspection on the property?

3    A.   Yes, sir, it includes that.

4    Q.   Can you by accessing City View determine the prior history

5    of a property?

6            MS. GOMEZ:  Objection.  Relevance.

7            THE COURT:  Overruled.  You can answer.

8            THE WITNESS:  Yes.  You can obtain information about

9    it.

10   **BY MR. KUEHNE:**

11   Q.   As part of your job as in Code inspector, do you need to

12   know the prior history of a property when you're doing your

13   job?

14   A.   Correct.

15   Q.   How about when you are on -- when you mention that you

16   assist owners in bringing their -- strike that.

17        Do you assist owners in helping to bring their properties

18   into compliance?

19   A.   Correct.

20   Q.   Do you need to know the history of that property in order

21   to do that?

22   A.   Yes.

23   Q.   Do you sometimes work with other inspectors with other

24   departments to help bring somebody into compliance?

25   A.   Very occasionally, but because we already know some

1    information they need in order to comply with the violation.

2    Q.   All right.  Let's go to page 18, I think the next page of

3    the manual.  You see it sideways, but it says City of Miami

4    Department of Code Compliance process overview.  Do you see

5    that?

6    A.   Yeah, correct.

7    Q.   Do you -- what do you understand this color coded chart to

8    be?

9    A.   It's a process basically how the city, the department

10   follows up with a violation on the property.

11   Q.   And the next page, you see it says Code Compliance Citizen

12   Roadmap.  Do you see that?

13   A.   Correct.

14   Q.   And what do you understand this roadmap to be?

15   A.   It's an information to citizens how the department works,

16   you know, in regards to a violation on the property.

17   Q.   And do you have any understanding whether that's part of

18   trying to educate the public about code compliance?

19           MS. GOMEZ:  Objection.  Relevance and lack of

20   foundation.

21           THE COURT:  Sustained.

22   **BY MR. KUEHNE:**

23   Q.   Let's go to page 21 which is part of the manual.  You see

24   in the middle of that, there is a section of the code manual,

25   for repeat violation?

1    A.    Correct.

2    Q.    Can you read page 21, that paragraph out loud?

3    A.    Repeat violation --

4          MS. GOMEZ:  Objection.  Lack of foundation.  There's

5    been no repeat violation mentioned.

6          THE COURT:  It's in evidence.  He can still read it.

7    You can cross-examine him at that time.

8    **BY MR. KUEHNE:**

9    Q.    You can read it.

10   A.    Repeat violation is defined in Section 162.045 as a

11   violation of a provision of a code or ordinance by a person who

12   has been previously found through a Code Enforcement Board or

13   any other quasi-judicial or judicial process to have violated

14   or who has admitted violating the same provision within five

15   years prior to the violation notwithstanding the violations

16   occur at different locations.

17   Q.    Do you track in City View prior violations of the code?

18   A.    Yeah, that's part of our job to do that.

19   Q.    Does City View allow you as a Code inspector or anybody

20   who has access to City View to determine whether a property is

21   a repeat violator or has repeat violations?

22   A.    That has a repeat violation, yes.

23   Q.    Can you determine from City View the nature, the kind of

24   violation?

25   A.    Yes, with the information.

```
 1   Q.    Does it tell you in City View what the violation is?

 2   A.    What the violation is and when it was adjudicated and

 3   stuff.

 4   Q.    And does it also tell you if there's been any

 5   determination of a violation -- a conclusion as to a violation?

 6   A.    Correct.

 7   Q.    Now, let me ask you then about some of the work that you

 8   did and I'm going to start with -- let's try -- you're familiar

 9   with a property called Sanguich?

10   A.    Correct.

11   Q.    We've described it as a container?

12   A.    That's correct.

13   Q.    Were you an inspector for Sanguich?

14   A.    Yeah, I cited the location when we received a complaint.

15   Q.    And in doing that, did you issue --

16            MS. GOMEZ:  Objection.  Leading.

17            THE COURT:  Sustained.

18   BY MR. KUEHNE:

19   Q.    Were you involved in any determination of violations for

20   Sanguich?

21   A.    Yes.

22   Q.    And what do you remember, if you do, what the violations

23   were?

24   A.    I was researching for permits for the container on the

25   location, but there was no permits on file.
```

```
 1   Q.   Okay.  Do you remember the owners of Sanguich?

 2   A.   A little bit.

 3   Q.   Did you have any interaction or dealings with them?

 4   A.   A few times.

 5            THE COURT:  Also 40 minutes remaining, including any

 6   redirect time.  40 minutes remaining, including any redirect

 7   time you may like to utilize from that time.

 8            MR. KUEHNE:  Yes.

 9            Defense Exhibit 13, parts of it are in evidence, not

10   the first part.  I'd like to get Defense Exhibit 13 on the

11   screen starting with page 15 of 45.

12   BY MR. KUEHNE:

13   Q.   You see that this is Defense Exhibit 13, and we're looking

14   at page 15 of 45.  Do you see that?

15   A.   Correct, yes.

16   Q.   Do you know what that is?

17   A.   Yes.

18   Q.   Tell us what that is.

19   A.   This is a Notice of Violation.

20   Q.   And you see your name actually on there?

21   A.   Correct.

22   Q.   Name of inspector, Yacmany Salvatirra?

23   A.   Correct.

24   Q.   So tell us about what this Notice of Violation means.

25   A.   This Notice of Violation was issued for a container that
```

1   was on that location, and the violation was no Certificate of

2   Use, failure to obtain a Business Tax Receipt for the type

3   business it was conducting, no building permits on file, and

4   failure to obtain the warrant for the outdoor seating that was

5   at the location.

6   Q.   Did you make that determination yourself?

7   A.   That was the evidence that we found.  I mean, I found and

8   then I consulted with my supervisor and that's how we

9   determined those violations on the property.

10   Q.   Did you go there?

11   A.   Yes.

12   Q.   Did you see the container?

13   A.   Yes.

14   Q.   And did you make a determination as a Code inspector as to

15   whether it was in violation?

16   A.   Yes.

17   Q.   And what was that based on?

18   A.   Based on the information that we -- I was looking for, and

19   my supervisor, as well.  We were trying to look for other

20   information, and there was not enough information that was

21   permitted, that container was permitted in that location.

22   Q.   Did you make a formal notice to document that violation?

23   A.   Yes.

24   Q.   And is that this document that's on the screen?

25   A.   That's correct.

1  Q.   And did you also keep -- keep track of information

2  pertaining to that violation in City View in your electronic

3  file?

4  A.   Yes.

5  Q.   Let's look at the next page of this exhibit.  Defense

6  Exhibit 13.  You see it's got Notice of Violation Summons to

7  Appear with a certified mail receipt on the side?

8  A.   Correct.

9  Q.   What is this document?

10  A.   This is the summons to appear for the Code Enforcement

11  hearing.

12  Q.   For the Sanguich property?

13  A.   For the Sanguich property.

14  Q.   And let's make it a little bit bigger but it's got some

15  lines for violation.  You see violation reference 2110, no

16  Certificate of Use?

17  A.   Correct.

18  Q.   Is that one of the violations that you determined applied?

19  A.   Yes.

20  Q.   And the next one, failure to obtain a Business Tax Receipt

21  for the type of business conducted?

22  A.   That's correct.

23  Q.   Is that required under the code?

24  A.   Yes.

25  Q.   And did the operators have that?

```
 1   A.   No, not for that type of business they were conducting.
 2   Q.   Did you, by the way, explain this to the business owners?
 3   A.   Correct.
 4   Q.   In person?
 5   A.   Yeah.
 6   Q.   The next violation says work performed without a finalized
 7   permit?
 8   A.   Correct.
 9   Q.   And what does that mean?
10   A.   That there was no building permits for any type of
11   mechanical, electrical, structural that was performed in that
12   location.
13   Q.   Okay.  And then it says next, failure -- it's got a
14   violation 2284, failure to obtain temporary permit.  Do you see
15   that?
16   A.   Yeah, that's correct.
17   Q.   And violation 2181, failure to obtain, and then it says
18   warrant?
19   A.   Yeah, that's for the outdoor seating.
20   Q.   Now, let's go to the next page and ask you is this part of
21   your City View case information?
22   A.   Correct.
23   Q.   And a little bit small to see, but is that all information
24   that you put into the computer?
25   A.   That's information for the department that do the liens,
```

```
 1   hearing board's information is on the right side.
 2              MS. GOMEZ:  Objection.  Hearsay.
 3              THE COURT:  Sustained.
 4   BY MR. KUEHNE:
 5   Q.   Is the information on this page based on material you put
 6   into City View?
 7   A.   Correct.
 8   Q.   And you know what that is?
 9   A.   Yes.
10   Q.   By the way, do you as Code inspector for Sanguich on these
11   Notices of Violation, do you have a participation --
12              MS. GOMEZ:  Objection.  Leading.
13              THE COURT:  Sustained.
14   BY MR. KUEHNE:
15   Q.   Are you involved in hearings?
16   A.   Yes, we have to.
17   Q.   How are you involved in hearings for Sanguich?
18   A.   We have to compile the cases.  All evidence is provided to
19   our city attorney, and we have to be present on the hearing
20   date.
21   Q.   And with regard to Sanguich, did you participate in any
22   hearing?
23   A.   Yes, at least in the Code Enforcement Board hearing.
24   Q.   Code Enforcement Board.  Let's go to the next page of
25   Defense Exhibit 13.  Do you see that this is -- this is a black
```

1  and white, and there's another set of pictures that are in

2  color.  But let's just use this Defense Exhibit 13.  Did you

3  take pictures to document the Sanguich?

4  A.   Correct.

5  Q.   Are these black and white pictures for the next three

6  pages pictures that you took?

7  A.   That's correct.

8  Q.   And is that a black and white representation of what the

9  property -- what the business looked like?

10 A.   That's correct.

11 Q.   And did it have any permit?

12 A.   No.

13 Q.   And was it required to?

14        MS. GOMEZ:  Asked and answered.  Objection.

15        THE COURT:  Sustained.

16 **BY MR. KUEHNE:**

17 Q.   Let's go to the next page.  Do you see it says application

18 for Business Tax Receipt?

19 A.   Correct.

20 Q.   You had mentioned that one of the issues was failure -- on

21 the Notice of Violation, failure to obtain a Business Tax

22 Receipt?

23        MS. GOMEZ:  Objection.  Leading.

24        THE COURT:  Sustained.

25        MS. GOMEZ:  Objection to the document as hearsay.

 1              THE COURT:  Sustained.

 2   **BY MR. KUEHNE:**

 3   Q.   Was this Business Tax Receipt part of the file that you

 4   complied for purposes of this violation for Sanguich?

 5   A.   Yes.

 6   Q.   And did you obtain this document for inclusion in the

 7   file?

 8   A.   Yeah, it should be in the file.  That's correct.

 9   Q.   Was this document, Business Tax Receipt application part

10   of the file that was presented to and reviewed by the Code

11   Enforcement Board?

12   A.   Correct.

13   Q.   Now you notice that -- you see a date on this application?

14   January 25, 2018?

15              MS. GOMEZ:  Objection.  Hearsay as to the document.

16              THE COURT:  Overruled.

17              THE WITNESS:  Yes.

18   **BY MR. KUEHNE:**

19   Q.   Now at the time you noticed the violation was before that

20   date?

21   A.   Yes.

22   Q.   And let's go back a couple pages to the Notice of

23   Violation Summons to Appear.  And remind us what that date is

24   on the summons to appear.  Do you see that up at the top left?

25   A.   Yeah, that's January 24, 2018.

```
 1   Q.   January 24, 2018.  And what's the date of the application

 2   for Business Tax Receipt?

 3   A.   January 25, 2018.

 4   Q.   Okay.  And is reviewing an application for Business Tax

 5   Receipt part of your duties and responsibility as a Code

 6   Compliance Inspector?

 7   A.   Correct.

 8   Q.   So let's go to the next page.  You see it's got City of

 9   Miami business detail?

10   A.   Correct.

11   Q.   Is that part of what you compiled for your Code Inspector

12   package in City View?

13   A.   Correct.

14   Q.   And then the next page?

15   A.   Correct.

16   Q.   Do you see that?

17   A.   That's correct.

18   Q.   Initial Business Tax Receipt regular?

19   A.   Correct.

20   Q.   And you compiled that?

21   A.   Yes.

22   Q.   Now let's go to next page.  You see it says application

23   for temporary event and occupancy permit?

24   A.   Yes.

25   Q.   Is that also something that you gathered in connection
```

1    with Sanguich?

2    A.   Correct.

3    Q.   And can you tell us whether this application has an

4    effective date on it down at the bottom?

5            MS. GOMEZ:  Objection.  Hearsay.

6            THE COURT:  Overruled.  And 30 minutes remaining,

7    counsel.

8            MR. KUEHNE:  Yes, sir.

9            THE WITNESS:  January 6, 2018 to February 2, 2018.

10   **BY MR. KUEHNE:**

11   Q.   And what is the significance of that timeframe as a Code

12   inspector, January 6, 2018 to February 2, 2018?

13           MS. GOMEZ:  Objection.  Vague.

14           THE COURT:  Overruled.

15   **BY MR. KUEHNE:**

16   Q.   What does that timeframe mean as a Code inspector?

17   A.   That's the timeframe for this permit, for the Temporary

18   Event Permit.

19   Q.   Let's go to the next page.  You see this is page 25 of 45.

20   Is this page that starts off with City of Miami Office of the

21   city Manager also part of the package that you compile for

22   Sanguich?

23   A.   Correct.

24   Q.   And is this part of the approval process?

25   A.   Correct.

```
 1    Q.    You see up at the top box says NET recommendations?

 2    A.    Yes.

 3    Q.    What is that for?

 4    A.    They need to complete all the recommendations they require

 5    when it's complied with the conditions.

 6    Q.    What is NET?

 7    A.    Neighborhood Enhancement Team.

 8    Q.    And the box is checked, approval with conditions.  I'm

 9    just asking -- reading it to tell me if on him reading it

10    correctly.  Upon completion of all requirements.  As Code

11    inspector, did you have an understanding of what that meant?

12    A.    Correct.

13    Q.    And what did that mean?

14    A.    They need to meet all the requirements in order to operate

15    or begin their Temporary Event Permit.

16    Q.    As far as you understand as a Code Compliance Inspector,

17    is the business owner given this information that you're

18    reading from?

19    A.    Yes.

20    Q.    Is that available to the business owner?

21    A.    Correct.

22    Q.    And is the business owner able to speak with you if the

23    business owner has any questions about what it means?

24          MS. GOMEZ:  Objection.  Leading.

25          THE COURT:  Sustained.
```

1  **BY MR. KUEHNE:**

2  Q.   Do you make yourself available to the business owner to

3  discuss any part of this package?

4           MS. GOMEZ:  Objection.  Leading.

5           THE WITNESS:  Yes.

6           THE COURT:  Sustained.

7  **BY MR. KUEHNE:**

8  Q.   Did you discuss any part of this package with the business

9  owner?

10  A.   Yes.

11  Q.   When you dealt with the business owner, what was your

12  attitude?

13           MS. GOMEZ:  Objection.  Relevance.

14           THE COURT:  Overruled.

15           THE WITNESS:  In the beginning, we're trying to get

16  everything in compliance, but the last few times, he was a

17  little more conflicted.

18  **BY MR. KUEHNE:**

19  Q.   And that's the man who was the owner?

20  A.   Of the Sanguich, yes.

21  Q.   Okay.  Let's go to the next page.  It starts off with

22  Building recommendations.

23  A.   Correct.

24  Q.   Do you see that?  And what do you understand -- there's

25  also a checkmark on that document, approval with conditions.

1    Do you see that?

2    A.   Correct.

3    Q.   What are those conditions?

4    A.   For Building recommendation was to submit plans to reflect

5    all mechanical, electrical, plumbing, structural and ADA for

6    permits.  And then half term approval prior to opening.

7    Q.   And then there's some writing under Fire recommendations?

8    A.   Yes.

9    Q.   What does that say?

10   A.   More information such as fire extinguishers, hood system

11   and also exit door.

12   Q.   How about Zoning recommendations?

13   A.   No spillover parking into residential areas, no alcohol

14   unless approved by Zoning.

15   Q.   All right.  And then you see city manager has a checkmark,

16   approved with conditions?

17   A.   Correct.

18   Q.   And what does it say underneath that?

19   A.   See department comments for conditions.  Copy of permit

20   must remain on site at all times.

21   Q.   And did you determine as part of your job as Code

22   Inspector, were you tasked to determine if the conditions had

23   been met by the owners?

24   A.   Yes, that's part of my job.

25   Q.   And did you determine if they had been met?

1    A.    They didn't meet.

2    Q.    They had not met those conditions?

3    A.    No.

4    Q.    Now, did there -- the package continues.  Let's go to the

5    next couple pages.  You take additional pictures?

6    A.    That was part of the package of the Special Event Permit.

7    Q.    Okay.  And let's go to page 32 of 45.  You see that

8    there's some pipes there.  And you've got a YS down at the

9    bottom.  Does that --

10            MS. GOMEZ:  Objection.  Counsel is testifying.

11            THE COURT:  Sustained.

12   **BY MR. KUEHNE:**

13   Q.    Do you see this picture?  It's got some pipes on it?

14   A.    Yes.

15   Q.    And what's the "YS" down at the bottom on there, bottom

16   left?

17   A.    Oh, that's my initials.

18   Q.    What does that mean?

19   A.    Means that I took pictures of that plumbing work that was

20   conducted in the container.

21   Q.    As part of your duties and responsibilities as Code

22   Inspector, did you have to determine whether the plumbing and

23   the electrical were appropriate?

24            MS. GOMEZ:  Objection.  Leading.

25            THE COURT:  Sustained.  Sustained.  Next question.

 1   **BY MR. KUEHNE:**

 2   Q.   What was your role as Code Inspector with regard to any

 3   plumbing?

 4   A.   They need to have a building permit for plumbing work.

 5   Q.   And did they?

 6   A.   Just to make sure they have the permit for that work.

 7   Q.   Did they?

 8   A.   No.

 9   Q.   And how about -- do Code Inspectors have a role with

10   regard to electrical?

11   A.   Just to -- just to obtain the permit, building permit for

12   the electrical work.

13   Q.   And did Sanguich have that building permit?

14   A.   No.

15   Q.   At any time?

16   A.   No.

17   Q.   Okay.  The page before that, the bottom picture,

18   do you see something with some tanks on it?  What's that?

19   A.   Propane tanks.

20   Q.   Is that significant from a Code Inspector point of view?

21   A.   Yes.

22   Q.   And what's the significance?

23   A.   Because the fire inspector also mentions that they should

24   have some permits.

25          MS. GOMEZ:  Objection.  Hearsay.

```
 1              THE COURT:  Sustained.
 2   BY MR. KUEHNE:
 3   Q.   Did you understand whether the -- whether any permits were
 4   required for those tanks?
 5   A.   Yes.
 6              MS. GOMEZ:  Objection.  Hearsay.
 7              THE COURT:  Sustained.  Unless he knows.  Unless he
 8   has personal knowledge.
 9   BY MR. KUEHNE:
10   Q.   Based on your personal knowledge, did you determine if any
11   permit was obtained for those tanks?
12   A.   No.
13   Q.   There was no permit?
14   A.   No permits.
15   Q.   Let's go toward the back of this package.  You see
16   something called Final Administrative Notice.  There we go.
17   Final Administrative Enforcement Notice.  What is that?
18   A.   It just the hearing board sent this letter or this
19   document to the property owner saying that there's a notice
20   that it was recorded for the final decision that was made on
21   the Code Enforcement Board.
22   Q.   Did you make any presentation for purposes of code
23   enforcement on this matter?
24   A.   No.
25   Q.   Were you present at the Code Enforcement Board hearing?
```

1    A.    Yeah, I was present in the code enforcement hearing.

2    Q.    And the last page of this document, it's dated March 2,

3    2018.  Can you tell us what that is?

4    A.    It's a legal document saying that the property was not in

5    compliance on the time -- for the time that was given to comply

6    with the violation.

7    Q.    Can you read the affidavit of noncompliance into the

8    record please?

9    A.    Subject property, 1641 SW 8th Street.  I, Yacmany

10   Salvatirra, Inspector for the City of Miami being duly sworn

11   and deposed and says on March 2, 2018, I conducted an

12   inspection of the property cited for violations in the above

13   styled matter.  The inspection and a review of the applicable

14   records indicate that the violations charged have not been

15   corrected.

16   Q.    And did you make any determination whether the operators

17   ever complied with that requirement?  Did they ever comply?

18   A.    No.

19   Q.    Let me go back and ask you a date on that.  Let's go back

20   to the -- I think the fourth page of this document.  I'm sorry,

21   the pictures?

22         MS. GOMEZ:  Objection, Your Honor.  This is not in

23   evidence.

24         MR. KUEHNE:  It's Exhibit E of this.

25

 1   **BY MR. KUEHNE:**

 2   Q.   Do you see page 18 of 45?

 3         MR. KUEHNE:  This is in evidence, Your Honor.  Could

 4   we put this back?

 5         THE COURT:  If it's in evidence, absolutely.

 6   **BY MR. KUEHNE:**

 7   Q.   You see some dates below the pictures?

 8   A.   Correct.

 9   Q.   And what do those dates mean?

10   A.   11-28-17, that was the date the pictures were taken.

11   Q.   Do you know, November 28, 2017 --

12         THE COURT:  You have 20 minutes remaining total,

13   counsel.

14   **BY MR. KUEHNE:**

15   Q.   2017, that's the date you took the picture?

16   A.   That's correct.

17   Q.   And do you know if Commissioner Carollo had been sworn in

18   as a commissioner by that date?

19   A.   No idea.

20   Q.   Okay.  When you put together this package, did you and all

21   the documentation that you've described, did you have any

22   direction from Commissioner Carollo to do anything?

23   A.   No.

24   Q.   Did you make any determinations in connection with this

25   package having anything to do with Commissioner Carollo?

1   A.   No.

2   Q.   Let me move to another property that has your information

3   on it.  And for that let's go to Defense Exhibit 644.

4            THE COURT:  Is it in evidence?

5            MR. KUEHNE:  Let me make sure, Judge.  I believe it

6   is.  Let me just look at my note.  Yes, Your Honor.  Defense

7   Exhibit 644 is in evidence.

8            THE COURT:  You may publish.

9   **BY MR. KUEHNE:**

10  Q.   You see Defense Exhibit 644?  This is for a property

11  address.  It says 1513 SW 8th Street.  Do you see that?

12  A.   Correct.

13  Q.   And is this a Notice of Violation that was done by you,

14  Inspector Yacmany Salvatirra?

15  A.   Yes.

16  Q.   And do you know 1513 SW 8th Street to be Ball & Chain?

17  A.   Yes.

18  Q.   And did you actually issue this Notice of Violation?

19           MS. GOMEZ:  Objection.  Leading.

20           THE COURT:  Sustained -- overruled.  He can answer

21  that.

22           THE WITNESS:  Yes.

23  **BY MR. KUEHNE:**

24  Q.   What was that based on?

25  A.   Based on information that was acquired by the Building

```
 1   Department and the Legal Department of City of Miami.
 2   Q.   Did you go to the property?
 3   A.   Yes, we went to the property.
 4   Q.   When you say we, was it you?  You included Yacmany
 5   Salvatirra?
 6   A.   Yes, that's correct.
 7   Q.   And why did you go there?
 8   A.   My supervisor called me to meet him outside the property
 9   on that day or the day before.
10   Q.   And did you conduct an inspection?
11   A.   Just spoke to the attorneys that was in that day on that
12   location.
13   Q.   To the lawyers?
14   A.   Yes.
15   Q.   And this document, Defense Exhibit 644 is dated what?
16   What's the date?
17   A.   March 12, 2019.
18   Q.   What is the violation?
19   A.   For work performed without finalized permit.
20   Q.   Is there a further description on this document?
21   A.   That was work completed without permit, interior
22   remodeling, stage band shell overhang attached to the structure
23   from windows.
24   Q.   Did you make any determination whether permits for that
25   described work had been obtained?
```

```
 1  A.   They obtained those permits later.

 2  Q.   Later.  But how about at the time, March 12, 2019?

 3  A.   No.

 4  Q.   Okay.  And did you bring that Notice of Violation to their

 5  attention?

 6  A.   Yes.

 7          MR. KUEHNE:  The next document is Defense Exhibit

 8  710.  I believe that is also in evidence.

 9          THE COURT:  All right.  If that's the case, you may

10  publish it.  Thank you.

11  BY MR. KUEHNE:

12  Q.   Do you see this Notice of Violation, potential property

13  lien?

14  A.   Correct.

15  Q.   Is this for the same property?

16  A.   Yes.

17  Q.   And the date?

18  A.   March 27, 2019.

19  Q.   And under the violation which says work performed without

20  a finalized permit on the document, is there a further

21  description underneath that?

22  A.   Yes.

23  Q.   What does that say?

24  A.   Obtain building permits for the construction work

25  performed for the front door, front windows, interior
```

1    remodeling, stage, band shell, overhang on the structure.

2    Q.   Okay.  And was that -- was that based on your personal

3    knowledge?  Your personal information?

4    A.   Yes.

5    Q.   Did you make a determination whether permits had been

6    pulled or obtained for what you described?

7    A.   No.  There was no permits at that time.

8    Q.   There were none.  Did you --

9         THE COURT:  15 minutes remaining, counsel.

10         MR. KUEHNE:  Thank you, Judge.

11   **BY MR. KUEHNE:**

12   Q.   Did you document your inspection on this property?

13   A.   Yes.

14         MR. KUEHNE:  I'm going to go to Defense Exhibit 98.

15   I believe that, too, is in evidence.  If not, I'm going to move

16   it in.

17         THE COURT:  Any objection?

18         MS. GOMEZ:  Your Honor, if he can lay the foundation

19   and has personal knowledge, we don't object.

20   **BY MR. KUEHNE:**

21   Q.   Take a look at Defense Exhibit 98 just on your screen.

22   Do you see that?

23   A.   Yes.

24   Q.   And just flip through it rather quickly.  Is this part of

25   a package that you put together?

1  A.    Correct.

2  Q.    With City View for the same property?

3  A.    Correct.

4  Q.    And is this all material that you assembled and gathered

5  in connection with your duties and responsibilities as Code

6  Inspector?

7  A.    Correct.

8          MR. KUEHNE:  Your Honor, I move the admission of

9  Defense Exhibit 98.

10          MS. GOMEZ:  Your Honor, we do object to the hearsay,

11  the comments at the bottom of that paper.

12          MR. KUEHNE:  I'll ask about that, Judge.

13          MS. GOMEZ:  And it would be hearsay.

14          THE COURT:  It's admitted.

15              (Defendant's Exhibit 98 Received.)

16  **BY MR. KUEHNE:**

17  Q.    This document is in evidence.  Is this -- let's go to the

18  next page.  Is this part of City View?

19  A.    Yes.

20  Q.    And the description both in the middle.

21          MR. KUEHNE:  Your Honor, could we put it on the

22  screen?

23  **BY MR. KUEHNE:**

24  Q.    There's a section in the middle called description, you

25  see that?

1  A.   Correct.

2  Q.   And there's also a larger description down at the bottom?

3  A.   Correct.

4  Q.   Is that information you put into the system?

5  A.   Yes.

6  Q.   Let's go down to the bottom.  What does it say under

7  description?

8  A.   Construction work completed without a permit.  Interior

9  remodeling, exterior overhang and stage band shell as per

10 Assistant Director L. Orta.  Email information was provided by

11 legal department.

12 Q.   And is that based on your having gone to the premises?

13 A.   Yeah.

14      MR. KUEHNE:  Let's go to Defense Exhibit 587.  Your

15 Honor, this document is in evidence.

16      THE COURT:  All right.  If that's the case, it's

17 admitted then.  Thank you.

18 **BY MR. KUEHNE:**

19 Q.   Do you know what these are?

20 A.   Yes.

21 Q.   Are these -- did you do these?

22 A.   The picture was provided by the Building Department.

23 Q.   Was that part of the package that you put together on this

24 property?

25 A.   Yes.

1    Q.   Did you rely on these pictures as part of your duties and

2    responsibilities as Code Inspector?

3    A.   Yes.

4    Q.   Okay.  Let's go through -- let's just course through the

5    pictures.  Are these all pictures of the premises, the band

6    shell, and the upper floor balcony and the interior at Ball &

7    Chain?

8    A.   Correct.

9    Q.   And did you make a determination whether any of the work

10   that is shown, that is depicted on these pictures was done with

11   permits?

12   A.   Yes.

13   Q.   And what was your determination?

14   A.   That based on the information that we acquired, or I

15   acquired, there was no permits for the interior remodeling for

16   the bar, for the restrooms, the shells, the shell band in the

17   back and other stuff there.

18   Q.   And what did you do as a result of making that

19   determination?

20   A.   Opened a Notice of Violation.

21   Q.   Did Commissioner Carollo have anything to do with that?

22           MS. GOMEZ:  Objection.  Leading.

23           THE COURT:  Sustained.

24   **BY MR. KUEHNE:**

25   Q.   Did you rely on any information from Commissioner Carollo?

```
 1              MS. GOMEZ:  Objection.  Leading.

 2              THE COURT:  Sustained.

 3   BY MR. KUEHNE:

 4   Q.   Did you have any interaction with Commissioner Carollo?

 5   A.   No.

 6   Q.   And did you receive any orders from Commissioner Carollo?

 7   A.   No.

 8   Q.   You mentioned that -- just to preface you, you said you

 9   went with a supervisor.

10   A.   Yes, there was a supervisor.

11   Q.   Who was that?

12   A.   That time was Daniel Sierra.

13   Q.   And did you receive any orders from your supervisor?

14   A.   Just went there and we acquired the information and found

15   the violation.

16              MS. GOMEZ:  Objection.  Hearsay.

17              THE COURT:  Overruled.

18              MR. KUEHNE:  Let me go to one other package.

19              THE COURT:  Ten minutes remaining, counsel.

20              MR. KUEHNE:  Thank you, Judge.

21              Defense Exhibit 21.  I believe it's in evidence.

22   Defense Exhibit 21.  Let's just put it up on the screen for

23   Mr. Salvatirra, and counsel.

24   BY MR. KUEHNE:

25   Q.   You see this?
```

```
 1   A.    Yes.

 2   Q.    Does this pertain to the same property, Ball & Chain?

 3   A.    Yes.

 4   Q.    Did you conduct any noise violation inspections?

 5   A.    On the property, no, I don't recall.

 6   Q.    All right.  Let's take a look at -- you see this document,

 7   Defense Exhibit 21?  Is this part of material that you compiled

 8   in connection with your duties and responsibilities as Code

 9   Inspector?

10   A.    That's not my citation.

11   Q.    This is not yours?

12   A.    No.

13         MS. GOMEZ:  Your Honor, we object.  Lack of personal

14   knowledge.  It's also hearsay.

15         THE COURT:  Sustained.

16   BY MR. KUEHNE:

17   Q.    Let's go to page 32 of 64 of this document.  Do you see

18   that, page 32 of 64?

19   A.    Yeah.

20   Q.    Is this part of your work associated with that property?

21   A.    That's correct.

22   Q.    And how can you tell?

23   A.    This is through a 311 complaint that was received in the

24   system.

25   Q.    Does this document have your name on it?
```

```
 1   A.    Correct.

 2   Q.    And what does that signify?

 3   A.    Because I was assigned to the area, once the complaints

 4   gets assigned to the inspector of the area but based on the

 5   noise violation.

 6   Q.    And this document, page 32, and let's look at the next

 7   page, 33.  Are these documents that you were assigned to and

 8   prepared in connection with that property?  This page and the

 9   next page?  Do you see your name on both pages?

10   A.    Yeah, that information is just to advise my supervisor,

11   the supervisor of the area to add this property for a bar check

12   detail for the noise.

13            MR. KUEHNE:  Your Honor, move the admission of pages

14   32 and 33 of Defense Exhibit 21.

15            MS. GOMEZ:  Your Honor, we would object based on

16   hearsay.

17            THE COURT:  Overruled.

18        (Defendant's Exhibit 21, pages 32 and 33 Received.)

19   BY MR. KUEHNE:

20   Q.    And what -- let's put that up on the screen.  What caused

21   you to input this into the system?

22            MS. GOMEZ:  Objection.  Leading.

23            THE COURT:  Overruled.

24            THE WITNESS:  It's a 311 complaint.  We don't add

25   this one to our system.  It just --
```

1    **BY MR. KUEHNE:**

2    Q.   Remind us what a 311 complaint is.

3    A.   It's a phone number for the residents of the county and

4    the city to obtain information and/or file a complaint about a

5    violation, or any other request that they're required from the

6    government.

7    Q.   And what's the date of this report?

8    A.   March 24th.

9    Q.   2017?

10   A.   2017.

11   Q.   And is that before Commissioner Carollo became a

12   commissioner?

13   A.   I don't know.  I don't know what day he became --

14   Q.   Do you get involved at that level?

15   A.   No, I don't live in the City of Miami.

16         MR. KUEHNE:  Okay.  Now, Your Honor, how much time?

17         THE COURT:  Six minutes and 33 seconds.

18         MR. KUEHNE:  Let's go to Defense Exhibit 645.  And

19   this, Your Honor, is in evidence.

20   **BY MR. KUEHNE:**

21   Q.   Do you see this document?

22   A.   Yes.

23   Q.   And this pertains to which property?

24   A.   521 SW 8th Street.

25   Q.   And what's the date?

```
 1   A.    March 28, 2019.
 2   Q.    And what is this document?
 3   A.    Notice of Violation.
 4   Q.    And the violation itself?
 5   A.    Work performed without a finalized permit.
 6   Q.    Is there a further description?
 7   A.    Yes.  The interior remodeling in the second floor needs to
 8   obtain a permit.
 9   Q.    Needs to obtain?
10   A.    A building permit.
11   Q.    Did you determine if the interior had a building permit?
12   A.    Didn't have a building permit.  The information was
13   provided by the Building Department and Legal Department.
14   Q.    Okay.  And did you cite this property for a violation?
15   A.    Correct.
16   Q.    Did you actually go to the property?
17   A.    Yes.
18   Q.    And did you observe the work done on the second floor of
19   this property?
20   A.    Yes, the mechanical work.
21   Q.    And did you determine whether a permit was required?
22   A.    Yes.
23   Q.    And was there one required?
24   A.    Yes, it was required.
25   Q.    And did they have it?
```

```
 1   A.   They're in the process.
 2   Q.   At the time of March 28, 2019, did they have a permit?
 3   A.   No, they didn't have no permit.
 4   Q.   And did you issue this violation as a result of that?
 5   A.   Yes.
 6   Q.   And did your going to this property to issue this Notice
 7   of Violation, March 28, 2019, have anything to do with
 8   Commissioner Carollo?
 9   A.   No.
10   Q.   When you went to this property and the other properties
11   that you've described, did you make your own determinations of
12   violations?
13   A.   Take pictures.  Try to get information.
14           THE COURT:  Sorry.  Three minutes remaining, too.
15           THE WITNESS:  And based on that, yeah, we have to
16   open a case for the violation.
17   BY MR. KUEHNE:
18   Q.   And is that your job?
19   A.   That's correct.
20           MR. KUEHNE:  Let's go to Defense Exhibit 578, and
21   this is in evidence.  We'll take a quick look at this.  Let's
22   go through a few of these pictures.
23   BY MR. KUEHNE:
24   Q.   You see these pictures?
25   A.   Correct.
```

```
 1   Q.    Is this documenting the inspection that you described in
 2   Defense Exhibit 645?
 3   A.    That's correct.
 4   Q.    And did you make these observations?
 5   A.    Yes.
 6   Q.    And did you determine if there had been work done on the
 7   property?
 8   A.    Correct.
 9   Q.    And was that work done with any permits?
10   A.    There was no permits in that.
11   Q.    And were permits required?
12   A.    Correct.
13   Q.    In all of the "on the ground" activities that you've
14   described in your testimony, did Commissioner Carollo have
15   anything to do with them?
16   A.    No.
17   Q.    Did you ever inform anybody that Commissioner Carollo had
18   anything to do with that?
19   A.    No.  Nobody informed anything about that.
20            MR. KUEHNE:  Thank you.  No further questions.
21            THE COURT:  All right.  Two minutes remaining on
22   redirect.  With that said, we will -- counsel has 15 minutes.
23
24
25
```

```
 1                           -  -  -  -  -

 2              CROSS EXAMINATION OF YACMANY SALVATIRRA

 3   BY MS. GOMEZ:

 4   Q.   Now the City of Miami has a list called repeat violators,

 5   right?

 6   A.   Correct.

 7   Q.   And Mr. Fuller is not on that --

 8              THE COURT:  Wait, wait.  Let's take -- the jurors

 9   need a break.  We'll be in a break for at least ten minutes.

10   That's fine, yes?

11              A JUROR:  Yes.

12              THE COURT:  All right.  Thank you.  We'll see you

13   back here at 4:50.  Thank you.

14              THE COURT SECURITY OFFICER:  All rise for the jury.

15         (Thereupon, the jury exited the courtroom and

16                   a short recess was had.)

17              THE COURT:  You could bring the jurors, please.

18   Thank you.

19         (Thereupon, the jury entered the courtroom.)

20              THE COURT:  All right.  The members of the jury are

21   all present and accounted for.  You may proceed with your

22   cross-examination.

23              As stated, the Court will allow you the time according

24   to the exhibit list, 15 minutes.  You may proceed.

25
```

```
1    BY MS. GOMEZ:
2    Q.   The City of Miami has a list for repeat violators?
3    A.   Correct.
4    Q.   And there's a very specific definition of repeat
5    violators, right?
6    A.   That's correct.
7    Q.   And it means that the same person has committed the same
8    violation more than once within the last five years?
9    A.   Adjudicated, yeah.
10   Q.   So it's not -- it doesn't mean repeat violator is somebody
11   who has a lot of violations?
12   A.   Correct.
13   Q.   And Mr. Fuller has never shown up on a repeat violators
14   list?
15   A.   When?  Back then or now?  I don't -- I don't understand
16   your question.
17   Q.   Well, here.  Let me show you Plaintiffs' Exhibit 656.
18   Just for the witness.  Can you see it on your screen?  Can you
19   see it on your screen?  This is a repeat violators list.
20             MR. KUEHNE:  Objection, Your Honor.
21             THE COURT:  Grounds?
22             MR. KUEHNE:  It's timeframe for when he was a Code
23   Inspector and he doesn't appear anywhere on this document.
24             MS. GOMEZ:  He testified to it, Your Honor.
25             THE COURT:  Overruled.
```

1    **BY MS. GOMEZ:**

2    Q.   Mr. Salvatirra, can you see a date on that?

3    A.   July 7, 2021.

4    Q.   And is Mr. Fuller's name on there?

5          MS. GOMEZ:  And I'm going to have Lina scroll down so

6    that you can see.

7          MR. KUEHNE:  Objection, Your Honor.  It's a document

8    not in evidence.

9          THE COURT:  Overruled.

10          THE WITNESS:  I see violations only.

11   **BY MS. GOMEZ:**

12   Q.   Mr. Fuller is not on that list?

13          MR. KUEHNE:  Objection.

14          THE COURT:  Grounds?

15          MR. KUEHNE:  The document is not in evidence.

16          THE COURT:  I understand that.

17          MR. KUEHNE:  Doesn't pertain to this witness.

18          THE COURT:  Overruled.  You can answer.

19          THE WITNESS:  Can I see the property owner's names?

20          MS. GOMEZ:  Can you scroll, Lina?

21   **BY MS. GOMEZ:**

22   Q.   Do you see owner's name?  Do you see Mr. Fuller on it?

23   A.   Not on this page.

24   Q.   What about right there?  Do you see Mr. Fuller's name?

25   A.   Not in that page.

```
 1   Q.   And that's the last page of the document.
 2              MR. KUEHNE:  Objection, Your Honor.  There are
 3   multiple pages on this document and they've cherrypicked a
 4   couple pages.
 5              MS. GOMEZ:  Your Honor, we scrolled through the
 6   entire document.
 7              THE COURT:  All right.  Overruled.
 8   BY MS. GOMEZ:
 9   Q.   So, Mr. --
10              MR. KUEHNE:  Objection.  El Shopping Center is on
11   there, Judge.
12              THE COURT:  You'll get a chance to cross-examine.
13              MR. KUEHNE:  Yes, sir.
14   BY MS. GOMEZ:
15   Q.   Mr. Miro is -- would call you, Mr. Salvatirra?
16   A.   Mm-hmm.
17   Q.   Mr. Miro would call you?
18              THE COURT:  Wait.  That's a yes or no, sir.
19              THE WITNESS:  Yes.
20   BY MS. GOMEZ:
21   Q.   And he would ask you for the violations issued to
22   Sanguich?
23              MR. KUEHNE:  Objection.
24              THE WITNESS:  Yes, that information.
25              THE COURT:  Wait.  There's an objection.  Grounds?
```

```
 1                    MR. KUEHNE:  Beyond the scope.

 2                    THE COURT:  Overruled.

 3  BY MS. GOMEZ:

 4  Q.   And Mr. Miro worked at the time for Commissioner Carollo?

 5  A.   Okay.

 6  Q.   Yes?

 7  A.   Yes.

 8  Q.   Okay.  And Mr. Miro also contacted your supervisor, Luis

 9  Gomez?

10                    MR. KUEHNE:  Objection.  Foundation.

11                    THE COURT:  Overruled.

12                    THE WITNESS:  Correct.

13  BY MS. GOMEZ:

14  Q.   And he asked for violations for Sanguich from Mr. Gomez?

15  A.   I guess, yes.

16  Q.   And that -- and, again, Mr. Miro worked for Commissioner

17  Carollo at the time that he was doing this?

18  A.   Okay, yes.

19  Q.   Yes.  Okay.  And so -- and then Mr. Miro also asked Daniel

20  Sierra for information on violations with respect to

21  Mr. Fuller's properties, right?

22                    MR. KUEHNE:  Objection.  Foundation.

23                    THE WITNESS:  I don't have that information.

24                    THE COURT:  Sustained.

25                    MS. GOMEZ:  I'm going to show you Plaintiffs' Exhibit
```

```
 1   627, and if we can go to the last page.  Just for the witness.
 2   BY MS. GOMEZ:
 3   Q.   Can you see it on your page?
 4   A.   Mm-hmm.
 5   Q.   On your screen?  Can you see it on your screen?
 6   A.   Correct.
 7   Q.   All right.  And the last page, that's an email to you,
 8   right?
 9   A.   Yes, from Barbara Prada.
10   Q.   It's January 4, 2018?
11   A.   Correct.
12   Q.   Do you recognize that email?
13   A.   Yes.
14        MS. GOMEZ:  Your Honor, actually I'm going to
15   continue asking.
16   BY MS. GOMEZ:
17   Q.   So, then -- and it says:  Per your request, you may find
18   attached approved Temporary Event Permit for Sanguich, correct?
19   A.   Correct.
20   Q.   You testified earlier that Sanguich didn't have any
21   permits, right?
22   A.   Not appropriate permits.
23   Q.   But they had a Temporary Event Permit?
24   A.   An application.
25   Q.   Well, it says here you may find attached approved
```

1    Temporary Event Permit, correct?

2    A.   By Zoning.

3          THE COURT:  Ten minutes remaining.

4    **BY MS. GOMEZ:**

5    Q.   It does say that, Mr. Salvatirra?

6    A.   Yes.

7    Q.   And so if we move up in that chain, right, now, there's

8    Mr. Gomez, right?  And you are going on January 4, 2018, and

9    you say to Mr. Gomez:  As per your request, I assessed the

10   establishment in subject and smoke with business owner Daniel

11   Figueroa.  That's about Sanguich, correct?

12   A.   Yes.

13         MR. KUEHNE:  Objection.  The document is not in

14   evidence and she's reading from it.

15         THE COURT:  Overruled.

16   **BY MS. GOMEZ:**

17   Q.   Now let's scroll up two pages, okay.  And that's an email

18   from you to Mr. Gomez, right?  And do you recognize this email?

19   A.   Yes.

20   Q.   And this was on January 19, 2018.

21   A.   Correct.

22   Q.   And you are describing what's happening to Sanguich,

23   right?  What you observed?

24   A.   Correct.

25   Q.   Now, if we scroll up to the very first page, do you

```
 1   recognize this email on the bottom of that page?  Do you
 2   recognize the email?
 3   A.   On the bottom, yes.
 4   Q.   It's from you to Daniel Sierra?
 5   A.   No, it's to Luis Gomez.
 6   Q.   From you to Daniel Sierra.  Do you see it, and there's a
 7   copy to Luis Gomez?
 8   A.   Correct.  That's correct.  Okay, yeah.
 9   Q.   And you recognize that email?  It was sent on February 3,
10   2018?
11   A.   Correct.
12   Q.   It's also about Sanguich, right, if we scroll down?
13   A.   Correct.
14   Q.   Okay.
15           MS. GOMEZ:  Your Honor, we do move Plaintiffs'
16   Exhibit 627 into evidence.
17           THE COURT:  Any objection?
18           MR. KUEHNE:  Objection.  Judge, if I could just look
19   at the top of it, of the first entry.  Your Honor, the first
20   entry has nothing to do with this witness and --
21           MS. GOMEZ:  Your Honor --
22           MR. KUEHNE:  -- the second entry doesn't either.  So
23   I object to the part other than the foundation they've laid
24   starting with Daniel Sierra, February 3, 2018 at 4:33:13 p.m.
25           THE COURT:  All right.  It will be over defense
```

```
 1  objection noted.  Admitted.
 2              MS. GOMEZ:  Your Honor, if we can publish?
 3              THE COURT:  Granted.
 4                  (Plaintiffs' Exhibit 627 Received.)
 5  BY MS. GOMEZ:
 6  Q.   So if we could go to the third page, from Yacmany
 7  Salvatirra to Luis Gomez, Junior.  So good afternoon.  Business
 8  establishment was shut down around 3:15 p.m., right?
 9  A.   Yes.
10  Q.   You were constantly being sent out there to check on
11  Sanguich, right?
12              MR. KUEHNE:  Objection.  States facts not in
13  evidence.
14              THE COURT:  Overruled.  You can answer.
15              THE WITNESS:  Yeah, a few times I was in that
16  location.
17  BY MS. GOMEZ:
18  Q.   You were constantly being asked to check on Sanguich,
19  right?
20              MR. KUEHNE:  Objection.  Asked and answered.
21              THE COURT:  Overruled.
22              THE WITNESS:  A few times, I went to that location.
23  BY MS. GOMEZ:
24  Q.   Yes.  Now if we can scroll up, and so -- and again, here's
25  Mr. Sierra.  I have been advised that this food truck will be
```

```
 1   operating tomorrow without an approved permit, right?  That's
 2   Mr. Sierra writing?
 3   A.   Yes.
 4   Q.   And you were copied on that email.  Now, isn't it true
 5   that the person advising Mr. Sierra is somebody from
 6   Mr. Carollo's office?  That it's Steven Miro?
 7               MR. KUEHNE:  Objection.  Foundation.  Speculation.
 8               THE COURT:  Overruled.
 9               THE WITNESS:  I don't know where he got that
10   information.
11   BY MS. GOMEZ:
12   Q.   Weren't the complaints often from Mr. Miro?
13               MR. KUEHNE:  Objection.
14               THE COURT:  The objection is sustained.
15               MS. GOMEZ:  Now if we turn to Plaintiffs' Exhibit 10.
16   Plaintiffs' Exhibit 10.  It's admitted.
17               MR. KUEHNE:  10.
18   BY MS. GOMEZ:
19   Q.   Okay.  And if we could zoom in at the top.  And here's
20   from you to Steven Miro in response to an email he sent you
21   asking you to give him a call, right?
22   A.   Correct.
23   Q.   And if we can really zoom in on the little comment
24   description there.  Does it say Sanguich food establishment?
25   A.   Correct.
```

```
 1   Q.   Okay.  So you spoke to Mr. Miro about Sanguich?

 2             THE COURT:  Five minutes remaining.

 3             THE WITNESS:  Correct.

 4   BY MS. GOMEZ:

 5   Q.   Now, let me show you Plaintiffs' Exhibit 35.  This has

 6   also been admitted.  If we can publish.  That's Plaintiffs'

 7   Exhibit 35.

 8        Now if we could really zoom in, that is an email -- forget

 9   the top -- the second email is from Daniel Sierra and it

10   includes a bunch of people.  You're copied on it, right?

11   Yacmany Salvatirra?

12   A.   Correct.

13   Q.   And it says -- the subject is updates on complaints

14   received from Commissioner Carollo, right?

15   A.   Correct.

16   Q.   Okay.  And then if you -- now let's right under there, the

17   text, it says:  I received a phone call on my cell yesterday,

18   my cellphone yesterday, right?

19   A.   Mm-hmm.

20   Q.   Yes?

21   A.   Yes.

22   Q.   In the evening, right?  Not during working hours, in the

23   evening, he received a call from Commissioner Carollo, right?

24   A.   Yes.

25   Q.   Yes.  So Commissioner Carollo is calling Daniel Sierra in
```

1    the evening to give him complaints, right?

2    A.   Correct.

3    Q.   And if we scroll down to number one, 1380 SW 8th Street,

4    is that Taquito Restaurant, right?

5    A.   1380 SW 8th Street, yes.

6    Q.   Taquito Restaurant, and that belongs to Mr. Fuller, right?

7    A.   I guess.  I don't know.

8    Q.   Taquito Restaurant, you don't know if that belongs to

9    Mr. Fuller and Mr. Pinilla?

10   A.   That was not my area, the 1380.

11   Q.   821 SW -- wait, that wasn't your area, but you're copied

12   on this email.

13   A.   Because one of the properties was in my area, so they copy

14   the inspectors of each area that was on the violation.

15   Q.   Got it.  There's also 821 SW 8th Street, right?

16   A.   Correct.

17   Q.   Is that your area?

18   A.   No, it wasn't.

19   Q.   Taquerias el Mexicano, have you heard of it?

20   A.   No.

21   Q.   Okay.  Then the third one is 337 SW 8th Street, Side Bar?

22   A.   Correct.

23   Q.   Was that your area?

24   A.   No, it wasn't.

25   Q.   Okay.  And then would you happen to know that that 427 SW

```
 1    8th Street is actually 327 SW 8th Street?

 2              MR. KUEHNE:  Objection.  Foundation.  Lack of

 3    personal knowledge.

 4              THE COURT:  Overruled.

 5              THE WITNESS:  No.

 6    BY MS. GOMEZ:

 7    Q.   Do you know that all of those properties belong to

 8    Mr. Fuller and Mr. Pinilla?

 9              MR. KUEHNE:  Objection.  Lack of personal knowledge.

10              THE COURT:  Overruled.  If he knows.

11              THE WITNESS:  I didn't know that.

12              MS. GOMEZ:  So now I want to go to the third page of

13    this exhibit.

14              THE COURT:  Two minutes remaining.

15              MS. GOMEZ:  How many?

16              THE COURT:  Two.

17    BY MS. GOMEZ:

18    Q.   You see it says:  Commissioner Carollo believes this

19    construction work is an unauthorized work, right?  Do you see

20    that?

21    A.   Correct.

22    Q.   All right.  Now let's go to page 14.  Commissioner Carollo

23    said the truck operates out of this empty property -- out of

24    this empty lot, right?

25    A.   Right.  Correct.
```

```
 1   Q.   All right.  Page 27, Commissioner Carollo said, right?
 2   It's Commissioner Carollo complaining about all of these
 3   properties --
 4             MR. KUEHNE:  Objection.
 5   Q.   -- right?
 6             MR. KUEHNE:  Objection.  Lack of personal knowledge.
 7             THE COURT:  Overruled.  If he knows.
 8             THE WITNESS:  Correct.
 9   BY MS. GOMEZ:
10   Q.   And now if we could go to page 54.  Commissioner Carollo
11   believes, right?  That's his belief, that this driveway is, in
12   fact, an FP&L easement, right?
13             MR. KUEHNE:  Objection.  Misstates the document.
14   Lack of personal knowledge.
15             THE COURT:  Overruled.  If he knows.
16             THE WITNESS:  Yes.
17   BY MS. GOMEZ:
18   Q.   That's what it says.  Is Commissioner Carollo Code
19   Enforcement?
20   A.   He's an elected official.
21   Q.   Does he work in Code Enforcement?
22   A.   No.
23   Q.   Do commissioners go out there to inspect buildings and
24   issue citations?
25   A.   No.
```

1    Q.   That's your job, right?

2    A.   Yes.

3         MS. GOMEZ:  Now, I want to show you Plaintiffs'

4    Exhibit 632.

5         THE COURT:  This will be your last exhibit.

6         MS. GOMEZ:  Just for the witness.

7    **BY MS. GOMEZ:**

8    Q.   So if we go to the second page, now you testified earlier

9    about a violation that you issued on -- it was a violation that

10   you issued on March 12, 2019.  And I want to you look at this

11   email.  This is from Rachel Dooley to a bunch of different

12   people.

13        You were forwarded this email, so if we scroll up to the

14   first page, you're going to see that the supervisor -- Field

15   Supervisor Luis Gomez forwards you the email that I'm trying to

16   focus on.  Do you see that, on March 12th at 1:38 p.m.?

17   A.   Correct.

18   Q.   And he's telling you that you need to go and give notice

19   to the property owner of the violation, right?

20   A.   Correct.

21   Q.   Okay.  Now if we scroll back down to the email that was

22   forwarded to you, now this is from Rachel Dooley, right?

23   A.   Correct.

24   Q.   Rachel Dooley is an assistant city attorney?

25   A.   Correct.

1   Q.   She's not Code Inspection, right?

2   A.   No.

3   Q.   And so you'll see that she writes in the middle of the

4   paragraph:  Please remember that Building has some concerns

5   regarding the 531 property and whether or not the second floor

6   flooring was wood framed or concrete and that inside both

7   properties, there has been extensive remodeling without

8   permits.  That is 521 has a demolition permit but no remodeling

9   permit and 1513, the bar was completely relocated and the

10  bathrooms may have been altered as well.

11          And then she sends you an aerial, or she sent whoever she

12  was sending this email to that got forwarded to you an aerial

13  picture of 1513, right?

14  A.   Correct.

15          THE COURT:  Also, Ms. Gomez, you're done with your

16  questioning.  It's time for the redirect.

17          MS. GOMEZ:  Your Honor, if I could have just two

18  sentences to finish this line.

19          THE COURT:  Two sentences.

20          MS. GOMEZ:  Thank you.

21  **BY MS. GOMEZ:**

22  Q.   And underneath that, she's telling you about an overhang

23  that was attached to the building, right?  And she's --

24  A.   Yes.

25  Q.   And she's talking about a brand new venting type system,

```
 1   right?
 2   A.   Correct.
 3   Q.   This was a city attorney that is communicating to the Code
 4   Department what the violations are, right?
 5   A.   Correct.
 6   Q.   This is coming not from a Code Inspector, but from an
 7   assistant city attorney?
 8   A.   Correct.
 9              THE COURT:  Thank you.
10              MS. GOMEZ:  Thank you, Your Honor.
11              THE COURT:  Redirect.
12              MR. KUEHNE:  Let's pull up Plaintiffs' Exhibit 656.
13   And I might need to ask you to do that.
14              MS. GOMEZ:  Your Honor, I'm sorry.  I don't believe
15   there was any time reserved for redirect.
16              THE COURT:  There was.  Two and a half minutes, plus
17   I allowed an additional minute and a half, so he will have four
18   minutes.
19              MR. KUEHNE:  I don't have that document.  Plaintiffs'
20   Exhibit 656.
21              THE COURT:  That's fine.
22                        -  -  -  -  -
23           **REDIRECT EXAMINATION OF YACMANY SALVATIRRA**
24   **BY MR. KUEHNE:**
25   Q.   This document was identified as this repeat violator list.
```

```
 1   You remember seeing that just a few minutes ago?
 2   A.   Yes.
 3   Q.   Let's go through it page by page.  Let's do the next page
 4   and the next page.  Then the next page.
 5        By the way, you're not -- you did not receive a copy of
 6   this, did you?
 7   A.   I don't believe so.
 8   Q.   Let's go backwards to that, second page, the one we had,
 9   July 7, 2021.  Where were you working on July 7, 2021?
10   A.   It was in the Wynwood area already.
11   Q.   And you're not copied on that document from Mr. Noriega?
12             MS. GOMEZ:  Your Honor, this is not in evidence.
13             THE COURT:  It was never introduced into evidence?
14             MR. KUEHNE:  Judge, if it wasn't introduced, I'll
15   take it down.
16             THE COURT:  You objected to it.  Remember, it was
17   sustained.
18             MR. KUEHNE:  Yes, Judge.  I thought you had put it
19   in.  That's fine.  I'll do it with the witness.  Let's just put
20   it up on the witness screen.
21             THE COURT:  Two and a half minutes remaining.
22             MR. KUEHNE:  Yes, sir.
23   BY MR. KUEHNE:
24   Q.   Let's go to the next page.  And the next page.  And the
25   next page.  And the next page.  Let's stop here.  Do you see
```

```
 1  that box down at the bottom, El Shopping, LLC?

 2  A.    Yes.

 3  Q.    Three entries?

 4  A.    Yes.

 5  Q.    And that's a Fuller property, isn't it?

 6  A.    I believe so.

 7  Q.    And --

 8          MS. GOMEZ:  Objection.  Leading.

 9  BY MR. KUEHNE:

10  Q.    It's on the repeat violator list?

11          THE COURT:  Overruled.  It's cross-examination.

12  BY MR. KUEHNE:

13  Q.    That's the repeat violator list?

14  A.    Yes.

15  Q.    Yes.  And then let me just ask you, you were asked some

16  questions about Plaintiffs' Exhibit 632.  You can take that

17  down.  Rachel Dooley, the city attorney?

18  A.    Yes.

19  Q.    Does your office have communications with the City

20  Attorney's Office?

21  A.    Yes, she's -- she represents the Code Enforcement Board on

22  the panels and to get appeals.  We work -- Code Enforcement

23  used to work with her when she was in that department.

24  Q.    Is that routine to have emails and communications from the

25  City Attorney's Office?
```

1    A.    From her, yes, back then.

2    Q.    Does she deal with your area, code violations?

3    A.    Yeah, she is the one that represents Code Enforcement at

4    the Code Enforcement Board.

5    Q.    As part of your duties and responsibilities, do you need

6    to communicate with Rachel Dooley about matters pertaining to

7    code violations?

8    A.    We start with the supervisor, and then if the city

9    attorney is required, we contact the city attorney.

10          THE COURT:  One minute remaining.

11   **BY MR. KUEHNE:**

12   Q.    Is it unusual to have an email communication with Rachel

13   Dooley, the city attorney?

14          MS. GOMEZ:  Objection.  Leading.

15          THE COURT:  Sustained.

16   **BY MR. KUEHNE:**

17   Q.    How frequently do you have communication with Rachel

18   Dooley?

19   A.    Every time we take a case to the board.

20   Q.    How often is that?

21   A.    Twice, twice a month.  Once a month.  All depends.

22   Q.    Is that for the entire time you were Code Inspector?

23   A.    Yes, I would say so.

24   Q.    Do you deal with Rachel Dooley a lot then?

25   A.    Yeah, just for the cases.

1   Q.   And you mentioned Plaintiffs' Exhibit 627.   That was an

2   email that you said approved Temporary Event Permit.   Do you

3   remember that?

4   A.   Yes.

5   Q.   You mentioned that was from Zoning.   What does that mean?

6   A.   It was approved by Zoning but --

7   Q.   Is that -- does that mean approved by Code?

8         MS. GOMEZ:   Objection.   Leading.

9         THE COURT:   Sustained.   You have about 30 seconds to

10  wrap up, Mr. Kuehne.

11  **BY MR. KUEHNE:**

12  Q.   Is there any difference between Zoning and Code?

13  A.   They have to meet the conditions, and there's conditions

14  and they're not -- if the requirements are not met, means

15  they're not approved.

16  Q.   And for Plaintiff's 627, did they meet the conditions,

17  Sanguich?

18  A.   Not the Building Department conditions.

19        MR. KUEHNE:   Okay.   Thank you.   Nothing further,

20  Judge.   Thank you.

21        THE COURT:   All right.   Thank you for keeping within

22  the time limits, as well.

23        With that said, ladies and gentlemen, tomorrow, I'm

24  going to ask you a favor if possible.   For scheduling, I know

25  we normally take lunch here at noon, and if it's not an

```
 1   inconvenience, I'd like to adjourn around 1:20 and you can
 2   bring snacks if possible.  If not, if you can't wait until that
 3   time, we'll do lunch at a normal time, but I have to attend to
 4   another matter about 1:20 to 2:20, about an hour.
 5           Is that fine with you all?  If you can bring snacks
 6   and to hold you over?  If I hear your stomach growling before
 7   that time, I may be willing to do so, but if you could --
 8               A JUROR:  That's fine.
 9               THE COURT:  That's fine?  I appreciate that.  Thank
10   you.  All right.  With that said, we will see everyone
11   tomorrow.  Thank you.  Good night.
12               THE COURT SECURITY OFFICER:  All rise for the jury.
13               (Thereupon, the jury exited the courtroom.)
14               MS. CAPRIO:  A housekeeping matter regarding jury
15   instructions and charging conference?
16               THE COURT:  Before we do that, who are the next
17   witnesses lined up?
18               MR. PERTNOY:  Your Honor, the witness, can he be
19   excused?
20               THE COURT:  Yes, yes.  Have a good day, sir.  Thank
21   you.
22           Who are the next witnesses for defendant?
23               MR. PERTNOY:  I believe it's going to be Daniel
24   Goldberg.
25               THE COURT:  Give me one second.  Okay.  Next.
```

 1              MR. PERTNOY:  And then I think -- and this is to be

 2    discussed with my team later on -- potentially Rene Diaz and/or

 3    Mary Lugo.

 4              THE COURT:  Okay.  Mm-hmm.

 5              MR. GUTCHESS:  Your Honor, could we get a definitive?

 6              THE COURT:  It's one of the two?

 7              MR. PERTNOY:  I've got to discuss with my team based

 8    on where we are in the schedule.

 9              THE COURT:  Next.

10              MR. PERTNOY:  And I think after that, it would be

11    Rachel Dooley.

12              THE COURT:  After Rachel Dooley?

13              MR. PERTNOY:  Potentially Daniel Sierra.  Then

14    potentially Commissioner Carollo and then Art Noriega.

15              THE COURT:  All right.

16              MR. PERTNOY:  With some of the other maybes that we

17    had discussed previously to be discussed amongst my team.

18              THE COURT:  As long as, again, it's not duplicative

19    or overlapping testimony or repetitious as discussed as well.

20              With that said, I'll see everyone tomorrow.

21              MS. CAPRIO:  Your Honor, about the charging

22    conference and the jury instructions?

23              THE COURT:  Yes.

24              MS. CAPRIO:  We just wanted guidance from Your Honor,

25    perhaps if you're amenable to circulate a draft version for

1    each party to put red lines in and then we'll have a charging

2    conference at some point pursuant to the Court's protocol

3    because I would imagine we will have differing views from the

4    jury instructions.

5              THE COURT:  You can go ahead and submit something by

6    tomorrow close of business.  Okay?

7              MS. CAPRIO:  Yes, Your Honor.  Thank you.

8              MR. KUEHNE:  Your Honor, I do have one other matter.

9    It deals with the handling of witnesses.

10             THE COURT:  Yes, sir.

11             MR. KUEHNE:  I wanted to make certain that I have an

12   opportunity to make a proffer as to the witness when Your Honor

13   said I had no more time.

14             THE COURT:  Sir --

15             MR. KUEHNE:  Do you want that to be in writing?

16             THE COURT:  No, there's no need to be in writing.

17   You can file it in writing.  The bottom line is I made my

18   rulings clear as to the time limits, as well.  However you want

19   to decide to try your case, you're aware of what you were given

20   and the Court relied upon that.  Again, there's been extensive

21   discussion I had at sidebar that we discussed regarding certain

22   jurors as well.

23             MR. KUEHNE:  I do want to make a proffer.  Second, I

24   want the Court to understand our position that during the

25   plaintiffs' case, the Court never held the plaintiffs to the

1    timeframes set out in their witness list.

2         THE COURT:  Let's be clear, Mr. Kuehne.  We can clear

3    that up for the record.  During the plaintiffs' case, as well

4    when the Court realized how much time was being wasted with

5    respect to this Court and what's going on with this jury, I, of

6    course, limited them during their direct examination during

7    their case in chief, even on cross.

8         To sit up here to make that argument is totally false.

9    You can look at the record.  It was clear.  So I appreciate

10   that, sir.  Thank you.

11        THE COURT SECURITY OFFICER:  All rise.

12    (Thereupon, this proceeding was adjourned at 5:18 p.m.)

13                              - - -

14                     C-E-R-T-I-F-I-C-A-T-E

15

16        I hereby certify that the foregoing is an accurate

17   transcription of the proceedings in the above-entitled matter.

18

19

20   JULY 20, 2023          /s/:Ellen A. Rassie_____
                            ELLEN A. RASSIE, RMR-CRR
21                          Official Court Reporter
                            To the Honorable Rodney Smith
22                          299 East Broward Blvd., Room 202B
                            Fort Lauderdale, Florida  33301
23                          (954)769-5448

24

25

A JUROR: [3] 116/14
262/11 283/8
ALL JURORS: [1]
7/5
MR. GUTCHESS:
[169] 5/13 6/13 7/14
15/4 15/12 15/19 16/8
16/14 17/6 19/11
20/11 21/3 21/10
24/19 28/4 28/9 28/20
29/15 29/25 30/4 31/9
32/21 34/24 35/9
35/13 37/14 37/19
37/25 38/7 38/11
39/12 40/2 40/7 40/10
40/14 41/20 45/16
46/24 48/6 48/11 49/9
49/12 49/20 49/23
50/2 50/16 50/21 51/4
51/7 52/1 52/7 53/14
53/17 53/22 54/13
56/10 56/22 58/9
64/15 65/15 65/23
66/8 66/11 66/14
68/16 68/20 69/15
69/17 69/19 72/24
73/1 73/7 73/24 74/1
75/5 75/7 75/11 77/4
77/7 77/21 77/25
78/23 79/20 80/12
82/2 82/4 82/6 82/15
82/22 83/9 85/17
85/21 86/9 87/5 87/24
91/24 93/1 93/7 96/5
97/15 97/17 97/19
101/10 102/15 103/21
109/4 109/6 109/8
110/2 110/7 114/24
116/23 117/12 117/14
118/14 118/25 119/17
127/1 127/23 133/23
134/1 134/7 134/9
135/25 136/5 136/14
137/19 137/23 138/1
138/19 138/21 139/13
139/19 140/21 141/16
141/24 143/5 144/4
144/10 145/14 145/17
146/21 147/1 149/20
152/19 154/1 154/7
155/15 155/17 155/24
156/4 156/8 158/1
158/9 158/21 160/24
161/1 161/13 161/15
162/5 162/8 163/10
164/10 164/13 164/18
165/5 166/2 176/24
284/5
MR. KUEHNE: [88]
68/10 84/1 177/8

177/24 179/9 179/13
182/10 190/18 191/1
202/18 203/20 203/23
204/20 204/25 205/20
206/1 206/8 206/14
206/20 209/11 209/21
210/6 210/22 211/2
211/13 211/19 212/16
215/7 215/10 215/14
215/19 216/2 218/20
231/8 239/8 246/24
247/3 248/5 250/7
251/10 251/14 252/8
252/12 252/21 253/14
255/18 255/20 257/13
258/16 258/18 260/20
261/20 263/20 263/22
264/7 264/13 264/15
264/17 265/2 265/10
265/13 265/23 266/1
266/10 266/22 268/13
269/18 269/22 270/12
270/20 271/7 271/13
271/17 274/2 274/9
275/4 275/6 275/13
278/12 278/19 279/14
279/18 279/22 282/19
285/8 285/11 285/15
285/23
MR. PERTNOY: [26]
6/16 52/4 56/19 87/22
91/1 114/25 167/1
170/16 171/3 171/7
171/13 171/19 172/3
172/9 173/12 174/3
176/11 176/21 177/7
283/18 283/23 284/1
284/7 284/10 284/13
284/16
MR. SARNOFF:
[162] 4/5 4/23 5/22
6/4 6/21 7/8 11/21
13/25 15/25 17/10
21/13 23/16 25/12
28/12 29/17 29/19
29/23 30/6 30/8 32/25
38/3 38/12 38/16 40/5
40/9 40/16 41/11 49/7
49/10 49/15 49/21
50/5 50/8 50/10 50/12
50/18 50/25 51/9
51/13 51/15 52/14
52/22 53/7 55/4 56/4
57/11 57/20 58/6
58/12 60/18 60/24
61/16 62/3 62/11 64/4
65/1 66/6 66/9 66/13
66/17 68/11 73/13
75/12 77/2 77/6 77/23
78/2 78/6 78/8 78/21
79/10 79/18 79/23
80/10 80/15 81/23

82/8 82/24 83/6 83/12
83/25 84/2 85/5 85/15
85/18 85/23 86/8
86/13 87/3 87/17
87/23 88/2 90/23 91/2
91/23 91/25 92/4
92/20 94/12 96/4 96/7
97/13 97/16 97/18
97/21 97/24 101/9
101/11 103/23 104/21
105/1 107/20 108/21
109/22 110/1 110/4
110/9 111/19 112/6
112/11 116/17 116/21
117/8 117/13 117/17
118/16 119/6 127/4
128/2 134/4 134/8
136/4 136/8 137/22
137/24 138/3 138/20
138/23 139/16 140/23
141/18 141/22 144/6
145/12 145/16 146/23
149/15 149/23 150/17
152/15 153/6 154/5
155/16 155/21 156/2
158/6 158/11 158/19
162/1 162/15 162/20
164/21
MS. CAPRIO: [20]
52/25 54/14 54/18
55/21 56/3 57/1 76/9
163/2 166/9 166/14
170/2 171/5 171/24
172/4 177/6 177/15
283/14 284/21 284/24
285/7
MS. GOMEZ: [105]
179/3 179/19 180/1
180/6 180/11 180/15
180/24 181/23 182/3
182/8 183/8 183/16
185/5 185/9 185/15
186/3 186/8 186/24
187/19 188/1 188/9
189/6 190/9 190/16
192/5 192/17 194/25
196/5 196/7 196/21
197/11 197/17 198/13
199/9 200/20 200/25
201/24 202/3 202/8
203/1 203/3 203/8
203/13 203/18 213/14
215/11 219/16 220/3
220/21 221/13 221/15
224/22 225/20 227/6
228/19 229/4 230/16
235/2 235/12 236/14
236/23 236/25 237/15
239/5 239/13 240/24
241/4 241/13 243/10
243/24 244/25 245/6
246/22 248/19 251/18

252/10 252/13 254/22
255/1 255/16 256/13
257/15 257/22 263/24
264/5 264/20 265/5
266/25 267/14 269/15
269/21 270/2 271/15
274/12 274/15 276/3
276/6 277/17 277/20
278/10 278/14 279/12
280/8 281/14 282/8
THE COURT
SECURITY
OFFICER: [10] 6/25
51/23 57/4 112/20
116/10 164/25 177/19
262/14 283/12 286/11
THE COURT: [409]
THE COURTROOM
DEPUTY: [1] 6/10
THE WITNESS: [68]
15/15 15/23 16/16
17/9 19/14 20/14
21/14 31/16 35/16
39/15 42/1 47/1 64/16
68/21 72/25 74/3
81/25 88/4 93/10
119/2 139/25 143/14
150/20 153/9 165/9
165/11 165/13 165/15
165/18 165/23 165/25
166/4 186/10 187/21
189/8 201/2 202/14
205/2 206/3 206/10
206/16 206/22 209/23
210/8 211/5 212/21
227/8 237/17 239/9
241/5 241/15 248/22
257/24 260/15 264/10
264/19 265/19 265/24
266/12 266/23 270/15
270/22 271/9 272/3
274/5 274/11 275/8
275/16

$

$3.2 [1] 8/5

'

'18 [1] 178/14
'21 [1] 97/16
'23 [2] 13/23 13/24
'80's [1] 59/14

/

/s:/Ellen [1] 286/20

1

1,200 [1] 9/8
1,300 [1] 9/8
10 [15] 9/5 9/5 9/6
18/4 80/4 81/1 92/18
93/16 96/24 97/1

102/1 224/12 251/15
271/16 271/17
10-3 [2] 97/5 97/8
10-5 [1] 28/15
100 [5] 1/19 83/25
84/1 84/2 84/12
101 [5] 3/20 3/22
87/17 88/1 88/2
104 [4] 3/23 18/1
80/23 97/10
105 [1] 97/10
10:00 [1] 181/11
10:30 [1] 5/4
11-28-17 [1] 247/10
110 [1] 3/23
117 [1] 3/24
11:50 [1] 145/24
12 [3] 249/17 250/2
276/10
120 [1] 157/3
1247 [1] 103/25
127 [1] 3/7
12:01 [1] 144/15
12:19 [1] 128/5
12:21 [1] 128/15
12th [4] 52/16 57/15
65/10 276/16
13 [6] 231/9 231/10
231/13 233/6 235/25
236/2
134 [1] 3/8
136 [1] 3/8
138 [1] 3/9
1380 [3] 273/3 273/5
273/10
139 [2] 3/9 3/10
13th [1] 27/7
14 [2] 105/14 274/22
140 [1] 3/10
1400 [1] 2/3
142 [1] 3/11
144 [1] 3/11
1444 [3] 11/10 11/13
36/13
145 [1] 3/12
1450 [4] 10/25 11/4
11/13 36/4
146 [1] 3/12
1460 [6] 11/7 11/13
11/15 29/1 29/4 36/8
15 [16] 1/5 4/1 9/22
25/15 116/1 168/13
172/18 175/9 190/25
191/2 203/22 231/11
231/14 251/9 261/22
262/24
150 [1] 3/13
1513 [6] 80/4 141/6
248/11 248/16 277/9
277/13
154 [1] 3/13
1547 [1] 110/17

**1**

**1558 [2]** 40/5 46/2
**156 [1]** 3/14
**1568 [1]** 40/5
**16 [3]** 157/22 195/15
196/10
**162.045 [1]** 229/10
**1637 [2]** 57/15 63/13
**1641 [1]** 246/9
**169 [1]** 1/16
**17 [4]** 181/10 181/14
225/8 247/10
**17th [1]** 191/19
**18 [3]** 150/3 228/2
247/2
**18-CV-24190 [1]**
1/2
**18-CV-249190 [1]**
6/11
**180 [4]** 27/11 46/17
46/21 70/5
**19 [2]** 1/8 268/20
**1920 [1]** 179/1
**1920s [2]** 37/12
179/2
**1980's [2]** 120/2
120/11
**1990's [1]** 120/13
**19th [3]** 138/17
138/18 143/7
**1:00 [2]** 112/17
112/19
**1:20 [2]** 283/1 283/4
**1:25 p.m [1]** 147/6
**1:38 p.m [1]** 276/16
**1st [2]** 178/13 179/4

**2**

**20 [5]** 25/15 125/14
141/12 247/12 286/20
**20 percent [2]** 100/5
175/4
**200 [2]** 1/21 63/13
**2000 [1]** 120/15
**2008 [1]** 216/24
**201 [1]** 1/13
**2010 [2]** 120/15
120/17
**2013 [1]** 178/12
**2014 [2]** 122/5
178/13
**2015 [3]** 122/7 217/1
217/6
**2016 [1]** 122/9
**2017 [16]** 94/8
98/17 179/22 179/22
182/7 182/11 182/16
184/20 184/23 185/4
185/13 215/2 247/11
247/15 258/9 258/10
**2018 [25]** 19/8
19/15 20/23 26/9

**26/11** 142/14 142/16
142/17 179/5 189/3
237/14 237/25 238/1
238/3 239/9 239/9
239/12 239/12 246/3
246/11 267/10 268/8
268/20 269/10 269/24
**2019 [14]** 77/6 80/4
80/20 92/18 142/17
142/18 142/20 249/17
250/2 250/18 259/1
260/2 260/7 276/10
**2019006397 [1]**
81/16
**2020 [25]** 8/22 9/7
25/24 26/3 26/6 47/24
47/25 65/21 120/17
121/2 121/6 122/10
122/11 125/13 126/10
128/22 130/13 139/15
141/12 142/21 143/9
144/12 149/22 150/8
217/2
**20200017697 [1]**
66/4
**202001200 [1]**
14/14
**2021 [13]** 27/7 47/7
61/11 63/2 65/11
83/17 83/18 88/10
97/17 98/7 264/3
279/9 279/9
**2022 [5]** 47/17
105/14 109/19 117/4
217/6
**2023 [9]** 1/5 4/1
79/7 79/7 84/7 102/11
105/12 116/1 286/20
**202B [1]** 286/22
**21 [10]** 3/25 63/2
97/18 228/23 229/2
255/21 255/22 256/7
257/14 257/18
**2104 [2]** 91/9 97/4
**2110 [1]** 233/15
**2121 [1]** 1/13
**2181 [1]** 234/17
**21st [1]** 13/16
**22 [4]** 143/23 144/12
149/22 150/8
**2284 [1]** 234/14
**22nd [7]** 143/24
144/4 145/15 147/4
151/5 152/13 154/3
**23 [1]** 47/7
**24 [2]** 237/25 238/1
**24190 [1]** 1/2
**249190 [1]** 6/11
**24th [1]** 258/8
**25 [4]** 139/15 237/14
238/3 239/19
**252 [1]** 3/24

**257 [1]** 3/25
**2614 [1]** 161/7
**27 [4]** 109/19 128/22
250/18 275/1
**270 [1]** 3/14
**275 [2]** 218/21 219/3
**27th [3]** 126/12
133/15 151/13
**28 [7]** 68/9 83/17
83/18 247/11 259/1
260/2 260/7
**28th [3]** 133/16
135/24 136/1
**29 [10]** 3/17 49/8
50/10 50/11 50/12
58/7 58/7 58/11
119/16 179/7
**299 [1]** 286/22
**29th [1]** 133/16
**2:20 [1]** 283/4
**2nd [3]** 1/13 1/19
215/2

**3**

**3-29-2021 [1]** 88/10
**30 [10]** 3/16 9/4
22/24 27/5 46/19
101/25 102/11 125/13
239/6 282/9
**300 [2]** 57/15 142/12
**30th [1]** 154/16
**3105 [1]** 1/19
**311 [4]** 226/15
256/23 257/24 258/2
**32 [9]** 3/25 11/16
11/24 243/7 256/17
256/18 257/6 257/14
257/18
**321 [1]** 88/10
**327 [1]** 274/1
**33 [13]** 3/16 3/25
29/9 29/11 29/14
29/15 29/23 30/9
30/12 257/7 257/14
257/18 258/17
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33135 [1]** 63/14
**33156 [1]** 2/4
**33301 [1]** 286/22
**337 [1]** 273/21
**34 [5]** 3/16 38/3 38/3
38/13 38/15
**35 [2]** 272/5 272/7
**350 [1]** 52/20
**36 [3]** 113/7 113/20
153/10
**36-4 [1]** 153/12
**38 [1]** 3/16
**39 [3]** 50/8 50/9
110/4

**3:15 [1]** 270/8
**3rd [1]** 52/17

**4**

**40 [13]** 9/3 9/4 9/4
9/5 22/23 101/25
137/10 137/10 137/10
137/11 137/11 231/5
231/6
**40-50 [7]** 101/8
102/8 102/10 165/20
170/6 170/18 171/10
**40-year [1]** 137/9
**40/50 [1]** 8/24
**41 [4]** 3/23 110/6
110/9 110/11
**4100 [1]** 1/21
**412 [3]** 51/5 53/2
56/4
**421 [2]** 50/19 50/19
**427 [1]** 273/25
**43 [4]** 3/23 104/22
104/25 121/18
**45 [7]** 9/3 9/4 231/11
231/14 239/19 243/7
247/2
**482 [4]** 3/17 66/6
66/17 66/20
**487 [4]** 3/17 66/7
66/17 66/20
**4:33:13 p.m [1]**
269/24
**4:50 [1]** 262/13
**4th [3]** 103/25
137/18 138/9

**5**

**5,000 [1]** 9/12
**50 [11]** 8/9 8/24 9/4
9/5 101/8 102/8
102/10 165/20 170/6
170/18 171/10
**500 [1]** 1/16
**51 [1]** 155/4
**51 percent [2]**
154/25 155/4
**521 [2]** 258/24 277/8
**531 [1]** 277/5
**54 [1]** 275/10
**5448 [1]** 286/23
**573 [5]** 3/19 85/15
85/19 85/24 85/25
**578 [5]** 3/21 91/22
92/1 92/3 260/20
**579 [4]** 3/22 101/9
101/12 101/14
**58 [1]** 3/17
**587 [5]** 3/18 80/10
80/14 80/15 253/14
**5:00 [1]** 199/22
**5:18 [1]** 286/12

**6**

**60 [3]** 27/10 50/22
54/11
**600 [5]** 3/7 127/1
127/2 127/7 127/9
**601 [5]** 3/7 127/1
127/7 127/22 151/14
**602 [4]** 3/8 136/1
136/11 136/13
**603 [9]** 3/9 3/24
116/21 117/9 117/13
117/16 137/17 138/6
138/8
**604 [6]** 3/9 117/8
117/17 138/19 139/1
139/3
**607 [4]** 3/10 139/14
139/18 139/19
**608 [4]** 3/10 140/22
140/24 141/2
**609 [5]** 3/11 141/16
141/17 142/1 142/3
**610 [5]** 3/8 133/23
133/24 134/10 143/5
**611 [3]** 3/11 144/5
144/9
**612 [3]** 3/12 145/15
145/19
**613 [3]** 3/12 146/22
146/25
**614 [5]** 3/13 154/2
154/6 154/9 154/11
**616 [3]** 3/14 155/15
156/9
**620 [3]** 3/13 149/21
150/1
**627 [6]** 3/14 267/1
269/16 270/4 282/1
282/16
**632 [2]** 276/4 280/16
**64 [2]** 256/17 256/18
**644 [4]** 248/3 248/7
248/10 249/15
**645 [3]** 90/24 258/18
261/2
**656 [3]** 263/17
278/12 278/20
**66 [1]** 3/17
**694 [4]** 3/21 96/4
96/8 96/10
**6:00 [1]** 181/11

**7**

**7,000 [3]** 8/22 121/4
121/7
**710 [1]** 250/8
**715 [7]** 3/18 77/2
77/13 78/12 78/22
79/19 79/22
**716 [4]** 3/22 97/14
97/24 97/25
**718 [5]** 3/20 86/8

**7**

**718... [3]** 87/3 87/7
97/22
**719 [3]** 3/19 83/7
83/14
**72 [1]** 44/16
**7602 [1]** 17/24
**769-5448 [1]** 286/23
**79 [1]** 3/18
**7th [4]** 40/5 40/5
46/2 47/17

**8**

**8-10 [3]** 18/4 81/1
93/16
**80 [1]** 3/18
**800 [1]** 181/16
**821 [2]** 273/11
273/15
**83 [1]** 3/19
**85 [1]** 3/19
**87 [1]** 3/20
**88 [1]** 3/20
**8:00 [1]** 153/15
**8:00 p.m [1]** 153/15
**8th [20]** 52/17 63/13
80/4 110/17 110/17
110/18 141/6 161/7
191/19 200/15 246/9
248/11 248/16 258/24
273/3 273/5 273/15
273/21 274/1 274/1

**9**

**9-15-2021 [1]** 98/7
**9-15-21 [1]** 97/18
**90 [2]** 46/16 46/20
**9150 [1]** 2/3
**92 [1]** 3/21
**954 [1]** 286/23
**96 [1]** 3/21
**97 [1]** 3/22
**98 [5]** 3/24 251/14
251/21 252/9 252/15

**A**

**a.m [3]** 144/15
145/24 153/15
**ability [8]** 10/5
10/17 16/23 33/18
48/9 95/4 96/2 108/3
**able [10]** 10/8 16/24
16/25 17/2 18/19
64/18 70/16 72/8
159/3 240/22
**about [155]** 4/10
9/12 11/12 11/13
12/11 14/3 15/7 15/8
17/12 28/14 31/18
35/25 37/10 41/2
44/13 44/14 45/17
52/17 52/20 52/25

54/12 55/22 63/22
70/12 76/3 78/8 93/2
98/15 107/14 107/17
109/24 111/4 114/7
116/19 118/20 118/22
119/20 121/18 122/19
122/22 124/23 125/7
126/10 126/15 127/17
128/12 128/18 129/1
130/19 131/10 131/10
132/5 132/9 132/12
132/14 132/16 133/8
133/22 135/6 137/25
141/19 143/2 152/17
156/14 158/9 158/18
158/23 159/7 160/22
161/21 161/24 161/24
162/3 162/10 163/22
163/23 164/23 165/10
165/11 165/14 165/15
166/2 166/3 166/17
166/21 170/3 170/3
170/4 170/10 170/13
171/25 173/19 173/23
174/19 175/16 176/1
176/7 178/12 178/15
178/23 179/10 181/16
182/6 182/24 187/10
194/9 195/6 196/14
198/2 200/11 202/7
204/4 204/6 208/14
210/20 211/1 212/8
212/10 213/7 214/21
217/18 218/9 220/19
220/24 221/7 222/4
223/21 224/15 226/2
227/8 227/15 228/18
230/7 231/24 240/23
242/12 244/9 250/2
252/12 258/4 261/19
264/24 268/11 269/12
272/1 275/2 276/9
277/22 277/25 280/16
281/6 282/9 283/4
283/4 284/21
**above [5]** 12/24 33/6
223/25 246/12 286/17
**above-entitled [1]**
286/17
**absolutely [12]** 19/5
37/9 43/2 71/3 124/5
127/15 133/14 171/22
175/25 185/2 208/25
247/5
**accept [1]** 188/17
**access [7]** 18/20
32/9 32/10 32/11
145/5 145/3 145/11
145/12 242/5
**accessibility [2]**
100/1 100/2
**accessing [1]** 227/4
**accomplish [1]**

76/19
**accordance [6]**
30/25 47/21 58/17
65/18 86/15 106/12
**according [3]** 113/9
129/4 262/23
**accordingly [4]** 45/2
69/5 95/13 174/22
**account [1]** 76/25
**accountable [1]**
222/7
**accounted [3]** 57/7
177/22 262/21
**accurate [4]** 92/16
99/13 113/21 286/16
**accurately [1]** 87/1
**accusation [4]**
188/21 214/13 214/17
214/23
**accusations [1]**
214/21
**accused [1]** 174/14
**Ace [2]** 139/7 156/23
**achieve [1]** 221/25
**achieved [1]** 33/17
**acquaintance [1]**
201/20
**acquire [1]** 18/10
**acquired [4]** 248/25
254/14 254/15 255/14
**act [5]** 34/20 86/22
89/18 145/2 147/23
**acted [1]** 193/10
**acting [8]** 7/18 7/20
8/15 39/6 125/10
133/3 133/5 174/9
**action [1]** 24/8
**activities [6]** 78/15
181/17 188/13 198/15
202/7 261/13
**activity [1]** 192/1
**actual [17]** 14/16
30/20 31/23 45/22
59/7 64/8 76/25 83/21
88/12 89/13 94/23
96/1 99/2 99/9 108/2
108/18 155/10
**actually [20]** 31/22
31/24 34/2 76/1 77/1
89/14 106/17 132/5
139/21 158/15 191/23
212/10 214/12 214/19
219/11 231/20 248/18
259/16 267/14 274/1
**ADA [10]** 89/18 90/9
99/19 100/6 100/9
145/1 145/3 145/11
145/12 242/5
**add [2]** 257/11
257/24
**adding [1]** 217/21
**addition [1]** 113/22

**additional [11]**
39/23 43/24 55/1 60/7
61/25 98/19 146/8
146/11 146/17 243/5
278/17
**Additionally [1]**
89/17
**address [24]** 14/15
29/4 30/19 45/23 68/6
68/23 68/24 82/18
88/10 88/11 98/8
106/17 108/18 112/23
140/8 152/16 160/16
167/23 169/21 169/25
174/22 202/19 208/18
248/11
**addressed [2]** 89/19
146/7
**Adele [2]** 126/14
127/17
**adequate [1]** 100/9
**adhere [2]** 90/1
161/10
**adhered [1]** 114/22
**adhering [1]** 188/22
**adjacent [2]** 19/23
73/6
**adjourn [3]** 112/13
112/15 283/1
**adjourned [1]**
286/12
**adjudicated [3]**
223/1 230/2 263/9
**adjudicative [1]**
223/6
**administration [8]**
150/23 181/15 184/1
187/5 188/5 188/5
188/13 193/13
**administrative [9]**
8/20 184/6 184/12
187/3 188/13 190/3
199/1 245/16 245/17
**administrators [1]**
184/4
**admission [2]** 252/8
257/13
**admit [3]** 29/2 87/3
117/9
**admitted [24]** 58/10
79/21 80/13 85/22
87/6 87/25 101/13
104/24 127/6 128/3
130/17 143/7 144/8
146/24 154/8 229/14
252/14 253/17 270/1
271/16 272/6
**Adrian [1]** 142/9
**Adrian's [1]** 142/6
**advance [2]** 40/14
203/17

**advise [1]** 257/10
**advised [1]** 270/25
**advising [2]** 170/21
271/5
**advisory [1]** 168/19
**aerial [2]** 277/11
277/12
**AESEL [3]** 7/10
119/10 163/6
**aesthetics [1]** 222/3
**affected [2]** 151/24
151/24
**affidavit [2]** 74/18
246/7
**affirm [1]** 55/6
**affirmative [11]**
40/16 49/11 49/13
49/18 49/23 50/2
54/15 54/22 55/2 55/6
55/12
**affixed [1]** 72/7
**afoul [1]** 211/17
**after [32]** 11/23 25/7
25/9 27/10 34/23
36/10 36/15 36/17
54/4 86/5 88/20
112/17 112/19 114/15
119/2 122/13 126/19
131/24 133/15 154/14
155/8 181/14 191/24
193/10 194/17 214/3
214/4 214/9 214/19
223/13 284/10 284/12
**afternoon [9]** 116/1
119/12 119/14 141/6
178/5 178/7 216/8
216/9 270/7
**afterwards [1]**
154/3
**again [87]** 5/3 12/5
17/15 17/19 17/19
18/11 18/16 20/1
20/25 22/10 23/19
23/21 24/2 25/10
30/17 30/21 30/22
32/12 33/20 34/7
38/21 42/24 43/14
44/9 44/10 45/8 45/14
45/16 46/4 46/13 47/5
47/16 49/9 50/16 52/9
58/15 59/18 59/24
60/6 60/22 61/6 61/9
61/22 62/1 62/24
67/14 68/21 73/7 84/5
85/13 87/14 91/8
91/11 91/13 92/7
93/15 97/3 97/7 98/5
101/16 106/4 106/20
108/16 109/14 110/6
110/24 116/6 143/5
169/19 172/5 172/9
173/4 173/8 173/11

**A**

**again... [13]** 175/9
175/24 176/9 177/3
177/4 179/6 191/17
200/7 214/13 266/16
270/24 284/18 285/20
**against [2]** 22/6
223/8
**age [1]** 8/24
**agent [2]** 174/5
174/9
**ago [7]** 59/16 60/1
78/9 155/25 156/1
213/18 279/1
**agree [1]** 51/7
**agreed [1]** 199/24
**agreement [37]**
11/18 11/20 12/11
12/13 12/14 12/20
13/3 13/8 25/10 25/20
25/21 26/9 26/12
26/16 26/18 27/1 27/6
27/6 27/13 28/19
28/24 29/1 29/3 32/16
33/20 34/14 34/16
34/18 47/11 47/13
47/16 64/24 65/2 65/7
65/9 66/3 118/11
**agreements [2]**
48/16 199/24
**agrees [5]** 12/23
12/25 32/19 33/6 33/7
**ahead [10]** 30/7
51/17 59/23 78/10
146/18 161/17 182/14
201/25 202/21 285/5
**air [5]** 37/7 71/9
103/16 107/20 111/21
**al [1]** 6/11
**alarm [1]** 142/12
**alcohol [1]** 242/13
**alert [2]** 30/22 51/21
**alerting [1]** 133/18
**Alfonso [7]** 177/25
177/25 178/3 178/5
204/2 204/4 213/17
**all [187]** 6/2 6/19
6/25 10/9 15/10 16/25
18/9 22/7 23/4 26/22
27/1 27/9 27/10 27/17
27/24 28/10 32/1
33/11 38/6 38/9 38/9
43/14 46/21 47/22
50/6 50/16 51/6 51/23
53/15 54/4 54/7 54/11
54/13 55/23 57/4 57/6
58/8 59/10 61/22 64/2
65/19 68/23 70/16
70/18 70/19 70/22
71/13 74/16 74/18
74/20 79/5 81/21 82/7

83/10 85/5 89/25 90/7
93/16 96/6 97/13
97/20 100/10 104/16
104/23 105/10 105/19
106/2 108/1 109/5
110/3 110/8 110/15
112/15 112/20 116/9
116/10 116/15 118/10
119/6 119/18 119/20
120/25 123/9 125/3
126/22 127/5 128/5
128/11 129/11 130/10
130/19 133/20 135/15
136/5 136/7 136/10
136/13 136/19 136/24
137/17 137/19 138/5
138/17 139/13 140/9
140/11 140/19 141/21
141/23 143/10 143/23
144/12 145/3 145/9
145/10 145/21 146/21
149/11 149/20 151/21
156/11 156/18 157/19
162/12 162/21 162/25
163/3 163/13 164/2
164/22 164/23 164/25
166/1 166/5 168/22
172/3 173/6 176/7
176/10 177/4 177/10
177/17 177/19 177/21
178/1 178/21 182/13
183/6 187/7 199/25
204/12 226/23 228/2
234/23 235/18 240/4
240/10 240/14 242/5
242/15 242/20 247/20
250/9 252/4 253/16
254/5 256/6 261/13
261/21 262/12 262/14
262/20 262/21 265/7
267/7 269/25 274/7
274/22 275/1 275/2
281/21 282/21 283/5
283/10 283/12 284/15
286/11
**Allapattah [1]** 200/7
**allegation [3]**
187/25 188/20 191/18
**alleged [2]** 156/14
158/5
**alleging [2]** 158/4
174/11
**allotted [1]** 116/6
**allow [9]** 25/10 31/8
74/5 74/5 88/19 114/2
182/13 229/19 262/23
**allowance [1]** 192/2
**allowed [20]** 27/25
54/9 71/1 74/9 74/14
74/19 88/24 113/3
120/10 120/13 120/15
120/17 120/20 173/19

174/8 181/3 191/4
191/6 193/6 278/17
**allowing [1]** 54/7
**almost [7]** 9/12
81/25 126/13 127/16
157/22 178/15 224/16
**along [5]** 56/9 89/3
135/15 170/13 201/19
**alongs [8]** 189/23
189/24 190/7 190/8
190/12 190/12 191/4
191/6
**Alpha [1]** 52/20
**already [14]** 29/18
36/16 48/16 52/12
55/17 91/1 91/2 110/5
114/11 143/6 155/9
167/7 227/25 279/10
**also [71]** 14/15
14/18 20/24 32/9
32/11 33/8 33/16
45/22 50/14 50/19
51/5 51/18 51/19 52/8
54/25 56/5 58/18
58/18 60/17 61/6
65/20 66/25 74/19
80/7 84/8 90/19 90/20
94/10 98/19 100/3
108/1 111/15 112/23
114/13 116/5 129/14
132/16 135/19 140/18
142/5 166/13 166/22
176/12 179/6 187/13
195/1 197/5 200/13
208/14 216/20 217/14
217/16 217/21 226/19
230/4 231/5 233/1
238/25 239/21 241/25
242/11 244/23 250/8
253/2 256/14 266/8
266/19 269/12 272/6
273/15 277/15
**alteration [4]** 23/2
23/7 89/13 154/22
**alterations [2]** 18/9
81/5
**altered [7]** 20/8
22/10 23/11 42/25
43/22 76/16 277/10
**altering [1]** 43/4
**Altman [1]** 173/25
**Altos [4]** 91/16 92/13
92/16 102/14
**always [9]** 12/16
24/5 32/8 59/19 85/13
92/7 108/4 190/14
190/14
**am [20]** 13/11 17/17
23/3 25/18 32/18 66/2
72/18 73/17 73/19
88/7 90/17 91/7 98/3
105/5 110/14 111/7

117/20 123/25 153/22
180/22
**Amanda [2]** 1/12
6/14
**Amber [2]** 2/3 6/17
**ambient [1]** 37/7
**amenable [1]** 284/25
**amended [7]** 28/16
33/12 47/23 130/11
150/22 151/23 153/11
**amending [4]**
150/21 152/5 153/10
153/12
**Amendment [1]**
173/7
**amendments [1]**
130/14
**American [1]** 89/18
**Americans [2]** 145/2
147/23
**Amo [2]** 111/11
140/15
**amongst [1]** 284/17
**amount [1]** 100/4
**analysis [3]** 16/21
32/2 36/6
**analyze [1]** 9/20
**anecdotal [1]** 52/25
**angle [2]** 43/8 43/10
**Anne [1]** 1/11
**anniversary [3]**
26/16 33/21 63/22
**another [22]** 44/10
44/11 53/20 53/24
62/7 137/13 138/12
139/14 139/21 145/22
147/4 152/13 153/21
153/23 154/5 173/25
180/10 217/2 217/3
236/1 248/2 283/4
**answer [33]** 15/14
15/22 19/13 21/13
39/14 46/25 48/22
93/9 99/24 119/1
120/23 121/3 121/11
121/15 122/6 129/25
153/25 160/7 161/6
167/20 168/23 170/23
183/19 186/9 205/1
211/4 212/21 214/16
220/22 227/7 248/20
264/18 270/14
**answered [2]** 236/14
270/20
**answering [2]**
212/16 212/19
**answers [2]** 211/6
211/7
**anticipated [1]**
116/7
**any [213]** 5/12 5/15
10/3 12/6 12/6 12/8

14/20 14/20 14/22
15/7 16/12 17/20
17/20 17/21 20/6 20/8
24/5 24/6 24/6 24/7
24/17 27/20 29/24
30/22 30/22 30/23
30/23 34/1 34/15
34/15 35/22 36/23
37/8 38/6 38/24 38/24
41/19 42/19 43/4 48/5
52/2 52/9 52/11 66/10
68/1 68/6 70/5 70/20
71/14 71/15 71/16
71/16 71/19 73/23
76/13 80/19 82/11
83/8 89/21 90/2 90/12
90/14 91/23 92/24
92/25 93/2 93/6 93/7
93/19 95/1 98/9 99/22
100/16 100/22 102/25
103/3 103/13 103/14
106/5 106/7 116/6
117/11 118/8 120/25
121/5 122/2 122/4
122/19 124/12 126/5
126/8 127/2 128/19
131/16 132/21 133/12
134/2 137/21 138/19
139/10 139/10 139/15
141/17 142/18 143/17
144/5 146/1 146/22
148/7 151/18 153/16
156/5 156/24 157/14
159/1 159/1 160/2
160/17 161/14 161/16
167/13 167/20 167/21
168/14 170/25 175/7
175/21 176/9 176/25
181/20 182/16 184/5
186/6 187/17 187/17
188/4 188/25 188/25
189/4 189/5 189/15
189/15 190/6 190/12
190/20 191/9 193/15
193/19 194/12 194/15
195/2 195/4 195/12
196/16 197/6 197/9
197/15 198/18 199/7
199/12 199/12 199/16
199/19 200/17 201/5
201/8 202/2 202/6
202/6 202/24 208/21
210/8 213/6 213/9
217/24 221/2 226/5
226/8 228/17 229/13
230/4 230/19 231/3
231/5 231/6 234/10
235/21 236/11 240/23
241/3 241/8 244/2
244/15 245/3 245/10
245/22 246/16 247/21
247/24 249/24 251/17

**A**

**any... [12]** 254/9 254/25 255/4 255/6 255/13 256/4 258/5 261/9 267/20 269/17 278/15 282/12

**anybody [14]** 123/22 124/1 125/5 126/3 134/24 135/1 148/12 148/13 148/17 148/22 169/14 182/23 229/19 261/17

**anymore [1]** 180/18

**anyone [5]** 24/22 35/22 63/9 90/12 112/19

**anything [42]** 40/15 44/13 46/11 48/9 52/13 54/9 55/20 56/9 63/23 72/4 72/5 89/2 89/3 132/23 135/22 141/21 146/16 149/3 152/17 159/8 162/25 165/24 166/1 166/2 167/5 167/22 179/16 189/1 189/16 191/16 193/22 197/10 202/16 203/6 204/10 247/22 247/25 254/21 260/7 261/15 261/18 261/19

**anyways [1]** 146/18

**anywhere [3]** 9/8 167/9 263/23

**apologize [4]** 25/13 25/14 85/23 110/5

**apparently [1]** 130/5

**appeal [3]** 90/2 175/14 223/2

**appealed [2]** 89/23 90/3

**appeals [3]** 89/24 223/3 280/22

**appear [9]** 42/16 42/18 96/14 223/14 233/7 233/10 237/23 237/24 263/23

**appearance [1]** 56/17

**appearances [3]** 1/10 2/1 6/12

**appearing [2]** 65/22 66/3

**appellate [3]** 53/25 112/24 175/14

**applicable [5]** 71/8 71/16 74/16 74/19 246/13

**application [8]** 236/17 237/9 237/13 238/1 238/4 238/22 239/3 267/24

**applied [1]** 233/18

**applies [1]** 17/19

**apply [1]** 220/7

**appoint [1]** 63/8

**appointed [4]** 24/15 179/24 185/23 223/7

**appraiser [1]** 105/21

**appreciate [5]** 6/6 172/23 177/13 283/9 286/9

**approach [1]** 81/23

**approaching [2]** 167/10 169/7

**appropriate [2]** 243/23 267/22

**approval [6]** 27/14 149/9 239/24 240/8 241/25 242/6

**approve [5]** 74/15 74/16 76/13 184/1 184/2

**approved [14]** 75/17 75/20 75/21 75/25 157/15 242/14 242/16 267/18 267/25 271/1 282/2 282/6 282/7 282/15

**approximately [2]** 40/6 113/7

**April [7]** 61/11 77/4 77/6 80/4 92/18 105/14 125/13

**April 14 [1]** 105/14

**April 30 [1]** 125/13

**April 5 [1]** 61/11

**architect [4]** 37/17 37/18 149/5 154/21

**architectural [1]** 18/9

**architecture [2]** 37/20 156/20

**are [174]** 5/3 9/2 9/10 9/25 10/10 10/10 10/10 10/15 10/16 13/10 17/15 18/19 19/3 19/23 23/1 25/17 32/16 34/15 38/18 39/21 40/13 41/8 41/10 41/15 41/16 42/16 43/14 43/22 44/22 44/24 45/15 48/19 48/23 49/4 50/3 50/25 52/4 52/11 54/4 55/12 56/5 57/6 58/1 58/22 58/25 59/6 59/10 59/24 60/2 60/5 60/21 62/15 65/5 66/24 69/5 69/7 69/14 71/1 72/17 72/19 73/16 73/18 74/14 76/17 79/2 83/9 84/15 84/19 84/21 86/24

86/25 88/6 90/11 90/16 90/18 91/6 92/10 94/3 95/1 95/5 96/20 98/2 99/13 99/14 102/12 103/25 105/4 106/3 107/5 110/13 111/5 114/11 114/16 114/21 116/13 117/19 123/9 123/21 126/21 127/2 127/20 131/10 135/12 135/14 136/5 136/6 136/25 137/1 137/5 137/8 137/24 137/19 139/8 140/6 140/9 143/9 143/16 147/8 148/12 148/15 151/12 153/20 154/23 159/15 160/5 163/23 170/25 171/18 173/19 174/2 174/24 177/21 178/8 180/14 180/21 180/23 184/11 184/14 184/14 184/15 188/21 189/23 190/8 195/17 200/23 204/18 209/8 211/3 211/10 211/10 211/17 215/12 218/10 222/6 227/15 231/9 235/15 235/17 236/1 236/5 242/3 253/19 253/21 254/5 257/7 262/20 265/2 268/8 268/22 278/4 282/14 283/16 283/22 284/8

**area [25]** 84/21 84/25 85/14 93/24 154/23 198/20 198/22 200/14 217/14 217/15 224/7 224/20 225/1 225/3 257/3 257/4 257/11 273/10 273/11 273/13 273/14 273/17 273/23 279/10 281/2

**areas [4]** 99/17 153/16 200/13 242/13

**argument [2]** 50/5 286/8

**argumentative [1]** 172/25

**arguments [1]** 90/5

**Army [1]** 181/22

**arose [1]** 153/23

**around [7]** 8/22 9/8 62/2 99/22 113/15 270/8 283/1

**arrived [2]** 8/15 122/17

**Art [5]** 122/25 126/13 129/6 130/8 284/14

**Article [1]** 150/21

**Arts [1]** 140/15

**as [270]** 4/5 5/21 5/24 6/7 7/17 7/17 8/5 11/11 11/15 13/15 14/24 15/7 15/22 18/10 18/25 20/5 23/4 24/4 24/17 25/5 28/11 28/16 29/6 29/7 30/1 30/20 31/3 33/12 36/1 37/17 37/19 39/4 39/4 43/16 43/18 47/23 48/19 49/8 50/14 54/20 54/25 55/17 56/7 57/17 57/23 60/6 63/4 63/12 64/12 64/24 67/15 67/24 68/9 68/17 68/21 69/10 70/20 71/20 73/11 73/16 74/9 74/12 81/8 82/16 85/12 86/24 89/19 90/16 91/21 92/9 92/18 93/5 94/20 95/5 95/20 101/24 102/2 103/25 104/10 104/15 104/18 104/18 105/8 105/20 105/23 106/17 110/25 111/1 112/16 113/15 113/21 114/1 114/8 114/14 114/20 114/20 114/22 116/6 116/7 118/18 123/5 123/25 125/5 125/5 128/19 128/20 130/25 132/21 133/17 135/17 135/21 135/22 137/22 138/9 138/20 140/16 141/13 142/21 147/22 150/22 150/24 151/18 153/11 157/3 159/9 162/25 167/3 167/19 168/9 168/14 169/13 169/14 169/15 169/16 172/20 174/4 174/4 174/9 175/7 175/17 179/15 179/18 179/15 179/18 180/9 181/2 181/3 182/10 182/19 182/21 183/4 183/14 183/23 184/4 184/17 184/19 184/25 184/25 185/4 185/12 185/22 186/14 186/18 187/3 187/8 187/12 187/12 187/16 187/17 189/10 189/24 190/6 190/7 190/13 190/14 190/20 192/2 192/8 192/13 193/1 193/6 194/21 195/9 195/16 195/17 197/5 197/14 197/14 198/8 198/11

198/18 198/21 200/17 202/2 204/7 204/18 204/23 206/17 206/17 216/16 216/21 217/1 217/2 217/18 218/18 219/22 219/25 220/1 220/1 220/7 220/14 220/19 220/19 221/4 221/23 222/6 223/16 224/7 225/18 226/5 226/18 227/11 227/11 229/10 229/19 230/5 230/11 232/14 232/14 232/19 235/10 236/25 237/15 238/5 239/11 239/16 240/10 240/16 240/16 240/16 242/10 242/21 242/21 243/21 243/21 244/2 247/18 252/5 253/9 254/1 254/2 254/18 256/8 260/4 262/23 268/9 277/10 278/25 281/5 282/22 284/18 284/18 284/19 284/19 285/12 285/18 285/18 285/22 286/3

**asbestos [18]** 36/2 36/5 36/8 36/10 36/13 36/15 36/20 36/24 37/3 37/9 37/11 37/13 37/24 158/23 159/1 159/3 159/4 159/5

**asbestos-containing [3]** 37/3 37/11 159/5

**ask [44]** 5/13 21/22 57/13 66/16 68/1 78/24 82/15 84/15 93/3 117/9 121/25 129/10 131/1 133/4 134/23 139/3 139/3 146/12 158/2 162/8 162/23 170/24 178/19 181/1 181/2 182/6 190/18 195/15 196/7 196/22 211/5 211/6 218/9 218/20 219/10 225/8 230/7 234/20 246/19 252/12 265/21 278/13 280/15 282/24

**asked [31]** 124/23 124/24 125/19 158/23 162/11 162/15 162/20 163/22 163/23 168/20 169/5 181/2 188/20 188/24 190/14 191/14 191/24 193/15 195/9 198/2 208/13 213/1 214/15 214/18 214/24 236/14 266/14 266/19 270/18 270/20 280/15

**asking [13]** 5/3

## A

asking... [12] 84/22
126/4 129/23 130/8
158/9 158/10 172/11
176/6 177/5 240/9
267/15 271/21
aspect [2] 71/4
183/14
assembled [1] 252/4
assembly [1] 142/12
assert [2] 156/5
173/6
asserted [1] 173/13
assessed [3] 223/8
223/10 268/9
assets [1] 222/2
assign [1] 46/6
assigned [5] 63/7
224/4 257/3 257/4
257/7
assignment [2]
129/21 224/10
assist [6] 124/21
193/13 195/10 220/12
227/16 227/17
assistance [1]
194/12
assistant [8] 59/2
181/15 212/12 212/14
212/24 253/10 276/24
278/7
associate [3] 63/14
173/23 174/24
associated [3]
174/14 198/3 256/20
associates [3]
173/16 173/20 176/15
Association [1]
217/23
assumed [1] 125/8
assure [3] 33/9
47/20 65/14
at [201] 4/11 5/17
6/1 6/7 8/5 8/8 8/15
8/18 8/21 9/4 9/7
9/11 9/17 10/3 10/5
10/6 10/7 11/15 18/21
21/15 21/15 23/20
29/6 29/16 31/5 33/5
42/1 42/13 42/19
43/10 44/6 44/25 46/2
52/2 53/16 55/23
57/13 57/15 57/20
58/6 60/3 61/10 61/22
66/8 67/15 69/3 76/6
80/4 80/6 82/21 83/6
83/10 88/14 89/2 92/7
95/3 95/22 96/7 97/8
97/21 100/23 102/13
106/20 111/11 112/19
112/22 112/24 113/23

113/25 114/3 114/17
116/7 117/13 121/4
122/3 127/9 127/10
128/5 128/8 128/15
130/5 130/20 130/24
133/23 136/13 136/24
137/2 138/8 139/3
139/13 140/6 140/21
141/2 141/5 141/16
142/9 144/25 145/24
146/21 147/10 149/20
154/1 155/7 156/14
157/4 157/21 161/16
162/7 163/13 166/12
166/22 167/17 168/5
170/14 172/8 173/2
173/6 173/18 175/22
176/4 176/4 176/6
176/24 186/14 188/25
191/21 192/14 193/19
196/17 197/6 197/16
197/20 199/23 200/6
201/20 202/12 202/19
203/21 205/11 207/20
207/20 208/4 213/1
213/3 214/1 214/16
214/19 214/25 215/5
215/15 216/15 217/1
219/9 219/12 224/4
224/4 225/8 229/7
229/16 231/14 232/5
233/5 235/23 237/19
237/24 239/4 240/1
242/20 243/8 243/15
244/15 245/25 248/6
250/2 251/7 251/21
252/11 253/2 254/6
256/6 257/6 258/14
260/2 262/1 262/9
262/13 266/4 266/17
269/19 269/24 271/19
276/10 276/16 280/1
281/3 282/25 283/3
285/2 285/21 286/9
286/12
attached [7] 139/7
147/10 155/22 249/22
267/18 267/25 277/23
attaching [2] 141/11
142/5
attachment [15]
135/11 136/6 136/8
136/22 136/24 137/25
138/2 138/14 138/14
138/21 139/15 140/6
140/7 156/14 156/16
attachments [2]
147/8 156/13
attempt [7] 74/5
193/13 193/17 199/1
199/22 220/7 221/4
attempting [2]

160/2 160/4
attend [1] 283/3
attention [7] 4/12
4/15 5/9 119/3 197/15
201/23 250/5
attitude [1] 241/12
attorney [12] 127/16
131/15 155/23 155/25
235/19 276/24 278/3
278/7 280/17 281/9
281/9 281/13
Attorney's [7]
126/13 129/1 129/11
151/8 151/16 280/20
280/25
attorney/client [2]
155/23 155/25
attorneys [1] 249/11
audit [24] 73/20
76/22 76/23 76/24
88/21 89/6 89/7 89/9
89/20 90/8 135/18
135/21 141/14 143/11
143/11 147/20 154/21
155/10 156/21 157/6
157/16 157/19 157/24
163/17
August [2] 138/17
138/18
August 19th [2]
138/17 138/18
authentic [6] 29/11
58/1 77/18 78/12
104/7 104/13
authority [2] 96/22
130/23
automatic [2] 89/15
90/7
available [5] 44/22
199/25 219/20 240/20
241/2
Avenue [4] 1/13
52/17 57/15 191/20
average [1] 178/23
awaiting [2] 48/20
48/23
aware [17] 22/1
34/15 38/25 77/24
90/11 120/25 153/20
189/10 189/14 189/18
195/17 196/17 197/6
197/8 198/11 206/13
285/19
awareness [1]
195/12
away [3] 7/4 95/6
95/7
awning [1] 111/9
AXS [1] 1/10
Azucar [1] 195/4

## B

back [55] 11/23
12/18 16/2 19/15
20/23 20/24 25/5 26/8
42/21 53/25 59/14
60/2 61/17 64/2 65/9
72/11 81/8 85/2 93/22
93/25 94/8 101/21
102/10 111/21 111/21
112/10 113/18 113/19
114/6 116/5 116/13
128/19 131/13 135/4
135/24 151/13 151/15
152/12 152/22 164/4
171/4 174/21 178/25
191/18 217/22 237/22
245/15 246/19 246/19
247/4 254/17 262/13
263/15 276/21 281/1
background [1]
181/5
backwards [5] 5/11
25/13 25/13 63/21
92/21 94/1 279/8
bad [1] 107/11
balcony [1] 254/6
Ball [47] 52/4 55/10
73/16 73/22 76/7
77/24 83/2 84/24
88/14 89/10 110/19
135/19 141/10 142/16
143/21 145/4 146/18
146/20 147/16 148/6
152/19 153/20 154/15
154/16 156/24 156/25
157/2 157/10 157/12
163/8 163/13 194/17
197/6 197/16 197/20
198/4 198/15 200/16
208/24 212/8 212/10
212/13 212/25 213/7
248/16 254/6 256/2
band [5] 249/22
251/1 253/9 254/5
254/16
bands [1] 153/13
bar [11] 81/19 81/20
84/21 84/25 87/14
93/10 169/7 254/16
257/11 273/21 277/9
Barbara [1] 267/9
bars [1] 61/25
base [1] 10/21
baseball [1] 56/13
based [24] 6/5 21/1
22/22 37/17 55/1
117/5 118/10 147/21
175/23 213/17 219/14
232/17 232/18 235/5
245/10 248/24 248/25
251/2 253/12 254/14

257/4 257/15 260/15
284/7
bases [1] 178/12
basically [6] 159/8
184/3 216/16 217/13
217/20 228/9
basis [5] 8/23 32/4
60/17 111/12 130/6
bathroom [2] 51/16
99/16
bathrooms [3] 99/19
145/10 277/10
BB [11] 14/4 14/6
14/14 25/24 26/3 26/9
45/22 47/24 66/4
81/15 81/16
be [213] 5/3 5/18
7/2 10/8 11/23 11/24
12/7 12/16 13/2 13/5
13/7 13/18 15/17
16/19 16/20 16/24
17/19 19/3 23/7 24/1
24/3 24/3 24/4 24/6
25/5 26/17 26/19
26/20 26/21 26/22
27/2 27/9 27/11 27/13
27/18 27/21 27/25
28/14 30/2 30/21
32/12 33/9 33/24 35/5
36/22 39/2 39/18
39/19 39/19 40/6 41/4
41/5 42/18 42/25
43/10 43/15 43/18
44/21 44/25 45/12
46/16 46/17 47/4
47/21 49/2 50/24
51/18 51/24 53/7 54/9
56/21 57/9 63/8 63/22
63/25 64/14 64/17
65/14 67/16 67/16
70/15 70/16 71/16
71/17 71/20 71/21
72/3 72/8 72/10 73/10
74/25 79/6 79/7 79/21
88/19 88/24 89/19
95/2 95/3 95/6 95/10
95/14 98/24 99/1 99/2
99/19 100/5 100/6
101/25 102/1 103/10
103/11 105/11 105/12
107/11 108/1 108/2
108/15 109/17 109/18
110/18 111/8 112/16
113/23 114/15 114/21
116/12 117/25 123/14
123/14 126/12 126/20
127/18 129/2 132/24
135/7 135/7 135/9
135/10 137/19 137/21
141/5 146/7 148/4
151/4 155/23 156/25

**B**

**be... [63]** 159/11
159/24 165/2 166/5
166/8 169/3 171/13
172/25 173/10 173/12
174/3 174/8 174/9
174/17 175/7 176/11
176/12 176/16 177/22
180/10 181/3 183/24
187/11 188/4 188/7
189/18 191/10 195/2
196/7 199/23 204/17
205/3 205/3 206/7
206/10 206/12 210/10
213/3 221/4 222/23
223/8 223/10 226/4
226/11 228/8 228/14
235/19 237/8 248/16
252/13 262/9 269/25
270/25 276/5 283/7
283/18 283/23 284/1
284/10 284/17 285/15
285/16 286/2
**beam [6]** 17/5 41/15
43/8 43/9 43/16 43/18
**beams [1]** 41/1
**bearing [3]** 41/9
42/25 43/4
**beat [1]** 164/6
**became [9]** 88/17
125/12 126/11 156/22
176/18 195/21 198/23
258/11 258/13
**because [43]** 9/11
27/15 32/14 39/18
47/3 50/17 58/22
60/16 68/4 72/7 73/19
77/24 83/4 84/16
84/17 98/25 99/17
111/25 112/14 113/1
113/15 125/17 135/7
155/4 155/22 159/23
163/15 168/1 172/11
174/8 174/20 175/5
176/18 191/17 194/22
205/2 208/17 211/24
227/25 244/23 257/3
273/13 285/3
**become [6]** 37/6
37/7 108/6 189/14
197/6 198/11
**becomes [1]** 64/24
**becoming [1]** 168/16
**been [120]** 4/6 4/6
4/23 8/2 8/25 9/3
13/21 19/20 20/25
21/1 21/8 21/9 21/14
21/15 21/20 22/1 22/6
23/11 23/14 24/17
27/10 30/20 31/9
37/18 37/19 42/7

42/25 43/5 44/12 48/2
48/5 48/16 53/25 55/8
55/12 55/13 61/4
67/19 72/20 73/19
73/20 75/25 76/8
76/24 80/20 81/21
88/20 88/21 89/5 89/9
89/11 89/13 91/21
94/19 94/24 95/16
99/10 100/21 101/6
102/23 102/24 102/24
103/7 103/8 109/19
113/4 113/22 114/2
114/3 114/4 119/3
120/1 121/23 133/12
145/10 148/1 155/24
158/5 160/4 160/5
160/17 167/8 168/13
168/19 169/5 169/15
169/17 169/18 171/14
171/16 172/17 173/1
173/14 173/15 174/17
176/19 176/21 180/10
181/2 182/11 184/22
203/3 213/13 215/3
217/20 229/5 229/12
230/4 242/23 242/25
246/14 247/17 249/25
251/5 261/6 270/25
272/6 277/7 277/10
285/20
**beer [3]** 116/19
117/6 200/9
**before [69]** 1/8
12/11 12/11 14/3
27/24 30/14 31/19
35/12 38/24 39/6
44/14 47/2 47/4 48/19
48/20 60/6 63/23 66/3
68/21 72/20 76/7
76/14 76/19 79/3 82/6
82/16 90/5 96/14 97/4
97/6 105/8 108/11
109/17 112/1 117/3
120/24 121/2 132/11
157/13 159/7 166/10
169/7 169/19 170/12
172/14 173/24 173/24
174/1 174/21 174/21
176/13 181/9 181/19
182/11 190/2 195/21
208/5 208/16 215/4
223/5 223/14 225/6
227/1 237/19 244/17
249/9 258/11 283/6
283/16
**beforehand [1]**
114/2
**begin [1]** 240/15
**beginning [3]**
162/21 218/1 241/15
**behalf [10]** 6/18

101/11 104/10 104/16
125/3 133/3 133/6
135/8 156/5 174/5
**behavior [2]** 5/11
172/22
**behind [6]** 56/14
56/23 67/17 106/21
152/2 205/12
**being [59]** 14/25
15/23 16/6 20/8 20/10
20/15 20/18 22/10
24/8 24/9 27/16 27/20
27/22 30/16 32/14
33/16 36/22 38/23
38/25 39/11 39/15
40/22 42/23 42/24
44/3 51/21 61/25 67/3
67/12 67/14 74/23
76/15 76/15 87/11
90/20 93/21 94/25
99/6 100/4 102/2
106/4 121/1 123/21
139/4 140/2 141/13
141/14 142/10 143/25
147/8 148/3 159/23
168/2 174/13 224/8
246/10 270/10 270/18
286/4
**belief [1]** 275/11
**believe [27]** 8/20
11/15 11/16 17/11
25/11 50/18 53/5
59/14 83/9 90/4 94/8
118/22 176/4 195/23
197/4 205/14 215/2
218/21 219/21 248/5
250/8 251/15 255/21
278/14 279/7 280/6
283/23
**believes [2]** 274/18
275/11
**belong [1]** 274/7
**belonging [1]**
135/12
**belongs [2]** 273/6
273/8
**below [8]** 16/22 41/7
43/17 60/5 86/7 142/6
150/12 247/7
**Ben [2]** 6/17 178/6
**bench [6]** 4/20 53/16
112/22 162/7 166/12
175/10
**Benedict [1]** 1/18
**benign [1]** 187/12
**besides [1]** 185/3
**best [1]** 56/5
**better [2]** 25/1 94/16
**between [13]** 9/8
32/20 33/2 121/7
153/15 157/1 157/4
157/11 169/11 183/11

183/20 206/6 282/12
**beyond [9]** 54/9
55/20 103/22 113/4
113/21 149/23 152/16
215/7 266/1
**big [1]** 143/23
**bigger [7]** 44/19
45/8 47/14 60/19 88/3
219/13 233/14
**biggest [3]** 9/16
107/25 108/1
**Bill [13]** 88/19 90/19
93/19 118/13 126/15
127/17 128/12 129/1
129/18 130/3 133/22
143/21 194/4
**billion [1]** 8/5
**binding [3]** 33/9
47/20 65/13
**birthdate [8]** 22/18
22/20 22/21 22/23
31/20 76/3 76/7
101/24
**birthdays [1]** 31/21
**Biscayne [1]** 1/21
**bit [15]** 59/22 60/19
66/23 83/22 92/21
98/15 112/14 125/7
138/23 219/13 225/6
225/7 231/2 233/14
234/23
**black [3]** 235/25
236/5 236/8
**blame [1]** 193/19
**blank [1]** 105/18
**blocking [1]** 197/24
**blocks [1]** 52/17
**blow [2]** 107/21
138/23
**Blvd [3]** 1/21 2/3
286/22
**board [17]** 68/11
89/24 96/15 161/11
223/6 223/6 223/14
229/12 235/23 235/24
237/11 245/18 245/21
245/25 280/21 281/4
281/19
**board's [1]** 235/1
**body [3]** 89/25 90/2
223/1
**bold [2]** 14/14
221/19
**bolstering [1]**
203/14
**bond [4]** 13/5 13/6
33/16 33/18
**book [2]** 55/8 131/22
**BORA [2]** 89/24 90/5
**boss [2]** 122/25
123/2
**both [14]** 12/18

12/19 29/5 39/4 44/9
96/15 96/20 113/3
114/4 159/16 222/25
252/20 257/9 277/6
**bottle [2]** 221/8
221/8
**bottom [22]** 87/14
92/12 151/15 152/23
173/8 173/22 175/3
176/18 219/12 222/11
239/4 243/9 243/15
243/15 244/17 252/11
253/2 253/6 269/1
269/3 280/1 285/17
**bouncer [1]** 213/1
**BOWEN [1]** 1/20
**box [4]** 173/10 240/1
240/8 280/1
**brainstorming [5]**
128/18 131/4 131/6
152/9 153/24
**brand [3]** 88/23
88/23 277/25
**break [7]** 51/16 59/7
62/1 109/24 112/18
262/9 262/9
**breakage [1]** 19/24
**breathe [1]** 37/7
**brick [2]** 71/21 71/23
**Brickell [1]** 140/10
**brief [2]** 164/23
181/8
**briefly [3]** 112/16
164/23 217/10
**bright [1]** 56/13
**bring [30]** 4/12 4/19
5/9 6/23 25/5 45/12
53/12 53/13 64/2 75/3
75/15 81/8 85/1 116/9
116/21 117/8 117/23
166/23 168/24 177/17
211/22 212/5 223/4
223/17 227/17 227/24
250/4 262/17 283/2
283/5
**bringing [3]** 6/4
223/13 227/16
**brother [1]** 122/20
**brought [22]** 4/6
4/15 5/5 51/2 51/4
51/7 52/24 54/8 54/10
54/16 55/16 55/18
88/19 90/20 102/23
102/24 103/8 119/3
167/24 169/1 169/1
169/3
**Broward [1]** 286/22
**budget [1]** 184/2
**budgets [1]** 184/2
**build [1]** 71/1
**building [223]** 7/13
7/21 8/1 8/4 8/7 8/8

**B**

**building... [217]** 8/8
8/12 8/15 9/16 10/11
10/12 10/22 11/8 12/6
12/8 13/14 13/20 14/4
14/20 16/5 16/21
16/23 17/1 17/20
17/21 17/25 18/2
18/11 18/15 20/2 20/5
20/8 21/14 21/17 22/1
22/10 22/18 22/20
23/2 23/11 24/5 26/20
26/21 27/2 27/9 27/16
27/18 28/14 28/17
29/12 30/22 30/23
31/20 31/21 31/22
32/2 32/5 32/5 32/7
33/10 34/1 34/2 34/8
34/22 35/2 35/3 35/4
35/5 35/12 35/17
35/19 36/1 36/21
36/23 37/12 37/24
38/24 38/25 39/7
42/12 42/15 43/20
43/21 44/22 44/25
45/1 45/4 45/5 45/23
46/15 46/20 47/21
57/24 58/17 64/1
64/20 65/18 68/4
69/11 70/3 70/4 70/7
70/10 70/15 70/21
71/24 72/5 74/12
74/17 74/17 74/18
74/20 74/23 75/24
76/3 78/15 79/5 80/24
81/9 82/11 82/15 84/6
84/15 85/6 85/11
86/16 88/25 89/15
89/25 90/6 92/10
93/16 94/20 96/16
96/18 96/22 96/25
97/9 97/10 98/5 100/2
100/10 100/11 101/23
101/25 102/1 102/20
102/21 103/10 103/13
104/10 105/10 105/17
105/23 106/13 107/14
108/24 108/25 110/25
111/16 111/25 112/1
112/3 114/15 121/9
123/5 123/9 123/10
123/11 129/21 130/21
130/22 130/22 130/23
130/24 130/25 134/19
134/21 140/15 141/20
142/25 150/23 150/24
151/11 151/12 151/24
151/25 154/22 155/13
159/4 159/11 159/16
161/7 161/9 164/2
164/3 164/4 193/4

193/7 195/9 198/2
208/2 213/3 221/1
225/13 232/3 234/10
241/22 242/4 244/4
244/11 244/13 248/25
250/24 253/22 259/10
259/11 259/12 259/13
277/4 277/23 282/18
**building's [1]** 99/10
**buildings [13]** 8/14
9/2 9/8 9/10 10/24
11/1 11/2 22/23 22/25
84/14 104/16 196/3
275/23
**built [10]** 22/21
31/22 87/20 94/19
94/24 95/7 95/15
95/16 101/24 105/20
**bullet [2]** 146/9
146/10
**bunch [4]** 53/23
56/12 272/10 276/11
**Bush [18]** 164/17
164/18 166/21 167/14
168/24 172/8 173/4
173/19 173/21 174/4
174/9 174/11 174/19
174/20 175/4 176/13
177/3 177/9
**busiest [1]** 113/17
**business [58]** 55/8
78/14 80/6 86/15
88/22 104/10 118/12
148/4 148/12 148/16
148/20 173/17 173/20
173/23 191/19 193/6
193/9 193/16 194/21
198/19 199/18 208/22
209/25 210/1 210/10
211/10 211/17 216/17
221/7 224/20 225/3
225/5 226/3 232/2
232/3 233/20 233/21
234/1 234/2 236/9
236/18 236/21 237/3
237/9 238/2 238/4
238/9 238/18 240/17
240/20 240/22 240/23
241/2 241/8 241/11
268/10 270/7 285/6
**businesses [10]**
200/4 209/18 209/24
211/24 212/2 212/5
212/6 216/20 217/17
224/17
**businessman [1]**
194/21
**businessmen [1]**
209/19
**but [96]** 4/15 5/19
9/4 10/5 11/13 13/17
15/7 19/18 24/1 30/14

32/13 34/1 34/13 47/2
55/15 56/16 59/15
60/7 61/3 64/12 64/20
66/23 71/24 74/25
83/22 94/10 95/22
96/19 100/4 108/1
129/13 129/20 130/19
132/10 133/5 135/1
136/6 146/3 146/17
149/13 150/11 153/3
154/16 155/20 157/20
160/10 163/8 168/11
169/2 169/12 170/9
170/25 172/13 172/21
173/19 175/12 175/15
176/9 176/12 188/22
189/21 196/3 199/20
200/13 201/20 205/3
205/14 206/16 206/19
207/9 207/23 208/5
208/10 210/4 211/12
212/14 219/14 225/7
225/9 226/12 227/25
228/3 230/25 233/14
234/23 236/2 241/16
250/2 257/4 267/23
273/11 277/8 278/6
282/6 283/3 283/7
**buy [1]** 200/8
**buying [1]** 169/24

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 286/14
**cafe [4]** 194/24
195/7 200/7 200/8
**cafes [1]** 194/23
**cage [2]** 108/2 108/5
**calculate [1]** 21/9
**calculation [4]** 21/2
21/18 21/25 42/3
**calculations [3]** 17/1
17/4 43/3
**calendar [4]** 9/12
27/5 27/10 114/17
**call [25]** 4/4 6/8
10/25 38/3 81/19
91/16 114/17 116/4
119/23 156/22 161/22
161/23 164/2 165/7
177/23 182/24 205/24
206/3 215/13 215/17
265/15 265/17 271/21
272/17 272/23
**Calle [19]** 68/9
111/11 140/10 191/10
193/2 195/12 195/18
196/11 196/20 197/24
198/19 199/18 199/20
200/11 200/12 224/8
224/20 224/25 225/3
**called [30]** 12/10

37/19 41/1 49/4 52/18
52/20 72/17 81/13
102/8 111/4 124/23
163/24 165/9 189/23
191/11 195/4 195/12
200/23 205/14 207/6
212/10 214/6 218/16
221/12 226/10 230/9
245/16 249/8 252/24
262/4
**calling [3]** 205/7
205/11 272/25
**calls [10]** 28/20
37/14 37/25 158/6
158/11 177/24 182/22
187/19 205/17 216/2
**came [12]** 7/17 7/18
29/12 55/22 122/11
129/15 152/5 194/18
198/21 199/8 208/16
212/24
**can [171]** 4/20 4/21
5/14 6/9 6/23 10/8
12/13 13/25 15/2 15/6
15/14 15/22 17/12
19/13 19/18 22/7
25/12 30/2 37/6 37/7
39/14 41/11 42/13
42/21 43/22 45/8
45/18 46/25 47/13
49/16 50/6 50/12
51/10 51/11 53/9
53/12 53/12 54/1
54/12 55/19 56/6
60/19 61/16 66/16
68/18 69/10 69/12
69/24 70/5 70/12
73/10 73/11 73/11
77/25 78/24 82/18
88/2 88/2 88/4 88/16
90/2 91/2 92/4 93/3
97/7 99/15 106/23
110/4 110/9 110/15
111/7 111/20 111/21
112/13 114/6 114/14
119/1 121/12 121/25
122/10 123/12 124/24
127/5 131/10 135/25
136/14 136/15 138/23
141/5 141/24 142/7
142/9 144/10 145/7
151/14 151/14 152/2
167/23 169/25 170/24
172/25 173/6 175/12
176/17 177/3 182/14
183/19 186/9 189/21
205/1 206/3 206/12
206/16 207/20 210/4
211/4 211/5 211/6
212/9 212/21 213/3
215/17 217/10 217/14
219/14 220/22 221/2

221/10 221/18 221/21
222/21 223/10 223/14
225/9 227/4 227/7
227/8 229/2 229/6
229/7 229/9 229/23
239/3 246/3 246/7
248/20 251/18 256/22
263/18 263/18 264/2
264/6 264/18 264/19
264/20 267/1 267/3
267/5 270/2 270/14
270/24 271/23 272/6
280/16 283/1 283/5
283/18 285/5 285/17
286/2 286/9
**Can you [1]** 151/14
**can't [12]** 50/3 63/6
114/14 120/23 169/11
169/13 169/18 174/11
191/18 204/15 214/17
283/2
**candid [1]** 95/10
**candidly [2]** 4/24 5/4
**cannot [12]** 4/19
19/18 50/8 52/9
100/23 103/10 114/11
173/18 188/21 205/2
205/3 212/11
**capacity [2]** 180/21
180/23
**Caprio [2]** 1/11 6/14
**caps [1]** 129/15
**care [1]** 173/25
**carefully [2]** 144/20
144/23
**CAROLLO [93]** 1/6
4/8 6/11 6/18 24/13
24/15 24/22 34/16
46/11 53/3 56/18 63/8
68/1 90/12 102/25
103/3 118/6 125/4
132/25 133/2 134/18
134/20 135/2 135/8
143/10 144/17 149/12
149/13 151/7 152/25
156/5 173/14 175/1
177/24 178/6 179/16
184/18 184/20 185/3
186/15 186/21 187/4
187/17 188/25 189/5
189/14 189/15 191/14
193/20 193/22 195/21
198/23 201/6 201/9
201/10 201/13 202/7
202/16 202/24 203/6
203/12 204/5 205/8
205/12 206/12 206/24
213/21 213/22 215/1
216/2 247/17 247/22
247/25 254/21 254/25
255/4 255/6 258/11
260/8 261/14 261/17

**C**

**CAROLLO... [12]**
266/4 266/17 272/14
272/23 272/25 274/18
274/22 275/1 275/2
275/10 275/18 284/14
**Carollo's [7]** 24/18
132/17 133/3 133/5
133/17 134/24 271/6
**carries [1]** 63/24
**carry [1]** 96/19
**cars [2]** 197/24
197/25
**case [77]** 1/2 5/6
5/25 6/8 6/11 16/22
20/7 24/4 24/9 25/6
25/11 26/5 33/17
40/15 45/10 45/22
47/1 50/17 50/23
51/19 52/3 54/2 54/5
54/5 54/10 55/8 61/11
68/23 68/24 73/12
84/16 96/1 96/3 96/18
96/19 103/22 107/7
108/3 108/15 108/19
109/17 109/18 113/5
113/6 113/8 113/22
114/3 114/22 124/3
125/15 142/14 164/19
168/25 168/25 169/12
173/5 173/7 173/13
173/25 174/15 174/23
175/1 175/11 175/17
176/18 177/3 182/12
194/5 234/21 250/9
253/16 260/16 281/19
285/19 285/25 286/3
286/7
**cases [10]** 4/23 5/14
5/19 5/20 112/24
113/16 113/18 113/19
235/18 281/25
**catch [3]** 94/21 96/2
102/4
**caught [3]** 34/23
87/20 156/25
**caused [3]** 179/18
200/17 257/20
**CBS [4]** 81/4 84/24
105/15 111/7
**ceiling [2]** 84/25
85/1
**cell [1]** 272/17
**cellphone [1]** 272/18
**center [9]** 49/5
50/20 52/16 57/15
63/13 64/14 103/23
104/1 265/10
**century [1]** 13/16
**certain [9]** 8/10 8/10
26/16 63/22 84/16

125/15 192/22 285/11
285/21
**certainly [8]** 56/10
120/8 135/1 135/6
148/2 149/5 149/9
189/21
**certificate [9]**
141/13 141/14 147/12
147/16 147/20 217/16
221/1 232/1 233/16
**Certificates [2]**
150/25 216/20
**certification [6]**
10/3 23/2 137/9
148/18 217/23 218/7
**certifications [2]**
217/25 218/3
**certified [2]** 147/9
233/7
**certify [1]** 286/16
**cetera [3]** 182/24
184/3 191/20
**chain [50]** 23/12
52/4 55/10 73/16
73/22 76/7 77/24 83/3
84/24 88/14 89/10
110/19 135/19 141/10
142/16 143/21 145/4
146/18 146/20 147/16
148/6 152/19 153/20
154/15 154/16 156/17
156/24 156/25 157/2
157/11 157/12 163/8
163/14 194/18 197/6
197/16 197/21 198/4
198/15 200/16 208/24
212/9 212/10 212/13
212/25 213/7 248/16
254/7 256/2 268/7
**chance [2]** 50/1
265/12
**change [9]** 5/11 23/1
23/7 131/25 132/1
143/2 159/21 180/4
199/24
**changed [3]** 8/25
69/20 76/16
**changes [2]** 9/11
139/10
**changing [4]** 20/2
100/9 100/11 159/19
**chapter [8]** 18/4
56/6 81/1 96/24 97/1
150/21 153/10 153/12
**character [1]** 187/5
**charge [2]** 204/12
204/16
**charged [1]** 246/14
**charging [3]** 283/15
284/21 285/1
**chart [5]** 137/4
224/12 224/12 225/9

228/7
**charter [6]** 52/19
184/7 189/20 204/7
204/9 204/17
**check [11]** 13/17
13/24 79/8 105/12
191/25 208/13 220/25
226/11 257/11 270/10
270/18
**checked [2]** 240/8
**checkmark [2]**
241/25 242/15
**cherrypicked [1]**
265/3
**chief [7]** 44/23 113/5
136/18 142/9 145/23
146/13 286/7
**choose [2]** 74/8
139/14
**chose [2]** 55/14
163/18
**chosen [1]** 24/13
**circle [3]** 128/18
131/13 151/15
**Circuit [2]** 4/17 4/18
**circulate [1]** 284/25
**circumstance [7]**
46/2 46/13 46/22
47/15 47/19 111/19
113/11
**circumstances [1]**
98/21
**citation [1]** 256/10
**citations [2]** 105/11
275/24
**cite [2]** 96/17 259/14
**cited [8]** 58/24 72/20
79/7 195/18 196/4
223/5 230/14 246/12
**cites [2]** 4/17 18/1
**Citizen [1]** 228/11
**citizens [3]** 216/18
220/14 228/15
**city [258]** 8/19 8/22
8/23 9/7 9/10 9/15
12/20 12/24 13/13
13/13 13/23 14/3 14/4
14/12 24/8 24/11
26/20 26/21 27/20
28/1 30/17 33/2 33/7
33/17 34/21 35/4
38/22 46/8 46/9 53/18
53/22 57/23 63/17
66/3 68/7 68/22 70/13
74/5 79/3 79/4 80/6
84/5 84/23 86/19
88/24 90/1 90/6 96/23
97/5 97/5 97/8 104/10
104/16 105/9 110/24
118/3 120/10 121/7
122/25 123/3 123/13
126/13 127/16 129/1

129/11 130/8 131/11
131/15 132/6 132/9
132/13 140/4 148/10
148/16 148/18 149/8
150/20 150/22 150/22
151/8 151/8 151/16
152/12 153/9 153/10
156/6 156/23 156/25
157/1 157/4 157/11
157/19 160/2 163/13
164/1 164/6 167/7
174/7 178/8 178/8
178/17 178/18 178/19
178/20 178/22 178/23
178/23 179/15 179/16
179/18 179/24 180/9
180/10 180/18 181/6
181/6 181/9 182/6
182/17 182/20 182/21
183/4 183/5 183/11
183/12 183/15 183/20
183/21 183/23 183/24
183/25 184/7 184/11
184/17 184/19 184/25
185/12 185/14 185/14
185/20 186/1 187/13
187/25 189/10 189/13
189/20 189/24 190/6
190/13 190/14 190/22
191/15 192/2 192/3
192/8 192/22 193/2
193/13 194/16 195/8
195/17 196/11 196/12
196/19 197/2 197/5
197/14 198/8 198/11
198/18 198/22 199/7
199/13 200/13 201/12
201/22 202/2 202/12
203/7 203/11 203/17
204/4 204/7 204/12
204/18 204/23 205/17
205/18 205/24 205/25
206/4 208/15 208/22
210/8 212/4 212/12
212/15 212/24 213/7
213/13 214/13 214/23
215/6 215/6 216/16
216/21 216/23 216/24
217/11 217/14 217/18
218/6 220/12 222/3
224/15 224/17 225/24
226/4 226/11 226/12
226/14 226/17 226/24
227/1 227/4 228/3
228/9 229/17 229/19
229/20 229/23 230/1
233/2 234/21 235/6
235/19 238/8 238/12
239/20 239/21 242/15
246/10 249/1 252/2
252/18 258/4 258/15
262/4 263/2 276/24

278/3 278/7 280/17
280/19 280/25 281/8
281/9 281/13
**city's [9]** 125/1
126/20 130/5 147/20
156/20 156/21 161/9
184/4 222/4
**city-wide [1]** 8/22
**citywide [1]** 209/6
**civic [1]** 222/2
**civil [3]** 113/19
184/14 222/24
**claim [3]** 155/25
173/24 174/24
**claims [1]** 173/6
**clarification [2]**
54/14 173/12
**clarify [2]** 40/8
162/24
**clarifying [1]** 150/14
**Class [2]** 141/19
141/19
**clause [2]** 151/1
153/18
**clean [1]** 112/13
**clear [21]** 4/16 5/10
50/18 53/7 63/8 74/25
95/14 97/3 156/22
172/17 173/12 174/3
176/11 176/12 285/18
286/2 286/2 286/2
**clearest [1]** 5/5
**clearly [10]** 126/21
127/19 162/18 167/23
168/21 169/4 169/14
169/22 172/16 172/21
**clerk's [4]** 46/6 46/9
63/7 178/21
**client [3]** 155/23
155/25 157/5
**clients [1]** 56/23
**clogging [1]** 200/15
**close [3]** 9/22 94/22
285/6
**closed [5]** 13/19
22/11 22/11 101/6
103/9
**closer [1]** 107/21
**closeup [2]** 60/13
62/7
**closing [1]** 84/19
**closings [1]** 5/18
**co [6]** 75/22 148/1
148/3 149/10 157/7
161/18
**co-counsel [1]**
161/18
**coached [3]** 167/25
168/11 168/12
**coaching [1]** 167/5
**code [225]** 10/10

**C**

**code... [224]** 12/25
13/15 13/17 13/24
18/2 18/4 18/11 22/15
23/15 28/16 33/7
33/10 33/11 34/8
37/24 47/22 47/22
65/19 65/19 70/3 70/4
70/7 70/10 70/15
71/24 74/16 74/19
79/6 79/8 80/24 81/1
81/9 84/6 89/11 89/15
93/16 94/25 94/25
96/13 96/13 96/14
96/16 96/19 96/21
96/22 96/23 96/25
97/5 97/5 97/8 97/11
100/3 105/10 105/12
105/23 106/13 108/4
111/1 111/16 121/9
126/14 130/24 131/25
132/1 142/10 150/22
150/22 153/10 155/6
161/10 172/2 182/17
182/19 182/23 182/24
182/25 183/2 188/16
188/22 191/15 192/10
192/10 192/22 193/3
193/10 195/8 197/6
198/2 199/3 199/4
199/8 199/21 199/22
199/24 199/25 200/2
200/10 201/15 205/10
205/16 206/13 206/25
207/10 207/15 207/17
207/18 207/22 207/23
207/25 208/4 208/18
209/3 209/8 209/14
209/14 209/19 209/23
209/24 210/21 210/21
211/1 211/6 211/18
211/22 212/1 212/2
214/14 214/24 216/25
217/1 217/5 217/7
217/8 217/10 217/11
217/18 217/19 217/23
218/4 218/9 218/12
218/17 218/22 218/25
219/1 219/4 219/6
219/14 219/19 219/22
219/25 220/1 220/7
220/8 220/12 220/16
220/19 221/4 221/22
221/23 221/25 222/1
222/12 222/18 222/22
223/5 223/14 223/16
224/19 224/25 225/15
225/18 226/5 226/11
226/18 227/11 228/4
228/11 228/18 228/24
229/11 229/12 229/17

229/19 232/14 233/10
233/23 235/10 235/23
235/24 237/10 238/5
238/11 239/11 239/16
240/10 240/16 242/21
243/21 244/2 244/9
244/20 245/21 245/22
245/25 246/1 252/5
254/2 256/8 263/22
275/18 275/21 277/1
278/3 278/6 280/21
280/22 281/2 281/3
281/4 281/7 281/22
282/7 282/12
**coded [1]** 228/7
**codes [4]** 33/12
47/23 65/20 222/5
**CofM [1]** 127/11
**Cohen [1]** 136/14
**COLE [1]** 2/2
**collapse [1]** 19/19
**colleagues [1]**
169/17
**collect [1]** 36/21
**College [1]** 181/12
**color [3]** 224/12
228/7 236/2
**column [3]** 22/5 22/6
41/15
**columns [4]** 60/5
60/13 62/7 66/25
**come [23]** 8/24
12/25 25/10 31/8 32/3
33/3 36/15 40/20 48/3
48/9 54/24 74/6 81/17
111/21 114/6 118/3
118/24 119/2 152/9
169/6 197/15 201/22
212/6
**comes [5]** 126/21
127/19 132/21 169/16
174/21
**coming [4]** 56/12
181/9 189/22 278/6
**command [1]** 131/2
**commenced [4]**
14/25 16/13 118/21
119/4
**comment [2]** 15/7
271/23
**commentary [1]**
58/22
**commenting [1]**
15/8
**comments [2]**
242/19 252/11
**commercial [5]**
22/24 29/7 36/1 99/19
104/18
**Commission [11]**
34/20 143/24 149/22
150/21 152/12 153/10

183/12 183/24 183/25
184/4 223/7
**commissioner [73]**
6/18 24/17 46/11 63/8
68/1 102/25 103/3
132/17 135/8 149/12
149/13 151/7 152/25
173/14 177/24 178/6
186/14 186/21 187/3
187/6 187/8 187/15
187/17 187/24 188/8
188/20 188/25 189/5
189/14 189/15 190/15
191/14 193/20 193/22
195/21 195/22 201/13
202/7 204/15 205/17
206/6 206/12 206/24
208/16 213/22 214/1
215/1 216/2 247/17
247/18 247/22 247/25
254/21 254/25 255/4
255/6 258/11 258/12
260/8 261/14 261/17
266/4 266/16 272/14
272/23 272/25 274/18
274/22 275/1 275/2
275/10 275/18 284/14
**commissioners [11]**
35/22 90/14 118/8
183/24 184/5 190/1
190/4 204/9 205/24
206/3 275/23
**commitment [3]**
33/9 47/20 65/14
**committed [1]** 263/7
**common [3]** 168/14
173/1 177/2
**communicate [3]**
64/11 203/11 281/6
**communicating [2]**
174/7 278/3
**communication [9]**
167/10 170/19 174/12
174/20 187/11 194/9
206/6 281/12 281/17
**communications [4]**
176/2 190/7 280/19
280/24
**communities [1]**
211/25
**community [3]**
209/18 222/2 222/6
**company [3]** 4/13
48/2 175/5
**compared [1]** 44/14
**compensation [1]**
27/23
**compile [2]** 235/18
239/21
**compiled [3]** 238/11
238/20 256/7
**complain [1]** 182/24

**complained [2]**
212/10 213/7
**complaining [1]**
275/2
**complaint [10]**
55/12 132/21 133/8
133/9 226/15 230/14
256/23 257/24 258/2
258/4
**complaints [20]**
132/5 132/9 132/12
132/14 132/16 132/19
132/24 197/25 198/21
199/2 200/14 208/24
212/8 213/9 213/12
217/13 257/3 271/12
272/13 273/1
**complete [8]** 46/21
64/1 70/19 167/11
167/12 170/19 171/21
240/4
**completed [14]**
26/22 27/11 59/17
62/9 81/5 81/21 89/4
89/14 94/9 94/10
98/20 99/17 249/21
253/8
**completely [4]**
152/16 155/20 166/21
277/9
**completeness [1]**
172/14
**completing [1]**
76/21
**completion [1]**
240/10
**complex [3]** 10/25
40/3 99/23
**compliance [122]**
8/16 10/11 10/22
11/18 11/20 12/11
12/13 12/14 12/20
12/25 25/6 25/10
25/20 25/21 26/9
26/12 26/16 26/18
28/19 28/23 29/1 29/3
31/8 32/3 32/16 33/3
33/10 33/17 33/20
34/14 34/16 34/18
35/5 35/20 45/13 47/1
47/10 47/13 47/16
48/3 48/10 48/14
48/16 64/3 64/24 65/2
65/7 65/9 73/21 74/6
75/4 75/16 79/6 81/8
81/17 85/2 88/20
89/12 89/18 90/9
90/21 96/13 96/14
96/16 96/20 100/7
102/23 102/24 103/8
105/11 117/23 118/4
118/11 118/24 119/2

126/14 200/5 211/23
211/24 212/5 212/7
217/5 217/7 218/9
218/14 218/17 218/22
218/25 219/1 219/4
219/7 219/14 219/19
219/23 219/25 220/1
220/7 220/20 221/4
221/22 221/23 221/25
221/25 222/1 222/12
222/18 222/22 223/4
223/13 223/17 224/19
225/15 226/5 227/18
227/24 228/4 228/11
228/18 238/6 240/16
241/16 246/5
**compliant [2]** 99/20
145/11
**complied [4]** 34/1
237/4 240/5 246/17
**complies [2]** 23/14
74/18
**comply [20]** 13/7
26/15 28/19 46/22
70/7 70/9 70/14 71/4
71/20 94/25 99/24
126/23 128/11 130/10
157/6 211/11 221/2
228/1 246/5 246/17
**complying [3]** 90/6
154/21 223/11
**component [2]**
36/22 111/25
**components [3]**
20/7 43/4 76/16
**compromised [1]**
223/7
**computer [1]** 234/24
**concept [3]** 102/11
189/23 222/15
**concern [11]** 37/8
59/2 107/25 108/2
108/7 112/23 113/14
133/10 159/25 188/12
202/24
**concerned [2]**
137/25 137/25
**concerning [4]** 52/2
57/14 60/15 60/16
**concerns [5]** 89/17
146/7 198/12 202/7
277/4
**concert [1]** 39/6
**concluded [2]** 89/9
126/19
**conclusion [7]** 38/1
179/15 179/18 192/16
196/5 220/3 230/5
**concrete [11]** 43/17
59/7 60/9 61/22 62/2
93/24 105/16 120/19
120/21 121/12 277/6

**C**

**condition [15]** 18/21
18/25 23/22 23/23
31/4 37/10 59/16
60/13 67/21 67/23
88/14 95/21 107/3
107/9 111/8
**conditioner [3]**
103/17 107/20 111/22
**conditioning [1]**
71/9
**conditions [24]**
44/24 58/24 59/10
61/10 68/7 76/17
84/10 84/16 105/20
107/6 126/22 127/20
240/5 240/8 241/25
242/3 242/16 242/19
242/22 243/2 282/13
282/13 282/16 282/18
**conduct [7]** 148/20
170/12 217/16 222/6
222/9 249/10 256/4
**conducted [3]**
233/21 243/20 246/11
**conducting [4]**
134/19 135/7 232/3
234/1
**conference [3]**
283/15 284/22 285/2
**confines [1]** 169/13
**confirm [1]** 167/3
**confirmed [2]**
166/16 167/4
**conflicted [1]**
241/17
**conformity [9]** 61/6
69/2 80/6 84/8 86/22
91/18 99/8 111/15
112/4
**congratulate [1]**
214/7
**conjunction [1]**
43/17
**connection [8]**
42/11 151/21 207/21
238/25 247/24 252/5
256/8 257/8
**connections [1]**
193/5
**conscious [2]** 168/7
172/23
**consider [2]** 5/19
11/11
**considering [1]**
179/4
**consistent [1]** 51/21
**conspicuous [3]**
30/21 85/14 108/15
**constantly [2]**
270/10 270/18

**constellation [1]**
102/13
**constituents [1]**
182/22
**construct [1]** 210/10
**construction [13]**
8/6 18/7 26/22 95/23
99/3 118/21 164/5
208/6 210/2 217/17
250/24 253/8 274/19
**consult [2]** 161/16
161/17
**consultant [1]**
157/14
**consulted [1]** 232/8
**contact [1]** 281/9
**contacted [1]** 266/8
**contained [2]** 42/3
43/3
**container [23]** 69/10
70/22 71/22 71/23
72/8 191/10 191/20
192/14 192/24 193/2
193/20 193/23 194/1
194/10 207/4 207/8
207/15 230/11 230/24
231/25 232/12 232/21
243/20
**containers [5]** 69/20
70/12 70/13 70/13
196/2
**containing [5]** 37/3
37/11 150/25 153/17
159/5
**contains [1]** 36/23
**context [5]** 20/4
32/8 92/9 112/3 143/6
**continue [9]** 57/8
61/12 82/19 82/23
109/24 116/16 179/7
179/11 267/15
**continued [4]** 2/1
7/10 102/3 102/6
**continues [3]** 44/21
67/10 243/4
**continuing [2]** 18/24
107/8
**contract [3]** 12/20
32/20 33/2
**contractor [15]**
14/21 17/20 27/19
27/21 27/23 27/25
28/2 28/7 28/15 37/2
99/1 99/2 99/4 99/5
159/24
**contractors [5]** 12/7
24/6 30/23 38/25
98/25
**contracts [1]** 184/15
**control [2]** 172/21
183/7
**conversation [20]**

135/6 162/13 162/15
162/17 162/19 165/7
165/10 168/15 170/22
171/22 174/18 175/8
187/10 187/24 189/19
194/11 194/20 194/22
205/9 205/15
**conversations [5]**
88/18 167/2 193/11
206/12 214/8
**convey [1]** 56/21
**cooperating [1]**
123/23
**cooperation [1]**
125/3
**coordinate [1]** 44/23
**coordination [1]**
151/7
**copied [6]** 123/17
133/21 271/4 272/10
273/11 279/11
**copies [5]** 58/1
104/7 104/13 147/8
162/1
**copy [27]** 7/23 13/13
14/16 29/11 30/19
49/18 77/18 77/25
78/2 78/12 79/3 84/5
88/11 108/18 110/24
124/25 125/20 136/23
137/2 165/21 170/8
171/12 219/4 242/19
269/7 273/13 279/5
**corner [1]** 23/20
**corners [1]** 55/12
**correct [289]**
**corrected [4]** 102/21
102/24 213/5 246/15
**Correction [1]** 81/4
**corrections [1]** 90/8
**correctly [8]** 12/23
46/18 66/2 105/14
145/4 196/1 216/11
240/10
**correspond [1]** 14/6
**corrode [1]** 62/1
**corroded [1]** 67/10
**costs [4]** 60/22 60/23
91/12 106/5
**could [69]** 10/3
11/16 12/18 15/2
15/25 20/1 20/9 24/3
24/3 24/4 33/14 39/19
39/19 43/23 44/19
47/14 55/14 58/12
59/22 61/20 64/4 65/1
66/6 69/9 69/13 77/21
79/9 83/16 84/12 86/8
86/9 94/1 99/9 100/15
108/1 112/13 117/17
123/14 123/14 127/13
128/15 129/25 141/3

148/4 150/10 152/7
153/4 156/18 159/14
159/23 159/24 161/20
179/9 193/16 205/16
213/11 213/14 215/14
247/3 252/21 262/17
269/18 270/6 271/19
272/8 275/10 277/17
283/7 284/5
**couldn't [2]** 140/10
213/11
**Council [1]** 52/18
**counsel [22]** 4/20
6/12 38/6 50/14 97/14
136/3 154/4 156/4
160/23 161/18 161/21
162/10 167/15 203/22
209/1 239/7 243/10
247/13 251/9 255/19
255/23 261/22
**country [1]** 113/18
**county [20]** 18/4
18/6 18/7 22/22 28/16
37/18 46/9 70/17 81/1
89/24 90/1 93/16
101/22 181/10 181/14
181/19 208/5 208/6
210/9 258/3
**couple [8]** 16/1 22/3
22/8 23/16 39/10
237/22 243/5 265/4
**course [11]** 57/23
76/21 77/23 104/10
168/11 186/16 198/12
217/7 219/6 254/4
286/6
**court [52]** 1/1 4/4
4/5 4/10 4/13 4/21
5/1 5/7 5/25 49/17
50/5 51/22 53/25 55/5
56/24 57/3 112/25
113/3 113/5 113/5
113/10 113/16 113/17
116/4 116/5 116/17
162/8 163/4 165/4
168/14 169/6 169/19
169/20 169/20 169/20
170/4 172/20 172/21
174/22 175/13 176/6
176/25 177/16 202/19
216/10 262/3 285/20
285/24 285/25 286/4
286/5 286/21
**Court's [16]** 4/12
4/15 5/9 113/2 162/9
166/18 166/25 168/8
169/22 170/13 172/5
172/7 175/8 175/15
177/4 285/2
**courtesy [2]** 137/22
138/20
**courthouse [1]**

114/13
**Courtney [2]** 1/11
6/14
**courtroom [11]** 7/1
51/25 57/5 112/21
116/11 129/15 165/1
177/20 262/15 262/19
283/13
**cover [1]** 136/6
**coverings [1]** 129/15
**COVID [3]** 128/23
163/23 164/1
**CP [1]** 81/4
**cracked [1]** 22/5
**cracking [7]** 60/9
60/11 61/22 61/25
120/19 120/21 121/12
**create [5]** 14/4
56/16 131/23 196/2
199/16
**created [1]** 199/21
**creates [1]** 14/3
**creative [1]** 172/25
**credit [2]** 13/5 13/6
**criminal [2]** 113/16
114/16
**critical [1]** 20/7
**criticism [2]** 188/4
188/7
**cross [19]** 3/3 30/2
68/18 82/19 114/1
119/10 149/24 167/15
168/9 169/11 175/13
203/22 204/2 229/7
262/2 262/22 265/12
280/11 286/7
**cross-examination
[6]** 82/19 114/1
167/15 203/22 262/22
280/11
**cross-examine [4]**
30/2 68/18 229/7
265/12
**crossing [1]** 155/14
**crossover [1]** 189/4
**crowded [1]** 213/1
**CRR [1]** 286/20
**CU [2]** 151/5 157/7
**Cuban [1]** 52/18
**curative [1]** 5/2 5/16
5/17
**cure [1]** 4/25
**current [3]** 7/22
170/10 218/6
**currently [2]** 180/21
216/15
**curtail [1]** 113/5
**Curtis [26]** 11/21
11/22 14/1 16/1 17/11
23/17 25/14 41/12
58/12 60/19 60/24
61/16 62/3 62/11 64/5

**C**

**Curtis... [11]** 65/1
65/3 66/9 79/10 80/15
83/12 85/6 92/22
94/12 108/21 112/6
**CUs [2]** 151/11
151/12
**custody [1]** 23/12
**cut [2]** 17/23 127/21
**CV [1]** 1/2 6/11

**D**

**Dade [19]** 18/4 18/6
22/22 28/16 37/18
46/9 70/17 81/1 89/24
90/1 93/16 101/22
105/21 181/10 181/12
181/14 208/5 208/6
210/9
**Dadeland [1]** 2/3
**daily [2]** 60/16 111/2
**Daly [4]** 4/13 4/16
5/4 6/5
**damage [5]** 84/25
85/1 86/17 87/1 89/5
**Dancing [1]** 140/12
**Daniel [14]** 177/24
178/3 204/2 205/11
255/12 266/19 268/10
269/4 269/6 269/24
272/9 272/25 283/23
284/13
**date [44]** 14/6 14/13
22/1 27/5 30/18 31/21
31/22 36/12 36/15
39/3 46/7 62/16 63/2
77/21 78/5 97/15 98/7
101/23 101/23 101/24
103/8 108/17 137/2
142/21 150/6 151/2
153/2 153/3 153/18
235/20 237/13 237/20
237/23 238/1 239/4
246/19 247/10 247/15
247/18 249/16 250/17
258/7 258/25 264/2
**dated [4]** 36/17 47/7
246/2 249/15
**dates [14]** 26/16
31/24 33/21 33/21
33/23 33/25 46/13
46/15 63/22 137/20
144/1 213/9 247/7
247/9
**DAVIS [1]** 1/18
**Dawson [2]** 2/3 6/17
**day [26]** 1/8 5/13
22/20 22/21 55/13
65/11 83/23 95/22
111/13 128/17 130/17
130/20 131/6 131/9
133/16 143/23 149/14

151/5 152/9 153/16
153/24 249/9 249/9
249/11 258/13 283/20
**day-long [2]** 152/9
153/24
**daycare [1]** 60/17
**days [17]** 27/5 27/10
27/11 46/16 46/17
46/19 46/20 46/21
70/6 78/9 78/9 79/16
124/14 124/15 124/16
138/9 138/10
**deadline [2]** 146/1
146/3
**deal [2]** 281/2
281/24
**dealing [1]** 37/11
**dealings [2]** 195/4
231/3
**deals [3]** 83/18
123/7 285/9
**dealt [1]** 241/11
**death [1]** 113/12
**decades [3]** 8/2
59/16 121/1
**December [4]** 117/4
184/23 214/6 215/1
**December 2 [1]**
184/23
**December 9 [1]**
117/4
**decent [2]** 168/15
176/25
**decide [1]** 285/19
**decision [8]** 62/12
88/22 89/23 168/18
169/14 175/16 177/4
245/20
**decisions [2]** 184/5
222/8
**deck [9]** 81/20 83/5
83/20 84/21 84/25
86/3 87/10 87/15
88/25
**declared [1]** 117/25
**dedicated [2]** 100/6
100/6
**deem [1]** 84/15
**defendant [8]** 1/7
1/15 2/2 101/12 113/6
125/1 177/23 283/22
**defendant's [25]** 3/2
3/15 5/16 30/12 38/15
58/11 66/20 79/19
79/22 80/14 83/14
85/25 87/7 88/1 92/3
96/10 97/25 101/14
104/22 104/25 110/11
117/16 121/18 252/15
257/18
**defending [1]**
175/12

**defense [51]** 40/16
49/11 49/13 49/18
49/24 54/15 54/22
54/22 55/2 55/7 55/12
78/22 85/23 90/24
92/1 97/14 97/21
107/15 107/16 110/4
134/2 136/3 154/4
172/16 173/15 195/15
196/10 215/13 231/9
231/10 231/13 233/5
235/25 236/2 248/3
248/6 248/10 249/15
250/7 251/14 251/21
252/9 253/14 255/21
255/22 256/7 257/14
258/18 260/20 261/2
269/25
**defense is [1]** 49/13
**defenses [1]** 50/3
**deferred [1]** 90/3
**deficiency [2]** 8/17
9/16
**define [3]** 126/21
127/19 159/13
**defined [2]** 50/3
229/10
**definitely [2]** 83/22
175/25
**definition [3]** 159/15
159/16 263/4
**definitive [1]** 284/5
**degradation [1]**
67/10
**degrading [1]** 59/8
**degree [3]** 110/15
177/1 181/12
**deliberations [1]** 5/1
**demo [2]** 98/16
98/21
**demolish [18]** 17/11
17/16 33/18 35/25
53/19 53/23 105/22
160/1 160/2 160/4
160/8 160/12 160/13
160/14 161/6 161/8
161/9 161/12
**demolished [1]**
42/24
**demolition [12]** 13/7
35/16 35/25 36/10
36/16 40/22 42/24
94/9 94/9 98/18 99/2
277/8
**demoted [1]** 122/17
**denied [1]** 203/21
**Dennis [1]** 201/13
**deny [1]** 48/25
**department [92]**
7/13 7/22 8/2 8/4
9/17 13/15 13/20 17/1
24/23 27/2 27/16

29/12 31/1 32/5 34/7
35/4 38/22 57/24
58/18 64/20 68/4
70/21 72/5 74/13
74/24 75/24 78/15
79/6 82/11 84/6 86/16
86/20 94/20 96/16
96/16 96/18 96/22
98/6 102/21 105/10
105/11 110/25 123/5
123/9 123/10 123/11
129/21 134/19 134/22
146/4 150/23 151/12
154/22 155/14 181/16
182/25 189/11 189/12
199/3 199/22 207/19
208/2 210/20 210/25
216/15 216/22 216/25
217/1 217/3 217/16
218/10 218/14 218/16
218/17 219/1 222/12
223/24 226/22 228/4
228/9 228/15 234/25
242/19 249/1 249/1
253/11 253/22 259/13
259/13 278/4 280/23
282/18
**Department's [1]**
74/17
**departments [11]**
96/20 123/3 150/24
189/21 191/25 192/11
199/13 200/1 210/13
210/14 227/24
**departure [1]**
203/17
**depends [2]** 100/3
281/21
**depict [14]** 34/11
41/14 43/13 58/23
59/12 59/23 61/9
61/10 86/2 86/6 87/1
87/9 87/13 88/14
**depicted [11]** 20/10
20/18 21/8 39/11
42/23 67/13 92/24
93/5 93/21 94/15
254/10
**depicting [12]** 20/14
40/21 42/10 60/8
60/10 60/12 61/24
62/6 66/22 66/23 67/8
67/9
**depictions [1]** 99/13
**depicts [2]** 33/15
33/16
**deploy [1]** 86/20
**deposed [1]** 246/11
**deposition [10]**
125/17 125/18 125/19
125/20 125/23 125/25
132/8 164/8 167/16

167/17
**deputy [4]** 7/23 9/15
123/3 197/9
**describe [15]** 15/3
33/15 36/19 57/17
61/20 69/9 69/13
74/10 81/15 83/16
89/7 105/6 217/10
219/15 224/20
**described [19]**
12/24 26/24 33/6
43/20 43/21 62/25
105/8 126/17 192/14
201/6 201/9 224/7
230/11 247/21 249/25
251/6 260/11 261/1
261/14
**describing [3]** 39/21
39/23 268/22
**description [10]**
92/16 225/10 249/20
250/21 252/20 252/24
253/2 253/7 259/6
271/24
**deserves [1]** 170/14
**design [4]** 155/12
157/14 208/6 208/7
**designed [2]** 42/8
43/18
**desires [2]** 47/19
65/13
**Despite [1]** 61/14
**detail [2]** 238/9
257/12
**detailing [1]** 18/9
**details [1]** 146/15
**deteriorate [1]**
61/12
**determination [10]**
230/5 230/19 232/6
232/14 246/16 249/24
251/5 254/9 254/13
254/19
**determinations [2]**
247/24 260/11
**determine [16]**
10/21 32/2 76/8 82/10
193/1 227/4 229/20
229/23 242/21 242/22
242/25 243/22 245/10
259/11 259/21 261/6
**determined [4]**
94/23 135/18 232/9
233/18
**determining [1]**
4/11
**develop [1]** 157/5
**developers [1]**
216/17
**device [1]** 72/3
**devices [2]** 72/1
153/13

**D**

**diaphragm [1]** 41/4
**Diaz [3]** 136/17
138/12 284/2
**did [267]** 7/16 8/16
9/23 13/6 25/9 26/15
26/15 28/19 29/8
29/10 33/23 34/14
35/2 39/4 39/7 45/5
46/22 51/19 57/13
61/13 62/17 68/1 73/8
74/5 74/7 74/8 75/2
75/15 76/6 76/15
76/20 76/21 76/23
77/15 77/17 79/15
79/17 81/17 82/13
82/16 85/9 85/23
86/15 86/22 94/5 94/6
94/16 94/21 99/8
102/20 102/25 103/3
104/3 104/5 113/16
120/3 120/12 120/14
120/16 120/18 120/23
122/12 122/14 122/16
122/19 122/21 124/7
124/25 125/21 125/22
125/23 126/8 126/9
126/17 126/18 129/20
132/24 133/7 135/3
135/17 143/3 143/21
144/23 146/1 146/20
148/7 148/12 148/22
149/4 151/7 154/16
157/13 157/14 157/16
158/25 161/8 162/1
163/13 165/20 166/2
166/4 166/24 167/12
170/3 170/7 171/11
175/24 176/13 176/13
178/25 179/15 179/22
181/6 181/20 182/16
183/14 183/23 184/19
184/25 185/12 186/6
186/10 186/15 187/2
187/7 187/16 188/4
188/7 188/17 188/19
188/25 189/4 189/14
189/19 189/25 190/6
190/12 190/20 191/9
191/22 192/8 192/13
192/24 193/1 193/4
193/8 193/13 193/17
193/18 193/19 193/22
193/25 194/4 194/7
194/9 194/12 195/4
195/12 196/16 196/16
196/19 197/2 197/5
197/9 197/15 198/11
198/18 199/1 199/1
199/7 199/16 199/19
200/17 201/13 201/18

201/22 202/2 202/6
202/16 202/23 203/6
203/11 205/14 214/12
217/18 219/22 220/7
220/12 220/19 220/24
221/4 223/16 223/18
224/7 224/25 225/18
225/23 227/2 230/8
230/15 231/3 232/6
232/10 232/12 232/14
232/22 233/1 233/25
234/2 235/21 236/2
236/11 237/6 240/11
240/13 241/8 242/21
242/25 243/4 243/22
244/5 244/7 244/13
245/3 245/10 245/22
246/16 246/17 247/20
247/21 247/24 248/18
249/2 249/7 249/10
249/24 250/4 251/5
251/8 251/12 253/21
254/1 254/9 254/18
254/21 254/25 255/4
255/6 255/13 256/4
259/11 259/14 259/16
259/18 259/21 259/25
260/2 260/4 260/6
260/11 261/4 261/6
261/14 261/17 279/5
279/6 282/16
**Did you [1]** 79/15
**did you go [3]**
178/25 220/24 249/7
**didn't [33]** 11/9
17/23 21/13 40/10
48/22 50/1 54/10
55/15 74/25 75/12
102/4 132/8 132/23
152/9 152/15 154/20
162/15 167/21 167/21
168/21 169/2 176/24
187/15 191/1 191/16
199/22 205/2 214/11
243/1 259/12 260/3
267/20 274/11
**diem [2]** 96/19 223/8
**difference [4]**
169/11 185/22 186/2
282/12
**different [25]** 4/14
10/14 11/10 31/24
43/7 43/8 43/10 44/13
63/23 63/24 70/14
99/1 109/23 112/12
123/3 137/6 137/20
169/18 185/14 210/13
210/14 211/7 225/10
229/16 276/11
**differing [1]** 285/3
**difficult [4]** 44/4
44/10 66/23 85/10

**digging [2]** 15/17
15/23
**dime [1]** 175/4
**dimension [1]** 8/10
**Dimitri [1]** 160/14
**dire [2]** 166/16 170/2
**direct [15]** 3/3 7/10
54/8 55/24 73/11
82/20 162/9 166/18
168/9 170/10 171/25
178/3 179/11 216/6
286/6
**directed [1]** 201/9
**direction [7]** 184/1
184/3 189/4 190/12
190/20 190/22 247/22
**directives [1]** 189/1
**directly [7]** 162/23
166/19 173/16 174/14
182/25 198/21 204/10
**director [19]** 7/12
7/12 7/17 29/8 30/1
57/23 59/2 68/17
78/15 104/10 118/10
123/5 125/10 125/12
126/11 126/14 130/25
181/15 253/10
**directors [2]** 189/12
190/15
**disabilities [4]** 89/18
145/2 145/7 147/23
**disagree [2]** 130/16
151/23
**disciplined [1]** 95/13
**disconnect [2]** 44/24
45/1
**disconnection [1]**
44/17
**discuss [9]** 51/19
53/10 112/18 166/2
167/12 196/16 241/3
241/8 284/7
**discussed [15]**
116/7 118/22 141/4
141/13 162/25 165/14
165/24 166/19 167/3
187/11 284/2 284/17
284/17 284/19 285/21
**discussing [1]**
151/21
**discussion [4]**
129/18 179/9 188/17
285/21
**discussions [3]**
89/21 122/19 156/23
**disobey [1]** 168/8
**dispensing [2]**
191/20 200/8
**dispute [5]** 90/2
155/13 157/1 157/4
210/20
**disputes [2]** 90/2

211/1
**disregard [3]** 55/3
168/7 172/23
**distance [1]** 129/8
**district [13]** 1/1 1/1
1/9 10/7 169/8 186/15
189/14 198/20 199/18
224/21 224/21 225/3
225/5
**districts [3]** 10/6
113/17 113/18
**Division [2]** 129/22
150/21
**do [314]**
**do you [49]** 10/17
10/20 14/9 31/6 32/1
36/1 39/17 61/6 79/13
80/7 84/8 106/12
106/13 108/14 111/15
116/25 119/23 123/16
123/18 123/20 127/11
134/12 138/8 140/15
142/3 154/11 155/19
180/19 191/9 218/7
219/22 226/8 226/18
227/11 227/17 227/20
227/23 228/7 228/14
229/17 235/10 241/2
241/24 267/12 268/18
268/25 269/1 281/5
281/24
**do you see [42]** 61/2
62/20 77/13 128/5
128/7 139/11 140/13
140/16 142/5 144/12
150/4 150/6 151/14
152/22 222/13 224/13
228/4 228/12 231/14
234/14 235/25 236/17
237/24 238/16 241/24
242/1 243/13 244/18
247/2 248/11 250/12
251/22 256/17 257/9
258/21 264/22 264/22
264/24 269/6 274/19
276/16 279/25
**docket [3]** 113/2
114/11 114/16
**document [93]**
13/10 13/21 14/24
17/15 17/18 17/24
18/20 18/23 18/24
18/25 23/11 25/3
25/17 29/12 31/1 32/7
32/9 32/10 32/11 34/8
38/18 39/7 50/19 56/4
58/15 58/18 60/21
68/14 77/8 77/18 80/7
84/4 84/18 88/6 88/22
91/6 91/10 96/12 98/2
106/3 106/13 107/5
107/6 108/18 110/23

110/25 117/19 142/6
148/19 156/3 219/10
219/11 219/20 221/11
226/6 226/19 232/22
232/24 233/9 236/3
236/25 237/6 237/9
237/15 241/25 245/19
246/2 246/4 246/20
249/15 249/20 250/7
250/20 251/12 252/17
253/15 256/6 256/17
256/25 257/6 258/21
259/2 263/23 264/7
264/15 265/1 265/3
265/6 268/13 275/13
278/19 278/25 279/11
**documentation [5]**
31/6 32/1 57/14 226/3
247/21
**documented [11]**
13/23 16/4 16/5 16/6
23/8 31/23 92/18
108/7 111/13 111/24
112/2
**documenting [5]**
81/18 92/10 106/5
108/23 261/1
**documents [10]**
57/22 68/23 79/2
79/13 94/2 125/15
133/21 156/24 174/8
257/7
**does [101]** 8/11 14/4
14/6 14/8 15/10 20/4
22/18 23/19 26/1 26/6
26/9 29/16 33/20
33/22 34/20 36/15
37/24 41/14 43/12
45/21 45/22 45/24
45/25 46/1 47/25
48/18 58/3 58/23
59/12 59/23 61/12
62/10 63/17 64/11
64/13 68/4 68/14 70/8
71/4 71/7 71/9 71/11
71/13 72/3 74/11
74/12 86/2 86/6 87/9
87/13 88/13 89/2
93/16 94/25 99/1 99/2
99/4 101/16 105/15
106/6 109/2 110/22
120/21 134/17 136/22
142/12 144/22 146/4
146/14 159/20 164/1
171/1 172/10 178/17
213/6 217/10 222/15
224/15 226/24 227/1
229/19 230/1 230/4
234/9 239/16 242/9
242/18 243/9 243/18
250/23 253/6 256/2
256/25 257/2 268/5

**D**

**does... [6]** 271/24
275/21 280/19 281/2
282/5 282/7
**doesn't [12]** 49/25
56/24 59/15 63/8 82/6
120/21 204/19 223/4
263/10 263/23 264/17
269/22
**doing [20]** 5/3 14/21
34/23 41/16 54/6 75/1
100/10 102/25 118/6
118/8 133/8 175/19
180/14 187/14 214/22
220/19 220/24 227/12
230/15 266/17
**dollar [2]** 175/3
175/5
**don't [113]** 4/14
5/15 23/13 29/19
32/12 33/25 34/13
38/7 42/18 44/25
45/17 47/12 49/12
51/7 51/11 53/10
56/15 61/16 64/17
72/12 72/15 77/2 77/3
77/5 77/8 80/11 82/16
85/16 93/1 93/2 93/7
94/2 95/20 100/19
100/20 101/2 109/23
117/10 120/5 120/6
120/9 121/11 121/16
122/1 122/6 123/15
123/18 126/22 126/24
128/11 129/2 129/13
129/20 130/4 130/7
130/10 131/23 133/11
133/18 134/4 137/4
137/20 143/17 146/3
149/12 149/19 151/11
153/3 156/4 156/16
159/13 159/21 160/10
160/17 161/16 167/9
168/11 169/9 173/11
173/25 174/22 175/21
177/1 177/8 177/12
180/18 197/4 201/2
205/9 205/14 207/6
207/8 208/4 211/1
211/11 218/8 226/25
226/25 251/19 256/5
257/24 258/13 258/13
258/15 263/15 263/15
266/23 271/9 273/7
273/8 278/14 278/19
279/7
**done [69]** 13/21
13/22 15/10 17/4
21/20 23/14 25/5
27/21 35/7 35/12 36/5
36/10 39/15 40/22

42/3 43/5 48/9 48/14
48/15 60/7 72/22 73/4
73/5 73/8 80/8 82/12
89/10 93/11 100/23
102/13 102/19 103/14
103/18 112/5 114/22
118/10 122/2 122/20
132/24 133/12 135/19
135/19 143/20 146/2
146/5 146/6 154/25
155/4 155/5 157/23
159/8 163/15 168/2
168/19 169/7 171/8
172/17 172/19 174/13
176/3 190/1 190/2
190/3 248/13 254/10
259/18 261/6 261/9
277/15
**Dooley [12]** 131/15
151/16 276/11 276/22
276/24 280/17 281/6
281/13 281/18 281/24
284/11 284/12
**door [2]** 242/11
250/25
**double [1]** 81/13
**doublecheck [1]**
27/24
**doubled [1]** 55/16
**down [47]** 19/21
55/16 67/19 87/11
126/22 127/20 128/10
128/11 128/15 129/13
130/6 130/10 131/7
131/21 135/25 138/1
138/14 138/21 146/9
146/18 146/20 147/9
150/3 151/22 152/7
154/14 154/16 154/18
154/20 155/9 161/3
178/21 212/2 219/12
239/4 243/8 243/15
253/2 253/6 264/5
269/12 270/8 273/3
276/21 279/15 280/1
280/17
**Dr [1]** 123/4
**Dr. [1]** 140/3
**Dr. Ihekwaba [1]**
140/3
**draft [2]** 141/6
284/25
**drawings [6]** 81/7
88/23 89/12 154/23
157/14 157/14
**dress [1]** 169/23
**driveway [1]** 275/11
**dropped [2]** 116/8
194/10
**drove [2]** 191/24
214/19
**Dry [2]** 200/24 201/2

**due [4]** 83/23 102/10
172/3 222/25
**duly [1]** 246/10
**duplexes [8]** 40/13
45/10 48/23 52/3
54/16 54/19 54/21
55/22
**duplicative [1]**
284/18
**during [35]** 55/19
77/23 90/11 111/13
111/13 125/22 125/25
163/23 164/1 165/9
166/16 178/11 184/2
184/17 184/19 187/24
189/3 189/4 189/13
191/8 195/17 196/12
196/19 197/2 197/5
201/12 201/22 202/12
217/11 226/12 272/22
285/24 286/3 286/6
286/6
**duties [11]** 31/3
57/23 186/18 197/14
221/24 238/5 243/21
252/5 254/1 256/8
281/5
**duty [3]** 58/3 78/17
104/15
**DX [46]** 11/16 11/24
29/9 29/11 29/14
29/15 29/23 30/5 30/9
38/3 38/3 38/13 58/7
66/6 66/17 68/9 77/2
77/13 78/12 80/10
80/15 83/7 83/25 84/1
84/2 84/11 84/11
85/15 86/8 87/3 87/17
88/2 90/24 91/22 94/1
96/4 96/8 97/14 97/22
101/9 101/12 110/6
110/9 116/21 117/8
117/9
**DX 578 [1]** 91/22

**E**

**each [6]** 26/24 33/25
45/11 178/5 273/14
285/1
**earlier [5]** 19/8
107/14 114/8 267/20
276/8
**early [1]** 189/3
**easement [1]** 275/12
**East [1]** 286/22
**Eastern [1]** 4/13
**easy [2]** 99/23
100/13
**edge [1]** 19/20
**educate [2]** 220/14
228/18
**educating [2]** 222/4

222/16
**education [2]**
220/17 220/24
**effective [3]** 151/1
153/18 239/4
**effort [1]** 154/21
**efforts [1]** 160/1
**egress [2]** 108/5
108/8
**either [4]** 82/21 99/7
141/15 269/22
**el [14]** 49/5 50/20
54/20 55/22 57/15
63/12 72/17 103/23
104/1 106/10 140/13
265/10 273/19 280/1
**El Shopping [1]** 49/5
**elected [14]** 182/22
183/21 184/8 184/20
185/1 185/3 186/6
186/17 190/1 190/23
198/24 214/5 214/5
275/20
**election [4]** 179/22
182/7 182/11 185/13
**electrical [23]** 18/1
39/19 42/11 44/17
44/23 45/1 70/19 71/7
81/6 100/14 100/15
100/22 100/25 102/6
193/5 207/21 207/23
210/15 234/11 242/5
243/23 244/10 244/12
**electrically [1]**
102/3
**electrification [1]**
45/4
**electrified [7]** 42/12
42/13 44/25 45/6
108/24 108/25 109/11
**electrocuted [2]**
101/2 159/14
**electrocution [1]**
45/3
**electronic [2]**
127/22 233/2
**elevate [1]** 222/3
**elevators [1]** 121/16
**Eleventh [1]** 4/18
**elicit [1]** 173/19
**elicited [1]** 54/19
**eliminate [1]** 32/24
**Ellen [2]** 286/20
286/20
**else [14]** 40/4 52/13
102/5 121/15 124/1
125/6 141/21 165/17
165/24 166/1 170/4
174/17 186/12 210/5
**eluded [1]** 143/1
**eluding [1]** 146/13
**email [44]** 133/24

134/12 134/22 134/23
136/6 137/20 137/25
139/4 139/21 141/2
142/4 142/6 143/1
143/7 143/10 144/18
145/15 145/22 146/4
147/4 154/12 155/19
156/11 156/17 253/10
267/7 267/12 268/17
268/18 269/1 269/2
269/9 271/4 271/20
272/8 272/9 273/12
276/11 276/13 276/15
276/21 277/12 281/12
282/2
**emails [4]** 133/21
144/5 158/16 280/24
**Emilio [1]** 122/13
**employee [4]** 204/15
205/17 205/18 206/7
**employees [11]**
157/3 181/16 183/6
184/11 184/16 204/10
204/13 205/24 206/3
208/11 215/6
**empty [2]** 274/23
274/24
**enacted [2]** 151/4
152/13
**enclosed [1]** 95/3
**encourage [1]** 103/3
**end [11]** 43/11 65/2
95/22 110/18 110/19
114/5 162/21 167/22
170/14 172/8 182/21
**energy [1]** 70/18
**enforce [7]** 96/24
113/6 131/22 184/4
199/4 199/21 199/24
**enforced [1]** 213/4
**enforcement [35]**
13/15 84/7 111/1
188/16 193/10 199/3
199/8 199/25 201/5
206/13 207/10 209/19
217/1 217/1 217/23
223/6 223/14 223/16
224/25 229/12 233/10
235/23 235/24 237/11
245/17 245/21 245/23
245/25 246/1 275/19
275/21 280/21 280/22
281/3 281/4
**enforcing [4]** 191/16
214/14 214/24 222/4
**engineer [4]** 21/20
42/4 43/5 149/6
**engineering [3]** 18/9
149/1 208/8
**English [1]** 207/18
**Enhancement [1]**
240/7

**E**

**enhancing [1]** 100/6
**enlarge [4]** 136/14
141/3 150/3 151/14
**enough [2]** 116/6
232/20
**ensure [5]** 22/14
22/15 22/16 27/16
42/7
**enter [2]** 47/10
47/10
**entered [7]** 7/1 57/5
65/10 116/11 177/20
187/18 262/19
**entering [1]** 47/16
**enters [1]** 66/2
**entertain [1]** 50/5
**entire [18]** 8/19
22/24 46/16 72/10
93/10 93/10 96/23
102/13 126/13 127/16
129/1 131/3 131/6
162/9 170/15 183/4
265/6 281/22
**entities [1]** 148/15
**entitled [3]** 96/21
175/4 286/17
**entitlement [1]**
173/6
**entrance [1]** 108/16
**entrapped [1]** 108/6
**entries [1]** 280/3
**entry [3]** 269/19
269/20 269/22
**envelope [5]** 20/2
20/5 20/8 22/10
107/14
**environment [1]**
196/2
**equipment [5]** 39/18
39/19 39/19 39/21
111/10
**equivalent [1]** 74/22
**erroneous [1]**
147/21
**Esq [9]** 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3
**essentially [4]** 59/8
72/6 76/15 81/25
**establish [2]** 82/8
182/14
**established [4]**
52/12 69/21 155/10
157/18
**establishment [5]**
129/9 194/18 268/10
270/8 271/24
**estimate [1]** 113/1
**et [4]** 6/11 182/24
184/3 191/20

**evaluate [1]** 7/21
**even [25]** 25/1 25/7
25/9 26/23 45/25
113/5 113/21 121/16
121/23 132/23 133/11
137/18 146/18 152/15
156/4 161/3 167/4
175/3 176/24 177/8
177/9 177/11 210/20
220/8 286/7
**even-handedly [1]**
220/8
**evening [4]** 212/25
272/22 272/23 273/1
**evenings [2]** 199/21
200/3
**event [11]** 36/25
37/1 107/18 238/23
239/18 240/15 243/6
267/18 267/23 268/1
282/2
**eventually [3]** 41/5
62/1 75/24
**ever [19]** 31/10 32/3
35/22 36/5 90/5 121/1
122/1 122/4 133/12
148/1 156/1 157/8
157/16 157/23 160/17
201/22 246/17 246/17
261/17
**every [35]** 9/5 9/6
13/3 13/14 13/17
13/23 14/20 18/18
22/18 22/23 22/24
23/1 23/7 24/2 26/18
32/4 34/10 36/21 39/8
46/14 50/22 63/24
69/4 69/4 70/9 71/4
86/18 98/23 99/5
111/25 118/22 138/18
177/11 222/25 281/19
**everybody [7]** 4/8
4/16 4/19 5/6 51/21
126/16 205/3
**everyone [11]** 7/2
7/3 51/19 57/9 112/8
116/13 165/3 166/8
177/22 283/10 284/20
**everything [5]** 19/5
71/14 87/19 216/19
241/16
**evidence [70]** 18/17
23/19 23/21 29/18
29/19 30/9 31/4 38/12
52/25 54/10 56/5 58/7
58/19 66/18 68/10
78/22 79/19 80/11
83/7 83/25 84/1 85/16
85/18 87/17 87/22
90/24 92/1 97/22
101/12 104/22 106/14
117/9 124/3 133/25

155/13 166/20 171/14
171/16 172/17 176/14
195/15 196/10 205/21
218/21 219/4 221/11
226/22 229/6 231/9
232/7 235/18 246/23
247/3 247/5 248/4
248/7 250/8 251/15
252/17 253/15 255/21
258/19 260/21 264/8
264/15 268/14 269/16
270/13 279/12 279/13
**evidenced [4]** 12/2
22/4 22/9 45/3
**evidencing [2]** 19/17
44/2
**exact [2]** 164/17
170/1
**exactly [8]** 32/4
99/10 113/20 166/17
168/22 169/4 171/25
178/15
**examination [25]**
7/10 51/2 51/4 51/8
53/6 54/8 55/24 82/19
82/20 114/1 119/10
163/6 166/18 167/15
170/10 178/3 179/11
203/22 204/2 216/6
262/2 262/22 278/23
280/11 286/6
**examine [4]** 30/2
68/18 229/7 265/12
**example [11]** 52/10
188/21 188/24 191/15
200/7 206/25 206/25
214/15 214/24 214/25
226/3
**exceed [1]** 142/12
**exceeded [2]** 102/14
113/13
**Excel [1]** 133/21
**Excellence [1]** 52/21
**exception [2]** 55/25
72/1
**exchange [1]** 189/21
**excluded [1]** 54/25
**excuse [4]** 112/12
164/22 169/23 175/25
**excused [1]** 166/6
215/12 283/19
**exemption [1]** 93/19
**exemptions [1]**
153/14
**exercise [2]** 33/18
93/15
**exhausted [1]** 114/8
**exhibit [118]** 30/12
38/4 38/15 49/8 50/8
50/9 50/11 50/12 53/2
58/7 58/11 78/22
79/19 79/22 80/14

83/14 85/24 85/25
87/7 88/1 90/24 92/1
92/3 96/10 97/14
97/25 101/14 104/22
104/25 110/4 110/11
117/16 119/16 127/9
127/22 127/24 134/10
136/1 136/11 136/13
137/17 138/6 138/8
138/19 139/1 139/3
139/18 139/18 139/19
140/21 140/24 141/2
141/16 141/17 142/1
142/3 144/5 144/9
145/15 145/19 146/22
146/25 149/21 150/1
151/14 152/22 154/2
154/9 154/11 155/15
156/9 158/2 195/15
196/10 218/21 219/3
231/9 231/10 231/13
233/5 233/6 235/25
236/2 246/24 248/3
248/7 248/10 249/15
250/7 251/14 251/21
252/9 252/15 253/14
255/21 255/22 256/7
257/14 257/18 258/18
260/20 261/2 262/24
263/17 266/25 269/16
270/4 271/15 271/16
272/5 272/7 274/13
276/4 276/5 278/12
278/20 280/16 282/1
**exhibits [6]** 3/7 3/15
52/9 66/20 83/10
127/7
**exist [2]** 124/24
172/11
**existence [1]** 167/8
**existing [7]** 18/25
84/10 95/20 100/10
107/6 142/11 198/9
**exit [3]** 95/4 108/3
242/11
**exited [5]** 51/25
112/21 165/1 262/15
283/13
**exiting [1]** 93/23
**expand [3]** 54/3
59/7 62/1
**expanding [2]** 55/8
55/11
**expect [2]** 137/20
168/18
**expectations [2]**
187/2 187/11
**expedite [1]** 91/8
**experience [3]** 28/2
187/15 207/19
**experiences [1]**
194/15

**expert [1]** 37/20
**expired [3]** 48/17
202/19 218/1
**explain [2]** 161/20
234/2
**explained [1]** 205/15
**explaining [1]** 53/1
**explanation [1]**
167/21
**exposed [9]** 44/4
59/1 59/6 60/6 60/6
62/1 62/8 67/14 67/17
**exposing [1]** 43/15
**exposure [1]** 67/10
**express [1]** 202/2
**expressed [1]**
113/14
**extended [1]** 135/21
**extension [7]** 47/2
47/3 47/5 48/20 48/24
49/1 73/5
**extensive [5]** 35/16
40/22 75/1 277/7
285/20
**Extensively [1]**
31/14
**extent [2]** 54/3 85/1
**exterior [5]** 42/15
93/21 94/13 106/24
253/9
**extinguishers [1]**
242/10
**extra [1]** 33/14
**extraordinarily [1]**
113/4
**extremely [3]** 132/8
132/10 212/25
**eye [1]** 67/18
**eyes [3]** 10/8 10/10
95/25

**F**

**face [1]** 53/5
**facilitate [1]** 48/14
**facilities [4]** 145/7
145/8 145/9 181/17
**facility [3]** 153/21
193/10 205/16
**facing [1]** 114/16
**fact [6]** 113/1 159/11
170/13 205/24 207/14
275/12
**factor [1]** 159/9
**facts [2]** 205/20
270/12
**fail [3]** 23/10 23/11
107/17
**failed [1]** 29/3
**failure [10]** 23/20
80/22 232/2 232/4
233/20 234/13 234/14
234/17 236/20 236/21

**F**

**fair [7]** 34/22 92/15
99/13 103/16 114/16
175/19 183/6
**fairly [3]** 67/22 87/1
222/4
**false [3]** 156/14
156/24 286/8
**familiar [34]** 13/10
17/15 25/17 32/16
34/4 38/18 49/4 59/4
60/21 65/5 72/17
72/19 73/16 73/18
73/19 88/6 90/16
90/18 91/6 98/2
103/25 105/4 105/5
106/3 110/13 110/14
111/5 117/19 153/22
163/24 189/23 200/23
215/5 230/8
**family [1]** 113/12
**far [4]** 4/13 114/20
172/4 240/16
**faster [1]** 44/6
**favor [1]** 282/24
**FBC [7]** 18/1 18/1
18/11 80/23 81/9
97/10 105/23
**fear [1]** 202/24
**feature [3]** 174/23
176/18 176/21
**February [7]** 47/17
122/11 125/10 239/9
239/12 269/9 269/24
**February 3 [1]** 269/9
**federal [6]** 33/11
47/22 65/19 100/3
169/20 172/21
**fee [1]** 81/13
**feeding [1]** 100/22
**feet [5]** 8/9 95/1
95/2 95/6 95/7
**FELDMAN [1]** 1/15
**fence [1]** 111/9
**few [13]** 59/16 59/25
101/21 130/13 136/6
179/10 214/8 231/4
241/16 260/22 270/15
270/22 279/1
**field [8]** 10/8 18/19
34/10 34/12 39/9 77/1
96/1 276/14
**fifth [5]** 49/11 49/13
49/18 166/24 168/1
**fifty [4]** 4/10 9/1 9/2
155/14
**Figueroa [2]** 205/11
268/11
**figure [1]** 154/24
**file [21]** 10/18 21/1
31/12 36/4 118/22

124/15 162/1 162/21
167/3 167/11 170/19
170/22 230/25 232/3
233/3 237/3 237/7
237/8 237/10 258/4
285/17
**files [9]** 23/8 79/5
118/20 124/23 124/24
124/25 165/20 170/7
171/11
**final [11]** 17/11
17/16 18/16 24/3
44/11 63/11 98/5
119/4 245/16 245/17
245/20
**finalized [10]** 34/3
88/21 91/9 97/4 98/18
195/19 234/6 249/19
250/20 259/5
**finally [1]** 214/18
**find [13]** 25/14
49/17 114/18 149/11
155/7 158/2 159/3
174/25 193/25 210/18
210/19 267/17 267/25
**finds [4]** 59/19 59/20
59/21 174/25
**fine [18]** 5/22 5/23
6/6 30/4 55/25 56/2
56/21 96/19 137/23
138/1 174/25 175/1
262/10 278/21 279/19
283/5 283/8 283/9
**finger [1]** 67/15
**finish [3]** 187/13
212/19 277/18
**finished [3]** 41/5
180/9 198/8
**fire [43]** 33/11 47/22
56/14 56/17 65/19
71/19 83/4 83/19
83/23 84/17 84/25
85/1 86/3 86/5 86/18
86/19 87/20 89/3 89/5
89/5 89/15 89/16
89/22 90/7 95/3 95/4
108/3 114/9 142/6
142/9 142/10 142/12
142/18 142/25 146/4
147/22 184/10 200/1
210/15 225/15 242/7
242/10 244/23
**firm [1]** 156/21
**first [80]** 7/20 7/20
9/5 9/5 9/14 14/16
20/6 24/3 26/8 26/15
27/13 29/22 30/14
31/24 32/7 32/19 38/5
38/21 39/4 43/11
44/11 49/25 50/4 54/7
56/12 58/16 60/18
62/14 66/8 66/9 80/3

83/17 88/9 92/24 94/3
94/5 100/20 102/14
102/18 102/19 105/6
107/15 107/16 108/10
108/12 108/19 110/15
111/5 119/3 126/11
129/21 136/1 140/18
144/4 147/19 147/25
150/11 150/12 150/13
156/2 157/23 164/2
167/1 173/7 174/10
178/14 191/16 194/17
213/21 213/24 214/4
214/8 214/16 215/2
216/11 231/10 268/25
269/19 269/19 276/14
**FIU [1]** 181/12
**five [17]** 8/20 10/6
17/12 51/18 51/24
52/17 78/9 112/17
112/19 160/23 160/25
199/5 213/13 213/18
229/14 263/8 272/2
**fixed [1]** 172/2
**Flagler [1]** 1/16
**flagrant [2]** 169/22
172/22
**flagrantly [1]** 175/20
**flexibility [2]** 10/4
10/7
**flip [2]** 69/8 251/24
**flooding [1]** 113/12
**floor [36]** 20/23
40/23 41/4 41/5 41/5
52/19 52/20 62/8
81/20 83/5 91/15
93/11 93/24 94/3 94/5
94/10 98/14 98/20
100/17 100/20 100/21
100/21 101/8 102/14
102/18 102/19 102/22
102/23 103/6 103/6
103/15 103/19 254/6
259/7 259/18 277/5
**flooring [2]** 20/24
277/6
**FLORIDA [43]** 1/1
1/5 1/13 1/17 1/19
1/22 2/4 8/12 18/2
18/11 22/24 23/5
33/10 37/24 47/21
58/3 63/13 65/18 70/2
70/3 70/7 70/9 70/15
71/2 71/24 74/9 74/14
74/20 78/17 80/24
81/9 89/15 93/16
97/10 100/1 100/2
105/23 130/24 142/10
150/22 153/11 217/23
286/22
**focus [3]** 129/18
130/3 276/16

**folio [7]** 14/15 30/19
45/25 68/23 88/11
98/7 108/17
**folks [5]** 10/15
111/11 178/21 208/7
214/18
**follow [10]** 10/9
29/4 45/17 71/24
101/24 128/20 132/2
161/11 167/18 168/19
**following [5]** 21/22
33/8 88/13 146/7
153/16
**follows [1]** 228/10
**food [4]** 72/14
191/20 270/25 271/24
**fool [1]** 169/14
**foot [1]** 173/15
**footing [3]** 16/4
19/17 19/18
**force [10]** 199/19
199/21 200/18 200/23
201/5 201/8 208/14
208/15 208/17 208/21
**forces [2]** 199/8
199/16
**foregoing [1]** 286/16
**foremost [1]** 174/10
**forever [2]** 50/24
76/4
**forget [1]** 272/8
**form [4]** 68/1 183/25
204/25 226/8
**formal [1]** 232/22
**former [2]** 178/8
201/19
**FORT [4]** 1/2 1/5
113/1 286/22
**forth [2]** 4/6 72/11
**Forty [2]** 9/1 9/2
**forward [18]** 5/10
6/9 13/9 13/25 15/25
25/15 38/9 62/11
62/19 63/20 64/5 79/7
94/2 105/12 114/23
177/4 177/10 177/13
**forwarded [3]**
276/13 276/22 277/12
**forwards [2]** 25/13
276/15
**found [18]** 4/18 8/17
32/14 35/5 36/25 37/1
81/4 105/19 111/8
129/21 145/3 159/1
222/23 223/8 229/12
232/7 232/7 255/14
**foundation [30]**
19/22 24/19 46/24
66/14 77/8 86/10
109/6 153/6 182/14
185/15 204/20 204/25
206/8 206/14 206/20

209/11 209/21 210/6
211/2 211/13 211/19
215/8 228/20 229/4
251/18 266/10 266/22
269/23 271/7 274/2
**four [14]** 7/4 17/12
55/11 78/9 79/10
79/15 121/1 135/21
160/11 178/13 178/15
178/16 179/15 278/17
**fours [2]** 44/4 181/6
**fourth [2]** 168/1
246/20
**FP [2]** 108/23 275/12
**FPL [3]** 42/11 44/23
45/2
**framed [1]** 277/6
**Francis [1]** 185/19
**free [1]** 222/8
**freestanding [1]**
43/16
**frequently [1]**
281/17
**friable [2]** 37/5 37/6
**Friday [1]** 124/17
**front [12]** 14/9 24/10
33/5 53/4 64/8 65/10
108/16 169/17 200/16
213/1 250/25 250/25
**full [4]** 76/18 76/18
100/9 167/3
**FULLER [70]** 1/4 4/7
6/10 25/10 27/6 28/19
32/20 33/2 33/23
47/16 48/2 50/19 51/1
51/5 53/3 53/6 63/12
63/14 65/5 67/1 73/20
88/19 88/22 89/21
90/19 93/19 106/8
118/13 122/20 126/15
127/17 128/13 129/1
129/18 130/3 135/12
136/23 139/4 140/9
140/11 140/16 143/16
143/22 148/7 149/3
149/5 151/21 157/13
163/8 174/5 194/2
194/4 194/4 194/9
194/15 194/17 195/9
196/16 197/7 205/7
205/9 209/4 262/7
263/13 264/12 264/22
273/6 273/9 274/8
280/5
**Fuller's [23]** 52/23
130/6 130/15 130/19
131/7 131/21 132/12
132/14 132/16 133/20
133/22 136/2 136/25
137/5 152/7 158/5
160/1 161/3 161/7
207/2 264/4 264/24

**F**

**Fuller's... [1]** 266/21
**fully [3]** 7/21 20/25
89/12
**function [5]** 76/12
184/6 190/4 198/12
199/2
**functions [2]** 74/12
214/1
**funny [1]** 178/19
**further [16]** 18/16
18/23 23/21 27/18
61/6 62/4 67/9 161/13
167/21 175/21 215/11
249/20 250/20 259/6
261/20 282/19
**Futurama [2]** 140/12
207/5

**G**

**gain [1]** 18/20
**games [1]** 7/4
**garage [6]** 49/5
57/17 59/13 106/21
119/15 120/10
**Gardner [1]** 6/17
**gathered [3]** 192/4
238/25 252/4
**gathering [1]** 154/17
**gave [8]** 7/21 7/23
113/21 170/7 176/2
202/18 206/24 214/24
**general [4]** 103/12
153/14 181/15 224/15
**generally [1]** 123/7
**generate [1]** 67/11
**generic [1]** 83/22
**gentleman [1]** 69/21
**gentleman knows
[1]** 69/21
**gentleman's [1]**
31/10
**gentlemen [10]** 7/3
26/1 36/19 56/16
74/10 83/16 112/17
129/14 129/14 282/23
**get [55]** 6/21 22/18
44/7 45/11 46/5 50/1
50/8 59/21 60/18
62/12 63/7 69/6 73/11
73/20 75/12 77/21
86/19 94/5 99/22
107/9 123/15 123/17
123/18 132/5 132/9
132/24 133/21 146/2
148/15 159/14 159/21
159/22 161/15 163/13
175/3 178/20 187/6
194/12 195/16 196/16
209/25 210/1 210/4
210/11 210/13 211/6
211/7 218/24 231/10

241/15 258/14 260/13
265/12 280/22 284/5
**gets [5]** 62/15 72/6
72/14 96/1 257/4
**getting [6]** 16/13
101/2 146/19 156/25
170/18 195/10
**give [24]** 6/1 53/20
56/6 81/16 86/11
124/4 138/3 158/1
167/21 175/4 181/5
184/3 188/21 188/25
191/15 214/15 214/16
214/17 221/8 224/15
271/21 273/1 276/18
283/25
**given [13]** 5/18 5/18
7/18 7/20 10/3 113/10
114/21 121/5 184/12
193/3 240/17 246/5
285/19
**giving [2]** 118/3
206/17
**glitch [1]** 112/14
**go [202]** 6/2 11/16
11/21 12/13 13/4 15/2
15/25 16/12 17/10
17/12 17/13 18/16
18/24 19/1 20/1 20/9
20/18 20/23 22/3 22/8
23/16 23/21 24/25
25/12 30/7 32/6 32/12
32/16 34/10 34/13
39/7 39/8 39/10 39/20
40/25 41/11 42/15
42/21 43/7 43/12 44/1
44/7 44/16 45/7 47/13
50/22 51/17 53/14
54/3 55/20 58/21
59/23 60/2 61/16
61/18 61/24 62/10
62/11 63/11 63/21
65/1 65/2 65/20 66/6
67/4 67/12 68/2 68/14
69/6 72/8 76/15 78/10
80/19 82/10 84/12
85/5 85/15 86/8 86/16
88/16 92/15 92/20
92/21 93/21 94/1 94/1
94/2 94/13 94/16
99/15 100/14 101/5
101/22 105/6 105/13
106/6 106/16 107/1
107/12 107/20 107/21
108/11 110/13 111/16
111/20 111/22 112/2
112/4 112/6 121/17
122/10 123/12 131/13
131/23 131/25 135/11
135/24 136/1 137/17
138/1 138/14 138/17
138/21 139/14 144/4

145/14 146/18 147/9
150/3 151/13 152/12
152/22 155/15 161/17
167/21 175/21 178/21
178/25 182/14 191/23
191/25 200/3 201/25
202/20 203/21 208/13
208/21 209/25 210/4
210/8 210/10 214/19
214/25 219/10 220/19
220/24 222/11 223/23
224/12 228/2 228/23
232/10 234/20 235/24
236/17 237/22 238/8
238/22 239/19 241/21
243/4 243/7 245/15
245/16 246/19 246/19
248/3 249/2 249/7
251/14 252/17 253/6
253/14 254/4 255/18
256/17 258/18 259/16
260/20 260/22 267/1
270/6 274/12 274/22
275/10 275/23 276/8
276/18 279/3 279/8
279/24 285/5
**goal [3]** 211/22
212/2 221/24
**goes [4]** 18/19 106/7
149/23 171/3
**going [109]** 5/7 5/10
5/11 5/21 7/6 12/14
12/17 12/22 15/4
15/21 17/11 18/23
19/3 19/23 20/11 21/5
21/22 22/9 25/14
25/15 34/9 34/11 38/3
41/12 42/21 42/22
44/7 49/7 50/22 50/24
50/25 53/2 54/3 54/5
55/20 56/9 59/4 60/2
60/8 60/10 61/20 65/9
65/20 68/8 73/7 79/7
91/21 95/2 97/13
105/12 108/21 109/22
112/11 113/6 113/22
114/2 114/5 114/10
114/21 137/19 143/11
144/2 146/18 151/4
152/20 154/2 155/21
161/15 162/22 162/22
168/14 168/21 168/22
169/3 169/4 169/21
172/15 173/2 173/3
173/9 174/15 175/1
175/7 175/21 175/22
176/6 176/8 204/18
204/23 205/18 206/7
209/25 210/10 212/18
218/9 218/20 225/8
230/8 251/14 251/15
260/6 264/5 266/25

267/14 268/8 276/14
282/24 283/23 286/5
**Goldberg [1]** 283/24
**Gomez [10]** 266/9
266/14 268/8 268/9
268/18 269/5 269/7
270/7 276/15 277/15
**gone [5]** 53/18 53/18
53/22 212/25 253/12
**Gonzalez [1]** 122/13
**good [19]** 6/13 6/16
6/19 7/2 7/4 25/15
67/22 112/25 116/15
119/12 119/14 178/5
178/7 214/22 216/8
216/9 270/7 283/11
283/20
**got [32]** 5/20 14/13
14/13 14/14 30/18
47/24 88/10 98/6
157/12 162/12 162/21
169/12 170/12 181/12
200/13 200/14 209/25
210/1 214/15 216/25
217/2 225/9 233/6
233/14 234/13 238/8
243/8 243/13 271/9
273/15 277/12 284/7
**governed [2]** 218/25
218/25
**governing [1]** 89/25
**government [4]**
180/18 183/25 210/9
258/6
**governmental [1]**
180/21
**grant [2]** 47/5 48/25
**granted [12]** 38/14
55/6 55/6 66/19 92/2
96/9 97/23 110/10
117/15 145/18 147/2
270/3
**great [2]** 56/5 59/2
**green [1]** 127/13
**greet [3]** 187/14
187/16 189/19
**grossly [2]** 8/2
129/24
**ground [8]** 70/16
72/7 94/10 98/14
98/20 102/22 102/23
261/13
**grounds [5]** 73/25
109/5 263/21 264/14
265/25
**GROUP [1]** 1/10
**growling [1]** 283/6
**grown [1]** 157/21
**guarantee [1]**
174/18
**guardrail [1]** 146/12
**guess [5]** 55/14

122/10 133/15 266/15
273/7
**guidance [1]** 284/24
**guilty [1]** 223/8
**Gutchess [8]** 1/11
4/12 5/5 6/14 49/19
82/19 152/2 158/20
**guy [2]** 129/8 144/17
**guys [6]** 56/4 77/3
114/9 136/25 137/5
173/24

**H**

**H.V.A.C [1]** 108/1
**had [118]** 7/13 8/2
8/18 8/20 8/21 8/22
8/23 9/20 21/14 21/15
21/24 22/1 23/14
31/18 36/10 36/16
53/1 56/12 68/8 75/25
76/8 76/24 81/21
88/20 88/21 89/5 89/5
89/9 89/10 89/13
89/18 90/11 94/19
94/24 95/16 98/15
99/10 100/21 100/22
113/12 119/4 120/1
120/19 124/8 126/10
127/15 128/25 130/5
133/12 135/6 135/19
135/19 148/1 148/11
157/23 159/12 161/5
162/13 162/17 162/18
165/7 166/7 167/2
167/3 167/5 167/7
170/5 174/12 174/17
178/20 180/9 181/16
187/9 194/15 194/15
194/19 194/22 194/22
194/23 195/7 195/7
197/24 197/24 199/20
199/25 200/2 200/4
200/12 202/6 212/25
213/21 214/4 214/8
214/10 214/12 215/3
218/1 222/16 236/20
242/22 242/25 243/2
247/17 249/25 251/5
259/11 261/6 261/17
262/16 267/23 279/8
279/18 284/17 285/13
285/21
**half [7]** 213/13
213/18 224/16 242/6
278/16 278/17 279/21
**hamper [1]** 48/9
**hand [3]** 42/17 49/16
53/4
**handedly [1]** 220/8
**handled [1]** 53/24
**handling [2]** 194/16

**H**

handling... [1] 285/9
handrail [1] 146/12
happen [6] 169/19
199/23 204/19 205/2
208/17 273/25
happened [11] 89/7
94/7 125/7 135/22
154/3 165/22 170/9
177/2 189/18 204/24
205/5
happening [4]
131/11 190/24 193/19
268/22
happens [2] 70/6
207/20
happenstance [1]
151/10
harassing [1] 173/14
harassment [1]
176/15
hard [1] 175/11
harm [2] 157/2
157/3
has [104] 4/6 5/7
5/8 8/8 8/25 9/3 11/8
19/20 20/25 21/1 21/8
21/9 23/11 23/12
24/22 25/24 26/18
26/21 26/22 27/23
30/20 33/18 40/15
42/7 42/25 44/12
50/17 52/18 52/19
53/18 53/22 54/1
55/12 61/4 63/21 67/1
67/19 70/7 70/9 71/24
72/8 72/10 72/14
72/20 73/19 73/20
78/23 80/19 91/21
96/22 98/21 101/6
102/1 102/23 102/24
102/24 103/7 103/8
108/16 113/3 113/22
114/3 114/4 119/2
141/12 141/19 153/17
155/22 156/5 157/21
161/24 172/17 172/17
173/5 173/14 173/15
173/25 181/2 184/22
212/19 225/10 226/3
229/12 229/14 229/20
229/21 229/22 239/3
240/23 242/15 245/8
248/2 251/19 261/22
262/4 263/2 263/7
263/11 263/13 269/20
272/5 277/4 277/7
277/8
hasn't [1] 69/20
Havana [3] 140/15
224/8 224/20

Havana/Calle [2]
224/8 224/20
have [349]
haven't [6] 5/24
50/9 50/11 155/20
172/2 213/13
having [16] 12/8
36/6 37/12 37/18
108/3 122/20 126/12
174/17 193/11 194/11
205/9 206/12 214/11
220/1 247/25 253/12
he [151] 12/25 15/6
15/14 15/21 19/13
28/2 28/3 29/16 29/16
35/15 39/14 45/8
46/25 46/25 47/14
53/1 53/3 53/4 54/10
54/11 54/12 65/7
78/23 82/6 86/10
88/24 89/4 93/3
122/18 122/22 123/2
123/20 130/24 130/25
131/2 137/2 139/7
144/20 144/20 144/22
146/13 158/25 161/25
161/25 162/1 162/13
162/13 162/15 162/17
162/17 162/18 162/18
165/9 165/20 165/20
166/16 166/16 166/19
167/3 167/3 167/4
167/5 167/6 167/16
167/20 168/9 168/10
168/20 168/21 168/22
169/1 169/4 169/4
170/2 170/7 170/12
170/18 171/1 171/1
171/11 171/11 171/17
171/19 173/5 173/6
174/11 174/17 174/21
174/22 175/3 176/1
176/13 179/4 184/22
186/9 186/13 187/17
191/16 191/18 194/17
196/23 201/19 206/2
206/16 206/19 206/22
209/22 210/7 211/4
212/13 212/24 212/24
213/1 213/22 214/3
214/4 214/5 214/5
214/6 214/9 214/11
214/13 214/16 214/18
214/24 215/3 215/4
215/5 220/22 229/6
241/16 245/7 245/7
248/20 251/18 258/13
263/22 263/23 263/24
265/21 266/14 266/17
271/9 271/20 272/23
274/10 275/7 275/15
275/21 278/17 283/18

he's [28] 6/21 37/19
69/20 75/7 93/2 129/8
136/18 136/19 140/4
143/19 144/17 158/10
162/18 170/22 171/8
171/9 171/16 173/5
173/7 174/14 174/23
176/19 194/21 201/15
206/17 214/9 275/20
276/18
head [2] 184/23
201/3
heading [3] 110/20
110/21 110/22
heads [1] 189/11
health [1] 222/2
hear [5] 21/13 173/8
173/11 191/1 283/6
heard [7] 47/4 49/2
53/17 97/4 109/17
174/19 273/19
hearing [21] 24/1
24/4 24/9 62/14 62/16
62/17 109/13 109/15
117/3 117/4 117/5
174/19 223/5 233/11
235/1 235/19 235/22
235/23 245/18 245/25
246/1
hearings [2] 235/15
235/17
hearsay [29] 4/8
4/17 5/7 158/7 158/12
186/24 187/19 188/1
188/9 189/6 190/16
192/5 197/11 197/17
202/3 202/8 203/13
211/13 235/2 236/25
237/15 239/5 244/25
245/6 252/10 252/13
255/16 256/14 257/16
height [3] 8/9 8/9
128/22
held [3] 69/5 223/5
285/25
help [5] 48/2 124/3
199/13 212/6 227/24
helpful [1] 221/5
helping [3] 31/7
41/18 227/17
her [7] 114/8 114/9
114/9 114/10 174/14
280/23 281/1
here [66] 11/22
19/10 20/14 22/22
39/11 40/20 42/23
44/10 45/17 46/19
47/12 50/24 53/23
55/5 56/11 56/17
56/21 58/23 60/3
60/16 61/17 67/3
67/12 80/19 94/3

100/15 101/21 107/25
108/2 111/4 113/17
114/14 114/18 114/18
114/19 125/1 134/19
143/9 144/25 145/3
145/10 147/19 149/13
168/12 168/14 168/18
168/19 169/9 169/15
169/18 172/21 174/1
174/2 175/2 175/16
175/18 176/6 204/23
215/15 224/7 262/13
263/17 267/25 279/25
282/25 286/8
here's [5] 143/9
170/22 209/14 270/24
271/19
hereby [1] 286/16
hey [1] 135/4
high [3] 70/16
107/18 181/21
highlighted [3] 4/23
139/8 142/8
highly [2] 172/11
172/16
him [61] 6/21 32/23
44/19 49/21 53/4
68/18 78/24 79/10
86/11 88/3 93/3 93/9
123/2 123/4 129/10
131/1 135/6 138/14
139/15 144/19 149/12
162/2 162/16 162/23
162/23 165/21 166/23
170/7 170/11 170/21
170/23 171/1 171/2
171/12 171/17 174/11
176/24 191/14 191/17
194/7 194/11 194/12
194/22 195/9 201/18
201/18 201/19 205/8
205/10 213/25 214/6
214/7 214/8 214/12
214/15 214/21 229/7
240/9 249/8 271/21
273/1
hire [1] 184/9
hired [1] 216/25
his [34] 30/1 53/4
53/5 53/6 68/17 82/20
122/19 122/22 132/18
133/2 162/8 162/10
164/17 167/11 167/11
167/13 167/17 170/1
170/10 170/14 170/15
171/24 172/13 173/6
194/10 194/15 194/18
194/23 196/18 207/4
207/6 207/8 207/9
275/11
historically [2]
10/20 199/22

history [12] 22/19
31/20 76/4 99/10
147/25 178/20 181/8
182/2 216/23 227/4
227/12 227/20
hmm [13] 27/8
81/10 101/17 121/19
139/23 140/14 143/12
209/15 224/3 265/16
267/4 272/19 284/4
hold [4] 20/15
112/25 212/11 283/6
holding [3] 41/5
41/17 42/18
home [1] 208/4
honest [4] 33/25
67/16 85/10 129/2
honestly [1] 140/11
honor [143] 4/24
5/13 5/22 6/13 6/16
6/22 7/8 29/15 38/4
38/12 40/15 49/10
49/12 49/20 50/18
50/21 52/1 52/7 53/7
53/14 54/25 55/4
55/21 56/22 57/1
57/11 57/20 58/6 58/9
66/8 66/18 69/19 73/7
77/7 78/21 79/18
81/23 82/24 83/6 83/9
87/3 90/23 91/25 96/7
97/21 101/11 103/21
103/23 104/21 105/1
109/22 112/12 112/13
114/25 117/9 119/6
134/1 134/5 137/20
138/24 139/16 141/18
141/22 144/7 145/12
146/23 149/15 149/23
150/18 152/15 152/19
153/6 155/21 155/24
156/3 156/4 158/1
158/6 158/11 158/19
158/21 161/15 162/5
163/2 164/10 164/18
164/21 166/9 166/14
167/1 170/16 171/13
172/9 174/3 177/6
177/7 177/15 179/3
179/9 179/13 182/10
190/18 196/21 202/18
203/20 213/14 215/14
216/2 222/8 246/22
247/3 248/6 251/18
252/8 252/10 252/21
253/15 256/13 257/13
257/15 258/16 258/19
263/20 263/24 264/7
265/2 265/5 267/14
269/15 269/19 269/21
270/2 277/17 278/10
278/14 279/12 283/18

**H**

**honor... [6]** 284/5
284/21 284/24 285/7
285/8 285/12
**HONORABLE [2]** 1/8
286/21
**hood [1]** 242/10
**hookups [1]** 71/11
**hoping [1]** 168/3
**hotel [8]** 11/4 40/3
40/7 40/9 140/16
159/2 160/11 160/14
**HOTTE [1]** 1/15
**hour [6]** 95/3 113/25
200/24 201/2 216/4
283/4
**hours [3]** 114/15
153/15 272/22
**house [7]** 9/25 10/5
16/13 68/22 121/17
133/11 160/8
**housekeeping [1]**
283/14
**how [66]** 8/11 8/15
9/21 23/11 35/2 36/20
46/5 69/13 70/5 72/19
73/18 76/12 76/15
80/6 81/17 82/16
90/18 95/20 113/22
118/20 119/12 124/10
128/25 131/6 134/4
134/6 136/4 137/7
149/12 159/13 160/24
164/1 169/23 171/1
178/17 187/10 187/13
188/19 189/20 190/7
190/20 200/11 206/25
213/1 213/2 213/3
217/18 220/19 220/24
221/7 224/20 226/23
227/15 228/9 228/15
232/8 235/17 242/12
244/9 250/2 256/22
258/16 274/15 281/17
281/20 286/4
**How's [1]** 7/3
**However [2]** 209/24
285/18
**huge [1]** 209/14
**hundred [1]** 82/1
**HUSS [1]** 1/15
**HVA [1]** 103/13
**Hyperbolic [1]**
149/15
**Hypothetical [2]**
205/21 210/22

**I**

**I got [1]** 162/21
**I will [9]** 6/6 6/7
51/12 82/20 162/23
168/7 173/2 174/22

**I'd [8]** 79/18 85/18
87/3 117/9 221/10
223/23 231/10 283/1
**I'll [15]** 4/20 6/1
6/21 16/1 26/8 29/17
32/6 51/10 81/16
162/24 195/15 252/12
279/14 279/19 284/20
**I'm [101]** 5/20 12/22
15/4 15/8 15/21 20/11
21/5 21/22 22/1 28/10
34/8 37/21 38/3 40/15
46/19 49/7 49/10
50/10 52/23 54/7 56/9
59/15 61/17 63/11
67/15 68/8 73/7 84/23
91/21 94/1 97/3 97/8
97/13 97/14 97/24
102/4 105/14 105/18
106/21 111/16 113/17
114/2 114/10 114/18
114/20 123/22 125/5
126/4 127/10 135/1
137/24 137/25 137/25
142/5 144/2 146/6
146/12 147/14 152/20
155/21 156/2 158/9
158/9 161/15 162/22
162/22 169/15 169/23
171/8 172/15 172/19
173/1 173/2 174/1
175/21 175/22 176/8
176/8 177/4 178/5
197/1 207/11 207/13
208/9 212/18 216/15
218/9 218/20 219/12
225/8 230/8 240/8
246/20 251/14 251/15
264/5 266/25 267/14
276/15 278/14 282/23
**I've [9]** 12/23 87/19
112/24 113/9 124/8
152/17 168/13 169/15
284/7
**idea [3]** 152/5 213/2
247/19
**identified [4]** 76/24
168/4 176/19 278/25
**identifies [1]** 216/10
**identify [1]** 174/11
**if [215]** 4/21 5/14
5/16 10/6 11/16 12/23
13/4 13/6 13/25 14/20
15/17 15/25 16/24
18/19 19/3 20/1 20/9
20/23 23/14 24/5 26/8
29/19 30/22 32/8 32/9
32/10 33/25 35/15
36/23 41/11 43/4 44/4
44/10 44/24 45/7
46/25 48/25 50/22

51/11 51/15 52/10
55/14 56/6 56/23
58/12 59/14 59/22
60/18 61/16 62/3 64/4
64/13 64/16 66/6
70/12 71/19 72/11
79/9 80/11 82/20
84/23 85/6 85/16 86/8
86/9 88/2 89/19 95/2
95/4 100/8 100/10
100/15 100/20 100/22
101/18 101/21 105/13
105/13 108/20 109/23
111/3 111/21 112/4
112/6 114/17 116/17
117/10 117/17 121/23
122/1 122/4 124/2
126/17 127/13 128/10
128/19 131/16 131/23
131/25 135/22 136/14
138/8 139/3 139/9
140/11 141/12 144/1
145/21 147/9 150/12
151/18 154/24 155/4
155/12 155/25 156/1
156/18 158/10 159/21
161/5 161/12 161/16
161/20 162/25 169/17
169/20 171/3 171/17
173/8 174/25 174/25
175/3 175/13 176/20
189/18 191/25 193/4
193/15 196/1 196/23
196/25 199/19 200/4
206/2 206/19 206/22
207/8 209/22 209/24
210/7 210/8 213/14
215/14 217/10 221/10
222/11 222/23 223/4
223/7 226/2 226/3
226/15 226/15 226/23
230/4 230/22 240/9
240/22 242/22 242/25
245/10 247/5 247/17
250/9 251/15 251/18
253/16 259/11 261/6
267/1 268/7 268/25
269/12 269/18 270/2
270/6 270/24 271/15
271/19 271/23 272/6
272/8 272/16 273/3
273/8 274/10 275/7
275/10 275/15 276/8
276/13 276/21 277/17
279/14 281/8 282/14
282/24 282/25 283/2
283/2 283/3 283/5
283/6 283/7 284/25
**if you can [5]** 61/16
136/14 217/10 221/10
283/5
**ignorant [2]** 208/9

208/10
**Ihekwaba [3]** 7/24
123/4 140/3
**II [5]** 1/4 141/19
141/19 150/21 150/21
**image [6]** 19/25
20/15 60/14 62/7
68/22 85/10
**images [4]** 45/5 69/5
85/13 154/12
**imagination [1]**
176/10
**imagine [1]** 285/3
**immediate [2]** 151/1
153/18
**immediately [4]**
18/8 86/4 86/20 128/1
**impact [1]** 148/3
**impede [1]** 102/25
**impermissible [1]**
170/12
**imply [1]** 95/20
**importance [1]**
89/17
**important [6]** 22/13
27/19 42/6 100/25
183/14 183/21
**impose [1]** 58/3
**impression [1]**
118/12
**improper [15]** 135/4
135/7 135/9 135/22
166/22 167/10 174/9
174/12 174/20 175/24
175/25 176/1 176/1
176/4 176/9
**improve [1]** 7/13
**improvements [3]**
8/3 93/5 93/8
**in [582]**
**in-house [1]** 68/22
**inappropriate [2]**
56/15 155/23
**include [10]** 15/11
71/5 71/7 71/9 71/11
71/13 71/14 222/15
224/7 227/1
**included [2]** 21/17
249/4
**includes [2]** 227/3
272/10
**including [3]** 81/5
231/5 231/6
**inclusion [2]** 150/24
237/6
**inclusive [3]** 71/15
90/9 195/2
**incoming [4]** 185/1
185/3 186/6 187/8
**incomplete [1]**
147/21
**inconvenience [1]**

208/10
**incorporated [1]**
13/3
**incorrect [7]** 134/21
148/7 149/9 151/6
151/9 152/8 152/11
**incur [1]** 60/22
**incurred [3]** 60/23
91/12 106/5
**indeed [3]** 17/2
92/10 96/3
**independent [5]**
34/20 63/25 64/12
223/1 223/6
**independently [1]**
63/25
**INDEX [2]** 2/9
**indicate [6]** 26/2
26/10 47/25 68/15
84/11 246/14
**indicated [4]** 35/19
164/7 167/3 167/16
**indicates [1]** 36/12
**indirectly [2]** 123/2
177/12
**individual [7]** 26/24
26/25 33/25 45/12
98/24 173/23 213/6
**individual's [1]**
175/6
**individuals [1]**
174/24
**industry [1]** 8/4
**inevitably [3]** 62/10
83/2 87/16
**inform [4]** 17/19
45/2 199/4 261/17
**information [63]**
123/25 138/15 139/9
142/6 146/9 146/11
146/14 146/17 146/19
147/22 148/8 154/18
156/15 167/4 167/6
171/21 176/2 189/21
192/4 197/9 216/16
216/17 216/18 217/21
220/25 221/2 224/15
226/2 226/14 226/16
226/24 227/1 227/8
228/1 228/15 229/25
232/18 232/20 232/20
233/1 234/21 234/23
234/25 235/1 235/5
240/17 242/10 248/2
248/25 251/3 253/4
253/10 254/14 254/25
255/14 257/10 258/4
259/12 260/13 265/24
266/20 266/23 271/10
**informed [2]** 194/2
261/19
**infractions [1]**

**I**

infractions... **[1]**
222/24

infrastructure **[1]**
123/3

Initial **[1]** 238/18
initials **[1]** 243/17
initiated **[1]** 201/6
input **[2]** 226/16
257/21
inquire **[2]** 165/4
182/10
inside **[10]** 32/9
32/11 32/11 40/20
59/8 59/21 107/1
108/6 213/2 277/6
insofar **[1]** 189/10
inspect **[2]** 226/17
275/23
inspected **[1]** 88/24
inspecting **[1]** 137/1
inspection **[14]** 15/1
74/13 94/23 96/2
111/10 111/14 226/18
227/2 246/12 246/13
249/10 251/12 261/1
277/1
inspections **[9]** 10/1
18/10 74/21 75/21
81/7 105/22 217/14
217/17 256/4
inspector **[51]** 9/25
18/19 74/13 201/15
207/23 207/25 208/2
217/3 217/8 217/10
217/12 217/18 218/4
218/10 218/18 219/23
219/25 220/2 220/7
220/16 220/20 221/4
223/16 225/18 226/5
227/11 229/19 230/13
231/22 232/14 235/10
238/6 238/11 239/12
239/16 240/11 240/16
242/22 243/22 244/2
244/20 244/23 246/10
248/14 252/6 254/2
256/9 257/4 263/23
278/6 281/22
inspectors **[34]** 8/16
8/19 9/21 9/22 10/2
10/4 10/7 10/12 10/13
10/13 10/14 18/15
34/8 39/7 86/20 95/10
106/13 111/2 111/16
132/20 132/25 221/23
221/25 222/1 222/19
222/22 225/10 225/11
225/13 225/19 225/23
227/23 244/9 273/14
installation **[2]** 17/4

111/9
installed **[2]** 111/10
112/1
instance **[3]** 70/11
95/5 211/10
instances **[1]** 205/5
instead **[1]** 74/23
instruct **[1]** 177/10
instructed **[4]** 24/22
134/24 135/1 169/13
instruction **[4]** 5/17
24/18 34/15 34/15
instructions **[6]** 5/19
51/20 190/7 283/15
284/22 285/4
insufficient **[1]**
89/11
insurance **[2]** 27/23
140/12
insurances **[1]**
148/20
intend **[1]** 52/9
intended **[4]** 98/8
102/7 176/14 219/15
intends **[1]** 56/21
intent **[9]** 22/15 24/3
24/5 32/8 36/21 85/13
131/9 131/12 159/16
intention **[1]** 36/19
intentionally **[2]**
167/24 175/20
interact **[1]** 190/23
interaction **[4]**
190/21 198/18 231/3
255/4
interdepartmental
**[1]** 199/8
interest **[3]** 12/9
113/23 175/5
interested **[8]** 14/22
17/21 24/7 30/23
63/12 98/9 106/7
109/16
interfere **[1]** 35/22
interferes **[1]** 113/1
interim **[3]** 7/12 7/17
178/12
interior **[16]** 16/12
40/1 42/22 44/5 73/22
81/20 92/22 94/9 94/9
249/21 250/25 253/8
254/6 254/15 259/7
259/11
internal **[3]** 13/13
79/4 105/8
interpretation **[1]**
148/9
interprets **[1]**
130/23
intervals **[1]** 102/1
into **[74]** 12/25 25/6
25/10 27/2 30/9 31/8

32/3 33/3 38/12 43/19
45/13 47/10 47/16
48/3 48/10 50/8 58/7
64/2 65/10 66/2 66/18
73/21 74/6 75/3 75/15
78/22 79/19 81/8
81/17 83/7 85/2 85/18
87/3 88/20 90/20
90/24 92/1 97/22
101/12 102/23 102/24
103/8 104/22 117/9
117/23 118/3 118/24
119/2 127/13 132/21
164/4 166/23 167/22
187/18 191/23 193/15
200/9 208/16 211/22
212/5 212/6 223/4
223/13 223/17 227/18
227/24 234/24 235/6
242/13 246/7 253/4
257/21 269/16 279/13
introduce **[10]** 52/9
58/7 78/21 79/18
85/18 90/24 92/1
97/22 104/22 187/9
introduced **[5]** 27/2
150/11 172/7 279/13
279/14
inventory **[1]** 8/14
investigation **[8]**
133/17 134/18 134/20
134/24 135/2 135/8
143/10 144/18
involve **[1]** 187/7
involved **[6]** 99/6
163/13 230/19 235/15
235/17 258/14
involvement **[4]**
182/16 182/19 191/9
191/13
irrelevant **[2]** 54/6
54/23
is **[714]**
is it **[1]** 90/23
isn't **[5]** 49/23 135/8
143/2 271/4 280/5
issuance **[1]** 27/12
issue **[28]** 18/16
24/23 52/2 53/11
64/20 64/22 64/23
96/21 96/22 114/7
167/14 167/15 169/21
169/25 172/16 174/11
181/1 182/11 190/6
210/15 210/15 210/15
222/22 230/15 248/18
260/4 260/6 275/24
issued **[23]** 12/17
13/6 21/23 22/1 25/3
35/6 54/1 75/22 79/5
80/4 83/18 84/6
105/10 105/11 151/12

161/11 165/16 196/18
217/15 231/25 265/21
276/9 276/10
issues **[18]** 5/24
89/20 128/18 128/21
131/4 132/3 137/15
174/7 182/17 182/19
183/1 187/11 197/24
197/25 200/12 200/14
209/3 236/20
issuing **[2]** 205/8
205/10
it **[514]**
it's **[200]** 4/8 5/17
5/25 8/13 9/5 9/6
11/4 11/22 14/13
14/13 14/14 14/17
16/22 18/6 22/24 24/2
25/4 25/12 25/13
25/13 26/24 29/19
29/19 30/10 30/17
30/18 30/21 36/17
36/25 37/6 38/21
38/22 39/3 40/9 43/16
43/16 43/18 44/4
44/10 44/10 45/15
46/2 46/19 47/24 49/3
50/23 51/5 53/25 54/5
54/6 58/10 58/22 63/6
65/3 65/10 66/23
67/17 68/10 70/24
71/20 72/11 72/20
79/9 79/10 80/5 80/13
81/16 81/25 82/21
84/20 84/20 85/22
87/22 87/25 88/10
90/19 91/1 91/2 91/10
92/12 95/22 96/15
97/16 98/5 98/6 98/8
100/9 100/13 101/5
104/23 106/17 106/20
107/25 109/16 109/21
112/24 114/5 114/16
114/21 117/22 123/9
127/5 127/22 127/23
128/3 132/5 132/8
132/10 133/9 136/5
136/10 137/24 138/5
138/19 138/25 139/4
139/17 139/21 140/18
143/7 143/24 144/8
146/24 150/15 151/14
152/16 152/19 154/8
155/14 155/23 155/24
156/16 157/3 165/19
168/13 168/16 168/19
168/19 169/5 169/6
169/13 169/21 169/24
170/6 170/17 172/16
172/25 173/11 174/13
174/15 175/16 182/11
195/15 196/10 208/21

209/10 210/15 217/20
218/21 219/3 219/21
221/18 225/9 226/11
228/9 228/15 229/6
233/6 233/14 234/13
238/8 240/5 243/13
246/2 246/4 246/24
247/5 252/14 253/16
255/21 256/14 257/24
258/3 263/10 263/22
264/7 267/10 269/4
269/5 269/12 271/6
271/16 275/2 277/16
280/10 280/11 282/25
283/23 284/6 284/18
item **[1]** 90/3
items **[3]** 27/11 81/8
157/6
its **[14]** 7/22 8/14
10/22 26/25 62/2 76/4
88/14 102/6 107/19
157/3 192/2 200/18
220/13 224/16
itself **[5]** 43/18 72/8
157/2 207/8 259/4
IV **[1]** 150/21

**J**

January **[12]** 178/14
179/4 189/3 237/14
237/25 238/1 238/3
239/9 239/12 267/10
268/8 268/20
January 1st **[1]**
179/4
January 24 **[2]**
237/25 238/1
January 25 **[2]**
237/14 238/3
January 6 **[2]** 239/9
239/12
Jardin **[2]** 54/20
55/22
Jeff **[1]** 6/13
Jeffrey **[1]** 1/11
Joanna **[1]** 1/12
job **[16]** 68/5 101/2
114/9 122/11 183/14
184/25 201/19 214/22
223/19 227/11 227/13
229/18 242/21 242/24
260/18 276/1
jobs **[1]** 208/12
JOE **[24]** 1/6 4/8
6/18 34/15 56/17
90/12 118/6 152/25
179/16 184/17 184/19
185/3 186/15 189/14
198/23 201/6 201/9
201/12 202/16 202/24
203/6 203/12 204/5
205/8

**J**

**John [1]** 134/13
**judge [21]** 1/9 6/10
50/12 54/1 118/16
162/20 168/13 172/14
172/20 173/24 191/1
215/19 248/5 251/10
252/12 255/20 265/11
269/18 279/14 279/18
282/20
**judges [1]** 114/18
**judgment [2]** 55/6
55/15
**judicial [4]** 161/11
223/1 229/13 229/13
**July [6]** 47/7 49/3
264/3 279/9 279/9
286/20
**July 23 [1]** 47/7
**juncture [1]** 89/2
**June [3]** 49/3 137/18
138/9
**Junior [1]** 270/7
**jurisdiction [2]** 72/7
121/14
**juror [4]** 113/13
174/13 174/14 176/13
**jurors [11]** 6/23
53/13 53/13 113/8
114/7 114/8 116/9
177/18 262/8 262/17
285/22
**jury [58]** 5/2 5/18
7/1 7/3 26/1 30/8
38/16 51/25 55/3 56/3
56/15 57/5 57/6 68/12
69/13 74/10 79/23
83/13 83/17 84/2 92/4
95/10 112/21 116/11
116/13 119/18 128/16
134/9 136/15 137/4
142/8 150/4 150/16
153/4 156/19 161/21
162/25 164/23 165/1
166/10 168/3 168/4
174/25 177/20 177/21
181/5 204/24 216/14
262/14 262/15 262/19
262/20 283/12 283/13
283/14 284/22 285/4
286/5
**just [183]** 5/9 5/13
5/20 5/25 8/21 10/12
11/10 15/2 15/25
17/12 18/25 22/3 22/8
23/16 26/1 26/24 29/1
29/25 32/6 39/10 40/2
40/7 40/14 42/21
45/16 49/9 50/3 51/15
52/1 52/12 52/23
53/14 54/5 55/8 56/19

58/21 59/3 59/22
59/25 61/22 62/11
63/8 63/11 63/20
63/20 64/4 65/2 65/9
65/10 66/14 69/6 69/6
69/17 70/22 71/13
71/15 73/8 74/25
77/13 79/9 80/19 83/9
83/10 84/12 85/5 86/9
88/2 88/16 91/8 92/12
92/15 92/20 92/21
96/24 97/3 99/15
100/8 100/11 100/12
100/14 101/18 103/12
103/21 106/16 106/21
107/8 107/20 111/20
112/12 112/13 112/23
114/18 114/20 117/17
118/22 124/2 126/17
127/13 127/15 128/7
129/23 129/25 134/4
136/5 136/9 137/20
137/22 137/22 138/3
138/15 138/20 139/14
142/20 143/5 145/5
149/11 149/21 151/10
151/11 155/16 156/16
158/2 158/2 158/10
159/9 159/11 159/19
160/6 161/20 161/20
161/22 162/13 162/17
162/18 169/24 171/2
171/13 172/22 172/25
178/16 181/8 182/22
184/23 187/14 188/22
191/18 201/20 208/24
209/3 216/10 217/3
218/1 220/25 223/21
225/6 225/6 226/22
236/2 240/9 244/6
244/11 244/11 245/18
248/6 249/11 251/21
251/24 254/4 255/8
255/14 255/22 257/10
257/25 263/18 267/1
269/18 276/6 277/17
279/1 279/19 280/15
281/25 284/24

**K**

**keep [20]** 7/6 8/4
9/19 13/14 22/9 41/12
42/21 42/22 51/20
55/11 60/2 60/8 60/10
108/21 112/11 113/21
159/16 226/8 233/1
233/1
**keeping [3]** 131/10
179/6 282/21
**kept [1]** 226/14
**kicks [1]** 133/16
**killed [1]** 159/14

**killing [1]** 11/21
**kind [8]** 44/6 56/15
72/22 110/5 110/15
146/1 214/16 229/23
**kinds [3]** 198/1
200/2 225/10
**KISSANE [1]** 2/2
**knew [7]** 151/4
167/25 168/22 169/4
201/18 201/19 201/19
**know [132]** 5/19 8/3
9/11 10/6 10/8 11/9
11/11 22/14 23/12
23/14 24/7 29/19
30/14 33/25 37/9
42/18 49/12 52/12
53/17 54/5 61/16
70/19 71/16 72/22
77/3 77/5 77/8 80/11
82/6 82/16 85/16 93/1
95/13 95/22 95/23
96/20 96/23 98/12
100/19 100/20 101/19
108/6 109/16 109/20
109/23 111/24 112/2
113/12 114/20 117/10
120/5 120/6 120/9
121/11 121/20 121/23
122/1 122/1 122/4
126/2 130/7 133/11
133/18 134/4 139/9
141/7 144/1 149/2
149/7 159/13 159/14
159/15 159/17 160/10
160/17 161/15 164/5
164/5 168/11 168/15
168/21 169/2 171/1
172/20 173/4 174/22
175/12 175/15 175/23
176/25 177/8 178/5
187/6 190/24 191/10
192/22 194/4 194/7
196/25 201/13 201/18
206/19 206/22 207/6
207/8 207/18 208/5
209/24 209/25 217/20
226/24 226/25 226/25
227/12 227/20 227/25
228/16 231/16 235/8
247/11 247/17 248/16
253/19 258/13 258/13
271/9 273/7 273/8
273/25 274/7 274/11
282/24
**knowingly [1]**
209/10
**knowledge [49]**
15/5 15/13 15/20 16/9
16/15 17/7 19/12
20/12 21/4 21/11
24/22 30/1 35/14
39/13 41/21 66/14

66/15 68/17 73/1 74/1
82/4 109/6 109/21
125/2 147/25 185/19
188/12 192/17 192/21
193/1 193/3 196/22
197/20 197/23 198/3
201/7 202/11 202/24
205/6 208/8 245/8
245/10 251/3 251/19
256/14 274/3 274/9
275/6 275/14
**known [5]** 36/1
54/20 73/16 90/16
103/25
**knows [17]** 4/8 4/16
4/19 5/6 35/15 46/25
69/21 86/10 177/9
196/23 206/2 209/22
210/7 245/7 274/10
275/7 275/15
**KRINZMAN [1]** 1/15
**Kubota [1]** 15/17
**KUEHNE [12]** 1/18
1/18 6/18 113/12
177/14 178/6 179/7
180/25 203/19 212/19
282/10 286/2

**L**

**lab [1]** 36/23
**labeled [1]** 106/17
**labor [1]** 199/25
**lack [32]** 15/4 15/12
15/19 16/8 16/14 17/6
19/11 20/11 21/3
21/10 24/19 29/25
35/13 39/12 41/20
46/24 55/1 68/16 73/1
74/1 82/4 89/18
185/15 192/17 196/21
228/19 229/4 256/13
274/2 274/9 275/6
275/14
**lacked [1]** 89/11
**lacking [2]** 188/16
206/25
**ladies [7]** 7/3 26/1
36/19 74/10 83/16
112/17 282/23
**lady [1]** 195/7
**laid [2]** 22/6 269/23
**land [1]** 105/20
**large [2]** 42/16
209/23
**larger [3]** 26/23
183/2 253/2
**largest [1]** 8/13
**last [30]** 8/5 20/5
34/3 56/10 77/4
103/11 118/23 124/13
124/15 124/16 125/21
128/15 139/9 146/9

146/10 156/22 161/20
171/14 216/11 216/12
217/3 222/18 223/25
241/16 246/2 263/8
265/1 267/1 267/7
276/5
**latched [1]** 149/8
**late [1]** 114/15
**later [11]** 20/24
137/18 137/18 137/18
138/9 138/9 138/10
194/22 250/1 250/2
284/2
**LAUDERDALE [4]**
1/2 1/5 113/11 286/22
**law [10]** 1/10 1/18
5/25 50/3 78/17 100/3
100/4 175/11 177/1
222/9
**laws [4]** 69/21
131/19 131/22 131/23
**lawsuit [2]** 53/24
69/20
**lawsuits [1]** 53/18
**lawyer [3]** 53/24
207/12 211/5
**lawyer's [1]** 155/22
**lawyers [2]** 211/8
249/13
**lay [2]** 86/9 251/18
**laying [1]** 77/8
**leading [33]** 7/14
32/21 32/24 34/24
35/9 48/6 48/11 65/23
75/7 75/11 76/9
102/15 143/23 163/10
190/9 198/13 199/9
201/24 202/8 225/20
230/16 235/12 236/23
240/24 241/4 243/24
248/19 254/22 255/1
257/22 280/8 281/14
282/8
**Leah [1]** 6/17
**learn [1]** 217/18
**least [13]** 8/8 10/5
10/6 10/7 95/3 113/25
141/5 166/22 176/4
219/9 224/4 235/23
262/9
**leave [1]** 188/22
**leaving [1]** 203/6
**led [1]** 157/6
**left [12]** 11/15 11/15
21/23 42/17 59/16
60/5 62/8 113/7
167/17 181/14 237/24
243/16
**left-hand [1]** 42/17
**legal [8]** 37/25 196/3
196/5 220/3 246/4
249/1 253/11 259/13

**L**

**legalization [3]** 76/13 94/20 95/19
**legalize [2]** 75/18 89/10
**legalized [1]** 94/25
**legally [2]** 54/23 226/4
**legislative [1]** 150/17
**legitimate [2]** 50/2 191/25
**lengthen [1]** 54/5
**lengthy [5]** 126/10 126/12 127/15 128/25 130/18
**lenient [1]** 169/15
**less [1]** 128/24
**let [26]** 24/5 24/7 38/24 49/25 50/4 66/9 82/19 93/9 139/9 144/6 164/22 169/12 190/18 212/11 212/19 219/10 221/8 230/7 246/19 248/2 248/5 248/6 255/18 263/17 272/5 280/15
**let's [155]** 7/6 13/9 16/12 17/10 19/1 20/9 20/18 22/3 23/16 23/21 23/25 24/25 29/23 30/8 32/6 32/12 32/16 34/4 35/25 38/16 39/10 39/20 42/15 43/7 43/12 44/1 44/6 44/16 45/7 47/13 53/7 58/21 60/2 60/18 62/11 62/19 63/20 65/2 66/17 67/4 67/12 68/11 68/14 69/6 69/8 77/2 77/13 79/23 80/15 80/19 82/8 84/2 85/5 85/15 92/15 92/20 92/21 92/21 93/21 94/1 95/14 96/4 101/9 101/18 106/2 106/16 107/12 108/10 110/13 119/15 121/17 125/7 126/10 126/25 127/1 127/21 133/23 133/24 134/9 135/11 135/24 135/25 136/13 136/24 137/8 137/17 138/17 139/13 139/14 140/6 140/21 141/2 141/16 142/7 143/5 143/16 144/4 144/25 145/14 147/10 149/20 150/3 151/13 152/12 154/1 155/15 156/13 158/2 203/21 224/12

225/8 228/2 228/23 230/8 233/5 233/14 234/20 235/24 236/2 236/17 237/22 238/8 238/22 239/19 241/21 243/4 243/7 245/15 246/19 248/3 252/17 253/6 253/14 254/4 254/4 255/22 256/6 256/17 257/6 257/20 258/18 260/20 260/21 262/8 268/17 272/16 274/22 278/12 279/3 279/3 279/8 279/19 279/24 279/25 286/2
**letter [10]** 13/5 13/6 30/20 44/17 147/9 147/10 147/12 155/22 222/9 245/18
**letters [3]** 9/13 14/14 216/21
**letting [2]** 109/16 114/20
**level [16]** 9/12 9/23 10/3 10/21 59/17 59/25 60/4 62/8 67/3 83/5 83/19 86/3 89/13 89/14 192/23 258/14
**levels [1]** 59/14
**liability [1]** 27/24
**liberty [1]** 114/17
**license [2]** 99/5 210/1
**licensed [5]** 27/19 27/21 28/2 28/7 28/15
**licenses [1]** 148/19
**lien [8]** 60/22 60/23 91/11 223/8 223/10 223/12 223/15 250/13
**liened [2]** 61/4 106/5
**liening [1]** 91/11
**liens [1]** 234/25
**lieu [3]** 12/14 65/22 66/3
**life [6]** 22/14 22/16 133/9 159/25 172/19 222/3
**like [41]** 5/15 10/12 22/18 29/21 43/23 50/22 52/10 55/8 71/14 80/10 83/7 96/7 117/9 122/10 128/17 129/20 139/10 142/20 167/25 174/15 174/23 188/22 190/24 191/18 193/6 200/9 200/16 201/20 202/19 214/2 214/12 214/17 215/15 217/20 221/10 223/23 226/13 231/7 231/10 236/9 283/1
**limit [1]** 213/3

**limited [1]** 286/6
**limits [2]** 282/22 285/18
**Lina [4]** 135/25 138/22 264/5 264/20
**line [24]** 20/6 28/11 71/18 73/6 94/22 95/2 95/6 95/8 107/15 107/16 134/15 134/22 136/20 143/6 153/16 153/20 169/11 173/8 173/22 175/3 175/13 176/18 277/18 285/17
**lined [2]** 113/18 283/17
**lines [4]** 71/11 89/3 233/15 285/1
**list [13]** 38/4 136/25 176/24 262/4 262/24 263/2 263/14 263/19 264/12 278/25 280/10 280/13 286/1
**listed [3]** 63/12 157/6 166/17
**lists [1]** 223/23
**litany [2]** 176/14 176/14
**litigation [3]** 54/16 55/19 55/23
**little [27]** 19/19 44/19 59/22 60/19 66/23 83/22 88/3 92/21 98/15 112/14 121/17 133/11 138/15 138/23 140/15 181/5 217/20 219/13 224/8 224/19 225/6 225/7 231/2 233/14 234/23 241/17 271/23
**live [1]** 258/15
**lived [1]** 198/19
**living [2]** 109/2 215/17
**LLC [5]** 57/15 63/13 106/10 111/11 280/1
**load [10]** 21/2 21/9 21/17 21/24 41/9 42/3 42/25 43/3 43/4 142/11
**loads [3]** 17/3 19/21 42/8
**local [9]** 18/13 33/11 47/22 65/20 81/11 97/1 97/1 105/25 210/9
**located [4]** 52/16 80/4 110/16 110/17
**location [14]** 30/21 108/15 192/14 226/16 226/17 230/14 230/25 232/1 232/5 232/21 234/12 249/12 270/16

270/22
**locations [3]** 59/11 70/14 229/16
**long [8]** 113/22 128/25 152/9 153/24 156/1 206/17 226/23 284/18
**look [51]** 6/1 6/7 10/20 53/9 55/17 56/8 56/20 66/8 76/6 83/10 113/23 122/3 127/9 133/23 136/13 136/24 138/8 139/3 139/13 140/6 140/21 141/2 141/16 142/7 144/20 144/23 144/25 146/21 147/10 149/20 154/1 156/13 173/22 174/10 191/21 191/23 193/15 207/20 214/19 214/25 225/8 232/19 233/5 248/6 251/21 256/6 257/6 260/21 269/18 276/10 286/9
**looked [6]** 4/17 82/16 112/24 117/13 128/8 236/9
**looking [14]** 29/16 52/23 60/3 61/17 87/14 87/19 97/8 100/23 127/10 154/17 172/10 207/20 231/13 232/18
**looks [1]** 174/23
**loose [2]** 37/6 159/14
**Los [4]** 91/16 92/12 92/16 102/14
**lose [2]** 23/12 175/13
**losing [1]** 113/13
**lost [1]** 113/8
**lot [13]** 4/6 54/20 58/25 59/1 59/1 137/7 182/21 182/25 194/10 209/8 263/11 274/24
**lots [1]** 200/9
**loud [1]** 229/2
**lowered [1]** 9/3
**LUBETSKY [1]** 1/15
**Lugo [1]** 284/3
**Luis [5]** 266/8 269/5 269/7 270/7 276/15
**lunch [3]** 109/23 282/25 283/3
**Luncheon [1]** 115/1

**M**

**machine [1]** 15/17
**Mad [2]** 156/3 174/6
**made [27]** 22/11 52/22 53/6 77/22

77/23 78/6 78/8 78/14 84/22 88/22 90/5 93/5 148/11 149/2 149/7 149/9 156/1 156/21 162/1 175/18 182/11 187/24 188/20 213/4 214/13 245/20 285/17
**magnitude [1]** 121/6
**mail [3]** 98/11 147/9 233/7
**mailed [5]** 14/18 30/20 31/25 88/12 108/19
**mailing [1]** 45/23
**main [3]** 22/15 89/20 108/16
**maintain [6]** 13/14 58/4 78/17 79/5 104/15 105/9
**maintained [3]** 9/23 13/18 104/9
**maintains [1]** 222/10
**major [3]** 8/3 8/17 9/18
**make [56]** 5/10 8/3 37/2 44/19 45/7 46/6 47/13 47/20 50/3 60/19 62/2 65/13 77/15 88/3 88/25 100/8 116/6 117/23 124/2 130/9 131/7 131/19 139/10 166/13 167/10 168/18 171/21 172/13 188/21 191/18 204/18 214/17 214/23 215/16 219/12 219/23 222/8 232/6 232/14 232/22 233/14 241/2 244/6 245/22 246/16 247/24 248/5 249/24 251/5 254/9 260/11 261/4 285/11 285/12 285/23 286/8
**makes [1]** 33/9
**makeshift [1]** 196/3
**making [5]** 90/7 153/13 174/24 214/21 254/18
**man [4]** 140/12 172/12 201/13 241/19
**man's [1]** 171/22
**management [2]** 187/9 187/10
**manager [85]** 7/23 9/14 9/15 34/21 122/25 123/3 126/13 127/16 127/17 128/20 129/3 129/4 130/8 132/3 132/6 132/9 132/13 132/15 132/24 141/5 146/1 151/8

**M**

**manager... [63]**
178/8 178/12 178/18
178/19 178/23 179/15
179/16 179/18 179/25
180/9 180/10 181/6
182/7 182/19 182/21
183/4 183/11 183/15
183/20 183/22 183/23
184/17 184/19 184/25
185/12 186/1 186/19
187/8 189/13 189/24
190/6 190/13 190/14
191/8 192/3 192/8
194/16 195/18 196/12
196/19 197/3 197/5
197/15 198/9 198/11
198/18 198/22 199/7
199/13 200/17 201/12
201/22 202/2 203/23
204/4 204/7 204/12
204/18 204/23 212/12
212/24 239/21 242/15
**manager's [2]** 140/4
189/22
**managers [4]**
126/16 178/17 178/20
197/10
**managers' [2]**
178/22 184/9
**mandate [1]** 37/24
**mandated [1]** 23/4
**manner [6]** 37/4
69/10 124/24 176/8
221/3 222/10
**Manolo [1]** 186/13
**manual [16]** 217/20
218/22 218/25 219/4
219/14 219/15 219/19
219/23 220/15 221/22
222/11 223/21 224/13
228/3 228/23 228/24
**many [20]** 8/15 9/21
70/13 85/12 118/20
123/17 124/10 126/16
126/16 134/4 134/6
136/4 137/7 151/23
155/24 189/25 213/1
213/2 213/3 274/15
**Marc [2]** 1/21 6/17
**March [14]** 83/17
83/18 178/13 246/2
246/11 249/17 250/2
250/18 258/8 259/1
260/2 260/7 276/10
276/16
**March 12 [1]** 249/17
**March 12th [1]**
276/16
**March 24th [1]**
258/8

**March 27 [1]** 250/18
**March 28 [5]** 83/17
83/18 259/1 260/2
260/7
**marked [3]** 49/7
68/8 91/21
**market [1]** 196/2
**Marketplace [5]**
68/9 195/13 195/18
196/12 196/20
**MARRERO [25]** 7/10
7/12 29/8 53/12 57/13
73/11 118/10 119/10
119/12 119/20 121/17
126/5 127/9 136/13
139/3 147/10 157/8
157/16 158/4 158/15
163/6 163/8 165/6
167/2 167/16
**Marrero's [2]** 166/15
166/25
**marshal [1]** 142/25
**MARTIN [3]** 1/4
93/19 118/12
**Mary [1]** 284/3
**Mason [2]** 1/16 6/16
**masonry [2]** 43/14
43/19
**master [2]** 99/5 99/7
**material [6]** 36/23
37/3 70/22 235/5
252/4 256/7
**materials [2]** 37/11
159/5
**matter [13]** 49/25
50/23 56/24 112/18
169/23 191/17 194/13
245/23 246/13 283/4
283/14 285/8 286/17
**matters [1]** 281/6
**Maurice [1]** 127/11
**may [76]** 1/5 4/1 7/2
7/7 12/7 24/6 53/14
57/8 57/9 58/21 63/2
66/8 77/10 81/23
82/23 86/12 89/19
94/15 99/1 99/2 105/1
109/19 109/24 113/23
116/1 116/12 116/15
125/14 126/10 126/12
128/22 133/15 133/16
135/24 136/1 138/20
140/18 145/17 147/1
151/13 155/23 156/8
159/11 159/11 162/5
165/2 166/5 166/8
166/9 174/12 174/20
175/7 176/9 176/19
177/22 179/7 195/2
203/20 206/10 209/24
211/17 212/11 214/6
215/19 216/4 222/22

223/2 231/7 248/8
250/9 262/21 262/24
267/17 267/25 277/10
283/7
**May 27 [1]** 128/22
**May 27th [2]** 126/12
133/15
**May 28th [3]** 133/16
135/24 136/1
**may be [11]** 7/2
12/7 24/6 99/1 113/23
116/12 165/2 166/5
166/8 177/22 195/2
**may I [1]** 212/11
**maybe [9]** 43/10
44/19 47/14 48/22
55/5 102/4 112/13
138/9 138/15
**maybes [1]** 284/16
**mayor [10]** 179/24
185/8 185/13 185/14
185/19 185/23 185/24
185/24 186/13 215/4
**mayors [1]** 180/4
**me [78]** 11/21 12/23
29/9 49/21 49/25 50/4
51/11 52/15 52/24
53/20 54/9 56/1 57/13
57/22 59/15 70/21
71/13 76/12 77/19
79/15 81/15 84/23
97/7 104/5 104/13
112/12 114/14 120/24
124/3 124/4 126/4
130/25 137/2 138/3
139/9 140/8 144/1
144/6 145/23 158/1
164/22 165/9 170/25
173/9 174/1 175/4
190/18 191/15 198/2
202/18 206/10 210/17
210/20 210/25 212/11
212/12 212/13 212/24
213/11 214/11 214/15
214/16 214/17 214/24
219/10 221/8 230/7
240/9 246/19 248/2
248/5 248/6 249/8
255/18 263/17 272/5
280/15 283/25
**mean [27]** 11/10
17/23 20/4 25/15 26/6
29/15 32/12 45/16
50/21 64/14 69/17
70/8 76/7 109/2 130/7
187/14 207/17 214/6
232/7 234/9 239/16
240/13 243/18 247/9
263/10 282/5 282/7
**meaning [8]** 9/25
70/15 70/24 74/14
89/14 95/3 124/16

171/7
**meaningful [1]**
167/13
**means [9]** 37/6
64/17 69/9 108/4
231/24 240/23 243/19
263/7 282/14
**meant [4]** 43/15
43/18 59/13 240/11
**meantime [2]** 5/23
56/8
**measured [2]** 129/8
178/22
**mechanical [7]**
17/25 70/20 81/6
111/9 234/11 242/5
259/20
**meet [19]** 33/23
70/18 70/19 74/15
124/7 164/1 184/25
186/6 186/15 187/14
187/16 189/19 193/8
208/7 240/14 243/1
249/8 282/13 282/16
**meeting [28]** 126/10
126/12 126/17 126/19
127/15 128/12 128/20
128/25 129/5 130/18
131/12 132/2 133/15
143/24 149/22 152/12
157/5 161/22 163/22
163/23 186/17 186/22
187/3 187/5 191/24
213/21 214/4 214/19
**meetings [3]** 124/8
126/16 161/21
**member [7]** 16/24
17/2 41/24 42/7 43/15
194/18 201/20
**members [9]** 41/8
43/22 57/6 59/24
116/12 177/21 190/3
194/19 262/20
**memo [3]** 4/20 141/4
141/11
**memorandum [1]**
6/1
**memory [3]** 59/15
144/1 213/18
**mention [9]** 51/19
54/11 173/4 173/18
177/11 177/12 177/12
212/9 227/15
**mentioned [21]** 20/5
54/8 54/12 55/24 60/6
71/15 114/8 160/1
165/6 174/21 206/24
212/8 213/22 214/18
217/24 222/16 229/5
236/20 255/8 282/1
282/5
**mentioning [1]**

173/21
**mentions [1]** 244/23
**merely [2]** 167/7
172/13
**message [5]** 56/20
126/25 128/7 128/15
151/13
**messages [4]** 126/6
126/8 127/3 158/16
**met [19]** 26/17
26/19 28/23 45/12
63/22 63/25 129/3
186/13 186/13 186/21
191/14 194/17 194/19
197/7 214/1 242/23
242/25 243/2 282/14
**metal [1]** 119/23
**methodology [1]**
43/21
**Mexicano [1]** 273/19
**Miami [108]** 1/13
1/17 1/19 1/22 2/4
8/11 8/23 12/24 13/13
14/3 14/4 14/12 18/4
18/6 22/22 24/11
27/20 28/1 28/16
30/17 33/3 33/7 35/4
37/18 38/22 46/8 46/9
46/9 56/14 56/17
57/23 63/13 66/3
70/13 70/17 79/3 80/7
81/1 86/19 89/24 90/1
93/16 96/23 101/22
104/11 104/16 105/21
148/1 150/20 150/22
153/9 153/11 157/19
164/6 178/8 178/20
178/23 180/19 181/6
181/9 181/10 181/12
181/14 182/17 183/5
183/21 184/8 184/11
187/25 191/15 192/3
192/22 193/2 195/17
203/7 205/17 205/18
205/24 205/25 206/4
208/5 208/6 208/22
210/8 210/9 212/4
212/15 213/7 215/6
215/6 216/16 216/21
216/23 216/24 217/11
217/19 218/6 220/12
222/3 224/16 228/3
238/9 239/20 246/10
249/1 258/15 262/4
263/2
**Miami-Dade [19]**
18/4 18/6 22/22 28/16
37/18 46/9 70/17 81/1
89/24 90/1 93/16
101/22 105/21 181/10
181/12 181/14 208/5
208/6 210/9

**M**

**mic [1]** 152/3
**microfilm [1]** 123/10
**middle [7]** 14/16
147/19 157/1 228/24
252/20 252/24 277/3
**Midnight [1]** 144/15
**might [6]** 5/3 67/16
71/16 182/10 219/12
278/13
**milestone [2]** 26/24
26/25
**milestones [3]** 26/19
26/19 63/25
**million [1]** 224/16
**mind [4]** 51/15 56/15
71/23 101/19
**mine [3]** 205/6 218/1
221/9
**Mine's [1]** 112/11
**minimize [1]** 157/2
**minimum [1]** 176/4
**minute [5]** 53/20
202/13 202/20 278/17
281/10
**minutes [38]** 51/18
51/24 60/1 109/25
113/7 113/20 160/23
160/25 164/24 179/8
190/25 191/2 195/1
199/5 201/16 203/22
209/1 212/20 213/15
231/5 231/6 239/6
247/12 251/9 255/19
258/17 260/14 261/21
261/22 262/9 262/24
268/3 272/2 274/14
278/16 278/18 279/1
279/21
**Miro [10]** 265/15
265/17 266/4 266/8
266/16 266/19 271/6
271/12 271/20 272/1
**misleading [2]** 89/11
147/21
**missed [4]** 95/11
95/12 95/21 96/1
**missing [2]** 137/8
171/15
**mission [2]** 222/12
222/15
**Misstates [1]** 275/13
**mistake [7]** 148/11
149/2 149/7 156/21
157/8 157/9 157/10
**mistaken [1]** 59/15
**mistakes [1]** 156/22
**mistrial [1]** 168/4
**mitigation [2]**
223/11 223/15
**mixed [1]** 111/8

**Mm [13]** 27/8 81/10
101/17 121/19 139/23
140/14 143/12 209/15
224/3 265/16 267/4
272/19 284/4
**Mm-hmm [13]** 27/8
81/10 101/17 121/19
139/23 140/14 143/12
209/15 224/3 265/16
267/4 272/19 284/4
**mobile [2]** 72/1 72/3
**model [1]** 222/6
**modified [1]** 76/16
**mold [1]** 108/1
**mom's [1]** 161/7
**moment [8]** 35/25
53/21 63/21 65/10
112/12 145/21 158/1
215/19
**moments [1]** 179/10
**MONDAY [2]** 4/1
115/2
**monitor [1]** 199/3
**month [5]** 77/4
154/14 155/8 281/21
281/21
**monthly [1]** 133/19
**months [3]** 155/25
164/5 178/13
**more [46]** 11/1 11/2
11/12 13/9 22/3 22/8
23/16 42/15 52/12
53/10 59/10 60/1
60/11 62/4 67/11
67/14 67/14 67/17
70/5 73/10 85/6 87/16
94/2 95/6 126/20
127/18 128/24 130/9
131/7 146/16 153/11
154/14 155/4 155/8
155/17 166/19 170/19
172/21 173/4 175/7
176/2 225/6 241/17
242/10 263/8 285/13
**morning [8]** 4/1 5/5
5/14 6/13 6/16 6/19
7/3 181/11
**mortar [1]** 71/21
**most [4]** 20/7 37/11
160/21 164/3
**mostly [2]** 9/10
212/1
**mother's [1]** 161/4
**motion [2]** 166/15
170/14
**move [40]** 6/9 13/9
13/25 17/12 21/22
23/25 34/4 38/12 52/1
54/18 55/2 56/8 62/3
62/19 63/20 64/4
101/12 101/18 106/2
107/8 108/10 108/20

109/8 109/22 111/3
114/12 114/23 154/2
166/25 168/3 172/5
177/3 177/3 181/2
248/2 251/15 252/8
257/13 268/7 269/15
**moved [4]** 55/15
122/22 181/13 217/3
**moving [6]** 38/9
72/11 109/13 114/2
177/10 177/13
**Mr [160]** 4/7 4/12
5/5 21/6 25/10 27/6
28/19 32/20 33/2
33/23 37/22 45/19
50/7 50/19 51/1 51/5
52/8 53/2 53/3 53/3
53/12 54/14 54/19
54/22 55/17 57/8
57/13 63/14 66/16
67/1 69/24 73/10
73/11 73/20 82/19
82/19 82/23 86/12
88/22 89/21 90/19
113/12 116/15 118/17
119/12 119/20 121/17
122/13 122/15 122/17
122/19 122/20 123/20
123/21 123/23 124/7
124/8 125/4 126/5
127/9 130/6 130/19
130/20 131/21 132/25
133/2 133/20 134/13
135/12 136/2 136/13
136/17 136/25 138/12
139/3 141/4 144/17
147/10 148/7 149/5
152/2 152/7 156/5
157/8 157/13 157/16
158/4 158/15 158/20
158/23 161/3 163/8
163/8 163/8 164/18
165/6 165/8 166/15
166/25 167/2 167/16
169/25 171/8 171/9
173/21 174/4 174/5
174/5 174/9 174/11
175/1 175/24 176/13
177/25 178/5 179/7
180/25 194/2 194/4
194/17 195/9 203/19
204/4 205/7 205/9
207/2 212/19 213/17
216/8 216/14 262/7
263/13 264/2 264/4
264/12 264/24 265/9
265/15 265/25 265/17
266/4 266/8 266/14
266/16 266/19 268/5
268/8 268/9 268/18
270/25 271/2 271/5
271/12 272/1 273/6

273/9 274/8 279/11
282/10 286/2
**Mr. [18]** 4/7 49/19
53/6 77/11 130/15
135/13 137/5 148/7
149/4 173/19 177/14
209/4 255/23 264/22
266/21 271/6 273/9
274/8
**Mr. Bush [1]** 173/19
**Mr. Carollo's [1]**
271/6
**Mr. Fuller [6]** 53/6
148/7 209/4 264/22
273/9 274/8
**Mr. Fuller's [3]**
130/15 137/5 266/21
**Mr. Gutchess [1]**
49/19
**Mr. Kuehne [1]**
177/14
**Mr. Pinilla [3]** 4/7
135/13 149/4
**Mr. Salvatirra [1]**
255/23
**Mr. Sarnoff [1]**
77/11
**MRC [1]** 164/3
**Ms. [3]** 49/17 136/14
277/15
**Ms. Cohen [1]**
136/14
**Ms. Gomez [1]**
277/15
**Ms. White [1]** 49/17
**much [8]** 9/18 85/11
107/25 108/6 160/24
225/6 258/16 286/4
**multiple [5]** 59/13
61/22 175/9 199/13
265/3
**multitude [1]** 48/15
**municipal [2]** 181/7
181/19
**municipalities [1]**
8/13
**music [1]** 153/15
**musicians [1]**
153/14
**must [6]** 26/16 27/11
63/22 71/4 146/7
242/20
**my [77]** 7/20 7/23
9/15 16/23 25/22
35/24 36/6 36/17 38/5
46/4 51/20 55/17
59/15 70/3 78/2 84/11
94/2 94/21 102/20
108/1 109/21 113/15
114/11 114/16 120/20
120/23 121/14 123/2
125/2 125/19 125/20

129/20 131/2 132/21
141/18 144/1 148/2
148/9 157/4 169/17
172/18 175/9 175/11
175/13 175/20 178/21
181/12 181/17 190/22
190/22 191/23 193/3
193/5 194/19 198/21
201/3 201/7 212/12
212/24 214/18 216/12
232/8 232/19 242/24
243/17 248/6 249/8
256/10 257/10 272/17
272/18 273/10 273/13
284/2 284/7 284/17
285/17
**myself [5]** 5/21 7/21
191/24 192/25 201/20

**N**

**name [25]** 119/13
136/19 148/21 148/23
148/24 168/10 169/3
177/9 177/11 177/13
212/9 213/6 216/11
216/11 216/12 216/12
223/24 223/25 231/20
231/22 256/25 257/9
264/4 264/22 264/24
**named [2]** 180/10
201/13
**names [2]** 178/22
264/19
**naming [1]** 184/8
**narrative [2]** 167/21
181/8
**National [1]** 52/18
**nature [4]** 161/23
167/13 195/24 229/23
**near [2]** 167/9
191/19
**nearby [1]** 198/12
**necessarily [3]** 4/14
206/7 209/10
**necessary [7]** 52/10
64/2 64/17 88/25
117/23 157/5 169/21
**need [57]** 5/17 5/21
16/25 18/8 26/19 42/7
54/9 56/1 58/22 71/20
76/13 81/6 85/1 95/5
99/24 105/21 111/12
112/15 114/6 114/23
128/18 128/19 131/13
131/16 131/25 131/25
133/4 134/22 146/17
151/18 155/5 176/12
177/1 184/4 191/21
208/21 210/5 210/11
211/11 217/22 217/22
218/7 218/8 219/12
226/2 226/16 227/11

**N**

**need... [10]** 227/20
228/1 240/4 240/14
244/4 262/9 276/18
278/13 281/5 285/16
**needed [8]** 9/18 9/19
9/24 76/19 126/19
187/12 208/17 221/1
**needing [1]** 71/17
**needs [7]** 25/5 98/24
100/6 111/25 176/16
259/7 259/9
**neglected [1]** 51/19
**Neighborhood [1]**
240/7
**neighborhoods [1]**
198/1
**Neither [1]** 49/14
**NET [2]** 240/1 240/6
**never [18]** 54/16
59/17 60/7 62/9
134/23 135/4 159/1
164/5 169/7 172/18
172/19 174/19 175/9
204/24 210/20 263/13
279/13 285/25
**new [23]** 22/11
22/11 30/15 54/1
83/10 88/23 88/23
102/11 131/19 131/23
143/24 150/10 185/8
185/19 185/24 186/6
186/13 186/15 217/17
217/17 217/21 221/8
277/25
**newly [1]** 186/17
**news [2]** 158/4
158/18
**next [93]** 16/12 19/2
19/7 20/1 20/9 20/18
20/22 21/22 23/21
23/23 37/21 39/2
39/20 39/23 39/25
39/25 39/25 40/25
41/11 42/9 42/9 42/22
43/7 43/12 44/1 59/9
60/17 61/24 62/8 67/4
67/6 67/12 68/14 69/8
69/8 69/9 84/13 86/6
87/13 98/10 101/18
105/13 107/12 111/3
112/2 118/18 128/20
133/16 144/25 145/14
154/12 158/20 164/22
165/22 169/25 170/9
177/8 177/23 215/13
215/14 215/17 228/2
228/11 233/5 233/20
234/6 234/13 234/20
235/24 236/5 236/17
238/8 238/14 238/22

239/19 241/21 243/5
243/25 250/7 252/18
257/6 257/9 279/3
279/4 279/4 279/24
279/24 279/25 279/25
283/16 283/22 283/25
284/9
**nice [1]** 124/6
**night [4]** 199/23
199/25 200/6 283/11
**Ninth [1]** 4/17
Niworowski [1]  1/12
**no [226]** 1/2 11/19
11/19 17/9 21/14
21/15 22/1 24/14
24/16 24/24 28/25
31/9 34/17 34/19 38/4
38/10 40/7 40/9 42/1
44/15 46/9 46/12
50/23 63/10 63/24
63/24 64/21 67/3 68/3
69/19 75/2 79/20
80/12 80/21 83/10
85/17 85/20 85/21
87/5 87/21 87/23
87/24 90/4 90/13
90/15 90/25 92/14
93/20 96/5 97/19
99/23 100/17 101/2
101/10 103/2 103/5
103/14 103/16 103/18
108/7 110/2 110/5
110/7 116/23 117/12
117/14 118/7 118/9
120/7 121/3 122/3
122/6 122/16 122/18
122/24 124/13 125/19
125/19 126/7 126/9
126/24 127/4 127/6
127/15 128/2 132/7
133/7 134/8 135/3
136/9 137/13 137/14
137/15 137/15 138/3
138/23 139/16 139/24
140/23 141/19 142/14
142/15 142/24 143/25
144/6 145/16 146/23
148/9 148/9 153/25
154/6 154/20 155/10
155/17 155/25 159/5
159/6 160/6 161/13
161/22 163/15 165/25
166/4 167/4 167/4
167/5 169/23 169/23
170/19 171/3 171/18
171/19 171/22 173/4
173/5 173/10 173/22
175/18 175/25 176/23
179/17 180/20 180/22
184/7 188/18 189/2
189/8 189/17 193/21
193/24 194/14 196/17

197/8 201/7 201/11
202/17 202/25 207/11
207/13 208/1 208/3
208/5 208/25 210/19
212/3 212/11 213/2
213/2 213/8 213/10
215/11 218/8 221/9
226/25 226/25 229/5
230/25 232/1 232/3
233/15 234/1 234/10
236/12 242/13 242/13
243/3 244/8 244/14
244/16 245/12 245/13
245/14 245/24 246/18
247/19 247/23 248/1
250/3 251/7 251/7
254/15 255/5 255/7
256/5 256/12 258/15
260/3 260/3 260/9
261/10 261/16 261/19
261/20 265/18 269/5
273/18 273/20 273/24
274/5 275/22 275/25
277/2 277/8 285/13
285/16 285/16
**nobody [2]** 199/23
261/19
**noise [12]** 152/13
152/16 153/11 197/25
199/2 200/13 200/13
200/14 208/24 256/4
257/5 257/12
**non [1]** 35/7
**non-permitted [1]**
35/7
**noncompliance [4]**
109/21 111/9 111/17
246/7
**nonconforming [2]**
81/8 105/20
**none [4]** 142/20
172/19 172/23 251/8
**nonetheless [1]**
4/15
**nonprofit [1]** 52/18
**noon [2]** 146/2
282/25
**Nope [1]** 42/20
**nor [1]** 149/5
**Noriega [6]** 122/25
126/13 129/6 130/8
279/11 284/14
**normal [3]** 18/18
221/24 283/3
**normally [2]** 123/15
282/25
**not [290]**
**note [4]** 27/15
112/16 113/4 248/6
**noted [3]** 30/10
104/23 270/1
**nothing [9]** 50/17

56/11 63/24 126/2
157/10 170/19 206/16
269/20 282/19
**notice [92]** 11/16
11/19 11/22 11/24
12/2 12/5 12/6 14/16
14/19 14/19 14/22
14/23 17/11 17/16
18/16 23/25 24/2 24/3
24/4 24/4 24/25 30/5
30/6 30/16 31/2 31/24
32/13 38/21 39/4 44/9
44/11 44/11 44/16
45/1 55/13 58/16
60/18 60/24 61/3 61/4
61/6 61/14 62/14
63/17 80/3 83/17
83/18 88/9 91/10 94/5
96/14 98/5 98/10
98/12 101/19 106/2
106/6 108/10 108/12
108/19 109/13 109/13
109/15 111/5 111/11
112/5 112/6 112/8
117/3 119/4 120/25
196/11 222/23 231/19
231/24 231/25 232/22
233/6 236/21 237/13
237/22 245/16 245/17
245/19 248/13 248/18
250/4 250/12 254/20
259/3 260/6 276/18
**noticed [2]** 109/14
237/19
**notices [9]** 12/8
24/17 24/23 38/8
38/10 52/10 52/12
62/15 235/11
**notification [1]**
86/19
**notified [1]** 75/25
**notify [1]** 98/8
**notwithstanding [1]**
229/15
**NOV [2]** 222/23
223/5
**November [9]**
154/16 179/22 182/7
182/16 184/20 185/4
185/12 214/5 247/11
**November 28 [1]**
247/11
**November 30th [1]**
154/16
**NOVs [1]** 222/25
**now [92]** 5/4 5/20
9/3 9/11 9/21 9/22
11/17 12/13 13/16
14/19 17/15 22/23
30/8 33/14 34/14
35/19 39/10 39/25
40/20 47/15 47/24

48/18 48/19 56/9
58/15 62/22 62/24
64/7 66/6 69/8 73/21
76/17 80/17 83/10
83/16 88/16 89/21
93/23 94/16 97/5
99/19 100/3 101/25
102/12 105/18 107/14
111/20 114/7 149/2
155/20 169/6 180/14
184/17 197/5 206/24
207/10 208/24 211/22
212/8 213/17 213/21
215/1 218/11 222/11
222/18 225/8 226/11
230/7 234/20 237/13
237/19 238/22 243/4
258/16 262/4 263/15
268/7 268/17 268/25
270/24 271/4 271/15
272/5 272/8 272/16
274/12 274/22 275/10
276/3 276/8 276/21
276/22
**NP [1]** 127/15
**number [33]** 6/11
14/4 14/4 14/6 14/14
14/15 17/24 25/24
26/5 26/9 30/19 40/16
45/22 45/25 47/24
54/15 54/22 55/7 72/6
81/16 88/11 88/11
89/1 98/7 98/7 108/17
108/18 111/20 112/24
194/19 219/7 258/3
273/3
**numbers [1]** 68/24
**NW [1]** 1/13

**O**

**oath [1]** 162/18
**obey [1]** 28/7
**object [16]** 15/4
20/11 40/2 40/14
45/16 50/16 73/7
150/17 155/21 179/3
210/22 251/19 252/10
256/13 257/15 269/23
**objected [4]** 5/7
29/20 167/19 279/16
**objection [240]** 5/1
7/14 15/6 15/8 15/12
15/19 15/21 16/8
16/14 17/6 19/11 21/3
21/10 24/19 28/4 28/9
28/10 28/20 29/24
30/10 31/9 32/21
32/22 32/23 34/4
35/9 35/13 37/14
37/19 37/21 37/25
38/4 38/6 38/7 38/10
39/12 41/20 46/24

**O**

**objection... [202]**
48/6 48/11 49/9 52/6
53/9 54/21 58/9 64/15
65/15 65/23 66/10
68/16 69/15 69/16
69/22 72/24 73/24
75/5 75/6 75/11 76/9
79/20 80/12 82/2 82/3
82/20 83/8 83/11
85/17 85/20 85/21
87/5 87/23 87/24
90/25 91/23 91/24
93/1 93/7 96/5 97/19
101/10 102/15 103/21
104/23 109/4 110/2
110/7 116/23 117/11
117/12 117/14 118/14
118/17 118/25 127/4
128/2 134/3 134/8
136/9 138/4 138/19
138/24 139/15 139/16
140/23 141/18 141/23
145/12 145/13 149/15
152/15 152/18 153/6
154/6 156/7 158/6
158/11 158/19 163/10
164/10 164/13 164/18
167/20 175/17 179/19
180/1 180/6 180/11
180/15 180/24 181/23
182/3 182/8 183/8
183/16 185/5 185/9
185/15 186/3 186/8
186/24 187/19 188/1
188/9 189/6 190/9
190/16 192/5 192/17
194/25 196/5 196/21
197/11 197/17 198/13
199/9 200/20 200/25
201/24 202/3 202/8
203/1 203/2 203/3
203/8 203/13 203/18
204/20 204/25 205/20
206/1 206/8 206/14
206/20 209/11 209/21
210/6 211/2 211/13
211/19 212/16 215/7
219/16 220/3 220/21
221/13 221/14 224/22
225/20 227/6 228/19
229/4 230/16 235/2
235/12 236/14 236/23
236/25 237/15 239/5
239/13 240/24 241/4
241/13 243/10 243/24
244/25 245/6 246/22
248/19 251/17 254/22
255/1 255/16 257/22
263/20 264/7 264/13
265/2 265/10 265/23

265/25 266/10 266/22
268/13 269/17 269/18
270/1 270/12 270/20
271/7 271/13 271/14
274/2 274/9 275/4
275/6 275/13 280/8
281/14 282/8
**objectionable [1]**
52/11
**objections [11]**
52/10 114/5 127/2
127/6 137/21 141/17
144/5 144/6 145/16
146/22 146/23
**objectives [1]** 222/1
**observations [1]**
261/4
**observe [2]** 204/7
259/18
**observed [1]** 268/23
**obstreperous [1]**
48/5
**obtain [22]** 35/2
46/20 64/1 80/23 81/7
85/2 111/25 217/22
217/22 227/8 232/2
232/4 233/20 234/14
234/17 236/21 237/6
244/11 250/24 258/4
259/8 259/9
**obtained [15]** 21/15
26/21 27/9 27/18
28/14 34/2 34/22 35/3
46/16 105/22 166/19
245/11 249/25 250/1
251/6
**obtaining [3]** 35/17
221/2 221/24
**obvious [2]** 67/16
168/8
**obviously [3]** 137/24
168/8 190/23
**occasion [3]** 176/5
225/18 225/23
**occasionally [1]**
227/25
**occasions [1]** 199/12
**occupancy [12]** 8/10
84/15 102/3 102/7
141/13 141/14 142/11
142/11 142/12 147/16
147/20 238/23
**occupant [1]** 14/20
**occupants [12]** 12/6
17/20 22/16 24/5
30/22 38/24 98/8
107/19 108/3 109/16
159/17 159/17
**occur [3]** 120/21
190/21 229/16
**occurred [12]** 26/6
36/11 36/16 47/25

75/19 75/23 75/24
81/16 81/18 83/19
102/18 213/18
**occurs [1]** 23/7
**Ocho [19]** 68/9
111/11 140/10 191/10
193/2 195/12 195/18
196/11 196/20 197/24
198/19 199/18 199/20
200/11 200/12 224/8
224/20 224/25 225/3
**October [18]** 27/7
65/11 141/12 142/21
142/21 143/9 143/23
143/24 144/4 144/12
145/15 147/4 149/22
150/8 150/13 151/5
152/13 154/3
**October 13th [1]**
27/7
**October 20 [1]**
141/12
**October 22 [4]**
143/23 144/12 149/22
150/8
**October 22nd [7]**
143/24 144/4 145/15
147/4 151/5 152/13
154/3
**Octobers [1]** 143/7
**off [15]** 11/15 11/15
17/23 26/15 30/14
32/19 105/6 124/3
127/21 133/16 164/2
170/12 201/3 239/20
241/21
**offenses [1]** 223/3
**offer [9]** 30/9 55/19
66/18 78/21 79/18
85/18 91/25 97/22
104/21
**office [32]** 11/8
34/20 35/24 46/6
46/10 63/7 126/13
127/16 129/12 132/22
140/4 151/8 151/16
164/3 178/21 184/22
187/12 187/13 187/18
189/22 198/21 204/5
208/16 214/3 214/4
214/9 215/1 239/20
271/6 280/19 280/20
280/25
**officer [5]** 49/17
207/10 217/1 218/10
219/23
**officers [2]** 10/11
209/20
**offices [3]** 34/20
189/11 189/12
**official [14]** 28/17
44/23 74/17 125/12

129/11 130/21 130/22
130/22 130/23 196/11
198/24 226/8 275/20
286/21
**officially [2]** 126/11
214/5
**officials [10]** 90/1
182/22 183/21 184/8
185/1 185/4 186/7
186/18 190/1 190/23
**often [2]** 271/12
281/20
**Oh [2]** 218/13 243/17
**okay [183]** 11/13
12/5 12/10 13/4 14/6
14/9 14/24 16/2 17/10
18/23 19/1 22/8 23/23
23/25 26/12 27/1
28/12 29/8 29/11
30/25 32/6 32/12
32/19 33/20 38/10
38/11 39/20 44/6
44/16 49/2 49/4 51/12
51/22 52/13 53/10
54/12 58/17 58/21
59/22 60/2 61/5 61/9
62/10 63/17 63/20
64/4 64/13 64/22 65/7
66/6 67/1 68/8 69/8
70/3 73/13 74/5 75/19
77/15 78/20 79/9
82/14 83/6 83/24 84/8
84/11 84/12 86/8 88/6
88/13 90/22 91/8
91/21 92/20 98/12
98/15 98/21 102/8
102/13 103/20 104/20
105/13 106/16 109/13
109/25 110/22 111/3
112/4 116/21 117/25
118/18 122/22 122/25
123/23 124/2 125/7
125/9 125/14 125/17
125/24 126/19 126/25
128/22 129/8 130/5
130/14 130/17 131/1
131/16 132/2 132/5
132/12 132/19 133/3
133/11 135/24 136/9
137/13 140/21 142/14
143/9 143/23 144/3
145/14 147/5 150/15
151/10 152/9 153/3
154/1 154/14 154/17
155/15 157/16 158/1
159/1 159/7 160/1
160/22 164/7 166/14
183/2 184/24 187/16
190/23 195/11 207/7
212/24 216/24 217/7
218/3 219/10 221/10
226/14 226/18 231/1

234/13 238/4 241/21
243/7 244/17 247/20
250/4 251/2 254/4
258/16 259/14 266/5
266/8 266/18 266/19
268/17 269/8 269/14
271/19 272/1 272/16
273/21 273/25 276/21
282/19 283/25 284/4
285/6
**old [2]** 9/3 9/4
**on [348]**
**on your [1]** 21/1
**on-site [1]** 38/23
**once [15]** 12/5 13/20
20/1 45/8 45/14 47/16
49/17 58/15 74/15
180/25 219/9 223/10
257/3 263/8 281/21
**one [131]** 4/14 7/20
8/13 9/22 10/4 11/20
13/5 13/16 14/17 16/4
19/1 19/2 20/6 21/22
23/21 23/23 25/24
29/1 36/6 37/9 37/10
37/10 42/13 42/15
44/22 46/19 47/12
47/24 53/21 54/14
55/13 56/10 58/21
60/2 62/4 63/2 63/15
63/23 64/24 69/8 69/8
69/9 81/4 81/25 84/13
85/6 86/20 94/2 94/21
95/3 95/10 95/14
101/2 101/7 101/22
102/10 105/15 106/4
106/17 107/12 107/21
112/2 112/12 112/19
113/7 113/25 114/8
117/13 123/14 136/1
136/9 137/18 139/14
139/21 141/15 146/16
151/24 152/5 152/23
153/23 154/14 157/21
158/1 159/9 160/11
160/11 161/3 161/20
164/6 165/11 165/19
165/19 167/18 170/6
170/6 170/17 170/18
171/10 171/10 171/20
175/4 176/19 178/20
183/21 194/23 197/9
200/14 202/13 202/20
207/2 212/9 212/25
214/8 216/4 217/15
222/24 233/18 233/20
236/20 255/18 257/25
259/23 273/3 273/13
273/21 279/8 281/3
281/10 283/25 284/6
285/8
**one's [1]** 127/21

**O**

**one-story [2]** 16/4 105/15

**ones [6]** 9/25 10/12 44/14 94/16 137/14 160/20

**ongoing [1]** 55/7

**online [1]** 123/13

**only [26]** 6/4 8/18 33/24 34/1 53/5 54/7 70/2 84/21 84/21 124/14 124/15 124/20 130/1 130/18 131/22 141/18 143/16 162/20 169/1 174/10 174/19 175/18 176/18 179/4 223/10 264/10

**onto [2]** 68/2 149/8

**open [12]** 29/5 57/3 95/5 103/7 103/9 163/4 173/10 177/16 209/25 210/10 222/22 260/16

**opened [5]** 13/17 26/11 194/17 226/15 254/20

**opening [3]** 16/7 19/14 242/6

**openings [4]** 22/10 22/11 22/11 22/11

**opens [1]** 54/1

**operate [6]** 64/18 148/4 193/16 205/16 211/25 240/14

**operated [2]** 187/10 226/4

**operates [1]** 274/23

**operating [1]** 271/1

**operation [8]** 153/12 183/4 187/13 189/10 200/18 200/23 201/2 201/8

**operational [1]** 181/17

**operators [2]** 233/25 246/16

**opine [1]** 210/14

**opportunity [6]** 4/24 4/25 6/2 86/11 118/3 285/12

**opposing [1]** 38/6

**opposite [4]** 43/10 110/18 110/18 110/20

**or [130]** 5/18 8/9 8/24 10/13 12/8 13/5 13/6 14/21 17/10 17/15 23/2 23/7 23/15 24/22 26/19 27/11 27/22 32/2 33/11 33/21 34/15 40/3 40/7 42/25 43/8 43/23

44/11 45/4 48/25 49/3 50/23 56/11 57/17 63/6 64/2 64/8 68/1 69/2 74/5 76/16 78/8 79/15 82/21 89/3 90/4 93/19 95/21 99/7 99/23 100/20 100/24 108/24 111/10 124/11 124/13 124/15 124/16 128/24 133/19 137/14 139/10 139/24 140/11 141/14 142/12 143/25 147/21 149/3 153/13 154/5 156/3 160/6 164/4 167/5 167/12 168/1 169/7 169/20 171/15 177/12 181/1 181/7 181/19 183/6 183/24 184/9 184/9 187/13 189/1 189/5 189/23 193/8 201/9 202/24 207/8 210/8 210/15 210/15 210/21 214/7 214/22 217/14 221/1 222/22 223/2 223/11 226/3 226/17 229/11 229/12 229/13 229/14 229/19 229/21 231/3 240/15 245/18 249/9 251/6 254/14 258/4 258/5 263/15 265/18 277/5 277/6 277/11 284/2 284/19 284/19

**oral [3]** 123/15 123/18 124/2

**orally [1]** 124/19

**orange [1]** 137/14

**orchestras [1]** 153/13

**order [60]** 4/4 24/25 25/1 25/4 25/5 25/9 28/3 28/8 29/3 32/13 34/4 39/3 39/5 44/7 44/12 44/13 45/7 45/8 45/11 45/21 46/14 46/15 46/20 48/24 62/19 62/20 63/2 63/18 63/21 63/24 76/13 76/16 76/19 89/12 116/4 117/22 119/3 121/6 130/10 131/21 132/23 161/5 161/8 161/12 162/9 166/18 166/20 166/25 168/2 170/13 172/5 172/7 175/9 175/20 204/9 206/17 211/25 227/20 228/1 240/14

**ordered [6]** 189/15 190/14 191/23 199/3 200/19 201/9

**ordering [1]** 204/15

**orders [10]** 48/16 90/12 118/11 161/11 166/22 189/1 189/5 189/21 255/6 255/13

**ordinance [14]** 143/24 149/13 149/19 149/22 150/10 150/16 150/20 151/4 152/6 152/13 152/14 152/23 153/9 229/11

**ordinances [12]** 18/13 81/11 97/1 97/2 105/25 128/19 130/12 131/10 131/16 151/18 151/23 153/23

**ordinary [2]** 57/22 104/9

**organization [3]** 181/10 181/13 183/7

**organize [1]** 199/19

**original [2]** 101/23 147/8

**originally [2]** 94/19 95/16

**originated [1]** 86/4

**Orta [1]** 253/10

**Ortus [9]** 148/25 149/1 149/2 149/7 149/9 156/20 157/2 157/4 157/12

**other [58]** 10/5 31/19 33/11 47/22 52/8 53/18 54/4 59/11 62/25 63/4 64/11 65/19 70/20 71/14 71/18 74/22 84/25 89/17 90/7 90/14 100/8 106/7 113/13 113/23 114/11 118/8 120/25 132/21 135/20 143/17 153/13 159/4 168/14 173/15 173/24 178/5 181/20 186/6 192/10 194/15 200/1 200/13 210/9 221/2 225/19 225/23 226/2 227/23 227/23 229/17 232/19 254/17 255/18 258/5 260/10 269/23 284/16 285/8

**others [5]** 56/1 59/11 113/8 113/14 192/18

**otherwise [5]** 27/12 28/16 51/21 169/5 176/20

**our [51]** 5/11 13/2 13/13 40/16 53/7 54/21 55/12 59/2 68/6 68/22 79/3 84/5 86/20 92/12 96/18 96/21

97/1 105/8 110/24 110/25 111/1 127/18 128/19 130/11 130/12 131/16 139/9 144/4 151/18 164/2 164/3 166/15 173/15 182/25 183/25 187/9 187/24 189/19 190/14 190/22 193/15 199/3 211/25 217/15 222/4 222/24 226/22 229/18 235/19 257/25 285/24

**out [43]** 9/12 18/16 18/19 22/6 31/25 34/10 39/7 39/8 54/8 59/8 62/16 75/12 84/20 86/5 86/16 108/19 111/16 112/18 122/22 131/11 132/20 132/25 151/11 152/9 153/23 154/24 167/24 172/21 181/21 193/25 200/3 200/8 208/21 209/18 210/18 210/19 214/12 229/2 270/10 274/23 274/23 275/23 286/1

**outdoor [3]** 153/15 232/4 234/19

**outlined [5]** 8/1 9/14 9/16 27/17 90/8

**outlines [1]** 45/11

**outside [11]** 6/21 32/7 32/10 53/3 81/19 81/19 92/8 107/9 121/12 162/24 249/8

**outstanding [5]** 165/18 170/5 170/17 171/5 171/9

**over [28]** 30/10 54/17 61/23 69/20 113/16 121/6 124/12 124/13 124/18 144/20 144/23 157/22 161/21 161/22 162/2 165/7 166/20 168/19 168/19 168/20 168/20 175/1 184/5 200/2 213/13 219/6 269/25 283/6

**overall [4]** 219/25 221/12 221/18 221/22

**overarching [1]** 26/23

**overhang [4]** 249/22 251/1 253/9 277/22

**overhaul [1]** 9/18

**overlapping [2]** 191/9 284/19

**overlooked [1]** 95/21

**overnight [1]** 120/21

**overrule [3]** 15/21

82/21 152/20

**overruled [80]** 15/14 16/17 17/8 19/13 20/13 21/12 30/3 31/15 35/15 39/14 40/18 41/22 41/25 46/25 52/6 53/9 65/16 68/18 69/18 69/23 73/2 74/2 82/5 82/21 93/9 119/1 141/23 149/16 149/25 150/19 153/8 156/7 164/14 167/20 169/2 175/17 183/17 186/9 187/20 189/7 196/23 201/1 201/25 203/4 204/21 205/1 206/2 206/9 206/15 206/21 209/22 210/7 211/4 212/18 220/22 221/16 227/7 237/16 239/6 239/14 241/14 248/20 255/17 257/17 257/23 263/25 264/9 264/18 265/7 266/2 266/11 268/15 270/14 270/21 271/8 274/4 274/10 275/7 275/15 280/11

**oversaw [3]** 181/16 183/4 208/6

**Overtown [1]** 160/14

**overview [1]** 228/4

**own [8]** 26/25 126/5 126/8 127/2 173/6 193/1 202/24 260/11

**owned [4]** 90/19 104/1 120/4 193/25

**owner [37]** 12/8 12/22 12/23 17/21 24/7 30/23 32/19 33/6 33/7 33/8 38/25 47/19 65/13 65/22 66/2 80/23 98/8 106/8 109/16 132/6 137/6 163/21 194/2 195/9 211/7 223/14 240/17 240/20 240/22 240/23 241/2 241/9 241/11 241/19 245/19 268/10 276/19

**owner's [2]** 264/19 264/22

**owner/tenant [1]** 80/23

**owners [14]** 14/22 106/7 193/8 193/11 199/4 211/10 216/18 221/7 223/17 227/16 227/17 231/1 234/2 242/23

**ownership [1]** 222/7

**oxidize [1]** 59/7

**P**

**P-1 [1]** 100/18
**P-2 [1]** 100/18
**P-3 [1]** 100/18
**P-R-O-C-E-E-D-I-N-G-S [2]** 4/2 116/2
**p.m [8]** 128/5 147/6
153/15 181/11 269/24
270/8 276/16 286/12
**pace [2]** 44/6 114/3
**package [12]** 238/12
239/21 241/3 241/8
243/4 243/6 245/15
247/20 247/25 251/25
253/23 255/18
**page [94]** 13/4 13/4
19/2 19/7 20/1 33/5
33/14 39/2 41/11
63/11 63/11 65/3
65/10 68/14 85/15
85/15 86/6 98/10
101/18 105/6 105/13
110/13 111/3 116/22
136/9 137/13 144/25
150/3 154/5 155/16
219/10 219/11 222/11
222/11 222/13 223/23
224/12 225/8 228/2
228/2 228/11 228/23
229/2 231/11 231/14
233/5 234/20 235/5
235/24 236/17 238/8
238/14 238/22 239/19
239/19 239/20 241/21
243/7 244/17 246/2
246/20 247/2 252/18
256/17 256/18 257/6
257/7 257/8 257/9
264/23 264/25 265/1
267/1 267/3 267/7
268/25 269/1 270/6
274/12 274/22 275/1
275/10 276/8 276/14
279/3 279/3 279/3
279/4 279/4 279/8
279/24 279/24 279/25
279/25
**page 5 [1]** 116/22
**pages [26]** 3/19 3/25
13/9 17/12 25/15
39/10 79/9 79/11
85/24 85/25 134/4
134/6 134/7 136/4
136/5 136/6 154/12
236/6 237/22 243/5
257/9 257/13 257/18
265/3 265/4 268/17
**paid [2]** 13/7 27/9
**Pandora's [1]**
173/10
**panel [39]** 12/15

12/18 24/10 24/12
24/13 25/1 25/2 25/4
25/9 26/18 29/3 45/9
45/14 45/21 46/5
46/23 47/3 47/5 47/7
48/21 48/25 62/12
62/20 62/24 63/4 63/5
63/9 63/21 65/21
65/22 66/4 100/15
100/15 100/24 109/14
109/18 117/4 117/22
118/1
**Panel's [1]** 63/18
**panelists [3]** 25/4
45/15 46/7
**panels [2]** 100/22
280/22
**panoply [1]** 178/17
**paper [2]** 172/12
252/11
**paperwork [1]**
210/12
**paragraph [5]**
147/19 156/18 222/18
229/2 277/4
**parallel [1]** 4/18
**parcel [1]** 76/6
**parentheses [1]**
84/24
**park [1]** 60/16
**parking [21]** 49/5
57/17 57/18 59/13
59/25 60/4 64/8 64/12
64/13 64/16 64/17
68/2 106/21 106/22
119/15 119/21 120/10
197/25 200/9 200/15
242/13
**Parks [1]** 216/25
**part [55]** 31/3 31/19
37/7 40/3 40/16 54/2
54/4 69/10 76/6 94/20
127/13 173/14 184/25
186/18 189/19 197/14
201/5 201/8 209/14
218/10 218/14 219/21
219/22 220/15 220/16
223/19 223/21 224/13
226/18 227/11 228/17
228/23 229/18 231/10
234/20 237/3 237/9
238/5 238/11 239/21
239/24 241/3 241/8
242/21 242/24 243/6
243/21 251/24 252/18
253/23 254/1 256/7
256/20 269/23 281/5
**partial [1]** 19/19
**participate [1]**
235/21
**participation [1]**
235/11

particles [1] 37/6
**particular [57]** 12/9
13/8 17/23 18/21 20/7
22/2 24/9 27/1 29/4
30/17 35/19 36/7 39/3
40/20 41/17 41/24
45/10 46/7 47/1 47/15
47/24 51/3 58/24 59/3
61/17 63/16 64/7
68/23 68/24 69/4
88/10 88/17 88/18
92/10 94/18 95/5 95/7
95/21 96/3 99/6
101/25 102/21 106/17
107/7 109/17 109/18
111/19 125/25 137/2
146/15 152/6 168/5
174/12 212/9
**particularly [2]**
153/11 168/24
**parties [12]** 12/8
14/22 17/21 24/7
30/24 63/15 98/9
106/7 109/16 112/16
112/25 113/3
**partition [1]** 44/5
**Partners [1]** 140/10
**parts [2]** 85/1 231/9
**party [5]** 56/11
157/15 164/19 168/25
285/1
**pass [1]** 50/7
**passed [1]** 143/25
**past [4]** 12/17 79/15
154/2 199/22
**Patricia [1]** 6/8
**paved [1]** 93/24
**pavers [3]** 19/4
19/23 22/6
**pay [1]** 223/2
**payment [1]** 223/12
**pays [1]** 163/20
**PDF [1]** 162/1
**pending [3]** 60/22
101/6 113/19
**people [29]** 24/15
56/6 56/11 56/12
56/13 60/16 76/7
114/9 130/19 168/18
184/10 192/10 198/22
200/8 209/8 209/18
209/23 210/4 210/25
211/3 211/6 211/22
213/1 213/2 213/3
215/5 223/24 272/10
276/12
**per [16]** 8/6 9/8 10/7
18/10 81/9 96/19
105/21 105/23 142/10
199/20 200/10 207/21
223/8 253/9 267/17

268/9
**percent [7]** 4/10
82/1 100/5 154/25
155/4 155/14 175/4
**percentage [1]**
154/22
**perfect [3]** 119/14
161/1 175/18
**perfectly [1]** 56/2
**perform [5]** 10/1
27/25 74/15 76/20
98/23
**performance [1]**
70/18
**performed [34]**
15/23 27/20 27/22
29/5 32/14 35/17 36/8
44/21 73/23 74/3
74/23 75/18 76/2
76/12 77/1 80/20
81/21 89/13 91/9
91/19 98/13 98/18
99/7 100/4 100/21
141/14 159/23 163/17
234/6 234/11 249/19
250/19 250/25 259/5
**performing [7]** 12/7
14/21 17/20 23/13
24/6 98/25 221/24
**perfunctory [1]**
214/7
**perhaps [4]** 8/13
44/5 168/3 284/25
**period [3]** 178/11
189/4 226/23
**Permission [2]**
127/23 149/21
**permit [108]** 13/21
14/25 15/3 15/10
15/18 16/13 17/25
18/10 19/6 21/14
21/17 21/23 22/1
22/13 23/13 23/14
26/21 27/12 27/18
28/14 34/2 34/2 34/23
35/2 35/3 35/5 35/12
35/17 41/19 42/3 43/1
43/3 43/20 43/21
46/21 64/1 72/23
73/23 80/8 80/20
80/23 82/15 89/1 91/9
91/13 91/15 94/8
95/19 97/5 98/16
98/17 98/24 99/7 99/7
101/6 102/14 103/7
112/1 117/5 118/21
126/21 127/19 137/11
141/19 141/19 159/8
159/12 159/19 159/21
195/19 210/5 211/11
211/12 234/7 234/14
236/11 238/23 239/17

239/18 240/15 242/19
243/6 244/4 244/6
244/11 244/11 244/13
245/11 245/13 249/19
249/21 250/20 253/8
259/5 259/8 259/10
259/11 259/12 259/21
260/2 260/3 267/18
267/23 268/1 271/1
277/8 277/9 282/2
**permits [79]** 8/6
12/7 14/21 17/21 19/3
20/8 20/25 22/12 24/7
29/6 32/15 34/22
40/22 44/22 46/16
67/1 72/21 74/3 75/18
80/5 81/5 81/7 81/22
85/3 87/20 89/4 89/10
93/11 93/13 93/17
94/11 94/19 94/24
95/16 98/13 98/19
98/22 99/5 99/18
100/23 101/7 102/20
103/13 103/14 103/16
103/18 103/19 105/22
111/10 119/5 133/9
137/12 163/9 163/15
163/16 210/1 210/4
221/1 230/24 230/25
232/3 234/10 242/6
244/24 245/3 245/14
249/24 250/1 250/24
251/5 251/7 254/11
254/15 261/9 261/10
261/11 267/21 267/22
277/8
**permitted [13]** 35/7
42/19 82/11 92/25
93/6 94/17 94/18
100/16 100/25 192/1
193/7 232/21 232/21
**permitting [2]** 21/9
21/24
**persist [2]** 196/20
197/2
**persistent [1]** 198/6
**person [15]** 16/19
63/12 123/7 134/23
145/7 157/21 168/5
174/4 176/19 208/9
212/9 229/11 234/4
263/7 271/5
**personal [42]** 15/4
15/12 15/19 16/8
16/14 17/6 19/11
20/11 21/3 21/10
29/25 35/13 39/12
41/20 66/14 66/15
68/16 73/1 74/1 82/4
109/6 114/9 185/19
188/12 192/17 192/21
196/21 197/20 198/3

**P**

**personal... [13]**
202/11 202/24 222/7
245/8 245/10 251/2
251/3 251/19 256/13
274/3 274/9 275/6
275/14

**personally [4]**
125/19 201/18 202/23
212/12

**personnel [4]** 184/2
184/5 184/9 202/11

**perspective [2]** 8/21
181/20

**pertain [2]** 256/2
264/17

**pertaining [2]** 233/2
281/6

**pertains [2]** 70/3
258/23

**Pertnoy [2]** 1/16
6/17

**pews [1]** 56/19

**philosophy [3]**
221/12 221/18 221/22

**phone [6]** 161/22
161/23 165/7 205/18
258/3 272/17

**phonographs [1]**
153/12

**photo [1]** 226/19

**photograph [17]**
10/17 20/10 21/8
23/19 38/23 42/17
42/22 43/7 61/17
61/24 64/7 67/13
87/13 88/13 94/15
99/15 106/24

**photographed [1]**
53/4

**photographic [3]**
18/17 31/4 106/14

**photographically [1]**
34/9

**photographing [1]**
10/15

**photographs [26]**
11/23 12/3 15/2 15/8
34/11 34/13 45/3
54/20 58/19 61/7 61/9
62/3 69/6 80/7 84/8
84/12 86/16 91/18
92/25 93/5 93/8 99/9
99/13 107/8 111/17
111/20

**photos [4]** 10/21
22/3 22/8 23/17

**phrased [1]** 118/18

**physical [1]** 14/16

**pick [1]** 205/18

**picture [38]** 16/6

16/12 19/5 20/9 20/18
20/22 22/4 22/9 39/20
39/23 39/25 39/25
39/25 40/25 42/9 42/9
42/14 43/11 43/12
44/1 44/1 59/9 67/4
67/6 67/12 67/22 86/4
87/14 94/12 100/19
100/24 101/18 121/20
243/13 244/17 247/15
253/22 277/13

**pictures [23]** 16/1
19/7 69/2 86/10 86/24
101/21 122/3 236/1
236/3 236/5 236/6
243/5 243/19 246/21
247/7 247/10 254/1
254/5 254/5 254/10
260/13 260/22 260/24

**pieces [1]** 172/12

**Pineapple [2]** 73/22
81/19

**PINILLA [14]** 1/4
4/7 52/22 53/2 93/19
118/13 135/13 148/7
149/3 149/4 163/8
174/5 273/9 274/8

**pipes [2]** 243/8
243/13

**piping [1]** 39/23

**place [17]** 18/10
27/24 41/6 62/17
63/14 66/24 66/25
67/9 76/17 83/5 84/14
126/17 190/8 197/7
206/1 212/25 214/20

**placed [4]** 20/15
30/21 33/16 121/1

**placing [1]** 19/4

**plaintiff [6]** 5/2 6/1
114/1 173/5 176/5
194/5

**plaintiff's [3]** 50/14
97/14 282/16

**plaintiffs [14]** 1/5
1/10 6/15 50/21
118/21 120/8 121/20
121/23 122/1 168/3
173/16 173/20 176/15
285/25

**plaintiffs' [35]** 3/7
30/10 114/22 127/7
134/10 136/11 138/6
139/1 139/18 140/24
142/1 144/9 145/19
146/25 150/1 154/2
154/9 156/9 218/21
219/3 263/17 266/25
269/15 270/4 271/15
271/16 272/5 272/6
276/3 278/12 278/19
280/16 282/1 285/25

286/3

**plan [10]** 7/13 7/16
7/17 7/18 7/19 7/23
7/25 8/1 37/2 106/20

**planned [2]** 113/9
203/17

**planning [3]** 131/19
150/23 200/2

**plans [41]** 9/24 10/1
10/13 18/9 26/20 27/1
27/9 27/10 27/13 35/3
35/4 46/20 64/1 74/13
74/15 74/15 74/16
75/17 76/25 85/2
88/20 88/23 89/9 90/5
94/21 95/12 95/13
95/18 95/19 95/21
95/25 96/1 102/20
105/22 111/12 142/17
146/14 149/9 157/5
210/13 242/4

**Plasencia [2]** 142/9
145/23

**play [2]** 75/15 169/9

**please [22]** 6/12
6/23 38/5 50/7 51/21
53/20 57/9 73/12
116/9 116/17 127/25
129/25 134/2 152/22
165/5 177/18 177/23
181/1 215/18 246/8
262/17 277/4

**plumbing [14]** 18/1
39/19 70/20 71/5 81/6
99/4 159/24 207/25
210/15 242/5 243/19
243/22 244/3 244/4

**plus [3]** 127/17
168/13 278/16

**plywood [1]** 41/2

**podium [1]** 152/3

**point [40]** 5/6 5/17
9/17 10/4 18/21 21/15
21/15 42/1 42/11
42/13 42/19 54/14
61/10 67/16 73/12
82/21 92/7 97/7
130/25 142/10 146/9
146/10 151/11 155/7
157/4 167/2 168/6
168/16 169/6 170/24
171/15 173/2 174/4
175/22 176/6 203/21
215/15 224/4 244/20
285/2

**pointing [1]** 67/15

**police [2]** 200/1
225/16

**policies [6]** 126/20
127/18 130/5 130/9
130/12 152/6

**policy [7]** 86/22

86/24 184/1 185/13
185/20 185/23 190/20

**politics [1]** 215/3

**Pons [6]** 122/15
122/17 122/19 127/11
134/13 141/4

**Pons' [1]** 130/20

**pool [4]** 11/11 15/11
15/24 29/7

**Porfiri [2]** 134/13
144/17

**portfolio [1]** 181/17

**portion [1]** 142/8

**position [11]** 53/8
122/23 125/8 130/20
156/20 156/23 169/7
173/9 173/10 218/6
285/24

**possible [4]** 169/16
193/16 282/24 283/2

**possibly [1]** 211/7

**post [10]** 13/24 24/2
31/2 45/1 63/17 85/9
85/13 98/10 98/11
108/14

**posted [24]** 14/13
15/7 23/25 24/25 30/5
30/16 30/18 31/24
32/13 38/10 38/23
39/1 39/4 44/12 44/16
62/15 88/12 98/12
101/19 108/17 109/13
109/15 112/6 122/5

**posting [8]** 14/12
14/19 85/7 88/9 88/13
98/6 112/5 213/2

**posts [1]** 85/12

**potential [1]** 250/12

**potentially [3]** 284/2
284/13 284/14

**power [1]** 44/24

**practice [15]** 12/16
12/18 13/20 14/24
18/15 18/18 34/7
37/17 86/15 86/18
99/8 111/15 112/5
172/18 172/20

**practiced [1]** 175/11

**practices [8]** 30/25
58/17 106/12 118/12
173/18 173/20 199/12
202/11

**practicing [1]**
175/10

**Prada [1]** 267/9

**pre [1]** 13/23

**precautionary [1]**
5/24

**precise [1]** 126/12

**Predates [2]** 30/1
68/17

**predecessors [1]**

120/23

**predicament [1]**
114/10

**Predicate [1]** 153/7

**preempts [1]** 184/8

**preface [1]** 255/8

**prejudice [3]** 168/3
168/4 222/8

**prejudicial [2]**
172/11 172/16

**prejudicing [1]**
174/13

**premise [2]** 107/1
107/3

**premises [4]** 106/24
109/11 253/12 254/5

**preparation [1]**
126/6

**prepare [1]** 124/7

**prepared [6]** 27/2
55/9 55/10 168/10
170/11 257/8

**prepping [1]** 125/14

**presence [1]** 162/24

**present [12]** 44/24
55/5 57/6 67/21 67/23
129/4 177/21 205/3
235/19 245/25 246/1
262/21

**presentation [1]**
245/22

**presented [4]** 5/25
113/4 114/1 237/10

**preside [1]** 113/16

**pressed [1]** 191/17

**pressing [1]** 146/3

**pretty [7]** 47/17 55/4
85/11 106/16 107/11
108/5 132/5

**preventing [2]** 118/6
118/8

**Prevention [4]** 33/11
47/22 65/19 142/10

**previous [3]** 10/21
44/5 45/5

**previously [3]** 68/8
229/12 284/17

**primarily [1]** 200/12

**printed [1]** 14/17

**prior [24]** 4/25 12/17
12/17 16/13 17/4 35/7
35/17 75/1 79/7 82/15
84/7 105/12 105/22
181/7 182/7 182/16
185/14 198/8 198/23
227/4 227/12 229/15
229/17 242/6

**priorities [1]** 187/17

**private [33]** 73/20
74/8 74/11 74/12
74/22 74/25 75/3
75/10 75/15 75/17

**P**

**private... [23]** 75/20
75/21 76/1 76/21
88/21 89/6 135/17
135/18 143/11 143/20
143/20 148/10 148/14
148/15 148/15 148/23
148/24 157/15 157/17
157/19 157/24 163/17
163/20
**privilege [4]** 150/17
155/23 155/25 156/5
**proactive [1]** 217/14
**probability [1]** 37/12
**probably [3]** 5/18
25/14 141/12
**problem [6]** 23/10
86/13 127/15 157/11
172/10 194/23
**problems [1]** 58/19
**procedures [1]**
132/1
**proceed [7]** 7/7
77/10 86/12 107/1
216/4 262/21 262/24
**proceeding [2]**
166/23 286/12
**proceedings [1]**
286/17
**process [26]** 9/2
21/9 21/24 22/13
90/20 94/20 95/23
95/24 96/2 105/21
184/2 216/20 218/22
219/4 219/14 219/19
220/16 221/22 222/25
223/3 226/19 228/4
228/9 229/13 239/24
260/1
**processes [1]** 94/24
**produced [1]** 155/24
**professional [2]**
155/12 222/7
**professionalism [1]**
9/24
**proffer [3]** 215/16
285/12 285/23
**program [5]** 13/14
13/18 13/18 111/1
226/11
**progress [1]** 134/18
**prohibition [1]**
153/14
**project [3]** 76/13
76/15 165/12
**projects [1]** 165/11
**promote [1]** 222/1
**promotion [1]** 217/2
**Propane [1]** 244/19
**proper [6]** 89/11
132/1 148/19 193/4

193/7 226/3
**properly [7]** 13/21
16/5 19/20 42/7 55/19
59/18 145/7
**properties [67]** 11/1
25/6 25/8 31/19 48/23
50/22 52/2 53/1 54/4
54/11 54/11 55/1
55/16 62/25 79/6
130/6 130/15 130/19
131/7 131/21 132/13
132/16 133/20 133/22
134/25 135/12 135/20
135/21 135/22 136/2
136/7 136/23 136/25
137/5 137/6 137/7
139/5 139/8 140/7
140/9 140/11 140/20
143/10 143/17 143/17
143/22 151/22 152/7
158/5 160/2 160/3
160/5 160/5 160/11
160/18 161/4 194/16
207/2 209/3 223/17
227/17 260/10 266/21
273/13 274/7 275/3
277/7
**property [153]** 12/9
12/24 18/20 22/2 24/9
25/5 25/11 25/22
30/15 30/17 30/19
33/6 33/9 33/17 33/24
34/1 36/7 40/2 40/12
45/17 47/20 50/23
51/3 53/4 54/8 55/18
58/24 60/23 61/4
61/12 62/15 63/16
65/14 66/12 71/18
72/17 72/20 73/5 73/6
73/16 73/19 73/21
75/22 80/3 80/18 81/4
81/8 84/19 88/10
90/16 90/19 90/20
91/11 94/22 95/2 95/6
95/8 96/17 99/9
103/25 105/4 105/5
105/19 105/21 106/4
108/16 109/17 109/20
110/13 110/14 111/8
112/10 117/23 117/25
121/21 121/24 122/2
122/5 132/6 132/9
132/14 133/8 133/13
137/10 140/16 141/7
141/15 148/20 153/16
153/17 153/20 160/10
160/16 174/5 193/25
194/3 194/10 195/11
195/12 196/1 196/18
207/4 207/6 207/9
222/23 223/4 223/9
223/13 223/13 223/17

227/2 227/5 227/12
227/20 228/10 228/16
229/20 230/9 232/9
233/12 233/13 236/9
245/19 246/4 246/9
246/12 248/2 248/10
249/2 249/3 249/8
250/12 250/15 251/12
252/2 253/24 256/2
256/5 256/20 257/8
257/11 258/23 259/14
259/16 259/19 260/6
260/10 261/7 264/19
274/23 276/19 277/5
280/5
**proposition [1]** 4/14
**protected [1]** 95/3
**protection [4]** 20/6
22/14 71/19 184/12
**protections [1]**
184/15
**protocol [2]** 217/15
285/2
**provide [26]** 4/20
4/21 5/2 29/9 32/8
57/13 71/17 74/20
79/15 92/9 104/3
104/5 112/3 112/8
128/21 132/3 146/14
148/16 150/24 153/14
155/13 220/17 220/25
**provided [22]** 4/13
27/12 28/17 29/8
48/15 52/15 57/22
77/19 83/2 104/13
124/13 130/6 147/21
154/23 167/4 167/6
167/20 172/12 235/18
253/10 253/22 259/13
**provider [27]** 74/8
74/11 74/12 74/25
75/3 75/10 75/15
75/17 75/20 75/22
76/1 76/21 88/21 89/6
135/17 135/18 143/11
143/20 148/10 148/14
148/23 148/24 157/15
157/17 157/24 163/17
163/20
**provider's [1]**
143/20
**providers [2]** 148/15
157/19
**provides [4]** 12/5
12/6 12/8 25/4
**providing [7]** 111/11
123/25 125/3 125/5
151/1 153/18 216/17
**provision [4]** 70/9
95/1 229/11 229/14
**provisions [2]** 33/10

65/18
**pry [1]** 214/12
**public [24]** 29/9
57/14 77/15 77/22
77/25 78/2 78/3 104/3
123/7 123/15 123/18
162/11 167/7 181/7
181/20 182/2 184/13
198/19 219/20 222/4
222/10 222/16 225/15
228/18
**publication [1]**
38/16
**publish [28]** 30/8
66/17 79/23 80/15
83/12 84/2 91/3 92/4
96/8 105/1 110/4
110/9 117/10 127/5
127/23 134/9 139/19
141/24 144/10 145/17
147/1 149/21 156/8
221/11 248/8 250/10
270/2 272/6
**pull [6]** 82/6 96/4
98/22 117/17 218/20
278/12
**pulled [13]** 41/19
67/1 72/14 98/16
98/18 98/24 103/13
103/14 103/16 103/18
163/15 178/21 251/6
**pulling [1]** 163/9
**pulls [1]** 99/5
**purchased [1]**
121/21
**pure [3]** 4/8 4/16 5/6
**purple [1]** 56/12
**purpose [7]** 17/18
108/23 112/8 130/14
166/24 174/13 226/21
**purposes [4]** 92/12
186/1 237/4 245/22
**pursuant [3]** 28/15
29/9 285/2
**pursue [1]** 181/18
**purview [3]** 120/20
148/2 200/2
**put [50]** 8/21 16/19
20/4 29/17 29/23 37/2
45/25 46/13 50/12
50/19 56/4 56/5 58/12
68/11 77/2 77/2 83/7
83/12 86/5 101/9
110/15 114/10 119/17
121/20 127/1 129/13
134/22 134/23 143/5
143/6 144/1 169/6
173/9 173/9 173/17
200/1 208/15 234/24
235/5 247/4 247/20
251/25 252/21 253/4
253/23 255/22 257/20

279/18 279/19 285/1
**puts [4]** 14/19 14/20
14/20 14/22
**putting [5]** 39/18
61/3 89/22 114/13
208/14
**PX [4]** 50/19 51/5
85/19 85/23

**Q**

**qualified [1]** 27/21
**qualifies [1]** 159/9
**qualifying [1]** 98/25
**quality [1]** 222/3
**quasi [3]** 161/11
223/1 229/13
**quasi-judicial [3]**
161/11 223/1 229/13
**question [46]** 15/14
15/22 19/13 21/6
21/23 32/23 32/24
37/22 39/14 45/18
46/4 66/16 69/24 70/2
70/3 75/12 93/9 99/24
103/12 118/18 118/18
129/10 130/1 130/7
133/4 146/12 158/2
158/20 161/20 167/18
168/9 168/21 168/23
169/5 170/25 173/12
180/25 181/2 186/9
211/4 211/6 211/6
212/17 212/20 243/25
263/16
**questioning [2]**
28/11 277/16
**questions [14]**
139/10 158/23 161/13
162/23 163/22 163/23
170/25 173/19 181/3
195/16 215/11 240/23
261/20 280/16
**quick [3]** 51/15
56/10 260/21
**quickly [3]** 88/16
106/16 251/24
**quite [2]** 111/4
130/12

**R**

**Rachel [16]** 128/19
129/13 131/14 131/14
131/15 151/15 276/11
276/22 276/24 280/17
281/6 281/12 281/17
281/24 284/11 284/12
**radios [1]** 153/12
**raids [3]** 205/8
205/10 205/12
**raised [1]** 167/15
**ramp [1]** 61/20
**rank [1]** 178/18

**R**

**rare [4]** 132/5 132/9 132/10 132/10
**Rassie [2]** 286/20 286/20
**rate [1]** 4/10
**rated [1]** 95/4
**rather [3]** 161/18 177/1 251/24
**read [32]** 5/25 12/22 12/23 26/8 44/10 44/19 45/8 46/17 47/14 50/1 50/4 84/23 127/13 128/10 128/15 142/7 145/21 146/6 150/10 150/12 150/16 153/4 155/20 156/18 221/10 221/21 222/21 225/9 229/2 229/6 229/9 246/7
**reading [10]** 66/2 105/14 150/12 150/12 150/13 208/4 240/9 240/9 240/18 268/14
**reads [3]** 32/19 33/5 33/8
**ready [4]** 116/13 116/13 141/5 180/10
**realize [2]** 210/4 211/11
**realized [1]** 286/4
**realizing [1]** 211/18
**really [7]** 40/14 54/6 157/1 169/6 172/10 271/23 272/8
**rear [3]** 80/18 84/20 84/25
**reason [19]** 6/4 27/15 98/12 98/25 110/6 112/25 127/21 150/25 155/8 169/1 172/6 172/6 174/10 174/19 212/1 214/12 220/1 226/1 226/17
**reasonable [1]** 176/25
**reasonably [3]** 10/17 31/6 32/1
**reasons [1]** 154/18
**rebar [1]** 59/6
**rebars [4]** 58/25 67/14 67/17 119/25
**rebut [1]** 55/19
**recall [21]** 4/5 19/7 36/6 47/12 51/11 119/20 126/11 126/18 126/24 129/2 129/13 129/20 130/4 133/19 146/3 149/19 193/11 194/11 195/11 201/2 256/5

**receipt [10]** 232/2 233/7 233/20 236/18 236/22 237/3 237/9 238/2 238/5 238/18
**receive [8]** 59/16 62/8 132/19 189/4 217/13 255/6 255/13 279/5
**received [49]** 3/7 3/15 30/12 38/15 58/11 66/20 79/22 80/14 83/14 85/25 87/7 88/1 90/11 92/3 96/10 97/25 101/14 104/25 110/11 117/16 127/7 132/10 132/12 132/14 132/16 133/24 134/10 136/2 136/11 138/6 139/1 139/18 140/24 142/1 144/9 145/19 146/25 150/1 154/9 156/9 167/5 230/14 252/15 256/23 257/18 270/4 272/14 272/17 272/23
**receiving [3]** 90/12 133/19 182/21
**recent [1]** 47/17
**recently [2]** 67/19 226/12
**recertification [10]** 8/24 9/2 9/13 101/8 102/10 103/11 165/20 170/7 170/18 171/11
**recertified [1]** 102/2
**recertifies [1]** 8/24
**recertify [3]** 9/8 22/23 103/10
**recess [7]** 51/18 51/24 112/17 115/1 164/23 166/7 262/16
**recognize [16]** 14/9 79/13 116/25 127/11 134/12 138/8 140/15 140/18 142/3 154/11 155/19 267/12 268/18 269/1 269/2 269/9
**recollect [1]** 83/23
**recollection [1]** 36/17
**recommend [3]** 148/12 148/17 148/22
**recommendation [1]** 242/4
**recommendations [5]** 240/1 240/4 241/22 242/7 242/12
**recommended [1]** 148/11
**recommending [1]** 148/13
**record [20]** 4/25

**5/10 5/11 31/7 31/18 54/10 79/4 84/5 87/4 123/9 124/20 127/14 162/24 172/14 174/18 176/12 219/21 246/8 286/3 286/9
**recorded [2]** 69/5 245/20
**records [31]** 29/9 57/14 58/4 77/15 77/22 78/1 78/3 78/3 78/18 82/10 82/11 82/16 84/11 101/22 104/3 104/5 104/7 104/9 105/9 123/8 123/15 123/18 123/20 124/12 124/13 124/18 162/11 167/7 167/7 219/22 246/14
**recourse [1]** 173/11
**Recreation [1]** 216/25
**RECROSS [1]** 3/3
**rectified [1]** 157/8
**red [2]** 56/13 285/1
**redirect [16]** 3/3 116/7 161/14 163/6 166/21 167/18 172/4 172/8 195/2 231/6 231/6 261/22 277/16 278/11 278/15 278/23
**redo [1]** 82/1
**redundant [2]** 39/2 101/20
**reference [14]** 17/24 17/24 45/22 45/22 52/22 52/23 53/5 53/17 73/12 91/9 92/7 124/14 143/19 233/15
**references [2]** 65/20 97/3
**referred [2]** 53/23 133/17
**referring [1]** 143/10
**reflect [1]** 242/4
**reflective [1]** 76/1
**regard [22]** 10/24 13/5 19/17 21/24 34/14 39/11 70/2 81/15 88/17 89/2 89/7 103/12 163/13 167/6 167/14 186/17 199/18 202/23 224/19 235/21 244/2 244/10
**regarding [7]** 54/19 146/11 167/2 174/7 277/5 283/14 285/21
**regardless [1]** 176/22
**regards [3]** 146/14 217/13 228/16
**registered [4]** 27/25

**63/15 63/15 148/16
**registration [1]** 148/18
**Regulado [1]** 185/23
**regular [7]** 10/14 31/3 56/16 78/14 219/7 224/10 238/18
**regularly [1]** 208/7
**regulate [2]** 72/12 72/15
**regulated [2]** 72/4 72/5
**regulates [1]** 18/6
**regulating [1]** 8/5
**regulations [1]** 74/19
**rehabilitated [2]** 47/21 65/14
**rehash [1]** 110/6
**reinforced [1]** 19/21
**reinforcement [1]** 43/24
**reiterative [1]** 24/1
**related [10]** 15/24 50/23 79/5 91/10 143/16 143/21 152/20 209/3 216/19 221/24
**relates [1]** 147/22
**relating [1]** 175/8
**relationship [2]** 183/11 183/20
**relatively [1]** 226/12
**relayed [2]** 206/7 206/10
**relevance [37]** 49/9 54/21 58/9 65/15 103/22 141/19 179/19 180/1 180/6 180/11 180/15 180/24 181/23 182/3 182/8 183/8 183/16 185/5 185/9 186/3 186/8 194/25 200/20 200/25 203/3 203/8 203/13 203/18 219/16 220/4 220/21 221/13 221/15 224/22 227/6 228/19 241/13
**relevant [1]** 181/3
**Reliance [1]** 192/18
**relied [3]** 54/15 54/22 285/20
**religious [1]** 129/9
**relocated [1]** 277/9
**rely [7]** 10/17 31/6 32/1 208/10 208/11 254/1 254/25
**remain [3]** 29/5 59/18 242/20
**remaining [25]** 44/5 160/23 179/8 190/25 191/2 195/1 199/5 201/16 202/13 202/20

**212/20 213/15 231/5 231/6 239/6 247/12 251/9 255/19 260/14 261/21 268/3 272/2 274/14 279/21 281/10
**remains [1]** 70/5
**remarkable [1]** 149/11
**remediation [1]** 37/2
**remedy [1]** 175/14
**remember [14]** 76/3 196/1 205/7 205/9 205/11 207/15 213/6 213/9 230/22 231/1 277/4 279/1 279/16 282/3
**remind [3]** 144/2 237/23 258/2
**remodeling [8]** 93/11 249/22 251/1 253/9 254/15 259/7 277/7 277/8
**remove [2]** 129/15 195/8
**removed [8]** 20/24 20/25 36/22 37/3 42/25 43/14 43/19 223/10
**Rene [2]** 136/17 284/2
**renovations [1]** 94/10
**repair [3]** 17/10 17/15 67/9
**repaired [1]** 46/17
**repairs [7]** 27/11 46/21 64/2 66/24 88/25 89/4 117/24
**repeat [16]** 228/25 229/3 229/5 229/10 229/21 229/21 229/22 262/4 263/2 263/4 263/10 263/13 263/19 278/25 280/10 280/13
**repeatedly [1]** 51/20
**repetitious [1]** 284/19
**repetitive [1]** 114/4
**rephrase [3]** 21/5 32/23 69/24
**replaced [2]** 13/16 122/15
**report [11]** 34/21 36/12 123/2 123/4 139/9 140/18 143/19 159/3 159/4 226/6 258/7
**reported [2]** 130/25 200/4
**reporter [2]** 216/10 286/21

**R**

**reporting [1]** 197/10
**reports [5]** 130/24
158/4 158/10 158/18
159/6
**repository [3]** 23/1
23/4 104/15
**represent [1]** 178/6
**representation [5]**
5/24 14/18 67/22
169/10 236/8
**represented [3]**
123/21 123/22 175/11
**represents [2]**
280/21 281/3
**reputation [1]**
173/17
**request [17]** 29/9
46/6 55/21 56/3 57/14
77/15 77/22 78/4 78/6
104/3 124/2 146/8
166/9 223/14 258/5
267/17 268/9
**requested [4]** 47/4
89/6 123/25 124/15
**requesting [2]** 4/24
124/18
**requests [8]** 78/1
123/8 123/9 123/12
123/15 123/18 123/21
162/11
**require [10]** 36/1
43/1 43/24 46/15
89/15 93/17 100/9
155/8 222/25 240/4
**required [30]** 12/22
16/19 16/20 19/3
71/17 71/18 71/19
71/21 71/21 74/20
80/23 85/3 90/6 93/13
99/7 108/4 142/13
142/15 142/15 142/24
146/11 233/23 236/13
245/4 258/5 259/21
259/23 259/24 261/11
281/9
**requirement [2]**
89/8 246/17
**requirements [11]**
70/14 70/17 70/20
71/15 71/19 74/16
100/2 147/22 240/10
240/14 282/14
**requires [8]** 19/6
27/20 159/19 204/9
210/21 210/21 211/1
216/18
**rescheduled [1]**
47/2
**Rescue [2]** 56/14
56/17

**research [1]** 99/10
**researching [1]**
230/24
**reserve [5]** 51/12
162/23 172/15 173/3
175/22
**reserved [2]** 166/15
278/15
**resident [2]** 223/2
223/4
**residential [5]**
104/18 153/17 153/21
198/1 242/13
**residents [8]** 198/12
198/19 220/13 221/5
224/16 224/21 225/5
258/3
**resigned [2]** 122/13
203/11
**resistance [1]** 89/22
**resolve [1]** 199/2
**resolved [3]** 195/10
197/4 213/12
**resolving [1]** 194/12
**respect [16]** 53/11
114/13 114/21 167/1
167/14 172/3 173/1
174/1 175/13 175/15
176/11 177/2 177/2
177/4 266/20 286/5
**respectfully [1]**
172/5
**respond [3]** 5/14 6/2
68/6
**responded [2]** 133/9
167/16
**response [9]** 5/12
54/21 55/4 100/13
158/15 158/17 168/12
214/21 271/20
**responsibilities [7]**
186/18 197/14 243/21
252/5 254/2 256/8
281/5
**responsibility [7]**
37/1 68/6 155/12
184/9 186/1 226/6
238/5
**responsible [1]**
222/25
**rest [2]** 8/11 128/10
**restaurant [5]** 81/20
84/24 273/4 273/6
273/8
**restraints [1]** 114/14
**restrooms [2]** 81/20
254/16
**result [11]** 24/17
54/25 86/24 135/17
157/3 169/18 172/11
187/3 187/16 254/18
260/4

**resulted [1]** 132/25
**results [1]** 48/24
**returns [1]** 166/10
**reveal [1]** 76/23
**revealed [2]** 76/24
147/20 156/21
**review [22]** 5/14
5/21 9/24 10/1 10/13
10/18 21/1 27/14 29/1
31/18 36/4 73/20
74/15 95/12 96/1
125/21 125/22 125/23
126/8 146/5 146/6
246/13
**reviewed [13]** 31/10
31/12 35/5 75/17
75/21 75/25 88/24
95/19 95/25 126/1
144/24 167/17 237/10
**reviewer [5]** 74/13
95/13 95/18 95/19
95/21
**reviewers [1]** 94/21
**reviewing [2]** 31/7
238/4
**revise [4]** 126/20
127/18 130/8 219/9
**revision [1]** 219/8
**revocation [2]**
150/25 157/7
**revoking [1]** 147/12
**Reyes [1]** 186/13
**riddled [1]** 121/9
**ride [4]** 189/23 190/7
190/12 191/4
**ride-alongs [4]**
189/23 190/7 190/12
191/4
**right [316]**
**rights [1]** 175/6
**rise [10]** 6/25 51/23
57/4 112/20 116/10
164/25 177/19 262/14
283/12 286/11
**rises [1]** 176/5
**Rita [5]** 6/23 53/13
53/20 116/9 177/17
**RMR [1]** 286/20
**RMR-CRR [1]** 286/20
**roadmap [2]** 228/12
228/14
**Robert [1]** 53/24
**robust [1]** 157/18
**RODNEY [2]** 1/8
286/21
**role [8]** 7/18 7/20
8/15 75/15 76/20
183/23 244/2 244/9
**Romero [2]** 4/7
205/11
**Romeros [1]** 207/9
**roof [8]** 16/20 16/22

19/21 84/20 84/25
103/17 107/9 107/10
**roofing [4]** 17/25
20/16 41/18 44/3
**room [4]** 108/6
156/3 174/6 286/22
**Rosa [2]** 4/7 205/11
**rotating [1]** 10/4
**routine [2]** 78/14
104/9 280/24
**rule [2]** 169/16 176/8
**ruled [2]** 54/25
55/17
**rules [5]** 89/24 169/9
173/1 174/2 184/14
**ruling [5]** 51/12
55/18 168/8 169/22
172/15
**rulings [3]** 54/1
176/12 285/18
**run [4]** 124/3 189/11
189/12 211/17
**running [2]** 209/18
209/24
──────────
**S**

**S.E [1]** 1/19
**s: [1]** 286/20
**safe [12]** 37/3 59/3
84/15 84/22 102/2
102/2 102/6 159/11
159/13 159/17 161/5
211/24
**safeguard [1]** 222/2
**safety [6]** 22/14
22/16 133/9 147/22
159/25 222/2
**said [58]** 5/6 6/8 7/7
9/20 14/24 30/14 56/7
116/8 117/22 121/4
124/24 125/5 125/10
125/21 129/20 131/5
135/4 142/10 142/20
155/6 156/14 161/25
162/13 162/17 162/18
162/25 165/18 165/20
166/22 168/10 169/15
170/3 170/4 170/4
170/7 170/16 171/5
171/7 171/11 171/17
171/20 175/17 191/17
191/19 197/7 207/17
212/19 212/24 214/16
255/8 261/22 274/23
275/1 282/2 282/23
283/10 284/20 285/13
**Salvatirra [19]**
216/3 216/6 216/8
216/12 216/13 216/14
224/2 231/22 246/10
248/14 249/5 255/23
262/2 264/2 265/15

268/5 270/7 272/11
278/23
**same [52]** 9/23 10/3
15/12 17/19 20/19
20/20 21/23 23/22
23/23 24/2 29/25
55/18 58/9 60/11
62/24 63/4 63/6 66/11
67/4 67/5 67/6 71/23
74/12 96/17 99/2 99/4
103/21 114/10 127/23
128/7 129/8 135/18
137/19 138/15 139/4
143/20 144/17 149/14
151/5 152/22 153/2
168/1 175/18 181/1
181/2 211/5 229/14
250/15 252/2 256/2
263/7 263/7
**sample [1]** 36/21
**sanctions [1]** 169/8
**Sanguich [38]**
191/11 193/11 205/8
205/10 205/12 205/13
206/25 207/2 213/22
214/10 214/11 230/9
230/13 230/20 231/1
233/12 233/13 235/10
235/17 235/21 236/3
237/4 239/1 239/22
241/20 244/13 265/22
266/14 267/18 267/20
268/11 268/22 269/12
270/11 270/18 271/24
272/1 282/17
**Sarnoff [32]** 1/21
6/17 21/6 37/22 45/19
50/7 52/8 54/14 54/19
54/22 55/17 57/8
66/16 69/24 73/10
77/11 82/19 82/23
86/12 116/15 118/17
123/20 123/21 123/23
124/7 124/8 158/23
165/8 169/25 171/8
171/9 175/24
**satisfaction [1]**
223/12
**satisfies [1]** 27/17
**saw [5]** 39/7 53/3
59/25 154/12 192/25
**say [41]** 34/22 44/4
45/4 62/14 71/4 78/8
85/23 95/18 103/16
119/12 130/17 131/13
134/17 136/22 140/8
150/11 151/15 167/25
168/10 168/20 168/21
168/22 169/4 170/5
172/1 176/17 183/6
184/5 191/16 199/20
205/2 207/21 242/9

**S**

**say... [8]** 242/18
249/4 250/23 253/6
268/5 268/9 271/24
281/23
**saying [10]** 52/23
61/5 111/7 135/1
158/16 170/24 173/2
176/8 245/19 246/4
**says [41]** 4/7 4/15
18/8 27/1 27/18 47/19
52/16 80/22 84/23
95/1 97/10 100/4
128/14 134/18 139/7
142/5 142/7 144/20
155/6 171/2 171/3
219/12 222/12 225/9
228/3 228/11 234/6
234/13 234/17 236/17
238/22 240/1 246/11
248/11 250/19 267/17
267/25 272/13 272/17
274/18 275/18
**scaffolding [2]**
20/15 66/24
**scenario [1]** 41/17
**Schechtman [1]**
160/8
**schedule [6]** 113/14
113/15 113/24 114/21
130/20 284/8
**scheduled [3]** 49/2
117/4 133/15
**scheduling [1]**
282/24
**school [3]** 52/19
52/20 181/21
**scope [11]** 57/23
89/12 98/23 99/6
100/5 103/22 149/23
152/16 152/16 215/7
266/1
**SCOTT [2]** 2/2 2/2
**scratch [1]** 22/21
**screen [20]** 38/5
58/13 127/25 153/3
195/16 196/10 218/24
219/3 221/18 231/11
232/24 251/21 252/22
255/22 257/20 263/18
263/19 267/5 267/5
279/20
**screenshot [1]** 105/8
**scroll [10]** 59/22
264/5 264/20 268/17
268/25 269/12 270/24
273/3 276/13 276/21
**scrolled [1]** 265/5
**sealed [1]** 59/18
**seat [2]** 57/9 165/2
**seated [6]** 7/2 57/10

116/12 165/2 166/8
177/22
**seating [2]** 232/4
234/19
**second [43]** 25/21
26/12 29/3 49/10
52/19 65/21 81/20
83/2 83/4 83/5 83/19
91/15 92/22 93/24
100/17 100/20 100/21
101/7 103/6 103/6
103/15 103/19 105/6
108/4 108/7 131/2
146/9 150/12 152/23
156/18 166/21 167/23
213/14 219/11 259/7
259/18 269/22 272/9
276/8 277/5 279/8
283/25 285/23
**seconds [3]** 138/3
258/17 282/9
**section [26]** 8/18
8/18 9/18 13/5 18/1
18/6 27/14 28/15
30/18 33/5 60/4 80/23
97/5 97/8 98/6 108/20
109/23 123/10 123/11
129/22 157/18 157/21
221/12 228/24 229/10
252/24
**sections [4]** 11/8
11/10 84/18 84/21
**secured [1]** 70/15
**Security [1]** 49/17
**see [160]** 10/20
15/17 19/5 19/18
19/19 20/8 22/5 22/7
29/21 31/1 34/13
36/23 42/14 48/25
49/15 49/25 50/13
58/25 61/2 61/5 62/20
66/9 66/23 68/12
72/11 77/13 77/25
78/2 79/3 82/15 83/21
88/4 93/2 93/7 93/23
93/23 93/24 100/15
106/23 107/9 111/21
112/16 112/19 119/18
119/23 121/12 125/21
128/5 128/6 128/7
128/15 134/15 135/11
135/22 136/15 137/14
138/20 139/7 139/11
140/13 140/16 142/5
142/6 142/7 143/16
144/6 144/12 144/12
145/11 145/21 146/8
147/9 147/19 149/12
150/4 150/6 151/14
151/20 152/22 153/3
154/3 154/12 191/25
192/24 193/15 200/4

215/14 219/11 221/11
221/18 222/13 222/18
223/23 223/24 224/13
225/9 228/3 228/4
228/11 228/12 228/23
231/13 231/14 231/20
232/12 233/6 233/15
234/14 234/23 235/25
236/17 237/13 237/24
238/8 238/16 238/22
239/19 240/1 241/24
242/1 242/15 242/19
243/7 243/13 244/18
245/15 247/2 247/7
248/10 248/11 250/12
251/22 252/25 255/25
256/6 256/17 257/9
258/21 260/24 262/12
263/18 263/19 264/2
264/6 264/10 264/19
264/22 264/22 264/24
267/3 267/5 269/6
274/18 274/19 276/14
276/16 277/3 279/25
283/10 284/20
**seeing [6]** 15/3
46/19 58/23 94/3
156/2 279/1
**seek [1]** 223/15
**seeking [2]** 172/9
223/11
**seeks [1]** 157/5
**seem [2]** 129/13
193/6
**seemed [2]** 207/14
207/16
**seems [5]** 13/4
42/24 43/10 107/11
108/15
**seen [11]** 36/6 50/9
50/11 77/3 97/5
108/11 158/4 158/10
172/18 172/19 175/9
**sees [2]** 28/2 182/23
**send [1]** 132/19
**sending [3]** 136/19
143/19 277/12
**sends [2]** 144/20
277/11
**senior [6]** 10/13
130/22 187/9 189/11
189/16 217/2
**sense [6]** 168/14
173/1 177/2 181/5
183/3 187/17
**sent [24]** 9/12 62/15
123/10 132/25 134/12
137/2 139/4 140/2
140/18 145/22 145/23
147/8 156/11 158/15
158/16 161/25 162/1
165/21 171/11 245/18

269/9 270/10 271/20
277/11
**sentences [2]**
277/18 277/19
**separate [1]** 40/12
**separation [1]** 184/7
**September [2]**
139/14 140/19
**serve [4]** 46/7 59/15
64/12 179/22 184/19
221/23
**served [4]** 178/12
181/9 181/21 184/17
**serves [1]** 174/4
**service [9]** 178/18
181/7 181/7 181/19
181/20 182/2 184/13
184/14 201/20
**services [3]** 72/15
74/22 181/15
**serving [2]** 100/19
100/20
**session [5]** 4/1
116/1 116/5 152/10
153/24
**set [9]** 24/9 88/23
88/23 98/21 102/20
114/11 185/23 236/1
286/1
**setbacks [3]** 71/17
71/18 216/18
**sets [1]** 183/25
**setting [2]** 185/13
185/20
**seven [4]** 90/4 92/24
138/9 212/20
**severability [2]**
151/1 153/17
**several [1]** 222/1
**severe [1]** 59/11
**sewer [2]** 71/11
193/5
**shall [9]** 27/2 27/9
27/13 27/18 28/14
47/21 57/17 65/14
221/23
**shape [2]** 68/1
107/11
**share [1]** 153/16
**shared [1]** 210/13
**shares [1]** 153/20
**she [11]** 175/17
195/7 195/8 277/3
277/11 277/11 277/11
280/21 280/23 281/2
281/3
**She had [1]** 195/7
**she's [6]** 268/14
277/1 277/22 277/23
277/25 280/21
**shell [5]** 249/22
251/1 253/9 254/6

254/16
**shells [1]** 254/16
**Shipping [1]** 4/13
**shirts [1]** 56/16
**shoe [1]** 173/15
**shop [1]** 193/12
**Shoppes [1]** 140/12
**shopping [11]** 49/5
50/20 52/16 57/15
63/12 103/23 104/1
106/10 140/13 265/10
280/1
**short [4]** 136/7
166/7 166/9 262/16
**shortly [2]** 69/2
164/3
**shot [1]** 40/20
**should [10]** 11/23
23/7 45/4 62/14 100/5
114/3 156/25 170/11
237/8 244/23
**shouldn't [1]** 176/3
**show [34]** 38/5 45/5
49/7 49/21 50/14
51/11 54/9 56/1 56/15
68/8 77/13 79/10
80/10 88/13 91/21
97/13 124/21 126/25
127/21 127/25 133/24
134/2 136/2 137/22
138/14 139/15 154/3
174/8 174/14 176/14
263/17 266/25 272/5
276/3
**showed [1]** 95/20
**showing [2]** 141/17
154/21
**shown [11]** 54/20
58/18 67/3 67/12
87/19 125/15 125/17
125/19 126/5 254/10
263/13
**shows [3]** 16/23
19/25 137/6
**shut [19]** 67/19
126/22 127/20 128/10
128/11 130/6 130/10
131/7 131/21 146/18
146/20 151/22 152/7
154/14 154/16 154/20
155/9 212/2 270/8
**shutting [1]** 154/18
**SHUTTS [1]** 1/20
**side [9]** 9/25 10/5
21/23 38/6 42/17 64/8
233/7 235/1 273/21
**sidebar [8]** 53/14
116/7 162/5 166/10
202/19 203/20 215/16
285/21
**sidebars [1]** 113/22
**sides [1]** 114/4

# S

**sidewalk [3]** 194/23 194/24 195/7
**sideways [1]** 228/3
**Sierra [11]** 255/12 266/20 269/4 269/6 269/24 270/25 271/2 271/5 272/9 272/25 284/13
**signature [1]** 65/5
**signed [2]** 25/4 27/6
**significance [2]** 239/11 244/22
**significant [1]** 244/20
**significantly [1]** 111/4
**signify [1]** 257/2
**signing [1]** 27/5
**signs [3]** 15/7 65/7 111/8
**similar [2]** 71/16 181/1
**simple [1]** 55/4
**simply [5]** 58/22 167/2 170/18 172/11 174/8
**since [10]** 5/15 120/2 124/16 124/17 124/17 126/4 130/13 139/9 157/18 171/14
**single [5]** 13/3 29/6 32/5 118/22 177/11
**sir [55]** 7/7 30/3 30/7 32/25 51/13 51/17 52/14 53/6 53/17 57/8 68/19 78/10 92/5 110/1 116/16 116/25 126/2 128/5 129/23 129/25 134/7 139/24 141/2 150/4 152/1 152/3 152/22 153/23 155/19 160/6 160/17 162/14 162/17 166/6 169/8 169/15 173/1 174/2 175/16 181/3 182/13 202/20 202/21 203/21 215/12 215/17 227/3 239/8 265/13 265/18 279/22 283/20 285/10 285/14 286/10
**sit [6]** 56/23 114/18 175/2 204/23 208/4 286/8
**site [14]** 14/17 30/23 31/23 32/10 38/23 44/25 45/11 69/4 76/2 86/21 88/12 101/3 106/20 242/20
**site's [1]** 31/4

**sites [2]** 4/18 226/19
**sitting [3]** 56/14 56/19 207/4
**situate [2]** 101/16 106/20
**situated [1]** 69/6
**six [5]** 90/4 138/9 204/4 213/15 258/17
**slots [1]** 13/25
**slowly [3]** 17/12 39/10 166/13
**small [1]** 234/23
**SMITH [3]** 1/8 6/11 286/21
**smoke [1]** 268/10
**snacks [2]** 283/2 283/5
**so [255]** 4/5 5/10 5/23 6/8 7/4 8/17 9/14 9/20 10/3 10/7 11/4 11/11 13/6 16/25 20/6 20/23 20/23 20/24 23/4 23/10 25/2 26/12 26/23 28/2 29/1 30/21 31/21 31/23 32/6 32/12 38/3 38/12 39/3 44/24 44/25 45/2 45/8 45/8 45/11 45/21 47/3 47/4 47/14 49/7 50/8 50/18 52/9 52/11 52/17 53/12 53/18 54/3 54/18 55/2 55/16 58/21 59/8 59/17 59/18 62/1 64/13 69/9 70/3 71/1 71/17 71/23 72/11 73/11 74/8 74/22 75/3 76/14 76/18 76/21 78/12 80/10 81/15 81/18 81/25 83/10 83/21 85/5 86/11 86/15 87/17 89/7 90/23 92/7 95/4 96/20 97/3 97/13 98/10 98/21 99/1 99/5 99/9 99/11 99/23 99/24 100/8 101/11 101/21 101/21 101/22 102/13 102/23 103/8 103/10 107/18 107/25 108/5 108/7 110/9 112/13 114/1 114/4 114/6 114/20 120/25 122/25 123/20 124/2 124/7 124/16 124/18 125/3 125/7 125/23 125/25 126/5 126/17 128/22 130/18 131/1 131/3 131/6 131/17 133/15 134/19 135/15 135/21 135/24 136/8 136/14 136/24 137/8 137/13 137/17 139/21

143/9 144/25 145/3 145/6 146/6 146/16 149/7 149/11 150/11 150/16 151/14 152/6 152/6 152/16 155/7 156/3 156/18 159/15 159/19 165/21 166/14 167/9 167/11 170/7 171/11 175/20 176/4 177/3 178/15 178/20 179/7 179/15 181/3 182/2 182/25 184/3 187/8 187/9 188/20 188/23 188/24 189/4 189/20 191/14 191/20 192/22 195/9 195/23 196/3 197/24 199/20 199/23 200/12 204/4 204/15 204/18 205/5 205/17 206/12 207/18 207/20 208/7 208/8 208/21 209/23 211/17 211/25 212/4 212/12 212/24 213/4 214/21 215/5 216/10 217/5 217/17 219/10 219/21 221/10 224/12 231/24 238/8 263/10 264/5 265/9 266/19 267/17 268/7 269/22 270/6 270/7 270/24 272/1 272/25 273/13 274/12 276/8 276/13 277/3 278/17 279/7 280/6 281/23 283/7 286/9
**software [2]** 68/22 84/5
**Solid [1]** 225/15
**solution [1]** 172/10
**some [51]** 4/18 8/3 9/18 9/18 39/18 56/14 58/22 66/24 66/25 73/21 98/16 99/17 110/15 112/13 127/21 133/21 136/6 137/8 145/23 146/17 156/13 158/23 160/1 160/4 160/5 174/4 184/12 194/11 195/16 207/15 207/17 207/18 207/20 208/8 215/4 215/15 224/15 226/2 227/25 230/7 233/14 242/7 243/8 243/13 244/18 244/24 247/7 277/4 280/15 284/16 285/2
**somebody [7]** 109/2 121/14 159/14 212/14 227/24 263/10 271/5
**someone [4]** 134/21 168/11 173/25 174/17
**something [27]** 40/3

43/23 49/4 68/4 81/13 96/1 108/11 111/3 111/4 116/8 156/3 163/24 167/25 170/11 179/1 182/23 190/24 210/5 210/11 214/7 214/17 218/3 218/4 238/25 244/18 245/16 285/5
**sometime [1]** 194/17
**sometimes [8]** 5/8 5/8 10/20 83/21 175/14 175/15 208/18 227/23
**somewhat [1]** 105/5
**sorry [30]** 18/24 25/8 34/8 42/16 49/10 50/10 53/21 57/15 62/12 63/11 65/1 79/24 91/2 94/1 97/7 97/14 97/24 102/4 105/18 110/6 111/16 117/12 137/24 143/14 147/14 163/22 197/1 246/20 260/14 278/14
**sort [1]** 22/18
**sound [1]** 153/13
**sounds [1]** 101/20
**south [2]** 2/3 52/17
**southeast [1]** 223/25
**SOUTHERN [2]** 1/1 169/8
**southwest [1]** 224/5
**space [1]** 187/12
**spalling [10]** 59/1 59/5 59/6 59/10 59/24 60/1 61/25 67/11 67/14 67/16
**speak [3]** 99/11 166/13 240/22
**speaking [2]** 162/10 213/24
**Special [1]** 243/6
**Specialist [1]** 216/16
**specialized [1]** 98/21
**specific [3]** 73/10 199/20 263/4
**specifically [7]** 61/3 83/19 126/24 151/24 174/6 174/6 214/15
**specify [1]** 45/18
**speculation [15]** 28/4 28/9 28/20 37/14 185/16 204/20 206/1 206/8 206/14 206/20 209/21 210/6 211/14 211/19 271/7
**spell [1]** 216/11
**spelled [1]** 84/20
**spend [4]** 128/17

130/17 131/3 131/9
**spent [1]** 131/6
**spillover [1]** 242/13
**spirit [1]** 222/9
**spoke [5]** 12/11 195/9 212/12 249/11 272/1
**sponsor [1]** 150/4
**sponsored [1]** 149/13
**sponsors [1]** 152/25
**spreadsheet [1]** 139/8
**sprinkler [10]** 89/5 89/8 89/16 89/22 90/7 142/13 142/14 142/15 142/18 142/24
**sprinklers [3]** 89/3 155/5 155/8
**staff [14]** 8/20 129/1 132/17 132/18 133/2 184/6 184/12 187/3 189/11 189/16 190/3 190/22 191/23 194/19
**staffers [2]** 202/2 202/6
**staffing [1]** 9/19
**stage [4]** 81/19 249/22 251/1 253/9
**stair [1]** 146/11
**staircase [9]** 93/23 94/13 94/15 94/17 94/18 94/22 94/24 95/7 95/14
**staircases [1]** 95/1
**stairs [1]** 95/20
**stake [2]** 114/17 173/18
**stalking [1]** 173/14
**stand [6]** 8/11 48/18 53/12 105/15 152/2 170/12
**standard [1]** 86/18
**standing [1]** 156/5
**stands [3]** 10/22 55/18 67/24
**start [7]** 54/17 92/7 105/21 119/15 127/1 230/8 281/8
**started [3]** 9/20 181/10 216/24
**starting [3]** 102/11 231/11 269/24
**starts [2]** 239/20 241/21
**state [20]** 6/12 8/11 8/25 9/3 9/11 18/20 22/24 23/4 33/11 47/22 58/3 65/19 71/1 72/6 112/25 113/16 113/17 169/20 172/20 219/7

**S**

state-wide [1] 8/25
stated [8] 38/24
48/19 68/21 78/23
86/22 86/24 157/13
262/23
statement [1] 50/3
states [8] 1/1 1/9
28/18 66/5 80/22
181/22 205/20 270/12
stating [1] 74/18
Station [1] 140/10
status [11] 29/4
101/4 101/5 102/8
103/6 109/20 170/10
172/1 192/13 193/1
193/23
statutes [3] 74/9
74/14 74/20
stay [9] 92/21
114/14 114/15 120/10
120/13 120/15 120/17
120/20 226/24
staying [1] 56/16
steel [13] 16/19
41/15 41/15 59/6 60/5
61/25 67/10 67/14
67/17 70/24 71/1
108/2 108/5
step [4] 13/23 95/23
95/23 103/11
Steven [2] 271/6
271/20
sticker [1] 84/14
sticking [1] 119/24
still [22] 55/7 87/16
101/5 101/6 103/7
103/9 109/21 113/3
140/19 142/24 146/16
146/17 154/17 154/17
155/7 158/11 160/2
160/8 160/12 171/16
198/9 229/6
stomach [1] 283/6
stood [1] 8/5
stop [16] 16/1 16/1
18/8 22/3 28/3 28/7
32/7 32/13 34/4 39/3
39/4 44/7 44/11 44/13
119/3 279/25
stopped [1] 164/6
storage [1] 81/21
stories [2] 8/9 8/9
story [9] 11/4 16/4
29/6 36/4 52/16 81/4
84/24 105/15 111/7
streak [1] 7/6
street [28] 1/16 1/19
40/5 40/6 46/2 52/17
52/18 63/13 72/9 80/4
104/1 110/17 110/17

110/18 141/7 161/7
191/19 200/15 246/9
248/11 248/16 258/24
273/3 273/5 273/15
273/21 274/1 274/1
strengths [1] 7/22
stretch [1] 176/9
stricken [3] 109/9
196/7 196/8
strictly [2] 113/6
114/22
strike [19] 5/2 50/25
52/1 54/18 55/2 55/21
56/9 109/8 162/8
166/15 166/25 170/14
172/6 173/2 175/21
176/6 184/18 195/11
227/16
striking [1] 52/4
stringent [4] 126/20
127/18 130/9 131/7
strip [1] 64/14
strive [1] 221/25
struck [1] 55/14
structural [14] 17/1
21/20 41/8 41/24 43/8
43/8 43/22 43/24 44/3
58/25 59/24 81/5
234/11 242/5
structurally [3]
102/2 102/4 102/6
structure [112]
11/11 11/17 11/19
11/22 11/24 12/2
12/15 12/18 16/20
16/24 17/2 18/21 20/6
20/16 22/17 23/20
24/10 24/11 25/1 25/2
25/3 25/7 25/9 26/18
29/2 29/6 29/6 31/1
31/7 31/8 33/19 36/5
41/18 45/9 45/11
45/14 45/21 46/5
46/17 46/23 47/4 47/7
48/20 48/25 55/7
57/18 58/19 59/3 59/8
59/17 59/21 60/24
61/23 62/12 62/20
62/24 63/4 63/5 63/9
63/18 63/21 64/2 64/7
64/9 64/11 64/11
64/13 64/16 65/21
65/22 66/4 66/24
67/19 67/21 67/23
67/24 68/2 70/5 70/21
71/14 71/16 71/21
72/10 80/22 83/17
85/2 106/2 106/14
106/22 107/16 107/18
108/10 108/12 109/14
109/18 111/5 117/3
117/22 118/1 119/21

121/1 121/4 159/7
159/10 159/18 159/22
170/17 171/14 193/4
196/3 249/22 251/1
structures [36] 8/18
9/17 10/2 11/12 14/12
25/8 27/14 30/18
38/22 42/16 45/7
45/13 47/3 48/18
48/19 53/19 53/23
59/2 71/18 97/9 98/6
109/15 118/11 126/22
128/11 129/22 130/10
130/12 136/18 159/5
160/12 161/5 161/8
165/19 170/6 171/10
students [1] 52/20
studies [1] 37/24
study [7] 36/2 36/5
36/8 36/10 36/13
36/15 36/20
stuff [5] 40/25 41/7
112/14 230/3 254/17
styled [1] 246/13
Suarez [4] 1/12 6/14
185/20 185/24
sub [1] 99/7
subject [9] 55/23
73/19 77/7 134/15
134/22 141/6 246/9
268/10 272/13
submit [17] 17/1
18/8 46/20 64/1 74/17
81/6 85/2 88/23
102/20 105/22 111/12
148/7 148/18 157/13
210/11 242/4 285/5
submitted [17]
21/14 26/20 27/10
27/13 27/16 88/20
89/9 90/6 94/8 94/19
142/17 142/18 146/13
149/3 156/24 157/11
159/4
submitting [2] 35/3
223/12
Subsection [1]
28/15
subsequent [1]
12/10
subsequently [2]
12/25 33/7
substance [2]
167/12 171/24
substantive [4]
167/4 170/23 171/22
172/12
substitute [2] 71/23
170/19
successful [1]
175/14
such [9] 27/22 90/2

100/13 146/3 148/16
148/20 162/1 169/3
242/10
sufficient [2] 54/23
146/14
Suite [6] 1/13 1/16
1/19 1/21 2/3 63/13
summarize [1]
89/19
summary [2] 55/6
55/15
summons [4] 233/6
233/10 237/23 237/24
superiors [1] 218/18
supervise [1] 8/23
supervision [1]
183/2
supervisor [14] 7/23
9/15 232/8 232/19
249/8 255/9 255/10
255/13 257/10 257/11
266/8 276/14 276/15
281/8
support [6] 41/18
44/3 56/11 59/25 60/7
154/18
supporting [2] 56/17
173/23
supposed [5] 28/7
31/4 43/18 183/22
212/4
sure [26] 4/22 29/23
37/2 40/15 45/21
49/22 67/15 81/24
97/8 116/6 141/25
142/9 146/6 153/5
162/6 166/11 166/13
167/10 171/21 172/13
204/18 213/4 213/15
215/20 244/6 248/5
surround [1] 85/11
surrounded [1]
225/5
suspended [4] 148/1
148/3 149/10 151/5
Suspending [2]
147/14 147/16
suspension [1]
157/7
sustain [7] 5/1 16/25
21/5 42/8 70/16 82/21
212/18
sustained [101]
4/11 5/8 5/8 15/6
16/10 24/20 28/5
28/21 32/23 34/25
35/10 37/15 38/2 48/7
48/12 50/6 65/24
69/23 75/8 75/13
76/10 84/25 93/3
102/16 109/7 118/15
118/17 145/13 158/8

158/13 158/20 163/11
164/20 179/6 179/20
180/2 180/7 180/12
180/16 180/25 181/1
181/24 182/4 182/9
183/9 185/6 185/10
185/17 186/4 186/25
188/2 188/10 190/10
190/17 192/6 192/19
195/1 196/6 197/12
197/18 198/16 199/10
200/21 202/4 202/9
203/9 203/15 203/19
205/22 209/12 210/23
211/15 211/20 215/9
219/17 220/5 224/23
225/21 228/21 230/17
235/3 235/13 236/15
236/24 237/1 240/25
241/6 243/11 243/25
243/25 245/1 245/7
248/20 254/23 255/2
256/15 266/24 271/14
279/17 281/15 282/9
sustaining [3] 15/8
28/10 37/21
SW [22] 40/5 40/5
46/2 52/17 57/15
110/17 141/6 161/7
246/9 248/11 248/16
258/24 273/3 273/5
273/11 273/15 273/21
273/25 274/1
sworn [7] 125/18
178/2 184/22 214/6
216/1 246/10 247/17
system [25] 20/24
58/25 79/4 79/4 89/5
89/8 89/16 89/22 90/7
103/13 103/17 105/9
110/24 142/13 142/15
142/15 142/18 142/24
181/12 242/10 253/4
256/24 257/21 257/25
277/25

**T**

T-shirts [1] 56/16
tactic [2] 168/5
168/17
take [50] 5/24 6/7
17/2 18/16 19/1 31/4
53/12 58/19 61/6
62/17 71/13 84/8
86/16 111/17 127/9
133/23 135/15 135/25
136/13 136/24 137/4
138/8 139/13 140/6
140/21 141/2 141/16
142/7 144/25 145/21
146/21 147/10 149/20

# T

**take... [17]** 154/1
156/13 164/23 190/8
222/7 225/8 236/3
243/5 251/21 256/6
260/13 260/21 262/8
279/15 280/16 281/19
282/25
**taken [13]** 19/7 24/8
36/22 43/11 69/2 69/5
86/4 87/11 91/18 99/9
99/15 115/1 247/10
**takes [1]** 215/1
**taking [5]** 18/10
66/25 67/9 80/7
156/23
**talk [7]** 11/12 35/25
54/12 125/7 126/10
162/23 170/3
**talked [11]** 14/3
31/18 44/14 63/22
76/3 98/15 107/14
111/4 118/20 152/17
208/14
**talking [14]** 11/13
41/2 45/17 70/12 77/5
93/2 116/19 126/14
127/17 128/12 129/1
131/9 196/14 277/25
**talks [2]** 28/14
141/18
**tanks [5]** 42/18
244/18 244/19 245/4
245/11
**Taquerias [23]** 52/5
55/9 90/16 90/18
91/16 92/12 101/4
101/5 102/14 124/14
129/9 161/24 162/12
162/21 165/13 165/16
166/17 170/4 170/11
171/25 174/6 200/7
273/19
**Taquito [4]** 72/17
273/4 273/6 273/8
**targeting [3]** 53/1
158/5 158/18
**task [14]** 7/21 76/19
199/8 199/16 199/19
199/21 200/18 200/23
201/5 201/8 208/14
208/15 208/17 208/21
**tasked [1]** 242/22
**tasks [1]** 183/22
**Tax [9]** 232/2 233/20
236/18 236/21 237/3
237/9 238/2 238/4
238/18
**team [11]** 187/9
193/15 194/18 194/19
222/24 223/25 224/5

240/7 284/2 284/7
284/17
**Teams [2]** 163/22
163/24
**tear [1]** 161/3
**technical [1]** 58/22
**tell [29]** 12/23 16/1
32/6 51/10 63/6 76/12
84/23 85/10 100/23
105/14 137/4 140/10
144/1 146/4 175/12
204/23 210/14 213/11
214/11 216/11 216/14
230/1 230/4 231/18
231/24 239/3 240/9
246/3 256/22
**telling [15]** 126/4
170/22 171/1 171/8
171/9 171/16 174/1
205/8 205/12 210/17
210/19 210/25 214/9
276/18 277/22
**telling me [1]**
210/17
**temporarily [1]**
20/15
**temporary [8]**
234/14 238/23 239/17
240/15 267/18 267/23
268/1 282/2
**ten [13]** 92/25 95/1
95/2 95/6 95/7 109/25
138/3 164/23 195/1
209/1 255/19 262/9
268/3
**tenant [2]** 80/23
195/4
**tenants [1]** 194/23
**tenure [7]** 178/18
178/22 180/9 195/17
198/8 202/12 202/23
**term [2]** 33/14 242/6
**terminated [1]**
114/3
**terms [17]** 5/16 8/11
8/13 10/22 13/2 33/8
55/9 73/8 83/22 96/21
97/1 112/24 113/14
118/11 161/25 178/18
184/12
**tested [1]** 36/23
**testified [18]** 39/6
50/19 53/3 120/1
121/18 132/23 140/13
159/7 162/3 162/4
166/16 170/2 170/9
171/19 207/14 263/24
267/20 276/8
**testify [2]** 129/20
132/8
**testifying [4]** 56/25
119/20 213/17 243/10

**testimony [37]** 4/6
4/9 5/2 31/9 50/25
51/11 52/2 54/18
54/24 55/2 55/3 55/22
114/4 124/7 124/21
124/22 126/6 162/9
162/10 165/7 166/3
166/15 166/25 167/11
167/13 170/1 170/14
170/15 171/23 171/24
172/6 172/13 175/22
184/22 196/7 261/14
284/19
**text [11]** 126/5
126/8 126/25 127/2
128/7 128/14 129/4
131/5 151/13 158/16
272/17
**than [12]** 11/1 11/2
11/12 59/11 70/5 95/6
112/12 154/14 155/4
155/8 263/8 269/23
**thank [68]** 6/24 7/8
29/8 30/11 49/16
51/14 52/7 53/13
53/21 54/13 56/22
57/1 57/2 57/9 57/11
68/20 73/14 77/10
79/21 80/13 82/22
82/24 85/22 87/6
87/25 112/19 114/24
114/25 116/8 117/15
119/6 129/15 138/25
144/8 147/15 150/14
158/21 163/2 164/21
166/5 177/6 177/7
177/13 177/15 177/18
179/12 203/19 203/23
215/12 250/10 251/10
253/17 255/20 261/20
262/12 262/13 262/18
277/20 278/9 278/10
282/19 282/20 282/21
283/9 283/11 283/20
285/7 286/10
**that [1183]**
**that's [214]** 5/22
5/23 6/4 6/6 7/5 9/24
10/19 13/16 13/22
14/17 14/25 15/10
16/24 19/25 20/6
20/15 22/5 22/6 22/14
22/21 24/10 25/3
25/15 27/3 28/18 32/4
36/4 36/12 36/17 37/9
37/10 40/5 41/4 41/4
44/3 45/3 52/16 52/22
53/5 53/24 55/25 56/1
56/21 60/13 60/13
62/7 64/8 66/5 66/5
66/24 67/3 67/10 68/5
70/22 86/4 89/25

90/20 94/15 96/3
96/15 96/15 96/25
97/9 99/6 99/6 99/23
99/23 100/4 103/17
105/19 107/15 108/4
111/13 112/11 113/21
113/25 114/2 119/6
119/14 121/14 124/6
124/14 124/16 128/7
128/12 128/14 128/22
131/5 136/9 136/17
137/2 137/23 138/1
139/24 140/5 141/10
141/22 142/25 142/25
143/2 143/13 144/12
144/19 147/9 148/9
150/11 150/12 155/6
155/6 156/16 158/5
159/25 161/12 162/4
162/12 162/21 164/3
167/24 169/1 169/2
170/12 170/23 170/23
171/2 171/14 173/25
175/16 177/4 178/10
178/15 178/19 194/4
201/20 204/6 204/8
204/11 204/14 205/3
207/24 208/20 208/23
209/5 211/7 211/25
212/14 212/14 217/9
217/15 218/5 218/15
218/21 219/2 219/5
219/20 219/24 220/14
220/18 221/10 221/12
221/20 222/17 223/20
223/22 224/6 224/9
224/11 224/13 228/17
229/18 230/12 232/8
232/24 232/25 233/22
234/6 234/19 234/25
236/7 236/10 237/8
237/25 238/17 239/17
241/19 242/24 243/17
247/15 247/16 249/6
250/9 253/16 256/10
256/21 260/19 261/3
262/10 263/6 265/1
265/18 267/7 268/11
268/17 269/8 271/1
272/6 275/11 275/18
276/1 278/21 279/19
280/5 280/13 283/8
283/9
**their [40]** 10/17 31/2
31/3 31/5 31/6 35/2
48/9 55/11 102/14
111/2 113/1 113/14
114/17 119/3 146/5
148/19 148/20 173/6
173/16 173/17 173/17
173/20 174/9 176/15
178/22 184/12 189/11

189/12 205/15 208/11
221/24 222/8 223/4
227/16 227/17 240/15
250/4 286/1 286/6
286/7
**them [56]** 13/7 37/7
42/13 47/5 52/24
56/14 61/4 66/9 74/5
74/5 75/3 75/15 83/10
84/22 88/16 89/19
90/3 99/15 118/3
121/25 123/13 123/17
130/9 131/23 133/4
136/6 137/5 137/8
151/22 154/18 155/9
160/21 161/25 165/21
166/20 170/8 171/12
172/10 174/15 174/25
175/12 189/25 193/14
200/19 205/12 205/14
205/15 205/15 206/17
208/13 208/18 212/5
212/6 231/3 261/15
286/6
**themselves [2]**
222/6 222/9
**then [82]** 9/6 10/1
12/18 12/25 14/15
18/8 22/18 23/13
23/25 32/8 44/11
49/10 52/4 52/19 54/5
55/16 63/17 64/17
74/19 75/23 76/4 76/8
86/11 95/18 95/25
98/19 99/9 106/12
106/13 106/24 107/1
120/4 125/14 130/17
130/19 131/13 131/25
132/2 136/24 137/13
142/21 147/19 155/5
161/6 161/12 167/6
167/18 171/19 172/4
178/13 191/24 214/18
216/25 217/2 217/21
217/22 223/11 230/7
232/8 234/13 234/17
238/14 242/6 242/7
242/15 253/17 263/15
266/19 267/17 272/16
273/21 273/25 277/11
279/4 280/15 281/1
281/8 281/24 284/1
284/13 284/14 285/1
**there [209]** 6/2 8/1
11/11 11/24 12/10
12/16 13/4 13/17
15/23 17/12 19/10
19/14 19/15 20/23
21/1 21/8 21/9 21/23
22/4 22/7 22/9 27/15
28/23 33/14 34/13
35/16 36/5 36/8 36/13

**T**

**there...** **[180]** 37/8
39/11 41/19 42/22
43/12 43/16 44/7
54/15 54/16 55/13
55/20 59/1 59/1 60/17
61/18 61/21 62/14
64/24 67/16 67/24
69/9 69/14 72/1 72/2
72/22 73/5 73/5 75/3
75/10 76/14 76/18
79/23 82/1 82/6 83/2
83/4 85/7 85/20 86/16
86/18 88/18 89/17
89/21 89/23 93/2
93/19 94/8 95/4 98/17
99/22 101/22 103/13
103/14 103/16 103/18
106/23 107/21 107/21
107/21 108/11 109/2
111/22 121/4 122/4
126/2 127/2 129/12
133/7 133/12 137/13
137/15 137/15 137/20
142/15 142/20 143/5
143/17 146/16 150/15
151/15 152/23 154/5
154/20 154/24 155/4
156/1 157/10 157/11
159/1 159/4 159/5
159/15 161/22 165/18
167/11 167/18 170/5
170/16 170/21 170/25
171/5 171/9 171/10
171/18 171/21 171/21
172/1 172/13 173/10
175/19 176/13 179/4
184/14 184/14 184/15
185/8 185/22 188/4
195/2 197/15 198/11
198/21 199/12 199/12
199/24 200/16 201/5
201/8 205/3 205/5
205/7 208/21 209/8
211/10 211/17 212/8
213/2 218/24 218/24
223/24 226/24 228/24
230/25 231/20 232/10
232/20 234/10 243/4
243/8 243/15 245/13
245/16 249/7 249/20
250/20 251/7 251/8
254/15 254/17 255/10
255/14 259/6 259/23
261/6 261/10 264/4
264/24 265/2 265/11
270/10 271/24 272/16
275/23 277/7 278/15
278/16 282/12
**there's** **[76]** 4/5 5/15

5/17 11/1 11/2 11/7
11/12 13/21 19/19
19/19 24/6 25/6 31/9
31/21 31/23 32/22
33/14 38/4 45/10
56/11 60/4 71/19
81/13 82/3 82/20 85/6
87/16 90/2 90/25
94/25 98/23 114/4
137/14 137/15 140/12
142/24 155/17 160/13
165/19 169/10 169/11
169/23 170/6 170/18
171/17 171/19 172/1
175/18 175/25 182/23
184/15 191/19 193/15
206/16 210/18 210/19
210/20 224/12 226/15
229/4 230/4 236/1
241/24 242/7 243/8
245/19 252/24 253/2
263/4 265/25 268/7
269/6 273/15 282/13
285/16 285/20
**thereafter** **[3]** 9/6
69/2 102/1
**therefore** **[2]** 156/24
199/23
**Thereupon** **[11]** 7/1
51/25 57/5 112/21
116/11 165/1 177/20
262/15 262/19 283/13
286/12
**these** **[95]** 5/14 9/10
10/9 15/2 22/3 22/8
23/17 24/17 24/23
34/11 38/7 39/10
40/13 41/15 42/16
48/19 48/23 53/19
53/23 54/4 54/21
55/11 56/15 57/22
58/1 58/4 59/10 59/24
60/5 61/9 77/25 78/17
79/2 79/6 79/13 79/15
83/9 86/10 86/24
92/24 93/5 99/13
114/8 122/3 124/12
124/24 128/18 128/21
129/11 130/14 130/19
131/4 132/3 132/19
135/11 135/12 135/15
135/20 135/21 136/1
136/5 136/25 137/7
137/19 140/9 143/10
143/16 143/21 154/23
158/10 158/15 158/18
160/3 160/5 160/17
174/2 174/7 174/24
183/1 204/13 211/2
213/9 235/10 236/5
253/19 253/21 253/21
254/1 254/5 254/10

257/7 260/22 260/24
261/4 275/2
**they** **[166]** 8/22
10/16 13/6 17/24
18/16 18/23 18/24
18/25 22/20 26/15
29/2 29/3 31/1 31/1
31/1 34/8 34/10 34/22
34/23 35/2 35/3 39/3
39/4 39/7 39/8 39/8
41/10 41/16 42/18
43/22 46/5 46/6 46/13
46/14 46/22 47/10
47/10 48/25 50/19
52/11 53/1 53/18 55/8
55/11 55/14 55/14
55/15 55/16 55/16
56/7 56/21 58/18
58/18 59/7 59/7 59/7
60/6 61/10 62/1 62/1
64/12 67/1 70/14
70/15 70/18 70/18
70/19 74/8 74/14
74/15 74/16 74/17
74/25 75/2 81/17
86/25 87/1 87/2 88/14
89/23 93/18 94/9 95/5
95/5 96/20 98/15
99/14 99/19 99/21
102/14 102/20 106/24
107/1 107/5 108/4
111/12 112/25 113/3
118/24 119/2 120/23
121/16 124/18 132/25
133/3 133/5 134/23
135/14 140/19 142/18
146/17 148/18 148/19
148/19 149/2 155/13
163/17 166/23 166/24
167/19 170/11 170/13
172/2 172/6 172/7
173/13 173/13 174/7
174/25 176/3 184/1
184/2 184/3 190/2
193/16 200/5 205/16
208/18 210/5 211/11
211/12 219/9 222/6
222/8 228/1 234/1
240/4 240/4 240/14
242/25 243/1 243/2
244/4 244/5 244/6
244/7 244/23 246/17
250/1 259/25 260/2
260/3 267/23 273/13
282/13 282/16
**they'll** **[2]** 62/2
182/24
**they're** **[32]** 10/12
10/13 29/2 31/3 41/17
41/17 54/3 54/19
56/19 56/24 56/24
59/10 64/12 74/19

87/19 91/11 95/2
100/19 100/20 107/6
114/13 123/12 136/7
140/11 145/11 208/18
209/19 209/19 258/5
260/1 282/14 282/15
**they've** **[5]** 53/23
55/13 173/17 265/3
269/23
**thing** **[12]** 9/14
56/10 62/14 67/4 67/5
67/6 71/23 95/14
138/15 162/20 175/18
175/19
**things** **[24]** 9/23
52/11 56/8 113/23
114/11 114/15 119/23
131/7 151/22 166/14
187/12 187/14 198/1
199/23 200/3 200/9
200/16 207/20 208/8
208/17 210/2 213/18
214/1 214/7
**think** **[49]** 4/11 4/14
5/4 5/15 25/12 25/14
42/21 44/7 49/3 50/2
56/14 65/3 67/22 79/9
79/10 90/24 94/2 97/4
110/5 111/21 119/15
120/1 121/18 124/11
125/10 131/9 146/13
151/13 151/23 155/17
155/22 156/3 156/4
156/16 156/16 157/13
164/4 167/9 175/22
176/7 184/15 201/15
205/10 207/14 221/8
228/2 246/20 284/1
284/10
**thinking** **[1]** 198/2
**third** **[6]** 52/20
157/15 168/1 270/6
273/21 274/12
**this** **[649]**
**Thomas** **[1]** 2/2
**those** **[73]** 9/25
10/10 10/10 10/15
12/16 15/7 17/3 17/4
19/21 35/4 40/25 41/8
42/8 44/13 45/12 52/3
52/11 54/11 55/22
60/13 60/23 66/25
71/20 74/15 74/16
74/23 80/7 84/21 89/3
89/19 104/7 104/9
104/15 108/5 114/16
119/23 119/23 124/23
124/25 132/11 135/22
141/15 146/15 149/9
159/6 165/20 166/3
166/18 170/7 171/11
174/8 190/7 197/8

198/1 198/3 198/6
198/9 200/2 202/16
208/8 210/2 210/13
210/14 213/11 217/15
232/9 242/3 243/2
245/4 245/11 247/9
250/1 274/7
**though** **[3]** 26/23
132/23 157/23
279/18
**thought** **[2]** 194/21
279/18
**threat** **[1]** 107/18
**threatened** **[6]**
125/25 164/7 164/12
164/16 167/19 168/20
**threatening** **[1]**
126/3
**three** **[33]** 8/8 8/9
10/7 10/24 11/1 11/1
11/2 11/4 11/12 13/9
36/4 40/13 45/10
45/15 46/7 48/18
48/19 48/23 48/23
52/16 78/8 79/9 79/15
124/11 124/14 124/15
124/16 160/13 164/4
166/23 236/5 260/14
280/3
**three-story** **[3]** 11/4
36/4 52/16
**threshold** **[10]** 8/7
8/8 8/12 8/14 9/10
33/21 33/23 46/13
46/15 155/14
**through** **[49]** 9/15
15/2 22/3 22/8 23/16
32/6 39/10 42/21 44/6
50/22 52/3 52/19
57/14 58/21 59/22
66/7 66/17 71/13
80/19 82/10 88/16
92/15 92/20 93/15
96/2 99/15 100/14
106/16 110/5 111/20
123/2 131/25 137/4
173/16 173/16 178/13
179/22 189/22 207/18
217/21 223/2 229/12
251/24 254/4 254/4
256/23 260/22 265/5
279/3
**throughout** **[8]** 9/10
51/20 68/7 107/8
121/7 168/2 172/17
173/13
**thumb** **[1]** 44/6
**ticket** **[3]** 222/22
223/2 223/2
**ticketed** **[1]** 223/3
**tickets** **[1]** 222/25
**tie** **[2]** 43/16 43/19
**tighten** **[2]** 151/22

**T**

**tighten... [1]** 152/6
**till [4]** 62/11 112/17
179/4 181/11
**time [125]** 5/21 8/18
8/21 9/4 9/7 9/17
18/18 18/22 24/2 30/1
31/5 34/10 39/8 42/1
47/2 47/5 48/20 48/24
48/25 53/10 57/13
57/20 58/6 61/10
68/17 69/3 69/4 69/17
69/20 73/12 73/21
83/6 86/18 88/14
90/11 94/2 96/7 97/21
108/17 112/23 113/3
113/6 113/9 113/21
113/23 114/9 114/14
114/14 114/19 114/20
116/6 121/5 122/22
130/5 130/20 131/3
137/3 143/6 147/25
150/11 156/1 156/2
157/21 157/23 166/24
168/1 168/1 178/11
181/7 184/17 184/19
186/14 188/25 189/3
189/13 189/15 191/9
193/19 196/12 196/17
196/19 197/2 198/8
198/23 201/12 201/22
202/12 202/18 206/1
213/4 213/24 215/2
217/7 217/11 219/6
224/4 226/23 226/25
229/7 231/6 231/7
231/7 237/19 244/15
246/5 246/5 250/2
251/7 255/12 258/16
260/2 262/23 266/4
266/17 277/16 278/15
281/19 281/22 282/22
283/3 283/3 283/7
285/13 285/18 286/4
**timeframe [16]**
26/23 69/15 69/19
73/8 179/4 179/7
182/6 182/11 191/8
197/5 210/22 215/10
239/11 239/16 239/17
263/22
**timeframes [4]**
26/20 28/23 73/11
286/1
**timelines [1]** 45/12
**timely [2]** 47/3
221/3
**times [15]** 4/11 90/4
118/20 124/10 124/11
130/13 166/23 174/4
175/9 211/17 231/4

241/16 242/20 270/15
270/22
**timing [1]** 149/12
**tired [1]** 169/15
**titled [3]** 150/22
153/11 153/12
**today [14]** 5/16
101/4 101/5 118/23
124/12 124/16 126/6
148/6 156/2 157/22
162/3 172/1 213/11
213/17
**together [7]** 37/2
200/1 208/14 208/15
247/20 251/25 253/23
**toilet [4]** 145/6
145/8 159/19 159/21
**toilets [1]** 145/5
**told [5]** 171/2 205/10
210/10 212/13 223/21
**Tomas [1]** 185/23
**tomorrow [14]** 5/14
6/2 113/13 114/17
128/18 130/18 131/3
141/5 141/6 271/1
282/23 283/11 284/20
285/6
**too [8]** 52/8 94/22
112/16 113/13 172/4
225/6 251/15 260/14
**took [11]** 51/15 83/5
86/10 121/6 126/17
214/3 214/4 214/9
236/6 243/19 247/15
**tool [1]** 221/23
**tools [1]** 44/22
**top [14]** 16/20 40/25
43/15 60/7 60/11
87/11 92/13 135/16
201/3 237/24 240/1
269/19 271/19 272/9
**topics [1]** 166/19
**total [2]** 178/16
247/12
**totally [3]** 135/9
176/1 286/8
**toward [1]** 245/15
**towards [2]** 110/20
110/21
**Tower [9]** 10/24
10/25 40/3 40/7 40/9
140/16 159/2 159/3
160/11
**town [1]** 53/25
**track [3]** 13/14
229/17 233/1
**tracking [3]** 32/4
133/22 137/5
**trades [2]** 10/14
27/22
**traffic [1]** 200/15
**trailer [1]** 72/14

**transcript [2]** 52/15
56/1
**transcription [1]**
286/17
**transfer [1]** 19/21
**transit [1]** 181/11
**transpire [1]** 188/19
**transpired [3]** 23/12
96/3 161/24
**trench [1]** 39/17
**trenching [1]** 39/15
**trial [16]** 1/8 51/20
77/24 112/25 113/2
113/17 168/2 168/13
168/17 169/2 172/17
173/24 174/1 175/18
175/19 191/10
**triangle [1]** 216/19
**tried [5]** 53/19 53/22
85/11 175/11 221/6
**truck [4]** 72/11
72/14 270/25 274/23
**true [8]** 29/11 58/1
76/25 77/18 78/12
104/7 104/13 271/4
**truly [1]** 157/4
**trust [1]** 222/10
**truth [1]** 158/9
**try [23]** 18/20 31/7
35/22 48/2 48/14
157/5 168/2 169/12
169/23 174/15 174/23
175/17 177/3 182/25
193/8 195/16 199/4
200/4 212/5 212/6
230/8 260/13 285/19
**trying [25]** 56/16
73/20 77/24 92/9
107/5 107/6 154/24
155/7 157/2 160/8
160/12 160/13 160/14
161/3 161/9 161/10
161/10 171/21 194/21
196/2 211/11 228/18
232/19 241/15 276/15
**turn [1]** 271/15
**twice [2]** 281/21
281/21
**two [58]** 8/19 9/20
10/7 11/8 11/10 13/25
20/24 25/6 31/21
31/23 44/4 54/15
54/19 62/3 69/14
84/24 89/20 95/23
95/23 101/6 105/19
105/20 111/7 124/11
124/13 124/15 124/16
134/7 136/5 137/17
137/18 159/5 164/4
165/18 166/14 166/19
169/11 170/5 170/17
171/5 171/9 171/17

172/1 172/12 174/24
178/23 201/16 211/6
226/13 261/21 268/17
274/14 274/16 277/17
277/19 278/16 279/21
284/6
**two-step [2]** 95/23
95/23
**two-story [2]** 84/24
111/7
**type [16]** 54/23
105/17 123/13 168/5
168/17 172/18 172/20
172/22 208/8 225/23
226/2 232/2 233/21
234/1 234/10 277/25
**types [1]** 210/2
**typical [1]** 14/12
**typically [2]** 9/7
89/25

**U**

**ultimately [6]** 75/22
89/23 90/4 90/5 98/19
211/7
**unadulterated [2]**
4/17 5/6
**unauthorized [1]**
274/19
**unbearable [1]**
168/17
**uncomfortable [1]**
125/22
**unconscionable [1]**
168/5
**under [30]** 13/18
13/18 16/20 68/24
74/14 74/20 78/17
79/8 88/25 89/6 89/14
96/21 105/12 120/20
121/14 147/23 148/2
162/18 178/16 181/17
183/2 183/6 188/13
190/6 197/10 233/23
242/7 250/19 253/6
272/16
**underground [1]**
39/18
**underneath [3]**
242/18 250/21 277/22
**understaffed [2]** 8/2
129/24
**understand [34]**
11/4 29/21 40/10
48/22 50/4 56/20
69/22 133/7 145/4
148/6 148/10 169/10
173/18 174/3 176/17
177/1 183/23 185/12
188/4 188/7 202/6
207/17 207/18 208/10
210/19 220/1 228/7

228/14 240/16 241/24
245/3 263/15 264/16
285/24
**understanding [18]**
25/22 76/14 76/18
186/22 187/2 187/23
188/15 189/20 192/2
192/9 192/9 192/13
193/5 195/24 200/17
207/19 228/17 240/11
**understood [10]**
23/1 133/5 133/7
135/2 148/3 176/16
183/11 185/22 193/3
208/7
**unfortunate [1]**
113/11
**unfortunately [2]**
94/21 95/12
**uniformly [1]** 220/10
**uniforms [1]** 56/13
**unintentional [1]**
168/16
**union [3]** 116/19
117/6 184/14
**unique [1]** 98/24
**unit [3]** 105/19
108/23 111/22
**UNITED [3]** 1/1 1/9
181/21
**units [1]** 105/20
**universe [1]** 55/11
**unless [5]** 27/12
28/16 242/14 245/7
245/7
**unlicensed [1]**
159/24
**unsafe [97]** 8/17
9/17 10/2 11/17 11/19
11/22 11/24 12/2
12/14 12/17 14/12
24/10 24/11 25/1 25/1
25/3 25/7 25/9 26/18
27/13 29/2 30/17
30/25 38/22 44/24
45/7 45/9 45/14 45/21
46/4 46/22 47/2 47/4
47/7 48/20 48/24
58/24 60/24 62/12
62/19 62/20 62/24
63/4 63/4 63/9 63/18
63/21 64/13 64/14
64/16 65/21 65/21
66/4 67/24 68/7 80/22
83/17 85/6 97/9 98/6
105/19 106/2 106/14
107/6 108/10 108/11
109/14 109/15 109/18
111/5 111/8 117/3
117/22 117/25 118/11
121/4 126/22 127/19
129/21 130/12 136/18

**U**

**unsafe... [16]**
137/10 137/10 137/10
137/10 159/7 159/9
159/15 159/16 159/22
161/5 161/8 165/19
170/6 170/17 171/10
171/14

**unsanitary [1]**
159/24

**until [8]** 13/18 84/22
94/23 103/9 122/10
189/3 226/12 283/2

**unusual [2]** 96/15
281/12

**up [92]** 4/18 4/19
5/16 6/5 8/4 9/19
10/9 22/6 29/16 29/17
29/23 38/3 50/12
50/19 51/4 52/24
53/25 54/10 54/16
55/16 55/18 56/4
58/12 61/20 68/11
77/2 77/2 80/19 83/12
87/15 88/2 96/4 101/9
107/21 107/22 111/21
112/14 113/18 114/7
114/18 116/21 117/8
117/17 119/17 119/24
121/20 127/1 128/20
131/11 132/2 138/23
143/5 143/5 143/23
152/5 166/23 167/18
168/24 169/1 169/1
169/3 169/23 175/2
178/21 179/6 181/13
182/21 191/18 195/16
200/15 205/18 210/10
218/20 218/24 219/3
228/10 237/24 240/1
255/22 257/20 263/13
268/7 268/17 268/25
270/24 276/13 278/12
279/20 282/10 283/17
286/3 286/8

**update [10]** 126/20
127/18 128/19 128/21
130/9 131/16 132/3
138/12 139/4 151/18

**updated [3]** 138/15
139/7 139/9

**updates [3]** 133/19
136/2 272/13

**updating [1]** 219/8

**upgrades [1]** 100/10

**upon [9]** 10/17 31/6
32/1 54/22 58/3 117/5
147/21 240/10 285/20

**upper [7]** 59/17
59/25 60/4 62/7 86/3
87/15 254/6

**urgency [1]** 5/15

**Uriarte [1]** 201/14

**us [19]** 20/4 70/21
101/16 110/15 127/17
128/17 137/22 164/3
184/3 216/11 221/11
222/21 223/21 231/18
231/24 237/23 239/3
246/3 258/2

**use [21]** 59/4 69/10
74/8 74/25 102/7
105/9 111/2 145/7
150/25 153/17 153/21
193/13 216/20 217/16
219/23 220/12 221/1
227/1 232/2 233/16
236/2

**used [10]** 22/22
22/23 101/25 110/25
149/8 172/1 218/4
221/8 226/11 280/23

**using [3]** 74/23
106/21 207/16

**usually [1]** 123/12

**utilize [3]** 199/7
199/13 231/7

**V**

**vacant [1]** 105/20

**vacated [2]** 84/16
84/22

**vacation [1]** 113/9

**vague [3]** 40/2 45/16
239/13

**Valencia [1]** 126/14

**valet [2]** 197/25
200/15

**valid [2]** 27/23 49/23

**validity [1]** 55/1

**various [1]** 135/12

**venting [1]** 277/25

**verbal [3]** 78/3 78/3
123/14

**verbatim [1]** 32/12

**Verification [1]**
216/21

**verify [2]** 85/1
108/24

**verifying [1]** 17/2

**verse [1]** 56/7

**version [3]** 127/22
138/17 284/25

**versus [3]** 6/11 82/1
170/22

**very [18]** 4/16 5/10
53/7 65/2 85/14 88/16
124/6 125/22 136/7
157/18 159/11 159/13
164/3 213/24 215/5
227/25 263/4 268/25

**via [1]** 119/3

**Victor [1]** 216/13

**videos [1]** 176/14

**view [27]** 13/13
13/23 68/22 79/4 84/5
84/23 105/9 110/24
167/7 226/11 226/12
226/14 226/24 227/1
227/4 229/17 229/19
229/20 229/23 230/1
233/2 234/21 235/6
238/12 244/20 252/2
252/18

**views [1]** 285/3

**Village [1]** 140/12

**VIN [1]** 72/6

**violate [1]** 209/8

**violated [8]** 166/24
170/13 172/5 172/7
172/7 175/8 175/20
229/13

**violates [1]** 166/22

**violating [2]** 162/9
229/14

**violation [133]**
11/17 11/19 11/25
12/2 12/24 13/17 14/7
14/13 17/24 26/11
27/17 29/2 30/16
30/19 31/23 32/5 33/6
38/21 38/21 38/23
38/25 44/9 47/25
58/16 60/25 68/22
69/4 80/3 80/22 81/18
83/2 83/4 83/21 88/9
88/11 88/17 88/18
88/19 91/8 91/11
92/11 94/5 96/14
96/17 97/3 98/7
102/21 103/9 103/9
106/5 108/17 119/4
121/1 145/3 159/22
166/18 166/20 167/24
169/22 170/23 170/24
191/15 195/8 195/25
196/11 196/14 196/17
196/20 197/2 204/17
207/15 221/3 222/23
222/24 223/1 223/11
226/15 228/1 228/10
228/16 228/25 229/3
229/5 229/10 229/11
229/15 229/22 229/24
230/1 230/2 230/5
230/5 231/19 231/24
231/25 232/1 232/15
232/22 233/2 233/6
233/15 233/15 234/6
234/14 234/17 235/11
236/21 237/4 237/19
237/23 246/6 248/13
248/18 249/18 250/4
250/12 250/19 254/20
255/15 256/4 257/5

258/5 259/3 259/4
259/14 260/4 260/7
260/16 263/8 273/14
276/9 276/9 276/19

**violations [73]** 8/22
10/9 13/15 27/17 29/5
36/18 79/5 84/6 84/9
96/18 96/21 96/23
101/7 105/10 110/25
121/4 121/7 121/9
122/4 133/1 137/7
137/15 140/19 150/24
161/25 165/15 165/19
166/3 166/17 170/3
170/5 170/17 170/21
170/25 171/1 171/2
171/6 171/9 171/17
171/18 171/20 172/1
182/24 197/6 197/16
197/20 198/2 198/6
198/9 200/4 214/10
214/11 217/13 220/25
226/2 229/15 229/17
229/21 230/19 230/22
232/9 233/18 246/12
246/14 260/12 263/11
264/10 265/21 266/14
266/20 278/4 281/2
281/7

**violator [5]** 229/21
263/10 278/25 280/10
280/13

**violators [6]** 172/2
262/4 263/2 263/5
263/13 263/19

**vis [1]** 216/18

**visa [1]** 216/18

**visible [1]** 67/18

**visit [5]** 31/5 200/3
226/16 226/17 226/19

**visitation [1]** 69/5

**visited [1]** 212/13

**voir [2]** 166/16 170/2

**voluntarily [1]** 33/8

**voluntary [2]** 47/20
65/13

**volunteer [2]** 168/22
177/12

**volunteered [1]**
168/9

**volunteers [1]** 223/7

**W**

**wait [16]** 32/22
41/22 51/10 65/24
69/16 75/6 82/3
129/25 143/13 221/14
262/8 262/8 265/18
265/25 273/11 283/2

**waived [1]** 156/1

**walk [7]** 100/14
111/20 189/24 190/8

190/12 191/6 200/9

**walk-alongs [4]**
189/24 190/8 190/12
191/6

**wall [6]** 19/14 19/20
21/24 42/25 43/14
43/19

**want [47]** 4/12 5/9
6/8 16/22 16/24 19/1
27/15 44/25 49/15
49/21 52/12 53/13
56/6 56/23 70/2 78/2
78/8 84/23 95/20
100/14 101/2 109/23
113/20 116/21 117/8
130/17 131/3 140/8
154/3 155/13 165/4
169/9 173/11 175/21
177/17 182/6 191/16
211/24 211/24 211/25
274/12 276/3 276/10
285/15 285/18 285/23
285/24

**wanted [7]** 10/2
178/20 187/9 190/24
214/25 284/24 285/11

**wants [1]** 127/17

**warrant [2]** 232/4
234/18

**was [553]**

**wasn't [12]** 55/5
77/24 120/8 149/3
161/5 175/15 199/20
214/13 273/11 273/18
273/24 279/14

**waste [3]** 53/10
114/18 225/15

**wasted [1]** 286/4

**watch [3]** 56/11
190/6 197/10

**water [4]** 6/9 59/19
110/20 193/5

**waving [1]** 53/4

**way [28]** 13/23 48/5
59/18 59/19 59/20
59/21 62/2 68/1 99/22
102/25 103/4 112/4
120/1 120/10 120/13
120/15 120/17 120/20
125/14 167/13 189/5
190/18 193/16 211/5
219/19 234/2 235/10
279/5

**ways [4]** 69/14
151/22 210/18 210/19

**we [342]**

**we'd [4]** 5/13 38/12
52/1 96/7

**we'll [15]** 5/19 6/2
51/18 51/24 94/16
109/24 112/16 112/19
127/1 161/12 260/21

**W**

**we'll... [4]** 262/9 262/12 283/3 285/1

**we're [30]** 4/24 9/11 11/13 44/7 45/17 50/18 50/22 50/24 52/23 54/6 55/20 59/4 70/12 84/21 110/16 113/13 121/9 143/23 154/2 154/20 155/10 160/13 161/10 161/10 174/15 174/19 175/1 175/7 231/13 241/15

**we've [10]** 12/10 30/14 44/14 97/4 108/11 111/4 118/20 166/22 224/7 230/11

**weaknesses [1]** 7/22

**website [1]** 123/13

**week [10]** 20/5 56/12 118/23 128/20 137/18 138/9 138/18 156/22 171/14 178/14

**weekend [7]** 124/12 124/18 161/21 161/22 165/8 165/9 166/20

**weekly [1]** 133/19

**weeks [3]** 137/17 137/18 204/5

**weight [1]** 16/25

**weights [1]** 60/7

**well [61]** 5/21 6/7 11/11 15/22 19/18 26/15 29/6 30/20 39/4 50/15 59/15 64/25 66/2 70/12 71/20 82/8 89/19 95/14 104/18 111/1 112/16 113/15 116/6 126/25 128/20 133/19 135/21 135/23 146/21 148/14 151/11 151/18 155/6 159/13 164/2 176/12 178/19 182/21 184/14 186/14 186/23 187/8 187/24 191/19 192/8 208/16 212/11 214/1 214/11 214/23 216/21 220/14 232/19 263/17 267/25 277/10 282/22 284/19 285/18 285/22 286/3

**went [14]** 52/3 93/15 105/18 110/5 113/4 113/5 172/4 181/12 189/3 249/3 255/9 255/14 260/10 270/22

**were [152]** 7/12 7/22 8/1 8/4 10/21 11/16 11/20 15/7 17/4

19/7 26/8 28/23 33/25 34/23 35/4 52/2 52/3 54/15 57/22 60/5 60/6 62/8 69/2 69/21 75/21 76/16 76/25 77/24 79/7 88/18 89/4 89/17 89/19 90/5 90/6 91/18 99/17 103/13 103/14 103/16 103/18 104/7 104/9 105/13 108/20 112/4 116/19 121/4 122/4 124/2 124/13 124/14 124/18 125/10 125/15 125/17 126/5 130/14 133/3 133/5 142/17 142/18 143/20 143/21 152/5 159/5 161/11 163/15 163/22 163/23 164/4 164/5 164/7 164/17 165/15 165/18 166/17 166/19 170/5 170/21 171/5 171/20 172/1 172/12 175/3 179/24 181/5 182/6 185/3 187/14 188/16 189/13 189/13 189/24 190/2 191/4 191/8 194/16 196/12 196/19 197/2 197/15 198/3 198/6 198/9 198/21 199/7 199/12 199/12 199/13 200/5 200/7 201/12 201/22 204/4 205/5 208/24 209/3 212/8 213/2 213/12 213/24 214/22 217/5 217/8 217/11 218/4 218/12 218/14 219/6 224/4 230/13 230/19 230/23 232/19 234/1 242/22 243/23 245/3 245/25 247/10 251/8 257/7 261/11 270/10 270/18 271/4 276/13 279/9 280/15 281/22 285/19

**weren't [3]** 55/9 55/9 271/12

**west [2]** 110/21 110/22

**what [359]**

**what's [48]** 14/9 14/18 16/6 17/18 19/18 27/16 34/9 34/11 36/1 40/25 41/1 41/7 42/24 44/16 61/20 67/21 69/16 73/25 75/6 97/15 102/8 103/6 107/16 108/23 109/5 113/4 131/11 133/16 135/15 142/21 152/18 160/16

182/19 188/15 191/13 203/2 221/14 226/1 226/21 238/1 243/15 244/18 244/22 249/16 258/7 258/25 268/22 286/5

**whatever [4]** 63/7 71/20 133/16 169/21

**whatsoever [5]** 167/5 170/20 171/22 172/19 172/24

**wheels [3]** 72/4 72/5 72/10

**when [92]** 4/12 7/12 7/20 8/15 9/20 11/12 16/1 18/15 26/21 26/22 28/2 31/1 31/7 31/21 31/22 31/24 32/6 37/11 40/20 44/21 49/2 53/4 55/5 59/6 60/22 71/4 73/8 77/21 78/5 78/6 90/1 95/5 97/10 102/10 107/9 108/5 113/15 114/6 118/24 121/6 121/20 122/17 125/7 125/12 126/11 126/21 127/18 132/19 135/17 142/17 159/15 168/18 168/20 169/16 174/6 174/7 178/19 179/24 180/9 181/14 182/6 189/19 190/24 191/14 198/1 199/7 199/8 199/12 203/11 205/17 211/17 213/22 215/1 218/12 223/5 224/25 227/1 227/12 227/15 227/15 230/2 230/14 240/5 241/11 247/20 249/4 260/10 263/15 263/22 280/23 285/12 286/4

**whenever [3]** 61/5 71/8 190/15

**where [31]** 9/12 10/21 29/2 48/18 59/20 67/17 69/7 85/9 86/3 87/14 106/20 110/15 133/11 137/14 139/7 142/5 146/8 148/19 167/12 168/16 173/9 173/10 176/2 193/25 200/14 205/5 208/6 214/9 271/9 279/9 284/8

**Where's [1]** 6/19

**wherein [1]** 174/12

**whether [30]** 4/11 32/2 43/22 43/23 43/23 50/23 63/6 100/24 171/15 176/5

177/8 197/15 202/6 210/14 210/21 213/11 214/22 228/17 229/20 232/15 239/3 243/22 245/3 245/3 246/16 249/24 251/5 254/9 259/21 277/5

**which [49]** 5/4 5/17 7/18 8/5 8/25 9/3 11/4 11/7 29/3 40/2 43/15 43/22 45/17 52/3 54/23 62/8 79/4 89/25 92/9 95/19 100/3 105/9 110/24 136/1 137/17 140/13 141/7 141/11 143/6 144/5 145/15 149/10 157/6 157/9 160/10 160/20 167/6 167/19 170/14 172/20 182/7 195/7 200/9 208/13 219/11 222/24 228/23 250/19 258/23

**while [9]** 87/19 112/18 172/25 178/25 194/16 204/5 204/16 218/4 218/24

**white [4]** 49/17 236/1 236/5 236/8

**who [59]** 9/15 10/10 14/19 45/14 46/4 73/8 82/16 86/10 106/6 113/8 114/16 120/4 123/7 129/3 129/11 131/14 134/22 142/9 144/17 148/14 150/4 152/5 163/20 164/12 164/16 167/19 167/25 168/4 168/11 168/25 171/20 174/11 174/24 176/2 176/19 179/24 185/3 185/23 186/12 192/10 193/25 198/19 198/21 208/7 209/8 211/2 211/10 212/9 212/14 213/7 215/5 229/11 229/14 229/20 241/19 255/11 263/11 283/16 283/22

**who's [5]** 136/17 137/6 140/2 168/24 205/7

**whoever [1]** 277/11

**whole [7]** 54/1 93/15 109/23 129/18 130/3 130/14 131/9

**whom [1]** 12/5

**why [26]** 5/3 22/13 23/10 27/14 27/15 27/19 32/13 39/17 42/6 60/15 98/25 99/15 100/25 101/1

111/24 112/2 134/23 137/4 149/10 163/13 167/16 169/2 200/6 208/13 211/7 249/7

**wide [2]** 8/22 8/25

**will [63]** 4/5 5/18 5/23 6/6 6/7 6/12 11/24 13/2 13/18 28/3 30/2 32/2 32/3 33/9 36/22 39/18 41/4 45/1 47/4 48/25 50/5 51/12 54/9 60/23 62/2 71/17 71/21 79/6 79/7 79/21 82/20 84/14 86/19 86/20 101/24 103/10 103/11 105/12 109/17 109/18 110/18 111/2 112/15 113/25 114/9 151/15 162/23 168/7 173/2 173/10 174/22 181/3 182/13 210/14 223/8 261/22 262/23 269/25 270/25 276/5 278/17 283/10 285/3

**willfully [1]** 175/20

**WILLIAM [5]** 1/4 47/15 63/12 65/5 106/8

**willing [3]** 146/12 195/8 283/7

**wind [2]** 70/16 107/18

**window [4]** 19/10 100/9 100/11 108/2

**windows [3]** 200/8 249/23 250/25

**wire [1]** 159/14

**withdrawn [1]** 90/4

**within [24]** 27/5 27/9 27/11 28/23 46/16 46/17 46/20 46/21 47/3 95/1 95/2 123/11 124/15 164/4 169/12 178/17 184/11 205/16 210/20 210/25 226/17 229/14 263/8 282/21

**without [69]** 12/7 13/21 14/21 14/25 15/3 15/10 15/17 17/20 17/25 20/8 20/25 22/12 23/13 23/14 24/7 29/5 32/14 34/23 40/22 44/21 72/21 72/22 74/3 75/18 80/5 80/8 81/5 81/22 89/10 91/9 91/13 91/15 93/11 94/10 94/19 94/24 95/16 97/4 98/13 98/19 99/18 100/23 101/7 102/19 103/19

# W

**without... [24]**
111/10 117/5 118/21
119/4 126/21 127/19
133/8 137/11 137/11
146/18 159/8 163/15
167/20 173/21 195/18
211/18 234/6 249/19
249/21 250/19 253/8
259/5 271/1 277/7
**witness [39]** 5/16
6/20 54/20 86/9
119/17 133/24 164/22
167/10 168/25 170/5
171/3 171/7 171/16
171/20 173/5 173/7
176/2 176/24 177/9
177/11 177/23 178/2
179/3 212/16 212/19
215/13 215/15 215/17
216/1 263/18 264/17
267/1 269/20 276/6
279/19 279/20 283/18
285/12 286/1
**witness' [1]** 127/2
**witness's [1]** 77/7
**witnessed [1]**
172/22
**witnesses [6]** 3/2
56/24 177/11 283/17
283/22 285/9
**won't [2]** 100/8
138/17
**wood [2]** 87/10
277/6
**word [2]** 106/22
207/16
**words [4]** 59/4 74/22
100/8 164/17
**work [162]** 12/7
13/21 13/22 14/21
14/25 15/3 15/10
15/24 16/13 17/20
18/8 18/9 18/23 18/24
23/13 23/14 24/6
26/22 27/20 27/22
27/25 28/3 28/7 29/5
31/3 32/13 32/14 34/4
34/23 35/7 35/8 35/12
39/3 39/4 39/15 42/19
43/1 43/1 43/20 43/24
44/7 44/11 44/13
44/21 56/5 64/2 67/2
67/3 67/9 72/20 72/22
73/4 73/8 73/9 73/22
75/1 75/18 75/20
75/25 76/8 76/22
76/24 80/5 80/8 80/19
81/6 81/21 82/12
82/17 89/10 89/13
89/14 91/9 91/13

91/15 91/18 92/24
92/25 93/1 93/2 97/4
98/13 98/17 98/18
98/19 98/23 99/1 99/6
100/4 100/5 100/5
100/21 100/22 100/25
101/7 102/13 102/19
103/14 103/18 111/2
113/15 117/5 118/10
119/3 119/4 121/16
122/2 122/20 126/21
127/19 133/8 133/12
135/19 135/19 137/11
137/11 155/5 159/23
163/15 180/18 192/10
193/8 195/18 199/22
200/3 201/21 208/11
212/4 212/6 213/7
214/18 218/9 222/1
222/8 223/16 225/18
225/23 227/23 230/7
234/6 243/19 244/4
244/6 244/12 249/19
249/21 249/25 250/19
250/24 253/8 254/9
256/20 259/5 259/18
259/20 261/6 261/9
274/19 274/19 275/21
280/22 280/23
**worked [7]** 182/25
183/6 208/5 210/9
215/5 266/4 266/16
**workers' [1]** 27/23
**working [9]** 17/25
48/2 181/11 187/15
207/19 216/15 216/24
272/22 279/9
**workload [1]** 9/19
**works [7]** 36/20
43/17 69/13 189/20
212/14 225/15 228/15
**world [1]** 56/6
**worms [1]** 54/1
**worry [1]** 37/10
**worrying [1]** 114/7
**worst [1]** 37/9
**worth [1]** 8/5
**would [99]** 9/7
12/16 13/7 15/17
16/19 16/20 16/25
17/19 18/19 21/17
21/19 21/20 29/21
30/9 40/6 41/5 42/3
43/1 43/3 43/5 43/20
43/21 43/24 51/15
58/6 60/19 64/14
71/14 71/20 74/13
78/21 80/10 83/7
83/12 85/6 89/15
90/23 91/25 96/16
97/22 101/11 104/21
105/11 105/13 108/2

109/19 123/25 124/5
125/5 128/17 128/17
132/21 133/21 133/22
135/7 135/9 135/10
138/8 139/10 141/5
146/13 148/4 150/3
152/6 159/13 162/8
168/15 169/5 169/17
169/18 171/17 171/19
174/9 174/18 176/21
187/10 189/18 193/6
196/22 199/23 199/23
200/3 200/8 202/19
203/3 204/17 208/7
215/15 216/10 224/20
252/13 257/15 265/15
265/17 265/21 273/25
281/23 284/10 285/3
**wouldn't [5]** 101/19
174/17 206/19 206/22
214/16
**wrap [2]** 114/7
282/10
**write [1]** 141/4
**writes [1]** 277/3
**writing [5]** 242/7
271/2 285/15 285/16
285/17
**written [1]** 123/12
**wrong [8]** 106/21
169/6 169/13 169/24
173/11 174/15 182/23
206/16
**wrote [2]** 135/4
144/17
**Wynwood [1]**
279/10

# Y

**Y-A-C-M-A-N-Y [1]**
216/12
**Yacmany [12]** 216/3
216/6 216/12 224/2
231/22 246/9 248/14
249/4 262/2 270/6
272/11 278/23
**yeah [40]** 5/20 11/8
19/2 20/21 23/22 41/3
59/10 85/21 107/13
107/20 128/9 138/21
142/5 143/4 191/21
207/21 218/13 219/9
221/20 224/9 225/14
226/13 228/6 229/18
230/14 234/5 234/16
234/19 237/8 237/25
246/1 253/13 256/19
257/10 260/15 263/9
269/8 270/15 281/3
281/25
**year [19]** 8/5 8/6 9/9
9/12 13/15 34/3 49/3

77/4 101/23 102/1
102/9 102/11 125/21
137/9 137/11 181/6
217/3 218/2 219/9
**yearly [1]** 8/23
**years [32]** 9/3 9/4
9/5 9/5 9/5 9/6 20/24
22/23 37/17 101/25
101/25 137/10 137/11
155/25 168/13 172/18
175/10 178/15 178/16
178/24 179/15 181/10
181/14 213/13 213/18
215/4 217/5 217/21
219/7 226/13 229/15
263/8
**yelled [1]** 161/16
**yellow [3]** 56/13
137/14 139/8
**yep [6]** 23/24 34/13
44/3 62/21 140/18
158/16
**yes [372]**
**yesterday [2]** 272/17
272/18
**yet [4]** 19/23 87/22
123/23 134/1
**Yo [2]** 111/11 140/15
**you [1181]**
**you were [27]** 11/20
125/10 163/22 163/23
164/7 179/24 181/5
182/6 197/2 199/7
199/13 201/22 204/4
213/24 217/8 217/11
218/4 218/12 219/6
224/4 270/10 270/18
271/4 276/13 280/15
281/22 285/19
**you'd [3]** 5/15 124/3
129/10
**you'll [3]** 223/23
265/12 277/3
**you're [66]** 11/21
15/3 17/11 19/3 20/14
23/13 25/14 34/4
39/23 43/4 59/4 61/5
77/5 100/8 100/10
111/10 120/25 123/7
123/23 125/3 126/4
131/19 133/18 141/11
146/16 146/17 154/17
154/24 155/7 160/8
160/12 160/14 161/3
171/15 173/8 175/19
189/10 196/14 204/12
204/12 204/16 204/23
206/13 207/10 207/12
207/23 207/25 208/2
208/10 209/24 210/10
210/17 210/19 210/25
213/17 227/12 230/8

240/17 272/10 273/11
276/14 277/15 279/5
279/11 284/25 285/19
**you've [19]** 39/6
53/17 56/5 62/25
118/10 145/10 155/9
158/4 158/15 169/12
201/8 209/25 210/1
214/15 217/24 243/8
247/21 260/11 261/13
**young [1]** 195/7
**your [340]**
**yours [4]** 112/12
221/10 224/10 256/11
**yourself [10]** 134/13
138/12 139/22 141/3
143/7 145/22 147/6
173/9 232/6 241/2
**YS [2]** 243/8 243/15

# Z

**Zach [11]** 164/17
166/21 167/14 168/24
172/8 173/4 174/19
174/20 175/4 177/3
177/9
**Zarco [1]** 53/24
**zealous [1]** 169/10
**zero [1]** 22/21
**Zerry [1]** 7/24
**zone [1]** 70/17
**zoning [20]** 64/22
64/23 71/15 150/23
151/12 151/24 200/2
216/15 216/16 216/17
216/19 216/21 217/4
217/16 242/12 242/14
268/2 282/5 282/6
282/12
**zoom [3]** 271/19
271/23 272/8