```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                   (FORT LAUDERDALE)
                        CASE NO.  18-CV-24190
 3

 4      WILLIAM FULLER and
        MARTIN PINILLA, II,
 5             Plaintiffs,            Fort Lauderdale, Florida
        vs.                          May 16, 2023
 6
        JOE CAROLLO,
 7             Defendant.
        -------------------------------------------------------
 8                          Trial Day 20
                     BEFORE THE HONORABLE RODNEY SMITH
 9                    UNITED STATES DISTRICT JUDGE

10      APPEARANCES:
        FOR THE PLAINTIFFS:  AXS LAW GROUP, by:
11                           Jeffrey W. Gutchess, Esq.,
                             Courtney Anne Caprio, Esq.,
12                           Joanna Niworowski, Esq.
                             Amanda Suarez, Esq.
13                           2121 NW 2nd Avenue, Suite 201
                             Miami, Florida  33127
14

15      FOR THE DEFENDANT:  KRINZMAN, HUSS,
                            LUBETSKY, FELDMAN & HOTTE, by:
16                          Mason A. Pertnoy, Esq.,
                            169 E. Flagler Street, Suite 500
17                          Miami, Florida  33131

18                          KUEHNE DAVIS LAW, by:
                            Benedict P. Kuehne, Esq.
19                          100 S.E. 2nd Street, Suite 3105
                            Miami, Florida  33131
20
                            SHUTTS & BOWEN, by:
21                          Marc D. Sarnoff, Esq.
                            200 S. Biscayne Blvd., Suite 4100
22                          Miami, Florida  33131

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT: COLE, SCOTT & KISSANE, by:
                        Thomas E. Scott, Esq.
 3                      Amber C. Dawson, Esq.
                        9150 South Dadeland Blvd., Suite 1400
 4                      Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              **<u>INDEX</u>**

2

3   **<u>DEFENDANT'S WITNESSES</u>:**

4                           **D I R E C T   C R O S S   R E D I R E C T   R E C R O S S**

5   MARY LUGO                 6    44    69

    DANIEL GOLDBERG      76   149   189

6   RACHEL S. DOOLEY, ESQ.  203

7   **<u>PLAINTIFFS' EXHIBITS</u>**            **<u>RECEIVED</u>**

    666                      154

8   684                      156

    675                      166

9   677                      172

10  **<u>DEFENDANT'S EXHIBITS</u>**           **<u>RECEIVED</u>**

    150                      56

11  651                      83

    721                      115

12  723                      120

    724                      126

13  3, page 40               128

    721, page 44            134

14

15

16

17

18

19

20

21

22

23

24

25

<u>**TUESDAY MORNING SESSION, MAY 16, 2023**</u>

<u>P-R-O-C-E-E-D-I-N-G-S</u>

- - -

(Call to the Order of the Court.)

THE COURT:  Good morning.  Everyone be seated.

THE COURTROOM DEPUTY:  This is Fuller, et al. versus Carollo, case number 18-CV-24190, Smith.

Counsel, state your appearances please for the record.

MS. CAPRIO:  Good morning.  Courtney Caprio, Jeff Gutchess, Rossana Arteaga-Gomez, and Amanda Suarez on behalf of plaintiffs.

THE COURT:  Good morning.

MR. PERTNOY:  Good morning, Your Honor.  Mason Pertnoy, Leah Gardner, Amber Dawson, Marc Sarnoff, Ben Kuehne, on behalf of Commissioner Joe Carollo.

THE COURT:  Good morning as well.  Who's the defendant's next witness?

MS. CAPRIO:  Your Honor, before we start, could we have a sidebar briefly?

THE COURT:  Is it necessary to go sidebar at this point?

MS. CAPRIO:  Yes, Your Honor.  I'll be -- I have to leave for a deposition and there are a few issues we need to raise about the motion that was filed last night or the response.

```
 1              THE COURT:  I don't have a response.  What response

 2    is it?

 3              MS. CAPRIO:  It's the response to the motion to

 4    strike and for sanctions.

 5              THE COURT:  Well, I haven't had an opportunity to see

 6    it at this point, so is it pertaining to that only?

 7              MS. CAPRIO:  It does just pertain to that only, sir.

 8              THE COURT:  That's not necessary to address that at

 9    this moment.

10              MS. CAPRIO:  Thank you, Your Honor.

11              THE COURT:  Who's the defense next witness?

12              MR. KUEHNE:  Your Honor, we're calling Mary Lugo.

13    She's outside.

14              THE COURT:  All right.  That's fine.  We can --

15              MR. KUEHNE:  May I have her come in?

16              THE COURT:  You can have her come in and we can bring

17    in the jurors.

18              THE COURT SECURITY OFFICER:  All rise.

19                              (juryhere.ecl).

20              THE COURT:  Good morning, ladies and gentlemen of the

21    jury.  How's everyone?

22              A JUROR:  Good, and you?

23              THE COURT:  Wonderful.  Great.  Please be seated,

24    everyone.

25              All right.  The defense next witness?
```

```
 1              MR. KUEHNE:  Good morning, Your Honor.  Commissioner
 2    Carollo calls Mary Lugo.
 3              THE COURT:  In accordance with the defendant's
 4    submitted witness list, the time allotted is 45 minutes.  You
 5    may proceed including any time for redirect as well.
 6              THE COURTROOM DEPUTY:  Please raise your right hand.
 7                        (Witness sworn.)
 8              THE WITNESS:  Yes.
 9              THE COURTROOM DEPUTY:  Thank you.  You may be seated.
10    Just give us your name again with the spelling for the record.
11              THE WITNESS:  Mary, D, as a middle initial, Lugo.
12    You need the spelling?
13                      -   -   -   -   -
14             DIRECT EXAMINATION OF MARY LUGO
15    BY MR. KUEHNE:
16    Q.   Good morning, Ms. Lugo.
17    A.   Good morning.
18    Q.   You know I'm Ben Kuehne, Commissioner Carollo's lawyer.
19    And we've known each other over the years?
20    A.   Yes.
21    Q.   Tell us what you currently do for a living.
22    A.   I am the vice president of the General Employees' Union,
23    plus my title is on Zoning, City of Miami Zoning.
24    Q.   And what's the name of the union, the General Employees'
25    Union?
```

```
 1    A.    AFSME Local 1907.

 2    Q.    AFSME 1907.  Just briefly, as vice president, is that sort

 3    of your full-time job?

 4    A.    Yes.  I am full-time released to union duties.

 5    Q.    Released to union duty.  But you are a City of Miami

 6    employee currently?

 7    A.    Yes.

 8    Q.    How long have you been with the City of Miami?

 9    A.    Thirty-two years.

10    Q.    And briefly, tell us how you started.

11    A.    I started in 1991 on the Finance Department as a temp for

12    two years.  Then became account clerk.  Do you want for me to

13    continue the whole --

14    Q.    Yeah, account clerk --

15    A.    Account clerk, and then six years later, I went to Risk

16    Management, working in the compensation and account liability.

17    I worked for eight years there.

18          I got promoted to Code Enforcement, and I think it was in

19    1999 when I got promoted to Code Enforcement until around 2007,

20    I was promoted to Zoning Information Specialist till 2012 or

21    '13.  And then I was promoted to Zoning Information Specialist.

22    Q.    All right.  And you stayed in Zoning since that time?

23    A.    Yes.

24    Q.    Okay.  Now --

25    A.    Until -- I'm sorry, until I went to the union.  That was
```

1    in 2014.

2    Q.   Right.  And for your -- as a released employee, are you

3    attached to any department currently?

4    A.   No.

5    Q.   All right.  And over the course of time, you've spent the

6    32 years, have you worked under a lot of different managers?

7    A.   Yes.

8    Q.   Okay.  So you last worked in Code Compliance when?

9    A.   2007.

10   Q.   Okay.  Are you familiar with the current code for the City

11   of Miami?

12   A.   I was part of the team that implemented Miami 21.  That

13   was April, 2010.

14   Q.   And what is that called, Miami 21, what is that?

15   A.   That's the new Zoning code.

16   Q.   The Zoning code.  And you said part of the team --

17   A.   That implemented.

18   Q.   Could you explain what that means?

19   A.   After it was approved by the commissioners, the Zoning

20   employees, we have to learn to practice and implement.  That

21   means any new project or any new information have to be based

22   on the new code.

23   Q.   And is that code, Miami 21, the code that's in effect now?

24   A.   Yes.

25   Q.   So I'm going to ask you some questions about 2017,

```
 1   starting.  All right.  So focus on 2017.  And just to set the
 2   stage, 2017 was the time --
 3            MR. GUTCHESS:  Objection.  Setting the stage.
 4            THE COURT:  Sustained.
 5   BY MR. KUEHNE:
 6   Q.   2017, what was happening in the City of Miami in 2017?
 7   A.   Election.
 8   Q.   Election.  Very good.  So election 2017.  Were you
 9   individually as part of AFSME involved in that election, 2017?
10   A.   We always do.  On any election that has to do with the
11   City of Miami, we do candidate screening together with the
12   firefighters sometimes and together with the police officers
13   and the union, and we endorse a candidate.
14   Q.   Is that -- in 2017, was that for all of the elections on
15   the ballot?
16   A.   Yes.
17   Q.   You know commissioner -- District 3 was one of the ones on
18   the ballot?
19   A.   Yes.
20   Q.   Mayor was on the ballot?
21   A.   Yes.
22   Q.   And Manolo Reyes, whatever his was --
23   A.   Mm-hmm.
24            THE COURT:  I'm sorry, is that a yes?
25            THE WITNESS:  Yes.
```

1   **BY MR. KUEHNE:**

2   Q.   Did the union actively panel and endorse candidates for

3   all of those positions?

4   A.   I can tell you we endorsed at that time.  We endorsed

5   Mayor Francis Suarez.  We endorsed ex-Mayor Carollo, Joe

6   Carollo.  We endorsed Manolo Reyes.  Those are the five.

7   Q.   With that endorsement, did the union and you do any work

8   to help those endorsed candidates?

9   A.   That's what we do when we endorse.  We provide manpower,

10  we get volunteers from our employees, our members, and we help

11  on the campaign.

12  Q.   And did all of the candidates for all of the positions

13  have an opportunity to be interviewed by your screening, by the

14  AFSME?

15  A.   Yes, we sent documents with questions they answered prior

16  to the screening, and then we do questions on the screening.

17  And then we, as a group, we get together and select who we're

18  going to endorse.

19  Q.   Were you part of that screening or endorsement process?

20         MR. GUTCHESS:  Objection.  Relevance.

21         THE COURT:  What's the objection?

22         MR. GUTCHESS:  Just relevance.

23         THE COURT:  All right.  Sustained.

24  **BY MR. KUEHNE:**

25  Q.   You said that Commissioner Carollo was the endorsed -- the

1   person endorsed for District 3?

2   A.   Yes, by the police, by the General Employees, by the Solid

3   Waste, and by the firefighters.

4   Q.   And did you contribute some of your time to the

5   Commissioner Carollo District 3 campaign?

6   A.   Yes.

7   Q.   What kind of work did you do for the District 3 campaign?

8   A.   Canvassing, door knocking, telephones, calling.  All kind

9   of stuff, you know, that is on a political campaign.

10  Q.   Is that sometimes known as GOTV, Get Out the Vote?

11  A.   Yes, you can call it like that.

12  Q.   And had you known Joe Carollo as candidate from before?

13  A.   Yes, he was the mayor I think around 1996.  I was already

14  employed by the City of Miami.  I was employed in 1991.  He was

15  the mayor.

16  Q.   Did you ever work directly for Joe Carollo as mayor?

17  A.   No, I never worked for any politician.  I worked for the

18  departments in the city as a general employee.

19  Q.   And as a general employee, who ultimately is your boss?

20  A.   The city manager.

21  Q.   So moving into 2017, do you remember -- and I'm going to

22  focus you on November 17, 2017, shortly before the runoff

23  election.  You know there was a runoff election?

24  A.   Yes.

25  Q.   And did you and the union continue to support the Carollo

1    candidacy?

2    A.    Yes, we continued with the same candidate to, you know, up

3    to then.

4    Q.    Did anything happen regarding the campaign and political

5    activity on that Saturday before the runoff election?  It's

6    November 11 -- November 17?

7    A.    You mean the library, Little Havana?

8    Q.    Yes, let me focus you on the Little Havana branch library.

9    Was there an event at the Little Havana branch library?

10   A.    Yes.  I was called.

11   Q.    How did you get involved in that?

12   A.    I was called by Miro.

13   Q.    By Miro.  And who, at the time, do you understand Steve

14   Miro to be?

15   A.    A volunteer in the campaign.

16   Q.    For?

17   A.    Commissioner Carollo.

18   Q.    All right.  So Miro calls you, and do you respond to the

19   call?

20   A.    I went to the place.

21   Q.    All right.  And where was it?

22   A.    It was on 1st Street, like around 14th, 15th.

23   Q.    Okay.  What was going on there?

24   A.    It was a like an activity, special event.

25   Q.    All right.  What did you see?

```
1    A.    Like a paella that was being done, loud music, and a tent,
2    chairs, table.
3    Q.    Did you make any calls or contacts to city officials about
4    that event?
5    A.    No.
6    Q.    Did Miro in your presence do that?
7    A.    I think Miro did because by the time that I got there,
8    like the inspector was already there.  He arrived before me.
9    Q.    You arrived, and who was there when you got there?
10   A.    The inspector.
11   Q.    And who was the inspector, do you know?
12   A.    I don't know his name.  At the time, he was a new guy.  He
13   was kind of chubby and small.
14   Q.    All right.
15   A.    I think he works in Zoning right now as a Zoning
16   Information Specialist.
17   Q.    At the time, did you understand that person to be a Code
18   Inspector?
19   A.    Yes.
20   Q.    Do you have anything to do with that Code Inspector
21   getting to that location?
22   A.    No.
23   Q.    Did -- did you make any contact with law enforcement?
24   A.    No.
25   Q.    Did anybody while you were there do that?
```

```
 1   A.    Yes.

 2   Q.    Who did?

 3   A.    Steve Miro.  He flagged like a police car that happened to

 4   be a sergeant and he stopped by.  I don't know what he did.

 5   Q.    Did you have any involvement with either the Code

 6   Inspector or the sergeant, the police officer?

 7   A.    No, I don't have any powers.

 8   Q.    Okay.  And what did you understand to be the issue, if you

 9   did, with the Code Inspector being there?

10   A.    I think it was the special event.  You need to get a

11   permit and you do something different on a place, you know,

12   that they -- the usual business.

13   Q.    Did you get involved in any way with any permit question

14   for that rally?

15   A.    No.  The inspector is supposed to do that on the job.

16   Q.    How long did you stay there?

17   A.    Maybe 20 minutes.  No more than that.

18   Q.    And by the way, do you know either of the plaintiffs in

19   this case, Bill Fuller or Martin Pinilla?

20   A.    I've seen them around the Building Department, but

21   personally, do I know them, no.

22   Q.    But you've seen them --

23   A.    Yes.

24   Q.    -- before.  Did you see either of them at the rally when

25   you were there?
```

1    A.    Not that I recall.

2    Q.    Okay.  Did you report any of what you saw to Commissioner

3    Carollo?

4    A.    No.

5    Q.    Did you have any other activity that you recall in the

6    days leading up to the runoff election pertaining to the

7    election other than volunteering for the campaign?

8    A.    Just volunteering for the campaign, working really hard.

9    Q.    Let me ask you about election day.  So the runoff

10   election, to remind you, November 21, 2017.  Were you with

11   Commissioner Carollo, not then commissioner, but candidate

12   Carollo on the day of the election?

13   A.    Yes.

14   Q.    And where were you?

15   A.    We were in the low income housing projects, it's called

16   Robert King High, and that's across the street where the

17   Marlins Stadium is right now and 7th Street, on 16th -- or

18   Avenue.  We were sitting on a bench.  His wife was on one side,

19   I was sitting on the other one; on the other side.

20   Q.    Do you know --

21   A.    A firefighter was there.

22   Q.    Let me just stop you for a second.  Do you know the

23   commissioner's wife, Marjorie?

24   A.    Yes.

25   Q.    So you and the commissioner, Marjorie, you said you were

1    sitting on a bench?

2    A.   Yes.

3    Q.   Was that nearby the polling place?

4    A.   Well, it was a distance.  You can't be so close, so it was

5    a distance from there, but it was on the way.

6    Q.   And what were you doing there?

7    A.   Campaigning.

8    Q.   Campaigning?

9    A.   Giving flyers, this is almost at the end of the day.

10   Q.   Okay.  And was Commissioner Carollo and Marjorie doing the

11   same?

12   A.   Yes.

13   Q.   Okay.  So you're at Robert King High, that area.  And

14   do you see Bill Fuller?

15   A.   Yes.

16   Q.   Tell us about that.

17   A.   I saw Bill Fuller coming with an older gentleman, and I

18   told Carollo that's Bill Fuller.

19        I said "Bill," and he came directly to handshake

20   Commissioner Carollo.

21   Q.   Let me stop you for a second.  Did you yell out Bill?

22   A.   Yes.

23   Q.   And did he recognize the yell and come over?

24   A.   No.  He went to the person next to me.

25   Q.   Who was?

```
 1   A.   Commissioner Carollo.
 2   Q.   Okay.  So he went to Commissioner Carollo, and did you
 3   observe what happened?
 4   A.   They had a conversation.  What he stated, oh, I came to
 5   vote for you and I brought my dad.
 6   Q.   Did he introduce his dad?
 7   A.   Yes.
 8   Q.   To then candidate Carollo?
 9   A.   Yes.
10   Q.   All right.  And how long was that interlude?
11   A.   Maybe one or two minutes.  No more than that.
12   Q.   Okay.  And then what happened?
13   A.   They went inside to vote, took a little bit of time.  More
14   than the normal, I don't know why.  And they came out and they
15   came back, came by again to say goodbye.  And after they left,
16   I make the remarks, you know, they live in this area.
17   Q.   Okay.  And was there any response from the commissioner --
18   from the candidate Carollo?
19   A.   No.
20   Q.   All right.  What was the atmosphere when Fuller, his dad,
21   and Commissioner Carollo just chatted for the minute or so?
22   A.   Normal.
23   Q.   Normal, friendly?
24   A.   Yes.
25   Q.   Was -- were you with Commissioner Carollo the entire time?
```

```
 1   A.    Not the whole day, but --

 2   Q.    Let me try the question this way:  Were you with

 3   Commissioner Carollo the entire time that Bill Fuller and his

 4   dad were in the presence of Commissioner Carollo?

 5   A.    Yes.

 6   Q.    Was there anything said by anybody --

 7              MR. GUTCHESS:  Objection.  Leading.

 8   Q.    -- about the color of T-shirts?

 9              THE COURT:  Sustained.

10   BY MR. KUEHNE:

11   Q.    Did you hear any conversation about T-shirts?

12              MR. GUTCHESS:  Objection.  Leading.

13              THE COURT:  Sustained.

14              THE WITNESS:  No.

15              THE COURT:  Also, Ms. Lugo, please wait for the

16   objection when one is raised.  If I say the objection is

17   sustained, that means do not answer the question.  If I say the

18   objection is overruled, that means you are permitted to answer

19   the question.  Periodically, the attorneys may make objections

20   and I have to listen and see whether or not it's proper.

21              THE WITNESS:  I have to take a pause after they ask

22   the question?

23              THE COURT:  Exactly.  Once I rule, if I say it's

24   overruled, that means you are permitted to answer the question.

25   If I say it's sustained, that means do not answer the question.
```

1          THE WITNESS:  Okay, got it.

2          THE COURT:  Thank you.

3    **BY MR. KUEHNE:**

4    Q.   Other than what you mentioned about the conversation, was

5    there any other communication between Joe Carollo and Bill

6    Fuller or his father?

7    A.   No.

8    Q.   Did you stay at the polling place, in the area of polling

9    place, until it closed?

10   A.   Yes.

11   Q.   And then you left?

12   A.   Yes.

13   Q.   With Commissioner Carollo and his wife?

14   A.   Well, we all left in separate ways.  I went home to get

15   dressed and to see what the result was, the outcome.

16   Q.   Okay.  I'm going to now move you into after the election.

17   Carollo gets elected, right?  Now, December 15, 2017, let me

18   ask you about that date.  Do you recall going to an MRC, a city

19   holiday party that day?

20   A.   You mean after the election, right?

21   Q.   Right.  December 15, 2017.

22   A.   Yes.

23   Q.   December 15, 2017?

24   A.   Yes.

25   Q.   Was there a City of Miami employees party?

1    A.    We always sponsor that party, so we have to go.

2    Q.    All right.

3    A.    We're there.

4    Q.    And where was it?

5    A.    On the MRC on the terrace by the south side of the

6    building.

7    Q.    And the MRC is the city --

8    A.    Miami Riverside building.

9    Q.    And that's where the city governmental office is?

10   A.    Yes.

11   Q.    Not city hall?

12   A.    No, it's not city hall.  It's the main building.

13   Q.    So you're at the MRC?

14   A.    It's on the north side of the river.

15   Q.    And is your union and the other unions a sponsor of the

16   party?

17   A.    Usually, it's ourselves more than the other one because

18   it's the general employees.

19   Q.    So do you see Commissioner Carollo at the holiday party?

20   A.    Yes.

21   Q.    Who's he with?

22   A.    His wife, and Commissioner Manolo Reyes and his wife.

23   Q.    All right.  And were you talking to them?

24   A.    Yes.

25   Q.    All right.  Introducing them to people?

```
1    A.    Yes.

2    Q.    Do you remember making any introductions to Commissioner

3    Carollo or Commissioner Reyes with any of the employees?

4    A.    I think I introduced Orlando Diez.

5    Q.    Orlando Diez?

6    A.    Yes.

7    Q.    Who was he at the time?

8    A.    He was the Code Enforcement Director.

9    Q.    All right.

10   A.    Also Jessica Capo.

11   Q.    The assistant director?

12   A.    Yes.

13   Q.    And were you present when Orlando Diez, the director, was

14   with Commissioner Carollo?

15   A.    Yes, there was -- they were at a high table eating some

16   food.

17   Q.    All right.

18   A.    That --

19   Q.    Was Commissioner Reyes there, as well?

20   A.    Yes.

21   Q.    What do you recall about the conversation, if anything?

22         MR. GUTCHESS:  Objection to hearsay.

23         THE COURT:  Sustained.

24   BY MR. KUEHNE:

25   Q.    Do you know if either of the two, Commissioner Carollo or
```

```
 1   Commissioner Reyes, in your presence, made a joke about --
 2            MR. GUTCHESS:  Objection to hearsay.
 3   Q.   -- about Orlando Diez?
 4            THE COURT:  Sustained.
 5   BY MR. KUEHNE:
 6   Q.   When you were there, do you have any knowledge of the
 7   conversation that circulated among those, Commissioner Carollo,
 8   Commissioner Reyes and Orlando Diez?
 9            MR. GUTCHESS:  Objection to hearsay.
10            THE COURT:  Sustained.
11   BY MR. KUEHNE:
12   Q.   Did Commissioner Carollo stay there very long?
13   A.   No, not too long.
14   Q.   And when he left, was he still with his wife?
15   A.   Yes.
16   Q.   And with you?
17   A.   No, he left with his wife alone.
18   Q.   All right.
19   A.   I stayed on at the party.
20   Q.   And how long was he talking with Commissioner Reyes joined
21   by Mr. Diez?
22   A.   Oh, there was -- that was a few seconds.  I don't think it
23   got to minutes.  He was eating.
24   Q.   Was it just an introduction?
25   A.   I think so, among other city employees that I introduced
```

1  to them.

2  Q.   How about with Ms. Capo, same thing?

3  A.   The same thing.  I think I introduced Ms. Capo on the food

4  line where you go, you know, on the line to get the plate.

5  Q.   Okay.  When you left the MRC holiday party, where

6  did you go?

7  A.   The same way that I go to my house always.

8  Q.   You were going home?

9  A.   I had worked in the building for many years.

10  Q.   And did you stop anywhere?

11  A.   Yes.

12  Q.   Where?

13  A.   I went to -- I went 2nd Avenue, make a left -- I'm sorry,

14  make a right on 7th Street.  I went straight, looking to get to

15  22nd Avenue and I stopped by the Tower Hotel.

16  Q.   Let me stop you for a second.  Is that your normal drive

17  home?

18  A.   Yes.  When I am working from the MRC, yes.  It's the best

19  way to get home.

20  Q.   And is that area that you're talking about known as Little

21  Havana or Calle Ocho?

22  A.   Yes.

23  Q.   Okay.

24  A.   This is 7th Street.  It's one block behind, but it's part

25  of this same -- when you say Calle Ocho, it's Calle Ocho and

```
 1   this runs --

 2   Q.   So tell us about you're seeing the Tower Hotel.

 3   A.   Yes.

 4   Q.   So what do you see?

 5   A.   Something was going on there, like --

 6   Q.   How could you tell?

 7   A.   Because the light, the music, and the amount of people.

 8   Q.   Did you know anything about the Tower Hotel when you were

 9   driving by?

10   A.   Yes.  Previously, it used to be an inspector from Code

11   Compliance, his name is Reynaldo Benitez --

12           MR. GUTCHESS:  Object to hearsay.

13           THE COURT:  Sustained.

14   BY MR. KUEHNE:

15   Q.   Did you have any understanding of the condition of the

16   Tower Hotel that day that you were going by?

17           MR. GUTCHESS:  Objection.  Foundation.

18           THE COURT:  Sustained.

19   BY MR. KUEHNE:

20   Q.   At the time, December 11, 2017, you had a background --

21   did you have a background in code?

22   A.   Yes.

23   Q.   And as a result of that background, did you have any

24   understanding of the status of the Tower Hotel?

25   A.   Yes.
```

```
 1   Q.   Based on that knowledge and your code knowledge, what's

 2   your understanding of the status of the Tower Hotel?

 3            MR. GUTCHESS:  Objection.  Foundation.

 4            THE COURT:  Overruled.

 5            MR. KUEHNE:  When the Judge --

 6            THE COURT:  I overruled the objection.  Excuse me,

 7   Mr. Kuehne.  I overruled the objection.  Ms. Lugo, you can

 8   answer the question.

 9            THE WITNESS:  Okay.  What was the question?

10   BY MR. KUEHNE:

11   Q.   Your understanding of the status of the Tower Hotel?

12   A.   Yes.  When Mr. Benitez was there, he showed everybody --

13            MR. GUTCHESS:  Objection to hearsay.

14            THE COURT:  Sustained.

15   BY MR. KUEHNE:

16   Q.   Ms. Lugo, I'm not asking you about what anybody told you.

17   A.   No, what I saw.  I saw the pictures.

18            MR. GUTCHESS:  Objection to pictures, timeframe, no

19   foundation.

20            THE COURT:  Sustained.

21   BY MR. KUEHNE:

22   Q.   My question is what's your understanding of the status of

23   the Tower Hotel on the day we're talking about?

24   A.   It was red tagged and unsafe.

25   Q.   Red tagged and unsafe.  Had you seen any documentation to
```

 1   that effect?

 2   A.   Yes, previously.

 3   Q.   All right.  What did you do as you're driving by?

 4   A.   I called the Code Enforcement Director.

 5   Q.   You did?

 6   A.   Yes.

 7   Q.   And who was that?

 8   A.   Orlando Diez.

 9   Q.   Orlando Diez.  And did you make any report to Orlando

10   Diez?

11   A.   Yes, I did.

12   Q.   And why did you do that?

13   A.   I think it's my astute duty as a citizen and my knowledge

14   as an inspector.

15   Q.   For what reason?

16   A.   Because the safety and also, you know, this is a

17   neighborhood area that was having --

18   Q.   Did you make a report to Orlando Diez?

19   A.   Yes.

20   Q.   And do you know if he or anybody on his behalf responded?

21   A.   Yes, I stayed a little while, and he sent an inspector, I

22   think her name is Morua.

23   Q.   Do you know that inspector, Scarlet Morua?

24   A.   Scarlet Morua.

25   Q.   And does she arrive?

1   A.   Yes.

2   Q.   In what kind of vehicle, did you notice?

3   A.   It was like a Neon.  I don't know what brand is that.

4   Q.   Just a regular car?

5   A.   Yes, with a city logo on the side.  White car with the

6   city logo, blue city logo.

7   Q.   How long did you stay at that location?

8   A.   Maybe 20 minutes, or something like that.

9   Q.   Besides Scarlet Morua in the city issued car, did you see

10   any other city officials arrive?

11   A.   No.

12   Q.   Law enforcement?

13   A.   No.

14   Q.   Did you take any pictures?

15   A.   Yes, I did.

16        MR. KUEHNE:  Let me ask you to take a look at, and

17   I'll put up on the screen Defense Exhibits, I'm going to go

18   through 324, 325, 326, and 327, four pictures.  I do not

19   believe there are objections, Your Honor, and I think they are

20   in evidence already.

21        THE COURT:  All right.

22        MR. GUTCHESS:  No objections.  We have no objections

23   to anything they showed us this morning, so you can just move

24   them in if they're on your list.

25        THE COURT:  Twenty minutes remaining, counsel.

```
 1   BY MR. KUEHNE:

 2   Q.    When you look up on the screen, and we can publish,

 3   they're in evidence, DX 324, I'm going to go through 325, 326,

 4   and 327.  We'll look up on the screen and see if it's there for

 5   all of us to see.  I'm going to ask you, are these the pictures

 6   that you recall taking?

 7   A.    Yes.

 8   Q.    Of the Tower Hotel area?

 9   A.    Yes.

10   Q.    And is that as it depicts that night of the party?

11   A.    Yes.

12   Q.    So let's do this one, 324, 325, let's take a look at that.

13   Okay.  What is that?

14   A.    It's a picture at the front of the building.

15   Q.    You took that one?

16   A.    Yes.

17   Q.    Okay.  Could you see the party going on?

18   A.    Yes.

19   Q.    326, Defense Exhibit, and then 327.

20   A.    Yes.

21   Q.    Okay.  Those are the pictures you took?

22   A.    Yes.

23   Q.    Did you at any time report to anybody that you were acting

24   on behalf of anybody that day?

25   A.    I never report other than the Code Enforcement Director.
```

1   I never got out of my car or spoke to anybody or went anyplace,

2   no.

3   Q.   Did you mention Joe Carollo's name at any time that day?

4   A.   No.

5   Q.   Did you have a conversation with Orlando Diez, the person

6   you called about Commissioner Carollo?

7   A.   Yes -- no, about the place.

8   Q.   No, let me ask you the question about Commissioner

9   Carollo.  Did you have a conversation with Diez about

10  Commissioner Carollo?

11  A.   No.

12  Q.   Okay.  And did Commissioner Carollo have anything to do

13  with you being there that day?

14  A.   No.

15  Q.   Okay.

16  A.   I do that on other places.  You can see garbage and call

17  the director of Solid Waste to send somebody to pick it up.

18  That's normal.

19  Q.   And why do you do that?

20  A.   I guess I am a citizen.  I love the city, too many years

21  in there.  It's like on me.

22  Q.   Is that -- all that happened that night about the Tower

23  Hotel?

24  A.   Yes.

25  Q.   What did you do after you left after that 20 minutes?

```
 1    A.    Go home.
 2    Q.    All right.  Let me move you a little bit later.  So that's
 3    December 11.  Let me move you into January of 2018.  Were you
 4    involved in a Tower tour, a tour with the city manager, Emilio
 5    Gonzalez?
 6    A.    Yes.
 7    Q.    Do you remember if this was a day or a night tour?
 8    A.    Night.
 9    Q.    Night.  And had you been -- was this with Commissioner
10    Carollo?
11    A.    Yes.
12    Q.    Had you done that before, tours with the city manager or
13    city employees and elected representatives?
14    A.    Yes.
15    Q.    With whom?
16    A.    I remember Keon.  Commissioner Keon.
17    Q.    Is that Keon Hardemon?
18    A.    Yes.
19    Q.    And where was that?
20    A.    We did it in his district.
21    Q.    His district.  Okay.
22    A.    Yes.
23    Q.    Is that Liberty City?
24    A.    Well, Liberty City and the northwest area really, poorest
25    area in the city.  We was looking at quality of life.
```

```
1    Q.   Any other tours with other commissioners?

2    A.   Yes.

3    Q.   Who?

4    A.   Ken Russell, Coconut Grove on District 2.

5    Q.   Anybody else?

6    A.   Manolo Reyes.

7    Q.   Manolo Reyes?

8    A.   District 5.

9    Q.   And did you have an understanding of the purpose of the

10   tour with Commissioner Carollo and Manager Gonzalez?

11   A.   I think it's, yes, the purpose, I understand.

12   Q.   What was your understanding?

13   A.   It's also beneficial to us, to my employees, the people,

14   the members that I represent.

15   Q.   Okay.

16   A.   And, you know, the purpose, it was to see the quality of

17   life and, you know, what was going on in Calle Ocho, you know,

18   the surrounding area of Little Havana.

19   Q.   And were you there the whole time?

20   A.   Yes.

21            THE COURT:  Fifteen minutes remaining, counsel.

22   BY MR. KUEHNE:

23   Q.   And what occurred during the tour?

24   A.   We drove to deep in Little Havana, we started the tour

25   like that.  They was sitting in the front, I was sitting in the
```

```
 1   back.  We look at the homeless situation by Jose Marti Park.
 2   We went by Flagler, by 1st.  We look into cafeterias that had
 3   been converted to bars.  That's what they do.  They get the
 4   license as a cafeteria and then they operate as a bar.
 5   Q.   And how about in the Calle Ocho area, did you go there?
 6   A.   Yes, we went Calle Ocho.
 7   Q.   And what happened there?
 8   A.   It was a mad house.  It was a lot of people, you know, a
 9   lot was going on there.
10   Q.   Okay.  And did you watch any interaction between the
11   manager and Commissioner Carollo?
12   A.   I was there all the time walking with the two of them.
13   Q.   And --
14   A.   We stopped the car and then we start walking.
15   Q.   And at any time during that driving or walking, did you
16   observe Commissioner Carollo giving any orders to the manager?
17   A.   No.
18   Q.   What type of conversation was it?
19   A.   It was a conversation about the area, the garbage --
20         MR. GUTCHESS:  Objection.  Hearsay.
21         THE COURT:  Sustained.
22   BY MR. KUEHNE:
23   Q.   Did you have any contact with citizens or residents in the
24   area?
25   A.   We was walking on 7th Street, and the commissioner is
```

```
 1   popular in the area.  People recognize him.  So a lady started
 2   calling him and I approached --
 3           MR. GUTCHESS:  Objection.  Hearsay.
 4           THE COURT:  Sustained.
 5   BY MR. KUEHNE:
 6   Q.   I'm not going to ask what you talked about, but was there
 7   a contact with citizens and residents in the area?
 8   A.   Yes.
 9   Q.   And do you have any understanding whether citizens or
10   residents voiced any concerns --
11           MR. GUTCHESS:  Objection.  Hearsay.
12   Q.   -- or complaints?
13           THE COURT:  Sustained.
14   BY MR. KUEHNE:
15   Q.   Was -- did you have any awareness of what items were being
16   discussed between Commissioner Carollo and the manager?
17           MR. GUTCHESS:  Objection.  Hearsay.
18           THE COURT:  Sustained.
19   BY MR. KUEHNE:
20   Q.   Other than the walk-through and the talking to people, how
21   long did you stay on the 8th Street area?
22   A.   All the time that they was there.
23   Q.   And how long was the tour?
24   A.   I don't think it got to an hour.
25   Q.   Okay.  As a result of that tour, did you do anything with
```

```
 1   the city employees to establish evening work hours as part of

 2   the union?

 3   A.   I recognized that the need of inspectors, particularly at

 4   Little Havana at night.

 5   Q.   Okay.  And did you assist in that process?

 6   A.   Yes.  The city make an agreement to hire more inspectors

 7   at night.

 8   Q.   Okay.

 9   A.   To work night shift.

10   Q.   Let me move you a little bit further to -- I'm going to

11   describe it as a James Bernat walk.  Do you remember a

12   walk-through or a walk-by with James Bernat?

13   A.   Yes.

14   Q.   And were you part of that?

15   A.   Yes.

16   Q.   And are you aware of a video recording being made of that

17   walk or at least a portion of that walk?

18   A.   Somebody was in front of us, recording.

19   Q.   Okay.

20   A.   A little bit.

21           MR. KUEHNE:  I'm going to put up on the screen

22   Defense Exhibit 591.

23           MR. GUTCHESS:  Your Honor, I don't have any objection

24   as it's already in evidence, but it's cumulative.  It's been

25   shown three or four times.
```

```
 1                    THE COURT:  Sustained.

 2                    MR. KUEHNE:  Can I show it to the witness?

 3                    THE COURT:  You can show it to the witness, there's

 4     no objection to that.  How long is the video?

 5                    MR. KUEHNE:  I'm going to show the little part where

 6     she's in the video.

 7                    THE COURT:  That's fine.

 8     BY MR. KUEHNE:

 9     Q.  Let's put it up and I'm going to stop it when I see

10     somebody and you tell me if it's you.

11                    MS. CAPRIO:  You asked to show it to the witness.

12                    MR. GUTCHESS:  I just objected on cumulative.

13                    THE COURT:  He uses his time.

14                    MR. GUTCHESS:  That's fine, if you want to show it to

15     her.

16                    THE COURT:  There's ten minutes remaining.  Go ahead.

17     BY MR. KUEHNE:

18     Q.  Put it up, let's just play it and when I see somebody, you

19     tell me if that's you.

20                    MR. KUEHNE:  You can play it.

21                              (Video played.)

22     BY MR. KUEHNE:

23     Q.  It's being played without sound.  We'll get there.  Is

24     this the walk that you're on?

25     A.  Yes, and that's Luis Gomez.  That's me.
```

```
 1   Q.   You see the woman in white?
 2   A.   Yes.
 3   Q.   We can stop it.  That's you, and who are you with ?
 4   A.   Bernat.
 5   Q.   Bernat?
 6   A.   And Commissioner Carollo is on the other side.
 7   Q.   And were you there with him throughout the walk?
 8   A.   Yes.
 9   Q.   You can take that down.  During the walk, was there any
10   interruption that occurred?
11   A.   Somebody was taking a video and kind of aggressive talking
12   to the commissioner trying to --
13            MR. GUTCHESS:  Objection.  Hearsay.
14            THE COURT:  Sustained.
15   BY MR. KUEHNE:
16   Q.   Were you involved in any of that aggressive conversation?
17   A.   No.
18   Q.   Okay.  And during the tour, did you observe what
19   Commissioner Carollo was doing?
20   A.   Trying to fix the quality of life on Calle Ocho.
21   Q.   Okay.
22   A.   Garbage, graffiti, painting on buildings.
23   Q.   Did you observe him giving any orders to Director Bernat?
24   A.   No, he was talking about the issues, but not giving
25   orders.
```

```
1    Q.   Okay.  I'm going to move you now to, I'm going to call the
2    topic parking.  Did you go to -- with Commissioner Carollo to
3    observe any parking issues in the Calle Ocho area?
4    A.   Yes.
5    Q.   Okay.  Let me ask you about that.  Do you have any
6    recollection of going to a church area?
7    A.   Yes.
8    Q.   Did you record any of the scene that you were there?
9    A.   I think I took two pictures.
10   Q.   Some pictures.  I'm going to show you some pictures in
11   just a moment.  And what did you do when you were there?
12   A.   Just observe.
13   Q.   Observe.  And what did you observe?
14   A.   It was a gentlemen coming with cars, parking on top of the
15   grass, and --
16   Q.   Where?
17   A.   On the church yard.
18   Q.   Okay.
19   A.   And they was wearing black pants and white shirt, and they
20   was getting out of the car and returning back to -- this is on
21   14th, so I don't make a mistake.  This is 14th Avenue where the
22   McDonald's is, going that way from Calle Ocho, going up like
23   looking and running back to Calle Ocho direction.
24   Q.   Did you understand these people running to be parking
25   cars?
```

```
 1    A.    It's really easy to identify.

 2    Q.    I didn't hear that.

 3    A.    It's easy to identify that it was.

 4    Q.    Valet parkers?

 5    A.    A valet parking.

 6    Q.    Let's pull up Defense Exhibit 427, and I've got a series

 7    of six photographs I'm going to show you.

 8               MR. KUEHNE:  They're in evidence, Your Honor, and I

 9    move them in if they're not.  Defense Exhibit 427, 452, 453,

10    465, 476, and 478.

11               THE COURT:  Any objection?

12               MR. KUEHNE:  Let's just show those up.

13               MR. GUTCHESS:  These are just photos of that night.

14    Yeah, no objection.

15               MR. KUEHNE:  Same one.

16    BY MR. KUEHNE:

17    Q.    Do you see these photos?

18    A.    Yes.

19    Q.    Are these photos that you took of the parking on the grass

20    that you had talked about?

21    A.    Yes.

22    Q.    Let's go to the next photo.  Another parking picture that

23    you took of the cars on the grass?

24    A.    Yes.

25    Q.    Next photo.  Same thing?
```

```
1    A.    Yes.

2    Q.    Next photo.  What is that?

3    A.    That's the church.  I think it's Russian Orthodox,

4    called -- it's on 13th, 13th Street.  No, maybe 11th Street and

5    14th Avenue.

6    Q.    Is that grass where the cars were being parked?

7    A.    Yes.  This is one side, and let's say on this side, it was

8    the cars and on the other side too.

9    Q.    Next picture.  Is this also the other side of the church?

10   A.    Yes, this is the main entrance by 11th Street.

11   Q.    Okay.

12   A.    I think it's 11th Street.

13   Q.    So we can take down those photos.  How long did this

14   process last, this reviewing the parking, the valet parking?

15   A.    Well, on that particular area?

16   Q.    When you and the commissioner were there, how long were

17   you there?

18   A.    Not too long.

19   Q.    Twenty minutes?

20   A.    No, not even that.

21   Q.    Okay.  And did you have any conversation with Commissioner

22   Carollo during the time you were there?

23   A.    We was talking.

24            THE COURT:  Five minutes remaining.

25
```

```
 1   BY MR. KUEHNE:
 2   Q.   Did you have any understanding at the time whether what
 3   was going on with parking on the grass was allowed?
 4   A.   Well, parking on the grass in residential area --
 5   Q.   What, what's your understanding?
 6   A.   I was an inspector so I understand that that's not legal
 7   or allowed.
 8   Q.   Okay.  And did you confirm your view with Commissioner
 9   Carollo?
10   A.   Yes.
11   Q.   Okay.  Let me move to a different topic.  Plaintiffs'
12   Exhibit 344.
13   A.   But that day we went to another place.
14   Q.   Let me ask you about that.  What did you do at another
15   place?
16   A.   We went --
17            MR. GUTCHESS:  Objection.
18   A.   -- across from Pollo Tropical.
19            MR. GUTCHESS:  Yeah, there was no question pending.
20   She's just --
21            THE COURT:  Overruled.
22   BY MR. KUEHNE:
23   Q.   What did you do at another place?
24   A.   It's another space where they're parking cars, other valet
25   parking is on 13th Avenue, I would say, and 7th Street.  And
```

1    it's coming from a place, Guantanamera.

2    Q.   What were you doing there?

3    A.   The same thing, looking at that.

4    Q.   Did you make a determination?

5    A.   We noticed that it was used as a valet parking.

6    Q.   Okay.  And did you make a determination of whether that

7    Guantanamera place was allowed?

8    A.   It's not allowed.

9    Q.   It's not allowed.  Okay.  Let me ask you, take a look at

10   Plaintiffs' Exhibit 344.  Do you see this picture?

11   A.   Yes.

12   Q.   What is -- were you there when this picture was taken?

13   A.   Yes.  I was sitting next to the commissioner.

14   Q.   Was Commissioner Carollo's wife, Marjorie, there?

15   A.   No.

16   Q.   So you were right there?

17   A.   Yes.

18   Q.   And what were you doing there?

19   A.   The same thing.  We was trolling through Little Havana and

20   we look -- that day I was pointing to him more or less the

21   places that confirm as a cafeteria and change it to bars at

22   night.  It used to be a time when he was a mayor that he used

23   to be a task force and I participate.  I was one of the

24   inspectors in those task force.

25   Q.   What is Commissioner Carollo doing there?

```
 1   A.    Waving.

 2   Q.    Is he hiding?

 3   A.    No.

 4   Q.    And did you observe that in real time?

 5   A.    I was there.

 6   Q.    Okay.  Let me ask you, as part of your --

 7   A.    That's on 12th Avenue.

 8   Q.    12th Avenue?

 9   A.    12th Avenue, like 3rd Street NW, and across the street is

10   a little shopping center where they have a cafeteria all the

11   way to the back.

12   Q.    You were on the public street?

13   A.    On the street, yes.

14   Q.    And Commissioner Carollo was driving?

15   A.    We was driving going south.

16   Q.    All right.  Let me ask you as part of your duties and

17   responsibilities as the AFSME vice president, do you get

18   involved in personnel issues?

19   A.    Yes.

20   Q.    Is the union involved in personnel issues with the City of

21   Miami?

22   A.    Totally.

23   Q.    Do City of Miami employees have protections when it comes

24   to work issues?

25   A.    Yes.
```

1   Q.   And what's the nature of those protections?

2   A.   We have the Civil Service Rules.  Any issue where an

3   employee, disciplinary action, they need to go through those

4   Civil Service Rules and they go to a board that is called the

5   Civil Service Board.

6   Q.   Civil Service Board?

7   A.   Board.  Or we can choose to go to grievance.  That means

8   goes before the magistrate to make a determination on the

9   grievance process.

10         THE COURT:  Two minutes remaining.

11   **BY MR. KUEHNE:**

12   Q.   Is that for all City of Miami employees?

13   A.   All City of Miami full-time employees, permanent.

14   Q.   And do the elected commissioners have anything to do with

15   that process?

16   A.   They don't fire.  They don't hire.

17   Q.   Do the elected commissioners have any ability to, based on

18   you knowledge of the employment process, to terminate

19   employees?

20   A.   Not at all.

21   Q.   Do the elected officials, the commissioners, have any

22   ability to fire employees?

23   A.   Not at all.

24   Q.   Demote employees?

25   A.   No.

```
1    Q.   And if there is any employment issue involving a City of

2    Miami employee, do you understand what rights those employees

3    have?

4    A.   A hundred percent.

5             THE COURT:  One minute remaining.

6    BY MR. KUEHNE:

7    Q.   And are you, as a union representative, involved in

8    protecting those rights?

9    A.   Completely, a hundred percent.  That's my portion, one of

10   my duties.

11   Q.   Can Commissioner Carollo fire any employee?

12   A.   No, absolutely not.

13            MR. KUEHNE:  Nothing further.  Thank you, Ms. Lugo.

14            THE COURT:  All right.  Any cross-examination?  The

15   plaintiff will have 30 minutes to cross-examine Ms. Lugo as

16   well as requested.

17                        -  -  -  -  -

18            CROSS EXAMINATION OF MARY LUGO

19   BY MR. GUTCHESS:

20   Q.   Ms. Lugo, you have a lot of power over city employees,

21   right?

22   A.   Power?  I wouldn't say power.  I am part of the contracts,

23   the team that work.  We work in a team.  It's not me.

24   Q.   Right.  And you have -- one of your powers is the ability

25   to protect them, right, if they're being --
```

```
 1   A.    Yes.
 2   Q.    Right.  And you can choose not to protect them, right?  If
 3   you think they should be fired, you can let them be fired,
 4   right?
 5   A.    Not at all.  Not at all.  We go through rules and it's not
 6   me deciding protect or represent an employee or not.  We have a
 7   team, we have a board.  I am the vice president, not the
 8   president.
 9   Q.    Right.  So you're number two.  So who is Carlos Herrera?
10   A.    Carlos Herrera is an employee that worked with me for many
11   years on -- he work in Code Enforcement as my partner there on
12   Coconut Grove area in the West Grove, and then he went to
13   Zoning and I went to Zoning too.
14   Q.    Right.  And there was a process under which he was being
15   terminated, right?
16   A.    Yes.
17   Q.    And eventually, he was terminated, right?
18   A.    He was terminated because he had a drug and alcohol
19   problem.
20   Q.    And you were involved in that, right?
21   A.    As a part of the union, yes.  But when you have a problem,
22   the city sends you to a rehab.  You have two years to be clean.
23   If they test you and you are not clean, you sign a contract
24   with the city and it's called a last chance agreement.
25   Q.    Okay.  Listen, I just want you to answer my questions,
```

```
 1  okay?  So, Mr. Herrera was providing you -- strike that.
 2       During the time he was in the process of being fired, he
 3  was providing you with documents and blueprints and information
 4  on Mr. Fuller's properties, right?
 5            MR. KUEHNE:  Objection.
 6            THE WITNESS:  Not at all.
 7            THE COURT:  Grounds?
 8            MR. KUEHNE:  Timeframe and relevance.
 9            THE COURT:  Overruled.
10  BY MR. GUTCHESS:
11  Q.   Because you didn't have necessarily access to all that, so
12  he was providing it to you?
13            MR. KUEHNE:  Objection.  States facts not in
14  evidence.
15            THE COURT:  Overruled.  She can answer if she knows.
16            THE WITNESS:  No.
17  BY MR. GUTCHESS:
18  Q.   Well, when you were on -- released to the union, that
19  means you didn't act as a city Zoning official anymore.
20  You were a full-time union employee, right?
21  A.   Yes.
22  Q.   But you still had your badge, right?
23  A.   No.
24  Q.   Your city badge?
25  A.   On Zoning, you don't have a badge.  It's on Code
```

```
 1   Enforcement.
 2   Q.   You can still go into any of the city departments, into
 3   the Zoning Department, into the Code Department, everybody knew
 4   you, you could get information, right?
 5   A.   I could go recruit people to be a member of the union, and
 6   to talk to the employees when they have issues with the
 7   supervisors or any labor issue or anything that they want to
 8   add to the contract.
 9   Q.   You knew who to call.  You had everybody's phone number,
10   right?
11   A.   Not everybody's phone number.
12   Q.   You had Orlando Diez's phone number?
13   A.   I had his cell.
14   Q.   You also had Mr. Fuller's cell?
15   A.   I don't know if I have Mr. Fuller.
16   Q.   You've texted Mr. Fuller before, haven't you?
17   A.   I don't recall.
18   Q.   Well, let me ask you, do you recall texting Mr. Fuller and
19   asking him for a favor?
20   A.   I don't recall.
21   Q.   Do you recall asking him to get your cousin a table at
22   Ball & Chain?
23   A.   I don't remember.
24   Q.   Your cousin's name is Jackalid Morales?
25   A.   I don't have any cousin by the name of Jackalid Morales.
```

```
 1              MR. GUTCHESS:  Let me put up a new exhibit,

 2    Plaintiffs' Exhibit 681.  Show it to defense counsel first.

 3    BY MR. GUTCHESS:

 4    Q.   Do you see Exhibit 681?

 5    A.   Yes.

 6    Q.   Does this refresh your recollection that you had

 7    Mr. Fuller's phone number and that you texted him?

 8    A.   I don't have any recollection.

 9    Q.   Okay.  You don't recall texting and asking Mr. Fuller to

10    get this individual a table at Ball & Chain?

11    A.   No.

12    Q.   Okay.

13              MR. KUEHNE:  Objection.  Timeframe, Your Honor.

14    BY MR. GUTCHESS:

15    Q.   2016.  Do you see the date there, May 24, 2016?

16    A.   Yes, I see the date.

17    Q.   Okay.  You don't have any recollection of this text?

18    A.   Uh-uh, no.

19    Q.   And you claim you don't know who Jackalid Morales is?

20    A.   No, I don't have any cousin --

21    Q.   Okay.

22    A.   -- with that name.

23    Q.   Okay.  You can take that down.  So you've known Joe

24    Carollo for a long time, right?

25              Could you just tell us what your phone number is?
```

```
1    A.    786-488-5994.

2    Q.    488 --

3    A.    5994.

4    Q.    5994.  Okay.  You have known Mr. Carollo for a long time,

5    right?

6    A.    Yes.

7    Q.    Did you graduate from FIU?

8    A.    Did I what?

9    Q.    Graduate from FIU?

10   A.    No.

11   Q.    Did Mr. Carollo graduate from FIU?

12   A.    I don't know.

13   Q.    Did you attend his graduation?

14   A.    His graduation?

15   Q.    Yeah.

16   A.    He's older than me.

17   Q.    So Mr. Carollo appointed you to the board of the Bayfront

18   Trust, right?

19   A.    There was a vacancy and I submitted my resume.

20   Q.    That's a prominent position, right?

21   A.    What do you mean, prominent position?

22   Q.    Pretty prominent to be on the board of the Bayfront Trust,

23   right?

24   A.    It's to serve the community.  It's a park.

25   Q.    You voted to transfer three million dollars back to the
```

```
 1  city, right?
 2            MR. KUEHNE:  Objection.  Relevance, timeframe, scope.
 3            MR. GUTCHESS:  Goes to bias, Your Honor.
 4            THE COURT:  Overruled.  You can answer.
 5            THE WITNESS:  The day that that transfer happened, I
 6  wasn't there.  I went to pick up my son at school, so I was not
 7  part of the voting.
 8  BY MR. GUTCHESS:
 9  Q.   And that three million eventually went to the union,
10  right?
11            MR. KUEHNE:  Objection.  Relevance.
12            THE WITNESS:  As far as I know --
13            THE COURT:  Overruled.
14            THE WITNESS:  As far as I know, it went to the
15  general fund.  That come out on the news all over.  That's why
16  I know it went to the general fund, not to the union.
17  BY MR. GUTCHESS:
18  Q.   But it was used for employees.  It benefited the union,
19  right?
20            MR. KUEHNE:  Objection.  Lack of personal knowledge.
21  Foundation.
22            THE COURT:  Sustained.
23            THE WITNESS:  I don't know.
24            THE COURT:  I sustained the objection, Ms. Lugo.
25
```

1   **BY MR. GUTCHESS:**

2   Q.   So you supported Commissioner Carollo in the 2017

3   election, right?

4   A.   Yes.

5   Q.   And you were one of his campaign volunteers, right?

6   A.   My organization, which is the union, Local 1907, AFSME is

7   the one that supports and endorses.  Because I work for them, I

8   work and I volunteer.  I brought volunteers to the campaign

9   too.

10  Q.   Okay.  So you're saying part of your role as a union

11  was -- actually, you were employed by the union supporting

12  Carollo's campaign then, right, when you were knocking on doors

13  and canvassing?

14  A.   I am not employed by the union.  I am full-time released

15  to the union.

16  Q.   Full-time released.  But in your service to the union,

17  you were campaigning for Carollo, right?

18  A.   Like I did for many other politicians.

19  Q.   Okay.  And then we get to the runoff election and

20  Saturday, May -- I'm sorry, Saturday, November 18th, do you

21  recall that day?

22  A.   Saturday?  I'm sorry.

23  Q.   Yeah, the first day of the runoff election when you found

24  the tent, the rally?

25  A.   Okay.

```
 1   Q.   Do you remember that day?

 2   A.   From the library?

 3   Q.   Yes.

 4   A.   Across the street from the library.

 5            MR. KUEHNE:  Objection, Your Honor.  It may just be a

 6   misstatement, but I think the Saturday was the 17th.  The

 7   testimony is because the election was on the 21st.  I object to

 8   the question that misstates the date.

 9            MR. GUTCHESS:  I think the 18th is Saturday, 19th --

10            THE COURT:  The Court will sustain the objection.

11   Wait.  The Court will sustain the objection.  Reflect the

12   correct date.  Next question.
```

**BY MR. GUTCHESS:**

```
14   Q.   All right.  So we just had a city council election in my

15   town, Miami Shores, and I went and voted.  There were tents all

16   over.  Five or six tents, people standing around, it was

17   mayhem.  That's the fun part of democracy, is it not?

18            MR. KUEHNE:  Objection.  Relevance, timeframe.

19            THE COURT:  Sustained.  Next question.
```

**BY MR. GUTCHESS:**

```
21   Q.   Ms. Lugo, when you went to this early voting site and you

22   saw Leon rally supporters, right, you saw Carollo supporters,

23   you saw Leon supporters, right?

24   A.   I was part of the Carollo supporters.

25   Q.   Right.  And there was a tent and there was -- right?
```

```
 1   A.   I was called that day by Miro, Steve Miro.  I wasn't there

 2   that day.  I was called.

 3   Q.   But you went?

 4   A.   Yes.

 5   Q.   And you stayed for 20 minutes, right?

 6   A.   More or less, yes.

 7   Q.   You saw the Code Enforcement guy come, right?

 8   A.   Yes.

 9   Q.   That's --

10   A.   I think he was there when I arrived or we arrived more or

11   less the same time.

12   Q.   That's why you were there, right, to make sure he arrived?

13   A.   No, not really.

14   Q.   No.  Did you go to the tent to get some of the food?

15   A.   No.

16   Q.   So, going back, we have a tent, right, and we have paella.

17   You mentioned the paella, right?

18   A.   Yes.

19   Q.   It's a nice thing, isn't it, to have paella if it gets

20   people to come vote?

21   A.   It depends how you use it.  I cannot go to the middle of

22   the street at my house and put a paella there and start a

23   paella because I want to.

24   Q.   Okay.  So they have a private property, private parking

25   lot, and they have a tent and they have some paella, right?
```

```
 1    That's a nice thing, isn't it?
 2    A.   You need to go through a special permit.
 3    Q.   Okay.  Then they had music?
 4              THE COURT:  That's a yes or no.
 5              THE WITNESS:  Yes.
 6    BY MR. GUTCHESS:
 7    Q.   So these are all good things in a voting atmosphere,
 8    right?
 9              MR. KUEHNE:  Objection.
10    Q.   All standard things?
11              MR. KUEHNE:  Relevance.
12              THE COURT:  Sustained.  You don't have to answer that
13    question.  Next question.
14    BY MR. GUTCHESS:
15    Q.   Okay.  So you testified about this tent, about this rally
16    and how you thought it was lacking a special permit.  Right?
17              THE COURT:  Twenty minutes remaining, counsel.
18    BY MR. GUTCHESS:
19    Q.   Right?
20    A.   I'm sorry?
21    Q.   You testified about how you went to this rally, stayed 20
22    minutes, and thought it was lacking a Special Event Permit,
23    right?
24    A.   Yes.
25    Q.   You talked --
```

```
 1   A.   It was something different.  I never saw that on a

 2   political campaign on Miami.  I don't know where you live, but

 3   in Miami, it's not the normal.

 4   Q.   Okay.  And you talked to Mr. Miro, right?

 5   A.   Yes, he was there.

 6   Q.   And you talked to Mr. Carollo?

 7   A.   He wasn't there.

 8   Q.   But you talked to him?

 9   A.   Not that I recall.

10   Q.   Okay.  And then you got a text the next day from Mr. Miro,

11   right, about the rally again, correct?

12   A.   Yes.

13        MR. GUTCHESS:  Okay.  Let's show Defense Exhibit 150.

14   It's already in evidence, right?

15        MR. KUEHNE:  I don't know if it's in evidence.

16        THE COURT:  Any objection?

17        MR. KUEHNE:  Yes, Your Honor.  I don't think it's

18   been identified yet.

19        MR. GUTCHESS:  This is a Defense Exhibit, Your Honor.

20   I don't know how they can object to their own exhibits.

21        MR. KUEHNE:  Your Honor, no foundation has been laid.

22        THE COURT:  You can ask the question.

23   BY MR. GUTCHESS:

24   Q.   Do you see Defendant's Exhibit 150, Ms. Lugo?

25   A.   Yes.
```

```
 1   Q.   Do you see it's from Mr. Steven Miro?

 2   A.   Yes.

 3   Q.   Make that larger so I can read it.  And it says:  Steve

 4   Miro, Caro, I guess that's Carollo, Sunday, November 19, 2017,

 5   10:39 a.m.  And then there's a picture of Leon supporters and a

 6   food truck, right?

 7   A.   And a food truck, yes.

 8   Q.   Does this refresh your recollection that you received this

 9   text?

10   A.   Yes.

11              MR. GUTCHESS:  Can we publish to the jury?

12              THE COURT:  Granted.

13                  (Defendant's Exhibit 150 Received.)

14   BY MR. GUTCHESS:

15   Q.   And if we could just enlarge that for the jury to see,

16   that photograph, and for the witness to see that photograph.

17         So the next day, the Leon supporters show up again.  And

18   this time, they don't put up their tent, right?  They just

19   stand by a food truck.  Can you enlarge it a little more?

20         And Mr. Miro sends you this text and says, call me, right?

21   A.   Yes.

22   Q.   And you called him?

23   A.   I don't think I called.

24   Q.   Okay.  And you called Code again, right?

25   A.   No.
```

```
 1   Q.    Did Mr. Miro call Code?

 2   A.    I don't know.  He may.

 3   Q.    So with your Zoning and Coding expertise, can you explain

 4   to the jury which laws this food truck violates?

 5            MR. KUEHNE:  Objection.  Foundation.  Opinion

 6   testimony.  She's testified that -- I think she said she wasn't

 7   there.

 8            THE COURT:  Overruled.  You can answer if you know.

 9            THE WITNESS:  Well, in order to have a food truck,

10   standing and selling food, they have to have a permit.

11   BY MR. GUTCHESS:

12   Q.    So a food truck can't just drive around, stop and sell

13   food?

14   A.    No, no.

15   Q.    What about the little trucks that go around to serve the

16   construction workers?  They need a permit too?

17   A.    They do.  They need to be checked by the health

18   department.  What about if they are selling poison or any other

19   type of food?

20   Q.    So this food truck parked in the parking lot needs what, a

21   health food -- health department permit?

22   A.    From the City of Miami.  It's going to be stationed in one

23   place, they need to have a special permit too.

24   Q.    Can you tell if that violates of any kind of code or

25   something?
```

1    A.   Well, it depends if they're selling, it's open.

2    Q.   You know just from seeing the truck, how do you know?

3    A.   I just see a food truck.

4    Q.   So from here sitting here seeing this food truck, you

5    can't see anything wrong with this, right?

6    A.   I have to be there to see if they're operating or not.

7    Q.   You can take that down.  So when you were, when you were

8    with -- when you were working this weekend with Mr. Miro and

9    talking about these issues, you were in what capacity as a

10   campaign volunteer?

11   A.   It's not working.  It's volunteer.

12   Q.   So you were volunteering for Mr. Carollo.  This was your

13   own --

14   A.   Mr. Carollo campaign.

15   Q.   Mr. Carollo's campaign.  Okay.  And so then when you

16   attend election night with Mr. Carollo, again you're working

17   for the union or you're volunteering for the campaign?

18   A.   I'm volunteering for the campaign, part of the union.

19   Q.   And when you leave the Christmas party, and you stop at

20   the Tower Hotel for another 20 minutes, are you volunteering

21   for the Carollo campaign or are you working for the union?

22   A.   I am a citizen.

23   Q.   Okay.  And as a citizen, you called Commissioner Carollo,

24   right?

25   A.   Yes.

1  Q.   So then Commissioner Carollo comes out and drives around

2  the neighborhood with you, right?  Not with you, but he's in

3  his separate car, right?  Right?

4  A.   Yes.

5  Q.   Okay.  So you're standing on the corner, in your car

6  taking pictures, and Carollo's driving back and forth, right,

7  in this Christmas party on a Friday night, right?

8  A.   Yes.

9  Q.   Yes?

10         THE COURT:  15 minutes remaining.

11  **BY MR. GUTCHESS**

12  Q.   Then you're waiting for Code to show up, right?  And you

13  see the Code Enforcement lady show up and you see her car.

14  You're on the phone with Orlando Diez, the head of Code, right?

15  A.   He doesn't talk too much to me that day.  It was a simple

16  call and that's it.

17  Q.   But you -- but you testified earlier that you introduced

18  Mr. Carollo to Mr. Diez that same night, right?

19  A.   Yes.

20  Q.   And then you testified you called Mr. Diez about this

21  party --

22  A.   Yes.

23  Q.   -- right?  And you were trying to get the party shut down,

24  right?

25  A.   No, that was not the intention.  The intention is the

```
1    place has an issue, a problem.  You can see it on the pictures.

2    Q.    In fact, what you told Mr. Diez, it had too many people.

3    It had over a hundred people?

4              MR. KUEHNE:  Objection.  Hearsay.

5              THE COURT:  Overruled.  You can answer.

6              THE WITNESS:  I think it was a lot of people.  I

7    cannot say a hundred or more, exactly the amount of people,

8    because I couldn't count whatever it was inside.

9    BY MR. GUTCHESS:

10   Q.    So it's your testimony that somebody just happened to show

11   you some plans about the Tower Hotel at some point, and you had

12   it in your mind that it could be unsafe, and you saw people

13   enjoying themselves in the Christmas party and felt the need to

14   save them from Santa Claus?

15             MR. KUEHNE:  Objection.  Form.

16             THE COURT:  Sustained.

17   BY MR. GUTCHESS:

18   Q.    Okay.  So we have you present for 20 minutes on the

19   Saturday.  We have you present election night.  We have you

20   present at the Tower Hotel making phone calls, and then you

21   continue on your late night ventures, right?

22         You're out with Mr. Carollo when he's taking the city

23   manager out, what, on a Saturday night at 11:00, 11:30?

24   A.    Yes, 11:00.

25             THE COURT:  You guys need a break, jurors?  Okay.  Go
```

1    ahead.  Continue.

2    **BY MR. GUTCHESS:**

3    Q.   Is that in your capacity as a volunteer or in your

4    capacity as a union representative, or what capacity are you

5    riding around with Commissioner Carollo and with the city

6    manager?

7    A.   You call it as a union rep.  We work 24 hours.  We're out

8    on call.  And as a citizen, also.

9    Q.   Okay.  And your counsel -- I mean, defense counsel showed

10   you a number of photographs of you taking of the Tower Hotel

11   from outside, right?

12   A.   Yes.

13   Q.   Okay.  And who did you send those photographs to?

14   A.   Orlando Diez.

15   Q.   Okay.  And that was part of your effort to get it shut

16   down, right, or to get Code there?

17   A.   That was part of my effort for them to look into the

18   situation.

19   Q.   Okay.

20   A.   What the outcome would be, it would be on them.

21   Q.   Then you go and you're on this walk with Officer Bernat,

22   right?  And then you're -- you actually go out again in the

23   evenings, right?  So you're with Mr. Carollo at El Pub one

24   night at 11:30 or midnight at El Pub.  And you meet up with

25   Mr. Miro and his wife, right?

1   A.   Can you refresh more or less what night that was?

2   Q.   That was the night you went to the church parking lot.

3   A.   Yes.

4   Q.   So you're out with Mr. Carollo at midnight.  You meet with

5   Mr. Miro and his wife and you all get in one car together,

6   right?

7   A.   Yes.

8   Q.   You go to this parking lot, and you get out and you start

9   taking photographs again, right?

10  A.   It was not a parking lot.  It was the grounds of the

11  church.

12  Q.   So you go to the grounds of the church being used as a

13  parking lot, right?

14  A.   Yes.

15  Q.   And you start taking photos again, right?

16  A.   Yes.

17  Q.   And that's, again, to gather evidence, right?  Right?

18  A.   Just what I saw.

19  Q.   Because you think it's illegal, right?  Or Commissioner

20  Carollo thinks it illegal, right?

21  A.   It is wrong.  It is wrong.  It's a residential district.

22  Q.   Let me ask you what capacity are you there?  Are you there

23  as a volunteer to help Mr. Carollo, as a union worker to help

24  Mr. Carollo, or as a citizen to help Mr. Carollo?

25  A.   Well, it's as a citizen, also as a union, because I

1    noticed the lack of enforcement at nighttime.

2    Q.   And then you actually said -- and then it wasn't that one

3    night.  I mean, you actually went out again the very next

4    night, right?  You were showed a photograph, Exhibit 344.

5         MR. GUTCHESS:  Can we put that up, Plaintiffs'

6    Exhibit 344?

7         THE COURT:  Ten minutes remaining, counsel.

8         MR. GUTCHESS:  Sir, I will not even come close to

9    using the ten minutes, but thank you.

10   **BY MR. GUTCHESS:**

11   Q.   So, Ms. Lugo, this is the next night, and again, you're

12   out late at night with Commissioner Carollo looking at parking

13   lots, right?

14        MR. KUEHNE:  Objection.  Compound question.  I think

15   there were three things that he asked including one.

16        THE COURT:  Sustained.  Rephrase the question.

17   **BY MR. GUTCHESS:**

18   Q.   Was this the very next night, Ms. Lugo?

19   A.   I don't know if this is exactly the next night.

20   Q.   And you're actually not at the church parking lot here,

21   are you?

22   A.   On this picture?

23   Q.   No.

24   A.   It's on 12th Avenue by NW between 3rd and 4th Street.

25   Q.   Right.  And that's where?

1    A.    And the car is going south.

2    Q.    And that's where cars are being parked for the Ball &

3    Chain, right?

4    A.    No, sir.  That building is right across from a little

5    shopping center.  As you can Google map, you can see the little

6    shopping center where they have a cafeteria converted to a bar.

7    Q.    And there's a parking garage there on the next block,

8    right?

9    A.    I guess.

10   Q.    Okay.  And so you -- where are you in this picture?  I

11   don't see you.

12   A.    I am next to the commissioner.

13   Q.    So you're -- you can't see you because his hand is up,

14   right?

15   A.    I guess.

16   Q.    So who was he waving to?

17   A.    Somebody was passing by and taking pictures.

18   Q.    Okay.  So was this person in a car?

19   A.    In a car.

20   Q.    And so what, he stopped the car to just wave?  Did he have

21   a nice chat with them?  What did he say to them?

22   A.    I don't hear any conversation.  You know, Commissioner

23   Carollo has a lot of people that know him and he waved to

24   people and say hello to people.  It's normal.

25   Q.    Okay.  Ms. Lugo, did you happen to bring your phone with

```
 1   you today?
 2   A.   Yes.
 3   Q.   Would you mind if we checked your phone for this text
 4   message with Mr. Fuller?
 5             MR. KUEHNE:  Objection.
 6             THE COURT:  Grounds?
 7             MR. KUEHNE:  Beyond the scope of examination.
 8             THE COURT:  Overruled.
 9             MR. KUEHNE:  Objection, Your Honor.  I move for a
10   sidebar.
11             MR. GUTCHESS:  We'd like to just dial Ms. Lugo's
12   phone number.
13             THE COURT:  Overruled.
14   BY MR. GUTCHESS:
15   Q.   Do you have it with you on the stand?
16   A.   No.
17             MR. GUTCHESS:  Can we get her phone so we can see if
18   this is her phone number that sent this text message?  She said
19   she had it with her, Your Honor.
20             THE COURT:  Where is your phone, Ms. Lugo?
21             THE WITNESS:  It's in my purse.
22   BY MR. GUTCHESS:
23   Q.   Can you get your phone out of your purse, Ms. Lugo?
24   A.   Sure.
25             MR. KUEHNE:  Objection, Your Honor.
```

```
 1              THE COURT:  Grounds?
 2              MR. KUEHNE:  Beyond the scope of examination, and the
 3    witness is here to testify, not to perform acts.
 4              THE COURT:  There's no performing acts here.
 5    Overruled.  You can get your phone.  You may step down.
 6                        (Pause.)
 7    BY MR. GUTCHESS:
 8    Q.   Is your phone ringing?
 9    A.   Yes.
10    Q.   Okay.  And is it coming up as Bill Fuller?
11    A.   Yes.
12    Q.   Okay.  Can you search for Fuller on your messages?  I
13    can't see that.  What brand is your phone?
14    A.   Samsung.
15              THE COURT:  Are there any other questions,
16    Mr. Gutchess?
17              MR. GUTCHESS:  Yes.  I'd like to just show the
18    witness the text message again for the -- put it up on the
19    screen to see if it refreshes your recollection now that there
20    was a text from you to Mr. Fuller.
21              MR. KUEHNE:  Objection.  Asked and answered.
22              THE COURT:  Overruled.
23              MR. GUTCHESS:  May I approach the witness and give
24    her Mr. Fuller's cellphone?
25              THE COURT:  Sure.
```

 1   **BY MR. GUTCHESS:**

 2   Q.   I'd ask you just to press on the contact there and see if

 3   that's --

 4   A.   On the where?

 5   Q.   On the top right.  On the top where it says --

 6   A.   Mary Lugo?

 7   Q.   Yeah.  And is that your phone number?

 8   A.   I don't see any number here.

 9          MS. GOMEZ:  Your Honor, may I approach?

10          THE COURT:  Go ahead, yes.

11          THE WITNESS:  Yes, that's my number.

12          MR. GUTCHESS:  No further questions, Your Honor.

13          THE COURT:  All right.  Any redirect?  You have a

14   couple minutes.

15          MR. GUTCHESS:  Could we have her read the message?

16          THE COURT:  Sure.

17   **BY MR. GUTCHESS:**

18   Q.   Could you just read the message for the jury?

19   A.   This one here?

20          MR. KUEHNE:  Can I see the message, please?

21          MR. GUTCHESS:  It's on the screen there.

22   **BY MR. GUTCHESS:**

23   Q.   Would you read that for the jury?

24   A.   Bill Fuller, it was a pleasure to see you again.  My

25   cousin's name is Jackalid Morales and her number is

```
 1    786-333-8382.  Thank you for your help.

 2         Thank you.  I will let you know.

 3              MR. GUTCHESS:  Okay.  And, Your Honor, we'd like to

 4    move this into evidence at this point.

 5              THE COURT:  All right.  Any objection?

 6              MR. KUEHNE:  Yes, Your Honor.  Foundation.  I'm not

 7    sure what she's reading.  She's reading a phone, not this --

 8              THE COURT:  Overruled.

 9              MR. GUTCHESS:  Okay.

10              THE COURT:  It's exactly what was read by the

11    witness.  You can retrieve your phone.
```

**BY MR. GUTCHESS:**

```
13    Q.   And is that your cousin, Ms. Morales?  If we call her

14    right now, would she answer?

15    A.   No, you can call.

16              MR. GUTCHESS:  Okay.  No further questions.

17              THE COURT:  All right.  You have two minutes.

18              MR. KUEHNE:  Can I have the phone, Judge?

19              THE COURT:  Sure.

20              MR. GUTCHESS:  You know what?  We never published to

21    the jury.  Can we publish that quickly?

22              THE COURT:  Granted.

23

24

25
```

```
 1                        -  -  -  -  -
 2              REDIRECT EXAMINATION OF MARY LUGO
 3   BY MR. KUEHNE:
 4   Q.   Hi, Ms. Lugo.  Can we -- actually let's do that.  That
 5   exhibit, it says Jackalid Morales.  Who was that?
 6   A.   Don't know.
 7   Q.   And is that your text?
 8   A.   No, not that I recall.
 9   Q.   All right.  And what's the date, May 24, 2016?
10   A.   Yes.
11   Q.   And how do you know Mr. Fuller?
12   A.   He walk in the Building Department trying to get permits
13   and things like that.
14   Q.   Have you seen him at the Building Department getting
15   permits?
16   A.   Yes.
17   Q.   And what's his attitude when you see him?
18            MR. GUTCHESS:  Objection.  Relevance.
19            THE COURT:  Wait.  Sustained.
20            THE WITNESS:  Sorry?
21   BY MR. KUEHNE:
22   Q.   Have you seen him very often?
23   A.   No, not now.
24   Q.   When?
25   A.   Before I was there.  Before, let's say 2013, 2012.
```

```
1    Q.   Okay.  2013, 2012.  And during that time, was he having
2    problems with Code?
3            MR. GUTCHESS:  Objection.  Leading.
4    Q.   And Building?
5            THE COURT:  Sustained.  One minute remaining.
6    BY MR. KUEHNE:
7    Q.   You can bring that down.  When you saw Mr. Fuller at the
8    MRC, was it your understanding he was dealing with problems?
9            MR. GUTCHESS:  Objection.  Leading.
10           THE COURT:  Sustained.
11   BY MR. KUEHNE:
12   Q.   What do you understand Fuller to have been doing when you
13   observed him at the MRC?
14           MR. GUTCHESS:  Objection.  Foundation.
15           THE COURT:  Sustained.
16   BY MR. KUEHNE:
17   Q.   You were asked some questions on examination about
18   Mr. Fuller, and you saw him at MRC?
19   A.   Yes, I saw him in the MRC.
20   Q.   Do you know who he was dealing with?
21   A.   I think everybody on the Building Department.
22   Q.   Okay.  Building Department?
23   A.   Yes.
24   Q.   How about Code?
25   A.   Code was on another floor.
```

```
 1    Q.    Okay.

 2    A.    On the 7th floor.

 3    Q.    Did you ever see him with Code?

 4    A.    No, not on the 7th floor.  I saw him on the 4th floor with

 5    Building, and the Code Compliance Section of Building where Rey

 6    Benitez was.

 7    Q.    Okay.  You were asked some questions about Bayfront Park

 8    Trust.  Do you remember that, service on Bayfront Park Trust?

 9    A.    From the other attorney, yes.

10    Q.    Right.  Why do you serve on Bayfront Park Trust?

11    A.    I serve the community there.  It's a park.  It's to

12    beautify the park.  It's a board, it's free.  I don't make

13    anything of that.

14    Q.    Is that a volunteer position?

15    A.    Completely, a hundred percent.

16    Q.    And do you get anything out of it besides satisfaction?

17    A.    No.

18            THE COURT:  One minute remaining.

19    BY MR. KUEHNE:

20    Q.    You were asked some questions about your role as an AFSME

21    representative.  Do you help employees?

22    A.    Yes, I do.

23    Q.    Do you hurt employees?

24    A.    No, not hurt.

25    Q.    Do you have favorites when it comes to helping or hurting
```

1    employees?

2    A.    No.

3    Q.    Is there a contract as part of your AFSME work that

4    governs the relationship between the city and the employees?

5    A.    Yes.

6    Q.    And does the union, as far as you know, comply with that

7    contract?

8    A.    Yes.

9    Q.    And does that contract have anything to do with Joe

10   Carollo?

11   A.    No.

12   Q.    In fact, is that contract between the city and signed by

13   the city manager?

14   A.    City manager and the president of the union.

15   Q.    And when you went on the drive-bys, walk-bys that you've

16   described, you were asked questions about on cross-examination,

17   why did you do that?  Why did you participate?

18   A.    It's part of my job also to see what's going on with the

19   city.  And, you know, we don't have a city, eventually we're

20   not going to have a job.  The Dade County can take over the

21   city.  So the quality of life is really important to us and the

22   union.

23   Q.    And in that regard, what did you understand your campaign,

24   your volunteer work with the campaign to involve?  What was the

25   messaging during that campaign?

```
 1   A.   The message on his particular campaign is the quality of
 2   life, the low income housing, the red light cameras, to take it
 3   off, which it was taken off after he became commissioner.  More
 4   policing on the street.  More safety.
 5   Q.   How do you know that?
 6   A.   I participated on the campaign.
 7   Q.   Did you observe Commissioner Carollo communicating those
 8   messages to citizens, to real voters?
 9   A.   Yes, and new commodores.
10          MR. GUTCHESS:  Objection.  Scope.
11          THE COURT:  Sustained.  I sustained the objection,
12   Ms. Lugo.
13   BY MR. KUEHNE:
14   Q.   Is any of what you testified about part of a campaign of
15   retaliation against the plaintiffs?
16          MR. GUTCHESS:  Objection.  Leading.
17          THE COURT:  Sustained.
18   BY MR. KUEHNE:
19   Q.   Did you retaliate against anyone?
20   A.   No.
21          MR. GUTCHESS:  Objection.
22          THE COURT:  Sustained.  Also, Ms. Lugo, when I
23   sustain the objection, do not answer the question, please.
24          THE WITNESS:  I'm sorry.
25          THE COURT:  No problem.  Thank you.
```

```
 1   BY MR. KUEHNE:

 2   Q.    When you describe the activity you did, did it have

 3   anything to do with Fuller?

 4            MR. GUTCHESS:  Objection.  Leading.

 5            THE COURT:  Sustained.

 6   BY MR. KUEHNE:

 7   Q.    Do you know whether you were dealing with Fuller when you

 8   described your activities?

 9   A.    No.

10            MR. KUEHNE:  Okay.  Thank you.  Nothing further,

11   Ms. Lugo.

12            THE COURT:  Thank you.  You are excused.  Have a good

13   day.

14            THE WITNESS:  Thank you, sir.

15            THE COURT:  Does the jury need a break before -- ESP,

16   right?  Again, we'll be in recess until 11:00.  Do not discuss

17   this case with anyone.  Did you all bring your snacks?

18            A JUROR:  Yes, we did.

19            THE COURT:  All right.  I didn't, so I have to suffer

20   a little.

21            THE COURT SECURITY OFFICER:  All rise.

22            (Thereupon, the jury exited the courtroom.)

23            THE COURT:  We'll be in recess until 11:00 a.m.

24   Thank you.  Who's the next witness?

25            MR. PERTNOY:  Daniel Goldberg.
```

```
 1                    (Short recess had.)

 2           THE COURT:  The Court is back in session.  You can

 3  bring your next witness in so we can have this case move

 4  forward.

 5           You may bring the jurors in, please, Rita.  Thank you.

 6           You said next witness is?

 7        MR. PERTNOY:  Daniel Goldberg.

 8           THE COURT:  Daniel Goldberg.  All right.  The time

 9  allotted for Mr. Goldberg, including any redirect, if

10  necessary, if you desire to do so, is two hours by the

11  defendant and 30 minutes for the plaintiff.  Thank you.

12           MR. PERTNOY:  Can I have him come to the stand, Your

13  Honor?

14           THE COURT:  You may do so.

15           MR. PERTNOY:  Thank you.

16           THE COURT SECURITY OFFICER:  All rise.

17           (Thereupon, the jury entered the courtroom.)

18           THE COURT:  All right.  The Court is back in session.

19  Please have a seat.  The members of the jury are all present

20  and accounted for.  I forgot.  Once again, has the jury kept my

21  instructions that I have given every day of this past how many

22  days or weeks now?  Yes?

23           THE JURY:  Yes.

24           THE COURT:  Thank you.

25           THE COURTROOM DEPUTY:  Mr. Goldberg, please stand and
```

1  raise your right hand.

2  (Witness sworn.)

3  THE WITNESS:  I do.

4  THE COURTROOM DEPUTY:  Thank you.  Just state your

5  name, please, for the record.

6  THE WITNESS:  My name is Daniel Goldberg.

7  THE COURT:  You may proceed, sir.

8  MR. PERTNOY:  Thank you, Your Honor.

9  - - - - -

10  **DIRECT EXAMINATION OF DANIEL GOLDBERG**

11  **BY MR. PERTNOY:**

12  Q.  Good afternoon, Mr. Goldberg.  How are you?

13  A.  Good.  How are you?

14  Q.  Doing all right.  So let's start by telling everybody who

15  you are and who you work for.

16  A.  Well, my name's Daniel Goldberg.  I work for the City of

17  Miami.  Just a little bit of a background, I grew up in

18  Massachusetts.  I went to Purdue University.  I got a BA in

19  political science.

20  From there, I went to law school at University of Miami.

21  That's what brought me to South Florida.  I graduated in 2011

22  and after that, I got an internship placement -- after

23  graduating and taking the Bar, got an internship placement at

24  City of Miami City Attorney's Office.

25  From there, I applied for and got a job as a

1    commissioner's aid with then Commissioner Marc Sarnoff.

2          From there, I became an assistant city attorney in about

3    summer of 2014 approximately.  I worked at the City Attorney's

4    Office as an assistant city attorney for about three years

5    until March of 2017 when I went to the private sector.

6          I worked at a law firm called Bilzin Sumberg.  About a

7    year and a half later, I left there and returned to being

8    assistant city attorney.  That would have been about September

9    of 2018.

10         And in March or April of 2021, I became the city's Zoning

11   Administrator.  I've held that position ever since.

12   Q.   Great.  Well, let's unpack that a little bit.  So, the

13   first time you were at the City Attorney's Office, what

14   departments were you assigned to and what were your duties?

15   A.   When I first worked there as an employee in 2014, I worked

16   alongside the Building Department mostly processing unsafe

17   structure cases.

18   Q.   Okay.  And then you left and went into private practice,

19   you said at Bilzin Sumberg?

20   A.   That's correct.

21   Q.   And what kind of law were you practicing at Bilzin

22   Sumberg?

23   A.   Land use.

24         MS. SUAREZ:  Objection.  Relevance.

25         THE COURT:  Overruled.

1          THE WITNESS:  Land use and Zoning law.

2    **BY MR. PERTNOY:**

3    Q.   Then after you left Bilzin, you said you went back to the

4    City Attorney's Office.  What were you doing in the City

5    Attorney's Office in your second tenure with the city attorney?

6    A.   Mix of things.  Mostly a lot -- doing a lot of public

7    works, but also with the Zoning Department and Planning

8    Department, just kind of a mix of things, mostly transactional

9    litigation.

10   Q.   And then I think you said you left the City Attorney's

11   Office and you became the zoning administrator for the City of

12   Miami, correct?

13   A.   Yes.

14   Q.   Can you explain to the jury what a Zoning Administrator

15   is?  What do you do?

16   A.   So, basically no matter where you might live, there's

17   rules for how buildings are built, what could be done with

18   them, how tall they can be, how big they can be, whether you

19   can have a recycling plant next to your house or not.  And

20   that's zoning.

21        And pretty much anywhere you live, unless it's really

22   undeveloped, will have laws like that.  Basically zoning is

23   there to, you know, make sure that you have a pleasant

24   community where you don't have a gas station or a convenience

25   store next to your house, where it's on a property, on a main

1    road, where industrial things that are necessary for all of us,

2    like recycling plants and manufacturing factories are not near

3    your homes, not near where you go to shop for groceries and

4    things like that.

5         It's basically a body of law that's there to make sure

6    that you have a more pleasant community to live in and work in.

7    Q.   And as the Zoning Administrator, are you the head of the

8    department for zoning, or is there somebody above you?

9    A.   No, I'm the head of the department.

10   Q.   And who do you report to?

11   A.   I report to Deputy City Manager Zerry Ihekwaba.

12   Q.   Who is your ultimate boss for zoning administration in the

13   administrative side of the city?

14   A.   The City Manager, Art Noriega.

15   Q.   So you are in the city administrative side of the city,

16   correct?

17   A.   Yes.

18   Q.   And do you get hired by commissioners?

19              MS. SUAREZ:  Objection.  Leading.

20              THE COURT:  Sustained.

21              THE WITNESS:  No.

22              THE COURT:  Also, before you answer, sir, please

23   listen to if there's an objection.  Do not speak until I rule

24   on the objection.  If I say the objection is overruled, you may

25   speak.  If I say the objection is sustained, you shall not

1    speak, okay?

2              THE WITNESS:  Understood, Your Honor.

3              THE COURT:  No problem.  Thank you.

4    **BY MR. PERTNOY:**

5    Q.   Just to give a little bit of a time line, what were the

6    years when you were first in the City Attorney's Office?

7    A.   As an intern, that would have been August of 2011

8    approximately to maybe -- no, it would have been September of

9    2011 to maybe December, 2011 -- maybe December, 2011 or to

10   January of 2012.

11   Q.   And then when you became an employee, a city attorney for

12   the first time, what were -- what was your tenure there, what

13   was your timeframe?

14   A.   The first go around, so that was -- I think I was hired I

15   want to say summer of '14 and I left March of '17.  So almost

16   three years and then --

17   Q.   And then the second time you were with the City Attorney's

18   Office, what were the range of when you were with the city

19   attorney the second time?

20   A.   The second time was from September of 2018 to end of

21   March, beginning of April, 2021.

22   Q.   And then you said since 2021, that's when you became the

23   Zoning Administrator?

24   A.   Yes.

25   Q.   I see.  Okay.  Now, what are some of the duties and

1  functions of the Zoning Administration Department?  What is it

2  that you do on a daily basis?

3  A.   So our department processes plans, so if you want to put

4  an addition on your house or you want to a build a highrise, we

5  review plans like that.  We give out information.

6       People ask can I do this on my property, can I do that

7  with my property?  We issue Certificates of Use so that people

8  can open up businesses.

9       And day-to-day, I meet with my staff, I take their

10 questions, I meet with outside stakeholders, I take their

11 questions, talk through issues.  Basically administer our

12 zoning code and make sure that we apply it correctly.

13 Q.   And in that process, are you constantly working with

14 property owners?

15           MS. SUAREZ:  Objection.  Leading.

16           THE COURT:  Sustained.

17 **BY MR. PERTNOY:**

18 Q.   Who are the types of people that you are working with on a

19 daily basis from the public side of things?

20 A.   It could be a lot of different people.  Regular residents

21 who just want to know how to redo their driveway, what permit

22 they need.  Architects, attorneys, general contractors, people

23 with planning backgrounds.  It runs the gamut, business owners.

24 It's a diverse group.

25 Q.   And is it an adversarial process or is it a cooperative

1    process?

2    A.    It can be adversarial, but it's generally cooperative.

3    Generally, you might meet with an architect where one of my

4    reviewers has tagged something as not compliant, and we talk it

5    out.

6         I might overrule my subordinate and say, no, it complies.

7    Or more likely, they got it right, and I look at it and say,

8    well, the answer is a no here, but if you do this, do that,

9    move that wall a foot back so it meets the setback, things like

10   that, then, you know, it can be collaborative and cooperative.

11   Q.    So from your time in the City Attorney's Office and now as

12   the Zoning Administrator for the City of Miami, have you -- do

13   you have personal knowledge regarding some of the properties

14   that are owned by Mr. Fuller and Mr. Pinilla through their

15   companies?

16             MS. SUAREZ:  Objection.  Leading.  Legal conclusion.

17             THE COURT:  Sustained.

18   **BY MR. PERTNOY:**

19   Q.    Let's do it this way.  Do you have personal knowledge

20   concerning a property known as Sanguich?

21             MS. SUAREZ:  Objection.  Vague.  Timeframe.

22             THE COURT:  Overruled.  He can answer.

23             THE WITNESS:  Yes.

24             MR. PERTNOY:  I'd like to show you some pictures of

25   Sanguich to identify them.  Do you have any issue?

```
 1                MS. SUAREZ:  No objection with those.

 2                MR. PERTNOY:  Can you please bring up 651 and I seek

 3   to publish and admit them into evidence.

 4                THE COURT:  If there's no objection, correct?

 5                MS. SUAREZ:  No objection, Your Honor.

 6                THE COURT:  Admitted.  It shall be published.

 7                   (Defendant's Exhibit 651 Received.)

 8                MR. PERTNOY:  Can you go to the second picture on

 9   that page, Curtis?
```

**BY MR. PERTNOY:**

Q.   Do you recognize this container?

A.   Yes.

Q.   And what do you recognize it as?

A.   The Sanguich sandwich; pop up shop.

Q.   Now, you're familiar with the zoning rules and regulations

for the City of Miami both currently and historically?

```
                MS. SUAREZ:  Objection.  Leading.

                THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

Q.   Do you have familiarity with the zoning rules and

regulations for the City of Miami currently?

A.   Yes.

Q.   Do you have a historical knowledge of the zoning rules and

regulations for the City of Miami?

```
                MS. SUAREZ:  Objection.  Vague.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. PERTNOY:
 3   Q.   Do you have a -- do you have knowledge regarding zoning
 4   rules and regulations in and around 2017 for the time -- for
 5   the City of Miami?
 6   A.   Yes.
 7   Q.   Do you have personal knowledge and understanding that
 8   Sanguich was placed onto the plaintiffs' property in 2017?
 9              MS. SUAREZ:  Objection.  Leading.  This witness has
10   already testified he was not employed at the city during that
11   time.
12              THE COURT:  Sustained.
13              MR. PERTNOY:  Witness testified he was there from
14   2014 to 2017.
15              THE COURT:  Ask a different question, counsel.
16              MR. PERTNOY:  Sure.
17   BY MR. PERTNOY:
18   Q.   With respect to the Sanguich container, do you have
19   personal knowledge concerning the zoning issues with respect to
20   the Sanguich container?
21              MS. SUAREZ:  Objection.  Leading.
22              THE COURT:  Overruled.  He can answer that question.
23              THE WITNESS:  Yes.
24   BY MR. PERTNOY:
25   Q.   Let's talk about the zoning issues.  Can you describe to
```

1   us what are -- what were the concerns from a zoning perspective

2   with the Sanguich container?

3   A.   The first issue, just looking at the picture here, is that

4   it's right at the front property line.

5            MS. SUAREZ:  Your Honor, I'm going to object.  He was

6   not at the city from March, 2017 to September of 2018, the time

7   of these photos.

8            THE COURT:  Sir, were you present with the city at

9   that time?

10           THE WITNESS:  I was not employed with the city at

11   that time.

12           THE COURT:  All right.  Sustained.

13  **BY MR. PERTNOY:**

14  Q.   With respect to zoning, can you tell me what triangular

15  vision is?

16  A.   It's what's called a visible triangle in our code and it's

17  existed in prior zoning codes, as well.  It goes back decades.

18  It's a rule meant for safety.  That where you have a driveway

19  that intersects a street, there is a -- you draw a line from

20  the driveway laterally and in this case, I think it's ten feet,

21  laterally ten feet and out ten feet, and then the hypotenuse of

22  the triangle is formed.

23      In that triangular flaring away from the driveway, you

24  can't have any obstructions over two and a half feet tall.

25  Q.   Based on your personal knowledge of that triangular vision

1    and zoning, looking at this photo, can you determine whether or

2    not this container complies with that triangular vision?

3            MS. SUAREZ:  Objection.  Lack of personal knowledge.

4    Leading.

5            THE COURT:  Sustained.

6    **BY MR. PERTNOY:**

7    Q.   With respect to zoning, what are the requirements with

8    respect to placing containers or structures in regards to

9    setbacks?

10   A.   You have -- if you have, if you propose something new, it

11   has to meet the setbacks.  The setbacks on 8th Street here are

12   I believe it's ten feet.  And so you can't -- generally in most

13   of the city, you can't just put a structure right up on the

14   front property line.  And that's a rule that exists in a lot of

15   jurisdictions.  That you set things back so you don't have that

16   like a Manhattan feel where the buildings are on top of you.

17           MR. PERTNOY:  Can you go to picture number 1 on this,

18   please?

19   **BY MR. PERTNOY:**

20   Q.   With respect to propane tanks, what are the zoning

21   requirements with respect to propane tanks and setbacks?

22   A.   Propane tanks could be considered mechanical equipment,

23   same as an air conditioner or a chiller.  They have to be

24   located -- what we -- trying to use City of Miami jargon, but

25   they have to be located outside the front setback and concealed

 1   from view from a street.

 2   Q.   Now with respect to zoning, does zoning apply to mobile

 3   vehicles?

 4             MS. SUAREZ:  Objection.  Leading.

 5             THE COURT:  Sustained.

 6   **BY MR. PERTNOY:**

 7   Q.   Do zoning rules and regulations apply to structures only?

 8   A.   It applies to structures and it applies to the use or

 9   activity on a property as well; not just the physical building

10   or structure.

11   Q.   So a food truck, would zoning restrictions apply to a food

12   truck?

13   A.   There are restrictions in the city code about food trucks,

14   but that's not processed by our department.  We don't generally

15   regulate food trucks.  It's done through Code Compliance.

16   Q.   Is it fair to say that you regulate structures that are

17   not on wheels?

18             MS. SUAREZ:  Objection.  Leading.

19             THE COURT:  Sustained.

20   **BY MR. PERTNOY:**

21   Q.   Do you regulate structures that are on wheels?

22   A.   No, generally not.

23   Q.   Go back to the second photo.  Structures up there, do you

24   have personal knowledge as to whether or not the Sanguich

25   container had wheels?

```
1              MS. SUAREZ:  Objection.  We've already established he
2     has no personal knowledge.
3              THE COURT:  Sustained.
4              MR. PERTNOY:  You can take that down, please, thank
5     you.
6     BY MR. PERTNOY:
7     Q.   With respect to zoning, you have familiarity with zoning
8     with regards to parking requirements?
9              MS. SUAREZ:  Objection.  Leading.
10             THE COURT:  Sustained.
11    BY MR. PERTNOY:
12    Q.   Do you have familiarity with the parking requirements in
13    the City of Miami?
14    A.   Yes.
15    Q.   And what governs parking, offstreet parking in the City of
16    Miami?
17    A.   Offstreet parking in terms of the number of spaces
18    required is in Article IV, Table 4.  It's number of spaces per
19    1,000, per so many 1,000 feet of office or commercial space.
20         And then the design of parking is based off of the City of
21    Miami Offstreet Parking Guides and Standards.
22             MR. PERTNOY:  Can you please bring up DX 25 which is
23    already in evidence?  Can you flip through the pages here so
24    that Mr. Goldberg can see the document?  Go back to the first
25    page, please.
```

**BY MR. PERTNOY:**

Q.   Are you familiar with this document, Mr. Goldberg?

A.   Yes.  It's the city's Offstreet Parking Guides and Standards.

Q.   And what specifically is this document intended to be used for?

A.   It's intended to be the requirements for whenever you construct a parking lot or redesign it or do work on it, these are the standards that apply.  The standards as to striping, dimensions of spaces, of required back-out space.

It's basically a set of rules to make it so that you don't have those kind of miserable little parking lots you can have in older structures so you're not doing a six-point turn to get out and get back to the street.

Q.   Do these requirements set standards for the size of the stalls?

MS. SUAREZ:  Objection.  Leading.

THE COURT:  Sustained.

THE WITNESS:  Yes, they do.

THE COURT:  Again, when there's an objection, Mr. Goldberg, do not blurt out anything until this Court's has had an opportunity to make a decision.  Okay, sir?

THE WITNESS:  My apologies, Your Honor.

THE COURT:  I understand.  No problem.  Thank you.

**BY MR. PERTNOY**

```
 1   Q.   Aside from that, what other things do the guidelines cover
 2   with respect to the design of a parking lot?
 3   A.   It requires paving, lighting, proper striping, landscaping
 4   in many instances.  It requires that the actual spaces be
 5   arranged in a way that's convenient to get in and out with like
 6   the right amount of back-out space, the right dimensions so
 7   that you can fit a normal size car and not be sticking out into
 8   the aisle.  Those sort of things.
 9   Q.   Now, with respect to the rules regulating parking --
10   offstreet parking in the City of Miami, are there certain
11   locations where you can have parking lots and certain locations
12   where you cannot have parking lots?
13           MS. SUAREZ:  Objection.  Leading.
14           THE COURT:  Sustained -- no, I'm going to overrule
15   the objection.  You can answer that question, sir.
16           THE WITNESS:  I'm sorry, can you repeat?
17   BY MR. PERTNOY:
18   Q.   Sure.  Are there -- with respect to the rules regulating
19   offstreet parking in the City of Miami, are there certain
20   locations where you can have parking lots and other locations
21   where you cannot?
22   A.   Yes, that's right.
23   Q.   Can you describe to the jury where you can have a parking
24   lot and where you cannot have a parking lot?
25   A.   You can have a parking lot in most of our commercial
```

1   districts, our mixed use districts which allow commercial and

2   residential.

3       And where you can't have them are places like

4   single-family homes and duplex areas.  You can't build a

5   parking lot there because those are meant for single-family or

6   duplex use.

7   Q.   Are you familiar with an issue concerning offstreet

8   parking at a church in the Little Havana area?

9         MS. SUAREZ:  Objection.  Lack of personal knowledge.

10  The timeframe is outside his employment.

11        THE COURT:  Sustained.

12        MR. PERTNOY:  Can we bring up church lot, aerial 2?

13  It's a demonstrative.

14  **BY MR. PERTNOY:**

15  Q.   Mr. Goldberg, do you recognize this neighborhood?

16  A.   Yes.

17  Q.   What neighborhood is this?

18  A.   It's 8th Street on the top of the picture, then the

19  neighborhood to the south of 8th Street.

20  Q.   And have you been to this neighborhood personally?

21  A.   Yes.

22  Q.   Have you driven around both the commercial area and the

23  residential areas?

24  A.   Yes.

25  Q.   Do you recognize the white building at the bottom of the

```
 1   picture?
 2   A.   Yeah, it's a church.
 3   Q.   All right.  And are you familiar with this church?
 4   A.   Yes, drove by it.
 5            MR. PERTNOY:  Ms. Suarez, do you have any objection
 6   to having this placed into evidence as an exhibit?
 7            MS. SUAREZ:  The photo, no objection.
 8            MR. PERTNOY:  We'll have to get a number because it
 9   was a demonstrative.  We'll provide that to the Court later.
10            THE COURT:  Okay.
11            MR. PERTNOY:  Seek to move into evidence.
12            THE COURT:  Granted.
13            MR. PERTNOY:  Thank you.
14   BY MR. PERTNOY:
15   Q.   Now, with respect to this church, can you discuss and
16   explain to the jury whether commercial parking is permitted at
17   this church --
18            MS. SUAREZ:  Objection.
19   Q.   -- under the Zoning rules and in the city code?
20            MS. SUAREZ:  Objection.  Calls for expert testimony.
21            THE COURT:  Sustained.
22   BY MR. PERTNOY:
23   Q.   Do you have personal knowledge as to the zoning with
24   respect to offstreet parking and this church?
25   A.   Yes.
```

```
 1   Q.   Can you explain what the zoning and offstreet parking

 2   guidelines are with respect to this church?

 3           MS. SUAREZ:  Same objection.

 4           THE COURT:  Sustained.

 5   BY MR. PERTNOY:

 6   Q.   With respect to buildings in residential neighborhoods, do

 7   the parking guidelines and the city code permit parking in

 8   residential neighborhoods?

 9           MS. SUAREZ:  Objection.  Leading.

10           THE COURT:  Sustained.

11   BY MR. PERTNOY:

12   Q.   What is permitted with respect to parking under the City

13   of Miami Code as it relates to residential neighborhoods?

14   A.   So parking for -- in a residential neighborhood is for

15   that residential neighborhood.  So if you have a single-family

16   home or a duplex neighborhood, then you're permitted to park

17   cars for those residential uses.

18       It could be your own car that you have at your house.  It

19   could be a friend that you have over.  It could be a plumber

20   you call.  But basically, it would be parking in a residential

21   neighborhood on a private property is supposed to be for that

22   property, for that residential property.

23   Q.   Does the code allow a commercial business to park in a

24   residential neighbored?

25           MS. SUAREZ:  Objection.  Leading.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. PERTNOY:
 3   Q.   What does the code allow for with respect to commercial
 4   use in residential neighborhoods?
 5   A.   It generally prohibits it, and there's a large table in
 6   our code.  It's our table of uses.  It has all the different
 7   zones, all the different zoning categories, and where you can
 8   and can't have a use.  There's a longstanding written zoning
 9   interpretation by one of my predecessors --
10              MS. SUAREZ:  Your Honor, I'm going to object.
11   Hearsay and also testifying as an expert.
12              THE COURT:  Overruled.  As to predecessor, I'm
13   sustaining the objection.  Next question, Mr. Pertnoy.
14              MR. PERTNOY:  Sure.
15   BY MR. PERTNOY:
16   Q.   Are the parishioners of the church allowed to park at the
17   church?
18   A.   Yes.  Absolutely.
19   Q.   Why is that?
20   A.   Because that property has an approved use as a church.  So
21   if you want to park there for church purposes, because you are
22   going there to pray on Sunday or to meet with the priest or
23   pastor or whatever clergy may be there, that's part of the
24   church use.  That parking is in furtherance of that approved
25   use.
```

```
 1   Q.   Now, what is the overarching purpose behind these, this

 2   zoning and these rules for parking?

 3   A.   It's to make sure that people who live in a residential

 4   neighborhood, and this is a good example because you see a mix

 5   of multi-family buildings and single home.

 6        No matter what residential neighborhood you live in, the

 7   idea is to keep commercial traffic, noise, and commotion out so

 8   that you have somewhat tranquility to go home to at the end of

 9   the day.  And, you know, granted, in a multi-family setting, it

10   might be a little less tranquil because you have more people,

11   but the idea is you keep the commercial where it's appropriate

12   and you don't allow for the parking in a residential area so

13   that you have somewhere that's enjoyable to live in and reside

14   in.

15        MR. PERTNOY:  Okay.  So let's switch -- take this

16   down, please, and can we bring up DX 649?  Yes, it is in

17   evidence.

18        THE COURT:  It can be published.  Of course, any

19   exhibit that has been introduced may be published, okay?

20        MR. PERTNOY:  Sorry about that.  I was asleep at the

21   wheel.

22        THE COURT:  No problem.

23        MR. PERTNOY:  Can you make that a little bigger so

24   it's a little easier to see?

25
```

1    **BY MR. PERTNOY:**

2    Q.   Mr. Goldberg, do you recognize this photo and what it is

3    showing?

4    A.   Yes.

5    Q.   Can you describe to the jury what generally is being shown

6    in this photo from your personal knowledge?

7    A.   Yeah, there's 8th Street on the bottom of the photo, 15th

8    Avenue on the east side, and then there's a couple of

9    businesses.  There's the cigar shop, the ice cream place, Ball

10   & Chain bar, and then an empty building, parking lot behind it,

11   a Pizza Hut.  I walked by that before, and then a number of

12   multi-level buildings to the north.

13   Q.   During the course of this trial, there's been some videos

14   shown in October of 2018 regarding this parking lot.  You were

15   working at the City Attorney's Office in October of 2018,

16   correct?

17              MS. SUAREZ:  Objection.  Leading.

18              THE WITNESS:  Yes.

19              THE COURT:  Overruled.

20              THE WITNESS:  Yes.

21   **BY MR. PERTNOY:**

22   Q.   So are you familiar with this parking lot right next to

23   Ball & Chain?

24   A.   Yes.

25   Q.   Have you done research into the status of this parking lot

```
 1  with respect to Ball & Chain?
 2  A.   Yes.
 3  Q.   Can you describe and explain to the jury the use of this
 4  parking lot?
 5  A.   Yeah.  This parking lot, the building on the south side,
 6  which I think is labeled 1521 8th Street, that building plus
 7  the parking lot and the little building on the north side at
 8  the top, those were given an approval under a prior Zoning code
 9  as one property with a parking lot to serve both of these
10  buildings.
11       So there is an approval today for that parking to be for
12  the little building on top and that 1521 building on the
13  bottom.
14  Q.   So let me make sure I understand that.  This parking lot
15  is allowed to be used by the address 1521 SW 8th Street?
16             MS. SUAREZ:  Objection.  Leading.
17             THE COURT:  Wait.  Sustained.
18             THE WITNESS:  Yes.
19  BY MR. PERTNOY:
20  Q.   Which property is allowed to commercially use the parking
21  lot?
22  A.   1521 SW 8th Street as well as the -- I forget the address,
23  but that little building to the north.
24  Q.   Which is on 7th?  SW 7th Street?
25  A.   Correct.
```

```
 1   Q.   Okay.  Now, right next door, Ball & Chain, are they
 2   allowed to use this parking lot?
 3   A.   No.
 4   Q.   Why not?
 5   A.   Because to the best of my knowledge, there's no approval.
 6   There's no site plan approval showing Ball & Chain and that
 7   parking lot together.  They're two separate properties for
 8   zoning purposes as of today.
 9   Q.   Is there a way that Ball & Chain could, if it wished to,
10   use this parking lot in a legal manner?
11              MS. SUAREZ:  Objection.  Hypothetical.  Leading.
12              THE COURT:  Sustained.
13   BY MR. PERTNOY:
14   Q.   What would need to be done in order for Ball & Chain to be
15   allowed to use this parking lot?
16   A.   So Ball & Chain, because Ball & Chain is a bar, an alcohol
17   service establishment, and because the parking rules follow the
18   use, meaning you would need whatever permit is needed for a bar
19   to have parking for a bar.
20        Because of that, Ball & Chain, as well as the building
21   just to its west are in what's known as the 8th Street
22   specialty district.  It's a district for our alcohol regulation
23   that permits bars by what we call a warrant, which is just an
24   administrative approval.
25        However, the 7th Street side is not in that district.  The
```

1    7th Street side is not in the specialty district, and so the

2    general rule is that when you propose a bar, or in this case

3    parking for a bar, which would be the same type of use, you

4    need what's called a special exception, which is -- it's an

5    approval that's approved at a public hearing.

6         So you would need in that case, if you wanted to have the

7    parking expand both sides for Ball & Chain, you would need an

8    exception with a subordinate warrant permit.

9    Q.   To your knowledge as you sit here today, has anybody from

10   Ball & Chain ever sought that special exception?

11   A.   Not that I know of.

12   Q.   So if Ball & Chain was, in fact, using that parking lot,

13   would that be illegal?

14            MS. SUAREZ:  Objection.  Hypothetical.

15            THE COURT:  Sustained.

16   **BY MR. PERTNOY:**

17   Q.   Well, in this trial, Mr. Goldberg, Mr. Fuller testified

18   that Ball & Chain was using this parking lot.  Would that be

19   proper and legal under the current city code and zoning?

20            MS. SUAREZ:  Objection.  Improper opinion.

21            THE COURT:  Sustained.

22   **BY MR. PERTNOY:**

23   Q.   As the Zoning Administrator, do you have any knowledge as

24   to whether or not there is an allowable use for Ball & Chain to

25   use this parking lot as you sit here today?

 1                MS. SUAREZ:  Objection.  Asked and answered.

 2                THE COURT:  Overruled.  You can answer.

 3                THE WITNESS:  There's no approval.  Everything I've

 4    seen on Ball & Chain doesn't include 1521 8th Street or the 7th

 5    Street side property.

 6    **BY MR. PERTNOY:**

 7    Q.   Let's switch gears and are you familiar with a property

 8    known as Calle Ocho Marketplace?

 9    A.   Yes.

10    Q.   Are you familiar with the kiosks that were being

11    constructed?

12                MS. SUAREZ:  Objection.  Leading.

13    **BY MR. PERTNOY:**

14    Q.   Calle Ocho Marketplace?

15                THE COURT:  Sustained.

16                MR. PERTNOY:  I was trying to get some baseline, Your

17    Honor.  All right.  Let's pull up DX 28 and go to page 21,

18    please.  This is already in evidence.  Actually, just go to

19    page 30.

20    **BY MR. PERTNOY:**

21    Q.   Do you recognize this property?

22    A.   Yes.

23    Q.   Can you tell us what this property is?

24    A.   That's a residential property.

25    Q.   Right.  And are you familiar with the shipping container

```
 1   kiosks that are being -- that are right in front of the
 2   residential property?
 3              MS. SUAREZ:  Objection.  Leading.
 4              THE COURT:  Overruled.  He can answer that question.
 5              THE WITNESS:  Yes.
 6   BY MR. PERTNOY:
 7   Q.   Can you -- what is your understanding of what was being
 8   done with these shipping containers?
 9              MS. SUAREZ:  Objection.  Speculation.
10              THE COURT:  Overruled.  If he knows personally.
11   BY MR. PERTNOY
12   Q.   You can answer.
13   A.   My understanding is that these were being done to create a
14   kind of outdoor marketplace on a farmer's market permit, if I'm
15   not mistaken.
16   Q.   Now, you're familiar from a zoning perspective with the
17   lots that exists for this property, correct?
18              MS. SUAREZ:  Objection.  Leading.
19              THE COURT:  Sustained.
20   BY MR. PERTNOY:
21   Q.   Do you know the zoning for the lots that make up the Calle
22   Ocho Marketplace?
23   A.   Yes.
24   Q.   Can you describe to the jury what the zoning is for the
25   lots that make up the Calle Ocho Marketplace?
```

1    A.   It's commercial or mixed use zoning, so it allows for a

2    range of commercial uses, or you could have residential, I

3    believe even lodging.  It's basically a very wide range.  It's

4    not solely commercial or solely residential.

5    Q.   And the lot right behind it where this little residential

6    structure is, do you know the zoning of that?

7    A.   It's residential.

8    Q.   Now, with respect to residential lots, what is permissible

9    to be done on them with respect -- in a commercial context?

10             MS. SUAREZ:  Objection.  Calls for expert testimony.

11             THE COURT:  Sustained.  Rephrase the question.

12   **BY MR. PERTNOY:**

13   Q.   Do you understand what work was being performed by the

14   plaintiffs on the residential lot?

15             MS. SUAREZ:  Objection.  Leading.

16             THE COURT:  Overruled.

17             THE WITNESS:  I understand they were cutting these

18   containers to create these sort of pop-up kiosk type things.

19   **BY MR. PERTNOY:**

20   Q.   And the zoning for this residential lot, would it allow

21   such work on the residential lot?

22             MS. SUAREZ:  Objection.  Calls for an expert

23   testimony.

24             THE COURT:  Sustained.

25

1    **BY MR. PERTNOY:**

2    Q.   The work that was being performed on these containers on

3    the residential lot, is there any -- is there any issues with

4    that under the zoning code?

5             MS. SUAREZ:  Objection.  Same objection.

6             THE COURT:  Sustained.

7    **BY MR. PERTNOY:**

8    Q.   The work that was being performed on the containers, can

9    you describe that work and how it applies to the zoning code?

10            MS. SUAREZ:  Objection.  Lack of personal knowledge.

11            THE COURT:  Sustained.

12   **BY MR. PERTNOY:**

13   Q.   You can take that down for the moment.  Do you have

14   personal knowledge concerning Miami 21?

15   A.   Yes.

16   Q.   What is Miami 21?

17   A.   Miami 21 is the City of Miami's Zoning Code.  It was

18   enacted about 13 years ago.  It was at the time very cutting

19   edge.  It's the zoning code that instead of the typical zoning

20   code where it just gives you a couple of rules like at the time

21   set the building back ten feet --

22            MS. SUAREZ:  Your Honor, I'm going to object to the

23   narrative.

24            THE COURT:  Overruled.  You can finish, Mr. Goldberg.

25            THE WITNESS:  It's basically instead of just your

1   sort of plain Jane zoning code that most jurisdictions have

2   that say set the building back, build the parking, give us a

3   tree, it's very cutting edge in the sense in these mixed use

4   areas, these commercial corridors, you have very strict rules

5   about how the building meets the streets.

6           You have that walkability, like you're in Austin,

7   Texas or in Boston, Massachusetts, you have that walkability

8   where you have with frequent windows and doors, you minimize

9   the impact of vehicles on the pedestrian experience --

10          MS. SUAREZ:  Objection.  Narrative.

11          THE COURT:  Sustained.

12  **BY MR. PERTNOY:**

13  Q.   All right.  With respect to Miami 21, how does that affect

14  commercial work on residential land?

15          MS. SUAREZ:  Objection.  Calls for expert testimony.

16          THE COURT:  Sustained.

17          MR. PERTNOY:  Let's bring up DX 30 which is also in

18  evidence.  Sorry.  I meant DX 630.  My apologies.  Can you make

19  that a little bit larger?

20  **BY MR. PERTNOY:**

21  Q.   Mr. Goldberg, are you familiar with this letter?

22  A.   Yes.

23  Q.   And can you review the letter and then explain to the jury

24  what it is you are explaining to Mr. Malone in this letter?

25  A.   Sure.  So this letter is an alcohol reservation letter.

1  What that means is in every jurisdiction, not just City of

2  Miami, there are rules as to where bars or in this case, a

3  distillery, but there's rules as to where they can and can't

4  go.

5      Some of rules including the City of Miami in addition to

6  just you could have it commercial and not residential, some of

7  those rules have what we call distance separation.

8      The idea that you can't have too many bars close together.

9  They have to be separated so you don't get that Bourbon Street

10 or that Duval Street kind of atmosphere.

11     In this case here, we have a system in our -- in an office

12 of Zoning where if you propose a new alcohol service

13 establishment, that's what we call a bar or distillery, if you

14 propose one because there are distant separation requirements,

15 we have a reservation system so you can reserve your spot.

16     So if you want to reserve your spot at 123 Main Street,

17 the person at 125 Main Street can't go build out a bar and when

18 they say open first, say sorry, too bad, so sad.

19     So this is our letter for our reservation system to make

20 sure that people can reserve a spot, and do whatever

21 construction or buildout they need to do, and then get opened.

22 Q.  I'd like you to read the second paragraph of your letter.

23 A.  Sure.  After a careful review of the liquor survey

24 provided by the Office of Zoning, your proposed location does

25 not meet the distance separation requirements in Section 4-5

1    the Miami Code of Ordinances due to being located within 500

2    feet from a school at approximately 405 feet, and within 300

3    feet of a religious facility at approximately 295 feet.

4    Q.   What does that mean?

5    A.   So, our rules -- our rules have distances between bars,

6    and they also have distances from bars or in this case a

7    distillery, but we treat them the same, between these

8    establishments and not just one another, but also between the

9    establishment and a school or a religious facility like a

10   church or synagogue or something like that.

11        The way the system works is someone submits a letter of

12   intent just saying I'd like to open a bar or distillery and

13   they provide a survey from a licensed surveyor showing they

14   were far enough from all of these things so we can get them a

15   reservation and let them move on.

16        In this case, the survey they provided showed they were

17   too close to a school or a religious facility to be allowed to

18   be given a reservation and move forward.

19   Q.   And why does the City of Miami want to have these

20   distances?

21   A.   The distances between bars are, again, so that you don't

22   have that crazy Bourbon Street New Orleans feel which is fun

23   but it's not for everybody, or a Duval Street and the

24   separation between one of these places and a school or

25   religious facility is because a religious facility is a place

1    where you want some quiet, some respite so that you can pray or

2    do what you need to do on a religious level.

3         And from schools is because you have children there and

4    the idea is that you don't want to create a bad atmosphere in

5    the neighborhood because you have too many bars close to

6    schools.

7    Q.   Now after you sent this letter, did you ever get a

8    response from Mr. Malone saying hey, you're full of it, and

9    that's nonsense?

10             MS. SUAREZ:   Objection.   Assumes facts not in

11   evidence.

12             THE COURT:   Sustained.

13   **BY MR. PERTNOY:**

14   Q.   Did you ever receive a response from Mr. Malone or any of

15   his representatives after you sent this letter?

16   A.   Not that I recall.

17   Q.   Did you ever receive a response from Mr. Fuller or

18   Mr. Pinilla regarding this letter?

19   A.   No.

20   Q.   And when you send these types of letters out, is that the

21   be all, say all, it's over and done with, or are there options

22   for somebody?

23   A.   I mean, there's an informal option that if you think I'm

24   wrong, people all the time think I'm wrong or my staff is

25   wrong, they send me an email, we look at it and we try to talk

```
1   it out and see if there's any solutions.

2   Q.   And was that done in this instance?

3   A.   No, I don't remember being reached out to on this one.

4   Q.   And is there a more formal option available if they think

5   you're wrong?

6   A.   There's no -- as far as I know, there's no appeals of

7   these decisions, but you can always go to my boss and say, hey,

8   Dan, the deputy city manager, Dan is screwing up.  He's doing

9   it wrong.

10  Q.   Could they go to PZAB?

11            MS. SUAREZ:  Objection.  Leading.

12            THE COURT:  Sustained.

13  BY MR. PERTNOY:

14  Q.   What is PZAB?

15  A.   The city's Planning and Zoning Appeals Board.  It's a

16  board made up of residents and business owners who live, work

17  or own real property in the city.  It's a board that hears --

18  hears recommendations for rezonings.  It also hears what I

19  mentioned earlier, which are exceptions.  Those public hearing

20  items to allow certain uses.  It's a citizen board that handles

21  planning and zoning issues.

22  Q.   The issue that's discussed in this letter, is that

23  something that a citizen could go to and seek an exception on

24  through PZAB?

25            MS. SUAREZ:  Objection.  Leading.
```

 1              THE COURT:  Sustained.

 2    **BY MR. PERTNOY:**

 3    Q.   Is there -- does PZAB offer exceptions for distances from

 4    liquor locations -- or yeah, liquor -- for proposed locations

 5    for a bar?  Do they offer exceptions?

 6    A.   Yeah, the city code -- the city code regarding alcohol

 7    allows by exception to reduce distance separation by up to

 8    fifty percent.  And in this case, according to the face of the

 9    letter, they looked like they're fairly close so they -- they

10    could seek that relief.

11    Q.   To your knowledge, did they seek this relief?

12              MS. SUAREZ:  Objection.  Speculation.

13              THE COURT:  Sustained.

14    **BY MR. PERTNOY:**

15    Q.   I'm asking if -- do you have knowledge of whether they

16    sought this relief?

17    A.   No.  I mean, I have not seen anything on this property.  I

18    don't remember receiving anything or hearing about an exception

19    being filed.

20    Q.   Okay.  Can we put that down?  Are you familiar with a

21    property known as El Shopping Center?

22    A.   Yes.

23    Q.   Can you please describe to the jury what is El Shopping

24    Center?

25    A.   El Shopping Center is a collection of properties in Little

```
 1   Havana.  It is a -- there's an old sort of L-shaped two-story
 2   shopping center.  Those are fairly common in Little Havana with
 3   a little surface lot, a small underground parking area.
 4        To the south is a small building that I think had a school
 5   in it, if I'm not mistaken, and then to the west of all of
 6   that, and this was all under one approved site plan, was a
 7   two-story parking garage.
 8   Q.   So I want to make sure we understand.  So there's a
 9   shopping center and a separate parking garage, correct?
10   A.   Yes.
11   Q.   Okay.  What issues were you aware of with respect to the
12   parking garage?
13             MS. SUAREZ:  Objection.  Timeframe.
14             THE COURT:  All right.  Rephrase the question.
15   BY MR. PERTNOY:
16   Q.   Are you aware that there are issues concerning the El
17   Shopping Center parking garage?
18             MS. SUAREZ:  Objection.
19             THE WITNESS:  Yes.
20             THE COURT:  Overruled.
21             THE WITNESS:  Yes.
22   BY MR. PERTNOY:
23   Q.   Can you describe those issues and the timeframe in which
24   those issues exist?
25   A.   So the issue was that the -- again, you have the shopping
```

1   center, the little building to the south and the parking

2   garage.  They were all under one common site plan.

3        One of the things we have in Zoning is what's called

4   required parking which is whenever you build a building and

5   sometimes if you change the use of that building, you have to

6   provide parking.

7        And the reason for that is that you want to make sure that

8   cars aren't circling around the neighborhood looking for a

9   space to park.  They're not intruding into residential

10  neighborhoods to try to find a place to park on the side of the

11  road.

12       We have requirements that you build a building, you have

13  to have parking associated with it.  What happened was the

14  parking garage was deemed unsafe and as part of the Unsafe

15  Structure Panel's review, it was deemed unsafe.

16  Q.   So there was an Unsafe Structure Order deeming the parking

17  garage unsafe?

18            MS. SUAREZ:  Objection.  Leading.

19            THE COURT:  Sustained.

20  **BY MR. PERTNOY:**

21  Q.   What did the Unsafe Structure Panel do with respect to the

22  parking garage?

23            MS. SUAREZ:  Objection.  Lack of personal knowledge.

24            THE COURT:  Overruled.  If he knows.

25            THE WITNESS:  The Unsafe Structure Panel issued an

1    order.  It was either repair or demolish, but they issued an

2    order finding it unsafe.

3    **BY MR. PERTNOY:**

4    Q.   And then that order, did that make it to your department?

5    A.   Yes.

6    Q.   And what is your department's role when there's an Unsafe

7    Structure Order?

8    A.   When our department is sent Unsafe Structure Orders, the

9    city code requires that I must revoke the Certificate of Use

10   for that property.

11   Q.   What does that mean?

12   A.   So a Certificate of Use, it's a certificate.  It's a piece

13   of paper, but it's a certificate that evidences that a certain

14   structure has met all of its life safety requirements and is

15   authorized to have that use in it.

16        So, for example, if you had a bank, the bank would have a

17   CU that might say commercial.  It might say bank.  You would

18   have the square footage of it, and that CU means it's been

19   inspected, it's authorized to be used for that purpose.

20   Q.   If you're revoking the CU, what does that mean?

21   A.   It means that you shouldn't be using that property because

22   a CU has been revoked.  There's no CU.

23   Q.   Why does the City of Miami not want people to use

24   properties where you're revoking a CU?

25   A.   Well, in that case, because it was deemed unsafe, someone

```
 1   could drive in there and something bad could happen.  It's

 2   unsafe.

 3   Q.   Is that the general philosophy behind revoking CUs?

 4   A.   Yeah, the idea is if it's an Unsafe Structure Order and

 5   the Unsafe Structure Panel has deemed it to be unsafe for

 6   people to be in, you shouldn't have people in there.  You

 7   shouldn't have the general public in it.  If it's a shopping

 8   center or an office building or something like that, it just

 9   shouldn't be used until it's repaired.

10   Q.   When you revoked the CU for El Shopping Center, did that

11   have an affect on the shopping center itself?

12   A.   Yes.  What happened was when I revoked the CU for the

13   shopping center because it was -- when I revoked the CU for the

14   garage to be more precise, because that -- those parking spaces

15   which represented I believe half or over half of the overall

16   parking for the whole project, because they were offline

17   indefinitely, because no one could park in them, the overall

18   project became deficient in parking.

19        So I went ahead and revoked the CUs for the remainder of

20   the shopping center.

21   Q.   And, to your knowledge, what types of businesses are in

22   that shopping center?

23   A.   I remember there was a school, there was a preschool, if

24   I'm not mistaken.  There was a couple of retailers.  I think

25   there may have been an office in the top floor if I'm not
```

```
 1    mistaken, but there was a variety of small businesses.
 2    Q.   Now, when the CU is revoked, did you work with the owners
 3    of the property to assist their tenants?
 4              MS. SUAREZ:  Objection.  Leading.
 5              THE COURT:  Overruled.
 6              THE WITNESS:  Yeah, former Deputy City Attorney Barny
 7    Min put me in touch Mr. Pinilla and we did meet on it, and what
 8    I decided to do as an accommodation because I think it was
 9    within -- I think it was within what was allowed by the city
10    code by the Zoning Code, and again, as an accommodation because
11    we're not in business of just shutting down businesses for fun.
12              It was only because it didn't have the required
13    parking.  That's the rule.  What we did was I instructed one of
14    my subordinates to keep -- we calculated how many parking
15    spaces were remaining, and I instructed my subordinate to keep
16    a log and to allow businesses back into the shopping center on
17    a first come first serve basis until the number of parking
18    spaces that still existed and were safe to use were used up.  I
19    did that as an accommodation to try to help out.
20    BY MR. PERTNOY:
21    Q.   And did you have discussions with Mr. Pinilla to that
22    effect?
23              MS. SUAREZ:  Objection.  Hearsay.
24              THE COURT:  Overruled.
25              THE WITNESS:  I remember we had a meeting about the
```

 1   shopping center.

 2   **BY MR. PERTNOY:**

 3   Q.   And did you explain that accommodation to him?

 4   A.   I don't recall if we came up with it at that meeting or

 5   afterwards, but that's what we came up with internally in

 6   Zoning to try to, again, try to not hurt these businesses.

 7   Q.   And in doing so, were you able to implement that

 8   accommodation?

 9   A.   Yes.

10   Q.   I want to continue to talk to you a little bit about

11   Certificates of Use.

12          MR. PERTNOY:  I was going to do -- this was number 3

13   from his deposition.  Can you please bring up number 3 from his

14   deposition?  No objection, seek to publish and move into it

15   evidence?

16          THE COURT:  Yes, sir.

17             (Defendant's Exhibit 721 Received.)

18          MR. PERTNOY:  DX 721.  Defendant's Exhibit 721.  Can

19   you make that a little larger, please?

20   **BY MR. PERTNOY:**

21   Q.   Mr. Goldberg, could you please review this email and then

22   explain to the jury what it is you're doing in this email?

23   A.   Yeah, starting in summer of 2021, the Building Department

24   began sending the orders from the Unsafe Structure Panel

25   finding properties to be unsafe.

1       And so what we did in -- what this email is is me telling

2   my subordinates to set up a process by which we revoke CUs by

3   creating a letter sent to the holder of each CU and along with

4   the Unsafe Structures Order, and the letter explains that the

5   CU is being revoked because of the Unsafe Structure Order

6   because the city code requires it, and then advising them of

7   their appeal rights.  So this is an email where we set up that

8   system.

9   **BY MR. PERTNOY:**

10  Q.   Are there other properties other than the plaintiffs'

11  properties in the City of Miami that had been declared unsafe?

12  A.   Oh, yeah, a lot.

13  Q.   When you say a lot, could you give an estimate?

14  A.   Of how many that are unsafe?

15  Q.   That have been declared unsafe with Unsafe Structure

16  Orders.

17  A.   I'm not sure.  I know that I've revoked a lot of CUs on

18  that basis.

19  Q.   Let's flip the page to the second page.  So this is --

20  do you recognize the document?

21  A.   It's an Unsafe Structures Order.

22  Q.   And what is the owner's name on this Unsafe Structures

23  Order?

24  A.   Forsythe Financial, LLC.

25  Q.   And to your knowledge, is that -- does that have anything

```
 1   to do with the plaintiffs?
 2   A.   Not to my knowledge, no.
 3           MR. PERTNOY:  Can we go to the next Unsafe Structure
 4   Order?
 5   BY MR. PERTNOY:
 6   Q.   Can you identify this and who the owner is on this
 7   document?
 8           MS. SUAREZ:  Objection.  Relevance.
 9           THE COURT:  Overruled.
10           THE WITNESS:  It's another Unsafe Structure Order.
11   The owner's name is Skawg Holdings, LLC.
12   BY MR. PERTNOY:
13   Q.   Again, does that have anything to do with the plaintiffs?
14   A.   Not that I know of, no.
15   Q.   Can we, with some efficiency, flip through this because I
16   think it's like 300 pages, and just look at these and confirm
17   that these are Unsafe Structure Orders as we go through?  I'll
18   wait till the end though.
19   A.   Okay.  You want me to just wait?
20   Q.   Yeah.
21           THE COURT:  Also at ten after, we're going to take a
22   brief five minute break, okay?
23           MR. PERTNOY:  Sure.
24   BY MR. PERTNOY:
25   Q.   Just stop on the next order.  That's fine.  This goes on
```

```
 1   for a while.  I'm not going to bore you or the jury any
 2   further.
 3       This is a batch of Unsafe Structure Orders, correct?
 4   A.   Yes.  I think I saw one Compliance Agreement in there, but
 5   all those documents on the same format there are Unsafe
 6   Structures Orders.
 7   Q.   Can you just explain so that it's clear, the city-wide
 8   policy with respect to Unsafe Structure Orders and how it works
 9   with the Zoning Department?
10   A.   Yeah, it kind goes back to that email we looked at
11   earlier.  The building sends me these orders.  In this case
12   here, Elias Gross owns a property at 1938 NW 17th Avenue, and
13   it's been declared unsafe and they're required to submit a
14   40-50 year recertification.
15       When I get this order, I then have my staff draft up
16   a letter revoking the CU.  I doublecheck -- not in this case,
17   but in some cases, you'll have more than one tax folio.  I'm
18   sorry, you'll have a tax folio.  You'll have more than one
19   structure.  I doublecheck and make sure we're revoking the CU
20   for the right structure.  I doublecheck, make sure the
21   information is correct in the letter.
22       If so, I sign it.  It's then mailed to the property owner
23   advising them of what's happened and their appeal rights.
24   Q.   And to be clear, this is a city-wide policy and procedure?
25           MS. SUAREZ:  Objection.  Asked and answered.
```

1          THE COURT:  Sustained.

2    **BY MR. PERTNOY:**

3    Q.   Does the revoking of CUs when Unsafe Structure Orders are

4    entered have anything to do with the plaintiffs?

5          MS. SUAREZ:  Objection.  Leading.

6          THE COURT:  Grounds?

7          MS. SUAREZ:  Leading.

8          THE COURT:  Overruled.  You can answer that, sir.

9          THE WITNESS:  No, I get a big batch of Unsafe

10   Structure Orders from properties all over the city from the

11   farthest north to the farthest south and west.  I get -- like I

12   said, I get the order, I doublecheck to make the information is

13   right.  If so, I sign a letter revoking the CU and that letter

14   is sent out to the owner.

15         MR. PERTNOY:  Thank you, Your Honor.  I was going to

16   switch topics.  I know you mentioned that you wanted to stop in

17   about five minutes.

18         THE COURT:  You can continue.

19         MR. PERTNOY:  I just wanted to let you know.

20         THE COURT:  I've got the time.  I'm aware of it.

21   Thank you.

22         MR. PERTNOY:  So I'd like to move into evidence DX

23   722 which there is no objection?

24         MS. SUAREZ:  No objection, but I think it's 723.

25         MR. PERTNOY:  Thank you, all.  Much appreciated.

1    Let's call up 723.  Permission to publish, Your Honor?

2             THE COURT:  Granted.

3             MR. PERTNOY:  Permission to move into evidence?

4             THE COURT:  Granted.

5                  (Defendant's Exhibit 723 Received.)

6    **BY MR. PERTNOY:**

7    Q.   Thank you.  Mr. Goldberg -- can you make that a little

8    larger?

9         Mr. Goldberg, do you recall receiving -- if you look down

10   at the second email on the -- one more down.  Perfect, right

11   there.  Thank you.  Do you recall receiving this email on or

12   about October 30, 2020?

13   A.   Yes.

14   Q.   Can you explain to the jury what -- why you were receiving

15   this email and what this is generally about?

16   A.   Yeah.  The Victoria Mendez pictured in the from line right

17   there, she's the city attorney and she said that she wants a

18   meeting to discuss a warrant for these properties.  And the

19   timing and to make sure there aren't any violations that aren't

20   associated with it.

21        And she also wanted to discuss -- she mentions here, it

22   says Wynwood, Lemon City and 8th Street Cultural Specialty

23   Districts, those are the districts for the purpose of our

24   alcohol regulation where they have different rules as far as

25   where bars can be.  She said to review the attached emails and

1    then she wanted to meet.

2    Q.   And can you explain to everybody what a warrant is?

3    A.   Yeah, a warrant -- these have different names in different

4    jurisdictions.  Some places will call it a Conditional Use

5    Permit.  All a warrant is, or a Conditional Use Permit in any

6    other jurisdiction, what that means is it's a use that's

7    allowed but and in this case, it's administrative, no public

8    hearing.  It's just issued by our Planning Department, not

9    myself.  But it's a use that's allowed as long as it meets

10   certain criteria.

11       And then through that process, Planning, in this case it's

12   our Planning Department staff can add conditions to that

13   warrant to make sure that proposed use is compatible with the

14   neighborhood.

15   Q.   So is a warrant effectively another word for a permit?

16   A.   It's a type of permit, yes.

17   Q.   Okay.  And if you go to the top email, the November 2nd

18   email, this one is from you and you're sending it looks like a

19   handful of email attachments to other folks in the City of

20   Miami?

21   A.   Yes.

22   Q.   I'd like to just turn to the second page.  And that's the

23   commencement of the attachments, is that fair to say?

24   A.   Yes.

25   Q.   Okay.  And if you're looking at this October 27th,

1    October, 2020 email in the first line, it references a warrant

2    regarding Ball & Chain and it says PZ 19-4801.  Do you see

3    that?

4    A.   I do.

5    Q.   Is that the warrant that this meeting is about?

6    A.   Yes, I believe it was about an outdoor -- either -- it was

7    either a warrant for to expand the alcohol use to the outdoors

8    or for the outdoor dining use.

9    Q.   At this time in 2020, what was your understanding of the

10   status of Ball & Chain's ability to use its outdoor space?

11            MS. SUAREZ:  Objection.  Calls for expert testimony.

12            THE COURT:  Overruled.  He can answer that question.

13            THE WITNESS:  They didn't have a right to use the

14   outdoor space.  Ball & Chain was originally approved under a

15   prior code under what was called back then a Class II permit

16   but it was the same thing.

17            It was an administrative permit and as part of this

18   permit, like almost all of them, there's a drawing or a plan

19   showing where the use is going to be.

20            That bar back then which Ball & Chain inherited that

21   entitlement because entitlements run with the land, they're not

22   personal to the person who owns it, that only depicted the

23   inside of Ball & Chain.  It did not depict the outdoors.

24   Q.   And so --

25            THE COURT:  You can stop right here.  We will pick up

```
 1   in ten minutes at 12:20.  Again, do not discuss this case with
 2   anyone.  Do not formulate any opinion.  We'll see you in ten
 3   minutes.  12:20.  Thank you.
 4              MR. PERTNOY:  Your Honor, we're breaking until when?
 5              THE COURT:  Ten minutes.  Ten minute break.
 6              MR. PERTNOY:  Thank you.
 7              (Thereupon, the jury exited the courtroom and
 8                        a short recess was had.)
 9              THE COURT:  You can bring the jurors, Rita, please.
10   Thank you.
11              (Thereupon, the jury entered the courtroom.)
12              THE COURT:  All right.  The members of the jury are
13   all present and accounted for.  You may be seated, everyone.
14         Mr. Pertnoy, you may continue with your direct
15   examination, sir.
16              MR. PERTNOY:  Thank you, Your Honor.
17   BY MR. PERTNOY:
18   Q.   We were talking about DX 723 and the meeting that you were
19   preparing for in November of 2020, just to bring you back to
20   where we were.
21         And, again, that was in regards to a warrant application
22   that Ball & Chain was filing, correct?
23   A.   Yes.
24   Q.   And I think I asked you this again, but your understanding
25   was at the time of this meeting and this warrant application,
```

```
 1   what was the status of Ball & Chain's ability to use the
 2   outdoor area?
 3           MS. SUAREZ:  Objection.  Calls for a legal
 4   conclusion.
 5           THE COURT:  Overruled.
 6           THE WITNESS:  They didn't have a right to use the
 7   back area.  The approval they were operating under a prior code
 8   was a Class II special permit, similar to the warrant
 9   administrative.  It only -- they had -- they had a plan on it
10   but it only depicted the indoors, not the back area, not the
11   outdoor area.
12   BY MR. PERTNOY:
13   Q.   So they didn't have the necessary permit to operate
14   outdoors?
15   A.   Correct.
16   Q.   And were they, in fact, operating outdoors to your
17   knowledge?
18           MS. SUAREZ:  Objection.  Leading.
19           THE COURT:  Sustained.
20   BY MR. PERTNOY:
21   Q.   Do you know whether they were operating outdoors prior to
22   the warrant?
23   A.   I do, and they were.
24   Q.   And this warrant application, this -- I think we
25   identified it as PZ 19-4801.  Was this -- what was the reason
```

```
 1   they were now seeking the warrant?

 2           MS. SUAREZ:  Objection.  Speculation.

 3           THE COURT:  Sustained.

 4   BY MR. PERTNOY:

 5   Q.   Do you know why they were seeking the warrant?

 6           MS. SUAREZ:  Objection.  Speculation why someone else

 7   was doing something.

 8           THE COURT:  I didn't hear you.

 9           MS. SUAREZ:  He's asking why someone else was seeking

10   the permit.

11           THE COURT:  Sustained.

12   BY MR. PERTNOY:

13   Q.   Do you have an understanding of why -- of the purpose of

14   the PZ 19-4801 application?

15           MS. SUAREZ:  Same objection.

16           THE COURT:  Overruled.  He can answer that question.

17           THE WITNESS:  To legalize the outdoor use in the back

18   part of the bar.

19   BY MR. PERTNOY:

20   Q.   So to come into compliance?

21   A.   Yes.

22           MR. PERTNOY:  Can we bring up Defendant's 724?  I

23   believe there's no objection.

24           MS. SUAREZ:  Correct.

25           MR. PERTNOY:  Seek to admit and publish.
```

```
1              THE COURT:  Granted.

2                   (Defendant's Exhibit 724 Received.)

3  BY MR. PERTNOY:

4  Q.   Do you recognize the -- can you make a little larger?

5  Do you recognize this document?

6  A.   Yes.

7  Q.   Can you explain what's occurring here on the top email and

8  then the subsequent email?

9  A.   Yeah.  In the top email, Victoria Mendez, the City

10 Attorney sent to myself, deputy -- then Deputy City Attorney

11 Barny Min, Assistant City Attorney Rachel Dooley an attachment

12 and the email below, it's from an attorney who does alcohol

13 licensing named Valerie Haber to the city attorney, cc'ing

14 Jeremy Gallagher who was then the assistant director of

15 Planning, as well as Ben Bush, Bill Fuller, Zach Bush and

16 Rachel Dooley, and her email talks about that she wanted to

17 outline all the efforts to get this warrant to date.

18 Q.   Okay.  And this was in furtherance of the emails that we

19 looked at about a meeting regarding the warrant, correct?

20 A.   Yes.

21 Q.   And if you turn to the second page of this document --

22 well, strike that.  Before you do, go back to the -- you can

23 see at the top of the email to you, there's an attachment and

24 it indicates there's a PDF.  Do you see that?

25 A.   Yes.
```

1    Q.    And then if you turn to the second page, is this letter

2    that PDF?

3    A.    Yes.

4    Q.    And did you review this letter?

5    A.    Yes.  It was a long outline of -- it was a timeline of

6    different things indicating how her client was going towards

7    getting a warrant for the outdoors.

8    Q.    And as you can see in the very first box in the timeline,

9    it references PZ 19-4801?

10   A.    Yep.

11   Q.    And so if you just flip through the next few pages, this

12   is the timeline of events that occurred with respect to this

13   warrant application?

14   A.    It's a timeline as Valerie put together, yeah.

15   Q.    You can take that down.  Now with respect to the meeting

16   that the city attorney asked you to participate in, did you

17   take any efforts to familiarize yourself with this warrant

18   application?

19   A.    Yeah, I reviewed it.  If we're going to have a meeting

20   with the city attorney and she says review something, I'm sure

21   I reviewed it back then.

22   Q.    How did you go about reviewing it?

23   A.    I read it.  I read the file with the attachments.

24   Q.    Where were those files kept?

25   A.    They were in the email in the city servers.

```
 1   Q.   So all of the necessary documentation regarding this
 2   warrant application would be contained in the city servers?
 3   A.   Yeah, if it's a PZ number like that, that's just a process
 4   number when you file for it we have an online permitting portal
 5   called project docs.  If you're applying for a warrant or an
 6   exception, even a building permit, anything that the applicant
 7   uploads is housed in there.
 8   Q.   And so in advance of your meeting, you went into that
 9   system to review this file?
10            MS. SUAREZ:  Objection.  Leading.
11            THE COURT:  Sustained.
12            THE WITNESS:  No, I believe --
13            THE COURT:  I sustained the objection.
14            MR. PERTNOY:  Sorry.
15   BY MR. PERTNOY:
16   Q.   Did you review the PZ 19-4801 file?
17   A.    I reviewed -- I reviewed the attachments from the email.
18   I don't think at that time I had access to that system because
19   I wasn't Zoning Administrator.
20            MR. PERTNOY:  I'd like to bring up DX 3, page 40.
21            MS. SUAREZ:  No objection as to that page.
22            MR. PERTNOY:  Seek to publish and admit into
23   evidence.
24            THE COURT:  Granted.
25              (Defendant's Exhibit 3, page 40 Received.)
```

1    **BY MR. PERTNOY:**

2    Q.   Do you recognize what this document is?

3    A.   Yes.

4    Q.   Can you explain to the jury what this document is?

5    A.   Sure.  Whenever you apply for a special permit like a

6    warrant, there's notifications sent to anybody who's requested

7    notifications in the neighborhood as well as I believe with a

8    warrant, it's within 500 feet.

9        Certain permits is only people who are abutting or touch

10   the property, but notice is sent to other people that might be

11   interested, and that notice here shows the name of the

12   applicant, the subject property address, and the nature of the

13   application which is to allow an outdoor dining area; very

14   routine.

15   Q.   Okay.  So this is the notification document and these are

16   sent to neighbors?

17   A.   Yeah, they're sent certified mail to neighbors, yes.

18   Q.   And what is the purpose of sending out the notification to

19   the neighbors?

20   A.   To keep people apprised of what's happening in their

21   neighborhood.  To give them an opportunity to inquire and say

22   I'd like to take a look at the plans to see what's going on, or

23   I have an objection, and I have a concern and through that

24   process, we can take objections and concerns and take that into

25   account in terms of issuing or not issuing this or trying to

1    craft conditions that might make this more palatable to the

2    public.

3    Q.   And this notification document, as you can see in the

4    nature of the application -- can you zoom in a little bit?

5    This is for PZ 19-4801.  This is the application that we've

6    been discussing for the last few minutes, correct?

7    A.   Yes.

8    Q.   And this notification document, this is kept as part of

9    the PZ 19-4801 file?

10   A.   Yes.  The initial draft letter is kept there.  And then

11   the applicant goes and mails these out certified mail and then

12   when they get the certified return receipts, they paste them or

13   staple them to this page, upload them back to the city to show

14   that the notice was sent out.

15   Q.   And then any responses would also -- that the city

16   receives in regards to this notification would also be part of

17   the file?

18        MS. SUAREZ:  Objection, Your Honor.  They're showing

19   other pages of the document.

20        MR. PERTNOY:  I think it's down.

21        MS. SUAREZ:  It's not.

22        THE COURT:  It's up.  It's not down.

23        MR. PERTNOY:  Sorry.  Wasn't aware that he was doing

24   anything.  I was asking questions.  Just please leave it.

25

BY MR. PERTNOY:

Q.   Thank you.  If a response is received based off of this notification by the City of Miami, would that also then be placed into the file for PZ 19-4801?

          MS. SUAREZ:  Objection.  Hypothetical.

          THE COURT:  Sustained.

BY MR. PERTNOY:

Q.   The procedure for the notifications, the responses that are received, are they also placed in the file?

A.   They should be.  I know when -- and I don't deal with warrants, I deal with waivers in my office, but when we receive an objection, we'll usually go and reach out to the person who's objecting.  So we either have it through an email or if it's in a letter -- if it's in a letter it should be scanned into the matter so that it's kept for posterity.

Q.   That's the ordinary course and practice of the City of Miami?

A.   Yes.

Q.   And a response letter would be part of -- once it's received by the City of Miami, would be a public record?

          MS. SUAREZ:  Objection.  Legal conclusion.

          THE COURT:  Sustained.

BY MR. PERTNOY:

Q.   Any -- any documents received by the City of Miami, do those become records of the City of Miami?

```
 1              MS. SUAREZ:  Objection.  Vague.

 2              THE COURT:  Overruled.  He can answer.  Narrow it to

 3    answer a particular question, okay?

 4    BY MR. PERTNOY:

 5    Q.   You can answer.

 6              THE COURT:  Rephrase it.

 7    BY MR. PERTNOY:

 8    Q.   Documents received by the City of Miami in response to

 9    notification letters, do they become public records?

10    A.   Yes.

11              MR. PERTNOY:  I'd like to show the witness DX-3, page

12    44.  Please make sure it's not on the screen for the jury.

13              Can you flip through this document for the witness so

14    that he can see it for a moment?  Go back to the top, please.

15    BY MR. PERTNOY:

16    Q.   The document that's being shown to you is dated September

17    13, 2020.  Do you see that, sir?

18    A.    I do.

19    Q.   And do you see that it's in regards to --

20              MS. SUAREZ:  Objection, Your Honor.  The document's

21    not in evidence.

22              THE COURT:  Sustained.

23    BY MR. PERTNOY:

24    Q.   You see that the document is being sent to the City of

25    Miami?
```

```
 1   A.   Yes.

 2   Q.   And is it your understanding that this document was

 3   received by the City of Miami?

 4           MS. SUAREZ:  Objection.  Speculation.

 5           THE COURT:  Sustained.

 6           MR. PERTNOY:  I'm asking for his understanding.  I

 7   didn't hear the ruling.

 8           THE COURT:  I sustained the objection.

 9   BY MR. PERTNOY:

10   Q.   Do you know whether this document was received by the City

11   of Miami?

12   A.   Yes.

13   Q.   And was this document then placed into the file regarding

14   the property identified in this -- in this letter?

15           MS. SUAREZ:  Objection.  Speculation.

16           THE COURT:  Overruled.  You can answer.

17           THE WITNESS:  It should be there.  It's an opposition

18   letter related to this.

19           MS. SUAREZ:  Objection.  The document is not in

20   evidence.

21           THE COURT:  Sustained.

22   BY MR. PERTNOY:

23   Q.   Are you familiar with this document having reviewed the

24   PZ 19 file?

25   A.   Having reviewed that attachment from the email, yeah, I'm
```

1    familiar with it.

2           MR. PERTNOY:  Seek to move this document into

3    evidence.

4           MS. SUAREZ:  We object, Your Honor.  It's hearsay.

5           MR. PERTNOY:  It's not for the truth and they've

6    already stipulated to documents such as this as being admitted.

7    I have the stipulation here if you would like to see it.

8           THE COURT:  The objection is overruled.

9           MR. PERTNOY:  Seek to admit and publish, Your Honor.

10          THE COURT:  Granted.

11          (Defendant's Exhibit 721, page 44 Received.)

12   **BY MR. PERTNOY:**

13   Q.   Let's blow this up a little bit so we can see.  So first

14   off, this letter is dated September 13, 2020.  This was before

15   your meeting with the city attorney regarding the warrant,

16   correct?

17   A.   Yes.

18   Q.   And this -- in the re line, it says warrant application of

19   Little Havana Arts Building, LLC.  Correct?

20   A.   Yes.

21   Q.   You understand that that was who was seeking the warrant,

22   correct?

23   A.   Yes, that's what the notification letter showed.

24   Q.   And this -- the first line I'm going -- is ask that you

25   read the first paragraph to the jury?

1    A.    Sure.   Dear Ms. Arieta -- she's one of the city planners.

2    This firm represents Maria C. Rodriguez and Gustavo E. Perez,

3    owners of the property located at 1540 SW 7th Street, Miami,

4    Florida, 33135 where through their company, El Paraiso Home,

5    Inc., they indicate an assisted living facility ALF under

6    license from the state of Florida and other governing bodies.

7    The El Paraiso ALF has been in operation since August of 1994.

8    The ALF serves as a living facility or residence for persons of

9    all ages who are unable to care completely for themselves.

10   Many residents are obviously elderly, paramount to El Paraiso's

11   mission is the ability to provide a safe, secure, healthy

12   living environment for its residents.

13        As part of doing so, it must not only feed them and make

14   sure they take any indicated medications, but also assure that

15   they have a tranquil environment and that other vital needs are

16   met, not the least of which is the ability to get a good

17   night's sleep.

18   Q.    Are you familiar with the El Paraiso Home?

19   A.    I know that it's located at this address, it's right

20   nearby.

21   Q.    Let's go to page 2 of 5, please.  And the second paragraph

22   there where it's a satellite view taken from Google Maps.  Can

23   you please read that to the jury?

24   A.    A satellite view taken from Google Maps may assist in

25   understanding the relative positions of the applicant, El

1    Paraiso Home, Inc. and where proposed activity is to take

2    place.  In the below image, Ball & Chain at 1513 SW 8th is

3    surrounded in red.  El Paraiso Home, Inc. is surrounded in

4    green.

5         Another property apparently owned by applicant and which

6    is located alongside El Paraiso and directly behind Ball &

7    Chain is surrounded by the dashed yellow line.  That property

8    is apparently used by Ball & Chain for storage and is the only

9    access to Ball & Chain's parking lot where in the image you can

10   see a couple --

11             MS. SUAREZ:  Your Honor, I'm going to object again to

12   hearsay.

13             THE COURT:  On that statement there, I'm sustaining

14   the objection.  Next question, counsel.

15   **BY MR. PERTNOY:**

16   Q.   Sure.  Can we go to page 4 of 5.  You've reviewed this

17   letter, correct?

18   A.   Yes.

19   Q.   And this letter is part of discussions that would have had

20   been regarding the warrant when you met with the city attorney?

21   A.   I don't remember what was talked about at the meeting, but

22   since this is part of the file to review in anticipation of the

23   meeting, I imagine so.

24   Q.   And I'd like for you to read on page 4 of 5, where it says

25   in addition --

```
 1   A.   Okay.

 2            MS. SUAREZ:  Same objection as to hearsay.

 3            THE COURT:  He can answer.  The objection is

 4   overruled.

 5   BY MR. PERTNOY:

 6   Q.   Can you read from the three paragraphs starting at in

 7   addition?

 8   A.   Okay.  In addition, as you have already guessed, we have

 9   concerns about noise levels.  These concerns are well founded.

10   After all, Ball & Chain already has a frankly terrible track

11   record not only in terms of maintaining acceptable noise

12   levels, but also in terms of exceeding the permissible hours

13   during which these noise emissions may be permitted at any

14   level.

15        In sum, the applicant has demonstrated its inability to

16   comply with the limits placed upon its existing usage of the

17   site --

18            MS. SUAREZ:  Objection, Your Honor.  It's making

19   legal conclusions.

20            THE COURT:  That was sustained as to that statement

21   there.  It should be stricken.

22   BY MR. PERTNOY:

23   Q.   Let's continue to the paragraph that says, furthermore, if

24   we can continue reading from there.

25   A.   Furthermore, noise levels from existing activities are
```

1   already fairly intolerable and have a deleterious effect not

2   only upon the health of the residents of El Paraiso Home, Inc.

3   but also upon the residents of the two multifamily structures

4   east of the SW 7th Street property owned by applicant.  See

5   image supra.

6        In fact, noise levels are often so high, that even two or

7   more blocks away, it is intolerable to residents of Little

8   Havana whether they are trying to sleep or simply hold a

9   conversation.  You are no doubt aware of this as the myriad

10  complaints are all a matter of public record.

11             MS. SUAREZ:  Objection as to hearsay, Your Honor.

12             THE COURT:  That will be sustained.

13  **BY MR. PERTNOY:**

14  Q.  Continue from where the sentence says yet, it does not

15  appear?

16  A.  Yet it does not appear that any of the renters in the

17  building on SW 7th Street just as examples of nearby

18  stakeholders have been given any form of notice or opportunity

19  to be heard as to how they may now be subjected to even higher

20  noise levels.  In fact, they appear to be completely in the

21  dark --

22             MS. SUAREZ:  Objection as to hearsay.

23             THE COURT:  Sustained.

24  **BY MR. PERTNOY:**

25  Q.  Why don't you read the final paragraph, of public record?

1   A.   Of public record also is applicant's flagrant disregard of

2   the law in still other areas --

3          MS. SUAREZ:  Objection as to legal conclusion.

4          THE COURT:  Sustained.

5   **BY MR. PERTNOY:**

6   Q.   Continue, "as you likely already know."

7   A.   As you likely already know, the applicant has apparently

8   at times even arrogated to itself parking spaces --

9          MS. SUAREZ:  Your Honor, I'm going to object again as

10  to hearsay.

11         THE COURT:  You can remove the statement.  The first

12  one you showed did not amount to what you're seeking to

13  introduce is totally improper.  You can remove that, sir.

14         MR. PERTNOY:  You can take it down.

15         MS. SUAREZ:  Ask that it be stricken from the record.

16         THE COURT:  It should be stricken from the record and

17  not be considered by this jury.  Everyone understand that?

18  Those statements there?  Thank you.

19         MR. PERTNOY:  DX 649, please.  Just bringing this

20  back up.

21  **BY MR. PERTNOY:**

22  Q.   Can you locate -- and I think you have the ability to

23  circle with the -- your touchscreen, can you circle where Ball

24  & Chain is on the screen?

25  A.   Yeah, the indoor -- I'll circle the indoor and outdoor

1    area.  It's this.  (Indicating.)

2    Q.   And then can you circle where the parking lot is that we

3    discussed earlier in your testimony?

4    A.   That parking lot is here.  (Indicating.)

5    Q.   And then can you circle where the El Paraiso is?

6    A.   (Indicating.)

7    Q.   Thank you.  You can take that down.  I believe you can hit

8    clear on your screen in order to --

9    A.   Clear all.

10   Q.   You had previously mentioned that prior to going to the

11   City Attorney's Office, you worked for a commissioner, correct?

12   A.   Yes.

13   Q.   What was your job function there?

14           MS. SUAREZ:  Objection.  Relevance.

15           THE COURT:  Sustained.

16   **BY MR. PERTNOY:**

17   Q.   In your work for a commissioner, did you acquire an

18   understanding as to the role of a commissioner and what their

19   job duties are?

20           MS. SUAREZ:  Objection.  Speculation.

21           THE COURT:  Overruled.  If he knows.

22           THE WITNESS:  Yes.  Their job duties are to meet

23   twice a month at the City Commission meeting and legislate,

24   decide on items, and outside of those meetings, to address

25   concerns and issues of residents, business owners,

1   stakeholders, people in the district to be sort of the eyes and

2   ears for their district, to be -- you know, to be the person or

3   with their collectively with their team the people that have

4   the most knowledge and have their eyes sort of on their

5   district versus the city administration which has to look at

6   the city as a whole.

7   Q.   Now, from your time work working for a commissioner as

8   well as working in the City Attorney's Office, have you -- have

9   you become aware of instances where commissioners take walking

10  tours with administrative staff.

11  A.   Yeah, we participate -- I participated in one years ago

12  with then Code Enforcement Director Orlando Diez.  We drove

13  around west Coconut Grove and showed what we thought were

14  violations.  Houses that were in disrepair, you know, fences

15  that were falling apart, so yeah.

16  Q.   And what is your understanding as to the reasoning behind

17  doing this with the administrative staff?

18          MS. SUAREZ:  Objection.  Speculation.

19          THE COURT:  Sustained.

20  **BY MR. PERTNOY:**

21  Q.   Do you have an understanding as to why this is done with

22  administrative staff?

23          MS. SUAREZ:  Objection.  Speculation.

24          THE COURT:  Sustained.

25

1    BY MR. PERTNOY:

2    Q.   Aside from the meeting that you had Mr. Pinilla for El

3    Shopping Center, have you had any other interactions with

4    Mr. Pinilla?

5    A.   Not Mr. Pinilla, no.  That's the only interaction I've

6    ever had with him.

7    Q.   With respect to Mr. Fuller, when was the first time you

8    became aware of Mr. Fuller as in your tenure at the city?

9    A.   The first time was when I first started as an assistant

10   city attorney.  In 2014, I was doing most predominantly unsafe

11   structure work.

12       I remember seeing a number of unsafe structures that

13   Mr. Fuller had because in the City Attorney's Office, what we

14   do is we advise the Building Department as to whether the

15   notice and all the proper steps were followed for an Unsafe

16   Structure Order so that we can give the Building Department a

17   go ahead to go ahead and demolish an unsafe structure.

18           MS. SUAREZ:  Objection to the narrative.

19           THE COURT:  Sustained.

20   BY MR. PERTNOY:

21   Q.   Based on those observations, did you make any remarks

22   concerning Mr. Fuller and the 8th Streets properties?

23   A.   Yeah, the only reason I remember, I thought it was sort of

24   clever.  Maybe I need better writers --

25           MS. SUAREZ:  Objection, Your Honor.  Hearsay.

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  I remember remarking to Mr. Fuller's

 3   attorney at the time that --

 4              MS. SUAREZ:  Objection, Your Honor.  Hearsay.

 5              THE COURT:  What he said?  What you said, sir?

 6              THE WITNESS:  It's what I said.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  I remember remarking to his attorney at

 9   the time that some people collect coins and some collect stamps

10   and his client, Mr. Fuller, seemed to collect unsafe structures

11   because I kept seeing them pop up on the title searches that we

12   would pull.

13   BY MR. PERTNOY:

14   Q.   And that was in 2014, '15 timeframe?

15   A.   It would have been to have been 15 or '16 because the

16   person I remarked to was a former colleague of mine who had

17   left.  So there was some time we worked together, and this is

18   at the time when he had left for private practice.

19   Q.   And was Commissioner Carollo a commissioner at the time?

20   A.   No, I believe he was elected in '17 or '19, if I'm not

21   mistaken.

22   Q.   Does November of 2017 ring a bell?

23   A.   That sounds right.  I knew it was an odd year.

24   Q.   So your comments and observations were prior to

25   Commissioner Carollo taking office, correct?
```

1    A.    Yes.

2    Q.    You talked a little bit about SW 8th Street and that

3    commercial corridor, Calle Ocho.  I think you used the words,

4    "special district?"

5    A.    Yes.

6    Q.    Can you explain to the jury what that means?

7    A.    Sure.  So our city code and every jurisdiction has this --

8    regulates bars.  It regulates them and liquor stores.  It

9    regulates them to keep them separate from one so you don't have

10   that Duval Street, Bourbon Street kind of feel.

11        But in some of the areas of the city where the City

12   Commission has deemed it appropriate -- let me backtrack for

13   moment.

14        The normal rule in the city is that a bar is supposed to

15   be distanced 1500 feet from one another, so like more than a

16   quarter mile, but there are some parts of the city where the

17   Commission, you know, has adopted ordinances determining that

18   there's some areas where it's okay to have them a little closer

19   together, and there's some areas where we would really

20   encourage for a lot of them to be.

21        So the 8th Street Specialty District is a district where

22   the distance between bars is not eliminated.  You don't have

23   bar every single door, but it's sharply reduced so to encourage

24   a little more nightlife there than in a more residential part

25   of the city.

1   Q.   Now is the SW 8th Street Calle Ocho special district, is

2   that a -- is it unique in any way?

3   A.   There are a number of special districts.  Off of the top,

4   there's an Orange Bowl District, a Flagler District.  There's a

5   number throughout the city.  It's special in the sense it has

6   reduced distance requirements versus the norm.

7   Q.   And what about the mix of uses where commercial and

8   residential, does that factor into --

9           MS. SUAREZ:  Objection.  Leading.

10          THE COURT:  Sustained.

11  **BY MR. PERTNOY:**

12  Q.   How does -- can you explain the SW Calle Ocho special

13  district with respect to commercial and residential?

14  A.   Yeah.  It's zoned -- I forget if it's T50 or T680, those

15  are both have to do with the heights.  It's zoned for mixed

16  use.  It's zoned for commercial and residential.

17          You could have on 8th Street an all multifamily building

18  with no commercial use.  You could have just commercial use,

19  you could have a mix, you could have a hotel there.  It allows

20  for a very broad range.  That's why it's mixed use.  It's to

21  encourage to people to live and work and play in one area if

22  they can.

23  Q.   And you're the head of Zoning for the City of Miami, how

24  many people work for you?

25  A.   I've got approximately 32 employees, I believe.

1    Q.   And what is it that they do on a daily basis that you're

2    overseeing?

3    A.   There's two main sections.  There's the Zoning Plans

4    Examiner Section which are the people who review plans.  You

5    know, just drawings either from an architect or general

6    contractor for compliance with the zoning.

7         So when you want to put an addition on your house, they're

8    checking it to make sure that you meet all the requirements.

9    They're also checking plans for any special permits like the

10   warrants or exceptions we discussed.  That's generally what

11   those folks do.

12        On the other side of my office are what are known as the

13   information specialists.  They're the people that process

14   Certificates of Use.  So when you want to open a business, and

15   you apply for a Certificate of Use to open your office, they

16   check the space that you're proposing to go into, make sure

17   that it's allowed, make sure that it's been inspected.  And

18   they also give out information to the general public.

19        And then I have a few other people.  I have one person who

20   just handles recordable instruments like covenants and impact

21   fees.  That's sort of a little bit separate.  Those are the two

22   main groups.

23   Q.   And do you have boots on the ground walking around the

24   City of Miami?

25   A.   No.  We're all at the Miami Riverside Center, our

1   administrative building.  We don't have eyes and ears on the

2   street.

3   Q.   So who are your eyes and ears?

4   A.   The Code Compliance Department.

5   Q.   And how do you coordinate your efforts with Code?

6   A.   If they have questions about the zoning code, if they want

7   to know if something's in violation or not, they're always free

8   to reach out to me.  I keep a standing meeting on a weekly

9   standing meeting on my calendar in case Code wants to reach out

10  and discuss any issues.

11  Q.   And with respect to the work that's done in your office,

12  does your office care who the property owners are?

13          THE COURT:  Also 30 minutes remaining, counsel.

14          MR. PERTNOY:  Thank you, Your Honor.

15          THE WITNESS:  No.  Zoning is without regard for who

16  the person is.  It has to do is what the property is, what its

17  zoning category is, what its relationship is to surrounding

18  properties.  It doesn't matter whether the applicant is someone

19  that I really like or really dislike.  They get treated the

20  same way.

21  **BY MR. PERTNOY:**

22  Q.   And have you ever received any orders from Commissioner

23  Carollo to take a specific action?

24  A.   No.

25  Q.   Have you conveyed orders to anybody in your office to take

```
 1  specific orders at the direction of Commissioner Carollo?

 2              MS. SUAREZ:  Objection.  Leading.

 3              THE COURT:  Sustained.

 4  BY MR. PERTNOY:

 5  Q.   Have you received any orders from the city attorney

 6  conveying orders from Carollo?

 7              MS. SUAREZ:  Objection.  Leading.

 8              THE COURT:  Sustained.

 9  BY MR. PERTNOY:

10  Q.   Have you received any orders regarding directions from

11  Commissioner Carollo?

12              MS. SUAREZ:  Objection.  Leading.

13              THE COURT:  Sustained.

14  BY MR. PERTNOY:

15  Q.   Have you received any orders from commissioners in the

16  work that you do?

17  A.   No.

18              MR. PERTNOY:  Your Honor, let me check my notes for a

19  moment and see if there's anything else I need to touch on, but

20  I think I'm close.

21              THE COURT:  No problem.

22              MR. PERTNOY:  Thank you, Your Honor.

23              THE COURT:  You're welcome.

24  BY MR. PERTNOY:

25  Q.   We talked a little bit about the containers that we saw.
```

```
 1  What is the issue with those containers as you understand it?
 2            MS. SUAREZ:  Objection.  Speculation.
 3            THE COURT:  Sustained.
 4  BY MR. PERTNOY:
 5  Q.   Do you have personal knowledge as to what the issue with
 6  those containers are?
 7            MS. SUAREZ:  Objection.  We've already established
 8  the timeframe.
 9            THE COURT:  Sustained.
10  BY MR. PERTNOY:
11  Q.   With respect to the properties that we've discussed here
12  today, was -- we've discussed plaintiffs' properties here
13  today.
14       Was the fact that they were the plaintiffs' properties
15  have any role or factor in decisions that your office made?
16  A.   No.  If it complies, we approve it.  If it doesn't comply,
17  we give comments as to why it doesn't comply.  That's what we
18  do.  There's no -- it doesn't matter who the person is.
19            MR. PERTNOY:  Thank you, Your Honor.  No further
20  questions.
21            THE COURT:  All right.  Cross-examination.
22                        -  -  -  -  -
23            CROSS EXAMINATION OF DANIEL GOLDBERG
24  BY MS. SUAREZ:
25  Q.   Good afternoon, Mr. Goldberg.
```

```
1   A.    Hello.

2   Q.    You started working at the City of Miami in 2011, correct?

3   A.    At the end of 2011, I was an intern.  I wasn't technically

4   an employee, but I was working there.

5   Q.    And you were an intern assigned to Victoria Mendez?

6   A.    Correct.

7   Q.    Who's the current city attorney, correct?

8   A.    Yep.

9   Q.    You consider her to be a mentor, right?

10  A.    Yes.

11  Q.    And after being an intern, you became an employee at the

12  city in 2012, correct?

13  A.    Yes.

14  Q.    And that was as a legislative aide?

15  A.    Yes.

16  Q.    To Commissioner Marc Sarnoff, right?

17  A.    Yep.

18  Q.    The same Marc Sarnoff who's in this courtroom today,

19  correct?

20          MR. PERTNOY:  Objection.

21          THE WITNESS:  Yes.

22          MR. PERTNOY:  Relevance.

23          THE COURT:  Overruled.

24  BY MS. SUAREZ:

25  Q.    Representing Commissioner Carollo, right?
```

```
 1   A.    I'm sorry?
 2   Q.    He's representing Commissioner Carollo, right?
 3             MR. PERTNOY:  Objection.
 4             THE COURT:  What's the grounds?
 5             MR. PERTNOY:  Relevance.
 6             THE COURT:  Overruled.
 7             MS. SUAREZ:  Bias, Judge.
 8             THE WITNESS:  Yes.  He represents Commissioner
 9   Carollo.
10   BY MS. SUAREZ:
11   Q.    Once that position ended, you became an assistant city
12   attorney at the city, right?
13   A.    Yes.
14   Q.    You stayed in that position for several years?
15   A.    Yes.
16   Q.    Became close with your colleagues?
17   A.    Some of them, yes.
18   Q.    You consider them friends?
19   A.    Some of them, yes.
20   Q.    Have lunch with them?
21   A.    Yes.
22   Q.    Attend noche buena at Ms. Mendez's house?
23   A.    Yes.
24   Q.    In 2021, you got offered the Zoning Director job, correct?
25   A.    Yes.
```

```
 1    Q.    But you never interviewed for that position, right?

 2    A.    I spoke with Deputy City Manager Zerry Ihekwaba.

 3    Q.    You didn't interview for that position?

 4    A.    We talked over the phone.  I think that's like an

 5    interview.

 6    Q.    Did you sit down for a formal interview, sir?

 7    A.    No.

 8    Q.    And it's safe to say your job is important to you, right?

 9    A.    Yes.

10    Q.    Pays your bills?

11    A.    That's what everyone's job does, yes.

12    Q.    Gives you benefits?

13    A.    Yes.

14    Q.    Health insurance?

15    A.    Yes.

16    Q.    A pension?

17    A.    There's a pension, yes.

18    Q.    And once you're done testifying here, you'll go back to

19    being the Zoning Director, right?

20    A.    Yes.

21    Q.    And while you were at the city, you knew that the

22    plaintiffs had a lawsuit against Commissioner Carollo, correct?

23    A.    Yeah, I was aware of it.

24    Q.    You knew of a press conference that was held?

25    A.    Yes.
```

1    Q.   And you read the complaint in this case because the city

2    attorney asked you to, correct?

3    A.   I read the complaint in this case because it was provided

4    to me by Mr. Pertnoy.

5    Q.   Prior to Mr. Pertnoy, the city attorney asked you to

6    review the complaint back in 2018, correct?

7    A.   She may have.

8    Q.   She said she needed a list of all the code sections to

9    address the complaint, correct?

10            MR. PERTNOY:  Objection.

11            THE COURT:  Grounds?

12            MR. PERTNOY:  Asking a hearsay statement that

13   somebody outside of this Court said.

14            THE COURT:  Overruled.

15            THE WITNESS:  Can you repeat?

16   **BY MS. SUAREZ:**

17   Q.   Yes.  She wanted you to give you a list of all the code

18   sections addressing the complaint, correct?

19   A.   She sent me requests for code sections a lot.  If you have

20   a document to refresh a recollection, it would be helpful.

21            MS. SUAREZ:  Sure.  If we can put up Plaintiffs'

22   Exhibit 666.  Any objection?

23            MR. PERTNOY:  Just scroll down.  Is that the full

24   document?

25            MS. SUAREZ:  Yes.

1          MR. PERTNOY:  No objection.

2          MS. SUAREZ:  Move to admit and publish, Judge.

3          THE COURT:  Granted.

4              (Plaintiffs' Exhibit 666 Received.)

5    **BY MS. SUAREZ:**

6    Q.   Do you see this document, Mr. Goldberg?

7    A.   I do.

8    Q.   Do you see the request that the city attorney needs a list

9    by 10:00 a.m. if possible of all the code sections addressed in

10   the Fuller complaint?

11   A.   Yes.

12   Q.   Do you see where you say understood?

13   A.   Yes.

14   Q.   Does that refresh your recollection that you knew about

15   this lawsuit back in 2018?

16   A.   I must have.

17   Q.   And then you mentioned that Mr. Pertnoy gave you the

18   complaint as well, correct?

19   A.   Yes.

20   Q.   And when was that?

21   A.   A while ago.  I forget.  Maybe nine, ten months ago.  I'm

22   not sure.

23   Q.   And you spoke to Mr. Pertnoy about the case, right?

24   A.   I believe I did.

25   Q.   And have you met Mr. Carollo's attorneys about your

 1   testimony here today?

 2   A.   I met with them to review documents.

 3   Q.   How many documents did you review?

 4   A.   A few dozen perhaps.

 5   Q.   And how many times did you meet with them?

 6   A.   I met with them once -- I'm sorry, I met with them twice.

 7   Excuse me.

 8   Q.   And then you became the Zoning Director in March of 2021,

 9   right?

10   A.   Correct.

11   Q.   To be clear, you don't work in Planning, correct?

12   A.   That's correct.  Planning and Zoning are separate

13   departments.

14   Q.   And you authorize -- you issue Certificates of Use through

15   the Zoning Department, right?

16   A.   A lot of my staff on the Information Specialist side issue

17   CUs, yes.

18   Q.   And you authorize CU revocations, right?

19   A.   Yes, I do that.

20   Q.   And when a building has a Certificate of Use, it can

21   operate within that use, correct?

22   A.   Correct.

23   Q.   Even if they're doing renovations, right?

24   A.   It would depend on the nature of the renovations I would

25   think.

```
 1    Q.   And prior to you being the Zoning Director, you had

 2    already looked at issues relating to the plaintiffs'

 3    properties, right?

 4    A.   Yes.

 5         MS. SUAREZ:  If we can pull up Plaintiffs' Exhibit

 6    684 just for the witness and counsel.

 7         MR. PERTNOY:  Is this just one page?

 8         MS. SUAREZ:  Any objection?

 9         MR. PERTNOY:  No objection.

10         MS. SUAREZ:  Move to admit and publish, Judge.

11         THE COURT:  Granted.

12              (Plaintiffs' Exhibit 684 Received.)

13    BY MS. SUAREZ:

14    Q.   Do you recognize this email chain, Mr. Goldberg?

15    A.   Yes.

16    Q.   You were sent a legal service request memo from the city

17    attorney, right?

18    A.   Myself and a number of other assistant city attorneys,

19    yes.

20    Q.   And she said we may want to meet together to discuss,

21    right?

22    A.   She did write that.

23    Q.   And can we scroll down to the legal services memo, please?

24    And you see a number 11, it says:  Based on the above, is the

25    business at 521 SW 8th Street operating within the parameters
```

1   and scope of their Certificate of Use?  Do you see that?

2            MR. PERTNOY:  Objection, Your Honor.

3            THE COURT:  Wait.  What's the objection?

4            MR. PERTNOY:  Outside the scope of my cross.  Never

5   discussed 521 SW 8th Street.

6            MS. SUAREZ:  It's Taquerias, Your Honor.

7            MR. PERTNOY:  Never discussed it.

8            THE COURT:  Overruled.

9   **BY MS. SUAREZ:**

10  Q.    Do you recognize this to be Taquerias el Mexicano?

11  A.    Yes.

12  Q.    That's one of the plaintiffs' properties, right?

13  A.    Yes.

14  Q.    And you had multiple meetings with the city attorney and

15  the city manager regarding plaintiffs' properties, right?

16  A.    I've had meetings.

17            MR. PERTNOY:  Objection.

18            THE COURT:  What's the objection?

19            MR. PERTNOY:  Vague.  Plaintiffs' properties.

20  Timeframe.

21            THE COURT:  Sustained.  Rephrase the question.

22  **BY MS. SUAREZ:**

23  Q.    Have you had a meeting with the city attorney and the city

24  manager about Taquerias?

25            MR. PERTNOY:  Objection.

1          THE COURT:  Grounds?

2          MR. PERTNOY:  Outside the scope of my direct.

3          THE COURT:  Overruled.

4          THE WITNESS:  Yes.

5  **BY MS. SUAREZ:**

6  Q.   And aside from meetings with the plaintiffs, you can't

7  recall any other time where you met with the city manager and

8  the city attorney in a meeting about a specific property,

9  right?

10         MR. PERTNOY:  Objection.

11         THE COURT:  Grounds?

12         MR. PERTNOY:  Calls for speculation.  Timeframe.

13  Vague.

14         THE COURT:  Overruled.  You can answer.

15         THE WITNESS:  I can recall a meeting.  I mean,

16  there's been a lot of meetings over the years.  Not about this

17  property.  About many others.  This is -- this is --

18  **BY MS. SUAREZ:**

19  Q.   That wasn't my question, sir.  Can you recall any other

20  meeting with the City Attorney's Office, the City Manager's

21  Office present about a specific property.

22  A.   About a specific property?

23  Q.   Yes.

24  A.   I think I met with the manager -- I can't recall at this

25  time, but I'm sure there were meetings.  If you have something

 1   that would help refresh a recollection, that would be really
 2   helpful.
 3   Q.   You can't recall at this time, right, any other meetings
 4   with the city manager and the city attorney?
 5              MR. PERTNOY:  Objection.
 6              THE COURT:  Overruled.
 7              THE WITNESS:  I remember there was a meeting with the
 8   city manager and city attorney and I remember discussing
 9   Taquerias.
10   **BY MS. SUAREZ:**
11   Q.   So the plaintiffs' properties.
12   A.   Taquerias is a plaintiffs' property, yes.
13   Q.   You can't recall any other meeting not related to the
14   plaintiffs about a specific property with the city attorney and
15   the city manager?
16              MR. PERTNOY:  Objection.  Asked and answered three
17   times.
18              THE COURT:  Overruled.  He can answer the question.
19              THE WITNESS:  I don't recall, but there may have been
20   but I don't know.
21   **BY MS. SUAREZ:**
22   Q.   Okay.  And you also had a meeting with Commissioner
23   Carollo, right?
24   A.   Yes, I met with him once.
25   Q.   And the city attorney was there too?

1   A.    Yes.

2   Q.    And the city manager, Art Noriega, right?

3   A.    Yes.

4   Q.    That was also about the plaintiffs' property Taquerias,

5   correct?

6                MR. PERTNOY:  Objection.

7                THE COURT:  Grounds?

8                MR. PERTNOY:  Outside the scope of my direct.

9                THE COURT:  Overruled.

10               THE WITNESS:  I remember discussing one aspect of

11  Taquerias at that meeting.

12  **BY MS. SUAREZ:**

13  Q.    The Certificate of Use, right?

14  A.    Yes.

15  Q.    And whether it was proper?

16  A.    Yes.

17  Q.    And then the city manager followed up with you about that,

18  right?

19  A.    He probably did.  I don't recall, but he probably did.

20  Q.    And you gave your explanation that you believe the

21  Certificate of Use to be proper, right?

22               MR. PERTNOY:  Objection.

23               THE COURT:  Wait.  Grounds?

24               MR. PERTNOY:  Beyond the scope of my direct.

25               THE COURT:  Overruled.

1           THE WITNESS:  I believe the CU was proper to

2    encompass the upstairs and downstairs in one CU.  CUs generally

3    are for a specific premise or unit, so if you have a multi bay

4    retail shopping center, you'd have a CU for bay one, bay two,

5    bay three.  I found it was proper to be one CU for the upstairs

6    and downstairs.

7    **BY MS. SUAREZ:**

8    Q.   And the city manager also asked you to look into the

9    parking at Taquerias, right?

10          MR. PERTNOY:  Objection.  Calls for hearsay.

11          THE COURT:  Sustained.

12   **BY MS. SUAREZ:**

13   Q.   Without telling me what anyone said, you were asked to

14   look into the parking at Taquerias, correct?

15   A.   I remember --

16          MR. PERTNOY:  Same objection.  Hearsay, Your Honor.

17          THE COURT:  Sustained.

18   **BY MS. SUAREZ:**

19   Q.   He looked into the liquor license for Taquerias?

20          MR. PERTNOY:  Objection.

21          THE COURT:  What's the objection?

22          MR. PERTNOY:  Hearsay.

23          THE COURT:  Overruled.

24          THE WITNESS:  I remember looking at the liquor

25   license for it.

1    **BY MS. SUAREZ:**

2    Q.   You looked at the parking for Taquerias, correct?

3    A.   I remember being familiar with it and looking at it, yes.

4    Q.   And you can't remember any time other than this with

5    Taquerias where the city manager requested that you research a

6    liquor license for any other business in the City of Miami,

7    right?

8            MR. PERTNOY:  Objection.

9            THE COURT:  Grounds?

10           MR. PERTNOY:  Beyond the scope of my direct.  And

11   it's been asked and answered.

12           THE COURT:  Sustained.

13           MS. SUAREZ:  It was a different question, Your Honor.

14   I was asking about the meeting.

15           THE COURT:  All right.  Overruled then.  You can

16   answer it.

17   **BY MS. SUAREZ:**

18   Q.   I'll repeat the question.  You can't remember any other

19   time where the city manager requested that you research a

20   liquor license for any other business in the City of Miami,

21   correct?

22   A.   Not that I recall.

23   Q.   And there was also some discussion with you about whether

24   Taquerias was a restaurant or bar, correct?

25           MR. PERTNOY:  Objection.

```
 1              THE COURT:  Grounds?

 2              MR. PERTNOY:  There was no discussion in his direct

 3    about Taquerias whatsoever.

 4              MS. SUAREZ:  I'm not talking about his direct, Your

 5    Honor.

 6              THE COURT:  I understand.  Overruled.  You can answer

 7    the question.

 8              THE WITNESS:  I remember looking at it.  If I recall

 9    it was -- it's a restaurant.

10    BY MS. SUAREZ:

11    Q.   Your opinion was that it was a restaurant, correct?

12              MR. PERTNOY:  Objection.

13              THE COURT:  Wait.  There's an objection,

14    Mr. Goldberg.  What's the grounds?

15              MR. PERTNOY:  She's asking him for his opinion.

16              THE COURT:  Sustained.

17    BY MS. SUAREZ:

18    Q.   Did you look at the Taquerias el Mexicano through your

19    position at the City of Miami?

20    A.   Yes.

21    Q.   And did you determine that it was a restaurant?

22    A.   I determined that it has a CU for a restaurant.

23    Q.   And that it was operating within its CU, correct?

24    A.   I don't know if it's operating within its CU, but it has

25    an approval for a restaurant.
```

1    Q.   The issue was raised to you by the City Attorney's Office,

2    right?

3    A.   I forget where the issue came from.  That may have been

4    it.  I'm not sure.

5    Q.   They asked to you review body camera footage?

6    A.   I do remember seeing body cam footage.

7    Q.   From a raid of Taquerias that was done by police officers,

8    right?

9         MR. PERTNOY:  Objection.

10        THE COURT:  Grounds?

11        MR. PERTNOY:  Argumentative as to raid, and also

12   beyond the scope of my direct.

13        THE COURT:  Sustained.  Next question.

14   **BY MS. SUAREZ:**

15   Q.   Did you watch the footage?

16   A.   Yes.

17   Q.   And you gave your opinion that Taquerias was operating as

18   a restaurant based on the footage, correct?

19   A.   I don't remember.  I don't know if I gave an opinion or

20   not, but I just remember the footage showed some officers going

21   inside and looking around a bit.

22   Q.   You saw no violation from the video, right?

23        MR. PERTNOY:  Objection.

24        THE COURT:  Grounds?

25        MR. PERTNOY:  Calls for a legal conclusion in an area

```
 1   beyond Zoning.
 2             THE COURT:  Sustained.
 3   BY MS. SUAREZ:
 4   Q.   To be clear, you were asked to review this video by the
 5   City Attorney's Office, correct?
 6   A.   I was asked to review it.  I forget if it was the City
 7   Attorney's Office or not, but it may have been.
 8   Q.   And the City Attorney's Office suggested that an
 9   undercover officer be assigned to investigate Taquerias, right?
10             MR. PERTNOY:  Objection.
11             THE COURT:  Grounds?
12             MR. PERTNOY:  Calls for hearsay as to what the City
13   Attorney's Office suggested.
14             THE COURT:  Overruled.
15             MR. PERTNOY:  403.
16             THE COURT:  Overruled.  You can answer.
17             THE WITNESS:  I was told that in my deposition in the
18   other case that that was the case.
19             MS. SUAREZ:  Let's pull up Plaintiffs' Exhibit 675 to
20   the witness and opposing counsel.  Any objection?
21             MR. PERTNOY:  Is it just the one page?  Object on the
22   grounds that it's beyond my direct.
23             THE COURT:  Who is it addressed to?
24             MS. SUAREZ:  The witness is on the email, Your Honor.
25             THE COURT:  All right.  Overruled.
```

```
1                    MS. SUAREZ:  Move to admit and publish.
2                    THE COURT:  Granted.
3                         (Plaintiffs' Exhibit 675 Received.)
4    BY MS. SUAREZ:
5    Q.   Do you recognize this email, Mr. Goldberg?
6    A.   Yeah, it's an email from the city attorney to a number of
7    assistant city attorneys including myself.
8    Q.   You see where it says "interesting, we need a UC?"
9    A.   I see that.
10   Q.   You understand UC to mean undercover, right?
11                   MR. PERTNOY:  Objection.
12                   THE COURT:  Grounds?
13                   MR. PERTNOY:  Calls for speculation as to what the
14   city attorney is saying a UC is.
15                   THE COURT:  Overruled.
16                   THE WITNESS:  That might be what it means, yeah.
17   BY MS. SUAREZ:
18   Q.   And you can't think of any other instance where an
19   undercover officer was sent out to look at a potential code
20   violation, right?
21   A.   No, but I also never worked in Code so I don't know if
22   that's common or not.
23   Q.   That's fine.  And despite your opinion that Taquerias was
24   a restaurant, you still had a meeting about it, correct?
25   A.   I probably did.  If you have something that can refresh
```

```
 1    recollection, that would be great.

 2    Q.    Was that with Ace Marrero?

 3    A.    Yes, I did meet with Ace Marrero.

 4    Q.    The assistant fire chief?

 5    A.    Probably.  I'm sure I did at some point.

 6    Q.    And Taquerias had been issued a citation for operating

 7    outside the scope of their CU, right?

 8    A.    I'm not sure.  That's for Code Compliance.

 9    Q.    You're aware of an issue that Zoning found about the

10    distance between Taquerias and an alleged religious facility,

11    right?

12    A.    I am.

13    Q.    That was brought to your attention by City Manager Art

14    Noriega after he measured the distance himself, right?

15              MR. PERTNOY:  Objection.

16              THE COURT:  What's the objection?

17              MR. PERTNOY:  Assumes facts not in evidence.

18              THE COURT:  Sustained.

19    BY MS. SUAREZ:

20    Q.    Was that brought to your attention by City Manager Art

21    Noriega?

22              MR. PERTNOY:  Objection.

23              THE COURT:  Grounds?

24              MR. PERTNOY:  Calls for hearsay.  Lack of personal

25    knowledge.
```

1          THE COURT:  Overruled.  If he knows.

2          THE WITNESS:  So I know that at some point, I did

3   meet with the manager about that, but I looked at the -- I

4   looked at the alcohol distance myself because of all of the

5   public attention on this matter, all of the press conferences,

6   the news reports.

7          But the reason I looked at this is that I got a

8   request for an extension of that reservation letter.  The

9   initial reservation is good for three months and then you can

10  extend that reservation by a year.

11         So the reason I looked at it is because there was an

12  extension.  I thought to myself I'm going to get asked about

13  this at some point like right now.  So what I did was I went

14  and I looked at the initial reservation.

15  **BY MS. SUAREZ:**

16  Q.  I understand but you just said you looked at it after City

17  Manager Art Noriega --

18         MR. PERTNOY:  Objection.

19         THE WITNESS:  I don't know if it was before or after.

20         THE COURT:  Wait.  There's an objection.

21         MR. PERTNOY:  She's got to let him finish his answer.

22  She cut him off.

23         THE REPORTER:  Yes, please.

24         THE COURT:  Again, counsel, let Mr. Goldberg answer

25  the question.  Do not interrupt him.  You can ask your next

```
 1   question once he's done.  Mr. Goldberg, you may state what

 2   you were testifying to, sir.  Go ahead.

 3              THE WITNESS:  Thank you.

 4              THE COURT:  Also 15 minutes remaining.

 5              MS. SUAREZ:  Understood, Judge.

 6              THE WITNESS:  So I don't remember if I looked at it

 7   before or after the manager asked me to, but I remember seeing

 8   the extension and realizing I should probably doublecheck the

 9   initial reservation.

10              Now unlike a building permit where if it's issued in

11   error, it can only be rescinded if you haven't built in

12   accordance with that permit.

13              MS. SUAREZ:  I'm going to object to the narrative.

14              THE COURT:  Sustained.
```

**BY MS. SUAREZ:**

```
16   Q.   You rescinded the alcohol reservation that allowed

17   Taquerias to convert from a restaurant to a bar, correct?

18              MR. PERTNOY:  Objection.

19              THE COURT:  Grounds?

20              MR. PERTNOY:  Beyond the scope of the direct and

21   assumes facts not in evidence.

22              THE COURT:  Overruled.  If he knows.

23              THE WITNESS:  So -- I'm sorry, can you repeat that?
```

**BY MS. SUAREZ:**

```
25   Q.   You rescinded the alcohol reservation that allows
```

1   Taquerias to convert from a restaurant to a bar, correct?

2   A.   Yes, but not before sending them a letter telling them

3   what I found, that it looked like they were not in compliance

4   with the ability to get a reservation for a bar and asking for

5   any further information.

6        Because I'm not infallible, I could be wrong so I sent

7   a letter saying, hey, this looks like you don't meet distance,

8   could you explain.

9   Q.   I understand.  You ultimately rescinded it, correct?

10  A.   I ultimately did rescind it because it did not meet

11  distance separation requirements.

12  Q.   And you discussed plaintiffs' properties with people in

13  Commissioner Carollo's office, right?

14  A.   Yes.

15  Q.   You had contact with William Ortiz?

16  A.   Yes.

17  Q.   He works for the commissioner?

18  A.   He does.

19  Q.   His chief of staff?

20  A.   I believe he is now.  I'm not sure if he was at all these

21  times, but yes.

22  Q.   And he was asking about the Certificate of Use for

23  Taquerias, right?

24            MR. PERTNOY:  Objection.

25            THE COURT:  Sustained.

```
 1              THE WITNESS:  He may have --
 2              THE COURT:  I -- Mr. Goldberg, I sustained the
 3    objection.  Don't answer that question.
 4    BY MS. SUAREZ:
 5    Q.   When Mr. Ortiz contacted you about plaintiffs' properties,
 6    he never gave you any names of constituents that were
 7    complaining about a problem, correct?
 8              MR. PERTNOY:  Objection.
 9              THE COURT:  Grounds?
10              MR. PERTNOY:  Hearsay and lack of personal knowledge.
11              THE COURT:  Overruled.  If he knows.
12              THE WITNESS:  He didn't, but most of the time when I
13    talked to other commissioners' aides, they don't tell me who's
14    complaining or if there's a complaint.  They just ask for
15    information and if I have it, I give it.
16    BY MS. SUAREZ:
17    Q.   So the answer is no, correct?
18    A.   No.
19    Q.   Mr. Ortiz also requested the history of CUs for the Tower
20    Hotel, right?
21    A.   I believe so.
22    Q.   Which is yet again owned by the plaintiffs, right?
23    A.   That's my understanding.
24    Q.   You've also had conversations with Ms. Mendez about the
25    plaintiffs' properties, right?
```

```
 1            MR. PERTNOY:  Objection.

 2            THE COURT:  Grounds?

 3            MR. PERTNOY:  Vague, timeframe and --

 4            THE COURT:  Sustained.

 5            MS. SUAREZ:  Let's just give you one example.  Can we

 6   pull Plaintiffs' Exhibit 677 for the witness and opposing

 7   counsel?

 8            MR. PERTNOY:  Is there a second page?

 9            MS. SUAREZ:  Just that.

10            MR. PERTNOY:  I don't have an objection because I

11   really don't even know what it is.

12            THE COURT:  All right.  Admitted.

13            MS. SUAREZ:  Move to admit and publish, Your Honor.

14            THE COURT:  Granted.

15                 (Plaintiffs' Exhibit 677 Received.)

16   BY MS. SUAREZ:

17   Q.   Do you recognize this document, Mr. Goldberg?

18   A.   It looks like an acceptance on the Outlook calendar for a

19   meeting.

20   Q.   And the subject is Ball & Chain, correct?

21   A.   Yes.

22   Q.   One of plaintiffs' properties?

23   A.   Yes.

24   Q.   And it's from you sending it to Ms. Victoria Mendez?

25   A.   It's from me to Victoria Mendez, yeah.
```

1   Q.   And a CU is a Certificate of Use, right?

2   A.   Yes.

3   Q.   The revocations are reviewed and signed by you?

4   A.   Yes.

5   Q.   The city manager is not usually involved in Certificate of

6   Use revocations, right?

7   A.   No.

8   Q.   Or the city attorney?

9   A.   No, not unless I need legal advice.

10   Q.   But, in fact, both the city manager and the city attorney

11   were involved in revoking the CU on Taquerias, correct?

12          MR. PERTNOY:  Objection.

13          THE COURT:  Grounds?

14          MR. PERTNOY:  Beyond the scope of my direct and it

15   seeks something without personal knowledge and outside no --

16   not in evidence.

17          THE COURT:  Overruled.  If he knows.

18          THE WITNESS:  The only person I remember speaking to

19   on the actual CU revocation was Ace Marrero who brought to my

20   attention that there was a safety problem with the second floor

21   stairs, the egress stairs.

22          He came to me, he told me it was a life safety issue

23   of the stairs.  There was no records showing the stairs were

24   permitted and they could not be permitted where they were

25   located because they were too close to a side property line.  I

 1   recall him coming to my office and we discussed that.

 2   **BY MS. SUAREZ:**

 3   Q.   Okay.  And in 2020, legislation was passed that changed

 4   the language as to when a CU must be revoked, correct?

 5            MR. PERTNOY:  Objection.

 6            THE COURT:  Grounds?

 7            MR. PERTNOY:  Again, beyond the scope of the direct

 8   and no foundation.  Lack of personal knowledge.

 9            THE COURT:  Overruled.  If he knows.

10            THE WITNESS:  2020 sounds about right.

11   **BY MS. SUAREZ:**

12   Q.   The language was changed from "may be revoked" to "shall

13   be revoked," correct?

14            MR. PERTNOY:  Objection.

15            THE COURT:  Grounds?

16            MR. PERTNOY:  Personal knowledge.  Foundation.

17            THE COURT:  Overruled.

18            THE WITNESS:  That was the change made to section --

19   the Chapter II of the code, yes.

20   **BY MS. SUAREZ:**

21   Q.   When a CU is revoked, the business can't operate, right?

22            MR. PERTNOY:  Objection.  Calls for a legal

23   conclusion.

24            THE COURT:  Overruled.

25            THE WITNESS:  Should not be operating without a CU.

 1   **BY MS. SUAREZ:**

 2   Q.   There's no grace period, right?

 3   A.   Well, when a CU is revoked?  No, it's immediate upon

 4   dispatch of the letter.

 5   Q.   You can appeal within 15 days?

 6   A.   That's correct.  You have appeal rights to the Planning

 7   and Zoning Appeals Board.  From there, if you're dissatisfied

 8   with the decision, you have an appeal right to the City

 9   Commission.

10   Q.   When Taquerias' CU was revoked, they had to immediately

11   cease operating, right?

12   A.   Yes.

13   Q.   But other businesses on 8th Street have been allowed to

14   remain without a CU, right?

15           MR. PERTNOY:  Objection.

16           THE COURT:  Grounds?

17           MR. PERTNOY:  Calls for speculation.  Lack of

18   personal knowledge.  Vague as to businesses.

19           THE COURT:  Overruled.  If he knows.

20           THE WITNESS:  I was told that by the attorney for

21   Mr. Fuller.

22           MR. PERTNOY:  Objection.  He's saying he's told so

23   it's hearsay.  He has no personal knowledge.

24           THE COURT:  It's sustained.  At this point, we're

25   going to stop right here.  You will have only ten minutes

```
1    remaining for your cross-examination.

2            Ladies and gentlemen, as promised, we're going to be

3    in recess for lunch.  We'll see you here back around 2:25, no

4    later than 2:30.

5            With that said, do not discuss this case with anyone.

6    We will see you at that time.  Thank you.

7                THE COURT SECURITY OFFICER:  All rise.

8                (Thereupon, the jury exited the courtroom

9                 and the luncheon recess was taken.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       <u>**TUESDAY AFTERNOON SESSION, MAY 16, 2023**</u>

2                    <u>P-R-O-C-E-E-D-I-N-G-S</u>

3                (Call to the Order of the Court.)

4            (Thereupon, the jury entered the courtroom.)

5            THE COURT:  All right.  The members of the jury are

6       all present and accounted for.  You may be seated, everyone.

7       All right.

8            MS. SUAREZ:  Thank you, Judge.

9       **BY MS. SUAREZ:**

10      Q.   So, Mr. Goldberg, do you recall discussing the parking at

11      the Ball & Chain on your direct examination?

12      A.   Yes.

13      Q.   You mentioned the special exception?

14      A.   Yes.

15      Q.   Now, a special exception needs approval by the Commission,

16      right?

17      A.   A special exception, it depends on the nature of the

18      special exception.  Generally speaking, exceptions only need to

19      be approved by the Planning and Zoning Appeals Board, not the

20      Commission.

21      Q.   And do you recall seeing a document from Valerie Haber

22      about the Ball & Chain warrant?

23      A.   Yes.

24      Q.   Now to be clear, Ball & Chain had been playing music

25      outside since its opening in 2014, correct?

```
 1    A.    I'm not sure since 2014, but I know they played music

 2    outside.

 3    Q.    At some point, the city notified them they needed a

 4    warrant, right?

 5    A.    I guess at some point, yes.

 6    Q.    And they applied for this warrant on October 15th of 2019,

 7    correct?

 8    A.    That sounds right.

 9    Q.    Over a year later, the city still had not made a decision,

10    right?

11              MR. PERTNOY:  Objection.

12              THE COURT:  Grounds?

13              MR. PERTNOY:  Foundation.

14              THE COURT:  Overruled.  You can answer.

15              THE WITNESS:  I'd have to look at the file again and

16    see, but I know Valerie had a timeline so there was obviously a

17    time point from initial application to decision-making point.

18    BY MS. SUAREZ:

19    Q.    And, in fact, it wasn't until April of 2021 that it was

20    finally approved, correct?

21              MR. PERTNOY:  Objection.

22              THE COURT:  Grounds?

23              MR. PERTNOY:  Foundation.

24              THE COURT:  Overruled.  You can answer, if you know.

25              THE WITNESS:  I'm not sure of the exact date it's
```

1    approved.  It was approved by the Planning Department.

2    **BY MS. SUAREZ:**

3    Q.   Okay.  And the first time that a Certificate of Use was

4    revoked without an Unsafe Structure Panel referral was

5    Taquerias, correct?

6              MR. PERTNOY:  Objection.

7              THE COURT:  Grounds?

8              MR. PERTNOY:  Assumes facts not in evidence,

9    foundation and beyond the scope.

10             THE COURT:  Sustained.  Next question.

11   **BY MS. SUAREZ:**

12   Q.   You were involved in revoking the Certificate of Use for

13   Taquerias, correct?

14   A.   Yes.

15   Q.   And it was the first time that you revoked a Certificate

16   of Use without an Unsafe Structure Panel referral, right?

17             MR. PERTNOY:  Objection.

18             THE COURT:  Grounds?

19             MR. PERTNOY:  Assumes facts not in evidence.  Beyond

20   the scope.

21             THE COURT:  Overruled.  You can answer.

22             THE WITNESS:  Can you repeat that?

23   **BY MS. SUAREZ:**

24   Q.   It was the first time that you revoked a Certificate of

25   Use without an Unsafe Structure Panel referral?

1   A.   That's correct, but only because the Director of Building

2   came to me, told me what the life safety issue was involving

3   the building code and explained to me what the issue was.

4   Q.   So, again, another department coming to you, correct?

5   A.   Yes.  We work together collaboratively all the time.

6   Q.   About the plaintiffs' property, right?

7   A.   Yes.

8   Q.   And the life safety issue they claimed was a staircase,

9   correct?

10           MR. PERTNOY:  Objection.

11           THE COURT:  Grounds?

12           MR. PERTNOY:  Claimed.  Hearsay.

13           THE COURT:  Overruled.  You can answer.

14           THE WITNESS:  The basis for it, as told to me by the

15   Building Director, is that there was a stairway on the second

16   floor that was needed for egress for life safety down to the

17   ground.

18           What he told me was that there was no permit for those

19   stairs and that those stairs could not have been permitted in

20   that location because they were too close to a side lot line.

21   **BY MS. SUAREZ:**

22   Q.   And who was he?

23   A.   Ace Marrero.

24   Q.   And you testified on direct that you're not in the

25   business of shutting businesses down for fun, right?

```
1    A.    No.

2    Q.    That you try to provide accommodations, correct?

3    A.    That's correct.

4    Q.    But you didn't speak to a fire marshal to see if there was

5    anything that could be done about Taquerias, right?

6              MR. PERTNOY:  Objection.

7              THE COURT:  Grounds?

8              MR. PERTNOY:  Assumes facts not in evidence.

9    Speculation.

10             THE COURT:  Overruled.  You can answer.

11             THE WITNESS:  I didn't need to talk to the fire

12   marshal.  I don't need to talk to every single person at the

13   city.  The Director of Building told me there was a life safety

14   issue.

15   BY MS. SUAREZ:

16   Q.    You didn't talk to anyone else at the city, correct?

17             MR. PERTNOY:  Objection.

18             THE COURT:  Grounds?

19             MR. PERTNOY:  Asked and answered.  Foundation.

20             THE COURT:  Overruled.

21             THE WITNESS:  I don't recall talking with anyone

22   else.  I talked to Ace Marrero, the Director of Building who

23   has a lot of experience in the Florida Building Code.

24   BY MS. SUAREZ:

25   Q.    Okay.  And then you drafted a letter for the revocation of
```

1   the Certificate of Use on September the 8th, correct?

2   A.    That sounds correct.

3   Q.    And you actually revoked it on September the 21st, right?

4   A.    That sounds right.

5   Q.    So you waited multiple weeks before you actually revoked

6   the Certificate of Use, right?

7   A.    There must have been a delay getting it out, but there was

8   a gap between those times.

9   Q.    And if there was truly a life safety issue, you wouldn't

10  wait weeks to revoke the Certificate of Use, correct?

11          MR. PERTNOY:  Objection.  Calls for a legal

12  conclusion and speculation as to what constitutes a life safety

13  issue under the Florida Building Code.

14          THE COURT:  Sustained.

15  **BY MS. SUAREZ:**

16  Q.    Mr. Goldberg, you're the Director of Zoning, right?

17  A.    Yes.

18  Q.    You're aware of what the city defines as a life safety

19  issue, correct?

20  A.    Life safety issues is when the Building Department tells

21  me the life safety issue.  I rely on my colleagues for more

22  expertise in their subject area.

23  Q.    And they told you there was a life safety issue, right?

24  A.    They did.

25  Q.    You waited three weeks to revoke the Certificate of Use,

```
 1   correct?

 2           MR. PERTNOY:  Objection.  Assumes facts not in

 3   evidence.  Misstates.

 4           THE COURT:  Overruled.  You can answer.

 5           THE WITNESS:  Well, in addition to this property, I

 6   have to do a lot of other stuff as a Director of Zoning.

 7   Should I have revoked it sooner, perhaps.

 8           But I also have hundreds of other people who want

 9   meetings, people who want their -- other people who want their

10   CUs issued, people who want their waivers, that's our

11   administrative permits to be signed off on.  I have other

12   duties besides just this.  This is one aspect of the job.

13   BY MS. SUAREZ:

14   Q.   I understand.  But if there was an imminent life safety

15   threat, you wouldn't have waited three weeks, correct?

16           MR. PERTNOY:  Objection.

17           THE COURT:  Grounds?

18           MR. PERTNOY:  Well, 9/8 to 9/13 is 13 days, not three

19   weeks for starters.

20           THE COURT:  All right.

21   BY MS. SUAREZ:

22   Q.   13 days.  I will correct my time estimate.

23           THE COURT:  You can answer.

24           THE WITNESS:  Sorry, sorry.  Can you repeat that?

25
```

1    **BY MS. SUAREZ:**

2    Q.   If there was an imminent life safety threat, you wouldn't

3    have waited 13 days to revoke the Certificate of Use, right?

4    A.   If there was a life safety issue, should I have sent the

5    letter earlier?  Perhaps, but regardless shouldn't have been --

6    if it was a life safety issue for the moment, inside the moment

7    that Ace told me about it was a life safety issue, I started

8    drafting it.  I should have -- perhaps I should have sent the

9    letter earlier, but it's still a life safety issue nonetheless.

10           THE COURT:  Five minutes remaining.

11           MS. SUAREZ:  Understood, Judge.  Thank you.

12   **BY MS. SUAREZ:**

13   Q.   You gave a prior deposition in a related case, correct?

14   A.   Yes.

15   Q.   On August 30th of 2022?

16   A.   That sounds right.

17   Q.   Took an oath to tell the truth?

18   A.   Yes.

19   Q.   You did tell the truth, right?

20   A.   Yes.

21   Q.   Okay.  And, in fact, you were asked if it was truly a life

22   safety issue, would you have waited a couple of weeks?  And

23   your answer was no.  Do you recall that testimony?

24           MR. PERTNOY:  Objection.

25           THE COURT:  Grounds?

```
 1              THE WITNESS:  It's been a while.

 2              THE COURT:  Wait, there's an objection.

 3              MR. PERTNOY:  Outside the scope.  And we're now using

 4   deposition testimony without him having had an opportunity to

 5   see the testimony.

 6              MS. SUAREZ:  I can pull it up for him, Your Honor.

 7              THE COURT:  You can show it to him.

 8              MS. SUAREZ:  If we can show it to the witness and

 9   opposing counsel.

10              THE WITNESS:  Yeah, the question being asked of me,

11   was it imminent.  I said here:  Like I said earlier repeatedly,

12   this is but one of many matters I deal with, so there may have

13   been a delay in my drafting and sending this out 13 days later.

14   BY MS. SUAREZ:

15   Q.  But to be clear, before it says "but like I said earlier"

16   it says no, correct?

17              MR. PERTNOY:  Objection.  Misstates his testimony.

18   Rule of completeness.

19              THE COURT:  Sustained.

20   BY MS. SUAREZ:

21   Q.  Can you read the entire question and answer, please?

22   A.  Sure.  Question:  If it was truly an imminent life safety

23   issue, would you have waited a couple of weeks?

24       Answer:  No.  But like I said earlier repeatedly, this is

25   but one of many matters I deal with so there may have been I
```

```
 1    guess there was a delay between my drafting and sending this
 2    out but, you know, I sent it out 13 days later.
 3    Q.    Okay.  And at one point, the manager's office asked you
 4    about a signed permit at Azucar, correct?
 5    A.    Yes.
 6    Q.    And --
 7              MR. PERTNOY:  Objection.
 8              THE COURT:  What's the objection?
 9              MR. PERTNOY:  Never discussed Azucar in the direct.
10              THE COURT:  Sustained.
11              MS. SUAREZ:  It's related to Mr. Fuller, Your Honor.
12              THE COURT:  Overruled.
13    BY MS. SUAREZ:
14    Q.    Azucar is next door to Ball & Chain?
15    A.    Yes.
16    Q.    And the property is owned by Mr. Fuller, correct?
17    A.    I believe it is.
18    Q.    And the sign has been around for at least ten years,
19    right?
20    A.    The original sign that was just the ice cream cone was
21    permitted by my predecessor, Barny Min as artwork because it
22    was just an ice cream cone.
23          There was added on to that ice cream cone the lettering
24    that says Azucar.  If the ice cream cone was permitted as art
25    and not a sign, you don't get into the analysis for sign size
```

```
 1    but again, every jurisdiction with Zoning, you have a size
 2    required, a size limitation on signs.
 3         So what happened was you had the ice cream cone permitted
 4    at one time as artwork by my predecessor.  You had the
 5    Azucar -- you had the NET permit for the sign for the Azucar
 6    text and the bands, if I recall correctly -- very nice sign --
 7    you had that there as a second separate permit, not displaying
 8    the initial ice cream cone.
 9         The ice cream cone plus the lettering together would have
10    exceeded the sign size because they were bifurcated and no one
11    realized it.  That was approved subsequently, that sign.
12    Q.   No one realized it until the manager's office brought it
13    to your attention, right?
14              MR. PERTNOY:  Objection.
15              THE COURT:  Wait, there's an objection.  Grounds?
16              MR. PERTNOY:  Hearsay.
17              THE COURT:  Sustained.  Also you have three minutes
18    remaining.
19              MS. SUAREZ:  Understood, Judge.
20    BY MS. SUAREZ:
21    Q.   And you're aware of the Florida Sunshine laws, right?
22    A.   I am.
23    Q.   What are those?
24    A.   The Sunshine law requires that meetings be open to the
25    public.
```

```
 1   Q.    It also requires that city officials retain their records,
 2   right?
 3   A.    That's the records law.
 4   Q.    Okay.  You're required to retain your records, correct?
 5   A.    You're required to retain public records generally, yes.
 6   Q.    Your emails are public record?
 7   A.    Yes.
 8   Q.    Your text messages are public record?
 9   A.    If they relate to city business.
10   Q.    You're cautious about what you put in writing, right?
11             MR. PERTNOY:  Objection.  Relevance.
12             THE COURT:  Overruled.  You can answer.
13             THE WITNESS:  Sometimes.
14   BY MS. SUAREZ:
15   Q.    Because it's potentially discoverable, right?
16             MR. PERTNOY:  Objection.
17             THE COURT:  Grounds?
18             MR. PERTNOY:  Calls for speculation.  Potentially
19   discoverable.
20             THE COURT:  Overruled.  You can answer that question.
21             THE WITNESS:  Not because it's discoverable, but
22   because you could write something, learn some new information,
23   it turns out you were incorrect, so it's important to have the
24   full facts when writing something.
25
```

1    **BY MS. SUAREZ:**

2    Q.   Again, you remember giving a deposition in this case,

3    right?

4    A.   I do.

5         MS. SUAREZ:  If we can pull up page 63 for the

6    witness and opposing counsel?

7    **BY MS. SUAREZ:**

8    Q.   Do you see where it says question:  So are you being

9    cognizant of that, cautious about what you put in writing

10   because you are aware it could be a public record at any time?

11   The witness:  Yes?

12   A.   Yes, I see that.

13        MS. SUAREZ:  I have no further questions, Judge.

14        THE COURT:  All right.  Thank you.  Any redirect?

15                    -  -  -  -  -

16        **REDIRECT EXAMINATION OF DANIEL GOLDBERG**

17   **BY MR. PERTNOY:**

18   Q.   Mr. Goldberg, you were asked about your testimony at your

19   deposition where you swore to tell the truth.  Do you recall

20   that?

21   A.   I do.

22   Q.   And you told the truth there?

23   A.   Yes.

24   Q.   And you swore to tell the truth today here?

25   A.   Yes.

1    Q.   And did you tell the truth here today?

2    A.   Yes.

3    Q.   And you were asked about the lawsuit in 2018.  And when

4    the city got sued in 2018, and Mr. Fuller sued Commissioner

5    Carollo and Mr. Fuller sued additional ten John Does.  You were

6    with the City Attorney's Office at the time?

7    A.   In October of '18, yes.

8    Q.   And so was it common when the city was getting sued or

9    officials were getting sued, that the City Attorney's Office

10   would -- and the city attorneys would meet and discuss the

11   allegations of the suit?

12          MS. SUAREZ:  Objection.  Leading.

13          THE COURT:  Sustained.

14   **BY MR. PERTNOY:**

15   Q.   When you were with the City Attorney's Office and the city

16   or public officials got sued, what did the City Attorney's

17   Office do?

18   A.   We would research, take a look at it.  Sometimes people

19   would gather in groups to talk about a case and we'd deal

20   with it.

21   Q.   So being asked to look at this complaint, was it any

22   different than any other time you've been asked to look at a

23   case?

24   A.   No.

25   Q.   There's nothing nefarious about it?

 1              MS. SUAREZ:  Objection.  Leading.

 2              THE WITNESS:  Yes.

 3              THE COURT:  Sustained.  Also, again, Mr. Goldberg,

 4     wait to respond to a question because when there's an

 5     objection, I need to make sure it's either sustained or

 6     overruled.  Okay, sir?

 7              THE WITNESS:  Sorry, Your Honor.

 8              THE COURT:  No problem.  Thank you.

 9     **BY MR. PERTNOY:**

10     Q.   Now, you were also asked about communications with the

11     city attorney.  When you were a city attorney, communicating

12     with the city attorney, is that common?

13     A.   Yes, she's the boss.

14     Q.   And you would discuss a range of matters; is that fair to

15     say?

16              MS. SUAREZ:  Objection.  Leading.

17              THE WITNESS:  Yes.

18              THE COURT:  Sustained.

19              THE WITNESS:  Sorry.

20     **BY MR. PERTNOY:**

21     Q.   Would it also be common for city attorneys to meet with

22     the manager?

23     A.   Yes.

24     Q.   And in meeting with the manager, would it be to discuss

25     pending litigations?

```
 1              MS. SUAREZ:  Objection.  Leading.
 2              THE COURT:  Sustained.
 3   BY MR. PERTNOY:
 4   Q.   What sort of things would the city attorneys meet with the
 5   manager about?
 6   A.   It might be litigation.  It could be items coming up
 7   before the Commission, any legal issues associated with it.  Or
 8   it could be to give any legal advice requested by the manager
 9   or his office.  It could be a myriad of things.
10   Q.   Is it commonplace to meet with the manager or
11   administrative staff?
12   A.   Yes, they're one of the clients of the City Attorney's
13   Office.  It's common for an attorney to meet with their
14   clients.
15   Q.   Now that you're in the administrative side as the Zoning
16   Administrator, is it common for you to meet with the manager?
17   A.   Yes, he's my boss.
18   Q.   And what sort of issues do you discuss with the manager?
19   A.   All sorts of zoning related issues, internal labor issues
20   such as, hey, I need an extra position for this side of my
21   office to get permits out.
22        It could be issues where someone's complained that
23   something's taking too long and wants to know what's happening.
24   Just general information gathering and just it could be a range
25   of things.
```

```
 1   Q.   Does that include pending litigation?
 2              MS. SUAREZ:  Objection.  Leading.
 3              THE COURT:  Sustained.
 4   BY MR. PERTNOY:
 5   Q.   Would that also include other matters that the city
 6   attorneys would be involved in?
 7              MS. SUAREZ:  Objection.  Leading.
 8              THE COURT:  Sustained.
 9   BY MR. PERTNOY:
10   Q.   You were asked about your relationships with various
11   people.  How long have you been working in the city off and on
12   since your time in law school?
13   A.   I've been off and on with that one and a half year break
14   in the private sector, it has been now 11 and a half years.
15   Q.   Is it common to become friends with the people you work
16   with?
17              MS. SUAREZ:  Objection.  Leading.
18              THE COURT:  Sustained.
19   BY MR. PERTNOY:
20   Q.   Have you become friends with people you've worked with?
21   A.   Yes.
22   Q.   Do you find anything wrong with that?
23   A.   No.
24   Q.   Do you enjoy working with the people in the city?
25              MS. SUAREZ:  Objection.  Relevance.
```

1          THE COURT:  Sustained.

2    **BY MR. PERTNOY:**

3    Q.   You were asked on the spur of the moment to try to think

4    of other properties that you had to meet or talk about in your

5    tenure at the city.  Do you recall that?

6    A.   Yes.

7    Q.   Are there other property owners in the City of Miami who

8    have repeated issues with code or building violations?

9          MS. SUAREZ:  Objection.  Leading.

10         THE COURT:  You can answer that question.

11         THE WITNESS:  Yeah.  I remember a couple.  There was

12   a couple out of New Jersey, their last name was Vacman.  They

13   were -- this was in the news too.  They owned a number of

14   multifamily buildings in Liberty City and Overtown that were

15   slum.  They were not repaired.  They were falling apart.  They

16   did repairs without permits.

17         And I think at one point, we had the -- we had a

18   circuit court appoint a Receiver over those properties.  There

19   was -- recently, there was a guy who was going around the city

20   building entire houses with no permits.  I forgot the guy's

21   name, but there was that guy.

22         There was -- actually I guess he wasn't repeat.  I

23   remember that there was another one that was just kind of

24   crazy.  There was a guy who built two entire duplexes off of

25   Coral Way and 27th Avenue with no permits whatsoever, so it

1   happens.

2   **BY MR. PERTNOY:**

3   Q.   So on these issues, would you meet with the city attorney

4   to discuss the legal issues involved with it?

5          MS. SUAREZ:  Objection.  Leading.

6   **BY MR. PERTNOY:**

7   Q.   Would you meet with the city attorney to discuss issues

8   such as the ones you've described?

9   A.   Yes.  I remember meeting with the city attorney and over

10  the first example I gave you, that slumlord in Liberty City.

11  Q.   And would you meet with the city administration, the

12  managers or assistant managers regarding these issues as well?

13         MS. SUAREZ:  Objection.  Leading.

14         THE COURT:  Sustained.

15  **BY MR. PERTNOY:**

16  Q.   Are these matters that you would meet -- are these types

17  of matters that you described matters that you would meet with

18  the administrators or the city manager?

19         MS. SUAREZ:  Objection.  Leading.

20         THE COURT:  Sustained.

21  **BY MR. PERTNOY:**

22  Q.   Did you meet with the manager regarding these issues?

23  A.   I don't recall if I met with the manager on these issues,

24  but I'm sure we met with some department heads at some point,

25  because something had to be done on the Building side, meet

```
 1   with the Building Department.  If it's an Unsafe Structure

 2   issue, it's the Unsafe Structure section of Building.  It would

 3   be common because the administration is the one that actually

 4   executes the policy and executes things.

 5   Q.   Now you were asked about talking with Ace Marrero and

 6   other departments.  Is it common to communicate with other

 7   departments?

 8            MS. SUAREZ:  Objection.  Leading.

 9            THE COURT:  Sustained.

10   BY MR. PERTNOY:

11   Q.   Do you, in your job as Zoning Administrator, communicate

12   with other departments?

13   A.   Yes, all the time.

14   Q.   Why do you do that?

15   A.   Because sometimes there are issues that cross our

16   departments.  That could be a warrant or an exception that

17   Planning handles, but they may have a Zoning question.

18        There might be in Building someone complaining about a

19   stuck permit and the discipline that hadn't signed off is

20   Zoning so we work collaboratively.

21   Q.   You were asked about the steps leading out of Los

22   Altos/Taquerias with regard to your conversation with Ace

23   Marrero.  Do you recall that?

24   A.   Yes.

25            MS. SUAREZ:  Objection.  Mischaracterizes the
```

1    testimony.

2            THE COURT:  Overruled.  Also 20 minutes remaining if

3    you need it.  Go ahead, sir.

4            THE WITNESS:  Yes.

5    **BY MR. PERTNOY:**

6    Q.   What was the issue as you understood it with respect to

7    those steps?

8    A.   The issue as I understood it from talking to Ace was that

9    those steps were required for life safety for egress from the

10   second floor in case of an emergency.  They went from the

11   second floor down to the ground at the rear of the property.

12           My understanding from talking to Ace was that he could

13   find no permit record for those stairs anywhere.  And further,

14   those stairs, according to him, could not have been permitted

15   in that location anyways because they were too close to a lot

16   line.

17           These are all Building Code requirements which candidly, I

18   don't understand completely what they are.  They're there for

19   life safety.  Those rules are in place for those reasons.

20   Q.   And in revoking that CU, did you act any faster or slower

21   because it was the plaintiffs' properties?

22           MS. SUAREZ:  Objection.  Leading.

23           THE COURT:  Sustained.

24   **BY MR. PERTNOY:**

25   Q.   Did you take action any differently than you would for any

1    other property in the city?

2    A.   No.   Except for the fact that it was referred to me from

3    Ace, no.

4    Q.   Now, you were asked about the outdoor warrant in your

5    cross-examination.  Who's responsible for obtaining the outdoor

6    warrant?

7    A.   The owner or operator for a space that wants to get the

8    outdoor dining approval.

9    Q.   It's not the city's job to catch them and tell them they

10   need a warrant?

11            MS. SUAREZ:  Objection.  Leading.  Argumentative.

12            THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.   You were asked about the change in the Certificate of Use

15   statute from "may" to "shall."  Do you recall that?

16   A.   Yes.

17   Q.   Was that to target Mr. Fuller?

18            MS. SUAREZ:  Objection.  Legal conclusion.

19            THE COURT:  Sustained.

20   **BY MR. PERTNOY:**

21   Q.   What was the reason for passing that legislation as you

22   know it?

23            MS. SUAREZ:  Objection.  Relevance.

24            THE COURT:  Overruled.

25            THE WITNESS:  I'm not sure.  It was to make the -- it

1    was to make the requirement that a CU be pulled, you know,

2    mandatory, not discretionary.  I think it was just done for

3    life safety as far as I know.

4    **BY MR. PERTNOY:**

5    Q.   Why is that important for life safety?

6    A.   Because if you have a life safety issue, you have an

7    unsafe structure, we have an unsafe structure or in this case,

8    Taquerias, a life safety issue, you're not supposed to be using

9    the space.

10        A CU says that you can be open and let people in from the

11   public who may not know that there's an issue.  So the idea is

12   that if you don't have a CU, it's known that you shouldn't be

13   using the space.

14             MS. SUAREZ:  I'm going to object, Your Honor.

15   Speculation.

16             THE COURT:  Sustained.

17   **BY MR. PERTNOY:**

18   Q.   Did you or your department ever target plaintiff for their

19   properties?

20             MS. SUAREZ:  Objection.  Legal conclusion.

21             THE COURT:  Sustained.

22   **BY MR. PERTNOY:**

23   Q.   Did you ever take any action on behalf of your department

24   because it was the plaintiffs' property?

25             MS. SUAREZ:  Objection.  Leading.

 1           THE COURT:  Sustained.

 2   **BY MR. PERTNOY:**

 3   Q.   Did you -- what were the reasons you took the actions

 4   against the plaintiffs' properties?

 5           MS. SUAREZ:  Objection.  Foundation.

 6           THE COURT:  Overruled.  He can answer that question.

 7           THE WITNESS:  In terms of the CU, the reason I just

 8   stated.  Life safety issue from a colleague of mine who knows

 9   the building code and is in charge of it.

10           For the alcohol reservation we discussed earlier,

11   because it didn't meet the requirements of law.  Simple.  You

12   know, if something meets the requirements, you get an approval.

13   If it doesn't, you get a denial.  That's how it is with

14   everybody.

15   **BY MR. PERTNOY:**

16   Q.   Have you ever acted with prejudice towards any owner's

17   properties?

18           MS. SUAREZ:  Objection.  Leading and calls for a

19   legal conclusion.

20           THE COURT:  Sustained.

21           MR. PERTNOY:  Let me review my notes, Your Honor.  I

22   think I might be done.

23           THE COURT:  Sure.

24   **BY MR. PERTNOY:**

25   Q.   I think you testified that you're a licensed lawyer.

1    You're a member of the Florida Bar, correct?

2    A.    That's correct.

3    Q.    Does those duties as a licensed lawyer and a member of the

4    Bar, does that impact how you act as the Zoning Administrator?

5              MS. SUAREZ:  Objection.  Relevance.

6              THE COURT:  Sustained.

7    **BY MR. PERTNOY:**

8    Q.    Do you use your license as -- in your role as a Zoning

9    Administrator?

10             MS. SUAREZ:  Objection.  Relevance.

11             THE COURT:  Sustained.

12             MR. PERTNOY:  No further questions, Your Honor.

13             THE COURT:  All right.  Mr. Goldberg, thank you, sir.

14   Have a good day.  Defense, call your next witness.

15             MR. PERTNOY:  We're going to be calling Rachel

16   Dooley, Your Honor.

17             THE COURT:  Sure.

18             MR. PERTNOY:  Do you mind if I have a moment to set

19   up my materials?

20             THE COURT:  Not a problem.

21             MR. GUTCHESS:  Your Honor, Ms. Gomez was planning on

22   crossing Ms. Dooley.  There's a chance she won't be here

23   tomorrow, but we'd like her to still do the objections today

24   and if she can cross her today, do that.

25             THE COURT:  How long is your testimony direct for

1    Ms. Dooley do you anticipate?

2            MR. PERTNOY:  We had initially marked down about four

3    hours and change.  I don't know what it's going to be, depends

4    on objections and like but I'll endeavor to be efficient.

5            THE COURT:  Give me a --

6            MR. PERTNOY:  I mean, he estimated that time but --

7            THE COURT:  Well, the question is are you going to

8    utilize the entire -- I'm not going to restrict you.  If you

9    say, in fact, you're going to need four and a half hours for

10   this one witness --

11           MR. PERTNOY:  I'm going to endeavor to be less than

12   that, but I cannot promise.

13           THE COURT:  All right.  So that the plaintiff has an

14   idea.

15           MR. PERTNOY:  Understood.

16           MR. GUTCHESS:  It's okay if we proceed this way with

17   Ms. Gomez objecting?

18           THE COURT:  That's fine.  We'll go at least up to an

19   hour for her, and I can excuse the jury because I can address

20   other motions that was filed, okay?

21           MR. PERTNOY:  Sure, Your Honor.  Let me just get

22   everything organized.

23           THE COURT:  Sure.

24                       (Witness sworn.)

25           MR. PERTNOY:  I'll be with you in a moment,

```
 1   Ms. Dooley.

 2             THE WITNESS:  No problem.

 3                      -  -  -  -  -

 4         DIRECT EXAMINATION OF RACHEL S. DOOLEY, ESQ.

 5   BY MR. PERTNOY:

 6   Q.   Good afternoon, Ms. Dooley.  Can you state your name and

 7   what your current position is at the City of Miami?

 8   A.   My name is Rachel Sue Glorioso Dooley.  I'm a senior

 9   assistant city attorney for the City of Miami.

10   Q.   And what department are you currently in?

11   A.   The Law Department.

12   Q.   And is there a specific area that you're -- that you're

13   focused on these days?

14   A.   I'm in land development and general government which

15   involves Code compliance, Building compliance, handling things

16   with Entertainment, Fire, Solid Waste, all of the departments

17   that deal with quality of life issues.

18   Q.   And prior to that, were you focused in another area in the

19   City Attorney's Office?

20   A.   So when I first started at the city which was January of

21   2015, I was strictly assigned to Code Compliance, which is its

22   own particular department.  I did that for a year or about a

23   year and a half.

24             And then the Building Department was brought in as

25   something I started to handle as well in -- I want
```

1    to say September, October, of 2018.

2         I was shifted to litigation.  We'd had several attorneys

3    leave, and I have a prior litigation background so I went to

4    the litigation division and I was there until approximately

5    April to May of 2020 when I was moved back to Code Compliance

6    Building, Fire, and Solid Waste and all of those qualify of

7    life type departments.

8    Q.   Is it fair to say from 2015 to present, you have been in

9    the City Attorney's Office working for the City of Miami?

10   A.   Yes.

11   Q.   And let's go back, and just give a little bit of a

12   background starting with high school, and going up through

13   college and law school just kind of give --

14           MS. GOMEZ:  Objection.  Relevance.

15           THE COURT:  All right.  Sustained.

16   **BY MR. PERTNOY:**

17   Q.   Where did you go to college?

18   A.   I graduated from American University in Washington, DC.

19   Q.   And then after college, where did you go to law school?

20   A.   I worked for a few years in DC --

21           MS. GOMEZ:  Objection.  Relevance.

22           THE COURT:  Overruled.

23           THE WITNESS:  Then I went to St. Thomas University

24   School of Law in Miami.

25

1    **BY MR. PERTNOY:**

2    Q.   And when did you graduate St. Thomas?

3    A.   1997, 6.

4    Q.   Okay.  And when you left law, when you graduated law

5    school, can you just take everybody through your work history

6    that led you to getting to the City of Miami?

7              MS. GOMEZ:  Objection.  Relevance.

8              THE COURT:  Sustained.

9    **BY MR. PERTNOY:**

10   Q.   Prior to working in the City of Miami, have you served in

11   public service working for any other state or federal

12   organizations as a lawyer?

13             MS. GOMEZ:  Objection.  Relevance.

14             THE WITNESS:  Yes.

15             THE COURT:  Wait.  Sustained.

16   **BY MR. PERTNOY:**

17   Q.   Did you ever work in the Miami-Dade State Attorney's

18   Office?

19             MS. GOMEZ:  Objection.  Relevance.

20             THE COURT:  Sustained.  Counsel, you can address the

21   issues before this Court so we don't have multiple objections

22   beings sustained by the Court.  We'd appreciate it.  Okay?

23             MR. PERTNOY:  I'm just trying to get her background.

24   I'll move on, Your Honor.

25

1  **BY MR. PERTNOY:**

2  Q.   Let's talk about your job duties at the City Attorney's

3  Office.  So, you joined the City Attorney's Office in 2015.

4  What department were you assigned to initially?

5  A.   Code Compliance, and I also did legislative items relating

6  to Code Compliance.

7  Q.   What are the daily duties of a city attorney in Code

8  Compliance?

9  A.   The daily duties almost always deal with people attempting

10 to navigate code violations.  Most of them are pretty mundane

11 and easily solved.

12     Some are just working to get a property owner in touch

13 with the department they need to get in touch with.  So an

14 attorney and property owners and tenants alike will find out

15 who the attorney is.  They call you, or they email you, and you

16 try to put them together.

17     Let's say they have an issue with Zoning, so you'll send

18 and email and include everybody in it including the person with

19 the issue so that they can solve that problem.

20     The other aspect is issues of code hearings, so for code

21 compliance, every month in the City of Miami we have a Code

22 Enforcement Board, which is a board that can be of up to I

23 believe 11 or 13 members.  They are members of who live within

24 the City of Miami or own businesses.

25          MS. GOMEZ:  Objection.  Relevance, narrative.

```
 1            THE COURT:  Overruled.

 2            THE WITNESS:  They meet three times a month in the

 3   evening and they hear code violations ranging from, you know,

 4   anything from work without a permit to failure to cut the

 5   grass, to any other of those various violations, parking cars

 6   on grass.  Not having cars tagged.  Any sort of qualify of life

 7   issues that you can think of.  Illegally dumping stuff on the

 8   curb and not picking them up on the right day.  Those kinds of

 9   things.

10   BY MR. PERTNOY:

11   Q.   Now, let's try to divide so that we better understand what

12   is involved in code enforcement from the City Attorney's

13   Office.  You mentioned qualify of life issues.  What would

14   those generally be?

15   A.   So quality life issue is going to be anything in which the

16   community you live in and that affects you.  It can be anything

17   from, again, illegal construction to not properly maintaining

18   your lawn, to failing to have proper permits to run businesses

19   that you're running, or running, say, businesses without the

20   right to do so in a particular zone.

21        You know, the City of Miami, for instance, doesn't allow

22   what you would call a short term rental in a single family home

23   area.  So you get a lot people of who are running their short

24   term rental businesses, buying houses and just trying to rent

25   them out for weekend sort of parties, that's a quality of life
```

1    issue and that's a violation of the city code.  So those are

2    things in code compliance that you work to enforce.

3    Q.   Is noise part of the code compliance portion of that

4    universe?

5    A.   It is.  It's the ticketing aspect to it.  So there's two

6    aspects to a code.  One is violations that are of an ongoing

7    nature which are called notices of violation.  People may get

8    issued a notice of violation, and are given a certain amount of

9    days to comply.  If they don't, it will get set for a hearing

10   before the board.  Board may give them more time --

11              MS. GOMEZ:  Objection.  Relevance and narrative.

12              THE COURT:  Objection as to narrative is sustained.

13   Ask your next question, Mr. Pertnoy.

14              MR. PERTNOY:  Thank you.

15   **BY MR. PERTNOY:**

16   Q.   The Florida Building Code, is that part of something you

17   work with in Code Enforcement from the City Attorney's Office?

18   A.   You do work through Chapter 10 of the city code.  Work

19   without a permit is a violation of the Florida Building Code so

20   even in 2015, although I wasn't the attorney for the Building

21   Department, Chapter 10 was a part of the city code that I did

22   work with.  And you can enforce that also through the Code

23   Compliance Department, as well as the Building Department.

24   Q.   And how does the Florida Building Code integrate with the

25   City of Miami Code?

```
 1              MS. GOMEZ:  Objection.  Relevance.
 2              THE COURT:  Overruled.  She can answer that question.
 3              THE WITNESS:  The Florida Building Code and both the
 4   Administrative Code, which sets all the technical details of
 5   what the code requires as well as the Florida Statute Code
 6   which is sort of the umbrella as how it operates is
 7   incorporated into the city code pursuant to Chapter 10 of the
 8   city code, and that's where the city's enforcement powers come
 9   from.  It comes from the Florida statutes.
10   BY MR. PERTNOY:
11   Q.   Now, is there a difference between Code Compliance and
12   Unsafe Structure Building?
13   A.   Yes.
14   Q.   Can you explain to the jury the difference between those
15   two terms and how that works?
16              MS. GOMEZ:  Objection.  Relevance and not an expert.
17              THE COURT:  Sustained.
18   BY MR. PERTNOY:
19   Q.   Are you familiar with the code compliance process for the
20   City of Miami?
21   A.   Yes.  That's what I've been doing for over eight years.
22   Q.   And the unsafe structure process, are you familiar with
23   that?
24   A.   Yes.  I've been doing that slightly less.
25   Q.   How many years have you been doing that?
```

1    A.    So maybe six and a half or seven years with the Building

2    Department.

3    Q.    So walk us through the code compliance process from

4    citation through to the end of the process so that the jury

5    understands how the process is supposed to work.

6            MS. GOMEZ:  Objection.  Relevance.  Hypothesis.  Not

7    an expert.

8            THE COURT:  Overruled.

9            THE WITNESS:  So for a notice of violation which is

10   different than a ticket like a noise violation would be a

11   ticket, but let's say for work without a permit, and that's

12   work that's being performed where there isn't a permit on file

13   that's been approved, or they're working outside the scope of

14   the permit that was given.

15           So let's say you've got a permit for a fence and you

16   change your windows.  That would be a violation, you're working

17   without a permit.

18           Again, as I was stating before, you would get cited.

19   They would give you a certain amount of time to comply, usually

20   with those 30 days or something like that.  I believe you can

21   ask for one more extension of time to get that complied.

22           If it's not complied, you're brought to a hearing

23   before the Code Enforcement Board, which I discussed with you

24   earlier which is the community people who are on that board.

25           You can, as the person whose property is charged with

1  being in violation, that's your chance to bring everything

2  forward as to why you're not in violation, or yes, you are in

3  violation, and you're working to fix it.  If you want to

4  challenge it, you can challenge it and call witnesses and put

5  in evidence.  The City of Miami --

6          MS. GOMEZ:  Objection.  Narrative.

7          THE COURT:  Wait, the objection is sustained.  Ask

8  your next question, Mr. Pertnoy.

9  **BY MR. PERTNOY:**

10 Q.   After the code enforcement hearing, is there an

11 opportunity to appeal the Code Compliance Board's ruling?

12         MS. GOMEZ:  Objection.  Relevance.

13         THE COURT:  Overruled.  She can answer.

14         THE WITNESS:  Yes.  It's required by the Florida

15 Statutes and it's codified into the city code.  So you have 30

16 days to appeal any order of the Code Enforcement Board or in

17 the alternative, you can ask for an extension of time if you're

18 going to run short on meeting the timeframe they gave you.

19 **BY MR. PERTNOY:**

20 Q.   And where does that appeal go to?

21 A.   The appeals go to the Eleventh Judicial Circuit within

22 Miami-Dade County.  So they go to the judges, 73 West Flagler

23 Street, the circuit court.

24 Q.   And are you involved in all the processes that you've

25 talked about with respect to code enforcement?  Are you

1  involved in all those processes to from start to finish?

2  A.   To varying degrees, yes.

3  Q.   On the Unsafe Structure side of it, can you explain how

4  that process generally works?

5            MS. GOMEZ:  Objection.  Relevance.

6            THE COURT:  Overruled.

7            THE WITNESS:  So unsafe structure cases is very

8  similar.  The main difference between an unsafe structure case

9  and a code case is that in an unsafe structure case, you don't

10  have what's called a daily fine.

11            If you don't comply with the Unsafe Structure Board

12  timeframe they give you, and don't ask for an extension of time

13  timely, you can get a lien run against your property.

14            In Unsafe Structures, they don't have that.

15  Otherwise, it's basically the same process, except with Unsafe

16  Structures, if you're cited, you can immediately appeal that to

17  the Unsafe Structure Panel which is a panel that is provided by

18  Miami-Dade County.  It's a three member panel that's vetted by

19  Miami-Dade County and sits as the City of Miami Unsafe

20  Structure Panel.

21  **BY MR. PERTNOY:**

22  Q.   And after there's a ruling by the Unsafe Structure Panel,

23  is there an appellate procedure for any of those rulings?

24            MS. GOMEZ:  Objection.  Relevance.

25            THE COURT:  Overruled.

1          THE WITNESS:  Yes.  Again, it's the same philosophy

2   of due process.  All of the code cases have that.  You may

3   appeal it within 30 days of the order, or if you so choose to,

4   request an extension of time prior to the expiration of the

5   time that they're giving you.

6   **BY MR. PERTNOY:**

7   Q.   Now are you familiar with the plaintiffs in this case?

8   A.   Yes.

9   Q.   And are you familiar with some of their properties?

10  A.   Yes.

11  Q.   And how did you obtain that familiarity?

12  A.   Through my course as an assistant city attorney with the

13  City of Miami and prosecuting Code Compliance and Unsafe

14  Structure cases.

15  Q.   Were you personally involved in many of the matters

16  concerning the plaintiffs' properties?

17  A.   Yes.

18  Q.   As the attorney on behalf of the City of Miami?

19  A.   Yes, it was my job.

20  Q.   Let's start to talk about some of the properties.  Are you

21  familiar with the Tower Hotel?

22  A.   Yes.

23  Q.   Can you explain the Tower Hotel as far as its makeup of

24  folios?

25  A.   So the Tower Hotel is three -- really almost four

1    properties, because there's one in the back area but it's not

2    the main part of it --

3            MS. GOMEZ:  Objection.  Lack of foundation,

4    cumulative.

5            THE COURT:  Overruled.  If she knows.

6            THE WITNESS:  There are.  Thank you.  Sorry, Your

7    Honor.

8            THE COURT:  No, go ahead.

9            THE WITNESS:  There are three separate main

10   properties.  So if you're on SW 7th Street and you're facing

11   south, the middle building is a large hotel.

12           Then to the right of it immediately is a property

13   where there's -- there was a single family home, and to the

14   left of it was a property.  There was a two-story residence and

15   I believe a one story structure in the back.  So those would be

16   the main three structures.  They are three separate folios as

17   they call folios, each property has its own folio to identify

18   itself.

19           MS. GOMEZ:  Objection.  Narrative.

20           THE COURT:  Sustained.

21   **BY MR. PERTNOY:**

22   Q.   Do you know what the address numbers are for each of the

23   three properties you just discussed?

24   A.   The three residential ones is 1444 SW 7th Street, the

25   hotel itself is 1450, and the single family home was 1460 SW

1  7th Street.

2  Q.   Okay.  So you have personal familiarity with the code

3  compliance issues concerning these properties?

4  A.   Yes.

5  Q.   How did you come to have this personal knowledge?

6  A.   My first involvement with them came from -- they had

7  Unsafe Structure Orders on the three properties for having done

8  illegal work back in 2012 before I got to the city.

9          MS. GOMEZ:  Objection.  Legal conclusion.

10          THE COURT:  Sustained.

11          MS. GOMEZ:  Move to strike.

12          THE COURT:  Stricken.  Next question, counsel.

13  **BY MR. PERTNOY:**

14  Q.   Let's focus on your time at the city from 2015 forward.

15  When was the first time you became involved with the Tower

16  Hotel properties when you were with the City Attorney's Office?

17  A.   There were expired Unsafe Structure Panel Orders on the

18  properties and the plaintiffs wanted to refinance the

19  properties and wished to move forward and requested a

20  Compliance Agreement.

21          MS. GOMEZ:  Objection.  Speculation and hearsay.

22          THE COURT:  Sustained.

23          MR. PERTNOY:  So let's do the following to make life

24  easier.  Can we bring up DX 11, please, which is in evidence?

25  Can you make that a little bigger, please?

1    **BY MR. PERTNOY:**

2    Q.   Do you recognize this document?

3    A.   Yes.

4    Q.   Can you explain to the jury what this document -- first

5    off, what is a Compliance Agreement?

6    A.   So a Compliance Agreement is an agreement where an owner

7    comes to the city because they're either in breach of an Unsafe

8    Structure Order panel or they're trying to do something in

9    avoidance of going to the Unsafe Structure Panel, and they're

10   agreeing that their property is in violation, and they're going

11   to do certain things within a certain timeframe in order to

12   bring the property into compliance with the Florida Building

13   Code.

14   Q.   Now did you have involvement in the Compliance Agreement

15   that's on the screen at the moment?

16   A.   Yes.  Those -- these agreements were drafted from my

17   office and provided to the Unsafe Structure Department.

18   Q.   Can you scroll down to make it a little larger in the

19   preambles?  Thank you.  Can you make it a little bigger?  Thank

20   you.

21        That's good.  Can you please read to the jury the first

22   whereas clause of the compliance agreement?

23            MS. GOMEZ:  Objection.  Lack of foundation with

24   respect to this particular compliance agreement.

25            THE COURT:  It's in evidence?

 1          MR. PERTNOY:  Yes, it is.

 2          THE COURT:  All right.

 3          MS. GOMEZ:  Lack of personal knowledge.

 4          THE COURT:  All right.  Do you have personal

 5   knowledge as to this matter?

 6          THE WITNESS:  Yes.  I recall when these three were

 7   done.

 8          THE COURT:  All right.  Overruled.

 9   **BY MR. PERTNOY:**

10   Q.   Can you read the first whereas clause of the Compliance

11   Agreement?

12   A.   It says:  Whereas the owner desires to make a voluntary

13   commitment to assure that the property shall be in compliance

14   with the provisions of the Florida Building Code, Fire

15   Prevention Code and all other federal, state or local codes as

16   amended.

17   Q.   If you scroll down to the bottom of the page, can you

18   please read the first sentence after the Section 3 where it

19   says terms?

20   A.   The owner agrees the above described property is in

21   violation of the City of Miami Code.  Subsequently the owner

22   agrees to the following terms.

23   Q.   Is it your personal knowledge that the property involved

24   in this Compliance Agreement was in violation of the City of

25   Miami Code?

```
 1   A.    Yes.

 2   Q.    And can you now go to the second page of this document,

 3   and can you make that a little larger?  Can you -- the terms of

 4   this document involved you're talking about something about

 5   refinancing.  Can you explain what you meant by that?

 6              MS. GOMEZ:  Objection.  Speculation.

 7              THE COURT:  Sustained.  Rephrase the question.

 8   BY MR. PERTNOY:

 9   Q.    Do you have personal knowledge of negotiating the terms

10   that are set forth in A through G?

11   A.    Yes.  You can see in Subsection D, there's BD, that's

12   signed in there.  That's was the attorney for the property

13   owner, Brian Dombrowski, and he is the one that we spoke with

14   with regards to this.

15   Q.    And so to be clear, 1450, the Tower Hotel, LLC, you

16   understand that to be the one of the plaintiffs' LLCs?

17              MS. GOMEZ:  Objection.  Leading.

18              THE COURT:  Sustained.

19              THE WITNESS:  It is.  I've reviewed this on SunBiz on

20   many occasions.

21              MS. GOMEZ:  Objection.  Leading.

22              THE COURT:  I sustained the objection, Ms. Dooley.

23   All right.  Next question, counsel.

24   BY MR. PERTNOY:

25   Q.    Who owns the Tower Hotel, LLC?
```

```
 1    A.    Mr. Fuller and Mr. Pinilla are the property owners.
 2    Q.    And who on you -- you mentioned BD.  Who's BD?
 3    A.    Brian Dombrowski.
 4    Q.    And who's Brian Dombrowski?
 5    A.    Brian Dombrowski actually used to have my job at the city
 6    before I did.  I guess they hired him after he left the office.
 7    But he's an attorney.  He was in private practice at that time.
 8    Q.    And who was he representing?
 9    A.    The property owner.
10    Q.    And so this Compliance Agreement was negotiated between
11    the city and --
12          MS. GOMEZ:  Objection.  Leading.
13    BY MR. PERTNOY:
14    Q.    Who was this Compliance Agreement negotiated with?
15    A.    The city and the property owner.
16    Q.    With the assistance of their attorney?
17    A.    Yes.  As you can see, we added it in because of the
18    unusual nature of the agreement.
19    Q.    Can you explain the terms that were negotiated and
20    represented in paragraphs A through G to the jury, please?
21    A.    So, in this particular case which is far more unusual,
22    because it almost never happens --
23          MS. GOMEZ:  Objection to the commentary.
24          THE COURT:  All right.  Sustained.
25          THE WITNESS:  While the property was not in
```

1  compliance with the Florida Building Code, the city agreed --

2          MS. GOMEZ:  Objection.  Legal conclusion.

3          MR. PERTNOY:  The document says it.

4          THE COURT:  Give me a minute.  It's overruled.  You

5  may go ahead and answer, Ms. Dooley.

6          THE WITNESS:  The city agreed that if plaintiffs put

7  up the amount listed in D as what would be the cost to actually

8  demolish the structure, that the city would, in fact, release

9  the liens recorded on the property so that they could do what

10  they needed to do because the liens as I said were encumbering

11  the property and those were the unsafe structure liens that

12  exists which is a cost lien, not a per diem lien.

13          MS. GOMEZ:  Objection, Your Honor.  Exceeds the scope

14  of the question.

15          THE COURT:  Overruled.  Next question.

16  **BY MR. PERTNOY:**

17  Q.   And what is your personal understanding as to why the city

18  needed to release those liens for the benefit of the

19  plaintiffs?

20  A.   Because they were looking to refinance.

21  Q.   And what was the purpose of the refinancing?

22          MS. GOMEZ:  Objection.  Speculation.

23          THE COURT:  Sustained.

24  **BY MR. PERTNOY:**

25  Q.   Do you have personal knowledge as to what the refinancing

```
1    was going to be for?

2    A.   They needed money.  That's all I know.  I don't know

3    anything else.

4    Q.   Was the release of the lien a --

5              MS. GOMEZ:  Objection, leading.

6              THE COURT:  Sustained.

7    BY MR. PERTNOY:

8    Q.   Are these typical terms of a compliance agreement?

9    A.   No.

10   Q.   Why was the city accommodating the plaintiffs?

11   A.   The city's goal is to get compliance from people.  And as

12   you can see throughout, it that's the attempt until people just

13   won't comply and then you don't have any other choice but the

14   goal is to get people to comply.

15   Q.   And with respect to the compliance agreement, does it set

16   forth a benchmark of goals or things that need to be done?

17             MS. GOMEZ:  Objection, leading.

18             THE COURT:  Sustained.

19   BY MR. PERTNOY:

20   Q.   Can you explain what the compliance agreement is supposed

21   to do?

22   A.   So the compliance agreement is in terms of the one that

23   you're looking at is self-explanatory, the language is very

24   simple.  It's not complicated.

25        Certain payments have to be made.  They need to get plans
```

```
 1    issued and permits, plans submitted and permits issued within a
 2    certain period of time and complete things within a certain
 3    period of time.
 4    Q.   And based on your own personal knowledge, did the
 5    plaintiffs comply with the compliance agreement?
 6    A.   They did not.
 7              MS. GOMEZ:  Objection.  Legal conclusion.
 8              THE COURT:  Sustained.
 9              MS. GOMEZ:  Move to strike.
10              THE COURT:  Stricken.
11    BY MR. PERTNOY:
12    Q.   Can you pull up DX 24, please?
13              MS. GOMEZ:  Mr. Pertnoy, I don't think it's in
14    evidence.
15              MR. PERTNOY:  Yes, it is.  Mr. Sarnoff put it in
16    evidence the other day.
17    BY MR. PERTNOY:
18    Q.   Can you make that a little larger?  Can you identify this
19    compliance agreement, please?
20    A.   Yes, I can.  This is the compliance agreement as it
21    relates to what I described to you as the single family home
22    property.
23    Q.   That's the 1460 property?
24    A.   Correct.
25    Q.   And this compliance agreement was entered on the same date
```

```
 1   as the previous one?

 2              MS. GOMEZ:  Objection, leading.

 3              THE COURT:  Sustained.

 4   BY MR. PERTNOY:

 5   Q.   Were the come -- you can take that down and bring up DX 80

 6   which is also in evidence.  Make it a little larger.

 7        Can you identify this compliance agreement, please?

 8   A.   Yes, I can.  This is the compliance agreement as it

 9   relates to that third property that I explained before, the

10   1444 property which is the three units, the one to the -- would

11   be to the east of the main hotel.

12   Q.   And what is the date of this agreement?

13   A.   July 23, 2018.

14   Q.   Is this the date of the all the previous two agreements as

15   well?

16   A.   They were all done at the same time.

17   Q.   Why was that?

18   A.   Because they were all done together.  They use them as one

19   property.  They are three folios, they have different permits

20   for each property, but they're developing them at the same

21   time.

22   Q.   And what was the underlying reason for entering into these

23   compliance agreements?

24   A.   More time for them to properly comply with the building

25   code and they needed the release of the lien.
```

```
 1   Q.   And what was the genesis of ultimately ending up in these
 2   compliance agreements?
 3           MS. GOMEZ:  Asked and answered.  Objection.
 4           THE COURT:  All right.  Sustained.  Next question.
 5   BY MR. PERTNOY:
 6   Q.   With respect to the three compliance agreements that we
 7   just went through, do you have personal knowledge as to whether
 8   the plaintiffs complied with them?
 9           MS. GOMEZ:  Objection.  Leading and legal conclusion.
10           THE COURT:  Overruled.  She can answer that question.
11           THE WITNESS:  I do have knowledge, yes.
12   BY MR. PERTNOY:
13   Q.   And what is that knowledge?
14   A.   They didn't comply with any of them.
15           MS. GOMEZ:  Objection.  Legal opinion, legal
16   conclusion.  Not an expert.
17           THE COURT:  Sustained.
18           MS. GOMEZ:  We move to strike.
19           THE COURT:  It's stricken.
20   BY MR. PERTNOY:
21   Q.   Subsequent to entering into these compliance agreements,
22   what happened next with respect to the Tower Hotel property?
23   A.   Which property?  Sorry, there's three.
24   Q.   Well, let's start with the 1450 property.
25   A.   They began to eventually process permits at that point
```

```
 1   because it had -- the case had been opened since 2012 with no
 2   activity and so they started to process permits.
 3              MS. GOMEZ:  Objection.  Exceeds the scope of the
 4   question and narrative.
 5              THE COURT:  Overruled.
 6              THE WITNESS:  Which was the point.
 7   BY MR. PERTNOY:
 8   Q.   Now, with respect to the 1460 property, what was -- what
 9   occurred after entering into the Compliance Agreement?
10   A.   So on the 1460 property, that had a -- that's the single
11   family home.  That had a lot more issues.  They did an interior
12   demolition of the property as part of the agreement.  And when
13   they did that, they did more work than what was listed in the
14   permit.  They did extra work that wasn't permitted.
15   Q.   So they exceeded the scope of the permits?
16              MS. GOMEZ:  Objection.  Lack of personal knowledge
17   and leading.
18              THE COURT:  Sustained.
19   BY MR. PERTNOY:
20   Q.   Do you have personal knowledge as to the permits that were
21   obtained with respect to the 1460 property?
22   A.   I've reviewed all of the permits in the case with the
23   Building Department along with photographs.
24   Q.   And based on that personal knowledge and that review, what
25   conclusions did you reach with respect to the permits versus
```

```
 1   the work that was performed?
 2           MS. GOMEZ:  Objection.  Legal conclusion.  Lack of
 3   personal knowledge as to the work performed.
 4           THE COURT:  Sustained.
 5   BY MR. PERTNOY:
 6   Q.   With respect to the 1444 property, what occurred after
 7   they entered into the Compliance Agreement?
 8   A.   They began to pull permits on it but did not have not
 9   completed it as of today.
10   Q.   So in the Compliance Agreement, are there threshold dates
11   that --
12           MS. GOMEZ:  Objection.  Leading.
13           THE COURT:  Overruled.  Go ahead, sir.
14           MR. PERTNOY:  In the future, can you please let me
15   finish my question before you object?
16           MS. GOMEZ:  If it's a form, I can tell.
17           MR. PERTNOY:  I'd appreciate it if you would
18   please --
19           THE COURT:  That's why I told you go ahead,
20   Mr. Pertnoy.
21           MR. PERTNOY:  Thank you.
22           THE COURT:  Also, again, wait until Mr. Pertnoy
23   finishes asking the question before the objection is stated and
24   let the Court rule on it.
25           You may proceed, Mr. Pertnoy.
```

```
 1              MR. PERTNOY:  Thank you, Your Honor.
 2   BY MR. PERTNOY:
 3   Q.   Were there threshold requirements for performance under
 4   the Compliance Agreements?
 5   A.   Yes.
 6   Q.   Generally, what were they?
 7   A.   So, with the Compliance Agreements, you'll have a certain
 8   amount of days to put your plans in, certain amount of days to
 9   get the permitting process done, and a certain amount of days
10   to get your permit finalized.
11        Within the agreement itself, it also provides the
12   opportunity to request from the building official more time if
13   you're not going to meet any of those thresholds.
14   Q.   And based on your personal knowledge, were those threshold
15   deadlines met?
16   A.   No.
17   Q.   Now when they were not met, what did the city then do?
18   A.   As to the 1444 property which is the three unit, and the
19   Tower Hotel, there wasn't any action taken by the Building
20   Department.
21        As to the 1460 which was the single family home, it was
22   re-cited for more violations because they began digging a pool
23   without a permit.
24              MS. GOMEZ:  Objection.  Lack of personal knowledge as
25   to the physical fact of digging a pool.
```

1          THE COURT:  The Court will sustain that.  Next

2    question, Mr. Pertnoy.

3    **BY MR. PERTNOY:**

4    Q.   Do you have personal knowledge of what additional work the

5    plaintiffs did on the 1460 property?

6    A.   I have reviewed the records, I've seen the photographs and

7    heard the testimony of the plaintiffs.

8          MS. GOMEZ:  Objection.

9          THE COURT:  Wait, what's the objection?

10         MS. GOMEZ:  The objection is going to be lack of

11   personal knowledge because she's reviewing the documents.

12   She's not going to the building.  She's not seeing the things

13   she's testifying about.

14         THE COURT:  Ask your next question, Mr. Pertnoy.

15   **BY MR. PERTNOY:**

16   Q.   Do you have knowledge of what additional work was done to

17   the 1460 property based off of the testimony of the plaintiffs?

18   A.   Yes.

19   Q.   And what is that knowledge?

20         MS. GOMEZ:  Objection.  Hearsay and the same

21   objection of lack of personal knowledge.

22         THE COURT:  Overruled.  You can cross-examine her.

23         THE WITNESS:  There was a -- what's called an I-beam

24   put into the center of the house which is a large beam to

25   support the -- that was the extra work that was done after the

1   interior demolition and the pool that was being put there.

2   **BY MR. PERTNOY:**

3   Q.   And based off of the testimony of the plaintiffs, what is

4   your personal understanding as to whether that work was done

5   with or without permits?

6   A.   There was no permit for those.

7   Q.   And that was -- that was -- is that in violation of the

8   Compliance Agreement?

9   A.   Yes.

10          MS. GOMEZ:  Objection.  Legal conclusion.

11          THE COURT:  Sustained.

12          MS. GOMEZ:  Move to strike.

13          THE COURT:  It's stricken.

14  **BY MR. PERTNOY:**

15  Q.   Are you aware of a second Compliance Agreement being

16  entered into with respect to the 1460 property?

17  A.   Yes.

18  Q.   Do you have personal knowledge as to that agreement?

19  A.   Yes.

20          MR. PERTNOY:  Can you please bring up Plaintiffs' 78?

21  Sorry, Defendant's 78.  My apologies.  Can you make that a

22  little larger?

23  **BY MR. PERTNOY:**

24  Q.   Ms. Dooley, can you review this document and then please

25  explain to the jury what this document is?

```
 1    A.   This is a second Compliance Agreement on the 1460 property

 2    of the Tower piece which is the single family home that now has

 3    a pool under construction as well.

 4    Q.   And what was the -- what is your understanding of the

 5    reason that this Compliance Agreement was entered into?

 6              MS. GOMEZ:  Objection.  Speculation.

 7              THE COURT:  Sustained.

 8    BY MR. PERTNOY:

 9    Q.   Do you have personal knowledge as to why this Compliance

10    Agreement was entered into?

11    A.   Because they were in violation of the building code and

12    they wanted more time to comply.

13              MS. GOMEZ:  Objection.  Legal conclusion.

14              THE COURT:  All right.  Sustained.

15              MS. GOMEZ:  Move to strike.

16              THE COURT:  Stricken.

17    BY MR. PERTNOY:

18    Q.   What was the focus of this Compliance Agreement?  What

19    work or what areas of the property?

20    A.   The house and the pool.

21    Q.   And if we can go to -- blow up the first whereas clause.

22    Can you please read the first whereas clause to the jury?

23    A.   Ready for me to read?

24    Q.   Sure.

25    A.   Whereas, the owner desires to make a voluntary binding
```

1  commitment to assure that the property shall be rehabilitated

2  in accordance with provisions of the Florida Building Code,

3  Fire Prevention Code and all other federal, state or local

4  codes as amended.

5  Q.   What happened after this Compliance Agreement was entered

6  into?

7  A.   They were given the opportunity to follow through with the

8  days that were set forth for compliance or request more time.

9  And they failed to do so.

10  Q.   And what is the current status of the 1460 property as it

11  relates to this Compliance Agreement?

12  A.   They're in breach of it and --

13          MS. GOMEZ:  Objection.  Legal conclusion.

14          THE COURT:  Sustained.

15  **BY MR. PERTNOY:**

16  Q.   What did the -- what is your understanding -- what is your

17  personal knowledge of what the plaintiffs did after failing to

18  comply with the Compliance Agreement?

19          MS. GOMEZ:  Objection.  Counsel is testifying and

20  leading.

21          THE COURT:  Overruled.  You can answer.

22          THE WITNESS:  Can you ask the question again or can

23  it be read back?  Sorry.

24          MR. PERTNOY:  Madame Court Reporter, can you read the

25  question back to her?

```
 1                        (Record read.)

 2              THE WITNESS:  In this particular case, so for this

 3  particular property, once again, they completed the permits.

 4  They were noticed by the city based upon the clauses in here

 5  that the structures would be demolished.

 6  BY MR. PERTNOY:

 7  Q.   And what -- what did the plaintiffs do next based off of

 8  that notice from the city?

 9  A.   They filed a lawsuit.

10  Q.   And what is the status of that lawsuit here today?

11  A.   Currently, their injunction was denied to stop the city

12  from demolition, and it's on appeal.

13              MS. GOMEZ:  Objection.  Discussion about lawsuits.

14  Outside --

15              THE COURT:  All right.  Sustained.

16              MS. GOMEZ:  Move to strike.

17              THE COURT:  It's stricken.

18  BY MR. PERTNOY:

19  Q.   Why don't we talk about another property?  Are you

20  familiar with Sanguich?

21  A.   Yes.

22  Q.   You have personal knowledge as to the issues surrounding

23  Sanguich?

24  A.   I do.

25  Q.   Can you please describe how you first became familiar with
```

```
 1   Sanguich?
 2   A.   I first became familiar with it when a question arose
 3   because on 8th Street, there was a modified shipping container
 4   in a parking lot selling sandwiches.
 5   Q.   And what were you asked to do in regards to that shipping
 6   container?
 7   A.   All right.  So that's a violation of the city code, it's a
 8   violation of the Zoning code.
 9           MS. GOMEZ:  Objection.  Legal conclusion.
10           THE COURT:  Sustained.
11           MS. GOMEZ:  Move to strike.
12           THE COURT:  Stricken.
13   BY MR. PERTNOY:
14   Q.   You did research regarding the Sanguich container?
15   A.   Yes.  I met with the Zoning Director at the time and I met
16   with the Building official at the time.
17           MS. GOMEZ:  Objection.  Outside the scope.
18   Narrative.
19           THE COURT:  Overruled.
20   BY MR. PERTNOY:
21   Q.   And based off of your research and your meetings, what did
22   you learn in regards to the Sanguich container?
23   A.   The violations that were issued pursuant to this half a
24   container being put there were it was not compliant with the
25   city code or the building code.
```

```
 1              MS. GOMEZ:  Objection.  Legal conclusion.

 2              THE COURT:  Overruled.

 3   BY MR. PERTNOY:

 4   Q.   So what did you do with that knowledge?

 5   A.   So the property was cited -- and forgive me because I

 6   can't remember his last name, Daniel was the name of the owner.

 7   He came in several times, emailed me, called me.

 8        We met countless times trying to figure out how to make

 9   that work.  He invested -- I don't know --

10              MS. GOMEZ:  Objection.  Relevance and outside the

11   scope.  Narrative.

12              THE COURT:  Sustained.

13   BY MR. PERTNOY:

14   Q.   Was that Daniel Figueroa?

15   A.   Yes, it was.

16   Q.   And did you also happen to meet Rosa Romero?

17   A.   That's his wife, yes.

18   Q.   And how many times did you meet Mr. Figueroa and

19   Mrs. Romero?

20   A.   I met more with him than her, only her on a few occasions.

21   They showed me -- they had a lease from Mr. Fuller allowing

22   them to --

23              MS. GOMEZ:  Objection.  Outside the scope of the

24   question asked.  Narrative.

25              THE COURT:  Sustained.
```

1   **BY MR. PERTNOY:**

2   Q.   What did you do in your meetings with Mr. Figueroa and

3   Ms. Romero?

4   A.   We tried to, you know, put a round peg in a square hole;

5   tried to make something work for them to keep the business

6   because that's -- they invested their money in it so we went

7   through countless meetings.

8        At that time, the Zoning and Building Department were both

9   on the same floor.  They were separated by a door, and I can

10  remember Mr. Figueroa going back and forth between that door,

11  between the Building official and Mr. Cejas who was the Zoning

12  Director at the time trying to figure out a way to put

13  basically a shipping container --

14          MS. GOMEZ:  Objection.  Narrative.  Asked and

15  answered.

16          THE COURT:  Sustained.

17  **BY MR. PERTNOY:**

18  Q.   Were you seeking to help Mr. Figueroa and Ms. Romero?

19          MS. GOMEZ:  Objection.  Leading.

20          THE COURT:  Overruled.

21          THE WITNESS:  Yes.  We researched how you'd need to

22  get a VIN number on it.  It needs to be on wheels, be -- it's

23  got to be movable, all of these things.  It has to be street

24  moveable.  Those were all the conversations that we had over a

25  period of time.

1   **BY MR. PERTNOY:**

2   Q.   Based on your personal knowledge, did the container have

3   any of the items that you just mentioned?

4            MS. GOMEZ:  Objection.  Lack of personal knowledge in

5   terms of visiting and looking at the container.

6            THE COURT:  All right.  Sustained.

7   **BY MR. PERTNOY:**

8   Q.   Do you have personal knowledge as to whether or not the

9   container had a VIN number?

10           MS. GOMEZ:  Same objection, Your Honor.

11           THE COURT:  Wait.  Overruled.

12           THE WITNESS:  So I drove by the container every day

13  that I went to work.  I did go out to the site so I did see it

14  myself.

15           The first time, it didn't have an axle on it or

16  anything.  It didn't have any wheels.  It had power cords

17  coming from the structure.

18           MS. GOMEZ:  Objection.  Outside the scope of the

19  question being asked.

20           THE COURT:  Sustained.

21           THE WITNESS:  Supplying the power.

22  **BY MR. PERTNOY:**

23  Q.   Did it have a VIN number?

24  A.   Not to my knowledge.

25  Q.   Now --

```
 1   A.   Not a VIN number.  Not a VIN number that makes it street
 2   legal.
 3   Q.   Based on your own personal knowledge and observation, was
 4   the container movable unto itself?
 5   A.   No.
 6   Q.   Now, did there ever come a time where you stopped trying
 7   to help Mr. Figueroa and the Romeros -- and Ms. Romero?
 8   A.   When we ran out of options, I didn't have anything else to
 9   give them.  There wasn't -- there wasn't a Temporary Event
10   Permit to give.  There wasn't anything to give them.  They had
11   dropped something that was not legal.
12        MS. GOMEZ:  Objection.  Asked and answered.
13   Narrative and outside of the scope of the original question.
14        THE COURT:  Overruled.
15        THE WITNESS:  And I had that conversation with
16   Mr. Figueroa, that I had run out of options to have that there.
17   BY MR. PERTNOY:
18   Q.   And what else did you explain to Mr. Figueroa and the
19   Romeros with respect to their unfortunate circumstances?
20        MS. GOMEZ:  Objection.  Hearsay.
21        THE COURT:  Overruled.
22        THE WITNESS:  That the container was going to need to
23   move and they needed to speak to their landlord who gave them a
24   lease to do something that wasn't allowed.
25
```

BY MR. PERTNOY:

Q.   When you went to the Sanguich container, did you make any other observations concerning the container or how it was set up?

A.   It's a similar to a food truck that you see, except it's a shipping container that they've cut -- it looks great.  I mean, it's really cool looking.  It was a great idea.  It had -- and in the back of it, it had the propane tanks and everything else in the same manner in which you would find a regular food truck with a grease trap and all those other things, but it wasn't self-sustaining.

          MS. GOMEZ:  Objection.

          THE COURT:  Grounds?

          MS. GOMEZ:  Just legal conclusion.

          THE COURT:  Sustained.

BY MR. PERTNOY:

Q.   Did you observe whether it was hooked up to water?

          MS. GOMEZ:  Objection.  Outside the scope.  Not a code inspector.

          THE COURT:  Sustained.

BY MR. PERTNOY:

Q.   When you came to the end of your conversations with Ms. Romero and Mr. Figueroa, did you express any thoughts as to why this was happening to them?

          MS. GOMEZ:  Objection.  Hearsay and relevance.

```
 1                  THE COURT:  Sustained.

 2                  MR. PERTNOY:  It's her statements, Your Honor.

 3                  THE COURT:  I understand that, sir.

 4                  MS. GOMEZ:  Still hearsay.

 5                  THE COURT:  No, it's not hearsay.  As far as

 6       relevance, I'm sustaining the objection.

 7                  MS. GOMEZ:  Thank you, Your Honor.

 8                  MR. PERTNOY:  No problem.

 9       BY MR. PERTNOY:

10       Q.   Did you make any comments to Ms. Romero or Mr. Figueroa

11       with respect to the plaintiffs?

12                  MS. GOMEZ:  Objection.  Hearsay and relevance.

13                  THE COURT:  Sustained.

14       BY MR. PERTNOY:

15       Q.   Did you discuss the plaintiffs with Mr. Romero -- or with

16       Ms. Romero or Mr. Figueroa in your conversations concerning the

17       Sanguich container?

18                  MS. GOMEZ:  Objection.  Hearsay and relevance.

19                  THE COURT:  Sustained.

20       BY MR. PERTNOY:

21       Q.   Did you make any statements to Ms. Romero or Mr. Figueroa

22       concerning the plaintiffs and the placement of the container on

23       their property?

24                  MS. GOMEZ:  Objection.  Leading.  Hearsay.

25       Relevance.
```

```
 1              THE COURT:  It's not hearsay, but I'm sustaining on
 2   other grounds.
 3              MS. GOMEZ:  Thank you, Your Honor.
 4   BY MR. PERTNOY:
 5   Q.   What else did you discuss with Ms. Romero and
 6   Mr. Figueroa?
 7   A.   We discussed brick and mortar options for their business
 8   rather than the container or that they could move it to, there
 9   was a sort of a food truck thing that was somebody was trying
10   to start up in Coconut Grove that didn't go through.
11         There was one downtown and those were options for them or
12   brick or mortar where they could legally operate.
13              MS. GOMEZ:  Objection.  Legal conclusion.
14              THE COURT:  Sustained.
15              MS. GOMEZ:  Move to strike.
16              THE COURT:  It's stricken.
17   BY MR. PERTNOY:
18   Q.   Did anybody at the City of Miami direct you on what
19   actions to take regarding the Sanguich container?
20              MS. GOMEZ:  Objection.  Hearsay.
21              THE COURT:  Overruled.
22              MS. GOMEZ:  And leading.
23              THE COURT:  Overruled.
24              THE WITNESS:  No.
25
```

```
 1  BY MR. PERTNOY:
 2  Q.   Did Commissioner Carollo direct you on what actions to
 3  take concerning the Sanguich container?
 4           MS. GOMEZ:  Objection.  Leading.
 5           THE COURT:  Sustained.
 6  BY MR. PERTNOY:
 7  Q.   Did you have any conversations with Commissioner Carollo
 8  concerning the Sanguich container?
 9           MS. GOMEZ:  Objection.  Leading.
10           THE COURT:  Overruled.
11           THE WITNESS:  No.
12           MS. GOMEZ:  And hearsay.
13           THE COURT:  Overruled.
14  BY MR. PERTNOY:
15  Q.   Why was the Sanguich container removed from plaintiffs'
16  property?
17           MS. GOMEZ:  Objection.  Speculation.
18           THE COURT:  Sustained.
19  BY MR. PERTNOY:
20  Q.   Do you have personal knowledge as to the reason why the
21  Sanguich container was removed from the plaintiffs' property?
22  A.   Plaintiff had, after all of the issues, sent a letter
23  apologizing to the city --
24           MS. GOMEZ:  Objection.  Non-responsive.
25           THE WITNESS:  -- stating they would have them remove
```

```
 1   it.

 2              MR. PERTNOY:  Can we please bring up DX 125?

 3              THE COURT:  Is this in evidence?

 4              MR. PERTNOY:  Yes, it is.

 5              THE COURT:  Okay.  Thank you.

 6   BY MR. PERTNOY:

 7   Q.   Can you make a little larger, please?  Ms. Dooley, is this

 8   the email you were referring to?

 9   A.   Yes.

10   Q.   Can you please read it to the jury?

11              MS. GOMEZ:  Objection.  Lack of foundation, personal

12   knowledge.

13              MR. PERTNOY:  She testified a moment ago that she saw

14   the email, and then I just asked her if this is the email.  She

15   said yes.

16              THE COURT:  It was sent to whom?

17              MR. PERTNOY:  It's from Mr. Fuller to Emilio Gonzalez

18   who's the city manager for the City of Miami.

19              THE COURT:  Sustained.

20   BY MR. PERTNOY:

21   Q.   Ms. Dooley, prior to -- prior to today, have you seen this

22   email?

23   A.   Yes.

24   Q.   Is this email an email that was sent to Emilio Gonzalez?

25   A.   It is.  It is.  It's one that was also provided to my
```

```
 1   office for other reasons when the container didn't --

 2             MS. GOMEZ:  Objection.  Objection.  Narrative.

 3   Outside the scope of the question asked.

 4             THE COURT:  All right.  Sustained.

 5   BY MR. PERTNOY:

 6   Q.   Who provided you the email?

 7   A.   The manager's office.

 8   Q.   Mr. Gonzalez's office?

 9   A.   Or somebody from his staff.

10   Q.   So you received this email from his staff on or about

11   February 26, 2018?

12             MS. GOMEZ:  Objection.  Leading.

13             THE COURT:  Sustained.

14   BY MR. PERTNOY:

15   Q.   Did you receive this email from the city manager?

16   A.   Yes.  I can't tell you when I received it but yes,

17   sometime thereafter.  Not too long, but sometime thereafter.

18   Q.   And this is -- since it was received by the City of Miami,

19   this would be a city record?

20             MS. GOMEZ:  Objection.  Leading.

21             THE COURT:  Overruled.

22             THE WITNESS:  Yes.

23             MS. GOMEZ:  And a legal conclusion.

24             THE COURT:  Overruled.

25
```

 1           MR. PERTNOY:  Can we please put up the exhibit again

 2    which is in evidence, DX 125?

 3           THE COURT:  Yes.

 4    **BY MR. PERTNOY:**

 5    Q.   Can you review this email and confirm that this was the

 6    email that you received as per your testimony a moment ago?

 7    A.   It is.

 8    Q.   Can you please read the email to the jury?

 9    A.   It says:  Good afternoon, Mr. Manager.  My company owns

10    the property located at 1641 SW 8th Street.  A tenant at the

11    property, Sanguich de Miami, was operating under Special Event

12    Permit 18-000 which was approved by the various city

13    departments on January 6, 2018.  It has been brought to our

14    attention that the Special Event Permit has now expired.  As

15    such, we have informed Sanguich de Miami that they must vacate

16    the property due to the expiration of the Special Event Permit.

17    Sanguich de Miami may not operate from the premise and we have

18    asked that they vacate immediately.

19    Q.   Thank you.  Based on your personal knowledge of the events

20    concerning Sanguich, was -- did -- after this email, was the

21    container immediately removed?

22           MS. GOMEZ:  Objection.  Leading.

23           THE COURT:  Wait.

24           MS. GOMEZ:  Speculation.

25           THE COURT:  Go ahead and ask the question again,

1    Mr. Pertnoy.

2            MR. PERTNOY:  Thank you.

3    **BY MR. PERTNOY:**

4    Q.   Based on your personal knowledge, do you know whether the

5    container was removed immediately after this February 26, 2018

6    email?

7    A.   It was not.

8    Q.   What steps or actions did the city take thereafter?

9    A.   After that, actually another attorney took the lead, but

10   because I was the Code attorney, I was working with her and an

11   injunction was filed to remove the container from the property.

12   Q.   After that injunction was filed, what happened next?

13   A.   In the end, it was removed.

14   Q.   Now, did the Sanguich owners or the property owners ever

15   have to go in front of Code Enforcement with respect to the

16   Sanguich container?

17           MS. GOMEZ:  Objection.  Relevance.

18           THE COURT:  Sustained.

19           MR. PERTNOY:  No, it was sustained.  Thank you.

20   **BY MR. PERTNOY:**

21   Q.   Do you know whether there was a Code Enforcement hearing

22   regarding the Sanguich container?

23   A.   I honestly can't remember off the top of my head.  There

24   were a lot of cases.

25   Q.   I don't want you to guess.  If you don't know, we'll move

1   on.

2   A.   That property had two different cases so but you could

3   refresh my recollection, that's for sure.

4   Q.   Well, let's move on regarding something else, regarding

5   Sanguich.  Were you involved with assisting Mr. Figueroa and

6   Ms. Romero with obtaining a Business Tax Receipt?

7   A.   When they were trying to go through their process to

8   legalize it, a Certificate of Use and a BTR -- well, a BTR was

9   what they needed.

10          MS. GOMEZ:  Objection.  Legal conclusion as to

11   legalize it.

12          THE COURT:  Sustained.  Stricken.

13   **BY MR. PERTNOY:**

14   Q.   When the Sanguich container was initially opened, based on

15   your own personal knowledge, did Sanguich have a Business Tax

16   Receipt?

17   A.   No.  They had a state license for a food truck.

18   Q.   And based on your personal knowledge, did they require a

19   Business Tax Receipt?

20   A.   Yes, from the city.

21          MS. GOMEZ:  Objection.  Legal conclusion.

22          THE COURT:  Wait.  The objection is overruled.  You

23   can answer that.

24          THE WITNESS:  Yes, from -- so if you are in the City

25   of Miami and you're doing business, you have to have both city

```
 1    and county licenses.
 2    BY MR. PERTNOY:
 3    Q.   With respect to -- strike that.  Are you familiar with
 4    Sanguich's attempts to get --
 5              MS. GOMEZ:  Objection.  Leading.
 6              THE COURT:  Let him finish.
 7              MS. GOMEZ:  Your Honor --
 8              MR. PERTNOY:  Counselor, I've asked three times now.
 9              THE COURT:  Mr. Pertnoy, don't respond, sir.  Okay?
10    Counsel, let him finish asking the question.  Ms. Dooley is not
11    blurting out any answers.  You make the objection, period.
12              MS. GOMEZ:  Your Honor, if I may, just it's a leading
13    question.
14              THE COURT:  I understand that.  Again, I see your
15    point but let me hear it.  If I recognize it, I will sustain
16    it.  I understand that we don't want any coaching here as well.
17    I get that.  But go ahead, ask your question.
18    BY MR. PERTNOY:
19    Q.   Do you have any knowledge regarding a Temporary Event
20    Permit for Sanguich?
21    A.   Yes.
22    Q.   Can you please describe to the jury your knowledge
23    regarding the Temporary Event Permit?
24    A.   So when we were there between the Building Department, the
25    Zoning Department and myself and Mr. Figueroa trying to figure
```

1    out a way to at least get them open so that they could make

2    money, given what they had outlaid for the container, and so we

3    decided to try to do the Temporary Event Permit which allows

4    any property can have two temporary events per year on their

5    property without any other approval from anybody else but you

6    have to get signed off on by various departments, have to

7    approve that, okay, it meets the Building code, it meets --

8    Code will sign off to say it's okay with Code, Zoning will have

9    to say what they're doing is okay with Zoning, Solid Waste will

10   say what they have to have or need for garbage.  Building has

11   to say it meets this, that kind of thing.  Fire has to check it

12   out to make sure it's safe.

13           THE COURT:  Mr. Pertnoy, we'll wrap up in about five

14   minutes to address the other matters.

15           MR. PERTNOY:  Yes, Your Honor.

16   **BY MR. PERTNOY:**

17   Q.   Do you have any personal knowledge as to what the

18   requirements under the Temporary Event Permit were for

19   Sanguich?

20   A.   Specifically, I would have to see the Temporary Event

21   Permit.  There's no way that I have that recollection that long

22   ago.

23           MR. PERTNOY:  Can we bring up DX 13, but hold on?

24           THE COURT:  Is it in evidence?

25           MR. PERTNOY:  It is in evidence but not just the

1    exhibit, so I need to give him the page number.  And it would
2    be starting on page 24.
3              Can you make that a little larger for Ms. Dooley,
4    please?
5    **BY MR. PERTNOY:**
6    Q.   All right.  Do you recognize this as the Temporary Event
7    Permit for Sanguich?
8    A.   Yes.  This is the application for it.
9    Q.   Can you scroll down, please?  Scroll all the way to the
10   bottom.  Up to the -- bottom of the first page.  Thank you.
11   Leave that there.  What are the dates of the Temporary Event
12   Permit?
13   A.   It's -- so you can get two for two weeks, so it's
14   December 15, 2017 to January 2, 2018.
15   Q.   Is it December 15?
16   A.   Looks like the dates are off on this but I'll just --
17   doesn't make a lot of sense to be honest with you.
18   Q.   Do you see where it says January 6, 2018?
19   A.   Yeah, January 6, 2018 to February 2, 2018.
20   Q.   And you understand that to be the timeframe of the
21   Temporary Event Permit?
22   A.   Yes.  I think where it says January 15, 2017, obviously
23   that had to mean a different day.
24   Q.   Can you please go to the second page which is page 25 of
25   this document?  Now it says here -- you see where it says NET

```
 1    recommendations, and then it says approval with conditions?

 2    A.    Yes.

 3    Q.    Are these the conditions you were referring to?

 4    A.    Yes.

 5    Q.    All right.  Can you scroll through this page and the next

 6    page, please?  Does this refresh your recollection that there

 7    were conditions?

 8    A.    Correct.

 9    Q.    And do you know -- do you have personal knowledge as to

10    whether or not those conditions were met?

11              MS. GOMEZ:  Objection.  Not a code inspector.

12              THE COURT:  Sustained.

13              MR. PERTNOY:  You can take that down.  Your Honor,

14    I'm about to switch topics.  I don't know how much time is left

15    of the five minutes you mentioned.

16              THE COURT:  One minute.

17              MR. PERTNOY:  Do you want me to just call --

18              THE COURT:  Ladies and gentlemen, we're going to be

19    in recess until tomorrow.  We'll see everyone here at 9:00 a.m.

20              Again, remember, please do not discuss this case with

21    anyone, do not formulate any opinion, do not watch the news

22    accounts of it, listen to the radio, anything relating to this

23    matter.  We'll see you tomorrow.  Thank you.

24              THE COURT SECURITY OFFICER:  All rise.

25              (Thereupon, the jury exited the courtroom.)
```

 1          MS. GOMEZ:  Your Honor, if we could instruct the

 2   witness not to speak to counsel?

 3          THE COURT:  Ms. Dooley, do not have any conversation

 4   regarding this matter at all.

 5          THE WITNESS:  Sure.

 6          THE COURT:  Everybody may be seated.  In terms of

 7   scheduling, who's after Ms. Dooley for scheduling purposes?

 8          MR. PERTNOY:  As indicated, Your Honor, I believe it

 9   will be Mr. Noriega, Commissioner Carollo, and we're checking

10   on scheduling of some of the maybes.  We should have more

11   information about that later this afternoon or this evening

12   after court.

13          THE COURT:  All right.  The reason being is, as well,

14   the Court is aware of the jurors' commitments.  This Court was

15   instructed that this case would end perhaps before the 15th to

16   accommodate jurors, to support schedules.  Some of them had

17   conflicts in terms of vacation.

18          The Court won't be in session on Thursday and Friday,

19   and based on their schedules, they all have to be in agreement

20   so they can meet their personal needs as well.

21          We'll return on the 30th of May, and with that said,

22   of course, you have to keep the instructions not to communicate

23   with anyone about this case while we're out at that time.  So,

24   we have those two witnesses, and you will let the Court know by

25   today as to which one of those alternative witnesses you're

```
 1   going to call, if necessary, sir?

 2           MR. PERTNOY:  Yes.  We will advise later this evening

 3   in regards to that.  Can you just repeat the scheduling for the

 4   next couple days just --

 5           THE COURT:  Yes.  We will be out in recess from the

 6   18th and we'll return on the 30th, okay?

 7           MR. PERTNOY:  Okay.

 8           THE COURT:  I want to address the -- I received the

 9   defendant's response in opposition to the plaintiffs' emergency

10   motion for sanctions.  I have reviewed the responses as well.

11   Who filed this motion?

12           MR. PERTNOY:  I'm sorry?

13           THE COURT:  Who submitted the motion?

14           MR. PERTNOY:  The motion was filed by the defense

15   counsel.

16           MS. GOMEZ:  Your Honor --

17           THE COURT:  Which defense counsel submitted it?

18           MR. PERTNOY:  I believe it was submitted through my

19   office's portal, Your Honor.

20           THE COURT:  Because, again, I want to address, again,

21   I have on page 4 of 11 in terms of the pictures, who took --

22   can you verify who took those photos?

23           MR. PERTNOY:  Which -- I don't have it in front of

24   me.  If you just hold it up, I can try to verify.

25           That photo I believe was maybe taken by Ms. Dawson.
```

```
 1                 THE COURT:  All right.  Ms. Dawson, did you take this
 2      photograph?
 3                 MS. DAWSON:  Yes, Your Honor.
 4                 THE COURT:  And what about the other photograph in
 5      the back, on page 5 of 11?
 6                 MR. PERTNOY:  That one was not taken by Ms. Dawson.
 7      That was taken by a third party and it was provided to us.
 8                 THE COURT:  Who's that third party that took this
 9      photo?
10                 MR. PERTNOY:  I personally don't know who took the
11      photo, Your Honor.
12                 THE COURT:  How was it provided to you?
13                 MR. PERTNOY:  It was provided to one of the counsels.
14      I just -- it was not something that I was personally involved
15      in.
16                 THE COURT:  Who was the counsel?
17                 MR. PERTNOY:  I'm sorry, who was --
18                 THE COURT:  Who's the counsel?
19                 MR. PERTNOY:  I think it was one of the attorneys
20      from Buchanan Ingersoll who provided us with that photo.
21                 THE COURT:  I need you to verify that.
22                 MR. PERTNOY:  I believe it was Jesse Stolow?  Is that
23      his name?  Did I say that right?  Jesse Stolow.  S-T-O-L-O-W,
24      Jesse Stolow.
25                 THE COURT:  And is that a male or female?
```

```
 1                MR. PERTNOY:  It's a male.

 2                THE COURT:  Jesse Stolow took this photograph?

 3                MR. PERTNOY:  That is my understanding.

 4                MS. GOMEZ:  Your Honor, if we could pass up to the

 5      Court the Administrative Order --

 6                THE COURT:  I'm not done speaking.  Jesse works with

 7      which firm?

 8                MR. PERTNOY:  I believe he works with Buchanan

 9      Ingersoll, Your Honor.

10                THE COURT:  He provided this to you?

11                MR. PERTNOY:  Yes.  Well, not to me personally, but

12      to one of the attorneys or somebody on the defense team.

13                THE COURT:  And, Ms. Dawson, what time did you take

14      this photograph?

15                MS. DAWSON:  One moment, Your Honor.  3:07 p.m. on

16      Thursday.

17                THE COURT:  All right.  Also, with respect to

18      Mr. Stolow, if I'm pronouncing that right, Jesse, when did he

19      take this picture?

20                MR. PERTNOY:  I believe -- can we look in the email,

21      how we received it?  We can tell you in a moment, Your Honor,

22      when we received it.

23                THE COURT:  Can you get in contact with him, reach

24      him right now?

25                MR. PERTNOY:  Hold on.  It was received by us on May
```

1    15, 2023 at 4:45 p.m.

2           THE COURT:  No, from -- it's coming from Jesse

3    Stolow?

4           MR. PERTNOY:  Yes.

5           THE COURT:  Can you get in contact with him?

6           MR. PERTNOY:  I believe a colleague of his will do

7    so.

8                          (Pause.)

9           THE COURT:  Thank you.  Has anyone reached

10   Mr. Stolow?

11          THE WITNESS:  Yes, I did.

12          THE COURT:  Where is he?

13          THE WITNESS:  Your Honor, the photo was taken at

14   3:07 p.m. on Thursday, May 11th.

15          THE COURT:  Where is he?

16          THE WITNESS:  He's in the Miami office right now,

17   Your Honor.

18          THE COURT:  I would like to have him to report to

19   this Court Monday -- tomorrow morning, promptly at 9:00 a.m.

20   All right?  We will make it tomorrow, 8:30 a.m.  We're going to

21   address this issue.  8:30 tomorrow morning.  All right?  So

22   make sure Mr. Stolow is present on time.

23          MS. SUAREZ:  Just a small housekeeping matter.  We

24   had discussed yesterday the jury instructions.  We're just

25   requesting if we can get until tomorrow to get that cleaned up

```
 1    for the Court.

 2              THE COURT:  Yes.  Absolutely fine.  Thank you.

 3              MR. GUTCHESS:  Thank you, Your Honor.

 4              THE COURT SECURITY OFFICER:  All rise.

 5         (Thereupon, this proceeding was adjourned at 4:38 p.m.)

 6                              - - -

 7                    C-E-R-T-I-F-I-C-A-T-E

 8

 9         I hereby certify that the foregoing is an accurate

10    transcription of the proceedings in the above-entitled matter.

11

12    AUGUST 7, 2023          /s:/Ellen A, Rassie
                              ELLEN A. RASSIE, RMR-CRR
13                            Official Court Reporter
                              To the Honorable Rodney Smith
14                            299 East Broward Blvd., Room 202B
                              Fort Lauderdale, Florida  33301
15                            (954)769-5448

16

17

18

19

20

21

22

23

24

25
```

**A JUROR: [2]** 5/22 74/18
**MR. GUTCHESS: [55]** 9/3 10/20 10/22 18/7 18/12 21/22 22/2 22/9 24/12 24/17 25/3 25/13 25/18 27/22 32/20 33/3 33/11 33/17 34/23 35/12 40/17 40/19 48/1 50/3 52/9 55/13 55/19 56/11 63/5 63/8 65/11 65/17 66/17 66/23 67/12 67/15 67/21 68/3 68/9 68/16 68/20 69/18 70/3 70/9 70/14 73/10 73/16 73/21 74/4 201/21 202/16 256/3
**MR. KUEHNE: [41]** 5/12 5/15 6/1 25/5 27/16 34/21 35/2 35/5 35/20 38/8 38/12 38/15 44/13 46/5 46/8 46/13 48/13 50/2 50/11 50/20 52/5 52/18 54/9 54/11 55/15 55/17 55/21 57/5 60/4 60/15 63/14 65/5 65/7 65/9 65/25 66/2 66/21 67/20 68/6 68/18 74/10
**MR. PERTNOY: [211]** 4/13 74/25 75/7 75/12 75/15 76/8 82/24 83/2 83/8 84/13 84/16 86/17 88/4 88/22 91/12 92/5 92/8 92/11 92/13 94/14 95/15 95/20 95/23 100/16 104/17 115/12 115/18 117/3 117/23 119/15 119/19 119/22 119/25 120/3 123/4 123/6 123/16 125/22 125/25 128/14 128/20 128/22 130/20 130/23 132/11 133/6 134/2 134/5 134/9 139/14 139/19 147/14 148/18 148/22 149/19 150/20 150/22 151/3 151/5 153/10 153/12 153/23 154/1 156/7 156/9 157/2 157/4 157/7 157/17 157/19 157/25 158/2 158/10 158/12 159/5 159/16 160/6 160/8 160/22 160/24

224/3 224/9 224/15 224/18 225/3 225/16 226/2 226/12 226/16 227/24 228/8 228/10 228/20 229/10 229/12 230/6 230/13 230/15 231/13 231/19 232/13 232/16 233/9 233/11 233/17 234/1 234/10 234/23 235/14 235/19 236/4 236/10 236/18 237/12 237/20 238/12 238/14 238/18 238/25 239/4 239/7 239/12 239/18 239/24 240/3 240/13 240/15 240/20 240/22 241/4 241/9 241/12 241/17 241/24 242/11 243/2 243/12 243/20 243/23 244/22 244/24 245/17 246/10 246/21 247/5 247/17 247/12 250/11 251/1 252/16 254/4
**MS. SUAREZ: [153]** 77/24 79/19 81/15 82/16 82/21 83/1 83/5 83/17 83/25 84/9 84/21 85/5 86/3 87/4 87/18 88/1 88/9 89/17 90/13 91/9 92/7 92/18 92/20 93/3 93/9 93/25 94/10 96/17 97/16 98/11 99/14 99/20 100/1 100/12 101/3 101/9 101/18 102/10 102/15 102/22 103/5 103/10 103/22 104/10 104/15 107/10 108/11 108/25 109/12 110/13 110/18 111/8 111/23 114/4 114/23 117/8 118/25 119/5 119/7 119/24 122/11 124/3 124/18 125/2 125/6 125/9 125/15 125/24 128/10 128/21 130/18 130/21 131/5 131/21 132/1 132/20 133/4 133/15 133/19 134/4 136/11 137/2 137/18 138/11 138/22 139/3 139/9 139/15 140/14 140/20 141/18 141/23 142/18 142/25 143/4 145/9 148/2 148/7 148/12 149/2 149/7 151/7 153/21 153/25 154/2 156/5 156/8 156/10 157/6 162/13 163/4 165/19 165/24 166/1 169/5 169/13

172/5 172/9 172/13 177/8 184/11 185/6 185/8 186/11 187/19 189/5 189/13 190/12 191/1 191/16 192/1 193/2 193/7 193/17 193/25 194/9 195/5 195/13 195/19 196/8 196/25 197/22 198/11 198/18 198/23 199/14 199/20 199/25 200/5 200/18 201/5 201/10 255/23
**THE COURT SECURITY OFFICER: [6]** 5/18 74/21 75/16 176/7 250/24 256/4
**THE COURT: [517]**
**THE COURTROOM DEPUTY: [5]** 4/6 6/6 6/9 75/25 76/4
**THE JURY: [1]** 75/23
**THE REPORTER: [1]** 168/23
**THE WITNESS: [135]** 6/8 6/11 9/25 18/14 18/21 19/1 25/9 46/6 46/16 50/5 50/12 50/14 50/23 54/5 57/9 60/6 65/21 67/11 69/20 73/24 74/14 76/3 76/6 78/1 79/21 80/2 82/23 84/23 85/10 89/19 89/23 90/16 96/18 96/20 97/18 100/3 101/5 102/17 103/25 110/19 110/21 111/25 114/6 114/25 117/10 119/9 122/13 124/6 125/17 128/12 133/17 140/22 143/2 143/6 143/8 147/15 150/21 151/8 153/15 158/4 158/15 159/7 159/19 160/10 161/1 161/24 163/8 165/17 166/16 168/2 168/19 169/3 169/6 169/23 171/1 171/12 173/18 174/10 174/18 174/25 175/20 178/15 178/25 179/22 180/14 181/11 181/21 183/5 183/24 185/1 185/10 188/13 188/21 191/2 191/7 191/17 191/19 194/11 197/4 198/25 200/7 203/2 204/23 205/14 207/2 209/3 210/9 211/14 212/7 213/1 214/6 214/9

217/6 218/19 219/25 220/6 224/11 225/6 228/23 231/22 232/2 235/21 236/12 236/21 237/15 237/22 240/24 241/11 241/25 243/22 246/24 251/5 255/11 255/13 255/16

**,**

**'13 [1]** 7/21
**'14 [1]** 80/15
**'15 [1]** 143/14
**'16 [1]** 143/15
**'17 [2]** 80/15 143/20
**'18 [1]** 190/7
**'19 [1]** 143/20

**/**

**/s:/Ellen [1]** 256/12

**0**

**000 [1]** 244/12

**1**

**1,000 [2]** 88/19 88/19
**10 [3]** 208/18 208/21 209/7
**100 [1]** 1/19
**10:00 [1]** 154/9
**10:39 [1]** 56/5
**11 [9]** 12/6 24/20 30/3 156/24 193/14 206/23 215/24 252/21 253/5
**115 [1]** 3/11
**11:00 [4]** 60/23 60/24 74/16 74/23
**11:30 [2]** 60/23 61/24
**11th [4]** 39/4 39/10 39/12 255/14
**120 [1]** 3/12
**123 [1]** 105/16
**125 [3]** 105/17 242/2 244/2
**126 [1]** 3/12
**128 [1]** 3/13
**12:20 [2]** 123/1 123/3
**12th [4]** 42/7 42/8 42/9 63/24
**13 [11]** 103/18 132/17 134/14 183/18 183/18 183/22 184/3 185/13 186/2 206/23 248/23
**134 [1]** 3/13
**13th [3]** 39/4 39/4 40/25
**1400 [1]** 2/3

161/10 161/16 161/20 161/22 162/8 162/10 162/25 163/2 163/12 163/15 164/9 164/11 164/23 164/25 165/10 165/12 165/15 165/21 166/11 166/13 167/15 167/17 167/22 167/24 168/18 168/21 169/18 169/20 170/24 171/8 171/10 172/1 172/3 172/8 172/10 173/12 173/14 174/5 174/7 174/14 174/16 174/22 175/15 175/17 175/22 178/11 178/13 178/21 178/23 179/6 179/8 179/17 179/19 180/10 180/12 181/6 181/8 181/17 181/19 182/11 183/2 183/16 183/18 184/24 185/3 185/17 186/7 186/9 187/14 187/16 188/11 188/16 188/18 200/21 201/12 201/15 201/18 202/2 202/6 202/11 202/15 202/21 202/25 205/23 208/14 215/23 217/1 220/3 222/15 226/14 226/17 226/21 227/1 229/20 231/24 239/2 239/8 242/2 242/4 242/13 242/17 243/25 245/2 245/19 247/8 248/15 248/23 248/25 250/13 250/17 251/8 252/2 252/7 252/12 252/14 252/18 252/23 253/6 253/10 253/13 253/17 253/19 253/22 254/1 254/3 254/8 254/11 254/20 254/25 255/4 255/6
**MS. CAPRIO: [7]** 4/9 4/18 4/22 5/3 5/7 5/10 35/11
**MS. DAWSON: [2]** 253/3 254/15
**MS. GOMEZ: [107]** 67/9 204/14 204/21 205/7 205/13 205/19 206/25 208/11 209/1 209/16 210/6 211/6 211/12 212/5 212/24 214/3 214/19 215/9 215/11 215/21 216/23 217/3 218/6 218/17 218/21 219/12 219/23 220/2 220/13 220/22 221/5 221/17 222/7 222/9 222/13 223/2

(1)   A JUROR: - 1400

**1**

**1444 [4]** 214/24
223/10 226/6 227/18
**1450 [3]** 214/25
218/15 224/24
**1460 [11]** 214/25
222/23 225/8 225/10
225/21 227/21 228/5
228/17 229/16 230/1
231/10
**14th [4]** 12/22 37/21
37/21 39/5
**15 [11]** 19/17 19/21
19/23 59/10 143/15
169/4 175/5 249/14
249/15 249/22 255/1
**150 [4]** 3/10 55/13
55/24 56/13
**1500 [1]** 144/15
**1513 [1]** 136/2
**1521 [5]** 97/6 97/12
97/15 97/22 100/4
**154 [1]** 3/7
**1540 [1]** 135/3
**156 [1]** 3/8
**15th [4]** 12/22 96/7
178/6 251/15
**16 [3]** 1/5 4/1 177/1
**1641 [1]** 244/10
**166 [1]** 3/8
**169 [1]** 1/16
**16th [1]** 15/17
**17 [2]** 11/22 12/6
**172 [1]** 3/9
**17th [2]** 52/6 118/12
**18-000 [1]** 244/12
**18-CV-24190 [2]**
1/2 4/7
**18th [3]** 51/20 52/9
252/6
**19 [2]** 56/4 133/24
**19-4801 [8]** 122/2
124/25 125/14 127/9
128/16 130/5 130/9
131/4
**1907 [3]** 7/1 7/2
51/6
**1938 [1]** 118/12
**1991 [2]** 7/11 11/14
**1994 [1]** 135/7
**1996 [1]** 11/13
**1997 [1]** 205/3
**1999 [1]** 7/19
**19th [1]** 52/9
**1st [2]** 12/22 32/2

**2**

**20 [9]** 1/8 14/17 27/8
29/25 53/5 54/21
58/20 60/18 197/2
**200 [1]** 1/21
**2007 [2]** 7/19 8/9

**201 [1]** 1/13
**2010 [1]** 8/13
**2011 [7]** 76/21 80/7
80/9 80/9 80/9 150/2
150/3
**2012 [7]** 7/20 69/25
70/1 80/10 150/12
215/8 225/1
**2013 [2]** 69/25 70/1
**2014 [8]** 8/1 77/3
77/15 84/14 142/10
143/14 177/25 178/1
**2015 [5]** 203/21
204/8 206/3 208/20
215/14
**2016 [3]** 48/15 48/15
69/9
**2017 [25]** 8/25 9/1
9/2 9/6 9/6 9/8 9/9
9/14 11/21 11/22
15/10 19/17 19/21
19/23 24/20 51/2 56/4
77/5 84/4 84/8 84/14
85/6 143/22 249/14
249/22
**2018 [19]** 30/3 77/9
80/20 85/6 96/14
96/15 153/6 154/15
190/3 190/4 204/1
223/13 243/11 244/13
245/5 249/14 249/18
249/19 249/19
**2019 [1]** 178/6
**2020 [9]** 120/12
122/1 122/9 123/19
132/17 134/14 174/3
174/10 204/5
**2021 [7]** 77/10 80/21
80/22 115/23 151/24
155/8 178/19
**2022 [1]** 184/15
**2023 [5]** 1/5 4/1
177/1 255/1 256/12
**202B [1]** 256/14
**21 [9]** 8/12 8/14 8/23
15/10 100/17 103/14
103/16 103/17 104/13
**2121 [1]** 1/13
**21st [2]** 52/7 182/3
**22nd [1]** 23/15
**23 [1]** 223/13
**24 [5]** 48/15 61/7
69/9 222/12 249/2
**24190 [2]** 1/2 4/7
**25 [2]** 88/22 249/24
**26 [2]** 243/11 245/5
**27th [2]** 121/25
194/25
**28 [1]** 100/17
**295 [1]** 106/3
**299 [1]** 256/14
**2:25 [1]** 176/3

**2:30 [1]** 176/4
**2nd [4]** 1/13 1/19
23/13 121/17

**3**

**30 [9]** 44/15 75/11
100/19 104/17 120/12
147/13 210/20 211/15
213/3
**300 [2]** 106/2 117/16
**30th [3]** 184/15
251/21 252/6
**3105 [1]** 1/19
**32 [2]** 8/6 145/25
**324 [3]** 27/18 28/3
28/12
**325 [3]** 27/18 28/3
28/12
**326 [3]** 27/18 28/3
28/19
**327 [3]** 27/18 28/4
28/19
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33135 [1]** 135/4
**33156 [1]** 2/4
**33301 [1]** 256/14
**344 [4]** 40/12 41/10
63/4 63/6
**3:07 [1]** 254/15
**3:07 p.m [1]** 255/14
**3rd [2]** 42/9 63/24

**4**

**4-5 [1]** 105/25
**40 [3]** 3/13 128/20
128/25
**40-50 [1]** 118/14
**403 [1]** 165/15
**405 [1]** 106/2
**4100 [1]** 1/21
**427 [2]** 38/6 38/9
**44 [3]** 3/13 132/12
134/11
**45 [1]** 6/4
**452 [1]** 38/9
**453 [1]** 38/9
**465 [1]** 38/10
**476 [1]** 38/10
**478 [1]** 38/10
**4801 [8]** 122/2
124/25 125/14 127/9
128/16 130/5 130/9
131/4
**488 [1]** 49/2
**4:38 [1]** 256/5
**4:45 [1]** 255/1
**4th [2]** 63/24 71/4

**5**

**50 [1]** 118/14

**500 [3]** 1/16 106/1
129/8
**521 [2]** 156/25 157/5
**5448 [1]** 256/15
**56 [1]** 3/10
**591 [1]** 34/22
**5994 [3]** 49/1 49/3
49/4

**6**

**63 [1]** 189/5
**630 [1]** 104/18
**649 [2]** 95/16 139/19
**651 [3]** 3/11 83/2
83/7
**666 [3]** 3/7 153/22
154/4
**675 [3]** 3/8 165/19
166/3
**677 [3]** 3/9 172/6
172/15
**681 [2]** 48/2 48/4
**684 [3]** 3/8 156/6
156/12

**7**

**721 [6]** 3/11 3/13
115/17 115/18 115/18
134/11
**722 [1]** 119/23
**723 [5]** 3/12 119/24
120/1 120/5 123/18
**724 [3]** 3/12 125/22
126/2
**73 [1]** 211/22
**769-5448 [1]** 256/15
**78 [2]** 229/20 229/21
**786-333-8382 [1]**
68/1
**786-488-5994 [1]**
49/1
**7th [18]** 15/17 23/14
23/24 32/25 40/25
71/2 71/4 97/24 97/24
98/25 99/1 100/4
135/3 138/4 138/17
214/10 214/24 215/1

**8**

**80 [1]** 223/5
**83 [1]** 3/11
**8382 [1]** 68/1
**8:30 [2]** 255/20
255/21
**8th [23]** 33/21 86/11
91/18 91/19 96/7 97/6
97/15 97/22 98/21
100/4 120/22 136/2
142/22 144/2 144/21
145/1 145/17 156/25
157/5 175/13 182/1
233/3 244/10

**9**

**9/13 [1]** 183/18
**9/8 [1]** 183/18
**9150 [1]** 2/3
**954 [1]** 256/15
**9:00 [2]** 250/19
255/19

**A**

**a.m [6]** 56/5 74/23
154/9 250/19 255/19
255/20
**ability [9]** 43/17
43/22 44/24 122/10
124/1 135/11 135/16
139/22 170/4
**able [1]** 115/7
**about [133]** 4/24
8/25 13/3 15/9 16/16
18/8 18/11 19/4 19/18
21/21 22/1 22/3 23/2
23/20 24/2 24/8 25/16
25/23 29/6 29/7 29/8
33/6 36/24 37/5 38/20
40/14 54/15 54/15
54/21 55/11 57/15
57/18 58/9 59/20
60/11 70/17 70/24
71/7 71/20 72/16
73/14 77/2 77/4 77/6
77/8 84/25 87/13
95/20 103/18 104/5
109/18 114/25 115/10
119/17 120/12 120/15
122/5 122/6 123/18
126/16 126/19 127/22
136/21 137/9 144/2
145/7 147/6 148/25
154/14 154/23 154/25
157/24 158/8 158/16
158/17 158/21 158/22
159/14 160/4 160/17
162/14 162/23 163/3
163/4 166/24 167/9
168/3 168/12 170/22
171/5 171/7 171/24
174/10 177/22 180/6
181/5 184/7 186/4
188/10 189/9 189/18
190/3 190/19 190/25
191/10 192/5 193/10
194/4 196/5 196/18
196/21 198/4 198/14
202/2 203/22 206/2
211/25 213/20 218/4
218/4 228/13 232/13
232/19 243/10 248/13
250/14 251/11 251/23
253/4
**above [4]** 79/8
156/24 217/20 256/10

**A**

**above-entitled [1]**
256/10
**absolutely [3]** 44/12
94/18 256/2
**abutting [1]** 129/9
**acceptable [1]**
137/11
**acceptance [1]**
172/18
**access [3]** 46/11
128/18 136/9
**accommodate [1]**
251/16
**accommodating [1]**
221/10
**accommodation [5]**
114/8 114/10 114/19
115/3 115/8
**accommodations [1]**
181/2
**accordance [3]** 6/3
169/12 231/2
**according [2]** 109/8
197/14
**account [5]** 7/12
7/14 7/15 7/16 129/25
**accounted [3]** 75/20
123/13 177/6
**accounts [1]** 250/22
**accurate [1]** 256/9
**Ace [11]** 167/2 167/3
173/19 180/23 181/22
184/7 196/5 196/22
197/8 197/12 198/3
**acquire [1]** 140/17
**across [5]** 15/16
40/18 42/9 52/4 64/4
**act [3]** 46/19 197/20
201/4
**acted [1]** 200/16
**acting [1]** 28/23
**action [5]** 43/3
147/23 197/25 199/23
227/19
**actions [4]** 200/3
240/19 241/2 245/8
**actively [1]** 10/2
**activities [2]** 74/8
137/25
**activity [7]** 12/5
12/24 15/5 74/2 87/9
136/1 225/2
**acts [2]** 66/3 66/4
**actual [2]** 90/4
173/19
**actually [14]** 51/11
61/22 63/2 63/3 63/20
69/4 100/18 182/3
182/5 194/22 196/3
219/5 220/7 245/9

**add [2]** 47/8 121/12
**added [2]** 186/23
219/17
**addition [7]** 81/4
105/5 136/25 137/7
137/8 146/7 183/5
**additional [3]** 190/5
228/4 228/16
**address [14]** 5/8
97/15 97/22 129/12
135/19 140/24 153/9
202/19 205/20 214/22
248/14 252/8 252/20
255/21
**addressed [2]** 154/9
165/23
**addressing [1]**
153/18
**adjourned [1]** 256/5
**administer [1]** 81/11
**administration [5]**
79/12 81/1 141/5
195/11 196/3
**administrative [15]**
79/13 79/15 98/24
121/7 122/17 124/9
141/10 141/17 141/22
147/1 183/11 192/11
192/15 209/4 254/5
**administrator [12]**
77/11 78/11 78/14
79/7 80/23 82/12
99/23 128/19 192/16
196/11 201/4 201/9
**administrators [1]**
195/18
**admit [8]** 83/3
125/25 128/22 134/9
154/2 156/10 166/1
172/13
**admitted [3]** 83/6
134/6 172/12
**adopted [1]** 144/17
**advance [1]** 128/8
**adversarial [2]**
81/25 82/2
**advice [2]** 173/9
192/8
**advise [2]** 142/14
252/2
**advising [2]** 116/6
118/23
**aerial [1]** 91/12
**affect [2]** 104/13
113/11
**affects [1]** 207/16
**AFSME [8]** 7/1 7/2
9/9 10/14 42/17 51/6
71/20 72/3
**after [38]** 8/19 17/15
18/21 19/16 19/20
29/25 29/25 73/3

76/22 76/22 78/3
105/23 107/7 107/15
117/21 137/10 150/11
167/14 168/16 168/19
169/7 204/19 211/10
212/22 217/18 219/6
225/9 226/6 228/25
231/5 231/17 241/22
244/20 245/5 245/9
245/12 251/7 251/12
**after City [1]** 168/16
**afternoon [6]** 76/12
149/25 177/1 203/6
244/9 251/11
**afterwards [1]**
115/5
**again [47]** 6/10
17/15 55/11 56/17
56/24 58/16 61/22
62/9 62/15 62/17 63/3
63/11 66/18 67/24
74/16 75/20 89/20
106/21 110/25 114/10
115/6 117/13 123/1
123/21 123/24 136/11
139/9 168/24 171/22
174/7 178/15 180/4
187/1 189/2 191/3
207/17 210/18 213/1
226/22 231/22 232/3
244/1 244/25 247/14
250/20 252/20 252/20
**against [5]** 73/15
73/19 152/22 200/4
212/13
**ages [1]** 135/9
**aggressive [2]** 36/11
36/16
**ago [7]** 103/18
141/11 154/21 154/21
242/13 244/6 248/22
**agreed [2]** 220/1
220/6
**agreeing [1]** 216/10
**agreement [42]**
34/6 45/24 118/4
215/20 216/5 216/6
216/6 216/14 216/22
216/24 217/11 217/24
219/10 219/14 219/18
221/8 221/15 221/20
221/22 222/5 222/19
222/20 222/25 223/7
223/8 223/12 225/9
225/12 226/7 226/10
227/11 229/8 229/15
229/18 230/1 230/5
230/10 230/18 231/5
231/11 231/18 251/19
**agreements [8]**
216/16 223/14 223/23
224/2 224/6 224/21

227/4 227/7
**agrees [2]** 217/20
217/22
**ahead [14]** 35/16
61/1 67/10 113/19
142/17 142/17 169/2
197/3 214/8 220/5
226/13 226/19 244/25
247/17
**aid [1]** 77/1
**aide [1]** 150/14
**aides [1]** 171/13
**air [1]** 86/23
**aisle [1]** 90/8
**al [1]** 4/6
**alcohol [13]** 45/18
98/16 98/22 104/25
105/12 109/6 120/24
122/7 126/12 168/4
169/16 169/25 200/10
**ALF [3]** 135/5 135/7
135/8
**alike [1]** 206/14
**all [157]** 5/14 5/18
5/25 7/22 8/5 9/1
9/14 10/3 10/12 10/12
10/23 11/8 12/18
12/21 12/25 13/14
17/10 17/20 19/14
20/2 20/23 20/25 21/9
21/17 22/18 26/3
27/21 28/5 29/22 30/2
32/12 33/22 42/10
42/16 43/12 43/13
43/20 43/23 44/14
45/5 45/5 46/6 46/11
50/15 52/14 52/15
54/7 54/10 62/5 67/13
68/5 68/17 69/9 74/17
74/19 74/21 75/8
75/16 75/18 75/19
76/14 79/1 85/12 92/3
94/6 94/7 100/17
104/13 106/14 107/21
107/21 107/24 110/5
110/6 110/14 111/2
112/14 118/5 119/10
119/25 121/5 122/18
123/12 123/13 126/17
128/1 135/9 137/10
138/10 140/9 142/15
145/17 146/8 146/25
149/21 153/8 153/17
154/9 162/15 165/25
168/4 168/5 170/20
172/12 176/7 177/5
177/6 177/7 180/5
183/20 189/14 192/19
196/13 197/17 201/13
202/13 203/16 204/6
204/15 209/4 211/24
212/1 213/2 217/2

217/4 217/8 217/15
218/23 219/24 221/2
223/14 223/16 223/18
224/4 225/22 230/14
231/3 232/15 233/7
235/23 235/24 236/6
238/10 241/22 243/4
249/6 249/9 250/5
250/24 251/4 251/13
251/19 253/1 254/17
255/20 255/21 256/4
**allegations [1]**
190/11
**alleged [1]** 167/10
**allotted [2]** 6/4 75/9
**allow [9]** 91/1 93/23
94/3 95/12 102/20
108/20 114/16 129/13
207/21
**allowable [1]** 99/24
**allowed [18]** 40/3
40/7 41/7 41/8 41/9
94/16 97/15 97/20
98/2 98/15 106/17
114/9 121/7 121/9
146/17 169/16 175/13
237/24
**allowing [1]** 234/21
**allows [5]** 102/1
109/7 145/19 169/25
248/3
**almost [6]** 16/9
80/15 122/18 206/9
213/25 219/22
**alone [1]** 22/17
**along [2]** 116/3
225/23
**alongside [2]** 77/16
136/6
**already [17]** 11/13
13/8 27/20 34/24
55/14 84/10 88/1
88/23 100/18 134/6
137/8 137/10 138/1
139/6 139/7 149/7
156/2
**also [55]** 18/15
21/10 26/16 31/13
39/9 47/14 61/8 62/25
72/18 73/22 78/7
79/22 94/11 104/17
106/6 106/8 108/18
117/21 120/21 130/15
130/16 131/3 131/9
135/14 137/12 138/3
139/1 146/9 146/18
147/13 159/22 160/4
161/8 162/23 164/11
166/21 169/4 171/19
171/24 183/8 187/17
188/1 191/3 191/10
191/21 193/5 197/2

**A**

**also... [8]** 206/5 208/22 223/6 226/22 227/11 234/16 242/25 254/17
**alternative [2]** 211/17 251/25
**although [1]** 208/20
**Altos [1]** 196/22
**Altos/Taquerias [1]** 196/22
**always [6]** 9/10 20/1 23/7 108/7 147/7 206/9
**am [12]** 6/22 7/4 23/18 29/20 44/22 45/7 51/14 51/14 58/22 64/12 167/12 187/22
**Amanda [2]** 1/12 4/10
**Amber [2]** 2/3 4/14
**amended [2]** 217/16 231/4
**American [1]** 204/18
**among [2]** 22/7 22/25
**amount [10]** 24/7 60/7 90/6 139/12 208/8 210/19 220/7 227/8 227/8 227/9
**analysis [1]** 186/25
**Anne [1]** 1/11
**another [17]** 38/22 40/13 40/14 40/23 40/24 58/20 70/25 106/8 117/10 121/15 136/5 144/15 180/4 194/23 203/18 232/19 245/9
**answer [58]** 18/17 18/18 18/24 18/25 25/8 45/25 46/15 50/4 54/12 57/8 60/5 68/14 73/23 79/22 82/8 82/22 84/22 90/15 100/2 101/4 101/12 119/8 122/12 125/16 132/2 132/3 132/5 133/16 137/3 158/14 159/18 162/16 163/6 165/16 168/21 168/24 171/3 171/17 178/14 178/24 179/21 180/13 181/10 183/4 183/23 184/23 185/21 185/24 188/12 188/20 194/10 200/6 209/2 211/13 220/5 224/10 231/21 246/23
**answered [10]**

10/15 66/21 100/1 118/25 159/16 162/11 181/19 224/3 235/15 237/12
**answers [1]** 247/11
**anticipate [1]** 202/1
**anticipation [1]** 136/22
**any [149]** 6/5 8/3 8/21 8/21 9/10 10/7 11/17 13/3 13/23 14/5 14/7 14/13 14/13 15/2 15/5 17/17 18/11 19/5 21/2 21/3 22/6 24/15 24/23 25/25 26/9 27/10 27/14 28/23 29/3 31/1 32/10 32/15 32/16 32/23 33/9 33/10 33/15 34/23 36/9 36/16 36/23 37/3 37/5 37/8 38/11 39/21 40/2 43/2 43/17 43/21 44/1 44/11 44/14 47/2 47/7 47/25 48/8 48/17 48/20 55/16 57/18 57/24 64/22 66/15 67/8 67/13 68/5 73/14 75/9 82/25 85/24 92/5 95/18 99/23 103/3 103/3 107/14 108/1 118/1 120/19 121/5 123/2 127/17 130/15 131/24 131/24 135/14 137/13 138/16 138/18 142/3 142/21 145/2 146/9 147/10 147/22 148/5 148/10 148/15 149/15 153/22 156/8 158/7 158/19 159/3 159/13 162/4 162/6 162/18 162/20 165/20 166/18 170/5 171/6 189/10 189/14 190/21 190/22 192/7 192/8 197/20 197/25 197/25 199/23 200/16 205/11 207/5 207/6 211/16 212/23 221/13 224/14 227/13 227/19 236/3 236/16 238/2 238/23 239/10 239/21 241/7 247/11 247/16 247/19 248/4 248/5 248/17 250/21 251/3
**anybody [13]** 13/25 18/6 25/16 26/20 28/23 28/24 29/1 31/5 99/9 129/6 147/25 240/18 248/5
**anymore [1]** 46/19
**anyone [10]** 73/19 74/17 123/2 161/13

176/5 181/16 181/21 250/21 251/23 255/9
**anyplace [1]** 29/1
**anything [34]** 12/4 13/20 18/6 21/21 24/8 27/23 29/12 33/25 43/14 47/7 58/5 71/13 71/16 72/9 74/3 89/21 109/17 109/18 116/25 117/13 119/4 128/6 130/24 148/19 181/5 193/22 207/4 207/15 207/16 221/3 236/16 237/8 237/10 250/22
**anyways [1]** 197/15
**anywhere [3]** 23/10 78/21 197/13
**apart [2]** 141/15 194/15
**apologies [3]** 89/23 104/18 229/21
**apologizing [1]** 241/23
**apparently [3]** 136/5 136/8 139/7
**appeal [11]** 116/7 118/23 175/5 175/6 175/8 211/11 211/16 211/20 212/16 213/3 232/12
**appeals [5]** 108/6 108/15 175/7 177/19 211/21
**appear [3]** 138/15 138/16 138/20
**appearances [3]** 1/10 2/1 4/8
**appellate [1]** 212/23
**applicant [9]** 128/6 129/12 130/11 135/25 136/5 137/15 138/4 139/7 147/18
**applicant's [1]** 139/1
**application [13]** 123/21 123/25 124/24 125/14 127/13 127/18 128/2 129/13 130/4 130/5 134/18 178/17 249/8
**applied [2]** 76/25 178/6
**applies [3]** 87/8 87/8 103/9
**apply [7]** 81/12 87/2 87/7 87/11 89/9 129/5 146/15
**applying [1]** 128/5
**appoint [1]** 194/18
**appointed [1]** 49/17
**appreciate [2]** 205/22 226/17
**appreciated [1]**

119/25
**apprised [1]** 129/20
**approach [2]** 66/23 67/9
**approached [1]** 33/2
**appropriate [2]** 95/11 144/12
**approval [14]** 97/8 97/11 98/5 98/6 98/24 99/5 100/3 124/7 163/25 177/15 198/8 200/12 248/5 250/1
**approve [2]** 149/16 248/7
**approved [13]** 8/19 94/20 94/24 99/5 110/6 122/14 177/19 178/20 179/1 179/1 187/11 210/13 244/12
**approximately [6]** 77/3 80/8 106/2 106/3 145/25 204/4
**April [5]** 8/13 77/10 80/21 178/19 204/5
**architect [2]** 82/3 146/5
**Architects [1]** 81/22
**are [169]** 4/23 7/5 8/2 8/10 10/6 18/18 18/24 27/19 27/19 28/5 28/21 34/16 36/3 38/13 38/19 44/7 45/23 54/7 57/18 58/20 58/21 61/4 62/22 62/22 63/21 64/2 64/10 66/15 74/12 75/19 76/12 76/13 76/15 78/17 79/1 79/2 79/7 79/15 80/25 81/13 81/18 81/18 82/14 85/1 86/7 86/11 86/16 86/20 87/13 87/16 87/21 89/2 89/9 90/10 90/18 90/19 91/3 91/5 91/7 92/3 93/2 94/16 94/21 96/22 98/1 98/21 100/7 100/10 100/25 101/1 101/1 104/21 104/24 105/2 105/14 106/21 107/21 108/19 109/20 110/2 110/16 110/16 113/21 116/10 116/14 117/17 118/5 119/3 120/23 123/12 129/9 129/15 131/9 131/9 133/23 135/9 135/10 135/15 135/18 137/9 137/25 138/3 138/8 138/9 138/10 140/19 140/22 144/16 145/3 145/15 146/4

146/12 146/12 146/21 147/3 147/12 149/6 155/12 161/3 173/3 177/5 187/23 188/6 188/8 189/8 189/10 194/7 195/16 195/16 196/15 197/17 197/18 197/19 202/7 203/10 206/7 206/10 206/12 206/23 207/23 208/1 208/6 208/7 208/8 209/19 209/22 210/24 211/2 211/24 211/25 213/7 213/9 213/20 214/6 214/9 214/16 214/22 218/10 219/1 221/8 223/19 226/10 229/15 232/19 246/24 247/3 249/11 249/16 250/3
**area [37]** 16/13 17/16 19/8 23/20 26/17 28/8 30/24 30/25 31/18 32/5 32/19 32/24 33/1 33/7 33/21 37/3 37/6 39/15 40/4 45/12 91/8 91/22 95/12 110/3 124/2 124/7 124/10 124/11 129/13 140/1 145/21 164/25 182/22 203/12 203/18 207/23 214/1
**areas [8]** 91/4 91/23 104/4 139/2 144/11 144/18 144/19 230/19
**aren't [3]** 111/8 120/19 120/19
**Argumentative [2]** 164/11 198/11
**Arieta [1]** 135/1
**arose [1]** 233/2
**around [19]** 7/19 11/13 12/22 14/20 52/16 57/12 57/15 59/1 61/5 80/14 84/4 91/22 111/8 141/13 146/23 164/21 176/3 186/18 194/19
**arranged [1]** 90/5
**arrive [2]** 26/25 27/10
**arrived [5]** 13/8 13/9 53/10 53/10 53/12
**arrogated [1]** 139/8
**art [6]** 79/14 160/2 167/13 167/20 168/17 186/24
**Arteaga [1]** 4/10
**Arteaga-Gomez [1]** 4/10
**Article [1]** 88/18
**Arts [1]** 134/19

**A**

artwork [2] 186/21
187/4
as [242] 4/16 6/5
6/11 7/2 7/11 8/2 9/9
10/17 11/10 11/12
11/16 11/18 11/19
13/15 21/19 23/20
24/23 26/3 26/13
26/14 28/10 32/4 32/4
33/25 34/1 34/11
34/24 41/5 41/21 42/6
42/16 42/17 44/7
44/15 44/16 45/11
45/21 46/19 50/12
50/12 50/14 50/14
51/10 58/9 58/23 61/3
61/4 61/7 61/8 62/12
62/23 62/23 62/24
62/25 62/25 64/5
66/10 71/20 72/3 72/6
72/6 76/25 77/4 77/15
79/7 80/7 82/4 82/11
82/20 83/13 85/17
86/23 87/9 87/24 89/9
92/6 92/23 93/13
94/11 94/12 94/20
97/9 97/22 97/22 98/8
98/20 98/20 98/21
99/9 99/23 99/23
99/25 100/8 105/2
105/3 108/6 108/6
109/21 111/14 114/8
114/10 114/19 117/17
120/24 120/24 121/9
121/9 122/17 124/25
126/15 126/15 127/8
127/14 128/21 129/7
129/7 130/3 130/8
134/6 134/6 135/8
135/13 137/2 137/8
137/20 138/9 138/11
138/17 138/19 138/22
139/3 139/6 139/7
139/9 140/18 141/6
141/7 141/8 141/16
141/21 142/8 142/9
142/14 146/12 149/1
149/5 149/17 150/14
154/18 164/11 164/17
165/12 166/13 174/4
175/18 176/2 180/14
182/12 182/18 183/6
186/21 186/24 187/4
187/7 192/15 192/20
195/8 195/12 196/11
197/6 197/8 198/21
199/3 199/3 201/3
201/4 201/8 201/8
203/24 203/25 205/12
208/12 208/23 208/23

209/5 209/5 209/6
210/18 210/25 211/2
212/19 213/12 213/18
213/23 213/23 214/16
217/5 217/15 219/17
220/7 220/10 220/17
220/25 221/11 222/20
222/21 223/1 223/8
223/14 223/18 224/7
225/12 225/20 226/3
226/9 227/18 227/21
227/24 229/4 229/18
230/3 230/9 231/4
231/10 232/22 236/8
238/23 239/5 239/5
241/20 244/6 244/14
246/10 247/16 248/17
249/6 250/9 251/8
251/13 251/20 251/25
252/10
aside [3] 90/1 142/2
158/6
ask [32] 8/25 15/9
18/21 19/18 27/16
28/5 29/8 33/6 37/5
40/14 41/9 42/6 42/16
47/18 55/22 62/22
67/2 81/6 84/15
134/24 139/15 168/25
171/14 208/13 210/21
211/7 211/17 212/12
228/14 231/22 244/25
247/17
asked [47] 35/11
63/15 66/21 70/17
71/7 71/20 72/16
100/1 118/25 123/24
127/16 153/2 153/5
159/16 161/8 161/13
162/11 164/5 165/4
165/6 168/12 169/7
181/19 184/21 185/10
186/3 189/18 190/3
190/21 190/22 191/10
193/10 194/3 196/5
196/21 198/4 198/14
224/3 233/5 234/24
235/14 236/19 237/12
242/14 243/3 244/18
247/8
asking [15] 25/16
47/19 47/21 48/9
109/15 125/9 130/24
133/6 153/12 162/14
163/15 170/4 170/22
226/23 247/10
asleep [1] 95/20
aspect [4] 160/10
183/12 206/20 208/5
aspects [1] 208/6
assigned [5] 77/14
150/5 165/9 203/21

206/4
assist [3] 34/5 114/3
135/24
assistance [1]
219/16
assistant [14] 21/11
77/2 77/4 77/8 126/11
126/14 142/9 151/11
156/18 166/7 167/4
195/12 203/9 213/12
assisted [1] 135/5
assisting [1] 246/5
associated [3]
111/13 120/20 192/7
assumes [7] 107/10
167/17 169/21 179/8
179/19 181/8 183/2
assure [3] 135/14
217/13 231/1
astute [1] 26/13
at [206] 4/20 5/6 5/8
10/4 12/9 12/13 13/12
13/17 14/24 16/9
16/13 19/8 20/13
20/19 21/7 21/15
22/19 24/20 27/7
27/16 28/12 28/14
28/23 29/3 30/25 32/1
32/15 34/3 34/4 34/7
34/17 40/2 40/14
40/23 41/3 41/9 41/21
43/20 43/23 45/5 45/5
46/6 47/21 48/10 50/6
53/22 58/19 60/11
60/20 60/23 61/23
61/24 61/24 62/4 63/1
63/12 63/12 63/20
68/4 69/14 70/7 70/13
70/18 76/20 76/23
77/3 77/6 77/13 77/19
77/21 82/7 84/10 85/3
85/4 85/6 85/8 85/10
86/1 91/8 91/25 92/16
93/18 94/16 95/8
95/20 96/15 97/7 99/5
103/18 103/20 105/16
105/17 106/2 106/3
107/25 115/4 117/16
117/21 118/10 118/12
120/10 121/25 122/9
123/1 123/25 126/19
126/23 128/18 129/22
135/3 135/19 136/2
136/21 137/6 137/13
139/8 140/23 141/5
142/8 143/3 143/8
143/18 143/19 146/25
148/1 150/2 150/3
150/11 151/12 151/22
152/21 156/2 156/25
158/24 159/3 160/11
161/9 161/14 161/24

162/2 162/3 163/8
163/18 163/19 166/19
167/5 168/2 168/3
168/4 168/7 168/11
168/13 168/14 168/16
169/6 170/20 175/24
176/6 177/10 178/3
178/5 178/15 181/12
181/16 186/3 186/4
186/18 187/4 189/10
189/18 190/6 190/18
190/21 190/22 194/5
194/17 195/24 197/11
202/18 203/7 203/20
206/2 215/14 216/15
219/5 219/7 221/23
223/16 223/20 224/25
233/15 233/16 235/8
235/12 236/5 240/18
244/10 244/10 248/1
250/19 251/4 251/23
255/1 255/13 255/19
256/5
atmosphere [4]
17/20 54/7 105/10
107/4
attached [2] 8/3
120/25
attachment [3]
126/11 126/23 133/25
attachments [4]
121/19 121/23 127/23
128/17
attempt [1] 221/12
attempting [1]
206/9
attempts [1] 247/4
attend [3] 49/13
58/16 151/22
attention [6] 167/13
167/20 168/5 173/20
187/13 244/14
attitude [1] 69/17
attorney [59] 71/9
77/2 77/4 77/8 78/5
80/11 80/19 114/6
120/17 126/10 126/10
126/11 126/12 126/13
127/16 127/20 134/15
136/20 142/10 143/3
143/8 148/5 150/7
151/12 153/2 153/5
154/8 156/17 157/14
157/23 158/8 159/4
159/8 159/14 159/25
166/6 166/14 173/8
173/10 175/20 191/11
191/11 191/12 192/13
195/3 195/7 195/9
203/9 206/7 206/14
206/15 208/20 213/12
213/18 218/12 219/7

219/16 245/9 245/10
Attorney's [32]
76/24 77/3 77/13 78/4
78/5 78/10 80/6 80/17
82/11 96/15 140/11
141/8 142/13 158/20
164/1 165/5 165/7
165/8 165/13 190/6
190/9 190/15 190/16
192/12 203/19 204/9
205/17 206/2 206/3
207/12 208/17 215/16
attorneys [12] 18/19
81/22 154/25 156/18
166/7 190/10 191/21
192/4 193/6 204/2
253/19 254/12
August [4] 80/7
135/7 184/15 256/12
August 30th [1]
184/15
Austin [1] 104/6
authorize [2] 155/14
155/18
authorized [2]
112/15 112/19
available [1] 108/4
Avenue [14] 1/13
15/18 23/13 23/15
37/21 39/5 40/25 42/7
42/8 42/9 63/24 96/8
118/12 194/25
avoidance [1] 216/9
aware [15] 34/16
110/11 110/16 119/20
130/23 138/9 141/9
142/8 152/23 167/9
182/18 187/21 189/10
229/15 251/14
awareness [1] 33/15
away [2] 85/23
138/7
axle [1] 236/15
AXS [1] 1/10
Azucar [6] 186/4
186/9 186/14 186/24
187/5 187/5

**B**

BA [1] 76/18
back [48] 17/15 32/1
37/20 37/23 42/11
49/25 53/16 59/6 75/2
75/18 78/3 82/9 85/17
86/15 87/23 88/24
89/10 89/14 90/6
103/21 104/2 114/16
118/10 122/15 122/20
123/19 124/7 124/10
125/17 126/22 127/21
130/13 132/14 139/20
152/18 153/6 154/15

**B**

**back... [11]** 176/3
204/5 204/11 214/1
214/15 215/8 231/23
231/25 235/10 238/8
253/5

**back-out [2]** 89/10
90/6

**background [7]**
24/20 24/21 24/23
76/17 204/3 204/12
205/23

**backgrounds [1]**
81/23

**backtrack [1]**
144/12

**bad [3]** 105/18 107/4
113/1

**badge [3]** 46/22
46/24 46/25

**Ball [37]** 47/22 48/10
64/2 96/9 96/23 97/1
98/1 98/6 98/9 98/14
98/16 98/16 98/20
99/7 99/10 99/12
99/18 99/24 100/4
122/2 122/10 122/14
122/20 122/23 123/22
124/1 136/2 136/6
136/8 136/9 137/10
139/23 172/20 177/11
177/22 177/24 186/14

**ballot [3]** 9/15 9/18
9/20

**bands [1]** 187/6

**bank [3]** 112/16
112/16 112/17

**bar [23]** 32/4 64/6
76/23 96/10 98/16
98/18 98/19 99/2 99/3
105/13 105/17 106/12
109/5 122/20 125/18
144/14 144/23 162/24
169/17 170/1 170/4
201/1 201/4

**Barny [3]** 114/6
126/11 186/21

**bars [12]** 32/3 41/21
98/23 105/2 105/8
106/5 106/6 106/21
107/5 120/25 144/8
144/22

**based [24]** 8/21 25/1
43/17 85/25 88/20
131/2 142/21 156/24
164/18 222/4 225/24
227/14 228/17 229/3
232/4 232/7 233/21
236/2 237/3 244/19
245/4 246/14 246/18
251/19

**baseline [1]** 100/16

**basically [10]** 78/16
78/22 79/5 81/11
89/11 93/20 102/3
103/25 212/15 235/13

**basis [6]** 81/2 81/19
114/17 116/18 146/1
180/14

**batch [2]** 118/3
119/9

**bay [4]** 161/3 161/4
161/4 161/5

**Bayfront [5]** 49/17
49/22 71/7 71/8 71/10

**BD [3]** 218/11 219/2
219/2

**be [182]** 4/5 4/22
5/23 6/9 8/21 10/13
12/14 13/17 14/4 14/8
16/4 24/10 37/24
41/22 41/23 45/3 45/3
45/22 47/5 49/22 52/5
57/17 57/22 58/6
60/12 61/20 61/20
74/16 74/23 78/17
78/18 78/18 81/20
82/2 82/10 83/6 86/22
86/23 86/25 89/5 89/7
90/4 90/7 93/18 93/19
93/19 93/20 93/21
94/23 95/10 95/18
95/19 97/11 97/15
98/14 98/14 99/3
99/13 99/18 102/9
105/9 106/17 106/18
107/21 112/19 112/21
113/5 113/6 113/9
113/14 115/25 118/24
120/25 122/19 123/13
128/2 129/10 130/16
131/3 131/10 131/14
131/19 131/20 133/17
137/13 137/21 138/12
138/19 138/19 138/20
139/15 139/16 139/17
141/1 141/2 141/2
144/15 144/20 150/9
153/20 155/11 157/10
159/1 160/21 161/5
165/4 165/9 166/16
167/1 169/11 170/6
173/24 174/4 174/12
174/13 174/25 176/2
177/6 177/19 177/24
181/5 183/11 185/15
187/24 189/10 191/21
191/24 192/6 192/6
192/8 192/9 192/22
192/24 193/6 195/25
196/3 196/16 196/18
199/1 199/8 199/10
199/12 200/22 201/15

201/22 202/3 202/4
202/11 202/25 206/22
207/14 207/15 207/16
210/10 210/16 214/15
217/13 218/15 218/16
220/7 221/1 221/16
221/25 223/11 228/10
231/1 231/23 232/5
235/22 235/22 235/23
235/23 243/19 249/2
249/17 249/20 250/18
251/6 251/9 251/18
251/19 252/5

**beam [2]** 228/23
228/24

**beautify [1]** 71/12

**became [16]** 7/12
73/3 77/2 77/10 78/11
80/11 80/22 113/18
142/8 150/11 151/11
151/16 155/8 215/15
232/25 233/2

**because [86]** 13/7
20/17 24/7 26/16
45/18 46/11 51/7 52/7
53/23 60/8 62/19
62/25 64/13 91/5 92/8
94/20 94/21 95/4
95/10 98/5 98/16
98/17 98/20 105/14
106/25 107/3 107/5
112/21 112/25 113/13
113/14 113/16 113/17
114/8 114/10 114/12
116/5 116/6 117/15
122/21 128/18 142/13
143/11 143/15 153/1
153/3 168/4 168/11
170/6 170/10 172/10
173/25 180/1 180/20
186/21 187/10 188/15
188/21 188/22 189/10
191/4 195/25 196/3
196/15 197/15 197/21
199/6 199/24 200/11
202/19 214/1 216/7
219/17 219/22 220/10
220/20 223/18 225/1
227/22 228/11 230/11
233/3 234/5 235/6
245/10 252/20

**become [5]** 131/25
132/9 141/9 193/15
193/20

**been [53]** 7/8 30/9
32/3 34/24 55/18
55/21 70/12 77/8 80/7
80/8 91/20 95/19
96/13 112/18 112/22
113/25 116/11 116/15
118/13 130/6 135/7
136/20 138/18 143/15

143/15 146/17 158/16
159/19 162/11 164/3
165/7 167/6 175/13
177/24 180/19 182/7
184/5 185/1 185/13
185/25 186/18 190/22
193/11 193/13 193/14
197/14 204/8 209/21
209/24 209/25 210/13
225/1 244/13

**before [33]** 1/8 4/18
11/12 11/22 12/5 13/8
14/24 30/12 43/8
47/16 69/25 69/25
74/15 79/22 96/11
126/22 134/14 168/19
169/7 170/2 182/5
185/15 192/7 205/21
208/10 210/18 210/23
215/8 219/6 223/9
226/15 226/23 251/15

**began [4]** 115/24
224/25 226/8 227/22

**beginning [1]** 80/21

**behalf [6]** 4/10 4/15
26/20 28/24 199/23
213/18

**behind [7]** 23/24
95/1 96/10 102/5
113/3 136/6 141/16

**being [42]** 13/1 14/9
29/13 33/15 34/16
35/23 39/6 44/25
45/14 46/2 62/12 64/2
77/7 96/5 100/10
101/1 101/7 101/13
102/13 103/2 103/8
106/1 108/3 109/19
116/5 132/16 132/24
134/6 150/11 152/19
156/1 162/3 185/10
189/8 190/21 210/12
211/1 229/1 229/15
233/24 236/19 251/13

**beings [1]** 205/22

**believe [27]** 27/19
86/12 102/3 113/15
122/6 125/23 128/12
129/7 140/7 143/20
145/25 154/24 160/20
161/1 170/20 171/21
186/17 206/23 210/20
214/15 251/8 252/18
252/25 253/22 254/8
254/20 255/6

**bell [1]** 143/22

**below [2]** 126/12
136/2

**Ben [3]** 4/14 6/18
126/15

**bench [2]** 15/18 16/1

**benchmark [1]**

221/16

**Benedict [1]** 1/18

**beneficial [1]** 31/13

**benefit [1]** 220/18

**benefited [1]** 50/18

**benefits [1]** 152/12

**Benitez [3]** 24/11
25/12 71/6

**Bernat [6]** 34/11
34/12 36/4 36/5 36/23
61/21

**besides [3]** 27/9
71/16 183/12

**best [2]** 23/18 98/5

**better [2]** 142/24
207/11

**between [22]** 19/5
32/10 33/16 63/24
72/4 72/12 106/5
106/7 106/8 106/21
106/24 144/22 167/10
182/8 186/1 209/11
209/14 212/8 219/10
235/10 235/11 247/24

**beyond [12]** 65/7
66/2 160/24 162/10
164/12 165/1 165/22
169/20 173/14 174/7
179/9 179/19

**bias [2]** 50/3 151/7

**bifurcated [1]**
187/10

**big [2]** 78/18 119/9

**bigger [3]** 95/23
215/25 216/19

**Bill [11]** 14/19 16/14
16/17 16/18 16/19
16/21 18/3 19/5 66/10
67/24 126/15

**bills [1]** 152/10

**Bilzin [4]** 77/6 77/19
77/21 78/3

**binding [1]** 230/25

**Biscayne [1]** 1/21

**bit [16]** 17/13 30/2
34/10 34/20 76/17
77/12 80/5 104/19
115/10 130/4 134/13
144/2 146/21 148/25
164/21 204/11

**black [1]** 37/19

**block [2]** 23/24 64/7

**blocks [1]** 138/7

**blow [2]** 134/13
230/21

**blue [1]** 27/6

**blueprints [1]** 46/3

**blurt [1]** 89/21

**blurting [1]** 247/11

**Blvd [3]** 1/21 2/3
256/14

**board [22]** 43/4 43/5

**B**

**board... [20]** 43/6
43/7 45/7 49/17 49/22
71/12 108/15 108/16
108/17 108/20 175/7
177/19 206/22 206/22
208/10 208/10 210/23
210/24 211/16 212/11
**Board's [1]** 211/11
**bodies [1]** 135/6
**body [3]** 79/5 164/5
164/6
**boots [1]** 146/23
**bore [1]** 118/1
**boss [5]** 11/19 79/12
108/7 191/13 192/17
**Boston [1]** 104/7
**both [9]** 83/16 91/22
97/9 99/7 145/15
173/10 209/3 235/8
246/25
**bottom [6]** 91/25
96/7 97/13 217/17
249/10 249/10
**Bourbon [3]** 105/9
106/22 144/10
**BOWEN [1]** 1/20
**Bowl [1]** 145/4
**box [1]** 127/8
**branch [2]** 12/8 12/9
**brand [2]** 27/3 66/13
**breach [2]** 216/7
231/12
**break [5]** 60/25
74/15 117/22 123/5
193/13
**breaking [1]** 123/4
**Brian [4]** 218/13
219/3 219/4 219/5
**brick [2]** 240/7
240/12
**brief [1]** 117/22
**briefly [3]** 4/19 7/2
7/10
**bring [23]** 5/16
64/25 70/7 74/17 75/3
75/5 83/2 88/22 91/12
95/16 104/17 115/13
123/9 123/19 125/22
128/20 211/1 215/24
216/12 223/5 229/20
242/2 248/23
**bringing [1]** 139/19
**broad [1]** 145/20
**brought [10]** 17/5
51/8 76/21 167/13
167/20 173/19 187/12
203/24 210/22 244/13
**Broward [1]** 256/14
**BTR [2]** 246/8 246/8
**Buchanan [2]**

253/20 254/8
**buena [1]** 151/22
**build [6]** 81/4 91/4
104/2 105/17 111/4
111/12
**building [90]** 14/20
20/6 20/8 20/12 23/9
28/14 64/4 69/12
69/14 70/4 70/21
70/22 71/5 71/5 77/16
87/9 91/25 96/10 97/5
97/6 97/7 97/12 97/12
97/23 98/20 103/21
104/2 104/5 110/4
111/1 111/4 111/5
111/12 113/8 115/23
118/11 128/6 134/19
138/17 142/14 142/16
145/17 147/1 155/20
169/10 180/1 180/3
180/15 181/13 181/22
181/23 182/13 182/20
194/8 194/20 195/25
196/1 196/2 196/18
197/17 200/9 203/15
203/24 204/6 208/16
208/19 208/20 208/23
208/24 209/3 209/12
210/1 214/11 216/12
217/14 220/1 223/24
225/23 227/12 227/19
228/12 230/11 231/2
233/16 233/25 235/8
235/11 247/24 248/7
248/10
**buildings [8]** 36/22
78/17 86/16 93/6 95/5
96/12 97/10 194/14
**buildout [1]** 105/21
**built [3]** 78/17
169/11 194/24
**Bush [2]** 126/15
126/15
**business [19]** 14/12
81/23 93/23 108/16
114/11 140/25 146/14
156/25 162/6 162/20
174/21 180/25 188/9
235/5 240/7 246/6
246/15 246/19 246/25
**businesses [14]**
81/8 96/9 113/21
114/1 114/11 114/16
115/6 175/13 175/18
180/25 206/24 207/18
207/19 207/24
**but [120]** 7/5 14/20
14/22 15/11 16/5 18/1
23/24 33/6 34/24
36/24 40/13 45/21
46/22 50/18 51/16
52/6 53/3 55/2 55/8

59/2 59/17 59/17 63/9
78/7 82/2 82/8 86/24
87/14 93/20 95/11
97/23 105/3 106/7
106/8 106/23 108/7
112/1 112/13 114/1
115/5 118/4 118/17
119/24 121/7 121/9
122/16 123/24 124/10
129/10 131/11 135/14
136/21 137/12 138/3
144/11 144/16 144/23
148/19 150/4 152/1
158/25 159/19 159/20
160/19 163/24 164/20
165/7 166/21 168/3
168/7 168/16 169/7
170/2 170/21 171/12
173/10 175/13 178/1
178/16 180/1 181/4
182/7 183/8 183/14
184/5 184/9 185/12
185/15 185/15 185/24
185/25 186/2 187/1
188/21 194/21 195/24
196/17 201/23 202/4
202/6 202/12 210/11
214/1 219/7 221/13
223/20 226/8 238/10
240/1 243/16 243/17
245/9 246/2 247/15
247/17 248/5 248/23
248/25 249/16 254/11
**buying [1]** 207/24
**bys [2]** 72/15 72/15

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 256/7
**cafeteria [4]** 32/4
41/21 42/10 64/6
**cafeterias [1]** 32/2
**calculated [1]**
114/14
**calendar [2]** 147/9
172/18
**call [27]** 4/4 11/11
12/19 29/16 37/1 47/9
56/20 57/1 59/16 61/7
61/8 68/13 68/15
93/20 98/23 105/7
105/13 120/1 121/4
177/3 201/14 206/15
207/22 211/4 214/17
250/17 252/1
**Calle [17]** 23/21
23/25 23/25 31/17
32/5 32/6 36/20 37/3
37/22 37/23 100/8
100/14 101/21 101/25
144/3 145/1 145/12
**called [26]** 8/14

12/10 12/12 15/15
26/4 29/6 39/4 43/4
45/24 53/1 53/2 56/22
56/23 56/24 58/23
59/20 77/6 85/16 99/4
111/3 122/15 128/5
208/7 212/10 228/23
234/7
**calling [4]** 5/12 11/8
33/2 201/15
**calls [21]** 6/2 12/18
13/3 60/20 92/20
102/10 102/22 104/15
122/11 124/3 158/12
161/10 164/25 165/12
166/13 167/24 174/22
175/17 182/11 188/18
200/18
**cam [1]** 164/6
**came [13]** 16/19
17/4 17/14 17/15
17/15 115/4 115/5
164/3 173/22 180/2
215/6 234/7 238/22
**camera [1]** 164/5
**cameras [1]** 73/2
**campaign [24]**
10/11 11/5 11/7 11/9
12/4 12/15 15/7 15/8
51/5 51/8 51/12 55/2
58/10 58/14 58/15
58/17 58/18 58/21
72/23 72/24 72/25
73/1 73/6 73/14
**campaigning [3]**
16/7 16/8 51/17
**can [289]**
**Can you recall [1]**
158/19
**can't [25]** 16/4 57/12
58/5 64/13 66/13
85/24 86/12 86/13
91/3 91/4 94/8 105/3
105/8 105/17 158/6
158/24 159/3 159/13
162/4 162/18 166/18
174/21 234/6 243/16
245/23
**candidacy [1]** 12/1
**candidate [7]** 9/11
9/13 11/12 12/2 15/11
17/8 17/18
**candidates [3]** 10/2
10/8 10/12
**candidly [1]** 197/17
**cannot [6]** 53/21
60/7 90/12 90/21
90/24 202/12
**canvassing [2]** 11/8
51/13
**capacity [5]** 58/9
61/3 61/4 61/4 62/22

**Capo [3]** 21/10 23/2
23/3
**Caprio [2]** 1/11 4/9
**car [17]** 14/3 27/4
27/5 27/9 29/1 32/14
37/20 59/3 59/5 59/13
62/5 64/1 64/18 64/19
64/20 90/7 93/18
**care [2]** 135/9
147/12
**careful [1]** 105/23
**Carlos [2]** 45/9
45/10
**Caro [1]** 56/4
**CAROLLO [96]** 1/6
4/7 4/15 6/2 10/5
10/6 10/25 11/5 11/12
11/16 11/25 12/17
15/3 15/11 15/12
16/10 16/18 16/20
17/1 17/2 17/8 17/18
17/21 17/25 18/3 18/4
19/5 19/13 19/17
20/19 21/3 21/14
21/25 22/7 22/12 29/6
29/9 29/10 29/12
30/10 31/10 32/11
32/16 33/16 36/6
36/19 37/2 39/22 40/9
41/25 42/14 44/11
48/24 49/4 49/11
49/17 51/2 51/17
52/22 52/24 55/6 56/4
58/12 58/14 58/16
58/21 58/23 59/1
59/18 60/22 61/5
62/23 62/24 62/24
63/12 64/23 72/10
73/7 143/19 143/25
147/23 148/1 148/6
148/11 150/25 151/2
151/9 152/22 159/23
190/5 241/2 241/7
251/9
**Carollo's [8]** 6/18
29/3 41/14 51/12
58/15 59/6 154/25
170/13
**cars [11]** 37/14
37/25 38/23 39/6 39/8
40/24 64/2 93/17
111/8 207/5 207/6
**case [43]** 1/2 4/7
14/19 74/17 75/3
85/20 99/2 99/6 105/2
105/11 106/6 106/16
109/8 112/25 118/11
118/16 121/7 121/11
123/1 147/9 153/1
153/3 154/23 165/18
165/18 176/5 184/13

**C**

case... [16] 189/2
190/19 190/23 197/10
199/7 212/8 212/9
212/9 213/7 219/21
225/1 225/22 232/2
250/20 251/15 251/23
cases [7] 77/17
118/17 212/7 213/2
213/14 245/24 246/2
catch [1] 198/9
categories [1] 94/7
category [1] 147/17
cautious [2] 188/10
189/9
cc'ing [1] 126/13
cease [1] 175/11
Cejas [1] 235/11
cell [2] 47/13 47/14
cellphone [1] 66/24
center [22] 42/10
64/5 64/6 109/21
109/24 109/25 110/2
110/9 110/17 111/1
113/8 113/10 113/11
113/13 113/20 113/22
114/16 115/1 142/3
146/25 161/4 228/24
certain [17] 90/10
90/11 90/19 108/20
112/13 121/10 129/9
208/8 210/19 216/11
216/11 221/25 222/2
222/2 227/7 227/8
227/9
certificate [23]
112/9 112/12 112/12
112/13 146/15 155/20
157/1 160/13 160/21
170/22 173/1 173/5
179/3 179/12 179/15
179/24 182/1 182/6
182/10 182/25 184/3
198/14 246/8
Certificates [4] 81/7
115/11 146/14 155/14
certified [3] 129/17
130/11 130/12
certify [1] 256/9
chain [35] 47/22
48/10 64/3 96/10
96/23 97/1 98/1 98/6
98/9 98/14 98/16
98/16 98/20 99/7
99/10 99/12 99/18
99/24 100/4 122/2
122/14 122/20 122/23
123/22 136/2 136/7
136/8 137/10 139/24
156/14 172/20 177/11
177/22 177/24 186/14

Chain's [3] 122/10
124/1 136/9
chairs [1] 13/2
challenge [2] 211/4
211/4
chance [3] 45/24
201/22 211/1
change [6] 41/21
111/5 174/18 198/14
202/3 210/16
changed [2] 174/3
174/12
Chapter [4] 174/19
208/18 208/21 209/7
charge [1] 200/9
charged [1] 210/25
chat [1] 64/21
chatted [1] 17/21
check [3] 146/16
148/18 248/11
checked [2] 57/17
65/3
checking [3] 146/8
146/9 251/9
chief [2] 167/4
170/19
children [1] 107/3
chiller [1] 86/23
choice [1] 221/13
choose [3] 43/7 45/2
213/3
Christmas [3] 58/19
59/7 60/13
chubby [1] 13/13
church [22] 37/6
37/17 39/3 39/9 62/2
62/11 62/12 63/20
91/8 91/12 92/2 92/3
92/15 92/17 92/24
93/2 94/16 94/17
94/20 94/21 94/24
106/10
cigar [1] 96/9
circle [5] 139/23
139/23 139/25 140/2
140/5
circling [1] 111/8
circuit [3] 194/18
211/21 211/23
circulated [1] 22/7
circumstances [1]
237/19
citation [2] 167/6
210/4
cited [4] 210/18
212/16 227/22 234/5
citizen [9] 26/13
29/20 58/22 58/23
61/8 62/24 62/25
108/20 108/23
citizens [4] 32/23
33/7 33/9 73/8

city [307]
city's [6] 77/10 89/3
108/15 198/9 209/8
221/11
city-wide [2] 118/7
118/24
Civil [4] 43/2 43/4
43/5 43/6
claim [1] 48/19
claimed [2] 180/8
180/12
Class [2] 122/15
124/8
Claus [1] 60/14
clause [4] 216/22
217/10 230/21 230/22
clauses [1] 232/4
clean [2] 45/22
45/23
cleaned [1] 255/25
clear [9] 118/7
118/24 140/8 140/9
155/11 165/4 177/24
185/15 218/15
clergy [1] 94/23
clerk [3] 7/12 7/14
7/15
clever [1] 142/24
client [2] 127/6
143/10
clients [2] 192/12
192/14
close [11] 16/4 63/8
105/8 106/17 107/5
109/9 148/20 151/16
173/25 180/20 197/15
closed [1] 19/9
closer [1] 144/18
coaching [1] 247/16
Coconut [4] 31/4
45/12 141/13 240/10
code [147] 7/18 7/19
8/8 8/10 8/15 8/16
8/22 8/23 8/23 13/17
13/20 14/5 14/9 21/8
24/10 24/21 25/1 26/4
28/25 45/11 46/25
47/3 53/7 56/24 57/1
57/24 59/12 59/13
59/14 61/16 70/2
70/24 70/25 71/3 71/5
81/12 85/16 87/13
87/15 92/19 93/7
93/13 93/23 94/3 94/6
97/8 99/19 103/4
103/9 103/17 103/19
103/20 104/1 106/1
109/6 109/6 112/9
114/10 114/10 116/6
122/15 124/7 141/12
144/7 147/4 147/5
147/6 147/9 153/8

153/17 153/19 154/9
166/19 166/21 167/8
174/19 180/3 181/23
182/13 194/8 197/17
200/9 203/15 203/21
204/5 206/5 206/6
206/7 206/10 206/20
206/20 206/21 207/3
207/12 208/1 208/2
208/3 208/6 208/16
208/17 208/18 208/19
208/21 208/22 208/24
208/25 209/3 209/4
209/5 209/5 209/7
209/8 209/11 209/19
210/3 210/23 211/10
211/11 211/15 211/16
211/25 212/9 213/2
213/13 215/2 216/13
217/14 217/15 217/21
217/25 220/1 223/25
230/11 231/2 231/3
233/7 233/8 233/25
233/25 238/19 245/10
245/15 245/21 248/7
248/8 248/8 250/11
codes [3] 85/17
217/15 231/4
codified [1] 211/15
Coding [1] 57/3
cognizant [1] 189/9
coins [1] 143/9
COLE [1] 2/2
collaborative [1]
82/10
collaboratively [2]
180/5 196/20
colleague [3] 143/16
200/8 255/6
colleagues [2]
151/16 182/21
collect [3] 143/9
143/9 143/10
collection [1] 109/25
collectively [1]
141/3
college [3] 204/13
204/17 204/19
color [1] 18/8
come [14] 5/15 5/16
16/23 50/15 53/7
53/20 63/8 75/12
114/17 125/20 209/8
215/5 223/5 237/6
comes [5] 42/23
59/1 71/25 209/9
216/7
coming [9] 16/17
37/14 41/1 66/10
174/1 180/4 192/6
236/17 255/2
commencement [1]

121/23
commentary [1]
219/23
comments [3]
143/24 149/17 239/10
commercial [23]
88/19 90/25 91/1
91/22 92/16 93/23
94/3 95/7 95/11 102/1
102/2 102/4 102/9
104/4 104/14 105/6
112/17 144/3 145/7
145/13 145/16 145/18
145/18
commercially [1]
97/20
Commission [7]
140/23 144/12 144/17
175/9 177/15 177/20
192/7
commissioner [89]
4/15 6/1 6/18 9/17
10/25 11/5 12/17 15/2
15/11 15/11 15/25
16/10 16/20 17/1 17/2
17/17 17/21 17/25
18/3 18/4 19/13 20/19
20/22 21/2 21/3 21/14
21/19 21/25 22/1 22/7
22/8 22/12 22/20 29/6
29/8 29/10 29/12 30/9
30/16 31/10 32/11
32/16 32/25 33/16
36/6 36/12 36/19 37/2
39/16 39/21 40/8
41/13 41/14 41/25
42/14 44/11 51/2
58/23 59/1 61/5 62/19
63/12 64/12 64/22
73/3 73/7 77/1 140/11
140/17 140/18 141/7
143/19 143/19 143/25
147/22 148/1 148/11
150/16 150/25 151/2
151/8 152/22 159/22
170/13 170/17 190/4
241/2 241/7 251/9
commissioner's [2]
15/23 77/1
commissioners [8]
8/19 31/1 43/14 43/17
43/21 79/18 141/9
148/15
commissioners' [1]
171/13
commitment [2]
217/13 231/1
commitments [1]
251/14
commodores [1]
73/9
common [11] 110/2

# C

**common... [10]**
111/2 166/22 190/8
191/12 191/21 192/13
192/16 193/15 196/3
196/6
**commonplace [1]**
192/10
**commotion [1]** 95/7
**communicate [3]**
196/6 196/11 251/22
**communicating [2]**
73/7 191/11
**communication [1]**
19/5
**communications [1]**
191/10
**community [6]**
49/24 71/11 78/24
79/6 207/16 210/24
**companies [1]** 82/15
**company [2]** 135/4
244/9
**compatible [1]**
121/13
**compensation [1]**
7/16
**complained [1]**
192/22
**complaining [3]**
171/7 171/14 196/18
**complaint [9]** 153/1
153/3 153/6 153/9
153/18 154/10 154/18
171/14 190/21
**complaints [2]**
33/12 138/10
**complete [1]** 222/2
**completed [2]** 226/9
232/3
**completely [5]** 44/9
71/15 135/9 138/20
197/18
**completeness [1]**
185/18
**compliance [70]** 8/8
24/11 71/5 87/15
118/4 125/20 146/6
147/4 167/8 170/3
203/15 203/15 203/21
204/5 206/5 206/6
206/8 206/21 208/2
208/3 208/23 209/11
209/19 210/3 211/11
213/13 215/3 215/20
216/5 216/6 216/12
216/14 216/22 216/24
217/10 217/13 217/24
219/10 219/14 220/1
221/8 221/11 221/15
221/20 221/22 222/5

222/19 222/20 222/25
223/7 223/8 223/23
224/2 224/6 224/21
225/9 226/7 226/10
227/4 227/7 229/8
229/15 230/1 230/5
230/9 230/18 231/5
231/8 231/11 231/18
**compliant [2]** 82/4
233/24
**complicated [1]**
221/24
**complied [3]** 210/21
210/22 224/8
**complies [3]** 82/6
86/2 149/16
**comply [14]** 72/6
137/16 149/16 149/17
208/9 210/19 212/11
221/13 221/14 222/5
223/24 224/14 230/12
231/18
**Compound [1]** 63/14
**concealed [1]** 86/25
**concern [1]** 129/23
**concerning [14]**
82/20 84/19 91/7
103/14 110/16 142/22
213/16 215/3 238/3
239/16 239/22 241/3
241/8 244/20
**concerns [6]** 33/10
85/1 129/24 137/9
137/9 140/25
**conclusion [26]**
82/16 124/4 131/21
139/3 164/25 174/23
182/12 198/18 199/20
200/19 215/9 220/2
222/7 224/9 224/16
226/2 229/10 230/13
231/13 233/9 234/1
238/14 240/13 243/23
246/10 246/21
**conclusions [2]**
137/19 225/25
**condition [1]** 24/15
**Conditional [2]**
121/4 121/5
**conditioner [1]**
86/23
**conditions [6]**
121/12 130/1 250/1
250/3 250/7 250/10
**cone [7]** 186/20
186/22 186/23 186/24
187/3 187/8 187/9
**conference [1]**
152/24
**conferences [1]**
168/5
**confirm [4]** 40/8

41/21 117/16 244/5
**conflicts [1]** 251/17
**consider [2]** 150/9
151/18
**considered [2]** 86/22
139/17
**constantly [1]** 81/13
**constituents [1]**
171/6
**constitutes [1]**
182/12
**construct [1]** 89/8
**constructed [1]**
100/11
**construction [4]**
57/16 105/21 207/17
230/3
**contact [7]** 13/23
32/23 33/7 67/2
170/15 254/23 255/5
**contacted [1]** 171/5
**contacts [1]** 13/3
**contained [1]** 128/2
**container [38]** 83/11
84/18 84/20 85/2 86/2
87/25 100/25 233/3
233/6 233/14 233/22
233/24 235/13 236/2
236/5 236/9 236/12
237/4 237/22 238/2
238/3 238/6 239/17
239/22 240/8 240/19
241/3 241/8 241/15
241/21 243/1 244/21
245/5 245/11 245/16
245/22 246/14 248/2
**containers [8]** 86/8
101/8 102/18 103/2
103/8 148/25 149/1
149/6
**context [1]** 102/9
**continue [11]** 7/13
11/25 60/21 61/1
115/10 119/18 123/14
137/23 137/24 138/14
139/6
**continued [2]** 2/1
12/2
**contract [6]** 45/23
47/8 72/3 72/7 72/9
72/12
**contractor [1]** 146/6
**contractors [1]**
81/22
**contracts [1]** 44/22
**contribute [1]** 11/4
**convenience [1]**
78/24
**convenient [1]** 90/5
**conversation [16]**
17/4 18/11 19/4 21/21
22/7 29/5 29/9 32/18

32/19 36/16 39/21
64/22 138/9 196/22
237/15 251/3
**conversations [5]**
171/24 235/24 238/22
239/16 241/7
**convert [2]** 169/17
170/1
**converted [2]** 32/3
64/6
**conveyed [1]** 147/25
**conveying [1]** 148/6
**cool [1]** 238/7
**cooperative [3]**
81/25 82/2 82/10
**coordinate [2]** 147/5
**Coral [1]** 194/25
**cords [1]** 236/16
**corner [1]** 59/5
**correct [87]** 52/12
55/11 77/20 78/12
79/16 83/4 96/16
97/25 101/17 110/9
118/3 118/21 123/22
124/15 125/24 126/19
130/6 134/16 134/19
134/22 136/17 140/11
143/25 150/2 150/6
150/7 150/12 150/19
151/24 152/22 153/2
153/6 153/9 153/18
154/18 155/10 155/11
155/12 155/21 155/22
160/5 161/14 162/2
162/21 162/24 163/11
163/23 164/18 165/5
166/24 169/17 170/1
170/9 171/7 171/17
172/20 173/11 174/4
174/13 175/6 177/25
178/7 178/20 179/5
179/13 180/1 180/4
180/9 181/2 181/3
181/16 182/1 182/2
182/10 182/19 183/1
183/15 183/22 184/13
185/16 186/4 186/16
188/4 201/1 201/2
222/24 250/8
**correctly [2]** 81/12
187/6
**corridor [1]** 144/3
**corridors [1]** 104/4
**cost [2]** 220/7
220/12
**could [54]** 4/18 8/18
24/6 28/17 47/4 47/5
48/25 56/15 60/12
67/15 67/18 78/17
81/20 86/22 93/18
93/19 93/19 98/9
102/2 105/6 108/10

108/23 109/10 113/1
113/1 113/17 115/21
116/13 145/17 145/18
145/19 145/19 170/6
170/8 173/24 180/19
181/5 188/22 189/10
192/6 192/8 192/9
192/22 192/24 196/16
197/12 197/14 220/9
240/8 240/12 246/2
248/1 251/1 254/4
**couldn't [1]** 60/8
**council [1]** 52/14
**counsel [27]** 4/8
27/25 31/21 48/2
54/17 61/9 61/9 63/7
84/15 136/14 147/13
156/6 165/20 168/24
172/7 185/9 189/6
205/20 215/12 218/23
231/19 247/10 251/2
252/15 252/17 253/16
253/18
**Counselor [1]** 247/8
**counsels [1]** 253/13
**count [1]** 60/8
**countless [2]** 234/8
235/7
**county [5]** 72/20
211/22 212/18 212/19
247/1
**couple [10]** 67/14
96/8 103/20 113/24
136/10 184/22 185/23
194/11 194/12 252/4
**course [6]** 8/5 95/18
96/13 131/16 213/12
251/22
**court [25]** 1/1 4/4
52/10 52/11 75/2
75/18 92/9 153/13
177/3 194/18 205/21
205/22 211/23 226/24
228/1 231/24 251/12
251/14 251/14 251/18
251/24 254/5 255/19
256/1 256/13
**Court's [1]** 89/21
**Courtney [2]** 1/11
4/9
**courtroom [8]** 74/22
75/17 123/7 123/11
150/18 176/8 177/4
250/25
**cousin [4]** 47/21
47/25 48/20 68/13
**cousin's [2]** 47/24
67/25
**covenants [1]**
146/20
**cover [1]** 90/1
**craft [1]** 130/1

**C**

crazy [2]  106/22
194/24
cream [8]  96/9
186/20 186/22 186/23
186/24 187/3 187/8
187/9
create [3]  101/13
102/18 107/4
creating [1]  116/3
criteria [1]  121/10
cross [13]  3/4 44/14
44/15 44/18 72/16
149/21 149/23 157/4
176/1 196/15 198/5
201/24 228/22
cross-examination
[5]  44/14 72/16
149/21 176/1 198/5
cross-examine [2]
44/15 228/22
crossing [1]  201/22
CRR [1]  256/12
CU [38]  112/17
112/18 112/20 112/22
112/22 112/24 113/10
113/12 113/13 114/2
116/3 116/5 118/16
118/19 119/13 155/18
161/1 161/2 161/4
161/5 163/22 163/23
163/24 167/7 173/1
173/11 173/19 174/4
174/21 174/25 175/3
175/10 175/14 197/20
199/1 199/10 199/12
200/7
Cultural [1]  120/22
cumulative [3]
34/24 35/12 214/4
curb [1]  207/8
current [5]  8/10
99/19 150/7 203/7
231/10
currently [7]  6/21
7/6 8/3 83/16 83/21
203/10 232/11
Curtis [1]  83/9
CUs [9]  113/3 113/19
116/2 116/17 119/3
155/17 161/2 171/19
183/10
cut [3]  168/22 207/4
238/6
cutting [3]  102/17
103/18 104/3
CV [2]  1/2 4/7

**D**

dad [4]  17/5 17/6
17/20 18/4
Dade [5]  72/20

205/17 211/22 212/18
212/19
Dadeland [1]  2/3
daily [6]  81/2 81/19
146/1 206/7 206/9
212/10
Dan [2]  108/8 108/8
Daniel [10]  74/25
75/7 75/8 76/6 76/10
76/16 149/23 189/16
234/6 234/14
dark [1]  138/21
dashed [1]  136/7
date [11]  19/18
48/15 48/16 52/8
52/12 69/9 126/17
178/25 222/25 223/12
223/14
dated [2]  132/16
134/14
dates [3]  226/10
249/11 249/16
DAVIS [1]  1/18
Dawson [6]  2/3 4/14
252/25 253/1 253/6
254/13
day [33]  1/8 15/9
15/12 16/9 18/1 19/19
24/16 25/23 28/24
29/3 29/13 30/7 40/13
41/20 50/5 51/21
51/23 52/1 53/1 53/2
55/10 56/17 59/15
74/13 75/21 81/9 81/9
95/9 201/14 207/8
222/16 236/12 249/23
days [18]  15/6 75/22
175/5 183/18 183/22
184/3 185/13 186/2
203/13 208/9 210/20
211/16 213/3 227/8
227/8 227/9 231/8
252/4
DC [2]  204/18 204/20
de [3]  244/11 244/15
244/17
deadlines [1]  227/15
deal [7]  131/10
131/11 185/12 185/25
190/19 203/17 206/9
dealing [3]  70/8
70/20 74/7
Dear [1]  135/1
decades [1]  85/17
December [9]  19/17
19/21 19/23 24/20
30/3 80/9 80/9 249/14
249/15
December 11 [2]
24/20 30/3
December 15 [5]
19/17 19/21 19/23

249/14 249/15
decide [1]  140/24
decided [2]  114/8
248/3
deciding [1]  45/6
decision [4]  89/22
175/8 178/9 178/17
decision-making [1]
178/17
decisions [2]  108/7
149/15
declared [3]  116/11
116/15 118/13
deemed [5]  111/14
111/15 112/25 113/5
144/12
deeming [1]  111/16
deep [1]  31/24
defendant [4]  1/7
1/15 2/2 75/11
defendant's [16]  3/3
3/10 4/17 6/3 55/24
56/13 83/7 115/17
115/18 120/5 125/22
126/2 128/25 134/11
229/21 252/9
defense [15]  5/11
5/25 27/17 28/19
34/22 38/6 38/9 48/2
55/13 55/19 61/9
201/14 252/14 252/17
254/12
deficient [1]  113/18
defines [1]  182/18
degrees [1]  212/2
delay [3]  182/7
185/13 186/1
deleterious [1]
138/1
democracy [1]  52/17
demolish [3]  112/1
142/17 220/8
demolished [1]
232/5
demolition [3]
225/12 229/1 232/12
demonstrated [1]
137/15
demonstrative [2]
91/13 92/9
Demote [1]  43/24
denial [1]  200/13
denied [1]  232/11
department [52]
7/11 8/3 14/20 47/3
47/3 57/18 57/21
69/12 69/14 70/21
70/22 77/16 78/7 78/8
79/8 79/9 81/1 81/3
87/14 112/4 112/8
115/23 118/9 121/8
121/12 142/14 142/16

147/4 155/15 179/1
180/4 182/20 195/24
196/1 199/18 199/23
203/10 203/11 203/22
203/24 206/4 206/13
208/21 208/23 208/23
210/2 216/17 225/23
227/20 235/8 247/24
247/25
department's [1]
112/6
departments [12]
11/18 47/2 77/14
155/13 196/6 196/7
196/12 196/16 203/16
204/7 244/13 248/6
depend [1]  155/24
depends [4]  53/21
58/1 177/17 202/3
depict [1]  122/23
depicted [2]  122/22
124/10
depicts [1]  28/10
deposition [8]  4/23
115/13 115/14 165/17
184/13 185/4 189/2
189/19
deputy [6]  79/11
108/8 114/6 126/10
126/10 162/2
describe [12]  34/11
74/2 84/25 90/23 96/5
97/3 101/24 103/9
109/23 110/23 232/25
247/22
described [6]  72/16
74/8 195/8 195/17
217/20 222/21
design [2]  88/20
90/2
desire [1]  75/10
desires [2]  217/12
230/25
despite [1]  166/23
details [1]  209/4
determination [3]
41/4 41/6 43/8
determine [2]  86/1
163/21
determined [1]
163/22
determining [1]
144/17
developing [1]
223/20
development [1]
203/14
dial [1]  65/11
did [211]  10/2 10/7
10/12 11/4 11/7 11/16
11/25 12/4 12/11
12/25 13/3 13/6 13/7

13/17 13/23 13/23
13/25 14/2 14/4 14/5
14/8 14/9 14/13 14/16
14/24 15/2 15/5 16/21
16/23 17/2 17/6 18/11
19/8 22/12 23/6 23/10
24/8 24/15 24/21
24/23 26/3 26/5 26/9
26/11 26/12 26/18
27/2 27/7 27/9 27/14
27/15 28/23 29/3 29/5
29/9 29/12 29/25
30/20 31/9 32/5 32/10
32/15 32/23 33/15
33/21 33/25 34/5
36/18 36/23 37/2 37/8
37/11 37/13 37/24
39/13 39/21 40/2 40/8
40/14 40/23 41/4 41/6
42/4 49/7 49/8 49/11
49/13 51/18 53/14
57/1 61/13 64/20
64/21 64/25 71/3
72/17 72/17 72/23
73/7 73/19 74/2 74/2
74/17 74/18 107/7
107/14 107/17 109/11
111/21 112/4 113/10
114/2 114/7 114/13
114/19 114/21 115/3
116/1 122/23 127/4
127/16 127/22 128/16
139/12 140/17 142/21
152/6 154/24 155/3
155/5 156/22 160/19
160/19 163/18 163/21
164/15 166/25 167/3
167/5 168/2 168/13
170/10 170/10 182/24
184/19 190/1 190/16
194/16 195/22 197/20
197/25 199/18 199/23
200/3 203/22 204/17
204/19 205/2 205/17
206/5 208/21 213/11
215/5 216/14 219/6
222/4 222/6 225/11
225/13 225/13 225/14
225/25 226/8 227/17
228/5 231/16 231/17
232/7 233/14 233/21
234/4 234/16 234/18
235/2 236/2 236/13
236/13 236/23 237/6
237/18 238/2 238/17
238/23 239/10 239/15
239/21 240/5 240/18
241/2 241/7 243/15
244/20 245/8 245/14
246/15 246/18 253/1
253/23 254/13 254/18
255/11

**D**

**Did he have [1]**
64/20
**did you go [6]** 23/6
32/5 53/14 127/22
204/17 204/19
**didn't [22]** 38/2
46/11 46/19 74/19
114/12 122/13 124/6
124/13 125/8 133/7
152/3 171/12 181/4
181/11 181/16 200/11
224/14 236/15 236/16
237/8 240/10 243/1
**diem [1]** 220/12
**Diez [18]** 21/4 21/5
21/13 22/3 22/8 22/21
26/8 26/9 26/10 26/18
29/5 29/9 59/14 59/18
59/20 60/2 61/14
141/12
**Diez's [1]** 47/12
**difference [3]**
209/11 209/14 212/8
**different [18]** 8/6
14/11 40/11 55/1
81/20 84/15 94/6 94/7
120/24 121/3 121/3
127/6 162/13 190/22
210/10 223/19 246/2
249/23
**differently [1]**
197/25
**digging [2]** 227/22
227/25
**dimensions [2]**
89/10 90/6
**dining [3]** 122/8
129/13 198/8
**direct [22]** 3/4 6/14
76/10 123/14 158/2
160/8 160/24 162/10
163/2 163/4 164/12
165/22 169/20 173/14
174/7 177/11 180/24
186/9 201/25 203/4
240/18 241/2
**direction [2]** 37/23
148/1
**directions [1]**
148/10
**directly [3]** 11/16
16/19 136/6
**director [21]** 21/8
21/11 21/13 26/4
28/25 29/17 36/23
126/14 141/12 151/24
152/19 155/8 156/1
180/1 180/15 181/13
181/22 182/16 183/6
233/15 235/12

**disciplinary [1]** 43/3
**discipline [1]** 196/19
**discoverable [3]**
188/15 188/19 188/21
**discretionary [1]**
199/2
**discuss [17]** 74/16
92/15 120/18 120/21
123/1 147/10 156/20
176/5 190/10 191/14
191/24 192/18 195/4
195/7 239/15 240/5
250/20
**discussed [16]**
33/16 108/22 140/3
146/10 149/11 149/12
157/5 157/7 170/12
174/1 186/9 200/10
210/23 214/23 240/7
255/24
**discussing [4]** 130/6
159/8 160/10 177/10
**discussion [3]**
162/23 163/2 232/13
**discussions [2]**
114/21 136/19
**dislike [1]** 147/19
**dispatch [1]** 175/4
**displaying [1]** 187/7
**disregard [1]** 139/1
**disrepair [1]** 141/14
**dissatisfied [1]**
175/7
**distance [12]** 16/4
16/5 105/7 105/25
109/7 144/22 145/6
167/10 167/14 168/4
170/7 170/11
**distanced [1]** 144/15
**distances [5]** 106/5
106/6 106/20 106/21
109/3
**distant [1]** 105/14
**distillery [4]** 105/3
105/13 106/7 106/12
**district [26]** 1/1 1/1
1/9 9/17 11/1 11/5
11/7 30/20 30/21 31/4
31/8 62/21 98/22
98/22 98/25 99/1
141/1 141/2 141/5
144/4 144/21 144/21
145/1 145/4 145/4
145/13
**districts [5]** 91/1
91/1 120/23 120/23
145/3
**diverse [1]** 81/24
**divide [1]** 207/11
**division [1]** 204/4
**do [264]**
**do you [38]** 12/18

16/14 20/19 21/25
29/19 44/2 69/11
71/10 71/21 71/23
78/15 79/10 83/11
83/13 87/21 91/15
91/25 96/2 100/21
116/20 126/4 126/5
129/2 147/5 156/14
157/10 166/5 172/17
192/18 193/22 193/24
196/11 196/14 201/8
201/18 202/1 216/2
249/6
**do you see [16]** 24/4
38/17 41/10 48/4
48/15 55/24 56/1
122/2 126/24 132/19
154/6 154/8 154/12
157/1 189/8 249/18
**docs [1]** 128/5
**document [35]**
88/24 89/2 89/5
116/20 117/7 126/5
126/21 129/2 129/4
129/15 130/3 130/8
130/19 132/13 132/16
132/24 133/2 133/10
133/13 133/19 133/23
134/2 153/20 153/24
154/6 172/17 177/21
216/2 216/4 218/2
218/4 220/3 229/24
229/25 249/25
**document's [1]**
132/20
**documentation [2]**
25/25 128/1
**documents [9]**
10/15 46/3 118/5
131/24 132/8 134/6
155/2 155/3 228/11
**does [39]** 5/7 26/25
48/6 56/8 72/6 72/9
74/15 87/2 93/23 94/3
104/13 105/24 106/4
106/19 109/3 112/11
112/20 112/23 116/25
117/13 119/3 126/12
138/14 138/16 143/22
145/8 145/12 147/12
152/11 154/14 170/18
190/5 193/1 201/3
201/4 208/24 211/20
221/15 250/6
**doesn't [9]** 59/15
100/4 147/18 149/16
149/17 149/18 200/13
207/21 249/17
**doing [25]** 16/6
16/10 36/19 41/2
41/18 41/25 70/12
76/14 78/4 78/6 89/13

108/8 115/7 115/22
125/7 130/23 135/13
141/17 142/10 155/23
209/21 209/24 209/25
246/25 248/9
**dollars [1]** 49/25
**Dombrowski [4]**
218/13 219/3 219/4
219/5
**don't [98]** 5/1 13/12
14/4 14/7 17/14 22/22
27/3 33/24 34/23
37/21 43/16 43/16
46/25 47/15 47/17
47/20 47/23 47/25
48/8 48/9 48/17 48/19
48/20 49/12 50/23
54/12 55/2 55/15
55/17 55/20 56/18
56/23 57/2 63/19
64/11 64/22 67/8 69/6
71/12 72/19 78/24
86/15 87/14 89/11
95/12 105/9 106/21
107/4 108/3 109/18
115/4 128/18 131/10
136/21 138/25 144/9
144/22 147/1 155/11
159/19 159/20 160/19
163/24 164/19 164/19
166/21 168/19 169/6
170/7 171/3 171/13
172/10 172/11 181/12
181/21 186/25 195/23
197/18 199/12 202/3
205/21 208/9 212/9
212/11 212/12 212/14
221/2 221/13 222/13
232/19 234/9 245/25
245/25 247/9 247/16
250/14 252/23 253/10
**done [30]** 13/1 30/12
78/17 87/15 96/25
98/14 101/8 101/13
102/9 107/21 108/2
141/21 147/11 152/18
164/7 169/1 181/5
195/25 199/2 200/22
215/7 217/7 221/16
223/16 223/18 227/9
228/16 228/25 229/4
254/6
**Dooley [18]** 126/11
126/16 201/16 201/22
202/1 203/1 203/4
203/6 203/8 218/22
220/5 229/24 242/7
242/21 247/10 249/3
251/3 251/7
**door [6]** 11/8 98/1
144/23 186/14 235/9
235/10

**doors [2]** 51/12
104/8
**doublecheck [5]**
118/16 118/19 118/20
119/12 169/8
**doubt [1]** 138/9
**down [32]** 36/9
39/13 48/23 58/7
59/23 61/16 66/5 70/7
88/4 95/16 103/13
109/20 114/11 120/9
120/10 127/15 130/20
130/22 139/14 140/7
152/6 153/23 156/23
180/16 180/25 197/11
202/2 216/18 217/17
223/5 249/9 250/13
**downstairs [2]**
161/2 161/6
**downtown [1]**
240/11
**dozen [1]** 155/4
**draft [2]** 118/15
130/10
**drafted [2]** 181/25
216/16
**drafting [3]** 184/8
185/13 186/1
**draw [1]** 85/19
**drawing [1]** 122/18
**drawings [1]** 146/5
**dressed [1]** 19/15
**drive [4]** 23/16 57/12
72/15 113/1
**drive-bys [1]** 72/15
**driven [1]** 91/22
**drives [1]** 59/1
**driveway [4]** 81/21
85/18 85/20 85/23
**driving [6]** 24/9 26/3
32/15 42/14 42/15
59/6
**dropped [1]** 237/11
**drove [4]** 31/24 92/4
141/12 236/12
**drug [1]** 45/18
**due [3]** 106/1 213/2
244/16
**dumping [1]** 207/7
**duplex [3]** 91/4 91/6
93/16
**duplexes [1]** 194/24
**during [11]** 31/23
32/15 36/9 36/18
39/22 46/2 70/1 72/25
84/10 96/13 137/13
**duties [12]** 7/4
42/16 44/10 77/14
80/25 140/19 140/22
183/12 201/3 206/2
206/7 206/9
**duty [2]** 7/5 26/13

**D**

**Duval [3]** 105/10
106/23 144/10
**DX [18]** 28/3 88/22
95/16 100/17 104/17
104/18 115/18 119/22
123/18 128/20 132/11
139/19 215/24 222/12
223/5 242/2 244/2
248/23
**DX-3 [1]** 132/11

**E**

**each [5]** 6/19 116/3
214/17 214/22 223/20
**earlier [11]** 59/17
108/19 118/11 140/3
184/5 184/9 185/11
185/15 185/24 200/10
210/24
**early [1]** 52/21
**ears [3]** 141/2 147/1
147/3
**easier [2]** 95/24
215/24
**easily [1]** 206/11
**east [4]** 96/8 138/4
223/11 256/14
**easy [2]** 38/1 38/3
**eating [2]** 21/15
22/23
**edge [2]** 103/19
104/3
**effect [4]** 8/23 26/1
114/22 138/1
**effectively [1]**
121/15
**efficiency [1]** 117/15
**efficient [1]** 202/4
**effort [2]** 61/15
61/17
**efforts [3]** 126/17
127/17 147/5
**egress [3]** 173/21
180/16 197/9
**eight [2]** 7/17 209/21
**either [11]** 14/5
14/18 14/24 21/25
112/1 122/6 122/7
131/13 146/5 191/5
216/7
**el [19]** 61/23 61/24
109/21 109/23 109/25
110/16 113/10 135/4
135/7 135/10 135/18
135/25 136/3 136/6
138/2 140/5 142/2
157/10 163/18
**elderly [1]** 135/10
**elected [6]** 19/17
30/13 43/14 43/17
43/21 143/20

**election [22]** 9/7 9/8
9/8 9/9 9/10 11/23
11/23 12/5 15/6 15/7
15/9 15/10 15/12
19/16 19/20 51/3
51/19 51/23 52/7
52/14 58/16 60/19
**elections [1]** 9/14
**Eleventh [1]** 211/24
**Elias [1]** 118/12
**eliminated [1]**
144/22
**Ellen [2]** 256/12
256/12
**else [13]** 31/5 125/6
125/9 148/19 181/16
181/22 221/3 237/8
237/18 238/8 240/5
246/4 248/5
**email [44]** 107/25
115/21 115/22 116/1
116/7 118/10 120/10
120/11 120/15 121/17
121/18 121/19 122/1
126/7 126/8 126/9
126/12 126/16 126/23
127/25 128/17 131/13
133/25 156/14 165/24
166/5 166/6 206/15
206/18 242/8 242/14
242/14 242/22 242/24
242/24 243/6 243/10
243/15 244/5 244/6
244/8 244/20 245/6
254/20
**emailed [1]** 234/7
**emails [3]** 120/25
126/18 188/6
**emergency [2]**
197/10 252/9
**Emilio [3]** 30/4
242/17 242/24
**emissions [1]**
137/13
**employed [6]** 11/14
11/14 51/11 51/14
84/10 85/10
**employee [14]** 7/6
8/2 11/18 11/19 43/3
44/2 44/11 45/6 45/10
46/20 77/15 80/11
150/4 150/11
**employees [25]** 8/20
10/10 11/2 19/25
20/18 21/3 22/25
30/13 31/13 34/1
42/23 43/12 43/13
43/19 43/22 43/24
44/2 44/20 47/6 50/18
71/21 71/23 72/1 72/4
145/25
**Employees' [2]** 6/22

6/24
**employment [3]**
43/18 44/1 91/10
**empty [1]** 96/10
**enacted [1]** 103/18
**encompass [1]**
161/2
**encourage [3]**
144/20 144/23 145/21
**encumbering [1]**
220/10
**end [9]** 16/9 80/20
95/8 117/18 150/3
210/4 238/22 245/13
251/15
**endeavor [2]** 202/4
202/11
**ended [1]** 151/11
**ending [1]** 224/1
**endorse [1]** 9/13
10/2 10/9 10/18
**endorsed [7]** 10/4
10/4 10/5 10/6 10/8
10/25 11/1
**endorsement [2]**
10/7 10/19
**endorses [1]** 51/7
**enforce [2]** 208/2
208/22
**enforcement [23]**
7/18 7/19 13/23 21/8
26/4 27/12 28/25
45/11 47/1 53/7 59/13
63/1 141/12 206/22
207/12 208/17 209/8
210/23 211/10 211/16
211/25 245/15 245/21
**enjoy [1]** 193/24
**enjoyable [1]** 95/13
**enjoying [1]** 60/13
**enlarge [2]** 56/15
56/19
**enough [1]** 106/14
**entered [10]** 75/17
119/4 123/11 177/4
222/25 226/7 229/16
230/5 230/10 231/5
**entering [3]** 223/22
224/21 225/9
**Entertainment [1]**
203/16
**entire [6]** 17/25 18/3
185/21 194/20 194/24
202/8
**entitled [1]** 256/10
**entitlement [1]**
122/21
**entitlements [1]**
122/21
**entrance [1]** 39/10
**environment [2]**
135/12 135/15

**equipment [1]** 86/22
**error [1]** 169/11
**ESP [1]** 74/15
**Esq [10]** 1/11 1/11
1/12 1/12 1/16 1/18
1/21 2/2 2/3 203/4
**establish [1]** 34/1
**established [2]** 88/1
149/7
**establishment [3]**
98/17 105/13 106/9
**establishments [1]**
106/8
**estimate [2]** 116/13
183/22
**estimated [1]** 202/6
**et [1]** 4/6
**even [10]** 39/20 63/8
102/3 128/6 138/6
138/19 139/8 155/23
172/11 208/20
**evening [4]** 34/1
207/3 251/1 252/2
**evenings [1]** 61/23
**event [17]** 12/9
12/24 13/4 14/10
54/22 237/9 244/11
244/14 244/16 247/19
247/23 248/3 248/18
248/20 249/6 249/11
249/21
**events [3]** 127/12
244/19 248/4
**eventually [4]** 45/17
50/9 72/19 224/25
**ever [15]** 11/16 71/3
77/11 99/10 107/7
107/14 107/17 142/6
147/22 199/18 199/23
200/16 205/17 237/6
245/14
**every [8]** 75/21
105/1 144/7 144/23
181/12 187/1 206/21
236/12
**everybody [10]**
25/12 47/3 70/21
76/14 106/23 121/2
200/14 205/5 206/18
251/6
**everybody's [2]** 47/9
47/11
**everyone [7]** 4/5
5/21 5/24 123/13
139/17 177/6 250/19
**everyone's [1]**
152/11
**everything [4]** 100/3
202/22 211/1 238/8
**evidence [41]** 27/20
28/3 34/24 38/8 46/14
55/14 55/15 62/17

68/4 83/3 88/23 92/6
92/11 95/17 100/18
104/18 107/11 115/15
119/22 120/3 128/23
132/21 133/20 134/3
167/17 169/21 173/16
179/8 179/19 181/8
183/3 211/5 215/24
216/25 222/14 222/16
223/6 242/3 244/2
248/24 248/25
**evidences [1]**
112/13
**ex [1]** 10/5
**ex-Mayor [1]** 10/5
**exact [1]** 178/25
**exactly [4]** 18/23
60/7 63/19 68/10
**examination [17]**
6/14 44/14 44/18 65/7
66/2 69/2 70/17 72/16
76/10 123/15 149/21
149/23 176/1 177/11
189/16 198/5 203/4
**examine [2]** 44/15
228/22
**Examiner [1]** 146/4
**example [4]** 95/4
112/16 172/5 195/10
**examples [1]** 138/17
**exceeded [2]** 187/10
225/15
**exceeding [1]**
137/12
**Exceeds [2]** 220/13
225/3
**except [3]** 198/2
212/15 238/5
**exception [12]** 99/4
99/8 99/10 108/23
109/7 109/18 128/6
177/13 177/15 177/17
177/18 196/16
**exceptions [5]**
108/19 109/3 109/5
146/10 177/18
**excuse [3]** 25/6
155/7 202/19
**excused [1]** 74/12
**executes [2]** 196/4
196/4
**exhibit [35]** 28/19
34/22 38/6 38/9 40/12
41/10 48/1 48/2 48/4
55/13 55/19 55/24
56/13 63/4 63/6 69/5
83/7 92/6 95/19
115/17 115/18 120/5
126/2 128/25 134/11
153/22 154/4 156/5
156/12 165/19 166/3
172/6 172/15 244/1

**E**

exhibit... [1] 249/1

exhibits [4] 3/7 3/10
27/17 55/20

exist [1] 110/24

existed [2] 85/17
114/18

existing [2] 137/16
137/25

exists [3] 86/14
101/17 220/12

exited [4] 74/22
123/7 176/8 250/25

expand [2] 99/7
122/7

experience [2]
104/9 181/23

expert [9] 92/20
94/11 102/10 102/22
104/15 122/11 209/16
210/7 224/16

expertise [1] 57/3
182/22

expiration [2] 213/4
244/16

expired [2] 215/17
244/14

explain [26] 8/18
57/3 78/14 92/16 93/1
97/3 104/23 115/3
115/22 118/7 120/14
121/2 126/7 129/4
144/6 145/12 170/8
209/14 212/3 213/23
216/4 218/5 219/19
221/20 229/25 237/18

explained [2] 180/3
223/9

explaining [1]
104/24

explains [1] 116/4

explanation [1]
160/20

explanatory [1]
221/23

express [1] 238/23

extend [1] 168/10

extension [7] 168/8
168/12 169/8 210/21
211/17 212/12 213/4

extra [3] 192/20
225/14 228/25

eyes [4] 141/1 141/4
147/1 147/3

**F**

face [1] 109/8

facility [8] 106/3
106/9 106/17 106/25
106/25 135/5 135/8
167/10

facing [1] 214/10

fact [14] 60/2 72/12
99/12 124/16 138/6
138/20 149/14 173/10
178/19 184/21 198/2
202/9 220/8 227/25

factor [2] 145/8
149/15

factories [1] 79/2

facts [9] 46/13
107/10 167/17 169/21
179/8 179/19 181/8
183/2 188/24

failed [1] 231/9

failing [2] 207/18
231/17

failure [1] 207/4

fair [4] 87/16 121/23
191/14 204/8

fairly [3] 109/9
110/2 138/1

falling [2] 141/15
194/15

familiar [25] 8/10
83/15 89/2 91/7 92/3
96/22 100/7 100/10
100/25 101/16 104/21
109/20 133/23 134/1
135/18 162/3 209/19
209/22 213/7 213/9
213/21 232/20 232/25
233/2 247/3

familiarity [5] 83/20
88/7 88/12 213/11
215/2

familiarize [1]
127/17

family [12] 91/4
91/5 93/15 95/5 95/9
207/22 214/13 214/25
222/21 225/11 227/21
230/2

far [10] 50/12 50/14
72/6 106/14 108/6
120/24 199/3 213/23
219/21 239/5

farmer's [1] 101/14

farthest [1] 119/11
119/11

faster [1] 197/20

father [1] 19/6

favor [1] 47/19

favorites [1] 71/25

February [3] 243/11
245/5 249/19

February 26 [2]
243/11 245/5

federal [3] 205/11
217/15 231/3

feed [1] 135/13

feel [3] 86/16 106/22
144/10

fees [1] 146/21

feet [13] 85/20
85/21 85/21 85/24
86/12 88/19 103/21
106/2 106/2 106/3
106/3 129/8 144/15

FELDMAN [1] 1/15

felt [1] 60/13

female [1] 253/25

fence [1] 210/15

fences [1] 141/14

few [8] 4/23 22/22
127/11 130/6 146/19
155/4 204/20 234/20

Fifteen [1] 31/21

fifty [1] 109/8

fifty percent [1]
109/8

Figueroa [15]
234/14 234/18 235/2
235/10 235/18 237/7
237/16 237/18 238/23
239/10 239/16 239/21
240/6 246/5 247/25

figure [3] 234/8
235/12 247/25

file [13] 127/23
128/4 128/9 128/16
130/9 130/17 131/4
131/9 133/13 133/24
136/22 178/15 210/12

filed [8] 4/24 109/19
202/20 232/9 245/11
245/12 252/11 252/14

files [1] 127/24

filing [1] 123/22

final [1] 138/25

finalized [1] 227/10

finally [1] 178/20

Finance [1] 7/11

Financial [1] 116/24

find [5] 111/10
193/22 197/13 206/14
238/9

finding [2] 112/2
115/25

fine [8] 5/14 35/7
35/14 117/25 166/23
202/18 212/10 256/2

finish [6] 103/24
168/21 212/1 226/15
226/6 247/10

finishes [1] 226/23

fire [11] 43/16 43/22
44/11 167/4 181/4
181/11 203/16 204/6
217/14 231/3 248/11

fired [3] 45/3 45/3
46/2

firefighter [1] 15/21

firefighters [2] 9/12
11/3

firm [3] 77/6 135/2

254/7

first [38] 48/2 51/23
77/13 77/15 80/6
80/12 80/14 85/3
88/24 105/18 114/17
114/17 122/1 127/8
134/13 134/24 134/25
139/11 142/7 142/9
142/9 179/3 179/15
179/24 195/10 203/20
215/6 215/15 216/4
216/21 217/10 217/18
230/21 230/22 232/25
233/2 236/15 249/10

fit [1] 90/7

FIU [3] 49/7 49/9
49/11

five [8] 10/6 39/24
52/16 117/22 119/17
184/10 248/13 250/15

fix [2] 36/20 211/3

flagged [1] 14/3

Flagler [4] 1/16 32/2
145/4 211/22

flagrant [1] 139/1

flaring [1] 85/23

flip [5] 88/23 116/19
117/15 127/11 132/13

floor [10] 70/25 71/2
71/4 71/4 113/25
173/20 180/16 197/10
197/11 235/9

FLORIDA [26] 1/1
1/5 1/13 1/17 1/19
1/22 2/4 76/21 135/4
135/6 181/23 182/13
187/21 201/1 208/16
208/19 208/24 209/3
209/5 209/9 211/14
216/12 217/14 220/1
231/2 256/14

flyers [1] 16/9

focus [5] 9/1 11/22
12/8 215/14 230/18

focused [2] 203/13
203/18

folio [3] 118/17
118/18 214/17

folios [4] 213/24
214/16 214/17 223/19

folks [2] 121/19
146/11

follow [2] 98/17
231/7

followed [2] 142/15
160/17

following [2] 215/23
217/22

food [24] 21/16 23/3
53/14 56/6 56/7 56/19
57/4 57/9 57/10 57/12
57/13 57/19 57/20

57/21 58/3 58/4 87/11
87/11 87/13 87/15
238/5 238/9 240/9
246/17

foot [1] 82/9

footage [6] 112/18
164/5 164/6 164/15
164/18 164/20

force [2] 41/23 41/24

foregoing [1] 256/9

forget [5] 97/22
145/14 154/21 164/3
165/6

forgive [1] 234/5

forgot [2] 75/20
194/20

form [3] 60/15
138/18 226/16

formal [2] 108/4
152/6

format [1] 118/5

formed [1] 85/22

former [2] 114/6
143/16

formulate [2] 123/2
250/21

Forsythe [1] 116/24

FORT [3] 1/2 1/5
256/14

forth [1] 59/6 218/10
221/16 231/8 235/10

forward [5] 75/4
106/18 211/2 215/14
215/19

found [4] 51/23
161/5 167/9 170/3

foundation [18]
24/17 25/3 25/19
50/21 55/21 57/5 68/6
70/14 174/8 174/16
178/13 178/23 179/9
181/9 200/5 214/3
216/23 242/11

founded [1] 137/9

four [5] 27/18 34/25
202/2 202/9 213/25

Francis [1] 10/5

frankly [1] 137/10

free [2] 71/12 147/7

frequent [1] 104/8

Friday [2] 59/7
251/18

friend [1] 93/19

friendly [1] 17/23

friends [3] 151/18
193/15 193/20

front [9] 28/14 31/25
34/18 85/4 86/14
86/25 101/1 245/15
252/23

full [9] 7/3 7/4 43/13
46/20 51/14 51/16

**F**

**full... [3]** 107/8
153/23 188/24
**full-time [6]** 7/3 7/4
43/13 46/20 51/14
51/16
**FULLER [43]** 1/4 4/6
14/19 16/14 16/17
16/18 17/20 18/3 19/6
47/15 47/16 47/18
48/9 65/4 66/10 66/12
66/20 67/24 69/11
70/7 70/12 70/18 74/3
74/7 82/14 99/17
107/17 126/15 142/7
142/8 142/13 142/22
143/10 154/10 175/21
186/11 186/16 190/4
190/5 198/17 219/1
234/21 242/17
**Fuller's [5]** 46/4
47/14 48/7 66/24
143/2
**fun [4]** 52/17 106/22
114/11 180/25
**function [1]** 140/13
**functions [1]** 81/1
**fund [2]** 50/15 50/16
**further [11]** 34/10
44/13 67/12 68/16
74/10 118/2 149/19
170/5 189/13 197/13
201/12
**furtherance [2]**
94/24 126/18
**furthermore [2]**
137/23 137/25
**future [1]** 226/14

**G**

**Gallagher [1]** 126/14
**gamut [1]** 81/23
**gap [1]** 182/8
**garage [10]** 64/7
110/7 110/9 110/12
110/17 111/2 111/14
111/17 111/22 113/14
**garbage [4]** 29/16
32/19 36/22 248/10
**Gardner [1]** 4/14
**gas [1]** 78/24
**gather [2]** 62/17
190/19
**gathering [1]** 192/24
**gave [9]** 154/17
160/20 164/17 164/19
171/6 184/13 195/10
211/18 237/23
**gears [1]** 100/7
**general [19]** 6/22
6/24 11/2 11/18 11/19
20/18 50/15 50/16

81/22 99/2 113/3
113/7 146/5 146/18
192/24 203/14
**generally [15]** 82/2
82/3 86/12 87/14
87/22 94/5 96/5
120/15 146/10 161/2
177/18 188/5 207/14
212/4 227/6
**genesis [1]** 224/1
**gentleman [1]** 16/17
**gentlemen [4]** 5/20
37/14 176/2 250/18
**get [78]** 10/10 10/17
11/10 12/11 14/10
14/13 19/14 23/4
23/14 23/19 32/3
35/23 42/17 47/4
47/21 48/10 51/19
53/14 59/23 61/15
61/16 62/5 62/8 65/17
65/23 66/5 69/12
71/16 79/18 89/13
89/14 90/5 92/8
100/16 105/9 105/21
106/14 107/7 118/15
119/9 119/11 119/12
126/17 130/12 135/16
147/19 168/12 170/4
186/25 192/21 198/7
200/12 200/13 202/21
205/23 206/12 206/13
207/23 208/7 208/9
210/18 210/21 212/13
221/11 221/14 221/25
227/9 227/10 235/22
247/4 247/17 248/1
248/6 249/13 254/23
255/5 255/25 255/25
**gets [2]** 19/17 53/19
**getting [8]** 13/21
37/20 69/14 127/7
182/7 190/8 190/9
205/6
**give [25]** 6/10 66/23
80/5 81/5 104/2
116/13 129/21 142/16
146/18 149/17 153/17
171/15 172/5 192/8
202/5 204/11 204/13
208/10 210/19 212/12
220/4 237/9 237/10
237/10 249/1
**given [8]** 75/21 97/8
106/18 138/18 208/8
210/14 231/7 248/2
**gives [2]** 103/20
152/12
**giving [6]** 16/9 32/16
36/23 36/24 189/2
213/5
**Glorioso [1]** 203/8

**go [77]** 4/20 20/1
23/4 23/6 23/7 27/17
28/3 30/1 32/5 35/16
37/2 38/22 43/3 43/4
43/7 45/5 47/2 47/5
53/14 53/21 54/2
57/15 60/25 61/21
61/22 62/8 62/12
67/10 79/3 80/14 83/8
86/17 87/23 88/24
95/8 100/17 100/18
105/4 105/17 108/7
108/10 108/23 117/3
117/17 121/17 126/22
127/22 131/12 132/14
135/21 136/16 142/17
142/17 146/16 152/18
169/2 197/3 202/18
204/11 204/17 204/19
211/20 211/21 211/22
214/8 218/2 220/5
226/13 226/19 230/21
236/13 240/10 244/25
245/15 246/7 247/17
249/24
**goal [2]** 221/11
221/14
**goals [1]** 221/16
**goes [6]** 43/8 50/3
85/17 117/25 118/10
130/11
**going [78]** 8/25
10/18 11/21 12/23
19/16 19/18 23/8 24/5
24/16 27/17 28/3 28/5
28/17 31/17 32/9 33/6
34/10 34/21 35/5 35/9
37/1 37/1 37/6 37/10
37/22 37/22 38/7 40/3
42/15 53/16 57/22
64/1 72/18 72/20 85/5
90/14 94/10 94/22
103/22 115/12 117/21
118/1 119/15 122/19
127/6 127/19 129/22
134/24 136/11 139/9
140/10 164/20 168/12
169/13 175/25 176/2
194/19 199/14 201/15
202/3 202/7 202/8
202/9 202/11 204/12
207/15 211/18 216/9
216/10 221/1 227/13
228/10 228/12 235/10
237/22 250/18 252/1
255/20
**Goldberg [36]** 74/25
75/7 75/8 75/9 75/25
76/6 76/10 76/12
76/16 88/24 89/2
89/21 91/15 96/2
99/17 103/24 104/21

115/21 120/7 120/9
149/23 149/25 154/6
156/14 163/14 166/5
168/24 169/1 171/2
172/17 177/10 182/16
189/16 189/18 191/3
201/13
**Gomez [4]** 4/10
35/25 201/21 202/17
**Gonzalez [4]** 30/5
31/10 242/17 242/24
**Gonzalez's [1]** 243/8
**good [23]** 4/5 4/9
4/12 4/13 4/16 5/20
5/22 6/1 6/16 6/17
9/8 54/7 74/12 76/12
76/13 95/4 135/16
149/25 168/9 201/14
203/6 216/21 244/9
**goodbye [1]** 17/15
**Google [3]** 64/5
135/22 135/24
**got [25]** 7/18 7/19
13/7 13/9 19/1 22/23
29/1 33/24 38/6 55/10
76/18 76/22 76/23
76/25 82/7 119/20
145/25 151/24 168/7
168/21 190/4 190/16
210/15 215/8 235/23
**GOTV [1]** 11/10
**governing [1]** 135/6
**government [1]**
203/14
**governmental [1]**
20/9
**governs [2]** 72/4
88/15
**grace [1]** 175/2
**graduate [4]** 49/7
49/9 49/11 205/2
**graduated [3]** 76/21
204/18 205/4
**graduating [1]**
76/23
**graduation [2]**
49/13 49/14
**graffiti [1]** 36/22
**granted [13]** 56/12
68/22 92/12 95/9
120/2 120/4 126/1
128/24 134/10 154/3
156/11 166/2 172/14
**grass [8]** 37/15
38/19 38/23 39/6 40/3
40/4 207/5 207/6
**grease [1]** 238/10
**great [5]** 5/23 77/12
167/1 238/6 238/7
**green [1]** 136/4
**grew [1]** 76/17
**grievance [2]** 43/7

43/9
**groceries [1]** 79/3
**Gross [1]** 118/12
**ground [3]** 146/23
180/17 197/11
**grounds [41]** 46/7
62/10 62/12 65/6 66/1
119/6 151/4 153/11
158/1 158/11 160/7
160/23 162/9 163/1
163/14 164/10 164/24
165/11 165/22 166/12
167/23 169/19 171/9
172/2 173/13 174/6
174/15 175/16 178/12
178/22 179/7 179/18
180/11 181/7 181/18
183/17 184/25 187/15
188/17 238/13 240/2
**group [3]** 1/10 10/17
81/24
**groups [2]** 146/22
190/19
**Grove [5]** 31/4 45/12
45/12 141/13 240/10
**Guantanamera [2]**
41/1 41/7
**guess [9]** 29/20 56/4
64/9 64/15 178/5
186/1 194/22 219/6
245/25
**guessed [1]** 137/8
**guidelines [3]** 90/1
93/2 93/7
**Guides [2]** 88/21
89/3
**Gustavo [1]** 135/2
**Gutchess [3]** 1/11
4/10 66/16
**guy [5]** 13/12 53/7
194/19 194/21 194/24
**guy's [1]** 194/20
**guys [1]** 60/25

**H**

**Haber [2]** 126/13
177/21
**had [88]** 5/5 11/12
17/4 23/9 24/20 25/25
30/9 30/12 32/2 38/20
45/18 46/22 47/9
47/12 47/13 47/14
48/6 52/14 54/3 60/2
60/3 60/11 65/19 75/1
87/25 89/22 110/4
112/16 114/25 116/11
123/8 124/9 124/9
128/18 136/19 140/10
142/2 142/3 142/6
142/13 143/16 143/18
152/22 156/1 157/14
157/16 157/23 159/22

**H**

**had... [40]** 166/24
167/6 170/15 171/24
175/10 177/24 178/9
178/16 185/4 187/3
187/4 187/5 187/7
194/4 194/17 194/17
195/25 202/2 204/2
215/6 225/1 225/1
225/10 225/11 234/21
235/24 236/9 236/16
237/10 237/15 237/16
238/7 238/8 241/22
246/2 246/17 248/2
249/23 251/16 255/24
**hadn't [1]** 196/19
**half [10]** 77/7 85/24
113/15 113/15 193/13
193/14 202/9 203/23
210/1 233/23
**hall [2]** 20/11 20/12
**hand [3]** 6/6 64/13
76/1
**handful [1]** 121/19
**handle [1]** 203/25
**handles [3]** 108/20
146/20 196/17
**handling [1]** 203/15
**handshake [1]** 16/19
**happen [4]** 12/4
64/25 113/1 234/16
**happened [14]** 14/3
17/3 17/12 29/22 32/7
50/5 60/10 111/13
113/12 118/23 187/3
224/22 231/5 245/12
**happening [4]** 9/6
129/20 192/23 238/24
**happens [2]** 195/1
219/22
**hard [1]** 15/8
**Hardemon [1]** 30/17
**has [43]** 9/10 55/21
60/1 64/23 75/20 82/4
84/9 86/11 88/2 89/21
94/6 94/20 95/19 99/9
112/14 112/22 113/5
135/7 137/10 137/15
139/7 141/5 144/7
144/12 144/17 145/5
147/16 155/20 163/22
163/24 175/23 181/23
186/18 193/14 202/13
214/17 230/2 235/23
244/13 244/14 248/10
248/11 255/9
**Havana [13]** 12/7
12/8 12/9 23/21 31/18
31/24 34/4 41/19 91/8
110/1 110/2 134/19
138/8

**have [360]**
**haven't [3]** 5/5
47/16 169/11
**having [8]** 26/17
70/1 92/6 133/23
133/25 185/4 207/6
215/7
**he [116]** 11/13 11/14
13/8 13/12 13/12
13/15 14/3 14/4 14/4
16/19 16/23 16/24
17/2 17/4 17/6 20/21
21/7 21/8 22/14 22/14
22/17 22/20 22/23
25/12 26/20 26/21
35/13 36/24 41/22
41/22 42/2 45/11
45/12 45/14 45/17
45/18 45/18 46/2 46/2
46/12 53/10 53/12
55/5 55/7 57/2 59/15
63/15 64/16 64/20
64/20 64/21 64/23
69/12 70/1 70/8 70/20
73/3 82/22 84/10
84/13 84/22 85/5 88/1
101/4 101/10 111/24
122/12 125/16 130/23
132/2 132/14 137/3
140/21 143/5 143/18
143/20 151/8 159/18
160/19 160/19 161/19
167/14 168/1 169/22
170/17 170/18 170/20
170/20 170/22 171/1
171/6 171/11 171/12
173/17 173/22 173/22
174/9 175/19 175/23
180/18 180/22 194/22
197/12 200/6 202/6
218/13 219/6 219/7
219/8 234/7 234/9
254/8 254/10 254/18
255/12 255/15
**he's [12]** 49/16 59/2
60/22 108/8 125/9
151/2 169/1 175/22
175/22 192/17 219/7
255/16
**head [5]** 59/14 79/7
79/9 145/23 245/23
**heads [1]** 195/24
**health [5]** 57/17
57/21 57/21 138/2
152/14
**healthy [1]** 135/11
**hear [7]** 18/11 38/2
64/22 125/8 133/7
207/3 247/15
**heard [2]** 138/19
228/7
**hearing [8]** 99/5

108/19 109/18 121/8
208/9 210/22 211/10
245/21
**hearings [1]** 206/20
**hears [3]** 108/17
108/18 108/18
**hearsay [43]** 21/22
22/2 22/9 24/12 25/13
32/20 33/3 33/11
33/17 36/13 60/4
94/11 114/23 134/4
136/12 137/2 138/11
138/22 139/10 142/25
143/4 153/12 161/10
161/16 161/22 165/12
167/24 171/10 175/23
180/12 187/16 215/21
228/20 237/20 238/25
239/4 239/5 239/12
239/18 239/24 240/1
240/20 241/12
**heights [1]** 145/15
**held [2]** 77/11
152/24
**hello [2]** 64/24 150/1
**help [11]** 10/8 10/10
62/23 62/23 62/24
68/1 71/21 114/19
159/1 235/18 237/7
**helpful [2]** 153/20
159/2
**helping [1]** 71/25
**her [26]** 5/15 5/16
26/22 35/15 59/13
65/17 65/18 65/19
66/24 67/15 67/25
68/13 126/16 127/6
150/9 201/23 201/24
202/19 205/23 228/22
231/25 234/20 234/20
239/2 242/14 245/10
**here [36]** 58/4 58/4
63/20 66/3 66/4 67/8
67/19 82/8 85/3 86/11
88/23 99/9 99/25
105/11 118/12 120/21
122/25 126/17 129/11
134/7 140/4 149/11
149/12 152/18 155/1
175/25 176/3 185/11
189/24 190/1 201/22
232/4 232/10 247/16
249/25 250/19
**hereby [1]** 256/9
**Herrera [3]** 45/9
45/10 46/1
**hey [4]** 107/8 108/7
170/7 192/20
**Hi [1]** 69/4
**hiding [1]** 42/2
**high [5]** 15/16 16/13
21/15 138/6 204/12

**higher [1]** 138/19
**highrise [1]** 81/4
**him [41]** 33/1 33/2
36/7 36/23 41/20
47/19 47/21 48/7 55/8
56/22 64/23 69/14
69/17 69/22 70/13
70/18 70/19 71/3 71/4
75/12 115/3 142/6
159/24 163/15 168/21
168/22 168/25 174/1
185/4 185/6 185/7
197/14 219/6 234/20
247/6 247/10 249/1
254/23 254/24 255/5
255/18
**himself [1]** 167/14
**hire [2]** 34/6 43/16
**hired [3]** 79/18
80/14 219/6
**his [47]** 9/22 13/12
15/18 17/6 17/20 18/3
19/6 19/13 20/22
20/22 22/14 22/17
24/11 26/20 30/20
30/21 35/13 47/13
49/13 49/14 51/5 59/3
61/25 62/5 64/13
69/17 73/1 91/10
107/15 115/13 115/13
133/6 143/8 143/10
163/2 163/4 163/15
168/21 170/19 185/17
192/9 234/6 234/17
243/9 243/10 253/23
255/6
**historical [1]** 83/23
**historically [1]**
83/16
**history [2]** 171/19
205/5
**hit [1]** 140/7
**hmm [1]** 9/23
**hold [4]** 138/8
248/23 252/24 254/25
**holder [1]** 116/3
**Holdings [1]** 117/11
**hole [1]** 235/4
**holiday [3]** 19/19
20/19 23/5
**home [20]** 19/14
23/8 23/17 23/19 30/1
93/16 95/5 95/8 135/4
135/18 136/1 136/3
138/2 207/22 214/13
214/25 222/21 225/11
227/21 230/2
**homeless [1]** 32/1
**homes [2]** 79/3 91/4
**honest [1]** 249/17
**honestly [1]** 245/23
**Honor [90]** 4/13

4/18 4/22 5/10 5/12
6/1 27/19 34/23 38/8
48/13 50/3 52/5 55/17
55/19 55/21 65/9
65/19 65/25 67/9
67/12 68/3 68/6 75/13
76/8 80/2 83/5 85/5
89/23 94/10 100/17
103/22 119/15 120/1
123/4 123/16 130/18
132/20 134/4 134/9
136/11 137/18 138/11
139/9 142/25 143/4
147/14 148/18 148/22
149/19 157/2 157/6
161/16 162/13 163/5
165/24 172/13 185/6
186/11 191/7 199/14
200/21 201/12 201/16
201/21 202/21 205/24
214/7 220/13 227/1
236/10 239/2 239/7
240/3 247/7 247/12
248/15 250/13 251/1
251/8 252/16 252/19
253/3 253/11 254/4
254/9 254/15 254/21
255/13 255/17 256/3
**HONORABLE [2]** 1/8
256/13
**hooked [1]** 238/17
**hotel [27]** 23/15
24/2 24/8 24/16 24/24
25/2 25/11 25/23 28/8
29/23 58/20 60/11
60/20 61/10 145/19
171/20 213/21 213/23
213/25 214/11 214/25
215/16 218/15 218/25
223/11 224/22 227/19
**HOTTE [1]** 1/15
**hour [2]** 33/24
202/19
**hours [6]** 34/1 61/7
75/10 137/12 202/3
202/9
**house [11]** 23/7 32/8
53/22 78/19 78/25
81/4 93/18 146/7
151/22 228/24 230/20
**housed [1]** 128/7
**housekeeping [1]**
255/23
**houses [3]** 141/14
194/20 207/24
**housing [2]** 15/15
73/2
**how [64]** 7/8 7/10
12/11 14/16 17/10
22/20 23/2 24/6 27/7
32/5 33/20 33/23 35/4
39/13 39/16 53/21

## H

how... [48] 54/16
54/21 55/20 58/2
69/11 70/24 73/5
75/21 76/12 76/13
78/17 78/18 78/18
81/21 103/9 104/5
104/13 114/14 116/14
118/8 127/6 127/22
138/19 145/12 145/23
147/5 155/3 155/5
193/11 200/13 201/4
201/25 208/24 209/6
209/15 209/25 210/5
212/3 213/11 215/5
232/25 234/8 234/18
235/21 238/3 250/14
253/12 254/21
How's [1] 5/21
However [1] 98/25
hundred [5] 44/4
44/9 60/3 60/7 71/15
hundreds [1] 183/8
hurt [3] 71/23 71/24
115/6
hurting [1] 71/25
HUSS [1] 1/15
Hut [1] 96/11
hypotenuse [1]
85/21
Hypothesis [1]
210/6
Hypothetical [3]
98/11 99/14 131/5

## I

I get [1] 118/15
I got [4] 7/19 13/7
168/7 215/8
I will [4] 63/8 68/2
183/22 247/15
I'd [13] 66/17 67/2
82/24 105/22 106/12
119/22 121/22 128/20
129/22 132/11 136/24
178/15 226/17
I'll [9] 4/22 27/17
117/17 139/25 162/18
202/4 202/25 205/24
249/16
I'm [83] 6/18 7/25
8/25 9/24 11/21 19/16
23/13 25/16 27/17
28/3 28/5 33/6 34/10
34/21 35/5 35/9 37/1
37/1 37/10 38/7 51/20
51/22 54/20 58/18
68/6 73/24 79/9 85/5
90/14 90/16 94/10
94/12 101/14 103/22
107/23 107/24 109/15
110/5 113/24 113/25

116/17 118/1 118/17
119/20 127/20 133/6
133/25 134/24 136/11
136/13 139/9 143/20
148/20 151/1 154/21
155/6 158/25 163/4
164/4 167/5 167/8
168/12 169/13 169/23
170/6 170/20 178/1
178/25 195/24 198/25
199/14 202/8 202/11
203/8 203/14 205/23
239/6 240/1 250/14
252/12 253/17 254/6
254/18
I've [16] 14/20 38/6
77/11 100/3 116/17
119/20 142/5 145/25
157/16 193/13 209/21
209/24 218/19 225/22
228/6 247/8
I-beam [1] 228/23
ice [8] 96/9 186/20
186/22 186/23 186/24
187/3 187/8 187/9
idea [8] 95/7 95/11
105/8 107/4 113/4
199/11 202/14 238/7
identified [3] 55/18
124/25 133/14
identify [7] 38/1
38/3 82/25 117/6
214/17 222/18 223/7
if [173] 14/8 18/16
18/17 18/23 18/25
21/21 21/25 26/20
27/24 28/4 30/7 35/10
35/14 35/19 38/9 44/1
44/25 45/2 45/23
46/15 47/15 53/19
55/15 56/15 57/8
57/18 57/24 58/1 58/6
63/19 65/3 65/17
66/19 67/2 68/13 75/9
75/10 79/23 79/24
79/25 81/3 82/8 83/4
86/10 86/10 93/15
94/21 98/9 99/6 99/12
101/10 101/14 105/12
105/13 105/16 107/23
108/1 108/4 109/15
110/5 111/5 111/24
112/16 112/20 113/4
113/7 113/23 113/25
115/4 118/22 119/13
120/9 121/17 121/25
126/21 127/1 127/11
127/19 128/3 128/5
131/2 131/13 131/14
134/7 137/23 140/21
143/20 145/14 145/21
147/6 147/6 147/7

148/19 149/16 149/16
153/19 153/21 154/9
155/23 156/5 158/25
161/3 163/8 163/24
164/19 165/6 166/21
166/25 168/1 168/19
169/6 169/10 169/11
169/22 170/20 171/11
171/14 171/15 173/17
174/9 175/7 175/19
178/24 181/4 182/9
183/14 184/2 184/4
184/6 184/21 185/8
185/22 186/24 187/6
188/9 189/5 195/23
196/1 197/2 199/6
199/12 200/12 200/13
201/18 201/24 202/8
202/16 208/9 210/22
211/3 211/17 212/11
212/16 213/3 214/5
214/10 217/17 220/6
226/16 226/17 227/12
230/21 242/14 245/25
246/24 247/12 247/15
251/1 252/1 252/24
254/4 254/18 255/25
Ihekwaba [2] 79/11
152/2
II [4] 1/4 122/15
124/8 174/19
illegal [5] 62/19
62/20 99/13 207/17
215/8
Illegally [1] 207/7
image [3] 136/2
136/9 138/5
imagine [1] 136/23
immediate [1] 175/3
immediately [6]
175/10 212/16 214/12
244/18 244/21 245/5
imminent [4] 183/14
184/2 185/11 185/22
impact [3] 104/9
146/20 201/4
implement [2] 8/20
115/7
implemented [2]
8/12 8/17
important [4] 72/21
152/8 188/23 199/5
improper [2] 99/20
139/13
in [511]
inability [1] 137/15
Inc [4] 135/5 136/1
136/3 138/2
include [4] 100/4
193/1 193/5 206/18
including [6] 6/5
63/15 75/9 105/5

166/7 206/18
income [2] 15/15
73/2
incorporated [1]
209/7
incorrect [1] 188/23
indefinitely [1]
113/17
INDEX [1] 2/9
indicate [1] 135/5
indicated [2] 135/14
251/8
indicates [1] 126/24
indicating [4] 127/6
140/1 140/4 140/6
individual [1] 48/10
individually [1] 9/9
indoor [2] 139/25
139/25
indoors [1] 124/10
industrial [1] 79/1
infallible [1] 170/6
informal [1] 107/23
information [17]
7/20 7/21 8/21 13/16
46/3 47/4 81/5 118/21
119/12 146/13 146/18
155/16 170/5 171/15
188/22 192/24 251/11
informed [1] 244/15
Ingersoll [2] 253/20
254/9
inherited [1] 122/20
initial [7] 6/11
130/10 168/9 168/14
169/9 178/17 187/8
initially [3] 202/2
206/4 246/14
injunction [3]
232/11 245/11 245/12
inquire [1] 129/21
inside [5] 17/13 60/8
122/23 164/21 184/6
inspected [2] 112/19
146/17
inspector [15] 13/8
13/10 13/11 13/18
13/20 14/6 14/9 14/15
24/10 26/14 26/21
26/23 40/6 238/19
250/11
inspectors [3] 34/3
34/6 41/24
instance [3] 108/2
166/18 207/21
instances [2] 90/4
141/9
instead [2] 103/19
103/25
instruct [1] 251/1
instructed [3]
114/13 114/15 251/15

instructions [3]
75/21 251/22 255/24
instruments [1]
146/20
insurance [1] 152/14
integrate [1] 208/24
intended [2] 89/5
89/7
intent [1] 106/12
intention [2] 59/25
59/25
interaction [2]
32/10 142/5
interactions [1]
142/3
interested [1]
129/11
interesting [1] 166/8
interior [2] 225/11
229/1
interlude [1] 17/10
intern [4] 80/7 150/3
150/5 150/11
internal [1] 192/19
internally [1] 115/5
internship [2] 76/22
76/23
interpretation [1]
94/9
interrupt [1] 168/25
interruption [1]
36/10
intersects [1] 85/19
interview [3] 152/3
152/5 152/6
interviewed [2]
10/13 152/1
into [46] 11/21
19/16 30/3 32/2 47/2
47/2 47/3 61/17 68/4
77/18 83/3 90/7 92/6
92/11 96/25 111/9
114/16 115/14 119/22
120/3 125/20 128/8
128/22 129/24 131/4
131/15 133/13 134/2
145/8 146/16 161/8
161/14 161/19 186/25
209/7 211/15 216/12
223/22 224/21 225/9
226/7 228/24 229/16
230/5 230/10 231/6
intolerable [2] 138/1
138/7
introduce [2] 17/6
139/13
introduced [5] 21/4
22/25 23/3 59/17
95/19
Introducing [1]
20/25
introduction [1]

**I**

introduction... [1]
22/24
introductions [1]
21/2
intruding [1] 111/9
invested [2] 234/9
235/6
investigate [1]
165/9
involve [1] 72/24
involved [23] 9/9
12/11 14/13 30/4
36/16 42/18 42/20
44/7 45/20 173/5
173/11 179/12 193/6
195/4 207/12 211/24
212/1 213/15 215/15
217/23 218/4 246/5
253/14
involvement [3]
14/5 215/6 216/14
involves [1] 203/15
involving [2] 44/1
180/2
is [433]
is it [3] 66/10 165/21
249/15
isn't [3] 53/19 54/1
210/12
issue [46] 14/8 43/2
44/1 47/7 60/1 81/7
82/25 85/3 91/7
108/22 110/25 149/1
149/5 155/14 155/16
164/1 164/3 167/9
173/22 180/2 180/3
180/8 181/14 182/9
182/13 182/19 182/21
182/23 184/4 184/6
184/7 184/9 184/22
185/23 196/2 197/6
197/8 199/6 199/8
199/11 200/8 206/17
206/19 207/15 208/1
255/21
issued [11] 27/9
111/25 112/1 121/8
167/6 169/10 183/10
208/8 222/1 222/1
233/23
issues [43] 4/23
36/24 37/3 42/18
42/20 42/24 47/6 58/9
81/11 84/19 84/25
103/3 108/21 110/11
110/16 110/23 110/24
140/25 147/10 156/2
182/20 192/7 192/18
192/19 192/19 192/22
194/8 195/3 195/4

195/7 195/12 195/22
195/23 196/15 203/17
205/21 206/20 207/7
207/13 215/3 225/11
232/22 241/22
issuing [2] 129/25
129/25
it [484]
it's [221] 5/3 12/5
15/15 18/20 18/23
18/25 20/12 20/12
20/14 20/17 20/18
23/18 23/24 23/24
23/25 26/13 28/4
28/14 29/21 31/11
31/13 34/24 34/24
34/24 35/10 35/23
38/1 38/3 39/3 39/4
39/12 40/24 41/1 41/8
41/9 44/23 45/5 45/24
46/25 49/24 49/24
53/19 55/3 55/14
55/15 55/17 56/1
57/22 58/1 58/11
58/11 60/10 62/19
62/21 62/25 63/24
64/24 65/21 67/21
68/10 71/11 71/11
71/12 71/12 72/18
78/21 78/25 79/5
81/24 82/2 85/4 85/16
85/16 85/18 85/20
86/12 87/15 88/18
89/3 89/7 89/11 91/13
91/18 92/2 94/6 95/3
95/11 95/24 98/22
99/4 102/1 102/3
102/3 102/7 103/19
103/25 104/3 106/23
107/21 108/15 108/17
108/20 112/12 112/12
112/13 112/18 112/19
113/1 113/4 113/7
113/9 116/21 117/10
117/16 118/7 118/13
118/22 119/24 121/6
121/7 121/8 121/9
121/11 121/16 126/12
127/14 128/3 129/8
130/20 130/21 130/22
130/22 131/14 131/14
131/15 131/19 132/12
132/19 133/17 134/4
134/5 135/19 135/19
135/22 137/18 140/1
143/6 144/18 144/23
145/5 145/14 145/14
145/15 145/16 145/20
145/20 146/17 146/17
152/8 157/6 162/11
163/9 163/24 165/22
166/6 169/10 172/24

172/25 175/3 175/23
175/24 178/25 184/9
185/1 186/11 188/15
188/21 188/23 191/5
192/13 196/1 196/2
198/9 199/12 202/3
202/16 208/5 210/22
211/14 211/15 212/15
212/18 213/1 214/1
216/25 220/4 221/24
222/13 224/19 226/16
229/13 232/12 232/17
233/7 235/22 238/5
238/5 238/7 239/2
239/5 240/1 240/16
242/17 242/25 247/12
248/8 248/12 249/13
249/13 254/1 255/2
items [16] 33/15
108/20 140/24 192/6
206/5 236/3
its [14] 98/21 112/14
122/10 135/12 137/15
137/16 147/16 147/17
163/23 163/24 177/25
203/21 213/23 214/17
itself [6] 113/11
139/8 214/18 214/25
227/11 237/4
itself parking [1]
139/8
IV [1] 88/18

**J**

Jackalid [5] 47/24
47/25 48/19 67/25
69/5
James [2] 34/11
34/12
Jane [1] 104/1
January [8] 30/3
80/10 203/20 244/13
249/14 249/18 249/19
249/22
January 15 [1]
249/22
January 6 [3]
244/13 249/18 249/19
jargon [1] 86/24
Jeff [1] 4/9
Jeffrey [1] 1/11
Jeremy [1] 126/14
Jersey [1] 194/12
Jesse [7] 253/22
253/23 253/24 254/2
254/6 254/18 255/2
Jessica [1] 21/10
Joanna [1] 1/12
job [17] 7/3 14/15
72/18 72/20 76/25
140/13 140/19 140/22
151/24 152/8 152/11

183/12 196/11 198/9
206/2 213/19 219/5
JOE [9] 1/6 4/15 10/5
11/12 11/16 19/5 29/3
48/23 72/9
John [1] 190/5
joined [2] 22/20
206/3
joke [1] 22/1
Jose [1] 32/1
JUDGE [11] 1/9 25/5
156/10 169/5 177/8
184/11 187/19 189/13
judges [1] 211/22
Judicial [1] 211/21
July [1] 223/13
July 23 [1] 223/13
jurisdiction [4]
105/1 121/6 144/7
187/1
jurisdictions [3]
86/15 104/1 121/4
jurors [5] 5/17 60/25
75/5 123/9 251/16
jurors' [1] 251/14
jury [48] 5/21 56/11
56/15 57/4 67/18
67/23 68/21 74/15
74/22 75/17 75/19
75/20 78/14 90/23
92/16 96/5 97/3
101/24 104/23 109/23
115/22 118/1 120/14
123/7 123/11 123/12
129/4 132/12 134/25
135/23 139/17 144/6
176/8 177/4 177/5
202/19 209/14 210/4
216/4 216/21 219/20
229/25 230/22 242/10
244/8 247/22 250/25
255/24
juryhere.ecl [1] 5/19
just [109] 5/7 6/10
7/2 9/1 10/22 15/8
15/22 17/21 22/24
27/4 27/23 35/12
35/18 37/11 37/12
38/12 38/13 40/20
45/25 48/25 52/5
52/14 56/15 56/18
57/12 58/2 58/3 60/10
62/18 64/20 65/11
66/17 67/2 67/18 76/4
76/17 78/8 80/5 81/21
85/3 86/13 87/9 98/21
98/23 100/18 103/20
103/25 105/1 105/6
106/8 106/12 113/8
114/11 117/16 117/19
117/25 118/7 119/19

121/8 121/22 123/19
127/11 128/3 130/24
138/17 139/19 145/18
146/5 146/20 153/23
156/6 156/7 164/20
165/21 168/16 171/14
172/5 172/9 183/12
186/20 186/22 192/24
192/24 194/23 199/2
200/7 202/21 204/11
204/13 205/5 205/23
206/12 207/24 214/23
221/12 224/7 236/3
238/14 242/14 247/12
248/25 249/16 250/17
252/3 252/4 252/24
253/14 255/23 255/24

**K**

keep [9] 95/7 95/11
114/14 114/15 129/20
144/9 147/8 235/5
251/22
Ken [1] 31/4
Keon [3] 30/16 30/16
30/17
kept [6] 75/20
127/24 130/8 130/10
131/15 143/11
kind [16] 11/7 11/8
13/13 27/2 36/11
57/24 77/21 78/8
89/12 101/14 105/10
118/10 144/10 194/23
204/13 248/11
kinds [1] 207/8
King [2] 15/16 16/13
kiosk [1] 102/18
kiosks [2] 100/10
101/1
KISSANE [1] 2/2
knew [6] 47/3 47/9
143/23 152/21 152/24
154/14
knocking [2] 11/8
51/12
know [108] 6/18
9/17 11/9 11/23 12/2
13/11 13/12 14/4
14/11 14/18 14/21
15/20 15/22 17/14
17/16 21/25 23/4 24/8
26/16 26/20 26/23
27/3 31/16 31/17
31/17 32/8 47/15
48/19 49/12 50/12
50/14 50/16 50/23
55/2 55/15 55/20 57/2
57/8 58/2 58/2 63/19
64/22 64/23 68/2
68/20 69/6 69/11
70/20 72/6 72/19 73/5

**K**

**know... [57]** 74/7 78/23 81/21 82/10 95/9 99/11 101/21 102/6 108/6 116/17 117/14 119/16 119/19 124/21 125/5 131/10 133/10 135/19 139/6 139/7 141/2 141/14 144/17 146/5 147/7 159/20 163/24 164/19 166/21 168/2 168/19 172/11 178/1 178/16 178/24 186/2 192/23 198/22 199/1 199/3 199/11 200/12 202/3 207/3 207/21 214/22 221/2 221/2 234/9 235/4 245/4 245/21 245/25 250/9 250/14 251/24 253/10

**knowledge [81]** 22/6 25/1 25/1 26/13 43/18 50/20 82/13 82/19 83/23 84/3 84/7 84/19 85/25 86/3 87/24 88/2 91/9 92/23 96/6 98/5 99/9 99/23 103/10 103/14 109/11 109/15 111/23 113/21 116/25 117/2 124/17 141/4 149/5 167/25 171/10 173/15 174/8 174/16 175/18 175/23 215/5 217/3 217/5 217/23 218/9 220/25 222/4 224/7 224/11 224/13 225/16 225/20 225/24 226/3 227/14 227/24 228/4 228/11 228/16 228/19 228/21 229/18 230/9 231/17 232/22 234/4 236/2 236/4 236/8 236/24 237/3 241/20 242/12 244/19 245/4 246/15 246/18 247/19 247/22 248/17 250/9

**known [12]** 6/19 11/10 11/12 23/20 48/23 49/4 82/20 98/21 100/8 109/21 146/12 199/12

**knows [12]** 46/15 101/10 111/24 140/21 168/1 169/22 171/11 173/17 174/9 175/19 200/8 214/5

**KRINZMAN [1]** 1/15

**KUEHNE [5]** 1/18 1/18 4/14 6/18 25/7

**L**

**L-shaped [1]** 110/1

**labeled [1]** 97/6

**labor [2]** 47/7 192/19

**lack [26]** 50/20 63/1 86/3 91/9 103/10 111/23 167/24 171/10 174/8 175/17 214/3 216/23 217/3 225/16 226/2 227/24 228/10 228/21 236/4 242/11

**lacking [2]** 54/16 54/22

**ladies [3]** 5/20 176/2 250/18

**lady [2]** 33/1 59/13

**laid [1]** 55/21

**land [5]** 77/23 78/1 104/14 122/21 203/14

**landlord [1]** 237/23

**landscaping [1]** 90/3

**language [3]** 174/4 174/12 221/23

**large [3]** 94/5 214/11 228/24

**larger [12]** 56/3 104/19 115/19 120/8 126/4 216/18 218/3 222/18 223/6 229/22 242/7 249/3

**last [7]** 4/24 8/8 39/14 45/24 130/6 194/12 234/6

**late [2]** 60/21 63/12

**later [10]** 7/15 30/2 77/7 92/9 176/4 178/9 185/13 186/2 251/11 252/2

**laterally [2]** 85/20 85/21

**LAUDERDALE [3]** 1/2 1/5 256/14

**law [20]** 1/10 1/18 13/23 27/12 76/20 77/6 77/21 78/1 79/5 139/2 187/24 188/3 193/12 200/11 203/11 204/13 204/19 204/24 205/4 205/4

**lawn [1]** 207/18

**laws [3]** 57/4 78/22 187/21

**lawsuit [5]** 152/22 154/15 190/3 232/9 232/10

**lawsuits [1]** 232/13

**lawyer [4]** 6/18 200/25 201/3 205/12

**lead [1]** 245/9

**leading [77]** 15/6

18/7 18/12 70/3 70/9 73/16 74/4 79/19 81/15 82/16 83/17 84/9 84/21 86/4 87/4 87/18 88/9 89/17 90/13 93/9 93/25 96/17 97/16 98/11 100/12 101/3 101/18 102/15 108/11 108/25 111/18 114/4 119/5 119/7 124/18 128/10 145/9 148/2 148/7 148/12 190/12 191/1 191/16 192/1 193/2 193/7 193/17 194/9 195/5 195/13 195/19 196/8 196/21 197/22 198/11 199/25 200/18 218/17 218/21 219/12 221/5 221/17 223/2 224/9 225/17 226/12 231/20 235/19 239/24 240/22 241/4 241/9 243/12 243/20 244/22 247/5 247/12

**Leah [1]** 4/14

**learn [3]** 8/20 188/22 233/22

**lease [2]** 234/21 237/24

**least [5]** 34/17 135/16 186/18 202/18 248/1

**leave [5]** 4/23 58/19 130/24 204/3 249/11

**led [1]** 205/6

**left [19]** 17/15 19/11 19/14 22/14 22/17 23/5 23/13 29/25 77/7 77/18 78/3 78/10 80/15 143/17 143/18 205/4 214/14 219/6 250/14

**legal [39]** 40/6 82/16 98/10 99/19 124/3 131/21 137/19 139/3 156/16 156/23 164/25 173/9 174/22 182/11 192/7 192/8 195/4 198/18 199/20 200/19 215/9 220/2 222/7 224/9 224/15 224/15 226/2 229/10 230/13 231/13 233/9 234/1 237/2 237/11 238/14 240/13 243/23 246/10 246/21

**legalize [3]** 125/17 246/8 246/11

**legally [1]** 240/12

**legislate [1]** 140/23

**legislation [2]** 174/3

198/21

**legislative [2]** 150/14 206/5

**Lemon [1]** 120/22

**Leon [4]** 52/22 52/23 56/5 56/17

**less [7]** 41/20 53/6 53/11 62/1 95/10 202/11 209/24

**let [39]** 12/8 15/9 15/22 16/21 18/2 19/17 23/16 27/16 29/8 30/2 30/3 34/10 37/5 40/11 40/14 41/9 42/6 42/16 45/3 47/18 48/1 62/22 68/2 97/14 106/15 119/19 144/12 148/18 168/21 168/24 199/10 200/21 202/21 226/14 226/24 247/6 247/10 247/15 251/24

**let him [1]** 168/21

**let's [37]** 28/12 28/12 35/9 35/18 38/6 38/12 38/22 39/7 55/13 69/4 69/25 76/14 77/12 82/19 84/25 95/15 100/7 100/17 104/17 116/19 120/1 134/13 135/21 137/23 165/19 172/5 204/1 206/2 206/17 207/11 210/11 210/15 213/20 215/14 215/23 224/24 246/4

**letter [39]** 104/21 104/23 104/24 104/25 104/25 105/19 105/22 106/11 107/7 107/15 107/18 108/22 109/9 116/3 116/4 118/16 118/21 119/13 119/13 127/1 127/4 130/10 131/14 131/14 131/19 133/14 133/18 134/14 134/23 136/17 136/19 168/8 170/2 170/7 175/4 181/25 184/5 184/9 241/22

**lettering [2]** 186/23 187/9

**letters [2]** 107/20 132/9

**level [3]** 96/12 107/2 137/14

**levels [5]** 137/9 137/12 137/25 138/6 138/20

**liability [1]** 7/16

**Liberty [4]** 30/23 30/24 194/14 195/10

**library [5]** 12/7 12/8

12/9 52/2 52/4

**license [8]** 32/4 135/6 161/19 161/25 162/6 162/20 201/8 246/17

**licensed [3]** 106/13 200/25 201/3

**licenses [1]** 247/1

**licensing [1]** 126/13

**lien [5]** 212/13 220/12 220/12 221/4 223/25

**liens [4]** 220/9 220/10 220/11 220/18

**life [39]** 30/25 31/17 36/20 72/21 73/2 112/14 173/22 180/2 180/8 180/16 181/13 182/9 182/12 182/18 182/20 182/21 182/23 183/14 184/2 184/4 184/6 184/7 184/9 184/21 185/22 197/9 197/19 199/3 199/5 199/6 199/8 200/8 203/17 204/7 207/6 207/13 207/15 207/25 215/23

**light [2]** 24/7 73/2

**lighting [1]** 90/3

**like [66]** 11/11 12/22 12/24 13/1 13/8 14/3 24/5 27/3 27/8 29/21 31/25 37/22 42/9 51/18 65/11 66/17 68/3 69/13 78/22 79/2 79/4 81/5 82/9 82/24 86/16 90/5 91/3 103/20 104/6 105/22 106/9 106/10 106/12 109/9 113/8 117/16 119/11 119/22 121/18 121/22 122/18 128/3 128/20 129/5 129/22 132/11 134/7 136/24 144/15 146/9 146/20 147/19 152/4 168/13 170/3 170/7 172/18 185/11 185/15 185/24 201/23 202/4 210/10 210/20 249/16 255/18

**likely [3]** 82/7 139/6 139/7

**limitation [1]** 187/2

**limits [1]** 137/16

**line [14]** 23/4 23/4 80/5 85/4 85/19 86/14 120/16 122/1 134/18 134/24 136/7 173/25 180/20 197/16

**liquor [8]** 105/23 109/4 109/4 144/8

**L**

**liquor... [4]** 161/19
161/24 162/6 162/20
**list [5]** 6/4 27/24
153/8 153/17 154/8
**listed [2]** 220/7
225/13
**listen [4]** 18/20
45/25 79/23 250/22
**litigation [6]** 78/9
192/6 193/1 204/2
204/3 204/4
**litigations [1]**
191/25
**little [60]** 12/7 12/8
12/9 17/13 23/20
26/21 30/2 31/18
31/24 34/4 34/10
34/20 35/5 41/19
42/10 56/19 57/15
64/4 64/5 74/20 76/17
77/12 80/5 89/12 91/8
95/10 95/23 95/24
97/7 97/12 97/23
102/5 104/19 109/25
110/2 110/3 111/1
115/10 115/19 120/7
126/4 130/4 134/13
134/19 138/7 144/2
144/18 144/24 146/21
148/25 204/11 215/25
216/18 216/19 218/3
222/18 223/6 229/22
242/7 249/3
**live [12]** 17/16 55/2
78/16 78/21 79/6 95/3
95/6 95/13 108/16
145/21 206/23 207/16
**living [4]** 6/21 135/5
135/8 135/12
**LLC [5]** 116/24
117/11 134/19 218/15
218/25
**LLCs [1]** 218/16
**local [4]** 7/1 51/6
217/15 231/3
**locate [1]** 139/22
**located [8]** 86/24
86/25 106/1 135/3
135/19 136/6 173/25
244/10
**location [5]** 13/21
27/7 105/24 180/20
197/15
**locations [6]** 90/11
90/11 90/20 90/20
109/4 109/4
**lodging [1]** 102/3
**log [1]** 114/16
**logo [3]** 27/5 27/6
27/6

**long [22]** 7/8 14/16
17/10 22/12 22/13
22/20 27/7 33/21
33/23 35/4 39/13
39/16 39/18 48/24
49/4 121/9 127/5
192/23 193/11 201/25
243/17 248/21
**longstanding [1]**
94/8
**look [24]** 27/16 28/2
28/4 28/12 32/1 32/2
41/9 41/20 61/17 82/7
107/25 117/16 120/9
129/22 141/5 161/8
161/14 163/18 166/19
178/15 190/18 190/21
190/22 254/20
**looked [14]** 109/9
118/10 126/19 156/2
161/19 162/2 168/3
168/4 168/7 168/11
168/14 168/16 169/6
170/3
**looking [17]** 23/14
30/25 37/23 41/3
63/12 85/3 86/1 111/8
121/25 161/24 162/3
163/8 164/21 220/20
221/23 236/5 238/7
**looks [5]** 121/18
170/7 172/18 238/6
249/16
**Los [1]** 196/21
**lot [66]** 8/6 32/8
32/9 44/20 53/25
57/20 60/6 62/2 62/8
62/10 62/13 63/20
64/23 78/6 78/6 81/20
86/14 89/8 90/2 90/24
90/24 90/25 91/5
91/12 96/10 96/14
96/22 96/25 97/4 97/5
97/7 97/9 97/14 97/21
98/2 98/7 98/10 98/15
99/12 99/18 99/25
102/5 102/14 102/20
102/21 103/3 110/3
116/12 116/13 116/17
136/9 140/2 140/4
144/20 153/19 155/16
158/16 180/20 181/23
183/6 197/15 207/23
225/11 233/4 245/24
249/17
**lots [9]** 63/13 89/12
90/11 90/12 90/20
101/17 101/21 101/25
102/8
**loud [1]** 13/1
**love [1]** 29/20
**low [2]** 15/15 73/2

**LUBETSKY [1]** 1/15
**Lugo [26]** 5/12 6/2
6/11 6/14 6/16 18/15
25/7 25/16 44/13
44/15 44/18 44/20
50/24 52/21 55/24
63/11 63/18 64/25
65/20 65/23 67/6 69/2
69/4 73/12 73/22
74/11
**Lugo's [1]** 65/11
**Luis [1]** 35/25
**lunch [2]** 151/20
176/3
**luncheon [1]** 176/9

**M**

**mad [1]** 32/8
**Madame [1]** 231/24
**made [7]** 22/1 34/16
108/16 149/15 174/18
178/9 221/25
**magistrate [1]** 43/8
**mail [2]** 129/17
130/11
**mailed [1]** 118/22
**mails [1]** 130/11
**main [12]** 20/12
39/10 78/25 105/16
105/17 146/3 146/22
212/8 214/2 214/9
214/16 223/11
**maintaining [2]**
137/11 207/17
**make [72]** 13/3
13/23 17/16 18/19
23/13 23/14 26/9
26/18 34/6 37/21 41/4
41/6 43/8 53/12 56/3
71/12 78/23 79/5
81/12 89/11 89/22
95/3 95/23 97/14
101/21 101/25 104/18
105/19 110/8 111/7
112/4 115/19 118/19
118/20 119/12 120/7
120/19 121/13 126/4
130/1 132/12 135/13
142/21 146/8 146/16
146/17 191/5 198/25
199/1 215/23 215/25
216/18 216/19 217/12
218/3 222/18 223/6
229/21 230/25 234/8
235/5 238/2 239/10
239/21 242/7 247/11
248/1 248/12 249/3
249/17 255/20 255/22
**makes [1]** 237/1
**makeup [1]** 213/23
**making [4]** 21/2
60/20 137/18 178/17

**male [2]** 253/25
254/1
**Malone [3]** 104/24
107/8 107/14
**Management [1]**
7/16
**manager [47]** 11/20
30/4 30/12 31/10
32/11 32/16 33/16
60/23 61/6 72/13
72/14 79/11 79/14
108/8 152/2 157/15
157/24 158/7 158/24
159/4 159/8 159/15
160/2 160/17 161/8
162/5 162/19 167/13
167/20 168/3 168/17
169/7 173/5 173/10
191/22 191/24 192/5
192/8 192/10 192/16
192/18 195/18 195/22
195/23 242/18 243/15
244/9
**manager's [4]**
158/20 186/3 187/12
243/7
**managers [3]** 8/6
195/12 195/12
**mandatory [1]** 199/2
**Manhattan [1]** 86/16
**manner [2]** 98/10
238/9
**Manolo [5]** 9/22 10/6
20/22 31/6 31/7
**manpower [1]** 10/9
**manufacturing [1]**
79/2
**many [23]** 23/9
29/20 45/10 51/18
60/2 75/21 88/19 90/4
105/8 107/5 114/14
116/14 135/10 145/24
155/3 155/5 158/17
185/12 185/25 209/25
213/15 218/20 234/18
**map [1]** 64/5
**Maps [2]** 135/22
135/24
**Marc [5]** 1/21 4/14
77/1 150/16 150/18
**March [6]** 77/5 77/10
80/15 80/21 85/6
155/8
**Maria [1]** 135/2
**Marjorie [4]** 15/23
15/25 16/10 41/14
**marked [1]** 202/2
**market [1]** 101/14
**marketplace [5]**
100/8 100/14 101/14
101/22 101/25
**Marlins [1]** 15/17

**Marrero [7]** 167/2
167/3 173/19 180/23
181/22 196/5 196/23
**marshal [2]** 181/4
181/12
**Marti [1]** 32/1
**MARTIN [2]** 1/4
14/19
**Mary [7]** 5/12 6/2
6/11 6/14 44/18 67/6
69/2
**Mason [2]** 1/16 4/13
**Massachusetts [2]**
76/18 104/7
**materials [1]** 201/19
**matter [12]** 78/16
95/6 131/15 138/10
147/18 149/18 168/5
217/5 250/23 251/4
255/23 256/10
**matters [9]** 185/12
185/25 191/14 193/5
195/16 195/17 195/17
213/15 248/14
**may [53]** 1/5 4/1
5/15 6/5 6/9 18/19
48/15 51/20 52/5 57/2
66/5 66/23 67/9 69/9
75/5 75/14 76/7 79/24
94/23 95/19 113/25
123/13 123/14 135/24
137/13 138/19 153/7
156/20 159/19 164/3
165/7 169/1 171/1
174/12 177/1 177/6
185/12 185/25 196/17
198/15 199/11 204/5
208/7 208/10 213/2
220/5 226/25 244/17
247/12 251/6 251/21
254/25 255/14
**may be [7]** 6/9 94/23
95/19 123/13 137/13
177/6 251/6
**maybe [11]** 14/17
17/11 27/8 39/4 80/8
80/9 80/9 142/24
154/21 210/1 252/25
**maybes [1]** 251/10
**mayhem [1]** 52/17
**mayor [7]** 9/20 10/5
10/5 11/13 11/15
11/16 41/22
**McDonald's [1]**
37/22
**me [79]** 7/12 12/8
13/8 15/9 15/22 16/21
16/24 18/2 19/17
23/16 25/6 27/16 29/8
29/21 30/2 30/3 34/10
35/10 35/19 35/25
37/5 40/11 40/14 41/9

**M**

**me... [55]** 42/6 42/16
44/23 45/6 45/10
47/18 48/1 49/16
56/20 59/15 62/22
76/21 85/14 97/14
107/25 114/7 116/1
117/19 118/11 144/12
147/8 148/18 153/4
153/19 155/7 161/13
169/7 171/13 172/25
173/22 173/22 180/2
180/2 180/3 180/14
180/18 181/13 182/21
184/7 185/10 198/2
200/21 202/5 202/21
220/4 226/14 230/23
234/5 234/7 234/7
234/21 247/15 250/17
252/24 254/11
**mean [15]** 12/7
19/20 49/21 61/9 63/3
106/4 107/23 109/17
112/11 112/20 158/15
166/10 202/6 238/6
249/23
**meaning [1]** 98/18
**means [14]** 8/18
8/21 18/17 18/18
18/24 18/25 43/7
46/19 105/1 112/18
112/21 121/6 144/6
166/16
**meant [4]** 85/18
91/5 104/18 218/5
**measured [1]**
167/14
**mechanical [1]**
86/22
**medications [1]**
135/14
**meet [38]** 61/24
62/4 81/9 81/10 82/3
86/11 94/22 105/25
114/7 121/1 140/22
146/8 155/5 156/20
167/3 168/3 170/7
170/10 190/10 191/21
192/4 192/10 192/13
192/16 194/4 195/3
195/7 195/11 195/16
195/17 195/22 195/25
200/11 207/2 227/13
234/16 234/18 251/20
**meeting [31]** 114/25
115/4 120/18 122/5
123/18 123/25 126/19
127/15 127/19 128/8
134/15 136/21 136/23
140/23 142/2 147/8
147/9 157/23 158/8

158/15 158/20 159/7
159/13 159/22 160/11
162/14 166/24 172/19
191/24 195/9 211/18
**meetings [12]**
140/24 157/14 157/16
158/6 158/16 158/25
159/3 183/9 187/24
233/21 235/2 235/7
**meets [7]** 82/9 104/5
121/9 200/12 248/7
248/7 248/11
**member [4]** 47/5
201/1 201/3 212/18
**members [7]** 10/10
31/14 75/19 123/12
177/5 206/23 206/23
**memo [2]** 156/16
156/23
**Mendez [6]** 120/16
126/9 150/5 171/24
172/24 172/25
**Mendez's [1]** 151/22
**mention [1]** 29/3
**mentioned [11]** 19/4
53/17 108/19 119/16
140/10 154/17 177/13
207/13 219/2 236/3
250/15
**mentions [1]** 120/21
**mentor [1]** 150/9
**message [7]** 65/4
65/18 66/18 67/15
67/18 67/20 73/1
**messages [3]** 66/12
73/8 188/8
**messaging [1]** 72/25
**met [19]** 112/14
135/16 136/20 154/25
155/2 155/6 155/6
158/7 158/24 159/24
195/23 195/24 227/15
227/17 233/15 233/15
234/8 234/20 250/10
**Mexicano [2]** 157/10
163/18
**Miami [100]** 1/13
1/17 1/19 1/22 2/4
6/23 7/5 7/8 8/11
8/12 8/14 8/23 9/6
9/11 11/14 19/25 20/8
42/21 42/23 43/12
43/13 44/2 52/15 55/2
55/3 57/22 76/17
76/20 76/24 78/12
82/12 83/16 83/21
83/24 84/5 86/24
88/13 88/16 88/21
90/10 90/19 93/13
103/14 103/16 103/17
104/13 105/2 105/5
106/1 106/19 112/23

116/11 121/20 131/3
131/17 131/20 131/24
131/25 132/8 132/25
133/3 133/11 135/3
145/23 146/24 146/25
150/2 162/6 162/20
163/19 194/7 203/7
203/9 204/9 204/24
205/6 205/10 205/17
206/21 206/24 207/21
208/25 209/20 211/5
211/22 212/18 212/19
212/19 213/13 213/18
217/21 217/25 240/18
242/18 243/18 244/11
244/15 244/17 246/25
255/16
**Miami's [1]** 103/17
**Miami-Dade [4]**
205/17 211/22 212/18
212/19
**middle [3]** 6/11
53/21 214/11
**midnight [2]** 61/24
62/4
**might [12]** 78/16
82/3 82/6 95/10
112/17 112/17 129/10
130/1 166/16 192/6
196/18 200/22
**mile [1]** 144/16
**million [2]** 49/25
50/9
**Min [3]** 114/7 126/11
186/21
**mind [3]** 60/12 65/3
201/18
**mine [2]** 143/16
200/8
**minimize [1]** 104/8
**minute [8]** 17/21
44/5 70/5 71/18
117/22 123/5 220/4
250/16
**minutes [37]** 6/4
14/17 17/11 22/23
27/8 27/25 29/25
31/21 35/16 39/19
39/24 43/10 44/15
53/5 54/17 54/22
58/20 59/10 60/18
63/7 63/9 67/14 68/17
75/11 119/17 123/1
123/3 123/5 130/6
147/13 169/4 175/25
184/10 187/17 197/2
248/14 250/15
**Miro [18]** 12/12
12/13 12/14 12/18
13/6 13/7 14/3 53/1
53/1 55/4 55/10 56/1
56/4 56/20 57/1 58/8

61/25 62/5
**Mischaracterizes [1]**
196/25
**miserable [1]** 89/12
**mission [1]** 135/11
**misstatement [1]**
52/6
**misstates [3]** 52/8
183/3 185/17
**mistake [1]** 37/21
**mistaken [5]** 101/15
110/5 113/24 114/1
143/21
**mix [5]** 78/6 78/8
95/4 145/7 145/19
**mixed [5]** 91/1 102/1
104/3 145/15 145/20
**Mm [1]** 9/23
**Mm-hmm [1]** 9/23
**mobile [1]** 87/2
**modified [1]** 233/3
**moment [16]** 5/9
37/11 103/13 132/14
144/13 148/19 184/6
184/6 194/3 201/18
202/25 216/15 242/13
244/6 254/15 254/21
**Monday [1]** 255/19
**money [3]** 221/2
235/6 248/2
**month [3]** 140/23
206/21 207/2
**months [2]** 154/21
168/9
**Morales [6]** 47/24
47/25 48/19 67/25
68/13 69/5
**more [39]** 14/17
17/11 17/13 20/17
34/6 41/20 53/6 53/10
56/19 60/7 62/1 73/3
73/4 79/6 82/7 95/10
108/4 113/14 118/17
118/18 120/10 130/1
138/7 144/15 144/24
144/24 182/21 208/10
210/21 219/21 223/24
225/11 225/13 227/12
227/22 230/12 231/8
234/20 251/10
**morning [13]** 4/1
4/5 4/9 4/12 4/13
4/16 5/20 6/1 6/16
6/17 27/23 255/19
255/21
**mortar [2]** 240/7
240/12
**Morua [4]** 26/22
26/23 26/24 27/9
**most [7]** 86/12 90/25
104/1 141/4 142/10
171/12 206/10

**mostly [3]** 77/16
78/6 78/8
**motion [6]** 4/24 5/3
252/10 252/11 252/13
252/14
**motions [1]** 202/20
**movable [2]** 235/23
237/4
**move [37]** 19/16
27/23 30/2 30/3 34/10
37/1 38/9 40/11 65/9
68/4 75/3 82/9 92/11
106/15 106/18 115/14
119/22 120/3 134/2
154/2 156/10 166/1
172/13 205/24 215/11
215/19 222/9 224/18
229/12 230/15 232/16
233/11 237/23 240/8
240/15 245/25 246/4
**moveable [1]** 235/24
**moved [1]** 204/5
**moving [1]** 11/21
**Mr [127]** 22/21 25/7
25/12 46/1 46/4 47/14
47/15 47/16 47/18
48/9 49/4 49/11 49/17
55/4 55/6 55/10 56/1
56/20 57/1 58/8 58/12
58/14 58/15 58/16
59/18 59/19 59/20
60/2 60/22 61/23 62/4
62/5 62/23 62/24
62/24 65/4 66/20
66/24 69/11 70/7 75/9
75/25 76/12 82/14
82/14 88/24 89/2
91/15 94/13 96/2
99/17 99/17 104/21
104/24 107/8 107/14
107/17 114/7 114/21
115/21 120/7 120/9
123/14 142/2 142/5
142/7 142/8 142/22
143/2 143/10 149/25
153/4 153/5 154/6
154/17 154/23 154/25
156/14 166/5 168/24
169/1 171/2 171/5
171/19 172/17 177/10
182/16 186/11 186/16
189/18 190/4 190/5
191/3 198/17 201/13
208/13 211/8 219/1
219/1 222/13 222/15
226/22 226/25 228/2
228/14 234/18 234/21
235/2 235/10 235/11
235/18 237/7 237/18
238/23 239/10 239/15
239/16 239/21 242/17
243/8 244/9 246/5

**M**

**Mr... [5]** 247/9 247/25 248/13 251/9 255/22
**Mr. [17]** 48/7 61/25 66/16 70/18 89/21 103/24 107/18 142/4 142/13 163/14 175/21 226/20 237/16 240/6 245/1 254/18 255/10
**Mr. Figueroa [2]** 237/16 240/6
**Mr. Fuller [3]** 70/18 142/13 175/21
**Mr. Fuller's [1]** 48/7
**Mr. Goldberg [3]** 89/21 103/24 163/14
**Mr. Gutchess [1]** 66/16
**Mr. Miro [1]** 61/25
**Mr. Pertnoy [2]** 226/20 245/1
**Mr. Pinilla [2]** 107/18 142/4
**Mr. Stolow [2]** 254/18 255/10
**MRC [10]** 19/18 20/5 20/7 20/13 23/5 23/18 70/8 70/13 70/18 70/19
**Mrs. [1]** 234/19
**Mrs. Romero [1]** 234/19
**Ms [6]** 23/2 23/3 25/16 172/24 220/5 249/3
**Ms. [50]** 6/16 18/15 25/7 44/13 44/15 44/20 50/24 52/21 55/24 63/11 63/18 64/25 65/11 65/20 65/23 68/13 69/4 73/12 73/22 74/11 92/5 135/1 151/22 171/24 201/21 201/22 202/1 202/17 203/1 203/6 218/22 229/24 235/3 235/18 237/7 238/23 239/10 239/16 239/21 240/5 242/7 242/21 246/6 247/10 251/3 251/7 252/25 253/1 253/6 254/13
**Ms. Arieta [1]** 135/1
**Ms. Dawson [4]** 252/25 253/1 253/6 254/13
**Ms. Dooley [11]** 201/22 202/1 203/1 203/6 218/22 229/24 242/7 242/21 247/10

251/3 251/7
**Ms. Gomez [2]** 201/21 202/17
**Ms. Lugo [18]** 6/16 18/15 25/7 44/13 44/15 44/20 50/24 52/21 55/24 63/11 63/18 64/25 65/20 65/23 69/4 73/12 73/22 74/11
**Ms. Lugo's [1]** 65/11
**Ms. Mendez [1]** 171/24
**Ms. Mendez's [1]** 151/22
**Ms. Morales [1]** 68/13
**Ms. Romero [9]** 235/3 235/18 237/7 238/23 239/10 239/16 239/21 240/5 246/6
**Ms. Suarez [1]** 92/5
**much [4]** 59/15 78/21 119/25 250/14
**multi [4]** 95/5 95/9 96/12 161/3
**multi-family [2]** 95/5 95/9
**multi-level [1]** 96/12
**multifamily [3]** 138/3 145/17 194/14
**multiple [1]** 157/14 182/5 205/21
**mundane [1]** 206/10
**music [5]** 13/1 24/7 54/3 177/24 178/1
**must [6]** 112/9 135/13 154/16 174/4 182/7 244/15
**my [86]** 6/23 17/5 23/7 25/22 26/13 26/13 29/1 31/13 44/9 44/10 45/11 45/25 49/19 50/6 51/6 52/14 53/22 61/17 65/21 67/11 67/24 72/18 75/20 76/6 76/16 81/6 81/7 81/9 82/3 82/6 89/23 94/9 98/5 101/13 104/18 107/24 108/7 114/14 114/15 116/2 117/2 118/15 131/11 146/12 147/9 148/18 155/16 157/4 158/2 158/19 160/8 160/24 162/10 164/12 165/17 165/22 171/23 173/14 173/19 174/1 182/21 183/22 185/13 186/1 186/21 187/4 192/17 192/20 197/12 200/21 201/19 203/8

213/12 213/19 215/6 216/16 219/5 226/15 229/21 236/24 242/25 244/9 245/23 246/3 252/18 254/3
**myriad [2]** 138/9 192/9
**myself [8]** 121/9 126/10 156/18 166/7 168/4 168/12 236/14 247/25

**N**

**name [22]** 6/10 6/24 13/12 24/11 26/22 29/3 47/24 47/25 48/22 67/25 76/5 76/6 116/22 117/11 129/11 194/12 194/21 203/6 203/8 234/6 234/6 253/23
**name's [1]** 76/16
**named [1]** 126/13
**names [2]** 121/3 171/6
**narrative [16]** 103/23 104/10 142/18 169/13 206/20 208/11 208/12 211/6 214/19 225/4 233/18 234/11 234/24 235/14 237/13 243/2
**Narrow [1]** 132/2
**nature [7]** 43/1 129/12 130/4 155/24 177/17 208/7 219/18
**navigate [1]** 206/10
**near [2]** 79/2 79/3
**nearby [3]** 16/3 135/20 138/17
**necessarily [1]** 46/11
**necessary [7]** 4/20 5/8 75/10 79/1 124/13 128/1 252/1
**need [40]** 4/23 6/12 14/10 34/3 43/3 54/2 57/16 57/17 57/23 60/13 60/25 74/15 81/22 98/14 98/18 99/4 99/6 99/7 105/21 107/2 142/24 148/19 166/8 173/9 177/18 181/11 181/12 191/5 192/20 197/3 198/10 202/9 206/13 221/16 221/25 235/21 237/22 248/10 249/1 253/21
**needed [10]** 98/18 153/8 178/3 180/16 220/10 220/18 221/2 223/25 237/23 246/9

**needs [6]** 57/20 135/15 154/8 177/15 252/22 251/20
**nefarious [1]** 190/25
**negotiated [3]** 219/10 219/14 219/19
**negotiating [1]** 218/9
**neighbored [1]** 93/24
**neighborhood [17]** 26/17 59/2 91/15 91/17 91/19 91/20 93/14 93/15 93/16 93/21 95/4 95/6 107/5 111/8 121/14 129/7 129/21
**neighborhoods [5]** 93/6 93/8 93/13 94/4 111/10
**neighbors [3]** 129/16 129/17 129/19
**Neon [1]** 27/3
**NET [2]** 187/5 249/25
**never [12]** 11/17 28/25 29/1 55/1 68/20 152/1 157/4 157/7 166/21 171/6 186/9 219/22
**new [12]** 8/15 8/21 8/21 8/22 13/12 48/1 73/9 86/10 105/12 106/22 188/22 194/12
**news [4]** 50/15 168/6 194/13 250/21
**next [50]** 4/17 5/11 5/25 16/24 38/22 38/25 39/2 39/9 41/13 52/12 52/19 54/13 55/10 56/17 63/3 63/11 63/18 63/19 64/7 64/12 74/24 75/3 75/6 78/19 78/25 94/13 96/22 98/1 117/3 117/25 127/11 136/14 164/13 168/25 179/10 186/14 201/14 208/13 211/8 215/12 218/23 220/15 224/4 224/22 228/1 228/14 232/7 245/12 250/5 252/4
**nice [4]** 53/19 54/1 64/21 187/6
**night [26]** 4/24 28/10 29/22 30/7 30/8 30/9 34/4 34/7 34/9 38/13 41/22 58/16 59/7 59/18 60/19 60/21 60/23 61/24 62/1 62/2 63/3 63/4 63/11 63/12 63/18

63/19
**night's [1]** 135/17
**nightlife [1]** 144/24
**nighttime [1]** 63/1
**nine [1]** 154/21
**Niworowski [1]** 1/12
**no [174]** 1/2 8/4 11/17 13/5 13/22 13/24 14/7 14/15 14/17 17/11 17/19 18/14 19/7 20/12 22/13 22/17 25/17 25/18 27/11 27/13 27/22 27/22 29/2 29/4 29/7 29/8 29/11 29/14 32/17 35/4 36/17 36/24 38/14 39/4 39/20 40/19 41/15 42/3 43/25 44/12 46/16 46/23 48/11 48/18 48/20 49/10 53/13 53/14 53/15 54/4 55/21 56/25 57/14 57/14 59/25 63/23 64/4 65/16 66/4 67/12 68/15 68/16 69/8 69/23 71/4 71/17 71/24 72/2 72/11 73/20 73/25 74/9 78/16 79/9 79/21 80/3 80/8 82/6 82/8 83/1 83/4 83/5 87/22 88/2 89/24 90/14 92/7 95/6 95/22 98/3 98/5 98/6 100/3 107/19 108/3 108/6 108/6 109/17 112/22 113/17 115/14 117/2 117/14 119/9 119/23 119/24 121/7 125/23 128/12 128/21 138/9 142/5 143/20 145/18 146/25 147/15 147/24 148/17 148/21 149/16 149/18 149/19 152/7 154/1 156/9 163/2 164/22 166/21 171/17 171/18 173/7 173/9 173/15 173/23 174/8 175/2 175/3 175/23 176/3 180/18 181/1 184/23 185/16 185/24 187/10 187/12 189/13 190/24 191/8 193/23 194/20 194/25 197/13 198/2 198/3 201/12 203/2 214/8 221/9 225/1 227/16 229/6 237/5 239/5 239/8 240/24 241/11 245/19 246/17 248/21 255/2

**N**

noche [1] 151/22
noise [9] 95/7 137/9
137/11 137/13 137/25
138/6 138/20 208/3
210/10
Non [1] 241/24
Non-responsive [1]
241/24
nonetheless [1]
184/9
nonsense [1] 107/9
Noriega [6] 79/14
160/2 167/14 167/21
168/17 251/9
norm [1] 145/6
normal [9] 17/14
17/22 17/23 23/16
29/18 55/3 64/24 90/7
144/14
north [5] 20/14
96/12 97/7 97/23
119/11
northwest [1] 30/24
not [221] 5/8 15/1
15/11 18/1 18/17
18/20 18/25 20/11
20/12 22/13 25/16
27/18 33/6 36/24 38/9
39/18 39/20 40/6 41/8
41/9 43/20 43/23
44/12 44/23 45/2 45/5
45/5 45/5 45/6 45/7
45/23 46/6 46/13
47/11 50/6 50/16
51/14 52/17 53/13
55/3 55/9 58/6 58/11
59/2 59/25 62/10 63/8
63/20 66/3 68/6 68/7
69/8 69/23 71/4 71/24
72/20 73/23 74/16
78/19 79/2 79/3 79/23
79/25 82/4 84/10 85/6
85/10 86/2 87/9 87/14
87/17 87/22 87/24
89/13 89/21 90/7 98/4
98/25 99/1 99/11
99/24 101/15 102/4
105/1 105/6 105/25
106/8 106/23 107/10
107/16 109/17 110/5
111/9 112/23 113/24
113/25 114/11 115/6
116/17 117/2 117/14
118/1 118/16 121/8
122/21 122/23 123/1
123/2 124/10 124/10
129/25 130/21 130/22
132/12 132/21 133/19
134/5 135/13 135/16
137/11 138/1 138/14

138/16 139/12 139/17
142/5 143/20 144/22
147/7 154/22 158/16
159/13 162/22 163/4
164/4 164/20 165/7
166/22 167/8 167/17
168/25 169/21 170/2
170/3 170/6 170/10
170/20 173/5 173/9
173/16 173/24 174/25
176/5 177/19 178/1
178/9 178/25 179/8
179/19 180/19 180/24
181/8 183/2 183/18
186/25 187/7 188/21
194/15 197/14 198/9
198/25 199/2 199/8
199/11 201/20 202/8
207/6 207/8 207/17
209/16 210/6 210/22
211/2 214/1 219/25
220/12 221/24 222/6
224/16 226/8 226/8
227/13 227/17 228/12
228/12 233/24 236/8
236/24 237/1 237/1
237/11 238/18 239/5
240/1 243/17 244/17
245/7 247/10 248/25
250/10 250/11 250/20
250/21 250/21 251/2
251/3 251/22 253/6
253/14 254/6 254/11
notes [2] 148/18
200/21
nothing [3] 44/13
74/10 190/25
notice [9] 27/2
129/10 129/11 130/14
138/18 142/15 208/8
210/9 232/8
noticed [3] 41/5
63/1 232/4
notices [1] 208/7
notification [8]
129/15 129/18 130/3
130/8 130/16 131/3
132/9 134/23
notifications [3]
129/6 129/7 131/8
notified [1] 178/3
November [9] 11/22
12/6 12/6 15/10 51/20
56/4 121/17 123/19
143/22
November 18th [1]
51/20
November 19 [1]
56/4
November 21 [1]
15/10
now [55] 7/24 8/23

13/15 15/17 19/16
19/17 37/1 66/19
68/14 69/23 75/22
80/25 82/11 83/15
87/2 90/9 92/15 95/1
98/1 101/16 102/8
107/7 114/2 125/1
127/15 138/19 141/7
145/1 168/13 169/10
170/20 177/15 177/24
185/3 191/10 192/15
193/14 196/5 198/4
207/11 209/11 213/7
216/14 218/2 225/8
227/17 230/2 236/25
237/6 244/14 245/14
247/8 249/25 254/24
255/16
number [37] 4/7
45/9 47/9 47/11 47/12
48/7 48/25 61/10
65/12 65/18 67/7 67/8
67/11 67/25 86/17
88/17 88/18 92/8
96/11 114/17 115/12
115/13 128/3 128/4
142/12 145/3 145/5
156/18 156/24 166/6
194/13 235/22 236/9
236/23 237/1 237/1
249/1
numbers [1] 214/22
NW [4] 1/13 42/9
63/24 118/12

**O**

oath [1] 184/17
object [13] 24/12
52/7 55/20 85/5 94/10
103/22 134/4 136/11
139/9 165/21 169/13
199/14 226/15
objected [1] 35/12
objecting [2] 131/13
202/17
objection [352]
objections [8] 18/19
27/19 27/22 27/22
129/24 201/23 202/4
205/21
observation [1]
237/3
observations [3]
142/21 143/24 238/3
observe [11] 17/3
32/16 36/18 36/23
37/3 37/12 37/13
37/13 42/4 73/7
238/17
observed [1] 70/13
obstructions [1]
85/24

obtain [1] 213/11
obtained [1] 225/21
obtaining [2] 198/5
246/6
obviously [3] 135/10
178/16 249/22
occasions [2] 218/20
234/20
occurred [5] 31/23
36/10 127/12 225/9
226/6
occurring [1] 126/7
Ocho [17] 23/21
23/25 23/25 31/17
32/5 32/6 36/20 37/3
37/22 37/23 100/8
100/14 101/22 101/25
144/3 145/1 145/12
October [8] 96/14
96/15 120/12 121/25
122/1 178/6 190/7
204/1
October 15th [1]
178/6
October 27th [1]
121/25
odd [1] 143/23
off [21] 73/3 73/3
88/20 131/2 134/14
145/3 168/22 183/11
193/11 193/13 194/24
196/19 216/5 228/17
229/3 232/7 233/21
245/23 248/6 248/8
249/16
offer [2] 109/3 109/5
offered [1] 151/24
office [59] 20/9
76/24 77/4 77/13 78/4
78/5 78/11 80/6 80/18
82/11 88/19 96/15
105/11 105/24 113/8
113/25 131/11 140/11
141/8 142/13 143/25
146/12 146/15 147/11
147/12 147/25 149/15
158/20 158/21 164/1
165/5 165/7 165/8
165/13 170/13 174/1
186/3 187/12 190/6
190/9 190/15 190/17
192/9 192/13 192/21
203/19 204/9 205/18
206/3 206/3 207/13
208/17 215/16 216/17
219/6 243/1 243/7
243/8 255/16
office's [1] 252/19
officer [4] 14/6
61/21 165/9 166/19
officers [3] 9/12
164/7 164/20

official [5] 46/19
227/12 233/16 235/11
256/13
officials [6] 13/3
27/10 43/21 188/1
190/9 190/16
offline [1] 113/16
offstreet [9] 88/15
88/17 88/21 89/3
90/10 90/19 91/7
92/24 93/1
often [2] 69/22
138/6
oh [3] 17/4 22/22
116/12
okay [120] 7/24 8/8
8/10 12/23 14/8 15/2
16/10 16/13 17/2
17/12 17/17 19/1
19/16 23/5 23/23 25/9
28/13 28/17 28/21
29/12 29/15 30/21
31/15 32/10 33/25
34/5 34/8 34/19 36/18
36/21 37/1 37/5 37/18
39/11 39/21 40/8
40/11 41/6 41/9 42/6
45/25 46/1 48/9 48/12
48/17 48/21 48/23
49/4 51/10 51/19
51/25 53/24 54/3
54/15 55/4 55/10
55/13 56/24 58/15
58/23 59/5 60/18
60/25 61/9 61/13
61/15 61/19 64/10
64/18 64/25 66/10
66/12 68/3 68/9 68/16
70/1 70/22 71/1 71/7
74/10 77/18 80/1
80/25 89/22 92/10
95/15 95/19 98/1
109/20 110/11 117/19
117/22 121/17 121/25
126/18 129/15 132/3
137/1 137/8 144/18
159/22 174/3 179/3
181/25 184/21 186/3
188/4 191/6 202/16
202/20 205/4 205/22
215/2 242/5 247/9
248/7 248/8 248/9
252/6 252/7
old [1] 110/1
older [3] 16/17 49/16
89/13
on [299]
once [9] 18/23 75/20
131/19 151/11 152/18
155/6 159/24 169/1
232/3
one [90] 9/17 15/18

**O**

**one... [88]** 15/19 17/11 18/16 20/17 23/24 28/12 28/15 38/15 39/7 41/23 44/5 44/9 44/24 51/5 51/7 57/22 61/23 62/5 63/2 63/15 67/19 70/5 71/18 82/3 94/9 97/9 105/14 106/8 106/24 108/3 110/6 111/2 111/3 113/17 114/13 118/4 118/17 118/18 120/10 121/18 135/1 139/12 141/11 144/9 144/15 145/21 146/19 156/7 157/12 160/10 161/2 161/4 161/5 165/21 172/5 172/22 183/12 185/12 185/25 186/3 187/4 187/10 187/12 192/12 193/13 194/17 194/23 196/3 202/10 208/6 210/21 214/1 214/15 218/13 218/16 221/22 223/1 223/10 223/18 240/11 242/25 250/16 251/25 253/6 253/13 253/19 254/12 254/15
**ones [3]** 9/17 195/8 214/24
**ongoing [1]** 208/6
**online [1]** 128/4
**only [20]** 5/6 5/7 87/7 114/12 122/22 124/9 124/10 129/9 135/13 136/8 137/11 138/2 142/5 142/23 169/11 173/18 175/25 177/18 180/1 234/20
**onto [1]** 84/8
**open [9]** 58/1 81/8 105/18 106/12 146/14 146/15 187/24 199/10 248/1
**opened [3]** 105/21 225/1 246/14
**opening [1]** 177/25
**operate [6]** 32/4 124/13 155/21 174/21 240/12 244/17
**operates [1]** 209/6
**operating [12]** 58/6 124/7 124/16 124/21 156/25 163/23 163/24 164/17 167/6 174/25 175/11 244/11
**operation [1]** 135/7
**operator [1]** 198/7
**opinion [10]** 57/5

99/20 123/2 163/11 163/15 164/17 164/19 166/23 224/15 250/21
**opportunity [9]** 5/5 10/13 89/22 129/21 138/18 185/4 211/11 227/12 231/7
**opposing [4]** 165/20 172/6 185/9 189/6
**opposition [2]** 133/17 252/9
**option [2]** 107/23 108/4
**options [5]** 107/21 237/8 237/16 240/7 240/11
**or [198]** 4/24 7/20 8/21 10/19 13/3 14/6 14/19 15/17 17/11 17/21 18/20 19/6 21/3 21/25 23/21 26/20 27/8 29/1 29/1 30/7 30/12 32/15 32/23 33/9 33/12 34/12 34/17 34/25 40/7 41/20 43/7 45/6 45/6 47/7 47/7 52/16 53/6 53/10 53/10 54/4 57/18 57/24 58/6 58/17 58/21 60/7 61/3 61/4 61/16 61/24 62/1 62/19 62/24 71/25 75/22 77/10 78/19 78/24 79/8 80/9 81/4 81/25 82/7 86/1 86/8 86/23 87/8 87/10 87/24 88/19 89/8 89/8 91/5 93/16 94/22 94/22 94/23 99/2 99/24 100/4 102/1 102/2 102/4 104/7 105/2 105/10 105/13 105/21 106/6 106/9 106/10 106/10 106/12 106/17 106/23 106/24 107/1 107/14 107/17 107/21 107/24 108/17 109/4 109/18 112/1 113/8 113/8 113/15 115/4 118/1 120/11 121/5 122/8 122/18 128/5 129/9 129/22 129/25 129/25 130/12 131/13 135/8 138/6 138/8 138/18 141/2 143/15 143/20 145/14 146/5 146/10 147/7 147/19 149/15 161/3 162/24 164/19 165/7 166/22 168/19 169/7 171/14 173/8 190/8 190/16 191/5 192/7

192/9 192/10 194/4 194/8 195/12 195/18 196/16 197/20 198/7 199/7 199/18 203/22 205/11 206/15 206/23 206/24 207/19 210/1 210/13 210/20 211/2 211/16 213/3 216/8 217/15 221/16 229/5 230/19 231/3 231/8 231/22 233/25 236/8 236/15 238/3 239/10 239/15 239/16 239/21 240/8 240/11 240/12 243/9 243/10 245/8 245/14 248/10 250/10 251/11 253/25 254/12
**Orange [1]** 145/4
**order [26]** 4/4 57/9 98/14 111/16 112/1 112/2 112/4 112/7 113/4 116/4 116/5 116/21 116/23 117/4 117/10 117/25 118/15 119/12 140/8 142/16 177/3 211/16 213/3 216/8 216/11 254/5
**orders [22]** 32/16 36/23 36/25 112/8 115/24 116/16 117/17 118/3 118/6 118/8 118/11 119/3 119/10 147/22 147/25 148/1 148/5 148/6 148/10 148/15 215/17 215/17
**ordinances [2]** 106/1 144/17
**ordinary [1]** 131/16
**organization [1]** 51/6
**organizations [1]** 205/12
**organized [1]** 202/22
**original [2]** 186/20 237/13
**originally [1]** 122/14
**Orlando [14]** 21/4 21/5 21/13 22/3 22/8 26/8 26/9 26/9 26/18 29/5 47/12 59/14 61/14 141/12
**Orleans [1]** 106/22
**Orthodox [1]** 39/3
**Ortiz [3]** 170/15 171/5 171/19
**other [78]** 6/19 15/5 15/7 15/19 15/19 19/4 19/5 20/15 20/17 22/25 27/10 28/25 29/16 31/1 31/1 33/20 36/6 39/8 39/9 40/24

51/18 57/18 66/15 71/9 90/1 90/20 116/10 116/10 121/6 121/19 129/10 130/19 135/6 135/15 139/2 142/3 146/12 146/19 156/18 158/7 158/19 159/3 159/13 162/4 162/6 162/18 162/20 165/18 166/18 171/13 175/13 183/6 183/8 183/9 183/11 190/22 193/5 194/4 194/7 196/6 196/6 196/12 198/1 202/20 205/11 206/20 207/5 217/15 221/13 222/16 231/3 238/3 238/10 240/2 243/1 248/5 248/14 253/4
**other areas [1]** 139/2
**others [1]** 158/17
**Otherwise [1]** 212/15
**our [25]** 10/10 10/10 81/3 81/15 85/16 87/14 90/25 91/1 94/6 94/6 98/22 105/11 105/19 105/19 106/5 106/5 112/8 120/23 121/8 121/12 144/7 146/25 183/10 196/15 244/13
**ourselves [1]** 20/17
**out [61]** 11/10 16/21 17/14 29/1 37/20 50/15 59/1 60/22 60/23 61/7 61/22 62/4 62/8 63/3 63/12 65/23 71/16 81/5 82/5 85/21 89/10 89/14 89/21 90/5 90/6 90/7 95/7 105/17 107/20 108/1 108/3 114/19 119/14 129/18 130/11 130/14 131/12 146/18 147/8 147/9 166/19 182/7 185/13 186/2 186/2 188/23 192/21 194/12 196/21 206/14 207/25 234/8 235/12 236/13 237/8 237/16 247/11 248/1 248/12 251/23 252/5
**outcome [2]** 19/15 61/20
**outdoor [13]** 101/14 122/6 122/8 122/10 122/14 124/2 124/11 125/17 129/13 139/25 198/4 198/5 198/8

**outdoors [6]** 122/7 122/23 124/14 124/16 124/21 127/7
**outlaid [1]** 248/2
**outline [2]** 126/17 127/5
**Outlook [1]** 172/18
**outside [24]** 5/13 61/11 81/10 86/25 91/10 140/24 153/13 157/4 158/2 160/8 167/7 173/15 177/25 178/2 185/3 210/13 232/14 233/17 234/10 234/23 236/18 237/13 238/18 243/3
**over [20]** 6/19 8/5 16/23 44/20 50/15 52/16 60/3 72/20 85/24 93/19 107/21 113/15 119/10 152/4 158/16 178/9 194/18 195/9 209/21 235/24
**overall [2]** 113/15 113/17
**overarching [1]** 95/1
**overrule [2]** 82/6 90/14
**overruled [112]** 18/18 18/24 25/4 25/6 25/7 40/21 46/9 46/15 50/4 50/13 57/8 60/5 65/8 65/13 66/5 66/22 68/8 77/25 79/24 82/22 84/22 94/12 96/19 100/2 101/4 101/10 102/16 103/24 110/20 111/24 114/5 114/24 117/9 119/8 122/12 124/5 125/16 132/2 133/16 134/8 137/4 140/21 143/1 143/7 150/23 151/6 153/14 157/8 158/3 158/14 159/6 159/18 160/9 160/25 161/23 162/15 163/6 165/14 165/16 165/25 166/15 168/1 169/22 171/11 173/17 174/9 174/17 174/24 175/19 178/14 178/24 179/21 180/13 181/10 181/20 183/4 186/12 188/12 188/20 191/6 197/2 198/24 200/6 204/22 207/1 209/2 210/8 211/13 212/6 212/25 214/5 217/8 220/4 220/15 224/10 225/5 226/13 228/22 231/21 233/19 234/2 235/20 236/11

**O**

**overruled... [9]**
237/14 237/21 240/21
240/23 241/10 241/13
243/21 243/24 246/22

**overseeing [1]**
146/2

**Overtown [1]** 194/14

**own [10]** 55/20
58/13 93/18 108/17
203/22 206/24 214/17
222/4 237/3 246/15

**owned [6]** 82/14
136/5 138/4 171/22
186/16 194/13

**owner [14]** 117/6
118/22 119/14 198/7
206/12 216/6 217/12
217/20 217/21 218/13
219/9 219/15 230/25
234/6

**owner's [3]** 116/22
117/11 200/16

**owners [12]** 81/14
81/23 108/16 114/2
135/3 140/25 147/12
194/7 206/14 219/1
245/14 245/14

**owns [4]** 118/12
122/22 218/25 244/9

**P**

**P-R-O-C-E-E-D-I-N-
G-S [2]** 4/2 177/2

**p.m [4]** 254/15 255/1
255/14 256/5

**paella [7]** 13/1 53/16
53/17 53/19 53/22
53/23 53/25

**page [35]** 3/13 3/13
83/9 88/25 100/17
100/19 116/19 116/19
121/22 126/21 127/1
128/20 128/21 128/25
130/13 132/11 134/11
135/21 136/16 136/24
156/7 165/21 172/8
189/5 217/17 218/2
249/1 249/2 249/10
249/24 249/24 250/5
250/6 252/21 253/5

**pages [4]** 88/23
117/16 127/11 130/19

**painting [1]** 36/22

**palatable [1]** 130/1

**panel [16]** 10/2
111/21 111/25 113/5
115/24 179/4 179/16
179/25 212/17 212/17
212/18 212/20 212/22
215/17 216/8 216/9

**Panel's [1]** 111/15

**pants [1]** 37/19

**paper [1]** 112/13

**paragraph [5]**
105/22 134/25 135/21
137/23 138/25

**paragraphs [2]**
137/6 219/20

**Paraiso [3]** 135/4
135/7 135/18 136/1
136/3 136/6 138/2
140/5

**Paraiso's [1]** 135/10

**parameters [1]**
156/25

**paramount [1]**
135/10

**parishioners [1]**
94/16

**park [14]** 32/1 49/24
71/7 71/8 71/10 71/11
71/12 93/16 93/23
94/16 94/21 111/9
111/10 113/17

**parked [3]** 39/6
57/20 64/2

**parkers [1]** 38/4

**parking [107]** 37/2
37/3 37/14 37/24 38/5
38/19 38/22 39/14
39/14 40/3 40/4 40/24
40/25 41/5 53/24
57/20 62/2 62/8 62/10
62/13 63/12 63/20
64/7 88/8 88/12 88/15
88/15 88/17 88/20
88/21 89/3 89/8 89/12
90/2 90/9 90/10 90/11
90/12 90/19 90/20
90/23 90/24 90/25
91/5 91/8 92/16 92/24
93/1 93/7 93/7 93/12
93/14 93/20 94/24
95/2 95/12 96/10
96/14 96/22 96/25
97/4 97/5 97/7 97/9
97/11 97/14 97/20
98/2 98/7 98/10 98/15
98/17 98/19 99/3 99/7
99/12 99/18 99/25
104/2 110/3 110/7
110/9 110/12 110/17
111/1 111/4 111/6
111/13 111/14 111/16
111/22 113/14 113/16
113/18 114/13 114/14
114/17 136/9 139/8
140/2 140/4 161/9
161/14 162/2 177/10
207/5 233/4

**part [38]** 8/12 8/16
9/9 10/19 23/24 34/1
34/14 35/5 42/6 42/16

44/22 45/21 50/7
51/10 52/17 52/24
58/18 61/15 61/17
72/3 72/18 73/14
94/23 111/14 122/17
125/18 130/8 130/16
131/19 135/13 136/19
136/22 144/24 208/3
208/16 208/21 214/2
225/12

**participate [4]** 41/23
72/17 127/16 141/11

**participated [2]**
73/6 141/11

**particular [9]** 39/15
73/1 132/3 203/22
207/20 216/24 219/21
232/2 232/3

**particularly [1]** 34/3

**parties [1]** 207/25

**partner [1]** 45/11

**parts [1]** 144/16

**party [16]** 19/19
19/25 20/1 20/16
20/19 22/19 23/5
28/10 28/17 58/19
59/7 59/21 59/23
60/13 253/7 253/8

**pass [1]** 254/4

**passed [1]** 174/3

**passing [2]** 64/17
198/21

**past [1]** 75/21

**paste [1]** 130/12

**pastor [1]** 94/23

**pause [3]** 18/21 66/6
255/8

**paving [1]** 90/3

**payments [1]** 221/25

**Pays [1]** 152/10

**PDF [2]** 126/24 127/2

**pedestrian [1]** 104/9

**peg [1]** 235/4

**pending [3]** 40/19
191/25 193/1

**pension [2]** 152/16
152/17

**people [59]** 20/25
24/7 31/13 32/8 33/1
33/20 37/24 47/5
52/16 53/20 60/2 60/3
60/6 60/7 60/12 64/23
64/24 64/24 81/6 81/7
81/18 81/20 81/22
95/3 95/10 105/20
107/24 112/23 113/6
113/6 129/9 129/10
129/20 141/1 141/3
143/9 145/21 145/24
146/4 146/13 146/19
170/12 183/8 183/9
183/9 183/10 190/18

193/11 193/15 193/20
193/24 199/10 206/9
207/23 208/7 210/24
221/11 221/12 221/14

**per [5]** 88/18 88/19
220/12 244/6 248/4

**percent [4]** 44/4
44/9 71/15 109/8

**Perez [1]** 135/2

**Perfect [1]** 120/10

**perform [1]** 66/3

**performance [1]**
227/3

**performed [6]**
102/13 103/2 103/8
210/12 226/1 226/3

**performing [1]** 66/4

**perhaps [5]** 155/4
183/7 184/5 184/8
251/15

**period [5]** 175/2
222/2 222/3 235/25
247/11

**Periodically [1]**
18/19

**permanent [1]**
43/13

**permissible [2]**
102/8 137/12

**Permission [2]**
120/1 120/3

**permit [57]** 14/11
14/13 54/2 54/16
54/22 57/10 57/16
57/21 57/23 81/21
93/7 98/18 99/8
101/14 121/5 121/5
121/15 121/16 122/15
122/17 122/18 124/8
124/13 125/10 128/6
129/5 169/10 169/12
180/18 186/4 187/5
187/7 196/19 197/13
207/4 208/19 210/11
210/12 210/14 210/15
210/17 225/14 227/10
227/23 229/6 237/10
244/12 244/14 244/16
247/20 247/23 248/3
248/18 248/21 249/7
249/12 249/21

**permits [23]** 69/12
69/15 98/23 129/9
146/9 183/11 192/21
194/16 194/20 194/25
207/18 222/1 222/1
223/19 224/25 225/2
225/15 225/20 225/22
225/25 226/8 229/5
232/3

**permitted [14]**
18/18 18/24 92/16

93/12 93/16 173/13
173/24 173/24 180/19
186/21 186/24 187/3
197/14 225/14

**permitting [2]** 128/4
227/9

**person [17]** 11/1
13/17 16/24 29/5
64/18 105/17 122/22
131/12 141/2 143/16
146/19 147/16 149/18
173/18 181/12 206/18
210/25

**personal [61]** 50/20
82/13 82/19 84/7
84/19 85/25 86/3
87/24 88/2 91/9 92/23
96/6 103/10 103/14
111/23 122/22 149/5
167/24 171/10 173/15
174/8 174/16 175/18
175/23 215/2 215/5
217/3 217/4 217/23
218/9 220/17 220/25
222/4 224/7 225/16
225/20 225/24 226/3
227/14 227/24 228/4
228/11 228/21 229/4
229/18 230/9 231/17
232/22 236/2 236/4
236/8 237/3 241/20
242/11 244/19 245/4
246/15 246/18 248/17
250/9 251/20

**personally [7]** 14/21
91/20 101/10 213/15
253/10 253/14 254/11

**personnel [2]** 42/18
42/20

**persons [1]** 135/8

**perspective [2]** 85/1
101/16

**pertain [1]** 5/7

**pertaining [2]** 5/6
15/6

**Pertnoy [19]** 1/16
4/14 94/13 123/14
153/4 153/5 154/17
154/23 208/13 211/8
222/13 226/20 226/22
226/25 228/2 228/14
245/1 247/9 248/13

**philosophy [2]** 113/3
213/1

**phone [22]** 47/9
47/11 47/12 48/7
48/25 59/14 60/20
64/25 65/3 65/12
65/17 65/18 65/20
65/23 66/5 66/8 66/13
67/7 68/7 68/11 68/18
152/4

**P**

**photo [14]** 38/22 38/25 39/2 86/1 87/23 92/7 96/2 96/6 96/7 252/25 253/9 253/11 253/20 255/13
**photograph [7]** 56/16 56/16 63/4 253/2 253/4 254/2 254/14
**photographs [6]** 38/7 61/10 61/13 62/9 225/23 228/6
**photos [7]** 38/13 38/17 38/19 39/13 62/15 85/7 252/22
**physical [2]** 87/9 227/25
**pick [3]** 29/17 50/6 122/25
**picking [1]** 207/8
**picture [14]** 28/14 38/22 39/9 41/10 41/12 56/5 63/22 64/10 83/8 85/3 86/17 91/18 92/1 254/19
**pictured [1]** 120/16
**pictures [14]** 25/17 25/18 27/14 27/18 28/5 28/21 37/9 37/10 37/10 59/6 60/1 64/17 82/24 252/21
**piece [2]** 112/12 230/2
**PINILLA [10]** 1/4 14/19 82/14 107/18 114/7 114/21 142/2 142/4 142/5 219/1
**Pizza [1]** 96/11
**place [18]** 12/20 14/11 16/3 19/8 19/9 29/7 40/13 40/15 40/23 41/1 41/7 57/23 60/1 96/9 106/25 111/10 136/2 197/19
**placed [6]** 84/8 92/6 131/4 131/9 133/13 137/16
**placement [3]** 76/22 76/23 239/22
**places [5]** 29/16 41/21 91/3 106/24 121/4
**placing [1]** 86/8
**plain [1]** 104/1
**plaintiff [5]** 44/15 75/11 199/18 202/13 241/22
**plaintiffs [29]** 1/5 1/10 4/11 14/18 73/15 102/14 117/1 117/13

119/4 152/22 158/6 159/14 171/22 213/7 215/18 220/6 220/19 221/10 222/5 224/8 228/5 228/7 228/17 229/3 231/17 232/7 239/11 239/15 239/22
**plaintiffs' [38]** 3/7 40/11 41/10 48/2 63/5 84/8 116/10 149/12 149/14 153/21 154/4 156/2 156/5 156/12 157/12 157/15 157/19 159/11 159/12 160/4 165/19 166/3 170/12 171/5 171/25 172/6 172/15 172/22 180/6 197/21 199/24 200/4 213/16 218/16 229/20 241/15 241/21 252/9
**plan [5]** 98/6 110/6 111/2 122/18 124/9
**planners [1]** 135/1
**planning [15]** 78/7 81/23 108/15 108/21 121/8 121/11 121/12 126/15 155/11 155/12 175/6 177/19 179/1 196/17 201/21
**plans [10]** 60/11 81/3 81/5 129/22 146/3 146/4 146/9 221/25 222/1 227/8
**plant [1]** 78/19
**plants [1]** 79/2
**plate [1]** 23/4
**play [3]** 35/18 35/20 145/21
**played [3]** 35/21 35/23 178/1
**playing [1]** 177/24
**pleasant [2]** 78/23 79/6
**please [57]** 4/8 5/23 6/6 18/15 67/20 73/23 75/5 75/19 75/25 76/5 79/22 83/2 86/18 88/4 88/22 88/25 95/16 100/18 109/23 115/13 115/19 115/21 123/9 130/24 132/12 132/14 135/21 135/23 139/19 156/23 168/23 185/21 215/24 215/25 216/21 217/18 219/20 222/12 222/19 223/7 226/14 226/18 229/20 229/24 230/22 232/25 242/2 242/7 242/10 244/1 244/8 247/22 249/4 249/9 249/24 250/6 250/20

**pleasure [1]** 67/24
**plumber [1]** 93/19
**plus [5]** 6/23 97/6 187/9
**point [19]** 4/21 5/6 60/11 68/4 89/13 167/5 168/2 168/13 175/24 178/3 178/5 178/17 178/17 186/3 194/17 195/24 224/25 225/6 247/15
**pointing [1]** 41/20
**poison [1]** 57/18
**police [5]** 9/12 11/2 14/3 14/6 164/7
**policing [1]** 73/4
**policy [3]** 118/8 118/24 196/4
**political [4]** 11/9 12/4 55/2 76/19
**politician [1]** 11/17
**politicians [1]** 51/18
**polling [3]** 16/3 19/8 19/8
**Pollo [1]** 40/18
**pool [5]** 227/22 227/25 229/1 230/3 230/20
**poorest [1]** 30/24
**pop [3]** 83/14 102/18 143/11
**pop-up [1]** 102/18
**popular [1]** 33/1
**portal [2]** 128/4 252/19
**portion [3]** 34/17 44/9 208/3
**position [11]** 49/20 49/21 71/14 77/11 151/11 151/14 152/1 152/3 163/19 192/20 203/7
**positions [3]** 10/3 10/12 135/25
**possible [1]** 154/9
**posterity [1]** 176/5
**potential [1]** 166/19
**potentially [2]** 188/15 188/18
**power [5]** 44/20 44/22 44/22 236/16 236/21
**powers [3]** 14/7 44/24 209/8
**practice [5]** 8/20 77/18 131/16 143/18 219/7
**practicing [1]** 77/21
**pray [2]** 94/22 107/1
**preambles [1]** 216/19
**precise [1]** 113/14

**predecessor [3]** 94/12 186/21 187/4
**predecessors [1]** 94/9
**predominantly [1]** 142/10
**prejudice [1]** 200/16
**premise [2]** 161/3 244/17
**preparing [1]** 123/19
**preschool [1]** 113/23
**presence [3]** 13/6 18/4 22/1
**present [11]** 21/13 60/18 60/19 60/20 75/19 85/8 123/13 158/21 177/6 204/8 255/22
**president [6]** 6/22 7/2 42/17 45/7 45/8 72/14
**press [3]** 67/2 152/24 168/5
**pretty [3]** 49/22 78/21 206/10
**Prevention [2]** 217/15 231/3
**previous [2]** 223/1 223/14
**previously [3]** 24/10 26/2 140/10
**priest [1]** 94/22
**prior [17]** 10/15 85/17 97/8 122/15 124/7 124/21 140/10 143/24 153/5 156/1 184/13 203/18 204/3 205/10 213/4 242/21 242/21
**private [8]** 53/24 53/24 77/5 77/18 93/21 143/18 193/14 219/7
**probably [5]** 160/19 160/19 166/25 167/5 169/8
**problem [15]** 45/19 45/21 60/1 73/25 80/3 89/24 95/22 148/21 171/7 173/20 191/8 201/20 203/2 206/19 239/8
**problems [2]** 70/2 70/8
**procedure [3]** 118/24 131/8 212/23
**proceed [4]** 6/5 76/7 202/16 226/25
**proceeding [1]** 256/5
**proceedings [1]** 256/10

**process [28]** 10/19 34/5 39/14 43/9 43/15 43/18 45/14 46/2 81/13 81/25 82/1 116/2 121/11 128/3 129/24 146/13 209/19 209/22 210/3 210/4 210/5 212/4 212/15 213/2 224/25 225/2 227/9 246/7
**processed [1]** 87/14
**processes [3]** 81/3 211/24 212/1
**processing [1]** 77/16
**prohibits [1]** 94/5
**project [4]** 8/21 113/16 113/18 128/5
**projects [1]** 15/15
**prominent [3]** 49/20 49/21 49/22
**promise [1]** 202/12
**promised [1]** 176/2
**promoted [4]** 7/18 7/19 7/20 7/21
**promptly [1]** 255/19
**pronouncing [1]** 254/18
**propane [4]** 86/20 86/21 86/22 238/8
**proper [9]** 18/20 90/3 99/19 142/15 160/15 160/21 161/1 161/5 207/18
**properly [2]** 207/17 223/24
**properties [41]** 46/4 82/13 98/7 109/25 112/24 115/25 116/10 116/11 119/10 120/18 142/22 147/18 149/11 149/12 149/14 156/3 157/12 157/15 157/19 159/11 170/12 171/5 171/25 172/22 194/4 194/18 197/21 199/19 200/4 200/17 213/9 213/16 213/20 214/1 214/10 214/23 215/3 215/7 215/16 215/18 215/19
**property [110]** 53/24 78/25 81/6 81/7 81/14 82/20 84/8 85/4 86/14 87/9 93/21 93/22 93/22 94/20 97/9 97/20 100/5 100/7 100/21 100/23 100/24 101/2 101/17 108/17 109/17 109/21 112/10 112/21 114/3 118/12 118/22 129/10 129/12 133/14 135/3

**P**

**property... [75]**
136/5 136/7 138/4
147/12 147/16 158/8
158/17 158/21 158/22
159/12 159/14 160/4
173/25 180/6 183/5
186/16 194/7 197/11
198/1 199/24 206/12
206/14 210/25 212/13
214/12 214/14 214/17
216/10 216/12 217/13
217/20 217/23 218/12
219/1 219/9 219/15
219/25 220/9 220/11
222/22 222/23 223/9
223/10 223/19 223/20
224/22 224/23 224/24
225/8 225/10 225/12
225/21 226/6 227/18
228/5 228/17 229/16
230/1 230/19 231/1
231/10 232/3 232/19
234/5 239/23 241/16
241/21 244/10 244/11
244/16 245/11 245/14
246/2 248/4 248/5
**propose [4]** 86/10
99/2 105/12 105/14
**proposed [4]** 105/24
109/4 121/13 136/1
**proposing [1]**
146/16
**prosecuting [1]**
213/13
**protect [3]** 44/25
45/2 45/6
**protecting [1]** 44/8
**protections [2]**
42/23 43/1
**provide [6]** 10/9
92/9 106/13 111/6
135/11 181/2
**provided [12]**
105/24 106/16 153/3
212/17 216/17 242/25
243/6 253/7 253/12
253/13 253/20 254/10
**provides [1]** 227/11
**providing [3]** 46/1
46/3 46/12
**provisions [2]**
217/14 231/2
**Pub [2]** 61/23 61/24
**public [23]** 42/12
78/6 81/19 99/5
108/19 113/7 121/7
130/2 131/20 132/9
138/10 138/25 139/1
146/18 168/5 187/25
188/5 188/6 188/8

189/10 190/16 199/11
205/11
**publish [13]** 28/2
56/11 68/21 83/3
115/14 120/1 125/25
128/22 134/9 154/2
156/10 166/1 172/13
**published [4]** 68/20
83/6 95/18 95/19
**pull [10]** 38/6 100/17
143/12 156/5 165/19
172/6 185/6 189/5
222/12 226/8
**pulled [1]** 199/1
**Purdue [1]** 76/18
**purpose [9]** 31/9
31/11 31/16 95/1
112/19 120/23 125/13
129/18 220/21
**purposes [3]** 94/21
98/8 251/7
**purse [2]** 65/21
65/23
**pursuant [2]** 209/7
233/23
**put [29]** 27/17 34/21
35/9 35/18 48/1 53/22
56/18 63/5 66/18 81/3
86/13 109/20 114/7
127/14 146/7 153/21
188/10 189/9 206/16
211/4 220/6 222/15
227/8 228/24 229/1
233/24 235/4 235/12
244/1
**PZ [10]** 122/2 124/25
125/14 127/9 128/3
128/16 130/5 130/9
131/4 133/24
**PZ 19 [1]** 133/24
**PZAB [4]** 108/10
108/14 108/24 109/3

**Q**

**qualify [3]** 204/6
207/6 207/13
**quality [8]** 30/25
31/16 36/20 72/21
73/1 203/17 207/15
207/25
**quarter [1]** 144/16
**question [79]** 14/13
18/2 18/17 18/19
18/22 18/24 18/25
25/8 25/9 25/22 29/8
40/19 52/8 52/12
52/19 54/13 54/13
55/22 63/14 63/16
73/23 84/15 84/22
90/15 94/13 101/4
102/11 110/14 122/12
125/16 132/3 136/14

157/21 158/19 159/18
162/13 162/18 163/7
164/13 168/25 169/1
171/3 179/10 185/10
185/21 185/22 188/20
189/8 191/4 194/10
196/17 200/6 202/7
208/13 209/2 211/8
215/12 218/7 218/23
220/14 220/15 224/4
224/10 225/4 226/15
226/23 228/2 228/14
231/22 231/25 233/2
234/24 236/19 237/13
243/3 244/25 247/10
247/13 247/17
**questions [18]** 8/25
10/15 10/16 45/25
66/15 67/12 68/16
70/17 71/7 71/20
72/16 81/10 81/11
130/24 147/6 149/20
189/13 201/12
**quickly [1]** 68/21
**quiet [1]** 107/1

**R**

**Rachel [5]** 126/11
126/16 201/15 203/4
203/8
**radio [1]** 250/22
**raid [2]** 164/7 164/11
**raise [3]** 4/24 6/6
76/1
**raised [2]** 18/16
164/1
**rally [7]** 14/14 14/24
51/24 52/22 54/15
54/21 55/11
**ran [1]** 237/8
**range [6]** 80/18
102/2 102/3 145/20
191/14 192/24
**ranging [1]** 207/3
**Rassie [2]** 256/12
256/12
**rather [1]** 240/8
**re [2]** 134/18 227/22
**re-cited [1]** 227/22
**reach [5]** 131/12
147/8 147/9 225/25
254/23
**reached [2]** 108/3
255/9
**read [26]** 56/3 67/15
67/18 67/23 68/10
105/22 127/23 127/23
134/25 135/23 136/24
137/6 138/25 153/1
153/3 185/21 216/21
217/10 217/18 230/22
230/23 231/23 231/24

232/1 242/10 244/8
**reading [3]** 68/7
68/7 137/24
**Ready [1]** 230/23
**real [3]** 42/4 73/8
108/17
**realized [2]** 187/11
187/12
**realizing [1]** 169/8
**really [13]** 15/8
30/24 38/1 53/13
72/21 78/21 144/19
147/19 147/19 159/1
172/11 213/25 238/7
**rear [1]** 197/11
**reason [12]** 26/15
111/7 124/25 142/23
168/7 168/11 198/21
200/7 223/22 230/5
241/20 251/13
**reasoning [1]**
141/16
**reasons [3]** 197/19
200/3 243/1
**recall [39]** 15/1 15/5
19/18 21/21 28/6
47/17 47/18 47/20
47/21 48/9 51/21 55/9
69/8 107/16 115/4
120/9 120/11 158/7
158/15 158/19 158/24
159/3 159/13 159/19
160/19 162/22 163/8
174/1 177/10 177/21
181/21 184/23 187/6
189/19 194/5 195/23
196/23 198/15 217/6
**Receipt [3]** 246/6
246/16 246/19
**receipts [1]** 130/12
**receive [4]** 107/14
107/17 131/11 243/15
**received [33]** 3/7
3/10 56/8 56/13 83/7
115/17 120/5 126/2
128/25 131/2 131/9
131/20 131/24 132/8
133/3 133/10 134/11
147/22 148/5 148/10
148/15 154/4 156/12
166/3 172/15 243/10
243/16 243/18 246/6
252/8 254/21 254/22
254/25
**Receiver [1]** 194/18
**receives [1]** 130/16
**receiving [4]** 109/18
120/9 120/11 120/14
**recently [1]** 194/19
**recertification [1]**
118/14
**recess [8]** 74/16

74/23 75/1 123/8
176/3 176/9 250/19
252/5
**recognize [19]**
16/23 33/1 83/11
83/13 91/15 91/25
96/2 100/21 116/20
126/4 126/5 129/2
156/14 157/10 166/5
172/17 216/2 247/15
249/6
**recognized [1]** 34/3
**recollection [13]**
37/6 48/6 48/8 48/17
56/8 66/19 153/20
154/14 159/1 167/1
246/3 248/21 250/6
**recommendations**
**[2]** 108/18 250/1
**record [17]** 4/8 6/10
37/8 76/5 131/20
137/11 138/10 138/25
139/1 139/15 139/16
188/6 188/8 189/10
197/13 232/1 243/19
**recordable [1]**
146/20
**recorded [1]** 220/9
**recording [2]** 34/16
34/18
**records [8]** 131/25
132/9 173/23 188/1
188/3 188/4 188/5
228/6
**RECROSS [1]** 3/4
**recruit [1]** 47/5
**recycling [2]** 78/19
79/2
**red [4]** 25/24 25/25
73/2 136/3
**redesign [1]** 89/8
**redirect [7]** 3/4 6/5
67/13 69/2 75/9
189/14 189/16
**redo [1]** 81/21
**reduce [1]** 109/7
**reduced [2]** 144/23
145/6
**references [2]** 122/1
127/9
**referral [3]** 179/4
179/16 179/25
**referred [1]** 198/2
**referring [2]** 242/8
250/3
**refinance [2]** 215/18
220/20
**refinancing [3]**
218/5 220/21 220/25
**Reflect [1]** 52/11
**refresh [9]** 48/6 56/8
62/1 153/20 154/14

**R**

**refresh... [4]** 159/1 166/25 246/3 250/6
**refreshes [1]** 66/19
**regard [3]** 72/23 147/15 196/22
**regarding [24]** 12/4 82/13 84/3 96/14 107/18 109/6 122/2 126/19 128/1 133/13 134/15 136/20 148/10 157/15 195/12 195/22 233/14 240/19 245/22 246/4 246/4 247/19 247/23 251/4
**regardless [1]** 184/5
**regards [9]** 86/8 88/8 123/21 130/16 132/19 218/14 233/5 233/22 252/3
**regular [3]** 27/4 81/20 238/9
**regulate [3]** 87/15 87/16 87/21
**regulates [3]** 144/8 144/8 144/9
**regulating [2]** 90/9 90/18
**regulation [2]** 98/22 120/24
**regulations [5]** 83/15 83/21 83/24 84/4 87/7
**rehab [1]** 45/22
**rehabilitated [1]** 231/1
**relate [1]** 188/9
**related [5]** 133/18 159/13 184/13 186/11 192/19
**relates [4]** 93/13 222/21 223/9 231/11
**relating [3]** 156/2 206/5 250/22
**relationship [2]** 72/4 147/17
**relationships [1]** 193/10
**relative [1]** 135/25
**release [4]** 220/8 220/18 221/4 223/25
**released [6]** 7/4 7/5 8/2 46/18 51/14 51/16
**relevance [38]** 10/20 10/22 46/8 50/2 50/11 52/18 54/11 69/18 77/24 117/8 140/14 150/22 151/5 188/11 193/25 198/23 201/5 201/10 204/14 204/21 205/7 205/13

205/19 206/25 208/11 209/1 209/16 210/6 211/12 212/5 212/24 234/10 238/25 239/6 239/12 239/18 239/25 245/17
**relief [3]** 109/10 109/11 109/16
**religious [7]** 106/3 106/9 106/17 106/25 106/25 107/2 167/10
**rely [1]** 182/21
**remain [1]** 175/14
**remainder [1]** 113/19
**remaining [18]** 27/25 31/21 35/16 39/24 43/10 44/5 54/17 59/10 63/7 70/5 71/18 114/15 147/13 169/4 176/1 184/10 187/18 197/2
**remarked [1]** 143/16
**remarking [2]** 143/2 143/8
**remarks [2]** 17/16 142/21
**remember [40]** 11/21 21/2 30/7 30/16 34/11 47/23 52/1 71/8 108/3 109/18 113/23 114/25 136/21 142/12 142/23 143/2 143/8 159/7 159/8 160/10 161/15 161/24 162/3 162/4 162/18 163/8 164/6 164/19 164/20 169/6 169/7 173/18 189/2 194/11 194/23 195/9 234/6 235/10 245/23 250/20
**remind [1]** 15/10
**remove [4]** 139/11 139/13 241/25 245/11
**removed [5]** 241/15 241/21 244/21 245/5 245/13
**renovations [2]** 155/23 155/24
**rent [1]** 207/24
**rental [2]** 207/22 207/24
**renters [1]** 138/16
**rep [1]** 61/7
**repair [1]** 112/1
**repaired [2]** 113/9 194/15
**repairs [1]** 194/16
**repeat [8]** 90/16 153/15 162/18 169/23 179/22 183/24 194/22 252/3

**repeated [1]** 194/8
**repeatedly [2]** 185/11 185/24
**Rephrase [6]** 63/16 102/11 110/14 132/6 157/21 218/7
**report [8]** 15/2 26/9 26/18 28/23 28/25 79/10 79/11 255/18
**Reporter [2]** 231/24 256/13
**reports [1]** 168/6
**represent [2]** 31/14 45/6
**representative [3]** 44/7 61/4 71/21
**representatives [2]** 30/13 107/15
**represented [2]** 113/15 219/20
**representing [3]** 150/25 151/2 219/8
**represents [2]** 135/2 151/8
**request [6]** 154/8 156/16 168/8 213/4 227/12 231/8
**requested [7]** 44/16 129/6 162/5 162/19 171/19 192/8 215/19
**requesting [1]** 255/25
**requests [1]** 153/19
**require [1]** 246/18
**required [10]** 88/18 89/10 111/4 114/12 118/13 187/2 188/4 188/5 197/9 211/14
**requirement [1]** 199/1
**requirements [18]** 86/7 86/21 88/8 88/12 89/7 89/15 105/14 105/25 111/12 112/14 145/6 146/8 170/11 197/17 200/11 200/12 227/3 248/18
**requires [7]** 90/3 90/4 112/9 116/6 187/24 188/1 209/5
**rescind [1]** 170/9
**rescinded [4]** 169/11 169/16 169/25 170/9
**research [6]** 96/25 162/5 162/19 190/18 233/14 233/21
**researched [1]** 235/21
**reservation [14]** 104/25 105/15 105/19 106/15 106/18 168/8 168/9 168/10 168/14

169/9 169/16 169/25 170/4 200/10
**reserve [3]** 105/15 105/16 105/20
**reside [1]** 95/13
**residence [2]** 135/8 214/14
**residential [36]** 40/4 62/21 91/2 91/23 93/6 93/8 93/13 93/14 93/15 93/17 93/20 93/22 93/24 94/4 95/3 95/6 95/12 100/24 101/2 102/2 102/4 102/5 102/7 102/8 102/14 102/20 102/21 103/3 104/14 105/6 111/9 144/24 145/8 145/13 145/16 214/24
**residents [11]** 32/23 33/7 33/10 81/20 138/16 135/10 135/12 138/2 138/3 138/7 140/25
**respect [47]** 84/18 84/19 85/14 86/7 86/8 86/20 86/21 87/2 88/7 90/2 90/9 90/18 92/15 92/24 93/2 93/6 93/12 94/3 97/1 102/8 102/9 104/13 110/11 111/21 118/8 127/12 127/15 142/7 145/13 147/11 149/11 197/6 211/25 216/24 221/15 224/6 224/22 225/8 225/21 225/25 226/6 229/16 237/19 239/11 245/15 247/3 254/17
**respite [1]** 107/1
**respond [3]** 12/18 191/4 247/9
**responded [2]** 26/20
**response [12]** 4/25 5/1 5/1 5/3 17/17 107/8 107/14 107/17 131/2 131/19 132/8 252/9
**responses [3]** 130/15 131/8 252/10
**responsibilities [1]** 42/17
**responsible [1]** 198/5
**responsive [1]** 241/24
**restaurant [10]** 162/24 163/9 163/11 163/21 163/22 163/25 164/18 166/24 169/17 170/1
**restrict [1]** 202/8

**restrictions [2]** 87/11 87/13
**result [3]** 19/15 24/23 33/25
**resume [1]** 49/19
**retail [1]** 161/4
**retailers [1]** 113/24
**retain [3]** 188/1 188/4 188/5
**retaliate [1]** 73/19
**retaliation [1]** 73/15
**retrieve [1]** 68/11
**return [3]** 130/12 251/21 252/6
**returned [1]** 77/7
**returning [1]** 37/20
**review [22]** 81/5 104/23 105/23 111/15 115/21 120/25 127/4 127/20 128/9 128/16 136/22 146/4 153/6 155/2 155/3 164/5 165/4 165/6 200/21 225/24 229/24 244/5
**reviewed [12]** 127/19 127/21 128/17 128/17 133/23 133/25 136/16 173/3 218/19 225/22 228/6 252/10
**reviewers [1]** 82/4
**reviewing [3]** 39/14 127/22 228/11
**revocation [2]** 173/19 181/25
**revocations [3]** 155/18 173/3 173/6
**revoke [5]** 112/9 116/2 182/10 182/25 184/3
**revoked [20]** 112/22 113/10 113/12 113/13 113/19 114/2 116/5 116/17 174/4 174/12 174/13 174/21 175/3 175/10 179/4 179/15 179/24 182/3 182/5 183/7
**revoking [10]** 112/20 112/24 113/3 118/16 118/19 119/3 119/13 173/11 179/12 197/20
**Rey [1]** 71/5
**Reyes [10]** 9/22 10/6 20/22 21/3 21/19 22/1 22/8 22/20 31/6 31/7
**Reynaldo [1]** 24/11
**rezonings [1]** 108/18
**riding [1]** 61/5
**right [264]**
**rights [5]** 44/2 44/8 116/7 118/23 175/6

**R**

ring [1] 143/22
ringing [1] 66/8
rise [6] 5/18 74/21
75/16 176/7 250/24
256/4
Risk [1] 7/15
Rita [2] 75/5 123/9
river [1] 20/14
Riverside [2] 20/8
146/25
RMR [1] 256/12
RMR-CRR [1] 256/12
road [2] 79/1 111/11
Robert [2] 15/16
16/13
RODNEY [2] 1/8
256/12
Rodriguez [1] 135/2
role [6] 51/10 71/20
112/6 140/18 149/15
201/8
Romero [12] 234/16
234/19 235/3 235/18
237/7 238/23 239/10
239/15 239/16 239/21
240/5 246/6
Romeros [2] 237/7
237/19
Room [1] 256/14
Rosa [1] 234/16
Rossana [1] 4/10
round [1] 235/4
routine [1] 129/14
rule [9] 18/23 79/23
85/18 86/14 99/2
114/13 144/14 185/18
226/24
rules [25] 43/2 43/4
45/5 78/17 83/15
83/20 83/23 84/4 87/7
89/11 90/9 90/18
92/19 95/2 98/17
103/20 104/4 105/2
105/3 105/5 105/7
106/5 106/5 120/24
197/19
ruling [3] 133/7
211/11 212/22
rulings [1] 212/23
run [5] 122/21
207/18 211/18 212/13
237/16
running [5] 37/23
37/24 207/19 207/19
207/23
runoff [7] 11/22
11/23 12/5 15/6 15/9
51/19 51/23
runs [2] 24/1 81/23
Russell [1] 31/4

**Russian [1]** 39/3

**S**

**S-T-O-L-O-W [1]**
253/23
S.E [1] 1/19
s: [1] 256/12
sad [1] 105/18
safe [4] 114/18
135/11 152/8 248/12
safety [31] 26/16
73/4 85/18 112/14
173/20 173/22 180/2
180/8 180/16 181/13
182/9 182/12 182/18
182/20 182/21 182/23
183/14 184/2 184/4
184/6 184/7 184/9
184/22 185/22 197/9
197/19 199/3 199/5
199/6 199/8 200/8
said [32] 8/16 10/25
15/25 16/19 18/6 57/6
63/2 65/18 75/6 77/19
78/3 78/10 80/22
119/12 120/17 120/25
143/5 143/5 143/6
153/8 153/13 156/20
161/13 168/16 176/5
185/11 185/11 185/15
185/24 220/10 242/15
251/21
same [33] 12/2
16/11 23/2 23/3 23/7
23/25 38/15 38/25
41/3 41/19 53/11
59/18 86/23 93/3 99/3
103/5 106/7 118/5
122/16 125/15 137/2
147/20 150/18 161/16
212/15 213/1 222/25
223/16 223/20 228/20
235/9 236/10 238/20
Samsung [1] 66/14
sanctions [2] 5/4
252/10
sandwich [1] 83/14
sandwiches [1]
233/4
Sanguich [33] 82/20
82/25 83/14 84/8
84/18 84/20 85/2
87/24 232/20 232/23
233/1 233/14 233/22
238/2 239/17 240/19
241/3 241/8 241/15
241/21 244/11 244/15
244/17 244/20 245/14
245/16 245/22 246/5
246/14 246/15 247/20
248/19 249/7
Sanguich's [1] 247/4

Santa [1] 60/14
Sarnoff [6] 1/21
4/14 77/1 150/16
150/18 222/15
satellite [2] 135/22
135/24
satisfaction [1]
71/16
Saturday [8] 12/5
51/20 51/20 51/22
52/6 52/9 60/19 60/23
save [1] 60/14
saw [19] 15/2 16/17
25/17 25/17 52/22
52/22 52/23 53/7 55/1
60/12 62/18 70/7
70/18 70/19 71/4
118/4 148/25 164/22
242/13
say [44] 17/15 18/16
18/17 18/23 18/25
23/25 39/7 40/25
44/22 60/7 64/21
64/24 69/25 79/24
79/25 80/15 82/6 82/7
87/16 104/2 105/18
105/18 107/21 108/7
112/17 112/17 116/13
121/23 129/21 152/8
154/12 191/15 202/9
204/1 204/8 206/17
207/19 210/11 210/15
248/8 248/9 248/10
248/11 253/23
saying [6] 51/10
106/12 107/8 166/14
170/7 175/22
says [27] 56/3 56/20
67/5 69/5 120/22
122/2 127/20 134/18
136/24 137/23 138/14
156/24 166/8 185/15
185/16 186/24 189/8
199/10 217/12 217/19
220/3 244/9 249/18
249/22 249/25 249/25
250/1
scanned [1] 131/14
Scarlet [3] 26/23
26/24 27/9
scene [1] 37/8
schedules [2]
251/16 251/19
scheduling [4] 251/7
251/7 251/10 252/3
school [14] 50/6
76/20 106/2 106/9
106/17 106/24 110/4
113/23 193/12 204/12
204/13 204/19 204/24
205/5
schools [2] 107/3

107/6
science [1] 76/19
scope [29] 50/2 65/7
66/2 73/10 157/1
157/4 158/2 160/8
160/24 162/10 164/12
167/7 169/20 173/14
174/7 179/9 179/20
185/3 210/13 220/13
225/3 225/15 233/17
234/11 234/23 236/18
237/13 238/18 243/3
SCOTT [2] 2/2 2/2
screen [10] 27/17
28/2 28/4 34/21 66/19
67/21 132/12 139/24
140/8 216/15
screening [5] 9/11
10/13 10/16 10/16
10/19
screwing [1] 108/8
scroll [7] 153/23
156/23 216/18 217/17
249/9 249/9 250/5
search [1] 66/12
searches [1] 143/11
seat [1] 75/19
seated [6] 4/5 5/23
6/9 123/13 177/6
251/6
second [26] 15/22
16/21 23/16 78/5
80/17 80/19 80/20
83/8 87/23 105/22
116/19 120/10 121/22
126/21 127/1 135/21
172/8 173/20 180/15
187/7 197/10 197/11
218/2 229/15 230/1
249/24
seconds [1] 22/22
section [6] 71/5
105/25 146/4 174/18
196/2 217/18
sections [5] 146/3
153/8 153/18 153/19
154/9
sector [2] 77/5
193/14
secure [1] 135/11
see [91] 5/5 12/25
14/24 16/14 18/20
19/15 20/19 24/4 27/9
28/4 28/5 28/17 29/16
31/16 35/9 35/18 36/1
38/17 41/10 48/4
48/15 48/16 55/24
56/1 56/15 56/16 58/3
58/5 58/6 59/13 59/13
60/1 64/5 64/11 64/13
65/17 66/13 66/19
67/2 67/8 67/20 67/24

69/17 71/3 72/18
80/25 88/24 95/4
95/24 108/1 122/2
123/2 123/23 126/24
127/8 129/22 130/3
132/14 132/17 132/19
132/24 134/7 134/13
136/10 138/4 148/19
154/6 154/8 154/12
156/24 157/1 166/8
166/9 176/3 176/6
178/16 181/4 185/5
189/8 189/12 218/11
219/17 221/12 236/13
238/5 247/14 248/20
249/18 249/25 250/19
250/23
seeing [9] 24/2 58/2
58/4 142/12 143/11
164/6 169/7 177/21
212/12
seek [10] 83/2 92/11
108/23 109/10 109/11
115/14 125/25 128/22
134/2 134/9
seeking [6] 125/1
125/5 125/9 134/21
139/12 235/18
seeks [1] 173/15
seemed [1] 143/10
seen [9] 14/20 14/22
25/25 69/14 69/22
100/4 109/17 228/6
242/21
select [1] 10/17
self [2] 221/23
238/11
self-explanatory [1]
221/23
self-sustaining [1]
238/11
sell [1] 57/12
selling [4] 57/10
57/18 58/1 233/4
send [5] 29/17 61/13
107/20 107/25 206/17
sending [7] 115/24
121/18 129/18 170/2
172/24 185/13 186/1
sends [3] 45/22
56/20 118/11
senior [1] 203/8
sense [3] 104/3
145/5 249/17
sent [25] 10/15
26/21 65/18 107/7
107/15 112/8 116/3
119/14 126/10 129/6
129/10 129/16 129/17
130/14 132/24 153/19
156/16 166/19 170/6
184/4 184/8 186/2

**S**

**sent... [3]** 241/22 242/16 242/24
**sentence [2]** 138/14 217/18
**separate [10]** 19/14 59/3 98/7 110/9 144/9 146/21 155/12 187/7 214/9 214/16
**separated [2]** 105/9 235/9
**separation [6]** 105/7 105/14 105/25 106/24 109/7 170/11
**September [9]** 77/8 80/8 80/20 85/6 132/16 134/14 182/1 182/3 204/1
**sergeant [2]** 14/4 14/6
**series [1]** 38/6
**serve [6]** 49/24 57/15 71/10 71/11 97/9 114/17
**served [1]** 205/10
**servers [2]** 127/25 128/2
**serves [1]** 135/8
**service [10]** 43/2 43/4 43/5 43/6 51/16 71/8 98/17 105/12 156/16 205/11
**services [1]** 156/23
**session [5]** 4/1 75/2 75/18 177/1 251/18
**set [14]** 9/1 86/15 89/11 89/15 103/21 104/2 116/2 116/7 201/18 208/9 218/10 221/15 231/8 238/3
**setback [2]** 82/9 86/25
**setbacks [4]** 86/9 86/11 86/11 86/21
**sets [1]** 209/4
**setting [2]** 9/3 95/9
**seven [1]** 210/1
**several [3]** 151/14 204/2 234/7
**shall [6]** 79/25 83/6 174/12 198/15 217/13 231/1
**shaped [1]** 110/1
**sharply [1]** 144/23
**she [33]** 26/25 46/15 46/15 57/6 57/6 65/18 65/19 68/14 120/17 120/17 120/21 120/21 120/25 121/1 126/16 127/20 153/7 153/8 153/8 153/17 153/19

156/20 156/22 168/22 201/22 201/24 209/2 211/13 214/5 224/10 242/13 242/13 242/14
**she had [1]** 65/19
**she's [15]** 5/13 35/6 40/20 57/6 68/7 68/7 120/17 135/1 163/15 168/21 191/13 228/11 228/12 228/12 228/13
**shift [1]** 34/9
**shifted [1]** 204/2
**shipping [6]** 100/25 101/8 233/3 233/5 235/13 238/6
**shirt [1]** 37/19
**shirts [2]** 18/8 18/11
**shop [3]** 79/3 83/14 96/9
**shopping [20]** 42/10 64/5 64/6 109/21 109/23 109/25 110/2 110/9 110/17 110/25 113/7 113/10 113/11 113/13 113/20 113/22 114/16 115/1 142/3 161/4
**Shores [1]** 52/15
**short [5]** 75/1 123/8 207/22 207/23 211/18
**shortly [1]** 11/22
**should [13]** 45/3 131/10 131/14 133/17 137/21 139/16 169/8 174/25 183/7 184/4 184/8 184/8 251/10
**shouldn't [6]** 112/21 113/6 113/7 113/9 184/5 199/12
**show [20]** 35/2 35/3 35/5 35/11 35/14 37/10 38/7 38/12 48/2 55/13 56/17 59/12 59/13 60/10 66/17 82/24 130/13 132/11 185/7 185/8
**showed [10]** 25/12 27/23 61/9 63/4 106/16 134/23 139/12 141/13 164/20 234/21
**showing [6]** 96/3 98/6 106/13 122/19 130/18 173/23
**shown [4]** 34/25 96/5 96/14 132/16
**shows [1]** 129/11
**shut [2]** 59/23 61/15
**shutting [2]** 114/11 180/25
**SHUTTS [1]** 1/20
**side [28]** 15/18 15/19 20/5 20/14 27/5

36/6 39/7 39/7 39/8 39/9 79/13 79/15 81/19 96/8 97/5 97/7 98/25 99/1 100/5 111/10 146/12 155/16 173/25 180/20 192/15 192/20 195/25 212/3
**sidebar [3]** 4/19 4/20 65/10
**sides [1]** 99/7
**sign [12]** 45/23 118/22 119/13 186/18 186/20 186/25 186/25 187/5 187/6 187/10 187/11 248/8
**signed [7]** 72/12 173/3 183/11 186/4 196/19 218/12 248/6
**signs [1]** 187/2
**similar [3]** 124/8 212/8 238/5
**simple [3]** 59/15 200/11 221/24
**simply [1]** 138/8
**since [10]** 7/22 77/11 80/22 135/7 136/22 177/25 178/1 193/12 225/1 243/18
**single [13]** 91/4 91/5 93/15 95/5 144/23 181/12 207/22 214/13 214/25 222/21 225/10 227/21 230/2
**single-family [3]** 91/4 91/5 93/15
**sir [25]** 5/7 63/8 64/4 74/14 76/7 79/22 85/8 89/22 90/15 115/16 119/8 123/15 132/17 139/13 143/5 152/6 158/19 169/2 191/6 197/3 201/13 226/13 239/3 247/9 252/1
**sit [3]** 99/9 99/25 152/6
**site [6]** 52/21 98/6 110/6 111/2 137/17 236/13
**sits [1]** 212/19
**sitting [7]** 15/18 15/19 16/1 31/25 31/25 41/13 58/4
**situation [2]** 32/1 61/18
**six [5]** 7/15 38/7 52/16 89/13 210/1
**six-point [1]** 89/13
**size [6]** 89/15 90/7 186/25 187/1 187/2 187/10
**Skawg [1]** 117/11

**sleep [2]** 135/17 138/8
**slightly [1]** 209/24
**slower [1]** 197/20
**slum [1]** 194/15
**slumlord [1]** 195/10
**small [5]** 13/13 110/3 110/4 114/1 255/23
**SMITH [3]** 1/8 4/7 256/13
**snacks [1]** 74/17
**so [247]** 5/6 8/8 8/25 9/1 9/8 11/21 12/18 15/9 15/25 16/4 16/4 16/13 17/2 17/21 20/1 20/13 20/19 22/25 24/2 24/4 27/23 28/12 30/2 33/1 37/21 39/13 40/6 41/16 45/9 45/9 46/1 46/11 48/23 49/17 50/6 51/2 51/10 52/14 53/16 53/24 54/7 54/15 56/3 56/17 57/3 57/12 57/20 58/4 58/7 58/12 58/15 59/1 59/5 60/10 60/18 61/23 62/4 62/12 63/11 64/10 64/13 64/16 64/18 64/20 65/17 72/21 74/19 75/3 75/10 75/14 76/14 77/12 78/16 79/15 80/14 80/15 81/3 81/3 81/7 82/9 82/11 86/12 86/15 87/11 88/19 88/23 89/11 89/13 90/6 93/14 93/15 94/20 95/7 95/12 95/15 95/23 96/22 97/11 97/14 98/16 99/1 99/6 99/12 102/1 104/25 105/9 105/15 105/16 105/18 105/19 106/5 106/14 106/21 107/1 109/9 110/8 110/8 110/25 111/16 112/12 112/16 113/19 115/7 116/1 116/7 116/19 118/7 118/22 119/13 119/22 121/15 122/24 124/13 125/20 127/11 128/1 128/8 129/15 131/13 131/15 132/13 134/13 134/13 135/13 136/23 138/6 141/15 142/16 143/17 143/24 144/7 144/9 144/15 144/21 144/23 146/7 146/14 147/3 159/11 161/3 166/21 168/2

168/11 168/13 169/6 169/23 170/6 171/17 171/21 175/22 177/10 178/16 180/4 182/5 185/12 185/25 187/3 188/23 189/8 190/8 190/21 194/25 195/3 196/20 199/11 202/13 203/20 204/3 205/21 206/19 206/20 207/11 207/15 207/20 207/23 208/1 208/5 208/19 210/1 210/3 210/4 210/9 210/15 211/15 211/22 212/7 213/3 213/25 214/10 214/15 215/2 215/23 216/6 218/15 219/10 219/21 220/9 221/22 225/2 225/10 225/15 226/10 227/7 231/9 232/2 233/7 234/4 234/5 235/6 236/12 236/13 243/10 246/2 246/24 247/24 248/1 248/2 249/1 249/13 249/13 251/20 251/23 255/7 255/21
**solely [2]** 102/4 102/4
**Solid [5]** 11/2 29/17 203/16 204/6 248/9
**solutions [1]** 108/1
**solve [1]** 206/19
**solved [1]** 206/11
**some [48]** 8/25 11/4 21/15 37/10 37/10 53/14 53/25 60/11 60/11 70/17 71/7 71/20 80/25 82/13 82/24 96/13 100/16 105/5 105/6 107/1 107/1 117/15 118/17 121/4 143/9 143/9 143/17 144/11 144/16 144/18 144/19 151/17 151/19 162/23 164/20 167/5 168/2 168/13 178/3 178/5 188/22 195/24 195/24 206/12 213/9 213/20 251/10 251/16
**somebody [13]** 29/17 34/18 35/10 35/18 36/11 60/10 64/17 79/8 107/22 153/13 240/9 243/9 254/12
**someone [6]** 106/11 112/25 125/6 125/9 147/18 196/18

**S**

**someone's [1]**
192/22
**something [30]**
14/11 24/5 27/8 55/1
57/25 82/4 86/10
106/10 108/23 113/1
113/8 125/7 127/20
158/25 166/25 173/15
188/22 188/24 195/25
200/12 203/25 208/16
210/20 216/8 218/4
235/5 237/11 237/24
246/4 253/14
**something's [2]**
147/7 192/23
**sometime [2]** 243/17
243/17
**sometimes [6]** 9/12
11/10 111/5 188/13
190/18 196/15
**somewhat [1]** 95/8
**somewhere [1]**
95/13
**son [1]** 50/6
**sooner [1]** 183/7
**sorry [28]** 7/25 9/24
23/13 51/20 51/22
54/20 69/20 73/24
90/16 95/20 104/18
105/18 118/18 128/14
130/23 151/1 155/6
169/23 183/24 183/24
191/7 191/19 214/6
224/23 229/21 231/23
252/12 253/17
**sort [15]** 7/2 90/8
102/18 104/1 110/1
141/1 141/4 142/23
146/21 192/4 192/18
207/6 207/25 209/6
240/9
**sorts [1]** 192/19
**sought [2]** 99/10
109/16
**sound [1]** 35/23
**sounds [6]** 143/23
174/10 178/8 182/2
182/4 184/16
**south [11]** 2/3 20/5
42/15 64/1 76/21
91/19 97/5 110/4
111/1 119/11 214/11
**SOUTHERN [1]** 1/1
**space [11]** 40/24
88/19 89/10 90/6
111/9 122/10 122/14
146/16 198/7 199/9
199/13
**spaces [8]** 88/17
88/18 89/10 90/4

113/14 114/15 114/18
139/8
**stairway [1]** 180/15
**stakeholders [3]**
81/10 138/18 141/1
**stalls [1]** 89/16
**stamps [1]** 143/9
**stand [4]** 56/19
65/15 75/12 75/25
**standard [1]** 54/10
**standards [5]** 88/21
89/4 89/9 89/9 89/15
**standing [5]** 52/16
57/10 59/5 147/8
147/9
**staple [1]** 130/13
**start [10]** 4/18 32/14
53/22 62/8 62/15
76/14 212/1 213/20
224/24 240/10
**started [10]** 7/10
7/11 31/24 33/1 142/9
150/2 184/7 203/20
203/25 225/2
**starters [1]** 183/19
**starting [5]** 9/1
115/23 137/6 204/12
249/2
**state [10]** 4/8 76/4
135/6 169/1 203/6
205/11 205/17 217/15
231/3 246/17
**stated [3]** 17/4
200/8 226/23
**statement [4]**
136/13 137/20 139/11
153/12
**statements [3]**
139/18 239/2 239/21
**STATES [3]** 1/1 1/9
46/13
**stating [2]** 210/18
241/25
**station [1]** 78/24
**stationed [1]** 57/22
**status [9]** 24/24 25/2
25/11 25/22 96/25
122/10 124/1 231/10
232/10
**statute [2]** 198/15
209/5
**statutes [2]** 209/9
211/15
**stay [5]** 14/16 19/8
22/12 27/7 33/21
**stayed [6]** 7/22
22/19 26/21 53/5
54/21 151/14
**step [1]** 66/5
**steps [5]** 142/15
196/21 197/7 197/9
245/8
**Steve [4]** 12/13 14/3
53/1 56/3

**Steven [1]** 56/1
**sticking [1]** 90/7
**still [10]** 22/14 46/22
47/2 114/18 139/2
166/24 178/9 184/9
201/23 239/4
**stipulated [1]** 134/6
**stipulation [1]** 134/7
**Stolow [8]** 253/22
253/23 253/24 254/2
254/18 255/3 255/10
255/22
**stop [13]** 15/22
16/21 23/10 23/16
35/9 36/3 57/12 58/19
117/25 119/16 122/25
175/25 232/11
**stopped [5]** 14/4
23/15 32/14 64/20
237/6
**storage [1]** 136/8
**store [1]** 78/25
**stores [1]** 144/8
**story [4]** 110/1 110/7
214/14 214/15
**straight [1]** 23/14
**street [66]** 1/16 1/19
12/22 15/16 15/17
23/14 23/24 32/25
33/21 39/4 39/4 39/10
39/12 40/25 42/9 42/9
42/12 42/13 52/4
53/22 63/24 73/4
85/19 86/11 87/1
89/14 91/18 91/19
96/7 97/6 97/15 97/22
97/24 98/21 98/25
99/1 100/4 100/5
105/9 105/10 105/16
105/17 106/22 106/23
120/22 135/3 138/4
138/17 144/2 144/10
144/10 144/21 145/1
145/17 147/2 156/25
157/5 175/13 211/23
214/10 214/24 215/1
233/3 235/23 237/1
244/10
**streets [2]** 104/5
142/22
**stricken [12]** 137/21
139/15 139/16 215/12
222/10 224/19 229/13
230/16 232/17 233/12
240/16 246/12
**strict [1]** 104/4
**strictly [1]** 203/21
**strike [12]** 5/4 46/1
126/22 215/11 222/9
224/18 229/12 230/15
232/16 233/11 240/15
247/3

**striping [2]** 89/9
90/3
**structure [55]** 77/17
86/13 87/10 102/6
111/15 111/16 111/21
111/25 112/7 112/8
112/14 113/4 113/5
115/24 116/5 116/15
117/3 117/10 117/17
118/3 118/8 118/19
118/20 119/3 119/10
142/11 142/16 142/17
179/4 179/16 179/25
196/1 196/2 199/7
199/7 209/12 209/22
212/3 212/7 212/8
212/9 212/11 212/17
212/20 212/22 213/14
214/15 215/7 215/17
216/8 216/9 216/17
220/8 220/11 236/17
**structures [18]** 86/8
87/7 87/8 87/16 87/21
87/23 89/13 116/4
116/21 116/22 118/6
118/3 142/12 143/10
212/14 212/16 214/16
232/5
**stuck [1]** 196/19
**stuff [3]** 11/9 183/6
207/7
**Suarez [4]** 1/12 4/10
10/5 92/5
**subject [3]** 129/12
172/20 182/22
**subjected [1]** 138/19
**submit [1]** 118/13
**submits [1]** 106/11
**submitted [6]** 6/4
49/19 222/1 252/13
252/17 252/18
**subordinate [3]** 82/6
99/8 114/15
**subordinates [2]**
114/14 116/2
**Subsection [1]**
218/11
**subsequent [2]**
126/8 224/21
**subsequently [2]**
187/11 217/21
**such [5]** 102/21
134/6 192/20 195/8
244/15
**Sue [1]** 203/8
**sued [6]** 190/4 190/4
190/5 190/8 190/9
190/16
**suffer [1]** 74/19
**suggested [2]** 165/8
165/13
**suit [1]** 190/11

**S**

**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**sum [1]** 137/15
**Sumberg [3]** 77/6
77/19 77/22
**summer [3]** 77/3
80/15 115/23
**SunBiz [1]** 218/19
**Sunday [2]** 56/4
94/22
**Sunshine [2]** 187/21
187/24
**supervisors [1]** 47/7
**Supplying [1]**
236/21
**support [3]** 11/25
228/25 251/16
**supported [1]** 51/2
**supporters [6]** 52/22
52/22 52/23 52/24
56/5 56/17
**supporting [1]** 51/11
**supports [1]** 51/7
**supposed [6]** 14/15
93/21 144/14 199/8
210/5 221/20
**supra [1]** 138/5
**sure [57]** 53/12
65/24 66/25 67/16
68/7 68/19 78/23 79/5
81/12 84/16 90/18
94/14 95/3 97/14
104/25 105/20 105/23
110/8 111/7 116/17
117/23 118/19 118/20
120/19 121/13 127/20
129/5 132/12 135/1
135/14 136/16 144/7
146/8 146/16 146/17
153/21 154/22 158/25
164/4 167/5 167/8
170/20 178/1 178/25
185/22 191/5 195/24
198/25 200/23 201/17
202/21 202/23 230/24
246/3 248/12 251/5
255/22
**surface [1]** 110/3
**surrounded [3]**
136/3 136/3 136/7
**surrounding [3]**
31/18 147/17 232/22
**survey [3]** 105/23
106/13 106/16
**surveyor [1]** 106/13
**sustain [5]** 52/10
52/11 73/23 228/1
247/15
**sustained [186]** 9/4
10/23 18/9 18/13

18/17 18/25 21/23
22/4 22/10 24/13
24/18 25/14 25/20
32/21 33/4 33/13
33/18 35/1 36/14
50/22 50/24 52/9
54/12 60/16 63/16
69/19 70/5 70/10
70/15 73/11 73/11
73/17 73/22 74/5
79/20 79/25 81/16
82/17 83/18 84/1
84/12 85/12 86/5 87/5
87/19 88/3 88/10
89/18 90/14 91/11
92/21 93/4 93/10 94/1
97/17 98/12 99/15
99/21 100/15 101/19
102/11 102/24 103/6
103/11 104/11 104/16
107/12 108/12 109/1
109/13 111/19 119/1
124/19 125/3 125/11
128/11 128/13 131/6
131/22 132/22 133/5
133/8 133/21 137/20
138/12 138/23 139/4
140/15 141/19 141/24
142/19 145/10 148/3
148/8 148/13 149/3
149/9 157/21 161/11
161/17 162/12 163/16
164/13 165/2 167/18
169/14 170/25 171/2
172/4 175/24 179/10
182/14 185/19 186/10
187/17 190/13 191/3
191/5 191/18 192/2
193/3 193/8 193/18
194/1 195/14 195/20
196/9 197/23 198/12
198/19 199/16 199/21
200/1 200/20 201/6
201/11 204/15 205/8
205/15 205/20 205/22
208/12 209/17 211/7
214/20 215/10 215/22
218/7 218/18 218/22
219/24 220/23 221/6
221/18 222/8 223/3
224/4 224/17 225/18
226/4 229/11 230/7
230/14 231/14 232/15
233/10 234/12 234/25
235/16 236/6 236/20
238/15 238/20 239/1
239/13 239/19 240/14
241/5 241/18 242/19
243/4 243/13 245/18
245/19 246/12 250/12
**sustaining [5]** 94/13
136/13 238/11 239/6

240/1
**SW [16]** 97/15 97/22
97/24 135/3 136/2
138/4 138/17 144/2
145/1 145/12 156/25
157/5 214/10 214/24
214/25 244/10
**switch [4]** 95/15
100/7 119/16 250/14
**swore [2]** 189/19
189/24
**sworn [3]** 6/7 76/2
202/24
**synagogue [1]**
106/10
**system [7]** 105/11
105/15 105/19 106/11
116/8 128/9 128/18

**T**

**T-shirts [2]** 18/8
18/11
**T50 [1]** 145/14
**T680 [1]** 145/14
**table [7]** 13/2 21/15
47/21 48/10 88/18
94/5 94/6
**tagged [4]** 25/24
25/25 82/4 207/6
**take [41]** 18/21
27/14 27/16 28/12
36/9 39/13 41/9 48/23
58/7 72/20 73/2 81/9
81/10 88/4 95/15
103/13 117/21 127/15
127/17 129/22 129/24
129/24 135/14 136/1
139/14 140/7 141/9
147/23 147/25 190/18
197/25 199/23 205/5
223/5 240/19 241/3
245/8 250/13 253/1
254/13 254/19
**taken [10]** 41/12
73/3 135/22 135/24
176/9 227/19 252/25
253/6 253/7 255/13
**taking [11]** 28/6
36/11 59/6 60/22
61/10 62/9 62/15
64/17 76/23 143/25
192/23
**talk [15]** 47/6 59/15
81/11 82/4 84/25
107/25 115/10 181/11
181/12 181/16 190/19
194/4 206/2 213/20
232/19
**talked [13]** 33/6
38/20 54/25 55/4 55/6
55/8 136/21 144/2
148/25 152/4 171/13

181/22 211/25
**talking [16]** 20/23
22/20 23/20 25/23
33/20 36/11 36/24
39/23 58/9 123/18
163/4 181/21 196/5
197/8 197/12 218/4
**talks [1]** 126/16
**tall [2]** 78/18 85/24
**tanks [4]** 86/20
86/21 86/22 238/8
**Taquerias [30]**
157/6 157/10 157/24
159/9 159/12 160/4
160/11 161/9 161/14
161/19 162/2 162/5
162/24 163/3 163/18
164/7 164/17 165/9
166/23 167/6 167/10
169/17 170/1 170/23
173/11 179/5 179/13
181/5 196/22 199/8
**Taquerias' [1]**
175/10
**target [2]** 198/17
199/18
**task [2]** 41/23 41/24
**tax [5]** 118/17
118/18 246/6 246/15
246/19
**team [7]** 8/12 8/16
44/23 44/23 45/7
141/3 254/12
**technical [1]** 209/4
**technically [1]** 150/3
**telephones [1]** 11/8
**tell [22]** 6/21 7/10
10/4 16/16 24/2 24/6
35/10 35/19 48/25
57/24 85/14 100/23
171/13 184/17 184/19
189/19 189/24 190/1
198/9 226/16 243/16
254/21
**telling [4]** 76/14
116/1 161/13 170/2
**tells [1]** 182/20
**temp [1]** 7/11
**temporary [10]**
237/9 247/19 247/23
248/3 248/4 248/18
248/20 249/6 249/11
249/21
**ten [17]** 35/16 63/7
63/9 85/20 85/21
85/21 86/12 103/21
117/21 121/1 123/2
123/5 123/5 154/21
175/25 186/18 190/5
**tenant [1]** 244/10
**tenants [2]** 114/3
206/14

**tent [8]** 13/1 51/24
52/25 53/14 53/16
53/25 54/15 56/18
**tents [2]** 52/15 52/16
**tenure [4]** 78/5
80/12 142/8 194/5
**term [2]** 207/22
207/24
**terminate [1]** 43/18
**terminated [3]**
45/15 45/17 45/18
**terms [17]** 88/17
129/25 137/11 137/12
200/7 209/15 217/19
217/22 218/3 218/9
219/19 221/8 221/22
236/5 251/6 251/17
252/21
**terrace [1]** 20/5
**terrible [1]** 137/10
**test [1]** 45/23
**testified [12]** 54/15
54/21 57/6 59/17
59/20 73/14 84/10
84/13 99/17 180/24
200/25 242/13
**testify [1]** 66/3
**testifying [5]** 94/11
152/18 169/2 228/13
231/19
**testimony [21]** 52/7
57/6 60/10 92/20
102/10 102/23 104/15
122/11 140/3 155/1
184/23 185/4 185/5
185/17 189/18 197/1
201/25 228/7 228/17
229/3 244/6
**Texas [1]** 104/7
**text [11]** 48/17
55/10 56/9 56/20 65/3
65/18 66/18 66/20
69/7 187/6 188/8
**texted [2]** 47/16
48/7
**texting [2]** 47/18
48/9
**than [23]** 14/17 15/7
17/11 17/14 19/4
20/17 28/25 33/20
49/16 116/10 118/17
118/18 144/15 144/24
162/4 176/4 190/22
197/25 202/11 210/10
225/13 234/20 240/8
**thank [61]** 5/10 6/9
19/2 44/13 63/9 68/1
68/2 73/25 74/10
74/12 74/14 74/24
75/5 75/11 75/15
75/24 76/4 76/8 80/3
88/4 89/24 92/13

**T**

**thank... [39]** 119/15
119/21 119/25 120/7
120/11 123/3 123/6
123/10 123/16 131/2
139/18 140/7 147/14
148/22 149/19 169/3
176/6 177/8 184/11
189/14 191/8 201/13
208/14 214/6 216/19
216/19 226/21 227/1
239/7 240/3 242/5
244/19 245/2 245/19
249/10 250/23 255/9
256/2 256/3

**that [816]**

**that's [105]** 5/8 5/14
8/15 8/23 10/9 15/16
16/18 20/9 29/18 30/2
32/3 35/7 35/14 35/19
35/25 35/25 36/3 39/3
40/6 42/7 44/9 49/20
50/15 52/17 53/9
53/12 54/1 54/4 56/4
59/16 62/17 63/25
64/2 67/3 67/11 76/21
77/20 78/20 79/5
80/22 86/14 87/14
90/5 90/22 94/23
95/13 99/5 100/24
105/13 107/9 108/22
114/13 115/5 117/25
121/6 121/9 121/22
128/3 131/16 132/16
134/23 142/5 145/20
146/10 146/21 147/11
149/17 152/4 152/11
155/12 157/12 166/22
166/23 167/8 171/23
175/6 180/1 181/3
183/10 188/3 200/13
201/2 202/18 207/25
208/1 209/8 209/21
210/11 210/12 210/13
211/1 212/18 216/15
216/21 218/11 218/12
221/2 221/12 222/23
225/10 226/19 233/7
234/17 235/6 246/3

**their [42]** 55/20
56/18 81/9 81/10
81/21 82/14 114/3
116/7 118/23 129/20
135/4 140/18 140/22
141/2 141/3 141/3
141/4 141/4 157/1
167/7 182/22 183/9
183/9 183/10 188/1
192/13 194/12 199/18
207/23 213/9 216/10
219/16 232/11 235/6

237/19 237/23 239/23
240/7 246/7 248/4
251/19 251/20

**them [76]** 14/20
14/21 14/22 14/24
20/23 20/25 23/1
27/24 32/12 38/9
44/25 45/2 45/3 51/7
60/14 61/17 61/20
64/21 64/21 78/18
82/25 83/3 91/3 102/9
106/7 106/14 106/15
113/17 116/6 118/23
122/18 129/21 130/12
130/13 130/13 135/13
143/11 144/8 144/9
144/9 144/18 144/20
151/17 151/18 151/19
151/20 155/2 155/5
155/6 155/6 170/2
170/2 178/3 198/9
198/9 206/10 206/16
207/8 207/25 208/10
215/6 223/18 223/20
223/24 224/8 224/14
234/22 235/5 237/9
237/10 237/23 238/24
240/11 241/25 248/1
251/16

**themselves [2]**
60/13 135/9

**then [85]** 7/12 7/15
7/21 10/16 10/17 12/3
15/11 17/8 17/12
19/11 28/19 32/4
32/14 45/12 51/12
51/19 54/3 55/10 56/5
58/15 59/1 59/12
59/20 60/20 61/21
61/22 63/2 63/2 77/1
77/18 78/3 78/10
80/11 80/16 80/17
80/22 82/10 85/21
88/20 91/18 93/16
96/8 96/10 96/11
104/23 105/21 110/5
112/4 115/21 116/6
118/15 118/22 121/1
121/11 122/15 122/20
126/8 126/10 126/14
127/1 127/21 130/10
130/11 130/15 131/3
133/13 140/2 140/5
141/12 146/19 154/17
155/8 160/17 162/15
168/9 181/25 203/24
204/19 204/23 214/12
221/13 227/17 229/24
242/14 250/1

**there [218]** 4/23
7/17 11/23 12/9 12/23
13/7 13/8 13/9 13/9

13/25 14/9 14/16
14/25 15/21 16/5 16/6
17/17 18/6 19/5 19/25
20/3 21/15 21/19 22/6
22/12 22/22 24/5
25/12 27/19 28/4
29/13 29/21 31/19
32/5 32/7 32/9 32/12
33/6 33/22 35/23 36/7
36/9 37/8 37/11 39/16
39/17 39/22 40/19
41/2 41/12 41/14
41/16 41/18 41/25
42/5 44/1 45/11 45/14
48/15 49/19 50/6
52/15 52/25 52/25
53/1 53/10 53/12
53/22 55/5 55/7 57/7
58/6 61/16 62/22
62/22 63/15 64/7
66/15 66/19 67/2
67/21 69/25 71/11
72/3 76/20 76/25 77/2
77/7 77/15 78/23 79/5
79/8 80/12 84/13
85/19 87/13 87/23
90/10 90/18 90/19
91/5 94/21 94/22
94/23 97/11 98/9
99/24 103/3 103/3
105/2 105/14 107/3
107/21 108/4 109/3
110/16 111/16 113/1
113/6 113/23 113/23
113/24 113/25 114/1
116/10 118/4 118/5
119/23 120/11 120/17
120/19 128/7 130/10
133/17 135/22 136/13
137/21 137/24 139/18
140/13 143/17 144/16
144/24 145/3 145/19
150/4 158/25 159/7
159/19 159/25 162/23
163/2 168/11 172/8
173/20 173/23 175/7
178/16 180/15 180/18
181/4 181/13 182/7
182/7 182/9 182/23
183/14 184/2 184/4
185/12 185/25 186/1
186/23 187/7 189/22
194/7 194/11 194/18
194/19 194/21 194/22
194/23 194/24 196/15
196/18 197/18 203/12
204/4 209/11 210/12
211/10 212/23 214/6
214/9 214/13 214/14
215/17 218/12 226/10
227/3 227/19 228/23
229/1 229/6 233/3

233/24 237/6 237/9
237/9 237/10 237/16
240/8 240/11 245/21
245/23 247/24 249/11
250/6

**there's [59]** 35/3
35/16 56/5 64/7 66/4
78/16 79/23 83/4
89/20 94/5 94/8 96/7
96/8 96/9 96/13 98/5
98/6 100/3 105/3
107/23 108/1 108/6
108/6 110/1 110/8
112/6 112/22 122/18
125/23 126/23 126/24
129/6 144/18 144/19
145/4 145/4 146/3
146/3 148/19 149/18
152/17 158/16 163/13
168/20 171/14 175/2
185/2 187/15 190/25
191/4 199/11 201/22
208/5 212/22 214/1
214/13 218/11 224/23
248/21

**thereafter [3]**
243/17 243/17 245/8
**Thereupon [8]** 74/22
75/17 123/7 123/11
176/8 177/4 250/25
256/5

**these [54]** 28/5
37/24 38/13 38/17
38/19 54/7 58/9 85/7
89/8 89/15 95/1 95/2
97/9 101/8 101/13
102/17 102/18 103/2
104/3 104/4 106/7
106/14 106/19 106/24
107/20 108/7 115/6
117/16 117/17 118/11
120/18 121/3 129/15
130/11 137/9 137/13
170/20 195/3 195/12
195/16 195/16 195/22
195/23 197/17 203/13
215/3 216/16 217/6
221/8 223/22 224/1
224/21 235/23 250/3

**they [201]** 10/15
14/12 17/4 17/13
17/14 17/14 17/15
17/16 18/21 21/15
27/19 27/23 31/25
32/3 32/3 32/4 33/22
37/19 37/19 42/10
43/3 43/4 43/16 43/16
45/3 45/23 47/6 47/7
53/24 53/25 53/25
54/3 55/20 56/18
56/18 57/10 57/16
57/17 57/17 57/18

57/23 64/6 78/18
78/18 81/22 82/7
86/23 86/25 89/19
98/1 102/17 105/3
105/9 105/18 105/21
106/6 106/13 106/13
106/16 106/16 107/25
108/4 108/10 109/5
109/9 109/9 109/9
109/11 109/15 111/2
112/1 113/16 120/24
122/13 124/6 124/7
124/9 124/9 124/13
124/16 124/21 124/23
125/1 125/5 127/25
130/12 130/12 131/9
131/10 132/9 135/5
135/14 135/15 138/8
138/19 138/20 145/22
146/1 146/15 146/18
147/6 147/6 147/19
149/14 164/5 170/3
171/13 171/14 173/24
173/24 173/25 175/10
178/1 178/3 178/6
180/8 180/20 182/23
182/24 187/10 188/9
194/12 194/13 194/15
194/15 194/15 196/17
197/10 197/15 197/18
198/9 206/13 206/15
206/15 206/17 206/19
206/23 207/2 207/3
208/9 210/19 211/18
211/22 212/12 212/14
214/16 214/17 215/6
219/6 220/9 220/10
220/20 221/2 221/25
222/6 223/16 223/18
223/18 223/19 223/19
223/25 224/14 224/25
225/2 225/11 225/13
225/13 225/14 225/15
226/7 226/8 227/6
227/17 227/22 230/11
230/12 231/7 231/9
232/3 232/4 232/9
234/21 234/21 235/6
235/9 237/10 237/23
240/8 240/12 241/25
244/15 244/18 246/7
246/9 246/17 246/18
248/1 248/2 248/10
251/19 251/20

**they're [31]** 27/24
28/3 38/8 38/9 40/24
44/25 58/1 58/6 98/7
109/9 111/9 118/13
122/21 129/17 130/18
146/7 146/9 146/13
147/7 155/23 192/12
197/18 210/13 213/5

# T

**they're... [7]** 216/7
216/8 216/9 216/10
223/20 231/12 248/9
**they've [2]** 134/5
238/6
**thing [10]** 23/2 23/3
38/25 41/3 41/19
53/19 54/1 122/16
240/9 248/11
**things [30]** 54/7
54/10 63/15 69/13
78/6 78/8 79/1 79/4
81/19 82/9 86/15 90/1
90/8 102/18 106/14
111/3 127/6 192/4
192/9 192/25 196/4
203/15 207/9 208/2
216/11 221/16 222/2
228/12 235/23 238/10
**think [62]** 7/18
11/13 13/7 13/15
14/10 21/4 22/22
22/25 23/3 26/13
26/22 27/19 31/11
33/24 37/9 39/3 39/12
45/3 52/6 52/9 53/10
55/17 56/23 57/6 60/6
62/19 63/14 70/21
78/10 80/14 85/20
97/6 107/23 107/24
108/4 110/4 113/24
114/8 114/9 117/16
118/4 119/24 123/24
124/24 128/18 130/20
139/22 144/3 148/20
152/4 155/25 158/24
166/18 194/3 194/17
199/2 200/22 200/25
207/7 222/13 249/22
253/19
**thinks [1]** 62/20
**third [3]** 223/9 253/7
253/8
**Thirty [1]** 7/9
**Thirty-two [1]** 7/9
**this [327]**
**Thomas [3]** 2/2
204/23 205/2
**those [73]** 10/3 10/6
10/8 22/7 28/21 38/12
39/13 41/24 43/1 43/3
44/2 44/8 61/13 73/7
83/1 89/12 90/8 91/5
93/17 97/8 105/7
108/19 110/2 110/23
110/24 113/14 118/5
120/23 127/24 131/25
139/18 140/24 142/21
145/14 146/11 146/21
149/1 149/6 180/18

180/19 182/8 187/23
194/18 197/7 197/9
197/13 197/14 197/19
197/19 201/3 204/6
207/5 207/8 207/14
208/1 209/14 210/20
212/1 212/23 214/15
216/16 220/11 220/18
227/13 227/14 229/6
235/24 238/10 240/11
250/10 251/24 251/25
252/22
**though [1]** 117/18
**thought [5]** 54/16
54/22 141/13 142/23
168/12
**thoughts [1]** 238/23
**threat [2]** 183/15
184/2
**three [30]** 34/25
49/25 50/9 63/15 77/4
80/16 137/6 159/16
161/5 168/9 182/25
183/15 183/18 187/17
207/2 212/18 213/25
214/9 214/16 214/16
214/23 214/24 215/7
217/6 223/10 223/19
224/6 224/23 227/18
247/8
**three million [2]**
49/25 50/9
**threshold [3]** 226/10
227/3 227/14
**thresholds [1]**
227/13
**through [39]** 27/18
28/3 33/20 34/12
41/19 43/3 45/5 54/2
81/11 82/14 87/15
88/23 108/24 117/15
117/17 121/11 127/11
129/23 131/13 132/13
135/4 155/14 163/18
204/12 205/5 208/18
208/22 210/3 210/4
213/12 218/10 219/20
224/7 231/7 235/7
240/10 246/7 250/5
252/18
**throughout [3]** 36/7
145/5 221/12
**Thursday [3]** 251/18
254/16 255/14
**ticket [2]** 210/10
210/11
**ticketing [1]** 208/5
**till [2]** 7/20 117/18
**time [116]** 6/4 6/5
7/3 7/4 7/22 8/5 9/2
10/4 11/4 12/13 13/7
13/12 13/17 17/13

17/25 18/3 21/7 24/20
28/23 29/3 31/19
32/12 32/15 33/22
35/13 39/22 40/2
41/22 42/4 43/13 46/2
46/20 48/24 49/4
51/14 51/16 53/11
56/18 70/1 75/8 77/13
80/5 80/12 80/17
80/19 80/20 82/11
84/4 84/11 85/6 85/9
85/11 103/18 103/20
107/24 119/20 122/9
123/25 128/18 141/7
142/7 142/9 143/3
143/9 143/17 143/18
143/19 158/7 158/25
159/3 162/4 162/19
171/12 176/6 178/17
179/3 179/15 179/24
180/5 183/22 187/4
189/10 190/6 190/22
193/12 196/13 202/6
208/10 210/19 210/21
211/17 212/12 213/4
213/5 215/14 215/15
219/7 222/2 222/3
223/16 223/21 223/24
227/12 230/12 231/8
233/15 233/16 235/8
235/12 235/25 236/15
237/6 250/14 251/23
254/13 255/22
**time when [1]**
143/18
**timeframe [19]**
25/18 46/8 48/13 50/2
52/18 80/13 82/21
91/10 110/13 110/23
143/14 149/8 157/20
158/12 172/3 211/18
212/12 216/11 249/20
**timeline [5]** 127/5
127/8 127/12 127/14
178/16
**timely [1]** 212/13
**times [11]** 34/25
139/8 155/5 159/17
170/21 182/8 207/2
234/7 234/8 234/18
247/8
**timing [1]** 120/19
**title [2]** 6/23 143/11
**today [17]** 65/1
97/11 98/8 99/9 99/25
149/12 149/13 150/18
155/1 189/24 190/1
201/23 201/24 226/9
232/10 242/21 251/25
**together [14]** 9/11
9/12 10/17 62/5 98/7
105/8 127/14 143/17

144/19 156/20 180/5
187/9 206/16 223/18
**told [15]** 16/18
25/16 60/2 165/17
173/22 175/20 175/22
180/2 180/14 180/18
181/13 182/23 184/7
189/22 226/19
**tomorrow [7]**
201/23 250/19 250/23
255/19 255/20 255/21
255/25
**too [21]** 22/13 29/20
39/8 39/18 45/13 51/9
57/16 57/23 59/15
60/2 105/8 105/18
106/17 107/5 159/25
173/25 180/20 192/23
194/13 197/15 243/17
**took [14]** 17/13
28/15 28/21 37/9
38/19 38/23 184/17
200/3 245/9 252/21
252/22 253/8 253/10
254/2
**top [15]** 37/14 67/5
67/5 86/16 91/18 97/8
97/12 113/25 121/17
126/7 126/9 126/23
132/14 145/3 245/23
**topic [2]** 37/2 40/11
**topics [2]** 119/16
250/14
**totally [2]** 42/22
139/13
**touch [5]** 114/7
129/9 148/19 206/12
206/13
**touchscreen [1]**
139/23
**tour [9]** 30/4 30/4
30/7 31/10 31/23
31/24 33/23 33/25
36/18
**tours [3]** 30/12 31/1
141/10
**towards [2]** 127/6
200/16
**Tower [25]** 23/15
24/2 24/8 24/16 24/24
25/2 25/11 25/23 28/8
29/22 30/4 58/20
60/11 60/20 61/10
171/19 213/21 213/23
213/25 215/15 218/15
218/25 224/22 227/19
230/2
**town [1]** 52/15
**track [1]** 137/10
**traffic [1]** 95/7
**tranquil [2]** 95/10
135/15

**tranquility [1]** 95/8
**transactional [1]**
78/8
**transcription [1]**
256/10
**transfer [2]** 49/25
50/5
**trap [1]** 238/10
**treat [1]** 106/7
**treated [1]** 147/19
**tree [1]** 104/3
**trial [3]** 1/8 96/13
99/17
**triangle [2]** 85/16
85/22
**triangular [4]** 85/14
85/23 85/25 86/2
**tried [2]** 235/4 235/5
**trolling [1]** 41/19
**Tropical [1]** 40/18
**truck [16]** 56/6 56/7
56/19 57/4 57/9 57/12
57/20 58/2 58/3 58/4
87/11 87/12 238/5
238/9 240/9 246/17
**trucks [3]** 57/15
87/13 87/15
**truly [3]** 182/9
184/21 185/22
**Trust [5]** 49/18
49/22 71/8 71/8 71/10
**truth [7]** 134/5
184/17 184/19 189/19
189/22 189/24 190/1
**try [12]** 18/2 107/25
111/10 114/19 115/6
115/6 181/2 194/3
206/16 207/11 248/3
252/24
**trying [17]** 36/12
36/20 59/23 69/12
86/24 100/16 129/25
138/8 205/23 207/24
216/8 234/8 235/12
237/6 240/9 246/7
247/25
**TUESDAY [2]** 4/1
176/13
**turn [4]** 89/13
121/22 126/21 127/1
**turns [1]** 188/23
**Twenty [3]** 27/25
39/19 54/17
**twice [2]** 140/23
155/6
**two [30]** 7/9 7/12
17/11 21/25 32/12
37/9 43/10 45/9 45/22
68/17 75/10 85/24
98/7 110/1 110/7
138/3 138/6 146/3
146/21 161/4 194/24

**T**

**two... [9]** 208/5
209/15 214/14 223/14
246/2 248/4 249/13
249/13 251/24
**two-story [3]** 110/1
110/7 214/14
**type [6]** 32/18 57/19
99/3 102/18 121/16
204/7
**types [4]** 81/18
107/20 113/21 195/16
**typical [2]** 103/19
221/8

**U**

**UC [3]** 166/8 166/10
166/14
**uh [2]** 48/18 48/18
**Uh-uh [1]** 48/18
**ultimate [1]** 79/12
**ultimately [4]** 11/19
170/9 170/10 224/1
**umbrella [1]** 209/6
**unable [1]** 135/9
**under [18]** 8/6 45/14
92/19 93/12 97/8
99/19 103/4 110/6
111/2 122/14 122/15
124/7 135/5 182/13
227/3 230/3 244/11
248/18
**undercover [3]**
165/9 166/10 166/19
**underground [1]**
110/3
**underlying [1]**
223/22
**understand [29]**
12/13 13/17 14/8
31/11 37/24 40/6 44/2
70/12 72/23 89/24
97/14 102/13 102/17
110/8 134/21 139/17
149/1 163/6 166/10
168/16 170/19 183/14
197/18 207/11 218/16
239/3 247/14 247/16
249/20
**understanding [30]**
24/15 24/24 25/2
25/11 25/22 31/9
31/12 33/9 40/2 40/5
70/8 84/7 101/7
101/13 122/9 123/24
125/13 133/2 133/6
135/25 140/18 141/16
141/21 171/23 197/12
220/17 229/4 230/4
231/16 254/3
**understands [1]**
210/5

**understood [8]** 80/2
154/12 169/5 184/11
187/19 197/6 197/8
202/15
**undeveloped [1]**
78/22
**unfortunate [1]**
237/19
**union [37]** 6/22 6/24
6/25 7/4 7/5 7/25
9/13 10/2 10/7 11/25
20/15 34/2 42/20 44/7
45/21 46/18 46/20
47/5 50/9 50/16 50/18
51/6 51/10 51/11
51/14 51/15 51/16
58/17 58/18 58/21
61/4 61/7 62/23 62/25
72/6 72/14 72/22
**unions [1]** 20/15
**unique [1]** 145/2
**unit [2]** 161/3 227/18
**UNITED [2]** 1/1 1/9
**units [1]** 223/10
**universe [1]** 208/4
**University [4]** 76/18
76/20 204/18 204/23
**unless [2]** 78/21
173/9
**unlike [1]** 169/10
**unpack [1]** 77/12
**unsafe [69]** 25/24
25/25 60/12 77/16
111/14 111/14 111/15
111/16 111/17 111/21
111/25 112/2 112/6
112/8 112/25 113/2
113/4 113/5 113/5
115/24 115/25 116/4
116/5 116/11 116/14
116/15 116/15 116/21
116/22 117/3 117/10
117/17 118/3 118/5
118/8 118/13 119/3
119/9 142/10 142/12
142/15 142/17 143/10
179/4 179/16 179/25
196/1 196/2 199/7
199/7 209/12 209/22
212/3 212/7 212/8
212/9 212/11 212/14
212/15 212/17 212/19
212/22 213/13 215/7
215/17 216/7 216/9
216/17 220/11
**until [19]** 7/19 7/25
7/25 19/9 74/16 74/23
77/5 79/23 89/21
113/9 114/17 123/4
178/19 187/12 204/4
221/12 226/22 250/19
255/25

**unto [1]** 237/4
**unusual [2]** 219/18
219/21
**up [85]** 12/2 15/6
27/17 28/2 28/4 29/17
34/21 35/9 35/18
37/22 38/6 38/12 48/1
50/6 56/17 56/18
59/12 59/13 61/24
63/5 64/13 66/10
66/18 76/17 81/8 83/2
83/14 86/13 87/23
88/22 91/12 95/16
100/17 101/21 101/25
102/18 104/17 108/8
108/16 109/7 114/18
115/4 115/5 115/13
116/2 116/7 118/15
120/1 122/25 125/22
128/20 130/22 134/13
139/20 143/11 153/21
156/5 160/17 165/19
185/6 189/5 192/6
201/19 202/18 204/12
206/22 207/8 215/24
220/7 222/12 223/5
224/1 229/20 230/21
238/4 238/17 240/10
242/2 244/1 248/13
248/23 249/10 252/24
254/4 255/25
**upload [1]** 130/13
**uploads [1]** 128/7
**upon [5]** 137/16
138/2 138/3 175/3
232/4
**upstairs [2]** 161/2
161/5
**us [19]** 6/10 6/21
7/10 16/16 24/2 27/23
28/5 31/13 34/18
48/25 72/21 79/1 85/1
100/23 104/2 210/3
253/7 253/20 254/25
**usage [1]** 137/16
**use [72]** 52/21 77/23
78/1 81/7 86/24 87/8
91/1 91/6 94/4 94/8
94/20 94/24 94/25
97/3 97/20 98/2 98/10
98/15 98/18 99/3
99/24 99/25 102/1
104/3 111/5 112/9
112/12 112/15 112/23
114/18 115/11 121/4
121/5 121/6 121/9
121/13 122/7 122/8
122/10 122/13 122/19
124/1 124/6 125/17
145/16 145/18 145/18
145/20 146/14 146/15
155/14 155/20 155/21

157/1 160/13 160/21
170/22 173/1 173/6
179/3 179/12 179/16
179/25 182/1 182/6
182/10 182/25 184/3
198/14 201/8 223/18
246/8
**used [14]** 24/10 41/5
41/22 41/22 50/18
62/12 89/5 97/15
112/19 113/9 114/18
136/8 144/3 219/5
**uses [6]** 35/13 93/17
94/6 102/2 108/20
145/7
**using [7]** 63/9 99/12
99/18 112/21 185/3
199/8 199/13
**usual [1]** 14/12
**usually [4]** 20/17
131/12 173/5 210/19
**utilize [1]** 202/8

**V**

**vacancy [1]** 49/19
**vacate [2]** 244/15
244/18
**vacation [1]** 251/17
**Vacman [1]** 194/12
**Vague [7]** 82/21
83/25 132/1 157/19
158/13 172/3 175/18
**Valerie [4]** 126/13
127/14 177/21 178/16
**valet [5]** 38/4 38/5
39/14 40/24 41/5
**variety [1]** 114/1
**various [4]** 193/10
207/5 244/12 248/6
**varying [1]** 212/2
**vehicle [1]** 27/2
**vehicles [2]** 87/3
104/9
**ventures [1]** 60/21
**verify [3]** 252/22
252/24 253/21
**versus [4]** 4/6 141/5
145/6 225/25
**very [15]** 9/8 22/12
63/3 63/18 69/22
102/3 103/18 104/3
104/4 127/8 129/13
145/20 187/6 212/7
221/23
**vetted [1]** 212/18
**vice [4]** 6/22 7/2
42/17 45/7
**Victoria [5]** 120/16
126/9 150/5 172/24
172/25
**video [7]** 34/16 35/4
35/6 35/21 36/11

164/22 165/4
**videos [1]** 96/13
**view [4]** 40/8 87/1
135/22 135/24
**VIN [5]** 235/22 236/9
236/23 237/1 237/1
**violates [2]** 57/4
57/24
**violation [20]** 147/7
164/22 166/20 208/1
208/7 208/8 208/19
210/9 210/10 210/16
211/1 211/2 211/3
216/10 217/21 217/24
229/7 230/11 233/7
233/8
**violations [9]** 120/19
141/14 194/8 206/10
207/3 207/5 208/6
227/22 233/23
**visible [1]** 85/16
**vision [3]** 85/15
85/25 86/2
**visiting [1]** 236/5
**vital [1]** 135/15
**voiced [1]** 33/10
**voluntary [2]** 217/12
230/25
**volunteer [8]** 12/15
51/8 58/10 58/11 61/3
62/23 71/14 72/24
**volunteering [6]**
15/7 15/8 58/12 58/17
58/18 58/20
**volunteers [3]** 10/10
51/5 51/8
**vote [4]** 11/10 17/5
17/13 53/20
**voted [2]** 49/25
52/15
**voters [1]** 73/8
**voting [3]** 50/7
52/21 54/7

**W**

**wait [21]** 18/15
52/11 69/19 97/17
117/18 117/19 157/3
160/23 163/13 168/20
182/10 185/2 187/15
191/4 205/15 211/7
226/22 228/9 236/11
244/23 246/22
**waited [6]** 182/5
182/25 183/15 184/3
184/22 185/23
**waiting [1]** 59/12
**waivers [2]** 131/11
183/10
**walk [13]** 33/20
34/11 34/12 34/12
34/17 34/17 35/24

**W**

**walk... [6]** 36/7 36/9
61/21 69/12 72/15
210/3

**walk-by [1]** 34/12

**walk-bys [1]** 72/15

**walk-through [2]**
33/20 34/12

**walkability [2]**
104/6 104/7

**walked [1]** 96/11

**walking [6]** 32/12
32/14 32/15 32/25
141/9 146/23

**wall [1]** 82/9

**want [34]** 7/12
35/14 45/25 47/7
53/23 80/15 81/3 81/4
81/21 94/21 105/16
106/19 107/1 107/4
110/8 111/7 112/23
115/10 117/19 146/7
146/14 147/6 156/20
183/8 183/9 183/9
183/10 203/25 211/3
245/25 247/16 250/17
252/8 252/20

**wanted [9]** 99/6
119/16 119/19 120/21
121/1 126/16 153/17
215/18 230/12

**wants [4]** 120/17
147/9 192/23 198/7

**warrant [38]** 98/23
99/8 120/18 121/2
121/3 121/5 121/13
121/15 122/1 122/5
124/8 124/22 124/24
125/1 125/5 126/17
126/19 127/7 127/13
127/17 128/2 128/5
129/6 129/8 134/15
134/18 134/21 136/20
177/22 178/4 178/6
196/16 198/4 198/6
198/10

**warrants [2]** 131/11
146/10

**was [484]**

**Washington [1]**
204/18

**wasn't [19]** 50/6
53/1 55/7 57/6 63/2
128/19 130/23 150/3
158/19 178/19 194/22
208/20 225/14 227/19
237/9 237/9 237/10
237/24 238/10

**Waste [5]** 11/3
29/17 203/16 204/6

248/9

**watch [3]** 32/10
164/15 250/21

**water [1]** 238/17

**wave [1]** 64/20

**waved [1]** 64/23

**waving [2]** 42/1
64/16

**way [20]** 14/13
14/18 16/5 18/2 23/7
23/19 37/22 42/11
82/19 90/5 98/9
106/11 145/2 147/20
194/25 202/16 235/12
248/1 248/21 249/9

**ways [1]** 19/14

**we [205]** 4/18 4/18
4/23 5/14 5/16 8/20
9/10 9/11 9/13 10/4
10/4 10/5 10/6 10/9
10/9 10/9 10/10 10/10
10/15 10/16 10/17
10/17 12/2 15/15
15/18 19/14 20/1 20/1
27/22 28/2 30/20
30/25 31/24 31/24
32/1 32/2 32/2 32/6
32/14 32/14 32/25
36/3 39/13 39/23
40/13 40/16 41/5
41/19 41/20 42/15
43/2 43/7 44/23 45/5
45/6 45/7 51/19 52/14
53/10 53/16 53/16
56/11 56/15 60/18
60/19 60/19 61/7 63/5
65/3 65/17 65/17
67/15 68/13 68/20
68/21 69/4 72/19
74/18 75/3 81/4 81/5
81/7 81/12 82/4 86/24
87/14 91/12 95/16
98/23 105/7 105/11
105/13 105/15 106/7
106/14 107/25 107/25
109/20 110/8 111/3
111/12 114/7 114/13
114/14 114/25 115/4
115/5 116/1 116/2
116/7 117/3 117/15
117/17 118/10 122/25
123/18 123/20 124/24
125/22 126/18 128/4
129/24 131/11 131/13
134/4 134/13 136/16
137/8 137/24 140/2
141/11 141/12 141/13
142/13 142/14 142/16
143/11 143/17 144/19
146/10 147/1 148/25
148/25 149/16 149/17
149/17 152/4 153/21

156/5 156/20 156/23
166/8 172/5 174/1
176/6 180/5 185/8
189/5 190/18 194/17
194/17 195/24 196/20
199/7 200/10 202/2
202/16 205/21 206/21
207/11 215/24 218/13
219/17 224/6 224/18
230/21 232/19 234/8
235/4 235/6 235/21
235/24 237/8 240/7
242/2 244/1 244/15
244/17 247/16 247/24
248/2 248/23 251/1
251/10 251/24 252/2
252/5 254/4 254/20
254/21 254/21 254/22
255/20 255/23 255/25

**we'd [6]** 65/11 68/3
190/19 201/23 204/2
205/22

**we'll [16]** 28/4 35/23
74/16 74/23 92/8 92/9
123/2 131/12 176/3
202/18 245/25 248/13
250/19 250/23 251/21
252/6

**we're [21]** 5/12
10/17 20/3 25/23 61/7
72/19 114/11 117/21
118/19 123/4 127/19
146/25 175/24 176/2
185/3 201/15 250/18
251/9 251/23 255/20
255/24

**we've [6]** 6/19 88/1
130/5 149/7 149/11
149/12

**wearing [1]** 64/18

**weekend [2]** 58/8
207/25

**weekly [1]** 147/8

**weeks [9]** 75/22
182/5 182/10 182/25
183/15 183/19 184/22
185/23 249/13

**welcome [1]** 148/23

**well [48]** 4/16 5/5
6/5 16/4 19/14 21/19
30/24 39/15 40/4
44/16 46/18 47/18
57/9 58/1 62/25 76/16
77/12 82/8 85/17 87/9
97/22 98/20 99/17
112/25 126/15 126/22
129/7 137/9 141/8
154/18 175/3 183/5
183/18 195/12 202/7
203/25 208/23 209/5
223/15 224/24 230/3
246/4 246/8 247/16

251/13 251/20 252/10
254/11

**went [43]** 7/15 7/25
12/20 16/24 17/2
17/13 19/14 23/13
23/13 23/14 29/1 32/2
32/6 40/13 40/16
45/12 45/13 50/6 50/9
50/14 50/16 52/15
52/21 53/3 54/21 62/2
63/3 72/15 76/18
76/20 77/5 77/18 78/3
113/19 128/8 168/13
197/10 204/3 204/23
224/7 235/6 236/13
238/2

**were [183]** 9/8
10/19 13/25 14/25
15/10 15/14 15/15
15/18 15/25 16/6
17/25 18/2 18/4 20/23
21/13 21/15 22/6 23/8
24/8 24/16 28/23 30/3
31/19 33/15 34/14
36/7 36/16 37/8 37/11
39/6 39/16 39/16
39/22 41/2 41/12
41/16 41/18 42/12
45/20 46/18 46/20
51/5 51/11 51/12
51/17 52/15 53/12
58/7 58/7 58/8 58/9
58/12 59/23 63/4
63/15 70/17 71/7
71/20 72/16 74/7
77/13 77/14 77/14
77/21 78/4 80/5 80/6
80/12 80/17 80/18
80/18 85/1 85/8 96/14
97/8 100/10 101/13
102/17 106/14 106/16
110/11 111/2 113/16
114/15 114/18 114/18
115/7 120/14 123/18
123/18 123/20 124/7
124/16 124/21 124/23
125/1 125/5 127/24
127/25 141/13 141/14
141/15 142/15 143/24
149/14 150/5 152/21
156/16 158/25 161/13
165/4 169/2 170/3
171/6 173/11 173/23
173/24 173/25 179/12
180/20 184/21 187/10
188/23 189/18 190/3
190/5 190/9 190/15
191/10 191/11 193/10
194/3 194/13 194/14
194/15 194/15 196/5
196/21 197/9 197/15
198/4 198/14 200/3

203/18 206/4 213/15
215/16 215/17 216/16
217/6 219/19 220/10
220/11 220/20 223/5
223/16 223/18 225/20
227/3 227/6 227/14
227/17 230/11 231/7
231/8 232/4 233/5
233/23 233/24 235/8
235/9 235/18 235/24
240/11 242/8 245/24
246/5 246/7 247/24
248/18 250/3 250/7
250/10

**west [6]** 45/12 98/21
110/5 119/11 141/13
211/22

**what [272]**

**what's [28]** 6/24
10/21 25/1 25/22 40/5
43/1 69/9 69/17 72/18
85/16 98/21 99/4
111/3 118/23 126/7
129/20 129/22 151/4
157/3 157/18 161/21
163/14 167/16 186/8
192/23 212/10 228/9
228/23

**whatever [5]** 9/22
60/8 94/23 98/18
105/20

**whatsoever [2]**
163/3 194/25

**wheel [1]** 95/21

**wheels [5]** 87/17
87/21 87/25 235/22
236/16

**when [112]** 7/19 8/8
10/9 13/9 14/24 17/20
18/16 21/13 22/6
22/14 23/5 23/18
23/25 24/8 25/5 25/12
28/2 35/9 35/18 37/11
39/16 41/12 41/22
47/6 51/12 51/23
52/21 53/10 58/7 58/7
58/8 58/15 58/19
60/22 69/17 69/24
70/7 70/12 71/25
72/15 73/22 74/2 74/7
77/5 77/15 80/6 80/11
80/18 80/22 89/20
99/2 105/17 107/20
112/6 112/8 113/10
113/12 113/13 114/2
116/13 118/15 119/3
123/4 128/4 130/12
131/10 131/11 136/20
142/7 142/9 143/18
146/7 146/14 154/20
155/20 171/5 171/12

**W**

**when... [32]** 174/4
174/21 175/3 175/10
182/20 188/24 190/3
190/8 190/15 191/4
191/11 203/20 204/5
205/2 205/4 205/4
215/15 215/16 217/6
225/12 227/17 233/2
237/8 238/2 238/22
243/1 243/16 246/7
246/14 247/24 254/18
254/22
**whenever [3]** 89/7
111/4 129/5
**where [99]** 12/21
15/14 15/16 20/4 20/9
23/4 23/5 23/12 30/19
35/5 37/16 37/21 39/6
40/24 42/10 43/2 55/2
63/25 64/2 64/6 64/10
65/20 67/4 67/5 71/5
78/16 78/24 78/25
79/1 79/3 82/3 85/18
86/16 90/11 90/12
90/20 90/20 90/23
90/24 91/3 94/7 95/11
102/5 103/20 104/8
105/2 105/3 105/12
107/1 112/24 116/7
120/24 120/25 122/19
123/20 127/24 135/4
135/22 136/1 136/9
136/24 138/14 139/23
140/2 140/5 141/9
144/11 144/16 144/18
144/19 144/21 145/7
154/12 158/7 162/5
162/19 164/3 166/8
166/18 169/10 173/24
189/8 189/19 192/22
204/17 204/19 209/8
210/12 211/20 214/13
216/6 217/18 237/6
240/12 249/18 249/22
249/25 255/12 255/15
**whereas [6]** 216/22
217/10 217/12 230/21
230/22 230/25
**whether [25]** 18/20
33/9 40/2 41/6 74/7
78/18 86/1 87/24
92/16 99/24 109/15
124/21 133/10 138/8
142/14 147/18 160/15
162/23 224/7 229/4
236/8 238/17 245/4
245/21 250/10
**which [61]** 45/14
51/6 57/4 73/3 88/22
91/1 97/6 97/20 97/24

98/23 99/3 99/4
104/17 106/22 108/19
110/23 111/4 113/15
116/2 119/23 122/20
129/13 135/16 136/5
137/13 141/5 146/4
171/22 197/17 203/14
203/20 203/21 206/22
207/15 208/7 209/4
209/6 210/9 210/23
210/24 212/17 215/24
219/21 220/12 223/6
223/10 224/23 225/6
227/18 227/21 228/24
230/2 238/9 244/2
244/12 248/3 249/24
251/25 252/17 252/23
254/7
**while [8]** 13/25
26/21 118/1 152/21
154/21 185/1 219/25
251/23
**white [4]** 27/5 36/1
37/19 91/25
**who [72]** 10/17
11/19 12/13 13/9
13/11 14/2 16/25 21/7
26/7 31/3 36/3 45/9
47/9 48/19 61/13
64/16 69/5 70/20
76/14 76/15 79/10
79/12 81/18 81/21
95/3 108/16 117/6
122/22 126/12 126/14
129/9 134/21 135/9
143/16 146/4 146/19
147/3 147/12 147/15
149/18 165/23 173/19
180/22 181/22 183/8
183/9 183/9 183/10
194/7 194/19 194/24
199/11 200/8 206/15
206/23 207/23 210/24
218/25 219/2 219/8
219/14 235/11 237/23
243/6 252/11 252/13
252/21 252/22 253/10
253/16 253/17 253/20
**who's [16]** 4/16 5/11
20/21 74/24 129/6
131/13 150/7 150/18
171/13 198/5 219/2
219/4 242/18 251/7
253/8 253/18
**whole [5]** 7/13 18/1
31/19 113/16 141/6
**whom [2]** 30/15
242/16
**whose [1]** 210/25
**why [33]** 17/14
26/12 29/19 50/15
53/12 71/10 72/17

72/17 94/19 98/4
106/19 112/23 120/14
125/5 125/6 125/9
125/13 138/25 141/21
145/20 149/17 196/14
199/5 211/2 220/17
221/10 223/17 226/19
230/9 232/19 238/24
241/15 241/20
**wide [3]** 102/3 118/7
118/24
**wife [11]** 15/18
15/23 19/13 20/22
20/22 22/14 22/17
41/14 61/25 62/5
234/17
**will [25]** 44/15 52/10
52/11 63/8 68/2 78/22
121/4 122/25 138/12
175/25 176/6 183/22
206/14 208/9 228/1
247/15 248/8 248/8
248/9 251/9 251/24
252/2 252/5 255/6
255/20
**WILLIAM [2]** 1/4
170/15
**windows [2]** 104/8
210/16
**wished [2]** 98/9
215/19
**within [17]** 106/1
106/2 114/9 114/9
129/8 155/21 156/25
163/23 163/24 175/5
206/23 211/21 213/3
216/11 222/1 222/2
227/11
**without [19]** 35/23
147/15 161/13 173/15
174/25 175/14 179/4
179/16 179/25 185/4
194/16 207/4 207/19
208/19 210/11 210/17
227/23 229/5 248/5
**witness [32]** 4/17
5/11 5/25 6/4 6/7
35/2 35/3 35/11 56/16
66/3 66/18 66/23
68/11 74/24 75/3 75/6
76/2 84/9 84/13
132/11 132/13 156/6
165/20 165/24 172/6
185/8 189/6 189/11
201/14 202/10 202/24
251/2
**witnesses [4]** 3/3
211/4 251/24 251/25
**woman [1]** 36/1
**won't [3]** 201/22
221/13 251/18
**Wonderful [1]** 5/23

**word [1]** 121/15
**words [1]** 144/3
**work [61]** 10/7 11/7
11/16 34/1 34/9 42/24
44/23 44/23 45/11
51/7 51/8 61/7 72/3
72/24 76/15 76/16
79/6 89/8 102/13
102/21 103/2 103/8
103/9 104/14 108/16
114/2 140/17 141/7
142/11 145/21 145/24
147/11 148/16 155/11
180/5 193/15 196/20
205/5 205/17 207/4
208/2 208/17 208/18
208/18 208/22 210/5
210/11 210/12 215/8
225/13 225/14 226/1
226/3 228/4 228/16
228/25 229/4 230/19
234/9 235/5 236/13
**worked [16]** 7/17
8/6 8/8 11/7 11/17
23/9 45/10 77/3 77/6
77/15 77/15 140/11
143/17 166/21 193/20
204/20
**worker [1]** 62/23
**workers [1]** 57/16
**working [24]** 7/16
15/8 23/18 58/8 58/11
58/16 58/21 81/13
81/18 96/15 141/7
141/8 150/2 150/4
193/11 193/24 204/9
205/10 205/11 206/12
210/13 210/16 211/3
245/10
**works [9]** 13/15 78/7
106/11 118/8 170/17
209/15 212/4 254/6
254/8
**would [77]** 40/25
61/20 61/20 65/3
67/23 68/14 77/8 80/7
80/8 87/11 93/20
98/14 98/18 99/3 99/6
99/7 99/13 99/18
102/20 112/16 112/17
128/2 130/15 130/16
131/3 131/19 131/20
134/7 136/19 143/12
143/15 144/19 153/20
155/24 155/24 159/1
159/1 167/1 184/22
185/23 187/9 190/10
190/10 190/18 190/19
191/14 191/21 191/24
192/4 193/5 193/6
195/3 195/7 195/11
195/16 195/17 196/2

197/25 207/13 207/22
210/10 210/16 210/18
210/19 214/15 220/7
220/8 223/10 226/17
232/5 238/9 241/25
243/19 248/20 249/1
251/15 255/18
**wouldn't [4]** 44/22
182/9 183/15 184/2
**wrap [1]** 248/13
**write [2]** 156/22
188/22
**writers [1]** 142/24
**writing [3]** 188/10
188/24 189/9
**written [1]** 94/8
**wrong [10]** 58/5
62/21 62/21 107/24
107/24 107/25 108/5
108/9 170/6 193/22
**Wynwood [1]**
120/22

**Y**

**yard [1]** 37/17
**yeah [37]** 7/14 38/14
40/19 49/15 51/23
67/7 92/2 96/7 97/5
109/4 109/6 113/4
114/6 115/23 116/12
117/20 118/10 120/16
121/3 126/9 127/14
127/19 128/3 129/17
133/25 139/25 141/11
141/15 142/23 145/14
152/23 166/6 166/16
172/25 185/10 194/11
249/19
**year [9]** 77/7 118/14
143/23 168/10 178/9
193/13 203/22 203/23
248/4
**years [23]** 6/19 7/9
7/12 7/15 7/17 8/6
23/9 29/20 45/11
45/22 77/4 80/6 80/16
103/18 141/11 151/14
158/16 186/18 193/14
204/20 209/21 209/25
210/1
**yell [2]** 16/21 16/23
**yellow [1]** 136/7
**Yep [3]** 127/10 150/8
150/17
**yes [375]**
**yesterday [1]** 255/24
**yet [4]** 55/18 138/14
138/16 171/22
**you [1335]**
**you were [57]** 13/25
14/25 15/25 23/8 24/8
24/16 28/23 39/22

**Y**

**you were... [49]**
41/16 42/12 45/20
46/18 46/20 51/5
51/11 51/12 51/17
53/12 58/7 58/7 58/9
58/12 59/23 63/4
70/17 71/7 71/20
72/16 74/7 77/13
80/17 80/18 96/14
120/14 123/18 150/5
152/21 156/16 161/13
165/4 169/2 179/12
184/21 189/18 190/3
190/5 190/15 191/10
193/10 194/3 196/5
196/21 198/4 198/14
215/16 242/8 250/3
**you'd [2]** 161/4
235/21
**you'll [6]** 118/17
118/18 118/18 152/18
206/17 227/7
**you're [70]** 16/13
20/13 23/20 24/2 26/3
35/24 45/9 51/10
58/16 58/17 59/5
59/12 59/14 60/22
61/21 61/22 61/23
62/4 63/11 63/20
64/13 83/15 89/13
93/16 101/16 104/6
107/8 108/5 112/20
112/24 115/22 121/18
121/25 128/5 139/12
145/23 146/1 146/16
148/23 152/18 167/9
175/7 180/24 182/16
182/18 187/21 188/4
188/5 188/10 192/15
199/8 200/25 201/1
202/9 203/12 203/12
207/19 210/16 210/22
211/2 211/3 211/17
212/16 214/10 214/10
218/4 221/23 227/13
246/25 251/25
**you've [12]** 8/5
14/22 47/16 48/23
72/15 136/16 171/24
190/22 193/20 195/8
210/15 211/24
**your [279]**
**yourself [1]** 127/17

**Z**

**Zach [1]** 126/15
**Zerry [2]** 79/11
152/2
**zone [1]** 207/20
**zoned [3]** 145/14
145/15 145/16

**zones [1]** 94/7
**zoning [113]** 6/23
6/23 7/20 7/21 7/22
8/15 8/16 8/19 13/15
13/15 45/13 45/13
46/19 46/25 47/3 57/3
77/10 78/1 78/7 78/11
78/14 78/20 78/22
79/7 79/8 79/12 80/23
81/1 81/12 82/12
83/15 83/20 83/23
84/3 84/19 84/25 85/1
85/14 85/17 86/1 86/7
86/20 87/2 87/2 87/7
87/11 88/7 88/7 92/19
92/23 93/1 94/7 94/8
95/2 97/8 98/8 99/19
99/23 101/16 101/21
101/24 102/1 102/6
102/20 103/4 103/9
103/17 103/19 103/19
104/1 105/12 105/24
108/15 108/21 111/3
114/10 115/6 118/9
128/19 145/23 146/3
146/6 147/6 147/15
147/17 151/24 152/19
155/8 155/12 155/15
156/1 165/1 167/9
175/7 177/19 182/16
183/6 187/1 192/15
192/19 196/11 196/17
196/20 201/4 201/8
206/17 233/8 233/15
235/8 235/11 247/25
248/8 248/9
**zoom [1]** 130/4